# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

---

### AFFIDAVIT OF DONLIN RECANO AND COMPANY, INC. REGARDING SERVICE OF SOLICITATION PACKAGES WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS AND ADDITIONAL DEBTORS, PROPOSED BY THE DEBTOR, THE ADDITIONAL DEBTORS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DATED AS OF AUGUST 6, 2025

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Alexander Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 27th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on Exhibit L, attached hereto.
    a. a USB Flash Drive, which contains PDF files of the following documents, collectively (the "USB Flash Drive");
        I. *Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief;* (Docket No. 4253);
        II. *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors,*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

       *Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025;* (Docket No. 4235); and

   III.   *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025;* (Docket No. 4242).

b. *Ballot for Known Abuse Claims (Class 3)*, attached hereto as <u>Exhibit A</u>;

c. *Letter from the Official Committee of Unsecured Creditors to Abuse Claimants Recommending they Vote to <u>Accept</u> the Joint Plan,* (the "<u>Survivors' Committee Letter</u>"), attached hereto as <u>Exhibit B</u>;

d. *The Roman Catholic Church of the Archdiocese of New Orleans Support Letter,* (the "<u>Archdiocese Support Letter</u>"), attached hereto as <u>Exhibit C</u>;

e. *Solicitation and Voting Procedures*, (the "<u>Solicitation and Voting Procedures</u>"), attached hereto as <u>Exhibit D</u>;

f. *Notice of (A) Confirmation Hearing, (B) Establishment of Voting Record Date, (C) Solicitation and Voting Procedures, (D) Voting Deadline, and (E) Deadline for Objecting to the Joint Plan and the Insurance Settlement Motion*, (the "<u>Confirmation Hearing Notice</u>"), attached hereto as <u>Exhibit E</u>; and

g. Postage pre-paid return envelope addressed to DRC.

4. On the 26th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit M</u>, attached hereto.

   a. USB Flash Drive;

   b. *Ballot for Unknown Abuse Claims (Class 4)*, attached hereto as <u>Exhibit F</u>;

   c. Archdiocese Support Letter;

   d. Solicitation and Voting Procedures;

   e. Confirmation Hearing Notice; and

   f. Postage pre-paid return envelope addressed to DRC.

5. On the 26th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit N</u>, attached hereto.

   a. USB Flash Drive;

   b. *Ballot for Voting on the Joint Plan of the Debtor and Additional Debtors - Class 7 - (General Unsecured Claims and Unsecured Trade Claims-Debtor)*, attached hereto as <u>Exhibit G</u>;

   c. Archdiocese Support Letter;

   d. Solicitation and Voting Procedures;

   e. Confirmation Hearing Notice; and

   f. Postage pre-paid return envelope addressed to DRC.

6. On the 26th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit O</u>, attached hereto.

      a. USB Flash Drive;
      b. *Ballot for Voting on the Joint Plan of the Debtor and Additional Debtors - Class 8 - (Non-Abuse Personal Injury Claims-Debtor)*, attached hereto as <u>Exhibit H</u>;
      c. Archdiocese Support Letter;
      d. Solicitation and Voting Procedures;
      e. Confirmation Hearing Notice; and
      f. Postage pre-paid return envelope addressed to DRC.

7. On the 26th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit P</u>, attached hereto.

      a. USB Flash Drive;
      b. Archdiocese Support Letter;
      c. Survivors' Committee Letter;
      d. Solicitation and Voting Procedures; and
      e. Confirmation Hearing Notice.

8. On the 27th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit Q</u>, attached hereto.

      a. *Notice of Non-Voting Status Under Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors*, attached hereto as <u>Exhibit I</u>; and
      b. Confirmation Hearing Notice.

9. On the 27th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the Confirmation Hearing Notice to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit R</u>, attached hereto.

10. On the 26th day of August 2025, DRC, acting under my supervision, caused a true and accurate copy of the following materials to be served via U.S First Class Mail upon the parties as set forth on <u>Exhibit S</u>, attached hereto.

      a. USB Flash Drive;
      b. *Beneficial Holder Ballot for Voting on the Joint Plan of the Debtor and Additional Debtors – Class 6 (Bond Claims against the Debtor)*, (the "<u>Beneficial Ballot</u>"), attached hereto as <u>Exhibit J</u>;
      c. *Master Ballot for Voting on the Joint Plan of the Debtor and Additional Debtors – Class 6 (Bond Claims against the Debtor),* (the "<u>Master Ballot</u>"), attached hereto as <u>Exhibit K</u>;
      d. Archdiocese Support Letter;
      e. Solicitation and Voting Procedures;
      f. Confirmation Hearing Notice; and
      g. Postage pre-paid return envelope addressed to DRC.

11. On the 26th day of August 2025, DRC, acting under my supervision, caused a true and accurate

copy of the following materials to be served via electronic mail to corporateactions@betanxt.com. (Mediant Communications Inc.)

    a.  USB Flash Drive;
    b.  Beneficial Ballot;
    c.  Master Ballot;
    d.  Archdiocese Support Letter;
    e.  Solicitation and Voting Procedures; and
    f.  Confirmation Hearing Notice.

12. On the 27th day of August 2025, DRC, acting under my supervision, served sets of the following materials, via Federal Express Overnight Service to Broadridge Financial Solutions, Inc., 51 Mercedes Way, Edgewood, NY 11717, Job No. Y20562.

    a.  USB Flash Drive – 165 copies;
    b.  Beneficial Ballot – 165 copies;
    c.  Master Ballot – 1 copy;
    d.  Archdiocese Support Letter – 165 copies;
    e.  Solicitation and Voting Procedures – 165 copies;
    f.  Confirmation Hearing Notice – 165 copies;  and
    g.  Postage pre-paid return envelope addressed to DRC.


I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of September 2025, New York, New York.

By _Alexander Calderon_

Alexander Calderon

Sworn before me this
9th day of September 2025

_John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2026

EXHIBIT A

Class: «pclass»

# BALLOT FOR KNOWN ABUSE CLAIMS (CLASS 3)

## Summary of Joint Plan and Voting Information

You are receiving this Ballot because you may have a Known Abuse Claim (Class 3) against the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**") or one of the 157 related Catholic entities ("**Catholic Entities**" or "**Additional Debtors**") listed on Schedule 1 to the Appendix. You have the right to vote on the proposed Joint Chapter 11 Plan of Reorganization (the "**Joint Plan**").

This summary is designed to help you quickly understand your rights. Full legal details are in the attached materials including the Appendix to the Ballot, and you are encouraged to review the Ballot in its entirety.

<span style="color:red">**IMPORTANT: The Debtor, Additional Debtors, and Survivors' Committee all RECOMMEND that you vote to ACCEPT the Joint Plan.**</span>

**What is this vote about?**

The Archdiocese filed for Chapter 11 bankruptcy in May 2020. The Archdiocese and the Catholic Entities have agreed to compensate people with valid claims that they were sexually abused by clergy or church personnel.

The Archdiocese and the Catholic Entities have proposed a Joint Plan to resolve abuse claims and other debts. This vote is your chance to say whether you accept or reject that Joint Plan. The Catholic Entities plan to file for bankruptcy if at least two-thirds of sexual abuse claimants who vote support the Joint Plan.

**Note: The court may still approve the Joint Plan even if it's rejected by voters, if certain legal requirements are met.**

**CRITICAL VOTING ELIGIBILITY (the "Voting Record Date")**

**You can vote on the Joint Plan if you are:**

1. A sexual abuse claimant who filed a claim or a lawsuit against the Archdiocese by August 14, 2025;
2. A sexual abuse claimant who filed a lawsuit against any of the Catholic Entities by August 14, 2025; or
3. A sexual abuse claimant who filed a claim against the Catholic Entities by October 15, 2025.

**How do I vote?**

1. Choose whether to accept or reject the Joint Plan.
2. Sign and date the form.

«instance» «ballotid»

«SEQ»

3. Return your Ballot so it is received by **Wednesday, October 29, 2025,** at **11:59 p.m. Central Time.**

You can vote:

- **Online at: https://bankruptcy.angeiongroup.com/Clients/rcano/Vote** - You will need your unique eBallot ID#: **«EballotID»**
- **By mail**: Use the enclosed envelope and send to:

  Donlin, Recano & Company, LLC
  Re: Archdiocese of New Orleans -- Voting
  P.O. Box 2053
  New York, NY 10272-2042

- **By overnight delivery or hand delivery to:**

  Donlin, Recano & Company, LLC, c/o Angeion Group
  Re: The Roman Catholic Church of the Archdiocese of New Orleans
  Attn: Voting Department
  200 Vesey Street, 24th Floor
  New York, NY 10281

If you need help, contact the Claims and Voting Agent at 1-877-476-4389 or email DRCVote@angeiongroup.com.

**Ballots must be fully completed, signed, and received by the Voting Deadline. Late or incomplete Ballots will not be counted.**

---

### BALLOT -- CLASS 3: KNOWN ABUSE CLAIMS

<u>Item 1</u> **-- Vote on the Joint Plan (choose one):**

| ❑  **ACCEPT** (vote FOR Joint Plan) | ❑  **REJECT** (vote AGAINST the Joint Plan) |
|---|---|
|  |  |

«instance» «ballottid»

Class: «pclass»

«SEQ»

(abs)                                                     (a/r) |‖‖‖‖‖‖‖‖‖‖‖‖‖‖|

**Item 2 – Signature and Contact Information (will be kept confidential):**

By signing this Ballot, I certify that:

(a) I am an Abuse Claimant, an authorized signatory for, or legal representative of an Abuse Claimant, with a Known Abuse Claim against the Archdiocese or one of the Additional Debtors as of the Voting Record Date, and, in either case, I have the full power and authority to vote to accept or reject the Joint Plan;

> **IF SIGNED BY AN AUTHORIZED SIGNATORY OR A LEGAL REPRESENTATIVE, SUCH SIGNATORY OR LEGAL REPRESENTATIVE** must submit documentation evidencing such signatory's or legal representative's authority to vote to accept or reject the Joint Plan on behalf of the Abuse Claimant. To the extent that this Ballot is being executed by counsel to the Abuse Claimant, counsel must submit the documentation evidencing the express authority for such counsel to vote to accept or reject the Joint Plan on behalf of the Abuse Claimant in the bankruptcy case or cases of the Debtor and/or the Additional Debtors. **Such documentation must be: (a) delivered to the Claims and Voting Agent via mail, overnight delivery, or hand delivery using the applicable address set forth above in this Ballot; or (b) uploaded through the E-Balloting Portal;**

(b) The Abuse Claimant has received a copy of the Disclosure Statement and the Solicitation Package, including the Survivors' Committee Letter that contains a schedule of the town hall meetings regarding the Joint Plan; <u>and</u>

(c) No other Ballots with respect to the Abuse Claimant's Known Abuse Claim have been cast or, if any other Ballot has been cast with respect to such Claim, then any such earlier Ballot is hereby revoked.

Name of Abuse Claimant: _____

Signature: _____

Name of Signer (if not the claimant): _____

Title (if not the claimant): _____

Address: _____

Phone: _____

Email: _____

Date Completed: _____

«instance» «ballotid»

«SEQ»

**SUBMISSION DEADLINE: This Ballot (and any authorization documentation that may be required) must be ACTUALLY RECEIVED by Wednesday, October 29, 2025, at 11:59 p.m. Central Time or the Ballot will NOT be counted.**

---

**Appendix – Disclosures, Legal Requirements and Additional Instructions**

The Appendix attached as part of this Ballot contains important disclosures and information relating to the Joint Plan. It also includes instructions and legal requirements for submission of the Ballot. The Appendix can also be downloaded from: https://www.donlinrecano.com/Clients/rcano/Index

«instance» «ballotid»

Class: «pclass»

«SEQ»

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW ORLEANS,** | § | **Section "A"** |
| | § | |
| **Debtor**. | § | **Chapter 11** |
| | § | |

---

### APPENDIX TO BALLOT FOR KNOWN ABUSE CLAIMS (CLASS 3)

### Disclosures Regarding the Joint Plan and Voting Process

**YOU HAVE A RIGHT TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN OF THE DEBTOR AND ADDITIONAL DEBTORS. You are receiving a Ballot because our records indicate that you may be an Abuse Claimant holding a Known Abuse Claim against the Debtor and/or any Additional Debtor in Class 3, as of the Voting Record Date.**

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS CAREFULLY BEFORE COMPLETING YOUR BALLOT.**

**THE BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT ON OR BEFORE OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME) (THE "VOTING DEADLINE") IN ACCORDANCE WITH THE PROCEDURES DESCRIBED HEREIN**

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or the "**Archdiocese**"), the additional debtors listed on the attached **Schedule 1** (the "**Additional Debtors**"), and the Official Committee of Unsecured Creditors (the "**Survivors' Committee**") are soliciting votes with respect to a jointly proposed plan of reorganization (the "**Joint Plan**"). You have received a copy of the Joint Plan, a Bankruptcy Court-approved disclosure statement containing adequate information to make an informed decision on whether to accept or reject the Joint Plan (the "**Disclosure Statement**"), and a copy of the Survivors' Committee's letter to Abuse Claimants (the "**Survivors' Committee Letter**"), which includes a schedule of the town hall meetings regarding the Joint Plan. The Bankruptcy Court approved the Disclosure Statement but has not yet considered approval of the Joint Plan.

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE JOINT PLAN BEFORE YOU VOTE, AND YOU MAY WISH TO SEEK LEGAL ADVICE BEFORE YOU VOTE.**

You are entitled to one (1) vote regardless of how many acts of Abuse may have occurred, and your Known Abuse Claim shall be valued at one dollar ($1.00) **for voting purposes only**, but not for any other purposes including the compensation you may receive on the Known Abuse Claim.

If the Joint Plan is approved by the Bankruptcy Court, it will be binding on you, regardless of whether or not you vote or affirmatively vote to reject the Joint Plan. To have your vote counted, you must complete, sign, and return your Ballot so that it is **actually received** by the Claims and Voting Agent on or before **October 29, 2025, at 11:59 p.m. (Central Time)**.

«instance» «ballotid»

Class: «pclass»

«SEQ»

## Instructions for Submitting Your Ballot

**AS DESCRIBED BELOW, YOU MAY SUBMIT YOUR BALLOT ONLINE
VIA THE CLAIMS AND VOTING AGENT'S E-BALLOTING PORTAL.**

**IF YOU WOULD LIKE TO RETURN A PAPER COPY OF THE BALLOT
(INSTEAD OF SUBMITTING ONLINE), PLEASE COMPLETE, SIGN, AND
DATE THE FORM AND RETURN IT (WITH AN ORIGINAL SIGNATURE)
PROMPTLY BY FIRST CLASS MAIL TO:**

**Donlin, Recano & Company, LLC, c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese of New Orleans
Attn: Voting Department
P.O. Box 2053
New York, NY 10272- 2042
(A pre-addressed, postage pre-paid envelope is provided.)**

**OR BY OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Donlin, Recano & Company, LLC, c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese of New Orleans
Attn: Voting Department
200 Vesey Street, 24th Floor
New York, NY 10281**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE CLAIMS
AND VOTING AGENT <u>ON OR BEFORE THE VOTING DEADLINE</u>
OF OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME).**

**YOU MAY ALSO SUBMIT YOUR BALLOT ONLINE VIA THE
CLAIMS AND VOTING AGENT'S <u>E-BALLOTING PORTAL</u>
IN ACCORDANCE WITH THE INSTRUCTIONS BELOW.**

To submit your Ballot via the Claims and Voting Agent's online portal, please visit https://bankruptcy.angeiongroup.com/Clients/rcano/Vote.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique eBallot ID#: **«EballotID»**

The Claims and Voting Agent's online portal is the sole manner in which Ballots will be accepted via electronic or online transmission. **Ballots submitted by facsimile, email, or other means of electronic transmission will <u>not</u> be accepted or counted.**

Creditors using the Claims and Voting Agent's online portal should <u>**NOT**</u> also submit paper forms.

**If you have any questions, please contact the Claims and Voting Agent:**
(i) by calling 1-877-476-4389 (toll free); and/or (ii) by emailing DRCVote@angeiongroup.com.
**Voting Instructions for Known Abuse Claims (Class 3)**

(«crednoseq») «l1»

«instance» «ballotid»

«SEQ»

Class: «pclass»

1.  Ballots must be delivered to the Claims and Voting Agent (i) at an appropriate address listed above; or (ii) via the Claims and Voting Agent's E-Balloting Portal by visiting https://bankruptcy.angeiongroup.com/Clients/rcano/Vote, clicking on the "E-Ballot" link and following the instructions set forth on the website. Holders of Claims entitled to vote are encouraged to submit their Ballot via the E-Balloting Portal. Please choose only one method of submitting your Ballot. If you choose to submit your Ballot via the E-Balloting Portal, DO NOT also submit a paper Ballot.

2.  To ensure that your vote is counted, you <u>must</u> complete the Ballot and take the following steps: (a) clearly indicate your decision either to accept or reject the Joint Plan in the boxes provided in Item 1 of your Ballot; <u>and</u> (b) sign, date and return an original of your Ballot to the applicable address listed above. A Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

3.  Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

4.  The Debtor will File with the Bankruptcy Court by on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will delineate every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than the E-Balloting Portal), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions regarding each Irregular Ballot.

5.  The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided herein, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot or the E-Ballot is submitted through the E-Balloting Portal. Instead of effecting delivery by first-class mail, it is recommended, though not required, that Creditors use an overnight or hand delivery service if not using the E-Balloting Portal. In all cases, Creditors should allow sufficient time to assure timely delivery.

6.  An executed Ballot is required to be submitted by the Entity submitting such Ballot.

7.  Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than the E-Balloting Portal) will not be valid.

8.  No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

9.  If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

10. Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

11. The Abuse Claimant, an authorized representative of the Abuse Claimant or authorized legal counsel for the Abuse Claimant, must sign the Ballot. If you are signing as an authorized representative or as legal counsel, you must submit the documentation evidencing the express authority for you to vote to accept or reject the Joint Plan. As noted in Item 2 of the Ballot, if you are signing the Ballot

«SEQ»

in your capacity as a trustee, executor, administrator, guardian, attorney in fact, or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, you must submit documentation evidencing your authority to vote to accept or reject the Joint Plan on behalf of the Abuse Claimant. If you are signing the Ballot in your capacity as legal counsel to the Abuse Claimant, you must submit the documentation evidencing the express authority for such counsel to vote to accept or reject the Joint Plan on behalf of Abuse Claimant in the bankruptcy case or cases of the Debtor and/or the Additional Debtors. **Such documentation must be: (a) delivered to the Claims and Voting Agent via mail, overnight delivery, or hand delivery using the applicable address set forth in the Ballot and instructions; or (b) uploaded through the E-Balloting Portal.**

12. If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

13. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

14. Your Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

---

**IF THE CLAIMS AND VOTING AGENT DOES NOT <u>ACTUALLY RECEIVE</u> YOUR BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME), THEN YOUR VOTE WILL <u>NOT</u> BE COUNTED.**

---

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING OR ON BEHALF OF THE DEBTOR OR ADDITIONAL DEBTORS, OTHER THAN WHAT IS CONTAINED IN THE SOLICITATION PACKAGE MAILED HEREWITH.**

«instance» «ballotid»

(«crednoseq») «l1»

Class: «pclass»

## SCHEDULE 1

### ADDITIONAL DEBTORS

I.      **Archdiocesan Parishes**

1.      All Saints Roman Catholic Church, New Orleans, Louisiana
2.      Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.      Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.      Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.      Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.      Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.      Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.      Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.      Christ the King Roman Catholic Church, Gretna, Louisiana
10.     Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.     Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.     Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.     Holy Family Roman Catholic Church, Franklinton, Louisiana
14.     Holy Family Roman Catholic Church, Luling, Louisiana
15.     Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.     Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.     Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.     Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.     Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.     Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.     Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.     Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.     Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.     Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.     Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.     Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.     Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.     Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.     Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.     Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.     Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.     Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.     Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.     Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.     Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.     Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
37.     Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38.     Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39.     Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40.     St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana
41.     St. Agnes Roman Catholic Church, Jefferson, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

Class: «pclass»

«SEQ»

| | |
|---|---|
| 42. | St. Alphonsus Roman Catholic Church, New Orleans, Louisiana |
| 43. | St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana |
| 44. | St. Angela Merici Roman Catholic Church, Metairie, Louisiana |
| 45. | St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana |
| 46. | St. Anselm Roman Catholic Church, Madisonville, Louisiana |
| 47. | St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana |
| 48. | St. Anthony of Padua Roman Catholic Church, Luling, Louisiana |
| 49. | St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana |
| 50. | St. Anthony Roman Catholic Church, Gretna, Louisiana |
| 51. | St. Augustine Roman Catholic Church, New Orleans, Louisiana |
| 52. | St. Benedict Roman Catholic Church, Covington, Louisiana |
| 53. | St. Benilde Roman Catholic Church, Metairie, Louisiana |
| 54. | St. Bernard Roman Catholic Church, St. Bernard, Louisiana |
| 55. | St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana |
| 56. | St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana |
| 57. | St. Christopher Roman Catholic Church, Metairie, Louisiana |
| 58. | St. Clement of Rome Roman Catholic Church, Metairie, Louisiana |
| 59. | St. Cletus Roman Catholic Church, Gretna, Louisiana |
| 60. | St. David Roman Catholic Church, New Orleans, Louisiana |
| 61. | St. Dominic's Roman Catholic Church, New Orleans, Louisiana |
| 62. | St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana |
| 63. | St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana |
| 64. | St. Francis Xavier Roman Catholic Church, Metairie, Louisiana |
| 65. | St. Genevieve Roman Catholic Church, Slidell, Louisiana |
| 66. | St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana |
| 67. | St. Jerome Roman Catholic Church, Kenner, Louisiana |
| 68. | St. Joachim Roman Catholic Church, Marrero, Louisiana |
| 69. | St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana |
| 70. | St. John of the Cross Roman Catholic Church, Lacombe, Louisiana |
| 71. | St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana |
| 72. | St. John the Baptist Roman Catholic Church, Edgard, Louisiana |
| 73. | St. John the Baptist Roman Catholic Church, Folsom, Louisiana |
| 74. | St. Joseph Roman Catholic Church, Algiers, Louisiana |
| 75. | St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana |
| 76. | St. Joseph's Roman Catholic Church, Gretna, Louisiana |
| 77. | St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana |
| 78. | St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana |
| 79. | St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana |
| 80. | St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana |
| 81. | St. Margaret Mary Roman Catholic Church, Slidell, Louisiana |
| 82. | St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana |
| 83. | St. Mark Roman Catholic Church, Ama, Louisiana |
| 84. | St. Martha Roman Catholic Church, Harvey, Louisiana |
| 85. | St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana |
| 86. | St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana |
| 87. | St. Mary's Roman Catholic Church, New Orleans, Louisiana |
| 88. | St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana |
| 89. | St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana |

«instance» «ballotid»

(«crednoseq») «l1»

Class: «pclass»

«SEQ»

90.  St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.  St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.  St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.  St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.  St. Peter Roman Catholic Church, Reserve, Louisiana
95.  St. Peter's Roman Catholic Church, Covington, Louisiana
96.  St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.  St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.  St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.  St. Rita Roman Catholic Church, Harahan, Louisiana
100. St. Rita Roman Catholic Church, New Orleans, Louisiana
101. St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102. Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103. The Congregation of St. Rita Roman Catholic Church of Harahan
104. The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.      Suppressed Archdiocesan Parishes[3]

1.  Blessed Sacrament, Inc.
2.  Epiphany, Inc.
3.  Immaculate Heart of Mary, Inc.
4.  Incarnate Word, Inc.
5.  Our Lady of Good Counsel, Inc.
6.  Our Lady of Good Harbor, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

«instance» «ballotid»

(«crednoseq») «l1»

Class: «pclass»

«SEQ»

7.  Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.  Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.  Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10. St. Ann, New Orleans, Louisiana, Inc.
11. St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12. St. Frances Xavier Cabrini, Inc.
13. St. Francis de Salles, Inc.
14. St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15. St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16. St. Henry's, Inc.
17. St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18. St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19. St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20. St. John the Baptist, New Orleans, Louisiana, Inc.
21. St. Julian Eymard, Inc.
22. St. Lawrence the Martyr, Inc.
23. St. Louise de Marillac, Inc.
24. St. Maurice, Inc.
25. St. Monica, Inc.
26. St. Philip the Apostle, Inc.
27. St. Raymond's, Inc.
28. St. Rose of Lima, Inc.
29. St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
30. St. Theresa of the Child Jesus, Inc.
31. The Congregation of Saints Peter and Paul Roman Catholic Church
32. The Congregation of St. Cecelia Roman Catholic Church
33. The Congregation of the Annunciation Roman Catholic Church
34. The Congregation of the Holy Trinity Roman Catholic Church

### III.   Archdiocesan Agencies

1.  Archdiocesan Spirituality Center
2.  Catholic Charities Archdiocese of New Orleans
3.  Catholic Charities Children's Day Care Centers
4.  Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.  Clarion Herald Publishing Company
6.  Korean Catholic Community of New Orleans, Inc.
7.  Notre Dame Seminary
8.  Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.  Pace Greater New Orleans
10. Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11. Philmat, Inc.
12. Project Lazarus
13. Roman Catholic Center of Jesus the Lord
14. School Food and Nutrition Services of New Orleans, Inc.
15. Second Harvest Food Bank of Greater New Orleans and Acadiana

«instance» «ballotid»

(«crednoseq») «l1»

17

Class: «pclass»

«SEQ»

16.     St. Jude Community Center, Inc.
17.     St. Michael Special School
18.     St. Thérèse Catholic Academy
19.     The Society for the Propagation of the Faith, Archdiocese of New Orleans

«instance» «ballotid»

«crednoseq») «l1»

## SCHEDULE 2

## ART. 12 EXCERPTS

## [JOINT PLAN SECTIONS 12.2, 12.3, 12.4, 12.5, 12.8, & 12.15]

**Section 12.2     Discharge and Discharge Injunctions.**

        **(a)**     *Discharge of the Debtor.*  Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of, all Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Debtor will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Debtor, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

        Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and all Abuse Claims asserted against the Archdiocesan Schools are discharged and released in accordance with the preceding paragraph.

        In the event any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(a) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

        **Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing a Non-Settling Insurer of its duty to defend and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party or Settling Insurer due, in whole or in part, to the Debtor's or the Reorganized Archdiocese's breach of its Post-Effective Date Insurance Obligations, the Debtor and/or the Reorganized Archdiocese shall be liable for any such breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and the Debtor and the Reorganized Archdiocese shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and the Reorganized Archdiocese shall have the right at their respective discretion to intervene and be heard as parties-in-interest in any Action related to an Abuse Claim in which (i) the Debtor's or the Reorganized Archdiocese's Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend**

«SEQ»

**and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party, are implicated, disputed, or otherwise raised.**

(b)     *Discharge of the Additional Debtors*. Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of all Claims of any nature whatsoever against or in the Additional Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Additional Debtors will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Additional Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Parish Schools are not separate Entities from the Additional Debtors, and all Abuse Claims asserted against the Parish Schools are discharged and released in accordance with the preceding paragraph.

If any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(b) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing any Non-Settling Insurer of its duty to defend and/or indemnify an Additional Debtor (or Additional Debtors), a Reorganized Additional Debtor (or Reorganized Additional Debtors), or any other Covered Party or Settling Insurer due, in whole or in part, to such Additional Debtor's(s') or such Reorganized Additional Debtor's(s') breach of its (or their) Post-Effective Date Insurance Obligations, then such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall be liable for any breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and such Reorganized Additional Debtor (or Reorganized Additional Debtors) shall have the right at their respective discretion to intervene and be heard at any time as parties-in-interest in any Action related to an Abuse Claim in which (i) the Additional Debtor's (or Additional Debtors') or the Reorganized Additional Debtor's(s') Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend and/or indemnify the Additional Debtors, the Reorganized Additional Debtors, or any other Covered Party, are implicated, disputed, or otherwise raised.**

2

(c)     *Discharge Injunction – Debtor.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Debtor, the Reorganized Archdiocese, or the property of the Debtor or the Reorganized Archdiocese. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Debtor pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Debtor or the Reorganized Archdiocese at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and the discharge injunction set forth in the preceding paragraph will include the Archdiocesan Schools and will apply to all discharged Claims against the Archdiocesan Schools.

(d)     *Discharge Injunction – Additional Debtors.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in any Additional Debtors or any of the assets or properties of any Additional Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Additional Debtors, the Reorganized Additional Debtors, or the property of the Additional Debtors or Reorganized Additional Debtors. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Additional Debtors pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Additional Debtors or the Reorganized Additional Debtors at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Parish Schools are not separate Entities from the applicable Additional Debtors, and the discharge injunction set forth in the preceding paragraph will include the Parish Schools and will apply to all discharged Claims against the Parish Schools.

**Section 12.3     Exculpations and Limitation of Liability, and Exculpation Injunction.**

(a)     From and after the Effective Date, to the maximum extent permitted by law, no Exculpated Party will have or incur any liability for, and each Exculpated Party will be released from, any Claims, Causes of Action, or liability, and each Exculpated Party is hereby exculpated from any Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, Estate Cause of Action, remedy, loss, and liability for conduct occurring on or after the applicable Archdiocese's Petition Date or the Additional Debtors' Petition Date in connection with or arising out of: (a) the Filing and administration of any Chapter 11 Cases; (b) the negotiation and pursuit of the Disclosure Statement, the Joint Plan, or the Plan Documents, as well as the solicitation of votes for, or Confirmation of, the Joint Plan; (c) the funding or consummation of the Joint Plan, the Settlement Trust, the Plan Documents, or any related agreements, instruments, or other documents, as well as any offer, issuance, and/or Distribution under the Joint Plan or any Settlement Trust Distributions or other disbursements made by the Settlement Trust, whether or not such Distributions, Settlement Trust Distributions, or other disbursements occur following the Effective Date; (d) the implementation of the Joint Plan; and (e) any negotiations, transactions, and

3

«SEQ»

documentation in connection with the foregoing clauses (a)-(d); provided, however, the foregoing will not apply to any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct. The Exculpations will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of the Joint Plan, which protect such Exculpated Parties from liability.

(b)      The Exculpated Parties have participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes and any distribution of consideration made pursuant to the Joint Plan or Settlement Trust and, therefore, are not, and on account of such distributions, will not be liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Joint Plan, any Distributions made pursuant to the Joint Plan, or any Settlement Trust Distributions or other disbursements made by the Settlement Trust.

(c)      As of the Effective Date, all Creditors are, and will be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party and, solely to the extent provided by section 1125(e) of the Bankruptcy Code, any Entity described in section 1125(e) or its or their property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise with respect to any liability or obligation for which an Exculpated Party is discharged, exculpated, or released under the Joint Plan (which, as set forth in this Section 12.3(a) does not include any liability or obligation arising out of or related to acts or omissions of such Exculpated Party that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, Action, or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other Order; (iii) creating, perfecting, or in any way enforcing in any matter, directly or indirectly, any Lien or encumbrance; and/or (v) setting off, seeking reimbursement, contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged or released under the Joint Plan.

**Section 12.4**      *Channeling Injunction Regarding Abuse Claims against the Protected Parties and Settling Insurers*. **In consideration of the undertakings of the Protected Parties and Settling Insurers, their respective contributions to the Settlement Trust, and other consideration, and, where applicable, pursuant to their respective settlements with the Debtor and/or any Additional Debtors and to further preserve and promote the agreements between and among the Protected Parties and Settling Insurers, and to supplement where necessary the injunctive effect of the discharge as provided in section 1141 and 524 of the Bankruptcy Code, and pursuant to sections 105 and 363 of the Bankruptcy Code:**

**(a)      Any and all Channeled Claims against the Protected Parties and Settling Insurers are channeled into the Settlement Trust and will be treated, administered, determined, and resolved under the procedures and protocols and in the amounts established under the Joint Plan and the Settlement Trust Documents as the sole and exclusive remedy for all Entities holding Channeled Claims;**

**(b)      all Entities that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Channeled Claims against the Protected Parties and Settling Insurers will be permanently and forever stayed, restrained, enjoined, and barred from taking any action, directly or indirectly, for the purpose of asserting, enforcing, collecting,**

Class: «pclass»

recovering, or receiving payments, satisfaction, or recovery from any Protected Party or any of the Settling Insurers, including:

(i)      commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Channeled Claim against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer;

(ii)      enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

(iii)      creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

(iv)      asserting, implementing, or effectuating any Channeled Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Protected Party or Settling Insurer, (B) any Protected Party or Settling Insurer, or (C) any property or interest in property of any Protected Party or Settling Insurer; and

(v)      taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.

(c)      The foregoing Channeling Injunction is an integral part of the Joint Plan and is essential to the Joint Plan's consummation and implementation. The channeling of the Channeled Claims as provided in this Section 12.4 of the Joint Plan will inure to the benefit of the Protected Parties and the Settling Insurers. In a successful action to enforce the injunctive provisions of this Section 12.4 of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice to the Post-Confirmation Notice Parties and a hearing.

(d)      Notwithstanding anything to the contrary in Section 12.4 of the Joint Plan, the Channeling Injunction will not enjoin the following:

(i)      the right of any Entity to the treatment afforded to such Entity under the Joint Plan;

(ii)      the right of any Entity to assert any Claim for payment of Settlement Trust expenses solely against the Settlement Trust;

(iii)      the Settlement Trustee's enforcing rights under the Settlement Trust Documents;

(iv)      the Settling Insurers' enforcing rights under the Insurance Settlement Agreements;

5

«instance» «ballotid»

23

Case 20-10343-LSS   Doc 3445-4   Filed 05/01/21   Entered 05/01/21 14:06:27   Main Document   Page 24
of Service Regarding Solicitation Packages   Page 24 of 1525

Class: «pclass»

«SEQ»

> (v)    the rights of the Settlement Trust, the Settlement Trustee, Abuse Claimants, Covered Parties, the Reorganized Archdiocese, and the Reorganized Additional Debtors (in each case, to the extent permitted or required under the Joint Plan) to prosecute any Claims against the Non-Settling Insurers based on or arising from the Non-Settling Insurance Rights Transfer or otherwise; or
>
> (vi)   the rights of the Covered Parties with respect to Non-Insurer Contribution Claims against, or with respect to, the Settlement Trust.

**Section 12.5    *Supplemental Settling Insurers' Injunction*. Pursuant to sections 105(a) and 363 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to any Insurance Settlement Agreement and the Joint Plan, including the Settling Insurers' purchases of the Settling Insurers' Policies pursuant to section 363(f) of the Bankruptcy Code and the Insurance Settlement Orders, any and all Entities who have held, now hold, or who may in the future hold any Claims against any Protected Party, any Covered Party, or any Settling Insurer, which, directly or indirectly, relate to, any of the Settling Insurers' Policies, are hereby permanently and forever stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce, collect, or recover, or attempt to assert, enforce, collect, or recover, any such Claim against any Settling Insurer, and/or any Settling Insurers' Policies, including:**

> **(a)    commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Claim against any Settling Insurer, or any property or interest in property of any Settling Insurer;**
>
> **(b)    enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to any such Claim;**
>
> **(c)    creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to such Claim;**
>
> **(d)    asserting, implementing, or effectuating any Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Settling Insurer, (B) any Settling Insurer, or (C) any property or interest in property of any Settling Insurers; and**
>
> **(e)    taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.**

The Supplemental Settling Insurers' Injunction will not apply to the rights of any Settling Insurer to any reinsurance recoveries, as provided in Section 7.1(f) of the Joint Plan.

**Section 12.8    Gatekeeper Injunction. Subject in all respects to Article 12 of the Joint Plan, no Enjoined Party may assert a Claim or cause of action of any kind or institute any proceeding of any kind against any of the Covered Parties, Settling Insurers, or Settlement Trust that arises from or is in any manner related to the Chapter 11 Cases, the negotiation of the Joint Plan, the negotiation of the Insurance Settlement Agreements, the administration of the Joint Plan by the Settlement Trust and the Debtor, or the property to be distributed under the Joint Plan, or transactions in furtherance of the foregoing without the Bankruptcy Court 1) determining, after Notice and Hearing, that such claim or cause of action (a) is a colorable claim of any kind against the Debtor, the Additional Debtors,**

«SEQ»

the Settlement Trust, or the Settling Insurers; (b) did not arise prior to the Effective Date of the Joint Plan; and (c) is not a Claim owned by the Debtor or Settling Insurers against such Protected Party, Settling Insurer, or the Settlement Trust and 2) subject in all respects to the Injunctions, specifically authorizing such Enjoined Party to initiate a proceeding to assert such Claim or cause of action against such Protected Party, Settling Insurer, or the Settlement Trust.

To the extent that a Claim or cause of action is filed against a Covered Party, Settling Insurer, or the Settlement Trust, without the Bankruptcy Court authorizing such Claim or cause of action in accordance with the preceding paragraph, the Claim or cause of action shall be deemed a willful violation of the Injunctions contained in the Joint Plan if the Claim or cause of action is not dismissed within 10 days of the lawyer filing such Claim or cause of action being provided notice that the Claim or cause of action is in violation of the Injunctions contained in the Joint Plan and this provision. The Bankruptcy Court, for any willful violation of the Injunctions contained in the Joint Plan and this provision, shall assess the attorney filing such Claim or cause of action and the named plaintiff in the Claim or cause of action reasonable legal fees incurred by the party enforcing the respective Injunction and this provision.

Section 12.15   Ratification of Sale Injunction. Pursuant to sections 105(a), 363, and 1123 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchase of the Settling Insurers' Policies free and clear of all Liens, Claims, and Subject Interests pursuant to section 363(f) of the Bankruptcy Code, the Joint Plan hereby incorporates by reference, adopts, and ratifies (and the Confirmation Order shall adopt and ratify) the injunction of Claims against a Settling Insurer with respect to any Subject Insurance Policy set forth in the Insurance Settlement Order(s) (each, a "**Sale Injunction**") in all respects. The Sale Injunction(s) are in addition to and independent of the injunctions in Sections 12.4 and 12.5 herein.

«instance» «ballotid»

## SCHEDULE 3

### SETTLING INSURERS

Sparta Insurance Company and American Employers' Insurance Company ("**SPARTA**");[1]

United States Fire Insurance Company ("**U.S. Fire**"), International Insurance Company ("**International**"), and Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company individually and, to the extent that policies issued by U.S. Fire and/or International were novated to or assumed by either or both of them ("**U.S. Fire/International**");

Catholic Mutual Relief Society of America ("**Catholic Mutual**");

Puritan Insurance Company, The Manhattan Fire and Marine Insurance Company, and Westport Insurance Corporation ("**Puritan**");

National Union Fire Insurance Company of Pittsburgh, Pa. ("**National Union**"); and

Twin City Fire Insurance Company and First State Insurance Company ("**Twin City**").

The Settling Insurers include the following: (i) each of the foregoing Entities' past, present and future affiliates, divisions, reinsurers, and retrocessionaires, including Entities released pursuant to any Insurance Settlement Agreement; (ii) each of the foregoing Entities' respective past, present and future affiliates, holding companies, merged companies, related companies, divisions and acquired companies, including the Entities released pursuant to any Insurance Settlement Agreement; (iii) each of the foregoing Entities' respective past, present and future directors, officers, shareholders, employees, subrogees, partners, principals, agents, attorneys, joint ventures, joint venturers, Related Parties, and Claims handling administrators; and (iv) each of the foregoing Entities' respective predecessors, successors, assignors, and assigns, whether known or unknown, and all Entities acting on behalf of, by, through or in concert with them. Notwithstanding the foregoing, to the extent that any such Insurer has not executed its respective Insurance Settlement Agreement prior to the Confirmation Hearing, such Insurer shall not be deemed a Settling Insurer.

---

[1] SPARTA's contribution of $21,000,000 and status as a Settling Insurer is contingent on SPARTA providing financial assurance acceptable to the Survivors' Committee in the Survivors' Committee's discretion by the commencement of the Confirmation Hearing. If SPARTA fails to provide such financial assurance, SPARTA will become a Non-Settling Insurer, and litigation rights will be preserved against SPARTA and any insurance guarantee fund, should SPARTA trigger guarantee fund coverage.

«instance» «ballotid»

«crednoseq») «l1»

«SEQ»

**RE: RCANO**

▮▮‖‖▮▮▮▮▮

(«seq»/«pclass»)

«l1»

«l2»

«l3»

«l4»

«l5»

«l6»

Class: «pclass»

BID: «ballotid»

▮▮▮▮▮▮▮▮▮▮▮

«instance» «ballotid»

EXHIBIT B

## LETTER FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ABUSE CLAIMANTS
## RECOMMENDING THEY VOTE TO **ACCEPT** THE JOINT PLAN

The Official Committee of Unsecured Creditors is the representative of the holders of Abuse Claims against the Roman Catholic Church of the Archdiocese of New Orleans, appointed by the Office of the United States Trustee, a division of the United States Department of Justice. The Survivors' Committee consists of four survivors of sexual abuse—two of whom were abused at Hope Haven and Madonna Manor. The Survivors' Committee has worked tirelessly on your behalf for the past five years to reach a reasonable settlement of more than 650 sexual abuse claims, including unprecedented protections for children and adult abuse survivors. For the reasons set forth below, the Survivors' Committee recommends that you vote to **ACCEPT** the reorganization plan, dated August 6, 2025, (as amended, modified, or supplemented from time to time, the "**Joint Plan**"), enclosed with this letter.[1]

The Survivors' Committee negotiated this Joint Plan under the Court's threat that the bankruptcy case will be dismissed if a plan is not approved by December 31, 2025. While some attorneys and Abuse Claimants advocate for dismissal, the Survivors' Committee does not believe that dismissal is in the interests of all Survivors. A summary comparing the Joint Plan to the possibility of dismissal is included in this letter.

If the case is dismissed, Survivors will be compensated only by litigating their claims in a court proceeding in which the Archdiocese and other defendants are likely to take aggressive and hostile positions, possibly including depositions of the Survivor, employers, family members, friends, doctors and therapists and medical exams by physicians of the Archdiocese's choosing. If the Survivor is successful after a lengthy litigation process that could include years of appeals, the Archdiocese and the other defendants can file bankruptcy again to delay payment. Moreover, the Archdiocese's insurers will retain their coverage defenses and litigate whether they have to pay anything. The Survivors' Committee understands that many Survivors will abandon the litigation option in light of these risks and likely delays, including Survivors' continued emotional and psychological pain, age and, often, poor health.

As importantly, the agreed child and adult survivor protection measures will NOT be instituted if the case is dismissed. The Survivors' Committee has crafted and aggressively negotiated for protections, including a Survivor Bill of Rights of unprecedented robustness in diocese abuse cases. These child protection measures are critical to the Survivors' Committee's recommendation to accept the Joint Plan and include increased accountability and abuser discipline and transparency through oversight, record keeping and disclosure, and the publication of abuse related documents through an archive to be administered by an approved third-party academic institution.

This Plan is a vast improvement over the Archdiocese's previously filed plan in terms of compensation to be paid to Survivors and child protection measures. Under the Joint Plan, the Archdiocese and its parishes, schools, and related Catholic entities (collectively, the "**Affiliates**") will create a Settlement Trust into which the Archdiocese and Affiliates will pay $150 million. The Joint Plan also contemplates the sale of the senior housing facilities, known as Christopher Homes. Depending on the outcome of the sale process, the Settlement Trust could receive additional cash in an estimated range of approximately $30,904,000 to $55,924,000. In addition, most of the insurers who insured the Archdiocese and its affiliates for liability for sexual abuse have agreed to pay a combined $29.25 million in cash to the Settlement Trust, and the Archdiocese will transfer to the Settlement Trust its rights against Non-Settling Insurers.

The Joint Plan allows Survivors with claims against Non-Settling Insurers to sue for the maximum compensation provided by the policies. The Joint Plan provides for how recoveries against Non-Settling Insurers are shared by the litigating Survivors and the Settlement Trust. The Joint Plan also allows

---

[1]    A capitalized term used but not defined herein shall have the meaning ascribed to it in the Joint Plan.

Survivors with claims against non-Affiliates, such as religious orders, to sue to recover deserved compensation.

The Joint Plan contemplates that nearly all of the Affiliates will each file their own bankruptcies if the recommended plan is accepted. These Affiliates, with acceptance of the recommended plan, should emerge from their bankruptcies at the same time as the Archdiocese emerges from its bankruptcy case. The coordination of these bankruptcies will facilitate the prompt funding of the Settlement Trust and disbursement of compensation and include the Affiliates' commitment to the child and adult protection measures.

If the Joint Plan is approved, Survivors will be able to share in the settlement fund pursuant to the terms of the Joint Plan and exhibits thereto, the Debtor and the Affiliates that have filed bankruptcies will receive a bankruptcy discharge of the abuse claims, and the Settling Insurers will have no further responsibility for paying abuse claims. The Joint Plan provides an efficient and speedy means for allocating compensation to each Survivor.

The Survivors' Committee supports the Joint Plan because it provides robust protections for children, reasonable compensation for Survivors and avoids the uncertainty and delay of continued litigation against the Debtors, the Affiliates and the Settling Insurers. The Survivors' Committee believes that the Joint Plan is in the best interests of all creditors, especially you, a Holder of an Abuse Claim (Class 3), and urges you to vote to **ACCEPT** the Joint Plan.

**The Disclosure Statement contains extensive information with respect to the Joint Plan and we encourage you and your counsel to review the Disclosure Statement and Joint Plan carefully before voting. Additionally, we have included with this letter a set of FAQs regarding the Joint Plan along with information regarding upcoming town hall meetings in which Survivors can listen to a presentation and write question for the panelists to answer.** The deadline to vote to accept or reject the Joint Plan is **October 29, 2025, at 11:59 PM (Central Time)**. Please complete and submit your ballot in accordance with the instructions contained in the solicitation package so that it is received no later than **October 29, 2025, at 11:59 p.m.**

Sincerely,

*Official Committee of Unsecured Creditors*

2

This Chart compares the benefits to Abuse Claimants under the Joint Plan compared to what Abuse Claimants could expect if the bankruptcy case is dismissed.

### SUMMARY OF JOINT PLAN VERSUS CASE DISMISSAL OPTIONS

| Joint Plan | Bankruptcy Case Dismissal |
|---|---|
| **Guaranteed Recovery:**<br><br>On the Effective Date of the Joint Plan, a settlement fund of $159,275,000 in cash and a 4-year $20 million promissory note will be placed into the Settlement Trust solely for the benefit of Abuse Claimants to pay Abuse Claims. | **No Guaranteed Recovery:**<br><br>May get a judgment against an Entity that has no assets when you try to enforce any judgment you receive. If you get a judgment against a solvent entity, collection is still uncertain. |
| **Additional Recoveries:**<br><br>1) Payment of the 20,000,000 promissory note by the Archdiocese and the Additional Debtors.<br>2) Payment of the net proceeds of the Christopher Homes affordable housing properties (estimate $30 million to $55 million). Anticipated to be received 3rd quarter of 2026.<br>3) Judgment against the Non-Settling Insurers. | **No Additional Recoveries:**<br><br>You will only receive a judgment against a specific Entity. You will only be able to collect against that Entity to the extent that Entity has assets. You will not be able to collect against the Christopher Homes affordable housing sales proceeds.<br><br>You may be able to collect against an insurance company you have a claim against if the Court does not uphold policy defenses. |
| **Insurance Settlements:**<br><br>The Joint Plan provides for more than $29 million from the Settling Insurers, including $21 million from SPARTA Insurance Company ("SPARTA") contingent on SPARTA providing financial assurance acceptable to the Survivors' Committee in its sole discretion. If Travelers Insurance Company settles, this insurance settlement amount will increase. | **No Insurance Settlements:**<br><br>No dedicated funds from insurance companies. |
| **Guaranteed Timing of Payment**<br><br>First payments to the Settlement Trust made by the Effective Date, currently scheduled for December 31, 2025. Payments to Abuse Claimants in early 2026. | **Unknown Timing of Payment**<br><br>In federal court in New Orleans, the average time from filing a lawsuit to trial is 2 years. Even if you get a judgment, it will likely be appealed adding an additional 1 to 2 years before you get a final judgment. You also run the risk that a subsequent bankruptcy will be filled before you can collect on your judgment. |
| **Equal Timing of Payment:** | **Unequal Timing of Payment:** |

145243994v.3

| | |
|---|---|
| Abuse Claimants will be paid at the same time as other Abuse Claimants. | You will not be paid on your claim until your judgement is final. Others who obtain judgements ahead of yours will be paid first and may exhaust the assets of the Entities you have a judgment against. |
| **No New Proof Is Needed:**<br><br>Your existing Abuse Claim documentation is sufficient to evaluate your claim. You have the option to supplement your Claim with additional information. While testimony in Court is permitted, it is not required. Under the Joint Plan you can remain anonymous, and you will not have to appear in person in Court or be involved in any depositions, document production, or incur any additional expert costs. | **More Proof Is Needed:**<br><br>Abuse Claimants will have to obtain Certificates of Merit, file a lawsuit, participate in document production, participate in depositions (possibly including family members, employers, and friends), attend independent medical exams, publicly identify themselves, testify at trial, and potentially defend appeals, all without a guaranteed payment. |
| **Travelers Insurance Company**<br><br>Abuse Claimants with Claims covered by Travelers (February 1, 1973, to July 1, 1989) have the option to receive their distribution from the Settlement Trust and can bring litigation against Travelers in the Court system. | **Travelers Insurance Company**<br><br>Abuse Claimants will receive no money until they get a judgment against the defendants they sue. As noted above, obtaining a final judgment could take up to four years. |
| **Child Protection Procedures and Survivor Bill of Rights**<br><br>The Joint Plan has the most detailed and comprehensive Non-Monetary Plan Provisions ever agreed to by any Catholic Diocese. | **Child Protection Procedures and Survivor Bill of Rights**<br><br>The Non-Monetary Provisions are only enforceable if the Joint Plan is confirmed. If the Bankruptcy Case is dismissed, they cannot be enforced, and no public archive of abuse records will be created. |
| **Claim Evaluation:**<br><br>Abuse Claims will be evaluated by an Abuse Claims Reviewer chosen by the Survivors' Committee. Your recovery will be consistent with the Trust Distribution Protocol proposed by the Survivors' Committee. This process provides consistent, predictable outcomes for Abuse Claimants as a whole and provides that your recovery will, in most respects, be equal to all other Abuse Survivors who possess similar claims. | **Claim Evaluation:**<br><br>Your claim and judgement will be decided by either a judge or a jury after a trial. During the trial you and your family will be subject to deposition by the defense lawyers, and your claims will be scrutinized and evaluated by other experts selected by the defendants |
| **Settlement Trust Protected From Other Creditors:** | **No Protection From Other Creditors:** |

4

| | |
|---|---|
| Confirmation of the Joint Plan ensures a dedicated fund—the Settlement Trust—for the payment of Abuse Claims. Other creditors, including Bondholders, will be paid out of separate funds. | All creditors will be competing for the same assets. For example, Bondholders will likely sue the Archdiocese, and, due to the nature of the claim, they would likely obtain a judgment before you do, potentially allowing them to seize Archdiocesan assets that could have been used to pay your Claim. Bondholders seek $40 million plus past-due interest and unpaid attorneys' fees. |

5

## FAQs

1. How is the Settlement Trust funded?

The Settlement Trust will be funded with a total of approximately $179.3 million. This amount includes $130 million from the Archdiocese and its affiliates payable on the Joint Plan effective date. It also includes a $20 million promissory note payable over 4 years starting in July 2026. Finally, the amount includes $29,275,000 from insurance companies that have agreed to the settlement.

The Settlement Trust may receive additional funding through the sale of affordable living / senior housing facilities known as the Christopher Homes. A sale process has begun for these assets and will be on-going during the Joint Plan confirmation process. A significant portion of the net proceeds from the sale of Christopher Homes will also fund the Settlement Trust.

2. What does the Settlement Trustee do?

The Settlement Trustee will oversee the Settlement Trust including accepting the settlement funds, investing the settlement funds, and managing their distribution. The Settlement Trustee will also coordinate litigation against the insurance company that has not agreed to a settlement and will be involved with any broader settlement involving that insurance company. The Settlement Trustee will also enforce the non-monetary plan provisions discussed below and file reports regarding the trust activity with the Bankruptcy Court.

The Settlement Trust includes an oversight committee staffed with Survivor representatives, which will advise the Settlement Trustee regarding significant decisions related to the Settlement Trust.

3. How are the Abuse Claims reviewed?

Each claim will be reviewed by a professional claim reviewer. The claim reviewer will also accept supplemental information provided by claimants. Each claim will be scored on a 100-point scale based on the nature of the abuse, the impact of the abuse, and other factors set out in the Trust Allocation Protocol. Survivors will be notified of their score and can request reconsideration for a fee. The Settlement Trustee will use the score to calculate distributions to abuse claimants.

4. How does the Joint Plan address insurers who did not settle?

As of the time of this document, one insurer has not settled. The Joint Plan provides that abuse claimants with claims during the coverage years of the insurer that did not settle can file a lawsuit against the insurer in state court. The Settlement Trustee will decide which lawsuits will get filed first with a goal of asserting maximum pressure on the insurer. Survivors who successfully litigate will receive point enhancements set out in the Trust Allocation Protocol.

5. What does the Joint Plan do to prevent future abuse claims?

The Joint Plan includes a document called *The Roman Catholic Church of the Archdiocese of New Orleans' Non-Monetary Joint Plan Provisions to Foster Child Protection and Prevent Child Sexual Abuse* (the "Non-Monetary Provisions"). These Non-Monetary Provisions will change how the Archdiocese operates going forward and will increase oversight, accountability, and transparency. Among other things, outside experts will evaluate the Archdiocese's child-protection programs and will recommend improvements. In addition, the Archdiocese will create a document archive stored at a secular university that will enable Survivors and the public to study the history of abuse at the Archdiocese and its affiliates.

6

Lastly, the Archdiocese will also hold public forums in which Survivors can meet with the Archbishop, share their experiences, and express their concerns. The Survivors' Committee expects that the Non-Monetary Provisions will help prevent future abuse. The Non-Monetary Provisions will only be implemented if the Joint Plan is confirmed.

## TOWN HALL INFORMATION

The Survivors' Committee will hold multiple online town hall meetings to help inform Survivors regarding the Joint Plan. At these meetings, the Survivors' Committee will give a presentation regarding the Joint Plan and answer questions submitted by participants. The town hall meetings will be held as follows:

- September 12, 2025 at 3 PM Central.
- September 24, 2025 at 12 PM Central.
- October 20, 2025, at 7 PM Central.

Meeting access link:

https://troutman.zoom.us/j/99658068802?pwd=XlK0nfUM2cDwYxjS293Sd9SVBsbxae.1

Meeting password: 337876

7

# EXHIBIT C

# The Roman Catholic Church of the
## Archdiocese of New Orleans

August 14, 2025

Dear Survivors and Other Creditors,

As you are aware, we have filed the *Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF 4235] (as amended, modified, or supplemented from time to time, the "**Joint Plan**"). The Joint Plan is supported by the parishes, local Catholic agencies, and the Official Committee of Unsecured Creditors (the "**Committee**"). I am grateful that we have found common ground with the Committee.

> **YOU ARE RECEIVING THIS LETTER BECAUSE YOU ARE ENTITLED TO VOTE ON THE JOINT PLAN. THEREFORE, YOU SHOULD READ THIS LETTER CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**
>
> **THE ARCHDIOCESE STRONGLY URGES YOU TO PROPERLY AND TIMELY SUBMIT YOUR BALLOT CASTING A VOTE TO ACCEPT THE JOINT PLAN. BALLOTS SHOULD BE SUBMITTED IN ACCORDANCE WITH THE INSTRUCTIONS INDICATED ON YOUR BALLOT.**
>
> **THE VOTING DEADLINE IS OCTOBER 29, 2025, AT 11:59 P.M. (PREVAILING CENTRAL TIME).**

I kindly ask you to support the Joint Plan.

Sincerely yours in Christ,

Very Reverend Patrick R. Carr

Case 20-10846 Doc 345-4 Filed 09/01/20 Entered 09/01/20 14:07:54 Main Document Page 38 of 1525

Case 20-10846 Doc 345-4 Filed 09/01/20 Entered 09/01/20 14:07:54 Exhibit 4 Affidavit of Service Regarding Solicitation Packages Page 38 of 1525

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW
ORLEANS,

Debtor.[1]

§
§
§
§
§
§
§
§

Case No. 20-10846

Section "A"

Chapter 11

---

### SOLICITATION AND VOTING PROCEDURES

**PLEASE TAKE NOTICE** that, on August 12, 2025, the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") entered an Order (the "**Disclosure Statement Order**"), [ECF 4253],[2] that: (a) authorizes the Roman Catholic Church of the Archdiocese New Orleans, the debtor and debtor-in-possession herein (the "**Debtor**" or "**Archdiocese**") in this chapter 11 case (the "**Chapter 11 Case**"), the Additional Debtors, and the Official Committee of Unsecured Creditors (collectively the "**Plan Proponents**" and each a "**Plan Proponent**"), to solicit votes on the *Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF 4235] (as amended, modified, or supplemented from time to time, the "**Joint Plan**"); (b) approves the corresponding *Second Amended Modified Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF 4242], (the "**Disclosure Statement**"), as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approves the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Package**"); and (d) approves procedures for soliciting, receiving, and tabulating votes on the Joint Plan and Filing objections to the Joint Plan.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Disclosure Statement Order approves these Solicitation and Voting Procedures (these "**Procedures**"), and provides as follows:

### A.    THE VOTING RECORD DATE

The record date for purposes of determining which Creditors holding Claims in the Voting Classes are entitled to vote to accept or reject the Joint Plan (the "**Voting Record Date**") shall be **August 14, 2025, at 11:59 p.m. (Central Time)**; provided, however, that if a Known Abuse Claimant files an Abuse Proof of Claim against an Additional Debtor, then the Voting Record Date for such Known Abuse Claim shall be **October 15, 2025, at 11:59 p.m. (Central Time)**.

### B.    THE VOTING DEADLINE

The Bankruptcy Court has established **October 29, 2025, at 11:59 p.m. (Central Time)**, as the voting deadline (the "**Voting Deadline**") for the Joint Plan. The Plan Proponents may extend the Voting Deadline, in their discretion, without further Order of the Bankruptcy Court. To be counted as votes to accept or reject the Joint Plan, all Ballots (as defined below) must be properly executed, completed, and

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not otherwise defined herein will have the same meaning as set forth in the Joint Plan or the Disclosure Statement Order.

delivered to Donlin, Recano & Company, LLC (the "**Claims and Voting Agent**") so that such Ballots ***are actually received on or before the Voting Deadline*** by one of the following methods: (i) first class mail (using the reply envelope provided in the Solicitation Package or otherwise); (ii) overnight courier; (iii) hand delivery; or (iv) the E-Balloting Portal (for Claims in Classes 3, 4, 7, and 8) or email (for Claims in Class 6). The proper return address for the Claims and Voting Agent is shown on each Ballot. The voting and tabulation procedures found at Section E.1 through Section E.4 of these Procedures govern the procedures for voting, allowance for voting purposes, and Ballot tabulation.

## C.    CONFIRMATION OBJECTION DEADLINE

The last day to File a written objection to Confirmation of the Joint Plan is **October 30, 2025, at 11:59 p.m. (Central Time)** (the "**Confirmation Objection Deadline**").

## D.    FORM, CONTENT, AND MANNER OF NOTICES

1. **The Solicitation Package.** The following materials will constitute the Solicitation Package:

   a. The approved Disclosure Statement, attached to the Disclosure Statement Order as **Schedule 1**, together with the Joint Plan and other exhibits;

   b. These Procedures;

   c. The applicable form of ballot, in substantially the form of the ballots attached to the Disclosure Statement Order as **Schedule 3A** through **Schedule 3E** (each, a "**Ballot**" and collectively, the "**Ballots**");

   d. A letter from the Debtor in substantially the form attached to the Disclosure Statement Order as **Schedule 4A**, which urges the Creditors holding Claims in each of the Voting Classes to vote to accept the Joint Plan (the "**Archdiocese Support Letter**"), and for Class 3 Claims, a letter from the Creditors' Committee, in substantially the form attached to the Disclosure Statement Order as **Schedule 4B**, recommending that Known Abuse Claimants vote to accept the Joint Plan (the "**Survivors' Committee Letter**");

   e. The Notice of the Confirmation Hearing, in substantially the form attached to the Disclosure Statement Order as **Schedule 5** (the "**Confirmation Hearing Notice**");

   f. The Disclosure Statement Order (without exhibits); and

   g. A pre-addressed, postage pre-paid reply envelope.

2. **Distribution of the Solicitation Package.** On or before **August 28, 2025, at 11:59 p.m. (Central Time)** (the "**Solicitation Deadline**"):

   a. The Plan Proponents will distribute, or cause to be distributed by first-class mail, postage prepaid, the following documents in the Solicitation Package in electronic format (i.e., on a CD-ROM or flash drive) to Creditors holding Claims in Voting Classes: (i) the Disclosure Statement (with exhibits); and (ii) an approved copy of the Proposed Order (without exhibits).

   b. All other contents of the Solicitation Package, including (i) the Archdiocese Support Letter and, if applicable, the Survivors' Committee Letter;[3] (ii) the Confirmation Hearing Notice; (iii) these Procedures; (iv) the applicable Ballot; and (v) a pre-addressed, postage pre-paid reply envelope, will be provided, by first-class mail, postage prepaid in paper format only.

---

[3] The Survivors' Committee Letter shall be included as a separate document at the top of the Class 3 Solicitation Package and may be printed on colored paper.

    c.       The Plan Proponents also will mail, or cause to be mailed, by first-class mail, postage prepaid, the materials in the Solicitation Package (excluding Ballots) to the U.S. Trustee.

Any party that receives any portion of the Solicitation Package in electronic format, but would prefer paper format, may request paper copies of the materials previously received in electronic format, at the Debtor's expense, by: (a) writing the Claims and Voting Agent at Donlin, Recano & Company, LLC, Re: The Roman Catholic Church of the Archdiocese of New Orleans, Attn: Voting Department, P.O. Box 2053, New York, NY 10272- 2042; (b) telephoning the Claims and Voting Agent at 1-877-476-4389 (toll free); and/or (c) emailing the Claims and Voting Agent at drcvote@angeiongroup.com.

If a Known Abuse Claimant is represented by counsel, then the Class 3 Solicitation Package shall be distributed to counsel of record. Further, one Solicitation Package (containing unique Ballots) may be distributed to each law firm that is counsel of record for a Known Abuse Claimant, regardless of how many Known Abuse Claimants the law firm represents, unless such counsel requests additional copies as provided in the preceding paragraph. Additionally, counsel for Known Abuse Claimants may request that the Claims and Voting Agent provide, via electronic mail, a link to the E-Balloting Portal along with the unique Ballot identifier for each Known Abuse Claimant represented by such counsel.

Within 72 hours of receipt of the Class 3 Solicitation Package, counsel for a Known Abuse Claimant shall forward the Class 3 Solicitation Package to its Known Abuse Claimant client by first-class mail, postage prepaid, or electronic mail. Within three (3) Business Days after such counsel has forwarded the Class 3 Solicitation Package, counsel shall file a certificate of service attesting that it has done so. The certificate of service shall be filed under seal to protect the confidentiality of the clients' identity. The Plan Proponents shall have standing to seek sanctions against counsel who fail to comply with this requirement and to seek designation of the votes of those Known Abuse Claimants whose counsel failed to comply with this requirement.

Following the Solicitation Deadline, the Claims and Voting Agent will distribute a Class 3 Solicitation Package to a Known Abuse Claimant (or counsel, if applicable) no later than two (2) Business Days (or as soon as reasonably possible) after the Known Abuse Claimant files an Abuse Proof of Claim against an Additional Debtor.[4]

The Claims and Voting Agent is authorized to assist in (a) distributing the Solicitation Packages, (b) receiving, tabulating, and reporting on Ballots cast to accept or reject the Joint Plan by Creditors, (c) responding to inquiries from Creditors and other parties in interest relating to the Disclosure Statement, the Joint Plan, the Ballots, the Solicitation Package, and all other related documents and matters related thereto, including the procedures and requirements for voting to accept or reject the Joint Plan and for objecting to the Joint Plan, (d) soliciting votes on the Joint Plan, and (e) if necessary, contacting Creditors regarding the Joint Plan.

The Plan Proponents will not mail Solicitation Packages or other solicitation materials to Creditors that have already been paid in full during the Chapter 11 Case, or that are authorized to be paid in full in the ordinary course of business pursuant to an order previously entered by this Bankruptcy Court in the Chapter 11 Case.

To avoid duplication and reduce expenses, the Plan Proponents will make every reasonable effort to ensure that any Creditor who has Filed or purchased duplicative Claims against the Debtor or Additional Debtors that are classified under the Joint Plan in the same Voting Class receives no more than one Solicitation Package (and, therefore, one Ballot) on account of such Claim and with respect to that Class as against the Debtor or Additional Debtors.

---

[4] A new Solicitation Package need not be distributed to a Known Abuse Claimant to whom a Solicitation Package already was distributed on account of a Previously Asserted Claim.

3. **Confirmation Hearing Notice.** No later than the Solicitation Deadline, the Plan Proponents will serve the Confirmation Hearing Notice, substantially in the form of **Schedule 5** to the Disclosure Statement Order, on all known Creditors and all parties required to be notified under Bankruptcy Rule 2002 (the "**2002 List**") as of the Voting Record Date (regardless of whether such parties are entitled to vote on the Joint Plan).

4. **Non-Voting Status Notice to Creditors Holding Claims Not Entitled to Vote on the Joint Plan.** Instead of the Solicitation Package, the Plan Proponents will distribute, or cause to be distributed, a notice, substantially in the form of **Schedule 6** to the Disclosure Statement Order (the "**Non-Voting Status Notice**"), to Creditors holding Claims in a Non-Voting Class, holding Unclassified Claims, or holding a Disputed Claim:

| Class No. or Plan Section | Description of Claims Not Entitled to Vote |
|---|---|
| Section 2.1 | Administrative Claims |
| Section 2.3 | Administrative Trade Claims |
| Section 2.4 | DIP Credit Card Claim |
| Section 2.5 | Priority Tax Claims |
| Class 1 | Other Priority Claims |
| Class 2 | Secured Claims |
| Class 5 | Non-Insurer Contribution Claims |
| Class 9 | Unsecured Trade Claims—Additional Debtors |
| Class 10 | Additional Debtors' Non-Trade Unsecured Claims—Additional Debtors |

The Plan Proponents are not required to mail Non-Voting Status Notices to the following: (a) Creditors holding Claims that have already been paid in full during the Chapter 11 Case, or that are authorized to be paid in full in the ordinary course of business pursuant to an order previously entered by this Bankruptcy Court; or (b) any party to whom the Scheduling Order was sent, but was subsequently returned as undeliverable without a forwarding address.

5. **Plan Supplements Notice.** The Plan Proponents will send the Plan Supplements Notice, substantially in the form attached to the Disclosure Statement Order as **Schedule 7**, on the date the Plan Proponents file the Plan Supplement(s) or as soon as practicable thereafter.

6. **Notices in Respect of Executory Contracts and Unexpired Leases.** Counterparties to Executory Contracts and Unexpired Leases that receive a notice of assumption (the "**Assumption and Cure Notice**") or notice of rejection (the "**Rejection Notice**"), substantially in the forms attached as **Schedule 8** and **Schedule 9** to the Disclosure Statement Order, respectively, may File an objection to the Joint Plan's proposed rejection, assumption, and/or proposed Cure Amount, as applicable. Such objections must be Filed on or before the Confirmation Objection Deadline, as set forth on **Schedule 8** and **Schedule 9**.

**E.** **VOTING AND TABULATION PROCEDURES**

1. **Creditors Entitled to Vote.** Only the following Creditors who hold a Claim in the Voting Classes will be entitled to vote with regard to such Claims, as follows:

   a. Creditors who, on or before the Voting Record Date, have Filed a Proof of Claim that (i) has not been expunged, Disallowed, disqualified, withdrawn, or superseded before the Voting Record Date, and (ii) is not the subject of a pending objection, other than a "reduce and allow" objection, Filed with the Bankruptcy Court at least seven days before the Voting Deadline, pending a Resolution Event as provided herein; *provided, however,* that a Creditor holding a Claim that is the subject of a pending objection on a "reduce and allow" basis will receive a Solicitation Package

and be entitled to vote such Claim in the reduced amount contained in such objection absent further Order of the Bankruptcy Court;

b.  Creditors whose Claims arise (i) pursuant to an agreement or settlement with the Debtor, as reflected in a document Filed with the Bankruptcy Court, (ii) in an Order entered by the Bankruptcy Court, or (iii) in a document executed by the Debtor pursuant to authority granted by the Bankruptcy Court, in each case regardless of whether a Proof of Claim has been Filed;

c.  Creditors who hold any Disputed Claim that has been temporarily Allowed for voting purposes only pursuant to Bankruptcy Rule 3018;

d.  The assignee of any Claim that was transferred on or before the Voting Record Date by any Entity described in subparagraphs (a) through (c) above; provided, however, that such transfer or assignment has been fully effectuated pursuant to the procedures set forth in Bankruptcy Rule 3001(e) and such transfer is reflected on the Claims Register on the Voting Record Date; and

e.  Creditors who have Filed or purchased duplicate Claims within the same Voting Class will be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtor has objected to such duplicate Claims.

2.  **Establishing Claim Amounts for Voting Purposes Only.**  Any amounts filled in on Ballots by the Plan Proponents through the Claims and Voting Agent are not binding for purposes of Allowance, Distribution, or Settlement Trust Distribution.  In tabulating votes, for voting purposes only, the following hierarchy will be used to determine the amount of the Claim associated with each Creditor's vote, as follows:

a.  The Claim amount (i) settled and/or agreed upon by the Debtor and Plan Proponents, as reflected in a document Filed with the Bankruptcy Court, (ii) set forth in an Order of the Bankruptcy Court, or (iii) set forth in a document executed by the Debtor or the Plan Proponents pursuant to authority granted by the Bankruptcy Court;

b.  The Claim amount Allowed (temporarily or otherwise) pursuant to a Resolution Event pursuant to these Procedures;

c.  The Claim amount contained in a Proof of Claim that has been timely Filed by the applicable Claims Bar Date (or deemed timely Filed by the Bankruptcy Court under applicable law), except for any amounts asserted on account of any interest that accrued after the Petition Date; provided, however, that any Ballot cast by a Creditor holding a Claim who timely Filed a Proof of Claim in respect of (i) a Contingent Claim or a Claim in a wholly-unliquidated or unknown amount (based on a reasonable review by the Plan Proponents and/or the Claims and Voting Agent) that is not the subject of an objection will count toward satisfying the numerosity requirement of section 1126(c) of the Bankruptcy Code, and will count as a Ballot for a Claim in the amount of one dollar ($1.00) solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code, and (ii) a partially liquidated and partially unliquidated Claim, which Claim will be Allowed for voting purposes only in the liquidated amount;

d.  Each Known Abuse Claim will vote at one dollar ($1.00) solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code;

e.    Each Unknown Abuse Claim (represented by the Unknown Abuse Claims Representative) will vote at one dollar ($1.00) solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code;

f.    A Claim listed in the Schedules as Contingent, Disputed, or unliquidated will vote at one dollar ($1.00) solely for the purposes of satisfying the dollar amount provisions of section 1126(c) of the Bankruptcy Code, provided such Claim is not superseded by a timely Filed Proof of Claim; and

h.    In the absence of any of the foregoing, such Claim will be Disallowed for voting purposes.

3. **Resolution of Disputed Claims for Voting Purposes; Resolution Event.**

a.    Absent a further Order of the Bankruptcy Court, if any Plan Proponent Files, on or before fifteen (15) days before the Voting Deadline, an objection to a Claim in a Voting Class on a "reduce and allow" basis, the Creditor holding such a Claim will be entitled to vote such Claim in the reduced amount contained in such objection.

b.    Absent a further Order of the Bankruptcy Court, if any Plan Proponent Files, on or before fifteen (15) days before the Voting Deadline, an objection to a Claim in a Voting Class *other than* on a "reduce and allow" basis: (i) the filing Plan Proponent will cause the applicable Creditor to be served with both (A) a Non-Voting Status Notice and (B) a Confirmation Hearing Notice; and (ii) the applicable Creditor will not be entitled to vote to accept or reject the Joint Plan on account of such Claim unless a Resolution Event (as defined below) occurs.

c.    A "**Resolution Event**" means the occurrence of one or more of the following events no later than two (2) Business Days before the Voting Deadline:

i.    An Order of the Bankruptcy Court is entered allowing such Claim pursuant to section 502(b) of the Bankruptcy Code, after notice and a hearing;

ii.    An Order of the Bankruptcy Court is entered temporarily allowing such Claim for voting purposes only pursuant to Bankruptcy Rule 3018(a), after notice and a hearing;

iii.    A stipulation or other agreement is executed between the Creditor holding such Claim and the applicable Plan Proponent resolving the objection and allowing such Claim in an agreed upon amount; or

iv.    The pending objection is voluntarily withdrawn by the objecting party.

d.    No later than one (1) Business Day (or as soon as reasonably possible) following the occurrence of a Resolution Event, the Debtor will cause the Claims and Voting Agent to distribute, via email, hand delivery, or overnight courier service a Solicitation Package and a pre-addressed, postage pre-paid envelope to the relevant Creditor to the extent such Creditor has not already received a Solicitation Package containing a Ballot.

4. **Ballot Tabulation Procedures.** The following voting procedures and standard assumptions will be used in tabulating Ballots, subject to the Plan Proponents' right to waive any of the below specified requirements for completion and submission of Ballots so long as such requirement is not otherwise required by the Bankruptcy Code, Bankruptcy Rules, Local Rules, or Complex Case Procedures:

Voting Instructions

a.   Ballots must be delivered to the Claims and Voting Agent in accordance with the instructions set forth in the applicable Ballot.

b.   To be counted, Ballots must be completed, signed, dated, and returned using one of the applicable delivery methods set forth in the Ballot. A Ballot submitted by the E-Balloting Portal (if applicable) shall be deemed to bear an original signature.

c.   Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

d.   The Debtor will File with the Bankruptcy Court on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will delineate every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than the E-Balloting Portal for Claims in Classes 3, 4, 7, and 8 or email for Claims in Class 6), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions regarding each Irregular Ballot.

e.   The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided in the Ballot, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot or the E-Ballot (if applicable) is submitted through the E-Balloting Portal. Instead of effecting delivery by first-class mail, it is recommended, though not required, that Creditors use an overnight or hand delivery service if not using the E-Balloting Portal. In all cases, Creditors should allow sufficient time to assure timely delivery.

f.   An executed Ballot is required to be submitted by the Entity submitting such Ballot.

g.   Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than the E-Balloting Portal for Claims in Classes 3, 4, 7, and 8 or email for Claims in Class 6), will not be valid.

h.   No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

i.   If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

j.   Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

k.   A person signing a Ballot in its capacity as a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity of a Creditor must indicate such capacity when signing.

For the avoidance of doubt, a Ballot submitted by the E-Balloting Portal (if applicable) shall be deemed to bear an original signature.

l.      If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

m.      After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

n.      The Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

o.      To the extent that an instruction herein conflicts with an instruction set forth in a Ballot, the instruction in the applicable Ballot shall control.

<u>Other Voting Procedures</u>

p.      Subject to a contrary Order of the Bankruptcy Court, the Plan Proponents may waive any defects or irregularities as to any particular Irregular Ballot at any time, either before or after the close of voting, and any such waivers will be documented in the Voting Report.

q.      No Entity will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots other than as provided in the Voting Report nor will any Entity incur any liability for failure to provide such notification.

r.      Unless waived by the Plan Proponents or as ordered by the Bankruptcy Court, any defects or irregularities in connection with deliveries of Ballots must be cured before the Voting Deadline or such Ballots will not be counted.

s.      Subject to any Order of the Bankruptcy Court, the Plan Proponents reserve the right to reject any Ballots not in proper form, the acceptance of which, in the opinion of the Plan Proponents, would not be in accordance with the provisions of the Bankruptcy Code or the Bankruptcy Rules; <u>provided</u>, <u>however,</u> any such rejections will be documented in the Voting Report.

t.      If an objection to a Claim is Filed, such Claim will be treated in accordance with these Procedures.

u.      The following Ballots will not be counted in determining the acceptance or rejection of the Joint Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Creditor holding such Claim; (ii) any Ballot cast by any Entity that does not hold a Claim in a Voting Class; (iii) any Ballot lacking a signature; (iv) any Ballot not marked to accept or reject the Joint Plan or marked both to accept and reject the Joint Plan; and (v) any Ballot submitted by any Entity not entitled to vote pursuant to the Procedures.

v.      The Plan Proponents are authorized to stipulate with the Creditor that establishes the amount of such Creditor's Claim for voting purposes.

w.      Where any portion of a single Claim has been transferred to a transferee, all Creditors holding any portion of such single Claim will be (a) treated as a single creditor and (b) required to vote every portion of such Claim collectively to accept or reject the Joint Plan. If (a) a Ballot, (b) a group of Ballots within a Voting Class received from a single Creditor, or (c) a group of Ballots received from the various

Creditors holding multiple portions of a single Claim partially reject and partially accept the Joint Plan, such Ballots will not be counted.

x.    No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting Ballots to accept the Joint Plan.

y.    The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Joint Plan. Accordingly, at this time, Creditors holding Claims should not surrender certificates or instruments representing or evidencing their Claims, and neither the Debtor nor the Claims and Voting Agent will accept delivery of any such certificates or instruments surrendered together with a Ballot.

## F.    NON-SUBSTANTIVE MODIFICATIONS

The Plan Proponents reserve the right, before distribution, to make non-substantive or immaterial changes to the Disclosure Statement, Joint Plan, Solicitation Packages, Ballots, the Archdiocese Support Letter, the Survivors' Committee Letter, these Procedures, Confirmation Hearing Notice, Non-Voting Status Notice, Plan Supplements Notice, Assumption and Cure and Rejection Notices, and related documents without further order of the Bankruptcy Court, including changes to correct typographical and grammatical errors, if any, and to make conforming changes to the Disclosure Statement, the Joint Plan, and any other materials in the Solicitation Package.

[*Signature Page Follows*]

Dated: August 14, 2025

_/s/ Mark A. Mintz_____
JONES WALKER LLP
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
        efutrell@joneswalker.com
        mmintz@joneswalker.com
        soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

_/s/ Douglas S. Draper_____
HELLER, DRAPER, & HORN, L.L.C.
Douglas S. Draper
Greta S. Brouphy
Michael E. Landis
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Facsimile: 504-299-3399
E-mail: ddraper@hellerdraper.com
        gbrouphy@hellerdraper.com
        mlandis@hellerdraper.com

**ATTORNEYS FOR
THE ADDITIONAL DEBTORS**

_/s/ James S. Stang_____
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (CA Bar 94435) (pro hac vice)
Iain A.W. Nasatir (CA Bar 148977) (pro hac vice)
Andrew W. Caine (CA Bar 110345) (pro hac vice)
Karen B. Dine (NY Bar 2625366) (pro hac vice)
10100 Santa Monica Blvd., Ste. 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
        inasatir@pszjlaw.com
        acaine@pszjlaw.com
        kdine@pszjlaw.com

_/s/ Bradley C. Knapp_____
TROUTMAN PEPPER LOCKE LLP
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: rkuebel@lockelord.com
        bknapp@lockelord.com

TROUTMAN PEPPER LOCKE LLP
W. Steven Bryant (TX Bar No. 2427413)
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

---

**NOTICE OF (A) CONFIRMATION HEARING,
(B) ESTABLISHMENT OF VOTING RECORD DATE, (C) SOLICITATION
AND VOTING PROCEDURES, (D) VOTING DEADLINE, AND (E) DEADLINE
FOR OBJECTING TO THE JOINT PLAN AND THE INSURANCE SETTLMENT MOTION**

**PLEASE TAKE NOTICE** that:

1. On August 12, 2025, the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") entered an Order (the "**Disclosure Statement Order**"), [ECF 4253],[2] that: (a) authorizes the Roman Catholic Church of the Archdiocese New Orleans, the debtor and debtor-in-possession herein (the "**Debtor**" or "**Archdiocese**") in this chapter 11 case (the "**Chapter 11 Case**"), the Additional Debtors, and the Official Committee of Unsecured Creditors (collectively the "**Plan Proponents**" and each a "**Plan Proponent**"), to solicit votes on the *Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF 4235], (as amended, modified, or supplemented from time to time, the "**Joint Plan**"); (b) approves the corresponding *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025,* [ECF 4242], (the "**Disclosure Statement**"), as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approves the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Package**"); and (d) approves procedures for soliciting, receiving, and tabulating votes on the Joint Plan and Filing objections to the Joint Plan.

2. On July 29, 2025, the Archdiocese filed its *Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Insurance Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief*, [ECF 4181], (the "**Insurance Settlement Motion**"). The Insurance Settlement Motion seeks entry of orders approving proposed settlement agreements (the "**Insurance Settlement Agreements**"), injunctions and policy buy-

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not otherwise defined herein will have the same meaning as set forth in the Joint Plan or the Disclosure Statement Order.

backs with the "**Settling Insurers**."[3]  Pursuant to the Insurance Settlement Agreements, the Settling Insurers will buy back the Settling Insurers' Policies and any Related Insurance Claims and Coverage Claims (the "**Purchased Property**"), excluding certain limited preserved coverage with respect to Catholic Mutual (the "**Preserved Coverage**").

3.        In connection with the Insurance Settlement Motion, the Archdiocese and Additional Debtors are seeking to settle and sell, free and clear of all liens, claims, encumbrances, and other Subject Interests, the Purchased Property. **This "free and clear" sale of the Purchased Property entails certain releases, injunctions, and other protective provisions in favor of the Settling Insurers. The sale proposed in the Insurance Settlement Motion requires approval of an injunction (the "Sale Injunction") that will permanently enjoin all Entities who have held or asserted, or may in the future hold or assert (1) any and all Claims held by any Entity against any of the Covered Parties or Settling Insurers in relation to the Settling Insurers' Policies, and (2) all Subject Interests held by any Entity in any of the Settling Insurers' Policies (other than the Preserved Coverage).**

4.        **Confirmation Hearing**.  The Bankruptcy Court will hold a hearing to consider Confirmation of the Joint Plan and approval of the Insurance Settlement Motion (the "**Confirmation Hearing**") commencing on **November 12, 2025, at 9:00 a.m. (Central Time)**, before the Honorable Meredith S. Grabill, in the Bankruptcy Court located at 500 Poydras Street, Suite B-601, New Orleans, LA 70130.  You may participate in the Confirmation Hearing (a) in person, (b) by telephone through the Bankruptcy Court's Teleconference Line, 504-517-1385, Conference Code 129611, or (c) by video at https://gotomeet.me/JudgeGrabill (audio will still be through the dial in Conference Code above).  Parties in interest are directed to the Bankruptcy Court's General Order 2021-2 for information on hearings, available at https://www.laeb.uscourts.gov/.  The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced during the Confirmation Hearing, or by a notice of adjournment Filed with the Bankruptcy Court.

5.        The Plan Proponents are soliciting acceptances of the Joint Plan from Creditors who hold Claims in the following Classes established in the Joint Plan (the "**Voting Classes**"):  Class 3 (Known Abuse Claims); Class 4 (Unknown Abuse Claims); Class 6 (Bond Claims); Class 7 (General Unsecured Claims and Trade Claims—Debtor); and Class 8 (Non-Abuse Personal Injury Claims—Debtor).

6.        **Voting Record Date**.  **August 14, 2025, at 11:59 p.m. (Central Time)** is the date for determining which holders of Claims in the Voting Classes are entitled to vote on the Joint Plan (the "**Voting Record Date**"); provided, however, that if a Known Abuse Claimant files an Abuse Proof of Claim against an Additional Debtor, then the Voting Record Date for such Known Abuse Claim shall be **October 15, 2025, at 11:59 p.m. (Central Time)**.

7.        **Voting Deadline**.  **October 29, 2025, at 11:59 p.m. (Central Time)** is the deadline to vote on the Joint Plan (the "**Voting Deadline**").  If you receive a Solicitation Package, including a Ballot, and intend to vote on the Joint Plan, you ***must***:  (a) carefully follow the instructions in the Ballot; (b) complete ***all*** of the required information on the Ballot; and (c) execute and return your completed Ballot

---

[3] As further defined in the Joint Plan and applicable Insurance Settlement Agreements, the Settling Insurers include, without limitation, (a) SPARTA Insurance Company and American Employers' Insurance Company ("**SPARTA**") (subject to condition precedent); (b) United States Fire Insurance Company ("**U.S. Fire**"), International Insurance Company ("**International**"), and Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company individually and, to the extent that policies issued by U.S. Fire and/or International were novated to or assumed by either or both of them ("**U.S. Fire/International**"); (c) Catholic Mutual Relief Society of America ("**Catholic Mutual**"); (d) Puritan Insurance Company, The Manhattan Fire and Marine Insurance Company, and Westport Insurance Corporation ("**Puritan**"); (e) National Union Fire Insurance Company of Pittsburgh, Pa. ("**National Union**"); and (f) Twin City Fire Insurance Company and First State Insurance Company ("**Twin City**"), along with the Related Persons of the foregoing.

according to and as set forth in detail in the instructions on the Ballot so that it is ***actually received*** by Donlin, Recano & Company, LLC (the "**Claims and Voting Agent**"), as instructed in the Ballot, on or before the Voting Deadline. *A failure to follow such instructions may disqualify your vote.*

8. **Creditors Entitled to Vote**. Only Creditors who hold a Claim in a Voting Class will be entitled to vote with respect to such Claims, as set forth in the Solicitation and Voting Procedures (attached to the Disclosure Statement Order as Schedule 2) (the "**Procedures**").

9. **Establishing Claim Amounts for Voting Purposes Only**. Any amounts filled in on Ballots by the Plan Proponents through the Claims and Voting Agent are not binding for purposes of Allowance or Distribution. In tabulating votes, for voting purposes only, the standard set forth in the Procedures will be used to determine the amount of the Claim associated with each Creditor's vote.

10. **Confirmation Objection Deadline**. Objections to the Joint Plan or Insurance Settlement Motion must be made in writing and Filed with the Bankruptcy Court on or before **October 30, 2025, at 11:59 p.m. (Central Time)** (the "**Confirmation Objection Deadline**"). At the Confirmation Hearing, the Bankruptcy Court has the discretion to only consider those objections made in writing and timely Filed on or before the Confirmation Objection Deadline. If you are an Abuse Claimant, you may file your objection under seal, so that it is not accessible to the public. Failure to file and serve any objection to the Joint Plan or Insurance Settlement Motion in conformity with the foregoing procedures may result in the objecting party not being heard at the Confirmation Hearing.

11. **The Joint Plan contains, among other things, the following:**

---

**IMPORTANT INFORMATION ABOUT THE RELEASES, INJUNCTIONS, EXCULPATION PROVISIONS, GATEKEEPER INJUNCTION, AND BAR DATES CONTAINED IN THE JOINT PLAN, AND THE RELEASES AND INJUNCTION PURSUANT TO THE INSURANCE SETTLEMENTS**

**YOUR RIGHTS MAY BE AFFECTED BY THE JOINT PLAN AND INSURANCE SETTLEMENT MOTION. THEREFORE, YOU SHOULD READ THE DISCLOSURE STATEMENT, JOINT PLAN, INSURANCE SETTLEMENT MOTION, INSURANCE SETTLEMENT AGREEMENTS, AND RELATED MATERIALS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**A. THE JOINT PLAN CONTAINS RELEASES AND INJUNCTIONS THAT RELATE TO AND AFFECT THE RIGHTS, CLAIMS, AND/OR CAUSES OF ACTION THAT CREDITORS, INCLUDING ABUSE CLAIMANTS, MAY HAVE AGAINST THE DEBTOR, REORGANIZED DEBTOR, THE ADDITIONAL DEBTORS, AND THE REORGANIZED ADDITIONAL DEBTORS AS PROVIDED IN ARTICLE 12 OF THE JOINT PLAN.**

**B. THE JOINT PLAN CONTAINS INJUNCTIONS IN FAVOR OF THE SETTLING INSURERS AS PROVIDED IN SECTIONS 12.4, 12.5, AND 12.15 OF THE JOINT PLAN THAT ENJOIN (1) ANY AND ALL CLAIMS HELD BY ANY ENTITY AGAINST ANY OF THE PROTECTED PARTIES AND ALL CLAIMS AGAINST THE SETTLING INSURERS IN RELATION TO THE SETTLING INSURERS' POLICIES, AND (2) ALL SUBJECT INTERESTS HELD BY ANY ENTITY IN ANY OF THE SETTLING INSURERS' POLICIES.**

**C. THE JOINT PLAN CONTAINS CERTAIN EXCULPATORY AND LIMITATION OF LIABILITY PROVISIONS THAT RELATE TO AND AFFECT THE RIGHTS, CLAIMS, AND/OR CAUSES OF ACTION THAT CREDITORS, INCLUDING ABUSE CLAIMANTS, MAY HAVE AGAINST THE EXCULPATED PARTIES AS PROVIDED IN SECTION 12.3 OF THE JOINT PLAN.**

---

**D. THE JOINT PLAN CONTAINS A GATEKEEPER INJUNCTION IN SECTION 12.8 REQUIRING ENJOINED PARTIES TO DEMONSTRATE THEY HAVE A COLORABLE CLAIM THAT IS NOT RELEASED, ENJOINED, OR OTHERWISE BARRED BEFORE ASSERTING ANY SUCH CLAIM. FAILURE TO SEEK RELIEF FROM THE BANKRUPTCY COURT BEFORE FILING SUCH CLAIM CAN RESULT IN AN AWARD OF ATTORNEYS' FEES.**

**E. IF APPROVED BY THE BANKRUPTCY COURT, THE JOINT PLAN WILL ESTABLISH A BAR DATE OF DECEMBER 2, 2025 BY WHICH CERTAIN CREDITORS, INCLUDING ABUSE CLAIMANTS, WHO HAVE NOT ALREADY FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASE OR FILED SUIT AGAINST THE ARCHDIOCESE OR AN ADDITIONAL DEBTOR BY AUGUST 14, 2025, MUST FILE A PROOF OF CLAIM. FAILURE TO FILE A PROOF OF CLAIM IN ACCORDANCE WITH SECTIONS 6.11 AND 6.12 OF THE JOINT PLAN WILL RESULT IN DISALLOWANCE OF CERTAIN CLAIMS AGAINST THE ADDITIONAL DEBTORS.**

**BEFORE YOU VOTE, YOU SHOULD REVIEW THE ENTIRE DISCLOSURE STATEMENT, JOINT PLAN, INSURANCE SETTLEMENT AGREEMENTS, AND INSURANCE SETTLEMENT MOTION INCLUDING, BUT NOT LIMITED TO, THE PROVISIONS DISCUSSED ABOVE.**

12. **The Plan Supplements**. The Plan Proponents will File Plan Supplements on or before **October 20, 2025, at 11:59 p.m. (Central Time)**, and will serve a Notice of Filing on parties in interest.

13. **Obtaining Solicitation Materials**.

a. If you have any procedural questions regarding the Insurance Settlement Motion, the Disclosure Statement or the Joint Plan, or if you would like to obtain a copy of a Ballot, you should contact the noticing, claims, and voting agent retained by the Debtor in the Chapter 11 Case, Donlin, Recano & Company, LLC (the "**Claims and Voting Agent**"), by: (a) telephoning the Claims and Voting Agent at 1-877-476-4389 (toll free); (b) visiting the restructuring website, maintained by the Claims and Voting Agent, at https://www.donlinrecano.com/Clients/rcano/Index; (c) writing the Claims and Voting Agent, at Donlin, Recano & Company, LLC, Re: The Roman Catholic Church of the Archdiocese of New Orleans, Attn: Voting Department, P.O. Box 2053, New York, NY 10272-2042; and/or (d) emailing the Claims and Voting Agent at DRCVote@angeiongroup.com.

b. If you do not need a Ballot, but would like to inspect and/or obtain a copy of the Disclosure Statement, the Joint Plan, the Disclosure Statement Order, the Insurance Settlement Motion, or the Insurance Settlement Agreements, you may inspect and print copies by visiting (a) the Court's website at https://www.laeb.uscourts.gov/archdioceseofneworleansch11 (without charge), (b) the Bankruptcy Court's electronic case management system website at https://ecf.laeb.uscourts.gov (fee charged), or (c) the restructuring website, maintained by the Claims and Voting Agent, at https://www.donlinrecano.com/Clients/rcano/Index.

c. All pleadings and other documents Filed in the Chapter 11 Case are available for inspection and copying (a) by visiting the restructuring website, maintained by the Claims and Voting Agent, at https://www.donlinrecano.com/Clients/rcano/Dockets (without charge), or (b) on the Bankruptcy Court's electronic case management system website at http://www.laeb.uscourts.gov (fee charged).

d. To access documents on the Bankruptcy Court's electronic case management system, you will need a PACER password and login, which can be obtained at pacer.psc.uscourts.gov.

---

### BINDING NATURE OF THE JOINT PLAN

**IF CONFIRMED, THE JOINT PLAN AND RELATED DOCUMENTS WILL BIND ALL CREDITORS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH CREDITOR WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE JOINT PLAN, HAS FILED A PROOF OF CLAIM, FAILED TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN, OR VOTED TO REJECT THE JOINT PLAN.**

---

Dated: August 14, 2025

*/s/ Mark A. Mintz*

JONES WALKER LLP
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
efutrell@joneswalker.com
mmintz@joneswalker.com
soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

*/s/ Douglas S. Draper*

HELLER, DRAPER, & HORN, L.L.C.
Douglas S. Draper
Greta S. Brouphy
Michael E. Landis
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Facsimile: 504-299-3399
E-mail: ddraper@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

**ATTORNEYS FOR**
**THE ADDITIONAL DEBTORS**

*/s/ James S. Stang*

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (CA Bar 94435) (pro hac vice)
Iain A.W. Nasatir (CA Bar 148977) (pro hac vice)
Andrew W. Caine (CA Bar 110345) (pro hac vice)
Karen B. Dine (NY Bar 2625366) (pro hac vice)
10100 Santa Monica Blvd., Ste. 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
inasatir@pszjlaw.com
acaine@pszjlaw.com
kdine@pszjlaw.com

*/s/ Bradley C. Knapp*

TROUTMAN PEPPER LOCKE LLP
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: rkuebel@lockelord.com
bknapp@lockelord.com

TROUTMAN PEPPER LOCKE LLP
W. Steven Bryant (TX Bar No. 2427413)
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

**ATTORNEYS FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

EXHIBIT F

«SEQ»

Class: «pclass»

## BALLOT FOR UNKNOWN ABUSE CLAIMS (CLASS 4)

### Summary of Joint Plan and Voting Information

You are receiving this Ballot because you are the Unknown Abuse Claims Representative for Unknown Abuse Claimants holding Unknown Abuse Claims (Class 4) against the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**") or one of the 157 related Catholic entities ("**Catholic Entities**" or "**Additional Debtors**") listed on Schedule 1 to the Appendix.  You have the right to vote on the proposed Joint Chapter 11 Plan of Reorganization (the "**Joint Plan**") on behalf of all Unknown Abuse Claimants.

This summary is designed to help you quickly understand your rights. Full legal details are in the attached materials including the Appendix to the Ballot, and you are encouraged to review the Ballot in its entirety.

<span style="color:red">**IMPORTANT: The Debtor, Additional Debtors, and Survivors' Committee all RECOMMEND that you vote to ACCEPT the Joint Plan.**</span>

**What is this vote about?**

The Archdiocese filed for Chapter 11 bankruptcy in May 2020.  The Archdiocese and the Catholic Entities have agreed to compensate people with valid claims that they were sexually abused by clergy or church personnel.

The Archdiocese and the Catholic Entities have proposed a Joint Plan to resolve abuse claims and other debts. This vote is your chance to say whether you accept or reject that Joint Plan on behalf of Unknown Abuse Claimants.  The Catholic Entities plan to file for bankruptcy if at least two-thirds of sexual abuse claimants who vote support the Joint Plan.

**Note: The court may still approve the Joint Plan even if it's rejected by voters, if certain legal requirements are met.**

**CRITICAL VOTING ELIGIBILITY: You must have been eligible to vote as of August 14, 2025 (the "Voting Record Date").**

**How do I vote?**

1. Choose whether to accept or reject the Joint Plan.
2. Sign and date the form.
3. Return your Ballot so it is received by **Wednesday, October 29, 2025,** at **11:59 p.m. Central Time.**

You can vote:

**Online at: https://bankruptcy.angeiongroup.com/Clients/rcano/Vote** - You will need your

unique eBallot ID#:**«EballotID»**

(«crednoseq») «l1»

«instance» «ballotid»

«SEQ»

- **By mail**: Use the enclosed envelope and send to:

<div align="center">

Donlin, Recano & Company, LLC
Re: Archdiocese of New Orleans -- Voting
P.O. Box 2053
New York, NY 10272-2042

</div>

- **By overnight delivery or hand delivery to:**

<div align="center">

Donlin, Recano & Company, LLC, c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese of New Orleans
Attn: Voting Department
200 Vesey Street, 24th Floor
New York, NY 10281

</div>

If you need help, contact the Claims and Voting Agent at 1-877-476-4389 or email DRCVote@angeiongroup.com.

**Your Ballot must be fully completed, signed, and received by the Voting Deadline. A late or incomplete Ballot will not be counted.**

---

<div align="center">

**BALLOT -- CLASS 4: UNKNOWN ABUSE CLAIMS**

</div>

<u>**Item 1**</u> **-- Vote on the Joint Plan (choose one):**

| ❑   **ACCEPT** (vote FOR Joint Plan) | ❑   **REJECT** (vote AGAINST the Joint Plan) |
|---|---|
| ‖‖‖‖‖❑❑❑❑❑❑❑❑‖‖‖ | ‖‖‖‖‖❑❑❑❑❑❑❑❑‖‖‖ |

<u>**Item 2**</u> **-- Signature and Contact Information:**

By signing this Ballot, I certify that:

    (a) As of the Voting Record Date, I am the Unknown Abuse Claims Representative entitled to vote on behalf of all Unknown Abuse Claimants; <u>and</u>

    (b) I have received a copy of the Disclosure Statement and the Solicitation Package.

---

By: _____
    Michael R. Hogan, in his capacity as the Unknown Abuse Claims Representative, and the legal representative of the Unknown Abuse Claimants

Date Completed: _____

---

<div align="center">

2

</div>

Class: «pclass»

«SEQ»

**SUBMISSION DEADLINE: This Ballot must be ACTUALLY RECEIVED by Wednesday, October 29, 2025, at 11:59 p.m. Central Time or it will NOT be counted.**

---

**Appendix – Disclosures, Legal Requirements and Additional Instructions**

The Appendix attached as part of this Ballot contains important disclosures and information relating to the Joint Plan. It also includes instructions and legal requirements for submission of the Ballot. The Appendix can also be downloaded from:
https://www.donlinrecano.com/Clients/rcano/Index

«instance» «ballotid»

(«crednoseq») «l1»

«SEQ»

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | § | |
| THE ARCHDIOCESE OF NEW ORLEANS, | § | Section "A" |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

---

### APPENDIX TO BALLOT FOR UNKNOWN ABUSE CLAIMS (CLASS 4)

### Disclosures Regarding the Joint Plan and Voting Process

> **YOU HAVE A RIGHT TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN OF THE DEBTOR AND ADDITIONAL DEBTORS. You are receiving a Ballot because our records indicate that you are the Unknown Abuse Claims Representative entitled to vote on behalf of all Unknown Abuse Claimants holding Unknown Abuse Claims against the Debtor and/or any Additional Debtors in Class 4, as of the Voting Record Date.**

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS
CAREFULLY BEFORE COMPLETING YOUR BALLOT.**

**THE BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO
THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT
ON OR BEFORE OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME)
(THE "VOTING DEADLINE") IN ACCORDANCE WITH
THE PROCEDURES DESCRIBED HEREIN**

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or the "**Archdiocese**"), the additional debtors listed on the attached **Schedule 1** (the "**Additional Debtors**"), and the Official Committee of Unsecured Creditors (the "**Survivors' Committee**") are soliciting votes with respect to a jointly proposed plan of reorganization (the "**Joint Plan**"). You have received a copy of the Joint Plan and a Bankruptcy Court-approved disclosure statement containing adequate information to make an informed decision on whether to accept or reject the Joint Plan (the "**Disclosure Statement**"). The Bankruptcy Court approved the Disclosure Statement but has not yet considered approval of the Joint Plan.

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE JOINT PLAN BEFORE
YOU VOTE, AND YOU MAY WISH TO SEEK LEGAL ADVICE BEFORE YOU VOTE.**

You are entitled to one (1) vote on behalf of all Unknown Abuse Claimants. Each Unknown Abuse Claim shall be valued at one dollar ($1.00) **for voting purposes only**, but not for any other purposes including the compensation that may be distributed on Unknown Abuse Claims.

If the Joint Plan is approved by the Bankruptcy Court, it will be binding on all Unknown Abuse Claimants, regardless of whether or not you (acting on behalf of Unknown Abuse Claimants) vote or affirmatively vote to reject the Joint Plan. To have your vote counted, you must complete, sign, and return your Ballot so that it is **actually received** by the Claims and Voting Agent on or before **October 29, 2025, at 11:59 p.m. (Central Time)**.

1

«instance» «ballotid»

«SEQ»

### Instructions for Submitting Your Ballot

**AS DESCRIBED BELOW, YOU MAY SUBMIT YOUR BALLOT
ONLINE VIA THE CLAIMS AND VOTING AGENT'S E-BALLOTING PORTAL.**

**IF YOU WOULD LIKE TO RETURN A PAPER COPY OF THE BALLOT
(INSTEAD OF SUBMITTING ONLINE), PLEASE COMPLETE, SIGN, AND
DATE THE FORM AND RETURN IT (WITH AN ORIGINAL SIGNATURE)
PROMPTLY BY FIRST CLASS MAIL TO:**

**Donlin, Recano & Company, LLC, c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese of New Orleans
Attn: Voting Department
P.O. Box 2053
New York, NY 10272- 2042
(A pre-addressed, postage pre-paid envelope is provided.)**

**OR BY OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Donlin, Recano & Company, LLC, c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese of New Orleans
Attn: Voting Department
200 Vesey Street, 24th Floor
New York, NY 10281**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE CLAIMS
AND VOTING AGENT <u>ON OR BEFORE THE VOTING DEADLINE
OF OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME)</u>.**

**YOU MAY ALSO SUBMIT YOUR BALLOT ONLINE VIA THE
CLAIMS AND VOTING AGENT'S <u>E-BALLOTING PORTAL</u>
IN ACCORDANCE WITH THE INSTRUCTIONS BELOW.**

To submit your Ballot via the Claims and Voting Agent's online portal, please visit
https://bankruptcy.angeiongroup.com/Clients/rcano/Vote.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized
electronic Ballot:

Unique eBallot ID#: **«EballotID»**

The Claims and Voting Agent's online portal is the sole manner in which Ballots will be accepted via
electronic or online transmission. **Ballots submitted by facsimile, email, or other means of electronic
transmission will <u>not</u> be accepted or counted.**

Creditors using the Claims and Voting Agent's online portal should <u>**NOT**</u> also submit paper forms.

**If you have any questions, please contact the Claims and Voting Agent:**
(i) by calling 1-877-476-4389 (toll free); and/or (ii) by emailing DRCVote@angeiongroup.com.

2

«instance» «ballotid»

«SEQ»

## Voting Instructions for Unknown Abuse Claims (Class 4)

1. Ballots must be delivered to the Claims and Voting Agent (i) at an appropriate address listed above; or (ii) via the Claims and Voting Agent's E-Balloting Portal by visiting https://bankruptcy.angeiongroup.com/Clients/rcano/Vote, clicking on the "E-Ballot" link and following the instructions set forth on the website. Holders of Claims entitled to vote are encouraged to submit their Ballot via the E-Balloting Portal. Please choose only one method of submitting your Ballot. If you choose to submit your Ballot via the E-Balloting Portal, DO NOT also submit a paper Ballot.

2. To ensure that your vote is counted, you must complete the Ballot and take the following steps: (a) clearly indicate your decision either to accept or reject the Joint Plan in the boxes provided in Item 1 of your Ballot; and (b) sign, date and return an original of your Ballot to the applicable address listed above. A Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

3. Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

4. The Debtor will File with the Bankruptcy Court by on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will describe every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than the E-Balloting Portal), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions regarding each Irregular Ballot.

5. The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided herein, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot or the E-Ballot is submitted through the E-Balloting Portal. Instead of effecting delivery by first-class mail, it is recommended, though not required, that Creditors use an overnight or hand delivery service if not using the E-Balloting Portal. In all cases, Creditors should allow sufficient time to assure timely delivery.

6. An executed Ballot is required to be submitted by the Entity submitting such Ballot.

7. Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than the E-Balloting Portal) will not be valid.

8. No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

9. If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

10. Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

3

«instance» «ballotid»

Class: «pclass»

«SEQ»

11.    You, the Unknown Abuse Claims Representative, must sign the Ballot. For the avoidance of doubt, a Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

12.    If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

13.    After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

14.    Your Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

---

**IF THE CLAIMS AND VOTING AGENT DOES NOT <u>ACTUALLY RECEIVE</u> YOUR BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME), THEN YOUR VOTE WILL <u>NOT</u> BE COUNTED.**

---

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING OR ON BEHALF OF THE DEBTOR OR ADDITIONAL DEBTORS, OTHER THAN WHAT IS CONTAINED IN THE SOLICITATION PACKAGE MAILED HEREWITH.**

4

«instance» «ballotid»

«crednoseq») «ll»

«SEQ»

## SCHEDULE 1

### ADDITIONAL DEBTORS

**I.     Archdiocesan Parishes**

1.     All Saints Roman Catholic Church, New Orleans, Louisiana
2.     Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.     Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.     Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.     Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.     Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.     Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.     Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.     Christ the King Roman Catholic Church, Gretna, Louisiana
10.    Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.    Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.    Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.    Holy Family Roman Catholic Church, Franklinton, Louisiana
14.    Holy Family Roman Catholic Church, Luling, Louisiana
15.    Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.    Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.    Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.    Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.    Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.    Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.    Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.    Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.    Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.    Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.    Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.    Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.    Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.    Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.    Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.    Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.    Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.    Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.    Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.    Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.    Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.    Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
37.    Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38.    Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39.    Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40.    St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

Class: «pclass»

«SEQ»

41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana

2

«instance» «ballotid»

«SEQ»

89.   St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.   St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.   St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.   St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.   St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.   St. Peter Roman Catholic Church, Reserve, Louisiana
95.   St. Peter's Roman Catholic Church, Covington, Louisiana
96.   St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.   St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.   St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.   St. Rita Roman Catholic Church, Harahan, Louisiana
100.  St. Rita Roman Catholic Church, New Orleans, Louisiana
101.  St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102.  Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.  The Congregation of St. Rita Roman Catholic Church of Harahan
104.  The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.  Suppressed Archdiocesan Parishes[3]

1.   Blessed Sacrament, Inc.
2.   Epiphany, Inc.
3.   Immaculate Heart of Mary, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

(«crednoseq») «l1»

Class: «pclass»

«SEQ»

4.  Incarnate Word, Inc.
5.  Our Lady of Good Counsel, Inc.
6.  Our Lady of Good Harbor, Inc.
7.  Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.  Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.  Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10. St. Ann, New Orleans, Louisiana, Inc.
11. St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12. St. Frances Xavier Cabrini, Inc.
13. St. Francis de Salles, Inc.
14. St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15. St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16. St. Henry's, Inc.
17. St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18. St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19. St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20. St. John the Baptist, New Orleans, Louisiana, Inc.
21. St. Julian Eymard, Inc.
22. St. Lawrence the Martyr, Inc.
23. St. Louise de Marillac, Inc.
24. St. Maurice, Inc.
25. St. Monica, Inc.
26. St. Philip the Apostle, Inc.
27. St. Raymond's, Inc.
28. St. Rose of Lima, Inc.
29. St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
30. St. Theresa of the Child Jesus, Inc.
31. The Congregation of Saints Peter and Paul Roman Catholic Church
32. The Congregation of St. Cecelia Roman Catholic Church
33. The Congregation of the Annunciation Roman Catholic Church
34. The Congregation of the Holy Trinity Roman Catholic Church

### III. Archdiocesan Agencies

1.  Archdiocesan Spirituality Center
2.  Catholic Charities Archdiocese of New Orleans
3.  Catholic Charities Children's Day Care Centers
4.  Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.  Clarion Herald Publishing Company
6.  Korean Catholic Community of New Orleans, Inc.
7.  Notre Dame Seminary
8.  Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.  Pace Greater New Orleans
10. Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11. Philmat, Inc.

4

«instance» «ballotid»

Class: «pclass»

«SEQ»

12.      Project Lazarus
13.      Roman Catholic Center of Jesus the Lord
14.      School Food and Nutrition Services of New Orleans, Inc.
15.      Second Harvest Food Bank of Greater New Orleans and Acadiana
16.      St. Jude Community Center, Inc.
17.      St. Michael Special School
18.      St. Thérèse Catholic Academy
19.      The Society for the Propagation of the Faith, Archdiocese of New Orleans

5

«instance» «ballotid»

**SCHEDULE 2**

**ART. 12 EXCERPTS**

**[JOINT PLAN SECTIONS 12.2, 12.3, 12.4, 12.5, 12.8, & 12.15]**

**Section 12.2    Discharge and Discharge Injunctions.**

(a)    *Discharge of the Debtor*.  Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of, all Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Debtor will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Debtor, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and all Abuse Claims asserted against the Archdiocesan Schools are discharged and released in accordance with the preceding paragraph.

In the event any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(a) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing a Non-Settling Insurer of its duty to defend and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party or Settling Insurer due, in whole or in part, to the Debtor's or the Reorganized Archdiocese's breach of its Post-Effective Date Insurance Obligations, the Debtor and/or the Reorganized Archdiocese shall be liable for any such breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and the Debtor and the Reorganized Archdiocese shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and the Reorganized Archdiocese shall have the right at their respective discretion to intervene and be heard as parties-in-interest in any Action related to an Abuse Claim in which (i) the Debtor's or the Reorganized Archdiocese's Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend**

1

«SEQ»

**and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party, are implicated, disputed, or otherwise raised.**

(b) *Discharge of the Additional Debtors*. Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of all Claims of any nature whatsoever against or in the Additional Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Additional Debtors will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Additional Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Parish Schools are not separate Entities from the Additional Debtors, and all Abuse Claims asserted against the Parish Schools are discharged and released in accordance with the preceding paragraph.

If any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(b) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing any Non-Settling Insurer of its duty to defend and/or indemnify an Additional Debtor (or Additional Debtors), a Reorganized Additional Debtor (or Reorganized Additional Debtors), or any other Covered Party or Settling Insurer due, in whole or in part, to such Additional Debtor's(s') or such Reorganized Additional Debtor's(s') breach of its (or their) Post-Effective Date Insurance Obligations, then such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall be liable for any breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and such Reorganized Additional Debtor (or Reorganized Additional Debtors) shall have the right at their respective discretion to intervene and be heard at any time as parties-in-interest in any Action related to an Abuse Claim in which (i) the Additional Debtor's (or Additional Debtors') or the Reorganized Additional Debtor's(s') Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend and/or indemnify the Additional Debtors, the Reorganized Additional Debtors, or any other Covered Party, are implicated, disputed, or otherwise raised.**

2

«instance» «ballotid»

(c)     *Discharge Injunction – Debtor.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Debtor, the Reorganized Archdiocese, or the property of the Debtor or the Reorganized Archdiocese. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Debtor pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Debtor or the Reorganized Archdiocese at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and the discharge injunction set forth in the preceding paragraph will include the Archdiocesan Schools and will apply to all discharged Claims against the Archdiocesan Schools.

(d)     *Discharge Injunction – Additional Debtors.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in any Additional Debtors or any of the assets or properties of any Additional Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Additional Debtors, the Reorganized Additional Debtors, or the property of the Additional Debtors or Reorganized Additional Debtors. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Additional Debtors pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Additional Debtors or the Reorganized Additional Debtors at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Parish Schools are not separate Entities from the applicable Additional Debtors, and the discharge injunction set forth in the preceding paragraph will include the Parish Schools and will apply to all discharged Claims against the Parish Schools.

**Section 12.3     Exculpations and Limitation of Liability, and Exculpation Injunction.**

(a)     From and after the Effective Date, to the maximum extent permitted by law, no Exculpated Party will have or incur any liability for, and each Exculpated Party will be released from, any Claims, Causes of Action, or liability, and each Exculpated Party is hereby exculpated from any Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, Estate Cause of Action, remedy, loss, and liability for conduct occurring on or after the applicable Archdiocese's Petition Date or the Additional Debtors' Petition Date in connection with or arising out of: (a) the Filing and administration of any Chapter 11 Cases; (b) the negotiation and pursuit of the Disclosure Statement, the Joint Plan, or the Plan Documents, as well as the solicitation of votes for, or Confirmation of, the Joint Plan; (c) the funding or consummation of the Joint Plan, the Settlement Trust, the Plan Documents, or any related agreements, instruments, or other documents, as well as any offer, issuance, and/or Distribution under the Joint Plan or any Settlement Trust Distributions or other disbursements made by the Settlement Trust, whether or not such Distributions, Settlement Trust Distributions, or other disbursements occur following the Effective Date; (d) the implementation of the Joint Plan; and (e) any negotiations, transactions, and

3

documentation in connection with the foregoing clauses (a)-(d); provided, however, the foregoing will not apply to any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct. The Exculpations will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of the Joint Plan, which protect such Exculpated Parties from liability.

(b)      The Exculpated Parties have participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes and any distribution of consideration made pursuant to the Joint Plan or Settlement Trust and, therefore, are not, and on account of such distributions, will not be liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Joint Plan, any Distributions made pursuant to the Joint Plan, or any Settlement Trust Distributions or other disbursements made by the Settlement Trust.

(c)      As of the Effective Date, all Creditors are, and will be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party and, solely to the extent provided by section 1125(e) of the Bankruptcy Code, any Entity described in section 1125(e) or its or their property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise with respect to any liability or obligation for which an Exculpated Party is discharged, exculpated, or released under the Joint Plan (which, as set forth in this Section 12.3(a) does not include any liability or obligation arising out of or related to acts or omissions of such Exculpated Party that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, Action, or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other Order; (iii) creating, perfecting, or in any way enforcing in any matter, directly or indirectly, any Lien or encumbrance; and/or (v) setting off, seeking reimbursement, contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged or released under the Joint Plan.

**Section 12.4     *Channeling Injunction Regarding Abuse Claims against the Protected Parties and Settling Insurers*. In consideration of the undertakings of the Protected Parties and Settling Insurers, their respective contributions to the Settlement Trust, and other consideration, and, where applicable, pursuant to their respective settlements with the Debtor and/or any Additional Debtors and to further preserve and promote the agreements between and among the Protected Parties and Settling Insurers, and to supplement where necessary the injunctive effect of the discharge as provided in section 1141 and 524 of the Bankruptcy Code, and pursuant to sections 105 and 363 of the Bankruptcy Code:**

**(a)      Any and all Channeled Claims against the Protected Parties and Settling Insurers are channeled into the Settlement Trust and will be treated, administered, determined, and resolved under the procedures and protocols and in the amounts established under the Joint Plan and the Settlement Trust Documents as the sole and exclusive remedy nm for all Entities holding Channeled Claims;**

**(b)      all Entities that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Channeled Claims against the Protected Parties and Settling Insurers will be permanently and forever stayed, restrained, enjoined, and barred from taking any action, directly or indirectly, for the purpose of asserting, enforcing, collecting,**

4

recovering, or receiving payments, satisfaction, or recovery from any Protected Party or any of the Settling Insurers, including:

(i)     commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Channeled Claim against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer;

(ii)     enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

(iii)     creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

(iv)     asserting, implementing, or effectuating any Channeled Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Protected Party or Settling Insurer, (B) any Protected Party or Settling Insurer, or (C) any property or interest in property of any Protected Party or Settling Insurer; and

(v)     taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.

(c)     The foregoing Channeling Injunction is an integral part of the Joint Plan and is essential to the Joint Plan's consummation and implementation. The channeling of the Channeled Claims as provided in this Section 12.4 of the Joint Plan will inure to the benefit of the Protected Parties and the Settling Insurers. In a successful action to enforce the injunctive provisions of this Section 12.4 of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice to the Post-Confirmation Notice Parties and a hearing.

(d)     Notwithstanding anything to the contrary in Section 12.4 of the Joint Plan, the Channeling Injunction will not enjoin the following:

(i)     the right of any Entity to the treatment afforded to such Entity under the Joint Plan;

(ii)     the right of any Entity to assert any Claim for payment of Settlement Trust expenses solely against the Settlement Trust;

(iii)     the Settlement Trustee's enforcing rights under the Settlement Trust Documents;

(iv)     the Settling Insurers' enforcing rights under the Insurance Settlement Agreements;

5

(v)      the rights of the Settlement Trust, the Settlement Trustee, Abuse Claimants, Covered Parties, the Reorganized Archdiocese, and the Reorganized Additional Debtors (in each case, to the extent permitted or required under the Joint Plan) to prosecute any Claims against the Non-Settling Insurers based on or arising from the Non-Settling Insurance Rights Transfer or otherwise; or

(vi)     the rights of the Covered Parties with respect to Non-Insurer Contribution Claims against, or with respect to, the Settlement Trust.

**Section 12.5** *Supplemental Settling Insurers' Injunction.* **Pursuant to sections 105(a) and 363 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to any Insurance Settlement Agreement and the Joint Plan, including the Settling Insurers' purchases of the Settling Insurers' Policies pursuant to section 363(f) of the Bankruptcy Code and the Insurance Settlement Orders, any and all Entities who have held, now hold, or who may in the future hold any Claims against any Protected Party, any Covered Party, or any Settling Insurer, which, directly or indirectly, relate to, any of the Settling Insurers' Policies, are hereby permanently and forever stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce, collect, or recover, or attempt to assert, enforce, collect, or recover, any such Claim against any Settling Insurer, and/or any Settling Insurers' Policies, including:**

(a)      **commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Claim against any Settling Insurer, or any property or interest in property of any Settling Insurer;**

(b)      **enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to any such Claim;**

(c)      **creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to such Claim;**

(d)      **asserting, implementing, or effectuating any Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Settling Insurer, (B) any Settling Insurer, or (C) any property or interest in property of any Settling Insurers; and**

(e)      **taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.**

The Supplemental Settling Insurers' Injunction will not apply to the rights of any Settling Insurer to any reinsurance recoveries, as provided in Section 7.1(f) of the Joint Plan.

**Section 12.8       Gatekeeper Injunction**. **Subject in all respects to Article 12 of the Joint Plan, no Enjoined Party may assert a Claim or cause of action of any kind or institute any proceeding of any kind against any of the Covered Parties, Settling Insurers, or Settlement Trust that arises from or is in any manner related to the Chapter 11 Cases, the negotiation of the Joint Plan, the negotiation of the Insurance Settlement Agreements, the administration of the Joint Plan by the Settlement Trust and the Debtor, or the property to be distributed under the Joint Plan, or transactions in furtherance of the foregoing without the Bankruptcy Court 1) determining, after Notice and Hearing, that such claim or cause of action (a) is a colorable claim of any kind against the Debtor, the Additional Debtors,**

6

Case 20-30080 Document 3545-4 Filed 09/10/24 Entered 09/10/24 15:46:07 Main Document Exhibit 74
of Service Regarding Solicitation Packages Page 74 of 1525

Class: «pclass»

«SEQ»

the Settlement Trust, or the Settling Insurers; (b) did not arise prior to the Effective Date of the Joint Plan; and (c) is not a Claim owned by the Debtor or Settling Insurers against such Protected Party, Settling Insurer, or the Settlement Trust and 2) subject in all respects to the Injunctions, specifically authorizing such Enjoined Party to initiate a proceeding to assert such Claim or cause of action against such Protected Party, Settling Insurer, or the Settlement Trust.

To the extent that a Claim or cause of action is filed against a Covered Party, Settling Insurer, or the Settlement Trust, without the Bankruptcy Court authorizing such Claim or cause of action in accordance with the preceding paragraph, the Claim or cause of action shall be deemed a willful violation of the Injunctions contained in the Joint Plan if the Claim or cause of action is not dismissed within 10 days of the lawyer filing such Claim or cause of action being provided notice that the Claim or cause of action is in violation of the Injunctions contained in the Joint Plan and this provision. The Bankruptcy Court, for any willful violation of the Injunctions contained in the Joint Plan and this provision, shall assess the attorney filing such Claim or cause of action and the named plaintiff in the Claim or cause of action reasonable legal fees incurred by the party enforcing the respective Injunction and this provision.

Section 12.15   Ratification of Sale Injunction. Pursuant to sections 105(a), 363, and 1123 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchase of the Settling Insurers' Policies free and clear of all Liens, Claims, and Subject Interests pursuant to section 363(f) of the Bankruptcy Code, the Joint Plan hereby incorporates by reference, adopts, and ratifies (and the Confirmation Order shall adopt and ratify) the injunction of Claims against a Settling Insurer with respect to any Subject Insurance Policy set forth in the Insurance Settlement Order(s) (each, a "Sale Injunction") in all respects. The Sale Injunction(s) are in addition to and independent of the injunctions in Sections 12.4 and 12.5 herein.

7

Class: «pclass»

«SEQ»

## SCHEDULE 3

### SETTLING INSURERS

Sparta Insurance Company and American Employers' Insurance Company ("**SPARTA**");[1]

United States Fire Insurance Company ("**U.S. Fire**"), International Insurance Company ("**International**"), and Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company individually and, to the extent that policies issued by U.S. Fire and/or International were novated to or assumed by either or both of them ("**U.S. Fire/International**");

Catholic Mutual Relief Society of America ("**Catholic Mutual**");

Puritan Insurance Company, The Manhattan Fire and Marine Insurance Company, and Westport Insurance Corporation ("**Puritan**");

National Union Fire Insurance Company of Pittsburgh, Pa. ("**National Union**"); and

Twin City Fire Insurance Company and First State Insurance Company ("**Twin City**").

The Settling Insurers include the following: (i) each of the foregoing Entities' past, present and future affiliates, divisions, reinsurers, and retrocessionaires, including Entities released pursuant to any Insurance Settlement Agreement; (ii) each of the foregoing Entities' respective past, present and future affiliates, holding companies, merged companies, related companies, divisions and acquired companies, including the Entities released pursuant to any Insurance Settlement Agreement; (iii) each of the foregoing Entities' respective past, present and future directors, officers, shareholders, employees, subrogees, partners, principals, agents, attorneys, joint ventures, joint venturers, Related Parties, and Claims handling administrators; and (iv) each of the foregoing Entities' respective predecessors, successors, assignors, and assigns, whether known or unknown, and all Entities acting on behalf of, by, through or in concert with them. Notwithstanding the foregoing, to the extent that any such Insurer has not executed its respective Insurance Settlement Agreement prior to the Confirmation Hearing, such Insurer shall not be deemed a Settling Insurer.

---

[1] SPARTA's contribution of $21,000,000 and status as a Settling Insurer is contingent on SPARTA providing financial assurance acceptable to the Survivors' Committee in the Survivors' Committee's discretion by the commencement of the Confirmation Hearing. If SPARTA fails to provide such financial assurance, SPARTA will become a Non-Settling Insurer, and litigation rights will be preserved against SPARTA and any insurance guarantee fund, should SPARTA trigger guarantee fund coverage.

Main Document Affidavit of Service Regarding Solicitation Packages Page 76 of 1525

Class: «pclass»

«SEQ»

[this page has been intentionally left blank]

2

(«crednoseq»») «l1»

«instance» «ballotid»

Class: «pclass»

«SEQ»

## RE: RCANO

🔲🔲▌▌▌🔲🔲🔲🔲🔲

(«seq»/«pclass»)

«l1»
«l2»
«l3»
«l4»
«l5»
«l6»

BID: «ballotid»

🔲🔲🔲🔲🔲🔲🔲🔲🔲🔲

3

«instance» «ballotid»

EXHIBIT G

Class: «pclass»

«SEQ»

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

_____

**BALLOT FOR VOTING ON**
**THE JOINT PLAN OF THE DEBTOR AND ADDITIONAL DEBTORS**

**CLASS 7**
**(General Unsecured Claims and Unsecured Trade Claims—Debtor)**

> **YOU HAVE A RIGHT TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN. You are receiving this Ballot because our records indicate that you may be a Creditor who holds a General Unsecured Claim or an Unsecured Trade Claim against the Debtor in Class 7, as of August 14, 2025 (the "Voting Record Date").**

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS**
**CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO**
**THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT**
**NO LATER THAN OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME)**
**(THE "VOTING DEADLINE") IN ACCORDANCE WITH**
**THE PROCEDURES DESCRIBED HEREIN**

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or the "**Archdiocese**"), the additional debtors listed on the attached **Schedule 1** (the "**Additional Debtors**"), and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") are soliciting votes with respect to a jointly proposed plan of reorganization (the "**Joint Plan**"). In addition to this Ballot, you have received a copy of the Joint Plan and a Bankruptcy Court-approved disclosure statement containing adequate information to make an informed decision on whether to accept or reject the Joint Plan (the "**Disclosure Statement**"). The Bankruptcy Court approved the Disclosure Statement but has not yet considered approval of the Joint Plan.

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE JOINT PLAN BEFORE**
**VOTING, AND YOU MAY WISH TO SEEK LEGAL ADVICE BEFORE VOTING.**

If the Joint Plan is approved by the Bankruptcy Court, it will be binding on you, regardless of whether or not you vote or affirmatively vote to reject the Joint Plan. To have your vote counted, you must complete, sign, and return this Ballot so that it is **actually received** by the Claims and Voting Agent on or before **October 29, 2025, at 11:59 p.m. (Central Time)**.

1

«instance» «ballotid»

«SEQ»

Class: «pclass»

### Item 1.   Amount of Claim.

The undersigned certifies that, as of the Voting Record Date, the Creditor identified below held a General Unsecured Claim or an Unsecured Trade Claim against the Debtor (Class 7) in the following unpaid amount (*insert unpaid amount in box below if not already completed*):

<div style="border:1px solid black; text-align:center;">

**«v_amt_c»**

</div>

### Item 2.   Vote on Joint Plan.

The Creditor who holds the Claim against the Debtor set forth in Item 1 above votes to (*check one box below*):

| ❑   **ACCEPT** (vote FOR Joint Plan) | ❑   **REJECT** (vote AGAINST the Joint Plan) |
|---|---|
| ‖‖‖‖‖ ‖‖‖‖‖‖‖‖‖ ‖‖‖ | ‖‖‖‖‖ ‖‖‖‖‖‖‖‖‖ ‖‖‖ |

### Item 3.   Convenience Class Election.

If the amount of the Claim identified in Item 1 above exceeds $50,000, the Creditor may elect to have the Claim treated as a Convenience Claim by checking the box below.  Upon making the Convenience Class Election, the Creditor affirmatively and irrevocably waives its right to treatment of the Claim under Section 4.7(a)(i) of the Joint Plan and is deemed to vote to accept the Joint Plan.

*Check the box below if you wish to have your Claim treated as a Convenience Claim in Class 7:*

| ❑   **I voluntarily elect to have my Claim treated as a Convenience Claim in Class 7**. |
|---|
| ‖‖‖‖‖ ‖‖‖‖‖‖‖‖‖ ‖‖‖ |

2

«instance» «ballotid»

Class: «pclass»

«SEQ»

(abs) |‖‖‖‖‖‖‖‖‖‖‖‖‖|‖|‖|            (a/r) |‖‖‖‖‖‖‖‖‖‖‖‖|‖|‖|

**<u>Item 4</u>. Certifications.**

By signing this Ballot, the undersigned certifies that:

(a) I am the Creditor (or an authorized signatory for the Creditor) holding the Class 7 Claim being voted in Item 1 above, and, in either case, I have the full power and authority to vote to accept or reject the Joint Plan;

(b) The Creditor has received a copy of the Disclosure Statement and the remainder of the Solicitation Package;

(c) The Creditor has cast the same vote with respect to all Claims in Class 7; <u>and</u>

(d) No other Ballots with respect to the amount of the Class 7 Claim identified in Item 1 above have been cast or, if any other Ballot has been cast with respect to such Claim, then any such earlier Ballot is hereby revoked.

---

Name of Creditor: _____
(Print or Type)

Signature: _____

Name of Signatory: _____
(If other than Creditor)

Title, if any: _____

Address: _____

Telephone Number: _____

Email Address: _____

Date Completed: _____

---

«instance» «ballotid»

«SEQ»

### Instructions for Submitting Your Ballot

**AS DESCRIBED BELOW, YOU MAY SUBMIT YOUR BALLOT ONLINE VIA THE CLAIMS AND VOTING AGENT'S E-BALLOTING PORTAL.**

**IF YOU WOULD LIKE TO RETURN A PAPER COPY OF THIS BALLOT (INSTEAD OF SUBMITTING YOUR BALLOT ONLINE), PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) PROMPTLY BY FIRST CLASS MAIL TO:**

**Donlin, Recano & Company, LLC, c/o Angeion Group**
**Re: The Roman Catholic Church of the Archdiocese of New Orleans**
**Attn: Voting Department**
**P.O. Box 2053**
**New York, NY 10272- 2042**
**(A pre-addressed, postage pre-paid envelope is provided.)**

**OR BY OVERNIGHT COURIER, OR HAND DELIVERY TO:**

**Donlin, Recano & Company, LLC, c/o Angeion Group**
**Re: The Roman Catholic Church of the Archdiocese of New Orleans**
**Attn: Voting Department**
**200 Vesey Street, 24th Floor**
**New York, NY 10281**

**THIS BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE CLAIMS AND VOTING AGENT <u>ON OR BEFORE THE VOTING DEADLINE</u> OF OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME).**

**YOU MAY ALSO SUBMIT YOUR BALLOT ONLINE VIA THE CLAIMS AND VOTING AGENT'S <u>E-BALLOTING PORTAL</u> IN ACCORDANCE WITH THE INSTRUCTIONS BELOW.**

To submit your Ballot via the Claims and Voting Agent's online portal, please visit https://bankruptcy.angeiongroup.com/Clients/rcano/Vote.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique eBallot ID#: **«EballotID»**

The Claims and Voting Agent's online portal is the sole manner in which Ballots will be accepted via electronic or online transmission. **Ballots submitted by facsimile, email, or other means of electronic transmission will <u>not</u> be accepted or counted.**

Each eBallot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.

Creditors who cast a Ballot using the Claims and Voting Agent's online portal should **<u>NOT</u>** also submit a paper Ballot.

**If you have any questions, please contact the Claims and Voting Agent:**
(i) by calling 1-877-476-4389 (toll free); and/or (ii) by emailing DRCVote@angeiongroup.com.

«instance» «ballotid»

(«crednoseq») «l1»

THIS PAGE

«SEQ»

## Voting Instructions for General Unsecured Claims and Unsecured Trade Claims—Debtor (Class 7)

1.  Ballots must be delivered to the Claims and Voting Agent (i) at an appropriate address listed above; or (ii) via the Claims and Voting Agent's E-Balloting Portal by visiting https://bankruptcy.angeiongroup.com/Clients/rcano/Vote, clicking on the "E-Ballot" link and following the instructions set forth on the website. Holders of Claims entitled to vote are encouraged to submit their Ballot via the E-Balloting Portal. Please choose only one method of submitting your Ballot. If you choose to submit your Ballot via the E-Balloting Portal, DO NOT also submit a paper Ballot.

2.  To ensure that your vote is counted, you must complete the Ballot and take the following steps: (a) make sure that the information required by Item 1 has been inserted (if you do not know the amount of your Claim, please contact the Claims and Voting Agent); (b) clearly indicate your decision either to accept or reject the Joint Plan in the boxes provided in Item 2 of the Ballot (unless you have selected the Convenience Class Election in Item 3); and (c) sign, date, and return an original of your Ballot to the applicable address listed above. A Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

3.  Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

4.  The Debtor will File with the Bankruptcy Court by on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will describe every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than the E-Balloting Portal), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions regarding each Irregular Ballot.

5.  The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided herein, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot or the E-Ballot is submitted through the E-Balloting Portal. Instead of effecting delivery by first-class mail, it is recommended, though not required, that Creditors use an overnight or hand delivery service if not using the E-Balloting Portal. In all cases, Creditors should allow sufficient time to assure timely delivery.

6.  An executed Ballot is required to be submitted by the Entity submitting such Ballot.

7.  Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than the E-Balloting Portal) will not be valid.

8.  No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

9.  If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

5

«SEQ»

Class: «pclass»

10.     Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

11.     The Creditor must sign the Ballot. If, however, you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Claims and Voting Agent, the Plan Proponents, or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Creditor. For the avoidance of doubt, a Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

12.     If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

13.     After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

14.     Your Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

---

**IF THE CLAIMS AND VOTING AGENT DOES NOT <u>ACTUALLY RECEIVE</u> YOUR BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME), THEN YOUR VOTE WILL <u>NOT</u> BE COUNTED.**

---

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING OR ON BEHALF OF THE DEBTOR OR ADDITIONAL DEBTORS, OTHER THAN WHAT IS CONTAINED IN THE SOLICITATION PACKAGE MAILED HEREWITH.**

6

«instance» «ballotid»

Class: «pclass»

«SEQ»

## SCHEDULE 1

### ADDITIONAL DEBTORS

**I.  Archdiocesan Parishes**

1.   All Saints Roman Catholic Church, New Orleans, Louisiana
2.   Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.   Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.   Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.   Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.   Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.   Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.   Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.   Christ the King Roman Catholic Church, Gretna, Louisiana
10.  Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.  Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.  Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.  Holy Family Roman Catholic Church, Franklinton, Louisiana
14.  Holy Family Roman Catholic Church, Luling, Louisiana
15.  Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.  Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.  Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.  Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.  Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.  Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.  Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.  Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.  Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.  Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.  Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.  Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.  Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.  Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.  Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.  Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.  Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.  Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.  Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.  Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.  Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.  Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
37.  Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38.  Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39.  Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40.  St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

«instance» «ballotid»

Class: «pclass»

«SEQ»

41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana

2

«instance» «ballotid»

Class: «pclass»

89.     St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.     St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.     St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.     St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.     St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.     St. Peter Roman Catholic Church, Reserve, Louisiana
95.     St. Peter's Roman Catholic Church, Covington, Louisiana
96.     St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.     St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.     St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.     St. Rita Roman Catholic Church, Harahan, Louisiana
100.    St. Rita Roman Catholic Church, New Orleans, Louisiana
101.    St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102.    Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.    The Congregation of St. Rita Roman Catholic Church of Harahan
104.    The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.     Suppressed Archdiocesan Parishes[3]

1.      Blessed Sacrament, Inc.
2.      Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes.  In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

3

Class: «pclass»

«SEQ»

3.  Immaculate Heart of Mary, Inc.
4.  Incarnate Word, Inc.
5.  Our Lady of Good Counsel, Inc.
6.  Our Lady of Good Harbor, Inc.
7.  Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.  Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.  Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10. St. Ann, New Orleans, Louisiana, Inc.
11. St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12. St. Frances Xavier Cabrini, Inc.
13. St. Francis de Salles, Inc.
14. St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15. St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16. St. Henry's, Inc.
17. St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18. St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19. St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20. St. John the Baptist, New Orleans, Louisiana, Inc.
21. St. Julian Eymard, Inc.
22. St. Lawrence the Martyr, Inc.
23. St. Louise de Marillac, Inc.
24. St. Maurice, Inc.
25. St. Monica, Inc.
26. St. Philip the Apostle, Inc.
27. St. Raymond's, Inc.
28. St. Rose of Lima, Inc.
29. St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
30. St. Theresa of the Child Jesus, Inc.
31. The Congregation of Saints Peter and Paul Roman Catholic Church
32. The Congregation of St. Cecelia Roman Catholic Church
33. The Congregation of the Annunciation Roman Catholic Church
34. The Congregation of the Holy Trinity Roman Catholic Church

### III.   Archdiocesan Agencies

1.  Archdiocesan Spirituality Center
2.  Catholic Charities Archdiocese of New Orleans
3.  Catholic Charities Children's Day Care Centers
4.  Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.  Clarion Herald Publishing Company
6.  Korean Catholic Community of New Orleans, Inc.
7.  Notre Dame Seminary
8.  Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.  Pace Greater New Orleans
10. Padua House (merged into Catholic Charities Archdiocese of New Orleans)

4

«instance» «ballotid»

«SEQ»

Class: «pclass»

11.     Philmat, Inc.
12.     Project Lazarus
13.     Roman Catholic Center of Jesus the Lord
14.     School Food and Nutrition Services of New Orleans, Inc.
15.     Second Harvest Food Bank of Greater New Orleans and Acadiana
16.     St. Jude Community Center, Inc.
17.     St. Michael Special School
18.     St. Thérèse Catholic Academy
19.     The Society for the Propagation of the Faith, Archdiocese of New Orleans

5

«instance» «ballotid»

## SCHEDULE 2

## ART. 12 EXCERPTS

### [JOINT PLAN SECTIONS 12.2, 12.3, 12.4, 12.5, 12.8, & 12.15]

**Section 12.2    Discharge and Discharge Injunctions.**

(a)    *Discharge of the Debtor*.  Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of, all Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Debtor will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Debtor, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and all Abuse Claims asserted against the Archdiocesan Schools are discharged and released in accordance with the preceding paragraph.

In the event any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(a) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing a Non-Settling Insurer of its duty to defend and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party or Settling Insurer due, in whole or in part, to the Debtor's or the Reorganized Archdiocese's breach of its Post-Effective Date Insurance Obligations, the Debtor and/or the Reorganized Archdiocese shall be liable for any such breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and the Debtor and the Reorganized Archdiocese shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and the Reorganized Archdiocese shall have the right at their respective discretion to intervene and be heard as parties-in-interest in any Action related to an Abuse Claim in which (i) the Debtor's or the Reorganized Archdiocese's Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend**

**and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party, are implicated, disputed, or otherwise raised.**

(b) *Discharge of the Additional Debtors*. Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of all Claims of any nature whatsoever against or in the Additional Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Additional Debtors will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Additional Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Parish Schools are not separate Entities from the Additional Debtors, and all Abuse Claims asserted against the Parish Schools are discharged and released in accordance with the preceding paragraph.

If any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(b) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing any Non-Settling Insurer of its duty to defend and/or indemnify an Additional Debtor (or Additional Debtors), a Reorganized Additional Debtor (or Reorganized Additional Debtors), or any other Covered Party or Settling Insurer due, in whole or in part, to such Additional Debtor's(s') or such Reorganized Additional Debtor's(s') breach of its (or their) Post-Effective Date Insurance Obligations, then such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall be liable for any breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and such Reorganized Additional Debtor (or Reorganized Additional Debtors) shall have the right at their respective discretion to intervene and be heard at any time as parties-in-interest in any Action related to an Abuse Claim in which (i) the Additional Debtor's (or Additional Debtors') or the Reorganized Additional Debtor's(s') Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend and/or indemnify the Additional Debtors, the Reorganized Additional Debtors, or any other Covered Party, are implicated, disputed, or otherwise raised.**

2

Class: «pclass»

«SEQ»

  **(c)**  *Discharge Injunction – Debtor.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Debtor, the Reorganized Archdiocese, or the property of the Debtor or the Reorganized Archdiocese. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Debtor pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Debtor or the Reorganized Archdiocese at any time to the extent such judgment relates to a discharged Claim.

  Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and the discharge injunction set forth in the preceding paragraph will include the Archdiocesan Schools and will apply to all discharged Claims against the Archdiocesan Schools.

  **(d)**  *Discharge Injunction – Additional Debtors.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in any Additional Debtors or any of the assets or properties of any Additional Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Additional Debtors, the Reorganized Additional Debtors, or the property of the Additional Debtors or Reorganized Additional Debtors. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Additional Debtors pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Additional Debtors or the Reorganized Additional Debtors at any time to the extent such judgment relates to a discharged Claim.

  Without limiting the foregoing, the Parish Schools are not separate Entities from the applicable Additional Debtors, and the discharge injunction set forth in the preceding paragraph will include the Parish Schools and will apply to all discharged Claims against the Parish Schools.

**Section 12.3**  **Exculpations and Limitation of Liability, and Exculpation Injunction.**

  **(a)**  From and after the Effective Date, to the maximum extent permitted by law, no Exculpated Party will have or incur any liability for, and each Exculpated Party will be released from, any Claims, Causes of Action, or liability, and each Exculpated Party is hereby exculpated from any Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, Estate Cause of Action, remedy, loss, and liability for conduct occurring on or after the applicable Archdiocese's Petition Date or the Additional Debtors' Petition Date in connection with or arising out of: (a) the Filing and administration of any Chapter 11 Cases; (b) the negotiation and pursuit of the Disclosure Statement, the Joint Plan, or the Plan Documents, as well as the solicitation of votes for, or Confirmation of, the Joint Plan; (c) the funding or consummation of the Joint Plan, the Settlement Trust, the Plan Documents, or any related agreements, instruments, or other documents, as well as any offer, issuance, and/or Distribution under the Joint Plan or any Settlement Trust Distributions or other disbursements made by the Settlement Trust, whether or not such Distributions, Settlement Trust Distributions, or other disbursements occur following the Effective Date; (d) the implementation of the Joint Plan; and (e) any negotiations, transactions, and

3

«instance» «ballotid»

documentation in connection with the foregoing clauses (a)-(d); provided, however, the foregoing will not apply to any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct. The Exculpations will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of the Joint Plan, which protect such Exculpated Parties from liability.

(b)     The Exculpated Parties have participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes and any distribution of consideration made pursuant to the Joint Plan or Settlement Trust and, therefore, are not, and on account of such distributions, will not be liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Joint Plan, any Distributions made pursuant to the Joint Plan, or any Settlement Trust Distributions or other disbursements made by the Settlement Trust.

(c)     As of the Effective Date, all Creditors are, and will be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party and, solely to the extent provided by section 1125(e) of the Bankruptcy Code, any Entity described in section 1125(e) or its or their property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise with respect to any liability or obligation for which an Exculpated Party is discharged, exculpated, or released under the Joint Plan (which, as set forth in this Section 12.3(a) does not include any liability or obligation arising out of or related to acts or omissions of such Exculpated Party that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, Action, or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other Order; (iii) creating, perfecting, or in any way enforcing in any matter, directly or indirectly, any Lien or encumbrance; and/or (v) setting off, seeking reimbursement, contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged or released under the Joint Plan.

**Section 12.4**     *Channeling Injunction Regarding Abuse Claims against the Protected Parties and Settling Insurers*. **In consideration of the undertakings of the Protected Parties and Settling Insurers, their respective contributions to the Settlement Trust, and other consideration, and, where applicable, pursuant to their respective settlements with the Debtor and/or any Additional Debtors and to further preserve and promote the agreements between and among the Protected Parties and Settling Insurers, and to supplement where necessary the injunctive effect of the discharge as provided in section 1141 and 524 of the Bankruptcy Code, and pursuant to sections 105 and 363 of the Bankruptcy Code:**

**(a)     Any and all Channeled Claims against the Protected Parties and Settling Insurers are channeled into the Settlement Trust and will be treated, administered, determined, and resolved under the procedures and protocols and in the amounts established under the Joint Plan and the Settlement Trust Documents as the sole and exclusive remedy for all Entities holding Channeled Claims;**

**(b)     all Entities that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Channeled Claims against the Protected Parties and Settling Insurers will be permanently and forever stayed, restrained, enjoined, and barred from taking any action, directly or indirectly, for the purpose of asserting, enforcing, collecting,**

4

Case 20-10343-LSS Doc 3545-1 Filed 05/12/21 Entered 05/12/21 14:07:54 Main Document Page 94 of Service Regarding Solicitation Packages Page 94 of 1525

Class: «pclass»

recovering, or receiving payments, satisfaction, or recovery from any Protected Party or any of the Settling Insurers, including:

(i)      commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Channeled Claim against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer;

(ii)      enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

(iii)      creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

(iv)      asserting, implementing, or effectuating any Channeled Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Protected Party or Settling Insurer, (B) any Protected Party or Settling Insurer, or (C) any property or interest in property of any Protected Party or Settling Insurer; and

(v)      taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.

(c)      The foregoing Channeling Injunction is an integral part of the Joint Plan and is essential to the Joint Plan's consummation and implementation. The channeling of the Channeled Claims as provided in this Section 12.4 of the Joint Plan will inure to the benefit of the Protected Parties and the Settling Insurers. In a successful action to enforce the injunctive provisions of this Section 12.4 of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice to the Post-Confirmation Notice Parties and a hearing.

(d)      Notwithstanding anything to the contrary in Section 12.4 of the Joint Plan, the Channeling Injunction will not enjoin the following:

(i)      the right of any Entity to the treatment afforded to such Entity under the Joint Plan;

(ii)      the right of any Entity to assert any Claim for payment of Settlement Trust expenses solely against the Settlement Trust;

(iii)      the Settlement Trustee's enforcing rights under the Settlement Trust Documents;

(iv)      the Settling Insurers' enforcing rights under the Insurance Settlement Agreements;

5

(v)    the rights of the Settlement Trust, the Settlement Trustee, Abuse Claimants, Covered Parties, the Reorganized Archdiocese, and the Reorganized Additional Debtors (in each case, to the extent permitted or required under the Joint Plan) to prosecute any Claims against the Non-Settling Insurers based on or arising from the Non-Settling Insurance Rights Transfer or otherwise; or

(vi)    the rights of the Covered Parties with respect to Non-Insurer Contribution Claims against, or with respect to, the Settlement Trust.

**Section 12.5 *Supplemental Settling Insurers' Injunction*. Pursuant to sections 105(a) and 363 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to any Insurance Settlement Agreement and the Joint Plan, including the Settling Insurers' purchases of the Settling Insurers' Policies pursuant to section 363(f) of the Bankruptcy Code and the Insurance Settlement Orders, any and all Entities who have held, now hold, or who may in the future hold any Claims against any Protected Party, any Covered Party, or any Settling Insurer, which, directly or indirectly, relate to, any of the Settling Insurers' Policies, are hereby permanently and forever stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce, collect, or recover, or attempt to assert, enforce, collect, or recover, any such Claim against any Settling Insurer, and/or any Settling Insurers' Policies, including:**

**(a)    commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Claim against any Settling Insurer, or any property or interest in property of any Settling Insurer;**

**(b)    enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to any such Claim;**

**(c)    creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to such Claim;**

**(d)    asserting, implementing, or effectuating any Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Settling Insurer, (B) any Settling Insurer, or (C) any property or interest in property of any Settling Insurers; and**

**(e)    taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.**

The Supplemental Settling Insurers' Injunction will not apply to the rights of any Settling Insurer to any reinsurance recoveries, as provided in Section 7.1(f) of the Joint Plan.

**Section 12.8 Gatekeeper Injunction. Subject in all respects to Article 12 of the Joint Plan, no Enjoined Party may assert a Claim or cause of action of any kind or institute any proceeding of any kind against any of the Covered Parties, Settling Insurers, or Settlement Trust that arises from or is in any manner related to the Chapter 11 Cases, the negotiation of the Joint Plan, the negotiation of the Insurance Settlement Agreements, the administration of the Joint Plan by the Settlement Trust and the Debtor, or the property to be distributed under the Joint Plan, or transactions in furtherance of the foregoing without the Bankruptcy Court 1) determining, after Notice and Hearing, that such**

Class: «pclass»

«SEQ»

claim or cause of action (a) is a colorable claim of any kind against the Debtor, the Additional Debtors, the Settlement Trust, or the Settling Insurers; (b) did not arise prior to the Effective Date of the Joint Plan; and (c) is not a Claim owned by the Debtor or Settling Insurers against such Protected Party, Settling Insurer, or the Settlement Trust and 2) subject in all respects to the Injunctions, specifically authorizing such Enjoined Party to initiate a proceeding to assert such Claim or cause of action against such Protected Party, Settling Insurer, or the Settlement Trust.

To the extent that a Claim or cause of action is filed against a Covered Party, Settling Insurer, or the Settlement Trust, without the Bankruptcy Court authorizing such Claim or cause of action in accordance with the preceding paragraph, the Claim or cause of action shall be deemed a willful violation of the Injunctions contained in the Joint Plan if the Claim or cause of action is not dismissed within 10 days of the lawyer filing such Claim or cause of action being provided notice that the Claim or cause of action is in violation of the Injunctions contained in the Joint Plan and this provision. The Bankruptcy Court, for any willful violation of the Injunctions contained in the Joint Plan and this provision, shall assess the attorney filing such Claim or cause of action and the named plaintiff in the Claim or cause of action reasonable legal fees incurred by the party enforcing the respective Injunction and this provision.

Section 12.15    Ratification of Sale Injunction. Pursuant to sections 105(a), 363, and 1123 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchase of the Settling Insurers' Policies free and clear of all Liens, Claims, and Subject Interests pursuant to section 363(f) of the Bankruptcy Code, the Joint Plan hereby incorporates by reference, adopts, and ratifies (and the Confirmation Order shall adopt and ratify) the injunction of Claims against a Settling Insurer with respect to any Subject Insurance Policy set forth in the Insurance Settlement Order(s) (each, a "Sale Injunction") in all respects. The Sale Injunction(s) are in addition to and independent of the injunctions in Sections 12.4 and 12.5 herein.

7

«SEQ»

Class: «pclass»

[this page intentionally left blank]

(«crednoseq») «l1»

«instance» «ballotid»

Class: «pclass»

«SEQ»

## RE: RCANO

█║▌║▌║█║▌

(«seq»/«pclass»)

«l1»

«l2»

«l3»

«l4»

«l5»

«l6»

BID: «ballotid»

█║▌║▌║█║▌║▌║

(«crednoseq») «l1»

«instance» «ballotid»

# EXHIBIT H

Class: «pclass»

«SEQ»

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

---

## BALLOT FOR VOTING ON
## THE JOINT PLAN OF THE DEBTOR AND ADDITIONAL DEBTORS

### CLASS 8 (Non-Abuse Personal Injury Claims—Debtor)

> **YOU HAVE A RIGHT TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN. You are receiving this Ballot because our records indicate that you may be a Creditor who holds a Non-Abuse Personal Injury Claim against the Debtor in Class 8, as of August 14, 2025 (the "Voting Record Date").**

### PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS CAREFULLY **BEFORE** COMPLETING THIS BALLOT.

### THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE CLAIMS AND VOTING AGENT NO LATER THAN OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME) (THE "<u>VOTING DEADLINE</u>") IN ACCORDANCE WITH THE PROCEDURES DESCRIBED HEREIN

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or the "**Archdiocese**"), the additional debtors listed on the attached **Schedule 1** (the "**Additional Debtors**"), and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") are soliciting votes with respect to a jointly proposed plan of reorganization (the "**Joint Plan**"). In addition to this Ballot, you have received a copy of the Joint Plan and a Bankruptcy Court-approved disclosure statement containing adequate information to make an informed decision on whether to accept or reject the Joint Plan (the "**Disclosure Statement**"). The Bankruptcy Court approved the Disclosure Statement but has not yet considered approval of the Joint Plan.

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE JOINT PLAN BEFORE VOTING, AND YOU MAY WISH TO SEEK LEGAL ADVICE BEFORE VOTING.**

If the Joint Plan is approved by the Bankruptcy Court, it will be binding on you, regardless of whether or not you vote or affirmatively vote to reject the Joint Plan. To have your vote counted, you must complete, sign, and return this Ballot so that it is **actually received** by the Claims and Voting Agent on or before **October 29, 2025, at 11:59 p.m. (Central Time)**.

«instance» «ballotid»

100

Class: «pclass»

«SEQ»

## Item 1.    Vote on the Joint Plan.

The undersigned certifies that, as of the Voting Record Date, the Creditor identified below held a Non-Abuse Personal Injury Claim against the Debtor (Class 8).

Such Creditor hereby votes to (*check <u>one</u> box below*):

| ❑    **ACCEPT** (vote FOR Joint Plan) | ❑    **REJECT** (vote AGAINST the Joint Plan) |
|---|---|
| ‖‖‖‖□□□□□□□□□‖‖‖ | ‖‖‖□□□□□□□□□‖‖‖ |

Your Non-Abuse Personal Injury Claim shall be valued at one dollar ($1.00) **for voting purposes only**, but not for any other purposes including the compensation you may receive on the Non-Abuse Personal Injury Claim.

## Item 2.    Certifications.

By signing this Ballot, the undersigned certifies that:

(a)  I am the Creditor (or an authorized signatory for the Creditor) holding the Class 8 Claim being voted in Item 1 above, and, in either case, I have the full power and authority to vote to accept or reject the Joint Plan;

(b)  The Creditor has received a copy of the Disclosure Statement and the remainder of the Solicitation Package; <u>and</u>

(c)  No other Ballots with respect to the Class 8 Claim identified in Item 1 above have been cast or, if any other Ballot has been cast with respect to such Claim, then any such earlier Ballot is hereby revoked.

Name of Creditor:  _____
                        (Print or Type)

Signature:  _____

Name of Signatory:  _____
                        (If other than Creditor)

Title, if any:  _____

Address:  _____

Telephone Number:  _____

Email Address:  _____

Date Completed:  _____

«instance» «ballotid»

Class: «pclass»

«SEQ»

(abs)                     (a/r) 

### Instructions for Submitting Your Ballot

**AS DESCRIBED BELOW, YOU MAY SUBMIT YOUR BALLOT ONLINE VIA THE CLAIMS AND VOTING AGENT'S E-BALLOTING PORTAL.**

**IF YOU WOULD LIKE TO RETURN A PAPER COPY OF THIS BALLOT (INSTEAD OF SUBMITTING YOUR BALLOT ONLINE), PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT (WITH AN ORIGINAL SIGNATURE) <u>PROMPTLY BY FIRST CLASS MAIL TO:</u>**

**Donlin, Recano & Company, LLC, c/o Angeion Group**
**Re: The Roman Catholic Church of the Archdiocese of New Orleans**
**Attn: Voting Department**
**P.O. Box 2053**
**New York, NY 10272- 2042**
**(A pre-addressed, postage pre-paid envelope is provided.)**

**<u>OR BY OVERNIGHT COURIER, OR HAND DELIVERY TO:</u>**

**Donlin, Recano & Company, LLC, c/o Angeion Group**
**Re: The Roman Catholic Church of the Archdiocese of New Orleans**
**Attn: Voting Department**
**200 Vesey Street, 24th Floor**
**New York, NY 10281**

**THIS BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE CLAIMS AND VOTING AGENT <u>ON OR BEFORE THE VOTING DEADLINE OF OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME)</u>.**

**YOU MAY ALSO SUBMIT YOUR BALLOT ONLINE VIA THE CLAIMS AND VOTING AGENT'S <u>E-BALLOTING PORTAL</u> IN ACCORDANCE WITH THE INSTRUCTIONS BELOW.**

To submit your Ballot via the Claims and Voting Agent's online portal, please visit https://www.donlinrecano.com/https://bankruptcy.angeiongroup.com/Clients/rcano/Vote.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique eBallot ID#: **«EballotID»**

The Claims and Voting Agent's online portal is the sole manner in which Ballots will be accepted via electronic or online transmission. **Ballots submitted by facsimile, email, or other means of electronic transmission will <u>not</u> be accepted or counted.**

Each eBallot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.

«instance» «ballottid»

(«crednoseq») «l1»                3

Class: «pclass»

«SEQ»

Creditors who cast a Ballot using the Claims and Voting Agent's online portal should **NOT** also submit a paper Ballot.

**If you have any questions, please contact the Claims and Voting Agent:**
(i) by calling 1-877-476-4389 (toll free); and/or (ii) by emailing DRCVote@angeiongroup.com.

### Voting Instructions for Non-Abuse Personal Injury Claims—Debtor (Class 8)

1.  Ballots must be delivered to the Claims and Voting Agent (i) at an appropriate address listed above; or (ii) via the Claims and Voting Agent's E-Balloting Portal by visiting https://bankruptcy.angeiongroup.com/Clients/rcano/Vote, clicking on the "E-Ballot" link and following the instructions set forth on the website. Holders of Claims entitled to vote are encouraged to submit their Ballot via the E-Balloting Portal. Please choose only one method of submitting your Ballot. If you choose to submit your Ballot via the E-Balloting Portal, DO NOT also submit a paper Ballot.

2.  To ensure that your vote is counted, you <u>must</u> complete the Ballot and take the following steps: (a) clearly indicate your decision either to accept or reject the Joint Plan in the boxes provided in Item 1 of your Ballot; <u>and</u> (b) sign, date and return an original of your Ballot to the applicable address listed above. A Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

3.  Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

4.  The Debtor will File with the Bankruptcy Court by on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will describe every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than the E-Balloting Portal), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions regarding each Irregular Ballot.

5.  The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided herein, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot or the E-Ballot is submitted through the E-Balloting Portal. Instead of effecting delivery by first-class mail, it is recommended, though not required, that Creditors use an overnight or hand delivery service if not using the E-Balloting Portal. In all cases, Creditors should allow sufficient time to assure timely delivery.

6.  An executed Ballot is required to be submitted by the Entity submitting such Ballot.

7.  Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than the E-Balloting Portal) will not be valid.

8.  No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

«instance» «ballotid»

«SEQ»

9.      If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

10.     Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

11.     You, the Creditor, must sign the Ballot. If, however, you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Claims and Voting Agent, the Plan Proponents, or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Creditor. For the avoidance of doubt, a Ballot submitted by the E-Balloting Portal shall be deemed to bear an original signature.

12.     If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

13.     After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

14.     Your Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

---

**IF THE CLAIMS AND VOTING AGENT DOES NOT <u>ACTUALLY RECEIVE</u> YOUR BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME), THEN YOUR VOTE WILL <u>NOT</u> BE COUNTED.**

---

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING OR ON BEHALF OF THE DEBTOR OR ADDITIONAL DEBTORS, OTHER THAN WHAT IS CONTAINED IN THE SOLICITATION PACKAGE MAILED HEREWITH.**

«instance» «ballotid»

Class: «pclass»

«SEQ»

## SCHEDULE 1

### ADDITIONAL DEBTORS

**I.  Archdiocesan Parishes**

1.   All Saints Roman Catholic Church, New Orleans, Louisiana
2.   Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.   Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.   Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.   Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.   Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.   Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.   Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.   Christ the King Roman Catholic Church, Gretna, Louisiana
10.  Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.  Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.  Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.  Holy Family Roman Catholic Church, Franklinton, Louisiana
14.  Holy Family Roman Catholic Church, Luling, Louisiana
15.  Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.  Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.  Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.  Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.  Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.  Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.  Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.  Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.  Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.  Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.  Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.  Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.  Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.  Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.  Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.  Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.  Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.  Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.  Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.  Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.  Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.  Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
37.  Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38.  Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39.  Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40.  St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

«instance» «ballotid»

Class: «pclass»

«SEQ»

41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana

«instance» «ballotid»

«SEQ»

89.   St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.   St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.   St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.   St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.   St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.   St. Peter Roman Catholic Church, Reserve, Louisiana
95.   St. Peter's Roman Catholic Church, Covington, Louisiana
96.   St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.   St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.   St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.   St. Rita Roman Catholic Church, Harahan, Louisiana
100.  St. Rita Roman Catholic Church, New Orleans, Louisiana
101.  St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102.  Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.  The Congregation of St. Rita Roman Catholic Church of Harahan
104.  The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.   Suppressed Archdiocesan Parishes[3]

1.   Blessed Sacrament, Inc.
2.   Epiphany, Inc.

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes.  In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

«instance» «ballotid»

Class: «pclass»

«SEQ»

3.      Immaculate Heart of Mary, Inc.
4.      Incarnate Word, Inc.
5.      Our Lady of Good Counsel, Inc.
6.      Our Lady of Good Harbor, Inc.
7.      Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.      Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.      Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10.      St. Ann, New Orleans, Louisiana, Inc.
11.      St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12.      St. Frances Xavier Cabrini, Inc.
13.      St. Francis de Salles, Inc.
14.      St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15.      St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16.      St. Henry's, Inc.
17.      St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18.      St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19.      St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20.      St. John the Baptist, New Orleans, Louisiana, Inc.
21.      St. Julian Eymard, Inc.
22.      St. Lawrence the Martyr, Inc.
23.      St. Louise de Marillac, Inc.
24.      St. Maurice, Inc.
25.      St. Monica, Inc.
26.      St. Philip the Apostle, Inc.
27.      St. Raymond's, Inc.
28.      St. Rose of Lima, Inc.
29.      St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
30.      St. Theresa of the Child Jesus, Inc.
31.      The Congregation of Saints Peter and Paul Roman Catholic Church
32.      The Congregation of St. Cecelia Roman Catholic Church
33.      The Congregation of the Annunciation Roman Catholic Church
34.      The Congregation of the Holy Trinity Roman Catholic Church

### III.     Archdiocesan Agencies

1.      Archdiocesan Spirituality Center
2.      Catholic Charities Archdiocese of New Orleans
3.      Catholic Charities Children's Day Care Centers
4.      Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.      Clarion Herald Publishing Company
6.      Korean Catholic Community of New Orleans, Inc.
7.      Notre Dame Seminary
8.      Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.      Pace Greater New Orleans
10.      Padua House (merged into Catholic Charities Archdiocese of New Orleans)

«instance» «ballotid»

Class: «pclass»

«SEQ»

11.     Philmat, Inc.
12.     Project Lazarus
13.     Roman Catholic Center of Jesus the Lord
14.     School Food and Nutrition Services of New Orleans, Inc.
15.     Second Harvest Food Bank of Greater New Orleans and Acadiana
16.     St. Jude Community Center, Inc.
17.     St. Michael Special School
18.     St. Thérèse Catholic Academy
19.     The Society for the Propagation of the Faith, Archdiocese of New Orleans

«instance» «ballotid»

«crednoseq») «l1»

5

Class: «pclass»

«SEQ»

## SCHEDULE 2

## ART. 12 EXCERPTS

### [JOINT PLAN SECTIONS 12.2, 12.3, 12.4, 12.5, 12.8, & 12.15]

**Section 12.2     Discharge and Discharge Injunctions.**

(a)     *Discharge of the Debtor.*  Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of, all Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Debtor will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Debtor, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and all Abuse Claims asserted against the Archdiocesan Schools are discharged and released in accordance with the preceding paragraph.

In the event any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(a) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing a Non-Settling Insurer of its duty to defend and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party or Settling Insurer due, in whole or in part, to the Debtor's or the Reorganized Archdiocese's breach of its Post-Effective Date Insurance Obligations, the Debtor and/or the Reorganized Archdiocese shall be liable for any such breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and the Debtor and the Reorganized Archdiocese shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and the Reorganized Archdiocese shall have the right at their respective discretion to intervene and be heard as parties-in-interest in any Action related to an Abuse Claim in which (i) the Debtor's or the Reorganized Archdiocese's Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend**

1

**and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party, are implicated, disputed, or otherwise raised.**

(b)     *Discharge of the Additional Debtors*. Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of all Claims of any nature whatsoever against or in the Additional Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Additional Debtors will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Additional Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Parish Schools are not separate Entities from the Additional Debtors, and all Abuse Claims asserted against the Parish Schools are discharged and released in accordance with the preceding paragraph.

If any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(b) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing any Non-Settling Insurer of its duty to defend and/or indemnify an Additional Debtor (or Additional Debtors), a Reorganized Additional Debtor (or Reorganized Additional Debtors), or any other Covered Party or Settling Insurer due, in whole or in part, to such Additional Debtor's(s') or such Reorganized Additional Debtor's(s') breach of its (or their) Post-Effective Date Insurance Obligations, then such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall be liable for any breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and such Reorganized Additional Debtor (or Reorganized Additional Debtors) shall have the right at their respective discretion to intervene and be heard at any time as parties-in-interest in any Action related to an Abuse Claim in which (i) the Additional Debtor's (or Additional Debtors') or the Reorganized Additional Debtor's(s') Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend and/or indemnify the Additional Debtors, the Reorganized Additional Debtors, or any other Covered Party, are implicated, disputed, or otherwise raised.**

2

«SEQ»

(c)     *Discharge Injunction – Debtor.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Debtor, the Reorganized Archdiocese, or the property of the Debtor or the Reorganized Archdiocese. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Debtor pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Debtor or the Reorganized Archdiocese at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and the discharge injunction set forth in the preceding paragraph will include the Archdiocesan Schools and will apply to all discharged Claims against the Archdiocesan Schools.

(d)     *Discharge Injunction – Additional Debtors.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in any Additional Debtors or any of the assets or properties of any Additional Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Additional Debtors, the Reorganized Additional Debtors, or the property of the Additional Debtors or Reorganized Additional Debtors. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Additional Debtors pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Additional Debtors or the Reorganized Additional Debtors at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Parish Schools are not separate Entities from the applicable Additional Debtors, and the discharge injunction set forth in the preceding paragraph will include the Parish Schools and will apply to all discharged Claims against the Parish Schools.

**Section 12.3     Exculpations and Limitation of Liability, and Exculpation Injunction.**

(a)     From and after the Effective Date, to the maximum extent permitted by law, no Exculpated Party will have or incur any liability for, and each Exculpated Party will be released from, any Claims, Causes of Action, or liability, and each Exculpated Party is hereby exculpated from any Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, Estate Cause of Action, remedy, loss, and liability for conduct occurring on or after the applicable Archdiocese's Petition Date or the Additional Debtors' Petition Date in connection with or arising out of: (a) the Filing and administration of any Chapter 11 Cases; (b) the negotiation and pursuit of the Disclosure Statement, the Joint Plan, or the Plan Documents, as well as the solicitation of votes for, or Confirmation of, the Joint Plan; (c) the funding or consummation of the Joint Plan, the Settlement Trust, the Plan Documents, or any related agreements, instruments, or other documents, as well as any offer, issuance, and/or Distribution under the Joint Plan or any Settlement Trust Distributions or other disbursements made by the Settlement Trust, whether or not such Distributions, Settlement Trust Distributions, or other disbursements occur following the Effective Date; (d) the implementation of the Joint Plan; and (e) any negotiations, transactions, and

3

documentation in connection with the foregoing clauses (a)-(d); provided, however, the foregoing will not apply to any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct. The Exculpations will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of the Joint Plan, which protect such Exculpated Parties from liability.

(b)     The Exculpated Parties have participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes and any distribution of consideration made pursuant to the Joint Plan or Settlement Trust and, therefore, are not, and on account of such distributions, will not be liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Joint Plan, any Distributions made pursuant to the Joint Plan, or any Settlement Trust Distributions or other disbursements made by the Settlement Trust.

(c)     As of the Effective Date, all Creditors are, and will be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party and, solely to the extent provided by section 1125(e) of the Bankruptcy Code, any Entity described in section 1125(e) or its or their property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise with respect to any liability or obligation for which an Exculpated Party is discharged, exculpated, or released under the Joint Plan (which, as set forth in this Section 12.3(a) does not include any liability or obligation arising out of or related to acts or omissions of such Exculpated Party that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, Action, or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other Order; (iii) creating, perfecting, or in any way enforcing in any matter, directly or indirectly, any Lien or encumbrance; and/or (v) setting off, seeking reimbursement, contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged or released under the Joint Plan.

**Section 12.4     *Channeling Injunction Regarding Abuse Claims against the Protected Parties and Settling Insurers***. **In consideration of the undertakings of the Protected Parties and Settling Insurers, their respective contributions to the Settlement Trust, and other consideration, and, where applicable, pursuant to their respective settlements with the Debtor and/or any Additional Debtors and to further preserve and promote the agreements between and among the Protected Parties and Settling Insurers, and to supplement where necessary the injunctive effect of the discharge as provided in section 1141 and 524 of the Bankruptcy Code, and pursuant to sections 105 and 363 of the Bankruptcy Code:**

**(a)     Any and all Channeled Claims against the Protected Parties and Settling Insurers are channeled into the Settlement Trust and will be treated, administered, determined, and resolved under the procedures and protocols and in the amounts established under the Joint Plan and the Settlement Trust Documents as the sole and exclusive remedy for all Entities holding Channeled Claims;**

**(b)     all Entities that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Channeled Claims against the Protected Parties and Settling Insurers will be permanently and forever stayed, restrained, enjoined, and barred from taking any action, directly or indirectly, for the purpose of asserting, enforcing, collecting,**

4

recovering, or receiving payments, satisfaction, or recovery from any Protected Party or any of the Settling Insurers, including:

> (i)      commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Channeled Claim against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer;

> (ii)      enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

> (iii)      creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

> (iv)      asserting, implementing, or effectuating any Channeled Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Protected Party or Settling Insurer, (B) any Protected Party or Settling Insurer, or (C) any property or interest in property of any Protected Party or Settling Insurer; and

> (v)      taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.

    (c)      The foregoing Channeling Injunction is an integral part of the Joint Plan and is essential to the Joint Plan's consummation and implementation. The channeling of the Channeled Claims as provided in this Section 12.4 of the Joint Plan will inure to the benefit of the Protected Parties and the Settling Insurers. In a successful action to enforce the injunctive provisions of this Section 12.4 of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice to the Post-Confirmation Notice Parties and a hearing.

    (d)      Notwithstanding anything to the contrary in Section 12.4 of the Joint Plan, the Channeling Injunction will not enjoin the following:

> (i)      the right of any Entity to the treatment afforded to such Entity under the Joint Plan;

> (ii)      the right of any Entity to assert any Claim for payment of Settlement Trust expenses solely against the Settlement Trust;

> (iii)      the Settlement Trustee's enforcing rights under the Settlement Trust Documents;

> (iv)      the Settling Insurers' enforcing rights under the Insurance Settlement Agreements;

<div align="center">5</div>

«SEQ»

**(v)** the rights of the Settlement Trust, the Settlement Trustee, Abuse Claimants, Covered Parties, the Reorganized Archdiocese, and the Reorganized Additional Debtors (in each case, to the extent permitted or required under the Joint Plan) to prosecute any Claims against the Non-Settling Insurers based on or arising from the Non-Settling Insurance Rights Transfer or otherwise; or

**(vi)** the rights of the Covered Parties with respect to Non-Insurer Contribution Claims against, or with respect to, the Settlement Trust.

**Section 12.5** ***Supplemental Settling Insurers' Injunction.*** **Pursuant to sections 105(a) and 363 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to any Insurance Settlement Agreement and the Joint Plan, including the Settling Insurers' purchases of the Settling Insurers' Policies pursuant to section 363(f) of the Bankruptcy Code and the Insurance Settlement Orders, any and all Entities who have held, now hold, or who may in the future hold any Claims against any Protected Party, any Covered Party, or any Settling Insurer, which, directly or indirectly, relate to, any of the Settling Insurers' Policies, are hereby permanently and forever stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce, collect, or recover, or attempt to assert, enforce, collect, or recover, any such Claim against any Settling Insurer, and/or any Settling Insurers' Policies, including:**

**(a)** **commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Claim against any Settling Insurer, or any property or interest in property of any Settling Insurer;**

**(b)** **enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to any such Claim;**

**(c)** **creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to such Claim;**

**(d)** **asserting, implementing, or effectuating any Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Settling Insurer, (B) any Settling Insurer, or (C) any property or interest in property of any Settling Insurers; and**

**(e)** **taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.**

The Supplemental Settling Insurers' Injunction will not apply to the rights of any Settling Insurer to any reinsurance recoveries, as provided in Section 7.1(f) of the Joint Plan.

**Section 12.8** **Gatekeeper Injunction**. **Subject in all respects to Article 12 of the Joint Plan, no Enjoined Party may assert a Claim or cause of action of any kind or institute any proceeding of any kind against any of the Covered Parties, Settling Insurers, or Settlement Trust that arises from or is in any manner related to the Chapter 11 Cases, the negotiation of the Joint Plan, the negotiation of the Insurance Settlement Agreements, the administration of the Joint Plan by the Settlement Trust and the Debtor, or the property to be distributed under the Joint Plan, or transactions in furtherance of the foregoing without the Bankruptcy Court 1) determining, after Notice and Hearing, that such claim or cause of action (a) is a colorable claim of any kind against the Debtor, the Additional Debtors,**

«SEQ»

Class: «pclass»

the Settlement Trust, or the Settling Insurers; (b) did not arise prior to the Effective Date of the Joint Plan; and (c) is not a Claim owned by the Debtor or Settling Insurers against such Protected Party, Settling Insurer, or the Settlement Trust and 2) subject in all respects to the Injunctions, specifically authorizing such Enjoined Party to initiate a proceeding to assert such Claim or cause of action against such Protected Party, Settling Insurer, or the Settlement Trust.

To the extent that a Claim or cause of action is filed against a Covered Party, Settling Insurer, or the Settlement Trust, without the Bankruptcy Court authorizing such Claim or cause of action in accordance with the preceding paragraph, the Claim or cause of action shall be deemed a willful violation of the Injunctions contained in the Joint Plan if the Claim or cause of action is not dismissed within 10 days of the lawyer filing such Claim or cause of action being provided notice that the Claim or cause of action is in violation of the Injunctions contained in the Joint Plan and this provision. The Bankruptcy Court, for any willful violation of the Injunctions contained in the Joint Plan and this provision, shall assess the attorney filing such Claim or cause of action and the named plaintiff in the Claim or cause of action reasonable legal fees incurred by the party enforcing the respective Injunction and this provision.

Section 12.15    Ratification of Sale Injunction. Pursuant to sections 105(a), 363, and 1123 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchase of the Settling Insurers' Policies free and clear of all Liens, Claims, and Subject Interests pursuant to section 363(f) of the Bankruptcy Code, the Joint Plan hereby incorporates by reference, adopts, and ratifies (and the Confirmation Order shall adopt and ratify) the injunction of Claims against a Settling Insurer with respect to any Subject Insurance Policy set forth in the Insurance Settlement Order(s) (each, a "Sale Injunction") in all respects. The Sale Injunction(s) are in addition to and independent of the injunctions in Sections 12.4 and 12.5 herein.

7

«instance» «ballotid»

116

«SEQ»

**RE: RCANO**

▌▌▌▌▌▌▌▌
(«seq»/«pclass»)
«l1»
«l2»
«l3»
«l4»
«l5»
«l6»

BID: «ballotid»

▌▌▌▌▌▌▌▌▌▌

«instance» «ballotid»

EXHIBIT I

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

---

**NOTICE OF NON-VOTING STATUS UNDER JOINT CHAPTER 11 PLAN
OF REORGANIZATION FOR THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS AND ADDITIONAL DEBTORS**

**PLEASE TAKE NOTICE** that:

1.      On August 14, 2025, the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") entered an Order (the "**Disclosure Statement Order**"), [ECF 4253],[2] that: (a) authorizes the Roman Catholic Church of the Archdiocese New Orleans, the debtor and debtor-in-possession herein (the "**Debtor**" or "**Archdiocese**") in this chapter 11 case (the "**Chapter 11 Case**"), the Additional Debtors, and the Official Committee of Unsecured Creditors (collectively the "**Plan Proponents**" and each a "**Plan Proponent**"), to solicit votes on the *Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025,* [ECF 4235], (as amended, modified, or supplemented from time to time, the "**Joint Plan**"); (b) approves the corresponding *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025,* [ECF 4242], (the "**Disclosure Statement**"), as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approves the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Package**"); and (d) approves procedures for soliciting, receiving, and tabulating votes on the Joint Plan and Filing objections to the Joint Plan.

2.      Because of the nature and treatment of your Claim under the Joint Plan, *you are **not** entitled to vote on the Joint Plan*.

3.      The Bankruptcy Court will hold a hearing to consider Confirmation of the Joint Plan (the "**Confirmation Hearing**") commencing on **November 12, 2025, at 9:00 a.m. (Central Time)**, before the Honorable Meredith S. Grabill, in the Bankruptcy Court located at 500 Poydras Street, Suite B-601, New Orleans, LA 70130. You may participate in the Confirmation Hearing (a) in person, (b) by telephone through the Bankruptcy Court's Teleconference Line, 504-517-1385, Conference Code 129611, or (c) by video at https://gotomeet.me/JudgeGrabill (audio will still be through the dial in Conference Code above). Parties in interest are directed to the Bankruptcy Court's General Order 2021-2 for information on hearings,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not otherwise defined herein will have the same meaning as set forth in the Joint Plan or the Disclosure Statement Order.

#86031847v9

119

available at https://www.laeb.uscourts.gov/. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced during the Confirmation Hearing, or by a notice of adjournment Filed with the Bankruptcy Court.

4.      Objections, if any, to the confirmation of the Joint Plan (other than objections that arise based on the balloting and tabulation results on the Joint Plan), any of the other relief sought in connection with the confirmation of the Joint Plan, including, but not limited to, approval of the Insurance Settlement Agreements, must (a) be in writing and state with particularity the basis and nature of any such objection, (b) state the name and address of the objecting party, and the nature of the Claim of such party, and (c) be Filed with the Bankruptcy Court **no later than October 30, 2025, at 11:59 p.m. (Central Time)** (the "**Confirmation Objection Deadline**"). **ANY OBJECTION TO THE CONFIRMATION OF THE JOINT PLAN THAT IS NOT FILED ON OR BEFORE THE CONFIRMATION OBJECTION DEADLINE MAY NOT BE CONSIDERED.**

5.      **The Joint Plan contains, among other things, the following:**

| IMPORTANT INFORMATION ABOUT THE RELEASES, INJUNCTIONS, EXCULPATION PROVISIONS, GATEKEEPER INJUNCTION, AND BAR DATES CONTAINED IN THE JOINT PLAN |
|---|
| **A.  THE JOINT PLAN CONTAINS RELEASES AND INJUNCTIONS THAT RELATE TO AND AFFECT THE RIGHTS, CLAIMS, AND/OR CAUSES OF ACTION THAT CREDITORS, INCLUDING ABUSE CLAIMANTS, MAY HAVE AGAINST THE DEBTOR, REORGANIZED DEBTOR, THE ADDITIONAL DEBTORS, AND THE REORGANIZED ADDITIONAL DEBTORS AS PROVIDED IN ARTICLE 12 OF THE JOINT PLAN.** |
| **B.  THE JOINT PLAN CONTAINS INJUNCTIONS IN FAVOR OF THE SETTLING INSURERS AS PROVIDED IN SECTIONS 12.4, 12.5, AND 12.15 OF THE JOINT PLAN THAT ENJOIN CERTAIN CLAIMS AGAINST SETTLING INSURERS.** |
| **C.  THE JOINT PLAN CONTAINS CERTAIN EXCULPATORY AND LIMITATION OF LIABILITY PROVISIONS THAT RELATE TO AND AFFECT THE RIGHTS, CLAIMS, AND/OR CAUSES OF ACTION THAT CREDITORS, INCLUDING ABUSE CLAIMANTS, MAY HAVE AGAINST THE EXCULPATED PARTIES AS PROVIDED IN SECTION 12.3 OF THE JOINT PLAN.** |
| **D.   THE JOINT PLAN CONTAINS A GATEKEEPER INJUNCTION IN SECTION 12.8 REQUIRING ENJOINED PARTIES TO DEMONSTRATE THEY HAVE A COLORABLE CLAIM THAT IS NOT RELEASED, ENJOINED, OR OTHERWISE BARRED BEFORE ASSERTING ANY SUCH CLAIM.   FAILURE TO SEEK RELIEF FROM THE BANKRUPTCY COURT BEFORE FILING SUCH CLAIM CAN RESULT IN AN AWARD OF ATTORNEYS' FEES.** |
| **E.  IF APPROVED BY THE BANKRUPTCY COURT, THE JOINT PLAN WILL ESTABLISH A BAR DATE OF DECEMBER 2, 2025 BY WHICH CERTAIN CREDITORS, INCLUDING ABUSE CLAIMANTS, WHO HAVE NOT ALREADY FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASE OR FILED SUIT AGAINST THE ARCHDIOCESE OR AN ADDITIONAL DEBTOR BY AUGUST 14, 2025, MUST FILE A PROOF OF CLAIM. FAILURE TO FILE A PROOF OF CLAIM IN ACCORDANCE WITH SECTIONS 6.11 AND 6.12 OF THE JOINT PLAN WILL RESULT IN DISALLOWANCE OF CERTAIN CLAIMS AGAINST THE ADDITIONAL DEBTORS.** |
| **BEFORE YOU VOTE, YOU SHOULD REVIEW THE ENTIRE DISCLOSURE STATEMENT AND JOINT PLAN, INCLUDING, BUT NOT LIMITED TO, THE PROVISIONS DISCUSSED ABOVE.** |

6.      If you would like to obtain a copy of the Disclosure Statement (including the Joint Plan and the other exhibits thereto), the Disclosure Statement Order, any other materials in the Solicitation Package (excluding Ballots), or any other pleading or document Filed in the Chapter 11 Case, you should contact the noticing, claims, and voting agent retained by the Debtor in the Chapter 11 Case, Donlin, Recano & Company, LLC (the "**Claims and Voting Agent**"), by:  (a) telephoning the Claims and Voting Agent at 1-877-476-4389 (toll free); (b) visiting the restructuring website, maintained by the Claims and Voting Agent, at https://www.donlinrecano.com/Clients/rcano/Index; (c) writing the Claims and Voting Agent, (i) via First Class Mail, to Donlin, Recano & Company, LLC, re: The Roman Catholic Church of the Archdiocese of New Orleans, Attn: Voting Department, P.O. Box 2053, New York, NY 10272- 2042, or (ii) via Overnight/hand delivery, Donlin, Recano & Company, LLC, c/o Angeion Group, re: The Roman Catholic Church of the Archdiocese of New Orleans, Attn: Voting Department, 200 Vesey Street, 24th Floor, New York, NY 10281; or (d) emailing the Claims and Voting Agent at DRCVote@angeiongroup.com.

All the pleadings Filed in the Chapter 11 Case are available for inspection and copying, without a fee, on the restructuring website at https://www.donlinrecano.com/Clients/rcano/Index, or on the Bankruptcy Court's website, for a fee, at http://www.laeb.uscourts.gov.

*[Signature Page Follows]*

Dated: August 14, 2025

/s/ Mark A. Mintz
JONES WALKER LLP
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
   efutrell@joneswalker.com
   mmintz@joneswalker.com
   soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

/s/ Douglas S. Draper
HELLER, DRAPER, & HORN, L.L.C.
Douglas S. Draper
Greta S. Brouphy
Michael E. Landis
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Facsimile: 504-299-3399
E-mail: ddraper@hellerdraper.com
   gbrouphy@hellerdraper.com
   mlandis@hellerdraper.com

**ATTORNEYS FOR**
**THE ADDITIONAL DEBTORS**

/s/ James S. Stang
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (CA Bar 94435) (pro hac vice)
Iain A.W. Nasatir (CA Bar 148977) (pro hac vice)
Andrew W. Caine (CA Bar 110345) (pro hac vice)
Karen B. Dine (NY Bar 2625366) (pro hac vice)
10100 Santa Monica Blvd., Ste. 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
   inasatir@pszjlaw.com
   acaine@pszjlaw.com
   kdine@pszjlaw.com

/s/ Bradley C. Knapp
TROUTMAN PEPPER LOCKE LLP
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: rkuebel@lockelord.com
   bknapp@lockelord.com

TROUTMAN PEPPER LOCKE LLP
W. Steven Bryant (TX Bar No. 2427413)
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

**ATTORNEYS FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

EXHIBIT J

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | § | |
| THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

---

**BENEFICIAL HOLDER BALLOT FOR VOTING ON**
**THE JOINT PLAN OF THE DEBTOR AND ADDITIONAL DEBTORS**

**CLASS 6 (Bond Claims against the Debtor)**

> **YOU HAVE A RIGHT TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN. You are receiving this Ballot because our records indicate that you are the Beneficial Holder of a Bond Claim in Class 6, as of August 14, 2025 (the "Voting Record Date").**

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS**
**CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO**
**THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT**
**NO LATER THAN OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME)**
**(THE "VOTING DEADLINE") IN ACCORDANCE WITH**
**THE PROCEDURES DESCRIBED HEREIN**

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or the "**Archdiocese**"), the additional debtors listed on the attached **Schedule 1** (the "**Additional Debtors**"), and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") are soliciting votes with respect to a jointly proposed plan of reorganization (the "**Joint Plan**"). In addition to this Ballot, you have received a copy of the Joint Plan and a Bankruptcy Court-approved disclosure statement containing adequate information to make an informed decision on whether to accept or reject the Joint Plan (the "**Disclosure Statement**"). The Bankruptcy Court approved the Disclosure Statement but has not yet considered approval of the Joint Plan.

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE JOINT PLAN BEFORE**
**VOTING, AND YOU MAY WISH TO SEEK LEGAL ADVICE BEFORE VOTING.**

If the Joint Plan is approved by the Bankruptcy Court, it will be binding on you, regardless of whether or not you vote or affirmatively vote to reject the Joint Plan. To have your vote counted, you must complete, sign, and return this Ballot pursuant to the instructions provided by your Nominee so that it is received by the Claims and Voting Agent no later than the Voting Deadline.

<u>Item 1</u>.   **Vote on the Joint Plan – COMPLETE THIS SECTION.**

The Beneficial Holder of the Bond Claim(s) in Class 6 set forth below votes to (*check one box below*):

| Description | Amount | Vote to accept or reject the Joint Plan: |
|---|---|---|
| Bond Claims CUSIP: _____ | $_____ | ☐   ACCEPT (Vote FOR) the Joint Plan<br>☐   REJECT (Vote AGAINST) the Joint Plan |

You must vote all of your Bond Claims either to accept or reject the Joint Plan. If you do not indicate that you either accept or reject the Joint Plan by checking the applicable box above, your vote will not be counted. If you indicate that you both accept and reject the Joint Plan, your vote will not be counted.

**The above amount may not be the same as the amount included in a filed Proof of Claim, and the above amount excludes accrued interest for voting tabulation purposes.**

**Item 2.** **Certification of Bond Claims Held in Additional Accounts.**

By completing and returning this Ballot, the Beneficial Holder of the Bond Claims identified in Item 1 certifies that this Ballot is the only Ballot submitted for the Claims in Class 6 identified in Item 1 owned by such Beneficial Holder, except for the Claims identified in the following table. **To be clear, if you hold Claims in Class 6 through one or more Nominees, you must identify all Claims in Class 6 held through your own name and/or each Nominee in the following table, and must indicate the same vote to accept or reject the Joint Plan on all Ballots submitted.**

ONLY COMPLETE ITEM 2 IF YOU HAVE SUBMITTED OTHER BALLOTS ON
ACCOUNT OF THE SAME VOTING CLASS

| Account Number of Other Claims Voted in Class 6 | Name of Owner | Principal Amount of Other Claims Voted in Class 6 | CUSIP of Other Claims Voted in Class 6 | DTC Participant of Other Claims Voted in Class 6 |
|---|---|---|---|---|
| **Class 6 – Bond Claims** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Item 3.** **Certifications.**

By executing this Ballot, the undersigned certifies that:

(a) as of the Voting Record Date, I was the Beneficial Holder (or an authorized signatory for the Beneficial Holder) of the Bond Claim(s) set forth in Item 1 above, and, in either case, I have the full power and authority to vote to accept or reject the Joint Plan;

(b) the Beneficial Holder has received a copy of the Disclosure Statement and the remainder of the Solicitation Package;

(c) the Beneficial Holder understands and acknowledges that if multiple Ballots are submitted voting the Claim set forth in Item 1, only the last properly completed Ballot or Master Ballot voting the Claim and received by the Claims and Voting Agent before the Voting Deadline shall be deemed to reflect the voter's intent and thus to supersede and revoke any prior Ballots received by the Claims and Voting Agent;

(d) the Beneficial Holder understands and acknowledges that the Claims and Voting Agent may verify the amount of the Claims in Class 6 set forth in Item 1 held by the Beneficial Holder as of the Voting Record Date with any Nominee through which the Beneficial Holder holds its Claims in Class 6 set forth in Item 1, and by returning an executed Ballot the Beneficial Holder directs any such Nominee to provide any information or comply with any actions requested by the Claims and Voting Agent to verify the amount set forth in Item 1 hereof. In the event of a discrepancy regarding such amount that cannot be timely reconciled without undue effort on the part of the Claims and Voting Agent, the amount shown on the records of the Nominee, if applicable, or the Debtor's records shall control; and

(e) the Beneficial Holder understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the Beneficial Holder hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the Beneficial Holder and shall not be affected by, and shall survive, the death or incapacity of the Beneficial Holder.

| |
|---|
| Name of Beneficial Holder: _____<br>(Print or Type)<br><br>DTC Participant Number: _____<br><br>Signature: _____<br><br>Name of Signatory: _____<br>(If other than Beneficial Holder)<br><br>Title (and capacity, if other than Beneficial Holder): _____<br><br>Address: _____<br><br>Telephone Number: _____<br><br>Email Address: _____<br><br>Date Completed: _____ |

**THE VOTING DEADLINE IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME).**

**IF YOU RECEIVED A RETURN ENVELOPE ADDRESSED TO THE CLAIMS AND VOTING AGENT (DONLIN RECANO & COMPANY, LLC), PLEASE COMPLETE AND DATE THE BALLOT AND RETURN IT PROMPTLY IN THE ENVELOPE PROVIDED SO THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT BY THE VOTING DEADLINE.**

**IF YOU RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR NOMINEE, PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT IN THE ENVELOPE PROVIDED OR OTHERWISE IN ACCORDANCE WITH THE INSTRUCTIONS PROVIDED**

BY YOUR NOMINEE. PLEASE ALLOW SUFFICIENT TIME FOR YOUR BALLOT TO BE INCLUDED ON A MASTER BALLOT COMPLETED BY YOUR NOMINEE. THE MASTER BALLOT MUST BE ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT ON OR BEFORE THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS ABOUT THIS BALLOT OR THE PLAN SOLICITATION OR YOU NEED ADDITIONAL VOTING MATERIALS, PLEASE CONTACT THE CLAIMS AND VOTING AGENT TOLL FREE AT 1-877-476-4389 OR VIA EMAIL AT DRCVOTE@ANGEIONGROUP.COM. IF YOU HAVE QUESTIONS ABOUT THE VOTING PROCEDURES, PLEASE CONTACT YOUR NOMINEE. ANY BALLOT RECEIVED AFTER THE VOTING DEADLINE OR OTHERWISE NOT IN COMPLIANCE WITH THE DISCLOSURE STATEMENT ORDER WILL NOT BE COUNTED.

## Voting Instructions for Bond Claims (Class 6)

1. To ensure that your vote is counted, you must: (a) complete the Ballot; (b) indicate your decision either to accept or reject the Joint Plan in Item 1 of the Ballot; and (c) **sign and return the Ballot in accordance with the instructions received, so that this Ballot (if "pre-validated" by your Nominee) or a Master Ballot (cast on your behalf) is actually received by the Claims and Voting Agent by the Voting Deadline.** If you are returning your Ballot to the Nominee that provided you with this Ballot, your completed Ballot must be sent to your Nominee, allowing sufficient time for your Nominee to receive your Ballot, complete a Master Ballot, and transmit the Master Ballot to the Claims and Voting Agent so that it is actually received by the Voting Deadline. Your Nominee is authorized to disseminate Solicitation Packages and voting instructions to, and collect voting information from, Beneficial Holders according to its customary practices.

2. **The Claims and Voting Agent will not accept Beneficial Holder Ballots by facsimile or other electronic means (other than by email to DRCVote@angeiongroup.com for pre-validated Beneficial Holder Ballots and Master Ballots only).** If you are directed by your Nominee to submit the Beneficial Holder Ballot to the Nominee via electronic means, such instructions to your Nominee shall have the same effect as if you had completed and returned a physical Beneficial Holder Ballot, including all certifications,

3. Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

4. The Debtor will File with the Bankruptcy Court by on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will delineate every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than by email to DRCVote@angeiongroup.com), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions with regard to each Irregular Ballot.

5. The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided herein, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot.

6. An executed Ballot is required to be submitted by the Entity submitting such Ballot.

7. Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than by email to DRCVote@angeiongroup.com) will not be valid.

8. No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

9. If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

10. Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

11. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Claims and Voting Agent, the Plan Proponents, or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Creditor.

12. If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

13. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

14. A Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

## PLEASE SUBMIT YOUR BALLOT PROMPTLY

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT, THESE INSTRUCTIONS, OR THE PROCEDURES FOR VOTING, PLEASE CALL THE CLAIMS AND VOTING AGENT AT:**

**U.S. TOLL FREE: 1-877-476-4389**

**OR EMAIL DRCVOTE@ANGEIONGROUP.COM**

**IF THE CLAIMS AND VOTING AGENT DOES NOT ACTUALLY RECEIVE THIS BALLOT (IF "PRE-VALIDATED" BY YOUR NOMINEE) ON OR BEFORE THE VOTING DEADLINE, WHICH IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME), THEN YOUR VOTE TRANSMITTED HEREBY WILL <u>NOT</u> BE COUNTED.**

**IF YOU ARE RETURNING YOUR BALLOT TO THE NOMINEE THAT PROVIDED YOU WITH THIS BALLOT, YOUR COMPLETED BALLOT MUST BE SENT TO YOUR NOMINEE, ALLOWING SUFFICIENT TIME FOR YOUR NOMINEE TO RECEIVE YOUR BALLOT, COMPLETE A MASTER BALLOT, AND TRANSMIT THE MASTER BALLOT TO THE CLAIMS AND VOTING AGENT SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE.**

<u>**SCHEDULE 1**</u>

**ADDITIONAL DEBTORS**

I.    **Archdiocesan Parishes**

1. All Saints Roman Catholic Church, New Orleans, Louisiana
2. Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3. Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4. Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5. Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6. Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7. Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8. Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9. Christ the King Roman Catholic Church, Gretna, Louisiana
10. Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11. Divine Mercy Roman Catholic Church, Kenner, Louisiana
12. Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13. Holy Family Roman Catholic Church, Franklinton, Louisiana
14. Holy Family Roman Catholic Church, Luling, Louisiana
15. Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16. Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17. Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18. Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19. Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20. Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21. Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22. Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23. Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24. Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25. Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26. Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27. Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28. Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29. Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30. Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31. Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32. Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33. Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34. Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35. Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36. Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
37. Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38. Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39. Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40. St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

41.   St. Agnes Roman Catholic Church, Jefferson, Louisiana
42.   St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43.   St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44.   St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45.   St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46.   St. Anselm Roman Catholic Church, Madisonville, Louisiana
47.   St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48.   St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49.   St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50.   St. Anthony Roman Catholic Church, Gretna, Louisiana
51.   St. Augustine Roman Catholic Church, New Orleans, Louisiana
52.   St. Benedict Roman Catholic Church, Covington, Louisiana
53.   St. Benilde Roman Catholic Church, Metairie, Louisiana
54.   St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55.   St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56.   St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57.   St. Christopher Roman Catholic Church, Metairie, Louisiana
58.   St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59.   St. Cletus Roman Catholic Church, Gretna, Louisiana
60.   St. David Roman Catholic Church, New Orleans, Louisiana
61.   St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62.   St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63.   St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64.   St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65.   St. Genevieve Roman Catholic Church, Slidell, Louisiana
66.   St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67.   St. Jerome Roman Catholic Church, Kenner, Louisiana
68.   St. Joachim Roman Catholic Church, Marrero, Louisiana
69.   St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70.   St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71.   St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of
      the Angels Roman Catholic Church, Waggaman, Louisiana
72.   St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73.   St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74.   St. Joseph Roman Catholic Church, Algiers, Louisiana
75.   St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76.   St. Joseph's Roman Catholic Church, Gretna, Louisiana
77.   St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St.
      Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78.   St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79.   St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80.   St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
81.   St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82.   St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83.   St. Mark Roman Catholic Church, Ama, Louisiana
84.   St. Martha Roman Catholic Church, Harvey, Louisiana
85.   St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration
      of the Lord Roman Catholic Church, New Orleans, Louisiana
86.   St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87.   St. Mary's Roman Catholic Church, New Orleans, Louisiana
88.   St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana

2

89.   St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.   St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.   St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.   St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.   St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.   St. Peter Roman Catholic Church, Reserve, Louisiana
95.   St. Peter's Roman Catholic Church, Covington, Louisiana
96.   St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.   St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.   St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.   St. Rita Roman Catholic Church, Harahan, Louisiana
100.  St. Rita Roman Catholic Church, New Orleans, Louisiana
101.  St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102.  Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.  The Congregation of St. Rita Roman Catholic Church of Harahan
104.  The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.    Suppressed Archdiocesan Parishes[3]

1.   Blessed Sacrament, Inc.
2.   Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

#104051575v6

3.   Immaculate Heart of Mary, Inc.
4.   Incarnate Word, Inc.
5.   Our Lady of Good Counsel, Inc.
6.   Our Lady of Good Harbor, Inc.
7.   Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.   Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.   Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10.  St. Ann, New Orleans, Louisiana, Inc.
11.  St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12.  St. Frances Xavier Cabrini, Inc.
13.  St. Francis de Salles, Inc.
14.  St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15.  St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16.  St. Henry's, Inc.
17.  St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18.  St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19.  St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20.  St. John the Baptist, New Orleans, Louisiana, Inc.
21.  St. Julian Eymard, Inc.
22.  St. Lawrence the Martyr, Inc.
23.  St. Louise de Marillac, Inc.
24.  St. Maurice, Inc.
25.  St. Monica, Inc.
26.  St. Philip the Apostle, Inc.
27.  St. Raymond's, Inc.
28.  St. Rose of Lima, Inc.
29.  St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
30.  St. Theresa of the Child Jesus, Inc.
31.  The Congregation of Saints Peter and Paul Roman Catholic Church
32.  The Congregation of St. Cecelia Roman Catholic Church
33.  The Congregation of the Annunciation Roman Catholic Church
34.  The Congregation of the Holy Trinity Roman Catholic Church

### III.   Archdiocesan Agencies

1.   Archdiocesan Spirituality Center
2.   Catholic Charities Archdiocese of New Orleans
3.   Catholic Charities Children's Day Care Centers
4.   Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.   Clarion Herald Publishing Company
6.   Korean Catholic Community of New Orleans, Inc.
7.   Notre Dame Seminary
8.   Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.   Pace Greater New Orleans
10.  Padua House (merged into Catholic Charities Archdiocese of New Orleans)

4

#104051575v6

11.     Philmat, Inc.
12.     Project Lazarus
13.     Roman Catholic Center of Jesus the Lord
14.     School Food and Nutrition Services of New Orleans, Inc.
15.     Second Harvest Food Bank of Greater New Orleans and Acadiana
16.     St. Jude Community Center, Inc.
17.     St. Michael Special School
18.     St. Thérèse Catholic Academy
19.     The Society for the Propagation of the Faith, Archdiocese of New Orleans

#104051575v6

# SCHEDULE 2

## ART. 12 EXCERPTS

### [JOINT PLAN SECTIONS 12.2, 12.3, 12.4, 12.5, 12.8, & 12.15]

**Section 12.2    Discharge and Discharge Injunctions.**

      **(a)**    *Discharge of the Debtor*.  Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of, all Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Debtor will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Debtor, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

      Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and all Abuse Claims asserted against the Archdiocesan Schools are discharged and released in accordance with the preceding paragraph.

      In the event any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(a) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

      **Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing a Non-Settling Insurer of its duty to defend and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party or Settling Insurer due, in whole or in part, to the Debtor's or the Reorganized Archdiocese's breach of its Post-Effective Date Insurance Obligations, the Debtor and/or the Reorganized Archdiocese shall be liable for any such breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and the Debtor and the Reorganized Archdiocese shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and the Reorganized Archdiocese shall have the right at their respective discretion to intervene and be heard as parties-in-interest in any Action related to an Abuse Claim in which (i) the Debtor's or the Reorganized Archdiocese's Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend**

**and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party, are implicated, disputed, or otherwise raised.**

(b)     *Discharge of the Additional Debtors.* Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of all Claims of any nature whatsoever against or in the Additional Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Additional Debtors will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Additional Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Parish Schools are not separate Entities from the Additional Debtors, and all Abuse Claims asserted against the Parish Schools are discharged and released in accordance with the preceding paragraph.

If any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(b) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing any Non-Settling Insurer of its duty to defend and/or indemnify an Additional Debtor (or Additional Debtors), a Reorganized Additional Debtor (or Reorganized Additional Debtors), or any other Covered Party or Settling Insurer due, in whole or in part, to such Additional Debtor's(s') or such Reorganized Additional Debtor's(s') breach of its (or their) Post-Effective Date Insurance Obligations, then such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall be liable for any breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and such Reorganized Additional Debtor (or Reorganized Additional Debtors) shall have the right at their respective discretion to intervene and be heard at any time as parties-in-interest in any Action related to an Abuse Claim in which (i) the Additional Debtor's (or Additional Debtors') or the Reorganized Additional Debtor's(s') Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend and/or indemnify the Additional Debtors, the Reorganized Additional Debtors, or any other Covered Party, are implicated, disputed, or otherwise raised.**

**(c)** *Discharge Injunction – Debtor.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Debtor, the Reorganized Archdiocese, or the property of the Debtor or the Reorganized Archdiocese. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Debtor pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Debtor or the Reorganized Archdiocese at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and the discharge injunction set forth in the preceding paragraph will include the Archdiocesan Schools and will apply to all discharged Claims against the Archdiocesan Schools.

**(d)** *Discharge Injunction – Additional Debtors*. As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in any Additional Debtors or any of the assets or properties of any Additional Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Additional Debtors, the Reorganized Additional Debtors, or the property of the Additional Debtors or Reorganized Additional Debtors. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Additional Debtors pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Additional Debtors or the Reorganized Additional Debtors at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Parish Schools are not separate Entities from the applicable Additional Debtors, and the discharge injunction set forth in the preceding paragraph will include the Parish Schools and will apply to all discharged Claims against the Parish Schools.

**Section 12.3    Exculpations and Limitation of Liability, and Exculpation Injunction.**

(a)    From and after the Effective Date, to the maximum extent permitted by law, no Exculpated Party will have or incur any liability for, and each Exculpated Party will be released from, any Claims, Causes of Action, or liability, and each Exculpated Party is hereby exculpated from any Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, Estate Cause of Action, remedy, loss, and liability for conduct occurring on or after the applicable Archdiocese's Petition Date or the Additional Debtors' Petition Date in connection with or arising out of: (a) the Filing and administration of any Chapter 11 Cases; (b) the negotiation and pursuit of the Disclosure Statement, the Joint Plan, or the Plan Documents, as well as the solicitation of votes for, or Confirmation of, the Joint Plan; (c) the funding or consummation of the Joint Plan, the Settlement Trust, the Plan Documents, or any related agreements, instruments, or other documents, as well as any offer, issuance, and/or Distribution under the Joint Plan or any Settlement Trust Distributions or other disbursements made by the Settlement Trust, whether or not such Distributions, Settlement Trust Distributions, or other disbursements occur following the Effective Date; (d) the implementation of the Joint Plan; and (e) any negotiations, transactions, and

3

documentation in connection with the foregoing clauses (a)-(d); provided, however, the foregoing will not apply to any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct. The Exculpations will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of the Joint Plan, which protect such Exculpated Parties from liability.

(b)     The Exculpated Parties have participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes and any distribution of consideration made pursuant to the Joint Plan or Settlement Trust and, therefore, are not, and on account of such distributions, will not be liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Joint Plan, any Distributions made pursuant to the Joint Plan, or any Settlement Trust Distributions or other disbursements made by the Settlement Trust.

(c)     As of the Effective Date, all Creditors are, and will be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party and, solely to the extent provided by section 1125(e) of the Bankruptcy Code, any Entity described in section 1125(e) or its or their property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise with respect to any liability or obligation for which an Exculpated Party is discharged, exculpated, or released under the Joint Plan (which, as set forth in this Section 12.3(a) does not include any liability or obligation arising out of or related to acts or omissions of such Exculpated Party that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, Action, or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other Order; (iii) creating, perfecting, or in any way enforcing in any matter, directly or indirectly, any Lien or encumbrance; and/or (v) setting off, seeking reimbursement, contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged or released under the Joint Plan.

**Section 12.4     *Channeling Injunction Regarding Abuse Claims against the Protected Parties and Settling Insurers.* In consideration of the undertakings of the Protected Parties and Settling Insurers, their respective contributions to the Settlement Trust, and other consideration, and, where applicable, pursuant to their respective settlements with the Debtor and/or any Additional Debtors and to further preserve and promote the agreements between and among the Protected Parties and Settling Insurers, and to supplement where necessary the injunctive effect of the discharge as provided in section 1141 and 524 of the Bankruptcy Code, and pursuant to sections 105 and 363 of the Bankruptcy Code:**

**(a)     Any and all Channeled Claims against the Protected Parties and Settling Insurers are channeled into the Settlement Trust and will be treated, administered, determined, and resolved under the procedures and protocols and in the amounts established under the Joint Plan and the Settlement Trust Documents as the sole and exclusive remedy for all Entities holding Channeled Claims;**

**(b)     all Entities that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Channeled Claims against the Protected Parties and Settling Insurers will be permanently and forever stayed, restrained, enjoined, and barred from taking any action, directly or indirectly, for the purpose of asserting, enforcing, collecting,**

recovering, or receiving payments, satisfaction, or recovery from any Protected Party or any of the Settling Insurers, including:

> **(i)** commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Channeled Claim against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer;

> **(ii)** enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

> **(iii)** creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;

> **(iv)** asserting, implementing, or effectuating any Channeled Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Protected Party or Settling Insurer, (B) any Protected Party or Settling Insurer, or (C) any property or interest in property of any Protected Party or Settling Insurer; and

> **(v)** taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.

**(c)** **The foregoing Channeling Injunction is an integral part of the Joint Plan and is essential to the Joint Plan's consummation and implementation. The channeling of the Channeled Claims as provided in this Section 12.4 of the Joint Plan will inure to the benefit of the Protected Parties and the Settling Insurers. In a successful action to enforce the injunctive provisions of this Section 12.4 of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice to the Post-Confirmation Notice Parties and a hearing.**

**(d)** Notwithstanding anything to the contrary in Section 12.4 of the Joint Plan, the Channeling Injunction will not enjoin the following:

> **(i)** the right of any Entity to the treatment afforded to such Entity under the Joint Plan;

> **(ii)** the right of any Entity to assert any Claim for payment of Settlement Trust expenses solely against the Settlement Trust;

> **(iii)** the Settlement Trustee's enforcing rights under the Settlement Trust Documents;

> **(iv)** the Settling Insurers' enforcing rights under the Insurance Settlement Agreements;

> **(v)** the rights of the Settlement Trust, the Settlement Trustee, Abuse Claimants, Covered Parties, the Reorganized Archdiocese, and the Reorganized Additional Debtors (in each case, to the extent permitted or required under the Joint Plan) to prosecute any Claims against the Non-Settling Insurers based on or arising from the Non-Settling Insurance Rights Transfer or otherwise; or
>
> **(vi)** the rights of the Covered Parties with respect to Non-Insurer Contribution Claims against, or with respect to, the Settlement Trust.

**Section 12.5** *Supplemental Settling Insurers' Injunction.* **Pursuant to sections 105(a) and 363 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to any Insurance Settlement Agreement and the Joint Plan, including the Settling Insurers' purchases of the Settling Insurers' Policies pursuant to section 363(f) of the Bankruptcy Code and the Insurance Settlement Orders, any and all Entities who have held, now hold, or who may in the future hold any Claims against any Protected Party, any Covered Party, or any Settling Insurer, which, directly or indirectly, relate to, any of the Settling Insurers' Policies, are hereby permanently and forever stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce, collect, or recover, or attempt to assert, enforce, collect, or recover, any such Claim against any Settling Insurer, and/or any Settling Insurers' Policies, including:**

> **(a)** **commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Claim against any Settling Insurer, or any property or interest in property of any Settling Insurer;**
>
> **(b)** **enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to any such Claim;**
>
> **(c)** **creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to such Claim;**
>
> **(d)** **asserting, implementing, or effectuating any Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Settling Insurer, (B) any Settling Insurer, or (C) any property or interest in property of any Settling Insurers; and**
>
> **(e)** **taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.**

The Supplemental Settling Insurers' Injunction will not apply to the rights of any Settling Insurer to any reinsurance recoveries, as provided in Section 7.1(f) of the Joint Plan.

**Section 12.8** **Gatekeeper Injunction**. **Subject in all respects to Article 12 of the Joint Plan, no Enjoined Party may assert a Claim or cause of action of any kind or institute any proceeding of any kind against any of the Covered Parties, Settling Insurers, or Settlement Trust that arises from or is in any manner related to the Chapter 11 Cases, the negotiation of the Joint Plan, the negotiation of the Insurance Settlement Agreements, the administration of the Joint Plan by the Settlement Trust and the Debtor, or the property to be distributed under the Joint Plan, or transactions in furtherance of the foregoing without the Bankruptcy Court 1) determining, after Notice and Hearing, that such claim or cause of action (a) is a colorable claim of any kind against the Debtor, the Additional Debtors,**

the Settlement Trust, or the Settling Insurers; (b) did not arise prior to the Effective Date of the Joint Plan; and (c) is not a Claim owned by the Debtor or Settling Insurers against such Protected Party, Settling Insurer, or the Settlement Trust and 2) subject in all respects to the Injunctions, specifically authorizing such Enjoined Party to initiate a proceeding to assert such Claim or cause of action against such Protected Party, Settling Insurer, or the Settlement Trust.

To the extent that a Claim or cause of action is filed against a Covered Party, Settling Insurer, or the Settlement Trust, without the Bankruptcy Court authorizing such Claim or cause of action in accordance with the preceding paragraph, the Claim or cause of action shall be deemed a willful violation of the Injunctions contained in the Joint Plan if the Claim or cause of action is not dismissed within 10 days of the lawyer filing such Claim or cause of action being provided notice that the Claim or cause of action is in violation of the Injunctions contained in the Joint Plan and this provision. The Bankruptcy Court, for any willful violation of the Injunctions contained in the Joint Plan and this provision, shall assess the attorney filing such Claim or cause of action and the named plaintiff in the Claim or cause of action reasonable legal fees incurred by the party enforcing the respective Injunction and this provision.

Section 12.15    Ratification of Sale Injunction. Pursuant to sections 105(a), 363, and 1123 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchase of the Settling Insurers' Policies free and clear of all Liens, Claims, and Subject Interests pursuant to section 363(f) of the Bankruptcy Code, the Joint Plan hereby incorporates by reference, adopts, and ratifies (and the Confirmation Order shall adopt and ratify) the injunction of Claims against a Settling Insurer with respect to any Subject Insurance Policy set forth in the Insurance Settlement Order(s) (each, a "Sale Injunction") in all respects. The Sale Injunction(s) are in addition to and independent of the injunctions in Sections 12.4 and 12.5 herein.

# EXHIBIT K

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

---

## MASTER BALLOT FOR VOTING ON
## THE JOINT PLAN OF THE DEBTOR AND ADDITIONAL DEBTORS

### CLASS 6 (Bond Claims against the Debtor)

**YOU HAVE A RIGHT TO VOTE TO ACCEPT OR REJECT THE JOINT PLAN. You are receiving this Ballot because our records indicate that you are the Nominee (as defined below) of a Beneficial Holder[1] of a Bond Claim in Class 6, as of August 14, 2025 (the "Voting Record Date").**

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS
CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO
THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS AND VOTING AGENT
NO LATER THAN OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME)
(THE "VOTING DEADLINE") IN ACCORDANCE WITH
THE PROCEDURES DESCRIBED HEREIN**

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or the "**Archdiocese**"), the additional debtors listed on the attached **Schedule 1** (the "**Additional Debtors**"), and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") are soliciting votes with respect to a jointly proposed plan of reorganization (the "**Joint Plan**"). In addition to this Master Ballot, you have received a copy of the Joint Plan and a Bankruptcy Court-approved disclosure statement containing adequate information to make an informed decision on whether to accept or reject the Joint Plan (the "**Disclosure Statement**"). The Bankruptcy Court approved the Disclosure Statement but has not yet considered approval of the Joint Plan.

**This Master Ballot is to be used by you as a bank, broker, securities intermediary, registered investment advisor, or other nominee, or an agent of any of the foregoing (each of the foregoing, a "Nominee"); or as the proxy holder of a Nominee for certain Beneficial Holders' Class 6 Bond Claims to transmit to the Claims and Voting Agent the votes of such Beneficial Holders in respect of their Class 6 Bond Claims to accept or reject the Joint Plan. To use this Master Ballot, you must meet all applicable standards to receive informed consent from the Beneficial Holders for whom you are**

---

[1] "Beneficial Holder" is a beneficial owner of Class 6 Claims whose Claims have not been satisfied prior to the Voting Record Date pursuant to court order or otherwise, as reflected in the records maintained by the Nominees (as defined herein) holding through the Depository Trust Company or other relevant security depository, as of the Voting Record Date.

**Nominee. The CUSIP numbers (the "CUSIP") for Class 6 Bond Claims entitled to vote and of which you are the Nominee are set forth herein.**

You are authorized to collect votes to accept or to reject the Joint Plan from Beneficial Holders in accordance with your customary practices, including the use of a "voting information form" in lieu of (or in addition to) a Beneficial Holder Ballot, and collecting votes from Beneficial Holders through online voting, by phone, facsimile, or other electronic means.

**BENEFICIAL HOLDERS SHOULD REVIEW THE DISCLOSURE STATEMENT
AND THE JOINT PLAN BEFORE VOTING AND MAY WISH TO SEEK LEGAL ADVICE.**

If the Joint Plan is approved by the Bankruptcy Court, it will be binding on all Beneficial Holders of Class 6 Bond Claims, regardless of whether or not they vote or affirmatively vote to reject the Joint Plan. To have the votes of your Beneficial Holders counted, you must complete, sign, and return this Master Ballot so that it is **actually received** by the Claims and Voting Agent on or before **October 29, 2025, at 11:59 p.m. (Central Time)**.

**Item 1.   Certification of Authority to Vote.**

The undersigned certifies that, as of the Voting Record Date, the undersigned (*check one box below*):

☐   is the record holder of the Bond Claims listed in Item 2 below, and is a broker, bank, or other Nominee for the beneficial owners of the aggregate principal amount of such bonds; or

☐   is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other Nominee that is the registered holder of the aggregate principal amount of the Bond Claims listed in Item 2 below; or

☐   has been granted a proxy (an original of which is attached) from a broker, bank, or other Nominee, or a beneficial owner, that is the registered holder of the aggregate principal amount of the Bond Claims listed in Item 2 below, and accordingly, has full power and authority to vote to accept or reject the Joint Plan, on behalf of the beneficial owners of the Bond Claims described in Item 2.

**Item 2.   Vote on the Joint Plan.**

The undersigned transmits the following votes of Beneficial Holders of Bond Claims against the Debtor as set forth below and certifies that the following Beneficial Holders, as identified by their respective customer account numbers, are Beneficial Holders of such securities as of the Voting Record Date, and have delivered to the undersigned, as Nominee, Ballots casting such votes as set forth below.

Indicate in the appropriate column below the aggregate principal amount voted for each account or attach such information to this Master Ballot in the form of the following table. Please note that each Beneficial Holder must vote all of their Claims in Class 6 either to accept or reject the Joint Plan and may not split such vote. Any Ballot executed by a Beneficial Holder that does not indicate an acceptance or rejection of the Joint Plan, or that indicates both an acceptance and a rejection of the Joint Plan will not be counted.

| **Your Customer Account Number for Each Beneficial Holder Who Voted in Class 6** | **Principal Amount Held as of the Voting Record Date** | **Indicate the vote cast on each Beneficial Holder Ballot by placing an "X" in the appropriate column below.** | |
|---|---|---|---|
| | | **Accept the Joint Plan** | **Reject the Joint Plan** |

CUSIP No. [_____]

| | | | |
|---|---|---|---|
| 1. | $ | | |
| 2. | $ | | |
| 3. | $ | | |
| 4. | $ | | |
| 5. | $ | | |
| 6. | $ | | |
| **TOTALS** | $ | | |

**Item 3.** Certification as to Transcription of Information from Item 2 of the Beneficial Holder Ballots as to Claims Voted Through Other Ballots.

The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed the information, if any, provided in Item 2 of each Ballot received from a Beneficial Holder. Please use additional sheets of paper if necessary.

| Your Customer Account Number for Each Beneficial Holder Who Completed Item 2 of the Ballots | TRANSCRIBE FROM ITEM 2 OF THE BENEFICIAL HOLDER BALLOTS: | | | | Indicate whether Beneficial Holder in each row voted to **Accept** or **Reject** the Joint Plan |
|---|---|---|---|---|---|
| | Account Number of Other Claims Voted | DTC Participant Name and Number | Principal Amount of Other Claims Voted | CUSIP(s) of Other Claims Voted | |
| **Class 6 – Bond Claims** | | | | | |
| 1. | | | $ | | |
| 2. | | | $ | | |
| 3. | | | $ | | |
| 4. | | | $ | | |
| 5. | | | $ | | |
| 6. | | | $ | | |
| 7. | | | $ | | |
| 8. | | | $ | | |
| 9. | | | $ | | |
| 10. | | | $ | | |

**Item 4.** Certifications.

By executing this Master Ballot, the undersigned certifies that:

    (a) it has received a copy of the Disclosure Statement and the remainder of the Solicitation Package and has delivered the same to the Beneficial Holders of the Bond Claims in Class 6 listed in Item 2 above or delivered such materials via other customary communications used to solicit or collect votes;

    (b) either (a) it has received appropriate, completed voting instructions from each Beneficial Holder listed in Item 2 of this Master Ballot; (b) it is the registered Beneficial Holder of the securities being

voted, or (c) it has been expressly authorized in writing by each such Beneficial Holder to vote on the Joint Plan;

(c) it has properly disclosed: (a) the number of unique Beneficial Holders who completed Ballots; (b) the respective amounts of the Bond Claims in Class 6 as set forth in Item 2, as the case may be, by each Beneficial Holder who completed a Ballot; (c) each such Beneficial Holder's respective vote concerning the Joint Plan; (d) each such Beneficial Holder's certification as to other Claims voted; and (e) the customer account or other identification number for each such Beneficial Holder; and

(d) it will maintain Ballots and evidence of separate transactions returned by Beneficial Holders (whether properly completed or defective) for at least one year after the Effective Date and disclose all such information to the Bankruptcy Court or the Plan Proponents, if requested.

Name of Nominee: _____
(Print or Type)

DTC Participant Number: _____

Name of Proxy Holder or Agent
for Nominee (if applicable): _____
(Print or Type)

Signature: _____

Name of Signatory: _____

Title: _____

Address: _____

Telephone Number: _____

Email Address: _____

Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT, AND RETURN IT USING THE INSTRUCTIONS SET FORTH BELOW SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE CLAIMS AND VOTING AGENT NO LATER THAN THE VOTING DEADLINE OF OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME).**

| <u>By: First Class Mail</u> | <u>By: Overnight Courier or Hand Delivery</u> |
|---|---|
| Donlin, Recano & Company, LLC c/o Angeion Group Re: The Roman Catholic Church of the Archdiocese of New Orleans Attn: Voting Department P.O. Box 2053 New York, NY 10272- 2042 **A pre-addressed, postage pre-paid envelope is provided.** | Donlin, Recano & Company, LLC c/o Angeion Group Re: The Roman Catholic Church of the Archdiocese of New Orleans Attn: Voting Department 200 Vesey Street, 24th Floor New York, NY 10281 |

#104051335v5

4

**OR**

| By: Email |
|---|
| Submit your Master Ballot via email to DRCVote@angeiongroup.com with "RCANO Class 6 Master Ballot" in the subject line.

**IMPORTANT NOTE: For any ballot cast via email, a format of the attachment must be found in the common workplace and industry standard format (i.e., industry-standard pdf file), and the received date and time in the Claims and Voting Agent's inbox will be used as a timestamp for receipt.**

Nominees that cast a Master Ballot via email should NOT also submit a paper Master Ballot. |

**MASTER BALLOTS SENT BY FACSIMILE, EMAIL, OR ANY OTHER ELECTRONIC MEANS (OTHER THAN BY EMAIL TO DRCVOTE@ANGEIONGROUP.COM WITH "RCANO CLASS 6 MASTER BALLOT" IN THE SUBJECT LINE) WILL <u>NOT</u> BE ACCEPTED OR COUNTED.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS BALLOT OR THE PLAN SOLICITATION OR YOU NEED ADDITIONAL VOTING MATERIALS, PLEASE CONTACT THE CLAIMS AND VOTING AGENT TOLL FREE AT 1-877-476-4389 OR VIA EMAIL AT DRCVOTE@ANGEIONGROUP.COM.**

## Voting Instructions for Bond Claims (Class 6)

1. You should ***immediately*** distribute the Beneficial Holder Ballots (or other customary material used to collect votes in lieu of the Beneficial Holder Ballots) and Solicitation Package to all Beneficial Holders of Class 6 Bond Claims and take any action required to enable each such Beneficial Holder to timely vote the Bond Claims that it holds. You may distribute the Solicitation Packages to Beneficial Holders, as appropriate, in accordance with your customary practices. You are authorized to collect votes to accept or to reject the Joint Plan from Beneficial Holders in accordance with your customary practices, including the use of a "voting information form" in lieu of (or in addition to) a Ballot, and collecting votes from Beneficial Holders through online voting, by phone, facsimile, or other electronic means. Any Nominee that elects such a procedure shall meet all applicable standards to receive informed consent and such materials shall clearly communicate the timing requirements for Beneficial Holder Ballots to be included on the Master Ballot prior to the Voting Deadline. Any Ballot returned to you by a Beneficial Holder of a bond Claim shall not be counted for purposes of accepting or rejecting the Joint Plan until you properly complete and deliver, to the Claims and Voting Agent, a Master Ballot that reflects the vote of such Beneficial Holders by the Voting Deadline.

If you are transmitting the votes of any beneficial owners of Class 6 Bond Claims, you may either:

(a) "Pre-validate" the individual Beneficial Holder Ballot contained in the Solicitation Package and then forward the Solicitation Package to the Beneficial Holder of the Class 6 Claim for voting within three (3) Business Days after the receipt by such Nominee of the Solicitation Package, with the Beneficial Holder then returning the individual Beneficial Holder Ballot directly to the Claims and Voting Agent in the return envelope to be provided in the Solicitation Package. A Nominee "pre-validates" a Beneficial Holder Ballot by signing the Ballot and including their DTC participant name and DTC participant number; indicating the account number of the Beneficial Holder and the ***principal amount*** of the Class 6 Bond Claim held by the Nominee for such Beneficial Holder, applying a medallion guarantee stamp to the ballot to certify the principal amount of the Class 6 Bond Claim owned by the Beneficial Holder as of the Voting Record Date and then forwarding the Ballot together with the Solicitation Package to the Beneficial Holder; *provided, however,* that Nominees shall not mark a vote to accept or reject the Joint Plan or complete Item 2 of the Beneficial Holder Ballot prior to distribution of the Solicitation Packages to Beneficial Holders unless expressly authorized in writing by such Beneficial Holder to vote on a chapter 11 plan on such Beneficial Holder's behalf. The Beneficial Holder then completes the information requested on the Ballot and returns the Ballot directly to the Claims and Voting Agent. A list of the Beneficial Holders to whom "pre-validated" Ballots were delivered should be maintained by Nominees for inspection for at least one year from the Effective Date; **OR**

(b) Within three (3) Business Days after receipt by such Nominee of the Solicitation Package, forward the Solicitation Package to the Beneficial Holder of the Class 6 Bond Claim for voting (along with a return envelope provided by and addressed to the Nominee, if applicable), with the beneficial owner then returning the individual Beneficial Holder Ballot to the Nominee; *provided, however,* that Nominees shall not mark a vote to accept or reject the Joint Plan or complete Item 2 of the Beneficial Holder Ballot prior to distribution of the Solicitation Packages to Beneficial Holders unless such Nominee is expressly authorized in writing by the Beneficial Holder to vote on a chapter 11 plan on such Beneficial Holder's behalf. In such case, the Nominee will tabulate the votes of its respective Beneficial Holders on a Master Ballot that will be provided to the Nominee separately by the Claims and Voting Agent, in accordance with any instructions set forth in the instructions to the Master Ballot, and then return the Master Ballot to the Claims and Voting Agent. The Nominee should advise the Beneficial Holders to return their individual Beneficial Holder Ballots to the Nominee by a

date calculated by the Nominee to allow it to prepare and return the Master Ballot to the Claims and Voting Agent so that the Master Ballot is **actually received** by the Claims and Voting Agent on or before the Voting Deadline.

2. With regard to any Ballots returned to you by a Beneficial Holder, you must: (a) compile and validate the votes and other relevant information of each such Beneficial Holder on the Master Ballot using the customer name or account number assigned by you to each such Beneficial Holder; (b) execute the Master Ballot; (c) transmit such Master Ballot to the Claims and Voting Agent by the Voting Deadline; and (d) retain such Ballots from Beneficial Holders, whether in hard copy or by electronic direction, in your files for a period of one year after the Effective Date. You may be ordered to produce the Ballots to the Debtor or the Bankruptcy Court.

3. Unless the Ballot being furnished is timely submitted on or before October 29, 2025, at 11:59 p.m. Central Time (or as the same may be extended, in writing, by the Plan Proponents), the Plan Proponents will reject such Ballot as invalid and, therefore, will not count it in connection with Confirmation of the Joint Plan.

4. The Debtor will File with the Bankruptcy Court by on or before November 6, 2025, a voting report (the "**Voting Report**"). Among other things, the Voting Report will delineate every Ballot that does not conform to the voting instructions or that contains any form of irregularity including, but not limited to, those Ballots that are late or (in whole or in material part) illegible, unidentifiable, lacking signatures or lacking necessary information, received via facsimile or any other electronic means (other than by email to DRCVote@angeiongroup.com), or damaged (collectively, in each case, the "**Irregular Ballots**"). The Voting Report will indicate the Plan Proponents' intentions with regard to each Irregular Ballot.

5. The method of delivery of Ballots to the Claims and Voting Agent is at the election and risk of each Creditor. Except as otherwise provided herein, such delivery will be deemed made only when the Claims and Voting Agent **actually receives** the originally executed Ballot. In all cases, Creditors should allow sufficient time to assure timely delivery.

6. An executed Ballot is required to be submitted by the Entity submitting such Ballot.

7. Delivery of a Ballot to the Claims and Voting Agent by facsimile, electronic email, or any electronic means (other than by email to DRCVote@angeiongroup.com) will not be valid.

8. No Ballot should be sent to any Plan Proponent, the Plan Proponents' agents (other than the Claims and Voting Agent), or the Plan Proponents' financial or legal advisors, and, if so sent, will not be counted.

9. If multiple Ballots are received from the same Creditor with respect to the same Claim before the Voting Deadline, the last properly executed Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot.

10. Creditors must vote all of their Claims within a particular Class either to accept or reject the Joint Plan, and may not split any votes. Accordingly, a Ballot that attempts to partially reject and partially accept the Joint Plan will not be counted.

11. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Claims and Voting Agent, the Plan Proponents, or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Creditor.

12. If a Claim has been estimated or otherwise Allowed only for voting purposes by Order of the Bankruptcy Court, such Claim will be temporarily Allowed in the amount so estimated or Allowed

by the Bankruptcy Court for voting purposes only, and not for purposes of Allowance or Distribution.

13. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior written consent of the Plan Proponents.

14. A Ballot does not constitute, and will not be deemed to be, (a) a Proof of Claim, or (b) an assertion or admission of a Claim.

**The following additional rules shall apply to Master Ballots:**

15. Votes cast by Beneficial Holders through a Nominee will be applied against the positions held by such entities in the Bond Claims in Class 6 as of the Voting Record Date, as evidenced by the record and depository listings;

16. Votes submitted by a Nominee, whether pursuant to a Master Ballot or pre-validated Beneficial Holder Ballots, will not be counted in excess of the record amount of the Bond Claims in Class 6 held by such Nominee;

17. To the extent that conflicting votes or "overvotes" are submitted by a Nominee, whether pursuant to a Master Ballot or pre-validated Beneficial Holder Ballots, the Claims and Voting Agent will attempt to reconcile discrepancies with the Nominee;

18. To the extent that overvotes on a Master Ballot or pre-validated Beneficial Holder Ballots are not reconcilable prior to the preparation of the vote certification, the Claims and Voting Agent will apply the votes to accept and reject the Joint Plan in the same proportion as the votes to accept and reject the Joint Plan submitted on the Master Ballot or pre-validated Beneficial Holder Ballots that contained the overvote, but only to the extent of the Nominee's position in the relevant Bond Claims in Class 6; and

19. For purposes of tabulating votes, each Beneficial Holder holding through a particular account will be deemed to have voted the principal amount relating to its holding in that particular account, although the Claims and Voting Agent may be asked to adjust such principal amount to reflect the Claim amount.

---

**IF THE CLAIMS AND VOTING AGENT DOES NOT <u>ACTUALLY RECEIVE</u> THIS MASTER BALLOT ON OR BEFORE THE VOTING DEADLINE, WHICH IS OCTOBER 29, 2025, AT 11:59 P.M. (CENTRAL TIME), THEN THE VOTES OF YOUR BENEFICIAL HOLDERS WILL <u>NOT</u> BE COUNTED.**

---

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING OR ON BEHALF OF THE DEBTOR OR ADDITIONAL DEBTORS, OTHER THAN WHAT IS CONTAINED IN THE SOLICITATION PACKAGE MAILED HEREWITH.**

<u>**SCHEDULE 1**</u>

**ADDITIONAL DEBTORS**

I.      **Archdiocesan Parishes**

1.      All Saints Roman Catholic Church, New Orleans, Louisiana
2.      Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.      Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.      Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.      Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[2]
6.      Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.      Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.      Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.      Christ the King Roman Catholic Church, Gretna, Louisiana
10.     Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.     Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.     Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.     Holy Family Roman Catholic Church, Franklinton, Louisiana
14.     Holy Family Roman Catholic Church, Luling, Louisiana
15.     Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.     Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.     Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.     Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.     Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.     Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.     Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.     Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.     Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.     Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.     Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.     Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.     Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.     Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.     Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.     Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.     Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.     Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.     Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.     Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.     Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.     Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
37.     Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38.     Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39.     Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40.     St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana

---

[2] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana

89.   St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.   St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.   St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.   St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.   St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.   St. Peter Roman Catholic Church, Reserve, Louisiana
95.   St. Peter's Roman Catholic Church, Covington, Louisiana
96.   St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.   St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.   St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.   St. Rita Roman Catholic Church, Harahan, Louisiana
100.   St. Rita Roman Catholic Church, New Orleans, Louisiana
101.   St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[3]
102.   Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.   The Congregation of St. Rita Roman Catholic Church of Harahan
104.   The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

**II.   Suppressed Archdiocesan Parishes[4]**

1.   Blessed Sacrament, Inc.
2.   Epiphany, Inc.

---

[3] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[4] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

3.    Immaculate Heart of Mary, Inc.
4.    Incarnate Word, Inc.
5.    Our Lady of Good Counsel, Inc.
6.    Our Lady of Good Harbor, Inc.
7.    Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.    Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.    Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10.   St. Ann, New Orleans, Louisiana, Inc.
11.   St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12.   St. Frances Xavier Cabrini, Inc.
13.   St. Francis de Salles, Inc.
14.   St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15.   St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16.   St. Henry's, Inc.
17.   St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18.   St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19.   St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20.   St. John the Baptist, New Orleans, Louisiana, Inc.
21.   St. Julian Eymard, Inc.
22.   St. Lawrence the Martyr, Inc.
23.   St. Louise de Marillac, Inc.
24.   St. Maurice, Inc.
25.   St. Monica, Inc.
26.   St. Philip the Apostle, Inc.
27.   St. Raymond's, Inc.
28.   St. Rose of Lima, Inc.
29.   St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
30.   St. Theresa of the Child Jesus, Inc.
31.   The Congregation of Saints Peter and Paul Roman Catholic Church
32.   The Congregation of St. Cecelia Roman Catholic Church
33.   The Congregation of the Annunciation Roman Catholic Church
34.   The Congregation of the Holy Trinity Roman Catholic Church

### III.    Archdiocesan Agencies

1.    Archdiocesan Spirituality Center
2.    Catholic Charities Archdiocese of New Orleans
3.    Catholic Charities Children's Day Care Centers
4.    Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.    Clarion Herald Publishing Company
6.    Korean Catholic Community of New Orleans, Inc.
7.    Notre Dame Seminary
8.    Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.    Pace Greater New Orleans
10.   Padua House (merged into Catholic Charities Archdiocese of New Orleans)

11.      Philmat, Inc.
12.      Project Lazarus
13.      Roman Catholic Center of Jesus the Lord
14.      School Food and Nutrition Services of New Orleans, Inc.
15.      Second Harvest Food Bank of Greater New Orleans and Acadiana
16.      St. Jude Community Center, Inc.
17.      St. Michael Special School
18.      St. Thérèse Catholic Academy
19.      The Society for the Propagation of the Faith, Archdiocese of New Orleans

**SCHEDULE 2**

**ART. 12 EXCERPTS**

**[JOINT PLAN SECTIONS 12.2, 12.3, 12.4, 12.5, 12.8, & 12.15]**

**Section 12.2    Discharge and Discharge Injunctions.**

(a)    *Discharge of the Debtor.*  Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of, all Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Debtor will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Debtor, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and all Abuse Claims asserted against the Archdiocesan Schools are discharged and released in accordance with the preceding paragraph.

In the event any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(a) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing a Non-Settling Insurer of its duty to defend and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party or Settling Insurer due, in whole or in part, to the Debtor's or the Reorganized Archdiocese's breach of its Post-Effective Date Insurance Obligations, the Debtor and/or the Reorganized Archdiocese shall be liable for any such breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and the Debtor and the Reorganized Archdiocese shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and the Reorganized Archdiocese shall have the right at their respective discretion to intervene and be heard as parties-in-interest in any Action related to an Abuse Claim in which (i) the Debtor's or the Reorganized Archdiocese's Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend**

**and/or indemnify the Debtor, the Reorganized Archdiocese, or any other Covered Party, are implicated, disputed, or otherwise raised.**

(b)    *Discharge of the Additional Debtors.* Except as expressly provided in the Insurance Settlement Agreements, Joint Plan (including but not limited to section 12.14 below), or Confirmation Order, all consideration distributed under the Joint Plan, as well as the Debtor and Additional Debtor Settlement Consideration, will be in exchange for, and in complete satisfaction, settlement, discharge, and termination of all Claims of any nature whatsoever against or in the Additional Debtors or any of their assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, and, as of the Effective Date, the Additional Debtors will be deemed discharged, and each Creditor and any successor, assign, and affiliate of such Creditor will be deemed to have forever waived and discharged the Additional Debtors, to the fullest extent permitted by section 1141 of the Bankruptcy Code, of and from any and all Claims, rights, liabilities, and debts of the kind specified in section 502 of the Bankruptcy Code, based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date, in each case whether or not (a) a Proof of Claim based upon such debt is Filed or deemed Filed under section 501 of the Bankruptcy Code, (b) a Claim (including an Abuse Claim) based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has become an Expunged Claim, or (d) an Abuse Claimant holding an Abuse Claim based upon such debt is deemed to have accepted the Joint Plan.

Without limiting the foregoing, the Parish Schools are not separate Entities from the Additional Debtors, and all Abuse Claims asserted against the Parish Schools are discharged and released in accordance with the preceding paragraph.

If any Entity takes any action that is prohibited by, or is otherwise inconsistent with, the injunction provisions in the Joint Plan or the Confirmation Order, then, upon notice to the Bankruptcy Court by an affected party, the action or proceeding in which the Claim of such Entity is asserted will automatically be transferred to the Bankruptcy Court or District Court for enforcement of the Joint Plan. In a successful action to enforce the injunctive provisions of this Section 12.2(b) of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

**Notwithstanding any other provision of the Joint Plan, if any court of competent jurisdiction enters a Final Order releasing any Non-Settling Insurer of its duty to defend and/or indemnify an Additional Debtor (or Additional Debtors), a Reorganized Additional Debtor (or Reorganized Additional Debtors), or any other Covered Party or Settling Insurer due, in whole or in part, to such Additional Debtor's(s') or such Reorganized Additional Debtor's(s') breach of its (or their) Post-Effective Date Insurance Obligations, then such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall be liable for any breach causing a loss of insurance coverage under any Non-Settling Insurers' Policies, and such Additional Debtor(s) and/or Reorganized Additional Debtor(s) shall not have a discharge of any Claim that becomes uninsured as a result, and any release or discharge of such Claim under section 1141 of the Bankruptcy Code and the Joint Plan shall be null and void. The Settlement Trustee and such Reorganized Additional Debtor (or Reorganized Additional Debtors) shall have the right at their respective discretion to intervene and be heard at any time as parties-in-interest in any Action related to an Abuse Claim in which (i) the Additional Debtor's (or Additional Debtors') or the Reorganized Additional Debtor's(s') Post-Effective Date Insurance Obligations or (ii) the duty of a Non-Setting Insurer to defend and/or indemnify the Additional Debtors, the Reorganized Additional Debtors, or any other Covered Party, are implicated, disputed, or otherwise raised.**

2

#104051335v5

(c)     *Discharge Injunction – Debtor.* As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in the Debtor or any of its assets or properties based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Debtor, the Reorganized Archdiocese, or the property of the Debtor or the Reorganized Archdiocese. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Debtor pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Debtor or the Reorganized Archdiocese at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Archdiocesan Schools are not separate Entities from the Debtor, and the discharge injunction set forth in the preceding paragraph will include the Archdiocesan Schools and will apply to all discharged Claims against the Archdiocesan Schools.

(d)     *Discharge Injunction – Additional Debtors*. As of the Effective Date, except as expressly provided in the Insurance Settlement Agreements, the Joint Plan, or the Confirmation Order, all Creditors holding Claims of any nature whatsoever against or in any Additional Debtors or any of the assets or properties of any Additional Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Confirmation Date will be precluded and permanently enjoined from prosecuting or asserting any such discharged Claim against the Additional Debtors, the Reorganized Additional Debtors, or the property of the Additional Debtors or Reorganized Additional Debtors. In accordance with the foregoing, except as expressly provided in the Joint Plan, the Insurance Settlement Agreements, the Confirmation Order, or the Insurance Settlement Orders, the Confirmation Order will be a judicial determination of discharge or termination of all Claims, and other debts and liabilities against or in the Additional Debtors pursuant to sections 105, 524, and 1141 of the Bankruptcy Code, and such discharge will void any judgment obtained against the Additional Debtors or the Reorganized Additional Debtors at any time to the extent such judgment relates to a discharged Claim.

Without limiting the foregoing, the Parish Schools are not separate Entities from the applicable Additional Debtors, and the discharge injunction set forth in the preceding paragraph will include the Parish Schools and will apply to all discharged Claims against the Parish Schools.

**Section 12.3     Exculpations and Limitation of Liability, and Exculpation Injunction.**

(a)     From and after the Effective Date, to the maximum extent permitted by law, no Exculpated Party will have or incur any liability for, and each Exculpated Party will be released from, any Claims, Causes of Action, or liability, and each Exculpated Party is hereby exculpated from any Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, Estate Cause of Action, remedy, loss, and liability for conduct occurring on or after the applicable Archdiocese's Petition Date or the Additional Debtors' Petition Date in connection with or arising out of: (a) the Filing and administration of any Chapter 11 Cases; (b) the negotiation and pursuit of the Disclosure Statement, the Joint Plan, or the Plan Documents, as well as the solicitation of votes for, or Confirmation of, the Joint Plan; (c) the funding or consummation of the Joint Plan, the Settlement Trust, the Plan Documents, or any related agreements, instruments, or other documents, as well as any offer, issuance, and/or Distribution under the Joint Plan or any Settlement Trust Distributions or other disbursements made by the Settlement Trust, whether or not such Distributions, Settlement Trust Distributions, or other disbursements occur following the Effective Date; (d) the implementation of the Joint Plan; and (e) any negotiations, transactions, and

3

documentation in connection with the foregoing clauses (a)-(d); provided, however, the foregoing will not apply to any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct. The Exculpations will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of the Joint Plan, which protect such Exculpated Parties from liability.

(b)     The Exculpated Parties have participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes and any distribution of consideration made pursuant to the Joint Plan or Settlement Trust and, therefore, are not, and on account of such distributions, will not be liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Joint Plan, any Distributions made pursuant to the Joint Plan, or any Settlement Trust Distributions or other disbursements made by the Settlement Trust.

(c)     As of the Effective Date, all Creditors are, and will be, expressly, conclusively, absolutely, unconditionally, irrevocably, and forever stayed, restrained, prohibited, barred and enjoined from taking any of the following actions against any Exculpated Party and, solely to the extent provided by section 1125(e) of the Bankruptcy Code, any Entity described in section 1125(e) or its or their property or successors or assigns on account of or based on the subject matter of such Claims, whether directly or indirectly, derivatively or otherwise with respect to any liability or obligation for which an Exculpated Party is discharged, exculpated, or released under the Joint Plan (which, as set forth in this Section 12.3(a) does not include any liability or obligation arising out of or related to acts or omissions of such Exculpated Party that constitute bad faith, fraud, gross negligence, criminal misconduct, or willful misconduct): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, Action, or other proceeding (including any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other Order; (iii) creating, perfecting, or in any way enforcing in any matter, directly or indirectly, any Lien or encumbrance; and/or (v) setting off, seeking reimbursement, contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation that is discharged or released under the Joint Plan.

**Section 12.4     *Channeling Injunction Regarding Abuse Claims against the Protected Parties and Settling Insurers*. In consideration of the undertakings of the Protected Parties and Settling Insurers, their respective contributions to the Settlement Trust, and other consideration, and, where applicable, pursuant to their respective settlements with the Debtor and/or any Additional Debtors and to further preserve and promote the agreements between and among the Protected Parties and Settling Insurers, and to supplement where necessary the injunctive effect of the discharge as provided in section 1141 and 524 of the Bankruptcy Code, and pursuant to sections 105 and 363 of the Bankruptcy Code:**

**(a)     Any and all Channeled Claims against the Protected Parties and Settling Insurers are channeled into the Settlement Trust and will be treated, administered, determined, and resolved under the procedures and protocols and in the amounts established under the Joint Plan and the Settlement Trust Documents as the sole and exclusive remedy for all Entities holding Channeled Claims;**

**(b)     all Entities that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Channeled Claims against the Protected Parties and Settling Insurers will be permanently and forever stayed, restrained, enjoined, and barred from taking any action, directly or indirectly, for the purpose of asserting, enforcing, collecting,**

recovering, or receiving payments, satisfaction, or recovery from any Protected Party or any of the Settling Insurers, including:

    **(i)**    **commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Channeled Claim against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer;**

    **(ii)**    **enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;**

    **(iii)**    **creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Protected Party, Settling Insurer, or any property or interest in property of any Protected Party or Settling Insurer with respect to any such Channeled Claim;**

    **(iv)**    **asserting, implementing, or effectuating any Channeled Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Protected Party or Settling Insurer, (B) any Protected Party or Settling Insurer, or (C) any property or interest in property of any Protected Party or Settling Insurer; and**

    **(v)**    **taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.**

    **(c)**    **The foregoing Channeling Injunction is an integral part of the Joint Plan and is essential to the Joint Plan's consummation and implementation. The channeling of the Channeled Claims as provided in this Section 12.4 of the Joint Plan will inure to the benefit of the Protected Parties and the Settling Insurers. In a successful action to enforce the injunctive provisions of this Section 12.4 of the Joint Plan in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice to the Post-Confirmation Notice Parties and a hearing.**

    **(d)**    Notwithstanding anything to the contrary in Section 12.4 of the Joint Plan, the Channeling Injunction will not enjoin the following:

    **(i)**    the right of any Entity to the treatment afforded to such Entity under the Joint Plan;

    **(ii)**    the right of any Entity to assert any Claim for payment of Settlement Trust expenses solely against the Settlement Trust;

    **(iii)**    the Settlement Trustee's enforcing rights under the Settlement Trust Documents;

    **(iv)**    the Settling Insurers' enforcing rights under the Insurance Settlement Agreements;

#104051335v5

**(v)** the rights of the Settlement Trust, the Settlement Trustee, Abuse Claimants, Covered Parties, the Reorganized Archdiocese, and the Reorganized Additional Debtors (in each case, to the extent permitted or required under the Joint Plan) to prosecute any Claims against the Non-Settling Insurers based on or arising from the Non-Settling Insurance Rights Transfer or otherwise; or

**(vi)** the rights of the Covered Parties with respect to Non-Insurer Contribution Claims against, or with respect to, the Settlement Trust.

**Section 12.5** *Supplemental Settling Insurers' Injunction.* **Pursuant to sections 105(a) and 363 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to any Insurance Settlement Agreement and the Joint Plan, including the Settling Insurers' purchases of the Settling Insurers' Policies pursuant to section 363(f) of the Bankruptcy Code and the Insurance Settlement Orders, any and all Entities who have held, now hold, or who may in the future hold any Claims against any Protected Party, any Covered Party, or any Settling Insurer, which, directly or indirectly, relate to, any of the Settling Insurers' Policies, are hereby permanently and forever stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce, collect, or recover, or attempt to assert, enforce, collect, or recover, any such Claim against any Settling Insurer, and/or any Settling Insurers' Policies, including:**

**(a)** commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, Action, or other proceeding of any kind in any forum with respect to any such Claim against any Settling Insurer, or any property or interest in property of any Settling Insurer;

**(b)** enforcing, levying, attaching, collecting, or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or other Order against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to any such Claim;

**(c)** creating, perfecting, or enforcing, by any manner or means, whether directly or indirectly, any Lien or encumbrance of any kind against any Settling Insurer, or any property or interest in property of any Settling Insurer with respect to such Claim;

**(d)** asserting, implementing, or effectuating any Claim of any kind or accomplishing any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against: (A) any obligation due to any Settling Insurer, (B) any Settling Insurer, or (C) any property or interest in property of any Settling Insurers; and

**(e)** taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Joint Plan and the Plan Documents.

The Supplemental Settling Insurers' Injunction will not apply to the rights of any Settling Insurer to any reinsurance recoveries, as provided in Section 7.1(f) of the Joint Plan.

**Section 12.8** **Gatekeeper Injunction**. **Subject in all respects to Article 12 of the Joint Plan, no Enjoined Party may assert a Claim or cause of action of any kind or institute any proceeding of any kind against any of the Covered Parties, Settling Insurers, or Settlement Trust that arises from or is in any manner related to the Chapter 11 Cases, the negotiation of the Joint Plan, the negotiation of the Insurance Settlement Agreements, the administration of the Joint Plan by the Settlement Trust and the Debtor, or the property to be distributed under the Joint Plan, or transactions in furtherance of the foregoing without the Bankruptcy Court 1) determining, after Notice and Hearing, that such claim or cause of action (a) is a colorable claim of any kind against the Debtor, the Additional Debtors,**

6

the Settlement Trust, or the Settling Insurers; (b) did not arise prior to the Effective Date of the Joint Plan; and (c) is not a Claim owned by the Debtor or Settling Insurers against such Protected Party, Settling Insurer, or the Settlement Trust and 2) subject in all respects to the Injunctions, specifically authorizing such Enjoined Party to initiate a proceeding to assert such Claim or cause of action against such Protected Party, Settling Insurer, or the Settlement Trust.

To the extent that a Claim or cause of action is filed against a Covered Party, Settling Insurer, or the Settlement Trust, without the Bankruptcy Court authorizing such Claim or cause of action in accordance with the preceding paragraph, the Claim or cause of action shall be deemed a willful violation of the Injunctions contained in the Joint Plan if the Claim or cause of action is not dismissed within 10 days of the lawyer filing such Claim or cause of action being provided notice that the Claim or cause of action is in violation of the Injunctions contained in the Joint Plan and this provision. The Bankruptcy Court, for any willful violation of the Injunctions contained in the Joint Plan and this provision, shall assess the attorney filing such Claim or cause of action and the named plaintiff in the Claim or cause of action reasonable legal fees incurred by the party enforcing the respective Injunction and this provision.

Section 12.15    Ratification of Sale Injunction. Pursuant to sections 105(a), 363, and 1123 of the Bankruptcy Code, and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchase of the Settling Insurers' Policies free and clear of all Liens, Claims, and Subject Interests pursuant to section 363(f) of the Bankruptcy Code, the Joint Plan hereby incorporates by reference, adopts, and ratifies (and the Confirmation Order shall adopt and ratify) the injunction of Claims against a Settling Insurer with respect to any Subject Insurance Policy set forth in the Insurance Settlement Order(s) (each, a "<u>Sale Injunction</u>") in all respects. The Sale Injunction(s) are in addition to and independent of the injunctions in Sections 12.4 and 12.5 herein.

7

# EXHIBIT L

Case 20-10846 Doc 4367-5 Filed 09/09/25 Entered 09/09/25 14:00:75:41 PD Exhibit A-Page 164
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 164 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PDF Exh 4 - Affidavit of Service Regarding Solicitation Packages Page 165 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 166 of 1525
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 16:07:54 Main Document Page 167
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 167 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 168 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

09/04/2025 01:58:58 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDF Ex 4 Affidavit 170
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 170 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4365-4 Filed 09/09/25 Entered 09/09/25 16:00:45 DD Exh 4 Affidavit 171
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 171 of 1525
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

09/04/2025 01:58:58 PM

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4435-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PDF Exh 4 Affidavit 173
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 173 of 1525
US First Class Mail
Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4235 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Filed 176
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 176 of 1525
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 15:46:07 Main Document Page 177
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 177 of 1525
US First Class Mail
**Exhibit Pages**

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4835-4 Filed 09/01/25 Entered 09/01/25 14:00:75 PDF Exh A Page 178
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 178 of 1525
US First Class Mail
**Exhibit Pages**

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Exh 4 Affidavit 179
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 179 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4235-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 181 of 1525
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 182 of 1525
US First Class Mail
**Exhibit Pages**

09/04/2025 01:58:58 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PDF Exh Ant Affidavit 183
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 183 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 185 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Exhibit A Filed 186
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 186 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

of Service Regarding Solicitation Packages Page 187 of 1525
US First Class Mail

09/04/2025 01:58:58 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | | |

Records Printed :   **670**

EXHIBIT M

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 15:40:07 Main Document Page 189
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 189 of 1525
US First Class Mail
**Exhibit Page**

031037P003-1435A-598
UNKNOWN TORT CLAIMANTS
MICHAEL ROBERT HOGAN REP
BOX 1375
EUGENE OR 97440

Records Printed :    **1**

EXHIBIT N

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 191
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 191 of 1525
US First Class Mail
Exhibit Pages

022149P001-1435A-598
180 MEDICAL INC
PO BOX 223905
PITTSBURGH PA 15251

019495P002-1435A-598
4 D DESIGNS LLC
DAWN FULLERTON
5940 BERTCLIFF DR
COLUMBUS GA 31909

000345P001-1435A-598
A AND L SALES INC
P O BOX 74
BELLE CHASSE LA 70037

020596P001-1435A-598
A AND M ENTERPRISES
ALISHA REINE
109 REINE DR
LA PLACE LA 70068

022153P001-1435A-598
A RENEWED APPROACH HEALTHCARE
330 OAK HARBOR BLVD STE D
SLIDELL LA 70458

029605P001-1435A-598
A1 MOBLIE SHREDDING
P O BOX 1732
METAIRIE LA 70004

000359P001-1435A-598
ACADIAN AMBULANCE SVC INC
PO BOX 92970
LAFAYETTE LA 70509-8000

022169P001-1435A-598
ACADIANA RADIOLOGY GROUP LLC
PO BOX 4628
JACKSON MS 39296

022172P001-1435A-598
ACCESS HEALTH LOUISIANA
PO BOX 15791
BELFAST ME 04915

030351P002-1435A-598
ACME REFRIGERATION OF BR LLC
DBA KAISER SUPPLY
KAY AUCOIN
11844 S CHOCTAW DR
BATON ROUGE LA 70815

012998P001-1435A-598
KRISTY ADAMS
ADDRESS INTENTIONALLY OMITTED

000375P001-1435A-598
ADI
PO BOX 731340
DALLAS TX 75373-1304

000377P001-1435A-598
ADS SYSTEMS LLC
30 VETERANS BLVD
KENNER LA 70062

022183P001-1435A-598
ADVANCED CLINICAL LABORATORY
1405 AIRLINE DR
METAIRIE LA 70001

022199P001-1435A-598
AEROFLOW HEALTHCARE
3165 SWEETEN CREEK RD
ASHEVILLE NC 28803

022206P001-1435A-598
AHMAD SHANABLEH M D INC
824 AVENUE F
MARRERO LA 70072

022044P001-1435A-598
RICHARD AIRHART
ADDRESS INTENTIONALLY OMITTED

013320P001-1435A-598
TODD ALFORTISH
ADDRESS INTENTIONALLY OMITTED

018276P002-1435A-598
ALL SPORT SALES
TIM VANHOVEN
1100 24TH ST  STE U
KENNER LA 70062

029492P001-1435A-598
BRIANNA ALLEN
ADDRESS INTENTIONALLY OMITTED

029608P001-1435A-598
ALLMED HEALTHCARE MANAGEMENT
STE 1400 111 SE 5TH AVE
PORTLAND OR 97204

018280P001-1435A-598
ALLSTATE SUGAR BOWL CHAPTER
NATIONAL FOOTBALL FOUNDATION / HALL OF FAME
1500 SUGAR BOWL DR
NEW ORLEANS LA 70112

029493P001-1435A-598
BLANCA ALMENDRARES
ADDRESS INTENTIONALLY OMITTED

027146P001-1435A-598
KATHLEEN ALONSO
ADDRESS INTENTIONALLY OMITTED

029494P001-1435A-598
LAUREL ALONZO
ADDRESS INTENTIONALLY OMITTED

029495P001-1435A-598
PHILIP ALVIAR
ADDRESS INTENTIONALLY OMITTED

000425P001-1435A-598
AMERICAN CATHOLIC HISTORICAL ASSOC
MOUNT ST MARY'S UNIVERSITY
16300 OLD EMMITSBURG RD
EMMITSBURG MD 21727

018284P002-1435A-598
AMERICAN CLASSICAL LEAGUE
AKA NATIONAL JUNIOR CLASSICAL LEAGUE
SHERWIN LITTLE
860 NW WASHINGTON BLVD STE A
HAMILLTON OH 45013

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 192 of 1525
US First Class Mail
Exhibit Pages

018286P001-1435A-598
AMERICAN CRESCENT ELEVATOR CORP
PO BOX 1047
ST ROSE LA 70087

000440P001-1435A-598
JENNIFER ANDERSON
ADDRESS INTENTIONALLY OMITTED

013409P002-1435A-598
AQUATIC SPECIALTIES INC
LLOYD VAN GEFFEN III
2109 33RD ST STE C
KENNER LA 70065

000456P002-1435A-598
ARCGNO
ALLEN CANZONERI
925 LABARRE RD
METAIRIE LA 70001

029612P001-1435A-598
ARCHDIOCESE OF OKLAHOMA
P O BOX 32180
OKLAHOMA CITY OK 73123

022265P001-1435A-598
ARCHER CHIROPRACTIC CENTER LLC
4220 CANAL ST
NEW ORLEANS LA 70119

029488P001-1435A-598
ARMENTOR SVC CENTER
3503 NORTHSIDE RD
NEW IBERIA LA 70563

029496P001-1435A-598
STEFFANIE ARNOLD
ADDRESS INTENTIONALLY OMITTED

022278P001-1435A-598
ASSOCIATED SURGICAL SPECIALIST
350 LAKEVIEW CT STE A
COVINGTON LA 70433

000489P001-1435A-598
AT AND T
PO BOX 105262
ATLANTA GA 30348-5262

030352P001-1435A-598
AT AND T MOBILITY II LLC
AT AND T SVC INC
KAREN A CAVAGNARO
ONE AT&T WAY SUITE 3A104
BEDMINSTER NJ 07921

015406P001-1435A-598
ATMOS ENERGY
PO BOX 740353
CINCINATI OH 45274-0353

029613P001-1435A-598
ATMOS ENERGY 35
P O BOX 790311
ST. LOUIA MO 63179

029604P001-1435A-598
ATMOS ENERGY 51
P O BOX 790311
ST. LOUIA MO 63179

026669P002-1435A-598
ATMOS ENERGY CORP
BANKRUPTCY
PO BOX 650205
DALLAS TX 75265-0205

029614P001-1435A-598
ATMOS ENERGY LOUISIANA
P O BOX 740353
CINCINNATI OH 45274-0353

011905P001-1435A-598
ATMOS ENERGY LOUISIANA LGS
PO BOX 790311
ST. LOUIS MO 63179

019551P001-1435A-598
AUDUBON LIMOUSINE
941 DECATUR ST
STE 301
NEW ORLEANS LA 70116

000513P001-1435A-598
AUTOM
1013 VETERANS DR
LEWISBURG TN 37091

002008P002-1435A-598
AVE MARIA PRESS
CATHERINE CALVIN
PO BOX 428
NOTRE DAME IN 46556-0428

029615P001-1435A-598
AW DERMPATH SVC
PO BOX 15259
NEW ORLEANS LA 70175

029497P001-1435A-598
STERLING BALDWIN
ADDRESS INTENTIONALLY OMITTED

018317P001-1435A-598
BALFOUR NEW ORLEANS
PO 55520
METAIRIE LA 70055

013433P001-1435A-598
BALFOUR NEW ORLEANS, LLC
PO BOX 55520
METAIRIE LA 70003

015423P001-1435A-598
BALFOUR NEW ORLEANS, LLC
PO BOX 55520
METAIRIE LA 70055

029498P001-1435A-598
JASON AND AMIEE GUFFEY BILLIE JACE BALL
ADDRESS INTENTIONALLY OMITTED

022017P001-1435A-598
PAIGE BARBARY
ADDRESS INTENTIONALLY OMITTED

000532P001-1435A-598
BARCLAYS
PO BOX 60517
CITY OF INDUSTRY CA 91716

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

027220P001-1435A-598
TRACI BARRIENTOS
ADDRESS INTENTIONALLY OMITTED

000544P001-1435A-598
BAUDVILLE
5380 52ND ST SE
GRAND RAPIDS MI 49512

029500P001-1435A-598
CHRISTIAN BAUTISTA
ADDRESS INTENTIONALLY OMITTED

022322P001-1435A-598
BAYOU URGENT CARE
PO BOX 575714
MURRAY UT 84157

029501P001-1435A-598
J MICHAEL BEHAN JR
ADDRESS INTENTIONALLY OMITTED

000562P002-1435A-598
BEN E KEITH CO
DAN HARVICK
PO BOX 2497
FORT WORTH TX 76113

000563P001-1435A-598
THOMAS B BENDER IV
NOTRE DAME SEMINARY
ADDRESS INTENTIONALLY OMITTED

018323P001-1435A-598
BENNETT'S PHOTO
3230 SEVERN AVE
METAIRIE LA 70002

029502P001-1435A-598
GREGORY L BERAULT
ADDRESS INTENTIONALLY OMITTED

029503P001-1435A-598
JOHN BERGERON
ADDRESS INTENTIONALLY OMITTED

003108P001-1435A-598
PETER C BERTUCCI
ADDRESS INTENTIONALLY OMITTED

022347P001-1435A-598
BIANCHINI ESTEVE
STE 3 2901 N I 10 SERVICE RD E
METAIRIE LA 70002

022357P001-1435A-598
BIOREFERENCE LABORATORIES INC
481 EDWARD H ROSS DR
ELMWOOD PARK NJ 07407

000585P001-1435A-598
BISHOP FERNAND J CHERI III OFM
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029992P002-1435A-598
BLACKBAUD INC
DAVID FREEH
65 FAIRCHILD ST
CHARLESTON SC 29492

018330P002-1435A-598
BLP MOBILE PAINTS
AKA MOBILE PAINT MANUFACTURING CO INC
BETTY VERSIGA
PO BOX 717
4775 HAMILTON BLVD
THEODORE AL 36590

000602P001-1435A-598
BOHNENSTIEHL ELECTRIC INC
810 JEFFERSON HWY
JEFFERSON LA 70121

029504P001-1435A-598
SUZY BOLOGNA
ADDRESS INTENTIONALLY OMITTED

029602P001-1435A-598
WALTER BONAM
OFFICE OF RELIGIOUS EDUCATION
ADDRESS INTENTIONALLY OMITTED

027306P001-1435A-598
DEBORAH BONNET
ADDRESS INTENTIONALLY OMITTED

029505P001-1435A-598
FAITH BOURGEOIS
ADDRESS INTENTIONALLY OMITTED

029506P001-1435A-598
OWEN BOURGEOIS
ADDRESS INTENTIONALLY OMITTED

011668P001-1435A-598
PAUL BOWMAN
ADDRESS INTENTIONALLY OMITTED

029507P001-1435A-598
J MICHAEL BRADLY
ADDRESS INTENTIONALLY OMITTED

013459P001-1435A-598
BRANDONS BEE REMOVAL SERVICES, LLC
6134 BELLAIRE DR
NEW ORLEANS LA 70124

000633P001-1435A-598
PERRY BRELET
1604 RICHLAND AVE
METAIRIE LA 70001

029617P002-1435A-598
BRENDAN JOSEPH DAVID SPECIAL NEEDS TRUST
320 HERITAGE OAKS DR
COVINGTON LA 70433-7837

022379P001-1435A-598
BRIAN L FONG MD INC
2965 GAUSE BLVD E STE A
SLIDELL LA 70461

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exmt A Page 194
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 194 of 1525
US First Class Mail
Exhibit Pages

029508P001-1435A-598
ROBERT G BROUSSE
ADDRESS INTENTIONALLY OMITTED

000653P002-1435A-598
BROWN RICE MARKETING
MARK BROWN
476 METAIRIE RD STE 202
METAIRIE LA 70005

029619P001-1435A-598
BULTMAN DOUGLAS AND
KAREN HOLLY(11) LINDSAY(10)
76 RIVER BLUFF DR
MADISONVILLE LA 70447

022391P001-1435A-598
BYRAM HEALTHCARE CENTERS
PO BOX 277596
ATLANTA GA 30384

026705P001-1435A-598
KARLA D CALDARERA
1125 WYNDHAM SOUTH
GRETNA LA 70056

002219P001-1435A-598
REV RONALD L CALKINS
ADDRESS INTENTIONALLY OMITTED

019592P001-1435A-598
CALVARY BAPTIST
1615 OLD SPANISH TRL
SLIDELL LA 70458

019593P001-1435A-598
CALVARY BAPTIST CHURCH OF
SHREVEPORT LOUISIANA
9333 LINWOOD AVE
SHREVEPORT LA 71106

022402P001-1435A-598
CAN N TRAN
ADDRESS INTENTIONALLY OMITTED

029510P001-1435A-598
REV JOEL CANTONES
OUR LADY OF THE HOLY ROSARY PARISH
ADDRESS INTENTIONALLY OMITTED

000695P001-1435A-598
CAPITAL CITY PRESS LLC
PO BOX 613
BATON ROUGE LA 70821

000696P001-1435A-598
CAPITAL MEDICAL CLINIC
PO BOX 1329
SAN ANTONIO TX 78295-1329

030362P003-1435A-598
CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW & CULBERTSON LLP
HEATHER ALEXI
900 CAMP STREET 3RD FLOOR
NEW ORLEANS LA 70130

029620P001-1435A-598
CAPITELLI AND WICKER
1100 POYDRAS ST
NEW ORLEANS LA 70163

022404P001-1435A-598
CAPLAN EYE CLINIC
3409 N HULLEN ST STE 100
METAIRIE LA 70002

021856P001-1435A-598
HELLEN CAPPO
ADDRESS INTENTIONALLY OMITTED

022410P002-1435A-598
CARDIOLOGY SPECIALISTS OF ACAD
213 RUE FONTAINE
LAFAYETTE LA 70508-5742

029622P001-1435A-598
CARDIOVASCULAR INSTITUTE OF NE
68 CUMBERLAND ST STE 103
WOONSOCKET RI 02895

022419P001-1435A-598
CARE PHYSICAL THERAPY
129 CORPORATE DR
COVINGTON LA 70433

019083P001-1435A-598
TRACY CASBORN
ADDRESS INTENTIONALLY OMITTED

021774P001-1435A-598
CYNTHIA CASHMAN
ADDRESS INTENTIONALLY OMITTED

000729P001-1435A-598
CATHOLIC BOOK STORE
3003 S CARROLLTON AVE
NEW ORLEANS LA 70118

000748P001-1435A-598
CATHOLIC RELIEF SVC
PO BOX 17090
BALTIMORE MD 21297-0303

000769P001-1435A-598
BARBARA CEASAR
ADDRESS INTENTIONALLY OMITTED

029623P001-1435A-598
RICHARD CELENTANO MD
1100 LAKEVIEW LN SE 200
COVINGTON LA 70433

027504P001-1435A-598
MARIE CELINO
ADDRESS INTENTIONALLY OMITTED

016919P002-1435A-598
CENGAGE LEARNING INC
MELISSA NORTH
10650 TOEBBEN DR
INDEPENDENCE KY 41051

029624P001-1435A-598
CIRO CERRATO MD
4221 LAKE TRAIL DR
KENNER LA 70065-2338

Case 20-10846 Doc 4335-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in Docket 41 Filed 1 195
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 195 of 1525
US First Class Mail
Exhibit Pages

029626P001-1435A-598
CHASE CARDMEMBER SVC
PO BOX 6294
CAROL STREAM IL 60197-6294

029628P001-1435A-598
CHERI H LEBLANC MD LLC
PO BOX 18172
BALFAST ME 04915

015558P001-1435A-598
CHICK-FIL-A
69280 HIGHWAY 21
COVINGTON LA 70433

022473P001-1435A-598
CHIROPRACTIC CARE CLINIC
3715 WESTBANK EXPY STE 13
HARVEY LA 70058

000249P001-1435A-598
COURTNEY CHISHOLM
ADDRESS INTENTIONALLY OMITTED

030347P001-1435A-598
CHRIST THE HEALER MEDICAL MISSION
GERALD J THOMPSON JR
2716 METAIRIE HEIGHTS AVE
METAIRIE LA 70002

000808P001-1435A-598
CHRIST THE KING SCHOOL
2106 DEERFIELD RD
TERRYTOWN LA 70056

000817P003-1435A-598
CHUCKWAGON CHARTERS INC
FRANK MORALES
2540 CARDINAL DR
MARRERO LA 70072

029990P003-1435A-598
CHURCH SUPPLY HOUSE
AKA J PRESTES & COMPANY INC
DAVID J. RAYMOND
3605 DIVISION ST
METAIRIE LA 70002

000822P002-1435A-598
CIRCUITREE LLC
TOM NEWBERRY
1353 LAKE SHORE DR
BRANSON MO 65616

022484P001-1435A-598
CIS HOUMA
PO BOX 4176
HOUMA LA 70361

011964P001-1435A-598
CITY OF COVINGTON
PO BOX 4057
COVINGTON LA 70434

029631P001-1435A-598
CITY OF SLIDELL
PO BOX 828
SLIDELL LA 70459-0828

022488P001-1435A-598
CITY PARK PHYSICAL THERAPY LLC
5559 CANAL BLVD
NEW ORLEANS LA 70124

022494P001-1435A-598
CLINICAL PATHOLOGY LABS INC
PO BOX 141669
AUSTIN TX 78714

016930P001-1435A-598
COACHCOMM
205 TECHNOLOGY PKWY
AUBURN AL 36830

022501P001-1435A-598
COASTAL URGENT CARE OF LOUISIA
PO BOX 12341
BELFAST ME 04915

022508P001-1435A-598
COLON AND RECTAL SURGERY
3100 GALLERIA DR STE 303
METAIRIE LA 70001

021991P001-1435A-598
MEDA COLVIN
ADDRESS INTENTIONALLY OMITTED

029632P001-1435A-598
CORPORATE PHARMACY SVC INC
P O BOX 1950
GADSEN AL 35902

029633P001-1435A-598
CORRECT CARE INC
229 SAINT JOHN
COVINGTON LA 70433

029796P002-1435A-598
CORVUS JANITORIAL SUPPLIES
THOMAS PETAGNA
2332 SEVERN AVE
METAIRIE LA 70001

000890P001-1435A-598
CORVUS OF NEW ORLEANS LLC
815 W WEED ST
CHICAGO IL 60642

022525P001-1435A-598
CORWIN A THOMAS FACC FASNC F
802 E FARREL RD
LAFAYETTE LA 70508

029903P001-1435A-598
CREATIVE TEES INC
BROOKS AND YOLANDA SERIGNE
711 ALOHA CT
ABITA SPRINGS LA 70420

029635P001-1435A-598
CRESCENT CITY COUNSELING CENTER AND
ASSOCIATES LLC
701 PAPWORTH AVE
STES 201 AND 202
METAIRIE LA 70005

022541P001-1435A-598
CRESCENT CITY SURGICAL CENTRE
ADDRESS INTENTIONALLY OMITTED

000912P002-1435A-598
CRESCENT DOOR AND HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123

Case 20-10846 Doc 4325-5 Filed 09/08/25 Entered 09/08/25 16:07:51 PDF Exhibit A Page 196
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 196 of 1525
US First Class Mail
Exhibit Pages

---

021971P001-1435A-598
MARIA CRUMLEY
ADDRESS INTENTIONALLY OMITTED

029975P001-1435A-598
JEAN CULLEN
PO BOX 2938
VICTORIA TX 77902

029636P001-1435A-598
GINA CUTURA
65035 EASY ST
PEARL RIVER LA 70452

029637P001-1435A-598
DAUGHTERS OF CHARITY HEALTH CE
3201 S CARROLLTON AVE
ORLEANS LA 70118

002157P001-1435A-598
REV KYLE DAVE
OUR LADY OF PERPETUAL HELP
ADDRESS INTENTIONALLY OMITTED

000948P004-1435A-598
DAVIS PRODUCTS CO INC
CHARLES WENTRITT
223 MARTIN LUTHER KING DR
BOGALUSA LA 70427-4584

029513P001-1435A-598
VERGIE DAVIS
ADDRESS INTENTIONALLY OMITTED

029514P001-1435A-598
DAVID DEAN
ADDRESS INTENTIONALLY OMITTED

011270P001-1435A-598
MARCELLE DELAUNE
ADDRESS INTENTIONALLY OMITTED

016948P002-1435A-598
DELUXE PEST CONTROL
PAUL JUNEAU
208 N I10 SERVICE RD E
METAIRIE LA 70005

004380P001-1435A-598
ROBYN DENNY
ADDRESS INTENTIONALLY OMITTED

011296P001-1435A-598
EILEEN DEPREO
ADDRESS INTENTIONALLY OMITTED

013549P001-1435A-598
DEPT OF CHILDREN AND FAMILY SVC
PO BOX 260222
BATON ROUGE LA 70826

029638P001-1435A-598
DEPT OF TREASURY IRS
PO BOX 742562
CINCINNATI TN 38101-0069

021997P001-1435A-598
MICHAEL DESALVO
ADDRESS INTENTIONALLY OMITTED

029515P001-1435A-598
REBECCA DESSELLE
ADDRESS INTENTIONALLY OMITTED

022596P001-1435A-598
DIABETES METABOLISM ASSOCIATES
3901 HOUMA BLVD STE 103
METAIRIE LA 70006

022614P001-1435A-598
DISC OF LOUISIANA
76 STARBRUSH CIR
COVINGTON LA 70433

018425P002-1435A-598
DISINFX
ANNEKE TALVSISTE
PO BOX 730
SPRING BRANCH TX 78070

001007P002-1435A-598
DKI OFFICE FURNITURE AND SUPPLIES
HEIDI PANSANO
5530 JEFFERSON HWY
HARAHAN LA 70123

012007P001-1435A-598
DOCUCENTER
2033 N HIGHWAY 190
STE 2
COVINGTON LA 70433

009282P002-1435A-598
DOCUMART
KEVIN GRAVELY
5624 CITRUS BLVD
NEW ORLEANS LA 70123-5507

001010P002-1435A-598
DOERRIES INTERNATIONAL CO INC
EDWIN DOERRIES JR
PO BOX 594
KENNER LA 70063-0594

029516P001-1435A-598
CAROL DOIRON
ADDRESS INTENTIONALLY OMITTED

004358P001-1435A-598
ANNE DOMINGUEZ
ADDRESS INTENTIONALLY OMITTED

022626P001-1435A-598
DON R GUZZETTA APC
4228 HOUMA BLVD STE 220
METAIRIE LA 70006

002093P001-1435A-598
REV DANIEL DORSEY
ADDRESS INTENTIONALLY OMITTED

004483P001-1435A-598
PEGGY DOUCET
ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 16:07:45 Exhibit 4 - Part 1 Page 197
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 197 of 1525
US First Class Mail
Exhibit Pages

002182P001-1435A-598
REV MSGR DOUGLAS DOUSSAN
ADDRESS INTENTIONALLY OMITTED

013568P002-1435A-598
DOW JONES AND CO INC
DENISE ACKERMAN
PO BOX 300
PRINCETON NJ 08543

022631P001-1435A-598
DR DEBBI BARRETT HANNAN APC
101 CLEARVIEW PKWY
METAIRIE LA 70001

022633P001-1435A-598
DR JAMES HERNANDEZ
206 S TYLER ST STE B
COVINGTON LA 70433

022645P001-1435A-598
DR JENNIFER R GARRETT LLC
1315 ANTONINE ST
NEW ORLEANS LA 70115

029639P001-1435A-598
DR KRISTIE CHIROPRACTIC
STE 103 1620 BELLE CHASE HWY
TERRYTOWN LA 70056

022652P001-1435A-598
DS FAMILY MEDICINE
56 STARBRUSH CIR
COVINGTON LA 70433

029517P001-1435A-598
JUNE DUMAS
ADDRESS INTENTIONALLY OMITTED

017605P001-1435A-598
JACOB FATHER DUMONT
ADDRESS INTENTIONALLY OMITTED

001072P001-1435A-598
DURAMED INC
1015 24TH ST
KENNER LA 70062-5257

022655P001-1435A-598
DYNAMIC PHYSICAL THERAPY
653 MYRTLE DR
COVINGTON LA 70433

019682P003-1435A-598
MELANIE G EADS CPA APC
413 MAGNOLIA LN
SLIDELL LA 70461

029519P001-1435A-598
QUINN EAGAN
ADDRESS INTENTIONALLY OMITTED

001079P001-1435A-598
EAGLE SECURITY SYSTEMS INC
PO BOX 322
HARVEY LA 70059

022673P001-1435A-598
EAST JEFFERSON MEDICAL CLINIC
1308 WILLIAMS BLVD
KENNER LA 70062

020912P001-1435A-598
EAST ST JOHN HIGH SCHOOL
1 WILDCAT DR
RESERVE LA 70084

013577P001-1435A-598
EASYPERMIT POSTAGE
PO BOX 371874
PITTSBURGH PA 15250-7874

001084P001-1435A-598
EATEL
PO BOX 919251
DALLAS TX 75391-9251

001085P001-1435A-598
EDMOND EBERLE
ADDRESS INTENTIONALLY OMITTED

021776P001-1435A-598
CYNTHIA EDWARDS
ADDRESS INTENTIONALLY OMITTED

001095P001-1435A-598
MARIA M EISENHARDT
ADDRESS INTENTIONALLY OMITTED

029643P001-1435A-598
EMERILS
800 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

029644P001-1435A-598
ENDOCRINOLOGY AND DIABETES ASS
1111 MEDICAL CENTER BLVD
MARRERO LA 70072

030538P001-1435A-598
ESNEAULT INC DBA GRUNDMANNS ATHLETIC CO
GRUNDMANNS ATHLETIC CO
LOU CHAMPAGNE
3018 GALLERIA DR
METAIRIE LA 70001

001121P002-1435A-598
EVERGREEN LAWN SVC LLC
PHILIP PIRO JR
323 WILLIAMSBURG DR
MANDEVILLE LA 70471

029645P001-1435A-598
EYE ASSOCIATES OF THE SOUTH
15277 CRESOTE RD
GULF PORT LA 39503

029646P002-1435A-598
P EYE ASSOCIATES OF THE SOUTH
1065 TOMMY MUNRO DR
BILOXI MS 39532-2100

001127P001-1435A-598
EYECARE PROVIDERS LLC
4324 VETERANS BLVD
METAIRIE LA 70006-5429

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 Desc Exhibit A Page 1198
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 198 of 1525
US First Class Mail
Exhibit Pages

022736P001-1435A-598
FAIRWAY PEDIATRICS LLC
7020 HIGHWAY 190 STE C
COVINGTON LA 70433

029647P001-1435A-598
FAMILY ASTHMA ALLERGY IMMUN CL
3321 W ESPLANADE
METAIRIE LA 70002

029648P001-1435A-598
FAMILY DERMATOLOGY SPECIALISTS
STE 202 3421 N CAUSEWYA BLVD
METAIRIE LA 70002

022744P001-1435A-598
FAMILY FOOT AND LEG CENTER PA
PO BOX 14388
BELFAST ME 04915

022746P001-1435A-598
FAMILY HEALTH WELLNESS OF CH
410 W JUDGE PEREZ DR
CHALMETTE LA 70043

026887P001-1435A-598
ROYLYNE FBO PJP CASH BOX FASULLO
ADDRESS INTENTIONALLY OMITTED

013605P002-1435A-598
FAVORITES PROMOTIONAL PRODUCTS
JESSICA MADDEN
3351 SEVERN AVE
STE 303A
METAIRIE LA 70002

001138P004-1435A-598
FAXLOGIC LLC
RODNEY NESBIT
15950 DALLAS PKWY STE 400
DALLAS TX 75248

009812P002-1435A-598
FERDIES PRINTING SVC
MARY LOVELAND
3751 SPENCER ST
HARVEY LA 70058

031266P001-1435A-598
JOSE LUIS FERNANDEZ
6863 SW 16TH ST
MIAMI FL 33155

002115P001-1435A-598
REV FRANCIS FERRIE
ADDRESS INTENTIONALLY OMITTED

029897P003-1435A-598
FH MYERS CONSTRUCTION CO
SHIELDS MOTT LLP
ADRIAN DARCY
1209 WASHINGTON AVE
NEW ORLEANS LA 70130-5747

009439P001-1435A-598
FIRST BANK AND TRUST
PO BOX 2711
OMAHA NE 68103-2711

029649P001-1435A-598
FIRST BANK AND TRUST
PO BOX 4512
CAROL STREAM IL 60197-4512

029650P001-1435A-598
FIRST BANK AND TRUST
PO BOX 183258
COLUMBUS OH 43218-3258

029991P002-1435A-598
FIRST BANK AND TRUST
BANKPLUS
MARK C LANDRY
3501 N CAUSEWAY BLVD STE 300
METAIRIE LA 70002

015720P001-1435A-598
FIRST BAPTIST CHURCH
16333 HIGHWAY 1085
COVINGTON LA 70433

029651P001-1435A-598
FIRST LOUISIANA MISSISSIPPI INC
3421 N CAUSEWAY BLVD STE 805
METAIRIE LA 70002

029652P001-1435A-598
FISHERS ACE HARDWARE
504 HEMLOCK ST
LAPLACE LA 70068

001165P001-1435A-598
FOLEY MARKETING INC
317 GREFER LN
HARVEY LA 70058

012038P001-1435A-598
FONTAINEBLEAU HIGH SCHOOL
100 BULLDOG DR
MANDEVILLE LA 70471

029653P001-1435A-598
FOOT HEALTH CENTER LLC
1521 N CAUSEWAY VLVD
METAIRIE LA 70001

022779P001-1435A-598
FOUCHER EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

022780P001-1435A-598
FRANK J MONTE MD
3800 HOUMA BLVD STE 230
METAIRIE LA 70006

013155P001-1435A-598
OLGA FRANK
ADDRESS INTENTIONALLY OMITTED

017662P001-1435A-598
GABRIEL FUSELIER
ADDRESS INTENTIONALLY OMITTED

022785P001-1435A-598
G A ROMAGUERA MD LLC
316 LAFAYETTE ST
GRETNA LA 70053

029524P001-1435A-598
SIPHNE GABRIEL
ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 1 199

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 199 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029654P001-1435A-598<br>GALLAND ROOFING INC<br>1934 ROOSEVELT BLVD<br>KENNER LA 70062 | 029525P001-1435A-598<br>STACY GALLASPY<br>ADDRESS INTENTIONALLY OMITTED | 001206P002-1435A-598<br>GAMBEL PUBLISHING LLC<br>ELIZABETH GAMBEL<br>2701 RIDGELAKE DR<br>METAIRIE LA 70002 | 029526P001-1435A-598<br>KIM GANDOLFI<br>ADDRESS INTENTIONALLY OMITTED |
| 002197P001-1435A-598<br>REV PATRICK GANNON<br>ADDRESS INTENTIONALLY OMITTED | 029527P001-1435A-598<br>HEIDI GASPARD<br>ADDRESS INTENTIONALLY OMITTED | 013632P001-1435A-598<br>GBP DIRECT, INC<br>133 EAST THIRD ST<br>KENNER LA 70062 | 022794P003-1435A-598<br>GEAUX 2 PEDIATRICS<br>181 COMMERCIAL SQ<br>SLIDELL LA 70461 |
| 022807P001-1435A-598<br>GLORIOSO COUNSELING LLC<br>2624 CHIPPEWA ST<br>NEW ORLEANS LA 70130 | 027949P001-1435A-598<br>DONNA GLUECK<br>ADDRESS INTENTIONALLY OMITTED | 001241P002-1435A-598<br>GOLDSTAR ELECTRIC INC<br>JASON HUTZLER<br>13406 SEYMOUR MEYERS BLVD<br>#24<br>COVINGTON LA 70433 | 017697P001-1435A-598<br>ZACHARY GORRES<br>ADDRESS INTENTIONALLY OMITTED |
| 001262P002-1435A-598<br>GREAT MINDS LLC<br>SEAN MULCAHY<br>55 M ST SE<br>STE 340<br>WASHINGTON DC 20003 | 029528P001-1435A-598<br>PATRICK GREEN<br>ADDRESS INTENTIONALLY OMITTED | 030962P001-1435A-598<br>GRETNA MEDICAL CENTER<br>HAI NGUYEN<br>315 WESTBANK EXPWY<br>GRETNA LA 70053 | 029529P001-1435A-598<br>DEBORAH GROS<br>ADDRESS INTENTIONALLY OMITTED |
| 009408P001-1435A-598<br>GUARDIAN<br>PO BOX 677458<br>DALLAS TX 75267-7458 | 021786P001-1435A-598<br>DAREK GUICHARD<br>ADDRESS INTENTIONALLY OMITTED | 029530P001-1435A-598<br>DEACON RONALD GUIDRY<br>ADDRESS INTENTIONALLY OMITTED | 029656P001-1435A-598<br>GUILLORY SHEET METAL<br>PO BOX 23125<br>HARAHAN LA 70183 |
| 002210P001-1435A-598<br>REV RAYMOND GUILLOT<br>ADDRESS INTENTIONALLY OMITTED | 029996P002-1435A-598<br>GULF COAST BANK AND TRUST CO<br>NEWMAN MATHIS BRADY AND SPEDALE<br>ROBERT MATHIS<br>3501 N CAUSEWAY BLVD STE 300<br>METAIRE LA 70002 | 029994P004-1435A-598<br>GULF COAST BRAIN SPORT AND SPINE LLC<br>BEAU J BAGLEY<br>PO BOX 2013<br>MANDEVILLE LA 70470 | 001277P001-1435A-598<br>GULF COAST OFFICE PRODUCTS<br>5801 RIVER OAKS RD SOUTH<br>NEW ORLEANS LA 70123 |
| 029531P001-1435A-598<br>MICHAEL GURTLER<br>ADDRESS INTENTIONALLY OMITTED | 012072P002-1435A-598<br>HAHN ENTERPRISES INC<br>TANIA ELIZABETH HAHN<br>PO BOX 19495<br>NEW ORLEANS LA 70179 | 021799P001-1435A-598<br>DEBBI BARRETT HANNAN<br>ADDRESS INTENTIONALLY OMITTED | 019759P002-1435A-598<br>HANS REPAIR SVC INC<br>HANS HENSSLER<br>40020 HIGHWAY 190 E<br>SLIDELL LA 70461-2436 |

09/08/2025 04:45:20 PM

---

029657P001-1435A-598
MELINDA HARLOW
P O BOX224
BRATARIA LA 70036

001296P001-1435A-598
HARRIS BRANCH SENIOR
ADDRESS INTENTIONALLY OMITTED

022850P001-1435A-598
HARRIS M BLACKMAN MD LLC
STE N401 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

029658P001-1435A-598
HARRY THOMPSON CENTER
1803 GRAVIER ST
NEW ORLEANS LA 70112

019230P001-1435A-598
LISA HARTLINE
ADDRESS INTENTIONALLY OMITTED

029534P001-1435A-598
FR TERENCE P HAYDEN
ADDRESS INTENTIONALLY OMITTED

002102P001-1435A-598
REV DENNIS HAYES III
UNO NEWMAN CENTER
ADDRESS INTENTIONALLY OMITTED

029659P001-1435A-598
HEALTH MANAGEMENT SVC
5758 ESSEN LN B
BATON ROUGE LA 70810

022859P001-1435A-598
HEALTH MANAGEMENT SVC INC
5758 ESSEN LN STE B
BATON ROUGE LA 70810

001317P001-1435A-598
PAMELLA W HEMARD
ADDRESS INTENTIONALLY OMITTED

029535P001-1435A-598
INGRID HERNANDEZ
ADDRESS INTENTIONALLY OMITTED

000149P001-1435A-598
BETTY-ANN HICKEY
ADDRESS INTENTIONALLY OMITTED

029536P001-1435A-598
HAILEY HILBUN
ADDRESS INTENTIONALLY OMITTED

029537P001-1435A-598
LINDA HIRSCH
ADDRESS INTENTIONALLY OMITTED

021779P001-1435A-598
DAN HOANG
ADDRESS INTENTIONALLY OMITTED

029538P001-1435A-598
JAY HODGES
ADDRESS INTENTIONALLY OMITTED

005478P001-1435A-598
THERESA HODNETT
ADDRESS INTENTIONALLY OMITTED

029660P001-1435A-598
HOLY ANGEL APARTMENTS
3500 ST CLAUDE AVE
NEW ORLEANS LA 70117

029888P001-1435A-598
HOME BANK NA
TROY CAIN
1600 VETERANS BLVD
METAIRIE LA 70005

022893P001-1435A-598
HOUMA FAMILY PRACTICE CLINIC
606 LIBERTY ST
HOUMA LA 70360

001363P001-1435A-598
MARINDA LEE HOUSTON
ADDRESS INTENTIONALLY OMITTED

029540P001-1435A-598
GERARD HOWELL
HARRIS BRANCH SENIOR
ADDRESS INTENTIONALLY OMITTED

029541P001-1435A-598
RUTH HOWELL
ADDRESS INTENTIONALLY OMITTED

022901P001-1435A-598
HSSSTAUDINGER AND WALSH LLP
2820 NAPOLEON AVE STE 640
NEW ORLEANS LA 70115

017750P001-1435A-598
ROBERT HUDSON
ADDRESS INTENTIONALLY OMITTED

029542P001-1435A-598
WILLIAM HUDSON
ADDRESS INTENTIONALLY OMITTED

029543P001-1435A-598
ALICE HUGHES
ADDRESS INTENTIONALLY OMITTED

011356P001-1435A-598
HOLLY HUHN
ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4355 Filed 09/09/25 Entered 09/09/25 14:06:25 Main Document Page 201

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 201 of 1525
US First Class Mail
Exhibit Pages

Page # : 11 of 25                                                                09/08/2025 04:45:20 PM

011496P001-1435A-598
KENNY HUSSER
ADDRESS INTENTIONALLY OMITTED

029544P001-1435A-598
NOAH HYMEL
ADDRESS INTENTIONALLY OMITTED

021034P002-1435A-598
HYMELS FLORIST AND GIFTS
ALLISON HYMEL
299 BELLE TERRE BLVD
STE A
LAPLACE LA 70068

013689P002-1435A-598
IDEAL LIGHTING INC
ANTHONY ROSE
742 LITTLE FARMS AVE
METAIRIE LA 70003

002211P001-1435A-598
REV RAYMOND IGBOGIDI
ST CHRISTOPHER THE MARTYR CH
ADDRESS INTENTIONALLY OMITTED

022908P001-1435A-598
IN AND OUT URGENT CARE LLC
6225 S CLAIBORNE AVE
NEW ORLEANS LA 70125

022909P002-1435A-598
IN AND OUT URGENT CARE OF METAIRE LLC
100 N LABARRE RD STE C
METAIRIE LA 70001

022918P001-1435A-598
INFECTIOUS DISEASE ASSOCIATES
4315 HOUMA BLVD STE 305
METAIRIE LA 70006

022926P001-1435A-598
INTEGRATED BEHAVIORAL HEALTH
400 POYDRAS ST STE 1950
NEW ORLEANS LA 70130

029663P001-1435A-598
INTEGRATED WELLNESS CLINIC
44125 S AIRPORT
HAMMOND LA 70403

022939P001-1435A-598
INTERNAL MEDICINE CLINIC OF TA
PO BOX 1799
HAMMOND LA 70404

029666P001-1435A-598
IRIS HENRY SCRIP PROGRAM
524 CHATSWORTH DR
LAPLACE LA 70068

029892P002-1435A-598
IRS- DEPT OF THE TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

022946P001-1435A-598
ITELD BERNSTEIN ASSOCIATES
PO BOX 2209
SLIDELL LA 70459

022953P001-1435A-598
J MICHAEL BRADLEY PHD
3721 PALMYRA ST
NEW ORLEANS LA 70119

029667P001-1435A-598
J PRESTES AND COINC
PO BOX 8544
METAIRIE LA 70011

001395P003-1435A-598
JACK PETTY MARKETING AND PROMOTIONS
JACK PETTY AWARDS
PAUL COSTANZA
1078 ANGLIN RD
SUMMIT MS 39666-7020

009430P001-1435A-598
JACKSON CONTAINER AND TRAILER RENTAL INC
PO BOX 1952
METAIRIE LA 70004

029668P001-1435A-598
JACOB GENERAL SURGERY LLC
STE 224228 HOUMA BLVD STE 220
METAIRIE LA 70006

029546P001-1435A-598
FR JIMMY JEANFREAU
ADDRESS INTENTIONALLY OMITTED

022967P001-1435A-598
JEFFERSON COMMUNITY HEALTH CAR
PO BOX 16576
BELFAST ME 04915

022968P001-1435A-598
JEFFERSON HEADACHE AND SPINE L
PO BOX 641254
KENNER LA 70064

022970P001-1435A-598
JEFFERSON MEDICAL CLINIC
435 LAPALCO BLVD
GRETNA LA 70056

001407P001-1435A-598
JEFFERSON PARISH DEPT OF WATER
PO BOX 10007
JEFFERSON LA 70181-0007

001408P002-1435A-598
JEFFERSON PARISH DEPT OF WATER
W REED SMITH
1221 ELMWOOD PK BLVD SUITE 701
JEFFERSON LA 70123

018605P001-1435A-598
JEFFERSON PARISH SHERIFF'S OFFICE
1233 WESTBANK EXPWY
HARVEY LA 70058

022973P001-1435A-598
JEFFERSON PSYCHIATRIC ASSOCLLC
3340 SEVERN AVE STE 206
METAIRIE LA 70002

022979P001-1435A-598
JEFFERSON RADIOLOGY ASSOCIATES
PO BOX 4238
PORTSMOUTH NH 03802

201

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 202
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 202 of 1525
US First Class Mail
Exhibit Pages

029547P001-1435A-598
MILISSA JENKINS
ADDRESS INTENTIONALLY OMITTED

020440P001-1435A-598
MICHELLE JENSEN
ADDRESS INTENTIONALLY OMITTED

015160P001-1435A-598
SHELTON JOHNSON
ADDRESS INTENTIONALLY OMITTED

029670P001-1435A-598
JONES PHYSICAL THERAPY LLC
389 HWY 21 STE 403
MADISONVILLE LA 70447

029549P001-1435A-598
JERRYDETTE JOSEPH
ADDRESS INTENTIONALLY OMITTED

013702P001-1435A-598
JW PEPPER AND SON, INC
PO BOX 642
EXTON PA 19341

023003P001-1435A-598
KATHERINE L WILLIAMS MD A PROF
PO BOX 17986
BELFAST ME 04915

019798P001-1435A-598
KEEFE'S AIR CONDITIONING AND HEATING
1919 ENTERPRISE DR
HARVEY LA 70058

023007P001-1435A-598
KELLY G BURKENSTOCK MD APMC
2040 N CAUSEWAY BLVD
MANDEVILLE LA 70471

011774P001-1435A-598
TATE KENNEDY
ADDRESS INTENTIONALLY OMITTED

023014P001-1435A-598
KENNER PHYSICIAN ASSOCIATES LL
PO BOX 2740
SLIDELL LA 70459

001469P001-1435A-598
KENTWOOD SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

018624P001-1435A-598
KENTWOOD SPRINGS
PO BOX 660579
DALLAS LA 75266-0579

029584P001-1435A-598
KEVIN AND ANDREA ALYSSA KATELIN
KRISTIN SCHNEIDER
ADDRESS INTENTIONALLY OMITTED

019804P002-1435A-598
KIEFER AQUATICS ET AL
ADOLPH KIEFER AND ASSOCIATES LLC
KATE RUSSOW
903 MORRISSEY DR
BLOOMINGTON IL 61701

002127P001-1435A-598
REV HERBERT KIFF
ADDRESS INTENTIONALLY OMITTED

029671P001-1435A-598
KIM4KIDS
2237 N HULLEN ST
METAIRIE LA 70001

029673P001-1435A-598
KING ROWE
724 DUMAINE ST
NEW ORLEANS LA 70116

020568P001-1435A-598
TRAVIS KLIBERT
ADDRESS INTENTIONALLY OMITTED

028300P001-1435A-598
CAROL KOLWE
ADDRESS INTENTIONALLY OMITTED

028312P001-1435A-598
HAZEL KRATZER
ADDRESS INTENTIONALLY OMITTED

029894P002-1435A-598
KS STATEBANK/AMERICAN CAPITAL FINANCIAL SVCS
AS ASSIGNEE OF: AMERICAN CAPITAL FINANCIAL SV
LOTTIE YEAGER
1010 WESTLOOP PL
MANHATTAN KS 66502

010481P002-1435A-598
KTGRAPHIX
KT GRAPHIX
1318 BARATARIA BLVD
MARRERO LA 70072

029674P001-1435A-598
LA FEMME DE PAPIER LLC
PO BOX 1387
GRAY LA 70359

023032P001-1435A-598
LA PRIMARY CARE
PO BOX 20785
BELFAST ME 04915

029891P002-1435A-598
LA- DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 66658
BATON ROUGE LA 70896-6658

023035P001-1435A-598
LABCORP BURLINGTON
PO BOX 2270
BURLINGTON NC 27216

001505P002-1435A-598
LAFAYETTE MUSIC CO
KAREN GOODRICH
3700 JOHNSTON ST
LAFAYETTE LA 70503

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 203 of 1525
US First Class Mail
Exhibit Pages

09/08/2025 04:45:20 PM

017799P001-1435A-598
EDDIE LAGARDE
ADDRESS INTENTIONALLY OMITTED

029551P001-1435A-598
ASLNY LAGOS
ADDRESS INTENTIONALLY OMITTED

029552P001-1435A-598
SEAN M LAMY
ADDRESS INTENTIONALLY OMITTED

029553P001-1435A-598
DOMINIC LANASA
ADDRESS INTENTIONALLY OMITTED

023068P002-1435A-598
LANCE TURKISH MD APC
3700 EDENBORN AVE
METAIRIE LA 70002-1520

021815P001-1435A-598
EDWARD LANGLOW
ADDRESS INTENTIONALLY OMITTED

029675P001-1435A-598
LARFARGUE PIANOS
1828 VETERANS BLVD
METAIRIE LA 70005

001527P001-1435A-598
LCMC SBO
PO BOX 733679
DALLAS TX 75373-3679

013755P003-1435A-598
LD DESIGNS LLC
LISA DEVLIN
7624 WIGMORE ST
MONTGOMERY AL 36116

029814P002-1435A-598
LEAF CAPITAL FUNDING LLC
LEGAL DEPT
ANITA BOYD
2005 MARKET ST 14TH FL
PHILADELPHIA PA 19103

021986P001-1435A-598
MARY EMILY LEAVELL
ADDRESS INTENTIONALLY OMITTED

029554P001-1435A-598
BRAD LEBLANC
ADDRESS INTENTIONALLY OMITTED

017067P001-1435A-598
LEE TRACTOR CO
PO BOX 939
KENNER LA 70063

028390P001-1435A-598
PAM LEGER
ADDRESS INTENTIONALLY OMITTED

029555P001-1435A-598
FARRAH LEMOINE
ADDRESS INTENTIONALLY OMITTED

016575P001-1435A-598
EARL LENNIE
ADDRESS INTENTIONALLY OMITTED

017828P001-1435A-598
WILLIE LEONARD
ADDRESS INTENTIONALLY OMITTED

015946P001-1435A-598
LHSPLA
PO BOX 87151
BATON ROUGE LA 70879

023091P001-1435A-598
LIFENET PSYCHIATRY
STE 504 500 MARINERS PLZ DR
MANDEVILLE LA 70448

029677P001-1435A-598
LIMITLESS CHIROPRACTIC
1170 N HWY 1690 STE 2
COVINGTON LA 70433

001565P001-1435A-598
LINCARE INC
PO BOX 105760
ATLANTA GA 30348-5760

013765P001-1435A-598
LIQUID ENVIRONMENTAL SOLUTIONS
ACCOUNTS RECEIVABLE
PO BOX 733372
DALLAS TX 75373-3372

013769P002-1435A-598
LMEA (MATHERNE)
KATHRYN MATHERNE
1522 PRESSBURG ST
NEW ORLEANS LA 70122

029678P001-1435A-598
LMEA BLANK
610 BLANCHE
METAIRIE LA 70003

010528P001-1435A-598
LMEA DISTRICT VI
PO BOX 12046
LAKE CHARLES LA 70612

015961P002-1435A-598
LOBBS HORTICULTURAL SPRAY EAST INC
2308 RICHLAND ST
KENNER LA 70062

002208P001-1435A-598
REV RAUL LOBO
ST JOHN VIANNEY VILLA
ADDRESS INTENTIONALLY OMITTED

029680P001-1435A-598
LOGO EXPRESS
649 YETTA AVE
HARVEY LA 70058

Case 20-10846 Doc 4385 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh Ex 4 Main Fage 204
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 204 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 023104P001-1435A-598<br>LOU IRWIN LCSW LLC<br>PO BOX 56266<br>METAIRIE LA 70055 | 001584P001-1435A-598<br>LOU PIAZZA AND ASSOCIATES LLC<br>3822 BIENVILLE AVE<br>NEW ORLEANS LA 70119 | 029557P001-1435A-598<br>JOY LOUIS<br>ADDRESS INTENTIONALLY OMITTED | 029681P001-1435A-598<br>LOUISIANA BOWLING PROPRIETORS<br>8788 FLORIDA BLVD<br>BATON ROUGE LA 70815 |
| 022002P001-1435A-598<br>MICHELE LOUVIERE<br>ADDRESS INTENTIONALLY OMITTED | 019841P001-1435A-598<br>LOWES BUSINESS ACCOUNT<br>PO BOX 530970<br>ATLANTA GA 30353-0970 | 023140P001-1435A-598<br>LSU HEALTHCARE NETWORK<br>PO BOX 919100<br>DALLAS TX 75391 | 019847P001-1435A-598<br>LSU POWERLIFTING CLUB TEAM<br>102 STUDENT REC COMPLEX<br>BATON ROUGE LA 70803 |
| 001746P001-1435A-598<br>MSGR J ANTHONY LUMINAIS<br>ADDRESS INTENTIONALLY OMITTED | 021151P002-1435A-598<br>LUTCHER HIGH SCHOOL<br>BULLDOG CLASSIC SOFTBALL<br>1910 W MAIN ST<br>LUTCHER LA 70071-5122 | 001627P001-1435A-598<br>DENISE MALESIC<br>ADDRESS INTENTIONALLY OMITTED | 019308P001-1435A-598<br>ROBIN MANGANO<br>ADDRESS INTENTIONALLY OMITTED |
| 001644P001-1435A-598<br>MARIANITES OF HOLY CROSS<br>5500 ST MARY ST<br>METAIRIE LA 70006 | 029683P001-1435A-598<br>MARIANITES OF HOLY CROSS<br>400 N RAMPART ST<br>NEW ORLEANS LA 70112 | 029684P001-1435A-598<br>MARIANITES OF THE HOLY CROSS<br>400 N RAMPART ST<br>NEW ORLEANS LA 70112 | 023163P001-1435A-598<br>MARY BIRD PERKINS CANCER CENTE<br>DEPT 1299<br>PO BOX 11407<br>BIRMINGHAM AL 35246 |
| 001658P001-1435A-598<br>MATER DOLOROSA APARTMENTS<br>1226 S CARROLLTON AVE<br>NEW ORLEANS LA 70118 | 021175P001-1435A-598<br>MATHERNES SUPERMARKET<br>1424 W AIRLINE HWY<br>LAPLACE LA 70068 | 029559P001-1435A-598<br>MARY BETH MATTHEWS<br>ADDRESS INTENTIONALLY OMITTED | 029561P001-1435A-598<br>BARBARA MCATEE<br>OFFICE OF RELIGIOUS EDUCATION<br>ADDRESS INTENTIONALLY OMITTED |
| 001672P001-1435A-598<br>TIM MCCAFFERY<br>ADDRESS INTENTIONALLY OMITTED | 028532P001-1435A-598<br>SHARON MCCARTHY<br>ADDRESS INTENTIONALLY OMITTED | 012618P001-1435A-598<br>BO MCCROSKEY<br>ADDRESS INTENTIONALLY OMITTED | 029562P001-1435A-598<br>FR DON MCMAHON OMI<br>ADDRESS INTENTIONALLY OMITTED |
| 023195P001-1435A-598<br>MEDLINE INDUSTRIES INC<br>DEPT CH 14263<br>PALATINE IL 60055 | 023206P001-1435A-598<br>MEMORIAL HOSPITAL AT GULFPORT<br>PO BOX 15219<br>HATTIESBURG MS 39404 | 023208P001-1435A-598<br>MERCY FAMILY CENTER<br>PO BOX 776084<br>CHICAGO IL 60677 | 012214P002-1435A-598<br>MESALAIN CONSULTING GROUP LLC<br>MATTHEW CHATELAIN<br>37 DRIFTWOOD BLVD<br>KENNER LA 70065 |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:15 in Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:15 Main Document Page 205
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 205 of 1525
US First Class Mail
Exhibit Pages

023213P001-1435A-598
METAIRIE GENERAL SURGERY LLC
4228 HOUMA BLVD STE 220
METAIRIE LA 70006

023215P001-1435A-598
METAIRIE INSTITUTE OF COMPREHE
PO BOX 1990
MANDEVILLE LA 70470

023225P001-1435A-598
METROPOLITAN GASTROENTEROLOGY
PO BOX 1520
MARRERO LA 70073

030361P001-1435A-598
METROSTUDIO LLC
KENNETH GOWLAND
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124

026999P001-1435A-598
ALEXANDRA MIGILLIGAN
ADDRESS INTENTIONALLY OMITTED

029563P001-1435A-598
CAROL MILES
ADDRESS INTENTIONALLY OMITTED

029687P001-1435A-598
CAROL MSMSW MILES
110 E 7TH AVE
COVINGTON LA 70433

022081P001-1435A-598
SIDNEY MILTZ
ADDRESS INTENTIONALLY OMITTED

009006P003-1435A-598
BRENDA MINOR
ADDRESS INTENTIONALLY OMITTED

023251P001-1435A-598
MINUTE MED CLINIC - AMBASSADOR
STE 100 3621 AMBASSADOR CAFFERY P
LAFAYETTE LA 70503

029564P001-1435A-598
ARTHUR MITCHELL
ADDRESS INTENTIONALLY OMITTED

001731P002-1435A-598
MMG PROPERTIES
GREG LACOMBE
3431 GENTILLY BLVD
NEW ORLEANS LA 70122

002206P001-1435A-598
REV QUENTIN MOODY
ADDRESS INTENTIONALLY OMITTED

021801P001-1435A-598
DENA MOORE
ADDRESS INTENTIONALLY OMITTED

029565P001-1435A-598
REBECCA MOOS
ADDRESS INTENTIONALLY OMITTED

022010P001-1435A-598
NATCHEZ MORICE
ADDRESS INTENTIONALLY OMITTED

021826P002-1435A-598
FAITH M MOSHER
ADDRESS INTENTIONALLY OMITTED

029688P002-1435A-598
MU ALPHA THETA
JENNIFER PAI
3200 MARSHALL AVE
NORMAN OK 73019

001751P001-1435A-598
WILLIAM MUMPHREY
ADDRESS INTENTIONALLY OMITTED

021794P001-1435A-598
DAVID MYERS
ADDRESS INTENTIONALLY OMITTED

029689P002-1435A-598
N O VATIVE PRINTING
RYAN OLSON
2727 N CAUSEWAY BLVD
METAIRIE LA 70002

000106P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000153P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000443P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000757P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

001042P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

001122P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

001167P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4835-4 Filed 09/12/25 Entered 09/12/25 14:00:45 in PD Exh 4 Filed 206
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 206 of 1525
US First Class Mail
Exhibit Pages

| 001377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
|---|---|---|---|
| 003175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008640P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027628P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDFExhibit A Page 207

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 207 of 1525
US First Class Mail
Exhibit Pages

029533P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

029560P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

029586P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

NAME AND ADDRESS INTENTIONALLY REDACTED

NAME AND ADDRESS INTENTIONALLY REDACTED

NAME AND ADDRESS INTENTIONALLY REDACTED

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

029566P002-1435A-598
MASON NARCISSE
ADDRESS INTENTIONALLY OMITTED

009178P001-1435A-598
NATIONAL ASSOCIATION OF SPECIAL ED TEACHERS
1250 CONNECTICUT AVE NW
STE 200
WASHINGTON DC 20036

026141P002-1435A-598
NELNET BUSINESS SOLUTIONS
DENISE ESSMAN
121 S 13TH ST
LINCOLN NE 68508

028680P001-1435A-598
SUSAN NELSON
ADDRESS INTENTIONALLY OMITTED

023300P002-1435A-598
NEW ORLEANS CENTER FOR MIND
BODY HEALTH
STACIE CARBO
643 MAGAZINE ST STE 304
NEW ORLEANS LA 70130

023307P001-1435A-598
NEW ORLEANS NEPHROLOGY
4409 UTICA ST
METAIRIE LA 70006

029820P002-1435A-598
NEW ORLEANS PEST MANAGEMENT LLC
RAMIRO GUERRA
6125 CARTIER AVE
NEW ORLEANS LA 70122

029690P001-1435A-598
NEWVILLE CELEBRATION CANDLES INC
PO BOX 1206
LEWISTON NY 14092

021238P001-1435A-598
NEXTEL SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4191

000239P001-1435A-598
DUY NGUYEN
ADDRESS INTENTIONALLY OMITTED

023317P002-1435A-598
NIA K TEREZAKIS MD APMC
3197 RICHLAND AVE STE 200
METAIRIE LA 70002-5504

029567P001-1435A-598
LAURA NISSEL
ADDRESS INTENTIONALLY OMITTED

023323P001-1435A-598
NOLA ART THERAPY COUNSELING
STE 310 1000 VETERANS BLVD
METAIRIE LA 70005

022075P001-1435A-598
SHARON NORMAND
ADDRESS INTENTIONALLY OMITTED

023332P001-1435A-598
NORTH OAKS PHYSICIAN GROUP
PO BOX 3087
HAMMOND LA 70404

023343P001-1435A-598
NORTHLAKE GASTROENTEROLOGY ASS
16061 DOCTORS BLVD STE B
HAMMOND LA 70403

001834P001-1435A-598
NORTHLAKE NEPHROLOGY INC
PO BOX 3370
COVINGTON LA 70434-3370

001836P001-1435A-598
NORTHSHORE PARENT
22266 LEVEL ST
ABITA SPRINGS LA 70420

023366P001-1435A-598
OAK TREE CHIROPRACTIC 'DBA' ME
STE 2F 5037 VETERANS BLVD
METAIRIE LA 70006

029997P002-1435A-598
OAKWOOD ROOTS
JARED MEYER LPC
207 ROCK PRAIRIE RD STE A
COLLEGE STATION TX 77845

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in Part 4 Append 208
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 208 of 1525
US First Class Mail
Exhibit Pages

023367P001-1435A-598
OANO LLC
3434 PRYTANIA ST STE 430
NEW ORLEANS LA 70115

029692P001-1435A-598
OBGYN ASSOCIATES OF JONESBORO
PO BOX 60
SEARCY AR 72145

023381P001-1435A-598
OCHSNER HOME MEDICAL EQUIPMENT
501 COOLIDGE ST
NEW ORLEANS LA 70121

031276P001-1435A-598
FATHER WILLIAM ODONNELL
80335 HOLLOW HILL RD
BUSH LA 70431

029895P001-1435A-598
OFFICE DEPOT
BANKRUPTCY PROCESSING
6600 N MILITARY TRL
BOCA RATON FL 33496

029696P001-1435A-598
OFFICE DEPOT BUSINESS ACCT
DEPT 11 6003538615
PO BOX 9001036
LOUISVILLE KY 40290

012281P001-1435A-598
OFFICE DEPOT BUSINESS CREDIT
DEPT 56 - 4204440316
PO BOX 78004
PHOENIX AZ 85062-8004

001874P001-1435A-598
OMNICARE OF NEW ORLEANS
PO BOX 713611
CINCINNATI OH 45271-3611

023412P001-1435A-598
OPTIMUM SLEEP LLC
2718 CADIZ ST
NEW ORLEANS LA 70115

018772P001-1435A-598
ORDER OF OPSE
1601 PERDIDO ST
NEW ORLEANS LA 70112

023427P001-1435A-598
ORTHOPAEDIC SPECIALISTS OF NEW
PO BOX 12722
BELFAST ME 04915

018773P001-1435A-598
ORTHOPEDIC AND SPORTS THERAPY
3921 WILLIAMS BLVD
KENNER LA 70065

023432P001-1435A-598
ORTHOPTIC REHAB CLINIC OF META
3939 HOUMA BLVD STE 17
METAIRIE LA 70006

023433P001-1435A-598
ORTHOPTICS INC
3939 HOUMA BLVD STE 17
METAIRIE LA 70006

019917P001-1435A-598
OUR LADY OF LOURDES
345 WESTCHESTER PL
SLIDELL LA 70458

029697P001-1435A-598
OUR LADY OF PROMPT SUCCOR
146 FOURTH ST
WESTWEGO LA 70094-4297

023441P001-1435A-598
OUR LADY OF THE LAKE PHYSICIAN
PO BOX 677957
DALLAS TX 75267

001917P002-1435A-598
OZANAM INN
PO BOX 30565
NEW ORLEANS LA 70190

029698P001-1435A-598
PAML
DEPT NUMBER 10017
PO BOX 3780
TUPELO MS 38803

017157P001-1435A-598
PAN AMERICAN LIFE
PO BOX 919252
DALLAS TX 75391-9252

018777P001-1435A-598
PANAMERICAN LIFE INSURANCE CO
PO BOX 919252
DALLAS TX 75391-9252

022058P001-1435A-598
RORY PANEPINTO
ADDRESS INTENTIONALLY OMITTED

019923P002-1435A-598
PAPA JOHNS PIZZA
1479 TOBIAS GADSON BLVD
CHARLESTON SC 29407-4794

001932P001-1435A-598
PARADIGM HEALTH SYSTEM
PO BOX 1224
SLIDELL LA 70459

029569P001-1435A-598
RAO PASAM
ADDRESS INTENTIONALLY OMITTED

029699P001-1435A-598
MD APMC PATRICIA C ESTRADA
4700 WICHERS DR STE 101
MARRERO LA 70072

029700P001-1435A-598
I SUZANNE PAURATORE LCSW
PO BOX 82078
BATON ROUGE LA 70884

002239P001-1435A-598
REV WAYNE PAYSSE
ADDRESS INTENTIONALLY OMITTED

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

09/08/2025 04:45:20 PM

029899P001-1435A-598
PCH HOTELS AND RESORTS INC DBA
RENAISSANCE MONTGOMERY HOTEL AND SPA
STOKES CARMICHAEL AND ERNST LLP
2018 POWERS FERRY RD STE 700
ATLANTA GA 30339

023478P001-1435A-598
PCP URGENT CARE HOLDINGS
246 7515 JEFFERSON HWY
BATON ROUGE LA 70806

001955P001-1435A-598
RYAN PERCLE
ADDRESS INTENTIONALLY OMITTED

018788P002-1435A-598
PERRETS
WILLIAM POYNOT
2514 WILLIAMS BLVD
KENNER LA 70062

029701P001-1435A-598
PETER VERRET JUMP START TEAM CAMP AT HLB
#1 RESERVATION CT
GRAY LA 70359

021301P001-1435A-598
PETRA
1036 W AIRLINE HWY
LAPLACE LA 70068

023497P001-1435A-598
PHUONG T VO MD APMC
7521 WESTBANK EXPY STE E
MARRERO LA 70072

023500P001-1435A-598
PHYSICIAN PRACTICE PARTNERS
DEPT 3718
PO BOX 123718
DALLAS TX 75312

028801P002-1435A-598
BEVERLY PIERCE
ADDRESS INTENTIONALLY OMITTED

000324P001-1435A-598
PINNACLE ELEVATOR LLC
2201 GREENWOOD ST
KENNER LA 70062

027017P001-1435A-598
DEANA PISCIOTTA
ADDRESS INTENTIONALLY OMITTED

017991P001-1435A-598
CHAD PITFIELD
ADDRESS INTENTIONALLY OMITTED

010001P001-1435A-598
PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

001988P002-1435A-598
PM MAINTENANCE INC
ANTHONY PASTERELLO
PO BOX 8926
MANDEVILLE LA 70470-2081

016152P001-1435A-598
POND SOLUTIONS, LLC
72129 HWY 1077
COVINGTON LA 70433

023527P001-1435A-598
POSITIVE LIVING TREATMENT CENT
3330 CANAL ST
NEW ORLEANS LA 70119

029571P001-1435A-598
KRISTEN POUEY
ADDRESS INTENTIONALLY OMITTED

029573P001-1435A-598
ANDREA PREGEANT
ADDRESS INTENTIONALLY OMITTED

029574P001-1435A-598
JULIE PRICE
ADDRESS INTENTIONALLY OMITTED

011802P001-1435A-598
WADE PRICE
ADDRESS INTENTIONALLY OMITTED

023544P001-1435A-598
PRIMARY CARE PLUS NAPOLEON
PO BOX 207141
DALLAS TX 75320

029575P001-1435A-598
TIMOTHY PRIMES
ADDRESS INTENTIONALLY OMITTED

030425P002-1435A-598
PROFESSIONAL MUSIC SVCS INC
307 SOUTH ALEXANDER ST
NEW ORLEANS LA 70119

019961P001-1435A-598
PROS PEST CONTROL SVC INC
147 EDEN ISLES BLVD
SLIDELL LA 70458

029703P001-1435A-598
QUEST DIAGNOSTICS
PO BOX 822546
PHILADELPHIA PA 19182

023581P001-1435A-598
R A S L DBA ACCESS RADIOLOGY
PO BOX 919112
DALLAS TX 75391

023582P001-1435A-598
R WILLIAM JUNIUS III MD LLC
PO BOX 9795
BELFAST ME 04915

028854P001-1435A-598
PATRICIA RAGUSA
ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 t Affidav21 0
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 210 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012333P002-1435A-598<br>RED STICK SPORTS<br>BRIAN REDMAN<br>5770 ESSEN LN<br>BATON ROUGE LA 70809 | 002039P001-1435A-598<br>JESSE REEKS<br>ADDRESS INTENTIONALLY OMITTED | 002041P001-1435A-598<br>REGIONAL RADIOLOGY LLC<br>PO BOX 2189<br>CHALMETTE LA 70044-2189 | 023617P001-1435A-598<br>REHAB DYNAMICS LLC<br>476 FALCONER DR<br>COVINGTON LA 70433 |
| 029705P001-1435A-598<br>RELIASTAR LIFE INS CO<br>3702 PAYSPHERE CIR<br>CHICAGO IL 60674 | 021360P001-1435A-598<br>RELIASTAR LIFE INSURANCE CO OF NEW YORK<br>3702 PAYSPHERE CIR<br>CHICAGO IL 60674-0037 | 023622P001-1435A-598<br>RESILIENCE PSYCHOTHERAPY PLLC<br>3427 WASHINGTON AVE<br>GULFPORT MS 39507 | 019975P001-1435A-598<br>REVEREND PATRICK B WATTIGNY<br>ADDRESS INTENTIONALLY OMITTED |
| 029831P002-1435A-598<br>RHUMBLINE ADVISERS LIMITED PARTNERSHIP<br>MARYALICE MCCLANAHAN<br>265 FRANKLIN ST 21ST FLOOR<br>BOSTON MA 02110 | 021841P001-1435A-598<br>GERALD RICH<br>ADDRESS INTENTIONALLY OMITTED | 002253P001-1435A-598<br>RICOH USA INC<br>PO BOX 660342<br>DALLAS TX 75266-0342 | 002263P001-1435A-598<br>ELIZABETH RIZZO<br>ADDRESS INTENTIONALLY OMITTED |
| 002276P001-1435A-598<br>SUSAN RODRIGUEZ<br>ADDRESS INTENTIONALLY OMITTED | 013950P001-1435A-598<br>ROLLAND<br>PO BOX 671334<br>DALLAS TX 75267 | 002282P001-1435A-598<br>ROMAGUERA PHOTOGRAPHY<br>2319 METAIRIE RD<br>METAIRIE LA 70001 | 029577P001-1435A-598<br>STEVEN ROQUES<br>ADDRESS INTENTIONALLY OMITTED |
| 029578P001-1435A-598<br>JEFF ROSBURY<br>ADDRESS INTENTIONALLY OMITTED | 011400P001-1435A-598<br>JEFF ROTH<br>ADDRESS INTENTIONALLY OMITTED | 016223P003-1435A-598<br>ROTOLO CONSULTANTS INC<br>BRIAN ROTOLO<br>38001 BROWNSVILLAGE RD<br>SLIDELL LA 70460 | 029834P003-1435A-598<br>SAFETY NATIONAL CASUALTY CORP<br>MARSHALL C TURNER<br>190 CARONDELET PLAZA SUITE 600<br>ST. LOUIS MO 63105 |
| 029579P001-1435A-598<br>RANDY SALADINO<br>ADDRESS INTENTIONALLY OMITTED | 009454P001-1435A-598<br>SAM'S CLUB<br>PO BOX 530981<br>ATLANTA GA 30353-0981 | 002316P001-1435A-598<br>FRANK SAMPERE<br>ADDRESS INTENTIONALLY OMITTED | 029580P001-1435A-598<br>ALEXIS SANCHEZ<br>ADDRESS INTENTIONALLY OMITTED |
| 029581P001-1435A-598<br>MICHAEL SANCHO<br>ADDRESS INTENTIONALLY OMITTED | 023665P001-1435A-598<br>SANOVA DERMATOLOGY<br>PO BOX 679419<br>DALLAS TX 75267 | 029582P002-1435A-598<br>MAUREEN SCHEUERMANN<br>ADDRESS INTENTIONALLY OMITTED | 029583P001-1435A-598<br>SR KATHLEEN SCHIPANI<br>MARY IMMACULATE COVENANT<br>ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4235-1 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 211 of 1525
US First Class Mail
Exhibit Pages

012356P001-1435A-598
SCHOLASTIC TESTING SERVICE, INC
4320 GREEN ASH DR
EARTH CITY MO 63045

030345P001-1435A-598
SCHONEKAS EVANS MCGOEY AND
MCEACHIN LLC
MCCLAIN SCHONEKAS
909 POYDRAS ST STE 1600
NEW ORLEANS LA 70001

022100P001-1435A-598
TERI SCHWARZ
ADDRESS INTENTIONALLY OMITTED

002362P001-1435A-598
SECURE SHREDDING AND RECYCLING
INFORMATION MANAGEMENT SOLUTIONS LLC
PO BOX 15465
BATON ROUGE LA 70895

023681P001-1435A-598
SELF
3708 NORWOOD DR
CHALMETTE LA 70043

029709P001-1435A-598
SERVICE GLASS CO
4316 EASTVIEW DR
NEW ORLEANS LA 70126

002368P002-1435A-598
SEWERAGE AND WATER BOARD OF NO
SYBIL BUXTON
625 ST JOSEPH ST
NEW ORLEANS LA 70165

021692P001-1435A-598
ALAN E SHEEN
ADDRESS INTENTIONALLY OMITTED

029081P001-1435A-598
MARGARET SHELTON
ADDRESS INTENTIONALLY OMITTED

018847P001-1435A-598
SHERWIN WILLIAMS CO
ACCOUNTS RECEIVABLE DEPT
4427 N I10 SERVICE RD W
METAIRIE LA 70002-6524

029711P001-1435A-598
SIGN GYPSIES NORTHSHORE LLC
110 MARINA BLVD
MANDEVILE LA 70471

029751P001-1435A-598
SIGULER GUFF AND CO LP
INVESTOR RELATIONS GROUP
200 PK AVE
TWENTY THIRD FL
NEW YORK NY 10166

021730P001-1435A-598
BRITTANY C SIMMONS
ADDRESS INTENTIONALLY OMITTED

023708P001-1435A-598
SLIDELL INTERNAL MEDICINE CLIN
STE 301 105 MEDICAL CENTER DR
SLIDELL LA 70461

029712P001-1435A-598
SLU-LANGUAGES AND CULTURE
SLU 10719
HAMMOND LA 70402

023713P001-1435A-598
SMH PHYSICIAN NETWORK
PO BOX 679500
DALLAS TX 75267

002414P001-1435A-598
SONITROL OF NEW ORLEANS INC
2217 RIDGELAKE DR
METAIRIE LA 70001

018106P001-1435A-598
WENDY SOSA
ADDRESS INTENTIONALLY OMITTED

029713P001-1435A-598
SOUTHEAST LOUISIANA DISTRICT LITERARY RALLY
SLU 10752
HAMMOND LA 70402

002422P002-1435A-598
SOUTHERN ELECTR0NICS SUPPLY INC
NICOLE DUPIERE
2301 JULIA ST
NEW ORLEANS LA 70119

002424P002-1435A-598
SOUTHERN LAWN AND CONSTRUCTION
BALLIVIERO*QUENTIN
106 ALFRED ST
BELLE CHASSE LA 70037

023730P001-1435A-598
SOUTHERN ORTHOPAEDIC SPECIALIS
PO BOX 26013
BELFAST ME 04915

029714P001-1435A-598
SOUTHERN ORTHOPAEDIC SPECIALIST
PO BOX 26013
BELFAST ME 04915

029715P001-1435A-598
SOUTHERN PAIN AND ANESTHESIA
1207 NORTH CAUSEWAY
METAIRIE LA 70001

023734P001-1435A-598
SOUTHERN RETINAL INSTITUTE
STE 160 2800 VETERANS BLVD
METAIRIE LA 70002

029716P001-1435A-598
SOUTHSHORE PHYSICIAM GROUP
3434 HOUMA BLVD STE 200
METAIRIE LA 70006

029138P001-1435A-598
MARK AND JOY SPANSEL
ADDRESS INTENTIONALLY OMITTED

002432P001-1435A-598
SPARKLIGHT
PO BOX 9001009
LOUISVILLE KY 40290-1009

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 212
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 212 of 1525
US First Class Mail
Exhibit Pages

030346P002-1435A-598
GOLDA SPIERS
308 CARROLLTON AVE
METAIRIE LA 70006

029717P001-1435A-598
SPIRITUAL HEALTH AT EMORY HEALTH CARE
550 PEACHTREE ST NE
ROOM 1303
ATLANTA GA 30308

014018P001-1435A-598
SPN FAIR
6500 KAWANEE AVE
METAIRIE LA 70003

002439P001-1435A-598
SPRING ARBOR DISTRIBUTORS
PO BOX 277616
ATLANTA GA 30384-7616

008129P001-1435A-598
STEPHANIE ST ANN
ADDRESS INTENTIONALLY OMITTED

002458P001-1435A-598
ST ANTHONY OF PADUA CHURCH
4640 CANAL ST
NEW ORLEANS LA 70119

029718P001-1435A-598
ST BERNARDS MEDICAL CTR
225 E WASHINGTON AVE
JONESBORO AR 72401

023753P001-1435A-598
ST CHARLES PARISH HOSPITAL
PO BOX 733312
DALLAS TX 75373

002481P002-1435A-598
ST CHARLES WELLNESS LLC
MONIQUE MATHERNE
1426 AMELIA ST
NEW ORLEANS LA 70115

029719P001-1435A-598
ST FRANCIS XAVIER CHURCH
MENS CLUB
444 METAIRIE RD
METAIRIE LA 70005

029587P001-1435A-598
DONALD ST GERMAIN
ADDRESS INTENTIONALLY OMITTED

023759P001-1435A-598
ST JAMES PARISH HOSPITAL
PO BOX 9618
BELFAST ME 04915

021502P001-1435A-598
ST JOHN PARISH SCHOOL BOARD
STEPHEN VALES
P O DRAWER AL
RESERVE LA 70084

029725P001-1435A-598
ST JOSEPHS CHURCH
1802 TULANE AVE
NEW ORLEANS LA 70112

029720P001-1435A-598
ST LUKES MEDICAL MANAGEMENT LL
PO BOX 23933
BALFAST ME 04915

029722P001-1435A-598
ST PAUL THE APOSTLE CHURCH
6828 CHEF MENTURE HWY
NEW ORLEANS LA 70126

029726P001-1435A-598
ST PIUS CATHOLIC SCHOOL
6600 SPANISH FORT
NEW ORLEANS LA 70124

002551P001-1435A-598
ST RITA CHURCH
2729 LOWERLINE ST
NEW ORLEANS LA 70125

029727P001-1435A-598
ST ROSALIE ELEMENTARY SCHOOL
617 2ND AVENUE
HARVEY LA 70058

020055P002-1435A-598
ST TAMMANY MAINTENANCE INC
DARRIN AUDIBERT
37460 HEMLOCK DR
PEARL RIVER LA 70452

023775P001-1435A-598
ST THOMAS COMMUNITY HEALTH CEN
1936 MAGAZINE ST
NEW ORLEANS LA 70130

021913P001-1435A-598
JOSEPH STAGNI
ADDRESS INTENTIONALLY OMITTED

029887P001-1435A-598
STAR SVC INC
ADAMS AND REESE LLP
701 POYDRAS STREET STE 4500
NEW ORLEANS LA 70139

023784P001-1435A-598
START COMMUNITY CLINIC
5975 FEDERAL 80 HWY
RAYVILLE LA 71269

022116P001-1435A-598
VICKI L STEEN
ADDRESS INTENTIONALLY OMITTED

029729P001-1435A-598
STRAWBERRY PATCH PEDS AND FAMI
1054 SW RAILROAD AVE
PONCHATOULA LA 70454

029730P001-1435A-598
SUMMERS NEUROSURGETY LLC
15739 PROFESSIONLA PLZ
HAMMOND LA 70403

029588P001-1435A-598
CARLA SUMNER
ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:25 Exhibit A Page 213
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 213 of 1525
US First Class Mail
Exhibit Pages

023799P001-1435A-598
SUNRISE PEDIATRICS
3116 6TH ST STE 101
METAIRIE LA 70002

023801P001-1435A-598
SUPERIOR MEDICINE GROUP LLC
6621 WESTBANK EXPY
MARRERO LA 70072

023803P001-1435A-598
SUPERIOR REHABILITATION
6820 VETERANS BLVD STE A
METAIRIE LA 70003

021703P001-1435A-598
ANDREE SURCOUF
ADDRESS INTENTIONALLY OMITTED

002600P001-1435A-598
SWYFT CONNECT
PO BOX 620
MILIAN TN 38358

018903P003-1435A-598
SYNERGY BUILDING SOLUTIONS LLC
ANNETTE TORRES
3801 N CAUSEWAY STE 302
METAIRIE LA 70002

029731P001-1435A-598
SYNERGY PHYSICAL THERAPY AND PER
1827 HICKORY AVE STE B
HARRAHAN LA 70123

022012P002-1435A-598
NISHA TALWAR
ADDRESS INTENTIONALLY OMITTED

016373P002-1435A-598
TAMMANY SPORT SVCS LLC
BRIAN MURRAY
PO BOX 1364
MADISONVILLE LA 70447

029589P001-1435A-598
WARRWN TARLETON
ADDRESS INTENTIONALLY OMITTED

029732P001-1435A-598
TEANNIA WLLIAMS CORP
PO BOX 366218
HYDE PARK MA 02136

023821P001-1435A-598
TELADOC PHYSICIANS PA
DEPT 3297
PO BOX 123297
DALLAS TX 75312

002621P001-1435A-598
TERMINIX
PO BOX 8668
METAIRIE LA 70011

021590P001-1435A-598
THE SHERWIN WILLIAMS CO
1324 W AIRLINE HWY 9
LAPLACE LA 70068

023864P001-1435A-598
THERAPYDIA - MID CITY
STE 4 421 N CARROLLTON AVE
NEW ORLEANS LA 70119

012492P001-1435A-598
THIRD COAST SOCCER LLC
1886 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70471

023871P001-1435A-598
THOMAS P MELANCON MD LLC
PO BOX 9184
BELFAST ME 04915

029590P002-1435A-598
TERE THOMAS
ADDRESS INTENTIONALLY OMITTED

012494P002-1435A-598
THOMPSON AUCTION SVC LLC
GERALD THOMPSON
2716 METAIRIE HEIGHTS AVE
METAIRIE LA 70002

030349P001-1435A-598
THOMPSON AUCTIONS SVC LLC
GERALD J THOMPSON JR
2716 METAIRIE HEIGHTS AVE
METAIRIE LA 70002

002679P002-1435A-598
THYSSENKRUPP ELEVATOR CORP
LAW OFFICE OF D PARK SMITH
D PARK SMITH
250 CHERRY SPRINGS RD STE 200
HUNT TX 78024

027040P001-1435A-598
MELANIE TIBLIER
ADDRESS INTENTIONALLY OMITTED

000176P001-1435A-598
DEBORAH TOSKI
ADDRESS INTENTIONALLY OMITTED

029736P001-1435A-598
TOTAL HEALTH SOLUTIONS DBA OCH
PO BOX 54177
NEW ORLEANS LA 70154

021887P001-1435A-598
JENNIFER TRAUGHBER
ADDRESS INTENTIONALLY OMITTED

030357P002-1435A-598
TRIBUNE TELEVISION NEW ORLEANS INC
AKA WGNO
NEXSTAR INC
DIANE PARD
545 E JOHN CARPENTER FWY STE 700
IRVING TX 75062

002696P001-1435A-598
TRISH FOTI MUSIC
4964 FOLSE DR
METAIRIE LA 70006

023892P001-1435A-598
TRUCARE HOME HEALTH LLC
1904 STUBBS AVE STE B
MONROE LA 71201

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 - Affidavit Part 2 Page 214
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 214 of 1525
US First Class Mail
Exhibit Pages

029737P001-1435A-598
TULANE UNIV HOSP AND CLINIC
P O BOX 402872
ATLANTA GA 30384

029592P001-1435A-598
MATTHEW UNGER
ADDRESS INTENTIONALLY OMITTED

002722P001-1435A-598
UNITED WAY ACCOUNTS RECEIVABLE
2515 CANAL ST
NEW ORLEANS LA 70119

021630P001-1435A-598
UNIVERSITY LAB HIGH SCHOOL
45 DALRYMPLE DR
BATON ROUGE LA 70803

002723P001-1435A-598
UNIVERSITY OF DAYTON
INSTITUTE FOR PASTORAL INITIATIVES/VLCFF
300 COLLEGE PK
DAYTON OH 45469-7013

023923P001-1435A-598
UNIVERSITY PHYSICIANS
PO BOX 11407
BIRMINGHAM AL 35246

029740P001-1435A-598
URGENT CARE OF MORGAN CITY LLC
1216 N VICTOR II BLVD
STE 500
MORGAN CITY LA 70380

029741P001-1435A-598
UROLOGY ASSOCIATES OF LA LLC
1111 MED CTR
MARRERO LA 70072

029889P001-1435A-598
US BANK NA DBA US BANK EQUIPMENT FINANCE
1310 MADRID ST
MARSHALL MN 56258

021937P001-1435A-598
KIM VANGEFFEN
ADDRESS INTENTIONALLY OMITTED

029742P002-1435A-598
VARSITY SPIRIT FASHIONS
ACCOUNTS RECEIVABLE
PO BOX 751210
MEMPHIS TN 38175-1210

030555P002-1435A-598
VENTURE INVESTMENT ASSOCIATES ENERGY III LP
COOLEY LLP
ROBERT L EISENBACH III
3 EMBARCADERO CTR FL 20
SAN FRANCISCO CA 94111-4004

023950P001-1435A-598
VERUS HEALTHCARE LLC
PO BOX 825513
PHILADELPHIA PA 19182

029593P001-1435A-598
MATT VILLA
ADDRESS INTENTIONALLY OMITTED

029594P001-1435A-598
BARBARA VINCENT
ADDRESS INTENTIONALLY OMITTED

002778P001-1435A-598
VISUAL CHANGES INC
PO BOX 777
MANDEVILLE LA 70470-0777

023961P002-1435A-598
VITAL LINK A HOME CARE CO
EDWARD MAGEE
PO BOX 8832
METAIRIE LA 70011

011287P001-1435A-598
DONNA WALLACE
ADDRESS INTENTIONALLY OMITTED

029595P001-1435A-598
STEPHANIE WALLACE
ADDRESS INTENTIONALLY OMITTED

023969P001-1435A-598
WALTER H EVERSMEYER III MD APM
4315 HOUMA BLVD STE 303
METAIRIE LA 70006

029457P001-1435A-598
GERRI WALTERS
AKA GERALDINA WALTERS
6313 ASHER ST
METAIRIE LA 70003

029597P001-1435A-598
DEACON A DAVID WARRINER
ADDRESS INTENTIONALLY OMITTED

018963P002-1435A-598
WASTE CONNECTIONS BAYOU INC
PO BOX 679859
DALLAS TX 75267-9859

016492P001-1435A-598
WASTE MANAGEMENT
PO BOX 55558
BOSTON MA 02205-5558

030358P003-1435A-598
WASTE MANAGEMENT OF LOUISIANA LLC
AKA WM CORPORATE SERVICES INC
MARIA REYES
2625 W GRANDVIEW RD STE 150
PHOENIX AZ 85023

017295P001-1435A-598
WASTE MANAGEMENT OF NEW ORLEANS
PO BOX 55558
BOSTON MA 02205-5558

002799P001-1435A-598
WASTE MANAGEMENT OF ST TAMMANY
PO BOX 55558
BOSTON MA 02205-5558

002800P002-1435A-598
WASTE MANAGEMENT OF ST TAMMANY
PO BOX 55558
BOSTON MA 02205-5558

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 1 Aff 215
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 215 of 1525
US First Class Mail
Exhibit Pages

018965P001-1435A-598
WAYNE'S VENDING
5812 PLAUCHE CT
HARAHAN LA 70123

022031P001-1435A-598
PHILIP S WEISS
ADDRESS INTENTIONALLY OMITTED

014139P001-1435A-598
WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
PO BOX 650016
DALLAS TX 75265-0016

029745P001-1435A-598
WES-PET
2320 N CAUSEWAY BLVD
METAIRIE LA 70001

012873P002-1435A-598
JEFF WETEKAMM
ADDRESS INTENTIONALLY OMITTED

016503P001-1435A-598
WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293

018198P001-1435A-598
ROBERT WHITMAN
ADDRESS INTENTIONALLY OMITTED

021712P001-1435A-598
ASANDRIA WILLIAMS
ADDRESS INTENTIONALLY OMITTED

029599P001-1435A-598
PERCY WILLIAMS
ADDRESS INTENTIONALLY OMITTED

029600P001-1435A-598
PERCY WILLIAMS
ADDRESS INTENTIONALLY OMITTED

029601P001-1435A-598
WILLIAM WILLOUGHBY
ADDRESS INTENTIONALLY OMITTED

002843P002-1435A-598
WJS ENTERPRISES INC
SUSAN HEDRICK
759 HILL ST
JEFFERSON LA 70121

029747P001-1435A-598
WOMENS CARE FLORIDA
5002 W LEMON ST
TAMPA FL 33609

012796P001-1435A-598
ERIN WRIGHT
ADDRESS INTENTIONALLY OMITTED

029748P001-1435A-598
WRKN-FM
201 ST CHARLES AVE
STE 201
NEW ORLEANS LA 70170

010120P001-1435A-598
XEROX CORP
PO BOX 802555
CHICAGO IL 60680-2555

009339P002-1435A-598
YEAR ROUND HEATING AND A/C
NANCY A MCCLURE
680 E I-10 SERVICE RD
SLIDELL LA 70461

002862P001-1435A-598
TOMMY ZANCA
ADDRESS INTENTIONALLY OMITTED

021940P001-1435A-598
KIRAN ZAVERI
ADDRESS INTENTIONALLY OMITTED

000277P001-1435A-598
SUSAN ZERINGUE
ADDRESS INTENTIONALLY OMITTED

Records Printed :   692

EXHIBIT O

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:45 PDF Exh. 4 - Affidavit Page 217

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 217 of 1525
US First Class Mail
**Exhibit Page**

Page # : 1 of 1                                                                                09/08/2025 04:48:42 PM

027113P001-1435A-598
MARY AND WARREN DEEMER
VOORHIES LAW FIRM
JENNIFER RUST
1100 POYDRAS STREET STE 2810
NEW ORLEANS LA 70163

030545P001-1435A-598
DR DONALYN HASSENBOEHLER
KENNETH BORDES
2725 LAPEYROUSE ST
NEW ORLEANS LA 70119

030546P001-1435A-598
ESTATE OF MICHAEL B FRASER DECEASED
4202 APPLE TREE WOODS
SAN ANTONIO TX 78249

031259P003-1435A-598
KIM NOULLET RANDY NOULLET &
JAN NOULLET MORGANTI
LANDWEHR LAW FIRM LLC DARRYL T LANDWEHR
650 POYDRAS ST STE 835
NEW ORLEANS LA 70130

030375P002-1435A-598
CAROL LIRETTE
JEANPAUL A ESCUDIER
837 TOPAZ ST
NEW ORLEANS LA 70124

030350P002-1435A-598
JOSEPH MESSINA JR
BARON AND BUDD PC
JEREMIAH BOLING
3102 OAK LAWN AVE STE 1100
DALLAS TX 75219

031969P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

NAME AND ADDRESS INTENTIONALLY REDACTED

NAME AND ADDRESS INTENTIONALLY REDACTED

029902P002-1435A-598
MERLE NOULLET
DARRYL LANDWEHR
935 GRAVIER ST STE 835
NEW ORLEANS LA 70112

030543P002-1435A-598
RACHEL BATTISTELLA
WILLIAMS LITIGATION LLC
CHRISTOPHER L. WILLIAMS
639 LOYOLA AVE
STE 1850
NEW ORLEANS LA 70113

029993P001-1435A-598
VINCENT CAMINITA JR AND MISTY CAMINITA ON
BEHALF OF THEIR MINOR CHILD GINO CAMINITA
DARRYL LANDWEHR
935 GRAVIER ST STE 835
NEW ORLEANS LA 70112

Records Printed :    **13**

EXHIBIT P

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 15:40:07 PDF Exh 4 Affidavit 219
Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 15:40:07 Main Document Page 219
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 219 of 1525
US First Class Mail
**Exhibit Page**

08/26/2025 10:39:10 PM

000007P004-1435S-598
OFFICE OF THE US TRUSTEE
AMANDA B. GEORGE,TRIAL ATTORNEY
600 S MAESTRI PLACE STE 840-T
NEW ORLEANS LA 70130

000063P001-1435S-598
OFFICE OF THE US TRUSTEE
MARY LANGSTON, ASST US TRUSTEE
400 POYDRAS ST.,STE 2110
NEW ORLEANS LA 70130

Records Printed :  **2**

EXHIBIT Q

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:75 in PDF Exhibit A Page 221
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 221 of 1525
US First Class Mail
Exhibit Pages

030542P001-1435A-598
7887 WALMSLEY INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030365P002-1435A-598
ALL SAINTS ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYRDRAS ST STE 2500
NEW ORLEANS LA 70130

027146P001-1435A-598
KATHLEEN ALONSO
ADDRESS INTENTIONALLY OMITTED

000440P001-1435A-598
JENNIFER ANDERSON
ADDRESS INTENTIONALLY OMITTED

030366P001-1435A-598
ANNUNCIATION INN INC
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030367P002-1435A-598
ANNUNCIATION OF THE BLESSED VIRGIN MARY
ROMAN CATHOLIC CHURCH BOGALUSA LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030544P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INDEMNITY INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030368P001-1435A-598
ASCENSION OF OUR LORD ROMAN CATHOLIC
CHURCH LAPLACE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030369P001-1435A-598
ASPIRING SCHOLARS
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030370P001-1435A-598
ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH
AVONDALE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030371P001-1435A-598
ASSUMPTION OF THE BLESSED VIRGIN MARY
ROMAN CATHOLIC CHURCH BRAITHWAITE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

027220P001-1435A-598
TRACI BARRIENTOS
ADDRESS INTENTIONALLY OMITTED

030372P002-1435A-598
BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030373P001-1435A-598
BLESSED SACRAMENT  ST JOAN OF ARC ROMAN
CATHOLIC CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030514P002-1435A-598
BLESSED SACRAMENT INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030374P001-1435A-598
BLESSED TRINITY ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

027306P001-1435A-598
DEBORAH BONNET
ADDRESS INTENTIONALLY OMITTED

002198P003-1435A-598
PAUL CALAMARI
EVAN HOWELL III
ADDRESS INTENTIONALLY OMITTED

002198S001-1435A-598
PAUL CALAMARI
ADDRESS INTENTIONALLY OMITTED

030376P002-1435A-598
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030377P001-1435A-598
CATHOLIC CHARITIES CHILDREN'S
DAY CARE CENTERS
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030378P001-1435A-598
CATHOLIC CHARITIES GROUP HOMES
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030379P001-1435A-598
CATHOLIC COMMUNITY FOUNDATION
ARCHDIOCESE OF NEW ORLEANS
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

027504P001-1435A-598
MARIE CELINO
ADDRESS INTENTIONALLY OMITTED

030380P001-1435A-598
CHATEAU DE NOTRE DAME FACILITIES CORP
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030381P002-1435A-598
CHRIST THE KING ROMAN CATHOLIC CHURCH
GRETNA LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030382P001-1435A-598
CHRISTOPHER HOMES INC
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030383P001-1435A-598
CHRISTOPHER INN
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

Case 20-10846 Doc 4813-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Filed Page 222
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 222 of 1525
US First Class Mail
Exhibit Pages

030384P001-1435A-598
CLARION HERALD PUBLISHING CO
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030385P002-1435A-598
CORPUS CHRISTI EPIPHANY ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030386P002-1435A-598
DIVINE MERCY ROMAN CATHOLIC CHURCH
KENNER LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030353P002-1435A-598
DOMINICANS PROVINCE OF
ST ALBERT THE GREAT USA
AN ILLINOIS NOT FOR PROFIT CORPORATION
REGINA S WEDIG
PO BOX 185
AMITE LA 70422

030387P001-1435A-598
DUBOURG HOME
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

032021P001-1435A-598
EDGAR CHAUFFE
LANDRY & SWARR LLC
ATTN: MICKEY P. LANDRY, ESQ.
1100 POYDRAS ST
ENERGY CENTRE STE 2000
NEW ORLEANS LA 70163

030517P001-1435A-598
EPHANY INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

027949P001-1435A-598
DONNA GLUECK
ADDRESS INTENTIONALLY OMITTED

030388P001-1435A-598
GOOD SHEPHERD ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

026707P001-1435A-598
GRAYBAR ELECTRIC CO
COATS ROSE PC
BEN ADERHOLT
9 GREENWAY PLZ STE 1000
HOUSTON TX 77046

029890P002-1435A-598
GRAYBAR ELECTRIC CO INC
BEN ADERHOLT
9 GREENWAY PLAZA STE 1000
HOUSTON TX 77046

029890S001-1435A-598
GRAYBAR ELECTRIC CO INC
DALE JENSEN
4601 CAMBRIDGE
FORT WORTH TX 76155

030364P002-1435A-598
HANCOCK WHITNEY BANK
DAVID WAGUESPACK
PETER SEGRIST
1100 POYDRAS ST STE 3100
NEW ORLEANS LA 70163-1102

030364S001-1435A-598
HANCOCK WHITNEY BANK
ELIZABETH HEFLER
701 POYDRAS ST STE 3300
NEW ORLEANS LA 70139

019230P001-1435A-598
LISA HARTLINE
ADDRESS INTENTIONALLY OMITTED

030389P001-1435A-598
HOLY FAMILY ROMAN CATHOLIC CHURCH
FRANKLINTON LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030390P001-1435A-598
HOLY FAMILY ROMAN CATHOLIC CHURCH
LULING LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030391P001-1435A-598
HOLY NAME OF MARY ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030392P001-1435A-598
HOLY SPIRIT ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030393P001-1435A-598
HOLY TRINITY DRIVE LAND CORP
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030395P001-1435A-598
IMMACULATE CONCEPTION ROMAN CATHOLIC
CHURCH MARRERO LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030394P001-1435A-598
IMMACULATE CONCEPTION ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030516P001-1435A-598
IMMACULATE HEART OF MARY INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030515P001-1435A-598
INCARNATE WORD INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

028300P001-1435A-598
CAROL KOLWE
ADDRESS INTENTIONALLY OMITTED

030548P001-1435A-598
KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

028312P001-1435A-598
HAZEL KRATZER
ADDRESS INTENTIONALLY OMITTED

029894P002-1435A-598
KS STATEBANK/AMERICAN CAPITAL FINANCIAL SVCS
AS ASSIGNEE OF: AMERICAN CAPITAL FINANCIAL SV
LOTTIE YEAGER
1010 WESTLOOP PL
MANHATTAN KS 66502

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 223 of 1525
US First Class Mail
Exhibit Pages

029891P002-1435A-598
LA- DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 66658
BATON ROUGE LA 70896-6658

030348P002-1435A-598
JASON LAMB
70050 ARCHIE SINGLETARY RD
PEARL RIVER LA 70452

028390P001-1435A-598
PAM LEGER
ADDRESS INTENTIONALLY OMITTED

030549P002-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS
TOMMY SCREEN
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

030549S001-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS
REGINA WEDIG
PO BOX 185
AMITE LA 70422

001627P001-1435A-598
DENISE MALESIC
ADDRESS INTENTIONALLY OMITTED

030396P001-1435A-598
MARY QUEEN OF PEACE ROMAN CATHOLIC
CHURCH MANDEVILLE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST 2500
NEW ORLEANS LA 70130

030397P002-1435A-598
MARY QUEEN OF VIETNAM ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030398P001-1435A-598
MATER DOLOROSA ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

028532P001-1435A-598
SHARON MCCARTHY
ADDRESS INTENTIONALLY OMITTED

030399P001-1435A-598
METAIRIE III
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030400P001-1435A-598
METAIRIE MANOR
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030401P001-1435A-598
MONSIGNOR WYNHOVEN APARTMENTS INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030402P001-1435A-598
MOST HOLY NAME OF JESUS ROMAN CATHOLIC
CHURCH NEW ORLEANS LA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030403P001-1435A-598
MOST HOLY TRINITY ROMAN CATHOLIC CHURCH
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

001533P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003617P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024979P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

019111P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027500P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025965P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025965S001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025708P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

013211P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

004278P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003611P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

001480P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025473P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 000882P001-1435A-598 | 031704P001-1435A-598 | 031705P001-1435A-598 | 031708P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031713P002-1435A-598 | 031713S001-1435A-598 | 031715P001-1435A-598 | 031716P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031722P001-1435A-598 | 031724P001-1435A-598 | 031725P001-1435A-598 | 031737P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031739P001-1435A-598 | 031741P001-1435A-598 | 031741S001-1435A-598 | 031742P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031744P001-1435A-598 | 031744S001-1435A-598 | 031745P002-1435A-598 | 031746P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031751P002-1435A-598 | 031757P002-1435A-598 | 031759P001-1435A-598 | 031781P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031782P002-1435A-598 | 031785P001-1435A-598 | 031787P002-1435A-598 | 031790P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Proof of Service Exhibit A Page 225
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 225 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:05 PM

| | | | |
|---|---|---|---|
| 031958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002867P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004923P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:15 in PP Ex 4 Filed 226
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 226 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 227 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 16:07:54 PR Exh 4 Affidavit
of Service Regarding Solicitation Packages Page 228 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 8 of 97

08/27/2025 04:56:05 PM

| 017564P001-1435A-598 | 017685P002-1435A-598 | 018055P001-1435A-598 | 018139P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018201P001-1435A-598 | 018223P001-1435A-598 | 019091P001-1435A-598 | 019138P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019165P001-1435A-598 | 019370P001-1435A-598 | 019385P001-1435A-598 | 019450P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019459P001-1435A-598 | 020228P001-1435A-598 | 024150P001-1435A-598 | 024207P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024233P001-1435A-598 | 024274P001-1435A-598 | 024432P001-1435A-598 | 024794P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024926P001-1435A-598 | 024949P001-1435A-598 | 024962P001-1435A-598 | 025394P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025709P001-1435A-598 | 026800P001-1435A-598 | 026891P001-1435A-598 | 026899P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/12/25 Entered 09/12/25 14:00:45 Proof of Service Exhibit A Page 229
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 229 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026917P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 230
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 230 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027132P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027138P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027141P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4626-4 Filed 09/02/25 Entered 09/02/25 16:07:54 PD Exhibit 4 Page 231

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 231 of 1525
US First Class Mail
Exhibit Pages

Page # : 11 of 97                                                                08/27/2025 04:56:05 PM

| | | | |
|---|---|---|---|
| 027160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027161P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exhibit A Page 232
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 232 of 1525
US First Class Mail
Exhibit Pages

| 027188P001-1435A-598 | 027189P001-1435A-598 | 027190P001-1435A-598 | 027191P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027192P001-1435A-598 | 027193P002-1435A-598 | 027194P001-1435A-598 | 027195P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027196P001-1435A-598 | 027197P002-1435A-598 | 027198P001-1435A-598 | 027199P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027200P001-1435A-598 | 027201P001-1435A-598 | 027202P001-1435A-598 | 027203P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027204P001-1435A-598 | 027205P001-1435A-598 | 027206P001-1435A-598 | 027207P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027208P001-1435A-598 | 027209P001-1435A-598 | 027210P001-1435A-598 | 027211P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027212P001-1435A-598 | 027213P001-1435A-598 | 027214P001-1435A-598 | 027215P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/25/25 Entered 09/25/25 14:00:45 PP Ex 4 Part Aff Page 233
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 233 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027217P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027218P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027226P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027227P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027244P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

Solicitation Packages Page 234 of 1525

US First Class Mail

Exhibit Pages

08/27/2025 04:56:05 PM

| | | | |
|---|---|---|---|
| 027245P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027256P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027262P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exm 4 Affidavit 235
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 235 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027282P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027286P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027287P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 236 of 1525
US First Class Mail

**Exhibit Pages**

08/27/2025 04:56:05 PM

| | | | |
|---|---|---|---|
| 027301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027302P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027305P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027308P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027309P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027328P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-45 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 41 Page 237
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 237 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027334P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 238
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 238 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027358P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PP Exh 4 Affidavit 239

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 239 of 1525
US First Class Mail
Exhibit Pages

Page # : 19 of 97

08/27/2025 04:56:05 PM

| 027386P001-1435A-598 | 027387P001-1435A-598 | 027388P001-1435A-598 | 027389P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027390P001-1435A-598 | 027391P001-1435A-598 | 027392P001-1435A-598 | 027393P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027394P001-1435A-598 | 027395P001-1435A-598 | 027396P001-1435A-598 | 027397P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027398P001-1435A-598 | 027399P001-1435A-598 | 027400P001-1435A-598 | 027401P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027402P001-1435A-598 | 027403P001-1435A-598 | 027404P002-1435A-598 | 027405P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027406P001-1435A-598 | 027407P001-1435A-598 | 027408P002-1435A-598 | 027409P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027410P001-1435A-598 | 027411P001-1435A-598 | 027412P001-1435A-598 | 027413P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 t Affidavit 240
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 240 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027420P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027424P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027434P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027437P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:06:05 Main Document Page 241

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 241 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:05 PM

| | | | |
|---|---|---|---|
| 027442P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027454P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027458P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 242

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 242 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027478P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027491P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 243 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027501P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

of Service Regarding Solicitation Packages Page 244 of 1525

US First Class Mail

**Exhibit Pages**

08/27/2025  04:56:05 PM

| | | | |
|---|---|---|---|
| 027528P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027530P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027531P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027544P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027547P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027551P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027552P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 245

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 245 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:05 PM

| 027556P001-1435A-598 | 027557P001-1435A-598 | 027558P001-1435A-598 | 027559P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027560P001-1435A-598 | 027561P001-1435A-598 | 027562P001-1435A-598 | 027563P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027564P001-1435A-598 | 027565P001-1435A-598 | 027566P001-1435A-598 | 027567P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027568P001-1435A-598 | 027569P001-1435A-598 | 027570P001-1435A-598 | 027571P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027572P001-1435A-598 | 027573P001-1435A-598 | 027574P001-1435A-598 | 027575P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027576P001-1435A-598 | 027577P001-1435A-598 | 027578P001-1435A-598 | 027579P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027580P001-1435A-598 | 027581P001-1435A-598 | 027582P001-1435A-598 | 027583P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exh 4nt A Page 246
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 246 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027595P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027599P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027611P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 247
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
of Service Regarding Solicitation Packages Page 247 of 1525
Exhibit Pages

| | | | |
|---|---|---|---|
| 027612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027633P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027637P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-45 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Part Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 248 of 1525
US First Class Mail
Exhibit Pages

| 027641P001-1435A-598 | 027642P001-1435A-598 | 027643P001-1435A-598 | 027644P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027645P001-1435A-598 | 027646P001-1435A-598 | 027647P001-1435A-598 | 027648P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027649P001-1435A-598 | 027650P001-1435A-598 | 027651P001-1435A-598 | 027652P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027653P001-1435A-598 | 027654P001-1435A-598 | 027655P001-1435A-598 | 027656P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027657P001-1435A-598 | 027658P001-1435A-598 | 027659P001-1435A-598 | 027660P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027661P001-1435A-598 | 027662P001-1435A-598 | 027663P001-1435A-598 | 027664P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027665P001-1435A-598 | 027666P001-1435A-598 | 027667P001-1435A-598 | 027668P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 16:07:45 Proof of Ex 4 Affid Page 249
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 249 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027684P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 16:07:45 PD Ex 4 Affidavit 250
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 250 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 251

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 251 of 1525
US First Class Mail
Exhibit Pages

027726P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027727P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027728P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027729P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027730P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027731P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027732P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027733P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027734P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027735P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027736P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027737P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027738P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027739P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027740P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027741P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027742P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027743P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027744P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027745P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027746P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027747P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027748P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027749P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027750P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027751P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027752P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

027753P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDF Exhibit A Page 252
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 252 of 1525
US First Class Mail
Exhibit Pages

| 027754P001-1435A-598 | 027755P001-1435A-598 | 027756P001-1435A-598 | 027757P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027758P001-1435A-598 | 027759P002-1435A-598 | 027760P001-1435A-598 | 027761P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027762P001-1435A-598 | 027763P001-1435A-598 | 027764P001-1435A-598 | 027765P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027766P002-1435A-598 | 027767P001-1435A-598 | 027768P001-1435A-598 | 027769P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027770P001-1435A-598 | 027771P001-1435A-598 | 027772P001-1435A-598 | 027773P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027774P001-1435A-598 | 027775P001-1435A-598 | 027776P001-1435A-598 | 027777P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027778P001-1435A-598 | 027779P001-1435A-598 | 027780P001-1435A-598 | 027781P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex. 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 253 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027791P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027795P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027801P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit 4 Filed 254
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 254 of 1525
US First Class Mail
Exhibit Pages

| 027810P001-1435A-598 | 027811P001-1435A-598 | 027812P001-1435A-598 | 027813P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027814P002-1435A-598 | 027815P002-1435A-598 | 027816P001-1435A-598 | 027817P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027818P001-1435A-598 | 027819P001-1435A-598 | 027820P001-1435A-598 | 027821P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027822P001-1435A-598 | 027823P001-1435A-598 | 027824P001-1435A-598 | 027825P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027826P001-1435A-598 | 027827P001-1435A-598 | 027828P001-1435A-598 | 027829P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027830P001-1435A-598 | 027831P001-1435A-598 | 027832P001-1435A-598 | 027833P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027834P002-1435A-598 | 027835P001-1435A-598 | 027836P001-1435A-598 | 027837P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

of Service Regarding Solicitation Packages Page 255 of 1525

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 027838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027846P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027847P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027849P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| 027866P001-1435A-598 | 027867P002-1435A-598 | 027868P001-1435A-598 | 027869P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027870P001-1435A-598 | 027871P001-1435A-598 | 027872P001-1435A-598 | 027873P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027874P001-1435A-598 | 027875P001-1435A-598 | 027876P001-1435A-598 | 027877P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027878P001-1435A-598 | 027879P001-1435A-598 | 027880P001-1435A-598 | 027881P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027882P001-1435A-598 | 027883P001-1435A-598 | 027884P001-1435A-598 | 027885P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027886P001-1435A-598 | 027887P001-1435A-598 | 027888P002-1435A-598 | 027889P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027890P001-1435A-598 | 027891P001-1435A-598 | 027892P001-1435A-598 | 027893P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 in Affidavit 257

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 257 of 1525

US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 027894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027896P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027913P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/02/25 Entered 09/02/25 14:00:45 PR Exhibit A Page 258

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

of Service Regarding Solicitation Packages Page 258 of 1525

Page # : 38 of 97                                                                   08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 027922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027925P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027943P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027945P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027950P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:15 in PD Exh 4 Affidavit 259
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 259 of 1525
US First Class Mail
Exhibit Pages

| 027951P001-1435A-598 | 027952P001-1435A-598 | 027953P001-1435A-598 | 027954P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027955P002-1435A-598 | 027956P001-1435A-598 | 027957P001-1435A-598 | 027958P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027959P001-1435A-598 | 027960P002-1435A-598 | 027961P001-1435A-598 | 027962P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027963P001-1435A-598 | 027964P001-1435A-598 | 027965P001-1435A-598 | 027966P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027967P001-1435A-598 | 027968P001-1435A-598 | 027969P002-1435A-598 | 027970P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027971P001-1435A-598 | 027972P001-1435A-598 | 027973P001-1435A-598 | 027974P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027975P001-1435A-598 | 027976P001-1435A-598 | 027977P001-1435A-598 | 027978P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDF Exh 4 Affidavit Page 260

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 260 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 027979P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027980P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027993P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028005P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Pb Exm 4 Affidavit 261
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 261 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028018P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028027P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Filed 262
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 262 of 1525
US First Class Mail
Exhibit Pages

| 028035P001-1435A-598 | 028036P001-1435A-598 | 028037P001-1435A-598 | 028038P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028039P001-1435A-598 | 028040P001-1435A-598 | 028041P001-1435A-598 | 028042P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028043P001-1435A-598 | 028044P001-1435A-598 | 028045P001-1435A-598 | 028046P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028047P001-1435A-598 | 028048P001-1435A-598 | 028049P002-1435A-598 | 028050P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028051P001-1435A-598 | 028052P001-1435A-598 | 028053P001-1435A-598 | 028054P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028055P001-1435A-598 | 028056P001-1435A-598 | 028057P001-1435A-598 | 028058P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028059P002-1435A-598 | 028060P001-1435A-598 | 028061P001-1435A-598 | 028062P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit Page 263

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 263 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028074P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028083P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/02/25 Entered 09/02/25 16:07:45 in PDF Exhibit A Page 264
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 264 of 1525
US First Class Mail
Exhibit Pages

| 028091P001-1435A-598 | 028092P001-1435A-598 | 028093P001-1435A-598 | 028094P001-1435A-598 |
| --- | --- | --- | --- |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028095P001-1435A-598 | 028096P002-1435A-598 | 028097P001-1435A-598 | 028098P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028099P001-1435A-598 | 028100P001-1435A-598 | 028101P001-1435A-598 | 028102P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028103P001-1435A-598 | 028104P001-1435A-598 | 028105P001-1435A-598 | 028106P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028107P001-1435A-598 | 028108P002-1435A-598 | 028109P001-1435A-598 | 028110P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028111P001-1435A-598 | 028112P001-1435A-598 | 028113P001-1435A-598 | 028114P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028115P001-1435A-598 | 028116P001-1435A-598 | 028117P001-1435A-598 | 028118P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 t A Filer 265
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 265 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028129P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028132P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Page 266
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 266 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028150P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028159P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 267
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting of Packages Page 267 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028185P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 268 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028232P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exn 4t A Filed 269
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 269 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028259P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Ex 4 - Affidavit 270
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 270 of 1525
US First Class Mail
Exhibit Pages

| 028261P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028262P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028263P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028264P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
|---|---|---|---|
| 028265P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028266P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028267P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028268P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028269P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028270P003-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028271P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028272P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028273P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028274P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028275P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028276P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028277P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028278P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028279P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028280P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028281P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028282P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028283P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028284P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028285P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028286P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028287P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028288P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:60:75 in PD Ex  4 t A Page 271
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 271 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028290P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028291P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028305P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028307P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 272 of 1525
US First Class Mail
**Exhibit Pages**

Page # : 52 of 97

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/10/25 Entered 09/10/25 14:01:45 Exhibit A Page 273

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 273 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 028348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028368P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Exhibit 4 Affidavit Page 274

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 274 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028391P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028403P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PB Exh 4 Aff Page 275
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 275 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028405P001-1435A-598 | 028406P001-1435A-598 | 028407P001-1435A-598 | 028408P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028409P002-1435A-598 | 028410P002-1435A-598 | 028411P001-1435A-598 | 028412P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028413P001-1435A-598 | 028414P001-1435A-598 | 028415P001-1435A-598 | 028416P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028417P001-1435A-598 | 028418P001-1435A-598 | 028419P001-1435A-598 | 028420P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028421P002-1435A-598 | 028422P002-1435A-598 | 028423P001-1435A-598 | 028424P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028425P001-1435A-598 | 028426P001-1435A-598 | 028427P001-1435A-598 | 028428P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028429P001-1435A-598 | 028430P002-1435A-598 | 028431P001-1435A-598 | 028432P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Exh 4 Affidavit Page 276
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 276 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028441P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028444P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028456P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Page 277
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 277 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028474P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028483P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4626-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit Affidavit Page 278

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 278 of 1525
US First Class Mail

Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028494P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028495P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Exhibit Affidavit 279

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 279 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028521P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028531P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 Main Document Page 280
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 280 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028555P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028557P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4375-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in 4 Affidavit 281
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 281 of 1525
US First Class Mail
Exhibit Pages

| 028574P002-1435A-598 | 028575P001-1435A-598 | 028576P001-1435A-598 | 028577P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028578P001-1435A-598 | 028579P001-1435A-598 | 028580P001-1435A-598 | 028581P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028582P001-1435A-598 | 028583P001-1435A-598 | 028584P001-1435A-598 | 028585P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028586P001-1435A-598 | 028587P001-1435A-598 | 028588P001-1435A-598 | 028589P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028590P001-1435A-598 | 028591P002-1435A-598 | 028592P001-1435A-598 | 028593P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028594P001-1435A-598 | 028595P001-1435A-598 | 028596P001-1435A-598 | 028597P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028598P001-1435A-598 | 028599P001-1435A-598 | 028600P001-1435A-598 | 028601P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/10/25 Entered 09/10/25 14:00:15 Proof of Service Exh 4 Page i282
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 282 of 1525
US First Class Mail
Exhibit Pages

028602P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028603P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028604P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028605P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028606P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028607P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028608P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028609P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028610P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028611P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028612P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028613P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028614P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028615P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028616P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028617P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028618P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028619P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028620P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028621P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028622P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028623P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028624P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028625P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028626P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028627P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028628P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028629P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Exhibit A Filed 283

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 283 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028630P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028640P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028642P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028649P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028650P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 14:00:15 Main Document Page 284
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 284 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028658P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028659P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028660P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028661P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028662P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028663P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028664P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028665P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028666P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028667P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028668P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028669P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028670P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028671P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028672P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028673P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028674P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028675P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028676P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028677P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028678P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028679P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028681P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028682P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028683P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028684P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028685P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 028686P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Filer 285
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 285 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof in Exhibit 4 Page 286
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 286 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028716P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028718P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028738P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 287
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 287 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028743P001-1435A-598 | 028744P001-1435A-598 | 028745P001-1435A-598 | 028746P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028747P001-1435A-598 | 028748P001-1435A-598 | 028749P002-1435A-598 | 028750P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028751P001-1435A-598 | 028752P001-1435A-598 | 028753P001-1435A-598 | 028754P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028755P001-1435A-598 | 028756P001-1435A-598 | 028757P001-1435A-598 | 028758P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028759P001-1435A-598 | 028760P001-1435A-598 | 028761P001-1435A-598 | 028762P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028763P001-1435A-598 | 028764P002-1435A-598 | 028765P001-1435A-598 | 028766P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028767P002-1435A-598 | 028768P001-1435A-598 | 028769P001-1435A-598 | 028770P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 288
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 288 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 289 of 1525
US First Class Mail
Exhibit Pages

08/27/2025  04:56:06 PM

| | | | |
|---|---|---|---|
| 028799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028805P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028821P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028822P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 290
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 290 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| 028857P001-1435A-598 | 028858P001-1435A-598 | 028859P001-1435A-598 | 028860P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028861P001-1435A-598 | 028862P001-1435A-598 | 028863P002-1435A-598 | 028864P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028865P001-1435A-598 | 028866P001-1435A-598 | 028867P002-1435A-598 | 028868P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028869P001-1435A-598 | 028870P001-1435A-598 | 028871P001-1435A-598 | 028872P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028873P001-1435A-598 | 028874P001-1435A-598 | 028875P001-1435A-598 | 028876P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028877P001-1435A-598 | 028878P001-1435A-598 | 028879P001-1435A-598 | 028880P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028881P002-1435A-598 | 028882P001-1435A-598 | 028883P001-1435A-598 | 028884P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex. 4-1 Fl Page 292
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 292 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028889P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028898P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028908P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 293

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
of Service Regarding Solicitation Packages Page 293 of 1525
Exhibit Pages

08/27/2025 04:56:06 PM

028913P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028914P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028915P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028916P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028917P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028918P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028919P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028920P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028921P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028922P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028923P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028924P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028925P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028926P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028927P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028928P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028929P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028930P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028931P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028932P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028933P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028934P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028935P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028936P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028937P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028938P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028939P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

028940P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 294

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 294 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028946P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028966P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 295 of 1525
US First Class Mail

**Exhibit Pages**

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 028969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028986P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 296 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 028997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029013P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029020P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Affidavit 297
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 297 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029025P001-1435A-598 | 029026P001-1435A-598 | 029027P001-1435A-598 | 029028P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029029P001-1435A-598 | 029030P001-1435A-598 | 029031P001-1435A-598 | 029032P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029033P001-1435A-598 | 029034P002-1435A-598 | 029035P001-1435A-598 | 029036P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029037P001-1435A-598 | 029038P002-1435A-598 | 029039P001-1435A-598 | 029040P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029041P001-1435A-598 | 029042P001-1435A-598 | 029043P001-1435A-598 | 029044P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029045P001-1435A-598 | 029046P001-1435A-598 | 029047P001-1435A-598 | 029048P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029049P001-1435A-598 | 029050P001-1435A-598 | 029051P001-1435A-598 | 029052P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 298 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 029053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029060P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029071P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029073P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 4 t A Page 299
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 299 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029102P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Ex. 4 Page 300
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 300 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029119P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029135P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Exh 4 Filed 301
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 301 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029143P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029146P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029150P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029155P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 302
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 302 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029177P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029192P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 303 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029205P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029209P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029217P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Ar Filed 304
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 304 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029223P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029245P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029249P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-45 Filed 09/02/25 Entered 09/02/25 16:07:45 PD Exh 4 Affidavit 305
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 305 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029255P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029274P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029277P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PB Exh 4 n Affidavit 306
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 306 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029283P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029286P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex. 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 307 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029320P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029323P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029325P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029328P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDoc 4 Filed 308
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting to 25 Packages Page 308 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029339P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029340P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029342P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029351P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029362P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDFC Ex 4 Affidavit 309
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 309 of 1525
US First Class Mail
Exhibit Pages

| 029364P001-1435A-598 | 029365P001-1435A-598 | 029366P001-1435A-598 | 029367P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029368P001-1435A-598 | 029369P001-1435A-598 | 029370P001-1435A-598 | 029371P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029372P001-1435A-598 | 029373P003-1435A-598 | 029374P001-1435A-598 | 029375P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029376P001-1435A-598 | 029377P001-1435A-598 | 029378P001-1435A-598 | 029379P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029380P002-1435A-598 | 029381P001-1435A-598 | 029382P001-1435A-598 | 029383P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029384P001-1435A-598 | 029385P001-1435A-598 | 029386P001-1435A-598 | 029387P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029388P001-1435A-598 | 029389P001-1435A-598 | 029390P001-1435A-598 | 029391P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 029392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029396P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029417P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029419P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 311 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029421P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029425P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029433P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Ex 4 n Affidavit 312
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 312 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

| | | | |
|---|---|---|---|
| 029448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | 030404P001-1435A-598<br>NAZARETH II<br>DOUGLAS S DRAPER<br>HELLER DRAPER AND HORN LLC<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 |
| 030405P001-1435A-598<br>NAZARETH MANOR<br>DOUGLAS S DRAPER<br>HELLER DRAPER AND HORN LLC<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 028680P001-1435A-598<br>SUSAN NELSON<br>ADDRESS INTENTIONALLY OMITTED | 030539P001-1435A-598<br>NEW ORLEANS ARCHDIOCESAN CEMETERIES<br>DOUGLAS S DRAPER<br>HELLER DRAPER AND HORN LLC<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030406P001-1435A-598<br>NOTRE DAME HEALTH SYSTEM<br>DOUGLAS S DRAPER<br>650 POYDRAS ST SUITE 2500<br>NEW ORLEANS LA 70130 |
| 030407P001-1435A-598<br>NOTRE DAME SEMINARY<br>DOUGLAS S DRAPER<br>HELLER DRAPER AND HORN LLC<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030408P001-1435A-598<br>OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC<br>CHURCH METAIRIE LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030518P001-1435A-598<br>OUR LADY OF GOOD COUNSEL INC<br>HELLER DRAPER AND HORN LLC<br>DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030519P001-1435A-598<br>OUR LADY OF GOOD HARBOR INC<br>HELLER DRAPER AND HORN LLC<br>DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 |
| 030409P001-1435A-598<br>OUR LADY OF GRACE ROMAN CATHOLIC<br>CHURCH RESERVE LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030520P001-1435A-598<br>OUR LADY OF LOURDES NEW ORLEANS<br>LOUISIANA INC<br>HELLER DRAPER AND HORN LLC<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030410P001-1435A-598<br>OUR LADY OF LOURDES ROMAN CATHOLIC<br>CHURCH SLIDELL LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030411P001-1435A-598<br>OUR LADY OF LOURDES ROMAN CATHOLIC<br>CHURCH VIOLET LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 |
| 030412P001-1435A-598<br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC<br>CHURCH BELLE CHASSE LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030413P002-1435A-598<br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC<br>CHURCH KENNER LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 | 030414P001-1435A-598<br>OUR LADY OF PROMPT SUCCOR CHURCH ROMAN<br>CATHOLIC CHURCH CHALMETTE LOUISIANA<br>DOUGLAS S DRAPER<br>650 POYDRAS ST SUITE 2500<br>NEW ORLEANS LA 70130 | 030415P001-1435A-598<br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC<br>CHURCH WESTWEGO LOUISIANA<br>HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER<br>650 POYDRAS ST STE 2500<br>NEW ORLEANS LA 70130 |

Case 20-10846 Doc 4325-1 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Exhibit A Page 313
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 313 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

030416P001-1435A-598
OUR LADY OF THE ANGELS ROMAN CATHOLIC
CHURCH WAGGAMAN LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030417P001-1435A-598
OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC
CHURCH HAHNVILLE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030418P001-1435A-598
OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030419P002-1435A-598
OUR LADY OF THE ROSARY ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030530P001-1435A-598
OUR LADY OF THE SACRED HEART
NEW ORLEANS LOUISIANA INC
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030540P001-1435A-598
OUR LADY OF WISDOM FACILITY CORP
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030420P001-1435A-598
OUR LADY STAR OF THE SEA ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030421P001-1435A-598
PACE GREATER NEW ORLEANS
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030422P001-1435A-598
PADUA HOUSE
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

001955P001-1435A-598
RYAN PERCLE
ADDRESS INTENTIONALLY OMITTED

030424P001-1435A-598
PHILMAT INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

028801P002-1435A-598
BEVERLY PIERCE
ADDRESS INTENTIONALLY OMITTED

030426P001-1435A-598
PROJECT LAZARUS
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

028854P001-1435A-598
PATRICIA RAGUSA
ADDRESS INTENTIONALLY OMITTED

030427P001-1435A-598
RESURRECTION OF OUR LORD ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030550P001-1435A-598
ROMAN CATHOLIC CENTER OF JESUS THE LORD
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030428P001-1435A-598
ROUQUETTE III
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

029672P003-1435A-598
KING T ROWE
2301 FOURTH ST
NEW ORLEANS LA 70113

029672S001-1435A-598
KING T ROWE
OUR LADY OF GUADELOUPE CHURCH AND
INTERNATIONAL SHRINE OF ST JUDE
411 N RAMPART ST
NEW ORLEANS LA 70112

030429P001-1435A-598
SACRED HEART OF JESUS ROMAN CATHOLIC
CHURCH LACOMBE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030430P001-1435A-598
SACRED HEART OF JESUS ROMAN CATHOLIC
CHURCH NORCO LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030355P002-1435A-598
SALESIANS OF DON BOSCO
EASTERN PROVINCE IN THE US
AKA SALESIAN SOCIETY. INC
REGINA S WEDIG
PO BOX 185
AMITE LA 70422

030431P002-1435A-598
SCHOOL FOOD AND NUTRITION SVCS OF
NEW ORLEANS INC
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030432P001-1435A-598
SECOND HARVEST FOOD BANK OF GREATER
NEW ORLEANS AND ACADIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

029081P001-1435A-598
MARGARET SHELTON
ADDRESS INTENTIONALLY OMITTED

030356P001-1435A-598
SOUTHERN DOMINICAN PROVINCE USA
REGINA S WEDIG
PO BOX 185
AMITE LA 70422

029138P001-1435A-598
MARK AND JOY SPANSEL
ADDRESS INTENTIONALLY OMITTED

030433P001-1435A-598
ST AGNES LE THI THANH ROMAN CATHOLIC
CHURCH MARRERO LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

Case 20-10846 Doc 4363-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF in 4 Main Figure 814 of Service Regarding Solicitation Packages Page 314 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

030434P001-1435A-598
ST AGNES ROMAN CATHOLIC CHURCH
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030435P001-1435A-598
ST ANDREW THE APOSTLE ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030436P001-1435A-598
ST ANGELA MERICI ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030531P001-1435A-598
ST ANN NEW ORLEANS LOUISIANA INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030437P001-1435A-598
ST ANN ROMAN CATHOLIC CHURCH AND
SHRINE METAIRIE LOUISIANA
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030438P001-1435A-598
ST ANSELM ROMAN CATHOLIC CHURCH
MADISONVILLE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030439P001-1435A-598
ST ANTHONY ROMAN CATHOLIC CHURCH
GRETNA LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030440P001-1435A-598
ST ANTHONY OF BARATARIA ROMAN CATHOLIC
CHURCH LAFITTE LOUISIANA
HELLER DRAPER AND HORN LLC
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030441P001-1435A-598
ST ANTHONY OF PADUA ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030442P002-1435A-598
ST ANTHONY OF PADUA ROMAN CATHOLIC
CHURCH LULING LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030443P001-1435A-598
ST ANTHONYS GARDENS
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030444P001-1435A-598
ST AUGUSTINE ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030445P002-1435A-598
ST BENEDICT ROMAN CATHOLIC CHURCH
COVINGTON LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030446P001-1435A-598
ST BENILDE ROMAN CATHOLIC CHURCH
METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030447P001-1435A-598
ST BERNARD II
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030448P001-1435A-598
ST BERNARD III
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030449P001-1435A-598
ST BERNARD MANOR
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030450P001-1435A-598
ST BERNARD ROMAN CATHOLIC CHURCH
ST BERNARD LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030451P001-1435A-598
ST BONAVENTURE ROMAN CATHOLIC CHURCH
AVONDALE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030452P001-1435A-598
ST CATHERINE OF SIENA ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030453P001-1435A-598
ST CHARLES BORROMEO ROMAN CATHOLIC
CHURCH DESTREHAN LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030454P001-1435A-598
ST CHRISTOPHER ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030455P001-1435A-598
ST CLEMENT OF ROME ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030456P002-1435A-598
ST CLETUS ROMAN CATHOLIC CHURCH
GRETNA LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030457P001-1435A-598
ST DAVID ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030458P001-1435A-598
ST DOMINICS ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030459P001-1435A-598
ST EDWARD THE CONFESSOR ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030521P001-1435A-598
ST FRANCES XAVIER CABRINI INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 315
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 315 of 1525
US First Class Mail
Exhibit Pages

030522P002-1435A-598
ST FRANCIS DE SALLES INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030460P002-1435A-598
ST FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030461P002-1435A-598
ST FRANCIS XAVIER ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030462P001-1435A-598
ST GABRIEL ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030463P001-1435A-598
ST GENEVIEVE ROMAN CATHOLIC CHURCH
SLIDELL LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030464P002-1435A-598
ST GERTRUDE ROMAN CATHOLIC CHURCH
DES ALLEMANDS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030523P002-1435A-598
ST HENRYS INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030465P001-1435A-598
ST HUBERT ROMAN CATHOLIC CHURCH
GARYVILLE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030466P001-1435A-598
ST JAMES MAJOR ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030467P001-1435A-598
ST JANE DE CHANTAL ROMAN CATHOLIC CHURCH
ABITA SPRINGS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030468P001-1435A-598
ST JEROME ROMAN CATHOLIC CHURCH
KENNER LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030469P001-1435A-598
ST JOACHIM ROMAN CATHOLIC CHURCH
MARRERO LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030470P001-1435A-598
ST JOAN OF ARC ROMAN CATHOLIC CHURCH
LAPLACE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030471P001-1435A-598
ST JOHN BOSCO ROMAN CATHOLIC CHURCH
HARVEY LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030472P001-1435A-598
ST JOHN OF THE CROSS ROMAN CATHOLIC CHURCH
LACOMBE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030524P001-1435A-598
ST JOHN THE BAPTIST NEW ORLEANS
INC
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030473P001-1435A-598
ST JOHN THE BAPTIST ROMAN CATHOLIC
CHURCH PARADIS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

030474P001-1435A-598
ST JOHN THE BAPTIST ROMAN CATHOLIC CHURCH
EDGARD LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030475P001-1435A-598
ST JOHN THE BAPTIST ROMAN CATHOLIC CHURCH
FOLSOM LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030477P001-1435A-598
ST JOSEPH ROMAN CATHOLIC CHURCH
GRETNA LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030476P001-1435A-598
ST JOSEPH ROMAN CATHOLIC CHURCH
ALGIERS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030478P002-1435A-598
ST JOSEPH THE WORKER ROMAN CATHOLIC
CHURCH MARRERO LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030551P001-1435A-598
ST JUDE COMMUNITY CENTER INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030525P001-1435A-598
ST JULIAN EYMARD INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030479P002-1435A-598
ST KATHARINE DREXEL ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030526P001-1435A-598
ST LAWRENCE THE MARTYR INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030480P002-1435A-598
ST LOUIS KING OF FRANCE ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030541P001-1435A-598
ST LOUISE DE MARILLAC INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

Case 20-10846 Doc 4826 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 316
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 316 of 1525
US First Class Mail
Exhibit Pages

030481P002-1435A-598
ST LUKE THE EVANGELIST ROMAN CATHOLIC
CHURCH SLIDELL LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST 2500
NEW ORLEANS LA 70130

030482P002-1435A-598
ST MARGARET MARY ROMAN CATHOLIC CHURCH
SLIDELL LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030483P001-1435A-598
ST MARIA GORETTI ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

030484P003-1435A-598
ST MARK ROMAN CATHOLIC CHURCH AMA LOUISIANA
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030485P001-1435A-598
ST MARTHA ROMAN CATHOLIC CHURCH
HARVEY LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030486P003-1435A-598
ST MARTINS MANOR INC
DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030487P001-1435A-598
ST MARY MAGDALEN ROMAN CATHOLIC
CHURCH METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

030488P001-1435A-598
ST MARY OF THE ANGELS ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030489P001-1435A-598
ST MARYS ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030490P001-1435A-598
ST MATTHEW THE APOSTLE ROMAN CATHOLIC
CHURCH RIVER RIDGE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030527P001-1435A-598
ST MAURICE INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030491P001-1435A-598
ST MICHAEL SPECIAL SCHOOL
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030528P002-1435A-598
ST MONICA INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030492P001-1435A-598
ST PATRICKS ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030493P001-1435A-598
ST PATRICKS ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030494P001-1435A-598
ST PAUL THE APOSTLE ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030495P001-1435A-598
ST PETER CLAVER ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030496P001-1435A-598
ST PETER ROMAN CATHOLIC CHURCH
RESERVE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030497P001-1435A-598
ST PETERS ROMAN CATHOLIC CHURCH
COVINGTON LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030498P001-1435A-598
ST PHILIP NERI ROMAN CATHOLIC CHURCH
METAIRIE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030529P001-1435A-598
ST PHILIP THE APOSTLE INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030499P002-1435A-598
ST PIUS X ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030500P001-1435A-598
ST RAYMOND AND ST LEO THE GREAT ROMAN
CATHOLIC CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030535P001-1435A-598
ST RAYMONDS INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030501P001-1435A-598
ST RITA ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030502P001-1435A-598
ST RITA ROMAN CATHOLIC CHURCH
HARAHAN LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030503P001-1435A-598
ST ROSALIE ROMAN CATHOLIC CHURCH
HARVEY LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030536P001-1435A-598
ST ROSE OF LIMA INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

Case 20-10846 Doc 4313-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exh 4 Affdvt 317
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 317 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 04:56:06 PM

030552P001-1435A-598
ST TAMMANY CATHOLIC CEMETERY
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030504P001-1435A-598
ST TAMMANY MANOR
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030505P001-1435A-598
ST THERESA OF AVILA ROMAN CATHOLIC CHURCH
NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030537P001-1435A-598
ST THERESA OF THE CHILD JESUS INC
HELLER DRAPER AND HORN LLC
DOUGLAS DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030553P001-1435A-598
ST THERESE CATHOLIC ACADEMY
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030506P001-1435A-598
ST THOMAS ROMAN CATHOLIC CHURCH
POINTE A LA HACHE LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030507P001-1435A-598
STS PETER AND PAUL ROMAN CATHOLIC CHURCH
PEARL RIVER LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

002180P001-1435A-598
REV MSGR ANDREW TAORMINA
ADDRESS INTENTIONALLY OMITTED

030508P001-1435A-598
THE APARTMENTS AT MATER DOLOROSA
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030534P001-1435A-598
THE CONGREGATION OF SAINTS PETER AND
PAUL ROMAN CATHOLIC CHURCH
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030533P001-1435A-598
THE CONGREGATION OF ST CECELIA
ROMAN CATHOLIC CHURCH
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030532P001-1435A-598
THE CONGREGATION OF THE ANNUNCIATION
ROMAN CATHOLIC CHURCH
HELLER DRAPER AND HORN LL
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030509P001-1435A-598
THE MENTAL HEALTH ASSOCIATION DEV CORP
HELLER DRAPER AND HORN LLC
DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030554P001-1435A-598
THE SOCIETY FOR THE PROPAGATION OF THE FAITH
ARCHDIOCESE OF NEW ORLEANS
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030510P001-1435A-598
THE VISITATION OF OUR LADY ROMAN CATHOLIC
CHURCH MARRERO LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030511P002-1435A-598
TRANSFIGURATION OF THE LORD ROMAN CATHOLIC
CHURCH NEW ORLEANS LOUISIANA
HELLER DRAPER AND HORN LLC DOUGLAS S DRAPER
650 POYDRAS ST SUITE 2500
NEW ORLEANS LA 70130

030512P001-1435A-598
VILLA ADDITIONS
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

030513P001-1435A-598
VILLA ST MAURICE INC
DOUGLAS S DRAPER
HELLER DRAPER AND HORN LLC
650 POYDRAS ST STE 2500
NEW ORLEANS LA 70130

002788P002-1435A-598
WR TRANSPORT LLC
WALTER RICHARDSON
824 KATHY DR
GRETNA LA 70056

Records Printed :    2707

EXHIBIT R

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 Main Document Page 319
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 319 of 1525
US First Class Mail
Exhibit Pages

---

011831P001-1435A-598
1000 BULBS
2140 MERRITT DR
GARLAND TX 75041

011832P001-1435A-598
15 STREET FLYERS
49 KAREN DR
COVINGTON LA 70433

026538P001-1435A-598
1850 HOUSE MUSEUM
523 ST ANN ST #3318
NEW ORLEANS LA 70116

022150P001-1435A-598
1KEITH J CAPONE MD
6517 SPANISH FORT BLVD
NEW ORLEANS LA 70124

015306P001-1435A-598
1ST JUMP RENTALS, LLC
645 BEDICO PKWY
MADISONVILLE LA 70447

030979P002-1435A-598
1ST LAKE COMMERICAL PROPERTIES INC
MICHELE L'HOSTE
ADDRESS INTENTIONALLY OMITTED

026204P001-1435A-598
1STINPADLOCKSCOM LLC
SECTION E-1 3RD FLOOR
100 FACTORY ST
NASHUA NH 03060

013352P001-1435A-598
223436 PAINTERS STREET, LLC
EDWARD MAGRI
127 OAK MANOR LN
ST. ROSE LA 70087-3362

040824P001-1435A-598
2D DESIGN AND CONSTRUCTION
1303 NORMAN CIR
ARLINGTON TX 76014

013353P001-1435A-598
3 LITTLE ANGELS PROMOTIONALS
2136 OAK TREE DR
LAPLACE LA 70068

015308P002-1435A-598
3-D MOLECULAR DESIGNS
804 N MILWAUKEE ST STE 200
MILWAUKEE WI 53202-3619

030964P001-1435A-598
30/90 DEVELOPMENT LLC
SCOTT CULL
ADDRESS INTENTIONALLY OMITTED

015307P001-1435A-598
365 BASEBALL DEVELOPMENT
600 DEER CROSS CT EAST
MADISONVILLE LA 70447

041582P001-1435A-598
3M HEALTH INFORMATION SYSTEMS INC
LBX# 844394
PO BOX 844394
DALLAS TX 75284-3398

000343P001-1435A-598
4 ALL PROMOS
40 MAIN ST
CENTERBROOK CT 06409

011833P001-1435A-598
4 CUSTOM LOGO PROMOTIONS
PO BOX 288
ADVANCE NC 27006

000344P001-1435A-598
4 IMPRINT
25303 NETWORK PL
CHICAGO IL 60673-1253

040825P001-1435A-598
4 VOICE, LLC
1095 BROKEN SOUND PKWY NW STE 201
BOCA RATON FL 33487

022151P001-1435A-598
4 YOUR EYES LLC EYECARE 2020
1939 HICKORY AVE STE 101
HARAHAN LA 70123

015309P001-1435A-598
4H ST TAMMANY
1301 N FLORIDA ST
COVINGTON LA 70433

009139P001-1435A-598
4IMPRINT
101 COMMERCE ST
PO BOX 320
OSHKOSH WI 54901

026287P001-1435A-598
5 CS CLEANERS
100 S TYLER ST
COVINGTON LA 70433

019496P001-1435A-598
501 AUCTIONS GIVE SMART
999 OAKMONT PLZ DR
STE 150
WESTMONT IL 60559

016830P001-1435A-598
501 AUCTIONS, LLC
3122 W MARSHALL ST STE 102
RICHMOND VA 23230

031048P001-1435A-598
7887 WALMSLEY, INC
ARTEX RISK SOLUTIONS INC
140 KENNEDY DR STE 101
SOUTH BURLINGTON VT 05403-6717

000347P001-1435A-598
A 1 ELEVATOR SVC LLC
1500 MEHLE AVE
ARABI LA 70032

000348P001-1435A-598
A 1 ELEVATOR SVC LLC
31035 OLD TODD RD
LACOMBE LA 70445

000349P001-1435A-598
A 1 FIRE AND SAFETY INC
PO BOX 898
BREAUX BRIDGE LA 70517

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 320 of 1525
US First Class Mail
Exhibit Pages

000350P001-1435A-598
A 1 SVC INC
555 COOLIDGE ST
JEFFERSON LA 70121

009655P001-1435A-598
A AND A ENTERPRISES INC
84 23RD ST
KENNER LA 70062

013355P001-1435A-598
A AND A SIGNS
718 LABARRE RD
JEFFERSON LA 70121

015310P001-1435A-598
A AND B SPORTS
209 COVINGTON ST
PO BOX 955
MADISONVILLE LA 70447

018256P001-1435A-598
A AND D CARPET CLEANING
152 30TH STRERET
NEW ORLEANS LA 70124

009287P001-1435A-598
A AND G APPLIANCE RECOVERY
410 KENSINGTON BLVD
SLIDELL LA 70458

009410P001-1435A-598
A AND L SALES INC
PO BOX 74
BELLE CHASE LA 70037

016831P001-1435A-598
A AND L SALES, INC
BRANCH 00
PO BOX 74
BELLE CHASSE LA 70037

040826P001-1435A-598
A AND L SALES, INC
PO BOX 740353
BELLE CHASSE LA 70037

040827P001-1435A-598
A AND L SALES, INC
PO BOX 740608
BELLE CHASSE LA 70037

000346P001-1435A-598
A AND R APPLIANCE REPAIR INC
PO BOX 1210
MARRERO LA 70073

020597P001-1435A-598
A AND R FLOOR CENTER INC
278 HWY 3185
THIBODAUX LA 70301

019497P001-1435A-598
A B DEPENDABLE LOCK AND SAFE
74737 HWY 41
PEARL RIVER LA 70452

040828P001-1435A-598
A BED OF ROSES
2209 LAPLACO BLVD
STE A
HARVEY LA 70058

009452P001-1435A-598
A CUT ABOVE
PO BOX 481
METAIRIE LA 70004

018257P001-1435A-598
A LA CARTE FOODS PROPERTIES, LLC
278 IDEAL ST
BELLE ROSE LA 70341

020598P001-1435A-598
A MAISON DE FLEUR AND GIFT
112 AVE ST ROSE
ST ROSE LA 90087

022152P001-1435A-598
A MMED AMBULANCE INC
1800 MONROE ST
GRETNA LA 70053

018258P001-1435A-598
A MMED AMBULANCE SERVICE, INC
1800 MONROE
GRETNA LA 70053-3427

000351P001-1435A-598
A PERFECT CUT LLC
4000 NAPOLI DR
METAIRIE LA 70002

018259P001-1435A-598
A PLUS PRINTS
1109 N AL DAVIS RD
STE B
HARAHAN LA 70123

011834P001-1435A-598
A ROYAL COACH LIMOUSINE
22201MCH ST
STE A
MANDEVILLE LA 70471

040829P001-1435A-598
A T AND T
PO BOX 5076
CAROL STREAM IL 60197

040830P001-1435A-598
A T AND T MOBILITY
PO BOX 6416
CAROL STRAM IL 60197

009654P001-1435A-598
A TO Z FRAMING
2354 PRENTISS AVE
NEW ORLEANS LA 70122

026539P001-1435A-598
A TO Z PAPER CO
401-499 RICHARD ST
NEW ORLEANS LA 70130

000352P001-1435A-598
A TO Z SAFE LOCK AND KEY
PO BOX 1476
MANDEVILLE LA 70470

022154P001-1435A-598
A W DERMATOPATHOLOGY SVC
3715 PRYTANIA ST STE 306
NEW ORLEANS LA 70115

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 - Affidavit of Service Regarding Solicitation Packages Page 321 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 3 of 1204

08/27/2025 05:45:58 PM

011835P001-1435A-598
A WATER SVC
11309 BREEZE DR
TICKFAW LA 70466

013354P001-1435A-598
A WISH COME TRUE
2530 PEARL BUCK RD
BRISTOL PA 19007

020599P001-1435A-598
A WISH COME TRUE
2522 PEARL BUCK RD
BRISTOL PA 19007

011836P001-1435A-598
A+ LOCK AND SECURITY INC
PO BOX 2175
MANDEVILLE LA 70470-1476

009232P001-1435A-598
A+ PROMOTIONAL PRODUCTS
2504 HICKORY AVE
STE 1
METAIRIE LA 70003

016833P001-1435A-598
A-1 APPLIANCE AND ELECTRONICS
3708 LAPALCO BLVD
HARVEY LA 70058

015312P001-1435A-598
A-1 ELECTRICAL CONTRACTORS
2783 LAPALCO BLVD
HARVEY LA 70058

015314P001-1435A-598
A-1 GLASS
1247 COLLINS BLVD
COVINGTON LA 70433

000354P001-1435A-598
A-1 GLASS SVC INC
1247 COLLINS BLVD
PO BOX 1788
COVINGTON LA 70433

015315P001-1435A-598
A-1 HASNEY LOCK AND KEY
8329 W ST BERNARD AVE
CHALMETTE LA 70043

016834P001-1435A-598
A-1 MOBILE SHREDDING
3425 METAIRIE RD
METAIRIE LA 70001

009658P001-1435A-598
A-BEAR REFRIGERATION
5740 HEEBE ST
HARAHAN LA 70123

013389P001-1435A-598
A-LINE PARKING LOT STRIPING
17039 BEACON ST
PONCHATOULA LA 70454

011875P001-1435A-598
A-N-J SPORTS
1807 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70471

019542P001-1435A-598
A-RENTAL DEPOT
2315 GAUSE BLVD W
SLIDELL LA 70458

013357P001-1435A-598
A/C GUYS LLC
3004 ROOSEVELT BLVD
KENNER LA 70065

000353P001-1435A-598
A/C SUPPLY INC
PO BOX 54856
NEW ORLEANS LA 70154

013358P001-1435A-598
A1 ASPHALT PAVING AND REPAIR, INC
830 INDUSTRY RD
KENNER LA 70062

040831P001-1435A-598
A1 ELECTRICAL CONTRACTORS, INC
2783 LAPLACO BLVD
HARVEY LA 70058

015313P002-1435A-598
A1 FENCE AND PATIO, INC
70283 HIGHWAY 59
ABITA SPRINGS LA 70420-3172

011837P001-1435A-598
A1 GLASS SERVICES, INC
1247 COLLINS BLVD
COVINGTON LA 70433

015316P001-1435A-598
A1 JANITORIAL SUPPLY
3332 FOSTER AVE
STE 189
CHICAGO IL 60625

019498P001-1435A-598
A1 SVC INC
555 COOLIDGE ST
NEW ORLEANS LA 70121

000355P001-1435A-598
A2 HOSTING
PO BOX 2998
ANN ARBOR MI 48106

015317P001-1435A-598
AA ACTION LOCK AND SAFE
PO BOX 8773
MANDEVILLE LA 70470

016835P001-1435A-598
AA SCREENS AND GLASS INC
2511 LAFAYETTE ST STE B
GRETNA LA 70053

015319P001-1435A-598
AA-J'S PLUMBING AND ROOTER
19152 HODGES RD
FRANKLINTON LA 70438

009270P001-1435A-598
AAA
3445 N CAUSEWAY BLVD
METAIRIE LA 70002-3734

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Filed 8/22

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 322 of 1525
US First Class Mail
Exhibit Pages

016836P001-1435A-598
AAA AC SERVICES, INC
1322 24TH ST
STE B
KENNER LA 70062

040832P001-1435A-598
AAA CLEANING GENIES
137 EAST HEATHER DR
LULING LA 70070

015318P001-1435A-598
AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA GA 31193

020602P001-1435A-598
AAA COOPER TRANSPORTATION
P O BOX 6827
DOTHAN AL 36302-6827

009656P001-1435A-598
AAA SILK SCREENING AND SPORTING GOODS INC
1331 CARROLL ST
KENNER LA 70062

018260P001-1435A-598
AAA SILKSCREENING
1331 CARROLL ST
KENNER LA 70062

013359P001-1435A-598
AAA SILKSCREENING AND SPTGS INC
1331 CARROLL ST
KENNER LA 70062

020603P001-1435A-598
AARDVARK STUDIOS
2513 RD METAIRIE
METAIRIE LA 70001

016837P001-1435A-598
AARON FORET BAND, LLC
3821 GRILLETTA CT
MARRERO LA 70072

013360P001-1435A-598
AATF SOCIETE HONORAIRE DE FRANCAISE
302 N GRANITE ST
MARION IL 62959-2346

015320P001-1435A-598
AATSP
900 LADD RD
WALLED LAKE MI 48390

016838P001-1435A-598
AATSP-STORE
PO BOX 16548
JACKSON MS 48390

020600P001-1435A-598
ABA RENTALS
1221 WEST AIRLINE HWY
LAPLACE LA 70068

013361P001-1435A-598
ABATEMENT SOLUTIONS, LLC
1112 ENGINEERS RD
STE 51
BELLE CHASSE LA 70037

020604P001-1435A-598
ABBEY CHRISTIAN LIFE CENTER
75376 RIVER RD
SAINT BENEDICT LA 70457

020605P001-1435A-598
ABBEY YOUTH CAMP INC
77002 K C CAMP RD
COVINGTON LA 70435

026540P001-1435A-598
ABBEY YOUTH FEST
75376 RIVER RD
ST BENEDICT LA 70457

013362P001-1435A-598
ABBEY YOUTH FESTIVAL
SAINT JOSEPH ABBEY SEMINARY COLLEGE
75376 RIVER RD
ST. BENEDICT LA 70457

018261P001-1435A-598
ABBEY YOUTH FESTIVAL
PO BOX 515
ST. BENEDICT LA 70457

015321P001-1435A-598
ABBY RENEE ROUX MEDICAL TRUST
1578 ELDERBERRY LOUP
MANDEVILLE LA 70448

009657P001-1435A-598
ABBY YOUTH FESTIVAL
PO BOX 515
ST. BENEDICT LA 70457

020606P001-1435A-598
ABC DISTRIBUTING
P O BOX 619000
MIAMI FL 33261-9000

015322P001-1435A-598
ABC ENVIRONMENTAL SVC
PO BOX 878
MADISONVILLE LA 70447

022155P001-1435A-598
ABC HOME MEDICAL SUPPLY INC
1720 N GREENVILLE AVE
RICHARDSON TX 75081

009309P001-1435A-598
ABC123 LLC
4754 FALLWOOD DR
BATON ROUGE LA 70817

009142P001-1435A-598
ABCMOUSECOM
101 N BRAND BLVD STE 870
GLENDALE CA 91203-2662

020607P001-1435A-598
ABIDE MINISTRIES LLC
RITA WEST
110 NELLWOOD DR
PONCHATOULA LA 70454

015323P001-1435A-598
ABITA QUAIL FARM
23185 HWY 435
ABITA SPRINGS LA 70420

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 823
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 323 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009659P001-1435A-598<br>ABITA SPRINGS<br>PO BOX 867<br>METAIRIE LA 70004 | 026541P001-1435A-598<br>ABITA SPRINGS GOLF CLUB<br>73433 OLIVER ST<br>ABITA SPRINGS LA 70420 | 015324P001-1435A-598<br>ABITA SPRINGS WATER CO<br>ABITA SPRINGS WATER<br>6930 GREEN ST<br>PO BOX 1177<br>ABITA SPRINGS LA 70420 | 026290P002-1435A-598<br>ABLE TIRE SVC<br>PO BOX 2123<br>HARVEY LA 70059-2123 |
| 026291P001-1435A-598<br>ABOUT TO BOUNCE<br>S AL DAVIS RD<br>ELMWOOD LA 70123 | 029769P001-1435A-598<br>ABS OFFSHORE SPC<br>537 STEAMBOAT RD<br>GREENWICH CT 06830 | 029769S001-1435A-598<br>ABS OFFSHORE SPC<br>HANCOCK BANK<br>2600 CITIPLACE DR<br>BATON ROUGE LA 70808 | 029769S002-1435A-598<br>ABS OFFSHORE SPC<br>FUND EVALUATION GROUP LLC<br>NOLAN BEAN CFA CAIA<br>20 I EAST FIFTH ST STE 1600<br>CINCINNATI OH 45202 |
| 029769S003-1435A-598<br>ABS OFFSHORE SPC<br>HANCOCK BANK OF LOUISIANA<br>VIKKI HEBERT<br>PO BOX 4068<br>BATON ROUGE LA 70821 | 029769S004-1435A-598<br>ABS OFFSHORE SPC<br>HANCOCK BANK OF LOUISIANA<br>KAREN ZERINGUE<br>PO BOX 4068<br>BATON ROUGE LA 70821 | 015325P001-1435A-598<br>ABSOLUTE PRESSURE WASHING<br>1414 BELAIR BLVD<br>SLIDELL LA 70460 | 013363P001-1435A-598<br>ABSOLUTE ZERO OF NEW ORLEANS, LLC<br>1720 HOME AVE<br>METAIRIE LA 70001 |
| 020608P001-1435A-598<br>ABSOLUTELY CUSTOM<br>PO BOX 860<br>SPRING GROVE IL 60081 | 018262P001-1435A-598<br>ABSTRACT PRODUCTIONS<br>9270 SIEGEN LN<br>STE 902<br>BATON ROUGE LA 70809 | 016832P001-1435A-598<br>AC CROSS, INC<br>731 BONNABEL BLVD<br>METAIRIE LA 70005-2607 | 019499P001-1435A-598<br>AC LION CUP SOCCER<br>ASCENSION CHRISTIAN HIGH SCHOOL<br>14408 EA ACADEMY RD<br>GONZALES LA 70737 |
| 013356P001-1435A-598<br>AC SPECIALTIES, INC<br>PO BOX 55090<br>METAIRIE LA 70055-5090 | 009660P001-1435A-598<br>AC SUPPLY<br>PO BOX 1523<br>ST. CHARLES MO 63302 | 020609P001-1435A-598<br>ACADEMIC BOOK SVC INC<br>P O BOX 934064<br>ATLANTA GA 30353-0100 | 011839P001-1435A-598<br>ACADEMIC INDUSTRIES MATHTOOL<br>PO BOX 20607 CHEROKEE STATION<br>NEW YORK NY 10021-0071 |
| 020610P001-1435A-598<br>ACADEMIC SUPERSTORE<br>2101 E ST ELMO<br>STE 360<br>AUSTIN TX 78744 | 000356P001-1435A-598<br>ACADEMY OF CERTIFIED ARCHIVISTS<br>230 WASHINGTON AVE EXTENSION<br>STE 101<br>ALBANY NY 12203 | 011840P001-1435A-598<br>ACADEMY OF OUR LADY<br>5501 WESTBANK EXPWY<br>MARRERO LA 70072 | 026449P001-1435A-598<br>ACADEMY OF OUR LADY<br>5501 WESTBANK EXPY<br>MARRERO LA 70072 |
| 029772P001-1435A-598<br>ACADEMY OF OUR LADY | 013364P001-1435A-598<br>ACADEMY OF OUR LADY HIGH SCHOOL<br>5501 WESTBANK EXPWY<br>MARRERO LA 70072 | 020614P001-1435A-598<br>ACADEMY OF OUR LADY HIGH SCHOOL<br>DON LANDRY<br>5501 WESTBANK EXPWY<br>MARRERO LA 70072 | 000357P001-1435A-598<br>ACADEMY OF OUR LADY SCHOOL<br>5501 WESTBANK EXPWY<br>MARRERO LA 70072 |

Case 20-10846 Doc 4315-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in DD Exhibit A Page 324
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 324 of 1525
US First Class Mail
Exhibit Pages

020611P001-1435A-598
ACADEMY OF SACRED HEART
PO BOX 310
GRAND COUTEAU LA 70541

020615P001-1435A-598
ACADEMY OF SACRED HEART  NO
4521 ST CHARLES AVE
NEW ORLEANS LA 70115

015326P001-1435A-598
ACADEMY OF SACRED HEART GC
PO BOX 310
GRAND COUTEAU LA 70541

000358P001-1435A-598
ACADEMY OF THE SACRED HEART
4521 ST CHARLES AVE
NEW ORLEANS LA 70115

013365P001-1435A-598
ACADEMY OF THE SACRED HEART
ATHLETIC DIRECTOR
4521 ST CHARLES AVE
NEW ORLEANS LA 70115

019500P001-1435A-598
ACADEMY OF THE SACRED HEART
MIKE BARNES
4521 ST CHARLES AVE
NEW ORLEANS LA 70115

029773P001-1435A-598
ACADEMY REAL ESTATE LLC
WILLIAM R LEGIER
1100 POYDRAS ST
34TH FLOOR
NEW ORLEANS LA 70163

029773S001-1435A-598
ACADEMY REAL ESTATE LLC
COMMCARE CORP
MR JAMES W TUCKER
950 WEST CAUSEWAY APPROACH
MANDEVILLE LA 70471

029773S002-1435A-598
ACADEMY REAL ESTATE LLC
CARVER DARDEN
WILLIAM T FINN
1100 POYDRAS ST
STE 3100
NEW ORLEANS LA 70163

029773S003-1435A-598
ACADEMY REAL ESTATE LLC
IBERIA BANK
WILL HALES SENIOR VICE PRESIDENT
601 POYDRAS ST
STE 2075
NEW ORLEANA LA 70130

026292P001-1435A-598
ACADEMY SPORTS
1800 N MASON RD
KATY TX 77449

016839P001-1435A-598
ACADEMY SPORTS AND OUTDOORS
#50 WESTSIDE NORTH
GRETNA LA 70053

034569S001-1435A-598
ACADIA PARISH SHERIFF'S OFC
BRAD WARE
PO BOX 289
CROWLEY LA 70527-0289

035269S001-1435A-598
ACADIA PARISH SHERIFF'S OFC
MAXINE TRAHAN
PO BOX 289
CROWLEY LA 70527-0289

036167S001-1435A-598
ACADIA PARISH SHERIFF'S OFC
TIMOTHY LELEUX
PO BOX 289
CROWLEY LA 70527-0289

022156P001-1435A-598
ACADIA WOMEN'S HEALTH
527 ODD FELLOWS RD STE B
CROWLEY LA 70526

011841P001-1435A-598
ACADIAN AMBULANCE SVC
PO BOX 98000
LAFAYETTE LA 70509-8000

022158P001-1435A-598
ACADIAN AMBULANCE SVC
130 E KALISTE SALOOM RD PO BOX 92970
LAFAYETTE LA 70509

022157P001-1435A-598
ACADIAN AMBULANCE SVC IN
PO BOX 92970
LAFAYETTE LA 70509

022159P001-1435A-598
ACADIAN AMBULANCE SVC OF NEW O
130 E KALISTE SALOOM RD PO BOX 92970
LAFAYETTE LA 70509

022160P001-1435A-598
ACADIAN AMBULANCE SVC OF TEXAS
PO BOX 92970
LAFAYETTE LA 70509

022161P001-1435A-598
ACADIAN CARE LLC
113 CHRISTIAN LN
SLIDELL LA 70458

022162P001-1435A-598
ACADIAN EAR NOSE THROAT FACIA
1000 W PINHOOK RD STE 201
LAFAYETTE LA 70503

015327P001-1435A-598
ACADIAN MAINTENANCE AND LANDSCAPING
PO BOX 268
PONCHATOULA LA 70454

041583P001-1435A-598
ACADIAN TOTAL SECURITY MOBILE
PO BOX 734760
DALLAS TX 75373

026542P001-1435A-598
ACADIAN TREE SVC
112 CASTLE DR
SLIDELL LA 70458

022163P002-1435A-598
ACADIANA ACUTE CARE ASSOC LLC
204 BILINGS ST STE 120
ARLINGTON TX 76010-2495

000360P001-1435A-598
ACADIANA CATHOLIC
1408 CARMEL AVE
LAFAYETTE LA 70501

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in Exhibit A Page 325
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 325 of 1525
US First Class Mail
Exhibit Pages

022164P001-1435A-598
ACADIANA FAMILY MEDICAL ASSOCI
717 CURTIS DR
RAYNE LA 70578

022165P001-1435A-598
ACADIANA FAMILY PHYSICIANS
427 HEYMANN BLVD
LAFAYETTE LA 70503

022166P001-1435A-598
ACADIANA GASTROENTEROLOGY ASSO
439 HEYMANN BLVD
LAFAYETTE LA 70503

011842P001-1435A-598
ACADIANA HIGH SCHOOL
315 RUE BELIER DR
LAFAYETTE LA 70506

018263P001-1435A-598
ACADIANA HIGH SCHOOL
315 RUE DU BELIER
LAFAYETTE LA 70506

022167P002-1435A-598
ACADIANA MEDICAL PSYCHOLOGICAL
PO BOX 80853
LAFAYETTE LA 70598-0853

022168P001-1435A-598
ACADIANA OTOLARYNGOLOGY HEAD A
515 S COLLEGE RD STE 255
LAFAYETTE LA 70503

015328P001-1435A-598
ACADIANA TROPHIES
1601 MOSS ST
LAFAYETTE LA 70501

022170P001-1435A-598
ACADIANA WOMENS HEALTH GROUP A
PKWY 4640 AMBASSADOR CAFFERY
LAFAYETTE LA 70508

011843P001-1435A-598
ACCARDO BROTHERS LANDSCAPE
79308 HIGHWAY 21
BUSH LA 70431

000361P001-1435A-598
ACCARDO ENDODONTICS LLC
605 N CARROLLTON AVE
NEW ORLEANS LA 70119

022171P001-1435A-598
ACCELERATED HAND SOLUTIONS LL
7047 HWY 190 E SVC RD
COVINGTON LA 70433

029606P001-1435A-598
ACCELERATED HAND SOLUTIONS LLC
7047 HWY 190 E SVC RD
COVINGTON LA 70433

020612P001-1435A-598
ACCENT SCHOOL SUPPLIES
PO BOX 2599
COVINGTON GA 30015

009662P001-1435A-598
ACCESS PREGNANCY AND REFERRAL CENTERS
1510 VETERANS BLVD
METAIRIE LA 70005

000362P001-1435A-598
ACCESS RADIOLOGY
PO BOX 919112
DALLAS TX 75391

022173P001-1435A-598
ACCESS RESPIRATORY HOMECARE
BLVD 4031 VETERANS MEMORIAL
METAIRIE LA 70002

000363P001-1435A-598
ACCESSIBLE CONSTRUCTION LLC
3165 DRUSILLA LN
BATON ROUGE LA 70809

026205P001-1435A-598
ACCO BRANDS DIRECT
ACCO BRANDS LLC
101 ONEIL RD
SIDNEY NY 13838

009663P001-1435A-598
ACCO BRANDS USA LLC DBA GBC
PO BOX 203412
DALLAS TX 75320-3412

022174P001-1435A-598
ACCU REFERENCE MEDICAL LAB
1901 E LINDEN AVE UNIT 4
LINDEN NJ 07036

020616P001-1435A-598
ACCUDATA INTEGRATED MARKETING
PO BOX 636011
CINCINNATI OH 45263-6011

013366P001-1435A-598
ACCURATE AUTO GLASS
1616 L & A RD
STE 103
METAIRIE LA 70001

015329P001-1435A-598
ACCURATE AUTO GLASS
1616 L&A RD
METAIRIE LA 70001

022175P001-1435A-598
ACCURATE EYE CARE LLC
446 CORPORATE DR
HOUMA LA 70360

026293P001-1435A-598
ACCURATE LEAK DETECTION LLC
5107 W NAPOLEON AVE
METAIRIE LA 70001

011844P001-1435A-598
ACCURATE LEARNING SYSTEM
688 WEST DANA ST
MOUNTAIN VIEW CA 94041

011845P001-1435A-598
ACCURATE PRINTING AND REPAIR INC
5000 W ESPLANADE AVE #193
METAIRIE LA 70006

Case 20-10846 Doc 4325-11 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit Ar Filed 326
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 326 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013367P001-1435A-598<br>ACDA<br>MEMBERSHIP<br>545 COUCH DR<br>OKLAHOMA CITY OK 73102-2207 | 018264P001-1435A-598<br>ACE FASTENERS, INC<br>140 HICKORY AVE<br>HARAHAN LA 70123 | 019501P001-1435A-598<br>ACE HARDWARE<br>1037 ROBERT BLVD<br>SLIDELL LA 70458 | 011846P001-1435A-598<br>ACE LOCK SVC<br>67535 HWY 41<br>PEARL RIVER LA 70452 |
| 022176P001-1435A-598<br>ACELIS CONNECTED HEALTH SERVIC<br>PO BOX 6359<br>CAROL STREAM IL 60197 | 009664P001-1435A-598<br>ACELLUS LEARNING SVC<br>3301 SOUTH STATE RTE 7<br>INDEPENDENCE MO 64057 | 009665P001-1435A-598<br>ACEM LOCK CO<br>PO BOX 850165<br>NEW ORLEANS LA 70185 | 019502P001-1435A-598<br>ACHARY ELECTRICAL CONTRACTORS LLC<br>PO BOX 6718<br>SLIDELL LA 70469 |
| 000364P002-1435A-598<br>ACHIEVE 3000<br>331 NEWMAN SPRINGS RD STE 304<br>RED BANK NJ 07701-5692 | 011838P001-1435A-598<br>ACHS, INC<br>1209 KEPLER ST<br>GRETNA LA 70053 | 013368P001-1435A-598<br>ACL/NJCL<br>860 NW WASHINGTON BLVD<br>STE A<br>HAMILTON OH 45013 | 013369P001-1435A-598<br>ACL/NJCL NATIONAL LATIN EXAM<br>UNIVERSITY OF MARY WASHINGTON<br>1301 COLLEGE AVE<br>FREDERICKSBURG VA 22401 |
| 018265P001-1435A-598<br>ACL/NJCL NATIONAL LATIN EXAM<br>UNIVERSITY OF MARY WASHINGTON<br>1301 COLLEGE AVE<br>FREDEREICKSBURG VA 22401 | 000365P001-1435A-598<br>ACME LOCK CO<br>265 JULES AVE<br>JEFFERSON LA 70121 | 000366P001-1435A-598<br>ACME LOCK CO<br>PO BOX 850165<br>NEW ORLEANS LA 70185 | 013370P001-1435A-598<br>ACME OYSTER HOUSE<br>110 VETERANS BLVD<br>STE 203A<br>METAIRIE LA 70005 |
| 011847P001-1435A-598<br>ACORN TRANSMISSION<br>59200 HIGHWAY 51<br>AMITE LA 70422 | 018266P001-1435A-598<br>ACOUSTICAL CEILING SUPPLY<br>4400 YORK ST<br>METAIRIE LA 70001 | 013371P001-1435A-598<br>ACP DIRECT<br>PO BOX 703168<br>DALLAS TX 75370 | 011848P001-1435A-598<br>ACQUISTAPACE'S<br>PO BOX 879<br>COVINGTON LA 70434 |
| 015330P001-1435A-598<br>ACQUISTAPACE'S COVINGTON SUPERMARKET<br>125 EAST 21ST AVE<br>COVINGTON LA 70433 | 000367P001-1435A-598<br>ACS PRIM CARE PHYS LA PC<br>PO BOX 740022<br>CINCINNATI OH 45274-0022 | 022177P001-1435A-598<br>ACS PRIMARY CARE PHYSICIANS LA<br>PO BOX 634703<br>CINCINNATI OH 45263 | 040834P001-1435A-598<br>ACS TECHNOLOGIES<br>PO BOX 202010<br>FLORENCE SC 29502-2010 |
| 040835P001-1435A-598<br>ACS TECHNOLOGIES<br>PO BOX 604243<br>CHARLOTTE SC 28260-4243 | 040836P001-1435A-598<br>ACSTECHNOLOGIES<br>180 DUNBARTON DR<br>FLORENCE SC 29501 | 000368P001-1435A-598<br>ACT ASPIRE LLC<br>PO BOX 4001<br>IOWA CITY IA 52243-4001 | 015331P001-1435A-598<br>ACT ASPIRE LLC<br>CITY CENTER SQUARE<br>1150 5TH ST<br>STE 270<br>CORALVILLE IA 52241 |

Case 20-10846 Doc 4825-4 Filed 09/10/25 Entered 09/10/25 14:00:75 in PDF Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 327 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000369P001-1435A-598<br>ACT FINANCE<br>PO BOX 4072<br>IOWA CITY IA 52243-4072 | 019503P001-1435A-598<br>ACT MASTERY<br>7117 FLORIDA BLVD<br>BATON ROUGE LA 70461 | 000370P001-1435A-598<br>ACT RESEARCH SVC (64)<br>500 ACT DR<br>P O BOX 168<br>IOWA CITY IA 52243-0168 | 020613P002-1435A-598<br>ACT TECHNOLOGIES<br>PO BOX 428<br>RESERVE LA 70084-0428 |
| 011849P001-1435A-598<br>ACT, INC<br>PO BOX 4072<br>IOWA CITY IA 52243-4072 | 018267P001-1435A-598<br>ACT, INC<br>500 ACT DR<br>PO BOX 4072<br>IOWA CITY IA 52243-4072 | 015332P001-1435A-598<br>ACTA PUBLICATIONS<br>4848 N CLARK ST<br>CHICAGO IL 60640 | 009190P001-1435A-598<br>ACTION CLEANING<br>141 ROBERT E LEE BLVD<br>STE 256<br>NEW ORLEANS LA 70124 |
| 022178P001-1435A-598<br>ACTION PHYSICAL THERAPY LA<br>107 S MILITARY RD<br>SLIDELL LA 70461 | 009666P002-1435A-598<br>ACTION PUBLISHING INC<br>ACCOUNTS RECEIVABLE<br>2880 US HIGHWAY 231 S<br>LAFAYETTE IN 47909-2874 | 016840P002-1435A-598<br>ACTION PUBLISHING, INC<br>2880 US HIGHWAY 231 S<br>LAFAYETTE IN 47909-2874 | 015333P001-1435A-598<br>ACTION SCREEN PRINTERS<br>13134 HIGHWAY 190<br>COVINGTON LA 70433 |
| 011850P001-1435A-598<br>ACTION SCREEN PRINTING<br>13134 HIGHWAY 190<br>COVINGTON LA 70433 | 015334P001-1435A-598<br>ACTIVE INTERNET TECHNOLOGIES, LLC<br>PO BOX 783838<br>PITTSBURGH PA 19178-3838 | 018268P001-1435A-598<br>AD GRAPHICS INC<br>413 COMMERCE PT<br>HARAHAN LA 70123 | 041584P001-1435A-598<br>ADAMS AND REESE LLP<br>DEPT 5208<br>PO BOX 2153<br>BIRMINGHAM AL 35287 |
| 020617P001-1435A-598<br>ADAMS BOOK CO<br>537 SACKETT ST<br>BROOKLYN NY 11217 | 034417S001-1435A-598<br>ADAMS COUNTY CORRECTIONAL CTR<br>PAULETTE BENEFIELD<br>PO BOX 850<br>WASHINGTON MS 39190-0850 | 034418S001-1435A-598<br>ADAMS COUNTY CORRECTIONAL CTR<br>JAN FREEMAN<br>PO BOX 850<br>WASHINGTON MS 39190-0850 | 034483S001-1435A-598<br>ADAMS COUNTY CORRECTIONAL CTR<br>STACY COOK<br>PO BOX 850<br>WASHINGTON MS 39190-0850 |
| 035442S001-1435A-598<br>ADAMS COUNTY CORRECTIONAL CTR<br>ASHLEY DILLON<br>PO BOX 850<br>WASHINGTON MS 39190-0850 | 036311S001-1435A-598<br>ADAMS COUNTY CORRECTIONAL CTR<br>WARREN MERRIETT<br>PO BOX 850<br>WASHINGTON MS 39190-0850 | 019504P001-1435A-598<br>ADAMS GOLF LTD<br>PO BOX 951897<br>DALLAS TX 75395-1897 | 016841P001-1435A-598<br>ADAMS ON LINE LLC<br>140 58TH ST NIT 6G<br>BROOKLYN NY 11220 |
| 022179P001-1435A-598<br>ADAPTIVE P O LLC<br>808 BELANGER ST<br>HOUMA LA 70360 | 022180P001-1435A-598<br>ADMIN OF EDUCATION FUND<br>PO BOX 54431<br>NEW ORLEANS LA 70154 | 022181P001-1435A-598<br>ADMIN OF TULANE EDUCATIONAL FU<br>PO BOX 54431<br>NEW ORLEANS LA 70154 | 013372P001-1435A-598<br>ADMINISTRATORSTULANE EDUC FUND<br>1430 TULANE AVE<br>BOX 8632<br>NEW ORLEANS LA 70112 |

Case 20-10846   Doc 4355-4   Filed 09/09/25   Entered 09/09/25 14:00:75 in PD in Art Affidavit
of Service Regarding Solicitation Packages Page 328 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

---

011851P001-1435A-598
ADMIRAL SECURITY SVC
1108 WEST 16TH AVE
COVINGTON LA 70433

020618P001-1435A-598
ADMIRAL SECURITY SVC INC
1010 COMMON ST
NEW ORLEANS LA 70112

011852P001-1435A-598
ADMIRAL SVC HOLDINGS LLC
1010 COMMON ST
STE 2970
NEW ORLEANS LA 70112

019505P001-1435A-598
ADMIT ONE PRODUCTS
15331 BARRANCA PKWY
IRVINE CA 92618

040837P001-1435A-598
ADOBE
345 PK AVE
SAN JOSE CA 95110

040838P001-1435A-598
ADOBE ACROBAT
PO BOX 2711
OMAHA NE 68103

009198P001-1435A-598
ADOBE SYSTEMS INC
15950 DALLAS PKWY STE 400
DALLAS TX 75248-6628

011853P001-1435A-598
ADOBE, INC
29322 NETWORK PL
CHICAGO IL 60673

020619P001-1435A-598
ADORAMA CAMERA INC
42 WEST 18TH ST
NEW YORK NY 10011

015335P001-1435A-598
ADP, INC
PO BOX 9001006
LOUISVILLE KY 40290-1006

016842P001-1435A-598
ADRIAN HAMERS, INC
2 MADISON AVE
LARCHMONT NY 10538

018269P001-1435A-598
ADRIAN HAMMERS CHURCH INTERIORS
2 MADISON AVE
LARCHMONT NY 10538

000376P001-1435A-598
ADRIAN S BAKERY
4710 PARIS AVE
NEW ORLEANS LA 70122

022182P001-1435A-598
ADRIANO RADMAN DC
2614 DAVID DR
METAIRIE LA 70003

029774P001-1435A-598
ADS SYSTEMS LLC
300 VETERANS MEMORIAL BLVD
KENNER LA 70062

015336P001-1435A-598
ADS SYSTEMS, LLC
30 VETERANS MEMORIAL BLVD
KENNER LA 70062

013373P001-1435A-598
ADS SYSTEMS, LLC INACTIVE
30 VETERANS BLVD
KENNER LA 70062

040839P001-1435A-598
ADT
PO BOX 371878
PITTSBURGH PA 15250

029775P001-1435A-598
ADT COMMERCIAL
3303 TULANE AVE
NEW ORLEANS LA 70119

040840P001-1435A-598
ADT COMMERCIAL
ATTN BILLING DEPT
3190 S VAUGHN WAY
AURORA CO 80014

040841P001-1435A-598
ADT COMMERCIAL
PO BOX 382109
PITTSBURGH PA 15251

040842P001-1435A-598
ADT COMMERCIAL
452 SABLE BLVD
STE G
AURORA CO 80011

000378P001-1435A-598
ADT COMMERCIAL LLC
PO BOX 530212
ATLANTA GA 30353-0212

009667P001-1435A-598
ADVANCE EDUCATION INC
PO BOX 933823
ATLANTA GA 31193-3823

011854P001-1435A-598
ADVANCE EDUCATION INC
SACS CASI
PO BOX 933823
ATLANTA GA 31193-3823

019506P001-1435A-598
ADVANCE EDUCATION INC
9115 WESTSIDE PKWY
ALPHARETTA GA 30009

015337P001-1435A-598
ADVANCE FIRE PROTECTION, INC
PO BOX 30
WAVELAND MS 39576-0030

000379P001-1435A-598
ADVANCE LOCK CO
3133 D EDENBORN AVE
METAIRIE LA 70002

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDF Exhibit A Page 329
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 329 of 1525
US First Class Mail
Exhibit Pages

040843P001-1435A-598
ADVANCE LOCK CO
3133 EDENBORN AVE
#D
METAIRIE LA 70002

009377P001-1435A-598
ADVANCED
9115 WESTSIDE PKWY
ALPHARETTA GA 30009

009668P001-1435A-598
ADVANCED
PO BOX 933823
ATLANTA GA 31193-3823

020620P001-1435A-598
ADVANCED
RAY POPLUS DIRECTOR
LSU COLLEGE OF ED PEABODY
101 FREY
BATON ROUGE LA 70803

018270P001-1435A-598
ADVANCED AUDIO AND VIDEO
4905 ARGONNE ST
METAIRIE LA 70001

019507P001-1435A-598
ADVANCED COMMUNICATIONS
2773 LEECHBURG RD
LOWER BURRELL PA 15068

022184P001-1435A-598
ADVANCED DIABETES SUPPLY
2544 CAMPBELL PL STE 150
CARLSBAD CA 92009

013374P001-1435A-598
ADVANCED ED
ADVANCED LOUISIANA SACS CASI
RAY POPLUS DIRECTOR
221 PEABODY HALL
BATON ROUGE LA 70803

026543P001-1435A-598
ADVANCED HANDLING SVC
927 FRONT ST
WHITEHALL PA 18052

013375P001-1435A-598
ADVANCED LOUISIANA
COLLEGE OF HUMAN SCIENCES AND EDUCATION
LOUISIANA STATE UNIVERSITY
RM 332 PEABODY HALL
101 FREY
BATON ROUGE LA 70803

019508P001-1435A-598
ADVANCED LOUISIANA
LOUISIANA STATE UNIVERSITY
COLLEGE OF EDUCATION
221 PEABODY HALL
BATON ROUGE LA 70803

040844P001-1435A-598
ADVANCED OFFICE SYSTEMS
11434 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809

022185P001-1435A-598
ADVANCED PAIN INSTITUTE LLC
PO BOX 1790
COVINGTON LA 70434

022186P001-1435A-598
ADVANCED PATHOLOGY SOLUTIONS
PO BOX 2006
MEMPHIS TN 38101

000049P002-1435S-598
ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

022187P001-1435A-598
ADVANCED RECONSTRUCTIVE CARE
PO BOX 368
CHESTERLAND OH 44026

022188P001-1435A-598
ADVANCED RECONSTRUCTIVE CARE L
PO BOX 368
CHESTERLAND OH 44026

022189P001-1435A-598
ADVANCED SURGICAL CARE OF BAT
7310 PERKINS RD
BATON ROUGE LA 70808

015338P001-1435A-598
ADVANCEED LOUISIANA
COLLEGE OF EDUCATION - PEABODY HALL
101 FREY
BATON ROUGE LA 70803

011855P001-1435A-598
ADVANCEED, INC
PO BOX 933823
ATLANTA GA 31193-3823

015339P001-1435A-598
ADVANCEMENT DESIGN ASSOCIATES, LLC
PO BOX 2070
HOWELL MI 48844

011856P001-1435A-598
ADVANCEMENT PARTNERS INC
9004 TARTAN FIELDS DR
DUBLIN OH 43017

041585P001-1435A-598
ADVANCETECH PEST MANAGEMENT
PO BOX 1565
HARVEY LA 70059

000380P001-1435A-598
ADVANTAGE FIRE SPECIALISTS LLC
PO BOX 415
PONCHATOULA LA 70454

040845P001-1435A-598
ADVANTAGE FIRE SPECIALISTS LLC
801 SOUTH OAK ST
HAMMOND LA 70401

019509P001-1435A-598
ADVANTAGE THOMCO
395 WESTLAND RD
LIBBY MT 59923

022190P001-1435A-598
ADVENTHEALTH ALTAMONTE S
PO BOX 862304
ORLANDO FL 32886

022191P001-1435A-598
ADVENTHEALTH CELEBRATION
PO BOX 862304
ORLANDO FL 32886

Case 20-10846 Doc 4332-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Attach 8 Page 330
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 330 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

---

022192P001-1435A-598
ADVENTHEALTH CENTRA CARE
PO BOX 100402
ATLANTA GA 30384

022193P001-1435A-598
ADVENTHEALTH MED GP RAD CF
PO BOX 864414
ORLANDO FL 32886

022194P001-1435A-598
ADVENTHEALTH RESPIRATORY EQUI
STE 1060 556 FLORIDA CENTRAL PKWY
LONGWOOD FL 32750

015340P001-1435A-598
ADVENTURE PETS
2989 HWY 190
MANDEVILLE LA 70471

009669P001-1435A-598
ADVENTURE QUEST LASER TAG
1200 S CLEARVIEW PKWY  1106
HARAHAN LA 70123

026450P001-1435A-598
ADVENTURE QUEST LAZER TAG
1001 ELMWOOD PK BLVD
NEW ORLEANS LA 70123

013376P001-1435A-598
ADVENTURES AMERICA
124 WASHINGTON AVE
STE #A
POINT RICHMOND CA 94801

015341P001-1435A-598
ADVERTISING ACCENTS
160 PERRILOUX RD
MADISONVILLE LA 70447

019510P001-1435A-598
ADVOCATE
7290 BLUEBONNET BLVD
BATON ROUGE LA 70810

022195P001-1435A-598
ADVOCATE MEDICAL GROUP
29373 NETWORK PL
CHICAGO IL 60673

022196P001-1435A-598
ADVOCATE SHERMAN HOSPITAL
35134 EAGLE WAY
CHICAGO IL 60678

022197P001-1435A-598
AEC PHYSICIANS LLC
PO BOX 7953
METAIRIE LA 70010

015342P001-1435A-598
AED SUPERSTORE
1800 US HWY 51 N
WOODRUFF WI 54568

022198P001-1435A-598
AEGIS SCIENCES CORP
PO BOX 645463
CINCINNATI OH 45264

018271P001-1435A-598
AERIAL ACCESS EQUIPMENT
PO BOX 677308
DALLAS TX 75267-7308

020621P001-1435A-598
AERIAL ACCESS EQUIPMENT
11447 CLOVERLAND AVE
BATON ROUGE LA 70809

018272P001-1435A-598
AERIAL IMPRESSIONS LLC
1321 UPLAND DR
STE 2049
HOUSTON TX 77043

022200P001-1435A-598
AETNA LA BTER HLTH
PO BOX 842599
DALLAS TX 75284

029607P001-1435A-598
AETNA LA BTER HLTH
77 STARBRUSH CIR
COVINGTON LA 70433

022201P001-1435A-598
AFC PHYSICIANS OF TENNESSEE PC
PO BOX 734317
DALLAS TX 75373

022202P001-1435A-598
AFFILIATED THERAPY SVC LL
STE 18 4050 E COTTON CENTER BLVD
PHOENIX AZ 85040

022203P001-1435A-598
AFFINITY HEALTH GROUP
130 DESIARD ST
MONROE LA 71201

022204P001-1435A-598
AFFINITY HEALTH GROUP
130 DESIARD ST STE 355
MONROE LA 71201

015343P001-1435A-598
AFFORDABLE PLUMBING
36461 ERIC ST
SLIDDELL LA 70460

040846P001-1435A-598
AFLAC
1932 WYNNTON RD
COLUMBUS GA 31999-0797

040847P001-1435A-598
AFLAC
PO BOX 641629
PITTSBURGH PA 15264

027063P001-1435A-598
AFNO
1519 JACKSON AVE
NEW ORLEANS LA 70130

011857P001-1435A-598
AFP GREATER NORTHSHORE CHAPTER PMB #118
70452 HWY 21 STE 200
COVINGTON LA 70433

Case 20-10846 Doc 4635-1 Filed 09/09/25 Entered 09/09/25 14:00:45 Doc Ex in 4 Affidavit 831
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 331 of 1525
US First Class Mail
Exhibit Pages

000381P001-1435A-598
AFPC
1188 NORTH TUSTIN ST
ORANGE CA 92867

010694P001-1435A-598
AFPNO PAYPAL
P O BOX 969
PEARL RIVER LA 70452

016843P001-1435A-598
AFRICAN AMERICAN PUBLISHING
PO BOX 111
TITUSVILLE NJ 08560-0111

020622P001-1435A-598
AFRO AMERICAN PRESS
1234 WOOD ST
PHILADELPHIA PA 19107

019511P001-1435A-598
AFTER HOURS MECHANIC
4500 PONCHARTRAIN DR
SLIDELL LA 70458

000382P001-1435A-598
AG MAINTENANCE
22574 THIRD ST
MANDEVILLE LA 70471

000383P001-1435A-598
AG MAINTENANCE
ANITA GAUTREAUX
22574 THIRD ST
MANDEVILLE LA 70471

026544P001-1435A-598
AGAS MFG GROUP
2701 E TIOGA ST
PHILADELPHIA PA 19134

041586P001-1435A-598
AGE WELL LLC
930 MARENGO ST
NEW ORLEANS LA 70115

022205P001-1435A-598
AGENDIA INC
22 MORGAN
IRVINE CA 92618

013377P001-1435A-598
AGILE SPORTS TECHNOLOGIES
PO BOX 310305
DES MOINES IA 50331-0305

016844P001-1435A-598
AGILE SPORTS TECHNOLOGIES
DBA: HUDL
PO BOX 310305
DES MOINES IA 50331-0305

020623P001-1435A-598
AGILE SPORTS TECHNOLOGIES DBA HUDL
DBA HUDL
29775 NETWORK PL
CHICAGO IL 60673-1775

024053P001-1435A-598
AGRACEL INC
BREAZEALE SACHSE & WILSON LLP
JOHN B KING
301 MAIN ST
STE 2300
BATON ROUGE LA 70801

019512P001-1435A-598
AGRIAFC LLC HATTIESBURG
203 WISTERIA DR
HATTIESBURG MS 39401

020624P001-1435A-598
AGRILIANCE
2718 RUBY AVE
STE B
GONZALES LA 70737

000384P001-1435A-598
AHG SVC LLC
2225 PIEDMONT ST
KENNER LA 70062

013378P001-1435A-598
AHHS
HANNAN HIGH SCHOOL
BECKY LAMBERT
71324 HIGHWAY 1077
COVINGTON LA 70433

020625P001-1435A-598
AHI MARKETING
105 MARMILLIAN LOOP
RESERVE LA 70084

015344P001-1435A-598
AHS SOFTBALL
315 RUE DE BELIER
LAFAYETTE LA 70506

000385P001-1435A-598
AIA LOUISIANA
PO BOX 64185
BALTIMORE MD 21264-4185

011858P001-1435A-598
AIM LANGUAGE LEARNING
2160 - 1959 MARINE DR
NORTH VANCOUVER BC V7P 3G1
CANADA

020626P001-1435A-598
AIMEE'S DANCE ACADEMY
61 MUIRFIELD DR
LAPLACE LA 70068

013379P001-1435A-598
AIMS GROUP, INC
4421 ZENITH ST
METAIRIE LA 70001

016845P001-1435A-598
AIR EFFECTS/SKY-TRACKER
321 W HARRISON AVE
NEW ORLEANS LA 70124

013380P001-1435A-598
AIR EFFECTSSKYTRACKER GULF SOUTH, LLC
321 W HARRISON AVE
NEW ORLEANS LA 70124

000387P001-1435A-598
AIR NU FILTERS INC
PO BOX 454
METAIRIE LA 70004-0454

000388P001-1435A-598
AIR TESTING ASSOCIATES LLC
PO BOX 1714
METAIRIE LA 70004

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:15 Main Document Page 832
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 332 of 1525
US First Class Mail
Exhibit Pages

015345P001-1435A-598
AIR-NU OF BATON ROUGE
11340 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809

022207P001-1435A-598
AIRCARE HOME RESPIRATORY LLC
PO BOX 825513
PHILADELPHIA PA 19182

019513P001-1435A-598
AIRGAS GULF STATES
PO BOX 676031
DALLAS TX 75267-6031

009407P001-1435A-598
AIRGAS USA LLC
PO BOX 6760115
DALLAS TX 75267-6015

013381P001-1435A-598
AIRGAS USA, LLC
PO BOX 734671
DALLAS TX 75373-4671

016846P001-1435A-598
AIRIT, INC
PO BOX 236
GRETNA LA 70054

013382P001-1435A-598
AIRLINE HIGH SCHOOL
ATHLETIC DIRECTOR
2801 AIRLINE DR
BOSSIER CITY LA 71111

013383P001-1435A-598
AIRLINE SKATE CENTER, INC
6711 AIRLINE DR
METAIRIE LA 70003

034203S001-1435A-598
AIRWAY HEIGHTS CORRECTIONS CTR
LIESL PAVLIC
PO BOX 41100 MSC 41100
OLYMPIA WA 98504-1100

020627P001-1435A-598
AKADEMOS INC
25 VAN ZANT ST 1A2
NORWALK CT 06855

016847P001-1435A-598
AKT ENVIRONMENTAL SER , INC
1980 RAFE MAYER RD
BATON ROUGE LA 70807

000389P001-1435A-598
AKT ENVIRONMENTAL SVC INC
1980 RAFE MAYER RD
BATON ROUGE LA 70807

026295P001-1435A-598
AKULA FOUNDATION
PO BOX 850715
NEW ORLEANS LA 70185

009326P001-1435A-598
AL BOURGEOIS PLUMBING AND HEATING
5612 CRAWFORD ST
HARAHAN LA 70123-5514

009670P001-1435A-598
AL BOURGEOIS PLUMBING AND HEATING CO
5612 CRAWFORD ST
NEW ORLEANS LA 70123-5514

040848P001-1435A-598
AL BOURGEOIS PLUMBING AND HEATING, INC
5612 CRAWFORD ST
NEW ORLEANS LA 70123

000390P001-1435A-598
AL J BOURGEOIS PLUMBING AND HEATING CO
5612 CRAWFORD ST
NEW ORLEANS LA 70123-5514

019514P001-1435A-598
ALA-LA-MISS MATHEMATICS LEAGUE
PO BOX 2482
PHENIX CITY AL 36868

022208P001-1435A-598
ALAIN F CRACCO MD
5621 READ BLVD
NEW ORLEANS LA 70127

020629P001-1435A-598
ALAINA SHOCKLY
2301 EDENBORN
UNIT 407
METAIRIE LA 70001

000392P001-1435A-598
ALAMO SVC
832 BARONNE ST
STE 102
NEW ORLEANS LA 70113

000393P001-1435A-598
ALAMO SVC
832 BARONNE ST
NEW ORLEANS LA 70113

026545P001-1435A-598
ALAN AND ANNAS PRESSURE WASHING
66155 HICKORY STR
MANDEVILLE LA 70448

022209P001-1435A-598
ALAN T LEWIS LLC
4421 CHASTANT ST
METAIRIE LA 70006

020630P001-1435A-598
ALARIO BROTHERS
P O BOX 468
WESTWEGO LA 70096-0468

018273P001-1435A-598
ALARIO BROTHERS MARINE SUPPLIES, INC
894 AVE A
PO BOX 468
WESTWEGO LA 70096-0468

016848P001-1435A-598
ALARIO CENTER / JEFFERSON PARISH POOLED CASH
2000 SEGNETTE BLVD
WESTWEGO LA 70094

000395P001-1435A-598
ALARM DETECTION AND SUPPRESSION
SYSTEMS CONTRACTORS LLC
30 VETERANS BLVD
KENNER LA 70062

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Ex 4-1 A Page 333
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 333 of 1525
US First Class Mail
Exhibit Pages

029776P001-1435A-598
ALARM DETECTION AND SUPPRESSION SYSTEMS
CONTRACTORS LLC
30 VETERANS MEMORIAL BLVD
KENNER LA 70062

040849P001-1435A-598
ALARM DETECTION AND SUPPRESSION SYSTEMS, LLC
30 VETERANS MEMORIAL BLVD
KENNER LA 70062

013384P001-1435A-598
ALARM PROTECTION SVC
4440 TRENTON ST
METAIRIE LA 70006

000396P001-1435A-598
ALARM RELAY
111 S MARSHALL AVE
EL CAJON CA 92020

037086P001-1435A-598
ALARM, DETECTION AND
SUPPRESSION SYSTEMS, LLC
30 VETERANS BLVD.
KENNER LA 70003

013385P001-1435A-598
ALARM, DETECTION AND SUPPRESSION
SYSTEMS CONTRACTORS, LLC
30 VETERANS BLVD
KENNER LA 70003

018274P001-1435A-598
ALARM DETECTION AND SUPPRESSION
SYSTEM CONTRACTORS
30 VETERANS BLVD
KENNER LA 70062

015346P001-1435A-598
ALBANY HIGH SCHOOL
JAMIE FLANAGAN
PO BOX 1090
ALBANY LA 70711

033660S001-1435A-598
ALBEMARLE CORRECTIONAL INST
AMANDA DAVIS
PO BOX 460
BADIN NC 28009-0460

034231S001-1435A-598
ALBEMARLE CORRECTIONAL INST
KENNETH DIGGS
PO BOX 460
BADIN NC 28009-0460

034262S001-1435A-598
ALBEMARLE CORRECTIONAL INST
TYLER HILL
PO BOX 460
BADIN NC 28009-0460

034978S001-1435A-598
ALBEMARLE CORRECTIONAL INST
BILLIE SOMERSET
PO BOX 460
BADIN NC 28009-0460

035237S001-1435A-598
ALBEMARLE CORRECTIONAL INST
CANDRA MULLINS
PO BOX 460
BADIN NC 28009-0460

041587P001-1435A-598
ALBERT'S AUTO REPAIR
813 S AL DAVIS RD
NEW ORLEANS LA 70123

020631P001-1435A-598
ALCFES
ST JOSEPHS ACADEMY
3015 BROUSSARD STREET
BATON ROUGE LA 70808

022210P001-1435A-598
ALDES ROZAS MD INC
PO BOX 3632
LAFAYETTE LA 70502

022211P001-1435A-598
ALEGENT CREIGHTON CLINIC
2771 SOLUTION CTR
CHICAGO IL 60677

015347P001-1435A-598
ALERT SOLUTIONS, INC
201 HILLSIDE DR
STE 102
CRANSTON RI 02920

019515P001-1435A-598
ALERT SVC INC
PO BOX 1088
SAN MARCOS TX 78667

013386P001-1435A-598
ALEXANDER ROOM
CINDY TIMPHONY-HOBNOBBER CAFE
5928 W METAIRIE AVE
METAIRIE LA 70002

013387P001-1435A-598
ALEXANDRIA HIGH SCHOOL
800 OLA ST
ALEXANDRIA LA 71303

020632P001-1435A-598
ALEXANDRIA SENIOR HIGH
SENIOR HIGH
800 DALANE ALEXANDRIA
ALEXANDRIA LA 71303

022212P001-1435A-598
ALEXANDRIA WOMENS CENTER LLC
3304 MASONIC DR STE 4001
ALEXANDRIA LA 71301

031674P001-1435A-598
ALEXIS JOSEPHINE
34 HESTER ST
MADISONVILLE LA 70447

009155P001-1435A-598
ALFORTISH ENTERPRISES
1100 WRIGHT AVE
GRETNA LA 70056

000402P001-1435A-598
ALFORTISH'S OFFICE
517 WHITNEY AVE
GRETNA LA 70056

022213P001-1435A-598
ALFRED J COLFRY JR MD
4224 HOUMA BLVD STE 620
METAIRIE LA 70006

020633P001-1435A-598
ALFRED LAWLESS HIGH SCHOOL
5300 LAW STREET
NEW ORLEANS LA 70117

Case 20-10846 Doc 4635-5 Filed 09/11/25 Entered 09/11/25 14:00:45 PD Exhibit A Page 834
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 334 of 1525
US First Class Mail
Exhibit Pages

000403P001-1435A-598
ALGIERS NEUROBEHAVIORAL RESOURCE
2401 WESTBEND PKWY
#3044
NEW ORLEANS LA 70114

022214P001-1435A-598
ALGIERS URGENT CARE
PO BOX 740067
NEW ORLEANS LA 70174

020634P001-1435A-598
ALGY COSTUMES AND UNIFORMS
P O BOX 090490
HALLANDALE FL 33008

013388P001-1435A-598
ALGY TEAM AND PERFORMANCE COLLECTIONS
440 NE FIRST AVE
HALLANDALE BEACH FL 33009

031675P001-1435A-598
ALIJAH MARTIN
173 SHIRLEY LN
RESERVE LA 70084

016849P001-1435A-598
ALINI MAGAZINE SVC
961 OAKWOOD PL
PLAINFIELD NJ 07060-3437

016850P002-1435A-598
ALISON'S WORLD OF MUSIC
17094 SUMMERFIELD RD S
PRAIRIEVILLE LA 70769-6640

015348P001-1435A-598
ALL ABOUT SIGNS
PO BOX 3086
COVINGTON LA 70434

015349P001-1435A-598
ALL AMERICAN CLEANING OF SOUTH LOUISIANA LLC
52 LURLINE DR
COVINGTON LA 70433

015350P001-1435A-598
ALL AMERICAN FITNESS AND ATHLETIC EQUIPMENT
PO BOX 3833
TUPELO MS 38803

015351P001-1435A-598
ALL AMERICAN FLAGS AND BANNERS, LLC
603 BLACKWELL AVE
MANCHACH TX 78652

016851P001-1435A-598
ALL AMERICAN GREASE SER CO
PO BOX 1007
KENNER LA 70063-1007

013390P001-1435A-598
ALL AMERICAN GREASE SVC CO
PO BOX 1007
KENNER LA 70063-1007

020635P001-1435A-598
ALL AMERICAN SPORTSWEAR
170 PARK AVE
IDA HO
IDAHO FALLS ID 83402

015352P001-1435A-598
ALL EXTREME INFLATABLES
61284 MAGNOLIA DR
LACOMBE LA 70445

013391P001-1435A-598
ALL GLASS
9412 HIGHWAY 23
BELLE CHASSE LA 70003

018275P001-1435A-598
ALL NASHED TOGETHER
6905 GLENN ST
METAIRIE LA 70003

011859P001-1435A-598
ALL PRO SOUND
806 BEVERLY PKWY
PENSACOLA FL 32505

031049P001-1435A-598
ALL SAINTS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000405P001-1435A-598
ALL SAINTS CHURCH
1441 TECHE ST
NEW ORLEANS LA 70114

032201S001-1435A-598
ALL SAINTS DALLAS
ANNA DUBOSE
PO BOX 190763
DALLAS TX 75219-0763

029906P001-1435A-598
ALL SAINTS ROMAN CATHOLIC CHURCH
1441 TECHE ST
NEW ORLEANS LA 70114

000406P001-1435A-598
ALL SAINTS SCHOOL
1415 TECHE ST
NEW ORLEANS LA 70114

016852P001-1435A-598
ALL STAR ELECTRIC, INC
1208 BERT ST
LAPLACE LA 70068

022215P001-1435A-598
ALL STAR MEDICAL EQUIPMENT
3430 JEFFERSON HWY
JEFFERSON LA 70121

000407P001-1435A-598
ALL TEMP REFRIGERATION SVC LLC
271 HWY 1085
MADISONVILLE LA 70447

040851P001-1435A-598
ALL THE TIME JANITORIAL LLC
PO BOX 165
FOLSOM LA 70437

015353P001-1435A-598
ALL VOLLEYBALL, INC
12618 LAMPLIGHTER SQ
ST LOUIS MO 63128

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PB Exhibit A Page 335
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 335 of 1525
US First Class Mail
Exhibit Pages

009671P001-1435A-598
ALL-AMERICAN WRESTLING SUPPLY/SPIRIT WEAR
8845 SOUTH GREENVIEW DR 5
MIDDLETON WI 53562

000413P001-1435A-598
ALL-RITE DOORS AND HARDWARE
241B NORTH HOLLYWOOD RD
HOUMA LA 70364

013392P001-1435A-598
ALLCLEAR, LLC
17830 BEECH RIDGE AVE
BATON ROUGE LA 70817

020636P001-1435A-598
ALLEGHENY PUBLISHING CO
5346 CASTLE ROCK RD
ROANOKE VA 24018-2812

015354P001-1435A-598
ALLEN FAMILY BENEFIT ACCOUNT
81296 JIM LOYD RD
FOLSOM LA 70437

019516P001-1435A-598
ALLEN LOCK AND SAFE CO
PO BOX 3314
SLIDELL LA 70459

022216P001-1435A-598
ALLEN S PODIATRY CLINIC
16026 DOCTORS BLVD
HAMMOND LA 70403

022217P001-1435A-598
ALLEN T BORNE MD LLC
PO BOX 28
THIBODAUX LA 70302

022218P001-1435A-598
ALLERGY ASSOCIATES PA
PO BOX 51770
KNOXVILLE TN 37950

009180P001-1435A-598
ALLFAX
130 JAMES DR EAST
ST. ROSE LA 70087

040852P001-1435A-598
ALLFAX SPECIALITIES, INC
130 JAMES DR EAST
ST. ROSE LA 70087

000409P001-1435A-598
ALLFAX SPECIALTIES INC
130 JAMES DR EAST
ST. ROSE LA 70087

019517P001-1435A-598
ALLIANCE FRANCAISE
1519 JACKSON AVE
NEW ORLEANS LA 70130

022219P001-1435A-598
ALLIANCE HEALTHCARE SVC
FILE 55828
LOS ANGELES CA 90074

013393P001-1435A-598
ALLIANCE MUSIC PUBLICATIONS, INC
PO BOX 131977
HOUSTON TX 77219-1977

000410P001-1435A-598
ALLIANCE OVERNIGHT DOCUMENT SVC
400 LAFAYETTE ST
STE 201
NEW ORLEANS LA 70130

022220P001-1435A-598
ALLIANCE PATHOLOGY CONSULTANTS
PO BOX 421969
HOUSTON TX 77242

022221P001-1435A-598
ALLIANCE PATHOLOGY DX
PO BOX 421969
HOUSTON TX 77242

022222P001-1435A-598
ALLIANCE RADIOLOGY PA
PO BOX 804451
KANSAS CITY MO 64180

022223P001-1435A-598
ALLIANCE SURGERY CENTER
3717 HOUMA BLVD STE 200
METAIRIE LA 70006

022224P001-1435A-598
ALLIANCE SURGERY CENTER LLC
PO BOX 6963
METAIRIE LA 70009

022225P001-1435A-598
ALLIED CHIROPRACTIC AND WELLNE
110 VETERANS BLVD STE 130
METAIRIE LA 70005

018277P002-1435A-598
ALLIED INTERSTATE LLC
PO BOX 19066
MINNEAPOLIS MN 55419-0066

009283P001-1435A-598
ALLIED PAPER CO
5700 PLAUCHE CT
HARAHAN LA 70123

040853P001-1435A-598
ALLIED UNIVERSAL
PO BOX 828854
PHILADELPHIA PA 19182

000411P001-1435A-598
ALLIED UNIVERSAL SECURITY SVC
PO BOX 828854
PHILADELPHIA PA 19182-8854

009672P001-1435A-598
ALLIED WASTE
PO BOX 605
SORRENTO LA 70778-0605

020637P001-1435A-598
ALLIGATOR IRRIGATION
3117 26TH ST
METAIRIE LA 70002

of Service Regarding Solicitation Packages Page 336 of 1525

08/27/2025 05:45:58 PM

000412P001-1435A-598
ALLIGATOR IRRIGATION SUPPLY INC
3117 26TH ST
METAIRIE LA 70002

018278P001-1435A-598
ALLIGATOR IRRIGATION SUPPY
3117 26TH ST
METAIRIE LA 70002

020638P001-1435A-598
ALLISON HOTARD TREAS
273 HOTARD DR
RESERVE LA 70084

016853P002-1435A-598
ALLISON'S WORLD OF MUSIC
17094 SUMMERFIELD RD S
PRAIRIEVILLE LA 70769-6640

022226P001-1435A-598
ALLMED HEALTHCARE MANAGEMENT
STE 1400 111 SW 5TH AVE
PORTLAND OR 97204

018279P001-1435A-598
ALLSTAR PRINTING LLC
567 DIPLOMAT ST
TERRYTOWN LA 70056

000414P001-1435A-598
ALLSTATE INSURANCE
3025 NEW HWY 51 #B
LAPLACE LA 70068

020639P001-1435A-598
ALLSTATE REFRIGERATION INC
PO BOX 1062
PONCHATOULA LA 70454

013394P001-1435A-598
ALLSTATE SUGAR BOWL
ALLSTATE SUGAR BOWL METRO
CROSS COUNTRY CHAMPIONSHIPS
1100 POYDRAS ST - STE 1750
NEW ORLEANS LA 70163

015355P001-1435A-598
ALLSTATE SUGAR BOWL
1500 SUGAR BOWL DR
NEW ORLEANS LA 70112

009673P001-1435A-598
ALLTEL
PO BOX 530533
ATLANTA GA 30353-0533

000415P001-1435A-598
ALLTEMP INSULATIONS INC
PO BOX 5125
SLIDELL LA 70469

020640P001-1435A-598
ALLTMONTS FINE CUSTOM FRAMING
4001 BARONNE ST
NEW ORLEANS LA 70115

041588P001-1435A-598
ALLY BANK
PAYMENT PROCESSING CENTER
PO BOX 71119
CHARLOTTE LA 28272-1119

013395P001-1435A-598
ALOIS J BINDER BAKERY, INC
940 FRENCHMAN ST
NEW ORLEANS LA 70116

000416P001-1435A-598
ALPHA INSURANCE AGENCY LLC
831 LAFAYETTE ST
GRETNA LA 70053

040854P002-1435A-598
ALPHA PROTECTION ALARMS
3525 HESSMER AVE STE 306
METAIRIE LA 70002

022227P001-1435A-598
ALPHA SPINE AND WELLNESS
STE 100 3648 PONTCHARTRAIN DR
SLIDELL LA 70458

000417P001-1435A-598
ALPHA TECH
PO BOX 641801
KENNER LA 70064

000418P001-1435A-598
ALPINE CLOCKS AND JEWELERS
1102 N HWY 190
STE A
COVINGTON LA 70433

009406P001-1435A-598
ALS ASSOCIATION
PO BOX 66825
BATON ROUGE LA 70896

040855P001-1435A-598
ALS PEST CONTROL SERVICE, INC
3246 BEHRMAN PL
NEW ORLEANS LA 70114

015356P001-1435A-598
ALS PLUMBING COMPANY, INC
PO BOX 460
MADISONVILLE LA 70447

000419P001-1435A-598
ALTAR LINENCOM
2791 E DEERHILL DR
MERIDIAN ID 83642

018281P001-1435A-598
ALTERNATE MODE, INC
30 WESTWOOD AVE
EAST LONGMEADOW MA 01028

013396P001-1435A-598
ALTERNATIVE SIGNS
1301 EDWARDS AVE
STE A
ELMWOOD LA 70003

009674P001-1435A-598
ALTERNATIVE TEES
5134 STOREY ST
HARAHAN LA 70123

009675P001-1435A-598
ALTERNATIVE TRUCK REPAIR
PO BOX 141
CHALMETTE LA 70044

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF exit 4 Filed 837
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 337 of 1525
US First Class Mail
Exhibit Pages

016854P001-1435A-598
ALTERNATIVE TURF SPECIALISTS
PO BOX 447
NEW ROADS LA 70760

018282P001-1435A-598
ALTERNATIVE TURF SPEDCIALISTS
PO BOX 447
NEW ROADS LA 70760

019518P001-1435A-598
ALTERNATIVE TURFPLANER
PO BOX 135
NEW ROADS LA 70760

011860P002-1435A-598
ALZHEIMER'S ASSOCIATION
831 KINGS HWY STE 120
SHREVEPORT LA 71104-4259

011861P001-1435A-598
AMANI JAE ENTERTAINMENT
PO BOX 80764
PHOENIX AZ 85060

016855P001-1435A-598
AMAR INTERIORS, INC
1515 WESTBANK EXPWY
WESTWEGO LA 70094

026206P001-1435A-598
AMAZON
410 TERRY AVE N
SEATTLE WA 98109

040856P001-1435A-598
AMAZON CAPITAL SVC
PO BOX 035184
SEATTLE WA 98124-5184

026296P001-1435A-598
AMAZON MARKETPLACE
410 TERRY AVE N
SEATTLE WA 98109

018283P002-1435A-598
AMAZONCOM
PO BOX 669822
DALLAS TX 75266-0778

026546P001-1435A-598
AMAZONCOM
410 TERRY AVE N
SEATTLE WA 98109

026297P001-1435A-598
AMAZONPRIME MEMBERSHIPAMZNCOM
410 TERRY AVE N
SEATTLE WA 98109

029777P001-1435A-598
AMAZONSMILE FOUNDATION
410 TERRY AVE
NORTH SEATTLE WA 98109-5210

022228P001-1435A-598
AMB SURG ANE PROF LLC
PO BOX 77401
BATON ROUGE LA 70879

022229P001-1435A-598
AMBASSADOR EMERGENCY GROUP LLC
PO BOX 400
SAN ANTONIO TX 78292

040857P001-1435A-598
AMBIANCE FLOWERS AND GIFTS
1731 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70471

015357P001-1435A-598
AMBIANCE FLOWERS FOR ALL OCCASIONS
1731 N CAUSEWAY BLVD
MANDEVILLE LA 70471

009358P002-1435A-598
AMBROSE GARDEN LLC
1309 PRYTANIA ST
NEW ORLEANS LA 70130-4315

022230P001-1435A-598
AMBULATORY EYE SURGERY C
3900 VETERANS BLVD 100
METAIRIE LA 70002

022231P001-1435A-598
AMBULATORY EYE SURGERY CENTER
3900 VETERANS BLVD 100
METAIRIE LA 70002

013397P001-1435A-598
AMC ELMWOOD PALACE 20
1200 ELMWOOD PK BLVD
HARAHAN LA 70123

026298P001-1435A-598
AMC PALACE THEATRES
11500 ASH ST
LEAWOOD KS 66211

026299P001-1435A-598
AMC THEATER
11500 ASH ST
LEAWOOD KS 66211

026451P001-1435A-598
AMC THEATERS
11500 ASH ST
LEAWOOD KS 66211

019519P001-1435A-598
AMCELLS CORP
3121 SCOTT ST
VISTA CA 92081

016856P001-1435A-598
AMED AMBULANCE SVC
1800 MONROE
GRETNA LA 70053

022232P001-1435A-598
AMEDISYS HOME HEALTH CARE
PO BOX 660770
DALLAS TX 75266

022233P001-1435A-598
AMERACARE HOME HEALTH
327 W 21ST AVE
COVINGTON LA 70433

337

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 in Part 4 Exhibit A Page 338
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 338 of 1525
US First Class Mail
Exhibit Pages

000423P001-1435A-598
AMERICA
1212 AVE OF THE AMERICAS
11TH FLOOR
NEW YORK NY 10036

020641P001-1435A-598
AMERICA PRESS INC
106 W 56TH ST
NEW YORK NY 10019

015364P001-1435A-598
AMERICA'S BEST INN AND SUITES
401 LAKESHORE DR
LAKE CHARLES LA 70601

016859P001-1435A-598
AMERICA'S MARKETING TEAM
PO BOX 9
BELLE CHASSE LA 70037

000430P001-1435A-598
AMERICA'S SWIMMING POOL CO
PO BOX 1317
MADISONVILLE LA 70447

016857P001-1435A-598
AMERICAN ACRYLICS
108 11TH AVE
SOUTH MILWAUKEE WI 53172

013398P001-1435A-598
AMERICAN ALL STAR, LLC
PO BOX 2096
MANDEVILLE LA 70470

015358P001-1435A-598
AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS
CUSTOMER SVC
50 E HURON ST
CHICAGO IL 60611

026547P001-1435A-598
AMERICAN ASSOCIATION OF TEACHERS OF
SPANISH AND PORTUGESE
2100 1ST AVE N STE 320
LANDMARK CENTER
BIRMINGHAM AL 35203

015359P001-1435A-598
AMERICAN ASSOCIATION OF TEACHERS OF FRENCH
302 N GRANITE ST
MARION IL 62959-2346

011862P001-1435A-598
AMERICAN AVL
PO BOX1719
RUSTON LA 71273

016858P001-1435A-598
AMERICAN BAND ACCESSORIES
2061 N JAMES RIVER CT
NIXA MO 65714

000424P001-1435A-598
AMERICAN BANKERS INS CO OF FL
PO BOX 731178
DALLAS TX 75373-1178

029778P001-1435A-598
AMERICAN BANKERS INSURANCE CO OF FLORIDA
PO BOX 731178
DALLAS TX 75373-1178

019520P001-1435A-598
AMERICAN CANCER SOCIETY
PO BOX 5129
SLIDELL LA 70469

020642P001-1435A-598
AMERICAN CANCER SOCIETY
2605 RIVER RD
NEW ORLEANS LA 70121

020643P001-1435A-598
AMERICAN CHALLENGE ENTERPRISES INC
60 CORBIN AVE
UNIT N
BAY SHORE NY 11706

022234P001-1435A-598
AMERICAN CHIROPRACTIC CLINIC
3140 GARDEN OAKS DR
NEW ORLEANS LA 70114

018285P001-1435A-598
AMERICAN COUNSELING ASSOC
ACCOUNTING
5999 STEVENSON AVE
ALEXANDRIA VA 22304-3300

026452P001-1435A-598
AMERICAN COUNSELING ASSOCIATION
6101 STEVENSON AVE
ALEXANDRIA VA 22304

022235P001-1435A-598
AMERICAN CURRENT CARE PA
PO BOX 9011
BROOMFIELD CO 80021

022236P001-1435A-598
AMERICAN CURRENT CARE PA CO
PO BOX 9011
BROOMFIELD CO 80021

011863P001-1435A-598
AMERICAN DOALL INC
PO BOX 515
COVINGTON LA 70434

018287P001-1435A-598
AMERICAN EAGLE DOOR AND GLASS CO
3200 RIDGELAKE DR  STE 203
METAIRIE LA 70004

022237P001-1435A-598
AMERICAN ESOTERIC LABORATORIES
PO BOX 144225
AUSTIN TX 78714

000426P001-1435A-598
AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448

026548P001-1435A-598
AMERICAN EXPRESS
200 VESEY ST
NEW YORK NY 10285

040858P001-1435A-598
AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 16:07:51 Main Document Page 339
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 339 of 1525
US First Class Mail
Exhibit Pages

040859P001-1435A-598
AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

022238P001-1435A-598
AMERICAN FAMILY CARE INC
PO BOX 734315
DALLAS TX 75373

013399P001-1435A-598
AMERICAN FLAGS EXPRESS INC
12577 WEST CUSTER AVE
BUTLER WI 53007

019521P001-1435A-598
AMERICAN FURNITURE OF SLIDELL
1590 GAUSE BLVD
SLIDELL LA 70460

009398P001-1435A-598
AMERICAN GIRL
PO BOX 5533
HARLAN IA 51593-5033

026207P001-1435A-598
AMERICAN HEART ASSOCIATION
110 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

000427P001-1435A-598
AMERICAN HOTEL REGISTER CO
PO BOX 206720
DALLAS TX 75320-6720

011864P001-1435A-598
AMERICAN LEGION AUXILIARY
GIRLS STATE OF LOUISIANA INC
MONIQUE BATISTE
10032 HIGH PINES DR
BATON ROUGE LA 70809

011865P001-1435A-598
AMERICAN LEGION AUXILIARY UNIT 16
PO BOX 2885
COVINGTON LA 70434

015360P001-1435A-598
AMERICAN LEGION POST #16
PO BOX 1137
COVINGTON LA 70434

013400P001-1435A-598
AMERICAN LIBRARY ASSOCIATION
50 EAST HURON ST
CHICAGO IL 60611-2795

015361P001-1435A-598
AMERICAN LIBRARY ASSOCIATION
MEMBER AND CUSTOMER SVC
BOX 78-6499
CHICAGO IL 60678-6499

013401P001-1435A-598
AMERICAN MACHINERY MOVERS, INC
247 IRIS AVE
JEFFERSON LA 70121

019525P001-1435A-598
AMERICAN MENTAL HEALTH COUNSELORS
1900 L ST NW
STE 705
WASHINGTON DC 20036

015362P001-1435A-598
AMERICAN MODELING TEACHERS ASSOCIATION
3491 SOUTH BLUEJAY DR
GILBERT AZ 85297

022239P001-1435A-598
AMERICAN NEUROMONITORING ASSOC
300 10275 LTL PATUXENT PKY
COLUMBIA MD 21044

009479P001-1435A-598
AMERICAN OFFICE MACHINES
PO BOX 9429
METAIRIE LA 70055

000428P001-1435A-598
AMERICAN OFFICE MACHINES INC
2609 RIDGELAKE DR
METAIRIE LA 70002

015363P002-1435A-598
AMERICAN PROM
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

020646P001-1435A-598
AMERICAN PSYCHOLOGICAL ASSOCIATION
CASH RECEIPTS
750 FIRST ST NE
WASHINGTON DC 20002-4242

009678P001-1435A-598
AMERICAN PUBLIC HEALTH ASSOCIATION
800 I ST NW
WASHINGTON DC 20001

011866P001-1435A-598
AMERICAN RED CROSS
LOUISIANA CAPITAL-WEST CHAPTER
4655 SHERWOOD COMMON BLVD
BATON ROUGE LA 70816

013402P001-1435A-598
AMERICAN RED CROSS
HEALTH AND SAFETY SVC
25688 NETWORK PL
CHICAGO IL 60673-1256

040860P001-1435A-598
AMERICAN RIVER TRANSPORTATION CO
10400 RIVER RD
AMA LA 70031

011867P001-1435A-598
AMERICAN SCHOOL COUNSELOR ASSOCIATION
PO BOX 37149
BALTIMORE MD 21297-3149

026549P001-1435A-598
AMERICAN SECTOR CATERING
1035 MAGAZINE ST
NEW ORLEANS LA 70130

020647P002-1435A-598
AMERICAN SOCCER CO INC
PO BOX 3579
TORRANCE CA 90510-3579

000429P001-1435A-598
AMERICAN SOLUTIONS FOR BUSINESS
8479 SOLUTION CTR
CHICAGO IL 60677-8004

Case 20-10846 Doc 4306-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Exhibit Page 340
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 340 of 1525
US First Class Mail
Exhibit Pages

020648P001-1435A-598
AMERICAN SPRINKLER CO INC
PO BOX 4748
COVINGTON LA 70434-4748

019522P001-1435A-598
AMERICAN TIME AND SIGNAL
PO BOX 707
DASSEL MN 55325-0707

026550P001-1435A-598
AMERICAS BEST VALUE INN
1516 GAUSE BLVD
SLIDELL LA 70458

000431P001-1435A-598
AMERIGAS
PO BOX 660288
DALLAS TX 75266-0288

041589P001-1435A-598
AMERIGAS PROPANE LP
D/B/A AMERIGAS
PO BOX 660288
DALLAS TX 75266-0288

000051P002-1435S-598
AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087

022241P001-1435A-598
AMERIPATH FLORIDA LLC
16684 COLLECTIONS CTR DR
CHICAGO IL 60693

000432P001-1435A-598
AMERIPRINT
PO BOX 6948
METAIRIE LA 70009

019523P001-1435A-598
AMERITRUST CONSTRUCTION
PO BOX 91
PEARL RIVER LA 70452

018288P001-1435A-598
AMF ALL STAR LANES
3640 WILLIAMS BLVD
KENNER LA 70065

020644P001-1435A-598
AMITE HIGH SCHOOL
HIGH SCHOOL
403 S LAUREL AMITE
AMITE LA 70422

000433P002-1435A-598
AMKO FENCE CO
824 CURTIS AVE
KENNER LA 70062-6818

011868P002-1435A-598
AMKO FENCE KENNER LLC
824 CURTIS AVE
KENNER LA 70062-6818

011869P001-1435A-598
AMP CHEER MIXES
ALEJANDRO MEDINA
1038 WATER ST
WAXAHACHIE TX 75165

011870P001-1435A-598
AMP PROPERTIES
1305 NATCHEZ LOOP
COVINGTON LA 70433

040861P001-1435A-598
AMPLIFY
PO BOX 392294
PITTSBURGH PA 15251

019524P001-1435A-598
AMPLIFY RESOURCES
1776 ORLEANS ST
MANDEVILLE LA 70448

000335P001-1435A-598
AMRUTHAVANI COMMUNICATIONS CENTRE
50 SEBASTIAN RD
SECUNDERBAD 500 003
TELANGANA
INDIA

020645P001-1435A-598
AMSAN
PO BOX 404468
ATLANTA GA 30384-4468

015365P001-1435A-598
AMSCO SCHOOL PUBLICATIONS
PO BOX 931238
ATLANTA GA 31193-1238

000434P001-1435A-598
AMSHER COLLECTION AGENCY
4524 SOUTHLAKE PKW
STE 15
BIRMINGHAM AL 35244

009676P001-1435A-598
AMSTERDAM
PO BOX 580
AMSTERDAM NY 12010

015366P001-1435A-598
AMSTERDAM PRINTING
PO BOX 580
AMSTERDAM NY 12010

018289P002-1435A-598
AMTAB MANUFACTURING CORP
600 EAGLE DR
BENSENVILLE IL 60106-1943

011871P002-1435A-598
AMTRAK
AMTRAK GROUP SALES DEPT
2198 HORNIG RD
PHILADELPHIA PA 19116-4202

041590P001-1435A-598
AMW ENTERPRISES II LLC
DBA SPEEDEE OIL CHANGE AND AUTO SVC
1714 VETERANS BLVD
METAIRIE LA 70005

000435P001-1435A-598
AMY E CORCORAN CPA LLC
1333 SOLDIERS ST
NEW ORLEANS LA 70122

000437P001-1435A-598
AMY L DIAZ PHOTOGRAPHY LLC
4128 COGNAC DR
KENNER LA 70065

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF in Ant Affiliate 841
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 341 of 1525
US First Class Mail
Exhibit Pages

020628P001-1435A-598
ANACONDA SPORTS
5 CORPORATE DR
CLIFTON PARK NY 12065

016860P001-1435A-598
ANACONDA SPORTS/LIDS TEAM
85 KATRINE LN
LAKE KATRINE NY 12449

026551P001-1435A-598
ANDALE MARGARITAS AND GRILL
505 GRETNA BLVD
GRETNA LA 70053

018290P001-1435A-598
ANDERSON POWERLIFTING
17815 DAVENPORT RD - STE 108
DALLAS TX 75252

011872P001-1435A-598
ANDERSON SCHOOL EVENTS
PO BOX 1151
MINNEAPOLIS MN 55440-1151

011873P001-1435A-598
ANDERSON'S
4875 WHITE BEAR PKWY
WHITE BEAR LAKE MN 55110

013403P001-1435A-598
ANDERSON'S
PO BOX 1151
MINNEAPOLIS MN 55440-1151

019526P001-1435A-598
ANDERSONS PAW PRIDE
PO BOX 1151
MINNEAPOLIS MN 55440-1151

019527P001-1435A-598
ANDERSONS PROM
PO BOX 1151
MINNEAPOLIS MN 55440-1151

019528P001-1435A-598
ANDERSONS SCHOOL SPIRIT
PO BOX 1151
MINNEAPOLIS MN 55440-1151

016861P001-1435A-598
ANDES ROCK CLIMBING WALL
PO BOX 750463
NEW ORLEANS LA 70115

026173P001-1435A-598
ANDES ROCK CLIMBING WALL
4213 BORDEAUX DR
KENNER LA 70065

009677P002-1435A-598
ANDREAS RESTAURANT
3100 19TH ST
METAIRIE LA 70002

022242P001-1435A-598
ANDREE SURCOUF LCSW
2820 ATHANIA PKWY
METAIRIE LA 70002

031032P001-1435A-598
ANDRES DE LA PUENTE
ADDRESS INTENTIONALLY OMITTED

031005P001-1435A-598
ANDRES E DE LAPUENTE
ADDRESS INTENTIONALLY OMITTED

022243P001-1435A-598
ANDRES VASQUEZ MD PLLC
DEPT 295
PO BOX 4346
HOUSTON TX 77210

001337P001-1435A-598
ANDREW HOLLINGSWORTH
30301 ASHLEY DR
LACOMBE LA 70445

020649P001-1435A-598
ANDREW JACKSON HIGH SCHOOL
ANDREW JACKSON HIGH SCHOOL CO
201 EIGTH STREET
CHALMETTE LA 70043

031586P001-1435A-598
ANDREWS AND THORNTON
OREN GIVOL
4701 VON KARMAN AVE
NEWPORT BEACH CA 92660

020650P001-1435A-598
ANDYS AMUSEMENTS
3113 HWY 51
LAPLACE LA 70068

022244P001-1435A-598
ANESTHESIA ASSOCIATES OF LOUIS
PO BOX 4333
HOUMA LA 70361

022245P001-1435A-598
ANESTHESIA CONSULTANTS OF SOU
DEPT 5530
PO BOX 11407
BIRMINGHAM AL 35246

022246P001-1435A-598
ANESTHESIA CONSULTANTS PA
DEPT 05 111
PO BOX 3488
TUPELO MS 38803

022247P001-1435A-598
ANESTHESIOLOGY AFFILIATES LLC
9103 JEFFERSON HWY
BATON ROUGE LA 70809

022248P001-1435A-598
ANESTHESIOLOGY AND PAIN
PO BOX 61950
LAFAYETTE LA 70596

022249P001-1435A-598
ANESTHESIOLOGY GROUP ASSOCIATE
11414 LAKE SHERWOOD AVE N
BATON ROUGE LA 70816

022250P001-1435A-598
ANESTHESIOLOGY PERIOPERATIVE
120 INNWOOD DR
COVINGTON LA 70433

341

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:75 Desc Exhibit A Page 842
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 342 of 1525
US First Class Mail
Exhibit Pages

022251P001-1435A-598
ANESTHESTA CONSULTANTS OF SOU
DEPT 5530
PO BOX 11407
BIRMINGHAM AL 35246

018291P001-1435A-598
ANFIELD TRAILERS
39609 PUMP SLOUGH RD
PEARL RIVER LA 70452

018292P001-1435A-598
ANGEL'S PLACE
4323 DIVISION ST
METAIRIE LA 70002

011874P001-1435A-598
ANGELLE ULFERS SCHOLARSHIP
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

013404P001-1435A-598
ANGELLE'S EMBROIDERY
8720 SALLY CT
KENNER LA 70062

019529P001-1435A-598
ANGELS OF PEACE
303 S MILITARY RD
SLIDELL LA 70461

031587P001-1435A-598
ANGUS LAW FIRM LLC
GLORIA ANGUS
627 E VINE ST
OOPELOUSAS LA 70570

013405P001-1435A-598
ANIMAL RESCUE NEW ORLEANS
271 PLAUCHE ST
HARAHAN LA 70123

022252P001-1435A-598
ANIMAS PHYSICIAN NETWORK
6128 S LYNCREST AVE SIOUX
FALLS SD 57108

015367P001-1435A-598
ANJ SPORTS
2637 FLORIDA ST
MANDEVILLE LA 70448

022253P001-1435A-598
ANN ALLEN MA LPC LMFT
22532 HIGHWAY 1088
MANDEVILLE LA 70448

022254P001-1435A-598
ANN ARBOR URGENT CARE PC
1000 E STADIUM BLVD ANN
ARBOR MI 48104

020651P001-1435A-598
ANN HALEY INC
105 MARMILLIAN LOOP
RESERVE LA 70084

021704P001-1435A-598
ANNA CARUSO
ADDRESS INTENTIONALLY OMITTED

011876P001-1435A-598
ANNADELE'S PLANTATION
71518 CHESTNUT ST
COVINGTON LA 70433

022255P001-1435A-598
ANNEMARIE LINHUBER MD APMC
6003 W END BLVD
NEW ORLEANS LA 70124

000105P001-1435S-598
ANNETTE JARVIS
222 SOUTH MAIN ST.,5TH FLOOR
SALT LAKE CITY UT 84101

000441P001-1435A-598
ANNIE'S COMPLETE HOUSECLEANING AND
JANITORIAL SVC
2139 HOLIDAY DR
NEW ORLEANS LA 70114

031051P001-1435A-598
ANNUCIATION INN INC
DENNIS F ADAMS
CHRISTOPHER HOMES INC
2729 LOWERLINE ST
NEW ORLEANS LA 70125

040863P001-1435A-598
ANNUITY PREMIUM RESERVE ACCT
POST OFFICE BOX 758557
TOPEKA KS 66675-8557

032955S001-1435A-598
ANNUNCIATION CATHOLIC CHURCH
BILL ZADORA
PO BOX 100
ST HEDWIG TX 78152-0100

029907P001-1435A-598
ANNUNCIATION OF BLESSED VIRGIN MARY CHURCH
517 AVE B
BOGALUSA LA 70427

031050P001-1435A-598
ANNUNCIATION OF THE BLESSED VIRGIN MARY
ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000442P001-1435A-598
ANNUNCIATION SCHOOL
511 AVE C
BOGALUSA LA 70427-3797

031569P001-1435A-598
ANNUNZIATA ROMAN CATHOLIC CHURCH
2011 ACADIAN DR
HOUMA LA 70363

019530P001-1435A-598
ANO ST GERARD MAJELLA FUND
7887 WALMSLEY ST
NEW ORLEANS LA 70125

020652P001-1435A-598
ANO ST GERARD MAJELLA FUND
MISTY LUMINAIS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3496

034393S001-1435A-598
ANSON CORRECTIONAL INSTITUTION
SHEENA HAMILTON
PO BOX 280
POLKTON NC 28135-0280

Case 20-10846 Doc 4285-5 Filed 09/09/25 Entered 09/09/25 14:06:07 PD Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 343 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

055803S001-1435A-598
ANSON CORRECTIONAL INSTITUTION
BRETT SIMMONS
PO BOX 280
POLKTON NC 28135-0280

040864P001-1435A-598
ANSWER FORCE
1033 SE MAIN ST
STE 5
PORTLAND OR 97214

019531P001-1435A-598
ANTEBELLUM HOUSE INC
430 SOUTH ST
SLIDELL LA 70460

011877P001-1435A-598
ANTHEM SPORTS, LLC
2 EXTRUSION DR
PAWCATUCK CT 06379

029545P001-1435A-598
ANTHONY A INDOVINA
ADDRESS INTENTIONALLY OMITTED

022256P001-1435A-598
ANTHONY J LAMA M D APMC
2620 JENA ST FL 2
NEW ORLEANS LA 70115

040865P001-1435A-598
ANTHONYS COMPLETE LAWNCARE, LLC
PO BOX 520
MARRERO LA 70072

011878P001-1435A-598
ANYTIME BOOTHS.COM
190 PONCHITOLAWA DR
COVINGTON LA 70433

011879P001-1435A-598
AP EXAMS
COLLEGE ENTRANCE EXAMINATION BOARD
PO BOX 21535
NEW YORK NY 10087-1535

016862P001-1435A-598
AP EXAMS
PO BOX 6671
PRINCETON NJ 08541-6671

018293P001-1435A-598
AP EXAMS
PO BOX 21535
NEW YORK NY 10087-1535

020653P001-1435A-598
AP EXAMS
THE COLLEGE BOARD
AP REMITTANCE
PO BOX 21535
NEW YORK NY 10087-1535

018294P001-1435A-598
AP PROGRAM
PO BOX 6671
PRINCETON NJ 08541-6671

015368P001-1435A-598
APC CONSTRUCTION
3361 GENERAL DEGAULLE DR
NEW ORLEANS LA 70114

020654P001-1435A-598
APEX APPAREL AND SUPPLIES
5719 HWY 25
STE 206
FLOWWOOD MS 39232

016863P002-1435A-598
APEX LEARNING
5600 W 83RD ST STE 300
MINNEAPOLIS MN 55437-1065

019532P001-1435A-598
APEX SPORTS SOFTWARE
2773 LEECHBURG RD
LOWER BURRELL PA 15068

022257P001-1435A-598
APOGEE MED GRP.LOUISIANA
PO BOX 708847
SANDY UT 84070

009661P001-1435A-598
APOSTOLADO HISPANO
ARCHDIOCESE OF NEW ORLEANS
2525 MAINE AVE
METAIRIE LA 70003

000445P001-1435A-598
APOSTOLIC NUNCIATURE OF THE USA
3339 MASSACHUSETTS AVE NW
WASHINGTON DC 20008-3610

000446P001-1435A-598
APOSTOLIC NUNCIO
3339 MASSACHUSETTS AVE N W
WASHINGTON DC 20008-3687

022258P001-1435A-598
APP OF MISSISSIPPI ED LLC
DEPT 380
PO BOX 4458
HOUSTON TX 77210

011880P003-1435A-598
APPERSON, INC
PRINT MANAGEMENT SVC
PO BOX 480309
CHARLOTTE NC 28269-5338

019533P001-1435A-598
APPLAUSE LEARNING RESOURCES INC
85 FERNWOOD LN
ROSLYN NY 11576

013406P001-1435A-598
APPLE FINANCIAL SVC
STEPHANIE GRANT
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

040866P001-1435A-598
APPLE FINANCIAL SVC
5000 RIVERSIDE DR
STE 300 EAST
IRVING TX 75039

009679P001-1435A-598
APPLE INC
STEPHANIE GRANT
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

011881P001-1435A-598
APPLE INC
PO BOX 41602
PHILADELPHIA PA 19101-1602

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:07 Exhibit A Page 344
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 344 of 1525
US First Class Mail
Exhibit Pages

015369P001-1435A-598
APPLE INC  APPLE FINANCIAL SVC
PO BOX 41602
PHILADELPHIA PA 19101-1602

020656P001-1435A-598
APPLE INC 649446
PO BOX 846095
DALLAS TX 75284-6095

020657P001-1435A-598
APPLE INC 864214
PO BOX 846095
DALLAS TX 75284-6095

020655P001-1435A-598
APPLE INC LEASE
CONTRACTS
APPLE FINANCIAL SVC
5000 RIVERSIDE DR
STE 300 EAST
IRVING TX 75039-4314

022259P001-1435A-598
APPLECARE / MEMORIAL IMMEDIATE
PO BOX 671447
DALLAS TX 75267

009380P001-1435A-598
APPLIANCE CONNECTION
951 E 233RD ST
BRONX NY 10466-3207

040867P001-1435A-598
APPLIED BUSINESS CONCEPT
2829 VIRGINIA ST
KENNER LA 70062

040868P001-1435A-598
APPLIED BUSINESS CONCEPTS
PO BOX 660831
DALLAS TX 75266-0831

040869P001-1435A-598
APPLIED BUSINESS CONCEPTS, LLC
17991-A OLD PERKINS RD
E BATON ROUGE LA 70809

016864P001-1435A-598
APPLIED CONCEPTS, INC
PO BOX 972943
DALLAS TX 75397-2943

013407P001-1435A-598
APRES LOUNGE
608 FULTON ST
NEW ORLEANS LA 70130

015370P001-1435A-598
APRES LOUNGE
JACKIE SUTHERLIN
608 FULTON ST
NEW ORLEANS LA 70130

022260P001-1435A-598
APRIA DME
2508 SOLUTIONS CTR
CHICAGO IL 60677

022261P001-1435A-598
APRIA HEALTHCARE LLC
1510 KUEBEL ST
NEW ORLEANS LA 70123

022262P001-1435A-598
APRIA HEALTHCARE LLC
2508 SOLUTIONS CTR
CHICAGO IL 60677

022263P001-1435A-598
APRIA HEALTHCARE LLC
26220 ENTERPRISE CT
LAKE FOREST CA 92630

022264P001-1435A-598
APRIA HEALTHCARE LLC
701 TECHNOLOGY DR STE 250
CANONSBURG PA 15317

040870P001-1435A-598
APS
PO BOX 6798
METAIRIE LA 70009

013408P001-1435A-598
AQUARIUM MASTERS INC
PO BOX 740135
NEW ORLEANS LA 70174-0135

016865P001-1435A-598
AQUATIC POOL SYSTEMS,INC
PO BOX 429
LIBUSE LA 71348

016866P001-1435A-598
AQUATICA SPORTS AND FITNESS
1050 SOUTH JEFFERSON DAVIS PWY
STE 201
NEW ORLEANS LA 70125

019534P001-1435A-598
AQUAVISION
107 INTREPID DR
SLIDELL LA 70458

015371P001-1435A-598
AQUINAS AND MORE CATHOLIC GOODS
4727 N ACADEMY BLVD
COLORADO SPRINGS CO 80918

026453P001-1435A-598
ARAMARK
5100 RIVER RD
WESTWEGO LA 70094

015372P001-1435A-598
ARAMARK CAMPUS DINING
SLU BOX 10864
HAMMOND LA 70402

031588P001-1435A-598
ARATA AND KNIGHT LAW FIRM
WILLIAM H ARATA
216 AUSTIN ST
BOGALUSA LA 70427

000144P001-1435S-598
ARATA LAW OFFICE LLC
WILLIAM H ARATA
216 AUSTIN ST
BOGALUSA LA 70427

026658P001-1435A-598
ARBITERSPORTS LLC
DBA ARBITERPAY
235 W SEGO LILY DR STE #200
SANDY UT 84070

344

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 27 of 1204

08/27/2025 05:45:58 PM

041592P001-1435A-598
ARBON EQUIPMENT CORP
25464 NETWORK PL
CHICAGO IL 60673

015373P001-1435A-598
ARBOR SCIENTIFIC
PO BOX 2750
ANN ARBOR MI 48106-2750

000451P001-1435A-598
ARC DOCUMENT SOLUTIONS
PO BOX 203890
DALLAS TX 75320-3890

000452P001-1435A-598
ARC LA GULF COAST
PO BOX 203890
DALLAS TX 75320-3890

000453P002-1435A-598
ARC MANAGEMENT GROUP LLC
2964 PEACHTREE RD NW STE 555
ATLANTA GA 30305-4909

015374P001-1435A-598
ARC WELDING AND FABRICATION, INC
70255 HWY 59
ABITA SPRINGS LA 70420

011882P002-1435A-598
ARC WELDING AND FRABRICATION
PO BOX 897
CUT OFF LA 70345-0897

011883P001-1435A-598
ARCENEAUX ELECTRIC AND SECURITY INC
79113 WATTS THOMAS RD
BUSH LA 70431

009680P001-1435A-598
ARCH INSURANCE
1000 HOWARD AVE
NEW ORLEANS LA 70113

016867P001-1435A-598
ARCH OF NO IT DEPT
1000 HOWARD AVE
STE 700
NEW ORLEANS LA 70113

009354P001-1435A-598
ARCH OF NO OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009135P001-1435A-598
ARCH OF NOINFO TECH
1000 HOWARD AVE
STE 700
NEW ORLEANS LA 70113

020659P001-1435A-598
ARCH PRESS LLC
27 INNSBROOK RD
ASHEVILLE NC 28804

011884P001-1435A-598
ARCHBISHOP BLENK HIGH SCHOOL
17 BLVD GRETNA
GRETNA LA 70053

020663P001-1435A-598
ARCHBISHOP BLENK HIGH SCHOOL
17 GRETNA BLVD
GRETNA LA 70053

026668P001-1435A-598
ARCHBISHOP CHAPELLE CAFETERIA
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

029609P001-1435A-598
ARCHBISHOP CHAPELLE CAFETERIA
8800 VETERANS BLVD
METAIRIE LA 70003

000457P001-1435A-598
ARCHBISHOP CHAPELLE HIGH SCHOOL
8800 VETERANS BLVD
METAIRIE LA 70003

011885P001-1435A-598
ARCHBISHOP CHAPELLE HIGH SCHOOL
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

020664P001-1435A-598
ARCHBISHOP CHAPELLE HIGH SCHOOL
CASSIC CAMPBELL
8800 VETERANS BLVD
METAIRIE LA 70003

029779P001-1435A-598
ARCHBISHOP CHAPELLE HIGH SCHOOL

015375P001-1435A-598
ARCHBISHOP CHAPPELLE HIGH SCHOOL
8800 VETERANS BLVD
METAIRIE LA 70003

029764P001-1435A-598
ARCHBISHOP GREGORY M AYMOND
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026552P001-1435A-598
ARCHBISHOP HANNAN CAFETERIA
71324 LA-1077
COVINGTON LA 70433

000458P001-1435A-598
ARCHBISHOP HANNAN HIGH SCHOOL
71324 HWY 1077
COVINGTON LA 70433

016868P001-1435A-598
ARCHBISHOP HANNAN HIGH SCHOOL
71324 LA - 1077
COVINGTON LA 70433

020665P001-1435A-598
ARCHBISHOP HANNAN HIGH SCHOOL
FR CHARLES LATOUR
71324 HIGHWAY 1077
COVINGTON LA 70433

029780P001-1435A-598
ARCHBISHOP HANNAN HIGH SCHOOL

Case 20-10846 Doc 4335 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 346
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 346 of 1525
US First Class Mail
Exhibit Pages

026174P001-1435A-598
ARCHBISHOP RUMMEL ALUMNI ASSOCIATION
1901 SEVERN AVE
METAIRIE LA 70001

016869P001-1435A-598
ARCHBISHOP RUMMEL H S
JAY ROTH AD
1901 SEVERN AVE
METAIRIE LA 70001

000459P001-1435A-598
ARCHBISHOP RUMMEL HIGH SCHOOL
1901 SEVERN AVE
METAIRIE LA 70001

015376P001-1435A-598
ARCHBISHOP RUMMEL HIGH SCHOOL
COACH SCOTT THOMPSON
1901 SEVERN AVE
METAIRIE LA 70001

020666P001-1435A-598
ARCHBISHOP RUMMEL HIGH SCHOOL
1901 SEVERN
METAIRIE LA 70001

029781P001-1435A-598
ARCHBISHOP RUMMEL HIGH SCHOOL

026175P001-1435A-598
ARCHBISHOP RUMMEL SALT KEY CLUB
1901 SEVERN AVE
METAIRIE LA 70001

026454P001-1435A-598
ARCHBISHOP SHAW ALUMNI ASSOCIATION
1000 SALESIAN LN
MARRERO LA 70072

026455P001-1435A-598
ARCHBISHOP SHAW CAFETERIA
1000 SALESIAN LN
MARRERO LA 70072

000460P001-1435A-598
ARCHBISHOP SHAW HIGH SCHOOL
1000 SALESIAN LN
MARRERO LA 70072

011886P001-1435A-598
ARCHBISHOP SHAW HIGH SCHOOL
1000 BARATARIA BLVD
MARRERO LA 70072

029782P001-1435A-598
ARCHBISHOP SHAW HIGH SCHOOL

015377P001-1435A-598
ARCHDIOCESAN BAND PROGRAM
17647 AVALON TER
HAMMOND LA 70403

029873P001-1435A-598
ARCHDIOCESAN CEMETERIES
SHERRI PEPPO
1000 HOWARD AVE
NEW ORLEANS LA 70113

015378P001-1435A-598
ARCHDIOCESAN FOOD SVC
1000 HOWARD AVE
STE 300
NEW ORLEANS LA 70113

000461P001-1435A-598
ARCHDIOCESAN GOSPEL CHOIR
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

020667P001-1435A-598
ARCHDIOCESAN INSURANCE OFFICE
JESSIE HAMILTON
1000 HOWARD AVE STE 1202
NEW ORLEANS LA 70113

000462P001-1435A-598
ARCHDIOCESAN SPIRITUALITY CENTER
2501 MAINE AVE
METAIRIE LA 70003

031052P001-1435A-598
ARCHDIOCESAN SPIRITUALITY CENTER
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011887P001-1435A-598
ARCHDIOCESE 401 (K) PLAN SRV
PO BOX 608
METAIRIE LA 70004-0608

009681P001-1435A-598
ARCHDIOCESE 401 K PLAN
401K PLAN
METAIRIE LA 70004-0608

000463P001-1435A-598
ARCHDIOCESE OF ATLANTA
OFFICE OF VOCATIONS
2401 LAKE PK DR SE
SMYRNA GA 30080

009682P001-1435A-598
ARCHDIOCESE OF N O
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

040872P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

018295P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS RETREAT CENTER
5500 ST MARY ST
METAIRIE LA 70006

000464P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
IT OFFICE
1000 HOWARD AVE
NEW ORLEANS LA 70113

000465P002-1435A-598
ARCHDIOCESE OF NEW ORLEANS
SPIRITUALITY CENTER
DOROTHY TROSCLAIR
2501 MAINE AVE
METAIRIE LA 70003

000466P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
ORE DEPT
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex. 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 347 of 1525
US First Class Mail
Exhibit Pages

009353P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009683P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011888P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
OFFICE OF WORSHIP
7887 WALMSLEY AVE
NEW ORLEANS LA 70126

013416P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
RESPECT LIFE OFFICE
DEBBIE SHINSKIE
1000 HOWARD AVE
9TH FL
NEW ORLEANS LA 70113

015379P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
JESENIA HAMILTON
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

016870P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
7997 WALMSLEY
NEW ORLEANS LA 70125

018298P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
INFORMATION TECHNOLOGY
ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

019535P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

019537P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
INFORMATION TECHNOLOGY
7887 WALMSLEY
NEW ORLEANS LA 70125

029610P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS
INFORMATION TECHNOLOGY
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011889P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS (7E)
ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011890P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS (9)
1000 HOWARD AVE STE 1202
NEW ORLEANS LA 70113

013414P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS - AUDIT
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013415P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS - FINGERPRINTS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009684P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS - INS
ARCHDIOCESAN INSURANCE OFFICE
1000 HOWARD AVE STE 1202
NEW ORLEANS LA 70113

009685P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS - IT
1000 HOWARD AVE STE 700
NEW ORLEANS LA 70113

016871P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

018296P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS CASUALTY INSURANCE
CASUALTY INSURANCE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3496

018297P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS FIELD HOUSE LOAN
FIELD HOUSE LOAN
7887 WALMSLEY
NEW ORLEANS LA 70125

019538P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS FINANCIAL SVC
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029489P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INDEMNITY CO
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029783P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INDEMNITY CO INC

026133P002-1435A-598
ARCHDIOCESE OF NEW ORLEANS INDEMNITY INC
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026133S001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INDEMNITY INC
7887 WALMSLEY LLC
140 KENNEDY DR
STE 101
SOUTH BURLINGTON VT 05403

031053P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC
ARTEX RISK SOLUTIONS INC
140 KENNEDY DR STE 101
SOUTH BURLINGTON VT 05403-6717

019539P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INSURANCE
INSURANCE
7887 WALMSLEY AVENUE
NEW ORLEANS LA 70125

018299P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INSURANCE OFFICE
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

020669P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INSURANCE OFFICE
INSURANCE OFFICE JESSIE HAMILTON
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

Case 20-10846 Doc 4355-4 Filed 09/25/25 Entered 09/25/25 11:00:45 Exhibit 4 Page 348
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 348 of 1525
US First Class Mail
Exhibit Pages

019540P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS INTERNET SVC
1000 HOWARD AVE
STE 700
NEW ORLEANS LA 70113

019541P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS OCS
OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLELY AVE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029611P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS OCS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

018300P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS OFFICE OF WORSHIP
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000312P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS PRIEST PLAN
JEFF ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70118

018301P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS RENOVATION LOAN
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016872P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS SPECIAL EVENTS
1000 HOWARD AVE STE 1202
NEW ORLEANS LA 70113

011891P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {2}
OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

020668P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {2}
PETER QUIRK
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

011892P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {3}
CATHOLIC MUTUAL GROUP
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011893P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {4}
INFORMATION TECHNOLOGY
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011894P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {5}
ACCOUNTING DEPT
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011895P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {6}
OFFICE OF RELIGIOUS EDUCATION
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

011896P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS {8}
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016873P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS, TOB TEENS
DEBBIE SHINSKIE
DIRECTOR OF THE RESPECT LIFE OFFICE
TOB TEENS TRAINING REGISTRATION
1000 HOWARD AVE, 9TH FL
NEW ORLEANS LA 70113

013417P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS-ACCOUNTING
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009361P001-1435A-598
ARCHDIOCESE OF NEW ORLEANS-SAVINGS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009352P001-1435A-598
ARCHDIOCESE OF NO  ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009355P001-1435A-598
ARCHDIOCESE OF NO  INFO TECH
ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013410P001-1435A-598
ARCHDIOCESE OF NO  INFORMATION TECH
ATTN:ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013411P001-1435A-598
ARCHDIOCESE OF NO  INS OFFICE
JESENIA HAMILTON
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

013412P001-1435A-598
ARCHDIOCESE OF NO  OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013418P001-1435A-598
ARCHDIOCESE OF NO - INSURANCE OFFICE
JESENIA HAMILTON
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

009133P001-1435A-598
ARCHDIOCESE OF NO INSURANCE
JESSE HAMILTON
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70125

009360P001-1435A-598
ARCHDIOCESE OF NO INTERNET SVC
ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013413P001-1435A-598
ARCHDIOCESE OF NOOFFICE OF WORSHIP
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000467P001-1435A-598
ARCHDIOCESE OF PHILADELPHIA
222 N 17TH ST
PHILADELPHIA PA 19103

000468P001-1435A-598
ARCHDIOCESE OF ST PAUL AND MINNEAPOLIS
OPCY
777 FOREST ST
ST. PAUL MN 55106

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000342P001-1435A-598<br>ARCHDIOCESE OF TORORO<br>PO BOX 632<br>TORORO<br>UGANDA | 000341P001-1435A-598<br>ARCHDIOCESE OF TRIVANDRUM<br>LATIN ARCHBISHOP S HOUSE<br>PB NO 805<br>VELLAYAMBALAM 695003<br>THIRUVANANTHAPURAM | 000469P001-1435A-598<br>ARCHIBALD L MELCHER IV LLC<br>6367 JEFFERSON HWY<br>HARAHAN LA 70123 | 029603P001-1435A-598<br>ARCHNO IT OFFICE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 020670P001-1435A-598<br>ARCHNO 401(K) PLAN<br>PO BOX 608<br>METAIRIE LA 70004-0608 | 020671P001-1435A-598<br>ARCHNO ACCOUNTING OFFICE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020672P001-1435A-598<br>ARCHNO ARCHBISHOP AYMOND<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020673P001-1435A-598<br>ARCHNO BUILDING OFFICE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70068-3412 |
| 020674P001-1435A-598<br>ARCHNO CFO<br>CHIEF FINANCIAL OFFICER<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020675P001-1435A-598<br>ARCHNO FINANCE OFFICE<br>ANN ROUSSEL FINANCE OFFICE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020676P001-1435A-598<br>ARCHNO FINGERPRINT<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020677P001-1435A-598<br>ARCHNO GENERAL<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 020681P001-1435A-598<br>ARCHNO HUMAN RESOURCES<br>1000 HOWARD AVE<br>STE 1200<br>NEW ORLEANS LA 70113 | 020682P001-1435A-598<br>ARCHNO INSURANCE OFF<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020683P001-1435A-598<br>ARCHNO IT OFFICE<br>ACCOUNTING OFFICE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020678P001-1435A-598<br>ARCHNO OFFICE OF WORSHIP<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 020684P001-1435A-598<br>ARCHNO PRO LIFE OFFICE<br>TOB TEENS TRAINING REGISTRATION  D SHINSKE<br>1000 HOWARD AVE 9TH FL<br>NEW ORLEANS LA 70113 | 011897P001-1435A-598<br>ARDUINO, LLC<br>177 HUNTINGTON AVE STE 1703 #86983<br>BOSTON MA 02115 | 026456P001-1435A-598<br>AREA 51 LASER TAG<br>1539 LAFAYETTE ST B<br>GRETNA LA 70053 | 016874P001-1435A-598<br>AREA WHOLESALE TIRE CO<br>1547 WESTBANK EXPY<br>WESTWEGO LA 70094 |
| 009686P001-1435A-598<br>AREAFOCUS INC<br>PO BOX 9025<br>BRIDGE CITY LA 70094 | 011898P001-1435A-598<br>ARENA'S TRUCKING TRACTOR AND BOBCAT SVC<br>27882 REID RD<br>LORANGER LA 70446 | 000470P002-1435A-598<br>ARETE SCHOLARS<br>6555 SUGARLOAF PKWY STE 307<br>DULUTH GA 30097-4934 | 000102P003-1435S-598<br>ARGENT INSTITUTIONAL TRUST COMPANY<br>KEVIN M DOBRAVA, MANAGING DIRECTOR<br>FORMERLY TMI TRUST COMPANY<br>5901 PEACHTREE DUNWOODY RD<br>STE C-495<br>ATLANTA GA 30328 |
| 000471P001-1435A-598<br>ARGOTE DERBES AND TATJE LLC<br>512 N CAUSEWAY BLVD<br>METAIRIE LA 70001 | 030999P001-1435A-598<br>ARGOTE, DERBES, GRAHAM, SHUFFIELD, AND TATJE, INC<br>HANK  TATJE<br>ADDRESS INTENTIONALLY OMITTED | 015380P001-1435A-598<br>ARGUMENT-DRIVEN INQUIRY<br>2303 RR 620 S<br>AUSTIN TX 78734 | 033603S001-1435A-598<br>ARIZONA DEPARTMENT-CORRECTIONS<br>JOSEPH PITZ<br>PO BOX 3000<br>GOODYEAR AZ 85338-0901 |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 850
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 350 of 1525
US First Class Mail
Exhibit Pages

033661S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
DEMETRIO HARRIS
PO BOX 3000
GOODYEAR AZ 85338-0901

033662S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
RYAN BENEDICT
PO BOX 3000
GOODYEAR AZ 85338-0901

037718S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
FAWN KINNEY
PO BOX 3000
GOODYEAR AZ 85338-0901

033898S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
CRYSTAL STITT
PO BOX 3000
GOODYEAR AZ 85338-0901

033899S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
JANAH BARRERAS
PO BOX 3000
GOODYEAR AZ 85338-0901

033966S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
MCJ SCHMIDT
PO BOX 3000
GOODYEAR AZ 85338-0901

033967S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
W RUNOLFSON
PO BOX 3000
GOODYEAR AZ 85338-0901

034127S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
ALEXANDRIA BAILEY
PO BOX 3000
GOODYEAR AZ 85338-0901

034132S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
ISRAEL CERNA
PO BOX 3000
GOODYEAR AZ 85338-0901

034133S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
SOTERO RIVERS
PO BOX 3000
GOODYEAR AZ 85338-0901

034205S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
BRYCE YEAROUT
PO BOX 3000
GOODYEAR AZ 85338-0901

034206S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
AUDREY TAYLOR
PO BOX 3000
GOODYEAR AZ 85338-0901

034232S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
JON FERTIG
PO BOX 3000
GOODYEAR AZ 85338-0901

034242S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
JOHN HIGLEY
PO BOX 3000
GOODYEAR AZ 85338-0901

034243S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
CHEZARE HINES
PO BOX 3000
GOODYEAR AZ 85338-0901

034333S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
TARA GARRETT
PO BOX 3000
GOODYEAR AZ 85338-0901

034342S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
CHRISTINA BREWER
PO BOX 3000
GOODYEAR AZ 85338-0901

034343S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
JONATHON FRANK
PO BOX 3000
GOODYEAR AZ 85338-0901

034351S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
CYNTHIA HERNANDEZ
PO BOX 3000
GOODYEAR AZ 85338-0901

034352S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
NORMA LOPEZ
PO BOX 3000
GOODYEAR AZ 85338-0901

034387S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
JORDANA KATZ
PO BOX 3000
GOODYEAR AZ 85338-0901

034388S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
NORMA RUBIO
PO BOX 3000
GOODYEAR AZ 85338-0901

034455S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
FRANK GARCES
PO BOX 3000
GOODYEAR AZ 85338-0901

034479S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
GIOVANNI SOLIS
PO BOX 3000
GOODYEAR AZ 85338-0901

034504S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
SCOTT ADAMS
PO BOX 3000
GOODYEAR AZ 85338-0901

034505S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
MEDAYEDUPIN KEHINDE
PO BOX 3000
GOODYEAR AZ 85338-0901

034782S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
QUEYANA KING
PO BOX 3000
GOODYEAR AZ 85338-0901

034979S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
CODY HUTCHINSON
PO BOX 3000
GOODYEAR AZ 85338-0901

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 851
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 351 of 1525
US First Class Mail
Exhibit Pages

034980S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
GREGORY WALLACE
PO BOX 3000
GOODYEAR AZ 85338-0901

034981S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
RACHAEL DALES
PO BOX 3000
GOODYEAR AZ 85338-0901

034982S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
APRIL TALLEY
PO BOX 3000
GOODYEAR AZ 85338-0901

035015S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
MEG MACLEAN
PO BOX 3000
GOODYEAR AZ 85338-0901

035238S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
MICHAEL PARRA
PO BOX 3000
GOODYEAR AZ 85338-0901

035239S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
DAWN NORTHUP
PO BOX 3000
GOODYEAR AZ 85338-0901

035385S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
ANNA DEMPSEY
PO BOX 3000
GOODYEAR AZ 85338-0901

035386S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
TERESA QUALLS
PO BOX 3000
GOODYEAR AZ 85338-0901

035669S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
DANIEL BOJORQUEZ
PO BOX 3000
GOODYEAR AZ 85338-0901

035731S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
SHAWN CAZIARC
PO BOX 3000
GOODYEAR AZ 85338-0901

035732S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
ANTON RAGSDALE
PO BOX 3000
GOODYEAR AZ 85338-0901

035804S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
KAREN OSMOND
PO BOX 3000
GOODYEAR AZ 85338-0901

035852S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
DAVID ZAMORA
PO BOX 3000
GOODYEAR AZ 85338-0901

035853S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
TERU OSORIO
PO BOX 3000
GOODYEAR AZ 85338-0901

035957S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
LEOVY DE GUZMAN
PO BOX 3000
GOODYEAR AZ 85338-0901

035998S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
CAROL THORNE
PO BOX 3000
GOODYEAR AZ 85338-0901

036455S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
S MONIQUE
PO BOX 3000
GOODYEAR AZ 85338-0901

036456S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
ERIK GODINA
PO BOX 3000
GOODYEAR AZ 85338-0901

036524S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
TARA DIAZ
PO BOX 3000
GOODYEAR AZ 85338-0901

036525S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
SHEILA PETERSON
PO BOX 3000
GOODYEAR AZ 85338-0901

036526S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
MARY RUSSEL
PO BOX 3000
GOODYEAR AZ 85338-0901

036527S001-1435A-598
ARIZONA DEPARTMENT-CORRECTIONS
MICHELLE YOON
PO BOX 3000
GOODYEAR AZ 85338-0901

022266P001-1435A-598
ARKANSAS HEALTH GROUP ANESTHES
STE 200 11001 EXECUTIVE CENTER DR
LITTLE ROCK AR 72211

022267P001-1435A-598
ARKANSAS SPECIALTY CARE CENTER
PO BOX 23288
BELFAST ME 04915

022268P001-1435A-598
ARLINGTON DERMATOLOGY CLINIC
STE 139 801 ROAD TO SIX FLAGS W
ARLINGTON TX 76012

000472P001-1435A-598
ARMA INTERNATIONAL
DEPT 999239
PO BOX 219081
KANSAS CITY MO 64121-9081

018302P001-1435A-598
ARMAND ENGRAVING
1660 BARATARIA BLVD STE 2
MARRERO LA 70072

019543P001-1435A-598
ARMONDS MEAT
2230 GAUSE BLVD EAST
SLIDELL LA 70461

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit Affidavit 852
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 352 of 1525
US First Class Mail
Exhibit Pages

015381P001-1435A-598
ARNO
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015382P001-1435A-598
ARNO - 401 (K) PLAN
PO BOX 608
METAIRIE LA 70004-0608

015383P001-1435A-598
ARNO - ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015384P001-1435A-598
ARNO - CASUALTY INS
CASUALTY INS-CUST # 376
ACCOUNTING OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3496

015385P001-1435A-598
ARNO - DEPT OF CLERGY
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015386P001-1435A-598
ARNO - FAMILY LIFE APOSTOLATE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015387P001-1435A-598
ARNO - INFORMATION TECHNOLOGY
INFORMATION TECHNOLOGY
1000 HOWARD AVE - STE 700
NEW ORLEANS LA 70113

015388P001-1435A-598
ARNO - INSURANCE OFFICE
INSURANCE OFFICE
1000 HOWARD AVE - STE 1202
NEW ORLEANS LA 70113

015389P001-1435A-598
ARNO - OFFICE OF CATHOLIC SCHOOLS
7887 WALMSEY AVE
NEW ORLEANS LA 70125

015390P001-1435A-598
ARNO - OFFICE OF RELIGIOUS EDUCATION
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015391P001-1435A-598
ARNO - OFFICE OF WORSHIP
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015392P001-1435A-598
ARNO - RESPECT LIFE
DEBBIE SHINSKIE
1000 HOWARD AVE
9TH FL
NEW ORLEANS LA 70113

015393P001-1435A-598
ARNO - SAFE ENVIRONMENT OFFICE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015394P001-1435A-598
ARNO - SPECIAL EVENTS COVERAGE
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

011899P001-1435A-598
ARROW CRANE AND RIGGING INC
14251 HIGHWAY 1085
COVINGTON LA 70433

000475P001-1435A-598
ARROW PEST CONTROL OF NEW ORLEANS
4720 JONES CREEK RD
BATON ROUGE LA 70817

020679P002-1435A-598
ARROW TERMITE AND PEST CONTROL
PO BOX 1745
SLIDELL LA 70459-1745

015395P001-1435A-598
ARROWHEAD JUNIOR TOUR, LLC
PO BOX 9164
MANDEVILLE LA 70470

031030P001-1435A-598
ARROWOOD
ROBERT L JOYCE
4 MANHATTANVILLE RD SUITE 202
PURCHASE NY 10577

000476P001-1435A-598
ART BY ALLIE
303 GOLDENWOOD ST
MANDEVILLE LA 70448

009687P001-1435A-598
ART FROM THE HEART
427 WEST 13TH AVE
COVINGTON LA 70433

019544P001-1435A-598
ART SHOP LLC
250 FREMAUX AVE
SLIDELL LA 70458

018305P001-1435A-598
ART'S MUSIC SHOP
3030 EAST BLVD
MONTGOMERY AL 36116

022269P001-1435A-598
ARTHUR E WOOD MEDICAL
951 MATTHEW DR STE D
WAYNESBORO MS 39367

019545P001-1435A-598
ARTHURS BUS SVC
204 MADEWOOD DR
DESTREHAN LA 70047

013419P001-1435A-598
ARTICULATED GRAPHICS
324 HESPER AVE
METAIRIE LA 70005

016875P001-1435A-598
ARTIE'S PRINTING AND PROMOTIONS
401 WHITNEY AVE
STE 126
GRETNA LA 70056

020680P001-1435A-598
ARTIES PRINTING
3001 SEINE ST
NEW ORLEANS LA 70114

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in 4-1 Page 853
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 353 of 1525
US First Class Mail
Exhibit Pages

000477P001-1435A-598
ARTIGUES CONSTRUCTION CO INC
1215 FRIED ST
GRETNA LA 70053

022270P001-1435A-598
ARTIS BEATTY A PROFESSIONAL OP
STE 520 1950 OLD GALLOWS RD
VIENNA VA 22182

022271P001-1435A-598
ARTIS BEATTY PROFESSIONAL OPTO
STE 520 1950 OLD GALLOWS RD
VIENNA VA 22182

018303P001-1435A-598
ARTISAN GRANITE
20 AZALEA CT
EAST GREENWICH RI 02818

018304P001-1435A-598
ARTIST AND BEYOND MANAGEMENT
555 10TH AVE
STE 20J
NEW YORK NY 10018

015396P001-1435A-598
ARTISTIC FRAMING
1248 COLLINS BLVD
COVINGTON LA 70433

016876P001-1435A-598
ARTISTICALLY YOURS
13580 LANDOVER DR
DENHAM SPRINGS LA 70726

011900P001-1435A-598
ARTMASTERS SCREEN PRINTING
335 N FLORIDA ST
COVINGTON LA 70433

009175P002-1435A-598
ARTS AND ACTIVITIES
13741 DANIELSON ST STE A
POWAY CA 32064-6895

020601P001-1435A-598
ASAP MONOGRAMS
924 CARROLLWOOD DR
LAPLACE LA 70068

009286P001-1435A-598
ASAP PRINTING
3971 PONTCHARTRAIN DR
SLIDELL LA 70458

018306P001-1435A-598
ASAP PRINTING AND DIGITAL IMAGING
3971 PONTCHARTRAIN DR
SLIDELL LA 70458

020685P001-1435A-598
ASAP PRINTING AND DIGITAL IMAGING
5732 SALMEN ST
STE A
HARAHAN LA 70123

019546P001-1435A-598
ASAP TOWING AND ROAD SVC
2090 GAUSE BLVD W
SLIDELL LA 70460

013420P001-1435A-598
ASAP TREE SVC
PO BOX 873
METAIRIE LA 70004

013421P001-1435A-598
ASBESTOS ABATEMENT CONTRCTORS, INC
4432 TRENTON ST
METAIRIE LA 70006

011901P001-1435A-598
ASCA
1101 KING ST STE 625
ALEXANDRIA VA 22314

009202P002-1435A-598
ASCD
2800 S SHIRLINGTON RD STE 1001
ARLINGTON VA 22206-3624

009688P001-1435A-598
ASCD
PO BOX 17035
BALTIMORE MD 21297-8461

020686P001-1435A-598
ASCD
PO BOX 17035
BALTIMORE MD 21298-8431

040874P001-1435A-598
ASCD
1703 NORTH BEAUREGARD ST
ALEXANDRIA VA 22311-1714

015397P001-1435A-598
ASCENSION CATHOLIC HIGH SCHOOL
311 ST VINCENT ST
DONLADSONVILLE LA 70346

020687P001-1435A-598
ASCENSION CATHOLIC HIGH SCHOOL
BOYS BASKETBALL
311 ST VINCENT STREET
DONALDSONVILLE LA 70346

022272P001-1435A-598
ASCENSION CENTER FOR WOMEN'S H
1943A S BURNSIDE AVE
GONZALES LA 70737

018307P001-1435A-598
ASCENSION CHRISTIAAN HIGH SCHOOL
ATHLETIC SECRETARY
14408 EA ACADEMY RD
GONZALES LA 70737

015398P001-1435A-598
ASCENSION CHRISTIAN HIGH
4408 EA ACADEMY RD
GONZALES LA 70737

019547P001-1435A-598
ASCENSION CHRISTIAN HIGH SCHOOL
LION CUP ATHLETIC SECRETARY
14448 E A ACADEMY RD
GONZALES LA 70737

020688P001-1435A-598
ASCENSION CHRISTIAN HIGH SCHOOL
ATHL SECRETARY LIONS SHOOTOUT
14408 E A ACADEMY RD
GONZALES LA 70737

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Expart 4 Filed 854
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 354 of 1525
US First Class Mail
Exhibit Pages

022273P001-1435A-598
ASCENSION EMERGENCY PHYSICIANS
PO BOX 24616
FORT WORTH TX 76124

020689P001-1435A-598
ASCENSION EPISCOPAL HIGH SCHOOL
1800 CHEMIN METAIRIE PKWY
YOUNGSVILLE LA 70592

020690P001-1435A-598
ASCENSION EQUIPMENT
13173 AIRLINE HWY
GONZALES LA 70737

031054P001-1435A-598
ASCENSION OF OUR LORD
ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000478P001-1435A-598
ASCENSION OF OUR LORD CHURCH
799 FAIRWAY DR
LAPLACE LA 70068-2007

029908P001-1435A-598
ASCENSION OF OUR LORD CHURCH
1900 GREENWOOD DR
LAPLACE LA 70068

020691P001-1435A-598
ASCENSION OF OUR LORD GIFT SHOP
799 FAIRWAY DR
LAPLACE LA 70068

000479P001-1435A-598
ASCENSION OF OUR LORD SCHOOL
1809 GREENWOOD DR
LAPLACE LA 70068

040875P001-1435A-598
ASCENSION PAPER PRODUCTS
405 N MARCHAND AVE
GONZALES LA 70737

000480P001-1435A-598
ASCENSION PRESS
PO BOX 69154
BALTIMORE MD 21264-9154

009689P001-1435A-598
ASCENSION PRESS
P O BOX 5864
CAROL STREAM IL 60197-5864

015399P001-1435A-598
ASCENSION PRESS
PO BOX 775686
CHICAGO IL 60677

022274P001-1435A-598
ASCENT MEDICAL GROUP
612 S TYLER ST
COVINGTON LA 70433

021713P001-1435A-598
ASHLEIGH CASTRO
ADDRESS INTENTIONALLY OMITTED

009158P001-1435A-598
ASI SIGNAGE INNOVATIONS
1101 24TH ST
KENNER LA 70062

022275P001-1435A-598
ASLETT KURICA EYE CENTER
370 BELLE TERRE BLVD
LA PLACE LA 70068

035478S001-1435A-598
ASPC-LEWIS
RYAN THORNELL
PO BOX 70
BUCKEYE AZ 85326-0170

013422P001-1435A-598
ASPCA
GIFT PROCESSING CENTER
PO BOX 96929
WASHINGTON DC 20090-6929

022276P001-1435A-598
ASPIRE TO EMPOWER COUNSELING
PKWY 1050 S JEFFERSON DAVIS
NEW ORLEANS LA 70125

031055P001-1435A-598
ASPIRING SCHOLARS
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013423P001-1435A-598
ASSN OF FUNDRAISING PROFESSIONALS
PO BOX 969
PEARL RIVER LA 70452

009419P001-1435A-598
ASSN OF FUNDRAISING PROFESSIONALS NO CHAPTER
PO BOX 969
PEARL RIVER LA 70452

000482P001-1435A-598
ASSOCIATED CRAFTS
1685 WILKIE DR
WINONA MN 55987

041593P001-1435A-598
ASSOCIATED GROCERS INC
ACCOUNTS PAYABLE
8686 ANSELMO LN
BATON ROUGE LA 70826

022277P001-1435A-598
ASSOCIATED PATHOLOGISTS LLC
PO BOX 639195
CINCINNATI OH 45263

000483P001-1435A-598
ASSOCIATED WATERPROOFING CORP
PO BOX 1458
METAIRIE LA 70004-1458

022279P001-1435A-598
ASSOCIATES IN WOMENS HEALTH
STE 310 500 RUE DE LA VIE ST
BATON ROUGE LA 70817

000484P001-1435A-598
ASSOCIATION OF CATHOLIC PUBLISHERS
2019 MID-ATLANTIC CONGRESS
4725 DORSEY HALL DR
ELLICOTT CITY MD 21042

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 14:00:05 Main Document Page 355
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 355 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

000485P001-1435A-598
ASSOCIATION OF CERTIFIED FRAUD EXAMINERS
THE GREGOR BUILDING
716 WEST AVE
AUSTIN TX 78701-2727

000486P001-1435A-598
ASSOCIATION OF PRIESTS
DIOCESE OF BILOXI AND JACKSON
PO BOX 2248
JACKSON MS 39225-2248

022280P001-1435A-598
ASSUMPTION COMMUNITY HOSPITAL
DEPT D
PO BOX 679308
DALLAS TX 75267

015400P001-1435A-598
ASSUMPTION HIGH SCHOOL
4880 HIGHWAY 308
NAPOLEONVILLE LA 70390

020697P001-1435A-598
ASSUMPTION HIGH SCHOOL
SANDY FUSSELL
4880 HWY 308
NAPOLEONVILLE LA 70390

031056P001-1435A-598
ASSUMPTION OF MARY
ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031057P001-1435A-598
ASSUMPTION OF THE BLESSED VIRGIN MARY
ROMAN CATHOLIC CHURCH, BRAITHWAITE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032232S001-1435A-598
ASSUMPTION-THE BLESSED VIRGIN
EDDIE MARTIN
PO BOX 99
NAPOLEONVILLE LA 70390-0099

011902P001-1435A-598
ASSURANCE AV SOLUTIONS
69268 TAVERNY CT
MADISONVILLE LA 70447

000487P001-1435A-598
ASSURANCE GLOBAL INC
831 LAFAYETTE ST
GRETNA LA 70053

009690P001-1435A-598
ASSURANT
PO BOX 842573
KANSAS CITY MO 64184-2573

009691P001-1435A-598
ASSURANT - VISION
PO BOX 807009
KANSAS CITY MO 64184-7009

009468P001-1435A-598
ASSURANT EMPLOYEE BENEFITS
PO BOX 842573
KANSAS CITY MO 64184-2573

009692P001-1435A-598
ASSURANT EMPLOYEE BENEFITS
PO BOX 807009
KANSAS CITY MO 64184-7009

000488P001-1435A-598
ASTOR CROWNE PLAZA
739 CANAL ST
NEW ORLEANS LA 70130

000490P001-1435A-598
AT AND T
PO BOX 5019
CAROL STREAM IL 60197-5019

000491P001-1435A-598
AT AND T
ONENET SVC
PO BOX 5094
CAROL STREAM IL 60197-5019

018308P001-1435A-598
AT AND T
PO BOX 105068
ATLANTA GA 30348-5068

026080P001-1435A-598
AT AND T
PO BOX 78522
PHOENIX AZ 85062-8522

026080S001-1435A-598
AT AND T
208 S AKARD ST
DALLAS TX 75202

040876P001-1435A-598
AT AND T
1923 ST PHILIP ST
NEW ORLEANS LA 70116

040877P001-1435A-598
AT AND T
950 W BETHANY DR
STE 700
ALLEN TX 75013

040878P001-1435A-598
AT AND T
PO BOX 5014
CAROL STREAM IL 60197-5014

040879P001-1435A-598
AT AND T
PO BOX 5075
CAROL STREAM IL 60197

040880P001-1435A-598
AT AND T BUSINESS
2937 VETERANS MEMORIAL BLVD
STE A
METAIRIE LA 70002

015401P001-1435A-598
AT AND T COMMUNICATION SYSTEMS SOUTHEAST
PO BOX 79045
BALTIMORE MD 21279-0045

009465P001-1435A-598
AT AND T COMMUNICATIONS SYSTEMS SOUTHEAST
PO BOX 79045
BALTIMORE MD 21279-0045

000492P001-1435A-598
AT AND T CREDIT AND  COLLECTIONS
PO BOX 5093
CAROL STREAM IL 60197-5093

Case 20-10846 Doc 4825-5 Filed 09/01/25 Entered 09/01/25 14:00:45 Exhibit A Page 856
of Service Regarding Solicitation Packages Page 356 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

015402P001-1435A-598
AT AND T LONG DISTANCE
PO BOX 52187
PHOENIX AZ 85072-2187

000493P001-1435A-598
AT AND T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

000493S001-1435A-598
AT AND T MOBILITY
1025 LENOX PARK BLVD
ATLANTA GA 30319

000494P001-1435A-598
AT AND T MOBILITY
PO BOX 536216
ATLANTA GA 30353-6216

000495P001-1435A-598
AT AND T MOBILITY
PO BOX 6416
CAROL STREAM IL 60197-9416

000496P001-1435A-598
AT AND T U VERSE
PO BOX 5014
CAROL STREAM IL 60197-5014

040881P001-1435A-598
AT AND T-MONTHLY SVC
PO BOX 105262
ATLANTA GA 30348-5262

019548P001-1435A-598
AT FAULT MUSIC
3100 DEBOUCHEL BLVD
MERAUX LA 70075

011903P001-1435A-598
AT FAULT MUSIC LLC
1296 SPRINGWATER DR
MANDEVILLE LA 70471

009693P001-1435A-598
ATAFY
1429 WALNUT ST 4TH FL
PHILADELPHIA PA 19102-3299

026553P001-1435A-598
ATCHAFALAYA AT IDLEWILD
400 COTTON RD
PATTERSON LA 70392

020698P001-1435A-598
ATCHAFALAYA AT IDLEWOOD
400 COTTON RD
IDLEWOOD LA 70392

026457P001-1435A-598
ATCHAFALAYA AT IDLEWOOD
400 COTTON RD
PATTERSON LA 70392

026208P001-1435A-598
ATCHAFALYA GOLF COURSE
400 COTTON RD
PATTERSON LA 70392

018309P001-1435A-598
ATCO
1401 BARCLAY CIR
MARIETTA GA 30060-2925

013424P001-1435A-598
ATCO INTERNATIONAL
ACCOUNTS RECEIVABLE
401 BARCLAY CIR
SE
MARIETTA GA 30060-2925

015403P001-1435A-598
ATCO INTERNATIONAL
1401 BARCLAY CIR SE
MARIETTA GA 30060-2925

015404P002-1435A-598
ATHENS HIGH SCHOOL STUDENT COUNCIL
655 US HIGHWAY 31 N
ATHENS AL 35611-5003

020699P001-1435A-598
ATHLETIC CENTER
1205 N AIRLINE HWY
GONZALES LA 70737

020700P001-1435A-598
ATHLETIC PUBLISHING CO
PO BOX 931
MONTGOMERY AL 36101-0931

015405P001-1435A-598
ATHLETIC SUPPLY OF CALIFORNIA
27327 E 201ST ST
SOUTH HASKELL OK 74436

020701P001-1435A-598
ATHLETIC TEAM SPECIALIST
218 NORTH DILTON ST
METAIRIE LA 70003

011904P001-1435A-598
ATHLETIC TURF SOLUTIONS LLC
1711HIGHWAY 90 W
JENNINGS LA 70546

013425P001-1435A-598
ATHLETICS PRO CORP
2128 HARLEM RD
LOVES PARK IL 61111

000497P001-1435A-598
ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CTR AVE
ATLANTA GA 30303

000498P001-1435A-598
ATLAS FOUNDATION
5664 STUMBERG LN
BATON ROUGE LA 70816

000499P001-1435A-598
ATLAS HOSE AND GASKET CO LLC
PO BOX 57178
NEW ORLEANS LA 70157-7178

040882P001-1435A-598
ATLAS HOSE AND GASKET CO, LLC
1010 ST MARY ST
NEW ORLEANS LA 70130

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 4 Fil age 357
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 357 of 1525
US First Class Mail
Exhibit Pages

019549P001-1435A-598
ATLAS PEN AND PENCIL LLC
PO BOX 847379
DALLAS TX 75284-7379

018310P001-1435A-598
ATLASEDCO, INC
PO BOX 850137
NEW ORLEANS LA 70185

018311P001-1435A-598
ATMOS
PO BOX 790311
ST LOUIS MO 63179-0311

040883P001-1435A-598
ATMOS
PO BOX 740353
CINCINNATI OH 45274

020702P001-1435A-598
ATMOS ENERGY 35
P O BOX 790311
ST. LOUIS MO 63179-0311

020703P001-1435A-598
ATMOS ENERGY 51
P O BOX 790311
ST. LOUIS MO 63179-0311

000084P001-1435S-598
ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

000500P001-1435A-598
ATMOS ENERGY LOUISIANA
PO BOX 790311
ST. LOUIS MO 63179-0311

000500S001-1435A-598
ATMOS ENERGY LOUISIANA
5430 LYNDON B JOHNSON FWY
DALLAS TX 75240

026136P001-1435A-598
ATMOS ENERGY LOUISIANA
PO BOX 740353
CINCINATTI OH 45274-0353

040884P001-1435A-598
ATMOS ENERGY LOUISIANA
PO BOX 9001949
LOUISVILLE KY 40290

016877P001-1435A-598
ATMOS ENTERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

026554P001-1435A-598
ATMOSPHERE AERIAL
2613 CARONDELET ST
NEW ORLEANS LA 70130

009474P001-1435A-598
ATTAINMENT CO
PO BOX 930160
VERONA WI 53593-0160

015407P001-1435A-598
ATTAWAY AWARD CENTER
3499 PONTCHARTRAIN DR
STE 1
SLIDELL LA 70458

009694P001-1435A-598
ATTAWAY'S AWARD CENTER
3499 PONCHATRAIN DR STE 1
SLIDELL LA 70458

019550P001-1435A-598
ATTAWAY'S AWARD CENTER
3499 PONCHARTRAIN DR
STE 1
SLIDELL LA 70458

037096P001-1435A-598
ATTAWAY'S AWARD CENTER
3499 PONTCHARTRAIN DRIVE
SUITE 1
SLIDELL LA 70458

009138P002-1435A-598
ATTENHOFER'S STAINED GLASS LLC
1001 CENTRAL AVE
METAIRIE LA 70001-5747

033949S001-1435A-598
AUBURN CORRECTIONAL FACILITY
ANSELMO DEASIS
PO BOX 618
AUBURN NY 13021-0618

034750S001-1435A-598
AUBURN CORRECTIONAL FACILITY
JOHN EXNER
PO BOX 618
AUBURN NY 13021-0618

015408P001-1435A-598
AUCTIONABC, INC
17316 EDWARDS RD
STE 240
CERRITOS CA 90703

016878P001-1435A-598
AUDIO GENERAL INC
1680 REPUBLIC RD
HUNTINGDON VALLEY PA 19006-1808

018312P001-1435A-598
AUDIO NOLA, LLC
1109 HELIOS AVE
METAIRIE LA 70005

009695P001-1435A-598
AUDIO OPTICAL SYSTEMS OF AUSTIN INC
P O BOX 30164
AUSTIN TX 70115

015409P001-1435A-598
AUDIO VIDEO PROS
5016 RICKWOOD CT
HUNTSVILLE AL 35810

013426P001-1435A-598
AUDIO VISUAL MART
3913 BEROT
METAIRIE LA 70002

000503P001-1435A-598
AUDIO VISUAL MART INC
15487 TCHEFUNCTE DR
COVINGTON LA 70433

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:06:01 PD Exh 4 Ar Filed 858
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 358 of 1525
US First Class Mail
Exhibit Pages

009329P001-1435A-598
AUDIO VISUAL MART INC
603 WILLIAMS BLVD
KENNER LA 70062

015410P001-1435A-598
AUDIO VISUAL MART, INC
2016 5TH ST
KENNER LA 70062

000504P001-1435A-598
AUDIO VISUAL SOLUTIONS NEW ORLEANS
720 15TH ST
GRETNA LA 70053

013427P001-1435A-598
AUDIO-VIDEO SPECIALISTS INC
5620 HEEBE ST
HARAHAN LA 70123-5512

009267P002-1435A-598
AUDITEL COMMUNICATIONS INC
6104 STONIA RD
METAIRIE LA 70003-2562

026458P001-1435A-598
AUDUBON AQUARIUM OF THE AMERICAS
1 CANAL ST
NEW ORLEANS LA 70130

022281P001-1435A-598
AUDUBON DERMATOLOGY
3525 PRYTANIA ST STE 501
NEW ORLEANS LA 70115

015412P001-1435A-598
AUDUBON LIMOUSINE, LLC
600 OAK HARBOR BLVD STE 101
SLIDELL LA 70458

009700P001-1435A-598
AUDUBON NATURE INSTITUTE
GROUP SALES DEPT
6500 MAGAZINE ST
NEW ORLEANS LA 70118

011906P001-1435A-598
AUDUBON NATURE INSTITUTE
6500 MAGAZINE ST
NEW ORLEANS LA 70118

022282P001-1435A-598
AUDUBON PHYSICAL THERAPY
STE E 1703 N CAUSEWAY BLVD
MANDEVILLE LA 70471

015413P001-1435A-598
AUDUBON ZOO
6500 MAGAZINE ST
NEW ORLEANS LA LA 70118

009701P001-1435A-598
AUDUBON ZOO EDUCATION CENTER
6500 MAGAZINE ST
NEW ORLEANS LA 70118

013428P001-1435A-598
AUGIE LEOPOLD ADVERTISING SPECIALTIES
3214 ROMAN ST
METAIRIE LA 70001

026459P001-1435A-598
AUGIES RESTAURANT
6005 JEFFERSON HWY
HARAHAN LA 70123

000505P001-1435A-598
AUGILLARD DENTAL GROUP
3711 FRENCHMEN ST
NEW ORLEANS LA 70122

009702P002-1435A-598
AUGUST BUILDING
4100 OLD GENTILLY RD
NEW ORLEANS LA 70126-4931

020704P001-1435A-598
AURALOG INC
3710 E UNIVERSITY DR
STE #1
PHOENIX AZ 85034

009144P001-1435A-598
AURORA RESTORATIONS
105 NOBLE DR
BELLE CHASSE LA 70037

000506P001-1435A-598
AUSTIN CENTER FOR ENDODONTICS
3301 NORTHLAND DR
STE 201
AUSTIN TX 78731

000507P001-1435A-598
AUSTIN COMPUTING SOLUTIONS INC
PO BOX 206
MADISONVILLE TX 77864

000509P001-1435A-598
AUSTIN ENT ASSOCIATES
3705 MEDICAL PKWY
STE 380
AUSTIN TX 78705

022283P001-1435A-598
AUSTIN ENT ASSOCIATES
3705 MEDICAL PKWY STE 310
AUSTIN TX 78705

018313P001-1435A-598
AUSTIN FIRE SYSTEMS, LLC
PO BOX 411
PRAIRIEVILLE LA 70769

022284P001-1435A-598
AUSTIN GASTROENTEROLOGY PA
PO BOX 268840
OKLAHOMA CITY OK 73126

022285P001-1435A-598
AUSTIN RADIOLOGICAL ASSOC
PO BOX 4099
AUSTIN TX 78765

000510P001-1435A-598
AUSTIN RADIOLOGY ASSN
PO BOX 4099
AUSTIN TX 78765-4099

000511P001-1435A-598
AUSTIN REGIONAL CLINIC
PO BOX 660061
DALLAS TX 75266-0061

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 15:46:07 Main Document Page 859
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 359 of 1525
US First Class Mail
Exhibit Pages

022286P001-1435A-598
AUSTIN REGIONAL CLINIC
PO BOX 260179
DALLAS TX 75326

018314P001-1435A-598
AUTHEMENT GLASS CO
PO BOX 7058
NEW ORLEANS LA 70186

040885P001-1435A-598
AUTHENTIC EXTERMINATING INV
PO BOX 9102
MANDEVILLE LA 70470

015414P001-1435A-598
AUTHENTIC EXTERMINATING, INC
PO BOX 9102
MANDEVILLE LA 70470-9102

013429P001-1435A-598
AUTHENTIC STRENGTH AND
PERFORMANCE INSTITUTE, LLC
616 N CAUSEWAY BLVD
METAIRIE LA 70001

027064P001-1435A-598
AUTHNET
14221 DALLAS PKWY
DALLAS TX 75254

029784P001-1435A-598
AUTHORIZENET LLC
P.O. BOX 8999
SAN FRANCISCO CA 94128

026300P001-1435A-598
AUTISM COMMUNITY STORE
14095 E EXPOSITION AVE
AURORA CO 80012

016879P001-1435A-598
AUTO MOTIF
3216 FOURTH ST
HARVEY LA 70058

000514P001-1435A-598
AUTOM
PO BOX 29427
PHOENIX AZ 85038-9427

009316P001-1435A-598
AUTOM
5226 SOUTH 31ST PL
PHOENIX AZ 85040

015415P001-1435A-598
AUTOM CHURCH SUPPLIES CO
1013 VETERANS DR
LEWISBURG TN 37091

000515P001-1435A-598
AUTOMATED CONTROL SYSTEMS INC
PO BOX 9566
METAIRIE LA 70055-9566

000516P001-1435A-598
AUTOMATED STORAGE AND RETREIVAL
SYSTEMS LLC
3 SCHENKERS DR
KENNER LA 70062

011907P001-1435A-598
AUTOMATIC FIRE PROTECTION, LLC
PO BOX 422
PEARL RIVER LA 70452

015416P001-1435A-598
AUTOMOTIVE SPECIALTY OF COVINGTON
1745 COLLINS BLVD
COVINGTON LA 70433

026301P001-1435A-598
AUTOZONE
123 S FRONT ST
MEMPHIS TN 38103

000141P001-1435S-598
AVA LAW GROUP INC
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS MT 59101

031589P001-1435A-598
AVA LAW GROUP INC
ANDREW VAN ARSDALE
3667 VOLTAIRE ST
SAN DIEGO CA 92106

022287P001-1435A-598
AVALA
67252 INDUSTRY LN
COVINGTON LA 70433

040886P001-1435A-598
AVATEL TECHNOLOGIES, INC
220 S HILLTOP RD
BRANDON FL 33511

040887P001-1435A-598
AVAYA
21146 NETWORK PL
CHICAGO IL 60673

019536P001-1435A-598
AVAYA INC
PO BOX 5125
CAROL STREAM IL 60197-5125

020705P001-1435A-598
AVOYELLES HIGH SCHOOL
287 MAIN ST
MOREAUVILLE LA 71355

022288P001-1435A-598
AW DERMATOPATHOLOGY
PO BOX 15259
NEW ORLEANS LA 70175

022289P001-1435A-598
AW DERMATOPATHOLOGY SVC
PO BOX 15259
NEW ORLEANS LA 70175

018315P001-1435A-598
AWARD CO OF AMERICA
PO BOX 038988
TUSCALOOSA AL 35403

020706P001-1435A-598
AWARD DECALS
P O BOX 396
SPRING HILL KS 66083

Case 20-10846 Doc 4385-1 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 360
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 360 of 1525
US First Class Mail
Exhibit Pages

011908P001-1435A-598
AWARD EMBLEM MFG CO INC
PO BOX 7489
ROMEOVILLE IL 60446-0489

000518P001-1435A-598
AWARDS BY MARK
PO BOX 6901
METAIRIE LA 70009-6901

013430P001-1435A-598
AWARDS BY MARK
3422 CLEARY AVE
STE A
METAIRIE LA 70002

019552P001-1435A-598
AWARDS USA
5376 260TH ST
WYOMING MN 55092

020707P001-1435A-598
AXI EDUCATIONAL SOLUTIONS LLC
600 DEER CROSS CT E
MANDEVILLE LA 70447

015417P001-1435A-598
AXIS OILFIELD RENTALS, LLC
PO BOX 1000
MADISONVILLE LA 70447

011909P001-1435A-598
AYLA GUZZARDO BASKETBALL CAMPS
SLU 10309
500 W UNIVERSITY AVE
HAMMOND LA 70402

013431P001-1435A-598
AYLA GUZZARDO BASKETBALL CAMPS, LLC
AYLA GUZZARDO'S TEAM CAMP
500 W UNIVERSITY AVE
SLU 10309
HAMMOND LA 70402

015418P001-1435A-598
AYLA GUZZARDO BASKETBALL CAMPS, LLC
SOUTHEASTERN LOUISIANA UNIVERSITY 10309
HAMMOND LA 70402

000153P001-1435S-598
AYLSTOCK WITKIN KREIS AND OVERHOLTZ PLLC
REAGAN CHARLESTON THOMAS
17 EAST MAIN STREET SUITE 200
PENSACOLA FL 32502

022290P001-1435A-598
AZALEA MEDICAL LLC
3305 METAIRIE RD STE 1
METAIRIE LA 70001

020711P001-1435A-598
B AND B QUICK PRINT
2807 HWY 51
LAPLACE LA 70068

018316P001-1435A-598
B AND C CONSTRUCTION
161 WILLOW DR
GRETNA LA 70053

015419P001-1435A-598
B AND C DISTRIBUTOR
73128 AUTHEMENT DR
COVINGTON LA 70435

040888P001-1435A-598
B AND D PEST CONTROL SERVICE, INC
1712 HOUMA BLVD
METAIRIE LA 70001

013432P001-1435A-598
B AND D PRO SHOP, INC
6601 JEFFERSON HWY
HARAHAN LA 70123

011910P001-1435A-598
B AND G VACCUM SVC
1259 FORD'S CREEK RD
POPLARVILLE MS 39470

020708P001-1435A-598
B AND H PHOTO
420 NINTH AVE
NEW YORK NY 10001

020709P001-1435A-598
B AND H PHOTO-VIDEO
PO BOX 28072
NEW YORK NY 10087-8072

016882P001-1435A-598
B AND M METAL DOORS AND FRAMES
2621 DELAWARE AVE
KENNER LA 70062

016880P001-1435A-598
B AND S JANITORIAL SERVICES, INC
PO BOX 573
MARRERO LA 70073

020710P001-1435A-598
B AND T CONSTRUCTION LLC
308 BUTTERWORTH
JEFFERSON LA 70121

016881P001-1435A-598
B AND W TRUCKING, INC
130 INDUSTRIAL DR
SLIDELL LA 70460

020712P001-1435A-598
B T WASHINGTON HIGH SCHOOL
2104 MILAM ST
NEW ORLEANS LA 70125

016883P001-1435A-598
B2 DESIGNS, LLC
3936 ACADIAN CT
MARRERO LA 70072

026460P001-1435A-598
B3 CONCEPTS LLC
101 MORNING GLORY CT
BELLE CHASSE LA 70037

000520P001-1435A-598
B4 TIME INC
2043 SOUTH BEND AVE #296
SOUTH BEND IN 46637

015420P001-1435A-598
BABA GHANOUSH
415 N JEFFERSON ST
COVINGTON LA 70433

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

---

020713P001-1435A-598
BABAS CATERING
509 MAIN ST
LAPLACE LA 70068

000521P001-1435A-598
BABIN DENTAL CARE LLC
5037 VENTERANS BLVD
STE 1A
METAIRIE LA 70006

015421P001-1435A-598
BABY G EMBROIDERY
20363 HWY 1061
AMITE LA 70422

026556P001-1435A-598
BACKYARD PRINTING LLC
1960 SURGI DR
MANDEVILLE LA 70448

019553P001-1435A-598
BADEN SPORTS
3401 LIND AVE SW
RENTON WA 98057

000055P002-1435S-598
BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

019554P001-1435A-598
BADIA MORO HEWETT ARCHITECTS LLC
2014 JENA ST
NEW ORLEANS LA 70115

016884P001-1435A-598
BAG OF DONUTS
4828 HASTINGS
METAIRIE LA 70006

000525P001-1435A-598
BAILEY MCCAFFERY LLC
ADDRESS INTENTIONALLY OMITTED

026209P001-1435A-598
BAILEYS ANDOULLE
513 W AIRLINE HWY
LAPLACE LA 70068

019555P001-1435A-598
BAIT SHOP
1604 FRONT ST
SLIDELL LA 70458

040889P001-1435A-598
BAKER DISTRIBUTING CO
1050 S LABARRE RD
METAIRIE LA 70001

020692P001-1435A-598
BAKER HIGH SCHOOL
3200 GROOM RD
BAKER LA 70714

022291P001-1435A-598
BAKER MEDICAL
1014 HARKRIDER ST
CONWAY AR 72032

022292P001-1435A-598
BAKER MEDICAL INC
1014 HARKRIDER ST STE 500
CONWAY AR 72032

019556P001-1435A-598
BAKER SALES INC
DEPT 1250
PO BOX 62600
NEW ORLEANS LA 70162-2600

026288P001-1435A-598
BAKERS DOZEN
3305 JEFFERSON HWY
JEFFERSON LA 70121

020693P001-1435A-598
BAKERS PLAYS
PO BOX 699222
QUINCY MA 02269-9222

019557P001-1435A-598
BALANCE EDUCATIONAL SVC
136 CLOVER LN
MANCHESTER CENTER VT 05255

022293P001-1435A-598
BALDONE DERMATOLOGY APMC
150 LAKEVIEW CIR
COVINGTON LA 70433

022294P001-1435A-598
BALDONE REINA DERMATOLOGY
150 LAKEVIEW CIR
COVINGTON LA 70433

019558P001-1435A-598
BALE
222 PUBLIC ST
BOX 6400
PROVIDENCE RI 02940

011911P001-1435A-598
BALE CO
150 HERFF JONES WAY
WARWICK RI 02888

019559P001-1435A-598
BALE CO
222 PUBLIC ST BOX 6400
PROVIDENCE RI 02940-6400

016885P001-1435A-598
BALESTRA'S ASSOCIATED FOOD STORES
7902 HWY 23
BELLE CHASSE LA 70037

011912P001-1435A-598
BALFOUR
PO BOX 55520
METAIRIE LA 70055

015422P001-1435A-598
BALFOUR
32 WEST RD
STE 110
TOWSON MD 21204

029616P001-1435A-598
BALFOUR
PO BOX 55520
METAIRIE LA 70003

Case 20-10846 Doc 4325-4 Filed 09/10/25 Entered 09/10/25 14:00:45 in PDF Exhibit A Page 862
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 362 of 1525
US First Class Mail
Exhibit Pages

020694P001-1435A-598
BALFOUR CO
P O BOX 45923
BATON ROUGE LA 70895

020714P001-1435A-598
BALFOUR CO #503
10754 MEAD RD
BATON ROUGE LA 70816

020715P001-1435A-598
BALINE KERNS MARDI GRAS WORLD
1380 PORT OF PL NEW ORLEANS
NEW ORLEANS LA 70130

020716P001-1435A-598
BALLARD PEWTER LTD
1110 GOVERNMENT ST
OCEAN SPRINGS MS 39564

011825P001-1435A-598
BALLET APETREI
829 ASBURY DR
MANDEVILLE LA 70471

019560P001-1435A-598
BALLOON EXPRESSIONS LLC
107 EVANGELINE DR
SLIDELL LA 70460

020717P001-1435A-598
BALLOON-A-TICS
188 WEST 7TH ST
RESERVE LA 70084

020718P001-1435A-598
BALLOONS BY CLOWN A ROUND
245 TOURS CT
LAPLACE LA 70068

022295P001-1435A-598
BALMINDER MANGAT
STE C 1924 CORPORATE SQUARE DR
SLIDELL LA 70458

015424P001-1435A-598
BALSAQKC2, LLC
212 N COLUMBIA ST
COVINGTON LA 70433

009418P001-1435A-598
BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
PO BOX 371992
PITTSBURGH PA 15250-7992

029868P001-1435A-598
BANCCARD
7347 CHARLOTEE PIKE
NASHVILLE TN 37209

016886P001-1435A-598
BAND OF GOLD
5100 MAGNOLIA ST
MARRERO LA 70072

015425P001-1435A-598
BAND SHOPPE
PO BOX 428
CYNTHIANA IN 47612-0428

016887P001-1435A-598
BAND SHOPPE
11920 STATE HIGHWAY 65
CYNTHIANA IN 47612-0428

015426P001-1435A-598
BANDMANS CO
2845 LADYBIRD LN
DALLAS TX 75220

016888P001-1435A-598
BANDRIBBONS
415 MYRTLE DR
MONMOUTH OR 97361-1249

040890P001-1435A-598
BANK OF AMERICA
PO BOX 851001
DALLAS TX 75285-1001

040816P001-1435A-598
BANK OF AMERICA, NA/GWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN STREET
9TH FLOOR
DALLAS TX 75202

040891P001-1435A-598
BANK OF AMERICAN CARD
PO BOX 660441
WILMINGTON DE 19886

040892P001-1435A-598
BANK PLUS
PO BOX 1830
COVINGTON LA 70434

040893P001-1435A-598
BANK PLUS
PO BOX 2711
OMAHA NE 68103-2711

040894P001-1435A-598
BANK PLUS
PO BOX 2087
OMAHA NE 68103

040895P001-1435A-598
BANK PLUS CREDIT CARD
215 BETZ PL
METAIRIRE LA 70005

040896P001-1435A-598
BANK PLUS CREDIT CARD
444 METAIRIE RD
METAIRIRE LA 70005

020719P001-1435A-598
BANK-A-COUNT CORP
PO BOX 167
RUDOLPH WI 54475-0167

040897P001-1435A-598
BANKCARD CENTER
PO BOX 1545
MEMPHIS TN 38101

019561P001-1435A-598
BANKSTON ELECTRIC
140 BUTTERNUT LN
MANDEVILLE LA 70448

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 363 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:45:58 PM

026210P001-1435A-598
BANNERSONTHECHEAPCOM
11525A STONEHOLLOW DR
AUSTIN TX 78758

040898P001-1435A-598
BANNON'S EXTERMINATING CO
PO BOX 3273
SLIDELL LA 70459

022296P001-1435A-598
BAPTIST COMMUNITY HEALTH SERVI
PO BOX 16715
BELFAST ME 04915

022297P001-1435A-598
BAPTIST HEALTH DBA ARKANSAS CA
STE 200 11001 EXECUTIVE CENTER DR
LITTLE ROCK AR 72211

022298P001-1435A-598
BAPTIST HEALTH MEDICAL CENTER
PO BOX 848410
DALLAS TX 75284

022299P001-1435A-598
BAPTIST MEDICAL CENTER LITTLE
PO BOX 841218
DALLAS TX 75284

019562P001-1435A-598
BARBER AND SONS FENCING
6095 HEBREW RD
DONALDSVILLE GA 39845

015428P001-1435A-598
BARBERITO PHOTOGRAPHERS, INC
3206 TAFT PK
METAIRIE LA 70002

013434P001-1435A-598
BARCADIA BAR AND GRILL
601 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

035143S001-1435A-598
BARE HILL CORRECTIONAL FCLTY
LORI FLEURY
PO BOX 20
MALONE NY 12953-0020

022300P001-1435A-598
BARKER S CARDIOVASCULAR CENTER
STE 1800A 4212 W CONGRESS ST
LAFAYETTE LA 70506

015429P001-1435A-598
BARN HILL PRESERVE
11342 LA-955
ETHEL LA 70730

009703P001-1435A-598
BARNES AND NOBLE
PO BOX 930455
ATLANTA GA 31193-0456

015430P001-1435A-598
BARNES AND NOBLE
ACCOUNTS RECEIVABLE
76 NINTH AVE
9TH FL
NEW YORK NY 10011

026461P001-1435A-598
BARNES AND NOBLE
1601B CENTRE AT WESTBANK
WESTBANK EXPY
HARVEY LA 70058

000537P002-1435A-598
BARNET B SKELTON JR PC
815 WALKER ST STE 1502
HOUSTON TX 77002-5832

000538P001-1435A-598
BARNETT OPTICAL
517 METAIRIE RD
METAIRIE LA 70005

040899P001-1435A-598
BARON CONSTRUCTION CO
4946 KAYLEE ST
BARATARIA LA 70036

018318P001-1435A-598
BARONHYPPOLITEE, JEANLOUIS
500 MANDEVILLE ST - APT 5
NEW ORLEANS LA 70117

018319P001-1435A-598
BARRECA'S RESTAURANT
3100 METAIRIE RD
METAIRIE LA 70001

022301P001-1435A-598
BART SELLERS
221 SAINT ANN DR STE 2
MANDEVILLE LA 70471

009165P002-1435A-598
BARTO AIR CONDITIONING INC
3833 AIRLINE DR
METAIRIE LA 70001-5701

009704P002-1435A-598
BARTO APPLIANCE
3833 AIRLINE DR
METAIRIE LA 70001-5701

015431P001-1435A-598
BARTOLINA ATHLETICS
PO BOX 2031
HAMMOND LA 70404

009451P001-1435A-598
BARTON COTTON
PROCESSING CENTER
PO BOX 471380
TULSA OK 74147-1380

015432P001-1435A-598
BARTONCOTTON, INC
1405 PARKER RD
BALTIMORE MD 21227

020720P001-1435A-598
BASEBALL EXPRESS INC
P O BOX 792310
SAN ANTONIO TX 78279-2310

015433P001-1435A-598
BASEBALL SAVINGS
121 KRAMER CT
MANDEVILLE LA 70471

363

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PDoc 4 Page 864
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 364 of 1525
US First Class Mail
Exhibit Pages

020721P001-1435A-598
BASEBALL WAREHOUSE
1780 NORTH I35 EAST
LEWISVILLE TX 75067

015434P001-1435A-598
BASHER'S KENPO RMA
70117 HIGHWAY 59
ABITA SPRINGS LA 70420

026557P001-1435A-598
BASIC ELEMENTS DAY SPA
4045 DESOTO ST
MANDEVILLE LA 70471

015435P001-1435A-598
BASILE HIGH SCHOOL
EVANGELINE PARISH
PO BOX 666
BASILE LA 70515

032429S001-1435A-598
BASILICA OUR LADY SAN JUAN DEL
MELINDA SINGLETERRY
PO BOX 747
SAN JUAN TX 78589-0747

019563P001-1435A-598
BASS CONCRETE LLC
PO BOX 489
BOGALUSA LA 70429

000543P001-1435A-598
BASSIL' S ACE HARDWARE
4419 TRANSCONTINENTAL DR
METAIRIE LA 70006-2131

040901P001-1435A-598
BAT MANAGEMENT SERVICING LLC
PO BOX 740463
NEW ORLEANS LA 70174

015436P001-1435A-598
BATEAU'S SEAFOOD AND PEAUX BOYS
69282 HWY 59
MANDEVILLE LA 70471

026302P001-1435A-598
BATON ROUGE AREA CHAMBER
564 LAUREL ST
BATON ROUGE LA 70801

022302P001-1435A-598
BATON ROUGE BEHAVIORAL HOSPITA
7074 GROVE RD STE 129
SPRING HILL FL 34609

022303P001-1435A-598
BATON ROUGE CARDIOLOGY CENTER
5231 BRITTANY DR
BATON ROUGE LA 70808

022304P001-1435A-598
BATON ROUGE CLINIC AMC
7373 PERKINS RD
BATON ROUGE LA 70808

022305P001-1435A-598
BATON ROUGE EYE PHYSICIANS
PO BOX 66455
BATON ROUGE LA 70896

022306P001-1435A-598
BATON ROUGE GENERAL MEDIC
PO BOX 974544
DALLAS TX 75397

022307P001-1435A-598
BATON ROUGE GENERAL MEDICAL CE
PO BOX 974544
DALLAS TX 75397

020722P001-1435A-598
BATON ROUGE HOUSING BUREAU
HOUSING BUREAU
P O BOX 4149
BATON ROUGE LA 70821

015437P001-1435A-598
BATON ROUGE MAGNET HIGH SCHOOL
2825 GOVERNMENT ST
BATON ROUGE LA 70806

026176P001-1435A-598
BATON ROUGE MAGNET HS
2825 GOVERNMENT ST
BATON ROUGE LA 70806

022308P001-1435A-598
BATON ROUGE MENTAL HEALTH
4615 GOVERNMENT ST BLDG 2
BATON ROUGE LA 70806

022309P001-1435A-598
BATON ROUGE ORTHOPAEDIC CLINIC
STE 1000 8080 BLUEBONNET BLVD
BATON ROUGE LA 70810

022310P001-1435A-598
BATON ROUGE RADIOLOGY GROUP IN
PO BOX 678896
DALLAS TX 75267

026558P001-1435A-598
BATON ROUGE SPEECH AND HEARING EDUCATION
7784 INNOVATION PK DR
BATON ROUGE LA 70820

020723P001-1435A-598
BATON ROUGE SPORTS WORLD
12177 COURSEY BLVD
BATON ROUGE LA 70816

022311P001-1435A-598
BATON ROUGE UROLOGY GROUP
STE 2004 7777 HENNESSY BLVD
BATON ROUGE LA 70808

013435P001-1435A-598
BATTERY WORLD
3500 SEVERN AVE
METAIRIE LA 70002

020724P001-1435A-598
BATTERYEDGECOM INC
3595 AIRWAY DR
STE 406
RENO NV 89511

016889P001-1435A-598
BATTLE ABC LLC
DEPT 1031
PO BOX 650850
DALLAS TX 75265

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 365

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 365 of 1525
US First Class Mail
Exhibit Pages

009705P001-1435A-598
BAUDIER MARKETING
5134 STOREY ST
HARAHAN LA 70123

020725P001-1435A-598
BAUDVILLE
5380 52ND ST SE
MICHIG AN
GRAND RAPIDS MI 49512

022312P001-1435A-598
BAUSEY MEDICAL
8070 CROWDER BLVD
NEW ORLEANS LA 70127

022313P001-1435A-598
BAUSEY MEDICAL SOLUTIONS
8070 CROWDER BLVD STE B
NEW ORLEANS LA 70127

022314P001-1435A-598
BAYCARE HOMECARE
PO BOX 403825
ATLANTA GA 30384

022315P001-1435A-598
BAYCARE MEDICAL GROUP
PO BOX 743409
ATLANTA GA 30374

022316P001-1435A-598
BAYLOR SCOTT WHITE COLLEGE STA
PO BOX 844658
DALLAS TX 75284

026462P001-1435A-598
BAYMONT INNS AND SUITES
6589 WESTBANK EXPY
MARRERO LA 70072

026559P001-1435A-598
BAYOU BOWS
2 1604 1 GAUSE BLVD W
SLIDELL LA 70460

000548P001-1435A-598
BAYOU CATHOLIC
H-T PUBLISHING CO
2779 HWY 311
SCHRIEVER LA 70395

020726P002-1435A-598
BAYOU COUNTRY WHOLESALE SUPPLY INC
1003 CARWASH DR
DONALDSONVILLE LA 70346-6500

000549P001-1435A-598
BAYOU EVENTS LLC
106 GRAVOLET ST
BELLE CHASSE LA 70037

016890P001-1435A-598
BAYOU EVENTS, LLC
MR CHAD ARBOURGH
106 GRAVOLET ST
BELLE CHASSE LA 70037

026560P001-1435A-598
BAYOU GAMES
681 KIM ST
SULPHUR LA 70663

027065P001-1435A-598
BAYOU LACOMBE CARDINALS
27223 HELTEMES LN
LACOMBE LA 70445

040902P001-1435A-598
BAYOU LIBERTY WATER ASSOCIATION
34578 LA-433
SLIDELL LA 70460

022317P001-1435A-598
BAYOU PAIN AND SPINE LLC
PO BOX 1536
MANDEVILLE LA 70470

022318P001-1435A-598
BAYOU RADIOLOGY INC
PO BOX 6515
METAIRIE LA 70009

022319P001-1435A-598
BAYOU REGION SURGICAL CENTER
604 N ACADIA RD STE 300
THIBODAUX LA 70301

020727P001-1435A-598
BAYOU SIGNS OUTDOOR LLC
1305 RIDGEFIELD RD
THIBODAUX LA 70301

016891P001-1435A-598
BAYOU SOUL ENTERTAINMENT, LLC
RYAN FORET AND FORET TRADITION
2624 DANIELS CT
MARRERO LA 70072

022320P001-1435A-598
BAYOU SURGICAL SPECIALISTS LLC
5619 HIGHWAY 311 STE A
HOUMA LA 70360

011913P001-1435A-598
BAYOU TREE SVC
PO BOX 850197
NEW ORLEANS LA 70185-0197

015438P001-1435A-598
BAYOU TREE SVC
264 INDUSTRIAL AVE
NEW ORLEANS LA 70121

022321P002-1435A-598
BAYOU URGENT CARE
PO BOX 575714
SALT LAKE CITY UT 84157-5714

011914P001-1435A-598
BAYOU YOGA
1800 W CAUSEWAY APPROACH 114
MANDEVILLE LA 70471

009332P001-1435A-598
BAYOUSOMECOM
616 ATLANTA HWY NW A
WINDER GA 30680-3890

000550P001-1435A-598
BAYTOWN FIRE DEPT EMS
PO BOX 424
BAYTOWN TX 77521-4130

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:05 Exhibit A Page 366
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 366 of 1525
US First Class Mail
Exhibit Pages

026655P001-1435A-598
BB CONSTRUCTION LLC
14513 MISCAR RD
KENTWOOD LA 70444

018320P002-1435A-598
BB VIDEO SERVICES, LLC
128 DEVON DR
MANDEVILLE LA 70448-3406

020728P001-1435A-598
BBC FOODS LLC
1334 WEST AIRLINE HWY
LAPLACE LA 70068

009193P001-1435A-598
BBE PRODUCTIONS
1442 FOX CT
MANDEVILLE LA 70448

013436P002-1435A-598
BBF GRAPHICS AND PROMOTIONS LLC
1501 EDWARDS AVE STE 3
NEW ORLEANS LA 70123-6984

015439P001-1435A-598
BCI
401 LINCOLN ST
EVERSON WA 98247

020729P001-1435A-598
BE BETTER FITNESS APPAREL LLC
DBA BE BETTER FITNESS APPAREL
19248 GREENLEAF CIR
PONCHATOULA LA 70454

009248P001-1435A-598
BEACHBODY FITNESS
3005 SPRINGWOOD ST S
OREGON OH 43616-2230

016892P002-1435A-598
BEACON ATHLETICS
901 DEMING WAY STE 101
MADISON WI 53717-1979

015440P001-1435A-598
BEADS BY THE DOZEN
333 EDWARDS AVE
HARAHAN LA 70123

018321P001-1435A-598
BEAED OF LOUSIANA, INC
500 JUDGE EDWRD DUFRESNE
LULING LA 70070-6204

015441P002-1435A-598
BEAL AND VOLLENWEIDER LLC
205 E LOCKWOOD ST
COVINGTON LA 70433-2827

015442P001-1435A-598
BEARCOM
PO BOX 670354
DALLAS TX 75267-0354

015443P001-1435A-598
BEARD EQUIPMENT CO
2480 E I65 SERVICE RD N
MOBILE AL 36617

030974P001-1435A-598
BEAU BOX COMMERICAL REAL ESTATE
BEAU  BOX
ADDRESS INTENTIONALLY OMITTED

026177P001-1435A-598
BEAU CHENE COUNTRY CLUB
602 N BEAU CHENE DR
MANDEVILLE LA 70471

013437P001-1435A-598
BEAU CHENE GIRLS SOCCER
GLEN RICE
6961 HWY 93
ARNAUDVILLE LA 70712

020730P001-1435A-598
BEAU CHENE HIGH SCHOOL
SAL DIESI
7076 HIGHWAY 93
ARNAUDVILLE LA 70512

026303P001-1435A-598
BEAU RIVAGE
875 BEACH BLVD
BILOXI MS 39530

035604S001-1435A-598
BEAUREGARD PARISH SALES TAX
GREG MENKINS
PO BOX 639
DERIDDER LA 70634-0639

020734P001-1435A-598
BEAVER CREEK GOLF COURSE
1100 PLAINS PRT HUDSON RD
ZACHARY LA 70791

000553P001-1435A-598
BECKER S AC AND HEATING AND
REFRIGERATION SVC INC
141 ROBERT E LEE BLVD #234
NEW ORLEANS LA 70124

000554P001-1435A-598
BECKER S AC AND HEATING AND
REFRIGERATION SVC INC
6748 ORLEANS AVE
NEW ORLEANS LA 70124

000556P001-1435A-598
BEDDING PLUS
4025 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

031028P001-1435A-598
BEDIVERE
HINKHOUSE WILLIAMS; DAVID DOLENDI
180 N STETSON AVENUE SUITE 3400
CHICAGO IL 60601

000557P001-1435A-598
BEE GUYZ LLC
1840 HICKORY AVE
STE D
HARAHAN LA 70123

020735P001-1435A-598
BEEBES PEST AND TERMITE CONTROL INC
18598 COUNTY RD 26
FOLEY AL 36535-4101

019564P001-1435A-598
BEEBES PEST CONTROL INC
9251 RATON AVE
BATON ROUGE LA 70814

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 367
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 367 of 1525
US First Class Mail
Exhibit Pages

015444P001-1435A-598
BEEBES PEST CONTROL, INC
18598 COUNTY RD 266
FOLEY AL 36535-4101

026211P001-1435A-598
BEENVERIFIEDCOM
MSC 149098
PO BOX 105168
ATLANTA GA 30348-5168

041594P001-1435A-598
BEEP-ME PLUMBING HEATING AND AIR LLC
419 S SALCEDO ST
NEW ORLEANS LA 70119

000559P001-1435A-598
BEHAVIORAL HEALTH AND HUMAN
DEVELOPMENT CENTER
4517 LORINO ST
METAIRIE LA 70006

022323P001-1435A-598
BEHAVIORAL HEALTH AND HUMAN DE
4517 LORINO ST
METAIRIE LA 70006

022324P001-1435A-598
BEHAVIORAL HEALTH COUNSELING A
3216 N TURNBULL DR STE A
METAIRIE LA 70002

019565P001-1435A-598
BELAIR HOMEOWNERS ASSOCIATION
SUTTON LAW FIRM LLC
59284 WEST HARBOR LN
LACOMBE LA 70445

040903P001-1435A-598
BELL OFFICE MACHINES
1533 SAMS AVE
STE C
HARAHAN LA 70123

009308P001-1435A-598
BELL ROOFING CO
4749 CONTI ST
NEW ORLEANS LA 70119

000560P001-1435A-598
BELL ROOFING CO INC
PO BOX 19710
NEW ORLEANS LA 70179

015445P001-1435A-598
BELL SOUTH - MONTHLY
PO BOX 105262
ATLANTA GA 30348-5262

020732P001-1435A-598
BELL'S SPORTING GOODS
PO BOX DRAWER U
LAFAYETTE LA 70502

013438P001-1435A-598
BELLA PRODUCTIONS, LLC
5860 CITRUS BLVD
STE D #194
NEW ORLEANS LA 70123

022325P001-1435A-598
BELLE CHASSE EMERGENCY GROUP
PO BOX 731587
DALLAS TX 75373

022326P001-1435A-598
BELLE CHASSE EMERGENCY GROUP L
PO BOX 731587
DALLAS TX 75373

022327P001-1435A-598
BELLE CHASSE EMERGENCY GRP L
PO BOX 731587
DALLAS TX 75373

022328P001-1435A-598
BELLE CHASSE EMERGENCY GRP LLC
PO BOX 731587
DALLAS TX 75373

010126P001-1435A-598
BELLE CHASSE HIGH SCHOOL
8346 HIGHWAY LA-23
BELLE CHASSE LA 70037

016893P001-1435A-598
BELLE CHASSE HIGH SCHOOL
8346 HWY 23
BELLE CHASSE LA 70037

022329P001-1435A-598
BELLE CHASSE PHYS SVC LLC
PO BOX 2955
SAN ANTONIO TX 78299

022330P001-1435A-598
BELLE CHASSE PHYS SVC LLC
PO BOX 679491
DALLAS TX 75267

022331P001-1435A-598
BELLE CHASSE PHYSICIAN SVC
PO BOX 2955
SAN ANTONIO TX 78299

022332P001-1435A-598
BELLE CHASSE PHYSICIAN SVC
PO BOX 679491
DALLAS TX 75267

022333P001-1435A-598
BELLE CHASSE PHYSICIAN SVCS LL
PO BOX 2955
SAN ANTONIO TX 78299

015446P001-1435A-598
BELLE OAKS ADULT DAY HEALTH CENTER, LLC
207 W PINS ST
PONCHATOULA LA 70454

020731P001-1435A-598
BELLE OF BATON ROUGE HOTEL
103 FRANCE ST
BATON ROUGE LA 70802

020736P001-1435A-598
BELLE TERRE COUNTRY CLUB
111 FAIRWAY DR
LAPLACE LA 70068

022334P001-1435A-598
BELLEVUE URGENT CARE
2821 S 108TH ST
OMAHA NE 68144

Case 20-10846 Doc 4365-5 Filed 09/09/25 Entered 09/09/25 16:07:15 Exhibit A Page 368

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 368 of 1525
US First Class Mail
Exhibit Pages

Page # : 50 of 1204                                                            08/27/2025 05:45:58 PM

| | | | |
|---|---|---|---|
| 015447P001-1435A-598<br>BELLSOUTH COMMUNICATION SYSTEMS<br>PO BOX 79045<br>BALTIMORE MD 21279-0045 | 033537S001-1435A-598<br>BELMONT CORRECTIONAL INSTITUTE<br>JEFFREY BURGER<br>PO BOX 540<br>ST CLAIRSVILLE OH 43950-0540 | 035002S001-1435A-598<br>BELMONT CORRECTIONAL INSTITUTE<br>MICHELLE BUMGARDNER<br>PO BOX 540<br>ST CLAIRSVILLE OH 43950-0540 | 019566P001-1435A-598<br>BELNICK INC<br>4350 BALL GROUND HWY<br>CANTON GA 30114 |
| 000561P001-1435A-598<br>BEN A ALMERICO DDS MD<br>195 GREENBRIAR<br>STE 100<br>COVINGTON LA 70433 | 010127P001-1435A-598<br>BEN FRANKLIN HIGH SCHOOL<br>2001 LEON C SIMON DR<br>NEW ORLEANS LA 70122 | 013439P001-1435A-598<br>BEN ZAHN'S DECORATING<br>PO BOX 366<br>KENNER LA 70063 | 010128P001-1435A-598<br>BENCH CRAFT<br>PO BOX 6343<br>PORTLAND OR 97228 |
| 019567P001-1435A-598<br>BENDINGER INC<br>4110 BUTLER PIKE<br>BUILDING A-101-A<br>PLYMOUTH MEETING PA 19462 | 019568P001-1435A-598<br>BENECOM TECHNOLOGIES<br>PO BOX 1279<br>CHALMETTE LA 70044 | 040904P001-1435A-598<br>BENECOM TECHNOLOGIES<br>310 HWY 11 N<br>STE A<br>PICAYUNE MS 39466 | 000564P001-1435A-598<br>BENEDICT S PLANTATION<br>1144 N CAUSEWAY BLVD<br>MANDEVILLE LA 70471 |
| 000565P001-1435A-598<br>BENEDICTINE MONKS<br>75376 RIVER RD<br>ST BENEDICT LA 70457-9900 | 019569P002-1435A-598<br>BENEFIT STRATEGIES<br>PO BOX 24121<br>NEW YORK NY 10087-4121 | 018322P001-1435A-598<br>BENGE LANDSCAPE LLC<br>1720 MAYAN<br>METAIRIE LA 70005 | 031670P001-1435A-598<br>BENITO AND EVA<br>DEL CARMEN CALLES ON BHELF OF MINOR CHILD<br>428 BLOSSOM ST<br>TERRYTOWN LA 70056 |
| 022335P001-1435A-598<br>BENJAMIN B WEINBERGER APMC<br>PO BOX 6137<br>MONROE LA 71211 | 013440P001-1435A-598<br>BENJAMIN FRANKLIN HIGH SCHOOL<br>GRANT GUSSMANN<br>2001 LEON C SIMON DR<br>NEW ORLEANS LA 70122 | 026463P001-1435A-598<br>BENJAMIN FRANKLIN HIGH SCHOOL<br>2001 LEON C SIMON DR<br>NEW ORLEANS LA 70122 | 022336P001-1435A-598<br>BENJAMIN GUIDRY MD LLC DBA RET<br>PO BOX 23505<br>BELFAST ME 04915 |
| 009437P001-1435A-598<br>BENTON TREE SVC<br>PO BOX 24528<br>NEW ORLEANS LA 70184 | 019570P001-1435A-598<br>BERG CHRISTIAN ENTERPRISES<br>4525 S E 63RD AVE<br>PORTLAND OR 97290 | 040905P001-1435A-598<br>BERNHARD MCC - SUSTAINABILITY DIVISION<br>PO BOX 7460<br>METAIRIE LA 70010 | 015448P002-1435A-598<br>BERNHARD MCC LLC<br>PO BOX 7460<br>METARIE LA 70010 |
| 000571P001-1435A-598<br>BERNIARD LAW FIRM LLC<br>300 LAFAYETTE ST<br>STE 101<br>NEW ORLEANS LA 70130 | 019571P001-1435A-598<br>BERRY JAMES RICK<br>PO BOX 893<br>WALKER LA 70785 | 016894P001-1435A-598<br>BERT LEAVEAU SERVICES, INC<br>250 JEANETTE ST<br>NEW ORLEANS LA 70121 | 000572P001-1435A-598<br>BERT LEAVEAU SVC INC<br>250 JEANETTE ST<br>JEFFERSON LA 70121 |

Case 20-10846 Doc 4325-45 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exan 4 Page 869
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 369 of 1525
US First Class Mail
Exhibit Pages

018324P001-1435A-598
BEST BUSINESS FORMS
PO BOX 23625
NEW ORLEANS LA 70183

020737P001-1435A-598
BEST BUSINESS FORMS AND SUPPLIES INC
5610 POWELL ST
HARAHAN LA 70123

013441P001-1435A-598
BEST BUSINESS FORMS AND SUPPLIES, INC
PO BOX 23625
NEW ORLEANS LA 70183

010129P001-1435A-598
BEST BUY
6205 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

026304P001-1435A-598
BEST BUY
7601 PENN AVE S
RICHFIELD MN 55423

019572P001-1435A-598
BEST BUY BUSINESS ADVANTAGE ACCOUNT
PO BOX 731247
DALLAS TX 75373-1247

022337P001-1435A-598
BEST CARE EMS LTD
PO BOX 608
BELLAIRE TX 77402

015449P001-1435A-598
BEST ENTERTAINMENT, INC
PO BOX 1242
OLYMPIA WA 98507-1242

010130P001-1435A-598
BEST NAME BADGES
1700 NW 65TH AVE #4
PLANTATION FL 33313

040906P001-1435A-598
BEST VERSION MEDIA LLC
PO BOX 733620
DALLAS TX 75373-5620

010131P001-1435A-598
BEST WESTERN
920 N RAMPART ST
NEW ORLEANS LA 70116

015450P001-1435A-598
BEST WESTERN
1329 HWY 72 EAST
ATHENS AL 35611

013442P001-1435A-598
BEST WESTERN NATCHITOCHES
5131 UNIVERSITY PKWY
NATCHITOCHES LA 71457

019573P001-1435A-598
BEST WESTERN NATCHITOCHES
5135 UNIVERSITY PKWY
NATCHITOCHES LA 71457

019574P001-1435A-598
BEST WESTERN PLUS HOUMA INN
117 LINDA ANNE AVE
GRAY LA 70359

015451P001-1435A-598
BEST WESTERN PLUS LANDMARK HOTEL
2601 SEVERN AVE
METAIRIE LA 70002

013443P001-1435A-598
BEST WESTERN PLUS LANDMARK HOTEL AND SUITES
JOY GARCIA - CATERING SALES MANAGER
2601 SEVERN AVE
METAIRIE LA 70002

018325P001-1435A-598
BEST WESTERN RAYNE INN
1422 N POLK ST
RAYNE LA 70578

019575P001-1435A-598
BEST WESTERN RICHMOND SUITES HOTEL
2600 MOELING ST
LAKE CHARLES LA 70615

015452P001-1435A-598
BEST WOK
70325 HWY 1077
COVINGTON LA 70433

010132P001-1435A-598
BESTFLAGCOM
521 8TH AVE S SUITE#103
NASHVILLE TN 37203

022338P001-1435A-598
BETHESDA MEDICAL CENTER LLC
STE 101 1620 BELLE CHASSE HWY
GRETNA LA 70056

022339P001-1435A-598
BETHESDA MEDICAL CLINIC
1620 BELLE CHASSE HWY
GRETNA LA 70056

022340P001-1435A-598
BETHESDA MEDICAL CLINIC
STE 101 1620 BELLE CHASSE HWY
GRETNA LA 70056

016895P001-1435A-598
BETTER BASEBALL
132 CARRUTH DR
MARIETTA GA 30060

020733P001-1435A-598
BETTER BINDING CORP
4757 RIVER RD
JEFFERSON LA 70121

041595P001-1435A-598
BETTER BUSINESS BUREAU
3421 N CAUSEWAY BLVD
STE 707
METAIRIE LA 70002

000575P02-1435A-598
BETTERLESSON INC
955 MASSACHUSETTS AVE STE 3
CAMBRIDGE MA 02139-3108

Case 20-10846 Doc 4485-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDF Exhibit A Page 370
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 370 of 1525
US First Class Mail
Exhibit Pages

013445P002-1435A-598
BEVI SEAFOOD CO
236 N CARROLLTON AVE
NEW ORLEANS LA 70119-5109

019576P001-1435A-598
BEYOND ETHICS LLC
9980 W VASSAR WAY
LAKEWOOD CO 80227

040907P001-1435A-598
BEYOND NETWORKS, INC
PO BOX 24531
NEW ORLEANS LA 70124

000577P001-1435A-598
BEYOND TRUST CORP
PO BOX 734433
DALLAS TX 75373-4433

015453P002-1435A-598
BFM CORPORATION, LLC
PO BOX 2617
KENNER LA 70063-2617

022341P001-1435A-598
BG4G LLC
110 VETERANS BLVD STE 130
METAIRIE LA 70005

020695P001-1435A-598
BGS LLC
PO BOX 1329
GONZALES LA 70068

022342P001-1435A-598
BH INTERVENTIONAL PULMONOLOGY
STE 200 11001 EXECUTIVE CENTER DR
LITTLE ROCK AR 72211

041596P001-1435A-598
BHHDC
4517 LORINO ST
METAIRIE LA 70006

030970P001-1435A-598
BHR GROUP, LLC
ANDREW RYAN
ADDRESS INTENTIONALLY OMITTED

022343P001-1435A-598
BIANCA PUGLIA
4919 CANAL ST STE 204
NEW ORLEANS LA 70119

022344P001-1435A-598
BIANCHINI ALSOP LLC
2901 N 110 SVC RD E 300
METAIRIE LA 70002

022345P001-1435A-598
BIANCHINI ALSOP LLC
2901 N 110 SVC RD E 300
METAIRIE LA 70002

022346P001-1435A-598
BIANCHINI DARLING LLC
2901 N 110 SVC RD E 300
METAIRIE LA 70002

022348P001-1435A-598
BIANCHINI ESTEVE LLC
2901 N 110 SERVICE RD E
METAIRIE LA 70002

022349P001-1435A-598
BIANCHINI ESTEVE LLC
2901 N I 10 SERVICE RD E
METAIRIE LA 70002

022350P001-1435A-598
BIANCHINI HOLCOMB LLC
2901 N I 10 SERVICE RD E
METAIRIE LA 70002

022351P001-1435A-598
BIANCHINI NEAL LLC
2901 N I 10 SERVICE RD E
METAIRIE LA 70002

022352P001-1435A-598
BIANCHINI WOLFSON ALLISON LLC
2901 N I 10 SERVICE RD E
METAIRIE LA 70002

000578P001-1435A-598
BIENVENU BROTHERS ENTERPRISES
212 ELMEER AVE
METAIRIE LA 70005-3328

000078P001-1435S-598
BIENVENU FOSTER RYAN & O'BANNON LLC
JOHN W WATERS, JR.
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163

000079P001-1435S-598
BIENVENU FOSTER RYAN & O'BANNON LLC
DAVID E WALLE
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163

022353P001-1435A-598
BIENVILLE ORTHOPAEDIC SPECIALI
6300 E LAKE BLVD STE 301
VANCLEAVE MS 39565

020738P001-1435A-598
BIG CHIEFS A C AND HEATING SVC INC
1741 DEROCHE CIR
GRAMERCY LA 70068

016896P001-1435A-598
BIG EASY EVENT RENTALS
2628 DELAWARE AVE
KENNER LA 70062

016897P001-1435A-598
BIG EASY MEDIA
3350 RIDGELAKE DR
METAIRIE LA 70002

015454P001-1435A-598
BIG EASY PHOTOBOOTH
1251 TYLER PL
ERIE CO 80516

022354P001-1435A-598
BIG EASY PODIATRY LLC
3600 PRYTANIA ST STE 75
NEW ORLEANS LA 70115

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 371 of 1525
US First Class Mail
Exhibit Pages

Page # : 53 of 1204

08/27/2025 05:45:58 PM

| | | | |
|---|---|---|---|
| 018326P001-1435A-598<br>BIG EASY TREATS<br>717 CARMENERE DR<br>KENNER LA 70065 | 015455P001-1435A-598<br>BIG GAME<br>13835 WELCH RD<br>DALLAS TX 75244 | 020696P001-1435A-598<br>BIG GAME SPORTS INC<br>13835 WELCH RD<br>DALLAS TX 75244 | 015456P001-1435A-598<br>BIG JOHN'S STEAK AND SEAFOOD<br>112 COTTONLAND ST<br>RAYVILLE LA 71269 |
| 010133P001-1435A-598<br>BIG LOTS<br>1600 WESTBANK EXPY<br>HARVEY LA 70058 | 026212P001-1435A-598<br>BIG LOTS<br>4900 E DUBLIN GRANVILLE RD<br>WESTERVILLE OH 43081 | 015457P001-1435A-598<br>BIG RIVER COUNCIL OF CAMPFIRE<br>5525 S SHERWOOD FOREST BLVD<br>STE C<br>METAIRIE LA 70006 | 018327P001-1435A-598<br>BIG SPOON CONCRETE CONSTRUCTION LLC<br>3001 DAWSON ST<br>KENNER LA 70065 |
| 020660P001-1435A-598<br>BIG WHEEL NOVELTIES INC<br>2712 FLORIDA AVE<br>KENNER LA 70062-5417 | 009706P001-1435A-598<br>BIG WHEEL NOVELTIES<br>2712 FLORDIA AVE<br>KENNER LA 70062 | 000579P001-1435A-598<br>BIG WHEEL NOVELTIES INC<br>8814 VETERANS MEMORIAL BLVD<br>STE 3-337<br>METAIRIE LA 70003 | 009173P001-1435A-598<br>BIG WHEEL NOVELTIES INC<br>1210 VETERANS MEMORIAL BLVD<br>STE 3<br>KENNER LA 70062 |
| 015458P001-1435A-598<br>BIG WHEEL NOVELTIES, INC<br>8814 VETERAND MEMORIAL BLVD<br>STE 3-337<br>METAIRIE LA 70003 | 020661P001-1435A-598<br>BIGGER FASTER STRONGER INC<br>805 WEST 2400 SOUTH<br>SALT LAKE CITY UT 84119 | 000580P001-1435A-598<br>BILL LADERER CATERING AND<br>SPECIAL EVENTS<br>407 FOLSE ST<br>HARAHAN LA 70123 | 013446P001-1435A-598<br>BILL LADERER CATERING LLC<br>407 FOLSE ST<br>HARAHAN LA 70123 |
| 000581P002-1435A-598<br>BILLIOT PEST CONTROL<br>5804 PLAUCHE ST<br>NEW ORLEANS LA 70123-4122 | 040908P001-1435A-598<br>BILLIOT PEST CONTROL<br>520 S TYLER ST<br>COVINGTON LA 70433 | 015459P001-1435A-598<br>BILLIOT PHOTOGRAPHY AND VIDEO<br>285 MOSS LN<br>MANDEVILLE LA 70433 | 020662P001-1435A-598<br>BILLY HART INC<br>CATHERNE BAKEWELL<br>PO BOX 458<br>RESERVE LA 70084 |
| 020739P001-1435A-598<br>BILLY KENNEDY/SLU BASKETBALL<br>BILLY KENNEDY SLU BASKETBALL<br>500 W UNIVERSITY AVE<br>SLU 10309<br>HAMMOND LA 70402 | 027066P001-1435A-598<br>BILOXI HIGH SCHOOL<br>1845 TRIBE DR<br>BILOXI MS 39532 | 022355P001-1435A-598<br>BINA COMES<br>5723 AVENUE N<br>BROOKLYN NY 11234 | 000582P001-1435A-598<br>BINO'S SEAFOOD RESTAURANT<br>1101 SOUTH COLUMBIA ST<br>BOGALUSA LA 70427 |
| 013447P001-1435A-598<br>BIO CORP<br>3910 MINNESOTA ST<br>ALEXANDRIA MN 56308 | 015460P001-1435A-598<br>BIO CORP<br>3911 NEVADA ST<br>ALEXANDRIA MN 56308 | 022356P001-1435A-598<br>BIO-MEDICAL APPLICATIONS OF LO<br>DEPT 6462 75 REMITTANCE DR<br>CHICAGO IL 60675 | 019916P001-1435A-598<br>BIO-RAD LABORATORIES<br>PO BOX 849740<br>LOS ANGELES CA 90084-9740 |

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit Pages Page 372 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 372 of 1525
US First Class Mail
Exhibit Pages

000583P001-1435A-598
BIOETHICS DEFENSE FUND
3312 CLEARY AVE
METAIRIE LA 70002

011915P001-1435A-598
BIOMED PLUS LLC
20354 OLD COVINGTON HWY
HAMMOND LA 70403

022358P001-1435A-598
BIOSCRIP INFUSION SVC
PO BOX 418711
BOSTON MA 02241

022359P001-1435A-598
BIOVENTUS LLC EXOGEN CLAIMS
PO BOX 732923
DALLAS TX 75373

020740P001-1435A-598
BIRCH COMMUNICATIONS
ATLANTA
DEPT AT 952855
ATLANTA GA 30303

022360P001-1435A-598
BIRD AND BEAR MEDICAL INC
2233 E MAIN ST
MONTROSE CO 81401

026213P001-1435A-598
BIRDBRAIN TECHNOLOGIES
544 MILTENBERGER ST
PITTSBURGH PA 15219

022361P002-1435A-598
BIRTH CENTER OF BATON ROUGE
277 RUE DE LA VIE ST
BATON ROUGE LA 70817-5133

026561P001-1435A-598
BISHOP HENDRICKEN HIGH SCHOOL
2615 WARWICK AVE
WARWICK RI 02889

000586P001-1435A-598
BISHOP MICHAEL LX FOUNDATION
PO BOX 9599
FOUNTAIN VALLEY CA 92728

020741P001-1435A-598
BISHOP SULLIVAN BAYOU BOOGIE CROSS COUN
BISHOP SULLIVAN BAYOU BOOGIE C
17521 MONITOR AVE
BATON ROUGE LA 70817

013448P001-1435A-598
BISSONET-MANED DOWNS COUNTRY CLUB
5400 IRVING ST
METAIRIE LA 70003

019577P001-1435A-598
BISTRO DE LA REINE
2306 FRONT ST
STE 21
SLIDELL LA 70458

011917P001-1435A-598
BIZZUKA INC
105 CHAPEL DR
LAFAYETTE LA 70506

015461P001-1435A-598
BJ'S QUICK PRINT
1705 HWY 59
STE 10
MANDEVILLE LA 70448

040909P001-1435A-598
BLACHE ELECTRIC, LLC
1612 ALEXANDER AVE
ARABI LA 70032

000588P001-1435A-598
BLACK AND INDIAN MISSION OFFICE
2021 H ST NW
WASHINGTON DC 20006

016898P001-1435A-598
BLACK CAT PRODUCTIONS, LLC
PO BOX 2933
GRETNA LA 70054

000589P001-1435A-598
BLACK CATHOLIC THEOLOGICAL SYMPOSIUM
9204 S COMMERCIAL AVE
STE 305
CHICAGO IL 60617

018328P001-1435A-598
BLACK TIE AUCTIONEER
2117 VETERANS MEMORIAL BLVD - STE 286
METAIRIE LA 70002

009219P001-1435A-598
BLACK TIE AUCTIONS
2117 VETERANS MEMORIAL BLVD
STE 286
METIAIRE LA 70002

029869P001-1435A-598
BLACKBAUD
2000 DANIEL ISLAND DR
CHARLESTON SC 29492

000590P001-1435A-598
BLACKBAUD INC
PO BOX 930256
ATLANTA GA 31193-0256

009707P001-1435A-598
BLACKBOARD
PO BOX 200154
PITTSBURGH PA 15251-0154

019578P001-1435A-598
BLACKBOARD ENGAGE
PO BOX 06290
CHICAGO IL 60606

020742P001-1435A-598
BLACKBOARD INC
3815 RIVER CROSSING PKWY
STE 200
INDIANAPOLIS IN 46240

022362P002-1435A-598
BLACKSTONE MEDICAL SVC LL
550 N REO ST STE 250
TAMPA FL 33609-1039

015462P001-1435A-598
BLAINE RAY WORKSHOPS, INC
8411 NAIRN RD
EAGLE MOUNTAIN UT 84005

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

013449P001-1435A-598
BLAIR SERVICES, INC
325 HICKORY AVE
HARAHAN LA 70123

013450P001-1435A-598
BLAIS MICROSCOPE CO
930 3RD ST SW
FARIBAULT MN 55021

015463P001-1435A-598
BLANK EXTREME ENTERTAINMENT
809 HYLTON RD
STE 13
PENNSAUKEN NJ 08110

000164P001-1435S-598
BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

015464P001-1435A-598
BLANKET WORX/WOVEN ART
PO BOX 271
COLUMBUS NC 28722

015465P001-1435A-598
BLENDERZ BAND, LLC
1011 N CAUSEWAY BLVD STE 11
MANDEVILLE LA 70471

000595P001-1435A-598
BLESSED FRANCIS XAVIER SEELOS
3037 DAUPHINE ST
NEW ORLEANS LA 70117-6724

031058P001-1435A-598
BLESSED FRANCIS XAVIER SEELOS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
F/K/A ST VINCENT DE PAUL ROMAN CATHOLIC CHURC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033099S001-1435A-598
BLESSED FRANCIS XAVIER SEELOS
STEVEN WILSON
PO BOX 347
BILOXI MS 39533-0347

029909P001-1435A-598
BLESSED FRANCIS XAVIER SEELOS CHURCH
919 JOSEPHINE ST
NEW ORLEANS LA 70130

031060P001-1435A-598
BLESSED SACRAMENT  ST JOAN OF ARC
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033284S001-1435A-598
BLESSED SACRAMENT CATHOLIC CHR
GREZEGORZ SZEWCZYK
PO BOX 339
POTH TX 78147-0339

000596P001-1435A-598
BLESSED SACRAMENT ST JOAN OF ARC
8321 BURTHE ST
NEW ORLEANS LA 70118

029910P001-1435A-598
BLESSED SACRAMENT ST JOAN OF ARC CHURCH
8321 BURTHE ST
NEW ORLEANS LA 70118

031059P001-1435A-598
BLESSED SACRAMENT, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026562P001-1435A-598
BLESSED SEELOS CENTER
919 JOSEPHINE ST
NEW ORLEANS LA 70130

031061P001-1435A-598
BLESSED TRINITY
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029911P001-1435A-598
BLESSED TRINITY CHURCH
4230 S BROAD AVE
NEW ORLEANS LA 70125

000597P001-1435A-598
BLESSED TRINITY PARISH
4230 S BROAD ST
NEW ORLEANS LA 70125

026305P001-1435A-598
BLESSED TRINITY PARISH
4230 S BROAD AVE
NEW ORLEANS LA 70125

019579P001-1435A-598
BLEU BEAUTY CO
3769 PONTCHARTRAIN DR STE E
SLIDELL LA 70458-4852

009336P001-1435A-598
BLICK ART MATERIALS
6300 DELMAR BLVD
ST LOUIS MO 63130-4719

009708P001-1435A-598
BLICK ART MATERIALS
PO BOX 1769
GALESBURG IL 61402-1769

013451P001-1435A-598
BLICK ART MATERIALS
6910 EAGLE WAY
CHICAGO IL 60678-1069

009709P001-1435A-598
BLINDS AND SHUTTERS DIRECT
2017 WILLIAMS AVE
KENNER LA 70062

013452P001-1435A-598
BLINDS AND SHUTTERS DIRECT
2017 WILLIAMS BLVD
KENNER LA 70062

018329P001-1435A-598
BLINDS AND SHUTTERS DIRECT INC
2017 WILLIAMS BLVD
KENNER LA 70065

031003P001-1435A-598
BLITCH KNEVEL ARCHITECTS
ROB BLITCH
ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/01/25 Entered 09/01/25 14:06:05 Main Document Page 374
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 374 of 1525
US First Class Mail
Exhibit Pages

026214P001-1435A-598
BLOOMERANG
5724 BIRTZ RD
INDIANAPOLIS IN 46216

040910P001-1435A-598
BLOOMERANG, LLC
PO BOX 713204
CHICAGO IL 60677-1204

011918P001-1435A-598
BLOSSMAN OIL CO INC
PO BOX 89
COVINGTON LA 70434-0089

013453P001-1435A-598
BLP MOBILE PAINT CO METAIRIE
1212 NORTH CAUSEWAY BLVD
METAIRIE LA 70001

000599P001-1435A-598
BLUE ARMY SHRINE PILGRIMAGES
PO BOX 976
WASHINGTON NJ 07882

013454P001-1435A-598
BLUE BAYOU DIXIE LANDIN'
18142 PERKINS RD
BATON ROUGE LA 70810

018331P001-1435A-598
BLUE BELL CREAMERIES LP
PO BOX 973601
DALLAS TX 75397-3601

018332P001-1435A-598
BLUE CHIP ATHLETIC
330 EAST 14TH AVE
NORTH KANSAS CITY MO 64116

013455P001-1435A-598
BLUE CROSS
PO BOX 650007
DALLAS TX 75265-0007

029786P001-1435A-598
BLUE CROSS AND BLUE SHIELD OF LOUISIANA
HMO LOUISIANA SOUTHERN NATIONAL LIFE
LOUISIANA HEALTH SVC AND INDEMNITY CO
DBA BLUE CROSS AND BLUE SHIELD OF LOUISIANA
5525 REITZ AVE
BATON ROUGE LA 70809

011919P001-1435A-598
BLUE CROSS AND BLUE SHIELD OF LOUISIANA G
PO BOX 650007
DALLAS TX 75265-0007

018333P001-1435A-598
BLUE CROSS AND BLUE SHIELD OF LOUISIANA-GROUP
PO BOX 650007
DALLAS TX 75265-0007

024102P001-1435A-598
BLUE CROSS BLUE SHIELD OF LOUISIANA
5525 REITZ AVE
BATON ROUGE LA 70809

009710P001-1435A-598
BLUE FLASH SEWER SVC
PO BOX 23243
HARAHAN LA 70183

019580P001-1435A-598
BLUE MOUNTAIN COLLEGE
PO BOX 160
BLUE MOUNTAIN MS 38610

015466P001-1435A-598
BLUE RIBBON PRODUCTS, INC
11461 HILLGUARD RD
DALLAS TX 75243

018334P001-1435A-598
BLUE TARP FINANCIAL
PO BOX 105525
ATLANTA GA 30348-5525

009711P001-1435A-598
BLUECROSS BLUESHIELD OF LOUISIANA
PO BOX 650007
DALLAS TX 75265-0007

019581P001-1435A-598
BLUELINE RENTAL
ACCOUNTS RECEIVABLE
PO BOX 2656
WEST MONROE LA 71294

119920P001-1435A-598
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS TX 75284-0062

026215P001-1435A-598
BLUEPAY INC
184 SHUMAN BLVD # 350
NAPERVILLE IL 60563

015467P001-1435A-598
BLUESODAPROMO
595 LAKEVIEW PKWY
VERNON HILLS IL 60061

019582P001-1435A-598
BLUEWATER DESIGN INC
224 ERLANGER ST
SLIDELL LA 70458

010134P001-1435A-598
BLURB INC
1600 WESTBANK EXPY
HARVEY LA 70058

040911P001-1435A-598
BLUUM
4675 E COTTON CTR BLVD
STE 155
PHOENIX AZ 85040

009712P001-1435A-598
BM SCALES AND TRUCKING
3618 TIMBERWOLF LN
NEW ORLEANS LA 70131

022363P001-1435A-598
BMA OF MARRERO
PO BOX 919214
DALLAS TX 75391

013456P001-1435A-598
BMDCC
5400 IRVING ST
METAIRIE LA 70003

Case 20-10846 Doc 4835-4 Filed 09/25/25 Entered 09/25/25 14:06:04 PDF in 4 to Affidavit 875
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 375 of 1525
US First Class Mail
Exhibit Pages

022364P001-1435A-598
BMH NORTH MISSISSIPPI
MSC 410393 PO BOX 415000
NASHVILLE TN 37241

020743P001-1435A-598
BMI EDUCATIONAL SVC
P O BOX 800
DAYTON NJ 08810-6994

000025P001-1435A-598
BMO HARRIS BANK
PO BOX 755
CHICAGO IL 60690

000025S001-1435A-598
BMO HARRIS BANK
BANKRUPTCY DEPT
111 W MONROE ST
CHICAGO IL 60603

022365P001-1435A-598
BOARD CERTIFIED DERMATO
5208 MAHONING AVE STE 208
YOUNGSTOWN OH 44515

009130P001-1435A-598
BOASSO AMERICA
100 INTERMODAL DR
CHALMETTE LA 70043

015468P001-1435A-598
BOB HOPE HIGH SCHOOL GIRLS SOCCER
2849 9TH AVE
PORT ARTHUR TX 77642

015469P001-1435A-598
BOBBY RILEY SERVICES, INC
77052 RIVER BEND LN
FOLSOM LA 70437

009713P001-1435A-598
BOBBY'S SEAFOOD
9013 JEFFERSON HWY
RIVER RIDGE LA 70123

013457P001-1435A-598
BOBUCO, INC
PO BOX 306
ST. ROSE LA 70087

015470P001-1435A-598
BOGUE CHITTO STATE PARK
17049 STATE PK BLVD
FRANKLINTON LA 70438

011921P001-1435A-598
BOGUE FALAYA FITNESS
319 E GIBSON ST
COVINGTON LA 70433

022366P001-1435A-598
BOHN JOSEPH AND SWAN EYE CENTER
609 GUILBEAU RD
LAFAYETTE LA 70506

009652P001-1435A-598
BOILER AND HEATING CO
BERT LEAVEAU
250 JEANETTE ST
JEFFERSON LA 70121

011922P001-1435A-598
BOLCHAZYCARDUCCI PUBLISHERS, INC
1570 BASKIN RD
MUNDELEIN IL 60060

000603P001-1435A-598
BOLLINGER SPECIALTY GROUP
PO BOX 1515
MORRISTOWN NJ 07962

020744P001-1435A-598
BOLTON HIGH SCHOOL
2101 VANCE AVE
ALEXANDRIA LA 71301

015471P001-1435A-598
BOLTON HIGH SCHOOL SOCCER
JEREMY POKLEMBA
1201 VANCE AVE
ALEXANDRIA LA 71301

000605P001-1435A-598
BOMGAR CORP
PO BOX 936189
ATLANTA GA 31193-6189

000606P001-1435A-598
BONDED CARBON AND RIBBON CO INC LAOP
LOUISIANA OFFICE PROD
210 EDWARDS AVE
HARAHAN LA 70123

022367P001-1435A-598
BONE AND JOINT CLINIC OF BATON
PO BOX 98035
BATON ROUGE LA 70898

018335P001-1435A-598
BONNABEL HIGH SCHOOL
2801 BRUIN DR
KENNER LA 70065

040912P001-1435A-598
BONNYBRITE
PO BOX 231
ABITA SPRINGS LA 70420

009714P001-1435A-598
BONOMOLO LIMOUSINES INC
PO BOX 55055
METAIRIE LA 70005

016899P001-1435A-598
BONZA SCREEN GRAPHICS
1716 FRANKLIN AVE
GRETNA LA 70053

010135P001-1435A-598
BOOK PAL
18101 VON KARMAN AVE UNIT 120
IRVINE CA 92612

015472P001-1435A-598
BOOK SYSTEMS, INC
4901 UNIVERSITY SQUARE
STE 3
HUNTSVILLE AL 35816

015473P001-1435A-598
BOOKLIST
PO BOX 421027
PALM COAST FL 32142

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:06:05 Exhibit A Page 376
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 376 of 1525
US First Class Mail
Exhibit Pages

020745P001-1435A-598
BOOKSAMILLIONCOM
BUSINESS TO BUSINESS DEPT
P O BOX 19728
BIRMINGHAM AL 35219

016900P001-1435A-598
BOOMTOWN CASINO
4132 PETERS RD
HARVEY LA 70058

016901P001-1435A-598
BOOST PROMOTIONAL GROUP, INC
PO BOX 2116
GRIFFIN GA 30224

040913P001-1435A-598
BOOSTER ENTERPRISES, INC
10400 OLD ALABAMA RD CONNECTOR
STE 400
ALPHARETTA GA 30022

015474P001-1435A-598
BOOSTERS, INC
PO BOX 70156
MONTGOMERY AL 36107

013458P001-1435A-598
BOOTHVILLE VENICE BETA CLUB-DIST 12
KELLIE DYKES
1 OILER DR
BOOTHVILLE LA 70038

000610P001-1435A-598
BORDEN DAIRY CO
PO BOX 679378
DALLAS TX 75267-9378

026464P001-1435A-598
BORDEN DAIRY CO
8750 N CENTRAL EXPY
DALLAS TX 75231

011923P001-1435A-598
BORENSON AND ASSOCIATES, INC
PO BOX 3328
ALLENTOWN PA 18106-0328

020746P001-1435A-598
BOSCO BROS INC
711 APPLE ST
NORCO LA 70079

019583P001-1435A-598
BOSCOS ITALIAN CAFE
2040 HWY 59
MANDEVILLE LA 70448

019584P001-1435A-598
BOSTON FOUNDATION
75 ARLINGTON ST
10TH FLOOR
BOSTON MA 02116

022368P001-1435A-598
BOSTON UNIVERSITY DERMATOLOGY
PO BOX 414377
BOSTON MA 02241

022369P001-1435A-598
BOTERO EYE CLINIC
STE 101 3712 MACARTHUR BLVD
NEW ORLEANS LA 70114

020747P001-1435A-598
BOUDREAUX ATHLETICS INC
15059 HWY 190 EAST
OPELOUSAS LA 70570

019586P001-1435A-598
BOUDREAUX SVC INC
15 OAK PT RD
PICAYUNE MS 39466

011924P001-1435A-598
BOUDREAUX'S FINE JEWELERY
4550 HIGHWAY 22 LA
MANDEVILLE LA 70471

016902P001-1435A-598
BOUDREAUX'S PLUMBING
700 VAN TRUMP ST
GRETNA LA 70056

010136P001-1435A-598
BOUNCE HOUSE NOW
112-A ARGUS LN #311
MOORESVILLE NC 28117

010137P001-1435A-598
BOUNCE WORLD
3 SUSSEX ST
KENNER LA 70062

020748P001-1435A-598
BOUNCE WORLD NOLA
3 SUSSEX ST
KENNER LA 70068

018336P001-1435A-598
BOUND BOOKS SCANNING INC
200 BATES DR
MONSEY NY 10952

000619P001-1435A-598
BOURBON ORLEANS HOTEL
717 ORLEANS ST
NEW ORLEANS LA 70116

020749P001-1435A-598
BOURG SIGNS LLC
431 APPLE ST
NORCO LA 70079

000622P001-1435A-598
BOURGEOIS BENNETT LLC
111 VETERANS BLVD  17TH FL
METAIRIE LA 70005

000623P001-1435A-598
BOURGEOIS BENNETT LLC
PO BOX 60600
NEW ORLEANS LA 70160

009401P001-1435A-598
BOURGEOIS BENNETT LLC
PO BOX 60600
NEW ORLEANS LA 70163

040914P001-1435A-598
BOURGEOIS LAWN CARE, INC
2804 ELIZABETH ST
MARRERO LA 70072

376

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF in Exhibit 4 Page 377
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 377 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000624P001-1435A-598<br>BOURGEOISKEVIN M<br>MR RYAN MONSOUR<br>ONE GALLERIA BLVD STE 1100<br>METAIRIE LA 70001 | 018337P001-1435A-598<br>BOWFISHING UNLIMITED<br>201 MARGUERITE RD<br>METAIRIE LA 70003 | 027067P001-1435A-598<br>BOWLING USA<br>685 BROWNSWITCH RD<br>SLIDELL LA 70458 | 010138P001-1435A-598<br>BOWNET<br>912 PANCHO RD<br>CAMARILLO CA 93012 |
| 015475P001-1435A-598<br>BOWNET SPORTS<br>4690 CALLE QUETZAL<br>CAMARILLO CA 93012 | 040915P001-1435A-598<br>BOXX MODULAR<br>6811 GANT RD<br>HOUSTON TX 77066 | 000625P001-1435A-598<br>BOY SCOUTS OF AMERICA<br>PO BOX 1146<br>METAIRIE LA 70004 | 026306P001-1435A-598<br>BOY SCOUTS OF AMERICA<br>1325 W WALNUT HILL LN<br>IRVING TX 75038 |
| 011925P001-1435A-598<br>BOYET JUNIOR HIGH<br>59295 REBEL DR<br>SLIDELL LA 70461 | 015476P001-1435A-598<br>BOYET JUNIOR HIGH SCHOOL<br>VOLLEYBALL<br>59295 REBEL DR<br>SLIDELL LA 70461 | 020750P001-1435A-598<br>BOYS AUTO REPAIR<br>P O BOX 2566<br>RESERVE LA 70084 | 020751P001-1435A-598<br>BOYS CATERING AND SPECIALTY MEATS<br>512 HEMLOCK ST<br>LAPLACE LA 70068 |
| 018338P001-1435A-598<br>BOYS GIRLS HIGH SCHOOL PREP BOWLING LEAGUE<br>719 EMERALD ST<br>NEW ORLEANS LA 70124 | 026178P001-1435A-598<br>BOYS GIRLS HOPE<br>PO BOX 19307<br>NEW ORLEANS LA 70179 | 011926P001-1435A-598<br>BOYS HOPE GIRLS HOPE<br>4821 BAUDIN<br>NEW ORLEANS LA 70119 | 009388P001-1435A-598<br>BOYS LIFE<br>BOY SCOUTS OF AMERICA<br>PO BOX 152350<br>IRVING TX 75015-9871 |
| 011927P001-1435A-598<br>BOZO'S LLC<br>470 STEPPLE PL<br>MANDEVILLE LA 70471 | 026563P001-1435A-598<br>BQUICK ATHLETIC DEVELOPMENT<br>305 N VERMONT ST<br>COVINGTON LA 70433 | 000627P001-1435A-598<br>BR PRO PAINTING INC<br>4309 OTTAWA ST<br>METAIRIE LA 70001 | 015477P001-1435A-598<br>BRACY'S NURSERY<br>64624 DUMMYLINE RD<br>AMITE LA 70422 |
| 015478P001-1435A-598<br>BRAD LAMBERT ELECTRICAL SVC<br>PO BOX 1146<br>ABITA SPRINGS LA 70420 | 019585P001-1435A-598<br>BRADBURY BUSINESS FORMS<br>2321 NORTH HULLEN ST<br>METAIRIE LA 70001 | 022370P001-1435A-598<br>BRADEN PARTNERS LP DBA PACIFIC<br>PO BOX 749990<br>LOS ANGELES CA 90074 | 009715P001-1435A-598<br>BRAINPOP<br>71 W 23RD ST 17TH FL<br>NEW YORK NY 10010 |
| 040916P001-1435A-598<br>BRAINPOP<br>PO BOX 745873<br>NEW YORK NY 10087 | 040917P001-1435A-598<br>BRAINPOP<br>PO BOX 28119<br>NEW YORK NY 10087 | 009344P001-1435A-598<br>BRAINPOP LLC<br>71 W 23RD ST FL 17<br>NEW YORK NY 10010-4183 | 040918P001-1435A-598<br>BRAINPOP, LLC<br>71 W 23RD S<br>17TH FL<br>NEW YORK NY 10010 |

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 378
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 378 of 1525
US First Class Mail
Exhibit Pages

020752P001-1435A-598
BRAND JUNKIE
5717 CRAWFORD ST
NEW ORLEANS LA 70123

018339P001-1435A-598
BRANDED CUSTOM SPORTSWEAR, INC
PO BOX 2104
LOWELL AR 72745

018253P001-1435A-598
BRANDON CHAMPAIGN
1128 W WILLIAM DAVID PKWY
METAIRIE LA 70005

040919P001-1435A-598
BRANDON GIBSON
403 MISSISSIPPI AVE
BOGALUSA LA 70427

000632P001-1435A-598
BRANT SCHMIDT DDS LLC
3324 HESSMER
METAIRIE LA 70002

022371P001-1435A-598
BRASS SURGERY CENTER
5328 DIDESSE DR
BATON ROUGE LA 70808

026307P001-1435A-598
BRAVOS
3413 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

015480P001-1435A-598
BRAX LTD
2002 EASTWOOD RD
STE 202
WILMINGTON NC 28403

013460P001-1435A-598
BREAKOUT, INC
PO BOX 280
696 OLD BETHPAGE RD
OLD BETHPAGE NY 11804

022372P001-1435A-598
BREAST CENTER OF ACADIANA APMC
935 CAMELLIA BLVD STE 100
LAFAYETTE LA 70508

022373P001-1435A-598
BREATHE EASY ALLERGY LLC
PO BOX 19779
BELFAST ME 04915

022374P001-1435A-598
BREATHING CARE MEDICAL SVC
3100 5TH ST
METAIRIE LA 70002

011928P001-1435A-598
BREAUX BRIDGE HIGH SCHOOL
VOLLEYBALL COACH
1015 BREAUX BRIDGE SR HIGH RD
BREAUX BRIDGE LA 70517

018340P002-1435A-598
BREAUX EXTERMINATING CO INC
1500 W ESPLANADE AVE APT 19E
KENNER LA 70065-8310

041599P001-1435A-598
BREAUX MART
7902 HIGHWAY 23
BELLE CHASSE LA 70037

000066P001-1435S-598
BREAZEALE SACHSE & WILSON LLP
ALAN H GOODMAN
909 POYDRAS ST.,STE 1500
NEW ORLEANS LA 70112

015481P001-1435A-598
BREC BATON ROUGE REC DEPT
3140 NORTH SHERWOOD FOREST BLVD
BATON ROUGE LA 70814

009325P001-1435A-598
BRENNAN'S PRINTING AND MAILING
5612 BLESSEY ST
HARAHAN LA 70123

022375P001-1435A-598
BRENT ROCHON MD APM LLC
STE 1400 4906 AMBASSADOR CAFF PKWY
LAFAYETTE LA 70508

022376P001-1435A-598
BRG MEDICAL CENTER
DEPT 237
PO BOX 4869
HOUSTON TX 77210

022377P001-1435A-598
BRG PHYSICIANS INC
DEPT 235
PO BOX 4869
HOUSTON TX 77210

031004P001-1435A-598
BRIAN BRENNAN
COUNCILMAN FOR DISTRICT FIVE CITY OF KENNER
ADDRESS INTENTIONALLY OMITTED

029512P001-1435A-598
BRIAN C COCHRAN
ADDRESS INTENTIONALLY OMITTED

022378P001-1435A-598
BRIAN K GRANGER MD
STE I 201 W GLORIA SWITCH RD
LAFAYETTE LA 70507

016829P001-1435A-598
BRIAN K SIMMONS ARRANGEMENTS
PO BOX 9621
BATON ROUGE LA 70813

020753P001-1435A-598
BRIANS TOWING
1025 BERT ST
LAPLACE LA 70068

018341P001-1435A-598
BRICK AND BLOCK PRODUCTS, LLC
PO BOX 8707
MANDEVILLE LA 70470-8707

015482P001-1435A-598
BRICKS 4 KIDZ
2661 N CAUSEWAY BLVD
MANDEVILLE LA 70471

378

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 1 of Filed 879
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 379 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015483P001-1435A-598<br>BRICKS R US<br>201 SOUTH BISCAYNE BLVD<br>28TH FL<br>MIAMI FL 33131 | 040922P001-1435A-598<br>BRIER LAKE UTILITIES<br>61383 TIMBERBEND DR<br>LACOMBE LA 70445 | 022380P001-1435A-598<br>BRIGHT HEART HEALTH<br>2603 CAMINO RAMON STE 200<br>SAN RAMON CA 94583 | 022381P001-1435A-598<br>BRIGHT HEART HEALTH SAN R<br>2603 CAMINO RAMON STE 200<br>SAN RAMON CA 94583 |
| 022382P001-1435A-598<br>BRIGHT SIDE LLC<br>3301 TOULOUSE ST<br>NEW ORLEANS LA 70119 | 022383P001-1435A-598<br>BRIGHTER DAYS INC<br>PO BOX 8135<br>NEW ORLEANS LA 70182 | 040923P001-1435A-598<br>BRIGHTWHEEL<br>548 MARKET ST<br>PMB 95237<br>SAN FRANCISCO CA 94104 | 020754P001-1435A-598<br>BRILLIANT EFFICIENCIES LLC<br>7039 HWY 190 EAST SERVICE RD<br>STE A<br>COVINGTON LA 70068 |
| 018342P001-1435A-598<br>BRILLIANT PARTNERS<br>PO BOX 530<br>LOS GATOS CA 95031-0530 | 018343P001-1435A-598<br>BRILLOTECH, INC<br>1880 MCFARLAND PKWY - STE 180<br>ALPHARETTA GA 30005 | 022384P001-1435A-598<br>BRIOVARX<br>1801 PARK VIEW DR FL 1<br>SHOREVIEW MN 55126 | 022385P001-1435A-598<br>BRIOVARX INFUSION SVC 305<br>2902 MOMENTUM PL<br>CHICAGO IL 60689 |
| 018344P001-1435A-598<br>BRISBIS - LAKEFRONT RESTAURANT AND BAR<br>7400 LAKESHORE DR<br>NEW ORLEANS LA 70124 | 000641P001-1435A-598<br>BRISTER STEPHENS INC<br>PO BOX 8985<br>MANDEVILLE LA 70470 | 015484P001-1435A-598<br>BRITE VISUAL PRODUCTS, INC<br>270 CENTRE ST<br>UNIT F<br>HOLBROOK MA 02343 | 013461P001-1435A-598<br>BRITTNEY RAY'S FLORIST AND GIFTS<br>2108 PARIS RD<br>CHALMETTE LA 70043 |
| 015485P001-1435A-598<br>BRMHS MATH TOURNAMENT<br>2825 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 013462P001-1435A-598<br>BROAD BASE SVC AND RENTALS, LLC<br>3725 DAY ST<br>HARVEY LA 70058 | 018345P001-1435A-598<br>BROAD GLASS<br>3525 TULANE AVE<br>NEW ORLEANS LA 70119 | 015486P001-1435A-598<br>BROAD REACH<br>PO BOX 3748<br>MANKATO MN 56002 |
| 020755P001-1435A-598<br>BROAD REACH<br>PO BOX 3127<br>MANKATO MN 56002-3127 | 013463P001-1435A-598<br>BROADCAST TECHNICAL SERVICES, INC<br>5620 HEEBE ST<br>HARAHAN LA 70123-5512 | 018346P001-1435A-598<br>BROADLEAF GROUP<br>RELIABLE IT<br>PO BOX 12607<br>ALEXANDRIA LA 71315 | 020756P001-1435A-598<br>BROADMOOR HIGH SCHOOL<br>E ODOM<br>10100 GOODWOOD BLVD<br>BATON ROUGE LA 70815 |
| 009461P001-1435A-598<br>BROADVOX GO LLC<br>PO BOX 74301<br>CLEVELAND OH 44194-4301 | 020757P001-1435A-598<br>BROCKS AUTOMOTIVE AND TIRE CENTER<br>PO BOX 2831<br>RESERVE LA 70084 | 009716P001-1435A-598<br>BRODART<br>PO BOX 3488<br>WILLIAMSPORT PA 17701 | 009717P001-1435A-598<br>BROOKLYN PUBLISHERS<br>PO BOX 248<br>CEDAR RAPIDS IA 52406 |

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:06:05 Exhibit A Page 380
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 380 of 1525
US First Class Mail
Exhibit Pages

033549S001-1435A-598
BROOME COUNTY
COLLEEN LUTYNSKI
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033721S001-1435A-598
BROOME COUNTY
ERICA REHBEIN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033722S001-1435A-598
BROOME COUNTY
ROB TOTTEN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033723S001-1435A-598
BROOME COUNTY
MARK MASTERS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033724S001-1435A-598
BROOME COUNTY
JENNIFER MOSES
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033931S001-1435A-598
BROOME COUNTY
MARY MUSCOLO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033932S001-1435A-598
BROOME COUNTY
MAX RUSSO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033979S001-1435A-598
BROOME COUNTY
JOSH PHELPS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

033980S001-1435A-598
BROOME COUNTY
DAVID GOGUEN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034013S001-1435A-598
BROOME COUNTY
SHARON RICHARDS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034014S001-1435A-598
BROOME COUNTY
DONNA BATES
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034015S001-1435A-598
BROOME COUNTY
SARAH CAPWELL
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034016S001-1435A-598
BROOME COUNTY
CINDY HILL
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034017S001-1435A-598
BROOME COUNTY
SARAH HARDING
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034165S001-1435A-598
BROOME COUNTY
COLLEEN KACHMAR
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034166S001-1435A-598
BROOME COUNTY
STEPHANIE MILKS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034167S001-1435A-598
BROOME COUNTY
DEBBIE PROKOP
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034168S001-1435A-598
BROOME COUNTY
CHRISTOPHER HOGAN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034267S001-1435A-598
BROOME COUNTY
MEGAN BROWN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034268S001-1435A-598
BROOME COUNTY
SCOTT MASTIN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034269S001-1435A-598
BROOME COUNTY
NICOLE PAUGH
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034270S001-1435A-598
BROOME COUNTY
ANDREA WOROBEY
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034271S001-1435A-598
BROOME COUNTY
THOMAS ARMSTRONG
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034272S001-1435A-598
BROOME COUNTY
PAUL CARLSON
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034273S001-1435A-598
BROOME COUNTY
STACEY LABARRE
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034274S001-1435A-598
BROOME COUNTY
DICK MARKS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034319S001-1435A-598
BROOME COUNTY
MATTHEW COWER
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034320S001-1435A-598
BROOME COUNTY
JOHN GREGORY
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

Case 20-10846 Doc 4615-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Claim Affidavit
of Service Regarding Solicitation Packages Page 381 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

| | | | |
|---|---|---|---|
| 034321S001-1435A-598<br>BROOME COUNTY<br>LORI COOKE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034331S001-1435A-598<br>BROOME COUNTY<br>MARY DUNLAP<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034332S001-1435A-598<br>BROOME COUNTY<br>ARIANA STONE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034354S001-1435A-598<br>BROOME COUNTY<br>MICHAEL PARTENZA<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 034355S001-1435A-598<br>BROOME COUNTY<br>WILLIAM SCHRAMM<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034356S001-1435A-598<br>BROOME COUNTY<br>RITA FLUHARTY<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034390S001-1435A-598<br>BROOME COUNTY<br>MATTHEW GAWORS<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034432S001-1435A-598<br>BROOME COUNTY<br>DIANE WHITE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 034433S001-1435A-598<br>BROOME COUNTY<br>CONSTANCE PERRY<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034434S001-1435A-598<br>BROOME COUNTY<br>STACEY ROSMAN<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034435S001-1435A-598<br>BROOME COUNTY<br>KELLY STEVENS<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034436S001-1435A-598<br>BROOME COUNTY<br>MARK FRANKS<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 034437S001-1435A-598<br>BROOME COUNTY<br>JAMES IACOVELLI<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034449S001-1435A-598<br>BROOME COUNTY<br>ADAM DEVOE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034450S001-1435A-598<br>BROOME COUNTY<br>JENNIFER DATTORIA<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034451S001-1435A-598<br>BROOME COUNTY<br>DANIEL BROWNE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 034452S001-1435A-598<br>BROOME COUNTY<br>TIMOTHY MUNYAN<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034466S001-1435A-598<br>BROOME COUNTY<br>JENNIFER YONKOSKI<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034467S001-1435A-598<br>BROOME COUNTY<br>MICHAEL CLAPP<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034468S001-1435A-598<br>BROOME COUNTY<br>NOREEN MURPHY<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 034469S001-1435A-598<br>BROOME COUNTY<br>JAMES SNASHALL<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034470S001-1435A-598<br>BROOME COUNTY<br>BARBARA GLANVILLE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034471S001-1435A-598<br>BROOME COUNTY<br>PATRICIA DAVIES<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034489S001-1435A-598<br>BROOME COUNTY<br>CHARLES COLLISON<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 034490S001-1435A-598<br>BROOME COUNTY<br>JOHN WADE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034493S001-1435A-598<br>BROOME COUNTY<br>CHRISTOPHER RYAN<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034494S001-1435A-598<br>BROOME COUNTY<br>DAVID HARDER<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 034500S001-1435A-598<br>BROOME COUNTY<br>JANICE PRESTON<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PB Ex 4 Affidavit 382
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 382 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

034508S001-1435A-598
BROOME COUNTY
RICHARD MILLER
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034509S001-1435A-598
BROOME COUNTY
JOO TSCHANG
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034510S001-1435A-598
BROOME COUNTY
CHET KUPIEC
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034511S001-1435A-598
BROOME COUNTY
LUKE DAY
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034512S001-1435A-598
BROOME COUNTY
LOUIS DIFULVIO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034513S001-1435A-598
BROOME COUNTY
MPA ESPOSITO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034514S001-1435A-598
BROOME COUNTY
BILL FRANTZ
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034515S001-1435A-598
BROOME COUNTY
RICHARD KOLB
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034526S001-1435A-598
BROOME COUNTY
WILLIAM STOUT
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034534S001-1435A-598
BROOME COUNTY
LEONARD RAYCHEL
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034544S001-1435A-598
BROOME COUNTY
JANET SHOEMAKER
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034545S001-1435A-598
BROOME COUNTY
RALPH LOUISSANT
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034546S001-1435A-598
BROOME COUNTY
DANIEL THOMAS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034549S001-1435A-598
BROOME COUNTY
VIRGINIA JONES
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034550S001-1435A-598
BROOME COUNTY
BARBARA FETTERMAN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034551S001-1435A-598
BROOME COUNTY
CHRISTOPHER PAINE
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034558S001-1435A-598
BROOME COUNTY
MICHAEL VANCA
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034559S001-1435A-598
BROOME COUNTY
DAWN GORDON
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034560S001-1435A-598
BROOME COUNTY
MARK HARDING
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034561S001-1435A-598
BROOME COUNTY
MARY PROSPERO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034678S001-1435A-598
BROOME COUNTY
SHARON TUCKER
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034985S001-1435A-598
BROOME COUNTY
MARGE HERGEL
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034994S001-1435A-598
BROOME COUNTY
JENNIFER YAUN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034995S001-1435A-598
BROOME COUNTY
ERIN EHN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034996S001-1435A-598
BROOME COUNTY
MATTHEW LAINE
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034997S001-1435A-598
BROOME COUNTY
TYLER WEST
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034998S001-1435A-598
BROOME COUNTY
MICHAEL NORTON
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

034999S001-1435A-598
BROOME COUNTY
CHRISTINA CRAMER
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exhibit A Page 383
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 383 of 1525
US First Class Mail
Exhibit Pages

035029S001-1435A-598
BROOME COUNTY
CHUCK ROGERS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035030S001-1435A-598
BROOME COUNTY
LORI RICKARD
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035430S001-1435A-598
BROOME COUNTY
CRYSTAL JENKINS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035431S001-1435A-598
BROOME COUNTY
JOSEPH YANUZZI
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035673S001-1435A-598
BROOME COUNTY
KAREN EBERLY
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035674S001-1435A-598
BROOME COUNTY
MICHELLE MUCCIO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035675S001-1435A-598
BROOME COUNTY
PATRICK HOGAN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035683S001-1435A-598
BROOME COUNTY
SUSAN QUAIN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035684S001-1435A-598
BROOME COUNTY
RAYMOND SEROWIK
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035685S001-1435A-598
BROOME COUNTY
SARAH STALKER
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035740S001-1435A-598
BROOME COUNTY
STACY FALZARANO
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035741S001-1435A-598
BROOME COUNTY
EMILY MACCLARY
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035742S001-1435A-598
BROOME COUNTY
JENNIFER MCPEEK
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035743S001-1435A-598
BROOME COUNTY
MICHAEL SHERIDAN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035744S001-1435A-598
BROOME COUNTY
PENNY HEATH
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035745S001-1435A-598
BROOME COUNTY
GEORGE PHILLIPS
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035746S001-1435A-598
BROOME COUNTY
JENNIFER SUWAK
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035797S001-1435A-598
BROOME COUNTY
SARA LIU
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035798S001-1435A-598
BROOME COUNTY
SARAH WANSART
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035799S001-1435A-598
BROOME COUNTY
PENNY SHORT
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035800S001-1435A-598
BROOME COUNTY
ANTHONY BATES
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035801S001-1435A-598
BROOME COUNTY
JEANNE STRACUZZI
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035806S001-1435A-598
BROOME COUNTY
MEGHAN BENNING
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035807S001-1435A-598
BROOME COUNTY
THOMAS SULLIVAN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035808S001-1435A-598
BROOME COUNTY
PETER ROSEBOOM
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035809S001-1435A-598
BROOME COUNTY
NATHAN SCHWARTZMAN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035810S001-1435A-598
BROOME COUNTY
MICHELLE BARNETT
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

035855S001-1435A-598
BROOME COUNTY
MILLARD HOFMANN
155 LT VANWINKLE DR
BINGHAMTON NY 13905-1555

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PB Exh 4 Filed 384
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 384 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 035856S001-1435A-598<br>BROOME COUNTY<br>MARK PUTRINO<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 035857S001-1435A-598<br>BROOME COUNTY<br>KYLE WHITE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 035960S001-1435A-598<br>BROOME COUNTY<br>JAMES WEAVER<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 035961S001-1435A-598<br>BROOME COUNTY<br>JAMIE COLE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 035962S001-1435A-598<br>BROOME COUNTY<br>BRENDA COSTELLO<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036003S001-1435A-598<br>BROOME COUNTY<br>LAWRENCE ANDERSON<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036004S001-1435A-598<br>BROOME COUNTY<br>STEPHEN ASKEW<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036201S001-1435A-598<br>BROOME COUNTY<br>HARDER DAVID<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 036262S001-1435A-598<br>BROOME COUNTY<br>RON HIRST<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036354S001-1435A-598<br>BROOME COUNTY<br>RAYMOND HOLDREGE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036394S001-1435A-598<br>BROOME COUNTY<br>KELLY NOJAIM<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036395S001-1435A-598<br>BROOME COUNTY<br>REBECCA SMAYDA<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 036483S001-1435A-598<br>BROOME COUNTY<br>MICHAEL MASTRONARDI<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036484S001-1435A-598<br>BROOME COUNTY<br>DEBI PHELPS<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036485S001-1435A-598<br>BROOME COUNTY<br>WAYLAND ALEXANDER<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036486S001-1435A-598<br>BROOME COUNTY<br>EMILY NICKERSON<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 036487S001-1435A-598<br>BROOME COUNTY<br>LUCIA ESPOSITO<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036529S001-1435A-598<br>BROOME COUNTY<br>JASON SHAW<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036635S001-1435A-598<br>BROOME COUNTY<br>NAN ROE<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 036636S001-1435A-598<br>BROOME COUNTY<br>REBECCA FETCHO<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 |
| 036637S001-1435A-598<br>BROOME COUNTY<br>MARK HEEFNER<br>155 LT VANWINKLE DR<br>BINGHAMTON NY 13905-1555 | 040924P001-1435A-598<br>BROOMS N BUCKETS, LLC<br>4742 CORRINE ST<br>NEW ORLEANS LA 70127 | 000645P001-1435A-598<br>BROTHER MARTIN BAND<br>4401 ELYSIAN FIELDS AVE<br>NEW ORLEANS LA 70122 | 000646P001-1435A-598<br>BROTHER MARTIN HIGH SCHOOL<br>4401 ELYSIAN FIELDS AVE<br>NEW ORLEANS LA 70122 |
| 009297P001-1435A-598<br>BROTHER MARTIN HIGH SCHOOL<br>CHRISTOPHER BIEHL<br>4401 ELYSIAN FIELDS<br>NEW ORLEANS LA 70122 | 016903P001-1435A-598<br>BROTHER MARTIN HIGH SCHOOL<br>MARK WISNIEWSKI<br>4401 ELYSIAN FIELDS AVE<br>NEW ORLEANS LA 70122 | 019587P001-1435A-598<br>BROTHER MARTIN HIGH SCHOOL<br>RYAN GALLAGHER<br>4401 ELYSIAN FIELDS AVE<br>NEW ORLEANS LA 70122 | 015487P001-1435A-598<br>BROTHER MARTIN MIDDLE SCHOOL<br>4401 ELYSIAN FIELDS AVE<br>NEW ORLEANS LA 70131 |

Case 20-10846 Doc 4385-4 Filed 09/10/25 Entered 09/10/25 14:60:75 in PD Ex 4n Affidavit 385
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 385 of 1525
US First Class Mail
Exhibit Pages

000647P001-1435A-598
BROTHER MARTIN NAVAL ROTC
4401 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

000648P001-1435A-598
BROTHERS OF CHARITY
7720 DOE LN
LAVEROCK PA 19038

000650P001-1435A-598
BROUSSARD APPLIANCE SVC
PO BOX 10528
NEW ORLEANS LA 70123

016904P001-1435A-598
BROVAC ENVIRONMENTAL SVC
36 ANCHORAGE DR
MARRERO LA 70072

018347P001-1435A-598
BROWN BAG
5231 PIPER PIPER STATION DR - STE 300
CHARLOTTE NC 28277

010139P002-1435A-598
BROWN DOG GADGETS
W136N4829 CAMPBELL DR #9
MENOMONEE FLS WI 53051-7072

022386P001-1435A-598
BROWN FOLSE RADIOLOGY GRP LLC
PO BOX 2
ALEXANDRIA LA 71306

011929P001-1435A-598
BROWN FOUNDATION
320 HAMMOND HIGHWAY STE 502
METAIRIE LA 70005

011930P001-1435A-598
BROWN INDUSTRIES INC
344 WEST FRONT ST
MEDIA PA 19063-2640

000119P002-1435S-598
BROWN RICE MARKETING LLC
MARK W BROWN
476 METAIRIE ROAD STE 202
METAIRIE LA 70005

013464P001-1435A-598
BROWN UNIVERSITY-CHOICES PROGRAM
BOX 1948
PROVIDENCE RI 02912

009422P001-1435A-598
BROWNS DAIRY
PO BOX 1335
DEPT 720057
CHARLOTTE NC 28201

022387P001-1435A-598
BRRG DBA SOUTHERN RADIOLOGY CO
PO BOX 678896
DALLAS TX 75267

020758P001-1435A-598
BRS SEAFOOD
PO BOX 2143
RESERVE LA 70084

000161P001-1435S-598
BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

022388P001-1435A-598
BRUCE J LEVINE DPM PA
2521 COUNTRYSIDE BLVD
CLEARWATER FL 33763

000149P001-1435S-598
BRUNO & BRUNO, LLP
JOSEPH M. BRUNO; DONALD D. REICHERT, JR.
855 BARONNE STREET
NEW ORLEANS LA 70113

030957P001-1435A-598
BRUNO AND BRUNO LAW
DON D REICHERT JR

030958P001-1435A-598
BRUNO AND BRUNO LAW
JOSEPH M BRUNO

015488P001-1435A-598
BRUSLY HIGH SCHOOL
630 FRONTAGE RD
BRUSLY LA 70719

016905P001-1435A-598
BRUSLY HIGH SCHOOL
630 N VAUGHN DR
BRUSLY LA 70719

018348P001-1435A-598
BRUSLY HIGH SCHOOL
630 N VAUGHAN RD
BRUSLEY LA 70719

000657P001-1435A-598
BRYAN BOHNING LLC
4051 VETERANS BLVD
STE 312
METAIRIE LA 70002

000658P001-1435A-598
BRYAN CHEVROLET
8213 AIRLINE DR
METAIRIE LA 70003

016906P001-1435A-598
BRYAN DOWELL SECURITY CONSULTANT
1124 HUEY P LONG AVE
GRETNA LA 70053

022389P001-1435A-598
BRYAN LEBEAN MD
2930 MOSS ST STE B
LAFAYETTE LA 70501

000659P001-1435A-598
BSA SOUTHEAST LOUISIANA COUNCIL
PO BOX 1146
METAIRIE LA 70004

000087P002-1435S-598
BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

Case 20-10846 Doc 4635-5 Filed 09/02/25 Entered 09/02/25 14:60:75 in PD Exh 4 Aff dev 886
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 386 of 1525
US First Class Mail
Exhibit Pages

011931P001-1435A-598
BSN SPORTS
PO BOX 660176
DALLAS TX 75266-0176

037087P001-1435A-598
BSN SPORTS LLC
P.O. BOX 841393
DALLAS TX 75284-1393

018349P001-1435A-598
BSN SPORTS, LLC
SPORT SUPPLY GROUP
PO BOX 660176
DALLAS TX 75266-0176

000660P001-1435A-598
BUBBA'S PRODUCE CO
PO BOX 7566
METAIRIE LA 70010-7566

040925P001-1435A-598
BUBBAS PRODUCE CO
400 MARIGNY ST
NEW ORLEANS LA 70117

016908P001-1435A-598
BUBBI BROTHERS
4470 BARATARIA BLVD
MARRERO LA 70072

026308P001-1435A-598
BUCCANEER SWIM CLUB
8330 PATRICIA ST
CHALMETTE LA 70043

000661P001-1435A-598
BUCK KREIHS MARINE REPAIR LLC
PO BOX 53305
NEW ORLEANS LA 70153

026465P001-1435A-598
BUCKTOWN ALLSTARS
909 GRAVIER ST #2411
NEW ORLEANS LA 70112

000662P001-1435A-598
BUCKTOWN DENTAL CENTER
1569 LAKE AVE
METAIRIE LA 70005

020759P001-1435A-598
BUDGET BLINDS
430 31ST ST
STE 804
KENNER LA 70065

013465P001-1435A-598
BUDGET BLINDS OF KENNER
430 31ST ST
STE 804
KENNER LA 70065

018350P001-1435A-598
BUDGET IRON WORKS
4040 ELLEN DR
MARRERO LA 70072

010140P001-1435A-598
BUDGET RENT-A-CAR
SVC CRUISE SHIP PORT
2 POYDRAS ST
NEW ORLEANS LA 70130

010141P001-1435A-598
BUDGET SAVER
1900 LAFAYETTE ST
GRETNA LA 70053

016909P001-1435A-598
BUDGET SAVER
1951 BARATARIA BLVD
MARRERO LA 70072

000663P001-1435A-598
BUDGET SAVER #4
6588 WESTBANK EXPWY
MARRERO LA 70072

020760P001-1435A-598
BUDGETEXT
P O BOX 404181
ATLANTA GA 30384-4181

022390P001-1435A-598
BUENA VISTA URGENT CARE
STE D 8216 WORLD CENTER DR
ORLANDO FL 32821

010142P001-1435A-598
BUFFALO WILD WINGS
4150 GENERAL DE GAULLE DR
NEW ORLEANS LA 70131

015489P001-1435A-598
BUFFALO WILD WINGS
3019 PINNACLE PKWY
COVINGTON LA 70433

009696P001-1435A-598
BUG MASTER
1613 NERO ST
METAIRIE LA 70005

040926P001-1435A-598
BUG MASTER PEST AND TERMITE CONTROL, INC
6 CHATEAU LATOUR DR
KENNER LA 70065

026564P001-1435A-598
BUILDASIGN
11525A STONEHOLLOW DR #100
AUSTIN TX 78758

018351P001-1435A-598
BUILDING CONTROL SYSTEMS, LLC
PO BOX 10457
JEFFERSON LA 70181

015490P001-1435A-598
BUILDING MEN AND WOMEN FOR OTHERS, INC
303 INTERNATIONAL CIR
STE T 125
HUNT VALLEY MD 21030

018352P001-1435A-598
BULK OFFICE SUPPLY
PO BOX 470
HEWLETT NY 11557

018353P001-1435A-598
BULLS EYE INDUSTRIES INC
5441 PEPSI ST
ELMWOOD LA 70123

Case 20-10846 Doc 4325-1 Filed 09/09/25 Entered 09/09/25 14:40:05 PD Ex in Att Filed i 887
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 387 of 1525
US First Class Mail
Exhibit Pages

011932P001-1435A-598
BULLSEYE MASONRY, LLC
39292 ESTERBROOK ACRES DR
PONCHATOULA LA 70454

015491P001-1435A-598
BUNKIE HIGH SCHOOL
435 EVERGREEN ST
BUNKIE LA 71322

009718P001-1435A-598
BUREAU OF CRIMINAL IDENTIFICATION
C O DR BILL DICKENS
PO BOX 66614
MAIL SLIP A-6
BATON ROUGE LA 70896

015492P001-1435A-598
BUREAU OF EDUCATION AND RESEARCH
915 118TH AVE SE
PO BOX 96068
BELLEVUE WA 98009-9668

009719P001-1435A-598
BUREAU OF EDUCATION AND RESEARCH INC
915 118TH AVE SE
BELLEVUE WA 98009-9668

019588P001-1435A-598
BUREAU OF EDUCATION AND RESEARCH INC
ACCOUNTS RECEIVABLES
PO BOX 96068
BELLEVUE WA 98009-9668

020761P001-1435A-598
BUREAU OF EDUCATION AND RESEARCH INC
ACCOUNTS RECEIVABLE
P O BOX 96068
BELLEVUE WA 98009-9668

033753S001-1435A-598
BUREAU OF PRISONS
PETER LANDERS
PO BOX 4000
SPRINGFIELD MO 65801-4000

034134S001-1435A-598
BUREAU OF PRISONS
DAVID KELLY
PO BOX 280
FAIRTON NJ 08320-0280

034225S001-1435A-598
BUREAU OF PRISONS
DANIEL LAZERSON
PO BOX 280
FAIRTON NJ 08320-0280

035670S001-1435A-598
BUREAU OF PRISONS
DWAN SEYMOUR
PO BOX 280
FAIRTON NJ 08320-0280

035963S001-1435A-598
BUREAU OF PRISONS
LISA LFRUGE
PO BOX 5060
OAKDALE LA 71463-5060

036774S001-1435A-598
BUREAU OF PRISONS
JAMES ROOT
PO BOX 4000
SPRINGFIELD MO 65801-4000

036976S001-1435A-598
BUREAU OF PRISONS
JACOB HUNTER
PO BOX 4000
SPRINGFIELD MO 65801-4000

018354P001-1435A-598
BURG SPORTS, LLC
5317 SHAMROPS DR
KENNER LA 70065

016910P001-1435A-598
BURLETT REFRIGERATION
PO BOX 7277
SLIDELL LA 70469

009720P001-1435A-598
BURMASTER'S FINGERPRINTING
GLEN BURMASTER
81452 BEALER RD
BUSH LA 70431

013466P001-1435A-598
BURMASTER'S FINGERPRINTING
81452 BEALER RD
BUSH LA 70431

015493P001-1435A-598
BURNO'S TAVERN
7538 MAPLE ST
NEW ORLEANS LA 70118

009261P001-1435A-598
BURTON AND BURTON
325 CLEVELAND RD
BOGART GA 30622

000668P001-1435A-598
BURVANT FAMILY DENTISTRY LLC
601 WEST 18TH AVE
COVINGTON LA 70433-3064

015494P001-1435A-598
BUS MART
POB 583
7840 SO WALNUT ST
DAVEVILLE IN 47334

040927P001-1435A-598
BUSINESS CARD
PO BOX 15796
WILMINGTON DE 19886-5796

000670P001-1435A-598
BUSINESS FORMS INC
2214 WILLIAMS BLVD
KENNER LA 70062

040928P001-1435A-598
BUSINESS PRIME - AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096

000671P001-1435A-598
BUSY BEE CO INC
1909 MANOR HGTS DR
MARRERO LA 70072

013467P001-1435A-598
BUSY BEE CO, INC
1909 MANOR HEIGHTS DR
MARRERO LA 70072

015495P001-1435A-598
BUSY BODIES
3537 HIGHWAY 190
MANDEVILLE LA 70433

Case 20-10846 Doc 4365-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF in Exhibit 4 Page 388
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 388 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000672P001-1435A-598<br>BUTCHER DISTRIBUTORS LLC<br>101 BOYCE ST<br>BROUSSARD LA 70518 | 013468P001-1435A-598<br>BUTLER BROTHERS LLC<br>2000 DIVISION ST<br>METAIRIE LA 70001 | 000071P001-1435S-598<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 | 015496P001-1435A-598<br>BUTTER KRISP DINER<br>1105 US-190 BUS<br>COVINGTON LA 70433 |
| 020762P001-1435A-598<br>BUTTER KRISP DINER INC<br>804 N CAUSEWAY BLVD<br>MANDEVILLE LA 70448 | 040929P001-1435A-598<br>BUTTERFLY EFFECTS, LLC<br>6425 WEST METAIRIE RD<br>METAIRIE LA 70003 | 000676P001-1435A-598<br>BUTTERMILK DROP BAKERY AND CAFE<br>1781 N DORGENOIS ST<br>NEW ORLEANS LA 70119 | 019589P001-1435A-598<br>BUTTONWORKS<br>721 DEL PASO RD<br>SACRAMENTO CA 95834 |
| 016911P001-1435A-598<br>BUY AV PROJECTOR SCREENCOM<br>1 S CORPORATE DR 11<br>RIVERDALE NJ 07457 | 011933P001-1435A-598<br>BUZY BODIES<br>3537 HWY 190<br>MANDEVILLE LA 70471 | 015497P001-1435A-598<br>BUZY BODIES<br>3537 US-190<br>MANDEVILLE LA 70471 | 010143P001-1435A-598<br>BUZZER SYSTEMS<br>NOVEL ELECTRONIC DESIGNS INC<br>143 N 3RD ST<br>CHILLICOTHE IL 61523-2156 |
| 040930P001-1435A-598<br>BYNUM PLUMBING CORP<br>2649 GOV NICHOLLS ST<br>NEW ORLEANS LA 70119-3303 | 018355P001-1435A-598<br>BYRD HIGH SCHOOL<br>3201 LINE AVE<br>SCHREVEPORT LA 71104 | 000677P001-1435A-598<br>BYRD HOUSE CATERING LLC<br>6545 ELYSIAN FIELDS AVE<br>NEW ORLEANS LA 70122 | 011934P001-1435A-598<br>BYRON E TALBOT CONTRACTOR INC<br>PO BOX 5658<br>THIBODAUX LA 70302 |
| 026216P001-1435A-598<br>BYRON E TALBOT CONTRACTOR INC<br>301 MAIN PROJECT RD<br>SCHRIEVER LA 70395 | 015501P001-1435A-598<br>C AND C LAWNMOWER<br>1282 BROWNSWITCH RD<br>SLIDELL LA 70461 | 013470P001-1435A-598<br>C AND C PRESSURE WASHING<br>604 JEFFERSON AVE<br>METAIRIE LA 70001 | 009305P001-1435A-598<br>C AND C PRODUCTIONS LLC<br>4600 BISSONET DR<br>METAIRIE LA 70003 |
| 022392P001-1435A-598<br>C AND C VITAL CARE<br>1170 NE IND PK RD<br>MERIDIAN MS 39301 | 013471P001-1435A-598<br>C AND D PUBLISHING<br>1017 SW MORRISON<br>#500<br>PORTLAND OR 97205 | 016912P001-1435A-598<br>C AND H BASEBALL, INC<br>372 S EAGLE RD<br>STE 140<br>EAGLE ID 83616 | 015502P001-1435A-598<br>C AND H DISTRIBUTORS, LLC<br>770 SOUTH 70TH ST<br>PO BOX 14770<br>MILWAUKEE WI 53214 |
| 015498P001-1435A-598<br>C AND J SEWER TREATMENT SYSTEMS, LLC<br>35202 HERMAN SINGLETARY RD<br>PEARL RIVER LA 70452 | 016913P001-1435A-598<br>C AND L CUSTOMZ, LLC<br>2732 VARNADO ST<br>MARRERO LA 70072 | 019590P001-1435A-598<br>C AND L SUPPLY<br>6200 HUMPHREYS STE AB<br>HARAHAN LA 07023 | 022395P001-1435A-598<br>C AND M MEDICAL SVC<br>PO BOX 1969<br>GRAND RAPIDS MI 49501 |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:15 PG Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 389 of 1525
US First Class Mail
Exhibit Pages

011935P001-1435A-598
C AND M MUSIC
1723 N CAUSEWAY BLVD
MANDEVILLE LA 70471

015499P001-1435A-598
C AND M MUSIC
1723 N CUASEWAY BLVD
MANDEVILLE LA 70471

013469P001-1435A-598
C AND M MUSIC CENTER
2515 WILLIAMS BLVD
KENNER LA 70062

015503P001-1435A-598
C AND M MUSIC CENTER
1723 N CAUSEWAY BLVD
MANDEVILLE LA 70471

015500P001-1435A-598
C AND S OPERATIONS, INC
499 COL EILEEN COLLINS BLVD
ROCHESTER NY 13212

000678P001-1435A-598
C F BIGGS CO INC
816 BENTON RD
BOSSIER CITY LA 71111

000679P001-1435A-598
C G FAVRET CO INC
4524 SHORES DR
STE 25
METAIRIE LA 70006

022393P001-1435A-598
C M SCULLY DPM
3510 SEVERN AVE
METAIRIE LA 70002

022394P001-1435A-598
C V EYECARE
608 TERRY PKWY
TERRYTOWN LA 70056

033865S001-1435A-598
CA INSTITUTION FOR MEN
BOB PALMER
PO BOX 128
CHINO CA 91708-0128

036542S001-1435A-598
CA INSTITUTION FOR MEN
JAY HALILI
PO BOX 128
CHINO CA 91708-0128

000680P001-1435A-598
CA LABS LLC
12232 INDUSTRIPLEX
STE 32
BATON ROUGE LA 70809

000683P001-1435A-598
CABLE ONE
PO BOX 9001009
LOUISVILLE KY 40290-1009

000683S001-1435A-598
CABLE ONE
1314 N 3RD ST # 3
PHOENIX AZ 85004-1749

040932P001-1435A-598
CABRINI
1400 MOSS ST
NEW ORLEANS LA 70119

000684P001-1435A-598
CABRINI HIGH SCHOOL
1400 MOSS ST
NEW ORLEANS LA 70119

013472P001-1435A-598
CABRINI HIGH SCHOOL
MICHELLE FORTIER
1400 MOSS ST
NEW ORLEANS LA 70119

020763P001-1435A-598
CABRINI HIGH SCHOOL
1400 MOSS DR
NEW ORLEANS LA 70119

011937P001-1435A-598
CADDO MAGNET SCHOOL
1601 VIKING DR
SHREVEPORT LA 71101

119938P001-1435A-598
CAESARS ENTERTAINMENT
HARRAH'S NEW ORLEANS
PO BOX 96118
LAS VEGAS NV 89193

026565P001-1435A-598
CAFE DU MONDE
1814 N CAUSEWAY
SUITE 1 MANDEVILLE LA 70448

010144P001-1435A-598
CAFE HOPE
1 TIMBERLANE DR
GRETNA LA 70056

016914P001-1435A-598
CAFE HOPE
1101 BARATARIA BLVD
MARRERO LA 70072

015505P001-1435A-598
CAFE LYNN RESTAURANT
3051 E CAUSEWAY APPROACH
MANDEVILLE LA 70448

000685P001-1435A-598
CAIRE HOTEL AND RESTAURANT SUPPLY INC
4815 CONTI ST
NEW ORLEANS LA 70119

020764P001-1435A-598
CAJUN COMFORT INC
15711 AIRLINE HWY
NORCO LA 70079

020765P001-1435A-598
CAJUN ELECTRICAL SUPPLY
212 WOODLAND DR
LAPLACE LA 70068

020766P001-1435A-598
CAJUN GRILL AND CATERING LLC
135 BELLE TERRE BLVD
LAPLACE LA 70068-3349

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:60:45 in PP Exhibit Filed 890
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 390 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022396P001-1435A-598<br>CALAIS DERMATOLOGY ASSOCIATES<br>5220 FLANDERS DR<br>BATON ROUGE LA 70808 | 022397P001-1435A-598<br>CALCASIEU EMERGENCY GROUP LLC<br>PO BOX 679491<br>DALLAS TX 75267 | 022398P001-1435A-598<br>CALCASIEU URGENT CARE LLC<br>PO BOX 572410<br>MURRAY UT 84157 | 019591P001-1435A-598<br>CALCO<br>37180 HWY 30<br>GEISMAR LA 70734 |
| 020767P001-1435A-598<br>CALCO TRAVEL INC<br>37180 HWY 30<br>GEISMAR LA 70734 | 015506P001-1435A-598<br>CALCO TRAVEL, INC<br>37180 HWY 30<br>GEISMER LA 70734 | 018356P001-1435A-598<br>CALCO TRAVEL, INC<br>2838 TOURO ST<br>NEW ORLEANS LA 70122 | 018357P001-1435A-598<br>CALCULATORS INC<br>1424 ODENTON RD<br>ODENTON MD 21113 |
| 015507P001-1435A-598<br>CALENDARWIZ, LLC<br>4 WESTRIDGE DR<br>HAMPTON NH 03842 | 020768P001-1435A-598<br>CALICO<br>630 ORANGE DR<br>VACAVILLE CA 95687 | 033994S001-1435A-598<br>CALIFORNIA CITY CORRECTIONAL<br>ASHLEY CARTER<br>PO BOX 2590<br>CALIFORNIA CITY CA 93504-0590 | 033995S001-1435A-598<br>CALIFORNIA CITY CORRECTIONAL<br>DENNIS PATTY<br>PO BOX 2590<br>CALIFORNIA CITY CA 93504-0590 |
| 035012S001-1435A-598<br>CALIFORNIA CITY CORRECTIONAL<br>BARBARA NVULE<br>PO BOX 2590<br>CALIFORNIA CITY CA 93504-0590 | 035205S001-1435A-598<br>CALIFORNIA CITY CORRECTIONAL<br>ARI KIM<br>PO BOX 2590<br>CALIFORNIA CITY CA 93504-0590 | 036365S001-1435A-598<br>CALIFORNIA CITY CORRECTIONAL<br>TYLER PETERSON<br>PO BOX 2590<br>CALIFORNIA CITY CA 93504-0590 | 036408S001-1435A-598<br>CALIFORNIA CITY CORRECTIONAL<br>HEATHER KELLEY<br>PO BOX 2590<br>CALIFORNIA CITY CA 93504-0590 |
| 033941S001-1435A-598<br>CALIFORNIA STATE PRISON<br>KEVIN KNIGHT<br>PO BOX 8800<br>CORCORAN CA 93212-8800 | 034523S001-1435A-598<br>CALIFORNIA STATE PRISON<br>LEAH LEDUC<br>PO BOX 8800<br>CORCORAN CA 93212-8800 | 035194S001-1435A-598<br>CALIFORNIA STATE PRISON<br>JOHN PEARCE<br>PO BOX 8800<br>CORCORAN CA 93212-8800 | 036306S001-1435A-598<br>CALIFORNIA STATE PRISON<br>ARVINDRA BRAR<br>PO BOX 8800<br>CORCORAN CA 93212-8800 |
| 036320S001-1435A-598<br>CALIFORNIA STATE PRISON<br>PETE SAMPLES<br>PO BOX 8800<br>CORCORAN CA 93212-8800 | 036324S001-1435A-598<br>CALIFORNIA STATE PRISON<br>STEPHANIE VELASQUEZ<br>PO BOX 8800<br>CORCORAN CA 93212-8800 | 036325S001-1435A-598<br>CALIFORNIA STATE PRISON<br>ANGELA VENETIS-COLON<br>PO BOX 8800<br>CORCORAN CA 93212-8800 | 036326S001-1435A-598<br>CALIFORNIA STATE PRISON<br>JESSE GONZALES<br>PO BOX 8800<br>CORCORAN CA 93212-8800 |
| 015508P001-1435A-598<br>CALIFORNIA TATTOOS<br>3741 E TECHNICAL DR<br>TUCSON AZ 85713 | 022399P001-1435A-598<br>CALKIN AND BOUDREAUX DERMATOLO<br>2625 FAIR OAKS BLVD STE 1<br>SACRAMENTO CA 95864 | 009721P001-1435A-598<br>CALLOWAY HOUSE<br>451 RICHARDSON DR<br>LANCASTER PA 17603 | 000686P001-1435A-598<br>CALUDA'S COTTAGE CATERING<br>1536 RIVER OAKS DR<br>WEST STE A<br>HARAHAN LA 70123 |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 891
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 391 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015509P001-1435A-598<br>CALVARY BAPTIST<br>9333 LINWOOD AVE<br>SHREVEPORT LA 71106 | 020769P001-1435A-598<br>CALVARY BAPTIST HIGH SCHOOL<br>9333 LINWOOD AVE<br>SHREVEPORT LA 71106 | 032779S001-1435A-598<br>CALVIN WASHINGTON<br>CALVIN WASHINGTON<br>PO BOX 992<br>DESOTO TX 75123-0992 | 037109P001-1435A-598<br>CAMBAS ELECTRIC INC.<br>3739 FLORIDA AVE<br>KENNER LA 70065 |
| 010145P001-1435A-598<br>CAMBRIA HOTEL SUITES<br>632 TCHOUPITOULAS ST<br>NEW ORLEANS LA 70130 | 013473P001-1435A-598<br>CAMBRIDGE EDUCATIONAL SERVICES, INC<br>2860 RIVER RD<br>STE 400<br>DES PLAINES IL 60018 | 009722P001-1435A-598<br>CAMCO SVC LLC<br>PO BOX 3506<br>COVINGTON LA 70434 | 015510P001-1435A-598<br>CAMCOR, INC<br>PO BOX 1899<br>BURLINGTON NC 27216 |
| 015511P001-1435A-598<br>CAMELIA CAFE<br>69455 HIGHWAY 59<br>MANDEVILLE LA 70471 | 022400P001-1435A-598<br>CAMELLIA CITY OBSTETRICS GYN<br>1150 ROBERT BLVD STE 360<br>SLIDELL LA 70458 | 021737P001-1435A-598<br>CAMELLIA GREEN<br>ADDRESS INTENTIONALLY OMITTED | 022401P001-1435A-598<br>CAMELOT COMMUNITY CARE<br>1560 HIGHWAY 51<br>PONCHATOULA LA 70454 |
| 015512P001-1435A-598<br>CAMERON KITCHEN AND BATH DESIGNS<br>8019 PALM ST<br>NEW ORLEANS LA 70125 | 026217P001-1435A-598<br>CAMILLES CUSTOM COUNTERTOPS LLC<br>1711 COMPROMISE ST<br>KENNER LA 70062 | 031585P001-1435A-598<br>CAMP ABBEY<br>CYO YOUTH OFFICE<br>1007 AIRLINE PK BLVD<br>METAIRE LA 70003 | 031686P001-1435A-598<br>CAMP ABBEY<br>CYO YOUTH OFFICE<br>1007 AIRLINE PARK BLVD<br>METAIRE LA 70003 |
| 011939P001-1435A-598<br>CAMP ABBEY RETREAT CENTER<br>77002 KC CAMP RD<br>COVINGTON LA 70435 | 029787P001-1435A-598<br>CAMP ABBY | 000687P001-1435A-598<br>CAMP ISTROUMA<br>25975 GREENWELL SPRINGS RD<br>GREENWELL SPRINGS LA 70739 | 020770P001-1435A-598<br>CAMP LIVING WATERS<br>21230 LIVING WATERS RD<br>LORANGER LA 70446 |
| 015513P001-1435A-598<br>CAMPFIRE USA<br>5525 S SHERWOOD FOREST BLVD<br>STE C<br>BATON ROUGE LA 70861 | 009723P001-1435A-598<br>CAMPO BETTER LIVING<br>3020 CLEARVIEW PKWY<br>METAIRIE LA 70006 | 000689P001-1435A-598<br>CAMPO DENTISTRY<br>2215 S CARROLLTON AVE<br>NEW ORLEANS LA 70118 | 011940P001-1435A-598<br>CAMPUS SUPPLY, LLC<br>1221 LUMPKIN STE A<br>HOUSTON TX 77043 |
| 015514P002-1435A-598<br>CAMPUS TEAM WEAR<br>10089 WILLOW CREEK RD STE 350<br>SAN DIEGO CA 92131-1698 | 020771P001-1435A-598<br>CAMPUS TEAM WEAR<br>9389 DOWDY STE D<br>SAN DIEGO CA 92126 | 018358P001-1435A-598<br>CANALE CONSTRUCTION<br>1900 TAFT PK<br>METAIRIE LA 70001 | 010146P001-1435A-598<br>CANDLEWOOD SUITES<br>3079 US-90<br>AVONDALE LA 70094 |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 in Doc Ex 4 Affidavit 892
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 392 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013474P001-1435A-598<br>CANE BAY HIGH SCHOOL<br>MICHELLE SMITH<br>1624 STATE RD<br>SUMMERVILLE SC 29486 | 026566P001-1435A-598<br>CANE BAY HIGH SCHOOL<br>1624 STATE RD<br>SUMMERVILLE SC 29486 | 026179P001-1435A-598<br>CANES<br>4036 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002 | 040933P001-1435A-598<br>CANNON FINANCIAL SVC<br>PO BOX 5008<br>MOUNT LAUREL NJ 08054 |
| 040934P001-1435A-598<br>CANNON SOLUTIONS AMERICA, INC<br>ONE CANON PK<br>MELVILLE NY 11747 | 040935P001-1435A-598<br>CANNONS JANITORIAL<br>724 HAZEL PL<br>GRETNA LA 70056 | 015515P001-1435A-598<br>CANOE AND TRAIL ADVENTURES, INC<br>24401 HWY 190<br>LACOMBE LA 70445 | 040936P001-1435A-598<br>CANON<br>14904 COLLECTIONS CTR DR<br>CHICAGO IL 60693-0419 |
| 040937P001-1435A-598<br>CANON<br>15004 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 018359P001-1435A-598<br>CANON FINANCIAL SERVICES, INC<br>14904 COLLECTIONS CTR DR<br>CHICAGO IL 60693-0149 | 011941P002-1435A-598<br>CANON FINANCIAL SVC INC<br>MICHAEL TAFILOWSKI<br>158 GAITHER DR<br>MT. LAUREL NJ 08054 | 019594P001-1435A-598<br>CANON FINANCIAL SVC INC<br>14904 COKLLECTIONS CTR DR<br>CHICAGO IL 60693-0149 |
| 029788P001-1435A-598<br>CANON FINANCIAL SVC INC | 000690P001-1435A-598<br>CANON LAW SOCIETY OF AMERICA<br>415 MICHIGAN AVE NE<br>STE 101<br>WASHINGTON DC 20017 | 000340P001-1435A-598<br>CANON LAW SOCIETY OF GREAT BRITAIN<br>DIOCESE OF GALLOWAY<br>8 CORSEHILL RD<br>ARDROSSAN<br>AYRSHIRE<br>SCOTTLAND | 009411P001-1435A-598<br>CANON SOLUTIONS AMERICA<br>PO BOX 742265<br>ATLANTA GA 30374-2265 |
| 011942P001-1435A-598<br>CANON SOLUTIONS AMERICA INC<br>15004 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 029886P001-1435A-598<br>CANON SOLUTIONS AMERICA INC<br>ONE CANON PK<br>MELVILLE NY 11747 | 040938P001-1435A-598<br>CANON USA, INC<br>3850 N CAUSEWAY BLVD<br>#110<br>METAIRIE LA 70002 | 010147P001-1435A-598<br>CANVAS CHAMP<br>10 TREYBURN CT<br>GREER SC 29650 |
| 009724P001-1435A-598<br>CAP'S DOOR TECH<br>2857 DOVE AVE<br>MARRERO LA 70072 | 009725P001-1435A-598<br>CAP'S DOOR TECH (DELETED)<br>2857 DOVE AVE<br>MARRERO LA 70072 | 000693P001-1435A-598<br>CAPDEBOSCQ CATERING SVC LLC<br>1000 ALLO ST<br>MARRERO LA 70072 | 000694P001-1435A-598<br>CAPE CROWN CONSTRUCTION LLC<br>1980 RAFE MAYER RD<br>BATON ROUGE LA 70807 |
| 020772P001-1435A-598<br>CAPITAL CITY PRESS<br>PO BOX 1069<br>BATON ROUGE LA 70821-1069 | 013475P001-1435A-598<br>CAPITAL CITY PRESS, LLC<br>PO BOX 588<br>BATON ROUGE LA 70821-0588 | 015516P001-1435A-598<br>CAPITAL CITY PRESS, LLC THE ADVOCATE<br>PO BOX 613<br>BATON ROUGE LA 70821 | 015517P001-1435A-598<br>CAPITAL GLASS AND MIRROR<br>PO BOX 86731<br>BATON ROUGE LA 70879 |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Filed
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 393 of 1525
US First Class Mail
Exhibit Pages

000023P001-1435A-598
CAPITAL ONE
PO BOX 61540
NEW ORLEANS LA 70161

000023S001-1435A-598
CAPITAL ONE
BANKRUPTCY DEPT
313 CARONDELET ST
NEW ORLEANS LA 70130

040939P001-1435A-598
CAPITAL ONE
PO BOX 669353
DALLAS TX 75266

040940P001-1435A-598
CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272

040941P001-1435A-598
CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY CA 91716-0519

040942P001-1435A-598
CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

040943P001-1435A-598
CAPITAL ONE
PO BOX 71083
CHARLOTTE NC 28272

041600P001-1435A-598
CAPITAL ONE
WALMART COMMUNITY
PO BOX 60506
CITY OF INDUSTRY CA 91716-0506

041601P001-1435A-598
CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY CA 91716-0511

000697P001-1435A-598
CAPITAL ONE BANK
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

040944P001-1435A-598
CAPITAL ONE BANK
PO BOX 6492
CAROL STREAM IL 60197-6492

020773P001-1435A-598
CAPITAL ONE BANK USA NA
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

020774P001-1435A-598
CAPITAL ONE N A
PO BOX 60175
NEW ORLEANS LA 70160-0175

022403P001-1435A-598
CAPITAL REGIONAL MED CTR
PO BOX 406821
ATLANTA GA 30384

000698P001-1435A-598
CAPITELLI AND WICKER
2950 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70113

029789P001-1435A-598
CAPITELLI S WICKER
RALPH CAPITELLI
2950 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163-2950

041602P001-1435A-598
CAPITOL CITY PRODUCE CO LLC
PO BOX
LAFAYETTE LA 70505

020775P001-1435A-598
CAPITOL VARSITY SPORTS INC
P O BOX 669
OXFORD OH 45056

000699P001-1435A-598
CAPLAN EYE CLINIC
3409 N HULLEN ST
METAIRIE LA 70002-3486

020776P001-1435A-598
CAPS REFRIGERATION SVC INC
127 CATHERINE CT
LAPLACE LA 70068

022405P001-1435A-598
CAPSTONE COUNSELING OF NEW ORL
3705 COLISEUM ST
NEW ORLEANS LA 70115

010148P001-1435A-598
CAPTAIN SID'S SEAFOOD
1700 LAKE AVE
METAIRIE LA 70005

029790P001-1435A-598
CAPTRUST
102 W WHITING ST
STE 400
TAMPA FL 33602-5140

015518P001-1435A-598
CAPTURE THIS PHOTO BOOTH
PO BOX 1844
PEARL RIVER LA 70452

000700P001-1435A-598
CAPUCHIN FRIARS
3553 WYANDOT ST
DENVER CO 80211-2948

000701P001-1435A-598
CAPUCHIN FRIARS
3613 WYANDOT ST
DENVER CO 80211

015519P001-1435A-598
CAR CRAFT
CAR CRAFT INC
15416 OLD FARMS RD
FOLSOM LA 70437

000702P001-1435A-598
CARA
2300 WISCONSIN AVE NW
STE 400A
WASHINGTON DC 20007

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 894
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 394 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

029621P001-1435A-598
CARBONITE INC
DEPT CH 17997
PALATINE IL 60055-7997

040945P001-1435A-598
CARBONITE, INC
2 AVE DE LAFAYETTE
BOSTON MA 02111

009726P001-1435A-598
CARD SVC
PO BOX 13337
PHILADELPHIA PA 19101-3337

040946P001-1435A-598
CARD SVC CENTER - CITIZENS SAVINGS BANK
CREDIT CARD - PARISH
PO BOX 569120
DALLAS TX 75356

022406P001-1435A-598
CARDIAC AND PERIPHERAL VAS SER
PO BOX 1536
MANDEVILLE LA 70470

022407P001-1435A-598
CARDIAC AND PERIPHERAL VASCULA
8050 W JUDGE PEREZ DR
CHALMETTE LA 70043

015520P001-1435A-598
CARDIAC SCIENCE CORP
PO BOX 776401
CHICAGO IL 60677-6401

000704P001-1435A-598
CARDIAC SPECIALISTS OF HOUSTON PLLC
PO BOX 540088
HOUSTON TX 77254-0088

000705P001-1435A-598
CARDINAL STUDIOS LLC
107 E LANCASTER AVE
DOWNINGTOWN PA 19335

022408P001-1435A-598
CARDIO INST OF THE SO H
PO BOX 4176
HOUMA LA 70361

022409P001-1435A-598
CARDIOLOGY INSTITUTE INC
1051 GAUSE BLVD STE 320
SLIDELL LA 70458

022411P001-1435A-598
CARDIONET
PO BOX 417559
BOSTON MA 02241

022412P001-1435A-598
CARDIOVASCULAR CARE PROVIDERS
PO BOX 1599
HOUSTON TX 77251

022413P001-1435A-598
CARDIOVASCULAR CLINIC OF COVIN
PO BOX 15484
BELFAST ME 04915

022414P001-1435A-598
CARDIOVASCULAR INSTITUTE OF
P OBOX 4176
HOUMA LA 70361

022415P001-1435A-598
CARDIOVASCULAR SPECIALTY CATH
PO BOX 51154
LAFAYETTE LA 70505

000706P001-1435A-598
CARDMEMBER SVC
PO BOX 6294
CAROL STREAM IL 60197-6294

022416P001-1435A-598
CARE CHIROPRACTIC CLINIC
2201 11TH ST STE 1
MANDEVILLE LA 70471

022417P001-1435A-598
CARE DX INC
PO BOX 8341
PASADENA CA 91109

022418P001-1435A-598
CARE PHYSICAL THERAPY
BRIAN C COCHRAN MPT
129 CORPORATE DR
COVINGTON LA 70433

022420P001-1435A-598
CARE PHYSICALTHERA
129 CORPORATE DR
COVINGTON LA 70433

022421P001-1435A-598
CARE PHYSICALTHERAPY MPTMCMT
BRIAN C CHOCHRAN MPT
129 CORPORATE DR
COVINGTON LA 70433

022422P001-1435A-598
CARE PHYSICALTHERAPY MPTMCMT
129 CORPORATE DR
COVINGTON LA 70433

022423P001-1435A-598
CARE PHYSICALTHERAPY MPTMCMT
BRIAN C COCHRAN MPT
129 CORPORATE DR
COVINGTON LA 70433

022424P001-1435A-598
CARE PHYSICALTHERAPYLLC LT
PO BOX 856
FRANKLINTON LA 70438

022425P001-1435A-598
CARE PHYSICALTHERAPYLLC PT
129 CORPORATE DR
COVINGTON LA 70433

022426P001-1435A-598
CARE PHYSICALTHERAPYLLC PT
KELVIN MCCAIN
PT 44626 J MEADIE KNIGHT DR
FRANKLINTON LA 70438

022427P001-1435A-598
CARE PHYSICALTHERAPYLLC PT
PO BOX 856
FRANKLINTON LA 70438

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 895
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 395 of 1525
US First Class Mail
Exhibit Pages

022428P001-1435A-598
CARE PHYSICALTHERPAY MPTMCMT
129 CORPORATE DR
COVINGTON LA 70433

022429P001-1435A-598
CAREFIRST URGENT CARE CTR
916 WOODLAND DR
ELIZABETHTOWN KY 42701

041603P001-1435A-598
CAREKINESIS INC
228 STRAWBRIDGE DR
STE 100
MOORESTOWN NJ 08057

015521P001-1435A-598
CARENCRO HIGH SCHOOL
SOCCER SPONSOR
721 WEST BUTCHER SWITCH RD
CARENCRO LA 70507

019595P001-1435A-598
CARENCRO HIGH SCHOOL
MICHAEL WOODALL OR GERALD JANISE
721 WEST BUTCHER SWITCH RD
LAFAYETTE LA 70507

022430P001-1435A-598
CARENOW
PO BOX 743571
ATLANTA GA 30374

022431P001-1435A-598
CARESPOT OF ORLANDO HSI URGENT
STE 6 8711 PERIMETER PARK BLVD
JACKSONVILLE FL 32216

015522P001-1435A-598
CARL'S FINE JEWELRY
2033 N HWY 190
STE 4
COVINGTON LA 70433

022432P001-1435A-598
CARLE FOUNDATION HOSPITAL
PO BOX 4012
CHAMPAIGN IL 61824

022433P001-1435A-598
CARLE PHYSICIAN GROUP
PO BOX 4006
CHAMPAIGN IL 61824

011943P001-1435A-598
CARLISLE GOLF SHOP
2 COUNTRY CLUB PK
COVINGTON LA 70433

000707P001-1435A-598
CARLTON FAMILY AND COSMETIC DENTISTRY
323 HIGHLAND BLVD
NATCHEZ MS 39120

000708P001-1435A-598
CARMELITE MISSIONS
ST PAUL'S CHURCH
PO BOX 222
BULLVILLE NY 10915

019596P001-1435A-598
CARMELITE SPIRITUALITY CENTER
PO BOX 130
LACOMBE LA 70445

019597P001-1435A-598
CARMEN MAURIN PHOTOGRAPHY
2161 GAUSE BLVD EAST
SLIDELL LA 70461

018360P001-1435A-598
CARNIVAL CULINARY SOLUTIONS
535 CLARK ST
NEW ORLEANS LA 70119

022434P001-1435A-598
CAROL E FREEMAN PHD LLC
PO BOX 1536
MANDEVILLE LA 70470

029556P001-1435A-598
CAROL LIRETTE
ADDRESS INTENTIONALLY OMITTED

029521P001-1435A-598
CAROLE ELLIOT
OFFICE OF CATHOLIC SCHOOLS
ADDRESS INTENTIONALLY OMITTED

011944P001-1435A-598
CAROLINA BIOLOGICAL SUPPLY CO
PO BOX 60232
CHARLOTTE NC 28260-0232

022435P001-1435A-598
CAROLINE CONNER MD INC
9900 TALBERT AVE 202
FOUNTAIN VLY CA 92708

035119S001-1435A-598
CAROLINE DETENTION FACILITY
TERESA SULLIVAN
PO BOX 1460
BOWLING GREEN VA 22427-1460

035411S001-1435A-598
CAROLINE DETENTION FACILITY
LYNDA TATE
PO BOX 1460
BOWLING GREEN VA 22427-1460

035653S001-1435A-598
CAROLINE DETENTION FACILITY
STEVEN WILSON
PO BOX 1460
BOWLING GREEN VA 22427-1460

035662S001-1435A-598
CAROLINE DETENTION FACILITY
SUSAN AGUILERA
PO BOX 1460
BOWLING GREEN VA 22427-1460

036577S001-1435A-598
CAROLINE DETENTION FACILITY
BRIAN SUTHERLAND
PO BOX 1460
BOWLING GREEN VA 22427-1460

041604P001-1435A-598
CARPET CORNER LLC
1425 LAFAYETTE ST
GRETNA LA 70053

019598P001-1435A-598
CARPET WORLD
1000 I-10 SERVICE RD
SLIDELL LA 70461

Case 20-10846 Doc 4585-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh 4 t A Page 896

Case 20-10846 Doc 4585-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh 4 t A Page 896

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 396 of 1525
US First Class Mail
Exhibit Pages

026567P001-1435A-598
CARPOOL CATERER LLC
1600 W CAUSEWAY APPROACH #5
MANDEVILLE LA 70471

015523P001-1435A-598
CARPOOL TO SCHOOL
PO BOX 66833
SCOTTS VALLEY CA 95067

020777P001-1435A-598
CARQUEST AUTO PARTS LAPLACE #8550
STEPHANIE
500 HEMLOCK ST
LAPLACE LA 70068

000711P001-1435A-598
CARR RIGGS AND INGRAM LLC
901 BOLL WEEVIL CIR
STE 200
ENTERPRISE AL 36330

000712P002-1435A-598
CARR RIGGS AND INGRAM LLC
3850 N CAUSEWAY BLVD STE 1400
METAIRIE LA 70002-8167

040947P001-1435A-598
CARRIER COMMERICAL SVC
100 ALPHA DR #118
DESTREHAN LA 70047

000714P001-1435A-598
CARRIER CORP
PO BOX 93844
CHICAGO IL 60673-3844

009362P001-1435A-598
CARRIER CORP
8 FARM SPRINGS RD
FARMINGTON CT 06032

040948P002-1435A-598
CARRIERE AND DUNN TAX AND ACCOUNTING SERVIC
2014 SAINT CLAUDE AVE
NEW ORLEANS LA 70116

000715P001-1435A-598
CARRIGAN DELIVERY SVC
PO BOX 641873
KENNER LA 70064

041605P001-1435A-598
CARRINGTON MORTGAGE SVC LLC
PO BOX 660586
DALLAS TX 75266-0586

013477P001-1435A-598
CARROLLTON BOOSTERS
PO BOX 850106
NEW ORLEANS LA 70185-0106

018361P001-1435A-598
CARROLLTON BOOSTERS
US TRACK AND FIELD / CROSS COUNTRY
1100 POYDRAS - STE 1750
NEW ORLEANS LA 70163

040949P001-1435A-598
CARROLLTON PEST CONTROL AND TERMITE CO
8117 ORLEANDER ST
NEW ORLEANS LA 70118

011945P001-1435A-598
CARROLLTON PLAYGROUND
1521 PALM ST
METAIRIE LA 70001

015524P002-1435A-598
CARROT-TOP INDUSTRIES
PO BOX 736831
DALLAS TX 75373-6831

022436P001-1435A-598
CARTER PADDOCK MD
6660 RIVERSIDE DR STE 205
METAIRIE LA 70003

026180P001-1435A-598
CARTER PLANTATION COUNTRY CLUB
23475 CARTER TRACE
SPRINGFIELD LA 70462

000717P001-1435A-598
CARTER'S MAINTENANCE AND REPAIR
704 HARANG AVE
METAIRIE LA 70001

013478P001-1435A-598
CARTOZZO'S BAKERY
111 23RD ST
KENNER LA 70062

000041P002-1435S-598
CARVER DARDEN ET AL.
DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS LA 70163- 1102

015525P001-1435A-598
CASA - CHILD ADVOCACY SVC
SPIRIT PROFESSIONALS
210 HEWITT RD
HAMMOND LA 70403

013479P001-1435A-598
CASABLANCA RESTAURANT
3030 SEVERN AVE
METAIRIE LA 70002

015526P001-1435A-598
CASCIO INTERSTATE MUSIC
PO BOX 510865
NEW BERLIN WI 53131

000718P002-1435A-598
CASEY'S FLOOR CARE
31022 OLD TODD RD
LACOMBE LA 70445-5813

009727P001-1435A-598
CASI ADVANCED
1866 SOUTHERN LN
DECATUR GA 30033

013480P001-1435A-598
CASSANDRA AKIN-SHORT
5504 ARLENE ST
METAIRIE LA 70003

031038P001-1435A-598
CASTEX E&P LLC
ASHLEY GREEN

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:05 Exhibit A Page 897
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 397 of 1525
US First Class Mail
Exhibit Pages

022437P001-1435A-598
CASTLEWOOD TREATMENT CENTER
1260 SAINT PAUL RD
BALLWIN MO 63021

022438P002-1435A-598
CASTLEWOOD TREATMENT CENTER
PO BOX 530002
DALLAS TX 75265-0002

022439P002-1435A-598
CASTLEWOOD TREATMENT CENTER PH
PO BOX 650002
DALLAS TX 75265-0002

011946P001-1435A-598
CATALOG MARKETPLACE INC
DBA GLENDALE
192 PARIS AVE
NORTHVALE NJ 07647-2016

019599P001-1435A-598
CATALYST EVENT SOLUTIONS LLC
226 23RD ST STE 3
KENNER LA 70062

022440P001-1435A-598
CATALYST PHYSICAL THERAPY
STE 100 6824 VETERANS BLVD
METAIRIE LA 70003

011947P001-1435A-598
CATAPULT LEARNING
2 AQUARIUM DR STE 100
CAMDEN NJ 08103

000724P001-1435A-598
CATAPULT LEARNING LLC
K RANATZA
660 DISTRIBUTORS ROW
HARAHAN LA 70125

015527P001-1435A-598
CATAPULT LEARNING, LLC
TWO AQUARIUM DR
STE 100
CAMDEN NJ 08103

000725P001-1435A-598
CATECHIST
3055 KETTERING BLVD
DAYTON OH 45439

000726P001-1435A-598
CATERING TO YOUR TASTE BUDS
40 CYPRESS CREEK PKWY
STE #243
HOUSTON TX 77090

000727P001-1435A-598
CATGEAR
PO BOX 441
EUSTIS FL 32727-0441

040950P001-1435A-598
CATHEDRAL CORP
632 ELLSWORTH RD
ROME NY 13441

015528P001-1435A-598
CATHEDRAL OF ST LOUIS KING OF FRANCE
615 PERE ANTOINE ALLEY
NEW ORLEANS LA 70116-3291

032684S001-1435A-598
CATHEDRAL ST PETER THE APOSTLE
LAURA TARBUTTON
PO BOX 57
JACKSON MS 39205-0057

015529P001-1435A-598
CATHOLIC ATHLETES FOR CHRIST
3703 CAMERON MILLS RD
ALEXANDRIA VA 22305

000728P001-1435A-598
CATHOLIC BOOK PUBLISHING CORP
77 WEST END RD
TOTOWA NJ 07512

000730P002-1435A-598
CATHOLIC CAMPUS MINISTRY ASSOCIATION
531 MAIN ST
EL SEGUNDO CA 90245-3006

000731P001-1435A-598
CATHOLIC CHARITIES
ARCHDIOCESE OF N O
1000 HOWARD AVE STE 200
NEW ORLEANS LA 70113

011948P002-1435A-598
CATHOLIC CHARITIES
DEVELOPMENT
PO BOX 58009
NEW ORLEANS LA 70158-8009

018362P002-1435A-598
CATHOLIC CHARITIES
ARCHDIOCESE OF NEW ORLEANS
PO BOX 58009
NEW ORLEANS LA 70158-8009

029874P001-1435A-598
CATHOLIC CHARITIES
SR MARJORIE HEBERT
1000 HOWARD AVE
UNIT 107
NEW ORLEANS LA 70113

022441P001-1435A-598
CATHOLIC CHARITIES ARCHDIOCESE
PO BOX 58009
NEW ORLEANS LA 70158-8009

009728P001-1435A-598
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
1000 HOWARD AVE STE 200
NEW ORLEANS LA 70113-1903

031062P002-1435A-598
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
SISTER MARJORIE HEBERT MSC
PO BOX 58009
NEW ORLEANS LA 70158-8009

031063P001-1435A-598
CATHOLIC CHARITIES CHILDREN'S
DAY CARE CENTERS
SISTER MARJORIE HEBERT MSC
PO BOX 58009
NEW ORLEANS LA 70158-8009

031064P002-1435A-598
CATHOLIC CHARITIES GROUP HOMES
SISTER MARJORIE HEBERT MSC
PO BOX 58009
NEW ORLEANS LA 70158-8009

000732P001-1435A-598
CATHOLIC CHARITIES OF N O
MS K GIBSON
8326 APRICOT ST
NEW ORLEANS LA 70118

Case 20-10846 Doc 4385-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit Affidavit 898
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 398 of 1525
US First Class Mail
Exhibit Pages

032789S001-1435A-598
CATHOLIC CHURCH SACRED HEART
KRISTA DAVIS
PO BOX 127
SPEARMAN TX 79081-0127

000733P001-1435A-598
CATHOLIC COMMENTATOR
PO BOX 3316
BATON ROUGE LA 70821-3316

000734P001-1435A-598
CATHOLIC COMMUNITY FOUNDATION
1000 HOWARD AVE
NEW ORLEANS LA 70113-1903

013481P001-1435A-598
CATHOLIC COMMUNITY FOUNDATION
CORY HOWAT
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

031065P001-1435A-598
CATHOLIC COMMUNITY FOUNDATION
ARCHDIOCESE OF NEW ORLEANS
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

040951P001-1435A-598
CATHOLIC COMMUNITY FOUNDATION
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000735P001-1435A-598
CATHOLIC COMMUNITY RADIO
11924 SUNRAY AVE
BATON ROUGE LA 70816-5316

032281S001-1435A-598
CATHOLIC COMMUNITY-ST
JACOB DANKASA
2701 PIEDRA DR
PLANO TX 75023-5460

015530P001-1435A-598
CATHOLIC COUNSELING SVC
2814 CARROLLTON AVE
NEW ORLEANS LA 70118

019602P001-1435A-598
CATHOLIC COUNSELING SVC ARCH OF NEW ORLEANS
2814 S CARROLLTON AVE
NEW ORLEANS LA 70118

000736P001-1435A-598
CATHOLIC CULTURAL HERITAGE CENTER
ST LOUIS CATHEDRAL
615 PERE ANTOINE ALEY
NEW ORLEANS LA 70116-3291

032736S001-1435A-598
CATHOLIC DAUGHTERS OF AME
JOSEPH SON PHAN
PO BOX 95
NEEDVILLE TX 77461-0095

000739P001-1435A-598
CATHOLIC DIOCESE OF ARLINGTON
OFFICE OF YOUTH MINISTRY
PO BOX 1960
ARLINGTON VA 22203

000737P001-1435A-598
CATHOLIC DIOCESE OF BATON ROUGE BISHOP
ROBERT E TRACY CENTER
PO BOX 2028
BATON ROUGE LA 70808

020779P001-1435A-598
CATHOLIC DIRECT
P O BOX 624
HOLMES PA 19043

000738P001-1435A-598
CATHOLIC ENGAGED ENCOUNTER
4609 ITHACA ST
METAIRIE LA 70006

000331P001-1435A-598
CATHOLIC EPARCHY OF KEREN
PO BOX 460
KEREN ERITEA
AFRICA

009729P001-1435A-598
CATHOLIC FOUNDATION
COREY HOWAT
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

019603P001-1435A-598
CATHOLIC FOUNDATION
CORY HOWAT
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

029881P001-1435A-598
CATHOLIC FOUNDATION
MR CORY J HOWAT
1000 HOWARD AVE
UNIT 800
NEW ORLEANS LA 70113

016916P001-1435A-598
CATHOLIC FOUNDATION,
ARCHDIOCESE OF NEW ORLEANS
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

000740P001-1435A-598
CATHOLIC FUND AGAINST HUMAN TRAFFICKING
MRS RESOURCE DEV 5TH FLOOR USCCB
3211 4TH ST NE
WASHINGTON DC 20017

015531P001-1435A-598
CATHOLIC HIGH - POINTE COUPEE
504 FOURTH ST
NEW ROADS LA 70760

019604P001-1435A-598
CATHOLIC HIGH NEW IBERIA
1301 DE LA SALLE DR
NEW IBERIA LA 70560

011949P001-1435A-598
CATHOLIC HIGH SCHOOL
855 HEARTHSTONE DR
BATON ROUGE LA 70806

020782P001-1435A-598
CATHOLIC HIGH SCHOOL BR
PETE BOUDREUX
855 HEARTHSTONE DR
BATON ROUGE LA 70806

020783P001-1435A-598
CATHOLIC HIGH SCHOOL NI
1301 DE LA SALLE DR
NEW IBERIA LA 70560

000741P001-1435A-598
CATHOLIC JOURNEYSCOM
5500 PRYTANIA ST #234
NEW ORLEANS LA 70115

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Filed in Page 399
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 399 of 1525
US First Class Mail
Exhibit Pages

018363P001-1435A-598
CATHOLIC LEAGUE PRINCIPALS ASSOCIATION
BROTHER MARTIN HIGH SCHOOL
4401 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

011950P001-1435A-598
CATHOLIC LIBRARY ASSOCOATION
100 NORTH ST STE 224
PITTSFIELD MA 01201-5109

013482P001-1435A-598
CATHOLIC MATH LEAGUE
PO BOX 769
TAYLORS SC 29687

033486S001-1435A-598
CATHOLIC MISSION TRIPS INC
MICHELLE PEREZ
43321 WAYSIDE CIR
ASHBURN VA 20147-4623

000742P001-1435A-598
CATHOLIC MOBILIZING NETWORK
415 MICHIGAN AVE NE
STE 210
WASHINGTON DC 20017

009730P001-1435A-598
CATHOLIC MUTAL
1000 HOWARD AVE
NEW ORLEANS LA 70113

031027P001-1435A-598
CATHOLIC MUTUAL
SCHIFF HARDIN LLP; EVERETT J CYGAL
233 SOUTH WACKER DR STE 7100
CHICAGO IL 60606

000743P001-1435A-598
CATHOLIC MUTUAL GROUP
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

000744P001-1435A-598
CATHOLIC MUTUAL GROUP
10843 OLD MILL RD
OMAHA NE 68154-2600

000745P001-1435A-598
CATHOLIC MUTUAL GROUP
PO BOX 30104
OMAHA NE 68103-1204

011951P001-1435A-598
CATHOLIC MUTUAL GROUP
JESENIA HAMILTON
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

020780P001-1435A-598
CATHOLIC MUTUAL GROUP
1000 HOWARD AVE
NEW ORLEANS LA 70113

019605P001-1435A-598
CATHOLIC MUTUAL INSURANCE
1000 HOWARD AVE
STE 1202
NEW ORLEANS LA 70113

029791P001-1435A-598
CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
ADMINISTRATOR
10843 OLD MILL RD
STE 300
OMAHA NE 68154-2600

029791S001-1435A-598
CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
CATHOLIC MUTUAL GROUP
MIKE INTRIERI EXECUTIVE VICE PRESIDENT
10843 OLD MILL RD
OMAHA NE 68154-2600

029792P001-1435A-598
CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA

000746P001-1435A-598
CATHOLIC NEAR EAST WELFARE ASSOCIATION
1011 FIRST AVE
STE 15
NEW YORK NY 10022

020781P001-1435A-598
CATHOLIC NEWS SVC
P O BOX 74061
BALTIMORE MD 21274-4061

020778P001-1435A-598
CATHOLIC POINT COUPEE
504 FOURTH ST
NEW ROADS LA 70760

013483P001-1435A-598
CATHOLIC PRAYER CARDS
4571 HIGH GROVE RD
TALLAHASSEE FL 32309

000747P001-1435A-598
CATHOLIC PRAYER CARDS LLC
7134 TURTLE CREEK LN
TALLAHASSEE FL 32312

009731P001-1435A-598
CATHOLIC PURCHASING SVC
PO BOX 4120
WOBURN MA 01888-4120

011952P001-1435A-598
CATHOLIC PURCHASING SVC
580 WASHINGTON ST
NEWTON MA 02458

015532P001-1435A-598
CATHOLIC PURCHASING SVC
PO BOX 970013
BOSTON MA 02297-0013

009732P001-1435A-598
CATHOLIC RELIEF SVC
1000 HOWARD AVE
NEW ORLEANS LA 70113

011953P001-1435A-598
CATHOLIC RELIEF SVC
KEVIN FITZPATRICK
1000 HOWARD AVE
NEW ORLEANS LA 70113

015533P001-1435A-598
CATHOLIC RELIEF SVC
PO BOX 17090
BALTIMORE MD 21203-7090

019606P001-1435A-598
CATHOLIC RELIEF SVC
CRS RICE BOWL
PO BOX 17090
BALTIMORE MD 21297-0303

Case 20-10846 Doc 4215-1 Filed 09/01/25 Entered 09/01/25 14:00:75 in PD Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 400 of 1525
US First Class Mail
Exhibit Pages

000749P001-1435A-598
CATHOLIC RURAL LIFE
2115 SUMMIT AVE
MAIL #4080
ST PAUL MN 55105-1078

015534P002-1435A-598
CATHOLIC SCHOOL MANAGEMENT
1205 WINDHAM PKWY
ROMEOVILLE IL 60446-1672

013484P001-1435A-598
CATHOLIC SCHOOL MANAGEMENT LETTER
PO BOX 4071
MADISON CT 06443-4071

009733P001-1435A-598
CATHOLIC SCHOOL PRINCIPALS' ASSOCIATION DUES
URSULINE ACEDEMY
2635 STATE ST
NEW ORLEANS LA 70118

018364P001-1435A-598
CATHOLIC SCHOOL SOLUTIONS CO
105 WHISPER TRACE
PEACHTREE CITY GA 30269

009739P001-1435A-598
CATHOLIC SCHOOLS K-12 VIRTUAL
9950 NW 29TH ST
CORAL SPRINGS FL 33065

019607P001-1435A-598
CATHOLIC SCHOOLS K12 VIRTUAL
9990 NW 29TH ST
CORAL SPRINGS FL 33065-6103

015535P001-1435A-598
CATHOLIC SCHOOLS OFFICE
PO BOX 2028
BATON ROUGE LA 70821

020784P001-1435A-598
CATHOLIC SCHOOLS OFFICE
DIOCESE OF BATON ROUGE
PO BOX 2028
BATON ROUGE LA 70821

040952P001-1435A-598
CATHOLIC SCHOOLS SING LLC
24936 11TH AVE SOUTH
DES MOINES WA 98198

015536P001-1435A-598
CATHOLIC SECONDARY PRINCIPALS ASSOCIATION
ERIN CALLHOVER
2635 STATE ST
NEW ORLEANS LA 70118-6399

000750P001-1435A-598
CATHOLIC STANDARD
PO BOX 98080
WASHINGTON DC 20090-8080

009338P001-1435A-598
CATHOLIC SUPPLY OF ST LOUIS INC
6759 CHIPPEWA ST
ST LOUIS MO 63109-2534

000751P001-1435A-598
CATHOLIC TEACHER
3055 KETTERING BLVD
STE 100
DAYTON OH 45439

000752P001-1435A-598
CATHOLIC THEOLOGICAL UNION
5401 S CORNELL AVE
CHICAGO IL 60615-5698

000753P001-1435A-598
CATHOLIC UNIVERSITY OF AMERICA
OFFICE OF UNIV ADVANCEMENT
620 MICHIGAN AVE NE
WASHINGTON DC 20064

000754P001-1435A-598
CATHOLIC UNIVERSITY OF AMERICA
PO BOX 426036
WASHINGTON DC 20042-6036

040953P001-1435A-598
CATHOLIC VITALITY 360
PO BOX 81521
LAFAYETTE LA 70598

009734P001-1435A-598
CATHOLIC WORD
W5180 JEFFERSON ST
NECEDAH WI 54646

031582P001-1435A-598
CATHOLIC YOUTH MINISTRY
1007 AIRLINE PK BLVD
METAIRE LA 70003

031684P001-1435A-598
CATHOLIC YOUTH MINISTRY
1007 AIRLINE PARK BLVD
METAIRE LA 70003

019608P001-1435A-598
CATHOLIC-NEW IBERIA
1301 DELASALLE
NEW IBERIA LA 70560

013485P001-1435A-598
CATIE ORY PHOTOGRAPHY
6636 ALISSA DR
SLIDELL LA 70460

022442P001-1435A-598
CATOMA DERMATOLOGY LLC
PO BOX 2697
CULLMAN AL 35056

018365P001-1435A-598
CAUSEWAY TRUE VALUE HARDWARE
1316 N CAUSEWAY BLVD
METAIRIE LA 70001

016917P001-1435A-598
CAUSEY ENTERPRISES, INC
PO BOX 6955
METAIRIE LA 70009

022443P001-1435A-598
CAVANAUGH RAIFORD CHIRO
STE 103 1908 CLEARVIEW PKWY
METAIRIE LA 70001

015537P001-1435A-598
CBB FENCE AND CONSTRUCTION, LLC
2204 HWY 53
PERKINSTON MS 39573

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 16:01:45 in PDF Exhibit A Page 401
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 401 of 1525
US First Class Mail
Exhibit Pages

026394P001-1435A-598
CBCAUTOM
5226 S 31ST PL
PHOENIX AZ 85040

000758P001-1435A-598
CBD DENTAL CARE INC
316 BARONNE ST
NEW ORLEANS LA 70112

022444P001-1435A-598
CBO CRESCENTCARE ELYSIAN FIELD
PO BOX 54121
NEW ORLEANS LA 70154

022445P001-1435A-598
CBO CRESCENTCARE SPECIALTY CEN
2601 TULANE AVE STE 500
NEW ORLEANS LA 70119

016918P001-1435A-598
CBS OUTDOOR
PO BOX 33074
NEWARK NJ 07188-0074

000759P001-1435A-598
CC MARKETING
CHRISTIN MERRIFIELD
5856 VICKSBURG ST
NEW ORLEANS LA 70124

018366P001-1435A-598
CC SALES CO
5501 W ESPLANADE AVE
METAIRIE LA 70003

000763P001-1435A-598
CC'S COFFEE HOUSE
701 METAIRIE RD
STE 1A
METAIRIE LA 70005

000764P001-1435A-598
CC'S COFFEE HOUSE
2800 ESPLANADE AVE
NEW ORLEANS LA 70119

000765P001-1435A-598
CC'S COFFEE HOUSE
3647 VETERANS BLVD
METAIRIE LA 70002

026670P001-1435A-598
CC/SAMS
2101 SOUTHEAST SIMPLE SAVINGS DR
BENTONVILLE AR 72712

026671P001-1435A-598
CC/WALMART
702 SW 8TH ST
BENTONVILLE AK 72716

009148P001-1435A-598
CCC ENVIRONMENTAL SVC
1029 MARENGO ST
NEW ORLEANS LA 70115

000760P001-1435A-598
CCFM NATIONAL OFFICE
MARY TICHY
20 ARCHBISHOP MAY DR
ST LOUIS MO 63119

000761P001-1435A-598
CCH INC
PO BOX 4307
CAROL STREAM IL 60197-4307

010149P001-1435A-598
CCHC
1020 MEDICAL PK AVE
NEW BERN NC 28562

000762P001-1435A-598
CCLI
RENEWAL PROCESSING
PO BOX 6729
PORTLAND OR 97228-6729

013486P001-1435A-598
CCLI
17205 SE MILL PLAIN BLVD
STE 150
VANCOUVER WA 98683

018367P001-1435A-598
CCLI
AR
17205 SE MILL PLAIN BLVD - STE 150
VANCOUVER WA 98683-7576

020785P001-1435A-598
CCLI
17201 NE SACRAMENTO ST
PORTLAND OR 97230-5941

026181P001-1435A-598
CCRNO
1901 DIVISION ST
METAIRIE LA 70001

022446P001-1435A-598
CCS PHYSICIANS CLINIC
PO BOX 848410
DALLAS TX 75284

000766P001-1435A-598
CCSCC
CINDY WOODERSON
7045 ARGONNE BLVD
NEW ORLEANS LA 70124

009191P001-1435A-598
CCSCC
VICKY SMITH
1413 LINWOOD ST
METAIRIE LA 70003

009735P001-1435A-598
CCSCC
ST CATHERINE OF SIENA CATHOLIC SCHOOL
400 CODIFER BLVD
METAIRIE LA 70005

011954P001-1435A-598
CCSCC
409 HOLY CROSS PL
KENNER LA 70065

015504P001-1435A-598
CCSCC
412 MELANIE AVE
METAIRIE LA 70003

015538P001-1435A-598
CCSCC
GAIL COUVILLION
138 MOSS LN
RIVER RIDGE LA 70123

Case 20-10846 Doc 4325-5 Filed 09/25/25 Entered 09/25/25 14:00:75 in PP Exhibit A Page 402
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 402 of 1525
US First Class Mail
Exhibit Pages

018368P001-1435A-598
CCSCC
JENNIFER SCHNEIDER
224 ELMEER AVE
METAIRIE LA 70005

020786P001-1435A-598
CCSCC
ANSLEY HAMNUNS
409 HOLY CROSS PL
KENNER LA 70065

015539P001-1435A-598
CCU
3939 PEOPLES ST
METAIRIE LA 70002

019609P001-1435A-598
CCUA
3939 PEOPLES ST
METAIRIE LA 70002

019610P001-1435A-598
CCUA
102 RAYMOND DR
METAIRIE LA 70001

022447P001-1435A-598
CD LABORATORIES INC
810 GLENEAGLES CT STE 100
TOWSON MD 21286

015540P001-1435A-598
CD THOMPSON DBA FLEX-A-CHART MFG
PO BOX 127
BURLISON TN 38015

013487P001-1435A-598
CDK
17603 E CHICORY CIR
PARKER CO 80134

040954P001-1435A-598
CDW EDUCATIONAL
75 REMITTANCE DR
CHICAGO IL 60675

000767P001-1435A-598
CDW GOVERNMENT INC
75 REMITTANCE DR
CHICAGO IL 60675-1515

011955P001-1435A-598
CDW GOVERNMENT INC
75 REMITTANCE DR STE 1515
CHICAGO IL 60675-1515

040955P001-1435A-598
CDW GOVERNMENT, LLC
200 N MILWAUKEE AVE
VERNON HILLS IL 60061

029572P001-1435A-598
CECELIA POWER
ADDRESS INTENTIONALLY OMITTED

015541P001-1435A-598
CECILIA HIGH SCHOOL
2397 CECILIA SENIOR HIGH SCHOOL RD
BREAUX BRIDGE LA 70517

020787P001-1435A-598
CECILIA HIGH SCHOOL
HIGH SCHOOL
P O BOX 360 CECILIA
CECILIA LA 70521

009736P001-1435A-598
CEEL
PO BOX 3008
MALVERN PA 19355-9562

013488P001-1435A-598
CEG ASSESSMENTS
PO BOX 3750
ST. FRANCISVILLE LA 70775

009464P001-1435A-598
CELEBRATING THE EUCHARIST
LITURGICAL PRESS
ST JOHNS ABBEY
PO BOX 7500
COLLEGEVILLE MN 56321-7500

009126P001-1435A-598
CELEBRATION IN THE OAKS
CHILDREN'S CHRISTMAS TREE PROGRAM
# 1 PALM DRIVE
NEW ORLEANS LA 70124

026309P001-1435A-598
CELEBRATION IN THE OAKS
5 VICTORY AVE
NEW ORLEANS LA 70124

013489P001-1435A-598
CELEBRATION THE OAKS
NEW ORLEANS CITY PARK
CHILDREN'S CHRISTMAS TREE PROGRAM
1 PALM DR
NEW ORLEANS LA 70124

011956P001-1435A-598
CELESTIN ENDOWED SCHOLARSHIP
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

010150P001-1435A-598
CELLULAR SALES
4950 LAPALCO BLVD MARRERO
MARRERO LA 70072

000770P001-1435A-598
CEMROCK LANDSCAPES INC
4790 S JULIAN AVE
TUCSON AZ 85714

018369P001-1435A-598
CENACLE
5500 ST MARY ST
METAIRIE LA 70006

018370P001-1435A-598
CENACLE RETREAT HOUSE
HOSPITALITY DEPT
5500 ST MARY ST
METAIRIE LA 70006-1043

020788P001-1435A-598
CENACLE RETREAT HOUSE
5500 ST MARY ST
METAIRIE LA 70006-1043

009737P001-1435A-598
CENGAGE LEARNING
PO BOX 95999
CHICAGO IL 60694-5999

Case 20-10846 Doc 4235-1 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex. 4 Affidavit 403
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 403 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015542P001-1435A-598<br>CENGAGE LEARNING - GALE<br>PO BOX 95501<br>CHICAGO IL 60694-5501 | 018371P001-1435A-598<br>CENGAGE LEARNING INC / GALE<br>PO BOX 936754<br>ATLANTA GA 31193-6754 | 022448P001-1435A-598<br>CENLA OCCUPATIONAL MEDICINE<br>3221 MILITARY HWY<br>PINEVILLE LA 71360 | 041606P001-1435A-598<br>CENLAR FSR<br>PAYMENT PROCESSING CENTER<br>PO BOX 11733<br>NEWARK NJ 07101-4733 |
| 022449P001-1435A-598<br>CENTENE MANAGEMENT<br>3162 MOMENTUM PLAC<br>CHICAGO IL 60689 | 022450P001-1435A-598<br>CENTER FOR ADHD INC<br>635 LAFITTE ST STE B<br>MANDEVILLE LA 70448 | 020789P001-1435A-598<br>CENTER FOR APPLIED RESEARCH IN EDUCATIO<br>P O BOX 1074<br>DES MOINES IA 50336-1074 | 000771P001-1435A-598<br>CENTER FOR APPLIED RESEARCH IN THE APOSTOLATE<br>2300 WISCONSIN AVE NW<br>WASHINGTON DC 20007 |
| 019611P001-1435A-598<br>CENTER FOR MINISTRY DEVELOPMENT<br>5713 WOLLOCHET DR NW STE A<br>GIG HARBOR WA 98335 | 026310P001-1435A-598<br>CENTER OF JESUS THE LORD<br>1307 LOUISIANA AVE<br>NEW ORLEANS LA 70115 | 015543P002-1435A-598<br>CENTER STAGING LLC<br>1400 MONTEGUT ST STE 1<br>NEW ORLEANS LA 70117-7101 | 000772P001-1435A-598<br>CENTERPLATE<br>900 CONVENTION CTR BLVD<br>NEW ORLEANS LA 70130 |
| 040956P001-1435A-598<br>CENTERPOINT ENERGY<br>PO BOX 2187<br>HOUSTON TX 77252 | 040957P001-1435A-598<br>CENTERPOINT ENERGY<br>PPO BOX 4671<br>HOUSTON TX 77210 | 041607P001-1435A-598<br>CENTEX AXISCARE LLC<br>DBA AXISCARE<br>1105 WOODED ACRES DR STE 300<br>WACO TX 76710 | 034053S001-1435A-598<br>CENTRAL ARIZONA DETENTION CTR<br>JOHN OSTEEN<br>PO BOX 1048<br>FLORENCE AZ 85132-1048 |
| 034856S001-1435A-598<br>CENTRAL ARIZONA DETENTION CTR<br>PATRICIA BERNAL<br>PO BOX 1048<br>FLORENCE AZ 85132-1048 | 036249S001-1435A-598<br>CENTRAL ARIZONA DETENTION CTR<br>RYAN TAYLOR<br>PO BOX 1048<br>FLORENCE AZ 85132-1048 | 036366S001-1435A-598<br>CENTRAL ARIZONA DETENTION CTR<br>SHINY JOB<br>PO BOX 1048<br>FLORENCE AZ 85132-1048 | 036544S001-1435A-598<br>CENTRAL ARIZONA DETENTION CTR<br>GREGORY GAUNA<br>PO BOX 1048<br>FLORENCE AZ 85132-1048 |
| 036663S001-1435A-598<br>CENTRAL ARIZONA DETENTION CTR<br>DEBORAH MALCOLM<br>PO BOX 1048<br>FLORENCE AZ 85132-1048 | 000773P001-1435A-598<br>CENTRAL ARKANSAS LUNG<br>650 UNITED DR<br>STE 200<br>CONWAY AR 72032 | 034749S001-1435A-598<br>CENTRAL CA WOMEN'S FACILITY<br>RICHARD GRAVES<br>PO BOX 1501<br>CHOWCHILLA CA 93610-1501 | 034848S001-1435A-598<br>CENTRAL CA WOMEN'S FACILITY<br>SALINA MEDINA<br>PO BOX 1501<br>CHOWCHILLA CA 93610-1501 |
| 034967S001-1435A-598<br>CENTRAL CA WOMEN'S FACILITY<br>KIEU KAMARA<br>PO BOX 1501<br>CHOWCHILLA CA 93610-1501 | 035476S001-1435A-598<br>CENTRAL CA WOMEN'S FACILITY<br>WEI GU<br>PO BOX 1501<br>CHOWCHILLA CA 93610-1501 | 035747S001-1435A-598<br>CENTRAL CA WOMEN'S FACILITY<br>ANGEL GONZALEZ<br>PO BOX 1501<br>CHOWCHILLA CA 93610-1501 | 035898S001-1435A-598<br>CENTRAL CA WOMEN'S FACILITY<br>KAREN FRENCH<br>PO BOX 1501<br>CHOWCHILLA CA 93610-1501 |

Case 20-10846 Doc 4215 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 404
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 404 of 1525
US First Class Mail
Exhibit Pages

036342S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
MANDEEP BIRK
PO BOX 1501
CHOWCHILLA CA 93610-1501

036343S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
STEVE ALARCON
PO BOX 1501
CHOWCHILLA CA 93610-1501

036380S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
SWE LWIN
PO BOX 1501
CHOWCHILLA CA 93610-1501

036392S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
VITALICIA ROMERO
PO BOX 1501
CHOWCHILLA CA 93610-1501

036403S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
VALERIE ATTINELLO
PO BOX 1501
CHOWCHILLA CA 93610-1501

036404S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
ARJUNVIR BRAR
PO BOX 1501
CHOWCHILLA CA 93610-1501

036405S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
ALBERT KHOO
PO BOX 1501
CHOWCHILLA CA 93610-1501

036406S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
KEVIN MYERS
PO BOX 1501
CHOWCHILLA CA 93610-1501

036832S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
ZOEBORN GBANA
PO BOX 1501
CHOWCHILLA CA 93610-1501

036833S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
NAOMI LOADHOLT
PO BOX 1501
CHOWCHILLA CA 93610-1501

036855S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
CHOLET FONTANILLA
PO BOX 1501
CHOWCHILLA CA 93610-1501

036875S001-1435A-598
CENTRAL CA WOMEN'S FACILITY
AMANDA MARTIN
PO BOX 1501
CHOWCHILLA CA 93610-1501

013490P001-1435A-598
CENTRAL CATERING LLC
587 CENTRAL AVE
JEFFERSON LA 70121

010151P002-1435A-598
CENTRAL CATHOLIC HIGH SCHOOL
2100 CEDAR ST
UNIT 1
MORGAN CITY LA 70380

020790P002-1435A-598
CENTRAL CATHOLIC HIGH SCHOOL
JOEY GALLOWAY
2100 CEDAR ST
UNIT 1
MORGAN CITY LA 70380

018372P001-1435A-598
CENTRAL CROSS THREADS
11535 SULLIVAN RD
BATON ROUGE LA 70818

022451P001-1435A-598
CENTRAL FL HOSPITALIST PARTNRS
PO BOX 2168
APOPKA FL 32704

020791P001-1435A-598
CENTRAL HIGH SCHOOL
10200 E BROOKSIDE DR
BATON ROUGE LA 70818

020792P001-1435A-598
CENTRAL LAFOUCHE HIGH SCHOOL
AMIE KNIGHT
4820 HWY 1
RACELAND LA 70394-2627

015544P001-1435A-598
CENTRAL LAFOURCHE HIGH SCHOOL
4820 HIGHWAY ONE
RACELAND LA 70394

026672P001-1435A-598
CENTRAL LAFOURCHE HIGH SCHOOL
4820 LA-1
RACELAND LA 70394

022452P001-1435A-598
CENTRAL REHAB CLINIC
13111 HOOPER RD
BATON ROUGE LA 70818

010152P001-1435A-598
CENTRAL REST PRODUCTS
7750 GEORGETOWN RD
INDIANAPOLIS IN 46268

000774P002-1435A-598
CENTRAL SOUTH DISTRIBUTION INC
315 DONELSON PIKE
NASHVILLE TN 37214-3524

022453P001-1435A-598
CENTRAL STAT CARE
11055 SHOE CREEK DR
BATON ROUGE LA 70818

000775P001-1435A-598
CENTRE TECHNOLOGIES
TEXAS CAPITAL BANK
PO BOX 679069
DALLAS TX 75267-9069

000776P001-1435A-598
CENTURYLINK
PO BOX 52187
PHOENIX AZ 85072-2187

000776S001-1435A-598
CENTURYLINK
100 CENTURY LINK DR
MONROE LA 71203

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 405
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 405 of 1525
US First Class Mail
Exhibit Pages

022454P001-1435A-598
CEP AMERICA CALIFORNIA
1601 CUMMINS DR STE D
MODESTO CA 95358

022455P001-1435A-598
CEP AMERICA IL LLP
1601 CUMMINS DR STE D
MODESTO CA 95358

009738P001-1435A-598
CEREBELLUM CORP
145 CORTE MADERA TOWN CTR STE 406
CORTE MADERA CA 94925

015545P001-1435A-598
CEREBELLUM CORP
1661 TENNESSEE ST
SAN FRANCISCO CA 94107

015546P001-1435A-598
CERTIFIED AIR CONDITIONING, INC
601 POYDRAS ST
STE 2780
NEW ORLEANS LA 70130

013491P001-1435A-598
CERTIFIED CLEANING AND RESTORATION, INC
PO BOX 2023
METAIRIE LA 70004

020793P001-1435A-598
CERTIFIED LABORATORIES
PO BOX 971269
DALLAS TX 75397-1269

015547P001-1435A-598
CEV
PO BOX 65265
LUBBOCK TX 79464

000313P001-1435A-598
CF BIGGS CO INC
3060 VLY CREEK DR
BATON ROUGE LA 70808

041608P001-1435A-598
CH ROBINSON CO
PO BOX 9121
MINNEAPOLIS MN 55480-9121

016950P001-1435A-598
CHALKABLE
DEPT # 2167
PO BOX 11407
BIRMINGHAM AL 35246-2167

015548P001-1435A-598
CHALKCOM EDUCATION INC
STE 20272 VICTORIA ST S
KITCHENER ON N2G 4Y9
CANADA

013492P001-1435A-598
CHALLENGE ISLAND
ALLISON WALKER
3737 NAPOLEON AVE
NEW ORLEANS LA 70125

013493P001-1435A-598
CHALMETTE GIRLS' BASKETBALL
CHALMETTE HIGH SCHOOL
1100 EAST JUDGE PEREZ DR
CHALMETTE LA 70043

010153P001-1435A-598
CHALMETTE HIGH SCHOOL
1100 E JUDGE PEREZ DR
CHALMETTE LA 70043

015549P001-1435A-598
CHALMETTE HIGH SCHOOL
1100 E JUDGE PEREZ
CHALMETTE LA 70043

018373P001-1435A-598
CHALMETTE HIGH SCHOOL
1110 E JUDGE PEREZ
CHALMETTE LA 70043

022456P001-1435A-598
CHALMETTE MEDICAL CLINIC
9061 W JUDGE PEREZ DR
CHALMETTE LA 70043

019612P001-1435A-598
CHAMBER OF COMMERCE
118 WEST HALL AVE
SLIDELL LA 70460

015550P002-1435A-598
CHAMBER THEATER PRODUCTIONS
20 PARK PLZ STE 531
BOSTON MA 02116-3982

016920P001-1435A-598
CHAMBERS INDUSTRIAL SUPPLY
5608 SALMEN
NEW ORLEANS LA 70123-2288

015551P001-1435A-598
CHAMPAGNE BEVERAGE COMPANY, INC
ONE BUD PL
MADISONVILLE LA 70447

000779P001-1435A-598
CHAMPAGNE ELEVATORS
1403 DEALERS AVE
HARAHAN LA 70123

019613P001-1435A-598
CHAMPAGNE JEWELERS
1344 CORPORATE SQUARE BLVD
SLIDELL LA 70458

016921P001-1435A-598
CHAMPION BRIEFS
681 NW 110 AVE
PLANTATION FL 33324

018374P001-1435A-598
CHAMPION CUSTOM PRODUCTS
12188 COLLECTION CTR DR
CHICAGO IL 60693

000783P001-1435A-598
CHAMPION GRAPHICS INC
738 PHOSPHOR AVE
METAIRIE LA 70005

018375P001-1435A-598
CHAMPION HOME IMPROVEMENTS, LLC
200 ZINNIA AVE
STE C
METAIRIE LA 70001

405

Case 20-10846 Doc 4335-41 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 406
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 406 of 1525
US First Class Mail
Exhibit Pages

009390P001-1435A-598
CHAMPION INDUSTRIES INC
PO BOX 2146
HUNTINGTON WV 25721

020794P001-1435A-598
CHAMPION TEAMWEAR AR
PO BOX 959741
ST. LOUIS MO 63195-9741

020799P001-1435A-598
CHAMPIONSHIP BOOKS AND VIDEO
2730 GRAHAM ST
AMES IA 50010

010154P001-1435A-598
CHAMPIONSHIP PRODUCTIONS
2730 GRAHAM ST
AMES IA 50010

015552P001-1435A-598
CHAMPIONSHIP PRODUCTIONS, INC
CHAMPIONSHIP PRODUCTIONS
2730 GRAHAM ST
AMES IA 50010

020800P001-1435A-598
CHANEL HOME AND SCHOOL ASSOCIATION
2590 HWY 44
PAULINA LA 70763

015553P001-1435A-598
CHANNEL ONE NETWORK
3100 BRECKINRIDGE BLVD
STE 529
DULUTH GA 30096

015554P001-1435A-598
CHANNING BETE CO
ONE COMMUNITY PL
SOUTH DEERFIELD MA 01373

011957P001-1435A-598
CHAPELLE HIGH SCHOOL
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

020801P001-1435A-598
CHAPELLE HIGH SCHOOL
M DREZ
8800 VETERANS BLVD
METAIRIE LA 70003

022457P001-1435A-598
CHAPITAL CARDIOLOGY CLINIC
1221 N BROAD ST
NEW ORLEANS LA 70119

029625P001-1435A-598
CHAPITAL CARDIOLOGY CLINIC
1221 N BROAD
NEW ORLEANS LA 70119

018376P001-1435A-598
CHAPS PARTY RENTAL
5604 CRAWFORD ST - STE B
HARAHAN LA 70123

000786P001-1435A-598
CHAPS PARTY RENTALS
5604 CRAWFORD ST STE B
HARAHAN LA 70123

030980P001-1435A-598
CHARLES J DERBES REALTOR, LLC
PAUL DEVERGES
ADDRESS INTENTIONALLY OMITTED

000787P001-1435A-598
CHARLES MCCABE DMD
250 OCHSNER BLVD #204
GRETNA LA 70056

040787P001-1435A-598
CHARLES SCHWAB & CO., INC.
CORPORATE ACTIONS DEPT.: 01-1B572
CHRISTINA YOUNG
2423 E LINCOLN DRIVE
PHOENIX AZ 85016-1215

000789P001-1435A-598
CHARLES SILVIA DDS MD
3525 PRYTANIA ST
STE 216
NEW ORLEANS LA 70115

011958P001-1435A-598
CHARLIE MAESTRI'S CARPET AND FLOORING
1037 RONALD REAGAN HWY
COVINGTON LA 70433

015555P001-1435A-598
CHARLIE'S TIRE
PO BOX 577
ALBANY LA 70711

000790P001-1435A-598
CHARTER AUDIT
PO BOX 96990
WASHINGTON DC 20090-6990

019614P001-1435A-598
CHARTER COMMUNICATIONS
PO BOX 742614
CINCINNATI OH 45274-2614

019614S001-1435A-598
CHARTER COMMUNICATIONS
400 ATLANTIC ST
STAMFORD CT 06901

040961P001-1435A-598
CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH PA 15251

000791P001-1435A-598
CHARTER COMUICATIONS
PO BOX 742614
CINCINNATI OH 45274-2614

000792P001-1435A-598
CHARVET DENTAL CENTER LLC
2300 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

013494P001-1435A-598
CHARVET'S GARDEN CENTER
4511 CLEARVIEW PKWY
METAIRIE LA 70006

013495P001-1435A-598
CHASE
PO BOX 672024
DALLAS TX 75267-2024

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDF of Exhibit A Page 407
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 407 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026166P001-1435A-598<br>CHASE<br>1943 E GAUSE BLVD<br>SLIDELL LA 70461 | 040962P001-1435A-598<br>CHASE<br>PO BOX 15123<br>WILMINGTON DE 19850 | 040963P001-1435A-598<br>CHASE - CREDIT CARD<br>PO BOX 6294<br>CAROL STREAM IL 60197 | 000793P001-1435A-598<br>CHASE CARD SVC<br>PO BOX 71<br>PHOENIX AZ 85001 |
| 011959P001-1435A-598<br>CHASE CARD SVC<br>PO BOX 94014<br>PALATINE IL 60094-4014 | 000794P001-1435A-598<br>CHASE CARDMEMBER SVC<br>PO BOX 94014<br>PALATINE IL 60094-4014 | 019618P001-1435A-598<br>CHASE CARDMEMBER SVC<br>CARDMEMBER SVC<br>PO BOX 6294<br>CAROL STREAM IL 60197-6294 | 040964P001-1435A-598<br>CHASE CREDIT CARD SVC<br>PO BOX 15299<br>WILMINGTON DE 19850 |
| 013496P001-1435A-598<br>CHASE DESIGNS<br>3407 JOHNSON ST<br>UNIT D<br>METAIRIE LA 70001 | 040965P001-1435A-598<br>CHASE INK<br>PO BOX 1423<br>CHARLOLETTE NC 28201 | 027068P001-1435A-598<br>CHASE-JP MORGAN<br>1111 POLARIS PKWY<br>COLUMBUS OH 43240 | 019615P001-1435A-598<br>CHATEAU BLEU CATERERS<br>106 WEST HALL AVE<br>SLIDELL LA 70460 |
| 020802P001-1435A-598<br>CHATEAU DE FLEUR<br>191 CENTRAL AVE<br>RESERVE LA 70084 | 000795P001-1435A-598<br>CHATEAU DE NOTRE DAME<br>VINSON GUARD<br>2832 BURDETTE ST<br>NEW ORLEANS LA 70125 | 000796P001-1435A-598<br>CHATEAU DE NOTRE DAME<br>2832 BURDETTE ST<br>NEW ORLEANS LA 70125 | 022458P001-1435A-598<br>CHATEAU DE NOTRE DAME<br>1000 HOWARD AVE FL 10<br>NEW ORLEANS LA 70113 |
| 029627P001-1435A-598<br>CHATEAU DE NOTRE DAME<br>ALLIED UNIVERSAL<br>2832 BURDETTE ST<br>NEW ORLEANS LA 70125 | 000797P001-1435A-598<br>CHATEAU DE NOTRE DAME APARTMENTS<br>ASSISTED LIVING<br>2832 BURDETTE ST<br>NEW ORLEANS LA 70125 | 031066P001-1435A-598<br>CHATEAU DE NOTRE DAME FACILITIES CORP<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 000798P001-1435A-598<br>CHATEAU GOLF AND COUNTRY CLUB<br>3600 CHATEAU BLVD<br>KENNER LA 70065 |
| 020803P001-1435A-598<br>CHATEAU JEWLERS<br>191 CENTRAL AVE<br>RESERVE LA 70084-6001 | 018377P001-1435A-598<br>CHATEAU SAINT DENIS<br>751 SECOND ST<br>NATCHITOCHES LA 71457 | 010155P001-1435A-598<br>CHATEAU ST DENS<br>751 2ND ST<br>NATCHITOCHES LA 71457 | 016922P001-1435A-598<br>CHAUVIN BROS TRACTOR<br>PO BOX 7087<br>BELLE CHASSE LA 70037 |
| 040966P001-1435A-598<br>CHAUVIN BUSINESS SYSTEMS, INC<br>3440 HWY 1 SOUTH<br>DONALDSONVILLE LA 70346 | 018378P001-1435A-598<br>CHC DEVELOPMENT, LLC<br>1201 HIGHWAY<br>STE C<br>JEFFERSON LA 70121 | 020804P001-1435A-598<br>CHC OF LOUISIANA INC<br>MAXICARE<br>P O BOX 62072<br>NEW ORLEANS LA 70162 | 022459P001-1435A-598<br>CHC URGENT CARE BELMONT<br>PO BOX 602148<br>CHARLOTTE NC 28260 |

Case 20-10846 Doc 4635-5 Filed 09/12/25 Entered 09/12/25 14:00:75 in Ex 4 t A Page 408

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 408 of 1525
US First Class Mail
Exhibit Pages

020805P001-1435A-598
CHECK CARE SYSTEMS
P O BOX 40969
BATON ROUGE LA 70835

020806P001-1435A-598
CHECKMATE STRATEGIES LLC
CINDY BISHOP
PO BOX 80053
BATON ROUGE LA 70898-0053

022460P001-1435A-598
CHECKPOINT URGENT CARE LLC
1108 PARKVIEW DR STE A
NEW IBERIA LA 70563

013497P001-1435A-598
CHEER FORCE NEW ORLEANS
3922 BARRON ST
METAIRIE LA 70002

015556P001-1435A-598
CHEF TRIP IIIING
224 TCHEFUNCTE DR
COVINGTON LA 70433

020807P001-1435A-598
CHEFCO WHOLESALE DISTRIBUTORS INC
P O BOX 1848
WEST MONROE LA 71294-1848

000799P001-1435A-598
CHEMSEARCH
PO BOX 971269
DALLAS TX 75397-1269

029770P001-1435A-598
CHEMSEARCH INC
2727 CHEMSEARCH BLVD
IRVING TX 75015

020808P001-1435A-598
CHENANGO CONTRACTING INC
29 ARBUTUS RD
JOHNSON CITY NY 13790

026395P001-1435A-598
CHEROKEE 4 LESSCOM
705 NORTH MAIN ST #201
WINSTON-SALEM NC 27101

010156P001-1435A-598
CHERRY BLOSSOM
812 ELMWOOD PK BLVD
NEW ORLEANS LA 70123

016923P002-1435A-598
CHERRYDALE FARMS
PO BOX 930
LANSDALE PA 19446-0660

000801P001-1435A-598
CHERYL LACOSTE COUNSELING SVC
701 PAPWORTH AVE
STE 201
METAIRIE LA 70005

026568P002-1435A-598
CHEVRON
5001 EXECUTIVE PKWY STE 200
SAN RAMON CA 94583-5006

019619P001-1435A-598
CHEVRON AND TEXACO CARD SVC
PO BOX 70887
CHARLOTTE NC 28272-0087

026396P001-1435A-598
CHEVRON HUMANKIND GIFT PROGRAM
CHEVRON HUMANKIND
YOURCAUSE
2508 HIGHLANDER WAY
STE 210
CARROLLTON TX 75006

015557P001-1435A-598
CHEZ BUBBA
82439 HWY 25
FOLSOM LA 70437

013498P001-1435A-598
CHEZ RURENE BAKERY
2118 REVEREND RICHARD WILSON DR
KENNER LA 70062

011960P001-1435A-598
CHG HOLDINGS, LLC
DBA DUNKIN' DONUTS
1111 GREENGATE DR
COVINGTON LA 70433

020809P001-1435A-598
CHI ALPHA
PO BOX 43704
LAFAYETTE LA 70504

022461P001-1435A-598
CHI HEALTH CREIGHTON UNIVERSIT
PO BOX 776197
CHICAGO IL 60677

022462P001-1435A-598
CHI HEALTH IMMANUEL
PO BOX 776215
CHICAGO IL 60677

019620P001-1435A-598
CHI SIGMA IOTA ALPHA ETA CHAPTER
UNO LAFEFRONT CAMPUS
2000 LAKESHORE DR
BICENENTENNIAL EDUCATION BUILDING RM 3480
NEW ORLEANS LA 70148

026397P001-1435A-598
CHIBITRONICS LLC
16192 COASTAL HWY
LEWES DE 19958

010157P001-1435A-598
CHICAGO PARKING METERS
PO BOX 81620
CHICAGO IL 60681

026466P001-1435A-598
CHICK FIL A
197 WESTBANK EXPY STE 1685
GRETNA LA 70053

011961P001-1435A-598
CHICK FIL A HWY 21
69280 HWY 21
COVINGTON LA 70433

010158P001-1435A-598
CHICK-FIL-A
3870 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

Case 20-10846 Doc 4235-5 Filed 09/25/25 Entered 09/25/25 14:00:75 in PDF Exhibit A Page 409
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 409 of 1525
US First Class Mail
Exhibit Pages

011962P001-1435A-598
CHICK-FIL-A OF COVINGTON
912 N HWY 190
COVINGTON LA 70433

022463P001-1435A-598
CHILD COUNSELING ASSOCIATES
313 E WILLIAM DAVID PKWY
METAIRIE LA 70005

022464P001-1435A-598
CHILDREN S HOSPITAL INC
PO BOX 919228
DALLAS TX 75391

010159P001-1435A-598
CHILDREN'S HOSPITAL
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

015559P001-1435A-598
CHILDREN'S HOSPITAL
200 HENRY CLAY
NEW ORLEANS LA 70118

009740P001-1435A-598
CHILDREN'S HOSPITAL NEW ORLEANS
200 HENTRY CLAY AVE
NEW ORLEANS LA 70118

013499P002-1435A-598
CHILDREN'S HOSPITAL
LEAMAN FAMILY FUND
DEVELOPMENT OFFICE CHILDRENS HOSPITAL
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

022465P001-1435A-598
CHILDREN'S HOSPITAL
PO BOX 919277
DALLAS TX 75391

029989P001-1435A-598
CHILDRENS HOSPITAL
SHER GARNER TJ MADIGAN
909 POYDRAS STE 2800
NEW ORLEANS LA 70112

029989S001-1435A-598
CHILDRENS HOSPITAL
LCMC HEALTH
SUZANNE HAGGARD
3410 GENERAL DEGULLE
NEW ORLEANS LA 70114

022466P001-1435A-598
CHILDRENS HOSPITAL ANESTHESIA
PO BOX 919211
DALLAS TX 75391

030363P002-1435A-598
CHILDRENS HOSPITAL ANESTHESIA CORP
THOMAS J MADIGAN II
2401 GENERAL DEGAULLE
NEW ORLEANS LA 70114

030363S001-1435A-598
CHILDRENS HOSPITAL ANESTHESIA CORP
LCMC Health
SUZANNE HAGGARD
2401 GENERAL DEGULLE
NEW ORLEANS LA 70114

029977P001-1435A-598
CHILDRENS HOSPITAL INC
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029977S001-1435A-598
CHILDRENS HOSPITAL INC
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

022467P001-1435A-598
CHILDRENS HOSPITAL MEDICAL PRA
PO BOX 733441
DALLAS TX 75373

029978P001-1435A-598
CHILDRENS HOSPITAL MEDICAL PRACTICE CORP
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029978S001-1435A-598
CHILDRENS HOSPITAL MEDICAL PRACTICE CORP
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

026467P001-1435A-598
CHILDRENS HOSPITAL NEW ORLEANS
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

022468P001-1435A-598
CHILDRENS HOSPITAL PHYSICIAN B
DEPT 1783
PO BOX 62600
NEW ORLEANS LA 70162

022469P001-1435A-598
CHILDRENS HOSPITAL PHYSICIAN B
PO BOX 919277
DALLAS TX 75391

029979P002-1435A-598
CHILDRENS HOSPITAL PHYSICIAN BILLING
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029979S001-1435A-598
CHILDRENS HOSPITAL PHYSICIAN BILLING
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

022470P001-1435A-598
CHILDRENS INTERNATIONAL
59101 AMBER ST
SLIDELL LA 70461

022471P001-1435A-598
CHILDRENS MEDICAL CENTER
71107 HIGHWAY 21 STE 1
COVINGTON LA 70433

026569P002-1435A-598
CHILDRENS MUSEUM OF ST TAMMANY
813 FLORIDA ST STE A
MANDEVILLE LA 70448-5539

010160P001-1435A-598
CHILI'S BAR
4201 VETERANS BLVD
METAIRIE LA 70006

010161P001-1435A-598
CHILI'S GRILL
4201 VETERANS BLVD
METAIRIE LA 70006

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

000803P001-1435A-598
CHILLCO COMPREHENSIVE COOLING SOLUTIONS
22225 LITTLE CREEK RD
MANDEVILLE LA 70471

013500P001-1435A-598
CHILLER SPECIALTIES
PO BOX 11168
JEFFERSON LA 70181-1168

010162P001-1435A-598
CHINA DOLL
830 MANHATTAN BLVD
HARVEY LA 70058

031545P001-1435A-598
CHINCHUBA INSTITUTE FOR THE DEAF
2929 CARROLLTON
NEW ORLEANS LA 70118

031545S001-1435A-598
CHINCHUBA INSTITUTE FOR THE DEAF
1231 PRYTANIA ST
NEW ORLEANS LA 70130

029629P001-1435A-598
CHIROPRACTIC CLINIC OF GRETNA
1525 LAPALCO BLVD STE 12
HARVEY LA 70058

022474P001-1435A-598
CHIROPRACTIC CLNC OF GRETNA
1525 LAPALCO BLVD STE 12
HARVEY LA 70058

022475P001-1435A-598
CHIROPRACTIC WELLNESS CLINIC
PO BOX 117
LOCKPORT LA 70374

015560P001-1435A-598
CHISESI BROTHERS MEAT PACKING CO
PO BOX 23827
NEW ORLEANS LA 70183

009741P001-1435A-598
CHOICE POINT SVC INC
PO BOX 105186
ATLANTA GA 30348

009475P001-1435A-598
CHOICEPOINT
PO BOX 934899
ATLANTA GA 31193-4899

020810P001-1435A-598
CHOINA PAINT CONTRACTING LLC
PO BOX 2068
CHALMETTE LA 70044

041609P001-1435A-598
CHOOSE LIFE MARKETING LLC
2401 BERNADETTE DR
STE 115B
COLUMBIA MO 65203

016924P001-1435A-598
CHOQUETTE LANDSCAPES
5113 AUGUST AVE
MARRERO LA 70072

040967P001-1435A-598
CHRIS ALFRED'S LAWN SALON
886 ASHEVILLE DR
SLIDELL LA 70458

000145P001-1435S-598
CHRIS EDMUNDS LAW OFFICE
4937 HEARST ST., SUITE 2F
METAIRIE LA 70001

000806P002-1435A-598
CHRIS LARTIGUE MD LLC
648 OAK HILL RD
POPLARVILLE MS 39470-7222

013502P001-1435A-598
CHRIS POOLE VOLLEYBALL CAMPS
1632 COPPERFIELD CIR
TALLAHASSEE FL 32312

013501P001-1435A-598
CHRIS' PAVING
30216 NORTH DIXIE RANCH RD
LACOMBE LA 70445

015561P001-1435A-598
CHRIST IN CHRISTMAS COMMITTEE
123 IROQUOIS DR
ABITA SPRINGS LA 70420

026673P001-1435A-598
CHRIST IN CHRISTMAS COMMITTEE
314 SAINT CHARLES AVE
NEW ORLEANS LA 70130-3104

033277S001-1435A-598
CHRIST OUR LIGHT CATHOLIC CHR
RAUL RIOR
510 MANLEY ST
NAVASOTA TX 77868-3926

031067P001-1435A-598
CHRIST THE KING
ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032900S001-1435A-598
CHRIST THE KING CATHOLIC CHR
THAN VU
PO BOX 25131
BATON ROUGE LA 70803-0001

000807P001-1435A-598
CHRIST THE KING CHURCH
11 FRATERNITY LN
BATON ROUGE LA 70803

029912P001-1435A-598
CHRIST THE KING CHURCH
535 DEERFIELD RD
TERRYTOWN LA 70056

033204S001-1435A-598
CHRIST THE KING CHURCH
JERRY WOODS
PO BOX 614
FULTON MS 38843-0614

033352S001-1435A-598
CHRIST THE KING PARISH
JAMES NELLIKUNNEL
PO BOX 186
SIMMESPORT LA 71369-0186

410

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 411 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

---

033399S001-1435A-598
CHRIST THE KING PARISH
PATRICK BURKE
600 DAVY DR
BURKBURNETT TX 76354-2717

000809P001-1435A-598
CHRIST THE REDEEER CATHOLIC CHURCH
CINDY ORDOYNE
720 TALBOT AVE
THIBODAUX LA 70301

010163P001-1435A-598
CHRISTIAN BOOKCOM
140 SUMMIT ST PEABODY
PEABODY MA 01960

010164P001-1435A-598
CHRISTIAN BRANDS AUTOM
5226 S 31ST PL
PHOENIX AZ 85040

018379P002-1435A-598
CHRISTIAN BROTHERS CONFERENCE
1 UNIVERSITY PKWY STE 1044
ROMEOVILLE IL 60446-2200

018380P001-1435A-598
CHRISTIAN BROTHERS CONFERFENCE -
TWINNING PROGRAM
3025 FOURTH ST NE  STE 300
WASHINGTON DC 20017

018381P001-1435A-598
CHRISTIAN BROTHERS HIGH SCHOOL
4315 MARTIN LUTHER KING JR
SACRAMENTO CA 95820

026182P001-1435A-598
CHRISTIAN BROTHERS INSTITUTE
260 WILMOT RD
NEW ROCHELLE NY 10804

000811P001-1435A-598
CHRISTIAN BROTHERS SCHOOL
4600 CANAL ST
NEW ORLEANS LA 70119-5808

000812P001-1435A-598
CHRISTIAN BROTHERS SCHOOL
8 FRIEDERICHS AVE
NEW ORLEANS LA 70119

018382P001-1435A-598
CHRISTIAN BROTHERS SCHOOL
#8 FRIEDERICHS AVE
NEW ORLEANS LA 70124

013503P001-1435A-598
CHRISTIAN BROTHERS SCHOOL MEN'S CLUB
#8 FRIEDERICHS AVE
NEW ORLEANS LA 70124

019616P001-1435A-598
CHRISTIAN LIFE
2037 QUAIL DR
BATON ROUGE LA 70808

015562P001-1435A-598
CHRISTIAN LIFE ACADEMY
2037 QUAIL DR
BATON ROUGE LA 70808

032737S001-1435A-598
CHRISTIAN NEW CREATION ISAIAH
TONY VAN DERBUR
PO BOX 11134
HOUSTON TX 77293-1134

000813P001-1435A-598
CHRISTIAN RENEWAL CENTER
PO BOX 699
DICKINSON TX 77539-0699

020811P001-1435A-598
CHRISTIAN TEACHER'S AID
P O BOX 1205
FENTON MO 63026-1205

000814P001-1435A-598
CHRISTIN MERRIFIELD CC MARKETING
5856 VICKSBURG ST
NEW ORLEANS LA 70124

022476P001-1435A-598
CHRISTINE DESJARDINS LPC
4919 CANAL ST STE 204
NEW ORLEANS LA 70119

029539P001-1435A-598
CHRISTINE HOLMES
ADDRESS INTENTIONALLY OMITTED

029793P001-1435A-598
CHRISTMOUNT
222 FERN WAY
BLACK MOUNTAIN NC 28711

000815P001-1435A-598
CHRISTMOUNT CHRISTIAN ASSEMBLY
222 FERN WAY
BLACK MOUNTAIN NC 28711

022477P001-1435A-598
CHRISTOPHER D NAQUIN MD APMC
PO BOX 2740
SLIDELL LA 70459

029875P002-1435A-598
CHRISTOPHER HOMES
DEACON DENNIS ADAMS
2729 LOWERLINE ST
NEW ORLEANS LA 70125-3530

031069P002-1435A-598
CHRISTOPHER HOMES, INC
DENNIS F ADAMS
2729 LOWERLINE ST
NEW ORLEANS LA 70125-3530

000816P001-1435A-598
CHRISTOPHER INN
1000 HOWARD AVE
NEW ORLEANS LA 70113

031068P001-1435A-598
CHRISTOPHER INN
DENNIS F ADAMS
CHRISTOPHER HOMES INC
2729 LOWERLINE ST
NEW ORLEANS LA 70125

022478P001-1435A-598
CHRISTUS HIGHLAND
PO BOX 843577
DALLAS TX 75284

411

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh. 4 Affidavit Page 412
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 412 of 1525
US First Class Mail
Exhibit Pages

022479P001-1435A-598
CHRISTUS LAKE AREA HOSPITAL
PO BOX 846039
DALLAS TX 75284

022480P001-1435A-598
CHRISTUS ST PATRICK
PO BOX 846039
DALLAS TX 75284

015563P001-1435A-598
CHRISTWOOD
100 CHRISTWOOD BLVD
COVINGTON LA 70433

015564P001-1435A-598
CHRISTY MUSIC, INC
831 ROBERT BLVD
SLIDELL LA 70458

019617P001-1435A-598
CHRISTYS FLOWERS
1604 GAUSE BLVD WEST
SLIDELL LA 70460

016925P001-1435A-598
CHROMEBOOKPARTSCOM
PO BOX 721
LAKELAND MN 55043

022481P001-1435A-598
CHS URGENT CARE DAVIDSON
PO BOX 601888
CHARLOTTE NC 28260

040970P001-1435A-598
CHURCH BUDGET ENVELOPE AND MAILING CO
PO BOX 420
SALEM OH 44460

040969P001-1435A-598
CHURCH BUDGET ENVELOPE CO
3605 DIVISION ST
METAIRIE LA 70002

033223S001-1435A-598
CHURCH CATHOLIC ST BERNARD
ANTON PHAN
PO BOX 220
ST BERNARD LA 70085-0220

033255S001-1435A-598
CHURCH OF THE ASSUMPTION
MICHEAL RUSSO
211 IBERIA ST
FRANKLIN LA 70538-4905

033135S001-1435A-598
CHURCH OF THE HOLY SPIRIT
GARY SPEARS
PO BOX 806
TULIA TX 79088-0806

033361S001-1435A-598
CHURCH OF THE LITTLE FLOWER
KAY TURNER
PO BOX 20
EVERGREEN LA 71333-0020

015565P001-1435A-598
CHURCH POINT HIGH SCHOOL
305 EAST LOUGARRE ST
CHURCH POINT LA 70525

032802S001-1435A-598
CHURCH ST MARY'S
PAUL NEWHOUSE
PO BOX 295
SOMERSET TX 78069-0295

010165P001-1435A-598
CHURCH SUPPLIER
20 INDUSTRIAL DR
WARMINSTER PA 18974

040971P001-1435A-598
CHURCH SUPPLY
PO BOX 8544
METAIRIE LA 70011

000818P001-1435A-598
CHURCH SUPPLY HOUSE
PO BOX 8544
METAIRIE LA 70011-8544

013504P001-1435A-598
CHURCH SUPPLY HOUSE
PO BOX 8544
METAIRIE LA 70003

019600P001-1435A-598
CHURCH SUPPLY HOUSE
3605 DIVISION ST
METAIRIE LA 70002-4615

029630P001-1435A-598
CHURCH SUPPLY HOUSE
PO 8544
METAIRIE LA 70011-8544

040968P001-1435A-598
CHURCH SUPPLY HOUSE
PO BOX 8544
METAIRIE AL 70011-8544

010166P001-1435A-598
CHURCH SYPPLIER
20 INDUSTRIAL DR
WARMINSTER PA 18974

033384S001-1435A-598
CHURCHES-ST MARY-ST BONIFACE
SHELLEY SCHLUMPF
PO BOX 230
WINDTHORST TX 76389-0230

013505P001-1435A-598
CIAO BELLA VITA, INC
3201 HOUMA BLVD
METAIRIE LA 70006

018383P001-1435A-598
CICTS #378
6311 AIRLINE DR
METAIRIE LA 70003

026218P001-1435A-598
CICIS PIZZA
6311 AIRLINE PK SHOPPING CTR
METAIRIE LA 70003

010167P001-1435A-598
CINEMARK THEATRES
10000 PERKINS ROWE #125
BATON ROUGE LA 70810

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 413
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 413 of 1525
US First Class Mail
Exhibit Pages

029794P001-1435A-598
CINTAS
PO BOX 650838
DALLAS TX 75265-0838

040972P001-1435A-598
CINTAS
625 ELMWOOD PK BLVD
HARAHAN LA 70123

040973P001-1435A-598
CINTAS
120 CANVASBACK DR
ST ROSE LA 70087

018384P001-1435A-598
CINTAS CORP
PO BOX 10783
JEFFERSON LA 70181

013506P001-1435A-598
CINTAS CORP #29K
PO BOX 650838
DALLAS TX 75265-0838

000819P001-1435A-598
CINTAS CORP #544
PO BOX 650838
DALLAS TX 75265-0838

041610P001-1435A-598
CINTAS CORP NO 2
PO BOX 631025
CINCINNATI OH 45263

022482P001-1435A-598
CIOX HEALTH
PO BOX 409875
ATLANTA GA 30384

015566P001-1435A-598
CIRCLE D LAWN EQUIPMENT
1043 RONALD REGAN HIGHWAY
COVINGTON LA 70433

011963P001-1435A-598
CIRCLE D TRAILER AND LAWN EQUIP
1043 HWY 190 BYPASS
COVINGTON LA 70433

009303P001-1435A-598
CIRCLE K
4533 AIRLINE DR
METAIRIE LA 70001-5663

010168P001-1435A-598
CIRCLE K
704 HOWARD AVE
NEW ORLEANS LA 70130

000820P001-1435A-598
CIRCLE LAKE RETREAT CENTER
PO BOX 1410
PINEHURST TX 77362-1410

029795P001-1435A-598
CIRCLE LAKE RETREAT CENTER
ARCHDIOCESE OF GALVESTON HOUSTON
PO BOX 1410
PINEHURST TX 77362-1410

000821P001-1435A-598
CIRCLE SUPPLY AND EQUIPMENT CO INC
PO BOX 23441
HARAHAN LA 70183

015567P001-1435A-598
CIRCLE SYSTEM GROUP
PO BOX 27102
NEWARK NJ 07189-7102

022483P002-1435A-598
CIRO CERRATO
4221 LAKE TRAIL DR
KENNER LA 70065-2338

000823P001-1435A-598
CIS SUPPLY
600 TIME SAVER AVE
HARAHAN LA 70123

000824P001-1435A-598
CISCO'S HEATING AND AIR CONDITIONING INC
3461 HWY 39
BRAITHWAITE LA 70040

000825P002-1435A-598
CISCOS HEATING AND AIR CONDITIONING INC
PO BOX 127
VIOLET LA 70092

000826P001-1435A-598
CITI BANK
PO BOX 78045
PHOENIX AZ 85062-8045

040974P001-1435A-598
CITI CARD
PO BOX 9001037
LOUISVILLE KY 40290

000827P001-1435A-598
CITI CARDS
PO BOX 78045
PHOENIX AZ 85062-8045

040975P001-1435A-598
CITI CREDIT CARD
PO BOX 6235
SIOUX FALLS SD 57117

040976P001-1435A-598
CITIBUSINESS CARD
PO BOX 78045
PHOENIX AZ 85062-8045

026570P001-1435A-598
CITICARD MASTERCARD
PO BOX 9001037
LOUISVILLE KY 40290

020812P001-1435A-598
CITICORP VENDOR FINANCE INC
P O BOX 72470322
PHILADELPHIA PA 19170-0322

020813P001-1435A-598
CITISTREET
ARCHDIOCESE OF 401
P O BOX 24095
NEW ORLEANS LA 70184-4095

Case 20-10846 Doc 4355-1 Filed 09/09/25 Entered 09/09/25 14:06:05 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 414 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

000828P001-1435A-598
CITIZENS FOR EDUCATIONAL CHOICE
PO BOX 65196
BATON ROUGE LA 70896

022485P001-1435A-598
CITIZENS MEDICAL CENTER
PO BOX 1079
COLUMBIA LA 71418

041611P001-1435A-598
CITIZENS SAVINGS BANK
1725 SULLIVAN DR
BOGALUSA LA 70427-5865

040977P001-1435A-598
CITIZENS SAVINGS BANK - CREDIT CARD
PO BOX 569100
DALLAS TX 75356

009742P001-1435A-598
CITY BUSINESS
SDS-12-2632
PO BOX 86
MINNEAPOLIS MN 55486-2632

026468P001-1435A-598
CITY BUSINESS
111 VETERANS BLVD
NEW ORLEANS LA 70124

000829P001-1435A-598
CITY BUSINESS SUBSCRIPTION SVC
PO BOX 1051
WILLIAMSPORT PA 17703-9940

010169P001-1435A-598
CITY CAB CO OF ORLANDO
5001 ALUTHRA WAY
ORLANDO FL 32839

009743P002-1435A-598
CITY CREEK PRESS INC
16259 S BOND LAKE ESTATE RD
MINONG WI 54859-9462

000830P001-1435A-598
CITY OF AUSTIN
PO BOX 2267
AUSTIN, TX 78783-2267

022486P001-1435A-598
CITY OF BAYTOWN
PO BOX 424 201 E WYE DR
BAYTOWN TX 77521

040978P001-1435A-598
CITY OF BOGALUSA
202 ARKANSAS AVE
BOGALUSA LA 70427

022487P001-1435A-598
CITY OF CHICAGO EMS
33589 TREASURY CTR
CHICAGO IL 60694

011965P002-1435A-598
CITY OF COVINGTON
317 N JEFFERSON AVE
COVINGTON LA 70433

015568P001-1435A-598
CITY OF COVINGTON
GREATER COVINGTON CENTER
317 N JEFFERSON ST
COVINGTON LA 70433

040979P001-1435A-598
CITY OF COVINGTON
PO BOX 778
COVINGTON LA 70434

026469P001-1435A-598
CITY OF GRETNA
740 2ND ST
GRETNA LA 70053

040980P001-1435A-598
CITY OF GRETNA
PO BOX 404
GRETNA LA 70054

009744P001-1435A-598
CITY OF GRETNA TRAFFIC ENFORCEMEN
PROGRAM PAYMENT CENTER
PO BOX 76758
CLEVELAND OH 44101-6500

010170P001-1435A-598
CITY OF KENNER
1801 WILLIAMS BLVD C
KENNER LA 70062

009745P001-1435A-598
CITY OF KENNER GENERAL SVC
1610 REV RICHARD WILKENSON DR
KENNER LA 70062

040981P001-1435A-598
CITY OF MANDEVILLE
3090 E CAUSEWAY APPROACH
MANDEVILLE LA 70448

040982P001-1435A-598
CITY OF MANDEVILLE
3101 EAST CAUSEWAY APPROACH
MANDEVILLE LA 70448-3511

000023P001-1435S-598
CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

000831P001-1435A-598
CITY OF NEW ORLEANS
PO BOX 62948
NEW ORLEANS LA 70162-2948

009457P001-1435A-598
CITY OF NEW ORLEANS
HARTFORD STEAM BOILER
CERTIFICATE FEES BILLING
PO BOX 61509
KING OF PRUSSIA PA 19406-0909

009746P001-1435A-598
CITY OF NEW ORLEANS
1300 PERDIDO ST STE 1W30
NEW ORLEANS LA 70112

010171P001-1435A-598
CITY OF NEW ORLEANS
1300 PERDIDO ST
NEW ORLEANS LA 70112

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:05 Exhibit A Page 415
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 415 of 1525
US First Class Mail
Exhibit Pages

019621P001-1435A-598
CITY OF NEW ORLEANS
NEW ORLEANS POLICE DEPT
715 S BROAD ST
NEW ORLEANS LA 70119

018385P001-1435A-598
CITY OF NEW ORLEANS - PHOTO SAFETY PROGRAM
PO BOX 742503
CINCINNATTI OH 45274-2503

0091811P001-1435A-598
CITY OF NEW ORLEANS - ONE STOP SHOP
1300 PERDIDO ST
ROOM 7E03
NEW ORLEANS LA 70112

000833P001-1435A-598
CITY OF NEW ORLEANS DEPT OF
SAFETY AND PERMITS
1300 PERDIDO ST
NEW ORLEANS LA 70112

000832P001-1435A-598
CITY OF NEW ORLEANS DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70112

000834P001-1435A-598
CITY OF NEW ORLEANS FIRE PREVENTION BILLING
317 DECATUR ST
NEW ORLEANS LA 70130

010172P001-1435A-598
CITY OF NEW ORLEANS MOSQUITO
AND TERMITE CONTROL BOARD
2100 LEON C SIMON DR
NEW ORLEANS LA 70122

026183P001-1435A-598
CITY OF NEW ORLEANS MOSQUITO AND
TERMITE CONTROL
2100 LEON C SIMON DR
NEW ORLEANS LA 70122

000835P001-1435A-598
CITY OF NEW ORLEANS PHOTO SAFETY PROGRAM
PO BOX 35131
SEATTLE WA 98124-5131

009453P001-1435A-598
CITY OF NEW ORLEANS VIOLATION
PO BOX 52828
NEW ORLEANS LA 70152

019622P001-1435A-598
CITY OF SLIDELL
UTILITY SVC
PO BOX 828
SLIDELL LA 70459-0828

026137P001-1435A-598
CITY OF SLIDELL
1325 BAYOU LN
SLIDELL LA 70460

040983P001-1435A-598
CITY OF SLIDELL
PO BOX 660108
DALLAS TX 75266

040984P001-1435A-598
CITY OF WESTWEGO DEPT OF WATER
1100 FOURTH ST
WESTWEGO LA 70094

009127P001-1435A-598
CITY PARK
CHILDREN'S CHRISTMAS TREE PROGRAM
#1 PALM DRIVE
NEW ORLEANS LA 70124

026311P001-1435A-598
CITY PARK
1 PALM DR
NEW ORLEANS LA 70124

041612P001-1435A-598
CITY PARK PHYSICAL THERAPY LLC
1124 SMITH DR
METAIRIE LA 70005

013507P001-1435A-598
CITY PARK-NORTH COURSE
1051 FILMORE AVE
NEW ORLEANS LA 70124

009747P001-1435A-598
CITY PUTT
8 VICTORY DR
NEW ORLEANS LA 70124

000836P001-1435A-598
CIVIL DISTRICT COURT
421 LOYOLA AVE
ROOM 402
NEW ORLEANS LA 70112

011936P001-1435A-598
CJ FLORIST
228 WEST 21ST AVE
COVINGTON LA 70433

026571P001-1435A-598
CJ'S NURSERY
16410 TONEY RD
FOLSOM LA 70437

020814P001-1435A-598
CLADDAUGH INC
43663 WOODHOLLOW DR
PRAIRIEVILLE LA 70769

022489P001-1435A-598
CLAIBORNE ASSOCIATES L L C
1477 LOUISIANA AVE
NEW ORLEANS LA 70115

022490P001-1435A-598
CLAIBORNE ASSOCIATES LLC
1477 LOUISIANA AVE STE 100
NEW ORLEANS LA 70115

009748P001-1435A-598
CLAIRMONT PRESS
1494 BELLFLOWER CT
LILBURN GA 30047

000837P001-1435A-598
CLARA'S SITTING SVC
2117 VETERANS BLVD #228
METAIRIE LA 70002

018386P001-1435A-598
CLARION HERALD
1000 HOWARD AVE
STE 400
NEW ORLEANS LA 70113

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 416
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 416 of 1525
US First Class Mail
Exhibit Pages

029876P001-1435A-598
CLARION HERALD
PETER FINNEY
1000 HOWARD AVE
UNIT 400
NEW ORLEANS LA 70113

016926P001-1435A-598
CLARION HERALD PUB CO
PO BOX 53247
NEW ORLEANS LA 70153

019623P001-1435A-598
CLARION HERALD PUBLISHING CO
PO BOX 53247
NEW ORLEANS LA 70153

031070P001-1435A-598
CLARION HERALD PUBLISHING CO
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

040987P001-1435A-598
CLARION HERALD SUBSCRIPTIONS
12490 COLLECTIONS CTR DR
CHICAGO IL 60693

010173P001-1435A-598
CLARION HOTEL SHREVEPORT
4000 LA-782-2 BLDG A
BOSSIER CITY LA 71112

010174P001-1435A-598
CLARION HOTELS
4000 LA-782-2 BLDG A
BOSSIER CITY LA 71112

015569P001-1435A-598
CLARION INN
501 N HWY 190
COVINGTON LA 70433

016927P001-1435A-598
CLARION INN AND CONFERENCE CENTER
1500 W HWY 30
GONZALES LA 70707

015570P001-1435A-598
CLARION INN AND SUITES
1051 MARTIN LUTHER KING DR
MONROE LA 71203

020815P001-1435A-598
CLARION INN AND SUITES CONFERENCE CENTER
1051 MARTIN LUTHER KING JR DR
MONROE LA 71203

022491P001-1435A-598
CLARITY COUNSELING SOLUTIONS
3501 SEVERN AVE STE 20H
METAIRIE LA 70002

010175P001-1435A-598
CLARK
415 EDWARDS AVE
NEW ORLEANS LA 70123

000839P001-1435A-598
CLARK BUILDERS INC
347 ROLLER RD
CROWLEY LA 70526

010176P001-1435A-598
CLARK KNIGHTEN
415 EDWARDS AVE
NEW ORLEANS LA 70123

010177P001-1435A-598
CLARK PROMOTIONS
415 EDWARDS AVE
NEW ORLEANS LA 70123

010178P001-1435A-598
CLARKSTOWN PHARMACY
174 S MAIN ST
NEW CITY NY 10956

015571P001-1435A-598
CLASS INTERCOM
PO BOX 80563
LINCOLN NE 68501

016928P001-1435A-598
CLASSIC FRAME AND MAT
838 LAFAYETTE ST
GRETNA LA 70053

011966P002-1435A-598
CLASSIC HARDWOOD FLOORS, LLC
5816 PLAUCHE ST
NEW ORLEANS LA 70123-4122

009749P001-1435A-598
CLASSIC INTERIORS
2017 WILLIAMS BLVD
KENNER LA 70062

015572P001-1435A-598
CLASSIC PIANO MOVER AND RENTALS
32 TULIP DR
GRETNA LA 70053

022492P001-1435A-598
CLASSIC SLEEPCARE LLC
30851 AGOURA RD STE 202
AGOURA HILLS CA 91301

009750P001-1435A-598
CLASSROOM DIRECT
PO BOX 830677
BIRMINGHAM AL 35283-0677

034829S001-1435A-598
CLAY COUNTY JAIL
TERESA REICHERT
PO BOX 958
GREEN COVE SPGS FL 32043-0958

036207S001-1435A-598
CLAY COUNTY JAIL
SHELLEY MCANANY
PO BOX 958
GREEN COVE SPGS FL 32043-0958

036313S001-1435A-598
CLAY COUNTY JAIL
AMBER KISSINGER
PO BOX 958
GREEN COVE SPGS FL 32043-0958

000840P001-1435A-598
CLAY CREATIONS
220 MAIN ST
BAY ST LOUIS MS 39520

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:05 Main Document Page 417
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 417 of 1525
US First Class Mail
Exhibit Pages

015574P001-1435A-598
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC
PO BOX 3442
BOSTON MA 02241-3442

018387P001-1435A-598
CLEAN-RITE DBA FIRE 1
PO BOX 2829
GRETNA LA 70054

000841P001-1435A-598
CLEANING CONCIERGE LLC
4118 CLEMATIS ST
NEW ORLEANS LA 70122

009751P001-1435A-598
CLEAR COMMUNICATIONS INC
5824 PLAUCHE CT
HARAHAN LA 70123

040988P001-1435A-598
CLEAR COMMUNICATIONS, INC
5824 PLAUCHE CT
NEW ORLEANS LA 70123

019624P001-1435A-598
CLEAR VIEW GLASS WORKS INC
1748 FRONT ST
SLIDELL LA 70458

026156P001-1435A-598
CLEARANT
1801 AVE OF THE STARS
STE 435
LOS ANGELES CA 90067

011967P001-1435A-598
CLEARVIEW AUTO TITLE
1102 N HWY 190
COVINGTON LA 70433

009752P001-1435A-598
CLEARVIEW MALL
4436 VETS MEMORIAL BLVD
METAIRIE LA 70006

015575P001-1435A-598
CLEARVIEW NOTARIAL SVC
1102 HWY 90 NORTH
COVINGTON LA 70433

011968P001-1435A-598
CLECO
PO BOX 660228
DALLAS TX 75266-0228

040989P001-1435A-598
CLECO
54 FLORIDA AVE
SLIDELL LA 70458

040990P001-1435A-598
CLECO
PO BOX 660228
STE 17
DALLAS TX 75266

000842P001-1435A-598
CLECO POWER LLC
PO BOX 660228
DALLAS TX 75266-0228

000842S001-1435A-598
CLECO POWER LLC
2030 DONAHUE FERRY RD
PINEVILLE LA 71361-5000

015576P001-1435A-598
CLEFT FOR A CAUSE
1331 OCHSNER BLVD
STE 200
COVINGTON LA 70433

000843P001-1435A-598
CLEMENT FIRE AND SAFETY CO INC
73225 PRUDEN RD
COVINGTON LA 70435

020816P001-1435A-598
CLERK OF COURT
CLERK OF COURT 40TH JUDICIAL
P O DRAWER 280
EDGARD LA 70049

010179P001-1435A-598
CLEVERBRIDGENET
333 BRYANT ST STE LL120
SAN FRANCISCO CA 94107

013508P001-1435A-598
CLHS GIRLS SOCCER
CENTRAL LAFOURCHE HIGH SCHOOL
JUDE BLANCHARD
4820 HIGHWAY ONE
RACELAND LA 70394

020817P001-1435A-598
CLHS LADY TROJANS BB
4820 HWY 1
RACELAND LA 70394-2627

022493P001-1435A-598
CLINICAL PATHOLOGY ASSOCIATES
PO BOX 28770
AUSTIN TX 78755

000845P001-1435A-598
CLINICAL PATHOLOGY LABORATORIES
PO BOX 141669
AUSTIN TX 78714-1669

022495P001-1435A-598
CLINTON H SHARP III MD
1051 GAUSE BLVD STE 380
SLIDELL LA 70458

032716S001-1435A-598
CLOSER WALK TV MINISTRY
JACQUELYN MOSLEY
4256 NORTH BLVD # A
BATON ROUGE LA 70806-3900

010180P001-1435A-598
CLOTHE-A-CHILD
2734 SUNRISE BLVD
PEARLAND TX 77584

040991P001-1435A-598
CLOVER GO
415 N MATHILDA AVE
SUNNYVALE CA 94085

018388P001-1435A-598
CLT EXPRESS CHAUFFEURED TRANSPORTATION
7319 WILKINSON BLVD
BELMONT NC 28012

417

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex311 4 Affidavit 418
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 418 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013509P001-1435A-598<br>CLUB SOCCER<br>6601 VETERANS BLVD<br>#34<br>METAIRIE LA 70003 | 020818P001-1435A-598<br>CLUB SOCCER<br>6601 VETERANS BLVD<br>#34<br>METAIRE LA 70003 | 009753P001-1435A-598<br>CLUB'S CHOICE FUNDRAISING<br>3421 TRUAX CT<br>EAU CLAIRE WI 54703 | 009754P001-1435A-598<br>CLUE CARRE<br>830 UNION ST<br>STE 101<br>NEW ORLEANS LA 70112 |
| 000846P002-1435A-598<br>CM ALMY<br>2111 E 11TH ST<br>TULSA OK 74184-3625 | 019625P001-1435A-598<br>CM PHOTOGRAPHY PHOTOGRAPHY LLC<br>2159 GAUSE EAST BLVD<br>SLIDELL LA 70461 | 016929P001-1435A-598<br>CM'S CUSTOM VINYL GRAPHICS<br>238 LOUISIANA ST<br>WESTWEGO LA 70094 | 040992P001-1435A-598<br>CMC CORPORATE SOLUTIONS<br>5751 RIVER RD<br>STE 120<br>NEW ORLEANS LA 70123 |
| 019626P001-1435A-598<br>CMC REBAR CMC COMMERCIAL METALS<br>38324 HAAS RD<br>PEARL RIVER LA 70452 | 013510P001-1435A-598<br>CNC INC DBA TESTING FORMSCOM<br>2541 23RD AVE<br>STE 100<br>GROVE OR 97116 | 020795P001-1435A-598<br>COACH AND ATHLETIC DIRECTOR<br>PO BOX 420235<br>PALM COAST FL 32142-0235 | 018389P001-1435A-598<br>COACH ERICA LLC<br>TRACK AND FIELD EQUIPMENT<br>PO BOX 2031<br>HAMMOND LA 70404 |
| 019627P001-1435A-598<br>COACHCOMM WINNINGS SOLUTIONS<br>205 TECHNOLOGY PKWY<br>AUBURN AL 36830 | 016931P001-1435A-598<br>COACHES VIDEO LLC<br>354 MCDONNELL STE 7<br>LEWISVILLE TX 75057 | 022496P001-1435A-598<br>COAST EYECARE PLLC<br>205 E SECOND ST<br>PASS CHRISTIAN MS 39571 | 040993P001-1435A-598<br>COASTAL<br>PO BOX 190<br>SELMA AL 36702 |
| 026148P001-1435A-598<br>COASTAL ENVIRONMENT<br>63209 LA HWY 434<br>LACOMBE LA 70445 | 040995P001-1435A-598<br>COASTAL ENVIRONMENTAL<br>63209 LA-434<br>LACOMBE LA 70445 | 040994P001-1435A-598<br>COASTAL ENVIRONMENTAL SVC LA LLC<br>63204 HIGHWAY 434<br>LACOMBE LA 70445 | 040996P001-1435A-598<br>COASTAL ENVIRONMENTAL SVC OF LA<br>PO BOX 24789<br>DENVER CO 80224 |
| 000847P001-1435A-598<br>COASTAL ENVIRONMENTAL SVC OF LA LLC<br>63209 HIGHWAY 434<br>LACOMBE LA 70445 | 019628P001-1435A-598<br>COASTAL ENVIRONMENTAL SVC OF LA LLC<br>SLIDELL DIVISION<br>63209 HIGHWAY 434<br>LACOMBE LA 70445 | 000848P001-1435A-598<br>COASTAL ENVIRONMENTS INC<br>1260 MAIN ST<br>BATON ROUGE LA 70802 | 040997P001-1435A-598<br>COASTAL FIRE PROTECTION LLC<br>200 L AND A RD<br>STE B<br>METAIRIE LA 70001 |
| 022497P001-1435A-598<br>COASTAL ORTHOTICS PROSTHETICS<br>1100 C M FAGAN DR STE 100<br>HAMMOND LA 70403 | 022498P001-1435A-598<br>COASTAL PATHOLOGY INC<br>PO BOX 733344<br>DALLAS TX 75373 | 022499P001-1435A-598<br>COASTAL PATHOLOGY INC<br>PO BOX 73344<br>DALLAS TX 75373 | 036141S001-1435A-598<br>COASTAL STATE PRISON<br>CHARLES PENNINGTON<br>PO BOX 7150<br>GARDEN CITY GA 31418-7150 |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 419 of 1525
US First Class Mail
Exhibit Pages

015577P001-1435A-598
COASTAL SUPPLY CENTER
PO BOX 21926
MESA AZ 85277

026219P001-1435A-598
COASTAL TRUCK DRIVING
4016 CANAL ST
NEW ORLEANS LA 70119

022500P001-1435A-598
COASTAL URGENT CARE LLC
PO BOX 8812
BELFAST ME 04915

015578P001-1435A-598
COASTAL WASTE SERVICES, INC
310 HOWZE BEACH LN
SLIDELL LA 70461

022502P001-1435A-598
COASTLINE EMERGENCY PHYSICIANS
PO BOX 41694
PHILADELPHIA PA 19101

000849P001-1435A-598
COASTLINE SECURITY AND FIRE PROTECTION
1901 INDUSTRIAL BLVD
STE C
HARVEY LA 70058

009372P001-1435A-598
COATS/ROSE
9 GREENWAY PLZ
STE 1100
HOUSTON TX 77046

022503P001-1435A-598
COBALT REHAB HOSPITAL III
3801 BIENVILLE ST
NEW ORLEANS LA 70119

010181P001-1435A-598
COBURN SUPPLY CO
139 PLANTATION RD
NEW ORLEANS LA 70123

000850P001-1435A-598
COBURN SUPPLY CO INC
PO BOX 46179
HOUSTON TX 77210-6179

013511P001-1435A-598
COCA COLA
PO BOX 105637
ATLANTA GA 30346-5637

040998P001-1435A-598
COCA COLA
PO BOX 105637
ATLANTA GA 30348-5637

000851P001-1435A-598
COCA COLA BOTTLING CO UNITED
PO BOX 105637
ATLANTA GA 30348-5637

020819P001-1435A-598
COCA COLA BOTTLING CO UNITED 2701
PO BOX 105637
ATLANTA GA 30348-5637

020820P001-1435A-598
COCA COLA BOTTLING CO UNITED 2702
PO BOX 105637
ATLANTA GA 30348-5637

020821P001-1435A-598
COCA COLA BOTTLING CO UNITED 5009
PO BOX 105637
ATLANTA GA 30348-5637

020822P001-1435A-598
COCA COLA BOTTLING CO UNITED 6306
PO BOX 105637
ATLANTA GA 30348-5637

019629P001-1435A-598
COCA COLA ENTERPRISES
PO BOX 403390
ATLANTA GA 30384-3390

010182P001-1435A-598
COCA-COLA UNITED
1050 S JEFFERSON DAVIS PKWY
NEW ORLEANS LA 70125

013513P001-1435A-598
COCA-COLA UNITED
PO BOX 11407 DRAWER 2260
BIRMINGHAM AL 35246-2260

016932P001-1435A-598
COCACOLA BOTTLING CO UNITED
DRAWER # 2260
PO BOX 11407
BIRMINGHAM AL 36246-2260

020823P001-1435A-598
COCACOLA REFRESHMENTS USA INC  GYM
LA MARKET SVC CENTER
P O BOX 403390
ATLANTA GA 30384-2767

020824P001-1435A-598
COCACOLA REFRESHMENTS USA INC  SOFTBALL
LA MARKET SVC CENTER
P O BOX 403390
ATLANTA GA 30384-2767

020825P001-1435A-598
COCACOLA REFRESHMENTS USA INC FB STADIUM
LA MARKET SVC CENTER
P O BOX 403390
ATLANTA GA 30384-2767

013512P001-1435A-598
COCACOLA REFRESHMENTS USA, INC
PO BOX 403390
ATLANTA GA 30384-3390

022504P001-1435A-598
COCHLEAR AMERICAS
PO BOX 910811
DENVER CO 80291

020826P001-1435A-598
CODES
P O BOX 540202
OMAHA NE 68154-0202

000852P002-1435A-598
COFFEE AND
116 ACADIA LN
DESTREHAN LA 70047-3020

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:45 in PDF Exhibit A Page 420
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 420 of 1525
US First Class Mail
Exhibit Pages

026398P001-1435A-598
COFFEE AND
5024 WESTBANK EXPY
MARRERO LA 70072

011826P001-1435A-598
COFFEE RANI
234 A LEE LN
COVINGTON LA 70433

015579P001-1435A-598
COFFEE RANI
3517 HIGHWAY 190
MANDEVILLE LA 70471

040999P001-1435A-598
COGNIA INC
PO BOX 746805
ALANTA GA 30374-6805

041000P001-1435A-598
COGNIA, INC
9115 WESTSIDE PKWY
ALPHARETTA GA 30009

020827P001-1435A-598
COGSWELL CREATIONS INC
PO BOX 771562
LAKEWOOD OH 44107

022505P001-1435A-598
COHEN DERMATOPATHOLOGY
PO BOX 414913
BOSTON MA 02241

030981P001-1435A-598
COLDWELL BANKER TEC, REALTORS
MARK INMAN
ADDRESS INTENTIONALLY OMITTED

011969P001-1435A-598
COLE'S RENTAL WORLD
2200 N CAUSEWAY BLVD
MANDEVILLE LA 70471

015582P001-1435A-598
COLE'S RENTAL WORLD
2150 NORTH HWY 190
COVINGTON LA 70433

015580P001-1435A-598
COLEMAN E ADLER AND SONS
LAKESIDE SHOPPING CENTER
3301 VETERANS HWY STE 20
METAIRIE LA 70002

015581P001-1435A-598
COLES PLUMBING AND MECH CONTRACTORS, INC
310 PALERMO DR
SLIDELL LA 70458

020828P001-1435A-598
COLLEGE ADMISSIONS TESTING
PO BOX 540850
OMAHA NE 68145

018390P001-1435A-598
COLLEGE BOARD
PO BOX 30171
NEW YORK NY 10087-0171

009758P001-1435A-598
COLLEGE ENTRANCE EXAMINATION BOARD
PSAT/NMSQT
12192 COLLECTION CTR DR
CHICAGO IL 60693

011970P001-1435A-598
COLLEGE ENTRANCE EXAMINATION BOARD
12192 COLLECTIONS CTR DR
CHICAGO IL 60693

009759P001-1435A-598
COLLEGE GUIDANCE CONSULTANTS
8417 KING ARTHUR'S CT
MONTGOMERY TX 77316

009760P001-1435A-598
COLLEGE OF EDUCATION
CENTER ON TEACHING AND LEARNING
5292 UNIVERSITY OF OREGON
EUGENE OR 97403-5292

019630P001-1435A-598
COLLEGEBOARD AP
PO BOX 6671
PRINCETON NJ 08541-6671

010183P002-1435A-598
COLLEGIATE DIRECTORIES INC
1517 CHESTERLAND AVE
LAKEWOOD OH 44107-4823

000853P001-1435A-598
COLLEGIATE PARENT LLC
3180 STERLING CIR WEST
STE 200
BOULDER CO 80301

022506P001-1435A-598
COLLINS ORTHOPAEDICS
1625 WOLF CIR
LAKE CHARLES LA 70605

022507P001-1435A-598
COLLINS PEDIATRICS
2017 METAIRIE RD
METAIRIE LA 70005

041613P002-1435A-598
COLLINS VISUAL COMMUNICATIONS INC
DBA FASTSIGNS
653 WOODBURN LOOP
COVINGTON LA 70433

009761P001-1435A-598
COLONIAL BOWLING CENTER
6601 JEFFERSON HIGHWAY
HARAHAN LA 70123

009762P001-1435A-598
COLONIAL COUNTRY CLUB
42 COLONIAL CLUB DR
HARAHAN LA 70123

041001P001-1435A-598
COLONIAL LIFE
PO BOX 903
COLUMBIA SC 29202

022509P001-1435A-598
COLORADO IMAGING ASSOCIATES P
PO BOX 223897
PITTSBURGH PA 15251

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 421 of 1525
US First Class Mail
Exhibit Pages

010184P001-1435A-598
COLUMBIA SCHOLASTIC PRESS ASSOC
90 MORNINGSIDE DR
STE B01
NEW YORK NY 10027-6902

015583P001-1435A-598
COLUMBIA STREET SEAFOOD
1123 N COLUMBIA ST
COVINGTON LA 70433

011971P001-1435A-598
COLUMBIA STREET TAP ROOM
434 COLUMBIA
COVINGTON LA 70433

022510P001-1435A-598
COLUMBUS RADIOLOGY LLC
PO BOX 936370
ATLANTA GA 31193

041002P001-1435A-598
COMCAST BUSINESS
PO BOX 70219
PHILADELPHIA PA 19176

041003P001-1435A-598
COMCAST BUSINESS
2605 CIR PKWY
ATLANTA GA 30339

041004P001-1435A-598
COMCAST BUSINESS
2925 COURTYARDS DR
NORCROSS GA 30071

020829P001-1435A-598
COMCAST CABLE
PO BOX 105184
ATLANTA GA 30348-5184

035007S001-1435A-598
COMCOR INC
VALERIE BAKER
5465 MARK DABLING BLVD # 100
COLORADO SPRINGS CO 80918-3865

036080S001-1435A-598
COMCOR INC
KEVIN BISHOP
5465 MARK DABLING BLVD # 100
COLORADO SPRINGS CO 80918-3865

013514P001-1435A-598
COME BACK INN
8016 W METAIRIE AVE
METAIRIE LA 70003

015584P001-1435A-598
COMEAUX HIGH SCHOOL
100 WEST BLUEBIRD DR
LAFAYETTE LA 70508

015585P001-1435A-598
COMFORT INN
479 GORDONSVILLE HWY
GORDONSVILLE TN 38563

010185P001-1435A-598
COMFORT INN AND SUITES
7051 BULLARD AVE
NEW ORLEANS LA 70128

020830P001-1435A-598
COMFORT INN AND SUITES
2300 NE EVANGELINE THRU WAY
LAFAYETTE LA 70501

026674P001-1435A-598
COMFORT INN AND SUITES
2601 SEVERN AVE BLDG A
METAIRIE LA 70002

022511P001-1435A-598
COMFORT MEDICAL LLC
4240 NW 120TH AVE
CORAL SPRINGS FL 33065

000861P001-1435A-598
COMFORT SPECIALISTS A/C AND HEATING
2717 MIDDEN DR
MARRERO LA 70072

015586P001-1435A-598
COMFORT SUITES
2880 NORTH WESTPORT DR
PORT ALLEN LA 70767

018391P001-1435A-598
COMFORT SUITES
2821 CABELA'S PKWY
GONZALES LA 70737

013515P001-1435A-598
COMFORT SUITES (NATCHITOCHES)
151 HAYES AVE
NATCHITOCHES LA 71457

013516P001-1435A-598
COMFORT SUITES (SULPHUR)
2505 HIGHWAY 108 SOUTH
SULPHUR LA 70665

037046S001-1435A-598
COMM CORRECTIONS
RON TAYLOR
PO BOX 40
CHESTERFIELD VA 23832-0903

020831P001-1435A-598
COMMERCIAL AND COIN LAUNDRY EQUIP CO IN
1626 TRADEWINDS DR
GULF BREEZE FL 32563

019631P001-1435A-598
COMMERCIAL AWARD PIN CO
56 BARNES ST
PAWTUCKET RI 02860

041614P001-1435A-598
COMMERCIAL BODY SHOP NEW ORLEANS
PO BOX 748247
ATLANTA GA 30374-8247

016933P001-1435A-598
COMMUNICAN
PO BOX 20243
WACO TX 76702

019632P001-1435A-598
COMMUNICATION CENTER
PO BOX 4458
SOUTH BEND IN 46634

Case 20-10846 Doc 4235-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 422
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 422 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020832P001-1435A-598<br>COMMUNICATION CENTER<br>4315 RALPH JONES CT<br>SOUTH BEND IN 46628 | 000862P001-1435A-598<br>COMMUNICATIONS CENTER<br>4315 RALPH JONES CT<br>SOUTH BEND IN 46628 | 009763P001-1435A-598<br>COMMUNICATIONS CENTER<br>PO BOX 4458<br>SOUTH BEND IN 46634 | 029863P001-1435A-598<br>COMMUNITY BRANDS HOLDCO LLC<br>9620 EXECUTIVE CTR DR N #200<br>ST. PETERSBURG FL 33702 |
| 015587P001-1435A-598<br>COMMUNITY COFFEE<br>PO BOX 60141<br>NEW ORLEANS LA 70160 | 013517P001-1435A-598<br>COMMUNITY COFFEE COMPANY, LLC<br>PO BOX 679510<br>DALLAS TX 75267-9510 | 022512P001-1435A-598<br>COMMUNITYMED PLLC<br>3591 MCKINNEY ST STE 400A<br>MELISSA TX 75454 | 022513P001-1435A-598<br>COMPASS POINT EMERG PHYS PLLC<br>PO BOX 99099<br>LAS VEGAS NV 89193 |
| 026572P002-1435A-598<br>COMPASSION THAT COMPELS<br>3433 HWY 190<br>MANDEVILLE LA 70471-3101 | 009409P001-1435A-598<br>COMPASSLEARNING INC<br>PO BOX 731714<br>DALLAS TX 75373 | 009322P001-1435A-598<br>COMPERE LAPIN<br>KYLE STEINMETZ<br>535 TCHOUPITOULAS ST<br>NEW ORLEANS LA 70130 | 022514P001-1435A-598<br>COMPLETE FAMILY CARE LLC<br>1004 PROGRESS DR STE 200<br>LANSING KS 66043 |
| 020833P001-1435A-598<br>COMPLETE SPORTS PRODUCTIONS<br>6509 TIMBERS DR<br>MOBILE AL 36695 | 015588P001-1435A-598<br>COMPLETE TABLET SOLUTIONS<br>6700 E PACIFIC COAST HWY STE 201<br>LONG BEACH CA 90803 | 018392P001-1435A-598<br>COMPONENT FABRICATORS, INC<br>5901 MIDDLEBROOK PIKE<br>KNOXVILLE TN 37909 | 015589P001-1435A-598<br>COMPOUND SPORTSWEAR LLC<br>912 DAILEY MILL RD<br>MCDONOUGH GA 30253 |
| 041615P001-1435A-598<br>COMPREHENSIVE MOBILE CARE INC<br>21175 N 9TH PL<br>STE 100<br>PHOENIX AZ 85024 | 022515P001-1435A-598<br>COMPREHENSIVE RADIOLOGY SERVIC<br>DEPT 05151<br>PO BOX 3488<br>TUPELO MS 38803 | 015590P001-1435A-598<br>COMPREHENSIVE TECHNICAL GROUP<br>2715 MARIETTA ST<br>KENNER LA 70062 | 026081P001-1435A-598<br>COMPUCASE<br>66660 RIVERSIDE DR<br>STE 100<br>METAIRIE LA 70003 |
| 026138P001-1435A-598<br>COMPUCAST<br>6660 RIVERSIDE DR STE 100<br>METAIRIE LA 70003 | 041005P001-1435A-598<br>COMPUCAST WEB, INC<br>PO BOX 73148<br>METAIRIE LA 70033 | 019633P001-1435A-598<br>COMPUGEN FINANCE INC<br>100 VIA RENZO DR<br>RICHMOND HILL ON L4S OB8<br>CANADA | 026399P001-1435A-598<br>COMPUHIGH<br>125 LAKE VISTA DR<br>CHAPIN SC 29036 |
| 019634P001-1435A-598<br>COMPUSTITCH DESIGNS<br>5360 VIRGILIA DR<br>TROY MI 48098 | 041006P001-1435A-598<br>COMPUTER CONSULTING SUPPORT<br>3500 N CAUSEWAY BLVD<br>STE 160<br>METAIRIE LA 70002 | 000863P001-1435A-598<br>COMPUTER DEPT INC<br>510 EAST ALLEN<br>SPRINGFIELD IL 62703 | 019635P001-1435A-598<br>COMPUTER FUN<br>5413 EARLINGTON PKWY<br>DUBLIN OH 43017 |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 11:00:05 in PDF Exhibit A Page 423
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 423 of 1525
US First Class Mail
Exhibit Pages

020834P001-1435A-598
COMPUTER SECURITY PRODUCTS INC
PO BOX 7549
NASHUA NH 03060

020835P001-1435A-598
COMPUTER SUPPORT ASSOCIATES
4713 TRENTON ST
METAIRIE LA 70006

020796P001-1435A-598
COMPUTERCC
3439 KABEL DR
STE 12
NEW ORLEANS LA 70131

016934P001-1435A-598
COMPUTERIZED ASSESSMENTS AND LEARNING
1202 EAST 23RD ST
STE D
LAWRENCE KS 66046

026400P001-1435A-598
COMPUVEST CORP
3600 LIND AVE SW STE 130
RENTON WA 98057

010186P001-1435A-598
CON GLOBAL INDUSTRIES
10090 ALMONASTER AVE
NEW ORLEANS LA 70127

016935P001-1435A-598
CONCOURSE TEAM EXPRESS LLC
5750 NORTHWEST PKWY STE 100
SAN ANTONIO TX 78249

009415P001-1435A-598
CONCRETE BUSTERS OF LOUISIANA INC
PO BOX 9416
6101 RIVER RD
BRIDGE CITY LA 70096

010187P001-1435A-598
CONDE SYSTEMS
5600 COMMERCE BLVD E
MOBILE AL 36619

000316P001-1435A-598
CONDUENT IMAGE SOLUTIONS
PO BOX 236
FLORA MS 39071

000864P001-1435A-598
CONDUENT IMAGE SOLUTIONS INC
CONDUENT BUSINESS SVC LLC
PO BOX 201322
DALLAS TX 75320-1322

000865P001-1435A-598
CONFERENCE FOR CATHOLIC FACILITY MANAGEMENT
20 ARCHBISHOP MAY DR
ST LOUIS MI 63119

000866P001-1435A-598
CONFERENCE OF CHANCERY AND TRIBUNAL OFFICIALS
ARCHDIOCESE OF MOBILE
400 GOVERNMENT ST
MOBIL AL 36602

031542P001-1435A-598
CONGREGATION OF HOLY CROSS
PO BOX 1064
NOTRE DAME IN 46556-0541

000867P001-1435A-598
CONGREGATION OF ST JOSEPH
SR JANET FRANKLIN CSJ
1817 FALSE RIVER DR
NEW ROADS LA 70760

000868P001-1435A-598
CONGREGATION OF THE HOLY SPIRIT
6230 BRUSH RUN RD
BETHEL PARK PA 15102-2217

000332P001-1435A-598
CONGREGATION OF THE MISSION
VIJOY BHAVAN  BRAHMAPUR 10
GANJAM DT ODISHA  760010
BRAHMAPUR

000869P001-1435A-598
CONGREGATION OF THE MISSION
13663 RIDER TRL NORTH
EARTH CITY MO 63045-1512

009764P001-1435A-598
CONGREGATION OF THE MISSION
812 CONSTANTINOPLE
NEW ORLEANS LA 70115

000870P001-1435A-598
CONGREGATION OF THE MOST HOLY REDEEMER
490 STATE ST
PERTH AMBOY NJ 08861

022516P001-1435A-598
CONNECTICUT HEALTH CARE GROUP
300 HEBRON AVE STE 113
GLASTONBURY CT 06033

020797P001-1435A-598
CONNIES GRILL
1462 LA 44
RESERVE LA 70084

020798P001-1435A-598
CONNIES IMPRESSIONS INC
3042 HWY 190 WEST
HAMMOND LA 70401

019636P001-1435A-598
CONQUEST SPORTS
12430 N LAKE CARMEL DR
NEW ORLEANS LA 70128

000873P001-1435A-598
CONRAD SCHMITT STUDIOS INC
2405 S 162ND ST
NEW BERLIN WI 53151

020836P001-1435A-598
CONSECO FINANCE VENDOR SVC
P O BOX 39345
EDINA MN 55439

009765P001-1435A-598
CONSECO'S ESPLANADE MARKET
3135 ESPLANADE AVE
NEW ORLEANS LA 70119

041008P001-1435A-598
CONSECRATED WOMEN, INC
951 PEACHTREE PKWY
CUMMING GA 30041

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

015591P001-1435A-598
CONSOLIDATED BALANCING SERVICES, INC
500 WESPLANADE AVE
STE 270
METAIRIE LA 70006

000874P001-1435A-598
CONSOLIDATED BALANCING SVC INC
5000 W ESPLANADE AVE
STE 270
METAIRIE LA 70006

041616P001-1435A-598
CONSOLIDATED WATERWORKS DISTRICT NO 1
PO BOX 630
HOUMA LA 70363

041009P001-1435A-598
CONSTABLE FIFTH JUSTICE OF THE PEACE
1221 ELMWOOD PK BLVD
#602
JEFFERSON LA 70123

041010P001-1435A-598
CONSTABLE FIRST CITY COURT
421 LOYOLA AVE
RM 208
NEW ORLEANS LA 70112

000875P001-1435A-598
CONSTABLE FIRST CITY COURT OF THE
CITY OF NEW ORLEANS
421 LOYOLA AVE
NEW ORLEANS LA 70112

009766P001-1435A-598
CONSTABLE OF FIRST CITY COURT
421 LOYOLA AVE
RM 201
NEW ORLEANS LA 70112

000876P001-1435A-598
CONSTANT CONTACT INC
ACCOUNTS RECEIVABLE
1601 TRAPELO RD
WALTHAM MA 02451

000877P001-1435A-598
CONSTANT CONTACT INC
1601 TRAPELO RD
WALTHAM MA 02451

031590P001-1435A-598
CONSTANT LEGAL GROUP
RYAN CAVANAUGH
737 BOLIVAR RD STE 440
CLEVELAND OH 44115

000879P001-1435A-598
CONSULT EVALUATE ACHIEVE LLC
2720 WHITNEY L 511
METAIRIE LA 70002

009188P001-1435A-598
CONSULTANTS IN EDUCATION INC
1309 CARNATION AVE
METAIRIE LA 70001

041011P001-1435A-598
CONSUMER CELLULAR
PO BOX 650680
GRETNA LA 75265-0680

015592P001-1435A-598
CONSUMER REPORTS
PO BOX 2073
HARLAN IA 51593-0272

010188P001-1435A-598
CONT DRAMA/MERIWETHER
PO BOX 4267
ENGLEWOOD CO 80155-4267

010189P001-1435A-598
CONTAINER STORECOM
1455 LAKE WOODLANDS DR
THE WOODLANDS TX 07738

019637P001-1435A-598
CONTEMPORARY ARTS CENTER
EDUCATION DEPT
900 CAMP STREET
NEW ORLEANS LA 70461

019638P001-1435A-598
CONTEMPORARY DRAMA SVC
PO BOX 7710
COLORADO SPRINGS CO 80933-7710

009767P001-1435A-598
CONTEMPORARY ART CENTER
900 CAMP ST
NEW ORLEANS LA 70130

020837P001-1435A-598
CONTEST OF CHAMPIONS
1553 BOREN DR
OCOEE FL 34761

010190P001-1435A-598
CONTINENTAL AIRLINES
200 CROFTON RD
KENNER LA 70062

020838P001-1435A-598
CONTINENTAL BOOK CO INC
ACCOUNTING DEPT
625 EAST 70TH AVE 5
DENVER CO 80229

009314P001-1435A-598
CONTINENTAL PRESS INC
520 EAST BAINBRIDGE ST
ELIZABETHTOWN PA 17022-2299

013518P001-1435A-598
CONTROLSCAN, INC
FIFTH THIRD WHOLESALE LOCKBOX 639378
CINCINNATI OH 45263-9378

022517P001-1435A-598
CONVENIENT CARE DBA LAKE AFTER
10319 JEFFERSON HWY
BATON ROUGE LA 70809

009253P001-1435A-598
CONVENTION PLANT DESIGNS INC
3100 RIDGELAKE DR
STE 107
METAIRIE LA 70002

041012P001-1435A-598
CONVERGED CLOUD
2550 CRAWFORD AVE
STE 6
EVANSTON IL 60201

022518P001-1435A-598
CONWAY ANESTHESIOLOGY CONSULTA
2425 PRINCE ST STE 4
CONWAY AR 72034

424

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 4425
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 425 of 1525
US First Class Mail
Exhibit Pages

000880P001-1435A-598
CONWAY FAMILY DENTAL
550 CHESTNUT ST
CONWAY AR 72032

022519P001-1435A-598
CONWAY ORTHOPAEDIC AND
550 CLUB LN
CONWAY AR 72034

000881P001-1435A-598
CONWAY REGIONAL HEALTH SYSTEM
PO BOX 10610
CONWAY AR 72034

022520P001-1435A-598
CONWAY REGIONAL MED CTR
PO BOX 10610
CONWAY AR 72034

022521P001-1435A-598
CONWAY REGIONAL MEDICAL CENTER
PO BOX 10610
CONWAY AR 72034

015593P001-1435A-598
COOGAN AND COOGAN, INC
1590 W CAUSEWAY APPROACH
STE 1
MANDEVILLE LA 70471

000883P001-1435A-598
COOK MOORE DAVENPORT AND ASSOCIATES
11616 SOUTHFORK AVE
STE 404
BATON ROUGE LA 70816

010191P001-1435A-598
COOKIE BOUQUET
7970 JEFFERSON HWY STE D
BATON ROUGE LA 70809

010192P001-1435A-598
COOKIES BY DESIGN
3535 SEVERN AVE #5
METAIRIE LA 70002

020839P001-1435A-598
COOL CONCEPTS
3327 W AIRLINE HWY
RESERVE LA 70084

015594P001-1435A-598
COOL VUE ALUMINUM, INC
2624 DELAWARE AVE
KENNER LA 70062

016936P002-1435A-598
COOL-RITE
PO BOX 19722
NEW ORLEANS LA 70179-0722

010193P001-1435A-598
COOL-RITE COOLER CO
3316 CONTI ST
NEW ORLEANS LA 70119

022522P001-1435A-598
COOLIDGE EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

034587S001-1435A-598
COOS COUNTY CORRECTIONS DEPT
BEN CHAMPAGNE
PO BOX 10
W STEWARTSTOWN NH 03597-0010

034597S001-1435A-598
COOS COUNTY CORRECTIONS DEPT
GERALD MARCOU
PO BOX 10
W STEWARTSTOWN NH 03597-0010

013519P001-1435A-598
COP A DONUT
23321 W ESPLANADE AVE
KENNER LA 70065

018393P001-1435A-598
COPELAND TOWER
2601 SEVERN AVE
METAIRIE LA 70002

013520P001-1435A-598
COPELAND TOWER SUITES AND CONFERENCE CENTER
2601 SEVERN AVE
METAIRIE LA 70002

010194P001-1435A-598
COPELAND'S OF NEW ORLEANS
1319 W ESPLANADE AVE
KENNER LA 70065

009293P001-1435A-598
COPIER SVC OF NEW ORLEANS
4232 WILLIAMS BLVD # 112
KENNER LA 70065-2271

019639P001-1435A-598
COPPER MILL GOLF CLUB
2100 COPPER MILL BLVD
ZACHARY LA 70791

015595P001-1435A-598
COPPERFISH AQUATICS, LLC
PO BOX 15994
BATON ROUGE LA 70895

011972P001-1435A-598
COQUILLE PARKS AND RECREATION
13505 HWY 1085
COVINGTON LA 70433

026573P001-1435A-598
COQUILLE PARKS AND RECREATION
13505 LA-1085
COVINGTON LA 70433

000885P001-1435A-598
COR EXPEDITIONS
306 MAIN ST
LANDER WY 82520

000057P004-1435S-598
CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

018394P001-1435A-598
CORASS ELECTRICAL SVC
PO BOX 73729
METAIRIE LA 70033

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in Dec 4t Affidavit 426
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 426 of 1525
US First Class Mail
Exhibit Pages

020840P001-1435A-598
CORD COMMUNICATIONS
PO BOX 21206
601 LAKE AIR DR
WACO TX 76702-1206

026312P001-1435A-598
CORKYS BBQ
4243 VETERANS MEMORIAL BLVD
METAIRIE LA 70006

022523P001-1435A-598
CORMART SVC LLC
STE 100 2700 LAKE VILLA DR
METAIRIE LA 70002

018395P001-1435A-598
CORNER CAFE, INC
3316 GREEN ACRES RD
METAIRIE LA 70003

020841P001-1435A-598
CORNERSTONE CAFE
50 DOMINICAN DR
LAPLACE LA 70068

010195P002-1435A-598
CORNERSTONE JEWELRY
2522 S CAMPBELL AVE
SPRINGFIELD MO 65807-3502

013521P001-1435A-598
CORNET
700 BOURBON ST
NEW ORLEANS LA 70116

000886P001-1435A-598
CORPORATE LIGHTING AND AUDIO
5207 RIVER RD
HARAHAN LA 70123

009768P001-1435A-598
CORPORATE LIGHTING AND AUDIO
PO BOX 55793
METAIRIE LA 70055

020842P001-1435A-598
CORPORATE LIGHTING AND AUDIO VISUAL
CORPORATE LIGHTING AND AUDIO VIS
P O BOX 55793
METAIRIE LA 70055

013522P001-1435A-598
CORPORATE MARKETING INC
PO BOX 23762
HARAHAN LA 70183

020843P001-1435A-598
CORPORATE OUTFITTERS
4308 FIRESTONE RD
METAIRIE LA 70001

009769P001-1435A-598
CORPORATE OUTFITTERS INC
5717 CRAWFORD ST
NEW ORLEANS LA 70123

030977P001-1435A-598
CORPORATE REALTY, INC
MIKE SIEGEL
ADDRESS INTENTIONALLY OMITTED

030982P001-1435A-598
CORPORATE REALTY, INC
HAYDEN WREN
ADDRESS INTENTIONALLY OMITTED

031071P001-1435A-598
CORPUS CHRISTI EPIPHANY
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

000887P001-1435A-598
CORPUS CHRISTI EPIPHANY CHURCH
2022 ST BERNARD AVE
NEW ORLEANS LA 70116-1388

000888P001-1435A-598
CORRECT DOOR
2 SUSSEX ST
KENNER LA 70062

033736S001-1435A-598
CORRECTIONS & REHABILITATION
MARCIA LUCKETT
PO BOX 1898
BISMARCK ND 58502-1898

034208S001-1435A-598
CORRECTIONS & REHABILITATION
SCOTT KOPP
PO BOX 1898
BISMARCK ND 58502-1898

036975S001-1435A-598
CORRECTIONS & REHABILITATION
CANDACE RITTENBACH
PO BOX 1898
BISMARCK ND 58502-1898

035712S001-1435A-598
CORRECTIONS DEPARTMENT
SHELLY GRAF
PO BOX 236
JEFFERSON CITY MO 65102-0236

035722S001-1435A-598
CORRECTIONS DEPARTMENT
ANGELA MILLER
PO BOX 236
JEFFERSON CITY MO 65102-0236

035814S001-1435A-598
CORRECTIONS DEPARTMENT
TIM COLEMAN
PO BOX 236
JEFFERSON CITY MO 65102-0236

035815S001-1435A-598
CORRECTIONS DEPARTMENT
TONYA WOOD
PO BOX 236
JEFFERSON CITY MO 65102-0236

035952S001-1435A-598
CORRECTIONS DEPARTMENT
MARTY BIRD
PO BOX 236
JEFFERSON CITY MO 65102-0236

035996S001-1435A-598
CORRECTIONS DEPARTMENT
SAMANTHA RUSTEMEYER
PO BOX 236
JEFFERSON CITY MO 65102-0236

036172S001-1435A-598
CORRECTIONS DEPARTMENT
DONALD JONES
PO BOX 236
JEFFERSON CITY MO 65102-0236

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 427 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

036958S001-1435A-598
CORRECTIONS DEPARTMENT
DAVID TERRY
PO BOX 236
JEFFERSON CITY MO 65102-0236

035767S001-1435A-598
CORRECTIONS DEPT
JUSTO RODRIGUEZ
PO BOX 9106
CONCORD MA 01742-9106

041617P001-1435A-598
CORVUS OF NEW ORLEANS LLC
23550 CTR RIDGE RD
STE 104
WESTLAKE OH 44145

041013P001-1435A-598
CORVUS OF NEW ORLEANS, LLC
2332 SEVERN AVE STE 200
METAIRIE LA 70001

022524P001-1435A-598
CORWIN A THOMAS FACC FASNC FS
600 JEFFERSON ST STE 301
LAFAYETTE LA 70501

022526P001-1435A-598
CORY L CASHMAN MD OF
STE S340 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

009280P001-1435A-598
CORY TUCKER AND LARROWE INC
3850 N CAUSEWAY BLVD
STE 1360
METAIRIE LA 70009-6646

010196P001-1435A-598
COST PLUS WORLD MARKET
1617 WESTBANK EXPY
HARVEY LA 70058

000891P001-1435A-598
COSTCO MEMBERSHIP
PO BOX 34783
SEATTLE WA 98124-1783

041618P001-1435A-598
COSTCO WHOLESALE CORP
PO BOX 34783
SEATTLE WA 98124-1783

010197P001-1435A-598
COSTUME CRAZE
13086 FOXWOOD DR NE
SPARTA MI 49345

020844P001-1435A-598
COSTUMES BY PATTI JO
2339 FIFTH AVE
MOLINE IL 61265

015596P001-1435A-598
COSTUMES HOLIDAY HOUSE
3038 HAYES AVE
FREMONT OH 43420

013523P001-1435A-598
COTTAGE CATERING
1536 RIVER OAKS DR WEST
STE A
HARAHAN LA 70123

010198P001-1435A-598
COUBURN SUPPLY CO
139 PLANTATION RD
NEW ORLEANS LA 70123

029893P001-1435A-598
COUHIG PARTNERS LLC
THE DERBES LAW FIRM LLC
3027 RIDGELAKE DR
METAIRIE LA 70002

029893S001-1435A-598
COUHIG PARTNERS, LLC
ROBERT COUHIG
3250 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163

000162P001-1435S-598
COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
STE 3250
NEW ORLEANS LA 70163

009162P001-1435A-598
COUNCIL FOR EXCEPTIONAL CHILDREN
1110 NORTH GLEBE RD
STE 300
ARLINGTON VA 22201-5704

009770P001-1435A-598
COUNCIL OF CATHOLIC SCHOOL CO-OPERATIVE CLUBS
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009343P001-1435A-598
COUNCIL OF CATHOLIC SCHOOL COOPERATIVE CLUB
CINDY WOODERSON
7045 ARGONNE BLVD
NEW ORLEANS LA 70124

022527P001-1435A-598
COUNSYL
180 KIMBALL WAY SOUTH
SAN FRANC CA 94080

015597P001-1435A-598
COUNTDOWN KICKOFF CLOCK
PO BOX 148
PORTSMOUTH OH 45662

000892P001-1435A-598
COUNTER TOP FACTORY
PO BOX 1336
KENNER LA 70063

015598P001-1435A-598
COUNTRY ACRES
25022 LOREN LADNER RD
KILN MS 39556-6234

019640P001-1435A-598
COUNTRY CRUISE AND TRAVEL INC
851 ROBERT BLVD
SLIDELL LA 70458

009771P001-1435A-598
COUNTRY DAY
300 PARK RD
METAIRIE LA 70005

011973P001-1435A-598
COUNTRY DAY
JULIE IBIETA
300 PK RD
METAIRIE LA 70005

Case 20-10846 Doc 4335-6 Filed 09/09/25 Entered 09/09/25 14:00:75 in. Ant Affidavit A4e 428
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 428 of 1525
US First Class Mail
Exhibit Pages

018396P001-1435A-598
COUNTRY DAY
300 PK RD
METAIRIE LA 70005

013524P001-1435A-598
COUNTRY DAY GIRLS BASKETBALL
METAIRIE PARK COUNTRY DAY
LANIE GRIFFIN
300 PK RD
METAIRIE LA 70005

026470P001-1435A-598
COUNTRY DAY HIGH SCHOOL
300 PARK RD
METAIRIE LA 70005

009772P001-1435A-598
COUNTRY DAY SCHOOL
BRENDAN MINIHAN JR
300 PARK RD
METAIRIE LA 70005

015599P001-1435A-598
COUNTRY DAY SCHOOL
300 PK RD
METAIRIE LA 70005

019641P001-1435A-598
COUNTRY DAY SCHOOL
METAIRIE PARK COUNTRY DAY SCHOOL
MIKE MCGUIRE
300 PARK ROAD
METAIRIE LA 70005

013525P001-1435A-598
COUNTRY DAY VOLLEYBALL
JULIE IBIETA
300 PK RD
METAIRIE LA 70005

011974P001-1435A-598
COUNTRY INN AND SUITES
2727 MONROE HWY 165
PINEVILLE LA 71360

015600P001-1435A-598
COUNTRY INN AND SUITES
2727 HWY 165
PINEVILLE LA 71360

018397P001-1435A-598
COUNTRY INNS AND SUITES
2727 MONROE HWY
PINEVILLE LA 71360

019642P001-1435A-598
COUNTRY TRAVEL INC
851 ROBERT BLVD
SLIDELL LA 70458

022528P001-1435A-598
COUNTRYSIDE DERMATOLOGY AND LA
2467 ENTERPRISE RD STE A
CLEARWATER FL 33763

000893P001-1435A-598
COUNTRYSIDE DERMATOLOGY AND LASER
2467 ENTERPRISE RD
STE A
CLEARWATER FL 33763-1724

019643P001-1435A-598
COURTESY DISCOUNT FURNITURE
7777 ST BERNARD HWY
ARABI LA 70032

026184P001-1435A-598
COURTYARD BATON ROUGE ACADIAN THRUWAY
LSU AREA
2421 S ACADIAN THRUWAY
BATON ROUGE LA 70808

010199P001-1435A-598
COURTYARD BY MARRIOTT
300 JULIA ST
NEW ORLEANS LA 70130

013527P001-1435A-598
COURTYARD BY MARRIOTT
214 EAST KALISTE SALOOM RD
LAFAYETTE LA 70508

026220P001-1435A-598
COURTYARD BY MARRIOTT
10400 FERNWOOD RD
BETHESDA MD 20817

026574P001-1435A-598
COURTYARD BY MARRIOTT
101 NORTHPARK BLVD
COVINGTON LA 70433

013528P001-1435A-598
COURTYARD BY MARRIOTT HOUMA
142 LIBRARY DR
HOUMA LA 70360

013529P001-1435A-598
COURTYARD BY MARRIOTT LAFAYETTE AIRPORT
214 E KALISTE SALOOM RD
LAFAYETTE LA 70508

011975P001-1435A-598
COURTYARD MARRIOTT
100 BOARDWALK BLVD
BOSSIER CITY LA 71111

010200P001-1435A-598
COUSIN'S CONCERT ATTIRE
360 FAIRFIELD AVE
STAMFORD CT 06902

015601P001-1435A-598
COUSINS PAINT AND DRY WALL
2541 CRESTRIDGE CIR
MARRERO LA 70072

015602P001-1435A-598
COUVER CORP
10821 SHOEMAKER AVE
SANTA FE SPRINGS CA 90670

020845P001-1435A-598
COVENANT CHRISTIAN ACADEMY
144 RUE DES AFFAIRES
HOUMA LA 70364

000895P001-1435A-598
COVENANT EYES INC
DBA CORP-EYES INC
PO BOX 637
OWOSSO MI 48867

022529P003-1435A-598
COVENANT HOME HEALTH L L C
3445 N CAUSEWAY BLVD STE 501
METAIRIE LA 70002-3723

428

Case 20-10846 Doc 4285-5 Filed 09/09/25 Entered 09/09/25 14:06:04 Exhibit A Page 429
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 429 of 1525
US First Class Mail
Exhibit Pages

---

022530P003-1435A-598
COVENANT HOME HEALTH LLC
3445 N CAUSEWAY BLVD STE 501
METAIRIE LA 70002-3723

010201P001-1435A-598
COVENANT HOUSE
611 N RAMPART ST
NEW ORLEANS LA 70112

019644P001-1435A-598
COVERMASTER INC
100 WESTMORE DR
# 11D
REXDALE ON M9V 5C3
CANADA

010202P001-1435A-598
COVERMASTERS
3909 WITMER RD
NIAGARA FALLS NY 14305

018398P001-1435A-598
COVEY RISE LODGE OF LOUISIANA
PO BOX 40
HUSSER LA 70442

022531P001-1435A-598
COVINGTON BEHAV HEALTH
201 GREENBRIER BLVD
COVINGTON LA 70433

015603P001-1435A-598
COVINGTON COUNTRY CLUB
200 COUNTRY CLUB DR
COVINGTON LA 70433

013530P001-1435A-598
COVINGTON FLOORING COMPANY, INC
PO BOX 19968
BIRMINGHAM AL 35219

010203P001-1435A-598
COVINGTON HIGH SCHOOL
73030 LIONS DR
COVINGTON LA 70433

011976P001-1435A-598
COVINGTON HIGH SCHOOL
73030 LION DR
COVINGTON LA 70433

015604P001-1435A-598
COVINGTON HIGH SCHOOL
BOYS BASKETBALL BOOSTER CLUB
73030 LIONS DR
COVINGTON LA 70433

015605P001-1435A-598
COVINGTON LIONS CLUB
PO BOX 605
COVINGTON LA 70434

011977P001-1435A-598
COVINGTON MONUMENT CO
2280 W 21ST AVE
COVINGTON LA 70433

015606P001-1435A-598
COVINGTON MONUMENT CO
2280 WESY 21ST AVE
COVINGTON LA 70433

020846P001-1435A-598
COVINGTON PATHWAYS
706 W 28TH AVE
COVINGTON LA 70433

022532P001-1435A-598
COVINGTON PHYSICAL THERAPY CEN
129 CORPORATE DR
COVINGTON LA 70433

011978P001-1435A-598
COVINGTON PRINTWORKS LLC
109 CRESTWOOD DR
COVINGTON LA 70433

000896P001-1435A-598
COVINGTON RETINA ASSOCIATES
1311 OCHSNER BLVD
COVINGTON LA 70433-8172

015607P001-1435A-598
COVINGTON WHOLESALE SIGNS
PO BOX 334
COVINGTON LA 70434

010204P001-1435A-598
COWBELL SHOP
127 WEST SERVICE RD
CHAMPLAIN NY 12919

010205P001-1435A-598
COWBOYS TOUR
1 AT&T WAY
ARLINGTON TX 76011

010206P001-1435A-598
COWEN INSTITUTE
1555 POYDRAS ST #700
NEW ORLEANS LA 70112

000897P001-1435A-598
COWLEY DENTAL CARE LLC
3237 METAIRIE RD
METAIRIE LA 70001

000322P001-1435A-598
COX BUSINESS
PO BOX 919292
DALLAS TX 75391-9292

000322S001-1435A-598
COX BUSINESS
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA GA 30328

000898P001-1435A-598
COX BUSINESS
PO BOX 919243
DALLAS TX 75391-9243

029797P001-1435A-598
COX BUSINESS
7401 FLORDIA BLVD
BATON ROUGE LA 70806

041014P001-1435A-598
COX BUSINESS
PO BOX 53249
PHOENIX AZ 85072

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041015P001-1435A-598
COX BUSINESS
2121 AIRLINE DR6 WEST
METAIRIE LA 70001

013531P001-1435A-598
COX BUSINESS - NEW ORLEANS
PO BOX 61027
NEW ORLEANS LA 70161-1027

041016P001-1435A-598
COX CABLE
PO BOX 9001080
LUOISVILLE KY 40290

000899P001-1435A-598
COX COMMUNICATIONS
PO BOX 9001080
LOUISVILLE KY 40290-1080

000899S001-1435A-598
COX COMMUNICATIONS
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA GA 30328

009473P001-1435A-598
COX COMMUNICATIONS
PO BOX 919292
DALLAS TX 75391-9292

009773P001-1435A-598
COX COMMUNICATIONS
PO BOX 61027
NEW ORLEANS LA 70161-1027

022533P001-1435A-598
COX MEDICAL CENTER BRANSON
PO BOX 2170
LOWELL AR 72745

034910S001-1435A-598
COXSACKIE CORRECTIONAL FCLTY
KELLEY SICLEY
PO BOX 999
COXSACKIE NY 12051-0999

035761S001-1435A-598
COXSACKIE CORRECTIONAL FCLTY
ANGE POMPEE-SYNSMIR
PO BOX 999
COXSACKIE NY 12051-0999

036322S001-1435A-598
COXSACKIE CORRECTIONAL FCLTY
RALPH LIPORACE
PO BOX 999
COXSACKIE NY 12051-0999

009147P001-1435A-598
CPI
10850 W PK PL
STE 600
MILWAUKEE WI 53224

011979P001-1435A-598
CPO
32656 COLLECTION CTR DR
CHICAGO IL 60693

019645P001-1435A-598
CPO SCIENCE
32656 COLLECTION CTR DR
CHICAGO IL 60693-0326

020847P001-1435A-598
CPP INC DAVIESBLACK PUBLISHING
PO BOX 49156
SAN JOSE CA 95161-9156

027069P001-1435A-598
CPR HEALTH AND SAFETY LLC
1050 S JEFFERSON DAVIS PKWY
NEW ORLEANS LA 70113

010207P001-1435A-598
CQ TRAFFIC CONTROL PRO
93 LAKES CREEK RD
BERSERKER NORTH ROCKHAMPTON
QUEENSLAND  QLD 4701
AUSTRALIA

010208P001-1435A-598
CRACKER BARREL
8001 PINNACLE PKWY
COVINGTON LA 70433

010209P001-1435A-598
CRAFT SUPPLIES FOR LESS
4073 W RIVERBEND AVE
POST FALLS ID 83854

022534P001-1435A-598
CRAIG M LANDWEHR MD AMPLLC
71380 HIGHWAY 21 STE 101
COVINGTON LA 70433

031006P001-1435A-598
CRAIG SCHAFFER
ADDRESS INTENTIONALLY OMITTED

022535P001-1435A-598
CRANE REHAB CENTER LLC
101 RIVER RD STE 112
JEFFERSON LA 70121

009774P001-1435A-598
CRANE TEMPLET LLC
1913 PETERS RD
HARVEY LA 70058

000902P001-1435A-598
CRASTO GLASS AND MIRROR CO INC
PO BOX 19143
NEW ORLEANS LA 70179

011980P001-1435A-598
CRAWFORD FIRE AND SAFETY INC
PO BOX 1086
SLIDELL LA 70459

009775P001-1435A-598
CRDU
PO BOX 4301
JACKSON MS 39296-4301

010210P001-1435A-598
CREATIVE CAKES
2309 MANHATTAN BLVD
HARVEY LA 70058

011981P001-1435A-598
CREATIVE COMMUNICATIONS FOR THE PARISH
PO BOX 291848
KETTERING OH 45429-0848

430

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 431
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 431 of 1525
US First Class Mail
Exhibit Pages

020848P001-1435A-598
CREATIVE COMMUNICATIONS FOR THE PARISH
1564 FENCORP DR
FENTON MO 63026

011982P001-1435A-598
CREATIVE COOKIES
3131 MEADOWLAKE DR E
SLIDELL LA 70461

019646P001-1435A-598
CREATIVE COOKIES
168 GAUSE BLVD
SLIDELL LA 70460

009304P001-1435A-598
CREATIVE CRAFTS INC
455 ROSELAWN DR
BATON ROUGE LA 70806

018399P001-1435A-598
CREATIVE CRAFTS, INC
455 ROSELAWN AVE
BATON ROUGE LA 70806

027070P001-1435A-598
CREATIVE DANCE, LLC
716 BELLEMEADE BLVD
GRETNA LA 70056

015608P001-1435A-598
CREATIVE GARMENT PRINTING
9681 JEFFERSON HWY
STE 0339
BATON ROUGE LA 70809

000903P001-1435A-598
CREATIVE GRAPHICS
191 JAMES DR WEST
ST ROSE LA 70087

020849P001-1435A-598
CREATIVE GRAPHICS INC
191 JAMES DR WEST
ST. ROSE LA 70068

016937P001-1435A-598
CREATIVE GRAPHICS, INC
191 W JAMES DR
ST. ROSE LA 70087

000904P001-1435A-598
CREATIVE INTERNET LLC
PO BOX 6827
METAIRIE LA 70009

015609P001-1435A-598
CREATIVE NOTEBOOK SOLUTIONS LLC
1916 DEER LODGE DR
FORT WAYNE IN 46818

015610P001-1435A-598
CREATIVE TEES
3701 HWY 59
STE B
MANDEVILLE LA 70471

029634P001-1435A-598
CREATIVE TEES
371 HWY 59
STE B
MANDEVILLE LA 70471

018400P001-1435A-598
CREATIVE VIDEO PRODUCTIONS
8146 ONE CALAIS AVE
BATON ROUGE LA 70809

000905P001-1435A-598
CREATOR MUNDI INC
PO BOX 794
LITTLETON CO 80160

041017P001-1435A-598
CREDIT CARD CENTER
PO BOX 96601
CHAROLETTE NC 28296-0601

020850P001-1435A-598
CREOLE HOUSE CAFE
3409 LA HWY 3125
PAULINA LA 70763

041018P001-1435A-598
CRESCENT
236 HICKORY AVE
HARAHAN LA 70123

041019P001-1435A-598
CRESCENT
2450 SEVERN AVE
STE 300
METAIRIE LA 70001

015611P001-1435A-598
CRESCENT BAR
110 WEST THOMAS ST
HAMMOND LA 70401

019647P001-1435A-598
CRESCENT CITY  UMPIRES ASSOCIATION
3939 PEOPLES ST
METAIRIE LA 70002

018401P001-1435A-598
CRESCENT CITY ALL STAR CHEERLEADING
22 CHALSTROM DR
RIVER RIDGE LA 70123

009776P001-1435A-598
CRESCENT CITY BALLOONS
2536 APOLLO AVE
HARVEY LA 70058

013532P001-1435A-598
CRESCENT CITY BREWHOUSE INC
527 DECATUR ST
NEW ORLEANS LA 70130

011983P001-1435A-598
CRESCENT CITY COCA-COLA BOTTLING CO
5601 CITRUS BLVD
HARAHAN LA 70123

041020P001-1435A-598
CRESCENT CITY CONSULTING
501 BASIN ST
A
NEW ORLEANS LA 70112

031555P001-1435A-598
CRESCENT CITY CONVENT CORP
210 BARONNE ST
NEW ORLEANS LA 70112

Case 20-10846 Doc 4325-1 Filed 09/02/25 Entered 09/02/25 14:60:70 5th PD Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 432 of 1525
US First Class Mail
Exhibit Pages

000906P001-1435A-598
CRESCENT CITY ENDODONTICS LLC
250 OCHSNER BLVD
STE 200
GRETNA LA 70056

026313P001-1435A-598
CRESCENT CITY GRAPHICS
1500 EDWARDS AVE
STE Q
NEW ORLEANS LA 70123

022536P001-1435A-598
CRESCENT CITY HEADACHE AND NEU
PO BOX 12080
BELFAST ME 04915

000907P001-1435A-598
CRESCENT CITY LANDSCAPING INC
4105 CATHERINE AVE
METAIRIE LA 70001

000908P001-1435A-598
CRESCENT CITY ORTHOPEDICS
#9795R
PO BOX 14000
BELFAST ME 04915-4033

022537P001-1435A-598
CRESCENT CITY ORTHOPEDICS
PO BOX 9795
BELFAST ME 04915

000909P001-1435A-598
CRESCENT CITY OUTDOORS LLC
GINO BOOTH
4929 ALEXANDER DR
METAIRIE LA 70003

013533P001-1435A-598
CRESCENT CITY PHOTOBOOTH
3720 ARIZONA AVE
KENNER LA 70065

022538P001-1435A-598
CRESCENT CITY PHYSICIANS INC
3600 PRYTANIA ST STE 35
NEW ORLEANS LA 70115

022539P001-1435A-598
CRESCENT CITY PHYSICIANS INC
PO BOX 919168
DALLAS TX 75391

029980P001-1435A-598
CRESCENT CITY PHYSICIANS INC
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029980S001-1435A-598
CRESCENT CITY PHYSICIANS INC
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

000910P001-1435A-598
CRESCENT CITY SNEAKER BALL L3C
CRESCENT CITY SNEAKER BALL
2600 CLARA ST
NEW ORLEANS LA 70113

016938P001-1435A-598
CRESCENT CITY SPORTS
PO BOX 640394
KENNER LA 70064-0394

018402P001-1435A-598
CRESCENT CITY SPORTS ENTERPRISES LLC
4214 SAINT ELIZABETH DR
KENNER LA 70065

022540P001-1435A-598
CRESCENT CITY SURGICAL CENTRE
DEPT 2629
PO BOX 122629
DALLAS TX 75312

018403P001-1435A-598
CRESCENT CITY TIMING CORP
5012 GLENDALE ST
METAIRIE LA 70006

015612P001-1435A-598
CRESCENT CITY UMPIRES ASSOCIATION
SHANE RIGDON
3939 PEOPLES ST
METAIRIE LA 70002

016939P001-1435A-598
CRESCENT CITY UMPIRES ASSOCIATION
SHANE RIGDON
1012 RYAMOND ST
METAIRIE LA 70001

000911P001-1435A-598
CRESCENT COMMERCIAL CONSTRUCTION LL
614 CENTRAL AVE
JEFFERSON LA 70121

015613P001-1435A-598
CRESCENT COMMUNICATIONS CORP
2715 MARIETTA ST
KENNER LA 70062

026575P001-1435A-598
CRESCENT CROWN
5900 ALMONASTER AVE
NEW ORLEANS LA 70126

016940P001-1435A-598
CRESCENT CROWN DISTRIBUTING
5900 ALMONASTER AVE
NEW ORLEANS LA 70126

013534P001-1435A-598
CRESCENT DECAL SPECIALIST, INC
1407 CARROLL ST
KENNER LA 70062

000117P001-1435S-598
CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123

013535P001-1435A-598
CRESCENT FORD TRUCK
6121 JEFFERSON HIGHWAY
HARAHAN LA 70123

013536P001-1435A-598
CRESCENT HOUSE
1000 HOWARD AVE
NEW ORLEANS LA 70113

041021P001-1435A-598
CRESCENT PAYROLL
PO BOX 53247
NEW ORLEANS LA 70153

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 433 of 1525
US First Class Mail
Exhibit Pages

000913P001-1435A-598
CRESCENT PAYROLL SOLUTIONS
2225 N HULLEN ST
METAIRIE LA 70001

029798P001-1435A-598
CRESCENT PAYROLL SOLUTIONS
JUSTIN FARRAE
2225 N HULLEN ST
METARIE LA 70001

013537P001-1435A-598
CRESCENT SOUND AND LIGHT, INC
MICHAEL SMITH
25 VETERANS BLVD
KENNER LA 70062

000914P001-1435A-598
CRESCENT TRANSPORT INC
PO BOX 10681
NEW ORLEANS LA 70181-0681

018404P001-1435A-598
CRESCENT TRUCKS
6121 JEFFERSON HIGHWAY
HARAHAN LA 70123

026221P001-1435A-598
CRESENT CITY BAPTIST
4828 UTICA ST
METAIRIE LA 70006

041022P001-1435A-598
CRESENT CITY PAYROLL SOLUTIONS
2226 N HULLEN ST
METAIRIE LA 70001

020851P001-1435A-598
CREST VISUAL INC
P O BOX 210605
MONTGOMERY AL 36121-0215

022542P001-1435A-598
CRESTVIEW URGENT CARE INC
2400 S FERDON BLVD STE A
CRESTVIEW FL 32536

018405P001-1435A-598
CREWATIVE NOTREBOOKS
1916 DEER LODGE DR
FORT WAYNE IN 46818

019648P001-1435A-598
CRIMSON STONE INC
6510 KEENES MILL RD
COTTONDALE AL 35453

009169P001-1435A-598
CRISIS CONSULTANT COORDINATOR
117 COOLIDGE AVE
JEFFERSON LA 70121

000916P001-1435A-598
CRISIS PREGNANCY HELP CENTER OF SLIDELL
SPEAK HOPE
550 GAUSE BLVD #2
SLIDELL LA 70458

010211P001-1435A-598
CRISTINA ICE AND COLD STORAGE INC
711 OXLEY ST
KENNER LA 70062

020852P001-1435A-598
CRITICS CHOICE VIDEO
900N ROHLWING RD
ITASCA IL 60143

022543P001-1435A-598
CRL OF AMERICA LLC
6198 CYPRESS ST BLDG 4 WEST
MONROE LA 71291

020853P001-1435A-598
CROCKETTS AUTO REPAIR
1104 HWY 44
RESERVE LA 70084

009777P001-1435A-598
CROSS COUNTRY EDUCATION
PO BOX 200
BRENTWOOD TN 37024

020854P001-1435A-598
CROSS COUNTRY UNIVERSITY
P O BOX 305006
NASHVILLE TN 37230-5006

019649P001-1435A-598
CROSS GATES FAMILY FITNESS
200 N MILITARY RD
SLIDELL LA 70461

022544P001-1435A-598
CROSS GATES PHYSICAL THERAPY
2965 GAUSE BLVD E
SLIDELL LA 70461

022545P001-1435A-598
CROSS TIMBERS ENT
STE 301 400 W ARBROOK BLVD
ARLINGTON TX 76014

018406P001-1435A-598
CROSSFIT FULL BORE
3333 DIVISION ST
METAIRIE LA 70002

009374P001-1435A-598
CROWN AWARDS
9 SKYLINE DR STE 3
HAWTHORNE NY 10532-2146

010212P001-1435A-598
CROWN AWARDS
9 SKYLINE DR
HAWTHORNE NY 10532

041619P001-1435A-598
CROWN COFFEE INC
PO BOX 23445
HARAHAN LA 70183

000919P001-1435A-598
CROWN COFFEE SVC INC
PO BOX 23445
HARAHAN LA 70183

018407P001-1435A-598
CROWN DISPOSAL, LLC
4624 REICH ST
METAIRIE LA 70006

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 434
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 434 of 1525
US First Class Mail
Exhibit Pages

041620P001-1435A-598
CROWN EQUIPMENT CORP
DBA CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI OH 45264-1173

013538P001-1435A-598
CROWN HAULING AND DISPOSAL LLC
PO BOX 9242
BRIDGE CITY LA 70096

018408P001-1435A-598
CROWN HAULING LLC
PO BOX 9242
BRIDGE CITY LA 70096

010213P001-1435A-598
CROWN PLAZA
739 CANAL ST BOURBON ST
NEW ORLEANS LA 70130

013539P001-1435A-598
CROWN PLAZA EXECUTIVE CENTER BATON ROUGE
4728 CONSTITUTION AVE
BATON ROUGE LA 70808

018409P001-1435A-598
CROWN PLAZA NEW ORLEANS AIRPORT
2829 WILLIAMS BLVD
KENNER LA 70062

019650P001-1435A-598
CROWN SOLUTIONS LLC
23885 NETWORK PL
CHICAGO IL 60673-1238

020856P001-1435A-598
CROWN'S ADVENTURES AT SEA
2925 HWY 51
LAPLACE LA 70068

010214P001-1435A-598
CROWNE PLAZA
739 CANAL ST BOURBON ST
NEW ORLEANS LA 70130

016941P001-1435A-598
CROWNE PLAZA
PO BOX 4149
BATON ROUGE LA 70821

020855P001-1435A-598
CROWNE PLAZA LAFAYETTE
1801 W PINHOOK RD
LAFAYETTE LA 70508

013540P001-1435A-598
CROWNE PLAZA NEW ORLEANS AIRPORT
2829 WILLIAMS BLVD
KENNER LA 70062

015614P001-1435A-598
CRS RICE BOWL
PO BOX 17090
BALTIMORE MD 21297

026222P001-1435A-598
CRUCIALCOM
3475 E COMMERCIAL CT
MERIDIAN ID 83642

009166P001-1435A-598
CRYSTAL CLEAR IMAGING
1401 EDWARDS AVE
HARAHAN LA 70123

026471P001-1435A-598
CRYSTAL GATEWAY MARRIOTT
1700 RICHMOND HWY
ARLINGTON VA 22202

019651P001-1435A-598
CRYSTALS TITLE LLC
1071 ROBERT BLVD
STE 1
SLIDELL LA 70458

015615P001-1435A-598
CS K12
9990 NW 29TH ST
CORAL SPRINGS FL 33065

020857P001-1435A-598
CSBL
NEIL MCKENDALL
7326 DEVINE AVE
NEW ORLEANS LA 70127

010215P002-1435A-598
CSC WHOLESALE COSTUME
5915 S MOORLAND RD
NEW BERLIN WI 53151-7935

020858P001-1435A-598
CSG DISTRIBUTION
2128 GRAND CAILLOU RD
HOUMA LA 70363

011984P001-1435A-598
CSH OPERATIONS
428 E BOSTON ST
COVINGTON LA 70433

026223P001-1435A-598
CSK12 POWERED BY VSCHOOLZ
1999 N UNIVERSITY DR #204
CORAL SPRINGS FL 33071

000920P001-1435A-598
CT TRAINA INC
4414 FLAMINGO ST
METAIRIE LA 70001

010216P001-1435A-598
CTA INC
1625 LARKIN WILLIAMS RD
FENTON MO 63026

020859P001-1435A-598
CTA INC
P O BOX 1205
FENTON MO 63026-1205

009778P001-1435A-598
CTB/MCGRAW-HILL LLC
LOCKBOX 71545
CHICAGO IL 60694-1545

016942P001-1435A-598
CTB/MCGRAW-HILL LLC
PO BOX 2258
CAROL STREAM IL 60132-2258

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in Exhibit A Filed 435
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 435 of 1525
US First Class Mail
Exhibit Pages

010217P001-1435A-598
CTI CHRISTIAN BIBLE STUDIES
2409 OLD MIDDLEBURG RD
NORTH JACKSONVILLE FL 32210

011985P001-1435A-598
CTT LLC
PO BOX 1141
ABITA SPRINGS LA 70420

010218P001-1435A-598
CUCINA AND CO ROCK CENTER
ROCKEFELLER PLAZA
30 ROCKEFELLER CTR
NEW YORK NY 10020

022546P001-1435A-598
CUCINOTTAOCCHIPINTI MDS
4770 S I10 SVC RD W SE110
METAIRIE LA 70001

000921P001-1435A-598
CULICCHIA NEUROLOGICAL CLINIC
1111 MEDICAL CTR BLVD
STE S 750
MARRERO LA 70072

022547P001-1435A-598
CULICCHIA NEUROLOGICAL CLINIC
STE S750 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

022548P001-1435A-598
CULICCHIA NEUROLOGICAL CLINIC
STE S750 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

018410P002-1435A-598
CUMMINS, JOE ADVERTISING SPECIALTIES INC
PO BOX 8796
MANDEVILLE LA 70470-8796

022549P001-1435A-598
CUNNINGHAM PATHOLOGY LLC
PO BOX 281100
ATLANTA GA 30384

011986P001-1435A-598
CUPCAKE CONCEPT
611 BOSTON ST
COVINGTON LA 70433

000922P001-1435A-598
CURB A GARDEN
70 WEST 27TH ST
KENNER LA 70062

000923P001-1435A-598
CURRICULUM ASSOCIATES LLC
153 RANGEWAY RD
NORTH BILLERICA MA 01862-2013

009478P001-1435A-598
CURRICULUM ASSOCIATES LLC
PO BOX 936600
ATLANTA GA 31193

009755P001-1435A-598
CURRICULUM CAMP CONFERENCE
WILLIAM DOLL
9 BELLE GROVE DR
DESTREHAN LA 70047

020860P001-1435A-598
CURTIS CO
886 PLANTATION WAY
PO BOX 210215
MONTGOMERY AL 36121

000924P001-1435A-598
CURTIS ENVIRONMENTAL SVC INC
185 BELLE TERRE BLVD
STE D
LAPLACE LA 70068

020861P001-1435A-598
CUSTOM BRANDED SPORTSWEAR
PO BOX 413245
KANSAS CITY MO 64141

010219P001-1435A-598
CUSTOM HARD HATS
14 CENTRAL AVE
KENSINGTON MN 56343

011987P001-1435A-598
CUSTOM INK
ACCOUNTS RECEIVABLE
PO BOX 759439
BALTIMORE MD 21275

020862P001-1435A-598
CUSTOM INK
PO BOX 759439
BALTIMORE MD 21275-9439

010220P001-1435A-598
CUSTOM INKCOM
419 KING ST
ALEXANDRIA VA 22314

011988P001-1435A-598
CUSTOM JEWELRY BY BARATTINI
1421 N HWY 190
COVINGTON LA 70433

016943P001-1435A-598
CUSTOM LOCK AND KEY, INC
113 WESTBANK EXPWY
GRETNA LA 70053

010221P001-1435A-598
CUSTOM PINS
150 CLEARBROOK RD
SUITE 139 ELMSFORD NY 10523

010222P001-1435A-598
CUSTOMIZED GIRL
9416 2282 WESTBROOKE DR
COLUMBUS OH 43228

041023P001-1435A-598
CUT - N - EDGE
2450 SEVERN AVE
STE 300
METAIRIE LA 70001

041024P001-1435A-598
CUTTING EDGE TURF SOLUTIONS LLC
3813 ALEXANDER LN
MARRERO LA 70072

010223P001-1435A-598
CVS PHARMACY
3621 GENERAL DE GAULLE DR
NEW ORLEANS LA 70131

435

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 436
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 436 of 1525
US First Class Mail
Exhibit Pages

022550P001-1435A-598
CVS PHARMACY
83649 COLLECTION CTR D
CHICAGO IL 60693

026224P001-1435A-598
CVS PHARMACY
ONE CVS DRIVE
WOONSOCKET RI 02895

013541P001-1435A-598
CVS SYSTEMS, INC
1139 S BALDWIN AVE
MARION IN 46953

015616P001-1435A-598
CVS SYSTEMS, INC
1139 S BALDWIN AVE
MARION IN 46952

022551P001-1435A-598
CVT SURGICAL CENTER
STE 1008 7777 HENNESSY BLVD
BATON ROUGE LA 70808

022552P001-1435A-598
CVT VASCULAR LAB INC
STE 1008 7777 HENNESSY BLVD
BATON ROUGE LA 70808

009756P001-1435A-598
CYO
1007 AIRLINE PK BLVD
METAIRIE LA 70003

010224P001-1435A-598
CYO
2241 MENDEZ ST
NEW ORLEANS LA 70122

015617P001-1435A-598
CYO / YOUTH MINISTRY OFFICE
ARCHDIOCESE OF NEW ORLEANS
2241 MENDEZ ST
NEW ORLEANS LA 70112

010695P001-1435A-598
CYO PAYPAL
2241 MENDEZ ST
NEW ORLEANS LA 70122

018411P001-1435A-598
CYO YOUTH AND YOUNG ADULT MINISTRY
2241 MENDEZ ST
NEW ORLEANS LA 70122

019655P001-1435A-598
CYO YOUTH AND YOUNG ADULT MINISTRY
ARCHDIOCESE OF NEW ORLEANS
2241 MENDEZ ST
NEW ORLEANS LA 70122

013542P001-1435A-598
CYO YOUTH AND YOUNG ADULT MINISTRY OFFICE
2241 MENDEZ ST
NEW ORLEANS LA 70122

020863P001-1435A-598
CYO YOUTH AND YOUNG ADULT MINISTRY OFFICE
ARCHDIOCESE OF NEW ORLEANS
2241 MENENDEZ ST
NEW ORLEANS LA 70122

010227P001-1435A-598
CYO YOUTH MINISTRIES
2241 MENDEZ ST
NEW ORLEANS LA 70122

010225P001-1435A-598
CYO YOUTH MINISTRY
2241 MENDEZ ST
NEW ORLEANS LA 70122

010226P001-1435A-598
CYO YOUTH MINISTRY OFFICE
2241 MENDEZ ST
NEW ORLEANS LA 70122

015618P001-1435A-598
CYO YOUTH OFFICE - CAMP ABBEY RETREAT CENTER
77002 KC CAMP RD
COVINGTON LA 70435

011989P001-1435A-598
CYO/OFFICE OF YOUTH MINISTRY
2241 MENDEZ ST
NEW ORLEANS LA 70122

020864P001-1435A-598
CYPRESS LAKES COUNTRY CLUB
10 VILLERE DR
DESTREHAN LA 70047

022553P001-1435A-598
CYPRESS PEDIATRICS LLC
200 W ESPLANADE AVE
KENNER LA 70065

022554P001-1435A-598
CYPRESS PHYSICAL THERAPY LLC
STE B 607 BELLE TERRE BLVD
LA PLACE LA 70068

022555P001-1435A-598
CYPRESS PHYSICAL THERAPY LLC
607 BELLE TERRE BLVD
LA PLACE LA 70068

022556P001-1435A-598
CYPRESS POINTE SURGICAL HOSP
42570 S AIRPORT RD
HAMMOND LA 70403

041621P001-1435A-598
CYRACOM LLC
PO BOX 71025
CHICAGO IL 60694-1025

015619P001-1435A-598
CYSA
PO BOX 1983
COVINGTON LA 70434

020865P001-1435A-598
D AND A ASSOCIATES INC
P O BOX 15138
NEW ORLEANS LA 70175

015620P001-1435A-598
D AND A ASSOCIATES, INC
D AND A ASSOCIATES
404 SCOTCHPINE DR
MANDEVILLE LA 70471

Case 20-10846 Doc 4635-4 Filed 09/25/25 Entered 09/25/25 14:00:75 in PD Exan 4 Affidavit 437
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 437 of 1525
US First Class Mail
Exhibit Pages

013543P001-1435A-598
D AND J SPORTS
3060 B STEMMONS FWY
DALLAS TX 75247

020866P001-1435A-598
D AND N CONTRACTORS INC
133 BELLE TERRE BLVD
LA PLACE LA 70068

015621P001-1435A-598
D AND S DESIGNS
124 HANO RD
MADISONVILLE LA 70447

016944P001-1435A-598
D AND S MARKETING SYSTEMS, INC
1205 38TH ST
BROOKLYN NY 11218

009757P001-1435A-598
D AND T TILE AND TERRAZZO CO
75008 HORSE BRANCH RD
COVINGTON LA 70435

026401P001-1435A-598
D DAY LOT #74
945 MAGAZINE ST
NEW ORLEANS LA 70130

031591P001-1435A-598
D MILLER AND ASSOCIATES PLLC
ROCHELLE GUITON
2610 W SAM HOUSTON PKWY
HOUSTON TX 77042

022557P001-1435A-598
D R ANESTHESIA LLC
PO BOX 660257
BIRMINGHAM AL 35266

022558P001-1435A-598
D VANG DPM APMC
1010 W 21ST AVE
COVINGTON LA 70433

026314P001-1435A-598
D-DAY MUSEUM
945 MAGAZINE ST
NEW ORLEANS LA 70130

016945P001-1435A-598
D1 NORTHSHORE
1200 PINNACLE PKWY
COVINGTON LA 70433

000925P001-1435A-598
DA EXTERMINATING
4440 WABASH ST
METAIRIE LA 70001

009300P001-1435A-598
DA EXTERMINATING CO INC
4440 WABASH ST
METAIRIE LA 70001-1230

020867P001-1435A-598
DADDY'S HIDEOUT
PO BOX 95
RESERVE LA 70084

022560P001-1435A-598
DAIGLE HIMEL DAIGLE PHYSICAL T
808 BAYOU LN
THIBODAUX LA 70301

022561P001-1435A-598
DAIGLE HIMEL DIAGLE PHYSICAL T
808 BAYOU LN
THIBODAUX LA 70301

015622P001-1435A-598
DAIKIN APPLIED
24827 NETWORK PL
CHICAGO IL 60673

041025P001-1435A-598
DAIKIN APPLIED
13600 INDUSTRIAL PK BLVD
MINNEAPOLIS MN 55441

019652P001-1435A-598
DAIQUIRIS NOW
1761 GAUZE BLVD E
SLIDELL LA 70461

010228P001-1435A-598
DAIRY QUEEN
6507 E AIRLINE HWY
METAIRIE LA 70003

026225P001-1435A-598
DAIRY QUEEN
8331 NORMAN CTR DR
BLOOMINGTON MN 55437

019653P001-1435A-598
DAKTRONICS INC
SDS-12-2222
PO BOX 86
MINNEAPOLIS MN 55486

019654P001-1435A-598
DAMMON ENGINEERING INC
554 OLD SPANISH TRL
SLIDELL LA 70461

000097P002-1435S-598
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364

031592P001-1435A-598
DAMON J BALDONE AND ASSOCIATES
DAMON J BALDONE
162 NEW ORLEANS BLVD
HOUMA LA 70364

031676P001-1435A-598
DAN ROBICHAUX
602 CHALMETTE AVE
CHALMETTE LA 70043

010229P001-1435A-598
DANCEWEAR SOLUTION
6750 MANCHESTER AVE
ST. LOUIS MO 63139

010230P001-1435A-598
DANCEWEAR SOLUTIONS
6750 MANCHESTER AVE
ST. LOUIS MO 63139

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex. 4 Affidavit 4 Page 438

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 438 of 1525
US First Class Mail
Exhibit Pages

020868P001-1435A-598
DANCEWEAR SOLUTIONS
1600 MACKLIND AVE
ST. LOUIS MO 63110

019656P001-1435A-598
DANCEWEAR UNLIMITED
58485 PEARL ACRES RD # B
SLIDELL LA 70461

009319P001-1435A-598
DANCING DRUM
5500 PRYTANIA ST
#619
NEW ORLEANS LA 70115

029570P001-1435A-598
DANIELLE PIZZOLATTO
ADDRESS INTENTIONALLY OMITTED

022562P001-1435A-598
DANNI JONES PHYSICAL THERAPY
108 N MONROE ST NA
RUSTON LA 71270

020869P002-1435A-598
DANNYS LOCKSMITH SVC INC
PO BOX 903
PONCHATOULA LA 70454-0903

031593P001-1435A-598
DANZIGER AND DE LLANO LLP
ROD DE LLANO
440 LOUISIAN STE 1212
HOUSTON TX 77002

022563P001-1435A-598
DARAH MEDICAL
6465 WHEATSTONE CT STE A
MAUMEE OH 43537

019657P001-1435A-598
DARKSIDE ENTERTAINMENT
1171 MARINA DR
SLIDELL LA 70458

000935P001-1435A-598
DARLING INGREDIENTS INC
PO BOX 554885
DETROIT MI 48255-4885

026472P001-1435A-598
DARLYNS SOUTHERN SCENTS
30605 HWY 11
BURAS LA 70041

000936P001-1435A-598
DARRYL DUCOTE LCSW
14234 HARWOOD AVE
BATON ROUGE LA 70816

000937P001-1435A-598
DARRYL S REFRIGERATION LLC
PO BOX 896
BELLE CHASSE LA 70037

009697P001-1435A-598
DAT DOG
9325 STROELITZ ST
NEW ORLEANS LA 70118

020870P001-1435A-598
DATA DIRECT
400 WEST CUMMINGS PK
STE 1475
WOBURN MA 01801

009698P001-1435A-598
DATA MANAGEMENT INC
PO BOX 789
FARMINGTON CT 06034

020871P001-1435A-598
DATA MANAGEMENT INC
PO BOX 789
FARMINTON CT 06034

009385P001-1435A-598
DATA RECOGNITION CORP
PO BOX 1414
MINNEAPOLIS MN 55480-1414

009699P001-1435A-598
DATA RECOGNITION CORP
BIN #131410
PO BOX 1414
MINNEAPOLIS MN 55480-1414

000939P001-1435A-598
DAUGHTERS OF CHARITY FOUNDATION OF
NEW ORLEANS
PO BOX 850258
NEW ORLEANS LA 70185

022564P001-1435A-598
DAUGHTERS OF CHARITY HEALTH CE
3201 S CARROLLTON AVE
NEW ORLEANS LA 70118

022565P001-1435A-598
DAUGHTERS OF CHARITY HEALTH CE
PO BOX 13028
NEW ORLEANS LA 70185

022566P001-1435A-598
DAUGHTERS OF CHARITY HEALTH CE
PO BOX 13038
NEW ORLEANS LA 70185

000940P001-1435A-598
DAUGHTERS OF CHARITY HEALTH CTR
PO BOX 13038
NEW ORLEANS LA 70185-3038

022567P001-1435A-598
DAUGHTERS OF CHARITY SVC
3201 S CARROLLTON AVE
NEW ORLEANS LA 70118

000941P001-1435A-598
DAUGHTERS OF DIVINE LOVE
PO BOX 73
COMPTON IL 61618

026226P001-1435A-598
DAUGHTERS OF DIVINE PROVIDENCE
74684 AIRPORT RD
COVINGTON LA 70435

000942P001-1435A-598
DAUGHTERS OF ST PAUL
172 N MICHIGAN AVE
CHICAGO IL 60601

438

Case 20-10846 Doc 4335-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 439 of 1525
US First Class Mail
Exhibit Pages

009299P001-1435A-598
DAUGHTERS OF ST PAUL
4403 VETERANS MEMORIAL BLVD
METAIRIE LA 70006

013544P001-1435A-598
DAUGHTERS OF ST PAUL
4403 VETERANS BLVD
METAIRIE LA 70006

031554P001-1435A-598
DAUGHTERS OF ST PAUL
50 ST PAULS AVE
JAMAICA PLAIN MA 02130

031554S001-1435A-598
DAUGHTERS OF ST PAUL
MARY MARTHA MOSS
4403 VETERANS BLVD
METAIRIE LA 70006

031693S001-1435A-598
DAUGHTERS OF ST. PAUL
C/O MARY MARTHA MOSS
4403 VETERANS BLVD
METAIRIE LA 70006

011990P001-1435A-598
DAUPHIN ISLAND SEA LAB
101 BIENVILLE BLVD
DAUPHIN ISLAND AL 36528

009779P001-1435A-598
DAVE AND BUSTER'S
1200 POYDRAS ST
NEW ORLEANS LA 70113

018412P001-1435A-598
DAVID ART SUPPLY
3020 N ARNOULT RD
METAIRIE LA 70002

009780P001-1435A-598
DAVID CARTER EXTERMINATING CO INC
3814 FLORIDA AVE
KENNER LA 70065

022568P001-1435A-598
DAVID D TRAN MD LLC
121 LAKEVIEW CIR STE A
COVINGTON LA 70433

022569P001-1435A-598
DAVID F POHL MD
711 W 38TH STE C1
AUSTIN TX 78705

022570P001-1435A-598
DAVID F SLAGLE II MD APMC
2050 GAUSE BLVD E STE 150
SLIDELL LA 70461

000943P002-1435A-598
DAVID F SLAGLE MD APMC
2050 GAUSE BLVD E
STE 150
SLIDELL LA 70461-5414

015623P001-1435A-598
DAVID GRUNFELD PHOTOGRAPHY
7809 WILLOW ST
NEW ORLEANS LA 70118

000944P001-1435A-598
DAVID HUVALS TRUCKING CO INC
74672 HIGHWAY 25
STE B
COVINGTON LA 70435

015624P001-1435A-598
DAVID HUVALS TRUCKING CO INC
77271 HIGHWAY 25
COVINGTON LA 70435

011991P001-1435A-598
DAVID HUVALS TRUCKING, INC
74672 HWY 25
STE B
COVINGTON LA 70435

026576P001-1435A-598
DAVID KIEFER BASKETBALL CAMP
500 W UNIVERSITY AVE
HAMMOND LA 70402

026473P001-1435A-598
DAVID KIEFER BASKETBALL CAMPS LLC
500 W UNIVERSITY AVE
HAMMOND LA 70402

022571P001-1435A-598
DAVID L SCHNEIDER MD APMC META
3225 DANNY PK STE 100
METAIRIE LA 70002

011992P001-1435A-598
DAVID MARX CO
930-F KENNER AVE
KENNER LA 70062

022572P001-1435A-598
DAVID R POWERS MD APMC
217 CHEROKEE ROSE LN
COVINGTON LA 70433

015625P001-1435A-598
DAVID THIBODEAUX HIGH SCHOOL
805 TEURLINGS DR
LAFAYETTE LA 70501

000945P001-1435A-598
DAVID TOCA DDS
2301 WILLIAMS BLVD B
KENNER LA 70062

000946P001-1435A-598
DAVID WILSON DDS
2540 SEVERN AVE
STE 402
METAIRIE LA 70002

018413P001-1435A-598
DAVIS FURNITURE CO
N4873 MORKEN RD
MELROSE WI 54642

022573P001-1435A-598
DAVIS MEDICAL CENTER
PO BOX 1484
ELKINS WV 26241

041623P001-1435A-598
DAVIS MORTUARY SVC
230 MONROE ST
GRETNA LA 70053

The Roman Catholic Church of the Archdiocese of New Orleans
Certificate of Service Regarding Solicitation Packages Page 440 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

---

015626P001-1435A-598
DAVIS PRODUCTS BOGALUSA
223 MARTIN LUTHER KING DR
BOGALUSA LA 70427

041026P001-1435A-598
DAVIS PRODUCTS CO, INC
223 MARTIN LUTHER KING DR
BOGALUSA LA 70427-4584

015627P001-1435A-598
DAVIS PRODUCTS COVINGTON
NORTHSHORE BRANCH
20236 HIGHWAY 36
STE A
COVINGTON LA 70433

033501P001-1435A-598
DAVIS STEPHANIE CLOUATRE
4905 WOODBURNE LOOP
COVINGTON LA 70433

022574P001-1435A-598
DAWN CHIAPPETTA LPC
3216 N TURNBULL DR STE A
METAIRIE LA 70002

009781P001-1435A-598
DAWN SIGN PRESS
6130 NANCY RIDGE DR
SAN DIEGO CA 92121-3223

010231P001-1435A-598
DAYS INN
4180 OLD GENTILLY RD
NEW ORLEANS LA 70126

041027P001-1435A-598
DAYTON CHURCH SUPPLY INC
136 E 3RD ST
DAYTON OH 45402

010232P001-1435A-598
DAYTONA MAGIC INC
136 S BEACH ST
DAYTONA BEACH FL 32114

010233P001-1435A-598
DAZIAN RENTALS WEST
7100 TPC DR
STE 650
ORLANDO FL 32822

018414P001-1435A-598
DBDA INC
KIM KESSLER
ST CLEMENT OF ROME
3978 W ESPLANADE AVE
METAIRIE LA 70002

013545P001-1435A-598
DBDA, INC
KIM KESSLER VICE-PRESIDENT DBDA
ST CLEMENT OF ROME SCHOOL
3978 W ESPLANADE AVE
METAIRIE LA 70002

020872P001-1435A-598
DC SPORTS
103 PLEASANT AVE
UPPER SADDLE RIVER NJ 07458

015628P001-1435A-598
DCA (DEER CROSS ATHLETICS)
516 W 21ST AVE
COVINGTON LA 70433

000952P001-1435A-598
DE LA SALLE CHRISTIAN BROTHERS
104 WEST 11TH AVE
COVINGTON LA 70433

000953P001-1435A-598
DE LA SALLE HIGH SCHOOL
5300 ST CHARLES AVE
NEW ORLEANS LA 70115-4999

009321P001-1435A-598
DE LA SALLE HIGH SCHOOL
MR PAUL KELLY
5300 ST CHARLES AVE
NEW ORLEANS LA 70115

009782P001-1435A-598
DE LA SALLE HIGH SCHOOL
PAUL KELLY
5300 ST CHARLES AVE
NEW ORLEANS LA 70115

018415P001-1435A-598
DE LA SALLE INSTITUTE (01)
PO BOX 3720
NAPA CA 94558-0372

000954P001-1435A-598
DE LA TOUR HOLDINGS LLC
1100 POYDRAS ST
34TH FLOOR
NEW ORLEANS LA 70163

019658P001-1435A-598
DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA PA 19101-1602

020873P001-1435A-598
DE LAGE LANDEN FINANCIAL SVC
PO BOX 41601
PHILADELPHIA PA 19101-1601

041028P001-1435A-598
DE LAGE LANDEN FINANCIAL SVC
PO BOX 825736
PHILADELPHIA PA 19182

029799P001-1435A-598
DE LAGE LANDEN FINANCIAL SVC INC
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

010240P001-1435A-598
DE'NO SEAFOOD
505 GRETNA BLVD # 15
GRETNA LA 70053

000958P001-1435A-598
DEACON DIGEST
PO BOX 403
CONGERS NY 10920-9706

018416P001-1435A-598
DEAD THEOLOGIANS SOCIETY
PO BOX 368
BLACK EARTH WI 53515-0368

000965P001-1435A-598
DEAF ACTION CENTER OF GREATER NEW ORLEANS
1000 HOWARD AVE
NEW ORLEANS LA 70113-1916

Case 20-10846 Doc 4235-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exc 4n 1 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 441 of 1525
US First Class Mail
Exhibit Pages

013546P001-1435A-598
DEANIE'S SEAFOOD
1713 LAKE AVE
METAIRIE LA 70005

018417P001-1435A-598
DEANIES
CHIFICI ENTERPRISES INC
841 IBERVILLE ST
NEW ORLEANS LA 70112

022575P001-1435A-598
DEANZ HEALTHCARE FOR WOMEN
3807 PRESCOTT RD
ALEXANDRIA LA 71301

019659P001-1435A-598
DEBAUTTE A C HEATING LLC
304 DOVER ST
SLIDELL LA 70458

022576P001-1435A-598
DEBBIE JURGELSKY MD LLC
BUILDING D STE A200 4540 AMB CAFFERY PKWY
LAFAYETTE LA 70508

013547P001-1435A-598
DEBT MANAGEMENT SVC
POST OFFICE BOX 830794
BIRMINGHAM AL 35283-0794

010234P001-1435A-598
DECK SPORTS
150 WOOD RD #200
BRAINTREE MA 02184

010235P001-1435A-598
DECKER EQUIPMENT
215 S SHERMAN ST
VASSAR MI 48768

011993P001-1435A-598
DECKER EQUIPMENT
PO BOX 176
VASSAR MI 48768

019660P001-1435A-598
DECKER EQUIPMENT
SCHOOL FIX CATALOG
215 SOUTH SHERMAN ST
PO BOX 176
VASSAR MI 48768-8802

018418P001-1435A-598
DECKER INC
215 SOUTH SHERMAN ST
PO BOX 176
VASSAR MI 48768-8802

019661P001-1435A-598
DECKER INC
PO BOX 70308
ROCHESTER HILLS MI 48307

010236P001-1435A-598
DEE'S SEAFOOD
361 LOUISIANA ST # 4
WESTWEGO LA 70094

022577P001-1435A-598
DEEP SOUTH ANESTHESIA INC
PO BOX 8846
GREENSBORO NC 27419

009783P001-1435A-598
DEEP SOUTH REFREIGERATION CO
4520 CONTI ST
NEW ORLEANS LA 70119

000968P001-1435A-598
DEEP SOUTH REFRIGERATION CO INC
4520 CONTI ST
NEW ORLEANS LA 70119

011994P001-1435A-598
DEEP SOUTH REFRIGERATION, INC
4520 CONTI ST
NEW ORLEANS LA 70119

026577P001-1435A-598
DEEP SOUTH SEAFOOD
2002 GAUSE BLVD E
SLIDELL LA 70461

015629P001-1435A-598
DEERE CREDIT, INC
PO BOX 650215
DALLAS TX 75265-0215

022578P001-1435A-598
DEGAULLE CHIROPRACTIC CLINIC
3906 GENERAL DEGAULLE DR
NEW ORLEANS LA 70114

009143P001-1435A-598
DEGEORGE GLASS CO INC
1020 JUSTIN RD
METAIRIE LA 70001

000151P001-1435S-598
DELACROIX AND DELACROIX LLC
SCOTT E DELACROIX
321 NORTH VERMONT ST.,STE 105
COVINGTON LA 70433

022579P001-1435A-598
DELAHOUSSAYE SHIELDS RACHAEL M
1441 OCHSNER BLVD
COVINGTON LA 70433

015630P001-1435A-598
DELCAMBRE HIGH SCHOOL
601 WEST MAIN ST
DELCAMBRE LA 70582

016946P001-1435A-598
DELCO COMMUNICATIONS INC
401 SUGARPINE DR
GRETNA LA 70056

016947P001-1435A-598
DELCO MATERIAL HANDLING, INC
335 ANGELA AVE
ARABI LA 70032

000970P001-1435A-598
DELGADO COMMUNITY COLLEGE
615 CITY PK AVE
NEW ORLEANS LA 70119

018419P001-1435A-598
DELGADO COMMUNITY COLLEGE BASEBALL
615 CITY PK AVE
NEW ORLEANS LA 70119

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:06:45 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 442 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

026578P001-1435A-598
DELL CORP
DELL COMPUTER CORP
ONE DELL WAY
ROUND ROCK TX 78682

015631P001-1435A-598
DELL FINANCIAL SVC
PAYMENT PROCESSING CTR
PO BOX 5292
CAROL STREAM IL 60197-5292

000026P001-1435S-598
DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

015632P001-1435A-598
DELL MARKETING LP
DELL USA LP
PO BOX 534118
ATLANTA GA 30353-4118

041624P001-1435A-598
DELL MARKETING LP
PO BOX 534118
ATLANTA GA 30353-4118

009263P001-1435A-598
DELPHI GLASS CORP
3380 E JOLLY RD
LANSING MI 48910-8539

011995P001-1435A-598
DELTA AIR LINES INC
GROUP AND SPECIALTY SALES
PO BOX 933149
ATLANTA GA 31193-3149

020874P001-1435A-598
DELTA BEVERAGE GROUP
P O BOX 598
MEMPHIS TN 38101

018420P001-1435A-598
DELTA CONSOLIDATED, LLC
205 PAILET LN
HARVEY LA 70058

020875P001-1435A-598
DELTA DENTAL
P O BOX 7564
SAN FRANCISCO CA 94120-7564

009340P001-1435A-598
DELTA ENTERPRISES INC
6853 JEFFERSON HWY
HARAHAN LA 70123

015633P001-1435A-598
DELTA FENCE CO
945 LAMARQUE ST
MANDEVILLE LA 70448

009784P001-1435A-598
DELTA FESTIVAL BALLET
PO BOX 7425
METAIRIE LA 70010-7425

000971P001-1435A-598
DELTA PATH GROUP LLC
PO BOX 3780
DEPT 10-019
TUPELO MS 38803-3780

022580P001-1435A-598
DELTA PATHOLOGY GROUP LLC
PO BOX 3780
TUPELO MS 38803

022581P001-1435A-598
DELTA SOUTH ANESTHESIOLOGY AND
PO BOX 15239
BATON ROUGE LA 70895

022582P001-1435A-598
DELTA URGENT CARE
1340 GRAND CAILLOU RD
HOUMA LA 70363

010237P001-1435A-598
DELTS SOD
662 CENTRAL AVE
JEFFERSON LA 70121

015634P001-1435A-598
DELUCA'S FINE JEWELRY
842 COLLINS BLVD
STE C
COVINGTON LA 70433

011996P001-1435A-598
DELUCA'S FINE JEWELRY AND GIFTS
842 COLLINS BLVD
COVINGTON LA 70433

013548P001-1435A-598
DELUXE
PO BOX 742572
CINCINNATI OH 45274-2572

015635P001-1435A-598
DELUXE BUSINESS CHECKS
PO BOX 742572
CINCINNATI OH 45274-2572

020876P001-1435A-598
DELUXE BUSINESS CHECKS AND SOLUTIONS
P O BOX 742572
CINCINNATI OH 45274-2572

027071P001-1435A-598
DELUXE CHECK
3680 VICTORIA ST N
SHOREVIEW MN 55126

020877P001-1435A-598
DELUXE CORP
PO BOX 4656
CAROL STREAM IL 60197-4656

009785P001-1435A-598
DELUXE FOR BUSINESS
PO BOX 742572
CINCINNATI OH 45274-2572

000974P001-1435A-598
DEMARCUS SMITH DDS
4420 CONLIN ST
STE 203
METAIRIE LA 70006

009412P001-1435A-598
DEMCO
PO BOX 8048
MADISON WI 53708-8048

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 443 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010238P001-1435A-598<br>DEMCO INC<br>500 E NORTH ST<br>DEFOREST WI 53532 | 016949P001-1435A-598<br>DEMOULIN BROTHERS AND CO<br>1025 S 4TH ST<br>GREENVILLE IL 62246 | 000975P001-1435A-598<br>DENECHAUD AND DENECHAUD LLC<br>201 ST CHARLES AVE<br>STE 3920<br>NEW ORLEANS LA 70170 | 019002P001-1435A-598<br>DENECHAUD AND DENECHAUD LLC<br>1010 COMMON ST #3010<br>NEW ORLEANS LA 70112 |
| 011997P001-1435A-598<br>DENHAM SPRINGS HIGH SCHOOL<br>1000 NORTH RANGE AVE<br>DENHAM SPRINGS LA 70726 | 019662P001-1435A-598<br>DENHAM SPRINGS SOFTBALL<br>1000 N RANGE AVE<br>DENHAM SPRINGS LA 70726 | 029558P001-1435A-598<br>DENICE LUNKIN<br>ADDRESS INTENTIONALLY OMITTED | 011998P001-1435A-598<br>DENLEY AND DENLEY LLC DBA DENLEY HORTICUL<br>816 NORTH LAKE VERRET CT<br>SLIDELL LA 70461 |
| 020878P001-1435A-598<br>DENNEY EXTERMINATING INC<br>PO BOX 8615<br>METAIRIE LA 70011-8615 | 011999P001-1435A-598<br>DENNIS' TRUCK AND TRACTOR<br>43319 S AIRPORT RD<br>HAMMOND LA 70403 | 010239P001-1435A-598<br>DENNY'S INC<br>5910 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70003 | 000978P001-1435A-598<br>DENTAL CARE LLC<br>6367 JEFFERSON HWY<br>HARAHAN LA 70123 |
| 000979P001-1435A-598<br>DENTAL IMPLANTS AND PERIODONTICS OF LOUISIANA<br>3521 N ARNOULT RD<br>METAIRIE LA 70002-3395 | 000131P001-1435S-598<br>DENTONS US LLP<br>JERRY A BEATMANN JR<br>650 POYDRAS ST.,STE 2850<br>NEW ORLEANS LA 70130-6132 | 000132P002-1435S-598<br>DENTONS US LLP<br>DEBORAH J CAMPBELL<br>HANLEY CORPORATE TOWER<br>101 S HANLEY STE 600<br>ST. LOUIS MO 63105 | 000133P001-1435S-598<br>DENTONS US LLP<br>M KEITH MOSKOWITZ<br>233 SOUTH WACKER DR.,STE 5900<br>CHICAGO IL 60606-6362 |
| 000134P001-1435S-598<br>DENTONS US LLP<br>PATRICK C MAXCY<br>233 SOUTH WACKER DR.,STE 5900<br>CHICAGO IL 60606-6362 | 022583P001-1435A-598<br>DENVER HEALTH<br>PO BOX 677920<br>DALLAS TX 75267 | 022584P001-1435A-598<br>DENVER HEALTH<br>PO BOX 677931<br>DALLAS TX 75267 | 012000P001-1435A-598<br>DEO GRATIAS SAINT JOSEPH ABBEY<br>75376 RIVER RD<br>SAINT BENEDICT LA 70457 |
| 034586S001-1435A-598<br>DEPARTMENT OF CORRECTIONS<br>JOSEPH SMITH<br>PO BOX 2400<br>FRANKFORT KY 40602-2400 | 036771S001-1435A-598<br>DEPARTMENT OF CORRECTIONS<br>LEAH BEASLEY<br>PO BOX 2400<br>FRANKFORT KY 40602-2400 | 036082S001-1435A-598<br>DEPARTMENT OF CORRECTIONS KS<br>DANIELLE THOMPSON<br>PO BOX 2<br>LANSING KS 66043-0002 | 012001P001-1435A-598<br>DEPENDABLE GLASS WORKS<br>PO BOX 550<br>COVINGTON LA 70434 |
| 015637P001-1435A-598<br>DEPENDABLE MAYTAG<br>22542 HOYT STAFFORD RD<br>FRANKLINTON LA 70438 | 013551P001-1435A-598<br>DEPT OF CHILDREN AND FAMILY SVC<br>PO BOX 260222<br>BATON ROUGE LA 70826 | 041031P001-1435A-598<br>DEPT OF CHILDREN AND FAMILY SVC<br>PO BOX 26022<br>BATON ROUGE LA 70826 | 019663P001-1435A-598<br>DEPT OF CHRISTIAN FORMATION<br>ARCHDIOCESE OF NEW ORLEANS<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |

443

Case 20-10846 Doc 4325-45 Filed 09/09/25 Entered 09/09/25 14:00:75 in Exhibit A Page 444
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 444 of 1525
US First Class Mail
Exhibit Pages

018421P001-1435A-598
DEPT OF INSTITUTIONAL ADVANCEMENT
ST JOSEPH ABBEY
75376 RIVER RD
ST. BENEDICT LA 70457

000981P001-1435A-598
DEPT OF PUBLIC SAFETY
DEBBIE SHADDINGER
PO BOX 66909
BATON ROUGE LA 70896

010241P001-1435A-598
DEPT OF PUBLIC SAFETY
2150 WESTBANK EXPWY TRL #501
HARVEY LA 70058

012002P001-1435A-598
DEPT OF PUBLIC SAFETY
PO BOX 66614
BATON ROUGE LA 70896

013550P001-1435A-598
DEPT OF SOCIAL SVC
CASE #000581594-04
PO BOX 260222
BATON ROUGE LA 70826

020879P001-1435A-598
DEPT OF SOCIAL SVC
PO BOX 260222
BATON ROUGE LA 70826

010242P001-1435A-598
DEPTOF PUBLIC SAFETY VEHICLE REGISTRATION
2150 WESTBANK EXPWY TRL #501
HARVEY LA 70058

020880P001-1435A-598
DEQUINCY HIGH SCHOOL
207 N OVERTON
DEQUINCY LA 70633

022585P001-1435A-598
DERM CLINIC OF ST TAMMANY
714 W 16TH AVE
COVINGTON LA 70433

022586P001-1435A-598
DERMATOLOGY AND AESTHETIC INSTIT
PO BOX 679351
DALLAS TX 75267

022587P001-1435A-598
DERMATOLOGY AND HAIR RESTORATI
STE 303A 2825 SANTA MONICA BLVD
SANTA MONICA CA 90404

022588P001-1435A-598
DERMATOLOGY ASSOCIATES OF SW L
2000 TYBEE LN
LAKE CHARLES LA 70605

022589P001-1435A-598
DERMATOLOGY CENTER OF ACADIANA
1245 S COLLEGE RD BLDG 5
LAFAYETTE LA 70503

022590P001-1435A-598
DERMATOLOGY CLINIC
5326 O DONOVAN DR
BATON ROUGE LA 70808

022591P001-1435A-598
DERMLAB LLC
DEPT OWC 7
PO BOX 830525
BIRMINGHAM AL 35283

022592P001-1435A-598
DERRIS W RAY MD
309 WALNUT ST STE D
AMITE LA 70422

013552P001-1435A-598
DES MOINES STAMP
851 SIXTH AVE
BOX 1798
DES MOINES IA 50306-1798

010243P001-1435A-598
DESERT PALM SUITES
631 W KATELLA AVE
ANAHEIM CA 92802

022593P001-1435A-598
DESERT VIEW EMERG PHYSICIANS
PO BOX 7279
PHILADELPHIA PA 19101

041625P001-1435A-598
DESHAZO ADAMS LLC
832 E BOSTON ST 6
COVINGTON LA 70433

009786P001-1435A-598
DESI OR ROSLIND VEALS
499 OAKWOOD DR
GRETNA LA 70056

013553P001-1435A-598
DESIGN A LATTE BOUTIQUE
4324 IDAHO AVE
KENNER LA 70065

016951P001-1435A-598
DESIGN THE PLANET
3900 NORTH CAUSEWAY BLVD
STE #420
METAIRIE LA 70002

015638P001-1435A-598
DESIGNER TRAVEL
121 HAMPTON PL
HATTIESBURG MS 39402

015639P001-1435A-598
DESIRE STREET ACADEMY
PRINCIPAL
3852 E BROOKSTONE DR
BATON ROUGE LA 70805

020881P001-1435A-598
DESIRE STREET ACADEMY
4750 TIMPOOCHIE LN
NICEVILLE FL 32578

010244P001-1435A-598
DESKTOP SUPPLIES
34 RACCIO PK RD UNIT 8
STE 7
HAMDEN CT 06514

010245P001-1435A-598
DESTREHAN HIGH SCHOOL
1 WILDCAT LN
DESTREHAN LA 70047

444

Case 20-10846 Doc 4318-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD... Ex... 4... Page 445
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 445 of 1525
US First Class Mail
Exhibit Pages

015640P001-1435A-598
DESTREHAN HIGH SCHOOL
#1 WLIDCAT LN
DESTREHAN LA 70047

013554P001-1435A-598
DESTREHAN PLANTATION
13034 RIVER RD
DESTREHAN LA 70047

000983P001-1435A-598
DETEL COMPUTER SOLUTIONS LLC
7845 HIGHWAY 1
MANSURA LA 71350

013555P001-1435A-598
DETEL COMPUTER SOLUTIONS, LLC
PO BOX 339
HESSMER LA 71341

015641P001-1435A-598
DETROIT MARKING PRODUCTS
15100 CASTLETON ST
DETROIT MI 48227

018422P001-1435A-598
DEUTSCHES HAUS
1023 RIDGEWOOD DR
METAIRIE LA 70005

019664P001-1435A-598
DEVELOPMENT INNOVATIONS 360
PO BOX 81521
LAFAYETTE LA 70598

010246P001-1435A-598
DEVELOPMENTAL RESOURCE
1901 WESTBANK EXPWY TRL # 550
HARVEY LA 70058

000984P001-1435A-598
DEXTER AVENUE KING MEMORIAL BAPTIST CHURCH
455 WASHINGTON AVE
MONTGOMERY AL 36104

031033P001-1435A-598
DFM INVESTMENTS LLC
FRED MESA
ADDRESS INTENTIONALLY OMITTED

019665P001-1435A-598
DG-MAN DJ PRODUCTIONS
525 WINBOURNE DR
SLIDELL LA 70461

022594P001-1435A-598
DIABETES AND METABOLISM
3901 HOUMA BLVD STE 103
METAIRIE LA 70006

022595P001-1435A-598
DIABETES MANAGEMENT SUPPLIES
10 COMMERCE CT STE B
NEW ORLEANS LA 70123

022597P001-1435A-598
DIABETES METABOLISM ASSOCIATES
STE 103 3901 HOUMA BLVD
METAIRIE LA 70006

022598P001-1435A-598
DIAGNOSTIC EYE CENTER
3405 EDLOE ST STE 300
HOUSTON TX 77027

022599P001-1435A-598
DIAGNOSTIC IMAGING ASSOC LLC
DEPT 05-042
PO BOX 3488
TUPELO MS 38803

022600P001-1435A-598
DIAGNOSTIC IMAGING CENTER OF T
316 CIVIC CTR BLVD
HOUMA LA 70360

022601P001-1435A-598
DIAGNOSTIC IMAGING SVC
4241 VETERANS BLVD
METAIRIE LA 70006

022602P001-1435A-598
DIAGNOSTIC IMAGING SVC
4241 VETERANS BLVD STE 100
METAIRIE LA 70006

022603P001-1435A-598
DIAGNOSTIC IMAGING SVC
STE 201 4241 VETERANS BLVD
METAIRIE LA 70006

022604P001-1435A-598
DIAGNOSTIC TISSUE CYTOLOGY GRO
DEPT NUMBER 10020
PO BOX 3780
TUPELO MS 38803

020882P001-1435A-598
DIAL ONE FRANKLYNN PEST CONTROL
110 PHLOX AVE
METAIRIE LA 70001

013556P001-1435A-598
DIAL ONE FRANKLYNN PEST CONTROL CO, INC
PO BOX 7791
METAIRIE LA 70010

041032P001-1435A-598
DIAMOND MECHANICAL SVC LLC
135 TULLULAH AVE
RIVER RIDGE LA 70123

022605P001-1435A-598
DIAMONDHEAD URGENT CARE LLC
4402 E ALOHA DR STE 16
DIAMONDHEAD MS 39525

022606P001-1435A-598
DIANE TRIEU MD
1525 LAPALCO BLVD STE 20
HARVEY LA 70058

000985P001-1435A-598
DIAZ AIR CONDITIONING
2312 TIFTON ST
KENNER LA 70062

010247P001-1435A-598
DICK'S SPORTING GOODS
3301 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

445

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 446
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 446 of 1525
US First Class Mail
Exhibit Pages

026227P001-1435A-598
DICKBLICKCOM
PO BOX 1267
GALESBURG IL 61402-1267

015642P001-1435A-598
DICKEY'S BARBEQUE PIT
69292 HWY 21
STE 300
COVINGTON LA 70433

020883P001-1435A-598
DICKS SPORTING GOODS
BRETT RUSSELL TEAM SPORTS HQ
345 COURT ST
CORAOPOLIS PA 15108

015643P001-1435A-598
DICRISTINA'S RESTAURANT
810 N COLUMBIA ST
COVINGTON LA 70433

000988P001-1435A-598
DIGITAL INNOVATIONS INC
302 DOVE CT
FOREST HILL MD 21050

019666P001-1435A-598
DIGITAL RIVER INC
ACCOUNTS RECEIVABLE DEPT
LOCKBOX 88278
EXPEDITE WAY
CHICAGO IL 60695-001

020884P001-1435A-598
DIGITAL SCOUT INC
3248 WHENDERSON RD
STE 104
COLUMBUS OH 43220

000989P001-1435A-598
DIGITAL SOLUTIONS LLC
6291 PASSING SKY DR
COLORADO SPRINGS CO 80911

016952P001-1435A-598
DIGITRON ELECTRONICS, INC
7801 TELEGRAPH RD
STE D
MONTEBELLO CA 90640

012003P001-1435A-598
DIGS
700 WINDARD DR
COVINGTON LA 70433

010248P001-1435A-598
DILLARD'S
3301 VETERANS MEMORIAL BLVD #1
METAIRIE LA 70002

010249P001-1435A-598
DIMARTINO'S
1788 CAROL SUE AVE
TERRYTOWN LA 70056

022607P001-1435A-598
DIMITRI DERMATOLOGY - SLIDELL
PO BOX 7020
SLIDELL LA 70469

022608P001-1435A-598
DIMITRI DERMATOLOGY SLIDEL
PO BOX 7020
SLIDELL LA 70469

022609P001-1435A-598
DIMITRI EYE CENTER
1617 METAIRIE RD
METAIRIE LA 70005

022610P001-1435A-598
DIMPLE K ZAVERI MD
4315 HOUMA BLVD STE 402
METAIRIE LA 70006

022611P001-1435A-598
DIMPLE K ZAVERI MD
STE 402 4315 HOUMA BLVD
METAIRIE LA 70006

022612P001-1435A-598
DIMPLE ZAVEN
4315 HOUMA BLVD STE 402
METAIRIE LA 70006

022613P001-1435A-598
DIMPLE ZAVERI
4315 HOUMA BLVD STE 402
METAIRIE LA 70006

041033P001-1435A-598
DINO KIDS CATERING
5000 WEST ESPLANADE AVE
METAIRIE LA 70006

019667P001-1435A-598
DIOCESAN  FKA TRINITY PUBLICATIONS
PO BOX 140285
AUSTIN TX 78714-0285

000991P001-1435A-598
DIOCESAN ASSESSMENT
PO BOX 96992
WASHINGTON DC 20090-6992

000992P001-1435A-598
DIOCESAN FISCAL MANAGEMENT CONFERENCE
3240 E UNION HILLS DR
STE 171
PHOENIX AZ 85050

000993P001-1435A-598
DIOCESE OF ALEXANDRIA
PO BOX 7417
ALEXANDRIA LA 71306

000994P001-1435A-598
DIOCESE OF BATON ROUGE
OFFICE OF CATHOLIC SCH
PO BOX 2028
BATON ROUGE LA 70808

031690P001-1435A-598
DIOCESE OF BATON ROUGE
POST OFFICE BOX 2028
BATON ROUGE LA 70821-2028

000334P001-1435A-598
DIOCESE OF BELIZE
PO BOX 1823
BELIZE
CENTRAL AMERICA

000995P001-1435A-598
DIOCESE OF CAMDEN
ROD HERRERA
OFFICE CHILD/YOUTH PROTECT
631 MARKET ST
CAMDEN NJ 08102

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:45 Exhibit 4 Page 447
Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:45 Exhibit 4 Page 447
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 447 of 1525
US First Class Mail
Exhibit Pages

000996P001-1435A-598
DIOCESE OF HO
PO BOX 6099
TECHNY IL 60082

031558P001-1435A-598
DIOCESE OF HOUMA THIBODAUX
PO BOX 505
SCHRIEVER, LA XX 00000

018423P001-1435A-598
DIOCESE OF HOUMA- THIBODEAUX
LUMEN CHRISTI RETREAT CENTER
100 LUMEN CHRISTI CT
SCHRIEVER LA 70395

000997P001-1435A-598
DIOCESE OF KNOXVILLE
KAREN BYRNE
805 S NORTHSHORE DR
KNOXVILLE TN 37919-7551

000336P001-1435A-598
DIOCESE OF KUMBAKONAM INDIA
BISHOP S HOUSE PO BOX NO 3
KUMBAKONAM 612 001
TAMILNADU  612 001
INDIA

000998P001-1435A-598
DIOCESE OF LAKE CHARLES
PO BOX 3223
LAKE CHARLES LA 70602

000337P001-1435A-598
DIOCESE OF MEMPHIS
PO BOX 341669
MEMPHIS TN 38184
INDIA

000999P001-1435A-598
DIOCESE OF OBUASI FR FREDERICK ASUMING
ST THEODORE'S CHURCH
168 SPENCERPORT RD
ROCHESTER NY 14606

020885P001-1435A-598
DIOCESE OF PENSACOLA
1000 W GDN ST
PENSACOLA FL 32501-4623

001000P001-1435A-598
DIOCESE OF PENSACOLA TALLAHASSEE
11 NORTH B ST
PENSACOLA FL 32502

001001P001-1435A-598
DIOCESE OF RALEIGH
CATHOLIC LIFE CENTER
7200 STONEHEDGE DR
RALEIGH NC 27613

001002P001-1435A-598
DIOCESE OF SHREVEPORT
3500 FAIRFIELD AVE
SHREVEPORT LA 71104-3043

041626P001-1435A-598
DIRECT MEDICAL STAFFING LLC
109 S COLLEGE RD
LAFAYETTE LA 70503-3225

041034P001-1435A-598
DIRECT PARTS AND SVC
4523 AIRLINE DR
METAIRIE LA 70001

020886P001-1435A-598
DIRECT SPORTS INC
P O BOX 497
PEARISBURG VA 24134

010250P001-1435A-598
DIRECT SUPPLY EQUIPMENT
7311 W GREEN TREE RD2
MILWAUKEE WI 53223

041627P001-1435A-598
DIRECT SUPPLY INC
PO BOX 88201
MILWAUKEE WI 53288

018424P001-1435A-598
DIRECT TIRE TOWN CAUSEWAY, INC
1000 N CAUSEWAY BLVD
METAIRIE LA 70001

041035P001-1435A-598
DIRECT TV
PO BOX 5007
CAROL STREAM IL 60197

041036P001-1435A-598
DIRECTTV
PO BOX 5006
CAROL STREAM IL 60197-5006

041037P001-1435A-598
DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

001003P001-1435A-598
DIRTY LAUNDRY LLC
2745 BESSEMER ST
KENNER LA 70062

041628P001-1435A-598
DISA GLOBAL SOLUTIONS
SECON
PO BOX 123731
DEPT 3731
DALLAS TX 75312-3731

018426P001-1435A-598
DISCIPLE'S CROSS
3401 PONTCHARTRAIN DR - STE 6
SLIDELL LA 70458

020887P001-1435A-598
DISCOUNT AUDIO INC
PO BOX 2972
TORRANCE CA 90509

010251P001-1435A-598
DISCOUNT DANCE SUPPLY
180 WELLES ST
FORTY FORT PA 18704

015644P001-1435A-598
DISCOUNT DANCE SUPPLY
5037 E HUNTER AVE
ANAHEIM CA 92807

010252P001-1435A-598
DISCOUNT DEPOT
4800 WESTBANK EXPY
MARRERO LA 70072

447

Case 20-10846 Doc 4365-41 Filed 09/10/25 Entered 09/10/25 14:00:07 Main Document Page 448
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 448 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020888P001-1435A-598<br>DISCOUNT DICTIONARIESCOM<br>5917 OAK AVE #359<br>TEMPLE CITY CA 91780 | 013558P001-1435A-598<br>DISCOUNT MAGAZINE SUBSCRIPTION SVC, INC<br>PO BOX 60114<br>FORT MYERS FL 33906 | 010253P001-1435A-598<br>DISCOUNT MUGS<br>12610 NW 115TH AVE<br>MIAMI FL 33178 | 026402P001-1435A-598<br>DISCOUNT OFFICE ITEMS<br>302 INDUSTRIAL DR<br>COLUMBUS WI 53925 |
| 041629P001-1435A-598<br>DISCOUNT PROPERTIES LLC<br>PO BOX 55002<br>METAIRIE LA 70055 | 010254P001-1435A-598<br>DISCOUNT SCHOOL SUPPLIES<br>PO BOX 734309<br>CHICAGO IL 60673-4309 | 015645P001-1435A-598<br>DISCOUNT SCHOOL SUPPLY<br>PO BOX 6013<br>CAROL STREAM IL 60197-6013 | 019668P001-1435A-598<br>DISCOUNT TWO WAY RADIO<br>1430 240TH ST<br>HARBOR CITY CA 90710 |
| 010255P001-1435A-598<br>DISCOUNT ZONE<br>855 TERRY PKWY<br>TERRYTOWN LA 70056 | 009787P001-1435A-598<br>DISCOVER<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 | 041038P001-1435A-598<br>DISCOVER BUSINESS CARD<br>PO BOX 71242<br>CHARLOTTE NC 28272 | 000317P001-1435A-598<br>DISCOVERY BENEFITS INC<br>SUZANNE REHR CHIEF COMPLIANCE OFFICER<br>4321 20TH AVE S<br>FARGO ND 58103 |
| 019669P001-1435A-598<br>DISNEY DESTINATIONS LLC<br>PO BOX 733100<br>DALLAS TX 75373-3100 | 019670P001-1435A-598<br>DISNEY DESTINATIONS LLC<br>TICKET TEAM<br>PO BOX 10345<br>LAKE BUENA VISTA FL 32830 | 018427P001-1435A-598<br>DISNEY DESTINATIONS LLC - HOTEL ROOMS<br>PO BOX 733100<br>DALLAS TX 75373-3100 | 013559P001-1435A-598<br>DISNEY DESTINATIONS, LLC<br>DISNEY YOUTH GROUP PROGRAMS<br>TICKET TEAM<br>PO BOX 10345<br>LAKE BUENA VISTA FL 32830 |
| 015646P001-1435A-598<br>DISNEY DESTINATIONS, LLC<br>DBA DISNEY DESTINATIONS<br>PO BOX 10000<br>LAKE BUENA VISTA FL 32830-1000 | 016953P001-1435A-598<br>DISNEY DESTINATIONS, LLC<br>DISNEY YOUTH PROGRAM<br>200 CELEBRATION PL<br>3RD FL<br>CELEBRATION FL 34747 | 018428P001-1435A-598<br>DISNEY DESTINATIONS, LLC  GROUP TICKETS<br>DISNEY YOUTH GROUP PROGRAMS<br>TICKET TEAM<br>PO BOX 10345<br>LAKE BUENA VISTA FL 32830 | 009788P001-1435A-598<br>DISNEY GRAD NIGHT<br>DISNEY YOUTH PROGRAMS<br>PO BOX 10 111<br>LAKE BUENA VISTA FL 32830 |
| 010256P001-1435A-598<br>DISNEY RESERVATIONS TICKETS<br>7100 MUNICIPAL DR<br>ORLANDO FL 32819 | 019671P001-1435A-598<br>DISNEY RESORT DESTINATIONS LLC<br>LEA PALMER<br>PO BOX 403411<br>ATLANTA GA 30384-3411 | 019671S001-1435A-598<br>DISNEY RESORT DESTINATIONS LLC<br>HEIDI WILLIAMS DISNEY DESTINCTIONS<br>PO BOX 10111<br>ATLANTA GA 30384-3411 | 015647P001-1435A-598<br>DISNEY RESORT DESTINATIONS, LLC<br>BANK OF AMERICA<br>LOCKBOX #403411<br>6000 FELDWOOD RD<br>COLLEGE PARK GA 30349 |
| 010257P001-1435A-598<br>DISNEY STORE<br>8001 ORANGE BLOSSON TRL<br>ORLANDO FL 32809 | 016954P001-1435A-598<br>DISNEY YOUTH GROUP PROGRAM<br>TRISH ERHARDT<br>PO BOX 10111<br>LAKE BUENA VISTA FL 32830 | 015648P001-1435A-598<br>DISNEY YOUTH GROUP PROGRAMS<br>DISNEY YOUTH PROGRAMS<br>220 CELEBRATION PL<br>THIRD FL<br>CELEBRATION FL 34747 | 019672P001-1435A-598<br>DISNEY YOUTH GROUP PROGRAMS<br>JEMAL TAYLOR<br>PO BOX 10111<br>LAKE BUENA VISTA FL 32830-1011 |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 449
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 449 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

---

010258P001-1435A-598
DISPLAYS 2 GO
81 COMMERCE DR
FALL RIVER MA 02720

019673P001-1435A-598
DISTINCTIVE FLORAL
532 GAUSE BLVD
SLIDELL LA 70458

009317P001-1435A-598
DISTINCTIVE FLORAL DESIGNS LLC
532 GAUSE BLVD
SLIDELL LA 70458

018429P001-1435A-598
DISTRICT 6 BAND DIRECTORS ASSOCIATION
TRAE CUMMINGS - BELLE CHASE ACADEMY
100 5TH ST
BELLE CHASE LA 70037

041039P001-1435A-598
DITO, LLC WELLS FARGO BANK, NA
PO BOX 888452
LOS ANGELES CA 90088

041630P001-1435A-598
DIVERSIFIED WAREHOUSE SVC LLC
305 CARDINAL DR
LAFAYETTE LA 70508

031072P001-1435A-598
DIVINE MERCY
ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029913P001-1435A-598
DIVINE MERCY CHURCH
4337 SAL LENTINI PKWY
KENNER LA 70065

018430P001-1435A-598
DIVINE MERCY CHURCH PARISH
4337 SAL LENTINI PKWY
KENNER LA 70065

001004P001-1435A-598
DIVINE MERCY PARISH
4337 SAL LENTINI PKWY
KENNER LA 70065

001005P001-1435A-598
DIVINE WORD MISSIONARIES
PO BOX 6099
TECHNY IL 60082-6099

015649P001-1435A-598
DIXIE CHEMICAL COMPANY, INC
POST OFFICE BOX 2081
MANDEVILLE LA 70470-2081

020889P001-1435A-598
DIXIE FRESH DIRECT
P O BOX 54073
NEW ORLEANS LA 70154

010259P001-1435A-598
DIXIE MARKETING GROUP INC
1200 FRIED ST
GRETNA LA 70053

012004P001-1435A-598
DIXIE OFFICE PRODUCTS, INC
3760 AIRLINE DR
METAIRIE LA 70001

010260P001-1435A-598
DIXIE OIL
1200 FRIED ST
GRETNA LA 70053

012005P001-1435A-598
DIXIELAND FOREST CORP
PO BOX 502
ABITA SPRINGS LA 70420

001006P001-1435A-598
DIXIELAND TOURS INC
10520 S CHOCTAW
BATON ROUGE LA 70815

012006P001-1435A-598
DJO GLOBAL, LLC
1430 DECISION ST
VISTA CA 92081

022615P001-1435A-598
DJO LLC
PO BOX 515471
LOS ANGELES CA 90051

015650P001-1435A-598
DKI
5530 JEFFERSON HIGHWAY
HARAHAN LA 70123

000086P001-1435S-598
DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123

013560P001-1435A-598
DKI OFFICE FURNITURE AND SUPPLIES
PO BOX 8817
METAIRIE LA 70011-8817

013561P001-1435A-598
DKI OFFICE SOLUTIONS
5530 JEFFERSON HIGHWAY
HARAHAN LA 70123

010261P001-1435A-598
DLC LIMOUSINE SVC
10 NEW KING ST STE 209
WHITE PLAINS NY 10604-1211

016955P001-1435A-598
DMD SILK SCREENING
537 URBANDALE ST
MARRERO LA 70072

022559P001-1435A-598
DME DIRECT LLC
105 HARBOR CIR
NEW ORLEANS LA 70126

026403P001-1435A-598
DMI DELL BUS ONLINE
DELL COMPUTER CORPORATION
ONE DELL WAY
ROUND ROCK TX 78682

449

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exhibit A Page 450
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 450 of 1525
US First Class Mail
Exhibit Pages

015651P001-1435A-598
DN AND N ENTERPRISES
1144 N CUSEWAY BLVD
MANDEVILLE LA 70471

022616P001-1435A-598
DNA CHIROPRACTIC LLC
PO BOX 1095
LULING LA 70070

015652P001-1435A-598
DOBBINS SPORTS PHOTOGRAPHY, LLC
573 WAVERLY DR
SLIDELL LA 70461

022617P001-1435A-598
DOCTOR LINDA L BUI LLC
BLDG F 1901 MANHATTAN BLVD
HARVEY LA 70058

022618P001-1435A-598
DOCTORS AFTER HOURS
1000 CLEARVIEW PKWY
METAIRIE LA 70001

022619P001-1435A-598
DOCTORS AFTER HOURS
100 5236 VETERANS BLVD
METAIRIE LA 70006

022620P001-1435A-598
DOCTORS AFTER HOURS
STE 100 101 W ROBERT E LEE BLVD
NEW ORLEANS LA 70124

022621P001-1435A-598
DOCTORS AFTER HOURS URGENT
101 W ROBERT E LEE BLVD
NEW ORLEANS LA 70124

022622P001-1435A-598
DOCTORS IMAGING SVC LLC
PO BOX 8815
METAIRIE LA 70011

022623P001-1435A-598
DOCTORS IMAGING SVC LLC
STE 201 4241 VETERANS
METAIRIE LA 70006

022624P001-1435A-598
DOCTORS SAME DAY SURGERY CENTE
1207 N CAUSEWAY BLVD
METAIRIE LA 70001

022625P001-1435A-598
DOCTORS URGENT CARE LLC
985 ROBERT BLVD STE 101
SLIDELL LA 70458

015653P001-1435A-598
DOCUCENTER
2033 HWY 190
STE 2
COVINGTON LA 70433

001008P001-1435A-598
DOCUMART
5624 CITRUS BLVD
HARAHAN LA 70123

041040P001-1435A-598
DOCUMART
5624 CITRUS BLVD
NEW ORLEANS LA 70123

033893S001-1435A-598
DODGE CORRECTIONAL INSTITUTE
KEVIN KLEIN
PO BOX 661
WAUPUN WI 53963-0661

033943S001-1435A-598
DODGE CORRECTIONAL INSTITUTE
DIANA SIMMONS
PO BOX 661
WAUPUN WI 53963-0661

033950S001-1435A-598
DODGE CORRECTIONAL INSTITUTE
MARK LEDESMA
PO BOX 661
WAUPUN WI 53963-0661

018431P002-1435A-598
DOERLE FOOD SVC LLC
113 KOL DR
BROUSSARD LA 70518-3825

013562P001-1435A-598
DOGGONE EXPRESS
31058 HIGHWAY 1055
MT. HERMON LA 70450

012008P001-1435A-598
DOGWOOD CERAMIC SUPPLY INC
12590 DEDEAUX RD MS
GULPORT MS 39503-5866

013563P002-1435A-598
DOLLAMUR SPORT SURFACES
1053 EVERMAN PKWY
FORT WORTH TX 76140-4905

009789P001-1435A-598
DOLLAMUR SPORTS SURFACES
4709 SOUTH EDGEWOOD TER
FORT WORTH TX 76119

010262P001-1435A-598
DOLLAR GENERAL
1020 BEHRMAN HWY
GRETNA LA 70056

026228P001-1435A-598
DOLLAR GENERAL
100 MISSION RIDGE
GOODLETTSVILLE TN 37072

010263P001-1435A-598
DOLLAR RAC
600 RENTAL BLVD
NEW ORLEANS AP LA 70062

010264P001-1435A-598
DOLLAR RENT A CAR
600 RENTAL BLVD
NEW ORLEANS AP LA 70062

009342P001-1435A-598
DOLLAR TREE
704 W OAK ST
AMITE LA 70422-2733

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 451
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 451 of 1525
US First Class Mail
Exhibit Pages

010265P001-1435A-598
DOLLAR TREE
2703 BELLE CHASSE HWY
GRETNA LA 70005

026229P001-1435A-598
DOLLAR TREE
500 VOLVO PKWY
CHESAPEAKE VA 23320

010266P001-1435A-598
DOLLAR TREE 1985
1999 BARATARIA BLVD
MARRERO LA 70072

001011P001-1435A-598
DOMINICAN COMMUNITY
ST ANTHONY PRIORY
4640 CANAL ST
NEW ORLEANS LA 70119

001012P001-1435A-598
DOMINICAN FATHERS
1909 S ASHLAND AVE
CHICAGO IL 60608

001013P001-1435A-598
DOMINICAN FATHERS
775 HARRISON AVE
NEW ORLEANS LA 70124

019001P001-1435A-598
DOMINICAN FATHERS
1421 N CAUSEWAY BLVD
METAIRIE LA 70001

015654P001-1435A-598
DOMINICAN FATHERS AND BROTHERS
ST ANTHONY PRIORY
4640 CANAL ST
NEW ORLEANS LA 70119

001014P001-1435A-598
DOMINICAN FRIARS OF LUBBOCK
PO BOX 22872
LEXINGTON KY 40522

012009P001-1435A-598
DOMINICAN HIGH SCHOOL
7701 WALMSLEY AVE
NEW ORLEANS LA 70125

018432P001-1435A-598
DOMINICAN HIGH SCHOOL
7701 WALMSLEY
NEW ORLEANS LA 70125

019674P001-1435A-598
DOMINICAN HIGH SCHOOL
7701 WALMSELY AVE
NEW ORLEANS LA 70125-3494

001015P001-1435A-598
DOMINICAN PRIORY OF ST GERTRUDE
7630 SHAWNEE RUN RD
CINCINNATIM OH 45243-3009

031541P001-1435A-598
DOMINICAN PROVINCE OF ST ALBERT THE GREAT
1910 S ASHLAND AVE
CHICAGO IL 60608-2905

001016P002-1435A-598
DOMINICAN SISTERS
1509 PINE ST STE H
NEW ORLEANS LA 70118-5353

001017P001-1435A-598
DOMINICAN SISTERS OF MARY IMMACULATE PROVINCE
5250 GASMER DR
HOUSTON TX 77035

013564P001-1435A-598
DOMINICAN SISTERS OF MARY MOTHER
OF THE EUCHARIST
4597 WARREN RD
ANN ARBOR MI 48105

001018P001-1435A-598
DOMINICAN SISTERS OF PEACE
5660 BANCROFT DR
NEW ORLEANS LA 70122

041041P001-1435A-598
DOMINICAN SISTERS OF PEACE
2320 AIRPORT DR
COLUMBUS OH 43219

026315P001-1435A-598
DOMINICAN SISTERS OF ST CECILIA
801 DOMINICAN DR
NASHVILLE TN 37228

026316P001-1435A-598
DOMINIO'S PIZZA
30 FRANK LLOYD WRIGHT DR
ANN ARBOR MI 48106

010267P001-1435A-598
DOMINO'S BASKETBALL
4938 FRERET ST
NEW ORLEANS LA 70115

015655P001-1435A-598
DOMINO'S BASKETBALL
CHARLIE DOMINO
13398 HIGHWAY 1078
FOLSOM LA 70437

010268P001-1435A-598
DOMINO'S PIZZA
4938 FRERET ST
NEW ORLEANS LA 70115

013565P001-1435A-598
DOMINO'S PIZZA
15389 HIGHWAY 22
PONCHATOULA LA 70454

015656P001-1435A-598
DOMINO'S PIZZA
69290 HIGHWAY 21
COVINGTON LA 70433

026675P001-1435A-598
DOMINOS
3030 SEVERN AVE ST 10
METAIRIE LA 70002

020890P001-1435A-598
DOMINOS BASKETBALL
CHUCK DORVIN
4308 NEW STREET
METAIRIE LA 70002

Case 20-10846 Doc 4385-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 452

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 452 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

026185P001-1435A-598
DOMINOS PIZZA
3030 SEVERN AVE ST 10
METAIRIE LA 70002

026230P001-1435A-598
DOMINOS PIZZA
30 FRANK LLOYD WRIGHT DR
ANN ARBOR MI 48106

016956P001-1435A-598
DON BOHN FORD
3737 LAPALCO BLVD
HARVEY LA 70058

026186P001-1435A-598
DON BOSCO PREP
492 FRANKLIN TPKE
RAMSEY NJ 07446

020891P001-1435A-598
DON HERMANN
5218 CLAYCUT RD
BATON ROUGE LA 70806

009790P001-1435A-598
DON HOPPENS AND LOUISE GUBERT
PO BOX 6165
METAIRIE LA 70009

030976P001-1435A-598
DON RANDON REAL ESTATE, INC
DON RANDON
ADDRESS INTENTIONALLY OMITTED

009337P001-1435A-598
DON'S AUTOMOTIVE
634 ORANGE ST
NEW ORLEANS LA 70130

027072P001-1435A-598
DON'S SEAFOOD
126 LAKE DR
COVINGTON LA 70433

026579P001-1435A-598
DON'S SEAFOOD RESTAURANT
126 LAKE DR
COVINGTON LA 70433

015658P001-1435A-598
DON'S STUMPGRINDING
1923 DUPARD ST
MANDEVILLE LA 70448

001021P001-1435A-598
DONAHUE FAVRET CONTRACTORS INC
3030 EAST CAUSEWAY APPROACH
MANDEVILLE LA 70448

022627P002-1435A-598
DONALD C FAUST MD
3100 GALLERIA DR STE 300
METAIRIE LA 70001-2196

015657P001-1435A-598
DONALD I PHILLIPS DBA CATERING BY DON
72022 LIVE OAK ST
COVINGTON LA 70433

022628P001-1435A-598
DONALD L PETERSON JR MD
151 OCHSNER BLVD STE D
GRETNA LA 70056

009387P001-1435A-598
DONALD PALMER CO INC
PO BOX 15062
NEW ORLEANS LA 70175

020894P001-1435A-598
DONALDSONVILLE HIGH SCHOOL
100 TIGER DR
DONALDSONVILLE LA 70346

020892P001-1435A-598
DONS COUNTRY STORE
388 CENTRAL AVE
RESERVE LA 70084

020893P001-1435A-598
DONS SEAFOOD HUT
4801 VETERANS BLVD
METAIRIE LA 70006

013566P001-1435A-598
DONS STRIPING INC
4805 LAKE VISTA DR
METAIRIE LA 70006

020895P001-1435A-598
DONUT HOLE
421 W AIRLINE HWY
LAPLACE LA 70068

016957P001-1435A-598
DOODIE CALLS INC
PO BOX 10626
JEFFERSON LA 70181

036968S001-1435A-598
DOOLY STATE PRISON
DAVID MOORE
PO BOX 750
UNADILLA GA 31091-0750

030983P001-1435A-598
DORIAN BENNETT SOTHEBYS INTL REALTY
DORIAN BENNETT
ADDRESS INTENTIONALLY OMITTED

018433P002-1435A-598
DORIAN BUSINESS SYSTEMS, IN,
14850 MONTFORT DR STE 160
DALLAS TX 75254-6704

015659P001-1435A-598
DORNAN PROPERTIES
325 SHADY VIEW LN
COVINGTON LA 70433

031001P001-1435A-598
DORSEY DEVELOPMENT GROUP
PAUL DORSEY
ADDRESS INTENTIONALLY OMITTED

001029P001-1435A-598
DOT GRAPHICS
9655 DE SOTO AVE
CHATSWORTH CA 91311

Case 20-10846 Doc 4325-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 453
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 453 of 1525
US First Class Mail
Exhibit Pages

019675P001-1435A-598
DOUBLE A EXTERMINATORS
111 RAINEY DR
SLIDELL LA 70458

015660P001-1435A-598
DOUBLE D DRYWALL
2108 COLONIAL BLVD
VIOLET LA 70092

001030P001-1435A-598
DOUBLE TREE HOTEL
300 ARMY NAVY DR
ARLINGTON VA 22202

020896P001-1435A-598
DOUBLETREE BY HILTON LAFAYETTE
1521 W PINHOOK RD
LAFAYETTE LA 70503

010269P001-1435A-598
DOUBLETREE HOTEL
300 CANAL ST
NEW ORLEANS LA 70130

013567P001-1435A-598
DOUBLETREE NORTH CHARLESTON CONVENTION CENTER
5264 INTERNATIONAL BLVD
NORTH CHARLESTON SC 29418

019676P001-1435A-598
DOUGLAS INDUSTRIES
DBA NATIONAL SPORTS PRODUCTS NSP
3441 SOUTH 11TH AVE
ELDRIDGE IA 52748

009791P001-1435A-598
DOVER PUBLICATIONS
PO BOX 347
MINEOLA NY 11501-1347

018434P001-1435A-598
DOW ELECTRONICS
8603 ADAMO DR
TAMPA FL 33619

016958P001-1435A-598
DOWNTOWN DELIVERY
124 ELEANOR AVE
PASS CHRISTIAN MS 39571

010270P001-1435A-598
DOWNTOWN PARKING
601 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

015661P001-1435A-598
DOYLE HIGH SCHOOL
PO BOX 160
LIVINGSTON LA 70754

022629P001-1435A-598
DR ABDOLREZA VADIEE APMC
125 E SAINT BERNARD HWY
CHALMETTE LA 70043

001034P001-1435A-598
DR BRAIN INC
PO BOX 6525
METAIRIE LA 70009-6525

022644P001-1435A-598
DR BRANDON BROADUS
102 FONTAINBLEAU DR D1
MANDEVILLE LA 70471

001035P001-1435A-598
DR BRIAN TUCKER
3508 FAR WEST BLVD
STE 310
AUSTIN TX 78731

001055P001-1435A-598
DR CORNELIUS SCHUTTE N O PSYCHOTHERAPY ASSOC
2401 WESTBEND PKWY
NEW ORLEANS LA 70114

022630P001-1435A-598
DR DAVID A MYERS LLC
PO BOX 55730
METAIRIE LA 70055

022632P001-1435A-598
DR JAMES H O NEILL LPC
STE 512 3330 W ESPLANADE AVE S
METAIRIE LA 70002

001040P001-1435A-598
DR JANET BRADLEY
433 METAIRIE RD
STE 202
METAIRIE LA 70005

022634P001-1435A-598
DR JENNIFER HOLLIDAY LLC
658 HIGHLANDS DR
SLIDELL LA 70458

022635P001-1435A-598
DR JORGE M CONTRERAS LLC
3800 HOUMA BLVD STE 250
METAIRIE LA 70006

022636P001-1435A-598
DR KIM HOANG
2120 BELLE CHASSE HWY
GRETNA LA 70053

022637P001-1435A-598
DR KRISTIE CHIROPRACTIC
STE 103 1620 BELLE CHASSE HWY
TERRYTOWN LA 70056

001043P001-1435A-598
DR MARGARET CAMPO
36260 OLD BAYOU LIBERTY RD
SLIDELL LA 70460

001052P001-1435A-598
DR MATT MORRIS AND ASSOCIATES
433 METAIRIE RD
STE 401
METAIRIE LA 70005

022638P001-1435A-598
DR MICHAEL LECHLEITER DC
PO BOX 58049
NEW ORLEANS LA 70158

022639P001-1435A-598
DR MIGUEL RIDGLEYLEWIS
3700 LAPALCO BLVD STE A
HARVEY LA 70058

453

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 454
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 454 of 1525
US First Class Mail
Exhibit Pages

001045P001-1435A-598
DR PAUL PELTS
1539 JACKSON AVE
STE 300
NEW ORLEANS LA 70130

022640P001-1435A-598
DR RENEE BABIN BONIN LLC
9B-1 200 BEAULLIEU DR
LAFAYETTE LA 70508

022641P001-1435A-598
DR RICHARD J HAGES INC
39 6601 VETERANS BLVD
METAIRIE LA 70003

022642P001-1435A-598
DR SHAUNDA JONES MD
PO BOX 1305
GRETNA LA 70054

031669P001-1435A-598
DR TARA
BERNER ON BEHALF OF MINOR SB
1519 HELOIS AVE
METAIRIE LA 70005

001048P001-1435A-598
DR THOMAS NEAL
NOTRE DAME SEMINARY
2901 S CARROLLTON AVE
NEW ORLEANS LA 70125

001050P001-1435A-598
DR TONY MELITO LMFT LPC
3001 5TH ST
STE 202
METAIRIE LA 70002

022643P001-1435A-598
DR W A HENDRICKS GENERAL EN
940 MATTHEW DR STE 5
WAYNESBORO MS 39367

019677P001-1435A-598
DR WAGNERS HONEY ISLAND SWAMP TOUR
41490 CRAWFORD LANDING RD
SLIDELL LA 70461

022646P001-1435A-598
DR WARREN H JOHN
STE 204 6305 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

018435P001-1435A-598
DRAGO'S SEAFOOD RESTAURANT
3232 N ARNOULT
METAIRIE LA 70002

010271P001-1435A-598
DRAMATIC PUBLISHING
311 WASHINGTON ST
WOODSTOCK IL 60098

010272P001-1435A-598
DRAMATIC PUBLISHING CO
311 WASHINGTON ST
WOODSTOCK IL 60098

018436P001-1435A-598
DRAMATIST PLAY SERVICE, INC
440 PK AVE SOUTH
NEW YORK NY 10016

012010P001-1435A-598
DRAMATISTS PLAY SERVICE, INC
440 PK AVE SOUTH
NEW YORK NY 10016

013569P001-1435A-598
DRAMATISTS PLAY SERVICE, INC
ACCOUNTS RECEIVABLE
440 PK AVE SOUTH
NEW YORK NY 10016

010273P001-1435A-598
DRAMATISTS PLAY SVC
440 PARK AVE S FL 11
NEW YORK NY 10016

020897P001-1435A-598
DRAMATISTS PLAY SVC INC
440 PARK AVE SOUTH
NEW YORK NY 10016

020898P001-1435A-598
DRAWING BOARD INC
101 E NINTH ST
WAYNESBORO PA 17268

009140P001-1435A-598
DRAWING BOARD PRINTING
101 E NINTH ST
WAYNESBORO PA 17268

009792P001-1435A-598
DRC/CTB
BIN # 131410
PO BOX 1414
MINNEAPOLIS MN 55480-1414

041043P001-1435A-598
DREAM FORWARD MARKETING
1819 SCHNELL DR
ARABI LA 70032

018437P001-1435A-598
DREAMSEAT
60 AUSTIN BLVD
COMMACK NY 11725

015662P001-1435A-598
DREAMSTREET FOUNDATION (CALIFORNIA)
PO BOX 4330
BURBANK CA 91503

010274P001-1435A-598
DRI NCSOFT CORP
6801 N CAPITAL OF TEXAS HWY 1-102
AUSTIN TX 78731

018438P001-1435A-598
DRIP DROP HYDRATION, INC
1144 65TH ST - STE C
OAKLAND CA 94608

013570P001-1435A-598
DRISKILL ENVIRONMENTAL CONSULTANTS
1999 HICKORY AVE
STE 204
HARAHAN LA 70123

009207P001-1435A-598
DROPBOX INC
185 BERRY ST STE 400
SAN FRANCISCO CA 94107-1725

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex. 4 Affidavit 455
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 455 of 1525
US First Class Mail
Exhibit Pages

022647P001-1435A-598
DRS ITELD BERNSTEIN ASSOCI
PO BOX 2209
SLIDELL LA 70459

022651P001-1435A-598
DRS LOUAPRE KOKEMOR AND SARR
2633 NAPOLEON AVE STE 400
NEW ORLEANS LA 70115

022648P001-1435A-598
DRS LOUAPRE KOKEMOR SARRAT AND
2633 NAPOLEON AVE STE 400
NEW ORLEANS LA 70115

001057P001-1435A-598
DRS OCCHIPINTI LIFSEY AND BURKE
4770 S I-10 SERVICE RD W
STE 110
METAIRIE LA 70001

022649P001-1435A-598
DRS RAY LOUSTEAU RUSSELL CECOL
120 N JEFF DAVIS PKWY
NEW ORLEANS LA 70119

022650P001-1435A-598
DRS SCHWARTZENBURG LAFRANCA GU
STE 210 500 RUE DE LA VIE ST
BATON ROUGE LA 70817

015664P001-1435A-598
DRUG TEST SVC OF LA, LLC
12215 VILLA PK DR
GEISMAR LA 70734

018439P002-1435A-598
DRUM CORE INTERENATIONAL
2495 DIRECTORS ROW STE 1
INDIANAPOLIS IN 46241-4968

026404P001-1435A-598
DRY LAM LLC
23220 W 84TH ST
SHAWNEE KS 66227

022653P002-1435A-598
DS FAMILY MEDICINE
56 STARBRUSH CIR
COVINGTON LA 70433-7208

041631P001-1435A-598
DS WATERS OF AMERICA INC
D/B/A KENTWOOD SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

009391P001-1435A-598
DSAGNO
PO BOX 23453
NEW ORLEANS LA 70183-3453

010275P001-1435A-598
DSPM
439 S STODDARD AVE
SAN BERNARDINO CA 92410

026405P001-1435A-598
DSS ACHIEVMNT PRODUCTS
DISCOUNT SCHOOL SUPPLY®
PO BOX 734309
CHICAGO IL 60673-4309

040823P001-1435A-598
DTC
55 WATER ST
FL 3
NEW YORK NY 10041

019678P001-1435A-598
DTSMA DAVID THIBODAUX STEM MAGNET ACADEMY
DEREK MANARD
805 TEURLINGS DR
LAFAYETTE LA 70501

041632P001-1435A-598
DUBOIS CHEMICALS INC
2659 SOLUTION CTR
CHICAGO IL 60677

031073P001-1435A-598
DUBOURG HOME
DENNIS F ADAMS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

009793P001-1435A-598
DUCHESNE HOUSE
2545 BAYOU HOUSE
NEW ORLEANS LA 70119

026231P001-1435A-598
DUCHTOWN HIGH SCHOOL
13165 LA-73
GEISMAR LA 70734

013571P001-1435A-598
DUCK ICE
PO BOX 100
EDGARD LA 70049

015665P001-1435A-598
DUCKWORTH, RAYFORD AND WENDY
28405 KRENTEL RD
LACOMBE LA 70445

019679P001-1435A-598
DUDLEY SMITH PRINTING
58465 TYLER ST
STE 1
SLIDELL LA 70461

016959P001-1435A-598
DUFF WATERPROOFING CO INC
8011 TOWNSEND PL
NEW ORLEANS LA 70128

013572P001-1435A-598
DUFF WATERPROOFING CO, INC
8011 TOWNSEND PL
NEW ORLEANS LA 70126

041044P001-1435A-598
DUFRENE BUILDING MATERIALS
400 SUGARHOUSE RD
LULING LA 70070

001062P001-1435A-598
DUFRENE SURVEYING AND ENGR INC
1624 MANHATTAN BLVD
HARVEY LA 70058

001063P001-1435A-598
DUHON LOCK AND SECURITY
512 A TERRY PKWY
TERRYTOWN LA 70056

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 456
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 456 of 1525
US First Class Mail
Exhibit Pages

013573P001-1435A-598
DUMB OX MINISTRIES
316 GIROD ST
STE B
MANDEVILLE LA 70448

015666P001-1435A-598
DUMB OX MINISTRIES
1000 HOWARD AVE
NINTH FL
NEW ORLEANS LA 70113

001067P001-1435A-598
DUMB OX MINISTRIES INC
316 GIROD ST
MANDEVILLE LA 70448

009794P001-1435A-598
DUMB OX PRODUCTIONS INC
1816 NEYREY DR
METAIRIE LA 70001

012011P001-1435A-598
DUNHAM HIGH SCHOOL
11111 ROY EMERSON DR
BATON ROUGE LA 70810

020899P001-1435A-598
DUNHAM HIGH SCHOOL
11111 ROY EMERSON
BATON ROUGE LA 70810

019680P001-1435A-598
DUNHAM SCHOOL
11111 ROY EMERSON DR
BATON ROUGE LA 70810

010276P001-1435A-598
DUNKIN DONUTS
4200 HOUMA BLVD
METAIRIE LA 70006

013574P001-1435A-598
DUNLAP INDUSTRIES
GENERAL SUPPLIES DIVISION
12507 LOMA RICA DR
GRASS VALLEY CA 95945

019681P002-1435A-598
DUNNS FLOORING LLC
PO BOX 152
SLIDELL LA 70459-0152

029640P001-1435A-598
DUO SECURITY INC
DEPT LA 24804
PASADENA CA 91185-4804

001068P001-1435A-598
DUO SECURITY INC ACCOUNTING DEPT
123 N ASHLEY ST
ANN ARBOR MI 48104

018440P001-1435A-598
DUPLANTIER ICE SVC
2240 DECATUR ST
NEW ORLEANS LA 70117

022654P001-1435A-598
DURA MEDIC LLC
PO BOX 2728
AUSTIN TX 78768

041046P001-1435A-598
DURBIN ACCOUNTANTS AND CONSULTANTS
257 CHEROKEE ROSE LN
COVINGTON LA 70433

041047P001-1435A-598
DURBIN ACCOUNTANTS AND CONSULTANTS
427 N THREAD ST #213
COVINGTON LA 70433

009414P001-1435A-598
DURHAM SCHOOL SVC LP
PO BOX 841879
DALLAS TX 75284-1879

001074P001-1435A-598
DURR HEAVY CONSTRUCTION L L C
817 HICKORY AVE
HARAHAN LA 70123

012012P001-1435A-598
DURR HEAVY CONSTRUCTION LLC
817 HICKORY AVE
HARAHAN LA 70123

010277P001-1435A-598
DUTCHTOWN HIGH SCHOOL
13165 LA-73
GEISMAR LA 70734

020900P001-1435A-598
DUTCHTOWN HIGH SCHOOL
P RICKS
VOLLEYBALL
13165 HIGHWAY 73
GEISMAR LA 70734

015667P002-1435A-598
DUTCHTOWN HIGH SCHOOL VOLLEYBALL
P RICKS
13165 HIGHWAY 73
GEISMAR LA 70734

018441P001-1435A-598
DUVALLES CAJUN CHARTERS, LLC
3917 MUMPHREY RD
CHALMETTE LA 70043

015668P001-1435A-598
DYKNOW
129 E MARKET ST
STE 1100
INDIANAPOLIS IN 46204

018442P001-1435A-598
DYNAMEDICS
PO BOX 7307
METAIRIE LA 70010

020901P001-1435A-598
DYNAMIC AUDIO VIDEO
5570 PEPSI ST
STE B
NEW ORLEANS LA 70123

010278P001-1435A-598
DYNAMIC CATHOLIC
5081 OLYMPIC BLVD
ERLANGER KY 41018

001076P001-1435A-598
DYNAMIC CATHOLIC INSTITUTE
5081 OLYMPIC BLVD
ERLANGER KY 41018

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 457 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 020902P001-1435A-598<br>DYNAMICCATHOLICCOM<br>2200 ARBOR TECH DR<br>HEBRON KY 41048 | 009405P001-1435A-598<br>DYNAPLAY LLC<br>PO BOX 6497<br>METAIRIE LA 70009 | 022656P001-1435A-598<br>DYNASPLINT SYSTEMS INC<br>770 RITCHIE HWY STE W21<br>SEVERNA PARK MD 21146 | 009328P001-1435A-598<br>DZ INTERNATIONAL TRADING<br>5925 GATEWAY DR<br>ALPHARETTA GA 30004-3970 |
| 026232P001-1435A-598<br>E AND E SVC<br>1725 NUNEZ ST<br>NEW ORLEANS LA 70114 | 013575P001-1435A-598<br>E AND G PEST CONTROL<br>PO BOX 19343<br>NEW ORLEANS LA 70179-0343 | 016960P001-1435A-598<br>E AND J LAWN CARE AND MAINT LLC<br>112 CRESCENTWOOD LOOP<br>SLIDELL LA 70458 | 018443P001-1435A-598<br>E AND M SPORTS PRODUCTIONS<br>8 RUE DIJON<br>KENNER LA 70065 |
| 010279P001-1435A-598<br>E CAMM NETWORK LLC<br>1132 SALEM ST NORTH<br>ANDOVER MA 01845 | 041048P001-1435A-598<br>E CATHOLIC<br>PO BOX 9901<br>COLLEGE STATION TX 77842 | 020903P001-1435A-598<br>E D WHITE CATHOLIC HIGH SCHOOL<br>J KIEF<br>555 CARDINAL DR<br>THIBODAUX LA 70301 | 026474P001-1435A-598<br>E D WHITE HIGH SCHOOL<br>555 CARDINAL DR<br>THIBODAUX LA 70301 |
| 022657P001-1435A-598<br>E JEFFERSON PHYSICIANS GROUP<br>PO BOX 975482<br>DALLAS TX 75397 | 010280P001-1435A-598<br>E PROMOS PROMOTIONAL<br>113 5TH AVE S<br>ST CLOUD MN 56301 | 022658P001-1435A-598<br>E TAYLOR AULTMAN LCSW<br>744 DANTE ST<br>NEW ORLEANS LA 70118 | 041066P001-1435A-598<br>E-SET ANTIVIRUS<br>655 WEST BROADWAY<br>SAN DIEGO CA 92101 |
| 029641P001-1435A-598<br>EADS MELANIE G CPA APC<br>413 MAGNOLIA LN<br>SLIDELL LA 70461 | 026475P001-1435A-598<br>EAGLE ATHLETIC FACILITIES<br>1000 SALESIAN LN<br>MARRERO LA 70072 | 029800P001-1435A-598<br>EAGLE HURST RANCH<br>ANGIE BUTZ<br>240 EAGLE HURST RD<br>STEELVILLE MO 65565 | 001077P001-1435A-598<br>EAGLE HURST RANCH ST LOUIS OFFICE<br>9700 MACKENZIE<br>STE 120<br>ST LOUIS MO 63123 |
| 001078P001-1435A-598<br>EAGLE INSULATORS SOUTHEAST LLC<br>PO BOX 7701<br>METAIRIE LA 70010 | 026139P001-1435A-598<br>EAGLE SECURITY<br>PO BOX 322<br>HARVEY LA 70059 | 041049P001-1435A-598<br>EAGLEHAWK PREMIUM PROTECTION SERVICES, LLC<br>8201 PALM ST<br>NEW ORLEANS LA 70118 | 022659P001-1435A-598<br>EAR NOSE AND THROAT PHYSICIANS<br>STE 104 9980 CENTRAL PARK BLVD N<br>BOCA RATON FL 33428 |
| 016961P001-1435A-598<br>EARL J DOESCHER AND CO<br>305 MEHLE AVE<br>ARABI LA 70032 | 015669P001-1435A-598<br>EARL J DOESCHER AND CO, INC<br>EARL J DOESCHER AND CO<br>PO BOX 666<br>BASILE LA 70515 | 022660P001-1435A-598<br>EARL J PRIMO MS OD LLC<br>205 STONEWOOD DR<br>COVINGTON LA 70433 | 010281P001-1435A-598<br>EARL OF SANDWICH<br>4700 MILLENIA BLVD<br>STE 400<br>ORLANDO FL 32839 |

Case 20-10846 Doc 4835-1 Filed 09/09/25 Entered 09/09/25 14:00:45 Ex. 4 Affidavit of Service Regarding Solicitation Packages Page 458 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

013576P001-1435A-598
EARLS PLUMBING AND HEATING, LLC
5107 WEST NAPOLEON AVE
METAIRIE LA 70001

022661P001-1435A-598
EARS AND HEARING PA
BLDG C STE 300A 12319 N MOPAC EXPWY
AUSTIN TX 78758

020904P001-1435A-598
EARTHSAVERS
PO BOX 6530
METAIRIE LA 70009

015670P001-1435A-598
EARTHSHIELD FOAM INSULATION
2120 AMERICA ST
MANDEVILLE LA 70448

020905P001-1435A-598
EAST ASCENSION HIGH SCHOOL
612 E WORTHY
GONZALES LA 70737

026476P001-1435A-598
EAST ASCENSION HIGH SCHOOL
612 EAST WORTHEY RD
GONZALES LA 70737

020906P001-1435A-598
EAST BANK FRIENDS OF RECREATION
3616 HENICAN PL
METAIRIE LA 70003

022662P001-1435A-598
EAST BATON ROUGE EMS
PO BOX 54001
NEW ORLEANS LA 70154

020907P001-1435A-598
EAST COAST WHOLESALE INC
P O BOX 2599
COVINGTON GA 30015

020908P001-1435A-598
EAST FELICIANA HIGH SCHOOL
3501 HIGHWAY 10
JACKSON LA 70748

010282P001-1435A-598
EAST JAPANESE RESTAURANT
1405 TEANECK RD
TEANECK NJ 07666

009796P001-1435A-598
EAST JEFFERSON AFTERHOURS
3510 N CAUSEWAY BLVD STE 300
METAIRIE LA 70002

022663P001-1435A-598
EAST JEFFERSON AMBULATORY SURG
4320 HOUMA BLVD STE 500
METAIRIE LA 70006

022664P001-1435A-598
EAST JEFFERSON EMERGENCY
PO BOX 679525
DALLAS TX 75267

022665P001-1435A-598
EAST JEFFERSON EMERGENCY MAN
PO BOX 679525
DALLAS TX 75267

022666P001-1435A-598
EAST JEFFERSON FAMILY PRACTICE
2109 DAVID DR
METAIRIE LA 70003

022667P001-1435A-598
EAST JEFFERSON FAMILY PRACTICE
PO BOX 54576
NEW ORLEANS LA 70154

022668P001-1435A-598
EAST JEFFERSON GASTROENTEROLOG
3941 HOUMA BLVD STE 1B
METAIRIE LA 70006

022669P001-1435A-598
EAST JEFFERSON GENERAL H
PO BOX 975479
DALLAS TX 75397

022671P001-1435A-598
EAST JEFFERSON GENERAL HOSPITA
PO BOX 975479
DALLAS TX 75397

022672P001-1435A-598
EAST JEFFERSON GENERAL HOSPITA
PO BOX 975481
DALLAS TX 75397

001080P001-1435A-598
EAST JEFFERSON GENERAL HOSPITAL
PO BOX 650292
DALLAS TX 75265-0292

022670P002-1435A-598
EAST JEFFERSON GENERAL HOSPITAL
CONTROLLERS OFFICE
4200 HOUMA BLVD
METAIRIE LA 70006

010283P001-1435A-598
EAST JEFFERSON HIGH SCHOOL
400 PHLOX AVE
METAIRIE LA 70001

010284P001-1435A-598
EAST JEFFERSON HOSPITAL
4200 HOUMA BLVD
METAIRIE LA 70006

001081P001-1435A-598
EAST JEFFERSON MANAGEMENT LLC
PO BOX 88087
CHICAGO IL 60680-1087

001082P001-1435A-598
EAST JEFFERSON PHYS GROUP
PO BOX 975482
DALLAS, TX 75397-5482

022674P001-1435A-598
EAST JEFFERSON PHYSICIANS GROU
PO BOX 975482
DALLAS TX 75397

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:45 Main Document Page 459
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 459 of 1525
US First Class Mail
Exhibit Pages

020911P001-1435A-598
EAST MISSISSIPPI CENTER FOR EDUC DEV
MSU CAMPUS
1000 HIGHWAY 19 NORTH MERIDIAN
MERIDIAN MS 39307-5799

041633P001-1435A-598
EAST SIDE JERSEY DAIRY INC
DBA PRAIRIE FARMS DAIRY - HAMMOND
4001 US HWY 190
HAMMOND LA 70401

041634P001-1435A-598
EAST SIDE JERSEY DAIRY, INC
3744 STAUNTON RD
EDWARDSVILLE IL 62025

019683P001-1435A-598
EAST ST TAMMANY CHAMBER OF COMMERCE
CHAMBER OF COMMERCE
1808 FRONT ST
SLIDELL LA 70458

019688P001-1435A-598
EAST ST TAMMANY HABITAT OF HUMANITY
2229 3RD ST
SLIDELL LA 70458

022675P001-1435A-598
EAST TN CHILDRENS HOSPITAL
PO BOX 15010
KNOXVILLE TN 37901

001083P001-1435A-598
EASTBANK CYCLERY
1908 W ESPLANADE AVE
KENNER LA 70065

026317P001-1435A-598
EASTBAY
211 S 1ST AVE
WAUSAU WI 54401

012014P001-1435A-598
EASTBAY INC
PO BOX 1328
WAUSAU WI 54402-1328

020913P001-1435A-598
EASTBAY INC
P O BOX 1328
WAUSAU WI 55402-1328

010285P001-1435A-598
EASTBAY TEAM SALES
111 SOUTH FIRST AVE
WAUSAU WI 54401

016962P001-1435A-598
EASTBAY, INC
DEPT 978835
PO BOX 8835
CAROL STREAM IL 60197-8835

022676P001-1435A-598
EASTERN CT PATHOLOGY CONSULTAN
PO BOX 206
NEW HAVEN CT 06501

034827S001-1435A-598
EASTERN OHIO CORRECTION CTR
DEBI MANKOWSKI
PO BOX 2400
STEUBENVILLE OH 43953-0400

035687S001-1435A-598
EASTERN OHIO CORRECTION CTR
KAYLEEN MURRAY
PO BOX 2400
STEUBENVILLE OH 43953-0400

036288S001-1435A-598
EASTERN OHIO CORRECTION CTR
MARK WELLS
PO BOX 2400
STEUBENVILLE OH 43953-0400

022677P001-1435A-598
EASTERN SHORE URGENT CARE LLC
PO BOX 4152
BELFAST ME 04915

010286P001-1435A-598
EASY CANVAS PRINTS
11525A STONEHOLLOW DR
STE 100
AUSTIN TX 78758

041050P001-1435A-598
EASY PASS
PO BOX 7656
METAIRIE LA 70010

022678P001-1435A-598
EATING RECOVERY CENTER OF DALL
PO BOX 561485
DENVER CO 80256

012015P001-1435A-598
EBSCO
PAYMENT PROCESSING CENTER
PO BOX 204661
DALLAS TX 75320-4661

015671P001-1435A-598
EBSCO
PO BOX 2543
BIRMINGHAM AL 35202

018444P001-1435A-598
EBSCO
PAYMENT PROCESSING CTR
PO BOX 204661
DALLAS TX 75320-4661

013578P001-1435A-598
EBSCO INFORMATION SVC
PAYMENT PROCESSING CENTER
PO BOX 204661
DALLAS TX 75320-4661

041051P001-1435A-598
EBSCO INFORMATION SVC
PO BOX 1943
BIRMINGHAM AL 35201

001086P001-1435A-598
EC CARPENTRY
445 WOODWARD DR
KENNER LA 70003

013579P001-1435A-598
EC CARPENTRY LLC
445 WOODWARD DR
KENNER LA 70065

026406P001-1435A-598
ECC DSS DISC SCH SUPPLY
DISCOUNT SCHOOL SUPPLY®
PO BOX 734309
CHICAGO IL 60673-4309

459

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:15 in PDF Exhibit A Filed 460
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 460 of 1525
US First Class Mail
Exhibit Pages

012013P002-1435A-598
ECO BUILDERS, INC
409 ARBOR VIEW DR
SLIDELL LA 70461-5738

001087P001-1435A-598
ECOLAB
PO BOX 70343
CHICAGO IL 60673-0343

041636P001-1435A-598
ECOLAB INC
DBA ECOLAB PEST ELIMINATION
26252 NETWORK PL
CHICAGO IL 60673-1262

020914P001-1435A-598
ECOLAB PEST ELIMINATION DIVISION
P O BOX 6007
GRAND FORKS ND 58206-6007

041052P001-1435A-598
ECON-O-COPY
2901 N CAUSEWAY
#304
METAIRIE LA 70010

016963P001-1435A-598
ECONO LODGE INN AND SUITES
5335 UNIVERSITY PKWY
NATCHITOCHES LA 71457

020915P001-1435A-598
ECONO LODGE SULPHUR
2022 RUTH ST
SULPHUR LA 70663

041053P001-1435A-598
ECONOMICAL JANITORIAL
PO BOX 23607
NEW ORLEANS LA 70123

001088P001-1435A-598
ECONOMICAL JANITORIAL AND PAPER SUPPLIES INC
PO BOX 23607
NEW ORLEANS LA 70183-3607

015672P001-1435A-598
ECONOMICAL JANITORIAL AND PAPER SUPPLIES, INC
1420 SAMS AVE
STE F
HARAHAN LA 70123

019689P001-1435A-598
ED BEALS ELECTRICAL SVC INC
1527 GAUSE BLVD 223
SLIDELL LA 70458

022679P001-1435A-598
ED PHYSICIANS OF WEST LOUISI
PO BOX 731169
DALLAS TX 75373

001089P001-1435A-598
ED SMITH STENCIL WORKS LTD
4315 BIENVILLE ST
NEW ORLEANS LA 70119

009797P001-1435A-598
ED SMITH'S STENCIL WORKS
326 CAMP ST
NEW ORLEANS LA 70130

009295P001-1435A-598
ED SMITHS STENCIL WORKS
4315 BIENVILLE ST
NEW ORLEANS LA 70119

015673P002-1435A-598
ED SMITHS STENCIL WORKS LTD
4315 BIENVILLE ST
NEW ORLEANS LA 70119

020916P001-1435A-598
EDC EDUCATIONAL SVC
USBORNE BOOKS
P O BOX 21568
TULSA OK 74121-1568

012016P001-1435A-598
EDCO AWARDS AND SPECIALTIES
3702 DAVIE BLVD
FT. LAUDERDALE FL 33312

019684P001-1435A-598
EDDIE DS DINER
39510 HWY 190 E
SLIDELL LA 70461

019685P001-1435A-598
EDDIE DS DINER
HWY 190
SLIDELL LA 70461

027073P002-1435A-598
EDDIE RESO'S GYMNASTIC
1043 PARKPOINT DR
SLIDELL LA 70461-5091

020917P001-1435A-598
EDDIE'S ACE HARDWARE
4401 DOWNMAN RD
NEW ORLEANS LA 70126

001090P001-1435A-598
EDESFA
JUAN CARLOS LOPEZ
3506 TALL SYCAMORE TRL
KATY TX 77493

013580P001-1435A-598
EDG, INC
PO BOX 54464
NEW ORLEANS LA 70154-4464

031012P001-1435A-598
EDGAR STEWART SPIELMAN
ON BEHALF OF CREDITOR CAPITAL ONE
NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP
301 MAIN ST STE 2200
BATON ROUGE LA 70802

000168P001-1435S-598
EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP II CITY PLAZA
400 CONVENTION ST
STE 1001
BATON ROUGE LA 70801

019686P001-1435A-598
EDGENUITY
DEPT LA 24561
PASADENA CA 91185-4561

009371P002-1435A-598
EDGENUITY INC
100 S MILL AVE STE 1700
TEMPE AZ 85281-3399

Case 20-10846 Doc 4355-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 461
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 461 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:58 PM

022680P001-1435A-598
EDGEPARK
1810 SUMMIT COMMERCE PK
TWINSBURG OH 44087

022681P001-1435A-598
EDGEPARK SURGICAL
1810 SUMMIT COMMERCE PK
TWINSBURG OH 44087

041054P001-1435A-598
EDGEWOOD EXTERMINATING, LLC
728 E JUDGE PEREZ DR
CHALMETTE LA 70043

018445P001-1435A-598
EDHESIVE LLC
33 W 17TH ST
7TH FL
NEW YORK NY 10011

010287P001-1435A-598
EDIBLE ARRANGEMENTS
3304 W ESPLANADE AVE STE 4
METAIRIE LA 70002

010288P001-1435A-598
EDJE FUNDRAISING
204 SE STONEMILL DR
VACOUVER WA 98684

009798P001-1435A-598
EDLINE
PO BOX 06290
CHICAGO IL 60606

015674P001-1435A-598
EDLINE - BLACKBOARD ENGAGE
PO BOX 02690
CHICAGO IL 60606

012017P001-1435A-598
EDLINE LLC
DBA BLACKBOARD ENGAGE
PO BOX 06290
CHICAGO IL 60606

009803P001-1435A-598
EDLINE LLC D/B/A BLACKBOARD ENGAGE
ACCOUNTS RECEIVABLE
PO BOX 06290
CHICAGO IL 60606

020918P001-1435A-598
EDLINE LLC DBA SCHOOLWORLD
PO BOX 06290
CHICAGO IL 60606

018446P001-1435A-598
EDLIO LLC
12910 CULVER BLVD
STE I
LOS ANGELES CA 90066

015675P001-1435A-598
EDMENTUM, INC
NW 7504
PO BOX 1450
MINNEAPOLIS MN 55485-7504

010289P001-1435A-598
EDNA KARR HIGH SCHOOL
3332 HUNTLEE DR
NEW ORLEANS LA 70131

035671S001-1435A-598
EDNA MAHAN CORRECTIONAL
LAURE DUVAL
PO BOX 4004
CLINTON NJ 08809-4004

018447P001-1435A-598
EDTECH SOFTWARE LLC
2402 S RURAL RD  STE 201
TEMPE AZ 85282

010406P001-1435A-598
EDU PUBL TEXTBOOKS HMH
2700 N RICHARDT AVE
INDIANAPOLIS IN 46219

001091P001-1435A-598
EDUCATION MODIFIED INC
281 SUMMER ST  FL2
BOSTON MA 02210

019687P001-1435A-598
EDUCATION STATION
670 BROWNSWITCH RD
SLIDELL LA 70458

015676P001-1435A-598
EDUCATION WEEK
PO BOX 3005
LANGHORNE PA 19047-9604

001092P001-1435A-598
EDUCATIONAL CONSULTING ASSOCIATES INC
PO BOX 690
PINE GROVE LA 70453

016964P001-1435A-598
EDUCATIONAL ELECT CORP
216 OAK AVE
NEW ORLEANS LA 70123

020919P001-1435A-598
EDUCATIONAL ELECTRONICS CO
216 OAK AVE
HARAHAN LA 70123

009226P001-1435A-598
EDUCATIONAL ELECTRONICS CORP
216 OAK AVE
HARAHAN LA 70123

019690P001-1435A-598
EDUCATIONAL FURNITURE LLC
709 ALAMUTCHA ST
MARION MS 39342

026233P001-1435A-598
EDUCATIONAL INNOVATIONS
5 FRANCIS J CLARKE CIR STE B
BETHEL CT 06801

013581P001-1435A-598
EDUCATIONAL PERFORMANCE TOURS, LLC
1 EDGEWATER PLZ
STE 525
STATEN ISLAND NY 10305

020920P001-1435A-598
EDUCATIONAL SALES CO
P O BOX 7130
TEMPE AZ 85281-7130

461

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Page 462
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 462 of 1525
US First Class Mail
Exhibit Pages

009799P001-1435A-598
EDUCATIONAL SALES CO INC
PO BOX 7130
TEMPLE AZ 85281

015677P001-1435A-598
EDUCATIONAL SYSTEMS INTERNATIONAL
3605 W MACARTHUR BLVD
STE 702
SANTA ANA CA 92704

015678P001-1435A-598
EDUCATIONAL TESTING SVC
PO BOX 371986
PITTSBURGH PA 15251-7986

016965P001-1435A-598
EDUCATIONAL TESTING SVC
PO BOX 371986
PITTSBURG PA 15251-7986

015679P001-1435A-598
EDUCATIONAL THEATRE ASSOCIATION
PO BOX 645084
CINCINNATI OH 45264

018448P001-1435A-598
EDUCATIONAL THEATRE ASSOCIATION
PO BOX 645084
CINCINATTI OH 45264-5084

016966P001-1435A-598
EDUCATOR
1760 STUMPF BLVD
GRETNA LA 70056

013582P001-1435A-598
EDUCATOR, INC
3017 EDENBORN AVE
METAIRIE LA 70002

009804P001-1435A-598
EDUCATORS PUBLISHING SVC
LOCK BOX NUMBER 681035
MILWAUKEE WI 53268-1035

020921P001-1435A-598
EDUCATORS TRAINING NETWORK
P O BOX 16239
CHESAPEAKE VA 23328

018449P001-1435A-598
EDUCERE LLC
455 PENNSYLVANIA AVE STE 140
FORT WASHINGTON PA 19034

019691P001-1435A-598
EDUCERE LLC
455 PENNSYLVANIA AVE STE 1400
FORT WASHINGTON PA 19034

019692P001-1435A-598
EDUWEBLABSCOM
9166 HORSESHOE BEND
DEXTER MI 48130

015680P001-1435A-598
EDVOTEK
PO BOX 341232
BETHESDA MD 20850

016967P001-1435A-598
EDVOTEK
PO BOX 341232
BETHSESDA MD 20827-1232

018450P001-1435A-598
EDVOTEK
PO BOX 341232
BETHESDA MD 20827-1232

020922P001-1435A-598
EDVOTEK INC
P O BOX 1232
WEST BETHESDA MD 20827-1232

040779P002-1435A-598
EDWARD D JONES AND CO
ELIZABETH ROLWES
CORPORATE ACTIONS
201 PROGRESS PARKWAY
MARYLAND HEIGHTS MO 63043-3042

040778P001-1435A-598
EDWARD D. JONES & CO.
DEREK ADAMS
12555 MANCHESTER ROAD
ST LOUIS MO 63131

031544P001-1435A-598
EDWARD DOUGLAS WHITE CATHOLIC HIGH SCHOOL
555 CARDINAL DR
THIBODAUX LA 70301

013583P002-1435A-598
EDWARD J LAPEROUSE METAL WORKS, INC
924 LEFORT BYPASS RD
THIBODAUX LA 70301-8502

001093P001-1435A-598
EDWARD LEVY DDS
7037 CANAL BLVD
STE 206
NEW ORLEANS LA 70124

022682P001-1435A-598
EDWARD M LANG DPM
2626 JENA ST
NEW ORLEANS LA 70115

019693P001-1435A-598
EF EDUCATIONAL TOURS
ONE EDUCATION STREET
CAMBRIDGE MA 02141

022683P001-1435A-598
EFHC ALGIERS
1515 POYDRAS ST STE 1070
NEW ORLEANS LA 70112

022684P001-1435A-598
EFHC EAST
1515 POYDRAS ST STE 1070
NEW ORLEANS LA 70112

022685P001-1435A-598
EFHC GENTILLY
1515 POYDRAS ST STE 1070
NEW ORLEANS LA 70112

022686P002-1435A-598
EGAN HEALTHCARE CORP
880 W COMMERCE RD STE 500
HARAHAN LA 70123-3333

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh Part A Page 463
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 463 of 1525
US First Class Mail
Exhibit Pages

022687P002-1435A-598
EGAN HEALTHCARE OF NORTHSHORE
880 W COMMERCE RD STE 500
HARAHAN LA 70123-3333

022688P002-1435A-598
EGAN HEALTHCARE OF PLAQUEMINES
880 W COMMERCE RD STE 500
HARAHAN LA 70123-3333

029642P001-1435A-598
EGAN HEALTHCARE OF PLAQUEMINES
P O BOX 54548
NEW ORLEANS LA 70154

015681P001-1435A-598
EHLINGER AND ASSOCIATES
2200 HOUMA BLVD
METAIRIE LA 70001-1300

013584P001-1435A-598
EHS CORPORATION/SOUTHEAST SAFETY AND SUPPLY
1501 RIVER OAKS RD WEST
HARAHAN LA 70123

013585P001-1435A-598
EIFFEL SOCIETY
2040 ST CHARLES AVE
NEW ORLEANS LA 70130

001096P002-1435A-598
EKAHAU INC
1524 5TH AVE STE 300
SEATTLE WA 98101-1654

001097P001-1435A-598
EKCO ELECTRICAL CONTRACTORS INC
5521 POWELL ST
HARAHAN LA 70123

010290P001-1435A-598
EKNOWLEDGE
160 WEST FOOTHILL PKWY
CORONA CA 92882

010291P001-1435A-598
EL MESQUITE GRILL
516 GRETNA BLVD
GRETNA LA 70053

041056P001-1435A-598
ELAN FINANCIAL SVC
PO BOX 790408
ST LOUIS MO 63179

029864P001-1435A-598
ELAVON
2 CONCOURSE PKWY SUITE 800
ATLANTA GA 30328

026407P001-1435A-598
ELBUTTONS
24825 N 16TH AVE #100
PHOENIX AZ 85085

020923P001-1435A-598
ELDRIDGE
PO BOX 4904
LANCASTER PA 17604

010292P001-1435A-598
ELDRIDGE PLAYS
PO BOX 4904
LANCASTER PA 17604

013586P001-1435A-598
ELECTRIC CITY PRINTING
PO BOX 1920
ANDERSON SC 29622

018451P001-1435A-598
ELECTRICAL CONCEPTS/ELECTRICAL CONTRACTOR
POST OFFICE BOX 10954
JEFFERSON LA 70181-0954

001099P001-1435A-598
ELECTRICAL SALES CORP
PO BOX 1095
METAIRIE LA 70004

001099S001-1435A-598
ELECTRICAL SALES CORP
2500 L AND A RD
METAIRIE LA 70001

020924P001-1435A-598
ELECTROCOAT
7320 ASHCROFT DR
STE 211
HOUSTON TX 77081

001100P001-1435A-598
ELECTRONICS AND COMMUNICATIONS UNLIMITED INC
PO BOX 1353
METAIRIE LA 70004-1353

019694P001-1435A-598
ELECTRONICSUSA
14270 APPLE CREEK DR
VICTORVILLE CA 92395

016968P001-1435A-598
ELECTRONIX EXPRESS
900 HART ST
RAHWAY NJ 07065

012018P001-1435A-598
ELEGANT SHUTTERS
78340 TWIN OAKS LN
FOLSOM LA 70437

009296P001-1435A-598
ELEMENT
4400 WOODLAND DR
NEW ORLEANS LA 70131

009800P001-1435A-598
ELEMENTORY
1655 RUE CROZAT
BATON ROUGE LA 70810

029801S001-1435A-598
ELEVATOR TECHNICAL SERVICES, INC
PO BOX 3662
PINEVILLE LA 71361-3662

041057P001-1435A-598
ELEVATOR TECHNICAL SERVICES, INC
2324 LA-457
ALEXANDRIA LA 71302

Case 20-10846 Doc 4213-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 464 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

001101P001-1435A-598
ELEVATOR TECHNICAL SVC INC
PO BOX 3662
PINEVILLE LA 71360

029801P001-1435A-598
ELEVATOR TECHNICAL SVC INC
2324 HWY 457
ALEXANDRIA LA 71302-9248

029802P001-1435A-598
ELEVATOR TECHNICAL SVC INC
MR BOBBY N JONES CEO
2324 HWY 457
ALEXANDRIA LA 71302-9248

001102P001-1435A-598
ELIO'S WINE WAREHOUSE
6205 SOUTH MIRO ST
NEW ORLEANS LA 70125

026187P001-1435A-598
ELITE BASEBALL
1800 HUEY P LONG AVE
GRETNA LA 70053

015682P001-1435A-598
ELITE FITNESS SYSTEMS, INC
138 MAPLE ST
LONDON OH 43140

015683P001-1435A-598
ELITE PROMOTIONS AND MARKETING
1200 LYNETTE DR
METAIRIE LA 70003

018452P001-1435A-598
ELITE RESTAURANT EQUIPMENT
153 21TH STRET
BROOKLYN NY 11232

018453P001-1435A-598
ELITE SPORTSWEAR, LP
PO BOX 16400
READING PA 19612-6400

018454P001-1435A-598
ELITE WRESTLING, LLC
175 BUSINESS PK DR - #130
SUN PRARIE WI 53590

012019P001-1435A-598
ELITE YARD SVC
73482 MILITARY RD
COVINGTON LA 70435

018455P001-1435A-598
ELITESIGNS
8723 SE DIVISION ST
PORTLAND OR 97266

022689P001-1435A-598
ELIZABETH A MCDONALD MD APMC
PO BOX 54276
NEW ORLEANS LA 70154

031595P001-1435A-598
ELIZABETH CARPENTER LAW FIRM
ELIZABETH CARPENTER ESQ
201 ST CHARLES AVE STE 2500
NEW ORLEANS LA 70170

001103P001-1435A-598
ELIZABETH MINISTRY INTERNATIONAL INC
120 W 8TH ST
KAUKAUNA WI 54130-2312

022690P001-1435A-598
ELIZABETH WHITE MD
PO BOX 1536
MANDEVILLE LA 70470

022691P001-1435A-598
ELIZUR
9800A MCKNIGHT RD
PITTSBURGH PA 15237

010293P001-1435A-598
ELK PROMOTIONS
7020 HUNTLEY RD WAREHOUSE B
COLUMBUS OH 43229

022692P001-1435A-598
ELLEN C SCHNEIDER MD
985 ROBERT BLVD STE 105
SLIDELL LA 70458

026477P001-1435A-598
ELLENDALE COUNTRY CLUB
3319 LA-311
HOUMA LA 70360

018456P001-1435A-598
ELLENDER MEMORIAL HIGH SCHOOL
3012 PATRIOT DR
HOUMA LA 70363

010294P001-1435A-598
ELLGEE UNIFORMS SHOP
3201 D HEMECOURT ST
NEW ORLEANS LA 70119

022693P001-1435A-598
ELLIOTT PSYCHIATRIC SVC
851 CORPORATE DR STE 203
LEXINGTON KY 40503

009234P001-1435A-598
ELLISON
25862 COMMERCENTRE DR
LAKE FOREST CA 92630-8804

020925P001-1435A-598
ELLISON SYSTEMS INC
90 BROAD ST
22ND FLOOR
NEW YORK NY 10004

033559S001-1435A-598
ELLSWORTH CORRECTIONAL FCLTY
ANTHONY IVEY
PO BOX 107
ELLSWORTH KS 67439-0107

018457P001-1435A-598
ELMER'S FINE FOODS INC
PO BOX 3117
NEW ORLEANS LA 70177-3117

020926P001-1435A-598
ELMWOOD FITNESS CENTER
1200 S CLEARVIEW PKWY
STE 1200
HARAHAN LA 70123

Case 20-10846 Doc 4365 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 465 of 1525
US First Class Mail
Exhibit Pages

022694P001-1435A-598
ELMWOOD MRI LIMITED
3400 DIVISION ST
METAIRIE LA 70002

022695P001-1435A-598
ELMWOOD MRI LIMITED
DIVISION S DBA METAIRIE IMAGING 3400
METAIRIE LA 70002

026580P001-1435A-598
EMA EMMA EMAIL MARKET
9 LEA AVE
NASHVILLE TN 37210

001104P001-1435A-598
EMAC STUDIOS
ERIC D MCCRARY
6413 GLADYS ST
METAIRIE LA 70003

026188P001-1435A-598
EMBASSY SUITES
315 JULIA ST
NEW ORLEANS LA 70130

015684P001-1435A-598
EMBASSY SUITES HOTEL
1250 22ND ST NW
WASHINGTON DC 20037

001105P001-1435A-598
EMBROIDERY EMPIRE CLOTHING CO
7005 MAGNOLIA CT
STE H
METAIRIE LA 70003

012020P001-1435A-598
EMBROIDME
1890 B N CAUSEWAY
MANDEVILLE LA 70471

019695P001-1435A-598
EMBROIDME
58465 TYLER DR
SLIDELL LA 70461

016969P001-1435A-598
EMC PUBLISHING LLC
9004 SOLUTION CTR
CHICAGO IL 60677-9000

010295P001-1435A-598
EMC/PARADIGM PUBLISHING
875 MONTREAL WAY
ST PAUL MN 55102

009801P001-1435A-598
EMEDCO INC
39209 TREASURY CTR
CHICAGO IL 60694-9200

022696P001-1435A-598
EMERALD COAST URGENT CARE LLC
PO BOX 8760
BELFAST ME 04915

010296P001-1435A-598
EMERALD TOWN CAR
282 N MIDDLETOWN RD
PEARL RIVER NY 10965

022697P001-1435A-598
EMERGENCY ASSOCIATES OF WOONSO
66 W GILBERT ST
RED BANK NJ 07701

022698P001-1435A-598
EMERGENCY COVERAGE CORP
PO BOX 636019
CINCINNATI OH 45263

022699P001-1435A-598
EMERGENCY MEDICAL ASSOCIATES O
PO BOX 9790
DAYTONA BEACH FL 32120

010297P001-1435A-598
EMERGENCY MEDICAL PRODUCTS
5000 TUTTLE CROSSING BLVD
DUBLIN OH 43016

022700P001-1435A-598
EMERGENCY PHYSICIAN ASSOCIATES
PO BOX 638812
CINCINNATI OH 45263

022701P001-1435A-598
EMERGENCY PHYSICIANS CENTER
5216 LAPALCO BLVD
MARRERO LA 70072

022702P001-1435A-598
EMERGENCY STAFFING SOLUTIONS
PO BOX 222030
DALLAS TX 75222

022703P001-1435A-598
EMERGENCY STAFFING SOLUTIONS
PO BOX 96345
OKLAHOMA CITY OK 73143

009368P002-1435A-598
EMERIL LAGASSE FOUNDATION
PO BOX 8310
METAIRIE LA 70011-8310

041060P001-1435A-598
EMERY PRATT CO
1966 W M 21
OWOSSO MI 48867

031353P001-1435A-598
EMMA L JONES
2501 N HARWOOD ST SUITE 1700
DALLAS TX 75201

031364P001-1435A-598
EMMA L JONES
OMELVENY AND MYERS LLP
2501 N HARWOOD ST
STE 1700
DALLAS TX 75201

015685P001-1435A-598
EMMA, INC
75 REMITTANCE DR
STE 6222
CHICAGO IL 60675-6222

001106P001-1435A-598
EMMAUS MINISTRIES
PO BOX 431
WHEATON IL 60187

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 11:00:35 in PDF Exhibit A Page 466
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 466 of 1525
US First Class Mail
Exhibit Pages

001107P001-1435A-598
EMORY CENTER FOR PASTORAL SVC
550 PEACHTREE ST NE
ROOM 1303
ATLANTA GA 30308-2225

022704P001-1435A-598
EMORY UNIV HOSP MAIN
PO BOX 403054
ATLANTA GA 30384

013587P001-1435A-598
EMPIRE JANITORIAL SALES AND SERVICE, LLC
1820 L & A RD
METAIRIE LA 70001

000311P001-1435A-598
EMPLOYEE BENEFIT PLAN FOR THE EMPLOYEES OF
THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE
OF NEW ORLEANS
JEFF ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70118

015686P001-1435A-598
EMPLOYMENT PUBLISHING
175 STRAFFORD AVE STE 1
WAYNE PA 19087

013588P001-1435A-598
EMPRINTMORAN PRINTING, INC
PO BOX 54023
NEW ORLEANS LA 70154-4023

001108P001-1435A-598
EMR SVC INC
668 TIME SAVER AVE
HARAHAN LA 70123

020928P001-1435A-598
EMSCO PAVEMENT MAINTENANCE AND SUPPLY INC
2249 KINGSTON ST STE B
KENNER LA 70062

009206P001-1435A-598
EMSL ANALYTICAL INC
18369 PETROLEUM DR
BATON ROUGE LA 70809

026581P001-1435A-598
ENASCOCOM
901 JANESVILLE AVE
PO BOX 901
FORT ATKINSON WI 53538-0901

015687P001-1435A-598
ENCORE DANCE PRODUCTIONS
1800 W CAUSEWAY APPROACH
STE 114 & 116
MANDEVILLE LA 70471

020929P001-1435A-598
ENCORE DATA PRODUCTS INC
732 FRONT ST
STE 205
LOUISVILLE CO 80027

020930P001-1435A-598
ENCORE REPAIR SVC INC
105 E PRAIRIE LAKE RD
STE 105D
EAST DUNDEE IL 60118

020927P001-1435A-598
ENCYCLOPAEDIA BRITANNICA INC
P O BOX 847013
BOSTON MA 02284-7013

022705P001-1435A-598
ENDEAVOR REHAB CENTER
1033 LA POSADA DR STE 230
AUSTIN TX 78752

022706P001-1435A-598
ENDOCENTER LLC
PO BOX 18886
BELFAST ME 04915

022708P001-1435A-598
ENDOCRINOLOGY AND DIABETES ASS
1111 MEDICAL CTR BLVD
MARRERO LA 70072

022707P001-1435A-598
ENDOCRINOLOGY AND DIABETES ASSOC
1111 MEDICAL CTR BLVD
MARRERO LA 70072

022709P001-1435A-598
ENDOCRINOLOGY DIABETES ASSOCIA
N713 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

020909P001-1435A-598
ENDZONE CAMERA LLC
8570 MARYSVILLE AVE
CORDOVA TN 38016

018458P001-1435A-598
ENDZONE VIDEO SYSTEMS
4345 MIXVILLE RD
SEALY TX 77474-7446

001109P001-1435A-598
ENGINEER YOUR WORLD
COCKRELL SCH ENGINEERING
10100 BURNET RD
AUSTIN TX 78758

019696P001-1435A-598
ENGINEER YOUR WORLD
COCKRELL SCHOOL OF ENGINEERING
10100 BURNET RD
BLDG 133 MC R7100
AUSTIN TX 78758

010298P001-1435A-598
ENGLISH TURN GOLF AND COUNTRY CLUB
1 CLUBHOUSE DR
NEW ORLEANS LA 70131

016970P001-1435A-598
ENGLISH TURN GOLF AND COUNTRY CLUB
ONE CLUBHOUSE DR
NEW ORLEANS LA 70131

001110P001-1435A-598
ENGRAVING CO
3301 VETERANS MEMORIAL BLVD
STE 2
METAIRIE LA 70002

001111P001-1435A-598
ENHANCING BEAUTIFUL MINDS LLC
6305 ELYSIAN FIELDS AVE
STE 301B
NEW ORLEANS LA 70082

009802P001-1435A-598
ENJOY THE CITY NORTH
P O BOX 2399
BINGHAMTON NY 13902

Case 20-10846 Doc 4235-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 467
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 467 of 1525
US First Class Mail
Exhibit Pages

013589P001-1435A-598
ENJOY THE CITY NORTH, INC
SAVEAROUND
PO BOX 2399
BINGHAMTON NY 13902-2399

010299P001-1435A-598
ENLIGHTEN COMMUNICATIONS INC
PO BOX 2154
PARKER CO 80134

012021P001-1435A-598
ENNIE'S HUMBUG
2707 WILLIAMS BLVD
KENNER LA 70063

013590P001-1435A-598
ENNIES
2711 WILLIAMS BLVD
KENNER LA 70062

020910P001-1435A-598
ENSLOW PUBLISHERS INC
P O BOX 398
BERKELEY HEIGHTS NJ 07922

018459P001-1435A-598
ENSO PAYMENT SOLUTIONS
2561 CITIPLACE CT  STE 750160
BATON ROUGE LA 70808

022710P001-1435A-598
ENT AND ALLERGY CLINIC LLC
1615 WOLF CIR
LAKE CHARLES LA 70605

022711P002-1435A-598
ENT SPECIALISTS OF METAIRIE
3019 N ARNOULT RD
METAIRIE LA 70002-4714

010300P001-1435A-598
ENTERCOM NEW ORLEANS
400 POYDRAS ST #800
NEW ORLEANS LA 70130

018460P001-1435A-598
ENTERCOM NEW ORLEANS LLC
400 POYDRAS ST - STE 800
NEW ORLEANS LA 70130

000062P003-1435S-598
ENTERGY
SEAN D MOORE  ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113

001112P001-1435A-598
ENTERGY
PO BOX 8103
BATON ROUGE LA 70891-8103

001113P002-1435A-598
ENTERGY
PO BOX 8106
BATON ROUGE LA 70891-8106

001113S001-1435A-598
ENTERGY
639 LOYOLA AVE
NEW ORLEANS LA 70112

001114P001-1435A-598
ENTERGY
PO BOX 8108
BATON ROUGE LA 70891-8108

026318P001-1435A-598
ENTERGY
639 LOYOLA AVE
NEW ORLEANS LA 70113

041061P001-1435A-598
ENTERGY
PO BOX 18108
BATON ROUGE LA 70891-8108

041062P001-1435A-598
ENTERGY
PO BOX 64001
NEW ORLEANS LA 70164-4001

041063P001-1435A-598
ENTERGY
PO BOX 8102
BATON ROUGE LA 70891

009805P001-1435A-598
ENTERGY - ELECTRIC
PO BOX 8106
BATON ROUGE LA 70891-8106

009806P001-1435A-598
ENTERGY - GAS
PO BOX 8106
BATON ROUGE LA 70891-8106

041637P001-1435A-598
ENTERGY LOUISIANA LLC
PO BOX 8103
BATON ROUGE LA 70891-8103

009807P001-1435A-598
ENTERGY NUCLEAR
PO BOX 308
BUCHANAN NY 10511

041638P001-1435A-598
ENTERGY SVC INC
FINA PAYMENT PROCESSING
PO BOX 8102
BATON ROUGE LA 70891-8102

026478P001-1435A-598
ENTERPRISE
600 CORPORATE PK DR
ST LOUIS MO 63105

010301P001-1435A-598
ENTERPRISE CAR TOLLS
1019 BARONNE ST
NEW ORLEANS LA 70113

041639P001-1435A-598
ENTERPRISE HOLDINGS, INC
EAN SERVIES LLC DAMAGE RECOVERY UNIT
PO BOX 402383
ATLANTA GA 30384-2383

026585P001-1435A-598
ENTERPRISE RENT A CAR
600 CORPORATE PK DR
ST. LOUIS MO 63105

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 11:50:75 Exhibit A Filed 468
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 468 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010302P001-1435A-598<br>ENTERPRISE RENT-A-CAR<br>1019 BARONNE ST<br>NEW ORLEANS LA 70113 | 015688P001-1435A-598<br>ENTERTAINMENT PUBLICATIONS, LLC<br>ACCOUNTS RECEIVABLES<br>PO BOX 7067<br>TROY MI 48007-7067 | 010303P001-1435A-598<br>ENVATO MARKET<br>121 KING ST<br>MELBOURNE VICTORIA 3000<br>AUSTRALIA | 000032P001-1435S-598<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 |
| 000004P001-1435A-598<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000005P001-1435A-598<br>ENVIRONMENTAL PROTECTION AGENCY<br>1201 ELM ST<br>STE 500<br>DALLAS TX 75270 | 013591P001-1435A-598<br>ENVIRONMENTAL SVC AND CONSULTING, LLC<br>POB 2311<br>LAPLACE LA 70069 | 010304P001-1435A-598<br>EPAY FEE<br>26811 MORENA DR<br>MISSION VIEJO CA 92691 |
| 016971P001-1435A-598<br>EPIC EVENT SVC<br>111 GOLFERS DR<br>COVINGTON LA 70433 | 015689P001-1435A-598<br>EPIC SPORTS<br>3001 E HARRY<br>WICHITA KS 67211 | 026234P001-1435A-598<br>EPIC SPORTS INC<br>9750 EAST 53RD ST N<br>BEL AIRE KS 67226 | 031074P001-1435A-598<br>EPIPHANY, INC<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 012022P001-1435A-598<br>EPISCOPAL HIGH SCHOOL<br>3200 WOODLAND RIDGE BLVD<br>BATON ROUGE LA 70816 | 020931P001-1435A-598<br>EPISCOPAL HIGH SCHOOL AP INSITITUTE<br>GALE WOODS<br>3200 WOODLAND RIDGE BLVD<br>BATON ROUGE LA 70816 | 015690P001-1435A-598<br>EPISCOPAL SCHOOL OF ACADIANA<br>VOLLEYBALL<br>PO BOX 380<br>CADE LA 70519 | 015691P001-1435A-598<br>EPISCOPAL SCHOOL OF BATON ROUGE<br>3200 WOODLAND RIDGE BLVD<br>BATON ROUGE LA 70816 |
| 019697P002-1435A-598<br>EPREP INC<br>340 WALL ST<br>PRINCETON NJ 08540 | 020932P001-1435A-598<br>EPREP INC<br>340 WALL ST<br>PRINCETON NJ 08542 | 041064P001-1435A-598<br>EQUIPMENT SVC CONTRACT US COPY, INC<br>#30 23RD ST<br>KENNER LA 70062 | 020933P001-1435A-598<br>ERATH HIGH SCHOOL<br>808 S BROADWAY<br>ERATH LA 70533 |
| 022712P001-1435A-598<br>ERC OF TEXAS MEDICAL GROUP<br>PO BOX 561485<br>DENVER CO 80256 | 009808P001-1435A-598<br>ERIC ARMIN INC<br>PO BOX 34825<br>NEWARK NJ 07189 | 015692P001-1435A-598<br>ERIC ARMIN, INC<br>PO BOX 416366<br>BOSTON MA 02241-6366 | 009223P001-1435A-598<br>ERIC J MAYER PROFESSIONAL LAWN AND GARDEN SVC<br>215 FOCIS ST<br>METAIRIE LA 70005 |
| 022713P001-1435A-598<br>ERIC LONSETH MD<br>4213 TEUTON ST<br>METAIRIE LA 70006 | 022714P001-1435A-598<br>ERIC M FINLEY MD LLC<br>2820 NAPOLEON AVE STE 645<br>NEW ORLEANS LA 70115 | 022715P001-1435A-598<br>ERIC M FINLEY MD LLC<br>3434 PRYTANIA ST STE 240<br>NEW ORLEANS LA 70115 | 031970P001-1435A-598<br>ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL<br>BLUE WILLIAMS LLC<br>ATTN: BRIAN C. BOSSIER<br>3421 N CAUSEWAY BLVD<br>STE 900<br>METAIRIE LA 70002 |

Case 20-10846 Doc 4305-4 Filed 09/25/25 Entered 09/25/25 14:60:04 Desc Exhibit A Page 469
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 469 of 1525
US First Class Mail
Exhibit Pages

031970S001-1435A-598
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
C/O BLUE WILLIAMS LLC
EDWIN A. ELLINGHAUSEN, III
3421 N. CAUSEWAY BLVD
SUITE 900
METAIRIE LA 70002

031970S002-1435A-598
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
BLUE WILLIAMS LLC
ATTN: CHRISTOPHER T. GRACE III
3421 N. CAUSEWAY BLVD
SUITE 900
METAIRIE LA 70002

031970S003-1435A-598
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
BLUE WILLIAMS LLC
ERIN H. BOYD
3421 N. CAUSEWAY BLVD.
SUITE 900
METAIRIE LA 70002

031970S004-1435A-598
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
BLUE WILLIAMS LLC
ATTN: LAURA M. GILLEN
3421 N. CAUSEWAY BLVD
SUITE 900
METAIRIE LA 70002

031970S005-1435A-598
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
BLUE WILLIAMS LLC
ATTN: KIMMIER L. PAUL
3421 N. CAUSEWAY BLVD
SUITE 900
METAIRIE LA 70002

031970S006-1435A-598
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
BLUE WILLIAMS LLC
ATTN: MORGAN M. SMIT
3421 N. CAUSEWAY BLVD
SUITE 900
METAIRIE LA 70002

015693P001-1435A-598
ERICA FRALEY DBA COACH ERICA LLC
PO BOX 2031
HAMMOND LA 70404

010305P001-1435A-598
ERICA'S CRAFT AND SEWING
1320 N IRONWOOD DR
SOUTH BEND IN 46615

020934P001-1435A-598
ERICKSEN KRENTEL AND LAPORTE LLP
4227 CANAL ST
NEW ORLEANS LA 70119

013592P001-1435A-598
ERIN CARUSO INVITATIONS
PO BOX 461
GRETNA LA 70054

022716P001-1435A-598
ERIN H PENNISON MD APMC
PO BOX 349
HOUMA LA 70361

010306P001-1435A-598
EROS WHOLESALE
1430 COUNTY LINE RD
HUNTINGDON VALLEY PA 19006

015694P001-1435A-598
ERROL GAUFF BASKETBALL CAMP, LLC
SLU 10309
HAMMOND LA 70402

015695P001-1435A-598
ESA
URSULA QUOYESER
PO BOX 380
CADE LA 70519

018461P001-1435A-598
ESC PROMOTIONS
223 W 9TH ST
ANDERSON IN 45016-1367

018462P001-1435A-598
ESCAMBIA HIGH SCHOOL
1310 N 65TH AVE
PENSACOLA FL 32506

018463P001-1435A-598
ESCAPES FLOWERS AND GIFTS
53 ELAINE AVE
HARAHAN LA 70123

022717P001-1435A-598
ESCIPION PEDROZA MD PHD
4213 SAXON ST STE 200
METAIRIE LA 70006

013593P001-1435A-598
ESET LLC
610 W ASH ST 1700
SAN DIEGO CA 92101

022718P001-1435A-598
ESOTERIX GENETIC LABORATORIES
PO BOX 2270
BURLINGTON NC 27216

015696P001-1435A-598
ESPN THE MAGAZINE
PO BOX 37326
BOONE IA 50037-0326

026235P001-1435A-598
ESPN THE MAGAZINE
19 E 34TH ST
NEW YORK NY 10016

022719P001-1435A-598
ESSENTIA HEALTH
NW6026 PO BOX 1450
MINNEAPOLIS MN 55485

022720P001-1435A-598
ESSENTIA HEALTH
PO BOX 1450 NW6026
MINNEAPOLIS MN 55485

019698P001-1435A-598
ESYNCS
104 HUNTER WAY
OWENS CROSS ROADS AL 35763

020935P001-1435A-598
ETA CUISENAIRE
DEPT 776642
CHICAGO IL 60678-6642

001118P002-1435A-598
ETC CATERING DBA SPOTTED CAT LLC
6122 ANNUNCIATION ST
NEW ORLEANS LA 70118-5709

018464P001-1435A-598
ETC ENTERPRISE
3312 HOLIDAY CT
KENNER LA 70065

Case 20-10846 Doc 4635-1 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exit A Filed #470
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 470 of 1525
US First Class Mail
Exhibit Pages

015697P002-1435A-598
ETHAN'S ROOF AND EXTERIOR WASHING
439 S WASHINGTON ST
COVINGTON LA 70433-3443

010307P001-1435A-598
ETSYCOM
55 WASHINGTON ST
STE 512
BROOKLYN NY 11201

041640P001-1435A-598
EUNICE COLLINS
1213 INDEPENDENCE ST
NEW ORLEANS LA 70117

022721P001-1435A-598
EUNICE MEDICAL LAB INC
450 MOOSA BLVD STE C
EUNICE LA 70535

018465P001-1435A-598
EUROSPORT
431 US 70-A EAST
HILLSBOROUGH NC 27278

016972P001-1435A-598
EUROSPORT SOCCERCOM
431 US 70 - A EAST
HILLSBOROUGH NC 27278

026236P001-1435A-598
EUSTIS ENGINEERING SVC
3011 28TH ST
METAIRIE LA 70002

041067P001-1435A-598
EUSTIS ENGINEERING, LLC
MATHERS BRIERRE ARCHITECTS, APC
201 ST CHARLES AVE
STE 4100
NEW ORLEANS LA 70170

041069P001-1435A-598
EVA ROBLES-VEGA
1912 FAITH PL
APT A
GRETNA LA 70056

000092P001-1435S-598
EVAN PARK HOWELL III
ATTORNEY AT LAW
1 GALLERIA BLVD STE 1900
METAIRIE LA 70001

020936P001-1435A-598
EVANGEL CHRISTIAN ACADEMY
7425 BROADACRES RD
SHREVEPORT LA 71129

015698P001-1435A-598
EVANGELINE SPECIALTIES,INC
PO BOX 62308
LAFAYETTE LA 70596

001119P001-1435A-598
EVANS AND LIGHTER LANDSCAPE ARCHITECTURE
742 JEFFERSON AVE
NEW ORLEANS LA 70115

001120P001-1435A-598
EVENT PRODUCERS INC
5724 SALMEN ST
NEW ORLEANS LA 70123

010308P001-1435A-598
EVENT RENTAL
4400 WOODLAND DR
NEW ORLEANS LA 70131

016973P001-1435A-598
EVENT RESTROOM
PO BOX 30
GRETNA LA 70054

026157P001-1435A-598
EVENTBRITE
155 5TH ST
FL 7
SAN FRANCISCO CA 94103

013594P001-1435A-598
EVERGREEN FLORIST
6341 CANAL BLVD
NEW ORLEANS LA 70124

012023P001-1435A-598
EVERGREEN TRACTOR AND EQUIPMENT INC
1017 RONALD REAGAN HWY
COVINGTON LA 70433

041072P001-1435A-598
EVERON
PO BOX 872987
KANSAS CITY MO 64187-2987

041073P001-1435A-598
EVERON, LLC
150 JAMES DR E
STE 160
ST. ROSE LA 70087

015699P001-1435A-598
EVERSAN, INC
34 MAIN ST
WHITESBORO NY 13492

020937P001-1435A-598
EVERY DAY WITH RACHAEL RAY
PO BOX 8028
RED OAK IA 51591-5028

010309P001-1435A-598
EVERYTHING BRANDED
MARNELL CORPORATE CENTRE
6725 VIA AUSTI PKWY 1ST FL
LAS VEGAS NV 89119

013595P001-1435A-598
EVERYTHINGBRANDED USA INC
CROSSINGS BUSINESS CENTRE
9911 COVINGTON CROSS DR
LAS VEGAS NV 89144

022722P001-1435A-598
EVOLVE PHYSICAL THERAPY AND SP
215 STARING LN
BATON ROUGE LA 70810

016974P001-1435A-598
EWING
3441 E HARBOR DR
PHOENIX AZ 85034

018466P001-1435A-598
EWING
3441 E HARBOUR DR
PHOENIX AZ 85034

Case 20-10846 Doc 4835-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exhibit A Page 471
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 471 of 1525
US First Class Mail
Exhibit Pages

019699P001-1435A-598
EWING IRRIGATION
68710 HWY 59
MANDEVILLE LA 70471-7708

022723P001-1435A-598
EXACT SCIENCES LABORATORIES
27277 NETWORK PL
CHICAGO IL 60673

022725P001-1435A-598
EXACT SCIENCES LABORATORIES L
27277 NETWORK PL
CHICAGO IL 60673

022724P001-1435A-598
EXACT SCIENCES LABORATORIES LL
27277 NETWORK PL
CHICAGO IL 60673

015700P001-1435A-598
EXCEL
105 MAPLEWOOD DR
COVINGTON LA 70433

012024P001-1435A-598
EXCEL LD
PO BOX 660343
DALLAS TX 75266-0343

018467P001-1435A-598
EXCEL SIGNS AND GRAPHICS
2809 DAVID DR
METAIRIE LA 70003

009164P001-1435A-598
EXCELLENT AUTOMOTIVE SVC
112 SPAR ST
METAIRIE LA 70001-4440

022726P001-1435A-598
EXCELTH INC
1515 POYDRAS ST STE 1070
NEW ORLEANS LA 70112

013596P001-1435A-598
EXECUTONE SYSTEMS CO OF LA, INC
PO BOX 68
METAIRIE LA 70004

018468P001-1435A-598
EXECUTONE SYSTEMS CO OF LA, INC
P O DRAWER 68
METAIRIE LA 70004

026408P001-1435A-598
EXPERIENCE THE RIDE
IN FRONT OF PATRICK'S RESTAURANT
259 W 42ND ST
NEW YORK NY 10036

026582P001-1435A-598
EXPERT DRUG TESTING AND SAFETY SVC LLC
4640 S CARROLLTON AVE
NEW ORLEANS LA 70119

041074P001-1435A-598
EXPERT EXTERMINATORS
64287-64259 WATTS RD
PEARL RIVER LA 70452

041075P001-1435A-598
EXPLORELEARNING
110 AVON ST
STE 300
CHARLOTTESVILLE VA 22902

009809P001-1435A-598
EXPLOREUM
PO BOX 1968
MOBILE AL 36633

019700P001-1435A-598
EXPO SIGNS LLC
677 EAST I-10 SERVICE RD
SLIDELL LA 70461

026294P001-1435A-598
EXPORTPDF ADOBE
345 PK AVE
SAN JOSE CA 95110

022727P001-1435A-598
EXPRESS MED
111 SAINT LOUIS ST
LAFAYETTE LA 70506

001123P001-1435A-598
EXPRESS RESEARCH ASSOCIATES LLC
217 HUEY P LONG AVE
GRETNA LA 70053

001124P001-1435A-598
EXPRESS SCRIPTS
PO BOX 790227
ST. LOUIS MO 63179-0227

015701P001-1435A-598
EXPRESS SERVICES, INC
PO BOX 203901
DALLAS TX 75320-3901

015702P001-1435A-598
EXPRESSIONS IN FLORAL ART
72593 HWY 1077
COVINGTON LA 70433

015703P001-1435A-598
EXPRESSIONS IN GOLD
842 COLLINS BLVD
#C
COVINGTON LA 70433

012025P001-1435A-598
EXPRESSIONS PHOTOGRAPHY
PO BOX 4450
COVINGTON LA 70434

012026P001-1435A-598
EXTERIOR BUILDING REPAIRS AND COATING, LLC
69173 HWY 59
MANDEVILLE LA 70471

001125P001-1435A-598
EXTREME QUALITY ROOFING LLC
2628 SUSIE CT
MARRERO LA 70072

018469P001-1435A-598
EXXON MOBIL
PO BOX 78001
PHOENIX AR 85062-8001

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Exhibit 4 Page 472
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 472 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026583P001-1435A-598<br>EXXON MOBIL FOUNDATION<br>5959 LAS COLINAS BLVD<br>IRVING TX 75039 | 010310P001-1435A-598<br>EXXONMOBILE<br>3725 S CARROLLTON AVE<br>NEW ORLEANS LA 70118 | 022728P001-1435A-598<br>EYE ASSOC OF WEST JEFFERSON<br>STE N213 1111 MEDICAL CENTER BLVD<br>MARRERO LA 70072 | 022729P001-1435A-598<br>EYE ASSOCIATES LLC<br>3530 HOUMA BLVD STE 203<br>METAIRIE LA 70006 |
| 022730P001-1435A-598<br>EYE ASSOCIATES OF NORTHEAST LA<br>138 CHRISTIAN DR<br>RAYVILLE LA 71269 | 022731P001-1435A-598<br>EYE CLINIC A PROFESSIONAL ME<br>1767 IMPERIAL BLVD<br>LAKE CHARLES LA 70605 | 022732P001-1435A-598<br>EYE MEDICAL CENTER<br>STE 4000 7777 HENNESSY BLVD<br>BATON ROUGE LA 70808 | 001126P001-1435A-598<br>EYECARE ASSOCIATES<br>DEPT AT 952581<br>ATLANTA GA 31192-2581 |
| 022733P001-1435A-598<br>EYEDOX<br>9128 W JUDGE PEREZ DR<br>CHALMETTE LA 70043 | 022734P001-1435A-598<br>EYES ON CANAL LLC<br>4205 CANAL ST STE B<br>NEW ORLEANS LA 70119 | 012027P001-1435A-598<br>EYRE BUS SVC INC<br>PO BOX 239<br>GLENELG MD 21737 | 010311P001-1435A-598<br>EZ FLEX SPORTS MATS<br>1701 PHARR ST<br>FORT WORTH TX 76102 |
| 015704P001-1435A-598<br>EZ FLEX, LLC DBA EZ FLEX SPORT MATS<br>4709 S EDGEWOOD TER<br>FORT WORTH TX 76119 | 009810P001-1435A-598<br>F AND D SALES INC<br>3503 WESTBANK EXP<br>HARVEY LA 70058 | 018470P001-1435A-598<br>F AND D SALES, INC<br>3503 WESTBANK EXPWY<br>HARVEY LA 70058 | 001128P001-1435A-598<br>F C ZIEGLER CO INC<br>PO BOX 700930<br>DEPT 488<br>TULSA OK 74170-0930 |
| 001129P001-1435A-598<br>F C ZIEGLER CO INC<br>2111 E 11TH ST<br>TULSA OK 74104 | 019701P001-1435A-598<br>F D ROOSEVELT STATE PARK<br>2970 GEORGIA HIGHWAY 190<br>PINE MOUNTAIN GA 31822 | 001130P001-1435A-598<br>F H MYERS CONSTRUCTION CORP<br>520 COMMERCE PT<br>HARAHAN LA 70123 | 022735P001-1435A-598<br>F S RADIOLOGY PC<br>PO BOX 3371<br>INDIANAPOLIS IN 46206 |
| 018472P001-1435A-598<br>FABER AWARDS<br>91274 AIRLINE DR<br>NEW ORLEANS LA 70118 | 041641P001-1435A-598<br>FABER AWARDS INC<br>9127 AIRLINE DR<br>NEW ORLEANS LA 70118 | 009200P001-1435A-598<br>FABRIC STORE<br>1605 S HIGHWAY 69<br>NEDERLAND TX 77627-7839 | 009128P001-1435A-598<br>FACEBOOK<br>1 HACKER WAY BLDG 10<br>MENLO PARK CA 94025-1456 |
| 010312P001-1435A-598<br>FACEBOOK<br>1601 WILLOW RD<br>MENLO PARK CA 94025 | 020939P001-1435A-598<br>FACEMAKERS INC<br>140 5TH ST<br>SAVANNA IL 61074 | 013597P001-1435A-598<br>FACILITY SVC LLC<br>361 RED EAGLE CIR<br>RIDGELAND MS 39157 | 013598P001-1435A-598<br>FACTORY SVC AGENCY, INC<br>2713 ATHANIA PKWY<br>METAIRIE LA 70002 |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 473 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

029865P001-1435A-598
FACTS
121 SOUTH 13TH ST STE 301
LINCOLN NE 68508

041076P001-1435A-598
FACTS
PO BOX 82527
LINCOLN NE 68501-2527

041077P001-1435A-598
FACTS
PO BOX 2597
OMAHA NE 68103-2597

041078P001-1435A-598
FACTS FINANCIAL MANAGEMENT SYSTEM
121 SOUTH 13TH ST
STE 301
LINCOLN NE 68508

018473P001-1435A-598
FAIRCHILD'S COOKIE CAKES AND ICE CREAM
2321 W ESPLANADE AVE
KENNER LA 70065

016975P001-1435A-598
FAIRFIELD INN AND SUITES
1606 WEST PINHOOK
LAFAYETTE LA 70508

019702P001-1435A-598
FAIRFIELD INN AND SUITES
1606 PINHOOK RD
LAFAYETTE LA 70508

026586P001-1435A-598
FAIRFIELD INN AND SUITES
10400 FERNWOOD RD
BETHESDA MD 20817

010313P001-1435A-598
FAIRFIELD INN AND SUITS
346 BARONNE ST
NEW ORLEANS LA 70112

010314P001-1435A-598
FAIRFIELD INN LAKE CHARLES
2615 RUTH ST
SULPHUR LA 70665

009334P001-1435A-598
FAIRLANE SVC
627 N HENNESSEY ST
NEW ORLEANS LA 70119

026584P001-1435A-598
FAIRPLAY SCOREBOARDS
6110 AVIATOR DR -
HAZELWOOD MO 63042

015705P001-1435A-598
FAIRWAY MEDICAL URGENT CARE
70340 HWY 21
STE A
COVINGTON LA 70433-7119

001131P001-1435A-598
FAITH AND MARRIAGE
3900 HOWARD AVE
NEW ORLEANS LA 70125

001132P001-1435A-598
FAITH CATHOLIC
1500 E SAGINAW
LANSING MI 48906

001133P001-1435A-598
FAITH FULL MUSIC LLC
PO BOX 641551
KENNER LA 70064-1551

013599P001-1435A-598
FAITH FULL MUSIC, LLC
LORRAINE HESS
PO BOX 641551
KENNER LA 70064-1551

022737P001-1435A-598
FAITH MEMORIAL NURSING HOME
811 GARNER RD
PASADENA TX 77502

013600P002-1435A-598
FALLO VANOS FLORAL CO
312 N CAUSEWAY BLVD
METAIRIE LA 70001-5336

019703P001-1435A-598
FALLON FABULOUS FIVE
36179 CHARLENE DR
PEARL RIVER LA 70452

019704P001-1435A-598
FALLON LASSERRE
36179 CHARLENE DR
PEARL RIVER LA 70452

022738P001-1435A-598
FAMILY ASTHMA ALLERGY IMMUN CL
3321 W ESPLANADE AVE S
METAIRIE LA 70002

022739P001-1435A-598
FAMILY DERMATOLOGY SPECIALISTS
STE 202 3421 N CAUSEWAY BLVD
METAIRIE LA 70002

022740P001-1435A-598
FAMILY DERMATOLOGY SPECIALISTS
STE 20 3421 N CAUSEWAY BLVD
METAIRIE LA 70002

022741P001-1435A-598
FAMILY DOCTOR CLINIC
291 LIBERTY ST
HOUMA LA 70360

022742P001-1435A-598
FAMILY DOCTOR CLINIC OF
429 W AIRLINE HWY STE B
LA PLACE LA 70068

022743P001-1435A-598
FAMILY DOCTOR CLINIC THIBODAUX
804 S ACADIA RD
THIBODAUX LA 70301

010315P001-1435A-598
FAMILY DOLLAR
2147 S CLAIBORNE AVE
NEW ORLEANS LA 70125

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PDF Exhibit A Page 474
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 474 of 1525
US First Class Mail
Exhibit Pages

022745P001-1435A-598
FAMILY HEALTH CLINIC
111 ELLINGTON DR
RAYVILLE LA 71269

019705P001-1435A-598
FAMILY LIFE APOSTOLATE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

03168SP001-1435A-598
FAMILY LIFE APOSTOLATE
7887 WALMSEY AVENUE
NEW ORLEANS LA 70125

022747P001-1435A-598
FAMILY MEDICINE ACUPUNCTURE
517 N CAUSEWAY BLVD STE B
METAIRIE LA 70001

022748P001-1435A-598
FAMILY MEDICINE ACUPUNCTURE
STE 100 527 W ESPLANADE AVE
KENNER LA 70065

022749P001-1435A-598
FAMILY MEDICINE BILLING OF SMH
1150 ROBERT BLVD STE 100
SLIDELL LA 70458

022750P001-1435A-598
FAMILY MEDICINE PHYSICIANS
16052 DOCTORS BLVD
HAMMOND LA 70403

019707P001-1435A-598
FAMILY MISSIONS CO
MISSION TRIP COORDINATOR
12624 EVERGLADE RD
ABBEVILLE LA 70510

022751P001-1435A-598
FAMILY PRACTICE ASSOCIATES OF
8383 MILLICENT WAY
SHREVEPORT LA 71115

022752P001-1435A-598
FAMILY PRACTICE CENTER
PO BOX 975481
DALLAS TX 75397

022753P001-1435A-598
FAMILY PRACTICE CENTER OF SU
2509 MAPLEWOOD DR
SULPHUR LA 70663

022754P001-1435A-598
FAMILY PRACTICE CENTER OF SULP
2509 MAPLEWOOD DR
SULPHUR LA 70663

041079P001-1435A-598
FAMILY RESOURCE GROUP
3925 N I-10 SERVICE RD
METAIRIE LA 70001

041080P001-1435A-598
FAMILY RESOURCE GROUP, INC
3636 S SHERWOOD BLVD
STE 540
BATON ROUGE LA 70816

022755P001-1435A-598
FAMILY SOLUTIONS COUNSELING
1103 HUDSON LN
MONROE LA 71201

022756P001-1435A-598
FAMILY SOLUTIONS COUNSELING
1105 HUDSON LN
MONROE LA 71201

022757P001-1435A-598
FAMILY SOLUTIONS COUNSELING
206 E REYNOLDS DR STE E1
RUSTON LA 71270

022758P001-1435A-598
FAMILY SOLUTIONS COUNSELING CE
1105 HUDSON LN
MONROE LA 71201

010316P001-1435A-598
FAMILY SUPERMARKET
5010 VETERANS MEMORIAL BLVD
METAIRIE LA 70006

009811P001-1435A-598
FAMILY TIME INFLATABLES
1413 MISSISSIPPI AVE
KENNER LA 70062

022759P001-1435A-598
FAMILY VISION CLINIC
126 CORPORATE DR STE A
HOUMA LA 70360

013601P001-1435A-598
FAN CLOTH
PO BOX 200577
ARLINGTON TX 76006

020940P001-1435A-598
FAN CLOTH PRODUCTS LLC
PO BOX 200577
ARLINGTON TX 76006

010317P001-1435A-598
FANDANGOCOM
407 N MAPLE DR
BEVERLY HILLS CA 90210

010318P001-1435A-598
FANTASY PHOTO BOOTH
1521 W MINERVA AVE
ANAHEIM CA 92802

020941P001-1435A-598
FANTASY SPORTS LLC
4322 FLORIDA AVE
STE A
KENNER LA 70065

019708P001-1435A-598
FARM D'ALLIE
1235 BEAU BASIN RD
CARENCRO LA 70520

020942P001-1435A-598
FARM DALLIE
1235 BEAU BASSIN RD
CARENCRO LA 70520

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:75 Main Document Page 475
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 475 of 1525
US First Class Mail
Exhibit Pages

020943P001-1435A-598
FARM PLAN
PO BOX 650215
DALLAS TX 75265-0215

020944P001-1435A-598
FARMERVILLE HIGH SCHOOL
300 ANTHONY
FARMERVILLE LA 71241

031596P001-1435A-598
FARRUGIA LAW FIRM LLC
VICTOR FARRUGIA
1340 POYDRAS ST STE 2100
NEW ORLEANS LA 70112

022760P001-1435A-598
FAST PACE KENTUCKY PLLC
PO BOX 1258
WAYNESBORO TN 38485

041081P001-1435A-598
FAST PBX BUSINESS PHONE SOULTIONS
12485 SW 137TH AVE
MIAMI FL 33186

013602P001-1435A-598
FAST PLAK
3037 LAUSAT ST
METAIRIE LA 70011

001136P001-1435A-598
FAST SIGNS
3508 21ST ST
METAIRIE LA 70002

010319P001-1435A-598
FAST SIGNS
3001 TULANE AVE UNIT 1-B
NEW ORLEANS LA 70119

013603P001-1435A-598
FAST SIGNS
6601 VETERANS BLVD
METAIRIE LA 70003

018474P001-1435A-598
FASTENAL CO
PO BOX 978
WINONA MN 55987-0978

041082P001-1435A-598
FASTENERS, INC
800 DANKIN ST
JEFFERSON LA 70121

018475P001-1435A-598
FASTSIGNS OF METAIRIE
3508 21ST ST
METAIRIE LA 70002

013604P001-1435A-598
FASTSIGNS OF METAIRIE-LAKESIDE
3508 21ST ST
METAIRIE LA 70002

020945P001-1435A-598
FASTSIGNS OF ST CHARLES
PO BOX 1258
BOUTTE LA 70039

015706P001-1435A-598
FAT CHEF CATERING, LLC
506 LAFITTE ST
MANDEVILLE LA 70448

010320P001-1435A-598
FAT HARRY'S
4330 ST CHARLES AVE
NEW ORLEANS LA 70115

020946P001-1435A-598
FATTYS MAIN STREET GRILL
509 MAIN ST
LAPLACE LA 70068

020947P001-1435A-598
FATTYS RESTAURANT
PO BOX 890
GARYVILLE LA 70051

010321P001-1435A-598
FAUCET DEPOT
910 EAST SANDHILL AVE
CARSON CA 90746

012028P001-1435A-598
FAUNTLEROY LATHAM WELDON
BARRE ARCHITECTS, APC
1404 GREENGATE DR
STE 101
COVINGTON LA 70433

015707P001-1435A-598
FAUNTLEROY LATHAM WELDON BARRE'
229 ST JOHN LN
COVNGTON LA 70433

001137P001-1435A-598
FAUX PAS PRINTS
620 PAPWORTH AVE
METAIRIE LA 70005

020948P001-1435A-598
FAVORITES INC
3351 SEVERN AVE
STE 304B
METAIRIE LA 70002

018476P001-1435A-598
FAVORITES PROMOTIONAL PRODUCTS AND APPAREL
3351 SEVERN AVE - STE 303 A
METAIRIE LA 70002

022761P001-1435A-598
FAYEZ HADIDI MD PA
PO BOX 960
BAYTOWN TX 77522

019709P001-1435A-598
FBA
110 VETERANS BLVD
STE 120
METAIRIE LA 70005

019710P001-1435A-598
FBA LTD
110 VETERANS BLVD
STE 120
METAIRIE LA 70005

018471P001-1435A-598
FBK MARKETING, INC
4801 REBECCA BLVD
KENNER LA 70065-3243

475

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exhibit A Page 476
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 476 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019711P001-1435A-598<br>FBLA PBL<br>PO BOX 79063<br>BALTIMORE MD 21279 | 041083P001-1435A-598<br>FBS UTILITIES INC<br>PO BOX 361230<br>HOOVER AL 35236 | 010322P001-1435A-598<br>FBT<br>909 POYDRAS ST<br>NEW ORLEANS LA 70112 | 020938P001-1435A-598<br>FC ZEIGLER CO<br>2111 E 11TH ST<br>TULSA OK 74104-3609 |
| 020949P001-1435A-598<br>FCA<br>FCA CAMPS<br>8701 LEEDS ROAD<br>KANSAS CITY MO 64129 | 019712P001-1435A-598<br>FCA CAMPUS MINISTRY<br>8701 LEED RD<br>KANSAS CITY MO 64129-1680 | 041084P001-1435A-598<br>FDC FINANCIAL<br>14488 OLD STAGE RD<br>LENOIR CITY TN 37772 | 001139P001-1435A-598<br>FDLC NATIONAL MEETING<br>415 MICHIGAN AVE NE<br>STE 70<br>WASHINGTON DC 20017 |
| 036933S001-1435A-598<br>FED BUREAU OF PRISONS<br>JESSE GUTIERREZ<br>PO BOX 1010<br>BASTROP TX 78602-1010 | 036938S001-1435A-598<br>FED BUREAU OF PRISONS<br>MARK HARRY<br>PO BOX 1010<br>BASTROP TX 78602-1010 | 001140P001-1435A-598<br>FEDERAL BAR ASSOCIATION<br>PO BOX 79395<br>BALTIMORE MD 21279-0395 | 033784S001-1435A-598<br>FEDERAL BUREAU OF PRISONS<br>MARY STRASSEL<br>PO BOX 500<br>OXFORD WI 53952-0500 |
| 036124S001-1435A-598<br>FEDERAL BUREAU OF PRISONS<br>SKYLER BROWN<br>PO BOX 1000<br>POLLOCK LA 71467-1000 | 036236S001-1435A-598<br>FEDERAL BUREAU OF PRISONS<br>EDWARD DOTSKI<br>PO BOX 500<br>OXFORD WI 53952-0500 | 036888S001-1435A-598<br>FEDERAL BUREAU OF PRISONS<br>MAN LEE<br>PO BOX 500<br>OXFORD WI 53952-0500 | 035281S001-1435A-598<br>FEDERAL CORRECTION INSTN<br>MARK TAYLOR<br>PO BOX 723<br>EDGEFIELD SC 29824-0723 |
| 036367S001-1435A-598<br>FEDERAL CORRECTIONAL INSTITUTE<br>SCOTTY MOATS<br>PO BOX 7000<br>PEKIN IL 61555-7000 | 035912S001-1435A-598<br>FEDERAL CORRECTIONAL INSTN<br>MAHARAJ TOMAR<br>PO BOX 7000<br>FORREST CITY AR 72336-7000 | 035972S001-1435A-598<br>FEDERAL CORRECTIONAL INSTN<br>MICHELLE WINGO<br>PO BOX 7000<br>FORREST CITY AR 72336-7000 | 024104P001-1435A-598<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>REGION VI<br>FRC 800 NORTH LOOP 288<br>DENTON TX 76209-3698 |
| 024104S001-1435A-598<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>500 C STREET SW<br>WASHINGTON DC 20472 | 001141P001-1435A-598<br>FEDERATION OF DIOCESAN LITURGICAL COMMISSIONS<br>415 MICHIGAN AVE NE<br>WASHINGTON DC 20017 | 001142P001-1435A-598<br>FEDERICOS FAMILY FLORIST<br>815 FOCIS ST<br>METAIRIE LA 70005 | 018477P001-1435A-598<br>FEDERICOS FLORIST<br>815 FOCIS ST<br>METAIRIE LA 70005 |
| 001143P001-1435A-598<br>FEDEX<br>PO BOX 660481<br>DALLAS TX 75266-0481 | 015708P001-1435A-598<br>FEDEX<br>DEPT CH<br>PO BOX 10306<br>PALATINE IL 60055-0306 | 026319P001-1435A-598<br>FEDEX KINKO'S<br>13155 NOEL RD<br>STE 1600<br>DALLAS TX 75240 | 000107P001-1435S-598<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253 |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Page 477
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 477 of 1525
US First Class Mail
Exhibit Pages

031597P001-1435A-598
FELICIA Y PEAVY ESQ
PO BOX 3464
HOUSTON TX 77253

001145P001-1435A-598
FELLOWSHIP OF CATH UNIV STUDENTS
603 PARK PT DR
STE 200
GOLDEN CO 80401-5787

001713P001-1435A-598
FENCESCREEN
27002 VISTA TER
LAKE FOREST CA 92630

041085P001-1435A-598
FERDIE'S PRINTING SVC
3751 SPENCER ST
HARVEY LA 70058

015709P001-1435A-598
FERGUSON FREELANCE, LLC
5330 ANNUNCIATION ST
NEW ORLEANS LA 70115

031338P001-1435A-598
FERNAND L LAUDUMIEY IV
COUNSEL FOR START CORPORATION

031673P001-1435A-598
FERNANDA GALAN
83069 HIGHWAY 25
FOLSOM LA 70437

010323P001-1435A-598
FERRARO'S PIZZA AND PASTA
3700 MEACHEM RD
MT PLEASANT WI 53405

020950P001-1435A-598
FERRIDAY HIGH SCHOOL
801 EE WALLACE BLVD
FERRIDAY LA 71334

009204P001-1435A-598
FERRY ENCLADE AND ASSOCIATES
1725 HICKORY AVE
HARAHAN LA 70123

009813P001-1435A-598
FERRY ENCLADE AND ASSOICATES
1725 HICKORY AVE
HARAHAN LA 70123

012029P001-1435A-598
FESTIVIOUS GOURMET
150 LEAH DR
MANDEVILLE LA 70448

022762P001-1435A-598
FGH PHYSICIAN BILLING
PO BOX 16745
HATTIESBURG MS 39404

015710P001-1435A-598
FHEG SOUTHEASTERN LOUISIANA
UNIVERSITY BOOKSTORE
STORE NO 190 MA 190400
3146 SOLUTIONS CTR
CHICAGO IL 60677-3001

041086P001-1435A-598
FIDELITY BANK
PO BOX 30495
TAMPA FL 33630

015711P001-1435A-598
FIELD AND STREAM
PO BOX 422056
PALM COAST FL 32142-9930

009814P001-1435A-598
FIELD ENTERTAINMENT INC
FIELD DIRECT GROUP SALES
2001 US HIGHWAY 301
PALMETTO FL 34221

026167P001-1435A-598
FIFTH DISTRICT SAVINGS BANK
4000 GENERAL DE GAULLE DR
NEW ORLEANS LA 70114

022763P001-1435A-598
FIKRE S WANG MDLLC
PO BOX 15859
NEW ORLEANS LA 70175

012030P001-1435A-598
FILEMAKER INC
FILE #53588
LOS ANGELES CA 90074-3588

020951P001-1435A-598
FILM AROBICS INC
9 BIRMINGHAM PL
VERNON HILLS IL 60061

019714P001-1435A-598
FINANCIAL AID INDEPENDENT REV
3140 NEIL ARMSTRONG BLVD STE 319
EAGAN MN 55121

009815P001-1435A-598
FINANCIAL AID INDEPENDENT REVIEW INC
PO BOX 484
ROSEMOUNT MN 55068

018478P001-1435A-598
FINANCIAL AID INDEPENDENT REVIEW INC
POST OFFICE BOX 211423
EAGAN MN 55121

013606P001-1435A-598
FINE CAKES BY CORA
1501 W AIRLINE HWY
LAPLACE LA 70068

009436P001-1435A-598
FINE PAPERS INC
PO BOX 23505
NEW ORLEANS LA 70183

019715P001-1435A-598
FINE PAPERS INC
5620 BLESSEY ST
PO BOX 23505
NEW ORLEANS LA 70183

001148P001-1435A-598
FIRE AND SAFETY COMMODITIES INC
245 WOODLAND DR
LAPLACE LA 70068

477

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exhibit A Filed 478
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 478 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020952P001-1435A-598<br>FIRE AND SAFETY COMMODITIES INC<br>3011 WEST NAPOLEON AVE<br>METAIRIE LA 70001 | 041642P001-1435A-598<br>FIRE AND SAFETY COMMODITIES INC<br>254 WOODLAND DR<br>LAPLACE LA 70068 | 009816P001-1435A-598<br>FIRE EXTINGUISHER AND SUPPLY<br>1301 MAGAZINE ST<br>NEW ORLEANS LA 70130 | 001149P001-1435A-598<br>FIRE EXTINGUISHER AND SUPPLY CO<br>1301 MAGAZINE ST<br>NEW ORLEANS LA 70130 |
| 019716P001-1435A-598<br>FIRE EXTINGUISHER AND SUPPLY<br>1301 MAGAZINE ST<br>NEW ORLEANS LA 70130 | 019717P001-1435A-598<br>FIREFLY DIGITAL INC<br>116 B FOREMAN DR<br>LAFAYETTE LA 70506 | 019718P001-1435A-598<br>FIREHOUSE SUBS<br>1521 GAUSE BLVD<br>SLIDELL LA 70458 | 020953P001-1435A-598<br>FIREHOUSE SUBS<br>2706 CABELA'S PKWY<br>STE 130<br>GONZALES LA 70737 |
| 015712P001-1435A-598<br>FIREQUEST<br>113429 RIVERLAKE DR<br>COVINGTON LA 70435 | 015713P001-1435A-598<br>FIRESIDE CATHOLIC PUBLISHING<br>PO BOX 780189<br>WICHITA KS 67278-0189 | 013607P001-1435A-598<br>FIRESTONE<br>PAYMENT CENTER<br>PO BOX 403727<br>ATLANTA GA 30384-3737 | 010324P001-1435A-598<br>FIRESTONE COMPLETE AUTO CARE<br>3521 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002 |
| 013608P001-1435A-598<br>FIRESTONE COMPLETE AUTO CARE<br>2500 VETERANS MEMORIAL BLVD<br>KENNER LA 70062-4710 | 013609P001-1435A-598<br>FIRESTONE COMPLETE AUTO CARE - 3521<br>3521 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002-5838 | 013610P001-1435A-598<br>FIRST<br>FINANCE<br>200 BEDFORD ST<br>MANCHESTER NH 03101 | 029803P001-1435A-598<br>FIRST AMERICAN<br>100 THROCKMORTON ST<br>STE 1800<br>FORT WORTH TX 76102 |
| 026168P001-1435A-598<br>FIRST AMERICAN BANK<br>124 BELLE TERRE BLVD<br>LAPLACE LA 70068 | 026161P001-1435A-598<br>FIRST AMERICAN BANK AND TRUST<br>124 BELLE TERRE BLVD<br>LAPLACE LA 70068 | 026237P001-1435A-598<br>FIRST AMERICAN BANK AND TRUST<br>1800 VETERANS BLVD<br>METAIRIE LA 70005 | 041088P001-1435A-598<br>FIRST AMERICAN BANK AND TRUST<br>PO BOX 4521<br>CAROL STREAM IL 60197 |
| 041087P001-1435A-598<br>FIRST AMERICAN BANK AND TRUST - CREDIT CARD<br>PO BOX 30495<br>TAMPA FL 33630 | 000116P001-1435S-598<br>FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 | 000021P001-1435A-598<br>FIRST BANK AND TRUST<br>PO BOX 60007<br>NEW ORLEANS LA 70160-0007 | 000021S001-1435A-598<br>FIRST BANK AND TRUST<br>BANKRUPTCY DEPT<br>909 POYDRAS ST<br>STE 100<br>NEW ORLEANS LA 70112 |
| 000021S002-1435A-598<br>FIRST BANK AND TRUST<br>NEWMAN MATHIS BRADY AND SPEDALE<br>MARK C LANDRY A PROFESSIONAL LAW CORP<br>433 METAIRIE RD STE 600<br>METAIRIE LA 70005 | 010325P001-1435A-598<br>FIRST BANK AND TRUST<br>909 POYDRAS ST<br>NEW ORLEANS LA 70112 | 020954P001-1435A-598<br>FIRST BANK AND TRUST<br>CINDY CONDE<br>909 POYDRAS ST STE 1700<br>NEW ORLEANS LA 70112 | 024099P001-1435A-598<br>FIRST BANK AND TRUST<br>PO BOX 1830<br>COVINGTON LA 70434-1830 |

478

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 479
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 479 of 1525
US First Class Mail
Exhibit Pages

024100P001-1435A-598
FIRST BANK AND TRUST
PO BOX 6007
NEW ORLEANS LA 70160-0007

026238P001-1435A-598
FIRST BANK AND TRUST
1800 VETERANS BLVD
METAIRIE LA 70005

026587P001-1435A-598
FIRST BANK AND TRUST
909 POYDRAS ST #100
NEW ORLEANS LA 70112

029749P001-1435A-598
FIRST BANK AND TRUST
TUITION FINANCING DIVISION
909 POYDRAS STE 3200
NEW ORLEANS LA 70112

029866P001-1435A-598
FIRST BANK AND TRUST
TUITION FINANCING DIVISION
909 POYDRAS ST  STE 3200
NEW ORLEANS LA 70112

015719P001-1435A-598
FIRST BANK AND TRUST (30207)
PO BOX 2711
OMAHA NE 68103

015715P001-1435A-598
FIRST BANK AND TRUST (4918)
PO BOX 2711
OMAHA NE 68103

015716P001-1435A-598
FIRST BANK AND TRUST (5106)
PO BOX 2711
OMAHA NE 68103-2711

015718P001-1435A-598
FIRST BANK AND TRUST (GAS CARD)
PO BOX 2711
OMAHA NE 68103-2711

015714P001-1435A-598
FIRST BANK AND TRUST - 1236 - NANCY
PO BOX 2711
OMAHA NE 68103-2711

018479P001-1435A-598
FIRST BANK AND TRUST - STRICKLAND
PO BOX 2711
OMAHA NE 68103-2711

026479P001-1435A-598
FIRST BANK AND TRUST CO
407 7TH ST
PERRY OK 73077

012031P001-1435A-598
FIRST BANK AND TRUST EDUCATION
EDUCATION DIVISION
909 POYDRAS STE 100
NEW ORLEANS TX 70112

015717P001-1435A-598
FIRST BANK AND TRUST FR CHARLES
PO BOX 2711
OMAHA NE 68103

018480P001-1435A-598
FIRST BANK AND TRUST-CARRIGEE
PO BOX 2711
OMAHA NE 68103-2711

018481P001-1435A-598
FIRST BANK AND TRUST-DEVELOPMENT
PO BOX 2711
OMAHA NE 68103-2711

018482P001-1435A-598
FIRST BANK AND TRUST-FACULTY STAFF
PO BOX 2711
OMAHA NE 68103

018483P001-1435A-598
FIRST BANK AND TRUST-FRANCIONI
PO BOX 2711
OMAHA NE 68103-2711

018484P001-1435A-598
FIRST BANK AND TRUST-MAINTENANCE
PO BOX 2711
OMAHA NE 68103-2711

018485P001-1435A-598
FIRST BANK AND TRUST-MILANO
PO BOX 2711
OMAHA NE 68103-2711

018486P001-1435A-598
FIRST BANK AND TRUST-MIRE
PO BOX 2711
OMAHA NE 68103-2711

009817P001-1435A-598
FIRST BAPTIST CHRISTIAN SCHOOL
857 BROWNSWITCH RD
PMB 170
SLIDELL LA 70458

019719P002-1435A-598
FIRST BAPTIST CHRISTIAN SCHOOL
4141 PONCHARTRAIN DR
SLIDELL LA 70458

015721P001-1435A-598
FIRST BAPTIST SCHOOL
4141 PONTCHARTRAIN DR
SLIDELL LA 70458

018487P001-1435A-598
FIRST BOOK NATIONAL BOOK BANK
FBNBB
1319 F ST NW - STE 1000
WASHINGTON DC 20004

041089P001-1435A-598
FIRST CHOICE COFFEE SVC
835 GREENS PKWY
#160
HOUSTON TX 77067

018488P001-1435A-598
FIRST COMMUNICATIONS CO
819 VETERANS BLVD
KENNER LA 70062

016976P001-1435A-598
FIRST DISTRICT BASEBALL
130 MIDDLE PEARL DR
SLIDELL LA 70461

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exit 4nt Page 480
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 480 of 1525
US First Class Mail
Exhibit Pages

001150P001-1435A-598
FIRST GRACE UNITED METHODIST CHOIR
3401 CANAL ST
NEW ORLEANS LA 70119

041090P001-1435A-598
FIRST HORIZON
PO BOX 2091
MEMPHIS TN 38101

041091P001-1435A-598
FIRST HORIZON - CREDIT CARD
PO BOX 1545
MEMPHIS TN 38101

041092P001-1435A-598
FIRST HORIZON VISA
PO BOX 385
MEMPHIS TN 38101

016977P001-1435A-598
FIRST LA-MS
BARBARA PAILET
3421 N CAUSEWAY BLVD STE 805
METAIRIE LA 70002

015722P001-1435A-598
FIRST LIGHT LIGHTING SYSTEMS
1020 A DISTRIBUTORS ROW
HARAHAN LA 70123

018489P001-1435A-598
FIRST LIGHT LIGHTING SYSTEMS
PO BOX 820131
MEMPHIS TN 38182-0131

013611P001-1435A-598
FIRST LIGHT OF NEW ORLEANS, INC
1020 DISTRIBUTORS ROW
PO BOX 23101
HARAHAN LA 70183

016978P001-1435A-598
FIRST LOUISIANAMISSISSIPPI, INC
3421 N CAUSEWAY BLVD
STE 805
METAIRIE LA 70002

041093P001-1435A-598
FIRST NATIONAL BANK USA
PO BOX 30495
TAMPA FL 33630

018490P001-1435A-598
FIRST NBC BANK
PO BOX 61035
NEW ORLEANS LA 70161-1035

031025P001-1435A-598
FIRST STATE/TWIN CITY (HARTFORD)
SHIPMAN & GOODWIN LLP
JOSHUA WEINBERG; SARA HUNKLER
1875 K STREET NW SUITE 600
WASHINGTON DC 20006

022764P001-1435A-598
FIRST STEP FOOT ANKLE LLC
PO BOX 1536
MANDEVILLE LA 70470

010326P001-1435A-598
FIRST STREET TECHNO
1998 RUFFIN MILL RD
COLONIA HEIGHTS VA 23834

018491P001-1435A-598
FIRST STUDENT
1037 PETERS RD
HARVEY LA 70058

018492P001-1435A-598
FIRST TEE LLC
PO BOX 23531
HARAHAN LA 70183-3531

020955P001-1435A-598
FIRST THINGS
PO BOX 8509
BIG SANDY TX 75755-9955

015723P001-1435A-598
FIRST TO THE FINISH
1325 NORTH BROAD ST
CARLINVILLE IL 62626

041094P001-1435A-598
FIRST-CITIZENS BANK AND TRUST
21146 NETWORK PL
CHICAGO IL 60673-1211

018493P001-1435A-598
FISCHER ENVIRONMENTAL SVC
PO BOX 13848
READING PA 19612-3848

013612P001-1435A-598
FISCHER'S JEWELRY
1036 CANAL ST
NEW ORLEANS LA 70112

018494P001-1435A-598
FISCHERS INC
11668 CHEF MENTEUR HIGHWAY
NEW ORLEANS LA 70129

018495P001-1435A-598
FISH MASTER GUIDE SVC
1213 CARNATION AVE
METAIRIE LA 70001

026480P001-1435A-598
FISHER MIDDLE/HIGH SCHOOL
2529 JEAN LAFITTE BLVD
LAFITTE LA 70067

010327P001-1435A-598
FISHER SCIENTIFIC
81 WYMAN ST
WALTHAM MA 02451

012032P001-1435A-598
FISHER SCIENTIFIC
PO BOX 404705
ATLANTA GA 30384-4705

015724P001-1435A-598
FISHER SCIENTIFIC
ACCT# 031863-001
PO BOX 404705
ATLANTA GA 30384-4705

020956P001-1435A-598
FISHERS ACE HARDWARE INC
504 HEMLOCK ST
LAPLACE LA 70068

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDF Exhibit A Page 481
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 481 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 033981S001-1435A-598<br>FISHKILL CORRECTIONAL FACILITY<br>MATTHEW SABINO<br>PO BOX 307<br>BEACON NY 12508-0307 | 020957P001-1435A-598<br>FISSE GRAPHICS<br>1816 LAFITTE DR<br>LAPLACE LA 70068 | 019720P001-1435A-598<br>FIT RX INSTALLATIONS AND REPAIRS LLC<br>19426 HIGHWAY 36<br>COVINGTON LA 70433 | 001152P001-1435A-598<br>FITCH RATINGS INC<br>33 WHITEHALL ST<br>NEW YORK NY 10004 |
| 041095P002-1435A-598<br>FITCHFIELD MUSIC LLC<br>1769 DUELS STREET LA<br>NEW ORLEANS LA 70119 | 013613P001-1435A-598<br>FITNESS ANYWHERE, LLC<br>PO BOX 396071<br>SAN FRANCISCO CA 94139-6071 | 013614P001-1435A-598<br>FITNESS EXPO<br>4124 VETERANS BLVD<br>METAIRIE LA 70003 | 018496P001-1435A-598<br>FITNESS EXPO<br>4124 VETERANS BLVD<br>METAIRIE LA 70002 |
| 020958P001-1435A-598<br>FITNESS WAREHOUSE INC<br>3199 S ODELL<br>MARSHALL MO 65340 | 013615P001-1435A-598<br>FITSERVE<br>706 DEER CROSS CT WEST<br>MADISONVILLE LA 70447 | 018497P001-1435A-598<br>FIVE - O TAILGATERS<br>1424 LINWOOD AVE<br>METAIRIE LA 70001 | 010328P001-1435A-598<br>FIVE BELOW<br>3034 HOLIDAY DR<br>NEW ORLEANS LA 70131 |
| 035634S001-1435A-598<br>FIVE POINTS CORRECTIONAL<br>CATORIA QUERRIE<br>PO BOX 400<br>ROMULUS NY 14541-0400 | 018498P001-1435A-598<br>FIVE THIRTY BOURBON<br>530 BOURBON ST<br>NEW ORLEANS LA 70130 | 013616P001-1435A-598<br>FIVE-O TAILGATERS LLC<br>1424 LINWOOD AVE<br>METAIRIE LA 70003 | 022765P001-1435A-598<br>FKC TCHEFUNCTE RIVER<br>PO BOX 919214<br>DALLAS TX 75391 |
| 022766P001-1435A-598<br>FL EMERG PHYSICIANS KANG ASSOC<br>PO BOX 639165<br>CINCINNATI OH 45263 | 001154P001-1435A-598<br>FL+WB ARCHITECTS APC<br>1404 GREENGATE DR<br>STE 101<br>COVINGTON LA 70433 | 010329P001-1435A-598<br>FLASHFORGE<br>17747 RAILROAD ST<br>CITY OF INDUSTRY CA 91748 | 010330P001-1435A-598<br>FLASHPIX<br>3837 PLAZA TOWER DR STE A<br>BATON ROUGE LA 70816 |
| 015725P001-1435A-598<br>FLASHPIX, INC<br>VIDEO DEPT<br>656 JEFFERSON HWY<br>BATON ROUGE LA 70433 | 010331P001-1435A-598<br>FLEUR D ORLEANS<br>3701A MAGAZINE ST<br>NEW ORLEANS LA 70115 | 015726P001-1435A-598<br>FLEUR DE LIGHT, LLC<br>5880 SYLVIA ST<br>NEW ORLEANS LA 70124 | 015727P001-1435A-598<br>FLEUR DE LIS EVENT CENTER<br>1645 N CAUSEWAY BLVD<br>MANDEVILLE LA 70471 |
| 001156P001-1435A-598<br>FLEUR DE LIS FAMILY CARE<br>PO BOX 8301<br>METAIRIE LA 70011 | 001157P001-1435A-598<br>FLEUR-DU-LIVRE LLC<br>826 SPAIN ST<br>NEW ORLEANS LA 70117 | 001158P001-1435A-598<br>FLICK DISTRIBUTING CO<br>PO BOX 11202<br>NEW ORLEANS LA 70181 | 012033P001-1435A-598<br>FLINN SCIENTIFIC<br>PO BOX 71721<br>CHICAGO IL 60694-1721 |

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF in 4 Filed 482
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 482 of 1525
US First Class Mail
Exhibit Pages

009818P001-1435A-598
FLINN SCIENTIFIC INC
PO BOX 219
BATAVIA IL 60510

041096P001-1435A-598
FLOCK NOTE
6606 FM 1488
STE 148-366
MAGNOLIA TX 77354

010332P002-1435A-598
FLOOR EQUIPMENT SVC
PO BOX 41266
BATON ROUGE LA 70835-1266

013617P002-1435A-598
FLOOR EQUIPMENT SVC CO
PO BOX 41266
BATON ROUGE LA 70835-1266

001159P001-1435A-598
FLOORCRAFTERS WOOD FLOOR CO INC
4715 S CARROLLTON AVE
NEW ORLEANS LA 70119

019721P001-1435A-598
FLOORWORKS AND BLINDS
1860 SHORTCUT HWY
SLIDELL LA 70458

022767P001-1435A-598
FLORIDA HOSPITAL MEDICAL GROUP
PO BOX 17805
BELFAST ME 04915

012034P001-1435A-598
FLORIST OF COVINGTON
2640 N HIGHWAY 190
COVINGTON LA 70433

001161P002-1435A-598
FLOURISH COUNSELING AND WELLNESS CENTER
913 OLNEY SANDY SPRING RD
SANDY SPRING MD 20860-1318

009222P001-1435A-598
FLOWER PETAL
2140 W FULTON ST STE I
CHICAGO IL 60612-2339

015728P001-1435A-598
FLOWERS 'N FANCIES
1805 N CAUSEWAY
MANDEVILLE LA 70471

041643P001-1435A-598
FLOWERS BAKING CO OF NEW
PO BOX 842222
DALLAS TX 75284

013618P001-1435A-598
FLOWERS BY KORI, LLC
2527 FLORIDA AVE
KENNER LA 70062

041097P001-1435A-598
FLOWERS N FANCIES
1805 N CAUSEWAY BLVD
MANDEVILLE LA 70471

010333P001-1435A-598
FLOYD'S OFFICIAL SVC
449 W 19TH ST
HOUSTON TX 77008

010334P001-1435A-598
FLS BANNERS LTD
254 LOUISIANA ST
STURGEON BAY WI 54235

018499P001-1435A-598
FLY CIRCUS SPACE
1523 SAINT PHILIP ST - UNIT A
NEW ORLEANS LA 70116

036518S001-1435A-598
FMC DEVENS
LEE COOK
PO BOX 880
AYER MA 01432-0880

041098P001-1435A-598
FMM MAINTENANCE CONSTRUCTION
525 FLORIDA AVE SW
DENHAM SPRINGS LA 70726

041099P001-1435A-598
FMM SERVICES, LLC
525 FLORIDA AVE SW
DENHAM SPRINGS LA 70125

001162P001-1435A-598
FOCCUS INC
3300 N 60TH ST
OMAHA NE 68104

001163P001-1435A-598
FOCUS
PO BOX 17408
DENVER CO 80217

001164P001-1435A-598
FOCUS NETWORK SVC
39 N KNAP CT
HOPEWELL JUNCTION NY 12533

010335P001-1435A-598
FOCUS TV
229 N VERMONT ST
COVINGTON LA 70433

031017P001-1435A-598
FOCUS WORLDWIDE
LAURIE OERTLING

022768P001-1435A-598
FOLEY CLINIC CORP
PO BOX 19062
BELFAST ME 04915

009256P001-1435A-598
FOLEY MARKETING INC
317 GREFER LN/RATHBORNE PK
HARVEY LA 70058

012035P001-1435A-598
FOLIOTEK
5900 B NORTH TOWER DR
COLUMBIA MO 65202-9437

Case 20-10846 Doc 4635-4 Filed 09/05/25 Entered 09/05/25 14:00:75 in PD Ex 4 Filed 483
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 483 of 1525
US First Class Mail
Exhibit Pages

016979P001-1435A-598
FOLLETT SCHOOL SOLUTIONS, INC
91826 COLLECTION CTR DR
CHICAGO IL 60693-0918

016980P001-1435A-598
FOLLET SOFTWARE CO
91826 COLLECTION CTR DR
CHICAGO IL 60693

009819P001-1435A-598
FOLLETT
FOLLETT LIBRARY RESOURCES
PO BOX 99002
CHICAGO IL 60693-9002

009481P001-1435A-598
FOLLETT EDUCATIONAL SVC
PO BOX 98581
CHICAGO IL 60693-8581

016981P001-1435A-598
FOLLETT EDUCATIONAL SVC
POST OFFICE BOX 98581
CHICAGO IL 60693-8581

015729P001-1435A-598
FOLLETT INSTITUTE
LAURA WELTER
1340 RIDGEVIEW DR
MCHENRY IL 60050

012036P001-1435A-598
FOLLETT LIBRARY RESOURCES
PO BOX 99002
CHICAGO IL 60693-9002

001166P001-1435A-598
FOLLETT SCHOOL SOLUTIONS INC
91826 COLLECTION CTR DR
CHICAGO IL 60693-0918

015730P001-1435A-598
FOLLETT SCHOOL SOLUTIONS, INC
1340 RIDGEVIEW DR
MCHENRY IL 60050

009822P001-1435A-598
FOLLETT SOFTWARE CO
91826 COLLECTION CTR DR
CHICAGO IL 60603

012037P001-1435A-598
FOLLETT SOFTWARE CO
PO BOX 91826
CHICAGO IL 60693-1826

020959P001-1435A-598
FOLLETT SOFTWARE CO
BANK OF AMERICA
91826 COLLECTION CTR DRIVE
CHICAGO IL 60693

015731P001-1435A-598
FOLLETT VIRTUAL BOOKSTORES
16514 COLLECTIONS CTR DR
CHICAGO IL 60693

041100P001-1435A-598
FOLLETTE SCHOOL SOLUTIONS, LLC
91826 COLLECTION CTR DR
CHICAGO IL 60693

036737S001-1435A-598
FOLSOM STATE PRISON
OLIVER LAU
PO BOX 910
REPRESA CA 95671-0001

018500P001-1435A-598
FONOLAX
STEPHEN KAPLAN
2837 LEPAGE ST
NEW ORLEANS LA 70119

013619P001-1435A-598
FONTAINBLEAU HIGH SCHOOL
VOLLEYBALL COACH
100 BULLDOG DR
MANDEVILLE LA 70471

026676P001-1435A-598
FONTAINEBLEAU HIGH SCHOOL GIRLS BASKETBALL
100 BULLDOG DR
MANDEVILLE LA 70471

026588P001-1435A-598
FONTAINEBLEAU JR HIGH
100 HURRICANE ALLEY
MANDEVILLE LA 70471

015732P001-1435A-598
FOOD BANK OF COVINGTON
840 NCOLUMBIA ST
COVINGTON LA 70433

010336P001-1435A-598
FOODTOWN
1918 BENTON RD
BOSSIER CITY LA 71111

022769P001-1435A-598
FOOT AND ANKLE CENTER LLC
STE N507 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

022770P001-1435A-598
FOOT ANKLE SPECIALTY CLINIC
PO BOX 10607
CONWAY AR 72034

022771P001-1435A-598
FOOT CLINIC OF GRETNA LLC
2209 N VLG GREEN STRE 2209 N VLG GREEN ST
HARVEY LA 70058

022772P001-1435A-598
FOOT HEALTH CENTER LLC
1521 N CAUSEWAY BLVD
METAIRIE LA 70001

016982P002-1435A-598
FORCE3 PRO GEAR
45 BANNER DR STE 1
MILFORD CT 06460-2859

009157P001-1435A-598
FORE!KIDS FOUNDATION
11005 LAPALCO BLVD
AVONDALE LA 70094

020960P001-1435A-598
FORMAL CONNECTION
299 BELLE TERRE BLVD
STE C
LAPLACE LA 70068

483

Case 20-10846- ... Filed 09/09/25 Entered 09/09/25 ... Exhibit A Page 484
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 484 of 1525
US First Class Mail
Exhibit Pages

015733P001-1435A-598
FORMAL FASHIONS, INC
PO BOX 11688
TEMPE AZ 85284

022773P001-1435A-598
FORREST COUNTY GENERAL HOSPITAL
DEPT 05112
PO BOX 3488
TUPELO MS 38803

022774P001-1435A-598
FORREST GENERAL HOSPITAL
HIGHLAND PEDIATRIC AND PR
PO BOX 15722
HATTIESBURG MS 39404

022775P001-1435A-598
FORREST GENERAL HOSPITAL
6051 U S HIGHWAY 49
HATTIESBURG MS 39401

022776P001-1435A-598
FORREST GENERAL HOSPITAL
PO BOX 15722
HATTIESBURG MS 39404

031598P001-1435A-598
FORSTER HAYNIE
DAVID MATTHEW HAYNIE
400 N SANIT PAUL ST STE 700
DALLAS TX 75201

013620P001-1435A-598
FORSYTHE FENCE CO
376 ALMEDIA RD
SAINT ROSE LA 70087

018501P001-1435A-598
FORSYTHE FENCE CO LLP
376 ALMEDIA RD
ST. ROSE LA 70087

041101P001-1435A-598
FORT KNOX ALARMS
PO BOX 710
CHALMETTE LA 70044

041102P001-1435A-598
FORT KNOX STORAGE
2649 N CAUSEWAY BLVD
METAIRIE LA 70002

022777P001-1435A-598
FORT WALTON BCH MED CTR
PO BOX 402939
ATLANTA GA 30384

020961P001-1435A-598
FORTIS BENEFITS INSURANCE CO
DRAWER 0659
P O BOX 11407
BIRMINGHAM AL 35246-0659

015734P001-1435A-598
FORTIS BENIFITS INSURANCE COMPANIES
FORTIS BENEFITS INSURANCE COMPANIES
PO BOX 11407
DRAWER 0659
BIRMINGHAM AL 35246-0659

022778P001-1435A-598
FOUCHER EMERG GRP LLC
PO BOX 731587
DALLAS TX 75373

001171P001-1435A-598
FOUCHER EMERGENCY GROUP LLC
PO BOX 731584
DALLAS TX 75373-1584

010337P001-1435A-598
FOUNTAINBLEAU SOFTBALL
100 BULLDOG DR
MANDEVILLE LA 70471

020965P001-1435A-598
FOUNTAINEBLEAU HIGH SCHOOL
BUDD DITCHENDORF
100 BULLDOG DR
MANDEVILLE LA 70471

010338P001-1435A-598
FOUR COLUMNS
3711 WESTBANK EXPY
HARVEY LA 70058

041103P001-1435A-598
FOUR SEASONS GROUNDWORKS
300 PAUL MAILLARD AVE
LULING LA 70070

016983P001-1435A-598
FOUR SEASONS TOURS
1553 BOREN DR
OCOEE FL 34761

018502P001-1435A-598
FOUR WINDS
3635 RIDGELAKE DR
METAIRIE LA 70002

009823P001-1435A-598
FOUR WINDS SPECIALTY PRINTING
3635 RIDGELAKE DR
METAIRIE LA 70002

041104P001-1435A-598
FOX ENERGY AND ENVIRONMENTAL, LLC
2100 HERITAGE AVE
APT 1168
EULESS TX 76039

013621P001-1435A-598
FOX WOLF WASTE MANAGEMENT SVC
125 RUE HOLIDAY
SLIDELL LA 70461

010339P001-1435A-598
FP MAILING SOLUTIONS
140 N MITCHELL CT #200
ADDISON IL 60101

041105P001-1435A-598
FP MAILING SOLUTIONS
140 N MITCHELL CT
STE 200
ADDISON IL 60101

029765P001-1435A-598
FR PATRICK CARR
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026239P002-1435A-598
FRAME USA INC
835 IVY AVE
CINCINNATI OH 45246-4412

484

Case 20-10846 Doc 4355 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 485
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 485 of 1525
US First Class Mail
Exhibit Pages

026409P001-1435A-598
FRAMES DIRECT
2801 S IH 35
STE 170
AUSTIN TX 78741-5518

001175P001-1435A-598
FRAMIN' PLACE AND GALLERY
3535 SEVERN AVE
STE 1
METAIRIE LA 70002

012039P001-1435A-598
FRANCIS MARION HOTEL
387 KING ST
CHARLESTON SC 29403

033176S001-1435A-598
FRANCIS REGIS CHURCH
KEENAN BROWN
PO BOX 649
ARNAUDVILLE LA 70512-0649

001178P001-1435A-598
FRANCISCAN FRIARS OF THE ATONEMENT
40 FRANCISCAN WAY
GARRISON NY 10524

001179P001-1435A-598
FRANCISCAN FRIARS OF THE ATONEMENT
PO BOX 313
GARRISON NY 10524-0305

001180P001-1435A-598
FRANCISCAN MEDIA
HOMILY HELPS
PO BOX 355
CONGERS NY 10920-0355

041110P001-1435A-598
FRANCISCAN MISSIONARIES OF HOPE
9701 HAMMOND ST
NEW ORLEANS LA 70127

001181P001-1435A-598
FRANCISCAN MISSIONS
PO BOX 130
WATERFORD WI 53185

001182P001-1435A-598
FRANCISCAN SISTERS OF ALLEGANY ST
CLARE CONVENT
2924 W CURTIS ST
TAMPA FL 33614

001183P001-1435A-598
FRANCISCAN UNIVERSITY
1235 UNIVERSITY BLVD
STEUBENVILLE OH 43952-1763

012040P001-1435A-598
FRANCO'S ATHLETIC CLUB
100 BON TEMPS ROULE
MANDEVILLE LA 70471

019722P001-1435A-598
FRANK DAVIS PRODUCTIONS INC
208 FLEUR DE LIS DR
REGAL PARK
SLIDELL LA 70460

031010P001-1435A-598
FRANK J DAMICO JR
ON BEHALF OF PLAINTIFF SD DOE
FRANK J. D'AMICO, JR., APLC
4608 RYE ST
METAIRIE LA 70006

009327P001-1435A-598
FRANK METHE - PHOTOGRAPHER
5812 MARCIE ST
METAIRIE LA 70003

010340P001-1435A-598
FRANKLIN PARISH HIGH SCHOOL
1600 GLOVER DR
WINNSBORO LA 71295

020962P001-1435A-598
FRANKLIN SOUTHLAND PRINTING
3212 SEVENTH ST
METAIRIE LA 70002

012041P001-1435A-598
FRANKLINTON HIGH SCHOOL
KEVIN MADDOX
1 DEMON CIR
FRANKLINTON LA 70438

015735P001-1435A-598
FRANKLINTON HIGH SCHOOL
1 DEMON CIR
FRANKLINTON LA 70438

020966P001-1435A-598
FRANKLINTON HIGH SCHOOL
HIGH SCHOOL
1 DEMON CIR FRANKLINTON
FRANKLINTON LA 70438

018503P001-1435A-598
FRANSENS, RAY DRUM CENTER
3412 WILLIAMS BLVD
KENNER LA 70065

022781P001-1435A-598
FRED A MILLER DC
1796 W CAUSEWAY APPROACH
MANDEVILLE LA 70471

009825P001-1435A-598
FRED'S BUS SVC CENTER
700 ORION AVE
METAIRIE LA 70005

009824P001-1435A-598
FREDERICOS FAMILY FLORIST
815 FOCIS ST
METAIRIE LA 70005

041112P001-1435A-598
FREDRICK'S JANITORIAL SVC
342 LAKECREST AVE
BATON ROUGE LA 70807

041113P002-1435A-598
FREDRICKS JANITORIAL SVC
CO FREDERICK D PARKER
2717 CONCORDIA DR
LAPLACE LA 70068

010341P001-1435A-598
FREE NOLA
PO BOX 56506
NEW ORLEANS LA 70156

016984P001-1435A-598
FREE SPIRIT PUBLISHING
217 FIFTH AVE NORTH STE 200
MINNEAPOLIS MN 55401-1299

Case 20-10846 Doc 4313-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh.4 Af Fidex 486
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 486 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022782P001-1435A-598<br>FREEDOM SPINE<br>29301 N DIXIE RANCH RD<br>LACOMBE LA 70445 | 015736P001-1435A-598<br>FREEMAN<br>1000 ELMWOOD PK BLVD<br>NEW ORLEANS LA 70123 | 018504P001-1435A-598<br>FREEMAN DECORATING<br>PO BOX 650036<br>DALLAS TX 75265-0036 | 041114P001-1435A-598<br>FREMIN'S<br>26277 HIGHWAY 23<br>PORT SULPHUR LA 70083 |
| 026677P001-1435A-598<br>FRENCH PRESS<br>2120 DAVID DR<br>METAIRIE LA 70003 | 030984P001-1435A-598<br>FRENCH QUARTER REALTY<br>RICHARD JEANSONNE<br>ADDRESS INTENTIONALLY OMITTED | 015737P001-1435A-598<br>FRENCH SETTLEMENT HIGH SCHOOL<br>15875 LA HWY 16<br>FRENCH SETTLEMENT LA 70733 | 018505P001-1435A-598<br>FRENCH, INC, SAMUEL<br>235 PK AVE SOUTH<br>FIFTH FL<br>NEW YORK NY 10003 |
| 009826P001-1435A-598<br>FRERET IMPROVEMENT DISTRICT<br>5110 FRERET ST<br>NEW ORLEANS LA 70115 | 022783P001-1435A-598<br>FRESENIUS MEDICAL CARE DYER<br>7456 SOLUTIONS CTR<br>CHICAGO IL 60677 | 001189P001-1435A-598<br>FRESENIUS MEDICAL CARE ST CHARLES<br>PO BOX 635800<br>CINCINNATI OH 45263-5800 | 010342P001-1435A-598<br>FRESH BERRY<br>520 S HOPKINS ST<br>NEW IBERIA LA 70560 |
| 015738P001-1435A-598<br>FRESINAS MULTISERVICES, LLC<br>41379 RUE CHENE<br>PONCHATOULA LA 70454 | 009827P001-1435A-598<br>FREY SCIENTIFIC<br>MB UNIT 67-3106<br>MILWAUKEE WI 53268-3106 | 015739P001-1435A-598<br>FREY SCIENTIFIC<br>PO BOX 8030<br>APPLETON WI 54912 | 020963P001-1435A-598<br>FREY SCIENTIFIC<br>LOCK BOX 681034<br>MILWAUKEE WI 53268-1034 |
| 010343P001-1435A-598<br>FRIENDLY ICE CREAM<br>1855 BOSTON RD<br>WILBRAHAM MA 01095 | 001192P001-1435A-598<br>FRIENDS OF NOTRE-DAME DE PARIS<br>1717 PENNSYLVANIA AVE NW<br>STE 425<br>WASHINGTON DC 20006 | 009215P001-1435A-598<br>FRIENDS OF ST ALPHONSUS<br>2030 CONSTANCE ST<br>NEW ORLEANS LA 70130 | 015740P001-1435A-598<br>FRIENDS RESTAURANT<br>407 ST TAMMANY ST<br>MADISONVILLE LA 70447 |
| 001193P001-1435A-598<br>FRISCHHERTZ ELECTRIC CO INC<br>4240 TOULOUSE ST<br>NEW ORLEANS LA 70119 | 026240P001-1435A-598<br>FRISCO DELI<br>1113 W AIRLINE HWY<br>LAPLACE LA 70068 | 026481P001-1435A-598<br>FRITO LAY<br>5600 HEADQUARTERS DR<br>PLANO TX 75024 | 026241P001-1435A-598<br>FROIS SCREEN PRINTING<br>100 E 3RD ST # 12<br>KENNER LA 70062 |
| 013622P001-1435A-598<br>FROMUTH<br>1100 ROCKY DR<br>WEST LAWN PA 19609 | 020964P001-1435A-598<br>FROMUTH TENNIS<br>1100 ROCKY DR<br>WEST LAWN PA 19609 | 020967P001-1435A-598<br>FRONT ROW SCORING TABLES<br>5370 WEST 84TH ST<br>INDIANAPOLIS IN 46268 | 015741P002-1435A-598<br>FROSTY TREATS<br>2840 GUINOTTE AVE<br>KANSAS CITY MO 64120-2002 |

Case 20-10846 Doc 4335-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 487
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 487 of 1525
US First Class Mail
Exhibit Pages

009828P001-1435A-598
FSE
PO BOX 6613
METAIRIE LA 70009-6613

009459P001-1435A-598
FSE LLC
PO BOX 6613
MEETAIRIE LA 70009-6613

010344P001-1435A-598
FTD FLORIST
2209 LAPALCO BLVD
HARVEY LA 70058

015742P001-1435A-598
FUEL EDUCATION LLC
2300 CORPORATE PK DR
HERNDON VA 20171

010345P001-1435A-598
FUEL ZONE
4500 CHEF MENTEUR HWY
NEW ORLEANS LA 70126

010346P001-1435A-598
FUJI FILM
5252 HALLS MILL RD
MOBILE AL 36619

001194P001-1435A-598
FULLY PROMOTED
301 N HIGHWAY 190 STE A3
STE A-3
COVINGTON LA 70433-5057

010347P001-1435A-598
FULTON ALLEY
600 FULTON ST
NEW ORLEANS LA 70130

010348P001-1435A-598
FUN BUS LLC
2188 E MAIN ST
LANCASTER OH 43130

010349P001-1435A-598
FUN EXPRESS
4206 S 108TH ST
OMAHA NE 68137

013623P001-1435A-598
FUN SVC
5604 CRAWFORD ST STE B
HARAHAN LA 70123

010350P001-1435A-598
FUN WIRKS
FUNWIRKS
RANCHO SANTA MARGARITA CA 92688

010351P001-1435A-598
FUNDRAISING FOR A CAUSE
6203 JOHN RD
STE 3
TAMPA FL 33634

016985P001-1435A-598
FUNDRAISING ZONE, LLC
125 BEDFORD CT
BELLE CHASSE LA 70037

022784P001-1435A-598
FUQUAYVARINA FAMILY PRACTICE
431 N JUDD PKWY NE FUQUAY
VARINA NC 27526

041116P001-1435A-598
FUSION CLOUD SVC
210 INTERSTATE NORTH PKWY SE
STE 300
ATLANTA GA 30339

019723P001-1435A-598
FUSION LLC
PO BOX 392176
PITTSBURG PA 15251-9176

015743P001-1435A-598
FWB COACHING CLINIC
9986 COBBLE CREEK DR
BIRMINGHAM AL 35226

016986P001-1435A-598
FWBHS WRESTLING
400 HOLLYWOOD BLVD SW
FORT WALTON BEACH FL 32548

012044P001-1435A-598
G AND A PUBLISHING INC
409 W 21ST AVE
COVINGTON LA 70433

012043P001-1435A-598
G AND G CONTRACTORS LLC
3820 CIVIC ST
METAIRIE LA 70001

016987P001-1435A-598
G AND K TIRE AND AUTO, LLC
301 5TH ST
GRETNA LA 70053

001195P001-1435A-598
G AND M ELECTRIC CO INC
PO BOX 19063
NEW ORLEANS LA 70163

016988P001-1435A-598
G AND M ELECTRIC CO, INC
PO BOX 19063
NEW ORLEANS LA 70179-0063

020968P001-1435A-598
G AND M EMBROIDERING
67 HOLLY DR
LAPLACE LA 70068

016989P001-1435A-598
G TEE BATTING TEES
1721 NE 19TH AVE
OCALA FL 34470

035472S001-1435A-598
GADSDEN RE-ENTRY CTR
JANET WIEDEMANN
540 OPPORTUNITY LN
HAVANA FL 32333-7629

016990P001-1435A-598
GAGGLE
PO BOX 1352
BLOOMINGTON IL 61702

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 020969P001-1435A-598<br>GAIL PELLET PRODUCTIONS INC<br>32 WEST 20TH ST<br>NEW YORK NY 10011 | 031599P001-1435A-598<br>GAINSBURGH BENJAMIN DAVID ET AL<br>BRITTANY WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS<br>NEW ORLEANS LA 70163 | 000076P002-1435S-598<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>601 POYDRAS ST.,STE 2355<br>NEW ORLEANS LA 70130 | 001201P001-1435A-598<br>GALBRETH TRANSPORTATION SVC<br>PO BOX 7045<br>SLIDELL LA 70459 |
| 020970P001-1435A-598<br>GALE GROUP INC<br>PO BOX 95501<br>CHICAGO IL 60694-5501 | 013624P001-1435A-598<br>GALE/CENGAGE LEARNING<br>PO BOX 936754<br>ATLANTA GA 31193-6754 | 009429P001-1435A-598<br>GALLAGHER<br>PO BOX 190<br>SELMA AL 36702 | 041117P001-1435A-598<br>GALLAGHER BENEFIT SVC<br>PO BOX 36702<br>SELMA AL 36702 |
| 000044P002-1435S-598<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 | 001202P001-1435A-598<br>GALLAGHER BENEFIT SVC INC<br>PO BOX 190<br>SELMA AL 36702 | 001203P001-1435A-598<br>GALLAGHER BENEFIT SVC INC<br>2850 WEST GOLF RD<br>5TH FLOOR<br>ROLLING MEADOWS IL 60008 | 029804P001-1435A-598<br>GALLAGHER BENEFIT SVC INC<br>TOM BESSELMAN<br>235 HIGHLANDIA DR<br>STE 200<br>BATON ROUGE LA 70810 |
| 030360P001-1435A-598<br>GALLAGHER BENEFIT SVC INC<br>DIANE WIEST<br>2850 WEST GOLF RD 10TH FLOOR<br>ROLLING MEADOWS IL 60008 | 009829P001-1435A-598<br>GALLAGHER BENEFITS SVC<br>P O BOX 190<br>SELMA AL 36702 | 001204P001-1435A-598<br>GALLAND ROOFING INC<br>1934 ROOSEVELT BLVD<br>KENNER LA LA 70062 | 013625P001-1435A-598<br>GALLARDO SIGNS<br>19300 N 3RD AVE<br>COVINGTON LA 70433 |
| 012045P001-1435A-598<br>GALLARDO SIGNS AND PRINTING<br>2025 PHILLIP DR STE A<br>COVINGTON LA 70433 | 015744P001-1435A-598<br>GALLARDO SIGNS AND PRINTING<br>19300 NORTH THIRD AVE<br>STE A<br>COVINGTON LA 70433 | 026589P001-1435A-598<br>GALLATY MECHANICAL CONTRACTORS<br>1839 AGRICULTURE ST<br>NEW ORLEANS LA 70119 | 019706P001-1435A-598<br>GALLERY/FEAST! CATERING<br>137 TAOS ST<br>SLIDELL LA 70458 |
| 013626P002-1435A-598<br>GALLO MECHANICAL LLC<br>4141 BIENVILLE ST<br>STE 100<br>NEW ORLEANS LA 70119 | 001205P001-1435A-598<br>GALLO MECHANICAL SVC LLC<br>6750 EXCHEQUER DR<br>STE A<br>BATON ROUGE LA 70809 | 029805P001-1435A-598<br>GALLO MECHANICAL SVC LLC<br>10099 INDUSTRIPLEX AVE<br>GONZALES LA 70737 | 037105P002-1435A-598<br>GALLO MECHANICAL SVCS LLC<br>PO BOX 679574<br>DALLAS TX 75267-9574 |
| 013627P001-1435A-598<br>GALLO MECHANICAL, LLC GONZALES<br>10099 INDUSTRIPLEX AVE<br>GONZALES LA 70737 | 019724P001-1435A-598<br>GALLOWAYS DANCE STUDIO<br>3191 TERRACE AVE<br>SLIDELL LA 70458 | 026410P001-1435A-598<br>GAMBINOS BAKERY<br>4821 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70006 | 013628P001-1435A-598<br>GAMBIT<br>3923 BIENVILLE ST<br>NEW ORLEANS LA 70003 |

Case 20-10846 Doc 4235-4 Filed 09/02/25 Entered 09/02/25 14:00:35 Exhibit A Page 489
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 489 of 1525
US First Class Mail
Exhibit Pages

018506P001-1435A-598
GAMBIT COMMUNICATIONS
PO BOX 613
BATON ROUGE LA 70821-0613

009285P001-1435A-598
GAMBIT COMMUNICATIONS INC
3923 BIENVILLE ST
NEW ORLEANS LA 70119

018507P001-1435A-598
GAME DAY APPAREL
4322 FLORIDA AVE
KENNER LA 70065

020971P001-1435A-598
GAME DAY APPAREL LLC
4322 FLORDIA AVE
KENNER LA 70065

015745P001-1435A-598
GAME DAY SPORTING GOODS
2035 RONALD REAGAN HWY
COVINGTON LA 70433-1088

016991P001-1435A-598
GAME PLAN YOUR FUTURE, LLC
5452 SHADOWFIELD CIR NE
LOUISVILLE OH 44641

012046P001-1435A-598
GAMEFACES
PO BOX 70160
MONTGOMERY AL 36107

026242P001-1435A-598
GAMEFACESCOM
PO BOX 12037
DALLAS TX 75225

015746P001-1435A-598
GAMES PEOPLE PLAY, INC
5945 COLLEGE ST
BEAUMONT TX 77707

009830P001-1435A-598
GAMES2U NOLA
6804 PHILLIP ST
METAIRIE LA 70003

010352P001-1435A-598
GAMESTOP
4021 BEHRMAN PL B
NEW ORLEANS LA 70114

022786P001-1435A-598
GANDY EYECARE
107 MAXWELL DR
RAYVILLE LA 71269

013629P001-1435A-598
GARRITY PRINT SOLUTIONS
PO BOX 11305
NEW ORLEANS LA 70181-1305

018508P001-1435A-598
GARRITY PRINT SOLUTIONS
A HARVEY CO
PO BOX 11305
NEW ORLEANS LA 70181-1305

015747P001-1435A-598
GARRITY PRINTING, INC
109 RESEARCH DR
HARAHAN LA 70123

020972P001-1435A-598
GARY BENOIT PLUMBING LLC
26 HERMITAGE DR
DESTREHAN LA 70047

012047P001-1435A-598
GARY BONANNO'S CATERING
PO BOX 1223
MANDEVILLE LA 70470

013630P001-1435A-598
GARY HAUSER PRESS, LLC
5624 CITRUS BLVD
HARAHAN LA 70123

016992P001-1435A-598
GARY HAUSER PRESS, LLC
1513 SAMS AVE
HARAHAN LA 70123

022787P001-1435A-598
GARY R GLYNN MD APMC
1401 FOUCHER ST STE M1005
NEW ORLEANS LA 70115

015748P001-1435A-598
GARY'S ELECTRIC
1922 HIGHWAY 22
STE D
MADISONVILLE LA 70447

009254P001-1435A-598
GARYS ARTS CRAFTS AND NEEDLEWORK INC
3109 18TH ST
METAIRIE LA 70002

009176P001-1435A-598
GAS AND SUPPLY
125 THRUWAY PK
BROUSSARD LA 70518

010353P001-1435A-598
GASCO
1425 S CLAIBORNE AVE
NEW ORLEANS LA 70125

015749P001-1435A-598
GASSEN ELECTRIC LLC
71091 LAKE PLACID DR
COVINGTON LA 70433

022788P001-1435A-598
GASTRO ANESTHESIA SVC LLC
PO BOX 4239
COVINGTON LA 70434

022789P001-1435A-598
GASTROENTEROLOGY CENTER OF THE
8120 MAIN ST STE 200
HOUMA LA 70360

022790P001-1435A-598
GASTROENTEROLOGY CENTER PA
4500 W RAILROAD ST
GULFPORT MS 39501

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PB Exhibit Affidavit
of Service Regarding Solicitation Packages Page 490 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

022791P001-1435A-598
GASTROENTEROLOGY CLINIC OF ACA
STE 303 1211 COOLIDGE BLVD
LAFAYETTE LA 70503

022792P001-1435A-598
GASTROENTEROLOGY CONSULTANTS P
444 FM 1959 RD
HOUSTON TX 77034

001211P001-1435A-598
GASTROENTEROLOGY GROUP AMC
131 B CHEROKEE ROSE LN
COVINGTON LA LA 70433-7195

022793P001-1435A-598
GASTROENTEROLOGY GROUP AMC
PO BOX 18884
BELFAST ME 04915

015750P001-1435A-598
GATEN'S ADVENTURES UNLIMITED
47450 CASEY RD
HAMMOND LA 70401

019725P001-1435A-598
GATENS ADVENTURES UNLIMITED
465 MORRIS RD
HAMMOND LA 70401

020973P001-1435A-598
GATEWAY COMPANIES INC
P O BOX 31012
HARTFORD CT 06150-1012

015751P001-1435A-598
GATOR BOOSTER SOCCER CLUB
CHAD VIDRINE
COPA ACADIAN
141 ST HUBERT DR
OPELOUSAS LA 70570

015752P001-1435A-598
GATOR GRAPHICS
169 W PINE ST
PONCHATOULA LA 70454

013631P001-1435A-598
GATORWORKS WEB DESIGN
4528 BENNINGTON AVE
STE 300B
BATON ROUGE LA 70808

015753P001-1435A-598
GATORWORKS WEB DESIGN
4528 BENNINGTON AVE
STE 308 BATON ROUGE LA 70808
BATON ROUGE LA 70808

018509P001-1435A-598
GATORWORKS WEB DESIGN
4528 BENNINGTON AVE
STE 300B
BATON ROUGE LA 70809

010354P001-1435A-598
GATTIS PIZZA
828 E W ADMIRAL DOYLE DR
NEW IBERIA LA 70560

010355P001-1435A-598
GATTUSO'S
435 HUEY P LONG AVE
GRETNA LA 07005

018510P001-1435A-598
GAUDIN EQUIPMENT AND SUPPLY CO, INC
PO BOX 752
KENNER LA 70063

015754P001-1435A-598
GAYAUT SERVICES, LLC
65062 EASY ST
PEARL RIVER LA 70452

031583P002-1435A-598
GAYLE AND TOM BENSON HOUSE OF
PRIESTLY FORMATION
2925 SOUTH CARROLTON
NEW ORLEANS LA 70118

010356P001-1435A-598
GAYLORD BROS INC
7282 WILLIAM BARRY BLVD #3343
SYRACUSE NY 13212

012048P001-1435A-598
GBSA
SPORTS ASSOCIATION
800 SHORELINE DR GULF BREEZE
GULF BREEZE FL 32561

015755P001-1435A-598
GE CAPITAL
PO BOX 740420
ATLANTA GA 30374-0420

019726P001-1435A-598
GE CAPITAL  RICOH USA PROGRAM
PO BOX 650016
DALLAS TX 75265-0016

019727P001-1435A-598
GEAAR ENTERPRISES LLC
37341 JACK CRAWFORD RD
PEARL RIVER LA 70452

018511P001-1435A-598
GEAR FOR SPORTS, LLC
12193 COLLECTION CTR DR
CHICAGO IL 60693

029655P001-1435A-598
GEAR LINDSEY
5422 WILLOW ST
NEW ORLEANS LA 70115

010357P001-1435A-598
GEAUX PASS TOLL
1821 SOUTH ALEX PLAISANCE BLVD HWY 3235
GOLDEN MEADOW LA 70357

019728P001-1435A-598
GEAUX PREAUX PRINTING
104 RUE CHATEAU
SLIDELL LA 70461

013633P001-1435A-598
GECRB/AMAZON
PO BOX 960016
ORLANDO FL 32896-0016

001215P001-1435A-598
GEICO
ONE GEICO PLAZA
MACON GA 31295

Case 20-10846 Doc 4335-4 Filed 09/01/25 Entered 09/01/25 14:00:75 in PDF Exhibit 4 Page 491
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 491 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022795P001-1435A-598<br>GEMINI CHIROPRACTIC AND REHAB L<br>1841 ROUSSEAU ST<br>NEW ORLEANS LA 70130 | 018512P001-1435A-598<br>GENDUSA'S ITALIAN MARKET<br>405 WILLIAMS BLVD<br>KENNER LA 70062 | 041118P001-1435A-598<br>GENERAC<br>PO BOX 148<br>NORWALK CT 06852 | 009431P001-1435A-598<br>GENERAL BINDING CORP<br>PO BOX 203412<br>DALLAS TX 75320-3412 |
| 001216P001-1435A-598<br>GENERAL HEATING AND AC LLC<br>3500 MONTICELLO AVE<br>NEW ORLEANS LA 70118 | 018513P001-1435A-598<br>GENERAL LEATHERCRAFT MFG, INC<br>900 AIRPORT RD<br>COLEMAN TX 76834 | 015756P001-1435A-598<br>GENERAL NUTRITION CENTERS, INC<br>6401 BLUEBONNET BLVD<br>BATON ROUGE LA 70836 | 009831P001-1435A-598<br>GENERAL REVENUE CORP<br>WAGE W/H UNIT<br>PO BOX 495930<br>CINCINNATI OH 45249-5930 |
| 031559P001-1435A-598<br>GENERAL SERVICES ADMINISTRATION<br>1800 F ST NW<br>WASHINGTON DC 20405 | 015757P001-1435A-598<br>GENERAL TECHNOLOGY DISTRIBUTORS<br>PMB 466<br>6965 EL CAMINO REAL STE 105<br>CARLSBAD CA 92011 | 041119P001-1435A-598<br>GENERATION GENIOUS, INC<br>14622 VENTURA BLVD #2026<br>SHERMAN OAKS CA 91403 | 022796P001-1435A-598<br>GENESIS DIAGNOSTICS<br>STE H50 900 TOWN CENTER DR<br>LANGHORNE PA 19047 |
| 022797P001-1435A-598<br>GENESIS MEDICAL PRODUCTS<br>5132 PAYNE DR<br>BATON ROUGE LA 70809 | 009832P001-1435A-598<br>GENEVIEVE'S FUNDRAISING<br>PO BOX 147<br>WEST SPRINGFIELD MA 01090-0147 | 009386P001-1435A-598<br>GENEVIEVES FUNDRAISING MCLAUGHLIN PAPER CO<br>PO BOX 147<br>WEST SPRINGFIELD MA 01090-0147 | 022798P001-1435A-598<br>GENOMIC HEALTH INC<br>PO BOX 742415<br>LOS ANGELES CA 90074 |
| 022799P001-1435A-598<br>GENOPTIX MEDICAL LABORATO<br>PO BOX 644828<br>PITTSBURGH PA 15264 | 001217P001-1435A-598<br>GENOVESE TRACTOR SVC LLC<br>553 CAMELIA AVE<br>LAPLACE LA 70068 | 022800P001-1435A-598<br>GENTILLY VISION SOURCE<br>4114 MARIGNY ST<br>NEW ORLEANS LA 70122 | 034619S001-1435A-598<br>GEO GROUP-REEVES COUNTY DTNTN<br>KENNETH MARTIN<br>PO BOX 2038<br>PECOS TX 79772-2038 |
| 034453S001-1435A-598<br>GEO GROUP-VAL VERDE COUNTY<br>SANTOS GONZALEZ<br>PO BOX 426011<br>DEL RIO TX 78842-6011 | 034633S001-1435A-598<br>GEO GROUP-VAL VERDE COUNTY<br>AYLEEN SANCHEZ<br>PO BOX 426011<br>DEL RIO TX 78842-6011 | 018514P001-1435A-598<br>GEO SURFACES<br>6326 HIGHLAND RD<br>BATON ROUGE LA 70808 | 012049P001-1435A-598<br>GEOCON ENGINEERING AND MATERIALS TESTING, INC<br>PO BOX 130<br>MAGNOLIA SPRINGS AL 36555 |
| 000128P001-1435S-598<br>GEORGE G ANGELUS, PLC<br>GEORGE G ANGELUS<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | 022801P001-1435A-598<br>GEORGE KESHELAVA MD LLC<br>1970 N HIGHWAY 190<br>COVINGTON LA 70433 | 022802P001-1435A-598<br>GEORGE M HAIK EYE CLINIC<br>1407 S CARROLLTON AVE<br>NEW ORLEANS LA 70118 | 018515P001-1435A-598<br>GEORGE N PARKS DRUM MAJOR ACADEMY<br>REGISTRATION<br>15 PROUTY LN<br>WORCESTER MA 01602 |

Case 20-10846 Doc 4335-5 Filed 09/09/25 Entered 09/09/25 14:00:05 Exhibit A Page 492
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 492 of 1525
US First Class Mail
Exhibit Pages

001218P001-1435A-598
GEORGE RODRIGUE FOUNDATION OF THE ARTS
747 MAGAZINE ST
NEW ORLEANS LA 70130

012050P001-1435A-598
GEORGE WASHINGTON'S MOUNT VERNON
PO BOX 110
MOUNT VERNON VA 22121

001219P001-1435A-598
GEORGE'S AUTO BODY SHOP
4615 EARHART BLVD
NEW ORLEANS LA 70125

009833P001-1435A-598
GEORGE'S PLUMBING
3851C AIRLINE DR
METAIRIE LA 70001

029596P001-1435A-598
GERRI WALTERS
ADDRESS INTENTIONALLY OMITTED

020974P001-1435A-598
GET HIGH ON LIFE
GET HIGH ON LIFE REN
3451 LA 3125
PAULINA LA 70763

020975P001-1435A-598
GET HIGH ON LIFE INC
RENEE
3451 HWY 3125
PAULINA LA 70763

010358P001-1435A-598
GET SMART PRODUCTS
30 S HIGHLAND AVE
OSSINING NY 10562

010359P001-1435A-598
GGMC PARKING
1651 3RD AVE
NEW YORK NY 10128

001222P001-1435A-598
GIA PUBLICATIONS INC
7404 S MASON AVE
CHICAGO IL 60638

010360P001-1435A-598
GIACOBBE'S ACADEMY OF DANCE
6925 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

013634P001-1435A-598
GIACONA'S PARTY CUP EXPRESS
121 INDUSTRIAL AVE
JEFFERSON LA 70121

022803P001-1435A-598
GIAMBELLUCA MEDICAL CLINIC
1112 ENGINEERS RD STE 3
BELLE CHASSE LA 70037

010361P001-1435A-598
GIANT STEPS LEARNING A
7900 OLD TEZEL RD
SAN ANTONIO TX 78250

010362P001-1435A-598
GIANT STEPS LEARNING ACADEMY CUSTOMER
7900 OLD TEZEL RD
SAN ANTONIO TX 78250

031002P001-1435A-598
GIBBS CONSTRUCTION
LARRY  GIBBS
ADDRESS INTENTIONALLY OMITTED

031600P001-1435A-598
GIBBS LAW GROUP LLC
KAREN BARTH MENZIES
505 14TH ST STE 1110
OAKLAND CA 94612

020976P001-1435A-598
GIBKO NURSERY AND SIGNS INC
110 EVERGREEN ST
BUNKIE LA 71322

000136P001-1435S-598
GIEGER LABORDE & LAPEROUSE LLC
JOHN E. W. BAAY II
701 POYDRAS ST.,STE 4800
NEW ORLEANS LA 70139-4800

010363P001-1435A-598
GIFT SPECIALIST INC
3310 VIA DE LA VALLE
OCEANSIDE CA 92058

001224P002-1435A-598
GILBERT KELLY AND COUTURIE INC
SURVEYING AND ENGINEERING
2121 N CAUSEWAY BLVD
STE 121
METAIRIE LA 70001

009220P001-1435A-598
GILBERT KELLY AND COUTURIE INC
2121 N CAUSEWAY BLVD
STE 121
METAIRIE LA 70001

012051P001-1435A-598
GILBRIDE'S AQUA SVC LLC
39409 SABLE LN
PONTCHATOULA LA 70454

019729P001-1435A-598
GILMAN GEAR
30 GILMAN RD
PO BOX 97
GILMAN CT 06336-0097

020977P001-1435A-598
GILMAN GEAR
30 RD
PO BOX 97
GILMAN CT 06336-0097

010364P001-1435A-598
GIORDANO'S
2168 GIBSON ST
GRETNA LA 70056

013635P001-1435A-598
GIORLANDO'S
741 BONNABEL BLVD
METAIRIE LA 70005

022804P001-1435A-598
GITTER VEIN INSTITUTE
1 GALLERIA BLVD STE 100
METAIRIE LA 70001

Case 20-10846 Doc 4485-41 Filed 09/10/25 Entered 09/10/25 14:00:45 PDF Exhibit Affidavit of Service Regarding Solicitation Packages Page 493 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

001233P001-1435A-598
GIVE US THIS DAY
PO BOX 37774
BOONE IA 50037-0774

012052P001-1435A-598
GIVECAMPUS, INC
903 G ST SE
WASHINGTON DC 20003

020978P001-1435A-598
GL SPORTS
PO BOX 567
BRAINERD MN 56401

009217P001-1435A-598
GLACIER H20 SYSTEMS
208 2ND ST
GRETNA LA 70053

034501S001-1435A-598
GLADES CORRECTIONAL DEVMNT CRP
CHRIS GRINER
PO BOX 39
MOORE HAVEN FL 33471-0039

036310S001-1435A-598
GLADES CORRECTIONAL DEVMNT CRP
TREVA WALKER
PO BOX 39
MOORE HAVEN FL 33471-0039

015758P001-1435A-598
GLASS WITH A TWIST
5355 CAPITAK CT
STE 11
RENO NV 89502

013636P001-1435A-598
GLASSMAN OF LOUISIANA LLC
8401 PARC PL
CHALMETTE LA 70043

020979P001-1435A-598
GLAZER FOOTBALL CLINICS
PO BOX 63673
COLORADO SPRINGS CO 80962

019730P001-1435A-598
GLAZIER FOOTBALL CLINICS
1880 OFFICE CLUB PT
STE 2480
COLORADO SPRINGS CO 80920

020980P001-1435A-598
GLAZIER FOOTBALL CLINICS
PO BOX 63673
COLORADO SPRINGS CO 80962

015759P001-1435A-598
GLEASON INITIATIVE FOUNDATION
930 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

019731P001-1435A-598
GLEASON INITIATIVE FOUNDATION
PO BOX 24493
NEW ORLEANS LA 70184

018516P002-1435A-598
GLENDALE ENTERPRISES INC
16189 RIVER RD
HAHNVILLE LA 70057-2503

012053P001-1435A-598
GLENDALE PARADE STORE
12754 O'CONNOR RD
SAN ANTONIO TX 78233

018517P001-1435A-598
GLENDALE PARADE STORE
192 PARIS AVE
NORTHVALE NJ 07647-2016

001236P001-1435A-598
GLENMARY HOME MISSIONERS
PO BOX 465618
CINCINNATI OH 45246-5618

001237P001-1435A-598
GLENN D LEBOEUF MSW LCSW BCD
6801 VETERANS MEMORIAL BLVD # J-2
METAIRIE LA 70003

022805P001-1435A-598
GLENWOOD REGIONAL MEDICAL CENT
PO BOX 27605
SALT LAKE CITY UT 84127

013637P001-1435A-598
GLITTER OVER NOLA
201 COUNTRY COTTAGE BLVD
MONTZ LA 70068

019732P001-1435A-598
GLOBAL EQUIPMENT CO
PO BOX 905713
CHARLOTTE NC 28290

015760P001-1435A-598
GLOBAL EQUIPMENT CO INC
29833 NETWORK PL
CHICAGO IL 60673-1298

022806P001-1435A-598
GLOBAL MEDICAL CENTER LLC
PO BOX 1896
SLIDELL LA 70459

019733P001-1435A-598
GLOBAL SCARVES
539 BROADWAY
TACOMA WA 98402

020981P001-1435A-598
GLOBAL SCARVES
23312 22ND DRSE
BOTHELL WA 98021

041123P001-1435A-598
GLOBAL SECURITY LLC
1733A NORTH AIRLINE HIGHWAY
GONZALES LA 70737

010365P001-1435A-598
GLOBAL SHOP
975 EVERGREEN CIR
THE WOODLANDS TX 77380

009834P001-1435A-598
GLOBAL WILDLIFE
26389 HWY 40
FOLSOM LA 70437

Case 20-10846 Doc 4335 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 494
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 494 of 1525
US First Class Mail
Exhibit Pages

019734P001-1435A-598
GLOBAL WILDLIFE CENTER
26389 LOUISIANA 40
FOLSOM LA 70437

010366P001-1435A-598
GLOBAL WILDLIFE FOUNDATION
26389 LA-40
FOLSOM LA 70437

013638P001-1435A-598
GLOBAL WILDLIFE FOUNDATION
26389 HWY 40
FOLSOM LA 70437

016993P001-1435A-598
GLOBE AND MAP SHOP, LLC
11634 BUSY ST
NORTH CHESTERFIELD VA 23236

018518P001-1435A-598
GLOBE TICKET AND LABEL
350 RANDY RD - STE #1
CAROL STREAM IL 60188

020982P001-1435A-598
GLOKOH SVC
135 DEREK LN
LAPLACE LA 70068

019735P001-1435A-598
GLORY RHODES
JOHN LAVIOLETTE
250 METAIRIE LAWN DR
METAIRIE LA 70001

013639P001-1435A-598
GLOVER'S EASY SCORE BOOKS
PO BOX 355
5630 GRAVENSTEIN HIGHWAY NORTH
FORESTVILLE CA 95436

016994P001-1435A-598
GLS GOATA LOCOMOTIVE SYSTEMS
4612 4TH ST
MARRERO LA 70072

026482P001-1435A-598
GLS NEXT LEVEL PERFORMANCE
4612 4TH ST
MARRERO LA 70072

016995P001-1435A-598
GLS TRAINING
4612 4TH ST
MARRERO LA 70072

013640P001-1435A-598
GM SIGNS
3650 AIRLINE DR
METAIRIE LA 70001

022808P001-1435A-598
GMUC OF SPRING HILL
4402 OLD SHELL RD
MOBILE AL 36608

022809P001-1435A-598
GMUC OF SPRING HILL
7943 MOFFETT RD
SEMMES AL 36575

001239P001-1435A-598
GMWA NEW ORLEANS CHAPTER
PO BOX 57266
NEW ORLEANS LA 70157

041125P001-1435A-598
GNAWLINS PLUMBING SERVICES, LLC
2115 HICKORY AVE
HARAHAN LA 70123

009835P001-1435A-598
GNK
1700 JUSTIN RD
METAIRIE LA 70001

013641P001-1435A-598
GNO CLA
TIHANA ZSCHIESCHE
ARCHBISHOP CHAPELLE HIGH SCHOOL
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

019736P001-1435A-598
GNO CLA
164 HIBISCUS PL
RIVER RIDGE LA 70123

018519P001-1435A-598
GNO RALLY ASSOC
UNIVERSITY OF NEW ORLEANS
2000 LAKESHORE DR
106 ADMINISTRATION BLDG
NEW ORLEANS LA 70148

013642P001-1435A-598
GNO RALLY ASSOCIATION
LOYOLA UNIVERSITY OF NO
6363 ST CHARLES AVE
BOX 18
NEW ORLEANS LA 70118

022810P001-1435A-598
GNO SNORING AND SINUS LLC
PO BOX 14509
BELFAST ME 04915

012054P001-1435A-598
GNO/CLA
ARCHBISHOP CHAPELLE HIGH SCHOOL
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

015761P001-1435A-598
GNOCLA
ARCHBISHOP CHAPELLE HS
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

018520P001-1435A-598
GNOFOA
650 POYDRAS ST STE 1600
NEW ORLEANS LA 70130

026590P001-1435A-598
GNOFOA
6254 VICKSBURG ST
NEW ORLEANS LA 70124

012055P001-1435A-598
GNOHSSL
JANICE ROTH
104 YELLOWSTONE ST
KENNER LA 70065

015762P001-1435A-598
GNOHSSL
JANICE ROTH GNOHSSL
104 YELLOWSTONE ST
KENNER LA 70065

Case 20-10846 Doc 4345 Filed 09/09/25 Entered 09/09/25 14:00:45 in Proc. 4. Filed 495
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 495 of 1525
US First Class Mail
Exhibit Pages

018521P001-1435A-598
GNOHSSL
METRO NEW ORLEANS HIGH SCHOOL SWIM LEAGUE
104 YELLOWSTONE ST
KENNER LA 70065

020983P001-1435A-598
GNOTM
M ZERINGUE
2217 MAINE AVENUE
KENNER LA 70062

010367P001-1435A-598
GNOUSBC
3712 N TURNBULL DR
METAIRIE LA 70002

009836P001-1435A-598
GO GREEN CLEANERS LLC
108 CHERRY CREEK DR
MANDEVILLE LA 70448

041126P001-1435A-598
GO MINTS OF NEW ORLEANS
712 L AND A RD
METAIRIE LA 70001

026411P001-1435A-598
GO TO MY PC
320 SUMMER ST
BOSTON MA 02210

001240P001-1435A-598
GOD IS GOOD VBS
JULIA JOHNSON
1020 GAMEFARM RD
MINNETRISTA MN 55364

018993P001-1435A-598
GODADDYCOM
14455 NORTH HAYDEN RD
STE 219
SCOTTSDALE AZ 85260

041127P001-1435A-598
GOGUARDIAN
2030 E MAPLE AVE STE 100
EL SEGUNDO CA 90245

019737P001-1435A-598
GOLD MEDAL
5425 POWELL ST
HARAHAN LA 70123

018522P001-1435A-598
GOLD MEDAL - NEW ORLEANS
5425 POWELL ST
HARAHAN LA 70123-2306

010368P001-1435A-598
GOLD MEDAL NEW ORLEANS
5425 POWELL ST
ELMWOOD LA 70123

013643P001-1435A-598
GOLD MEDAL PRODUCTS  NO DIVISION
5425 POWELL ST
HARAHAN LA 70123

012056P001-1435A-598
GOLD STAR TROPHIES
6220 FLORIDA BLVD
BATON ROUGE LA 70806

018523P001-1435A-598
GOLD STAR TROPHIES AND AWARDS
6220 FLORIDA BLVD
BATON ROUGE LA 70806

019738P001-1435A-598
GOLDEN PEAR LLC
225 LOUISIANA AVE
BOGALUSA LA 70427

022811P001-1435A-598
GOLDEN TRIANGLE URGENT CARE
PO BOX 671478
DALLAS TX 75267

040775P001-1435A-598
GOLDMAN, SACHS & CO.
ATTN: STEVE BERRIOS - CORPORATE ACTIONS
100 BURMA ROAD
JERSEY CITY NJ 07305

040776P001-1435A-598
GOLDMAN, SACHS & CO.
PROXY HOTLINE 1
30 HUDSON STREET
PROXY DEPARTMENT
JERSEY CITY NJ 07302

012057P001-1435A-598
GOLF CART WORLD
843 N COLLINS BLVD
COVINGTON LA 70433

015763P001-1435A-598
GOLF CART WORLD
843 COLLINS BLVD
COVINGTON LA 70433

020984P001-1435A-598
GOLF PURCHASE PROGRAM
P O BOX 4455
OREG ON
BEAVERTON OR 97076-4455

012058P001-1435A-598
GOLF TEAM PRODUCTS, INC
PO BOX 259
BEAVERTON OR 97075

009213P001-1435A-598
GOMEZ PINE STRAW
2025 SPARTAN DR
MANDEVILLE LA 70471

015764P001-1435A-598
GOMEZ PINE STRAW
2025 SPARTAN DR
MANDEVILLE LA 70448

012059P001-1435A-598
GOMEZ PINESTRAW
PO BOX 1125
MANDEVILLE LA 70470

031075P001-1435A-598
GOOD SHEPHERD
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032420S001-1435A-598
GOOD SHEPHERD CATHOLIC CHURCH
ANNE FESSLER
1224 MAIN ST
GARLAND TX 75040-6133

Case 20-10846 Doc 4635-4 Filed 09/25/25 Entered 09/25/25 16:07:55 PD Exhibit A Page 496
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 496 of 1525
US First Class Mail
Exhibit Pages

033297S001-1435A-598
GOOD SHEPHERD CATHOLIC CHURCH
BARBARA TAYLOR
PO BOX 929
SCHERTZ TX 78154-0929

029914P001-1435A-598
GOOD SHEPHERD CHURCH
1025 NAPOLEON AVE
NEW ORLEANS LA 70115

033467S001-1435A-598
GOOD SHEPHERD MISSION
GEORGE POONELY
PO BOX 1069
OZONA TX 76943-1069

001245P001-1435A-598
GOOD SHEPHERD NATIVITY SCHOOL
1839 AGRICULTURE ST
NEW ORLEANS LA 70119

001246P001-1435A-598
GOOD SHEPHERD PARISH
1025 NAPOLEON AVE
NEW ORLEANS LA 70115-2898

033047S001-1435A-598
GOOD SHEPHERD PARISH
LAURENT MVENDO
PO BOX 1294
CRANE TX 79731-1294

001247P001-1435A-598
GOODBEE PLUMBING INC
12251 ARC RD
COVINGTON LA 70435

026591P001-1435A-598
GOODBEE QUICKSTOP
13029 US-190
COVINGTON LA 70433

041128P001-1435A-598
GOOTEE CONSTRUCTION
1001 S HARIMAW CT
METAIRIE LA 70001

041129P001-1435A-598
GOOTEE SVC
1001 HARIMAW CT W
METAIRIE LA 70001

041130P001-1435A-598
GOOTEE SVC
1001 SOUTH HARIMAW CT
METAIRIE LA 70001

013644P001-1435A-598
GOPHER
NW 5634
PO BOX 1450
MINNEAPOLIS MN 55485

010369P001-1435A-598
GORDON BIERSCH NEW ORLEANS
200 POYDRAS ST
NEW ORLEANS LA 70130

001249P001-1435A-598
GORDON G ARMSTRONG LAW OFFICE
PO BOX 1464
MOBILE AL 36633

020985P001-1435A-598
GORDONS OF KENNER
2518 WILLIAMS BLVD
KENNER LA 70062

041131P001-1435A-598
GORDONS PROPERTY MAINTENANCE, LLC
632 PERRIN DR
ARABI LA 70032

041644P001-1435A-598
GOT GRASS LAWN SERVICE, LLC
224 BERNARD RD
KAPLAN LA 70458

012060P001-1435A-598
GOUND PENETRATING RADAR SYSTEMS, INC
PO BOX 932
TOLEDO OH 43697

020986P001-1435A-598
GOVCONNECTION INC
BOX 81018
WOBURN MA 01813-1018

001253P001-1435A-598
GOVERNOR'S OFFICE OF HOME SECURITY
AND EMERGENCY PREPAREDNESS
ACCOUNTS RECEIVABLE
7667 INDEPENDENCE BLVD
BATON ROUGE LA 70806

020987P001-1435A-598
GOVERNORS PROGRAM ON ABSTINENCE
CAMP REGISTRATION
150 THIRD ST STE 404
BATON ROUGE LA 70801

041132P001-1435A-598
GPT DIRECT, INC
133 E THIRD ST
KENNER LA 70062

015765P001-1435A-598
GRACE KING HIGH SCHOOL
4301 GRACE KING PL
METAIRIE LA 70002

001258P001-1435A-598
GRACEHEBERT ARCHITECTS APAC
501 GOVERNMENT ST
STE 200
BATON ROUGE LA 70802

013645P001-1435A-598
GRACENOTES LLC
PO BOX 14772
RICHMOND VA 23221

013646P001-1435A-598
GRACI HART ELECTRIC
1720 ORPHEUM AVE
METAIRIE LA 70005

009839P001-1435A-598
GRADUATE SUPPLY HOUSE
2504 HICKORY AVE STE 1
METAIRIE LA 70003

009212P001-1435A-598
GRADUATION SOURCE
200 WILLIAM ST
RYE BROOK NY 10573-4643

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in DB Exh Exhibit A Page 497
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 497 of 1525
US First Class Mail
Exhibit Pages

001259P001-1435A-598
GRAFF/AGNINT'S TREE EXPERTS
3433 HIGHWAY 190
STE 306
MANDEVILLE LA 70471

022812P001-1435A-598
GRAFTON DERMATOLOGY AND COSMET
327 BAYOU GARDENS BLVD
HOUMA LA 70364

01364 7P001-1435A-598
GRAINGER
DEPT 842691867
PO BOX 419267
KANSAS CITY MO 64141-6267

019739P001-1435A-598
GRAINGER
DEPT 864433081
PO BOX 419267
KANSAS CITY MO 64141-6267

026320P001-1435A-598
GRAINGER
100 GRAINGER PKWY
LAKE FOREST IL 60045

001260P001-1435A-598
GRAINGER DEPT 807082144
PO BOX 419267
KANSAS CITY MO 64141-6267

022813P001-1435A-598
GRAMERCY OUTPATIENT SURGERY CE
PO BOX 409837
ATLANTA GA 30384

013648P001-1435A-598
GRAMMARLY INC
PO BOX 894918
LOS ANGELES CA 90189-4918

013649P001-1435A-598
GRAND HYATT ATLANTA
PO BOX 100871
ATLANTA GA 30384-0871

026483P001-1435A-598
GRAND RIDGE GOLF CLUB
500 WILLOWDALE BLVD
LULING LA 70070

019744P001-1435A-598
GRAND THEATRE OPERATING CO LP
1950 GAUSE BLVD WEST
SLIDELL LA 70460

022814P001-1435A-598
GRAND VISION
BLVD 6601 VETERANS MEMORIAL
METAIRIE LA 70003

019740P001-1435A-598
GRANNAN PRINTING
1730 FRONT ST
SLIDELL LA 70458

013650P001-1435A-598
GRAPHIC DESIGN STUDIO
20358 CHAPPEPEELA RD
LORANGER LA 70446

019741P001-1435A-598
GRAPHIC EDGE
743 US HWY 30 EAST
PO BOX 586
CARROLL IA 51401

010370P001-1435A-598
GRAPHIC PRINTS
413 COMMERCE PT
NEW ORLEANS LA 70123

026321P001-1435A-598
GRAY LINE TOURS
400 TOULOUSE ST
NEW ORLEANS LA 70130

020988P001-1435A-598
GRAYBAR
PO BOX 840458
DALLAS TX 75284-0458

001261P001-1435A-598
GRAYBAR ELECTRIC CO INC
PO BOX 840458
DALLAS TX 75284

010371P001-1435A-598
GRAYBAR ELETRICAL CO
1205 DISTRIBUTORS ROW
NEW ORLEANS LA 70123

041133P001-1435A-598
GRAYBAR FINANCIAL SVC
11885 LACKLAND RD
ST LOUIS MO 63146

013651P001-1435A-598
GREAT AMERICAN BUSINESS PRODUCTS
PO BOX 4422
HOUSTON TX 77210-4422

010372P001-1435A-598
GREAT AMERICAN COOKIE
1 POYDRAS ST STE 209
NEW ORLEANS LA 70130

016996P001-1435A-598
GREAT AMERICAN OPPORTUNITIES
PO BOX 306047
NASHVILLE TN 37230

012061P001-1435A-598
GREAT EDUCATORS
PO BOX 4187
WAYNESVILLE MO 65583

019742P001-1435A-598
GREAT LAKES SCRIP CENTER
PO BOX 8158
KENTWOOD MI 49518-8158

015766P001-1435A-598
GREAT LAKES SPORTS
PO BOX 447
LAMBERTVILLE MI 48144

019743P001-1435A-598
GREAT SOUTHERN BUILDING
857 BROWNSWITCH RD
SLIDELL LA 70458

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Exh 4t A Page 498
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 498 of 1525
US First Class Mail
Exhibit Pages

041134P001-1435A-598
GREATAMERICA FINANCIAL SVC
625 FIRST ST SE
CEDAR RAPIDS IA 52401

026163P001-1435A-598
GREATER GIVING
1920 NE STUCKI AVE
STE 140A
BEAVERTON OR 97006

026484P001-1435A-598
GREATER GULF COAST FORMATION CONFERNCE
4545 WILLIAMS BLVD
KENNER LA 70065

015768P001-1435A-598
GREATER NEW ORLEANS CATHOLIC
LIBRARY ASSOCIATION
ST GEORGES EPISCOPAL SCHOOL
923 NAPOLEON AVE
NEW ORLEANS LA 70115

022815P001-1435A-598
GREATER NEW ORLEANS EYE PHYS
4201 FRENCHMEN ST
NEW ORLEANS LA 70122

022816P001-1435A-598
GREATER NEW ORLEANS EYEC
1670 BARATARIA BLVD STE D
MARRERO LA 70072

018525P001-1435A-598
GREATER NEW ORLEANS OFFICIAL'S ASSOCIATION
CHARLES W MYERS EXECUTIVE SECRETARY
1204 FOCIS ST
METAIRIE LA 70005

019745P001-1435A-598
GREATER NEW ORLEANS OFFICIALS
1204 FOCIS ST
METAIRIE LA 70005

013652P001-1435A-598
GREATER NEW ORLEANS OFFICIALS ASSN
MR CHARLIE MYERS
1204 FOCIS ST
METAIRIE LA 70005

015769P001-1435A-598
GREATER NEW ORLEANS OFFICIALS ASSOC
1204 FOCIS ST
METAIRIE LA 70005

009840P001-1435A-598
GREATER NEW ORLEANS OFFICIALS ASSOCIA
1204 FOCIS ST
METAIRIE LA 70005

016997P001-1435A-598
GREATER NEW ORLEANS OFFICIALS ASSOCIATION
1204 FOCIS ST
METAIRIE LA 70005

012062P001-1435A-598
GREATER NEW ORLEANS OFFICIALS' ASSOC
CHARLES W MYERS
1204 FOCIS ST
METAIRIE LA 70005

015770P001-1435A-598
GREATER NEW ORLEANS PRINCIPAL'S ASSOCIATION
CHARLIE MYERS
204 FOCIS ST
METAIRIE LA 70005

019746P001-1435A-598
GREATER NEW ORLEANS PRINCIPALS ASSOC
CHARLES W MYERS EXECUTIVES SECRETARY
1204 FOCIS ST
METAIRIE LA 70005

009257P001-1435A-598
GREATER NEW ORLEANS SPORTS FOUNDATION
320 HAMMOND HWY
STE 300
METAIRIE LA 70005

015771P001-1435A-598
GREATER NEW ORLEANS WRITING PROJECT
201 LIBERAL ARTS BLDG
NEW ORLEANS LA 70148

009841P001-1435A-598
GREATER NO AND NORTHSHORE REGION LWO
JERRY SCHMIDT
3129 METAIRIE CT
METAIRIE LA 70002

018524P001-1435A-598
GREATER NO CATHOLIC LIBRARY ASSOCIATION
TIHANA ZSCHIESCHE TREASURER
ARCHBISHOP CHAPELLE HIGH SCHOOL
880 VWETERANS MEMORIAL BLVD
METAIRIE LA 70003

015767P001-1435A-598
GREATER NO HIGH SCHOOL SWIM LEAGUE
JANICE ROTH
104 YELLOWSTONE ST
KENNER LA 70065

026592P001-1435A-598
GREATER NO SPORTS FOUNDATION
320 METAIRIE HAMMOND HWY #300
METAIRIE LA 70005

029870P002-1435A-598
GREATERGIVING
1 HEARTLAND WAY
JEFFERSONVILLE OM 47130-5870

012063P001-1435A-598
GREATMATS SPECIALTY FLOORING
117 INDUSTRIAL AVE
MILLTOWN WI 54858

020989P002-1435A-598
GREAUD FINE FOODS
20669 SWAMP DR
SPRINGFIELD LA 70462-7682

013653P001-1435A-598
GREEN ACRES COUNTRY CLUB
5000 W NAPOLEON AVE
METAIRIE LA 70001

016998P001-1435A-598
GREEN ORLEANS CONCRETE DESIGNS
525 JEFFERSON HWY
STE 803
JEFFERSON LA 70121

034502S001-1435A-598
GREEN RIVER CORRECTIONAL CMPLX
DUSTTON WALKER
PO BOX 9300
CENTRAL CITY KY 42330-9300

036266S001-1435A-598
GREEN RIVER CORRECTIONAL CMPLX
JESS DECKER
PO BOX 9300
CENTRAL CITY KY 42330-9300

Case 20-10846 Doc 4635-5 Filed 09/25/25 Entered 09/25/25 14:00:15 Ex 4 AO Exhibit A Page 499
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 499 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 036770S001-1435A-598<br>GREEN RIVER CORRECTIONAL CMPLX<br>DARRELL KASSINGER<br>PO BOX 9300<br>CENTRAL CITY KY 42330-9300 | 000100P001-1435S-598<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 | 000101P001-1435S-598<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 | 015772P001-1435A-598<br>GREENCYCLE<br>1200 ROBLEY DR<br>#2206<br>LAFAYETTE LA 70503 |
| 018526P001-1435A-598<br>GREENKEEPERS, INC<br>#3 SANTA ANA AVE<br>JEFFERSON LA 70121 | 018527P001-1435A-598<br>GREENPOINT AG<br>21320 LA HIGHWAY 20<br>VACHERIE LA 70090 | 019747P001-1435A-598<br>GREENPOINT AG<br>3350 PLAYERS CLUB PKWY<br>MEMPHIS TN 38125 | 020990P001-1435A-598<br>GREENPOINT AG LLC<br>21320 HWY 20<br>VACHERIE LA 70090 |
| 001263P001-1435A-598<br>GREENSTAR COATINGS<br>101 LIVE OAK<br>METAIRIE LA 70005 | 041135P001-1435A-598<br>GREENWAY DEVELOPMENT CORP<br>CALVIN ARCENEAUX<br>799 FAIRWAY DR<br>LAPLACE LA 70068 | 020991P001-1435A-598<br>GREENWOOD PUBLISHING GROUP<br>PO BOX 72477011<br>PHILADELPHIA PA 19170-7011 | 020992P001-1435A-598<br>GREG FRANCIS FUND RAISING<br>12 GREEN BRIAR<br>COVINGTON LA 70433 |
| 015303P001-1435A-598<br>GREG ZELDEN FOUNDATION<br>807 N COLUMBIA ST<br>COVINGTON LA 70433 | 041136P001-1435A-598<br>GREG'S LAWN SVC<br>10 W 24TH ST<br>STE C<br>KENNER LA 70062 | 026243P001-1435A-598<br>GREGGS SUPERMARKET<br>148 CENTRAL AVE<br>RESERVE LA 70084 | 000072P002-1435S-598<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 |
| 022817P001-1435A-598<br>GREGORY C MAIDOH MD INC<br>855 BELANGER ST STE 201<br>HOUMA LA 70360 | 001266P001-1435A-598<br>GREGS LAWN SVC LLC<br>3311 GRANDWOOD BLVD<br>KENNER LA 70065 | 001267P001-1435A-598<br>GRETCHEN L JUNCKER DDS<br>12519 AIRLINE HWY<br>STE G<br>DESTREHAN LA 70047-2502 | 022818P001-1435A-598<br>GRETCHEN PETRIE LPC<br>1301 BROWNSWITCH RD<br>SLIDELL LA 70461 |
| 041137P001-1435A-598<br>GRETNA BINGO PALACE<br>1900 FRANKLIN AVE<br>GRETNA LA 70053 | 022819P001-1435A-598<br>GRETNA LA POLICE DEPT EM<br>200 5TH ST<br>GRETNA LA 70053 | 016999P001-1435A-598<br>GRETNA SIGN WORKS<br>2125 BELLE CHASSE HWY<br>GRETNA LA 70053 | 018528P001-1435A-598<br>GRETNA SIGN WORKS<br>2125 BELLE CHASSE HWEY<br>GRETNA LA 70053 |
| 013654P001-1435A-598<br>GREY HOUSE PUBLISHING<br>PO BOX 56<br>AMENIA NY 12501-0056 | 015773P001-1435A-598<br>GREYSTONE COUNTRY CLUB<br>9461 ST ANDREWS CT<br>DENHAM SPRINGS LA 70726 | 015774P001-1435A-598<br>GREYSTONE MANOR<br>201 RENE ST<br>MADISONVILLE LA 70447 | 018529P001-1435A-598<br>GRIMES ELECTRIC, LLC<br>785 GOODSON DR<br>GRETNA LA 70056 |

Case 20-10846 Doc 4365-5 Filed 09/25/25 Entered 09/25/25 14:07:45 PD Ex 4 Page 500
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 500 of 1525
US First Class Mail
Exhibit Pages

026393P001-1435A-598
GROK LEARNING PTY LTD
LOT 1 SCIENCE RD
CAMPERDOWN
NEW SOUTH WALES  2050
AUSTRALIA

015775P001-1435A-598
GROOVY 7 LLC
313 WILDERNESS CT
MADISONVILLE LA 70447

018530P001-1435A-598
GROOVY 7 LLC
72412 OPELOUSAS ST
COVINGTON LA 70435

010373P001-1435A-598
GROSH SCENIC RENTALS
4114 SUNSET BLVD
LOS ANGELES CA 90029

009346P001-1435A-598
GROUND COVER PRODUCTIONS LLC
717 MIRADON AVE
RIVER RIDGE LA 70123

001269P001-1435A-598
GROUND SOURCE TECHNOLOGY LLC
28612 KRENTEL RD
LACOMBE LA 70445

041138P001-1435A-598
GROUNDHOG LANDSCAPE MANAGEMENT, LLC
918 LAFITTE ST
MANDEVILLE LA 70448

012064P001-1435A-598
GROUP CAST
9735 LANDMARK PKWY STE 100
SAINT LOUIS MO 63127

009381P001-1435A-598
GROUP CAST LLC
9735 LANDMARK PKWY #100
ST. LOUIS MO 63127

010374P001-1435A-598
GROUP PUBLISHING
1515 CASCADE AVE
LOVELAND CO 80538

009837P001-1435A-598
GROUPCAST LLC
1700 GILSINN LN
FENTON MO 63026

013655P001-1435A-598
GROUPCAST, LLC
DBA SCHOOLREACH
9735 LANDMARK PKWY #100
ST. LOUIS MO 63127

015776P001-1435A-598
GROUPCAST, LLC
9735 LANDMARK PKWY
STE 100
ST LOUIS MO 63127

018531P001-1435A-598
GROUPCOMM SYSTEMS INC
237 RIVERVIEW AVE
NEWTON MA 02466

010375P001-1435A-598
GROUPON INC
5131 WEST MADISON ST
CHICAGO IL 60644

010376P001-1435A-598
GROVER BROTHERS EQUIPMENT
1500 MAIN ST
HATTIESBURG MS 39401

032935S001-1435A-598
GRULLA HOLY FAMILY CATHOLIC
VICTOR MATHIAS
PO BOX 67
GRULLA TX 78548-0067

001271P001-1435A-598
GRUNDMANN S ATHLETIC CO
3018 GALLERIA DR
METAIRIE LA 70001

009842P001-1435A-598
GRUNDMANN'S ATHLETIC CO
3018 GALERIA DR
METAIRIE LA 70001-2017

017000P001-1435A-598
GRUNDMANNS ATH CO
3018 GALLERIA DR
METAIRIE LA 70001

026593P001-1435A-598
GSTB INC
5513 LYNN RD
TAMPA FL 33624

041645P001-1435A-598
GT MICHELLE CO INC
103 BROOKHOLLOW ESPLANADE
HARAHAN LA 70123

015777P001-1435A-598
GT TINT, INC
805 ASBURY DR
MANDEVILLE LA 70471

015778P001-1435A-598
GTM SPORTSWEAR
520 MCCALL RD
MANATTAN KS 66502

019748P001-1435A-598
GTM SPORTSWEAR
PO BOX 959741
ST. LOUIS MO 63195-9741

020993P001-1435A-598
GTM SPORTSWEAR
PO BOX 874931
KANSAS CITY MO 64187-4931

018532P001-1435A-598
GUARANTY SHEET METAL WORKS, INC
2649 DELAWARE AVE
KENNER LA 70062

017001P001-1435A-598
GUARDIAN
PO BOX 677458
DALLAS LA 75267-7458

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:06:04 Main Document Filed 501
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 501 of 1525
US First Class Mail
Exhibit Pages

015779P001-1435A-598
GUARDIAN - APPLETON
GROUP 538205 - DIVISION - 0007
PO BOX 677458
DALLAS TX 75267-7458

022820P002-1435A-598
GUARDIAN ANESTHESIA SVC P
PO BOX 890331
HOUSTON TX 77289-0331

033300S001-1435A-598
GUARDIAN ANGEL CATHOLIC CHURCH
BARBARA LITZMAN
PO BOX 487
WALLIS TX 77485-0487

033143S001-1435A-598
GUARDIAN ANGEL PARISH
THUY Q NGUYEN
PO BOX 487
WALLIS TX 77485-0487

022821P001-1435A-598
GUARDIAN CARE LLC
STE 200 4241 VETERANS BLVD
METAIRIE LA 70006

001272P001-1435A-598
GUARDIAN EMPLOYEE BENEFITS
PO BOX 677458
DALLAS TX 75267-7458

029861P002-1435A-598
GUARDIAN LIFE INSURANCE CO OF AMERICA
EDWARD KANE
LEGAL DEPT
10 HUDSON YARDS FL 20
NEW YORK NY 10001-2159

029862P001-1435A-598
GUARDIAN LIFE INSURANCE CO OF AMERICA
EDWARD KANE
LEGAL DEPT
PO BOX 677458
DALLAS TX 75267-7458

041139P001-1435A-598
GUARDIAN LIFE INSURANCE CO OF AMERICA
PO BOX 677458
DALLAS TX 75267-7458

018533P001-1435A-598
GUEYDAN LUMBER AND PLYWOOD, INC
PO BOX 455
METAIRIE LA 70004

018534P001-1435A-598
GUIDE BOOK PUBLISHING
322 SOVEREIGN CT
BALLWIN MO 63011

020995P001-1435A-598
GUIDRYS INDUSTRIAL SVC INC
PO BOX 2847
RESERVE LA 70084

029806P001-1435A-598
GUILLORY SHEET METAL WORKS
DARYL GUILLORY
5704 HEESE ST
HARAHAN LA 70123

001276P001-1435A-598
GUILLORY SHEET METAL WORKS INC
PO BOX 23125
HARAHAN LA 70123

009838P001-1435A-598
GUILLORY SHEET METAL WORKS INC
PO BOX 23125
HARAHAN LA 70183

017002P001-1435A-598
GUILLORY SHEET METAL WORKS INC
5704 HEEBE ST
HARAHAN LA 70123

012065P001-1435A-598
GUILLORY'S SHEET METAL WORKS INC
PO BOX 23125
HARAHAN LA 70183

015780P001-1435A-598
GUILLOT'S NORTH SHORE
20234 LA-36
COVINGTON LA 70433

012066P001-1435A-598
GUILLOT'S NORTHSHORE
20234-A HWY 36
COVINGTON LA 70433

009462P001-1435A-598
GUILLOT'S SANITARY SUPPLIES
PO BOX 750940
NEW ORLEANS LA 70175-0940

013656P001-1435A-598
GUILLOT'S SANITARY SUPPLY
PO BOX 750940
NEW ORLEANS LA 70175-0940

015781P001-1435A-598
GUILLOTS SANITARY SUPPLIES, INC
20234-A HWY 36
COVINGTON LA 70433

019749P001-1435A-598
GUISSEPPI INC
2016 SUNSET BLVD
SLIDELL LA 70461

010377P001-1435A-598
GUITAR CENTER
1000 S CLEARVIEW PKWY STE 1040
NEW ORLEANS LA 70123

020994P001-1435A-598
GUITAR CENTER
PO BOX 5111
THOUSAND OAKS CA 91359-5111

026154P001-1435A-598
GULF COAST
200 ST CHARLES AVE
NEW ORLEANS LA 70130

041140P001-1435A-598
GULF COAST BANK
200 ST CHARLES AVE
NEW ORLEANS LA 70130

041141P001-1435A-598
GULF COAST BANK
PO BOX 2087
OMAHA NE 68103

Case 20-10846 Doc 4385-1 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 502
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 502 of 1525
US First Class Mail
Exhibit Pages

041142P001-1435A-598
GULF COAST BANK
PO BOX 2711
OMAHA NE 68103

009820P001-1435A-598
GULF COAST BANK AND TRUST
P O BOX 2711
OMAHA NE 68103-2711

029995P001-1435A-598
GULF COAST BANK AND TRUST
RA MATHIS
433 METAIRIE RD STE 600
METAIRIE LA 70005

041143P001-1435A-598
GULF COAST BANK AND TRUST
2626 N ARNOULT RD
STE 115
METAIRIE LA 70002

017003P001-1435A-598
GULF COAST BANK AND TRUST CO
1901 MANHATTAN BLVD BLDG F
STE 200
HARVEY LA 70058

024098P001-1435A-598
GULF COAST BANK AND TRUST CO
1801 E JUDGE PEREZ DR
CHALMETTE LA 70043

026169P001-1435A-598
GULF COAST BANK AND TRUST CO
200 ST CHARLES AVE
NEW ORLEANS LA 70130

029485P002-1435A-598
GULF COAST BANK AND TRUST CO
1505 LYNDON B JOHNSON FWY
STE 350
DALLAS TX 75234-6254

029750P001-1435A-598
GULF COAST BANK AND TRUST CO
EDUCATION SVC DIVISION
MILLICENT JONES SENIOR VICE PRESIDENT
200 ST CHARLES AVE
NEW ORLEANS LA 70130

041144P001-1435A-598
GULF COAST BANK AND TRUST CO
201 HUEY P LONG AVE
GRETNA LA 70053

015782P001-1435A-598
GULF COAST BINDERY REPAIR, INC
467 CLAYTON CT
SLIDELL LA 70461

022822P001-1435A-598
GULF COAST BRAIN SPORT SPIN
1331 OCHSNER BLVD STE 100
COVINGTON LA 70433

015783P001-1435A-598
GULF COAST CEMENT RESTORATION LLC
DBA UNDER PRESSURE EXTERIOR RESTORATION
35 MISTLETOE DR
COVINGTON LA 70433

020996P001-1435A-598
GULF COAST COACHING CLINIC
PO BOX 2951
HAMMOND LA 70404

026322P001-1435A-598
GULF COAST FAITH FORMATION
4545 WILLIAMS BLVD
KENNER LA 70065

013657P001-1435A-598
GULF COAST FAITH FORMATION CONFERENCE
ALINE HARBISON
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015784P001-1435A-598
GULF COAST FAITH FORMATION CONFERENCE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013658P001-1435A-598
GULF COAST INVITATIONAL CHAMPIONSHIP
8700 ZEIGLER BLVD
MOBILE AL 36608

022823P001-1435A-598
GULF COAST OB GYN PA
4507 HOSPITAL ST
PASCAGOULA MS 39581

041146P001-1435A-598
GULF COAST OFFICE PRODUCTS
1720A CRETE ST
MOBERLY MO 65270

022824P001-1435A-598
GULF COAST ORTHOPEDICS
1001 SCHOOL ST
HOUMA LA 70360

022825P001-1435A-598
GULF COAST SURGICAL CENTER
PO BOX 3529
HOUMA LA 70361

009843P001-1435A-598
GULF COAST WILDLIFE REMOVAL LLC
6224 MEMPHIS ST
NEW ORLEANS LA 70124

041145P001-1435A-598
GULF COAST- CREDIT CARD
1025 NAPOLEON AVE
NEW ORLEANS LA 70115

020997P002-1435A-598
GULF ENVIRONMENTAL SCIENCE AND TECHNOLOGY
5732 SALMEN ST STE C
NEW ORLEANS LA 70123-2288

022826P001-1435A-598
GULF IMAGING ASSOCIATES PA
DEPT 925
PO BOX 3140
HOUSTON TX 77253

012067P001-1435A-598
GULF MECHANICAL CO, LLC
PO BOX 3519
COVINGTON LA 70434

010378P001-1435A-598
GULF OIL
101 HERMAN DR
BELLE CHASSE LA 70037

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 Page 503

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 503 of 1525
US First Class Mail
Exhibit Pages

022827P002-1435A-598
GULF SOUTH EYE ASSOCIATES
4628 RYE ST
METAIRIE LA 70006-5314

022828P001-1435A-598
GULF SOUTH FOOT ANKLE LLC
PO BOX 4988
BELFAST ME 04915

001278P001-1435A-598
GULF SOUTH PEST CONTROL INC
313 RIVER VLG DR
DESTREHAN LA 70047

009844P001-1435A-598
GULF SOUTH RESTAURANT SVC INC
328 BRETT DR
GRETNA LA 70056

022829P001-1435A-598
GULF SOUTH SURGERY CENTER LLC
1206 31ST AVE
GULFPORT MS 39501

015785P001-1435A-598
GULF STATES CLEAN GUARD
2198 MANTON DR
COVINGTON LA 70433

001279P001-1435A-598
GULF STATES OPTICAL LABS INC
313 COOLIDGE ST
JEFFERSON LA 70121

022830P001-1435A-598
GULFPORT ANESTHESIA SVC P
230A 15190 COMMUNITY RD
GULFPORT MS 39503

012068P001-1435A-598
GULFPORT HIGH SCHOOL
100 PERRY ST
GULFPORT MS 39507

022831P001-1435A-598
GULFPORT OB-GYN CLINIC
4502 OLD PASS RD
GULFPORT MS 39501

022832P001-1435A-598
GULFSOUTH HOSPITAL MEDICINE LL
1970 N HIGHWAY 190
COVINGTON LA 70433

020998P001-1435A-598
GUMDROP BOOKS
P O BOX 505
BETHANY MO 64424-0505

001280P001-1435A-598
GUNDER CHURCH FURNITURE
PO BOX 308
HUMBOLDT IA 50548

019750P001-1435A-598
GUS TACKLE AND NETS
726 OLD SPANISH TRL
SLIDELL LA 70458

022833P001-1435A-598
GUSTE PLASTIC AND RECONSTRUCTI
STE 200 3900 VETERANS BLVD
METAIRIE LA 70002

012069P001-1435A-598
GV PRO TABLES
328 MORAVIAN VLY RD
WAUNAKEE WI 53597

001284P001-1435A-598
GVA ENGINEERING LLC
2615 EDENBORN AVE
STE C
METAIRIE LA 70002

022834P001-1435A-598
GWINNETT URGENT CARE PC
STE 4101 1300 PEACHTREE IND BLVD
SUWANEE GA 30024

012070P001-1435A-598
GYM FLOOR FINISHERS LLC
311 PINE ST
METAIRIE LA 70005

019751P002-1435A-598
GYMNASTICS PLUS
1043 PARKPOINT DR
SLIDELL LA 70461-5091

015787P001-1435A-598
H AND B BEVERAGES, LLC
19348 NORTH 4TH ST
COVINGTON LA 70433

026678P001-1435A-598
H AND E EQUIPMENT SVC
125 E AIRLINE DR
KENNER LA 70062

015786P001-1435A-598
H AND H PRINTING SERVICE, INC
3646 AIRLINE DR
STE 1
METAIRIE LA 70001

019752P001-1435A-598
H AND M TERMITE AND PEST CONTROL
4945 WEST NAPOLEON AVE
METAIRIE LA 70001

012071P001-1435A-598
H J SMITH'S SON
308 N COLUMBIA ST
COVINGTON LA 70433

020999P001-1435A-598
H L BOURGEOIS HIGH SCHOOL
#1 RESERVATION DRIVE
GRAY LA 70359-9730

021000P001-1435A-598
H MARTIN OIL CO
P O BOX 187
LAPLACE LA 70069

021001P001-1435A-598
H R DIRECT
P O BOX 1504497
HARTFORD CT 06115

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:06:15 Main Document Page 504
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 504 of 1525
US First Class Mail
Exhibit Pages

009252P001-1435A-598
H RAULT LOCKSMITHS
3027 MAGAZINE ST
NEW ORLEANS LA 70115

001285P001-1435A-598
H ROCKER ELECTRIC INC
PO BOX 2594
HAMMOND LA 70404

021002P001-1435A-598
H W WILSON GREY HOUSE PUBLISHING
PO BOX 56
AMENIA NY 12501-0056

013685P001-1435A-598
H-WORTH ELEVATOR SVC LLC
2227 FAYETTE ST
KENNER LA 70062

018535P001-1435A-598
H2O SPECIALTIES LLC
621 DANIEL ST
KENNER LA 70062

019753P001-1435A-598
HABANOS OF SLIDELL
BRENDA
1567 GAUSE BLVD
SLIDELL LA 70458

015789P001-1435A-598
HACH CO
2207 COLLECTIONS CTR DR
CHICAGO IL 60693

022835P001-1435A-598
HAGEN BEYER SIMON ENT CLINIC
PO BOX 66
HOUMA LA 70361

000083P001-1435S-598
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

010380P001-1435A-598
HAHNVILLE HIGH SCHOOL
200 TIGER DR
BOUTTE LA 70039

021003P001-1435A-598
HAHNVILLE HIGH SCHOOL
HEAD COACH GIRLS SOCCER
200 TIGER DR
HAHNVILLE LA 70039

021004P001-1435A-598
HAHNVILLE HIGH SCHOOL BOYS SOCCER
200 TIGER DR
BOUTTE LA 70039

021848P001-1435A-598
HAI N NGUYEN
ADDRESS INTENTIONALLY OMITTED

022836P001-1435A-598
HAIK AND TERRELL EYE CLINIC
125 2800 VETERANS BLVD
METAIRIE LA 70002

022837P001-1435A-598
HAIK AND TERRELL LLC
2800 VETERANS BLVD STE 125
METAIRIE LA 70002

022838P001-1435A-598
HAIR RESTORATION OF THE SOUTH
3100 GALLERIA DR STE 201
METAIRIE LA 70001

041147P001-1435A-598
HAITIAN CATHOLIC COMMUNITY
5617 ST CLAUDE AVE
NEW ORLEANS LA 70117

001286P001-1435A-598
HAITIAN CATHOLIC MINISTRY
5617 ST CLAUDE AVE
NEW ORLEANS LA 70117

010381P001-1435A-598
HALEDON PIZZA
303 BELMONT AVE
HALEDON NJ 07508

022839P001-1435A-598
HALES PEDIATRICS
3525 PRYTANIA ST STE 602
NEW ORLEANS LA 70115

001287P001-1435A-598
HALL PIANO CO
901 DAVID DR
METAIRIE LA 70003

010382P001-1435A-598
HALLOWEEN COSTUMES
2080 LOOKOUT DR
NORTH MANKATO MN 56003

010383P001-1435A-598
HALLOWEEN EXPRESS
302 N MAIN ST
OWENTON KY 40359

013660P001-1435A-598
HAMMOND AND STEPHENS
MB UNIT 67-3106
CHICAGO IL 60695-3106

012073P001-1435A-598
HAMMOND AREA BASKETBALL OFFICIALS ASSOCIATION
26520 WALKER SOUTH RD
DENHAM SPRINGS LA 70726

019754P001-1435A-598
HAMMOND AREA FOOTBALL OFFICIALS
BRUCE BUNDY
PRINCIPAL OF MANDEVILLE HIGH SCHOOL
1 SKIPPER DR
MANDEVILLE LA 70471

015790P001-1435A-598
HAMMOND AREA FOOTBALL OFFICIALS ASSOC
607 TOBEY DR
AMITE LA 70422

019755P001-1435A-598
HAMMOND AREA OFFICIALS
PO BOX 725
ALBANY LA 70711

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PD Ex 4t Affidavit 505
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 505 of 1525
US First Class Mail
Exhibit Pages

012074P001-1435A-598
HAMMOND AREA SPORTS OFFICALS
BRUCE BUNDY MHS
#1 SKIPPER DR
MANDEVILLE LA 70471

015791P001-1435A-598
HAMMOND AREA SPORTS OFFICIAL ASSN
MANDEVILLE HIGH SCHOOL
BRUCE BUNDY
#1 SKIPPER DR
MANDEVILLE LA 70471-3099

019757P001-1435A-598
HAMMOND AREA SPORTS OFFICIALS ASSN
BRUCE BUNDY MANDEVILLE HIGH SCHOOL
1 SKIPPER DR
MANDEVILLE LA 70471

012075P001-1435A-598
HAMMOND BASKETBALL OFFICALS
PO BOX 171
ROBERT LA 70455

015792P001-1435A-598
HAMMOND BASKETBALL OFFICIALS
PO BOX 171
ROBERT LA 70455

019758P001-1435A-598
HAMMOND FOOTBALL OFFICIALS ASSOCIATION
TRACY HUFFORD HFOA TREASURER
603 FOXFIELD LN
MADISONVILLE LA 70447

026594P001-1435A-598
HAMMOND HIGH FOOTBALL
45168 RIVER RD
HAMMOND LA 70401

012076P001-1435A-598
HAMMOND HIGH MAGNET SCHOOL
KOVI DILLON
45168 RIVER RD
HAMMOND LA 70403

015793P001-1435A-598
HAMMOND HIGH MAGNET SCHOOL
45168 RIVER RD
HAMMOND LA 70401

021005P001-1435A-598
HAMMOND HIGH SCHOOL
45168 RIVER RD
HAMMOND LA 70401

001288P001-1435A-598
HAMMOND S TRANSPORTATION
PO BOX 73080
METAIRIE LA 70033

009821P001-1435A-598
HAMMOND TRANSPORTATION
13101 CARRIERE CT
NEW ORLEANS LA 70129

033934S001-1435A-598
HAMPSHIRE SHERIFF'S OFFICE
JOHN LEAHY
PO BOX 7000
NORTHAMPTON MA 01061-7000

034824S001-1435A-598
HAMPSHIRE SHERIFF'S OFFICE
JOSEPH KENNEDY
PO BOX 7000
NORTHAMPTON MA 01061-7000

036723S001-1435A-598
HAMPSHIRE SHERIFF'S OFFICE
AMY STAMM
PO BOX 7000
NORTHAMPTON MA 01061-7000

012077P001-1435A-598
HAMPTON BY HILTON
3175 HOLLY HILL RD
LAKE CHARLES LA 70601

010384P001-1435A-598
HAMPTON INN
226 CARONDELET ST
NEW ORLEANS LA 70130

015794P001-1435A-598
HAMPTON INN
210 HENNING DR
SULPHUR LA 70663

026244P001-1435A-598
HAMPTON INN
7930 JONES BRANCH DR
MCLEAN VA 22102

018536P001-1435A-598
HAMPTON INN - MEMPHIS / SOUTHAVEN
7097 SLEEPY HOLLOW DR
SOUTHAVEN MS 38671

018537P001-1435A-598
HAMPTON INN AND SUITE BATON ROUGE 1-10 EAST
11271 REIGER RD
BATON ROUGE LA 70809

018538P001-1435A-598
HAMPTON INN AND SUITES - LAFAYETTE
1910 SOUTH COLLEGE RD
LAFAYETTE LA 70508

015795P001-1435A-598
HAMPTON INN AND SUITES MOBILE
62 SOUTH ROYAL STRET
MOBILE AL 36602

018540P001-1435A-598
HAMPTON INN AND SUITES MOBILE
62 SOUTH ROYAL ST
MOBILE AL 36602

018539P001-1435A-598
HAMPTON INN AND SUITES NATCHITOCHES
5300 UNIVERSITY PKWY
NATCHITOCHES LA 71457

013661P001-1435A-598
HAMPTON INN LAKE CHARLES
3175 HOLLY HILL RD
LAKE CHARLES LA 70601

015796P002-1435A-598
HAMPTON INN MORGAN CITY
PO BOX 408
MORGAN CITY LA 70381-0408

013662P001-1435A-598
HAMPTON INN NATCHITOCHES
5300 UNIVERSITY PKWY
NATCHITOCHES LA 71457

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in Part 4 Page 506
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 506 of 1525
US First Class Mail
Exhibit Pages

041148P001-1435A-598
HAMTON LOCARG CONSTRUCTION LLC
1309 HESPER AVE
METAIRIE LA 70005

029807P001-1435A-598
HANCOCK BANK OF LOUISIANA NEW ORLEANS
TRUST AND FINANCIAL SVC GROUP
2600 CITIPLACE DR
STE 200
BATON ROUGE LA 70808

035708S001-1435A-598
HANCOCK COUNTY JAIL
J KEEDER
PO BOX 458
NEW CUMBERLAND WV 26047-0458

022840P001-1435A-598
HANCOCK EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

010385P001-1435A-598
HANCOCK FABRICS
1111 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

035496S001-1435A-598
HANCOCK STATE PRISON
JALISA JUSTICE
PO BOX 339
SPARTA GA 31087-0339

000022P001-1435A-598
HANCOCK WHITNEY
PO BOX 4019
GULFPORT MS 39502-4019

000022S001-1435A-598
HANCOCK WHITNEY
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

029486P001-1435A-598
HANCOCK WHITNEY
MID MKT BANKING
PO BOX 61260
NEW ORLEANS LA 70161-9967

000028P002-1435S-598
HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

000029P002-1435S-598
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P001-1435S-598
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

000039P001-1435S-598
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

013663P002-1435A-598
HANCOCK WHITNEY BANK
CORPORATE OPERATIONS
702 POYDRAS ST STE 1300
NEW ORLEANS LA 70139-7753

026079S001-1435A-598
HANCOCK WHITNEY BANK
CARVER DARDEN ET AL
DAVID F WAGUESPACK STEPHEN P SCULLIN
PETER J SEGRIST
1100 POYDRAS ST STE 3100
NEW ORLEANS LA 70163-1102

029459P001-1435A-598
HANCOCK WHITNEY BANK INDENTURE TRUSTEE
5328 GOVERNMENT ST
BATON ROUGE LA 70806

029459S001-1435A-598
HANCOCK WHITNEY BANK INDENTURE TRUSTEE
BUTLER SNOW LLP
DAVID S RUBIN JAMES R AUSTIN
445 N BLVD STE 300
BATON ROUGE LA 70802

000043P002-1435S-598
HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD
SUITE 300
BATON ROUGE LA 70802

022841P001-1435A-598
HAND SURGICAL ASSOCIATES
4228 HDUMA BLVD 6008
METAIRIE LA 70006

022842P001-1435A-598
HAND SURGICAL ASSOCIATES
4228 HOUMA BLVD STE 600B
METAIRIE LA 70006

022843P001-1435A-598
HAND SURGICAL ASSOCIATES LTD
4228 HOUMA BLVD STE 600B
METAIRIE LA 70006

009363P001-1435A-598
HANDWRITING WITHOUT TEARS
806 W DIAMOND AVE
STE 230
GAITHERSBURG MD 20878

041154P001-1435A-598
HANDYBODY HOME REPAIRS
65277 SHINGLEMILL RD
PEARL RIVER LA 70452

022844P001-1435A-598
HANGER PROSTHETICS AND ORTHOTI
PO BOX 650846
DALLAS TX 75265

009845P001-1435A-598
HANKEL ELECTRIC LLC
2135 KLEINERT AVE
BATON ROUGE LA 70806

019760P001-1435A-598
HANSON MEMORIAL HIGH SCHOOL
903 ANDERSON ST
FRANKLIN LA 70538

015797P001-1435A-598
HANSONS ELECTRICAL SERVICES, INC
PO BOX 361
ABITA SPRINGS LA 70420

018541P001-1435A-598
HAPPY ITALIAN PIZZERIA
7105 JEFFERSON HIGHWAY
HARAHAN LA 70123

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:075 in PP in Ext 4n A Page 507
of Service Regarding Solicitation Packages Page 507 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

001291P001-1435A-598
HARAHAN DENTAL CARE LLC
6367 JEFFERSON HWY
JEFFERSON LA 70123

010386P001-1435A-598
HARBOR FREIGHT TOOLS
6409 AIRLINE DR
METAIRIE LA 70003

018542P001-1435A-598
HARBOR FREIGHT TOOLS
PO BOX 6010
CAMARILLO CA 93012

022845P001-1435A-598
HARBORVIEW EMERGENCY PHYS LLC
PO BOX 80161
PHILADELPHIA PA 19101

009846P001-1435A-598
HARCOURT ASSESSMENT
PO BOX 0855
CAROL STREAM IL 60132

009847P001-1435A-598
HARCOURT EDUCATION
PO BOX 0841
CAROL STREAM IL 60132-0841

021006P001-1435A-598
HARCOURT INC
P O BOX 72470354
PHILADELPHIA PA 19170-0354

015798P001-1435A-598
HARCOURT, INC
PO BOX 0841
CAROL STREAM IL 60132-0841

017004P001-1435A-598
HARD ROCK CAFE ORLANDO
6050 UNIVERSAL BLVD
ORLANDO FL 32819

017005P001-1435A-598
HARD ROCK HOTEL
ACCOUNTING DEPT
6800 LAKEWOOD PLZ DR
ORLANDO FL 32819

029808P001-1435A-598
HARDING LOEVNER LP
400 CROSSING BLVD
FOURTH FLOOR
BRIDGEWATER NJ 08807

022846P001-1435A-598
HARDY CHIROPRACTIC CENTER
1799 STUMPF BLVD BLDG 8
TERRYTOWN LA 70056

022847P001-1435A-598
HARISH ANAND MD
STE 245 120 MEADOWCREST ST
GRETNA LA 70056

012078P001-1435A-598
HARLAND TECHNOLOGY SVC
A DIVISION OF SCANTRON
PO BOX 93038
CHICAGO LA 70673-3038

026412P001-1435A-598
HARMAN PROFESSIONAL
8500 BALBOA BLVD
NORTHRIDGE CA 91329

010387P001-1435A-598
HARMON GLASS DOCTOR
2423 BAINBRIDGE ST STE 107A
KENNER LA 70062

017006P001-1435A-598
HAROLD BARRAS COLLISION CENTER
519 AVE F
WESTWEGO LA 70097

022848P001-1435A-598
HAROLD R NEITZSCHMAN III MD
1150 ROBERT BLVD STE 350
SLIDELL LA 70458

018543P001-1435A-598
HAROLD'S PLANTS
2900 ST CLAUDE
NEW ORLEANS LA 70117

022849P001-1435A-598
HARRIS M BLACKMAN MD LLC
1111 MEDICAL CTR BLVD STE N401
MARRERO LA 70072

015799P001-1435A-598
HARRIS SCHOOL SOLUTIONS,
A DIVISION OF MEDIAX SYSTEMS, INC
62133 COLLECTIONS CTR DR
CHICAGO IL 60693-0621

022851P001-1435A-598
HARRIS SPORTS AND FAMILY CHIROPR
722 PHOSPHOR AVE
METAIRIE LA 70005

013664P001-1435A-598
HARRISON BROS INC
47 N CHATHAM PKWY
CHAPEL HILL NC 27517

021007P001-1435A-598
HARRY K WONG PUBLICATIONS INC
JULIE PERKINS LSU COE
2023 PEABODY HALL
BATON ROUGE LA 70803

001299P001-1435A-598
HARRY S ACE HARDWARE
3535 MAGAZINE ST
NEW ORLEANS LA 70115

018544P001-1435A-598
HARRY TOMPSON CENTER
1803 GRAVIER ST
NEW ORLEANS LA 70112

009272P001-1435A-598
HARRY'S ACE HARDWARE MAGAZINE
3535 MAGAZINE ST
NEW ORLEANS LA 70115

018545P001-1435A-598
HARTFORD GROUP BENEFITS
HUB INTERNATIONAL
3510 N CAUSEWAY BLVD
STE 300
METAIRIE LA 70002

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

022852P001-1435A-598
HARTFORD HEALTHCARE MEDICAL GR
PO BOX 417695
BOSTON MA 02241

022853P001-1435A-598
HARTFORD HEALTHCARE MEDICAL GR
PO BOX 844327
BOSTON MA 02284

009848P001-1435A-598
HARTFORD STEAM BOILER
CERTIFICATE FEES BILLING
PO BOX 61509
KING OF PRUSSIA PA 19406-0909

010388P001-1435A-598
HARTMAN PUBLISHING INC
1313 IRON AVE SW
ALBUQUERQUE NM 87102

015800P001-1435A-598
HARVARD EDUCATION LETTER
HARVARD GRADUATE SCHOOL OF EDUCATION
8 STORY ST
CAMBRIDGE MA 02138-9803

022854P001-1435A-598
HARVARD SURGERY CENTER
2520 HARVARD AVE STE 2A
METAIRIE LA 70001

029809P001-1435A-598
HARVEST FUND ADVISORS LLC
100 WEST LANCASTER AVE
SECOND FLOOR
WAYNE PA 19087

029809S001-1435A-598
HARVEST FUND ADVISORS LLC
WHITNEY BANK
228 ST CHARLES
NEW ORLEANS LA 70130

010389P001-1435A-598
HARVEY CANAL INDUSTRIAL
111 GREFER LN
HARVEY LA 70058

015801P001-1435A-598
HARVEY-HAUSER PRINTING CO
1513 SAMS AVE
HARAHAN LA 70123

018546P001-1435A-598
HASTY AWARDS
1015 ENTERPRISE ST
OTTAWA KS 66067

009208P001-1435A-598
HATCH LIZ ACCOUTING SVC
190 EAST OAKRIDGE PK
METAIRIE LA 70005

022855P001-1435A-598
HATTIESBURG CLINIC PA
DEPT 05 109
PO BOX 3488
TUPELO MS 38803

022856P001-1435A-598
HAYDEL FAMILY PRACTICE
502 BARROW ST
HOUMA LA 70360

021011P001-1435A-598
HAYDELS FURNITURE AND APLLIANCES
541 APPLE ST
NORCO LA 70079

015802P001-1435A-598
HAYDENMCNEIL, LLC
14903 PILOT DR
PLYMOUTH MI 48170

019761P001-1435A-598
HAYNES ACADEMY
1416 METAIRIE RD
METAIRIE LA 70005-3999

021012P001-1435A-598
HAYNES ACADEMY
1416 ROAD METAIRIE
METAIRIE LA 70005

010390P001-1435A-598
HAYNES ACADEMY GIRLS BASKETBALL
1416 METAIRIE RD
METAIRIE LA 70005

013665P001-1435A-598
HAYNES ACADEMY GIRLS BASKETBALL
MICHAEL BONURA
1416 METAIRIE RD
METAIRIE LA 70005

009192P001-1435A-598
HAYNES ACADEMY THEATRE DEPT
MR RENE JF PIAZZA
1416 METAIRIE RD
METAIRIE LA 70005

010391P001-1435A-598
HAYNES CROSS COUNTRY
1416 METAIRIE RD
METAIRIE LA 70005

015803P001-1435A-598
HAYNESVILLE HIGH SCHOOL
9930 HWY 79
HAYNESVILLE LA 71038

022857P001-1435A-598
HCA HOUSTON SOUTHEAST
PO BOX 406787
ATLANTA GA 30384

001301P001-1435A-598
HD SUPPLY FACILITIES MAINT LTD
PO BOX 509058
SAN DIEGO CA 92150-9058

018547P001-1435A-598
HD SUPPLY FACILITIES MAINTENANCE
PO BOX 509058
SAN DIEGO CA 92150-9058

041646P001-1435A-598
HD SUPPLY INC
THE HOME DEPOT PRO EIN# 52-2418852
PO BOX 404468
ATLANTA GA 30384-4284

012079P001-1435A-598
HEAD/PENN RACQUET SPORTS
PO BOX 53232
PHOENIX AZ 85072

508

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 - Part 5 Page 509
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 509 of 1525
US First Class Mail
Exhibit Pages

Page # : 191 of 1204                                                              08/27/2025 05:45:59 PM

021013P001-1435A-598
HEALING KIDZ
HEALING KIDZ OPAL CORE
1035 N COLBERT
DAYTON TX 77534

009849P001-1435A-598
HEALTH ED
PO BOX 1075
EAU CLARIE WI 54702-1075

019762P001-1435A-598
HEALTH ED
PO BOX 1075
EAU CLAIRE WI 54702-1075

022858P001-1435A-598
HEALTH IMAGING PARTNERS LLC
PO BOX 5343
DENVER CO 80217

022860P001-1435A-598
HEALTH NETWORK LABORATORIES
PO BOX 788336
PHILADELPHIA PA 19178

001302P001-1435A-598
HEALTHCARE FINANCIAL ASSISTANCE INC
PO BOX 6410
METAIRIE LA 70009

022861P001-1435A-598
HEALTHCARE SOLUTIONS USA INC
15 CORPORATE PK
IRVINE CA 92606

041647P001-1435A-598
HEALTHPRO HERITAGE AT HOME LLC
DBA SOFLEX
PO BOX 69268
BALTIMORE MD 21264-9268

041648P001-1435A-598
HEALTHY IMAGE CONSULTING LLC
4845 IHLES RD
LAKE CHARLES LA 70605

001303P001-1435A-598
HEALTHY MIND FOREVER
8050 WEST JUDGE PEREZ DR
STE 3500
CHALMETTE LA 70043

022862P001-1435A-598
HEALTHY MIND FOREVER
STE 3500 8050 W JUDGE PEREZ DR
CHALMETTE LA 70043

015804P001-1435A-598
HEALY AWARDS INC
N94 W14431 GARWIN MACE DR
MENOMONEE FALLS WI 53051

001304P001-1435A-598
HEARING CLINIC OF GREATER N O
2633 NAPOLEON AVE
STE 703
NEW ORLEANS LA 70115

022863P001-1435A-598
HEARING SCREENING ASSOCIATES
108 CENTRE BLVD STE I
MARLTON NJ 08053

022864P001-1435A-598
HEART CLINIC OF HAMMOND
PO BOX 8383
BELFAST ME 04915

022865P001-1435A-598
HEART CLINICS OF NEW ORLEANS U
STE 208 1820 SAINT CHARLES AVE
NEW ORLEANS LA 70130

022866P001-1435A-598
HEART HOSPITAL OF LAFAYETTE
PO BOX 679354
DALLAS TX 75267

010392P001-1435A-598
HEARTLAND SVC
14206 OVERBROOK RD
OVERLAND PARK KS 66224

021853P001-1435A-598
HEATHER PORCHE
ADDRESS INTENTIONALLY OMITTED

022867P001-1435A-598
HEATHER PORCHE MD
2017 METAIRIE RD
METAIRIE LA 70005

009294P001-1435A-598
HEBERT BLIND CO INC
4308 GOVERNMENT ST
BATON ROUGE LA 70806

015805P001-1435A-598
HEBERT CLEANERS
422 E GIBSON DR
COVINGTON LA 70433

009850P001-1435A-598
HEBERT S HILLER CORP
PO BOX 91508
MOBILE AL 36691

022868P001-1435A-598
HECTOR MONTALVO MD APMC
3939 HOUMA BLVD STE 216
METAIRIE LA 70006

001309P001-1435A-598
HEINEMANN
15963 COLLECTIONS CTR DR
CHICAGO IL 60693

022869P001-1435A-598
HEITMEIER AND ARMANI ME
3501 HOLIDAY DR STE 201
NEW ORLEANS LA 70114

001311P002-1435A-598
HEITMEIER AND ARMANI MED AND SURG EYECARE LLC
3501 HOLIDAY DR
STE 201
NEW ORLEANS LA 70114

022870P001-1435A-598
HEITMEIER ARMANI MED SURG
3501 HOLIDAY DR STE 201
NEW ORLEANS LA 70114

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh 4n Aff Exh 5 10
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 510 of 1525
US First Class Mail
Exhibit Pages

022871P001-1435A-598
HEITMEIER PHYSICIANS OPTICAL
1111 MED CTR BLVD STE 111
MARRERO LA 70072

018548P001-1435A-598
HELD, T A CONSTRUCTION CO
PO 8891
METAIRIE LA 70011-8891

013666P001-1435A-598
HELEN BRETT ENTERPRISES
GOLD CARD SVC
5111 ACADEMY DR
LISLE IL 60532-2171

015806P001-1435A-598
HELEN BRETT ENTERPRISES
5111 ACADEMY DR
LISLE IL 60532-2171

010393P001-1435A-598
HELEN COX HIGH SCHOOL
2200 LAPALCO BLVD
HARVEY LA 70058

022872P001-1435A-598
HELEN E STEVENSON MD
2364 GAUSE BLVD E STE 101
SLIDELL LA 70461

000038P002-1435S-598
HELLER DRAPER PATRICK HORN  ET AL.
DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

000174P001-1435S-598
HELLER DRAPER PATRICK HORN  ET AL.
LESLIE A COLLINS; GRETA M BROUPHY
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130-6103

021014P001-1435A-598
HELLO DIRECT INC
DEPT CH17200
PALATINE IL 60055-7200

001313P001-1435A-598
HELM PAINT
8180 EARHART BLVD
NEW ORLEANS LA 70118

018549P001-1435A-598
HELM PAINT AND SUPPLY
5246 VETERANS BLVD
METAIRIE LA 70002

013667P001-1435A-598
HELM PAINT AND SUPPLY, INC
8180 EARHART BLVD
NEW ORLEANS LA 70118

013668P001-1435A-598
HELM PAINTS - EARHART
8180 EARHART BLVD
NEW ORLEANS LA 70118

013669P001-1435A-598
HELM PAINTS - METAIRIE
6820 VETERANS HWY
METAIRIE LA 70003

017007P001-1435A-598
HELMET - DECALS
9426 SOUTHWIND DR
ZEELAND MI 49464

001315P001-1435A-598
HELOUIN INSURANCE AGENCY
17923 W AUGUSTA
BATON ROUGE LA 70810

001316P001-1435A-598
HELP AIR CONDITIONING AND HEATING
1309 DEALERS AVE
NEW ORLEANS LA 70123

022873P001-1435A-598
HEME DIAGNOSTIC SPECIALISTS PL
PO BOX 3109
JACKSON MS 39207

018550P001-1435A-598
HEMISPHERE EDUCATIONAL TRAVEL
1375 E WOODFIELD RD  STE 530
SCHAUMBURG IL 60173

018551P001-1435A-598
HENDERSON SERVICES, LLC
PO BOX 103
METAIRIE LA 70004

018552P001-1435A-598
HENRY ENTERPRISES \JOHN
2813 RICHLAND AVE
METAIRIE LA 70002

021015P001-1435A-598
HENRY SCHEIN INC
DEPT CH 10241
PALATINE IL 60055-0241

009476P001-1435A-598
HERBERT S HILLER CORP
PO BOX 935434
ATLANTA GA 31193-5434

012081P001-1435A-598
HERFF JONES INC
PO BOX 99292
CHICAGO IL 60693-9292

017008P001-1435A-598
HERFF JONES YEARBOOK
PO BOX 99394
CHICAGO IL 60693

017009P002-1435A-598
HERFF JONES, INC
BILLING DEPT
2525 MIDPOINT DR
KANSAS CITY KS 66111-6600

012082P001-1435A-598
HERITAGE CRYSTAL CLEAN LLC
R13621 COLLECTIONS CTR DR
CHICAGO IL 60693-0136

001325P001-1435A-598
HERITAGE ELECTRICAL CO INC
PO BOX 405
GRETNA LA 70054-0405

Case 20-10846 Doc 4385-5 Filed 09/09/25 Entered 09/09/25 14:00:45 PPart 4 Page 511
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 511 of 1525
US First Class Mail
Exhibit Pages

017010P002-1435A-598
HERITAGE ELECTRICAL CO INC
2346 BELLE CHASSE HWY
GRETNA LA 70056-7123

010394P001-1435A-598
HERITAGE FESTIVALS
327 HUEY P LONG AVE
GRETNA LA 70053

012083P001-1435A-598
HERITAGE FLOORING, INC
63124 HWY 434
LACOMBE LA 70445

022874P001-1435A-598
HERITAGE HEALTH LLC
PO BOX 19369
BELFAST ME 04915

010395P001-1435A-598
HERITAGE HOUSE
1035 HUEY P LONG AVE
GRETNA LA 70053

019763P001-1435A-598
HERITAGE HOUSE
919 S MAIN ST
SNOWFLAKE AZ 85937

001326P001-1435A-598
HERITAGE HOUSE 76
919 S MAIN ST
SNOWFLAKE AZ 85937

010396P001-1435A-598
HERITAGE HOUSE 76
919 S MAIN ST
SNOWFLAKE AZ 85937

015807P001-1435A-598
HERKES PORTABLE BUILDINGS
1 CEASAR RD
PICAYUNE MS 39466

000068P003-1435S-598
HERMAN, HERMAN & KATZ, LLC
SOREN GISLESON; JOSEPH 'JED' CAIN
820 OKEEFE AVENUE
NEW ORLEANS LA 70113

010397P001-1435A-598
HERMITAGE ART CO
2902 ENTERPRISE DR
ANDERSON IN 46013

015808P001-1435A-598
HERMITAGE ART COMPANY, INC
5151 N RAVENSWOOD AVE
CHICAGO IL 60640

009241P001-1435A-598
HERSCHNERS INC
2800 HOOVER RD
STEVENS POINT WI 54481-7103

010398P001-1435A-598
HERSHEY'S
2800 N TERMINAL RD
HOUSTON TX 77032

036536S001-1435A-598
HERTFORD COUNTY JAIL
SARAH ROBBINS
PO BOX 176
WINTON NC 27986-0176

010399P001-1435A-598
HERTZ RENT-A-CAR
4531 VETERANS MEMORIAL BLVD
METAIRIE LA 70006

021016P001-1435A-598
HETTZ FURNITURE
171 WILLIAMS DR
STE 201
RAMSEY NJ 07446

018553P001-1435A-598
HEWLETT PACKARD ENTERPRISE
PO BOX 101032
ATLANTA GA 30392-1032

015809P001-1435A-598
HEWLETT-PACKARD CO
PO BOX 101149
ATLANTA GA 30392-1149

021017P001-1435A-598
HHP CONSTRUCTION GROUP LLC
610 BELLE TERRE BLVD
LA PLACE LA 70068

013671P001-1435A-598
HHS SOFTBALL
200 TIGER DR
BOUTTE LA 70039

021022P001-1435A-598
HI TECH SVC
BOBBY LODRIGUES
1716 GREENWOOD DR
LAPLACE LA 70068

015812P001-1435A-598
HI-POD
PO BOX 69896
LOS ANGELES CA 90069

021018P001-1435A-598
HIBERNIA NATIONAL BANK
PAYMENT PROCESSING
PO BOX 61336
NEW ORLEANS LA 70161-1336

022875P001-1435A-598
HICKHAM DERMATOLOGY AND MED SP
4141 BIENVILLE ST STE 108
NEW ORLEANS LA 70119

022876P001-1435A-598
HICKORY COUNSELING LLC
90 W IMPERIAL DR
HARAHAN LA 70123

019764P001-1435A-598
HICKORY TRUCK AND AUTO REPAIR LLC
67516 SLAUGHTER RD
PEARL RIVER LA 70452

013672P001-1435A-598
HICOLOUISIANA SPECIALTY DRINKS, INC
1603 S GAYOSO ST
NEW ORLEANS LA 70125

Case 20-10846 Doc 4325-45 Filed 09/09/25 Entered 09/09/25 14:06:75 in PDF Exh 4 Page 512
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 512 of 1525
Exhibit Pages
US First Class Mail

009153P001-1435A-598
HIENZ AND MACALUSO LLC
110 VETERANS MEMORIAL BLVD
STE 170
METAIRIE LA 70005

010400P001-1435A-598
HIGGINS HIGH SCHOOL
7201 LAPALCO BLVD
MARRERO LA 70072

041158P001-1435A-598
HIGH FIVE CLEANERS
69305 LA-21
COVINGTON LA 70433

026323P001-1435A-598
HIGH HAT CAFE
4500 FRERET ST
NEW ORLEANS LA 70115

015810P001-1435A-598
HIGH POINT SCIENTIFIC
442 RTE 206
MONTAGUE NJ 07827

015811P001-1435A-598
HIGH SCHOOL PLACEMENT TEST
480 MEYER RD
BESENVILLE IL 60106

022877P001-1435A-598
HIGHLAND COMMUNITY HOSPITAL
PO BOX 15722
HATTIESBURG MS 39404

022878P001-1435A-598
HIGHLAND EMRG PHYSICIANS PA
DEPT 05 143
PO BOX 3488
TUPELO MS 38803

022879P001-1435A-598
HIGHLAND PHYSICIANS CLINIC
DEPT 05110
PO BOX 3488
TUPELO MS 38803

018554P001-1435A-598
HIGHLANDSPORTS
3350 NW BLVD-SUITE B2
BOCA RATON FL 33431

009851P001-1435A-598
HIGHSMITH INC
PO BOX 800
FORT ATKINSON WI 53538-0800

012084P001-1435A-598
HILLARY L GREVE MEMORIAL SCHOLARSHIP
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

009477P001-1435A-598
HILLER COMPANIES
PO BOX 935434
ATLANTA GA 31193-5434

018555P001-1435A-598
HILTON BATON ROUGE CAPITAL CENTER
201 LAFAYETTE ST
BATON ROUGE LA 70801

022880P001-1435A-598
HILTON DERMATOLOGY SCS APMC
2050 GAUSE BLVD E STE 100
SLIDELL LA 70461

022881P001-1435A-598
HILTON DERMATOLOGY SKIN CARE
2050 GAUSE BLVD E STE 100
SLIDELL LA 70461

010401P001-1435A-598
HILTON GARDEN INN
1001 S PETERS ST
NEW ORLEANS LA 70130

001332P001-1435A-598
HILTON INDIANAPOLIS HOTEL AND SUITES
120 WEST MARKET ST
INDIANAPOLIS IN 46204

013673P001-1435A-598
HILTON NEW ORLEANS AIRPORT
901 AIRLINE DR
KENNER LA 70062

009211P001-1435A-598
HILTON NEW ORLEANS RIVERSIDE
2 POYDRAS ST
NEW ORLEANS LA 70140

026245P001-1435A-598
HILTON PARKING
700 CONVENTION CTR BLVD
NEW ORLEANS LA 70130

017011P001-1435A-598
HILTON PENSACOLA BEACH
#12 VIA DE LUNA DR
PENSACOLA BEACH FL 32561

021019P001-1435A-598
HIMEL TCB LLC
493 S CHURCH ST
GARYVILLE LA 70051

018556P001-1435A-598
HIMMEL'S ARCHITECTURAL DOOR AND HARDWARE
16491 AIRLINE HWY
PRAIRIEVILLE LA 70769

013674P001-1435A-598
HIMMELS ARCHITECTURAL DOOR AND HARDWARE, INC
PO BOX 960
PRAIRIEVILLE LA 70769

019765P001-1435A-598
HIMMELS ARCHITECTURAL DOORS
PO BOX 960
PRAIRIEVILLE LA 70769

001333P002-1435A-598
HINNERS ALLIED PRODUCTION CO
115 BLUFF ISLE CT
SUMMERVILLE SC 29486-2413

000108P001-1435S-598
HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS,ESQ
900 CAMP ST.,3RD FLOOR
NEW ORLEANS LA 70130

Case 20-10846 Doc 4325-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Ex 4 t A Page 513
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 513 of 1525
US First Class Mail
Exhibit Pages

013675P001-1435A-598
HISPANIC APOSTOLATE
2525 MAINE AVE
METAIRIE LA 70003

015813P001-1435A-598
HISPANIC FLAMENCO BALLET
PO BOX 415089
MIAMI BEACH FL 33141

021020P001-1435A-598
HISPANIC FLAMENCO BALLET
835 N SHORE DR
PO BOX 415089
MIAMI BEACH FL 33141

009852P001-1435A-598
HISTORIC NEW ORLEANS TOURS
PO BOX 19381
NEW ORLEANS LA 70179

010402P001-1435A-598
HISTORICAL EMPORIUM
188 STAUFFER BLVD
SAN JOSE CA 95125

010403P001-1435A-598
HISTORICAL PUBLISHING
PO BOX 700
PALISADES NY 10964

009853P001-1435A-598
HISTORY EDUCATION
PO BOX 18753
NEWARK NJ 07191-8753

021021P001-1435A-598
HITECH ELECTRIC INC
68446 JAMES ST
MANDEVILLE LA 70471

012085P001-1435A-598
HITOUCH BUSINESS SVC
PO BOX 930257
ATLANTA GA 31193

015814P001-1435A-598
HITOUCH BUSINESS SVC LLC
HTBSCREDIT
PO BOX 930257
ATLANTA GA 31193-0257

010404P001-1435A-598
HITTING WORLD
1480 MORAGA RD #C-272
MORAGA CA 94556

019766P001-1435A-598
HJB BEVERAGES LLC
19348 NORTH 4TH ST
COVINGTON LA 70433

010379P001-1435A-598
HL BOURGEOIS HIGH SCHOOL
1 RESERVATION CT
GRAY LA 70359

013659P001-1435A-598
HL BOURGEOIS HIGH SCHOOL
VOLLEYBALL COACH
#1 RESERVATION CT
GRAY LA 70359

018557P001-1435A-598
HL BOURGEOIS HIGH SCHOOL
5000 WEST MAIN ST
HOUMA LA 70360

015788P001-1435A-598
HL BOURGEOIS HSJUMP START TEAM CAMP
1 RESERVATION CT
GRAY LA 70359

022882P001-1435A-598
HL HAYDEL MEMORIAL HOS
1297 SAINT CHARLES ST
HOUMA LA 70360

019767P001-1435A-598
HM ELECTRONICS INC
14110 STOW DR
POWAY CA 92064

015815P001-1435A-598
HM RECEIVABLES CO IL, LLC
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

009189P001-1435A-598
HM RECEIVABLES CO LLC
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

041159P001-1435A-598
HMC GENERATORS, LLC
PO BOX 1169
PRAIRIEVILLE LA 70769

010405P001-1435A-598
HMCO BOOKS
2700 N RICHARDT AVE
INDIANAPOLIS IN 46219

031601P001-1435A-598
HMS LAW FIRM
RYAN MONSOUR
3850 N CAUSEWAY BLVD
METAIRIE LA 70002

022883P001-1435A-598
HNI MEDICAL SVC GLENWOOD
PO BOX 74937
CHICAGO IL 60675

010407P001-1435A-598
HOBBY LOBBY
5151 CITRUS BLVD STE C
HARAHAN LA 70123

026246P001-1435A-598
HOBBY LOBBY
7707 SW 44TH ST
OKLAHOMA CITY OK 73179

018558P001-1435A-598
HOBNOBBER / THE ALEXANDER ROOM
3200 RIDGELAKE DR
METAIRIE LA 70002

013676P001-1435A-598
HOBNOBBER CAFE
5928 W METAIRIE AVE
METAIRIE LA 70003

Case 20-10846 Doc 4335-1 Filed 09/02/25 Entered 09/02/25 16:07:51 PP Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 514 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 196 of 1204

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 009854P001-1435A-598<br>HODGE PODGE INC<br>PO BOX 1326<br>EL CAJON CA 92022-1326 | 009855P001-1435A-598<br>HODGE PRODUCTS INC<br>PO BOX 1326<br>EL CAJON CA 92022-1326 | 041160P001-1435A-598<br>HOFFPAUIR STUDIO ARCHITECTURE<br>1669 LOBDELL AVE STE H1<br>BATON ROUGE LA 70806 | 001336P001-1435A-598<br>HOFFPAUIR STUDIO LLC<br>PO BOX 66206<br>BATON ROUGE LA 70896-6206 |
| 010408P001-1435A-598<br>HOGAN FAMILY DINER<br>56 S LIBERTY DR<br>STONY POINT NY 10980 | 015816P001-1435A-598<br>HOH RIVERSIDE PUBLISHING CO<br>3800 GOLF RD<br>STE 200<br>ROLLING MEADOW IL 60008 | 022884P001-1435A-598<br>HOLA ANESTHESIA LLC<br>529 1090 EXPERIMENT STA RD<br>WATKINSVILLE GA 30677 | 012086P001-1435A-598<br>HOLDEN'S WRECKER SVC<br>PO BOX 3787<br>COVINGTON LA 70434 |
| 017012P001-1435A-598<br>HOLE IN ONE INTLODDS ON PROM<br>6195 RIDGEVIEW CT<br>STE A<br>RENO NV 89519 | 015817P001-1435A-598<br>HOLIDAY INN<br>330 ARENA RD<br>SULPHUR LA 70665 | 021023P001-1435A-598<br>HOLIDAY INN BOSSIER CITY<br>2015 OLD MINDEN RD<br>BOSSIER CITY LA 71111 | 010409P001-1435A-598<br>HOLIDAY INN CONVENTION<br>330 LOYOLA AVE<br>NEW ORLEANS LA 70112 |
| 012087P001-1435A-598<br>HOLIDAY INN EXPRESS<br>102 MALLARD ST<br>SULPHUR LA 70665 | 018559P001-1435A-598<br>HOLIDAY INN EXPRESS<br>7970 EAST TEXAS<br>BOSSIER CITY LA 71111 | 019768P001-1435A-598<br>HOLIDAY INN EXPRESS<br>603 CONSTITUTION DR<br>WEST MONROE LA 71292 | 026247P001-1435A-598<br>HOLIDAY INN EXPRESS<br>3 RAVINIA DR STE 100<br>ATLANTA GA 30346-2149 |
| 015818P001-1435A-598<br>HOLIDAY INN EXPRESS LAFAYETTE<br>210 KALISTE SALOOM RD<br>LAFAYETTE LA 70508 | 010410P001-1435A-598<br>HOLIDAY INN HOTEL<br>301 DAUPHINE ST<br>NEW ORLEANS LA 70112 | 026324P001-1435A-598<br>HOLIDAY INN LAFAYETTE<br>515 SOUTH ST<br>LAFAYETTE IN 47901 | 015819P001-1435A-598<br>HOLIDAY INN LAKE CHARLES<br>330 ARENA RD<br>SULPHUR LA 70665 |
| 021024P001-1435A-598<br>HOLIDAY INN LAKE CHARLES W SULPHUR<br>330 ARENA RD<br>SULPHUR LA 70665 | 017013P001-1435A-598<br>HOLIDAY INN NEW ORLEANS WESTBANK<br>275 WHITNEY AVE<br>GRETNA LA 70053 | 019769P001-1435A-598<br>HOLIDAY INN RESORT LAKE BUENA VISTA<br>13351 SR 535<br>ORLANDO FL 32821 | 010411P001-1435A-598<br>HOLIDAY INN SELECT<br>334 O'KEEFE AVE<br>NEW ORLEANS LA 70112 |
| 021025P001-1435A-598<br>HOLIDAY INN SELECT<br>4728 CONSTITUTION AVE<br>BATON ROUGE LA 70808 | 013677P001-1435A-598<br>HOLIDAY INN SHREVEPORT DOWNTOWN<br>SALES DEPT<br>102 LAKE ST<br>SHREVEPORT LA 71101 | 019770P001-1435A-598<br>HOLIDAY INN SHREVEPORT WEST<br>5555 FINANCIAL PLZ<br>SHREVEPORT LA 71129 | 015820P001-1435A-598<br>HOLIDAY SPORTING GOODS<br>805A S LEWIS ST<br>NEW IBERIA LA 70560 |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:06:05 in PDF Exhibit A Page 515
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 515 of 1525
US First Class Mail
Exhibit Pages

021026P001-1435A-598
HOLIDAY SPORTING GOODS
805A LEWIS ST
NEW IBERIA LA 70560

010412P001-1435A-598
HOLLAND AMERICA
450 THIRD AVE WEST
SEATTLE WA 98119

010413P001-1435A-598
HOLLIER'S CAJUN KITCHEN
1709 RUTH ST
SULPHUR LA 70663

012088P001-1435A-598
HOLLY AND SMITH ARCHITECTS
P O DRAWER 1707
HAMMOND LA 70404

013678P001-1435A-598
HOLLY AND SMITH ARCHITECTS
208 NORTH CATE ST
HAMMOND LA 70401

009389P001-1435A-598
HOLLY AND SMITH ARCHITECTS INC
PO BOX 1707
HAMMOND LA 70404

010414P001-1435A-598
HOLLYWOOD CASINO HOTEL
711 HOLLYWOOD BLVD
BAY ST LOUIS MS 39520

026325P001-1435A-598
HOLLYWOOD CINEMA 9
1401 W ESPLANADE AVE A
KENNER LA 70065

018560P001-1435A-598
HOLLYWOOD DOOR
1118 CENTRAL AVE
METAIRIE LA 70001

001338P001-1435A-598
HOLLYWOOD DOOR CO INC
1118 CENTRAL AVE
METAIRIE LA 70001

015821P001-1435A-598
HOLMES DIESEL SERVICES, LLC
PO BOX 124
ROBERT LA 70455

017014P001-1435A-598
HOLTZMAN COMMUNICATIONS, LLC
220 SULLIVAN ST # 5F
NEW YORK NY 10012

032775S001-1435A-598
HOLY ANGELS PARISH
DAVID CONTRERAS
PO BOX 608
CHILDRESS TX 79201-0608

032037S001-1435A-598
HOLY CHILD JESUS
MARY POESCHL
PO BOX 366
CANTON MS 39046-0366

032948S001-1435A-598
HOLY CROSS CATHOLIC CHURCH
DONALD RUPERT
PO BOX 1325
EAST BERNARD TX 77435-1325

033038S001-1435A-598
HOLY CROSS CHURCH
PEGGY DAVID
415 ROBLEY DR
LAFAYETTE LA 70503-5242

031547P001-1435A-598
HOLY CROSS COLLEGE INC
REMY DONNELLY
5500 PARIS AVE
NEW ORLEANS LA 70122

001339P001-1435A-598
HOLY CROSS HIGH SCHOOL
5500 PARIS AVE
NEW ORLEANS LA 70122-2659

017015P001-1435A-598
HOLY CROSS HIGH SCHOOL
GUY LECOMPTE
5500 PARIS AVE
NEW ORLEANS LA 70122

033065S001-1435A-598
HOLY CROSS PARISH
SAMUEL ORACION
PO BOX 190
POST TX 79356-0190

026595P001-1435A-598
HOLY CROSS ROBOTICS
5500 PARIS AVE
NEW ORLEANS LA 70122

001340P001-1435A-598
HOLY CROSS SCHOOL
5500 PARIS AVE
NEW ORLEANS LA 70122-2659

013679P001-1435A-598
HOLY CROSS SCHOOL
BYRON ARTHUR
5500 PARIS AVE
NEW ORLEANS LA 70122

015822P001-1435A-598
HOLY CROSS SCHOOL
5500 PARIS AVE
NEW ORLEANS LA 70112

021027P001-1435A-598
HOLY CROSS SCHOOL
4950 DAUPHINE ST
NEW ORLEANS LA 70117

031076P001-1435A-598
HOLY FAMILY
ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031077P001-1435A-598
HOLY FAMILY
ROMAN CATHOLIC CHURCH, LULING, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032863S001-1435A-598
HOLY FAMILY
ANTHONY ALPHONSE
PO BOX 541
LEXINGTON TX 78947-0541

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 Main Document Page 516
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 516 of 1525
US First Class Mail
Exhibit Pages

032351S001-1435A-598
HOLY FAMILY CATHOLIC CHURCH
FREDERICK NEWARSKAS
PO BOX 5970
ABILENE TX 79608-5970

032352S001-1435A-598
HOLY FAMILY CATHOLIC CHURCH
JENNIFER LEJEUNE
PO BOX 290
PORT ALLEN LA 70767-0290

032798S001-1435A-598
HOLY FAMILY CATHOLIC CHURCH
PATRICK DONOHOE
PO BOX 173
TAFT TX 78390-0173

033165S001-1435A-598
HOLY FAMILY CATHOLIC CHURCH
PATRICK SMITH
PO BOX 548
GLOSTER MS 39638-0548

033170S001-1435A-598
HOLY FAMILY CATHOLIC CHURCH
RAMON FRAYNA
PO BOX 451
LEXINGTON TX 78947-0451

033262S001-1435A-598
HOLY FAMILY CATHOLIC CHURCH
P NOLASCO HINOJOSA JR
2705 MCPHERSON AVE
LAREDO TX 78040-5432

001341P001-1435A-598
HOLY FAMILY CHURCH
1220 14TH AVE
FRANKLINTON LA 70438-2205

033338S001-1435A-598
HOLY FAMILY CHURCH
DENIS OSUAGWU
PO BOX 310
LAWTELL LA 70550-0310

001342P001-1435A-598
HOLY FAMILY HOSPITAL OF BETHLEHEM FOUNDATION
2000 P ST  NW
WASHINGTON DC 20036

010415P001-1435A-598
HOLY FAMILY PHAT DIEM
16560 HARBOR BLVD
FOUNTAIN VALLEY CA 92708

026596P001-1435A-598
HOLY FAMILY SISTERS
6901 CHEF MENTEUR HWY
NEW ORLEANS LA 70126

001343P001-1435A-598
HOLY GHOST CATHOLIC CHURCH
FR ALFRED AYEM SVD
1151 CLOISTER ST
JACKSON MS 39202

026597P001-1435A-598
HOLY GHOST CATHOLIC CHURCH
600 N OAK ST
HAMMOND LA 70401

032072S001-1435A-598
HOLY GHOST CHURCH
DEACON RICHARD
PO BOX 1785
OPELOUSAS LA 70571-1785

015823P001-1435A-598
HOLY GHOST DOMINICAN FATHERS INC
103 WOODBRIDGE BLVD
HAMMOND LA 70401

018561P001-1435A-598
HOLY INNOCENTS' EPISCOPAL SCHOOL
805 MOUNT VERNON HWY MW
ATLANTA GA 30327

033226S001-1435A-598
HOLY NAME CATHOLIC CHURCH
ERNESTINE TALOS
2637 AVENUE L
FORT WORTH TX 76105-2105

001344P001-1435A-598
HOLY NAME OF JESUS SCHOOL
6325 CROMWELL PL
NEW ORLEANS LA 70118

031078P001-1435A-598
HOLY NAME OF MARY
ROMAN CATHOLIC CHURCH,NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029916P001-1435A-598
HOLY NAME OF MARY CHURCH
400 VERRET ST
NEW ORLEANS LA 70114

001345P001-1435A-598
HOLY NAME OF MARY CHURCH CEMETERY ACCOUNT
500 ELIZA ST
NEW ORLEANS LA 70114

032806S001-1435A-598
HOLY REDEEMER CHURCH
FRANCISCO LEON
PO BOX 1087
LAREDO TX 78042-1087

001346P002-1435A-598
HOLY ROSARY ACADEMY
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3431

031682P001-1435A-598
HOLY ROSARY ACADEMY HIGH SCHOOL
2437 JENA ST
NEW ORLEANS LA 70115

026326P002-1435A-598
HOLY ROSARY CAFETERIA
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3431

001347P002-1435A-598
HOLY ROSARY HIGH
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3431

009856P001-1435A-598
HOLY ROSARY HIGH SCHOOL
2437 JENA ST
NEW ORLEANS LA 70115

033488S001-1435A-598
HOLY ROSARY INDIAN MISSION
ROBERT GOODYEAR
PO BOX 37
PHILADELPHIA MS 39350-0037

Case 20-10846 Doc 4635-4 Filed 09/29/25 Entered 09/29/25 14:00:45 Exhibit A-1 Page 517
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 517 of 1525
US First Class Mail
Exhibit Pages

026327P002-1435A-598
HOLY ROSARY PARENTS CLUB
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3431

001348P002-1435A-598
HOLY ROSARY SCHOOL
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3431

031574P001-1435A-598
HOLY SAVIOR CATHOLIC CHURCH
612 MAIN ST
LOCKPORT LA 70374

009857P001-1435A-598
HOLY SAVIOR MENARD
MENARD INVITATIONAL
4603 COLISEUM BLVD
ALEXANDER LA 71303

021028P001-1435A-598
HOLY SAVIOR MENARD HIGH SCHOOL
4603 COLISEUM BLVD
ALEXANDRIA LA 71303

031079P001-1435A-598
HOLY SPIRIT
ROMAN CATHOLIC CHURCH,NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032184S001-1435A-598
HOLY SPIRIT CATHOLIC CHURCH
ARLENE VASQUEZ
PO BOX 460729
SAN ANTONIO TX 78246-0729

032453S001-1435A-598
HOLY SPIRIT CATHOLIC CHURCH
AMANDA READY
PO BOX 424
HERNANDO MS 38632-0424

033034S001-1435A-598
HOLY SPIRIT CATHOLIC CHURCH
THOMAS MATONDO
PO BOX 216
PROGRESO TX 78579-0216

010416P001-1435A-598
HOLY SPIRIT CHURCH
6201 STRATFORD PL
NEW ORLEANS LA 70131

032976S001-1435A-598
HOLY TRINITY CATHOLIC CHR-FLS
GREGORY SAWICKI
PO BOX 158
FALLS CITY TX 78113-0158

032601S001-1435A-598
HOLY TRINITY CATHOLIC CHURCH
DARLENE LOVINGGOOD
PO BOX 290
MONT BELVIEU TX 77580-0290

032699S001-1435A-598
HOLY TRINITY CATHOLIC CHURCH
JARED SUIRE
PO BOX 186
WASHINGTON LA 70589-0186

031080P001-1435A-598
HOLY TRINITY DRIVE LAND CORP
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

015824P001-1435A-598
HOLY TRINITY LUTHERAN CHURCH AND SCHOOL
1 NORTH MARIGOLD DR
COVINGTON LA 70433

033472S001-1435A-598
HOLY TRINITY MISSION
PAUL WILHELM
PO BOX 156
ROMA TX 78584-0156

026170P001-1435A-598
HOME BANK
1750 N COLUMBIA ST
COVINGTON LA 70433

029487P001-1435A-598
HOME BANK
1750 N COLUMBIA
COVINGTON LA 70433

041161P001-1435A-598
HOME BANK VISA
PO BOX 2711
OMAHA NE 68103-2711

012089P001-1435A-598
HOME BANK, NA
PO BOX 2711
OMAHA NE 68103

009858P001-1435A-598
HOME DEPOT
DEPT 32  2540909334
PO BOX 183176
COLUMBUS OH 43218-3176

021029P001-1435A-598
HOME DEPOT
300 W AIRLINE HWY
LAPLACE LA 70068

026598P001-1435A-598
HOME DEPOT
2455 PACES FERRY RD NW
ATLANTA GA 30339

041162P001-1435A-598
HOME DEPOT
PO BOX 78047
PHOENIX AZ 85062

041163P001-1435A-598
HOME DEPOT
PO BOX 790420
ST. LOUIS MO 63179

041164P001-1435A-598
HOME DEPOT CREDIT CARD
PO BOX 790345
ST LOUIS MO 63179

017016P001-1435A-598
HOME DEPOT CREDIT SERVIC
PO BOX 183176
COLUMBUS OH 43218-3176

012090P001-1435A-598
HOME DEPOT CREDIT SVC
DEPT 32 - 2004852863
PO BOX 9001030
LOUISVILLE KY 40290-1030

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:06:75 in PDF Exhibit A Page 518
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 518 of 1525
US First Class Mail
Exhibit Pages

013680P001-1435A-598
HOME DEPOT CREDIT SVC
DEPT 32 - 2191321987
PO BOX 9001030
LOUISVILLE KY 40290-1030

015825P001-1435A-598
HOME DEPOT CREDIT SVC
DEPT 322500122415
PO BOX 9001043
LOUISVILLE KY 40290-1043

029661P001-1435A-598
HOME DEPOT CREDIT SVC
P O BOX 183176
COLUMBUS OH 43218-3176

041165P001-1435A-598
HOME DEPOT CREDIT SVC
PO BOX 9001010
LOUISVILLE KY 40290

041166P001-1435A-598
HOME DEPOT CREDIT SVC
PO BOX 183175
COLUMBUS OH 43218-3175

041649P001-1435A-598
HOME DEPOT CREDIT SVC
DEPT 32- 2500832211
PO BOX 70293
PHILADELPHIA PA 19176-0293

001351P001-1435A-598
HOME DEPOT CREDIT SVC DEPT 32 2503168985
PO BOX 9001043
LOUISVILLE KY 40290-1043

001352P001-1435A-598
HOME DEPOT CREDIT SVC DEPT 32-2500485341
PO BOX 9001043
LOUISVILLE KY 40290-1043

001349P001-1435A-598
HOME DEPOT PRO
PO BOX 404468
ATLANTA GA 30384-4468

022885P001-1435A-598
HOME SLEEP DELIVERED LLC
202 N LUKE ST STE B
LAFAYETTE LA 70506

001350P001-1435A-598
HOME TEAM PRODUCTIONS
PO BOX 850140
NEW ORLEANS LA 70185

041167P001-1435A-598
HOMEBANK CREDIT CARD
PO BOX 2087
OMAHA NE 68103

021008P001-1435A-598
HOMER HIGH SCHOOL
1008 NORTH MAIN
HOMER LA 71040

015826P001-1435A-598
HOMEWOOD SUITES
101 HOLIDAY SQUARE FRONTAGE RD
COVINGTON LA 70433

018562P001-1435A-598
HOMEWOOD SUITES
12030 COPPER WAY
CHARLOTTE NC 28277

026599P001-1435A-598
HOMEWOOD SUITES BY HILTON
7930 JONES BRANCH DR
MCLEAN VA 22102

009859P001-1435A-598
HON CO
200 OAK ST
MUSCATINE IA 52761

001353P001-1435A-598
HONEY BAKED HAM
5300 TCHOUPITOULAS ST
NEW ORLEANS LA 70115

013681P001-1435A-598
HONEY BAKED HAM
901 TERRY PKWY
GRETNA LA 70056

026600P001-1435A-598
HONEY BAKED HAM
808 N US 190 STE H
COVINGTON LA 70433

001354P001-1435A-598
HONEY BAKED HAM CO
3211 N CAUSEWAY BLVD
METAIRIE LA 70002

001355P001-1435A-598
HONEY BAKED HAM CO
3439 HWY 190
MANDEVILLE LA 70471

010417P001-1435A-598
HONEY BAKED HAM STORE
901 TERRY PKWY
GRETNA LA 70056

012091P001-1435A-598
HONEY DIPPERS LLC
219 CHESTNUT OAK DR
MANDEVILLE LA 70448

027074P001-1435A-598
HONEY ISLAND SWAMP
41490 CRAWFORD LANDING RD
SLIDELL LA 70461

041168P001-1435A-598
HONEYWELL INTERNATIONAL, INC
2326 CAREY ST
SLIDELL LA 70458

010418P001-1435A-598
HONG KONG MARKET
925 BEHRMAN HWY #3
TERRYTOWN LA 70056

015827P001-1435A-598
HONOR FLIGHT LOUISIANA
7516 BLUEBONNET BLVD
#241
BATON ROUGE LA 70810

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PP Exh 4 t Page 519
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 519 of 1525
US First Class Mail
Exhibit Pages

012092P001-1435A-598
HOODOO ICE CREAM, LLC
405 N COLUMBIA ST
COVINGTON LA 70433

021857P001-1435A-598
HOPE GERSOVITZ
ADDRESS INTENTIONALLY OMITTED

031546P001-1435A-598
HOPE HAVEN MADONNA MANOR
1231 PRYTANIA
NEW ORLEANS LA 70130

031546S001-1435A-598
HOPE HAVEN MADONNA MANOR
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031546S002-1435A-598
HOPE HAVEN MADONNA MANOR
2929 CARROLLTON
NEW ORLEANS LA 70118

026601P001-1435A-598
HOPE HOUSE
916 ST ANDREW ST
NEW ORLEANS LA 70130

022886P001-1435A-598
HOPE RUHE APMC
2820 NAPOLEON AVE STE 970
NEW ORLEANS LA 70115

022887P001-1435A-598
HOPE WOMAN'S CLINIC
4612 S CLAIBORNE AVE
NEW ORLEANS LA 70125

034679S001-1435A-598
HOPKINS COUNTY JAIL
TROY FARR
PO BOX 1030
MADISONVILLE KY 42431-0021

034680S001-1435A-598
HOPKINS COUNTY JAIL
SCOTT WHITMER
PO BOX 1030
MADISONVILLE KY 42431-0021

036285S001-1435A-598
HOPKINS COUNTY JAIL
MARCI OLDHAM
PO BOX 1030
MADISONVILLE KY 42431-0021

001357P001-1435A-598
HORIZONS INC
CAMCODE
PO BOX 73702-N
CLEVELAND OH 44193

026602P001-1435A-598
HORNETS
5800 AIRLINE DR
METAIRIE LA 70003

031602P001-1435A-598
HOROWITZ LAW
ADAM HOROWITZ AND JESSICA ARBOUR
110 E BROWARD BKVD STE 1850
FL LAUDERDALE FL 33301

012093P001-1435A-598
HOSA
548 SILICON DR
STE 101
SOUTHLAKE TX 76092

009860P001-1435A-598
HOSANNA CHRISTIAN ACADEMY
8850 GOODWOOD BLVD
BATON ROUGE LA 70806

022888P001-1435A-598
HOSP BASED PHYS-RADIOLOGISTS
PO BOX 1708
HAMMOND LA 70404

022889P001-1435A-598
HOSPITAL PHYSICIAN SVC SO
PO BOX 635061
CINCINNATI OH 45263

022890P001-1435A-598
HOSPITAL SVC DISTRICT 1A P
PO BOX 17832
BELFAST ME 04915

001358P001-1435A-598
HOSS COMMUNICATIONS
275 WALTER RD
RIVER RIDGE LA 70123

019771P001-1435A-598
HOTARD COACHES
DBA CALCO TRAVEL INC
ACCOUNTING
2838 TOURO ST
NEW ORLEANS LA 70122

009244P001-1435A-598
HOTARD COACHES INC
2838 TOURO ST
NEW ORLEANS LA 70122

019772P001-1435A-598
HOTARD COACHES INC
A R 37180 HWY 30
GEISMAR LA 70734

012094P001-1435A-598
HOTARD COACHES, INC
ACCOUNTING
2838 TOURO ST
NEW ORLEANS LA 70122

021009P001-1435A-598
HOTARDS PLUMBING
597 CENTRAL AVE
RESERVE LA 70084

009861P001-1435A-598
HOTEL HOPE
SR MARY LOU SPECHA
4222 SOUTH BROAD ST
NEW ORLEANS LA 70125

010419P001-1435A-598
HOTREF INC
44790 S GRIMMER BLVD #204
FREMONT CA 94538

026413P001-1435A-598
HOTWIRE SALES
655 MONTGOMERY ST STE 600
SAN FRANCISCO CA 94111

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:06:05 PDF Exhibit A Page 520
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 520 of 1525
US First Class Mail
Exhibit Pages

---

018563P001-1435A-598
HOUGHTON MIFFIN HARCOURT
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

012095P001-1435A-598
HOUGHTON MIFFIN HARCOURT PUBLISHING CO
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

019774P001-1435A-598
HOUGHTON MIFFLIN CO
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

041169P001-1435A-598
HOUGHTON MIFFLIN CO
14046 COLLECTION CTR DR
CHICAGO IL 60693

001359P001-1435A-598
HOUGHTON MIFFLIN HARCOURT
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

009862P001-1435A-598
HOUGHTON MIFFLIN HARCOURT
HM RECEIVABLES
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

041170P001-1435A-598
HOUGHTON MIFFLIN HARCOURT
125 HIGH ST
BOSTON MA 02110

017017P001-1435A-598
HOUGHTON MIFFLIN HARCOURT CO
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

013682P001-1435A-598
HOUGHTON MIFFLIN HARCOURT PUBLISHING CO
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

001360P001-1435A-598
HOUGHTON MIFFLIN RECEIVABLES CO LLC
14046 COLLECTIONS CTR DR
CHICAGO IL 60693

021030P001-1435A-598
HOUMA CHRISTIAN SCHOOL
KATHY LUICE
109 VALHI BLVD
HOUMA LA 70360

022891P001-1435A-598
HOUMA DIGESTIVE HEALTH SPECIAL
PO BOX 12679
BELFAST ME 04915

022892P001-1435A-598
HOUMA EMERGENCY MEDICINE ASSOCIATION
PO BOX 7338
PHILADELPHIA PA 19101

022894P001-1435A-598
HOUMA OUTPATIENT SURGERY CENTER
3717 HOUMA BLVD STE 300
METAIRIE LA 70006

022895P001-1435A-598
HOUMA RADIOLOGY ASSOC PC
PO BOX 3837
HOUMA LA 70361

017018P001-1435A-598
HOUMAS HOUSE PLANTATION
40136 HIGHWAY 942
DARROW LA 70725

015828P001-1435A-598
HOUSE DOCTORS
76026 BEVERLY DR
COVINGTON LA 70435

015829P001-1435A-598
HOUSE OF PAIN
PO BOX 333
911 W HOLIDAY DR
FATE TX 75132

021031P001-1435A-598
HOUSE OF PAIN
P O BOX 333
FATE TX 75132

022896P001-1435A-598
HOUSTON HOSPICE
1905 HOLCOMBE BLVD
HOUSTON TX 77030

022897P001-1435A-598
HOUSTON METHODIST BAYTOWN HOSP
PO BOX 47555
HOUSTON TX 77210

001361P001-1435A-598
HOUSTON METHOLDIST
PO BOX 3133
HOUSTON TX 77253-3133

022898P001-1435A-598
HOUSTON RADIOLOGY ASSOCIATED
DEPT 488
PO BOX 4346
HOUSTON TX 77210

017019P001-1435A-598
HOWARD COMPUTERS
PO BOX 1588
LAUREL MS 39441

019773P001-1435A-598
HOWARD IND INC
PO BOX 11407
BIRMINGHAM AL 35246-1132

010420P001-1435A-598
HOWARD JOHNSON INN
105 LAMAR ST
HOUMA LA 70360

022899P001-1435A-598
HOWARD N CHIPMAN III MD
3705 TAMPA RD STE 22
OLDSMAR FL 34677

021032P001-1435A-598
HOWARD PERFORMANCE ARCHITECTURE LLC
650 POYDRAS ST
STE 2800
NEW ORLEANS LA 70130

Case 20-10846 Doc 4285-5 Filed 09/02/25 Entered 09/02/25 14:00:75 in Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 521 of 1525
US First Class Mail
Exhibit Pages

Page # : 203 of 1204                                                                08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 017020P001-1435A-598<br>HOWARD TECHNOLOGIES SOLUTIONS<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1132 | 018564P001-1435A-598<br>HOWARD TECHNOLOGY SOLUTIONS<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1132 | 018565P001-1435A-598<br>HP INC<br>PO BOX 419520<br>BOSTON MA 02241-9520 | 030978P001-1435A-598<br>HRI PROPERTIES<br>TOM LEONHARD<br>ADDRESS INTENTIONALLY OMITTED |
| 018566P001-1435A-598<br>HRON MANAGEMENT LLC<br>5613 SALMEN ST<br>HARAHAN LA 70123 | 022900P001-1435A-598<br>HS HEALTH SPECIALIST LLC<br>PO BOX 10646<br>MERRILLVILLE IN 46411 | 022902P001-1435A-598<br>HUBBELL DERMATOLOGY AND AESTHE<br>913 S COLLEGE RD STE 216<br>LAFAYETTE LA 70503 | 010421P001-1435A-598<br>HUBCO<br>11TH FLOOR OCEAN TOWER<br>G-3 BLOCK-9 MAIN CLIFTON RD<br>PO BOX NO 13841<br>KARACHI  75600<br>PAKISTAN |
| 000104P001-1435S-598<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163 | 031603P001-1435A-598<br>HUBER THOMAS AND MARCELLE<br>STEPHEN HUBER<br>1100 POYDRAS ST STE 2200<br>NEW ORLEANS LA 70163 | 013683P001-1435A-598<br>HUDL<br>29775 NETWORK PL<br>CHICAGO IL 60673-1775 | 041171P001-1435A-598<br>HUDSON GLOBAL SCHOLARS, LLC<br>(CATHOLIC VIRTUAL)<br>729 SW FEDERAL HWY<br>STE 102<br>STUART FL 34994 |
| 010422P001-1435A-598<br>HUDSON NEWS-NEW ORLEANS<br>800 AIRLINE DR<br>KENNER LA 70062 | 010423P001-1435A-598<br>HUEY P'S PIZZERIA<br>139 HUEY P LONG AVE<br>GRETNA LA 70053 | 013684P001-1435A-598<br>HUMBUG<br>2707 WILLIAMS BLVD<br>KENNER LA 70062 | 015830P001-1435A-598<br>HUMPHREYS LANDSCAPE CONTRACTING<br>67127 MONTIAGNE ST<br>MANDEVILLE LA 70471 |
| 000328P001-1435A-598<br>HUNT TELECOM<br>110 E COLEMAN AVE<br>HAMMOND LA 70403 | 009146P001-1435A-598<br>HUNT TELECOM<br>106 METAIRIE LAWN DR<br>STE 200<br>METAIRIE LA 70001 | 001366P001-1435A-598<br>HUNT TELECOMMUNICATIONS LLC<br>PO BOX 733869<br>DALLAS TX 75373-3869 | 015831P001-1435A-598<br>HUNTER SYSTEMS<br>3500 BLUE LAKE DR - STE 400<br>BIRMINGHAM AL 35243 |
| 022903P001-1435A-598<br>HUNTERGREENAWAY NIKKI<br>PO BOX 13481<br>NEW ORLEANS LA 70185 | 026248P001-1435A-598<br>HUNTINGTON LEARNING CENTER<br>496 KINDERKAMACK RD<br>ORADELL NJ 07649 | 015832P001-1435A-598<br>HUNTINGTON TECHNOLOGY FINANCE<br>L-3721<br>41 SOUTH HIGH ST<br>COLUMBUS OH 43260-3721 | 015833P001-1435A-598<br>HWY 21 FIRESTONE<br>71329 HWY 21<br>COVINGTON LA 70433 |
| 001368P001-1435A-598<br>HY TECH ROOFING INC<br>10371 AIRLINE HWY<br>ST ROSE LA 70087 | 013686P001-1435A-598<br>HYATT<br>800 IBERVILLE ST<br>NEW ORLEANS LA 70112 | 015834P001-1435A-598<br>HYATT PLACE GREENVILLE/HAYWOOD<br>40 WEST ORCHARD PK DR<br>GREENVILLE SC 29615 | 013687P001-1435A-598<br>HYATT PLACE KANSAS CITY/LENEXA CITY CENTER<br>8741 RYCKERT ST<br>LENEXA KS 66219 |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:15 in PDF Exhibit A Page 522
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 522 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

034901S001-1435A-598
HYDE CORRECTIONAL INSTITUTE
JAMES TOPPING
PO BOX 278
SWANQUARTER NC 27885-0278

021033P001-1435A-598
HYMELS AUTO PARTS AND SVC
501 E AIRLINE HWY
LAPLACE LA 70068

021035P001-1435A-598
HYMELS TURF AND LANSCAPE LLC
3475 WEST AIRLINE HWY
RESERVE LA 70084

017021P001-1435A-598
HYROM BUCHANAN
8710 HIGHWAY 23 #864
BELLE CHASSE LA 70037

013688P001-1435A-598
HYTECH ROOFING SERVICES, INC
10371 AIRLINE HIGHWAY
ST. ROSE LA 70087

021036P001-1435A-598
HYTEK LTD
P O BOX 27789
NEW BERN NC 28562

022904P001-1435A-598
I RICARDO MARTINEZ MD PHD
4224 HOUMA BLVD STE 360
METAIRIE LA 70006

001369P002-1435A-598
I SAFE INC
1947 CAMINO VIDAS ROBLE STE 200
CARLSBAD CA 92008-6540

017022P001-1435A-598
I SEW NOLA
5232 RICHLAND DR
MARRERO LA 70072

012096P001-1435A-598
I SHRED
PO BOX 4058
COVINGTON LA 70434

021048P001-1435A-598
I-PAGES AMERICA
P O BOX 1406
CHAMPLAIN NY 12919-1406

010424P001-1435A-598
IAH TO GO
2800 N TERMINAL RD
HOUSTON TX 77032

015835P001-1435A-598
IAT INTERACTIVE, LLC
333 NORTH BEDFORD RD
STE 110
MOUNT KISCO NY 10549

031081P001-1435A-598
IBERIA INVESTMENT FUND II, LLC
JEFFREY J ENTWISLE
THE ARCHIDOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001371P001-1435A-598
IBOS ROOFING CO INC
PO BOX 3850
COVINGTON LA 70434

012097P001-1435A-598
IBOS ROOFING CO, INC
P O DRAWER 3850
COVINGTON LA 70434

018568P001-1435A-598
ICON LIVE TECHNOLOGIES
500 E TENNESSEE ST  STE 5
FLORENCE AL 35630

009863P001-1435A-598
ICONIC PROMOTIONS LLC
GEOFF JENSEN
2764 FAIRFIELD DR
GRETNA LA 70056

026414P001-1435A-598
ICONTACT LLC
2121 RDU CENTER DR
4TH FLOOR
MORRISVILLE NC 27560

026416P001-1435A-598
ICR INTERNATIONAL CHRISTIAN RESOURCES
3608 TARTANCROFT PL
FUQUAY-VARINA NC 27526

026415P001-1435A-598
ICR LICENSING
3608 TARTANCROFT PL
FUQUAY-VARINA NC 27526

035716S001-1435A-598
IDAHO STATE CORRECTIONAL CTR
DARIN HUNSUCKER
PO BOX 70010
BOISE ID 83707-0110

035360S001-1435A-598
IDAHO STATE CORRECTIONAL INSTN
SELAH WORLEY
PO BOX 14
BOISE ID 83707-0014

018569P001-1435A-598
IDEA ART
PO BOX 291505
NASHVILLE TN 37229-1505

009269P001-1435A-598
IDEAL APPLIANCE PARTS
3417 DIVISION ST
METAIRIE LA 70002

013690P001-1435A-598
IDEAL SIGNS - TEXAS
79 EASTVIEW DR STE 101
GEORGETOWN TX 78626

018570P001-1435A-598
IDEAL SIGNS, LLC
79 EASTVIEW DR
GEORGETOWN TX 78626

018571P001-1435A-598
IDEALEASE OF ACADIANA, LLC
PO BOX 52376
LAFAYETTE LA 70505

Case 20-10846 Doc 4635-4 Filed 09/05/25 Entered 09/05/25 14:00:45 PD Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 523 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

019756P001-1435A-598
IDENTIFICATION PRODUCTS MFG CO
13777 W LAUREL DR
LAKE FOREST IL 60045

041172P001-1435A-598
IDENTOGO
4520 YORK ST
METAIRIE LA 70001

017023P001-1435A-598
IDN ACME, INC
1504 JUSTIN RD
METAIRIE LA 70001

015836P001-1435A-598
IDVILLE
5376 52ND ST SE
GRAND RAPIDS MI 49512

026164P001-1435A-598
IGIVE CATHOLIC
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

009384P001-1435A-598
IGNATIUS PRESS
PO BOX 1339
FORT COLLINS CO 80522

015837P001-1435A-598
IGNATIUS PRESS
BOX 1339
FORT COLLINS CO 80522

018572P001-1435A-598
IHEART MEDIA
929 HOWARD AVE
NEW ORLEANS LA 70113

010425P001-1435A-598
IHOP
833 CANAL ST
NEW ORLEANS LA 70112

015838P001-1435A-598
IHOP
325 N HWY 190
COVINGTON LA 70433

001372P001-1435A-598
IIA NEW ORLEANS CHAPTER
IIA TREASURER
1450 POYDRAS
STE 140
NEW ORLEANS LA 70112

033646S001-1435A-598
ILLINOIS DEPARTMENT-JUVENILE
ANDREW MONTGOMERY
ILLINOIS DEPARTMENT OF JUVENIL
SPRINGFIELD IL 62704-1323

036153S001-1435A-598
ILLINOIS DEPARTMENT-JUVENILE
MELISSA STEWART
ILLINOIS DEPARTMENT OF JUVENIL
SPRINGFIELD IL 62704-1323

022905P001-1435A-598
ILSA ARAKI LPC
1301 BROWNSWITCH RD
SLIDELL LA 70461

010426P001-1435A-598
IMAGE MARKET
10045 SCOTT CIR
OMAHA NE 68122

009864P001-1435A-598
IMAGINATION PLAYGROUND LLC
5 UNION SQUARE WEST
8TH FLOOR
NEW YORK NY 10003

009865P001-1435A-598
IMAGINE THIS ENTERPRISES INC
DBA: JAGUAR EDUCATIONAL SOMERSET MEDIA
PO BOX 11930
CHARLESTON WV 25339

001373P001-1435A-598
IMC CONSULTING ENGINEERS INC
2714 INDEPENDENCE ST
METAIRIE LA 70006

013691P001-1435A-598
IMC CONSULTING ENGINEERS, INC
3120 20TH ST
METAIRIE LA 70002

022906P002-1435A-598
IMG PHYSICIANS LLC
PO BOX 1713
MANDEVILLE LA 70470-1713

032082S001-1435A-598
IMMACULATE
MATT CHAMPAGNE
6250 WASHINGTON ST
GROVES TX 77619-5351

031082P001-1435A-598
IMMACULATE CONCEPTION
ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031083P001-1435A-598
IMMACULATE CONCEPTION
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033092S001-1435A-598
IMMACULATE CONCEPTION
GUADUALPE MAYORGA
PO BOX 816
DIMMITT TX 79027-0816

010427P001-1435A-598
IMMACULATE CONCEPTION ALTAR SOCIETY
4401 7TH ST
MARRERO LA 70072

010428P001-1435A-598
IMMACULATE CONCEPTION CAFETERIA
4401 7TH ST
MARRERO LA 70072

032124S001-1435A-598
IMMACULATE CONCEPTION CATHOLIC
TOM GOODWIN
PO BOX 189
SKIDMORE TX 78389-0189

032829S001-1435A-598
IMMACULATE CONCEPTION CATHOLIC
CHARLES J MORGAN
PO BOX 385
DUPONT LA 71329-0385

Case 20-10846 Doc 4325-5 Filed 09/26/25 Entered 09/26/25 14:60:75 in PDF Exh 4nt A Page 524
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 524 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

---

033371S001-1435A-598
IMMACULATE CONCEPTION CATHOLIC
PETER P NGUYEN
PO BOX 944
INDIANOLA MS 38751-0944

001374P001-1435A-598
IMMACULATE CONCEPTION CHURCH
4401 SEVENTH ST
MARRERO LA 70072

0104429P001-1435A-598
IMMACULATE CONCEPTION CHURCH
4401 7TH ST
MARRERO LA 70072

018573P001-1435A-598
IMMACULATE CONCEPTION CHURCH
130 BARONNE ST
NEW ORLEANS LA 70112-2304

032637S001-1435A-598
IMMACULATE CONCEPTION CHURCH
PAMELA URBINA
PO BOX 1
RIO GRANDE CITY TX 78582-0001

032768S001-1435A-598
IMMACULATE CONCEPTION CHURCH
TODD LLOYD
PO BOX 158
LAKELAND LA 70752-0158

032077S001-1435A-598
IMMACULATE CONCEPTION CTHDRL
ERIN COBB
PO BOX 1029
LAKE CHARLES LA 70602-1029

033481S001-1435A-598
IMMACULATE CONCEPTION MISSION
JOSEPH VATHALLOOR
PO BOX 96
KNICKERBOCKER TX 76939-0096

032162S001-1435A-598
IMMACULATE CONCEPTION PARISH
VINCENT DUFRESNE
PO BOX 1609
DENHAM SPRINGS LA 70727-1609

032791S001-1435A-598
IMMACULATE CONCEPTION PARISH
SUSIL FERNANDO
515 BRYAN ST
JENNINGS LA 70546-6601

033302S001-1435A-598
IMMACULATE CONCEPTION PARISH
RAPHAEL BAIDO
PO BOX 4070
VICTORIA TX 77903-4070

033305S001-1435A-598
IMMACULATE CONCEPTION PARISH
ROBERT WILLIAMS
PO BOX 798
CORSICANA TX 75151-0798

001375P001-1435A-598
IMMACULATE CONCEPTION SCHOOL
601 AVE C
MARRERO LA LA 70072-2098

017024P001-1435A-598
IMMACULATE CONCEPTION SCHOOL
601 AVE C
MARRERO LA 70072

041173P001-1435A-598
IMMACULATE CONCEPTION SCHOOL
4401 7TH ST
MARRERO LA 70072

010430P001-1435A-598
IMMACULATE CONCEPTION SCHOOL AND
ASHLEY LOUVIERE
4401 7TH ST
MARRERO LA 70072

010431P001-1435A-598
IMMACULATE CONCEPTION SCHOOL ATHLETICS
4401 7TH ST
MARRERO LA 70072

033068S001-1435A-598
IMMACULATE CONCEPTION-MARION
EDWARD PAVLICEK
PO BOX 929
SCHERTZ TX 78154-0929

032621S001-1435A-598
IMMACULATE HEART OF MARY
THOMAS DELANEY
PO BOX 313
GREENWOOD MS 38935-0313

032790S001-1435A-598
IMMACULATE HEART OF MARY CHR
PATRICIA HINTON SR
PO BOX 309
HOUSTON MS 38851-0309

032958S001-1435A-598
IMMACULATE HEART OF MARY CHR
RAJ SAMALA
PO BOX 130
GROOM TX 79039-0130

033013S001-1435A-598
IMMACULATE HEART OF MARY CHR
P N HISOJOSA
PO BOX 5
ENCINAL TX 78019-0005

031084P001-1435A-598
IMMACULATE HEART OF MARY, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001376P001-1435A-598
IMMACULEE ILIBAGIZA LLC
PO BOX 4075
GRAND CENTRAL STATION
NEW YORK NY 10163

010432P001-1435A-598
IMMACULEEBIZ
4401 7TH ST
MARRERO LA 70072

041174P001-1435A-598
IMMENSE NETWORKS, LLC
102226 JEFFERSON HWY
STE 100
BATON ROUGE LA 70809

012098P001-1435A-598
IMPACT APPLICATIONS INC
2000 TECHNOLOGY DR STE 150
PITTSBURG PA 15219

018574P001-1435A-598
IMPACT APPLICATIONS INC
PO BOX 83228
CHICAGO IL 60691-0228

Case 20-10846 Doc 4365-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 Filed 525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 525 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015839P001-1435A-598<br>IMPACT APPLICATIONS, INC<br>2000 TECHNOLOGY DR STE 150<br>PITTSBURGH PA 15219 | 018575P001-1435A-598<br>IMPACT PUBLICATIONS<br>9104-N MANASSAS DR<br>MANASSAS PARK VA 20111 | 021037P001-1435A-598<br>IMPACT PUBLICATIONS<br>P O BOX 3424<br>CHAMPLAIN NY 12919-3424 | 022907P001-1435A-598<br>IMPERIAL HEALTH LLP<br>501 DR MICHAEL DEBAKEY DR<br>LAKE CHARLES LA 70601 |
| 021038P001-1435A-598<br>IMPERIAL PRINTING<br>119 BELLE TERRE BLVD<br>LAPLACE LA 70068 | 009463P001-1435A-598<br>IMPERIAL WOODWORKS INC<br>PO BOX 7835<br>WACO TX 76714 | 010433P001-1435A-598<br>IMPRINTCOM<br>14550 BEECHNUT ST<br>HOUSTON TX 77083 | 022910P001-1435A-598<br>IN AND OUT URGENT CARE<br>PO BOX 62955<br>NEW ORLEANS LA 70162 |
| 029662P001-1435A-598<br>IN AND OUT URGENT CARE<br>6225 CLAIBORNE AVE<br>NEW ORLEANS LA 70125 | 022911P001-1435A-598<br>IN AND OUT URGENT CARE COVINGT<br>STE 100 13130 HIGHWAY 1085<br>COVINGTON LA 70433 | 010434P001-1435A-598<br>IN HIS NAME INC<br>5300 ATLANTIC AVE<br>STE 108<br>RALEIGH NC 27609 | 041177P001-1435A-598<br>IN-TELECOM<br>573 JOHNNY F SMITH AVE<br>SLIDELL LA 70460 |
| 017025P002-1435A-598<br>INACOL<br>1100 N GLEBE RD STE 1010<br>ARLINGTON VA 22201-5786 | 031085P001-1435A-598<br>INCARNATE WORD, INC<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 015840P001-1435A-598<br>INDECO SALES, INC<br>805 E 4TH AVE<br>BELTON TX 76513 | 022912P001-1435A-598<br>INDEPENDENCE EMERG GROUP LLC<br>PO BOX 400<br>SAN ANTONIO TX 78292 |
| 022913P001-1435A-598<br>INDEPENDENCE EMERG GROUP LLC<br>PO BOX 679491<br>DALLAS TX 75267 | 022914P001-1435A-598<br>INDEPENDENCE EMERGENCY GROUP<br>PO BOX 400<br>SAN ANTONIO TX 78292 | 022915P001-1435A-598<br>INDEPENDENCE EMERGENCY GROUP<br>PO BOX 679491<br>DALLAS TX 75267 | 022916P001-1435A-598<br>INDEPENDENCE PHYSICIAN SVC<br>PO BOX 2955 MSC 999<br>SAN ANTONIO TX 78299 |
| 022917P001-1435A-598<br>INDEPENDENCE PHYSICIAN SVC<br>PO BOX 679491<br>DALLAS TX 75267 | 009866P001-1435A-598<br>INDIA STEWART DESIGNS<br>5500 PRYTANIA ST UNIT 116<br>NEW ORLEANS LA 70115 | 036532S001-1435A-598<br>INDIAN CREEK CORRECTIONAL CTR<br>ALAN DORROUGH<br>PO BOX 16481<br>CHESAPEAKE VA 23328-6481 | 036860S001-1435A-598<br>INDIAN CREEK CORRECTIONAL CTR<br>ERIC YANCEY<br>PO BOX 16481<br>CHESAPEAKE VA 23328-6481 |
| 015841P001-1435A-598<br>INDIGO INSTRUMENTS<br>169 LEXINGTON CT<br>UNIT 1<br>WATERLOO ON N2J 4R9<br>CANADA | 017026P001-1435A-598<br>INDUSTRIAL FIRE AND SAFETY, INC<br>PO BOX 98<br>GRETNA LA 70054-0098 | 009177P001-1435A-598<br>INDUSTRIAL WELDING SUPPLY<br>125 THRUWAY PK<br>BROUSSARD LA 70518 | 032173S001-1435A-598<br>INFANT JESUS CATHOLIC CHURCH<br>MICHAEL BALUYOT<br>PO BOX 8180<br>LUMBERTON TX 77657-0180 |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 16:07:54 Main Document Page 526
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 526 of 1525
US First Class Mail
Exhibit Pages

031581P001-1435A-598
INFANT JESUS OF PRAGUE MISSION
ST MARTHA PARISH
2555 APOLLO DR
HARVEY LA 70058

031683P001-1435A-598
INFANT JESUS OF PRAGUE MISSION
C/O ST. MARTHA PARISH
2555 APOLLO DRIVE
HARVEY LA 70058

019775P001-1435A-598
INFINI TEES
815 ROBERT BLVD
SLIDELL LA 70458

021039P001-1435A-598
INFINITY SCIENCE CENTER
PO BOX 580
PEARLINGTON MS 39572

026603P001-1435A-598
INFINITY SCIENCE CENTER
1 DISCOVERY CIR
PEARLINGTON MS 39572

012099P001-1435A-598
INFLATABLE ZOO NORTHSHORE
218 CALUMET DR
MADISONVILLE LA 70447

010435P001-1435A-598
INFLATABLE ZOO OF GREATER NEW ORLEANS
450 31ST ST
KENNER LA 70065

015842P001-1435A-598
INFLATABLE ZOO OF THE NORTHSHORE
403 MARIA AVE
ABITA SPRINGS LA 70420

015843P001-1435A-598
INFLATABLES OF THE NORTHSHORE
824 PINETREE ST
SLIDELL LA 70461

018576P001-1435A-598
INFOBASE
PO BOX 809205
CHICAGO IL 60680-9201

015844P001-1435A-598
INFOBASE LEARNING
PO BOX 809205
CHICAGO IL 60680-9201

021040P001-1435A-598
INFOBASE PUBLISHING
PO BOX 809205
CHICAGO IL 60680-9201

041650P001-1435A-598
INFORMATION CONTROLS INC
PO BOX 7147
ROCKFORD IL 61126

022919P001-1435A-598
INFUSYSTEM INC
PO BOX 204458
DALLAS TX 75320

029523P001-1435A-598
INGRID FIELDS
ADDRESS INTENTIONALLY OMITTED

022920P001-1435A-598
INGRID K ROSKOS MD
1150 ROBERT BLVD STE 360
SLIDELL LA 70458

018577P001-1435A-598
INKA'S UNIFORMS
11626 SHERWOOD FOREST CT
BATON ROUGE LA 70816

009867P001-1435A-598
INNISBROOK
PO BOX 580040
CHARLOTTE NC 28258-0040

009868P001-1435A-598
INNISBROOK SCHOOL SUPPLIES
P O BOX 580040
CHARLOTTE NC 28258-0040

009292P001-1435A-598
INNISBROOK WRAPS
422 N CHIMNEY ROCK RD
GREENSBORO NC 27410

018578P001-1435A-598
INNOVATIVE CEILING SYSTEMS LLC
4404 CLEARLAKE DR
METAIRIE LA 70006

022921P001-1435A-598
INNOVATIVE MEDICAL CLINIC
1570 LINDBERG DR STE 14
SLIDELL LA 70458

022922P001-1435A-598
INNOVATIVE MEDICAL CLINIC
985 ROBERT BLVD STE 103
SLIDELL LA 70458

022923P001-1435A-598
INNOVATIVE ORTHOTICS PROSTH
720 WILLIAMS BLVD
KENNER LA 70062

022924P002-1435A-598
INNOVATIVE SUIT THERAPY FITN
21489 KOOP DR STE 3
MANDEVILLE LA 70471-7508

018579P001-1435A-598
INPRINT SOLUTIONS
2237 N HULLEN ST
STE 302
METAIRIE LA 70001

037092P001-1435A-598
INPRINT SOLUTIONS
8304 OAK STREET
NEW ORLEANS LA 70118

019776P001-1435A-598
INR
PO BOX 5757
CONCORD CA 94524-0757

Case 20-10846 Doc 4352-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Ex 4 t Affidavit
of Service Regarding Solicitation Packages Page 527 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 209 of 1204                                                         08/27/2025 05:45:59 PM

015845P001-1435A-598
INSIDE NORTHSIDE
PO BOX 9148
MANDEVILLE LA 70470

012100P001-1435A-598
INSIDE PUBLICATIONS
PO BOX 9148
MANDEVILLE LA 70470

021041P001-1435A-598
INSIGHT
P O BOX 78825
PHOENIX AZ 85062-8825

018580P001-1435A-598
INSIGHT DIRECT USA
PO BOX 731069
DALLAS TX 75373-1069

001379P001-1435A-598
INSIGHT KNOWLEDGE MANAGEMENT SYS LL
PO BOX 372
POTTSTOWN PA 19464

000315P001-1435A-598
INSIGHT KNOWLEDGEMENT MANAGEMENT SYSTEMS
1288 VLY FORGE RD
STE 54
VALLEY FORGE PA 19481-0294

010436P001-1435A-598
INSIGHT MEDIA
3 MORGAN AVE # 2
NORWALK CT 06851

037071S001-1435A-598
INSIGHT PRISON PROJECT
LEONARD RUBIO
PO BOX 29
SAN QUENTIN CA 94964-0029

021042P001-1435A-598
INSIGHT PUBLIC SECTOR
PO BOX 713096
COLUMBUS OH 43271-3096

010437P001-1435A-598
INST FOR BRAIN POTENTIAL
245 W PACHECO BLVD
LOS BANOS CA 93635

009869P001-1435A-598
INSTA-GATOR RANCH
PO BOX 3399
COVINGTON LA 70434

013692P001-1435A-598
INSTA-GATOR RANCH AND HATCHERY
PO BOX 3399
COVINGTON LA 70434

015846P001-1435A-598
INSTANT360
5050 NEW RD
STE B
SOMERS POINT NJ 08244

021043P001-1435A-598
INSTITUTE FOR EDUCATIONAL DEVELOPMENT
P O BOX 718
MEDINA WA 98039-0718

001380P001-1435A-598
INSTITUTE FOR PRIESTLY FORMATION
2500 CALIFORNIA PLZ
OMAHA NE 68178-0207

041175P001-1435A-598
INSTITUTE FOR SCHOOL AND PARISH DEVELOPMENT
15 LOG CABIN LN
PEARL RIVER LA 70452

026604P001-1435A-598
INSTITUTE FOR THE ADVANCEMENT OF SCIENCE
1200 NEW YORK AVE NW
WASHINGTON DC 20005

001381P001-1435A-598
INSTITUTE OF BLACK CATHOLIC STUDIES
1 DREXEL DR - BOX 49
NEW ORLEANS LA 70125

001382P001-1435A-598
INSTITUTE OF CERTIFIED RECORDS MANAGERS
230 WASHINGTON AVE EXT
ALBANY NY 12203-3539

012101P001-1435A-598
INSTITUTE OF SCHOOL AND PARISH DEVELOPMENT
2713 ATHANIA PKWY STE 200
METAIRIE LA 70002

009449P001-1435A-598
INSTRUCTOR MAGAZINE
PO BOX 420798
PALM COAST FL 32142-0798

018581P001-1435A-598
INSTRUCTURE
6330 SOUTH 3000 EAST
STE 300
SALT LAKE CITY UT 84121

015847P001-1435A-598
INSTRUCTURE, INC
DEPT CH 16968
PALATINE IL 60055-6968

015848P001-1435A-598
INSTRUMENTALIST AWARDS LLC
PAYMENT PROCESSING CENTER
1838 TECHNY CT
NORTHBROOK IL 60062

013693P001-1435A-598
INSULATION TECHNOLOGIES, INC
PO BOX 98
HARVEY LA 70059

021044P001-1435A-598
INTACT PUBLICATIONS
P O BOX 3345
CHAMPLAIN NY 12919-3345

018582P001-1435A-598
INTECH
PO BOX 12248
ALEXANDRIA LA 71315

001383P001-1435A-598
INTEGRAL PSYCHOLOGICAL CONSULTING SVC
5251 OFFICE PK DR
STE 201
BAKERSFIELD CA 93309

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Ex 4 Filed 528
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 528 of 1525
US First Class Mail
Exhibit Pages

022925P001-1435A-598
INTEGRATED BEHAVIORAL HEALTH
400 POYDRAS ST STE 1780
NEW ORLEANS LA 70130

015849P001-1435A-598
INTEGRATED BIONICS, INC
2000 S DAIRY ASHFORD RD
STE 280
HOUSTON TX 77077

019777P001-1435A-598
INTEGRATED DATA SYSTEMS LLC
106 METAIRIE LAWN DR
STE200
METAIRIE LA 70001

021045P001-1435A-598
INTEGRATED DATA SYSTEMS LLC
106 METAIRIE LAWN DR
STE 200
METAIRIE LA 70001

015850P001-1435A-598
INTEGRATED DATA SYSTEMS, LLC
106 METAIRIE LAWN DR
STE 200
METAIRIE LA 70113

018583P001-1435A-598
INTEGRATED DATA SYSTEMS, LLC
106 LAWN DR  STE 200
METAIRIE LA 70001

022927P001-1435A-598
INTEGRATED DERMATOLOGY OF PONC
180 N 5TH ST
PONCHATOULA LA 70454

012102P002-1435A-598
INTEGRATED MANAGEMENT SOLUTIONS, LLC
43222 PECAN RIDGE DR
HAMMOND LA 70403-0605

022928P001-1435A-598
INTEGRATED MEDICAL SVC HA
PO BOX 716
MANDEVILLE LA 70470

022929P001-1435A-598
INTEGRATED PAIN AND NEURO PAY
PO BOX 11951
BELFAST ME 04915

022930P001-1435A-598
INTEGRATED SPINE DISC
STE D 3441 E CAUSEWAY APPROACH
MANDEVILLE LA 70448

022931P001-1435A-598
INTEGRATED WELLNESS CLINIC
44125 S AIRPORT RD
HAMMOND LA 70403

022932P001-1435A-598
INTEGRATIVE TOUCH PEDIATRIC O
STE 4899 WESTBANK EXPY
MARRERO LA 70072

022933P001-1435A-598
INTEGRATIVE TOUCH PEDIATRIC OT
4899 WESTBANK EXPY STE D
MARRERO LA 70072

018584P001-1435A-598
INTEGRITY ABBEY FLOORING CENTER
2835 VIRGINIA ST
KENNER LA 70062

041176P001-1435A-598
INTEGRITY ELEVATOR SOLUTIONS, LLC
PO BOX 2169
BUNA TX 77612

022934P001-1435A-598
INTEGRITY PHYSICAL THERAPY LLC
1144 HIGHWAY 59 STE 3
MANDEVILLE LA 70448

015851P001-1435A-598
INTELLIVOL, LLC
PO BOX 613
COPPELL TX 75019

022935P001-1435A-598
INTENSIVIST GROUP LLC
650 UNITED DR STE 200
CONWAY AR 72032

040803P001-1435A-598
INTERACTIVE BROKERS RETAIL EQUITY CLEARING
KARIN MCCARTHY
8 GREENWICH OFFICE PARK
GREENWICH CT 06831

015852P001-1435A-598
INTERCONTINENTAL HOTEL
444 ST CHARLES AVE
NEW ORLEANS LA 70130

041178P001-1435A-598
INTERFACE SECURITY SYSTEMS
PO BOX 660824
DALLAS TX 75266

041179P001-1435A-598
INTERFACE SECURITY SYSTEMS LLC
8339 SOLUTIONS CTR
CHICAGO IL 60677-8003

018585P001-1435A-598
INTERFACE SECURITY SYSTEMS, LLC
8339 SOLUTIONS CTR
CHICAGO LA 60677-8003

022936P001-1435A-598
INTERIM HEALTHCARE OF SOUTHEAS
71677 RIVERSIDE DR
COVINGTON LA 70433

029664P001-1435A-598
INTERIORS
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124

026417P001-1435A-598
INTERLOGIC OURTSOURCING
25325 LEER DR
ELKHART IN 46514

026113P001-1435A-598
INTERLOGIC OUTSOURCING INC
1710 LEER DR
ELKHART IN 46514

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 529 of 1525
US First Class Mail
Exhibit Pages

---

018586P001-1435A-598
INTERMEDIA TECHNOLOGIES
PO BOX 5935  DRAWER  1061
TROY MI 48007-5935

022937P001-1435A-598
INTERNAL MEDICINE ASSOCIATES
STE 200 11001 EXECUTIVE CENTER DR
LITTLE ROCK AR 72211

022938P001-1435A-598
INTERNAL MEDICINE CLINIC
911 VERRET ST
HOUMA LA 70360

022940P001-1435A-598
INTERNAL MEDICINE CONSU
PO BOX 733576
DALLAS TX 75373

022941P001-1435A-598
INTERNAL MEDICINE CONSULTANTS
PO BOX 733576
DALLAS TX 75373

029665P001-1435A-598
INTERNAL MEDICINE SPECIALIST
3525 PRYTANIA ST STE 526
NEW ORLEANS LA 70115

022942P001-1435A-598
INTERNAL MEDICINE SPECIALISTS
PO BOX 51767
LAFAYETTE LA 70505

001384P001-1435A-598
INTERNAL MEDICINE SPECIALISTS INC
A PROFESSIONAL CORP
PO BOX 51767
LAFAYETTE LA 70505-1767

000009P001-1435S-598
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-598
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P003-1435A-598
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON DC 20004-2541

000012P001-1435S-598
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

026249P001-1435A-598
INTERNAL REVENUE SVC
1555 POYDRAS ST
NEW ORLEANS LA 70112

009870P001-1435A-598
INTERNATIONAL ACADEMY OF SCIENCE
26900 E PINK HILL RD
INDEPENDENCE MO 64057

015853P001-1435A-598
INTERNATIONAL ASSOC OF LIONS COVINGTON
PO BOX 605
COVINGTON LA 70434

012103P001-1435A-598
INTERNATIONAL BIG HISTORY ASSOCIATION
BROOKS COLLEGE OF INTERDISCIPLINARY STUDIES
GRAND VALLEY STATE UNIVERSITY
1 CAMPUS DR
148 LAKE MICHIGAN HALL
ALLENDALE MI 49401

013694P001-1435A-598
INTERNATIONAL CHRISTIAN RESOURCES
LICENSINGORG
MAILSTOP 3
PO BOX 4100
PORTLAND OR 97208-4100

013695P001-1435A-598
INTERNATIONAL CLARINET ASSOCIATION
829 BETHEL RD #216
COLUMBUS OH 43214

010438P001-1435A-598
INTERNATIONAL PALMS
1300 N ATLANTIC AVE
COCOA BEACH FL 32931

021046P001-1435A-598
INTERNATIONAL PUBLISHING SVC
55 ELM ST
CHAMPLAIN NY 12919

041180P001-1435A-598
INTERNATIONAL SCHOOL OF LOUSIANA
502 OLIVIER ST
NEW ORLEANS LA 70114

001385P001-1435A-598
INTERNATIONAL SOLUTIONS FOR GROWTH GROUP LLC
5525 SUPERIOR DR
STE C2
BATON ROUGE LA 70816

026485P001-1435A-598
INTERNATIONAL STUDENT LEADERSHIP INSTITUTE
1000 SEMINARY RD
DALTON PA 18414

015854P001-1435A-598
INTERNATIONAL TICKET CO
2301 NORTH HIGHWAY 190
STE 10
COVINGTON LA 70433

013696P001-1435A-598
INTERNET DOMAIN NAME SVC INC
924 BERGEN AVE
STE #289
JERSEY CITY NJ 07306-3018

009871P001-1435A-598
INTERNET SVC
ARCHDIOCESE OF NEW ORLEANS
1000 HOWARD AVE STE 1202
NEW ORLEANS LA 70113

017027P001-1435A-598
INTERSTATE MUSIC
13819 WEST NATIONAL AVE
NEW BERLIN WI 53151

015855P001-1435A-598
INTRADO INTERACTIVE SVC CORP
PO BOX 74007082
CHICAGO IL 60674-7082

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 Main Document Page 530
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 530 of 1525
US First Class Mail
Exhibit Pages

021047P001-1435A-598
INTREPID SPORTSWEAR
1607 DEXTER AVE N
STE 24
SEATTLE WA 98109

017028P001-1435A-598
INTREPID STONE SPECIALTIES
PO BOX 1298
HARVEY LA 70059

019778P001-1435A-598
INTUIT
PO BOX 351270
NEW BRAUNFELS TX 78135-1270

026155P001-1435A-598
INTUIT
2700 COAST AVE
MOUNTAIN VIEW CA 94043

041181P001-1435A-598
INTUIT
PO BOX 513340
LOS ANGELES CA 90051

026250P001-1435A-598
INTUIT 1099 E FILE SVC
2700 COAST AVE
MOUNTAIN VIEW CA 94043

026251P001-1435A-598
INTUIT CHECKS AND SUPPLIES
2700 COAST AVE
MOUNTAIN VIEW CA 94043

026328P001-1435A-598
INTUIT PAYROLL 1099'S ONLINE
2700 COAST AVE
MOUNTAIN VIEW CA 94043

026329P001-1435A-598
INTUIT QB ONLINE
2700 COAST AVE
MOUNTAIN VIEW CA 94043

026605P001-1435A-598
INTUIT QUICKBOOKS
2700 COAST AVE
MOUNTAIN VIEW CA 94043

041182P001-1435A-598
INTUIT QUICKBOOKS
2800 E COMMERERCE CTR PL
TUCSON AZ 85706

015856P001-1435A-598
INTUITIC, INC
50 RUE ST CHARLES QUEST
#201
LONGUEUIL QC J4H 1C6
CANADA

022943P001-1435A-598
INVITAE CORP
P O BOX 24132
PASADENA CA 91185

012104P001-1435A-598
INWOOD GARDENS'
1640 COLLINS BLVD
COVINGTON LA 70433

019779P001-1435A-598
INZER ADVANCE DESIGN
PO BOX 2981
LONGVIEW TX 75606

015857P001-1435A-598
INZER ADVANCE DESIGNS
INZER ADVANCE DESIGN
PO BOX 2981
LONGVIEW TX 75606

010439P001-1435A-598
IOGRAPHERLL
2275 HUNTINGTON DR
#815
SAN MARINO CA 91108

009210P001-1435A-598
IOI
1938 MOULTON RD
EASTPORT MI 49627

026330P001-1435A-598
IOI PAYROLL PROCESSING
25325 LEER DR
ELKHART IN 46514

034735S001-1435A-598
IOWA DEPARTMENT OF CORRECTIONS
DWAIN CALDWELL
PO BOX 4030
WATERLOO IA 50704-4030

015858P001-1435A-598
IOWA SOLUTIONS COM
1045 SHERMAN RD
HIAWATHA IA 52233

036289S001-1435A-598
IOWA STATE PENITENTIARY
PAUL DOHMAN
PO BOX 316
FORT MADISON IA 52627-0316

021010P001-1435A-598
IPARADIGIMS INC
DEPT 34258
PO BOX 39000
SAN FRANCISCO CA 94139

013697P001-1435A-598
IPARADIGMS
1111 BROADWAY
3RD FL
OAKLAND CA 94607

015859P001-1435A-598
IPARADIGMS, LLC
DEPT 34258
PO BOX 39000
SAN FRANCISCO CA 94139

021049P001-1435A-598
IPC PRINTING INC
11632 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809

009872P001-1435A-598
IPROMOTEU
DEPT 2419
PO BOX 122419
DALLAS TX 75312-2419

010440P001-1435A-598
IQ DESIGN PRODUCTS
2600 NJ-35
MANASQUAN NJ 08736

Case 20-10846 Doc 4385-4 Filed 09/09/25 Entered 09/09/25 14:00:74 in PDF Exhibit A Page 531
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 531 of 1525
US First Class Mail
Exhibit Pages

022944P001-1435A-598
IRFAN JAWED MD PLLC
4102 WOODLAWN AVE STE 160
PASADENA TX 77504

022945P001-1435A-598
IRHYTHM TECHNOLOGIES INC
DEPT CH 16837
PALATINE IL 60055

041652P001-1435A-598
IRIS GROUP HOLDING LLC
EVERONLLC 900008456
PO BOX 219044
KANSAS CITY MO 64121-9044

001386P001-1435A-598
IRON MOUNTAIN
PO BOX 915004
DALLAS TX 75391-5004

000321P001-1435A-598
IRON MOUNTAIN INFORMATION MANAGEMENT INC
PO BOX 915004
DALLAS TX 75391-5004

018587P001-1435A-598
IRON REBEL, INC
3921 E LA PALMA AVE 8
ANAHEIM CA 92807

000007P001-1435A-598
IRS INTERNAL REVENUE SVC
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

026331P001-1435A-598
IRS TAX WIRE
1555 POYDRAS ST
NEW ORLEANS LA 70112

026332P001-1435A-598
IRS TAX WIRE AND LA WIRE
1555 POYDRAS ST
NEW ORLEANS LA 70112

010441P001-1435A-598
ISABELLA'S PIZZERIA
2660 FLORIDA ST # A-B
MANDEVILLE LA 70448

010442P001-1435A-598
ISADORE NEWMAN SCHOOL
1903 JEFFERSON AVE
NEW ORLEANS LA 70115

015860P001-1435A-598
ISIDORE NEWMAN HIGH SCHOOL
1903 JEFFERSON AVE
NEW ORLEANS LA 70115

009873P001-1435A-598
ISIDORE NEWMAN SCHOOL
1903 JEFFERSON AVE
NEW ORLEANS LA 70115

021050P001-1435A-598
ISIDORE NEWMAN SCHOOL
RANDY ZELL
1903 JEFFERSON AVE
NEW ORLEANS LA 70115

027075P001-1435A-598
ISLAND COUNTRY CLUB
23550 MYRTLE GROVE RD
PLAQUEMINE LA 70764

026333P001-1435A-598
ISLAND VIEW CASINO RESORT
3300 W BEACH BLVD
GULFPORT MS 39501

026486P001-1435A-598
ISO HOT LLC
30 N GOULD ST STE R
SHERIDAN WY 82801

001388P001-1435A-598
ISOLANI ENDODONTICS
102 FONTAINBLEAU
STE E2
MANDEVILLE LA 70471

012105P001-1435A-598
ISPD
15 LOG CABIN LN
PEARL RIVER LA 70452

015861P001-1435A-598
ISPD
2713 ATHANIA PKWY
STE 200
METAIRIE LA 70002

036754S001-1435A-598
ISSAQUENA COUNTY CORRECTIONAL
ANNIE JOHNSTON
PO BOX 220
MAYERSVILLE MS 39113-0220

010443P002-1435A-598
ISTE
2800 S SHIRLINGTON RD STE 1001
ARLINGTON VA 22206-3624

012106P001-1435A-598
ISTE
180 W 8TH AVE STE 300
EUGENE OR 97401-2916

017029P001-1435A-598
IT'S A GIRL THING
1331 BARATARIA BLVD
MARRERO LA 70072

015862P001-1435A-598
ITA
301 HORD ST
HARAHAN LA 70123

013698P001-1435A-598
ITALIAN AMERICAN DIGEST
537 S PETERS ST
NEW ORLEANS LA 70130

026606P001-1435A-598
ITALIAN PIE
4350 LA 22
MANDEVILLE LA 70471

001370P001-1435A-598
ITS FIRE ALARM SECURITY LLC
3433 HWY 190  #293
MANDEVILLE LA 70471

The Roman Catholic Church of the Archdiocese of New Orleans,
US First Class Mail
Exhibit Pages

018567P001-1435A-598
ITS FIRE ALARM SECURITY, LLC
3433 HWY 190 PNB 293
MANDEVILLE LA 70471

041183P001-1435A-598
ITS FIRE ALARM SYSTEM, LLC
1701 HULLEN ST
METAIRIE LA 70001

019780P001-1435A-598
ITS FRAMED
1352 LINDBERG DR
SLIDELL LA 70458

041653P001-1435A-598
ITS NEVER TWO LATE LLC
DBA LIFELOOP
5889 GREENWOOD PLZ BLVD STE 210
GREENWOOD VILLAGE CO 80111

041184P001-1435A-598
ITTSME
7240 CROWDER BLVD
STE 309
NEW ORLEANS LA 70127

041185P001-1435A-598
IV WASTE LLC
730 S PIERCE ST
NEW ORLEANS LA 70119

001389P002-1435A-598
IVES BUSINESS FORMS INC
2928 PRYTANIA ST
NEW ORLEANS LA 70115-3314

009284P001-1435A-598
IVES BUSINESS FORMS INC
5701 CRAWFORD ST
STE H
NEW ORLEANS LA 70123-5582

015863P001-1435A-598
IVES BUSINESS FORMS, INC
1009 CAMP ST
NEW ORLEANS LA 70130

041186P001-1435A-598
IVORY TURNER
2644 FLORIDA AVE
NEW ORLEANS LA 70117

013699P001-1435A-598
IXL LEARNING INC
777 MARINERS ISLAND BLVD
STE 600
SAN MATEO CA 94404

026607P001-1435A-598
IZZO'S
70488 LA-21 #100
COVINGTON LA 70433

041187P001-1435A-598
J AND C PEST CONTROL, LLC
PO BOX 9089
METAIRIE LA 70055

041192P001-1435A-598
J AND C PEST CONTROL, LLC
1224 NURSERY AVE
METAIRIE LA 70005

041188P001-1435A-598
J AND C PRINTING
8741 W JUDGE PEREZ DR
CHALMETTE LA 70043

017030P001-1435A-598
J AND C STITCHES, LLC
4936 BARATARIA BLVD
MARRERO LA 70072

015864P001-1435A-598
J AND J CONSTRUCTION
108 WALNUT ST
MANDEVILLE LA 70471

041189P001-1435A-598
J AND J EXTERMINATING
416 COMMERCE PT
NEW ORLEANS LA 70123

017031P001-1435A-598
J AND J EXTERMINATING CO , INC
PO BOX 53968
LAFAYETTE LA 70505-3968

001390P001-1435A-598
J AND J EXTERMINATING OF MANDEVILLE
PO BOX 52286
LAFAYETTE LA 70505-2286

015865P001-1435A-598
J AND J MUSIC
579 HWY 1085
MADISONVILLE LA 70447

018588P001-1435A-598
J AND K OFFICE SUPPLY AND PRINTING
PO BOX 506
BOUTTE LA 70039

041190P001-1435A-598
J AND K PRINTING AND OFFICE SUPPLY, INC
1001 W AIRLINE HWY
LA PLACE LA 70068

012107P001-1435A-598
J AND M CLEANING LLC
70057 7TH ST
COVINGTON LA 70433

019781P001-1435A-598
J AND R QUICK STOP
8245 W ST BERNARD HWY
CHALMETTE LA 70043

001391P001-1435A-598
J AND W TREE SVC LLC
PO BOX 231160
NEW ORLEANS LA 70183-1160

013701P001-1435A-598
J B AUTOMOTIVE
2217 REV RICHARD WILSON DR
KENNER LA 70062

022947P001-1435A-598
J COLLER OCHSNER MD
22323 METAIRIE RD
METAIRIE LA 70001

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 16:07:54 PP Ex 4 Aff part 5
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 533 of 1525
US First Class Mail
Exhibit Pages

022948P001-1435A-598
J COLLER OCHSNER MD LLC
2323 METAIRIE RD
METAIRIE LA 70001

022949P001-1435A-598
J COLLIER OCHSNER MD LLC
2323 METAIRIE RD
METAIRIE LA 70001

012108P002-1435A-598
J F MORROW AND SONS
4562 N SAPPHIRE DR
HOFFMAN EST IL 60192-3809

022950P001-1435A-598
J JEFFERSON ORHTOPEDIC CLINIC
920 AVENUE B
MARRERO LA 70072

021051P001-1435A-598
J L HAMMETT CO
P O BOX 1579
APPLETON WI 54912-1579

022951P001-1435A-598
J MICHAEL BRADLEY CLINICAL PSY
3721 PALMYRA ST
NEW ORLEANS LA 70119

022952P001-1435A-598
J MICHAEL BRADLEY MD
3721 PALMYRA ST
NEW ORLEANS LA 70119

022954P001-1435A-598
J MICHAEL ROONEY MD
3939 HOUMA BLVD STE 228
METAIRIE LA 70006

041191P001-1435A-598
J PRESTES AND CO INC
3605 DIVISION ST
METAIRIE LA 70002

013700P001-1435A-598
J R RENTAL
2812 JEFFERSON HWY
JEFFERSON LA 70121

000166P001-1435S-598
J S
2610 W SAM HOUSTON PKWY
#200
HOUSTON TX 77042

013716P001-1435A-598
J-M SPORTSWEAR
1409 HACKBERRY AVE
METAIRIE LA 70001

017032P001-1435A-598
J3A SCREEN PRINTING
1124 KINGSWOOD DR
WESTWEGO LA 70094

001394P001-1435A-598
JA ROY PEST CONTROL
PO BOX 728
COVINGTON LA 70434-0728

041197P001-1435A-598
JA-ROY
101 KINGSTON DR
SLIDELL LA 70458

041198P001-1435A-598
JA-ROY
18211 BRANCH CROSSING DR
COVINGTON LA 70435

012109P001-1435A-598
JA-ROY EXTERMINATING
PO BOX 728
COVINGTON LA 70434

041199P001-1435A-598
JA-ROY EXTERMINATING SVC
PO BOX 740608
CINCINNATI OH 45274-0608

021053P001-1435A-598
JACK ALLEN
2616 MARIETTA ST
KENNER LA 70062

021054P001-1435A-598
JACK CANFIELD PERSONAL COACHING
4255 LAKE PK BLVD
SALT LAKE CITY UT 84120

022955P001-1435A-598
JACK R REID JR LLC
PO BOX 68
OKLAHOMA CITY OK 73101

001396P001-1435A-598
JACK SILEO ATTORNEY AND ALTON MAILLHO
320 N CARROLLTON AVE
STE 101
NEW ORLEANS LA 70119

030985P001-1435A-598
JACK STUMPF AND ASSOCIATES, INC
JACK STUMPF
ADDRESS INTENTIONALLY OMITTED

022956P001-1435A-598
JACKSON COUNTY ANESTHESIA ASSOC
DEPT 05113
PO BOX 3488
TUPELO MS 38803

022957P001-1435A-598
JACKSON RADIOLOGY ASSOC PA
DEPT 05080
PO BOX 3488
TUPELO MS 38803

021055P001-1435A-598
JACKSON SOFTWARE INC
361 PARK AVE
STE B
GLENCOE IL 60022

041654P001-1435A-598
JACKSON TRUCK AND
TRAILER REPAIR OF LOUISIANA INC
PO BOX 10215
JEFFERSON LA 70181-0215

015867P001-1435A-598
JACKSON'S GREASE TRAP SVC
PO BOX 1007
KENNER LA 70063-1007

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:15 Exhibit A-4 Page 534

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
of Service Regarding Solicitation Packages Page 534 of 1525
Exhibit Pages

Page # : 216 of 1204                                                    08/27/2025 05:45:59 PM

021056P001-1435A-598
JACKSONS BAYOU BOYS
186 SUGAWOOD BLVD
HOUMA LA 70360

013703P001-1435A-598
JACMAL PRINTING
2515 VETERANS AVE
HAMMOND LA 70403

022958P001-1435A-598
JACOB GENERAL SURGERY LLC
4228 HOUMA BLVD STE 220
METAIRIE LA 70006

001397P001-1435A-598
JACOB SCHOEN AND SON FUNERAL HOME
3827 CANAL ST
NEW ORLEANS LA 70119

031020P001-1435A-598
JACQUES LAUER

034338S001-1435A-598
JAIL
BRENT MEYERS
PO BOX 218
ALTAMONT TN 37301-0218

015868P001-1435A-598
JAM SPORTS, INC
301 NORTH CHURCH ST
CARENCRO LA 70520

013704P001-1435A-598
JAMBRANDS
11500 CHAMPIONS WAY
LOUISVILLE KY 40299

015869P001-1435A-598
JAMES A DOHERTY CO, INC
BOX 182
SCRANTON PA 18501-0182

015870P001-1435A-598
JAMES BOUDREAUX LLC DBA JB TEAM SPORTS
200 JARED DR
BROUSSARD LA 70518

015871P001-1435A-598
JAMES BRUNO DBA MARUCCI CLUBHOUSE NORTHSHORE
70327 HWY 1077
COVINGTON LA 70433

022959P001-1435A-598
JAMES C CRITTENDEN MD
1001 BENIGNO LN BAY
SAINT LOUIS MS 39520

022960P001-1435A-598
JAMES E KERL MD
1847 DOCK ST STE 100
HARAHAN LA 70123

018589P001-1435A-598
JAMES GORMAN IRON LLC
4205 ST ELIZABETH DR
KENNER LA 70065

001400P001-1435A-598
JAMES HERNANDEZ PSY D LLC
206 S TYLER ST
STE B
COVINGTON LA 70433

030547P002-1435A-598
JAMES HURLEY
KING AND JURGENS LLC
TIMOTHY S MADDEN
201 ST CHARLES AVE 45TH FL
NEW ORLEANS LA 70170

022961P001-1435A-598
JAMES M ROBINSON MD LLC
PO BOX 18663
BELFAST ME 04915

009447P001-1435A-598
JAMES STANFIELD CO INC
PO BOX 41058
SANTA BARBARA CA 93140

022962P001-1435A-598
JAMES T SOIGNET MD
142 RUE MARGUERITE
THIBODAUX LA 70301

022963P001-1435A-598
JAMES W CHRISTOPHER MD LLC
PO BOX 99
COVINGTON LA 70434

009874P001-1435A-598
JAMF SOFTWARE
NW6335
PO BOX 1450
MINNEAPOLIS MN 55485

015872P001-1435A-598
JAMF SOFTWARE
PO BOX 1450
MINNEAPOLIS MN 55485

018590P001-1435A-598
JAMF SOFTWARE
301 4TH AVE S STE 1075
MINNEAPOLIS MN 55415-1039

021057P001-1435A-598
JAMF SOFTWARE
100 S WASHINGTON AVE 1100
MINNEAPOLIS MN 55401

041195P001-1435A-598
JAMF SOFTWARE LLC
PO BOX 274007550
CHICAGO IL 60674-7550

013705P001-1435A-598
JAMFEST
11500 CHAMPIONS WAY
LOUISVILLE KY 40299

010444P001-1435A-598
JAN DEL CORRAL/NEW ORLEANS RIGHT TO LIFE
200 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

001401P001-1435A-598
JANE HEBERT LCSW ACSW
2901 RIDGELAKE DR STE 102
METAIRIE LA 70002

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Claim Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 535 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021058P001-1435A-598<br>JANE SCHAFFER ENTERPRISES<br>3955 ST JAMES PL<br>SAN DIEGO CA 92103 | 021059P001-1435A-598<br>JANES STICHERY<br>505 MIMOSA ST<br>LAPLACE LA 70068 | 041196P001-1435A-598<br>JANI KING THE KING OF CLEAN<br>3230 W ESPLANADE AVE #100<br>METAIRIE LA 70002 | 009174P001-1435A-598<br>JANI-KING OF NEW ORLEANS<br>122 W PINE ST<br>PONCHATOULA LA 70454-3309 |
| 040796P001-1435A-598<br>JANNEY MONTGOMERY SCOTT LLC<br>ATTN: BRENDAI KIRBY<br>1717 ARCH STREET<br>19TH FLOOR<br>PHILADELPHIA PA 19103 | 040797P001-1435A-598<br>JANNEY MONTGOMERY SCOTT LLC<br>ATTN: KURT DODDS<br>1717 ARCH STREET<br>19TH FLOOR<br>PHILADELPHIA PA 19103 | 040798P001-1435A-598<br>JANNEY MONTGOMERY SCOTT LLC<br>ATTN: CORPORATE ACTIONS DEPARTMENT<br>1717 ARCH STREET, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 040799P001-1435A-598<br>JANNEY MONTGOMERY SCOTT LLC<br>REGINA LUTZ<br>1801 MARKET STREET, 9TH FLOOR<br>PHILADELPHIA PA 19103-1675 |
| 040800P001-1435A-598<br>JANNEY MONTGOMERY SCOTT LLC<br>MARK F. GRESS<br>C/O MEDIANT COMMUNICATIONS INC.<br>200 REGENCY FOREST DRIVE<br>CARY NC 27518 | 015873P001-1435A-598<br>JANSPORT<br>VF OUTDOOR INC<br>13911 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 009251P001-1435A-598<br>JASA INC D B A HARBOR BAR AND GRILL<br>3024 17TH ST<br>METAIRIE LA 70002 | 018591P001-1435A-598<br>JASA INC, DBA THE HARBOR BAR AND GRILL<br>3024 17TH ST<br>METAIRIE LA 70002 |
| 017033P001-1435A-598<br>JASJEF ENTERPRISES,LLC<br>1103 WRIGHT AVE<br>GRETNA LA 70056 | 030965P001-1435A-598<br>JASON MOBLEY<br>ADDRESS INTENTIONALLY OMITTED | 026418P001-1435A-598<br>JASONS DELI<br>1801 MANHATTAN BLVD<br>HARVEY LA 70058 | 015874P001-1435A-598<br>JAWBONE WRESTLING CAMPS, LLC<br>101 MOHAWK AVE<br>SCOTIA NY 12302 |
| 022964P001-1435A-598<br>JAX FAMILY CARE<br>PO BOX 17723<br>JACKSONVILLE FL 32245 | 026419P001-1435A-598<br>JAX LOT 71<br>500 DECATUR ST<br>NEW ORLEANS LA 70130 | 012110P001-1435A-598<br>JAY ARTIGUES SPORTS PLEX<br>46177 NORTH MORRISON<br>HAMMOND LA 70401 | 015875P001-1435A-598<br>JAY LADNER BASKETBALL CAMP, LLC<br>SLU BOX 10309<br>HAMMOND LA 70402 |
| 021060P001-1435A-598<br>JAY LADNER BASKETBALL CAMPS LLC<br>SLU 10309<br>500 W UNIVERSITY AVE<br>HAMMOND LA 70402 | 018592P001-1435A-598<br>JAY RINKS DONATION ACCOUNT<br>2201 VETERANS<br>STE 411<br>METAIRIE LA 70002 | 019785P001-1435A-598<br>JAYMAR CONSTRUCTION CO<br>335 CARR DR<br>SLIDELL LA 70458 | 013706P001-1435A-598<br>JAZZ EDUCATION NETWORK<br>ATTN:MEMBERSHIP PAYMENT PROCESSING<br>1440 W TAYLOR ST 1135<br>CHICAGO IL 60607 |
| 001403P001-1435A-598<br>JAZZ IT UP FOR LIFE<br>66192 ST MARY DR<br>PEARL RIVER LA 70452 | 041655P001-1435A-598<br>JB HUNT TRANSPORT INC<br>PO BOX 847977<br>DALLAS TX 75284-7977 | 019786P001-1435A-598<br>JB TEAM SPORTS<br>200 JARED DR<br>BROUSSARD LA 70518 | 026679P001-1435A-598<br>JC GENERAL CONTRACTORS<br>4701 TCHOUPITOULAS ST<br>NEW ORLEANS LA 70115 |

Case 20-10846 Doc 4635-5 Filed 09/01/25 Entered 09/01/25 14:00:75 in PDF Ex 4 - A Page i536
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 536 of 1525
US First Class Mail
Exhibit Pages

010445P001-1435A-598
JC PENNEY'S
3301 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

009875P001-1435A-598
JCB CREATIONS
4836 MAGAZINE ST
NEW ORLEANS LA 70115

021061P001-1435A-598
JCE SOFTWARE
UNIV OF WISCONSIN  CHEM DEP
1101 UNIVERSITY AVENUE
MADISON WI 53706-1396

018593P001-1435A-598
JCG PRODUCTIONS, INC
PO BOX 2927
LAUREL MD 20709-2927

041201P001-1435A-598
JCP MASTER CLEANING
3013 BURNS ST
JEFFERSON LA 70121

019782P001-1435A-598
JD TRUCKING INC
34030 COTTONWOOD DR
SLIDELL LA 70460

001404P001-1435A-598
JDL INNOVATIVE SOLUTIONS LLC
6728 LOUISVILLE ST
NEW ORLEANS LA 70124

017034P001-1435A-598
JDM CONCRETE, LLC
7739 BARATARIA BLVD
MARRERO LA 70072

010446P001-1435A-598
JDRF DIABETES FONDATION
9457 BROOKLINE AVE
BATON ROUGE LA 70809

018594P001-1435A-598
JEAN LAFITTE HARBOR LLC
PO BOX 70
LAAFITTE LA 70067

021062P001-1435A-598
JEANERETTE HIGH SCHOOL
8217 E OLD SPANISH TRL
JEANERETTE LA 70544

041202P001-1435A-598
JEANFREAU'S HARDWARE AND SUPPLY
8594 LA-23
BELLE CHASSE LA 70037

031604P001-1435A-598
JEFF ANDERSON AND ASSOCIATES PA
JEFFREY R ANDERSON
366 JACKSON ST STE 100
ST PAUL MN 55101

031605P001-1435A-598
JEFF GREEN LEGAL LLC
JEFF GREEN
3914 CANAL ST
NEW ORLEANS LA 70119

017035P001-1435A-598
JEFF PARISH PUB SCH SYSTEM
JPPSS/ATHLETIC DEPT
501 MANHATTAN BLVD - STE 2400
HAVEY LA 70058

041204P001-1435A-598
JEFF PARISH WATER DEPT
1221 ELMWOOD PK BLVD
STE 909
JEFFERSON LA 70123

022965P001-1435A-598
JEFFCARE
STE 200 3616 S I 10 SERVICE RD W
METAIRIE LA 70001

009428P001-1435A-598
JEFFERS HANDBELL SUPPLY INC
PO BOX 1728
IRMO SC 29063

012111P001-1435A-598
JEFFERSON AUTO SERVICE-NORTH
1429 COLLINS BLVD
COVINGTON LA 70433

026334P001-1435A-598
JEFFERSON AWARDS
3820 AIRLINE DR
METAIRIE LA 70001

009876P001-1435A-598
JEFFERSON BALLET THEATRE
3621 FLORIDA AVE
KENNER LA 70065

010447P001-1435A-598
JEFFERSON BAR ASSOCIATION
601 ST CHARLES AVE # 200
NEW ORLEANS LA 70130

013707P001-1435A-598
JEFFERSON BAR ASSOCIATION
SANDRA PLAUCHE
3115 METAIRIE RD
METAIRIE LA 70001

018595P001-1435A-598
JEFFERSON BATTERY CO, INC
700 JEFFERSON HWY
JEFFERSON LA 70121

022966P001-1435A-598
JEFFERSON BEHAVIORAL HEALTH SY
1 ROSS PK BLVD
STEUBENVILLE OH 43952

010122P001-1435A-598
JEFFERSON CHAMBER OF COMMERCE
3421 N CAUSEWAY BLVD #203
METAIRIE LA 70002

013708P001-1435A-598
JEFFERSON CHAMBER OF COMMERCE
3421 N CAUSEWAY BLVD
STE 203
METAIRIE LA 70002

041205P001-1435A-598
JEFFERSON DEPT OF WATER
PO BOX 10007
JEFFERSON LA 70181

08/27/2025 05:45:59 PM

015876P001-1435A-598
JEFFERSON DOOR CO
PO BOX 220
HARVEY LA 70059

018596P001-1435A-598
JEFFERSON EVENTS
LIFE RESOURCES INC
PO BOX 1045
MANDEVILLE LA 70470

026189P001-1435A-598
JEFFERSON FEED AND SEED
4421 JEFFERSON HWY
JEFFERSON LA 70121

013709P001-1435A-598
JEFFERSON FEED, PET AND GARDEN CENTER
4421 JEFFERSON HIGHWAY
JEFFERSON LA 70121

018597P001-1435A-598
JEFFERSON INDOOR SOCCER
6124 JEFFERSON HWY
HARAHAN LA 70123

022969P001-1435A-598
JEFFERSON LINER JR DOROTHY L
PO BOX 2308 P O
HAMMOND LA 70404

018598P001-1435A-598
JEFFERSON ORLEANS NORTH
2600 EDENBORN AVE
METAIRIE LA 70002

022971P001-1435A-598
JEFFERSON ORTHOPEDIC CLINIC
920 AVENUE B
MARRERO LA 70072

017036P001-1435A-598
JEFFERSON PARISH ANIMAL SHELTER
BROOKE BOURGEOIS
1869 AMES BLVD
MARRERO LA 70072

001406P001-1435A-598
JEFFERSON PARISH CLERK OF COURT
1221 ELMWOOD PK BLVD
STE 601
JEFFERSON LA 70123

026487P001-1435A-598
JEFFERSON PARISH CLERK OF COURT
200 DERBIGNY ST #5600
GRETNA LA 70053

013710P001-1435A-598
JEFFERSON PARISH DEPT OF INSPECTION
1221 ELMWOOD PK BLVD
HARAHAN LA 70123

030969P001-1435A-598
JEFFERSON PARISH ECONOMIC
DEVELOPMENT COMMISSION
JERRY BOLOGNA
ADDRESS INTENTIONALLY OMITTED

010448P001-1435A-598
JEFFERSON PARISH HUMAN SVC AUTHORITY
3616 S I-10 SERVICE RD W
METAIRIE LA 70001

001409P001-1435A-598
JEFFERSON PARISH INSPECTION AND
CODE ENFORCEMENT
1221 ELMWOOD PK BLVD
HARAHAN LA 70123

013711P001-1435A-598
JEFFERSON PARISH INSPECTION AND
CODE ENFORCEMENT
1221 ELMWOOD PKWY BLVD
STE 101
JEFFERSON LA 70123

018599P001-1435A-598
JEFFERSON PARISH INSPECTION AND CODE
MECHANICAL SECTION
PO BOX 10242
JEFFERSON LA 70181

018600P001-1435A-598
JEFFERSON PARISH PARENT
7565 SANDY CREEK DR
PENSACOLA FL 32506

009881P001-1435A-598
JEFFERSON PARISH PARKS AND RECREATION
6921 SAINTS DR
METAIRIE LA 70003

018601P001-1435A-598
JEFFERSON PARISH PHOTO RED LIGHT ENFORCEM
PO BOX 30312
TAMPA FL 33630-3312

010449P001-1435A-598
JEFFERSON PARISH POOLED CASH
400 MAPLE AVE
HARVEY LA 70058

018602P001-1435A-598
JEFFERSON PARISH POOLED CASH
JEFFERSON PARISH INSPECTION AND CODE
PO BOX 10242
JEFFERSON LA 70181

018603P001-1435A-598
JEFFERSON PARISH PUBLIC SCHOOL SYSTEM
501 MANHATTAN BLVD - STE 2200
HARVEY LA 70058

026488P001-1435A-598
JEFFERSON PARISH RECREATION DEPT
7437 LAPALCO BLVD
MARRERO LA 70072

013712P001-1435A-598
JEFFERSON PARISH SCHOOL SYSTEM
ATTN:MARILYN HEINDEL
4600 RIVER RD
MARRERO LA 70072

010450P001-1435A-598
JEFFERSON PARISH SHERIFF'S DEPT
1233 WESTBANK EXPY
HARVEY LA 70058

018604P001-1435A-598
JEFFERSON PARISH SHERIFF'S GENERAL FUND
1233 WESTBANK EXPWY
HARVEY LA 70058

001410P001-1435A-598
JEFFERSON PARISH SHERIFF'S OFFICE
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

537

Case 20-10846 Doc 4325-5 Filed 09/02/25 Entered 09/02/25 14:00:45 PM Exh Exhibit 4 Affidavit 538
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 538 of 1525
US First Class Mail
Exhibit Pages

000022P001-1435S-598
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

041206P001-1435A-598
JEFFERSON PARISH WATER
4500 WESTBANK EXPWY
MARRERO LA 70072

010451P001-1435A-598
JEFFERSON PARISH WESTBANK ANIMAL SHELTER
2701 LAPALCO BLVD
HARVEY LA 70058

026680P001-1435A-598
JEFFERSON PARKS AND RECREATION
6921 SAINTS DR
METAIRIE LA 70003

001411P001-1435A-598
JEFFERSON PATHOLOGY LLC
PO BOX 884
GREENVILLE TX 75403-0884

022972P001-1435A-598
JEFFERSON PSYCHIATRIC ASSOCLLC
3340 SEVERN AVE STE 206
METAIRIE LA 70002

018606P001-1435A-598
JEFFERSON PERFORMING ARTS CENTER
6400 AIRLINE DR
METAIRIE LA 70003

018607P001-1435A-598
JEFFERSON PERFORMING ARTS SOCIETY
1118 CLEARVIEW PKWY
METAIRIE LA 70001

001412P001-1435A-598
JEFFERSON PRINTING CO
3763 DERBIGNY ST
METAIRIE LA 70001

022974P001-1435A-598
JEFFERSON RADILOGY ASSOCIATE
PO BOX 4238
PORTSMOUTH NH 03802

022975P001-1435A-598
JEFFERSON RADIOLOGY ASOCIATE
PO BOX 4238
PORTSMOUTH NH 03802

001413P002-1435A-598
JEFFERSON RADIOLOGY ASSOC
PO BOX 4238
PORTSMOUTH NH 03802-4238

022976P002-1435A-598
JEFFERSON RADIOLOGY ASSOCIAT
PO BOX 4238
PORTSMOUTH NH 03802-4238

022977P001-1435A-598
JEFFERSON RADIOLOGY ASSOCIATE
PO BOX 4238
PORTSMOUTH NH 03802-4238

022980P001-1435A-598
JEFFERSON RADIOLOGY ASSOCIATES
PO BOX 6750
PORTSMOUTH NH 03802

041656P001-1435A-598
JEFFERSON SPRINKLER
PO BOX 129
GRETNA LA 70054

001414P001-1435A-598
JEFFERSON SPRINKLER INC
PO BOX 129
GRETAN LA 70054

015877P001-1435A-598
JEFFERSON TITLE CO
2122 N CAUSEWAY BLVD
METAIRIE LA 70001

009279P001-1435A-598
JEFFERSON TROPHIES AND AWARDS LLC
3820 AIRLINE DR
METAIRIE LA 70001

015878P001-1435A-598
JEFFERSON TROPHIES AND AWARDS, LLC
3820 AILRINE DR
METAIRIE LA 70001

009877P001-1435A-598
JEFFERSON VARIETY STORE
239 IRIS AVE
JEFFERSON LA 70121

010123P001-1435A-598
JEFFERSON VARITY
239 IRIS AVE
JEFFERSON LA 70121

009878P001-1435A-598
JEFFERSON-ORLEANS SOUTH
2536 EDENBORN AVE
METAIRIE LA 70001

013713P001-1435A-598
JEFFERSON-ORLEANS-SOUTH
2536 EDENBORN AVE
METAIRIE LA 70002

029766P001-1435A-598
JEFFERY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

017037P001-1435A-598
JEFFESON PARISH 4-H CLUBS
1221 ELMWOOD PK BLVD 300
JEFFERSON LA 70123

022981P001-1435A-598
JEFFREY H SINGER MD APMC
STE 406 4720 SOUTH I 10 SERVICE R
METAIRIE LA 70001

024060P001-1435A-598
JEFFREY J ENTWISLE
MEMBER OF BOARD
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70127

Case 20-10846 Doc 4235-4 Filed 09/09/25 Entered 09/09/25 14:06:05 in PDF in Exhibit A Page 539
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 539 of 1525
US First Class Mail
Exhibit Pages

022982P001-1435A-598
JEFFREY SINGER MD APMC
STE 403 4720 S I 10 SERVICE RD W
METAIRIE LA 70001

022983P001-1435A-598
JEFFREY SINGER MD APMC
STE 406 4720 S I 10 SERVICE RD W
METAIRIE LA 70001

022984P001-1435A-598
JEFFREY SINGER MD APMC
4720 S I 10 SERVICE RD W STE 406
METAIRIE LA 70001

017038P001-1435A-598
JEM WOODWORKS
PO BOX 473
ABITA SPRINGS LA 70420

015879P001-1435A-598
JENKINS CONSTRUCTION
77479 SHARP RD
FOLSOM LA 70437

012112P001-1435A-598
JENKINS CONSTRUCTION AND ASPHALT, LLC
PO BOX 874
COVINGTON LA 70435

022985P001-1435A-598
JENNINGS AMERICAN LEGION HOSP
1634 ELTON RD
JENNINGS LA 70546

021063P001-1435A-598
JENNINGS HIGH SCHOOL
P O BOX 1090
JENNINGS LA 70546

015880P001-1435A-598
JERK'S ISLAND GRILL
HWY 21
COVINGTON LA 70433

022986P001-1435A-598
JERRY H ROSENBERG MD
4224 HOUMA BLVD STE 260
METAIRIE LA 70006

019787P001-1435A-598
JERSEY MIKE'S
1290 FRONT ST
STE 4
SLIDELL LA 70458

015881P001-1435A-598
JES VENTURES LLC
4840 HWY 22
APT 10-31
MANDEVILLE LA 70471

026420P001-1435A-598
JESSICA DUGAS AND LOYOLA UOF NO
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

013714P001-1435A-598
JESTER COMPANY, INC
PO BOX 38428
GREENSBORO NC 27438-8428

041207P001-1435A-598
JESUIT
4511 WEST PINE BLVD
SAINT LOUIS MO 63108-2191

021064P001-1435A-598
JESUIT 9TH GRADE BASKETBALL TOURNAMENT
4133 BANKS ST
NEW ORLEANS LA 70118

001419P001-1435A-598
JESUIT COMMUNITY
REV MARK THIBODEAUX
6220 LASALLE PL
NEW ORLEANS LA 70118-6236

001420P001-1435A-598
JESUIT COMMUNITY
MANRESA RETREAT CTR
PO BOX 89
CONVENT LA 70723

001421P001-1435A-598
JESUIT COMMUNITY OF THE IMMACULATE CONCEPTION
4133 BANKS ST
NEW ORLEANS LA 70119

001422P001-1435A-598
JESUIT HIGH SCHOOL
4133 BANKS ST
NEW ORLEANS LA 70119-6883

017039P001-1435A-598
JESUIT HIGH SCHOOL
CHRIS JENNINGS
4133 BANKS ST
NEW ORLEANS LA 70119

021065P001-1435A-598
JESUIT HIGH SCHOOL
FINANCE OFFICE
4133 BANKS ST
NEW ORLEANS LA 70119

041208P001-1435A-598
JESUIT HIGH SCHOOL COMMUNITY
4133 BANKS ST
NEW ORLEANS LA 70119

009879P001-1435A-598
JESUS IS LORD PLUMBING CO
PO BOX 113307
METAIRIE LA 70011

010452P001-1435A-598
JET BLUE
1 TERMINAL DR
KENNER LA 70062

017040P001-1435A-598
JETBLUE AIRWAYS CORP
GROUP DESK
6322 SOUTH 3000 EAST
LEVEL 2 STE 210
SALT LAKE CITY UT 84121

015882P001-1435A-598
JEWEL SUMNER HIGH SCHOOL
SUMNER HIGH SCHOOL
15841 HWY 440
KENTWOOD IA 70444

021066P001-1435A-598
JEWEL SUMNER HIGH SCHOOL
15841 HIGHWAY 440
KENTWOOD LA 70444

Case 20-10846 Doc 4345-5 Filed 09/09/25 Entered 09/09/25 14:06:05 PB Ex A Part 5 Page 540
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 540 of 1525
US First Class Mail
Exhibit Pages

001423P001-1435A-598
JEWISH FAMILY SVC
3300 WEST ESPLANADE AVE
STE 603
METAIRIE LA 70002

013715P001-1435A-598
JEWISH FAMILY SVC
3330 W ESPLANADE AVE
STE 600
METAIRIE LA 70002

021069P001-1435A-598
JEWISH FAMILY SVC
JEWISH FAMILY SVC 3330 WE
3300 W ESPLANADE AVE S
STE 603
METAIRIE LA 70002

022987P001-1435A-598
JEWISH FAMILY SVC OF GREA
STE 603 3300 W ESPLANADE AVE S
METAIRIE LA 70002

018608P001-1435A-598
JEWISH FAMILY SVC OF GREATER NEW ORLEANS
3300 W ESOKABADE  STE 603
METAIRIE LA 70002

001425P001-1435A-598
JG BISHOP CORP
DBA ASI SIGNAGE INNOVATION
1101 24TH ST
KENNER LA 70062

009159P001-1435A-598
JG BISHOP CORP
1101 24TH ST
KENNER LA 70062

015883P001-1435A-598
JG BISHOP CORP DBA ASI SIGNAGE INNOVATIONS
1101 24TH ST
KENNER LA 70062

022988P001-1435A-598
JILL DEBOUCHEL
1111 MEDICAL CTR BLV N406
MARRERO LA 70072

022989P001-1435A-598
JILL GIBSON MD
106 HIGHLAND PK PLZ
COVINGTON LA 70433

022990P001-1435A-598
JILL PRATTINI DEBOUCHEL
1111 MEDICAL CTR BLV N406
MARRERO LA 70072

018254P001-1435A-598
JIM LAABS MUSIC SUPERSTORE
PO BOX 81
1045 MAIN ST
STEVENS POINT WI 54481

015884P001-1435A-598
JIM WELSH, INC
1020 LA CRETE LN
BATON ROUGE LA 70810

012113P001-1435A-598
JIM'S TREES
ALYSIA
1902 ORLEANS ST
MANDEVILLE LA 70448

041209P001-1435A-598
JIMMIE HAMILTON
346 PIONNER ST
HANHVILLE LA 70057

026489P001-1435A-598
JIMMIE JOHNS
1625 BARATARIA BLVD STE D
MARRERO LA 70072

010453P001-1435A-598
JIMMY JOHN'S
900 POYDRAS ST
NEW ORLEANS LA 70112

026335P001-1435A-598
JIMMY MIZELLS FARMS
83211 HIGHWAY 25
FOLSOM LA 70437

018609P001-1435A-598
JIST PUBLISHING
875 MONTREAL WAY
ST. PAUL MN 55102

001392P001-1435A-598
JJ KELLER AND ASSOCIATES INC
PO BOX 6609
CAROL STREAM IL 60197-6609

041210P001-1435A-598
JJH LAWN AND MAINTENANCE LLC
119 GREGORY DR
LULING LA 70070

018610P001-1435A-598
JKATER
1824 HICKORY AVE
STE H
HARAHAN LA 70123

021067P001-1435A-598
JKP SPORTS INC
P O BOX 3126
TUALATIN OR 97062

019783P001-1435A-598
JKS MAINTENANCE
73025 HWY 41
PEARL RIVER LA 70452

018611P001-1435A-598
JMV COMPANIES, LLC
4017 LAKE TRL DR
KENNER LA 70065

018612P001-1435A-598
JNL GROUP LLC
LABELLA'S CATERING
519 WILLIAMS BLVD
KENNER LA 70062

013717P001-1435A-598
JNL GROUP, LLC
519 WILLIAMS BLVD
KENNER LA 70062

010454P001-1435A-598
JO-ANN STORES
1111 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

Case 20-10846 Doc 4325 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 541
of Service Regarding Solicitation Packages Page 541 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009882P001-1435A-598<br>JOE A CUMMINS ADVERTISING SPECI<br>3197 RICHLAND AVE STE 202<br>METAIRIE LA 70002 | 013718P002-1435A-598<br>JOE A CUMMINS ADVERTISING SPECIALTIES, INC<br>PO BOX 8796<br>MANDEVILLE LA 70470-8796 | 029669P002-1435A-598<br>JOE CUMMINS ADVERTISING<br>P O BOX 8796<br>MANDEVILLE LA 70470-8796 | 037091P001-1435A-598<br>JOE CUMMINS ADVERTISING SPECIALTIES INC<br>P.O BOX 24205<br>NEW ORLEANS LA 70184 |
| 022991P001-1435A-598<br>JOE E JOHNSON JR MD APMC<br>PO BOX 1855<br>MANDEVILLE LA 70470 | 021070P001-1435A-598<br>JOE W AND DOROTHY BROWN FOUNDATION<br>SVC LEARNING PROGRAM<br>320 HAMMOND HWY STE 502<br>METAIRIE LA 70005 | 010455P001-1435A-598<br>JOE'S CAFE<br>857 TERRY PKWY<br>TERRYTOWN LA 70056 | 001426P001-1435A-598<br>JOE'S LAWNMOWER SHOP<br>2725 LEXINGTON ST<br>KENNER LA 70062 |
| 018613P001-1435A-598<br>JOE'S LAWNMOWER SHOP<br>2746 MARIETTA ST<br>KENNER LA 70062 | 015885P001-1435A-598<br>JOEY MICHEL PHOTOGRAPHY<br>79295 SHORT RD<br>COVINGTON LA 70435 | 009289P001-1435A-598<br>JOEY'S HOPE FOR HUNGRY CHILDREN<br>4127 PLATT ST<br>KENNER LA 70065 | 009312P001-1435A-598<br>JOFFARY WINDOW AND INTERIORS LLC<br>5033 RIVER RD<br>JEFFERSON LA 70123 |
| 009883P001-1435A-598<br>JOHANNES HOFINGER CONFERENCE<br>OFFICE OF RELIGIOUS EDUCATION<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 019788P001-1435A-598<br>JOHANNES HOFINGER CONFERENCE<br>TM ENTERPRISES<br>8404 JAMESPORT DR<br>ROCKFORD IL 61108 | 021068P001-1435A-598<br>JOHANNES HOFINGER CONFERENCE<br>P O BOX 5226<br>ROCKFORD IL 61125 | 027076P001-1435A-598<br>JOHN 316 INC<br>575 NORTH 39TH WEST AVE<br>TULSA OK 74127 |
| 022992P001-1435A-598<br>JOHN B SAER MD PHD<br>3901 HOUMA BLVD STE 310<br>METAIRIE LA 70006 | 001427P001-1435A-598<br>JOHN BIHM PHOTOGRAPHY LLC<br>918 JOSEPH ST<br>NEW ORLEANS LA 70115 | 026681P001-1435A-598<br>JOHN CURTIS<br>10125 JEFFERSON HWY<br>RIVER RIDGE LA 70123 | 017041P001-1435A-598<br>JOHN CURTIS CHRISTIAN SCHOOL<br>10931 JEFFERSON HIGHWAY<br>RIVER RIDGE LA 70123 |
| 018614P001-1435A-598<br>JOHN CURTIS CHRISTIAN SCHOOL<br>10125 JEFFERSON HIGHWAY<br>RIVER RIDGE LA 70123 | 010456P001-1435A-598<br>JOHN CURTIS HIGH SCHOOL<br>10125 JEFFERSON HWY<br>RIVER RIDGE LA 70123 | 013719P001-1435A-598<br>JOHN CURTIS SOFTBALL<br>JERRY GODFREY<br>10125 JEFFERSON HWY<br>RIVER RIDGE LA 70123 | 015886P001-1435A-598<br>JOHN D FOURNIER ELECTRIC<br>63403 OLD MILITARY RD<br>STE 1<br>PEARL RIVER LA 70452 |
| 009306P001-1435A-598<br>JOHN DARRE PHOTOGRAPHY<br>4708 CONLIN ST<br>METAIRIE LA 70006 | 012114P001-1435A-598<br>JOHN DEERE LANDSCAPES<br>1690 SOUTH LN<br>MANDEVILLE LA 70471-7750 | 015887P001-1435A-598<br>JOHN DEERE LANDSCAPES<br>24110 NETWORK PL<br>CHICAGO IL 60673-1241 | 012115P001-1435A-598<br>JOHN E BONNEAU AND ASSOCIATES<br>633 NORTH LOTUS DR<br>MANDEVILLE LA 70471 |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

015888P001-1435A-598
JOHN E BONNEAU AND ASSOCIATES, INC
1011 NORTH CAUSEWAY BLVD
STE 34
MANDEVILLE LA 70471

018615P001-1435A-598
JOHN EHRET HIGH SCHOOL
4300 PATRIOT ST
MARRERO LA 70072

021071P001-1435A-598
JOHN EHRET HIGH SCHOOL
4300 PATRIOT ST
MARRERO LA 70072-4394

019789P001-1435A-598
JOHN FINCH MUSIC
64343 JOHNSTON RD
PEARL RIVER LA 70452

019790P001-1435A-598
JOHN G FINCH CONSTRUCTION
64343 JOHNSTON RD
PEARL RIVER LA 70452

022993P002-1435A-598
JOHN G FINNEY MD LLC
4012 TOLMAS DR
METAIRIE LA 70002-1851

031667P001-1435A-598
JOHN G GEISSERT
730060 AUTHEMENT ST
COVINGTON LA 70435

022994P001-1435A-598
JOHN M GORDONMD APMC
4228 HOUMA BLVD STE 220
METAIRIE LA 70006

026490P001-1435A-598
JOHN W SMITH WRESTLING CAMPS
601 S WASHINGTON 109
STILLWATER OK 74074

013720P002-1435A-598
JOHN WILEY AND SONS
CUSTOMER CARE DEPT
9200 KEYSTONE XING STE 800
INDIANAPOLIS IN 46240-4603

017042P001-1435A-598
JOHN WILEY AND SONS, INC
PO BOX 416502
BOSTON MA 02241-6502

017043P001-1435A-598
JOHN WOOTON PERCUSSION CAMPS
USM SCHOOL OF MUSIC
118 COLLEGE DR
BOX 5081
HATTIESBURG MS 39406

013721P002-1435A-598
JOHNHENRY ENTERPRISES, INC
800 CENTRAL AVE
NEW ORLEANS LA 70121-1305

013722P002-1435A-598
JOHNHENRY ENTERPRISES, OMC
800 CENTRAL AVE
NEW ORLEANS LA 70121-1305

018616P001-1435A-598
JOHNNY BRIGHT BOOSTER CLUB
3401 CLEARY AVE
METAIRIE LA 70002

015889P001-1435A-598
JOHNNY JONES BASKETBALL CAMP
ATHLETIC ADMIN OFFICE
MEN'S BASKETBALL OFFICE
101 FREY
BATON ROUGE LA 70803

010457P001-1435A-598
JOHNNY'S SEAFOOD
5104 LAPALCO BLVD
MARRERO LA 70072

013723P001-1435A-598
JOHNS TUXEDOS, INC
3200 HOUMA BLVD
METAIRIE LA 70006

022995P001-1435A-598
JOHNSON
1530 N BROAD ST
NEW ORLEANS LA 70119

001428P001-1435A-598
JOHNSON CONTROLS
PO BOX 730068
DALLAS TX 75373

021072P001-1435A-598
JOHNSON CONTROLS
DEPT CH 10320
PALATINE IL 60055-0320

041213P001-1435A-598
JOHNSON CONTROLS
2835 HESSMER AVE
STE 200
METAIRIE LA 70002

000323P001-1435A-598
JOHNSON CONTROLS FIRE PROTECTION
5800 JEFFERSON HWY
STE A
HARAHAN LA 70123

001429P001-1435A-598
JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE IL 60055-0320

029810P001-1435A-598
JOHNSON CONTROLS FIRE PROTECTION LP
5800 JEFFERSON HWY STE A
HARAHAN LA 70123-5134

041214P001-1435A-598
JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH PA 15250

015890P001-1435A-598
JOHNSON PORTABLE BUILDING
2501 HWY 190 E SERVICE RD
COVINGTON LA 70433

013724P001-1435A-598
JOHNSON TROPICALS, LLC
PO BOX 4630
COVINGTON LA 70454

Case 20-10846 Doc 4325-5 Filed 09/02/25 Entered 09/02/25 16:07:54 Desc Exhibit A Page 543
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 543 of 1525
US First Class Mail
Exhibit Pages

015304P001-1435A-598
JOHNSON TROPICALS, LLC
300 ST ANN DR
APT 1611
MANDEVILLE LA 70471

037088P001-1435A-598
JOHNSON TROPICALS, LLC
P.O. BOX 4630
COVINGTON LA 70434

041215P001-1435A-598
JOHNSTONE SUPPLY
PO BOX 23716
HARAHAN LA 70183

013725P001-1435A-598
JOHNSTONS INC
3303 YALE DR
KENNER LA 70065

013726P001-1435A-598
JOLYS METAL WORKS, INC
PO BOX 29041
NEW ORLEANS LA 70189-0041

019791P001-1435A-598
JONES AND BARTLETT LEARNING LLC
PO BOX 417289
BOSTON MA 02241-7289

021073P001-1435A-598
JONESBORO HODGE HIGH SCHOOL
225 PERSHING HWY
JONESBORO LA 71251

001438P001-1435A-598
JORGE SCHWARZ DDS
151 MEADOWCREST ST
STE B
GRETNA LA 70056

010458P001-1435A-598
JOSE BALLI LLC
3138 MAGAZINE ST STE A
NEW ORLEANS LA 70115

001439P001-1435A-598
JOSE FIGUEROA DMD
1000 VETERANS BLVD
STE 302
METAIRIE LA 70005

031337P002-1435A-598
JOSEPH
SUE ELLEN CANIZARO
500 NORTHLINE ST
METAIRIE LA 70005

022996P001-1435A-598
JOSEPH A LAGUNA MD PA
2701 PARK DR STE 2
CLEARWATER FL 33763

015891P001-1435A-598
JOSEPH ELLIOT USA
4060 SAN ARDO COVE
SAN DIEGO CA 92130

015892P001-1435A-598
JOSEPH FURR DESIGN STUDIO
635 MAIN ST
STUDIO 4
BATON ROUGE LA 70801

024055P001-1435A-598
JOSEPH MESSINA JR
42 SEVEN OAKS RD
MARRERO LA 70072-5024

024055S001-1435A-598
JOSEPH MESSINA JR
BARON & BUDD, P.C.
J. B. LEBLANC DAVID CANNELLA CHRIS COLLEY
2600 CitiPlace Dr
SUITE 400
BATON ROUGE LA 70808

024055S002-1435A-598
JOSEPH MESSINA JR
EAGLE INC FKA EAGLE ASBESTOS AND
PACKING CO INC SIMON PERAGINE
SMITH AND REDFEARN AGENT FOR SVC SUSAN B KOHN
ENERGY CTR 30TH FLOOR 1100 POYDRAS ST
NEW ORLEANS LA 70163

024055S003-1435A-598
JOSEPH MESSINA JR
AMERICAN MUTUAL INSURANCE CO
AS INSURER OF UNDERWOOD GLASS CO AND EXE OFF
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

024055S004-1435A-598
JOSEPH MESSINA JR
ASBESTOS CORPORATION LTD
LONG ARM SERVICE OF PROCESS VIA THE HAGUE
840 BOUL OUELLET CP9
THETFORD MINES PQ
HOLLAND  G6G 5SL
THE NETHERLANDS

024055S005-1435A-598
JOSEPH MESSINA JR
AT AND T CORP
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE LA 70816

024055S006-1435A-598
JOSEPH MESSINA JR
BARON AND BUDD PC J BURTON LEBLANC
DAVID R CANNELLA CHRISTOPHER C COLLEY
JEREMIAH S BOLING
2600 CITIPLACE DR STE 400
BATON ROUGE LA 70808

024055S007-1435A-598
JOSEPH MESSINA JR
BURMASTER LAND AND DEVELOPMENT CO LLC
AGENT FOR SERVICE A.J. BURMASTER
7033 EDGEWATER DR
MANDEVILLE, LA 70471 LA 70471

024055S008-1435A-598
JOSEPH MESSINA JR
CENTENNIAL INSURANCE CO
AS INSURER OF NORTH AMERICAN ASBESTOS CORP
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S009-1435A-598
JOSEPH MESSINA JR
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
AS INSURER OF ADVOCATE MINES LTD
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S010-1435A-598
JOSEPH MESSINA JR
CONTINENTAL INSURANCE CO
AS INSURER OF ADVOCATE MINES LTD
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S011-1435A-598
JOSEPH MESSINA JR
CSR LTD
LOUISIANA LONG ARM STATUTE ACN 000 001 276
9 HELP ST
CHATSWOOD NSW  2067
AUSTRALIA

024055S012-1435A-598
JOSEPH MESSINA JR
CSR LTD
LOUISIANA LONG ARM STATUTE ACN 000 001 276
LOCKED BAG 6
CHATSWOOD NSW  2057
AUSTRALIA

024055S013-1435A-598
JOSEPH MESSINA JR
FEDERAL INSURANCE CO
AS INSURER OF ADVOCATE MINES LTD
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PDF in 4 Page 544
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 544 of 1525
US First Class Mail
Exhibit Pages

024055S014-1435A-598
JOSEPH MESSINA JR
GUARD-LINE INC
LOUISIANA LONG ARM STATUTE
1001 PROGRESS DR
ATLANTA TX 75551

024055S015-1435A-598
JOSEPH MESSINA JR
INSURANCE COMP ANY OF NORTH AMERICA
AS INSURER OF NORTH AMERICAN ASBESTOS COR
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S016-1435A-598
JOSEPH MESSINA JR
LAMORAK INSURANCE CO
AS SUCC TO AMERICAN EMPLOYERS INSURANCE CO
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S017-1435A-598
JOSEPH MESSINA JR
LOMBARD INSURANCE CO
INSURER OF ADVOCATE MINES LTD
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S018-1435A-598
JOSEPH MESSINA JR
THE MCCARTY CORP
FKA MCCARTY BRANTON INC
AGENT FPR SERVICE PAUL SPAHT
4232 BLUEBONNET BLVD
BATON ROUGE LA 70809

024055S019-1435A-598
JOSEPH MESSINA JR
ST PAUL FIRE AND MARINE INSURANCE CO
AS INSURER OF NORTH AMERICAN ASBESTOS CORP
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S020-1435A-598
JOSEPH MESSINA JR
TAYLOR-SEIDENBACH INC
AGENT FOR SVC ROBERT I SHEPARD OR HAL SHEPARD
731 S SCOTT ST
NEW ORLEANS LA 70119

024055S021-1435A-598
JOSEPH MESSINA JR
UNION CARBIDE CORP
AGENT FOR SVC CT CORP SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE LA 70816

024055S022-1435A-598
JOSEPH MESSINA JR
UNITED STATES FIDELITY  GUARANTY CO
AS INSURER OF UNDERWOOD GLASS CO AND EXE OFF
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S023-1435A-598
JOSEPH MESSINA JR
WESTCHESTER FIRE INSURANCE CO
AS INSURER OF NORTH AMERICAN ASBESTOS CORP
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S024-1435A-598
JOSEPH MESSINA JR
ZURICH INSURANCE CO
AS INSURER OF NORTH AMERICAN ASBESTOS CORP
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

024055S025-1435A-598
JOSEPH MESSINA JR
EXCESS INSURANCE CO
AS INSURER OF ADVOCATE MINES LTD
LOUISIANA LONG ARM STATUTE ACN 000 001 276
8585 ARCHIVES DR
BATON ROUGE LA 70809

009880P001-1435A-598
JOSEPHINE FOUNDATION
KEN LIVAVDAIS
45 SEDGEFIELD
HARAHAN LA 70123

001442P001-1435A-598
JOSEPHITE FATHERS
REV HENRY DAVIS SSJ
2022 ST BERNARD AVE
NEW ORLEANS LA 70118

001443P001-1435A-598
JOSEPHITE FATHERS AND BROTHERS
2022 ST BERNARD AVE
NEW ORLEANS LA 70116

001444P001-1435A-598
JOSEPHUS ROBERT BARNES MD
1301 AMELIA ST
STE A
NEW ORLEANS LA 70115-3616

000169P001-1435S-598
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
INTERNATIONAL INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

000170P001-1435S-598
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
UNITED STATES FIRE INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

009884P001-1435A-598
JOSTEN INC
21336 NETWORK PL
CHICAGO IL 60673-1213

009221P001-1435A-598
JOSTENS
21336 NETWORK PL
CHICAGO IL 60673-1213

012116P001-1435A-598
JOSTENS
21336 NETWORK PL
CHICAGO LA 60673-1213

018617P001-1435A-598
JOSTENS GRAD SHOP
3422 CLEARY AVE
STE B
METAIRIE LA 70002

041219P001-1435A-598
JOSTENS, INC
21336 NETWORK PL
CHICAGO IL 60873

041220P001-1435A-598
JOSTENS, INC
7760 FRANCE AVE SOUTH
STE 400
MINNEAPOLIS MN 55435

012117P001-1435A-598
JOSTENSTHE GRAD SHOPPE, INC
8066 JEFFERSON HWY
BATON ROUGE LA 70809

010459P001-1435A-598
JOURNALISM EDU ASSOC
828 MID-CAMPUS DR S
MANHATTAN KS 66506

015893P001-1435A-598
JOURNEYEDCOM, INC
PO BOX 732357
DALLAS TX 75373-2357

009885P001-1435A-598
JOY ACTIVITY CENTER
ST MICHAELS SPECIAL SCHOOL
1522 CHIPPEWA ST
NEW ORLEANS LA 70131-4560

Case 20-10846 Doc 4325-4 Filed 09/25/25 Entered 09/25/25 14:00:15 PC Ex 4 Filed 545
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 545 of 1525
US First Class Mail
Exhibit Pages

021074P001-1435A-598
JOYS LAPLACE FLORIST
614 MAIN ST
LA PLACE LA 70068

019792P001-1435A-598
JP MORGAN CHASE
PO BOX 659754
SAN ANTONIO TX 78265-9754

026682P001-1435A-598
JPAS
1118 CLEARVIEW PKWY
METAIRIE LA 70001

041221P001-1435A-598
JPC EXTERMINATING LLC
14 WILCOX BLVD
HARAHAN LA 70123

029811P001-1435A-598
JPMORGAN CHASE
MERCHANT SVC
PO BOX 29534
PHOENIX AZ 85038

040814P001-1435A-598
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY
FLOOR 12 - CORP ACTIONS DEPT
DALLAS TX 75254

040815P001-1435A-598
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
SACHIN GOYAL
500 STANTON CHRISTIANA ROAD
OPS 4, FLOOR 02
NEWARK DE 19713-2107

013727P001-1435A-598
JPPSS
KRISTIN RODRIGUE
501 MANHATTAN BLVD
HARVEY LA 70058

017044P001-1435A-598
JPPSS/ATHLETIC DEPT
4600 RIVER RD
MARRERO LA 70072

017045P001-1435A-598
JPRD - WEST BANK
7437 LAPALCO BLVD
MARRERO LA 70072

009886P001-1435A-598
JPRD -EASTBANK
6921 SAINTS DR
METAIRIE LA 70003

010460P001-1435A-598
JPSO RESERVE FUND
1233 WESTBANK EXPY
HARVEY LA 70058

010461P001-1435A-598
JPSO RETIREMENT
725 MAPLE AVE
HARVEY LA 70058

041222P001-1435A-598
JRB LANDSCAPING LLC
521 SAINT MARY ST
APT 415
NEW ORLEANS LA 70130

017046P001-1435A-598
JRS MARKETING
2125 BELLE CHASSE HWY
GRETNA LA 70053

018618P001-1435A-598
JRS MARKETING
2127 BELLE CHASSE HWY
GRETNA LA 70053

021052P001-1435A-598
JS CLARK HIGH SCHOOL
1301 N DERBINGY
NEW ORLEANS LA 70116

001393P001-1435A-598
JS PALUCH CO INC
2439 MANHATTAN BLVD
STE 307
HARVEY LA 70058

009438P001-1435A-598
JS PALUCH CO INC
PO BOX 2703
SCHILLER PARK IL 60176

019784P001-1435A-598
JS PALUCH CO INC
BULLETIN CUSTOMER SVC
3708 RIVER RD STE 400
FRANKLIN PARK IL 60131

041193P001-1435A-598
JS PALUCH COMPANY, INC
3708 N RIVER RD
STE 400
FRANKLIN PARK IL 60131

015894P001-1435A-598
JS PRINTING
3940 PINSON VLY PKWY
BIRMINGHAM AL 35217

021075P001-1435A-598
JS PRINTING
PO BOX 94688
BIRMINGHAM AL 35220

001447P001-1435A-598
JSR VETTING SVC LLC
PO BOX 447
MADISONVILLE LA 70447

009395P001-1435A-598
JSR VETTING SVC LLC
PO BOX 447
MADISONVILLE LA 70130

000124P002-1435S-598
JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440

001449P001-1435A-598
JUDSON BAPTIST RETREAT CENTER
10330 PETERSON RD
ST FRANCISVILLE LA 70775

010462P001-1435A-598
JUGS SPORTS INC
11885 SW HERMAN RD
TUALATIN OR 97062

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:06:45 Exhibit A Page 546
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 546 of 1525
US First Class Mail
Exhibit Pages

012118P001-1435A-598
JUGS SPORTS, INC
PO BOX 365
TUALATIN OR 97062

015895P001-1435A-598
JUGS SPORTS, INC
PO BOX 365
TUTALIN OR 97062

022997P001-1435A-598
JULES TURNER MD
920 AVENUE G
MARRERO LA 70072

010463P001-1435A-598
JULIAN FAYARDS BP QPS
OCEAN SPRING STORE
6905 WASHINGTON AVE
OCEAN SPRINGS MS 39564

001450P001-1435A-598
JULIUS LIPS DOORS AND GLASS CO INC
363 WHITNEY AVE
TERRYTOWN LA 70056

015896P001-1435A-598
JUMP START TEAM CAMP
PETER VERRET
HL BOURGEOIS HIGH SCHOOL
#1 RESERVATION CT
GRAY LA 70359

019793P001-1435A-598
JUMP START TEAM CAMP
PETER VERRET
#1 RESERVATION COURT
GRAY LA 70359

041223P001-1435A-598
JUNEAU ODENWALD, INC
1109 DEALERS AVE
ELMWOOD LA 70123

010464P001-1435A-598
JUNEAU'S SANDWICH SHOP
4016 7TH ST
MARRERO LA 70072

009313P001-1435A-598
JUNIOR ACHIEVEMENT OF GREATER NEW ORLEANS
5100 ORLEANS AVE
NEW ORLEANS LA 70124

026608P001-1435A-598
JUNIOR LEAGUE OF GREATER COVINGTON
529 N COLUMBIA ST
COVINGTON LA 70433

013728P001-1435A-598
JUNIOR LIBRARY GUILD
PO BOX 6308
CAROL STREAM IL 60197-6308

017047P001-1435A-598
JUNIOR LIBRARY GUILD
7858 INDUSTRIAL PKWY
PLAIN CITY OH 43064

021076P001-1435A-598
JUNIOR TOURS INC
935 ROUTE 34
STE 3C
MATAWAN NJ 07747

001451P001-1435A-598
JUNK KING NEW ORLEANS
2828 ELYSIAN FIELDS AVE
STE A
NEW ORLEANS LA 70122

015897P001-1435A-598
JUST ADD WATER
206 ELM ST
#203844
NEW HAVEN CT 06520

021077P001-1435A-598
JUST ASK RENTAL
3635 WILLIAMS BLVD
KENNER LA 70065

022998P001-1435A-598
JUST CARE HOLISTIC SVC LL
7809 AIRLINE DR STE 305A
METAIRIE LA 70003

019794P001-1435A-598
JUST FOR KIX
PO BOX 724
BRAINERD MN 56401

021078P001-1435A-598
JUST FOR KIX CATALOG LLC
P O BOX 724
BRAINERD MN 56401

018619P001-1435A-598
JUSTIN -SIENNA HIGH SCHOOL
4026 MAHER ST
NAPA CA 94558

015898P001-1435A-598
JUSTIN BROWN, OSB
75376 RIVER RD
ST. BENEDICT LA 70457

015866P001-1435A-598
JV BURKES AND ASSOCIATES
2990 EAST GAUSE BLVD STE B
SLIDELL LA 70461

017048P001-1435A-598
JWP STUDIO, LLC
1654 STUMPF BLVD
GRETNA LA 70056

019795P001-1435A-598
K 2 CHEM INC
2576 GRAVEL DR
FT WORTH TX 76118

015899P001-1435A-598
K AND B EVENT SERVICES, LLC
83261 PRESS SHARP RD
BUSH LA 70431

018620P001-1435A-598
K AND G TOWING, INC
716 LABARRE RD
JEFFERSON LA 70121

018621P001-1435A-598
K AND M AUTO AND TRUCK SVC
1920 SHREWSBURY RD
METAIRIE LA 70001

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDocm 4 Fidge is 547
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 547 of 1525
US First Class Mail
Exhibit Pages

001453P001-1435A-598
K B KAUFMANN AND CO INC
3173 TERRACE AVE EAST
SLIDELL LA 70458

012119P001-1435A-598
K V WORKSPACE
525 N CAUSEWAY BLVD
MANDEVILLE LA 70448

018630P001-1435A-598
K'S MONOGRAMMING
400 BERTOLINO DR
KENNER LA 70065

019796P001-1435A-598
K-12 MASCOTS
508 CAMERON CV
CEDAR PARK TX 78613

015906P001-1435A-598
K-FITNESS
317 N COLUMBIA ST
COVINGTON LA 70433

001455P001-1435A-598
K12 MANAGEMENT INC
DBA FUEL EDUCATION LLC
PO BOX 824186
PHILADELPHIA PA 19182-4186

012120P001-1435A-598
K12 MANAGEMENT INC
PO BOX 824186
PHILADELPHIA PA 19182-4186

022999P001-1435A-598
KA YAN TONG LLC
PO BOX 640368
KENNER LA 70064

001456P001-1435A-598
KAISER SUPPLY
PO BOX 975662
DALLAS TX 75397

010465P001-1435A-598
KANGAROO EXPRESS
368 VOTERS RD
SLIDELL LA 70461

021079P002-1435A-598
KANSAS CITY COSTUME CO
9815 JEFFERSON CT
KANSAS CITY MO 64114-4376

021080P001-1435A-598
KAPLAN HIGH SCHOOL
200 PIRATE LN
KAPLAN LA 70548

001454P001-1435A-598
KAR JANITORIAL SUPPLIES INC
PO BOX 10727
JEFFERSON LA 70121

001457P001-1435A-598
KARAM FAMILY DENTAL
848 TERRY PKWY
GRETNA LA 70056

023000P001-1435A-598
KAREN J LEE DPM PA DBA PODIATR
PO BOX 16158
BELFAST ME 04915

023001P001-1435A-598
KAREN NELKIN BRANDAO MA MSSW L
744 DANTE ST
NEW ORLEANS LA 70118

023002P001-1435A-598
KARLIN AND NORMAND LLP
3901 HOUMA BLVD STE 400
METAIRIE LA 70006

029598P001-1435A-598
KASEY WEBB
OFFICE OF CATHOLIC SCHOOLS
ADDRESS INTENTIONALLY OMITTED

001458P001-1435A-598
KASEYA US SALES LLC
PO BOX 419327
BOSTON MA 02241-9327

017049P001-1435A-598
KAT'S CAKES
1331 BARATARIA BLVD
MARRERO LA 70072

001694P001-1435A-598
KATE ABREO MENDELSON
5100 MAGNOLIA ST
MARRERO LA 70072

023004P001-1435A-598
KATHLEEN POSEY MD
PO BOX 7857
BELFAST ME 04915

021924P001-1435A-598
KATHRYN MCCLURE
ADDRESS INTENTIONALLY OMITTED

021081P001-1435A-598
KATHYS PARTY STORE
1512 W AIRLINE HWY
LAPLACE LA 70068

029522P001-1435A-598
KATIE ENRIQUEZ
ADDRESS INTENTIONALLY OMITTED

009887P001-1435A-598
KATIES RESTAURANT
3701 IBERVILLE ST
NEW ORLEANS LA 70119

019797P001-1435A-598
KAY FENTON MEMORIAL POWER MEET
EPISCOPAL HIGH SCHOOL
3200 WOODLAND RIDGE BLVD
BATON ROUGE LA 70816-2798

018622P001-1435A-598
KBS PROJECTS UNLIMITED, LLC
412 LAVOISIER ST
GRETNA LA 70053

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

001460P001-1435A-598
KCI USA INC
PO BOX 301328
DALLAS TX 75303-1328

019799P001-1435A-598
KEELING CO
311 HOLIDAY BLVD
COVINGTON LA 70433-6109

000103P001-1435S-598
KEITH A RODRIGUEZ
ATTORNEY AT LAW
P O BOX 3445
LAFAYETTE LA 70502-3445

023005P001-1435A-598
KEITH J CAPONE MD
6517 SPANISH FORT BLVD
NEW ORLEANS LA 70124

023006P001-1435A-598
KEITH VAN METER AND ASSOCIATES
PO BOX 7313
COLUMBIA SC 29202

012121P001-1435A-598
KEITH YOUNG'S STEAKHOUSE
165 HWY 21
MADISONVILLE LA 70447

012122P001-1435A-598
KEITH'S SOIL AND SAND CO
1526 HWY 190
COVINGTON LA 70433

015900P001-1435A-598
KEITH'S SOIL-SAND-GRAVEL
1526 N HWY 190
COVINGTON LA 70433

015901P001-1435A-598
KEITHS TOWING SERVICE, INC
PO BOX 8573
MANDEVILLE LA 70470-8573

012123P001-1435A-598
KELLE'
4929 BOONE AVE NORTH
MINNEAPOLIS MN 55428

030986P001-1435A-598
KELLER WILLIAMS REALTY
LYNDA NUGENT SMITH
ADDRESS INTENTIONALLY OMITTED

031022P001-1435A-598
KELLER WILLIAMS REALTY
JESSICA JAMBON

013729P001-1435A-598
KELLERMEYER BERGENSONS SERVICES, LLC
25049 NETWORK PL
CHICAGO IL 60673-1250

009298P001-1435A-598
KELLEY AND ABIDE
4401 EUPHROSINE ST
NEW ORLEANS LA 70125

009424P001-1435A-598
KELLEY AND ABIDE CO INC
PO BOX 13516
NEW ORLEANS LA 70185

013730P001-1435A-598
KELLY BATES DESIGNS, LLC
2121 METAIRIE HEIGHTS AVE
METAIRIE LA 70001

009227P001-1435A-598
KELLY CLAVERIE DESIGNS
228 ORION AVE
METAIRIE LA 70005

000154P001-1435S-598
KELLY HART PITRE
LOUIS M PHILLIPS
301 MAIN ST.,STE 1600
BATON ROUGE LA 70801

041228P001-1435A-598
KELLYMEYER BERGENSONS SERVICES, LLC
3510 N CAUSEWAY BLVD
STE 505
MERAIRIE LA 70002

023008P001-1435A-598
KELVIN J CONTREARY MD LLC
4224 HOUMA BLVD STE 310
METAIRIE LA 70006

041229P001-1435A-598
KEMCO FACILITIES SERVICES, LLC
5750 BELL CIR
MONTGOMERY AL 36116

001465P001-1435A-598
KEN BROWN AND SONS INC
PO BOX 19286
NEW ORLEANS LA 70179

017050P001-1435A-598
KEN LEES DOCK, LLC
PO BOX 448
LAFITTE LA 70067

001466P001-1435A-598
KEN S PHARMACY
4626 ALCEE FORTIER
STE C
NEW ORLEANS LA 70129

009888P001-1435A-598
KEN-AIR REFRIGERATION
PO BOX 73052
METAIRIE LA 70033

010466P001-1435A-598
KENDRA SCOTT DESIGN
5757 MAGAZINE ST
STE C
NEW ORLEANS LA 70115

031671P001-1435A-598
KENIA
AGUILAR GALINDO
ON BEHALF OF MINOR CHILD EMELY
1428 MEHLE ST
ARABI LA 70032

013731P001-1435A-598
KENNER BUSINESS ASSOCIATION
PO BOX 1227
KENNER LA 70063

Case 20-10846 Doc 4325-5 Filed 09/10/25 Entered 09/10/25 15:40:07 Ex. 4 Page 549
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 549 of 1525
US First Class Mail
Exhibit Pages

023009P001-1435A-598
KENNER CHIROPRACTIC CLINIC
2001 42ND ST STE A
KENNER LA 70065

018623P001-1435A-598
KENNER CITY EVENTS
PO BOX 916
KENNER LA 70063

030966P001-1435A-598
KENNER DISCOVERY HEALTH SCIENCE ACADEMY
DR PATTY GLASER
ADDRESS INTENTIONALLY OMITTED

023010P001-1435A-598
KENNER EMERGENCY GROUP LLC
PO BOX 400
SAN ANTONIO TX 78292

023011P001-1435A-598
KENNER EMERGENCY GROUP LLC
PO BOX 679491
DALLAS TX 75267

023012P001-1435A-598
KENNER EMERGENCY GRP LLC
PO BOX 400
SAN ANTONIO TX 78292

023013P001-1435A-598
KENNER EMERGENCY GRP LLC
PO BOX 679491
DALLAS TX 75267

009889P001-1435A-598
KENNER OFFICIALS ASSOCIATION
STEVEN SAUCIER
3009 HARING RD
METAIRIE LA 70006

013732P001-1435A-598
KENNER PARKS AND RECREATION
1905 24TH ST
KENNER LA 70062

013733P001-1435A-598
KENNER SEAFOOD MARKET
3140 LOYOLA DR
KENNER LA 70065

023015P001-1435A-598
KENNESTONE HOSPITAL
PO BOX 406163
ATLANTA GA 30384

001468P001-1435A-598
KENT DESIGN BUILD INC
1875 HIGHWAY 59
MANDEVILLE LA 70448

009890P001-1435A-598
KENT MITCHELL BUS SALES
41430 EAST I55 SERVICE RD
HAMMOND LA 70403

012124P001-1435A-598
KENT-MITCHELL BUS AND RV SALES AND SVC LLC
41430 EAST I-55 SERVICE RD
HAMMOND LA 70403

026491P001-1435A-598
KENTUCKY CATHOLIC FORENSIC LEAGUE
925 S LINCOLN BLVD
HODGENVILLE KY 42748

026609P001-1435A-598
KENTWOOD HIGH SCHOOL
603 9TH ST
KENTWOOD LA 70444

012125P001-1435A-598
KENTWOOD SPRING WATER
PO BOX 660579
DALLAS TX 75266-0579

015902P001-1435A-598
KENTWOOD SPRINGS
ACCT# 641735314298957
PO BOX 660579
DALLAS TX 75266-0579

026140P001-1435A-598
KENTWOOD UTILITIES
308 AVE G
KENTWOOD LA 70444

001472P001-1435A-598
KERN INTERNATIONAL LLC
333 EDWARDS AVE
HARAHAN LA LA 70123

002866P001-1435A-598
KERSTIN HOENER ZUBENTRUP
1836 BURGUNDY ST
NEW ORLEANS LA 70116

018625P001-1435A-598
KESLERS AUTOELECTRIC, INC
3701 AIRLINE DR
METAIRIE LA 70001

015903P002-1435A-598
KESSLERS TEAM SPORTS
1660 STIGLEMAN RD
RICHMOND IN 47374-9450

035101S001-1435A-598
KETTLE MORAINE CORRECTIONAL
KRISTIE LUCKOW
PO BOX 31
PLYMOUTH WI 53073-0031

036350S001-1435A-598
KETTLE MORAINE CORRECTIONAL
ANDREW KOELBL
PO BOX 31
PLYMOUTH WI 53073-0031

023016P001-1435A-598
KEVIN B HARRISON DC LLC
STE 15 1680 SW NEWLAND WAY
LAKE CITY FL 32025

015904P001-1435A-598
KEVIN DIGGS, DBA 5 FINGER DISCOUNT, LLC
1439 SAVANNAH ST
COVINGTON LA 70433

001473P001-1435A-598
KEVIN E MCLAUGHLIN MD APMC
350 LAKEVIEW CT
STE A
COVINGTON LA 70433-7514

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:06:75 in PB Exhibit 4 in Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 550 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031031P001-1435A-598<br>KEVIN MARRONE<br>ADDRESS INTENTIONALLY OMITTED | 023017P001-1435A-598<br>KEVIN PLAISANCE MD LLC<br>200 GREENBRIER BLVD<br>COVINGTON LA 70433 | 013734P001-1435A-598<br>KEVIN VICKERS SVC LLC<br>217 BROOKLYN AVE<br>JEFFERSON LA 70121 | 015905P001-1435A-598<br>KEY CLUB DISTRICT<br>5319B DIDESSE DR<br>BATON ROUGE LA 70808 |
| 012126P001-1435A-598<br>KEY CLUB INTERNATIONAL<br>PO BOX 6069<br>DEPT 123<br>INDIANAPOLIA IN 46206-6069 | 017051P001-1435A-598<br>KEY CLUB INTERNATIONAL<br>PO BOX 6069 DEPT 123<br>INDIANAPOLIS IN 46206-6069 | 010467P001-1435A-598<br>KEYLESS ACCESS LOCKSCOM<br>20423 STATE RD 7<br>STE F6400<br>BOCA RATON FL 33498 | 009891P001-1435A-598<br>KEYSTONE SPECIALTIES INC<br>2323 S LIPAN<br>DENVER CO 80223-3693 |
| 010468P001-1435A-598<br>KFC TOWER CITY<br>2930 CARNEGIE AVE<br>CLEVELAND OH 44115 | 001475P001-1435A-598<br>KGLA RADIO TROPICAL<br>3540 S I 10 SERVICE RD W<br>STE 342<br>METAIRIE LA 70001 | 001476P001-1435A-598<br>KGLA-TV<br>3540 S I-10 SERVICE RD W<br>STE 342<br>METAIRIE LA 70001 | 030996P001-1435A-598<br>KHAN PROPERTIES, INC<br>RAOOF KAHN<br>ADDRESS INTENTIONALLY OMITTED |
| 001477P001-1435A-598<br>KID GLOVES INC<br>PO BOX 23646<br>NEW ORLEANS LA 70183 | 001479P001-1435A-598<br>KIDS AND FAMILY NEW ORLEANS<br>5000 W ESPLANADEPMB 223<br>METAIRIE LA 70006 | 019802P001-1435A-598<br>KIDS CORNER<br>2385 E GAUSE BLVD<br>STE 9<br>SLIDELL LA 70461 | 019803P001-1435A-598<br>KIDS KORNER<br>2385 EAST GAUSE BLVD<br>SLIDELL LA 70461 |
| 019805P002-1435A-598<br>KIEFER SPECIALTY FLOORING INC<br>1225 TRI STATE PKWY STE 510<br>GURNEE IL 60031-9163 | 001481P001-1435A-598<br>KIM GANDOLFI PETTY CASH<br>5500 ST MARY ST<br>METAIRIE LA 70006 | 029532P001-1435A-598<br>KIM HAMMETT<br>ADDRESS INTENTIONALLY OMITTED | 000172P001-1435S-598<br>KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 |
| 013735P001-1435A-598<br>KIM'S KRAFTS<br>1837 WOODROW AVE<br>METAIRIE LA 70001 | 010469P001-1435A-598<br>KIM'S RESTAURANT<br>3715 WESTBANK EXPY<br>HARVEY LA 70058 | 015907P001-1435A-598<br>KINDER HIGH SCHOOL<br>145 HWY 383<br>KINDER LA 70648 | 023018P001-1435A-598<br>KINDL WORKS LLC<br>PO BOX 19333<br>BELFAST ME 04915 |
| 023019P001-1435A-598<br>KINDRED AT HOME<br>PO BOX 281159<br>ATLANTA GA 30384 | 021082P001-1435A-598<br>KINETIC BOOKS<br>2003 WESTERN AVE<br>STE 100<br>SEATTLE WA 98121 | 023020P001-1435A-598<br>KINEX MEDICAL - WI<br>PO BOX 88112<br>MILWAUKEE WI 53288 | 010470P001-1435A-598<br>KING GEORGE DINER<br>2539 WOODSON RD<br>OVERLAND MO 63114 |

Case 20-10846 Doc 4345-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 551
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 551 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010471P001-1435A-598<br>KINGFISH POOL SVC<br>5736 HEEBE ST<br>ELMWOOD LA 70123 | 041232P001-1435A-598<br>KINGFISH POOL SVC L L C<br>1024 CENTRAL AVE<br>METAIRIE LA 70001 | 018626P001-1435A-598<br>KITCHEN DEPOT, LLC<br>8739 AIRLINE HWY<br>NEW ORLEANS LA 70118 | 010472P001-1435A-598<br>KIWANIS CLUB OF ALGIERS<br>P O BOX 6464<br>NEW ORLEANS LA 70174 |
| 018627P001-1435A-598<br>KIWANIS DAWN BUSTERS<br>PO BOX 6211<br>METAIRIE LA 70011-6211 | 010473P001-1435A-598<br>KIWANIS INTERNATIONAL<br>3636 WOODVIEW TRACE<br>INDIANAPOLIS IN 46268 | 026610P001-1435A-598<br>KIWANIS OF COVINGTON<br>222 S JEFFERSON<br>COVINGTON LA 70433 | 031567P001-1435A-598<br>KIWANIS YOUTH FOUNDATION OF NEW ORLEANS INC<br>HENRIK A PONTOPPIDAN<br>1509 GARDENIA DR<br>METAIRIE LA 70005 |
| 001486P002-1435A-598<br>KJ'S PLUMBING<br>2700 CRESTVIEW ST STE A<br>KENNER LA 70062-4884 | 023021P001-1435A-598<br>KJA ANESTHESIA LLC<br>PO BOX 86251<br>BATON ROUGE LA 70879 | 010474P001-1435A-598<br>KL SECURITY ENTERPRISE<br>1100 N 9TH ST<br>LAGAYETTE IN 47904 | 019806P001-1435A-598<br>KLASS INK<br>514 GAUSE BLVD<br>SLIDELL LA 70458 |
| 015908P001-1435A-598<br>KLASS INK TROPHIES, LLC<br>514 GAUSE BLVD<br>SLIDELL LA 70458 | 017052P001-1435A-598<br>KLEINPETER<br>14444 AIRLINE HIGHWAY<br>BATON ROUGE LA 70817 | 009892P001-1435A-598<br>KLEINPETER FARMS DAIRY LLC<br>14444 AIRLINE HIGHWAY<br>BATON ROUGE LA 70817 | 015909P001-1435A-598<br>KLERITEC<br>15823 MONTE ST #103<br>SYLMAR CA 91342 |
| 023022P001-1435A-598<br>KLINGER AND MARSHALL DERMATOLO<br>STE 202 2600 BELLE CHASSE HWY<br>GRETNA LA 70056 | 010475P001-1435A-598<br>KMART<br>105 DOLEAC DR #634A<br>HATTIESBURG MS 39401 | 026336P001-1435A-598<br>KMART<br>3333 BEVERLY RD<br>HOFFMAN ESTATES IL 60179 | 019807P001-1435A-598<br>KMSCO LOGO KNITS<br>42-A CINDY LANE<br>OCEAN NJ 07712 |
| 010476P001-1435A-598<br>KNIGHTS OF COLOMBUS COUNCIL #6870<br>535 DEERFIELD RD<br>TERRYTOWN LA 90056 | 012127P001-1435A-598<br>KNIGHTS OF COLUMBUS # 3061<br>74720 HIGHWAY 25<br>COVINGTON LA 70435 | 013736P001-1435A-598<br>KNO, INC<br>INTEL CORP<br>MAIL STOP RNB 3-132<br>2200 MISSION COLLEGE BLVD<br>SANTA CLARA CA 95054 | 015910P001-1435A-598<br>KNO, INC<br>INTEL CORP<br>MAIL STOP RNB 30132<br>2200 MISSION COLLEGE BLVD<br>SANTA CLARA CA 95054 |
| 015911P001-1435A-598<br>KNOWBUDDY RESOURCES<br>PO BOX 3227<br>MANKATO MN 56002 | 017053P001-1435A-598<br>KNOX CO<br>1601 W DEER VLY RD<br>PHOENIX AZ 85027 | 010477P001-1435A-598<br>KNUTSON IRRIGATION DES<br>15250 SUNSHINE RD<br>YUKON OK 73099 | 041233P001-1435A-598<br>KOCH AND WILSON ARCHITECTS<br>1100 JACKSON AVE<br>NEW ORLEANS LA 70130 |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Exm 4 Affidavit 552
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 552 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001488P001-1435A-598<br>KOCH AND WILSON ARCHITECTS PC<br>1100 JACKSON AVE<br>NEW ORLEANS LA 70130 | 015912P001-1435A-598<br>KOCH FILTER CORP<br>PO BOX 3186<br>LOUISVILLE KY 40201-3186 | 018628P001-1435A-598<br>KODIAK SPORTS, LLC<br>5700 GRANITE PKWY<br>STE 200<br>PLANO TX 75024 | 001478P001-1435A-598<br>KOHL'S<br>310 TOWN CTR PKWY<br>SLIDELL LA 70458 |
| 041234P001-1435A-598<br>KONE INC<br>520 ELMWOOD PK BLVD<br>STE 150<br>NEW ORLEANS LA 70123 | 001724P002-1435A-598<br>KONICA MINOLTA<br>21146 NETWORK PL<br>CHICAGO IL 60673-1211 | 041235P001-1435A-598<br>KONICA MINOLTA<br>3330 W ESPLANADE AVE<br>METAIRIE LA 70002 | 001491P001-1435A-598<br>KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>DEPT AT 952823<br>2727 PACES FERRY RD SE FL 16<br>ATLANTA GA 30339 |
| 041236P001-1435A-598<br>KONICA MINOLTA PREMIER<br>PO BOX 41602<br>PHILADEL|HIA PA 19101-1602 | 029812P001-1435A-598<br>KONICA MINOLTA PREMIER FINANCE<br>100 WILLIAMS DR<br>RAMSEY NJ 07446 | 017054P001-1435A-598<br>KOOL BREEZE AC SVC<br>1614 LAFAYETTE ST<br>GRETNA LA 70053 | 001492P001-1435A-598<br>KOPPEL DERMATOLOGY<br>3640 HOUMA BLVD<br>METAIRIE LA 70006 |
| 031086P001-1435A-598<br>KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC<br>D/B/A HANMAUM KOREAN CATHOLIC CHURCH<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 010479P001-1435A-598<br>KORI'S FLORAL BOUTIQUE<br>701 DAVID DR<br>METAIRIE LA 70003 | 010480P001-1435A-598<br>KORNEY BOARD INC<br>312 HARRISON AVE<br>ROXTON TX 75477 | 023023P001-1435A-598<br>KREWE OF KIDS LLC<br>6600 FRANKLIN AVE STE A2<br>NEW ORLEANS LA 70122 |
| 009291P001-1435A-598<br>KRH CONSULTING LLC<br>420 36TH ST<br>NEW ORLEANS LA 70124 | 041237P001-1435A-598<br>KRH CONSULTING, LLC<br>248 26TH ST<br>NEW ORLEANS LA 70124 | 013737P001-1435A-598<br>KRISPY KREME<br>825 CLEARVIEW PKWY<br>METAIRIE LA 70001 | 026252P001-1435A-598<br>KRISPY KREME DOUGHNUTS<br>PO BOX 83<br>WINSTON-SALEM NC 27102 |
| 015913P001-1435A-598<br>KRISTINA BROCKHOEFT<br>306 MARIGNY AVE<br>MANDEVILLE LA 70448 | 021086P001-1435A-598<br>KROMER CO<br>2365 COMMERCE BLVD<br>MOUND MN 55364-1447 | 015914P001-1435A-598<br>KROSSOVER<br>148 WEST 24TH ST<br>8TH FL<br>NEW YORK NY 10011 | 000027P001-1435S-598<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 |
| 023024P001-1435A-598<br>KSW LLC<br>42286 VETERANS AVE<br>HAMMOND LA 70403 | 017055P001-1435A-598<br>KT GRAPHICS<br>1318 BARATARIA BLVD<br>MARRERO LA 70072 | 010482P001-1435A-598<br>KULLY SUPPLY<br>2110 COUNTY RD 42 W<br>BURNSVILLE MN 55337 | 041238P001-1435A-598<br>KUSHNER LAGRAIZE LLC<br>3330 W ESPLANADE AVE<br>#100<br>METAIRIE LA 70002 |

Case 20-10846 Doc 4335-1 Filed 09/09/25 Entered 09/09/25 14:00:05 Exhibit A Page 553
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 553 of 1525
US First Class Mail
Exhibit Pages

010483P001-1435A-598
KUTA SOFTWARE
6308 HOLLAND MEADOW LN
GAITHERSBURG MD 20882-123

041660P001-1435A-598
KV AND DJ ENTERPRISES
DBA SPEEDEE OIL CHANGE AND TUNE UP
2601 ESPLANDE AVE
NEW ORLEANS LA 70119

012128P001-1435A-598
KV WORKSPACE BUSINESS OFFICE
525 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70448

023025P001-1435A-598
KWIK CLINIC AND OCCUPATIONAL HEA
1940A WASHINGTON ST
FRANKLINTON LA 70438

023026P003-1435A-598
KWIK CLINIC AND OCCUPATIONAL HEA
1117 S TYLER ST
COVINGTON LA 70433-2327

010484P001-1435A-598
KWIK TICKETS INC QPS
109 SOUTH MT VERNON AVE
UNIONTOWN PA 15401

036653S001-1435A-598
KY CORRECTIONAL INST FOR WOMEN
DEENA GRIMM
PO BOX 337
PEWEE VALLEY KY 40056-0337

036936S001-1435A-598
KY CORRECTIONAL INST FOR WOMEN
NATHANIEL COLEMAN
PO BOX 337
PEWEE VALLEY KY 40056-0337

015915P001-1435A-598
KYLE ASSOCIATES, LLC
638 VLG LN NORTH
MANDEVILLE LA 70471

023027P001-1435A-598
KYLE V ACOSTA MD
185 GREENBRIER BLVD
COVINGTON LA 70433

021087P001-1435A-598
KYOCERA MITA AMERICA INC
P O BOX 740423
ATLANTA GA 30374-0423

018631P001-1435A-598
L AND D HOLMES, LLC
2601 HASLEY AVEE
NEW ORLEANS LA 70114-6813

010486P001-1435A-598
L AND L ALEXIS SCHOOL UNIFORMS
AND  ACCESSORIES
809 BEHRMAN HWY #107
TERRYTOWN LA 70056

010485P001-1435A-598
L AND L SUPPLIES
286 LONGDEN AVE
BALDWIN PARK CA 91706

021088P001-1435A-598
L AND SON INC
P O BOX 2131
RESERVE LA 70084

018632P001-1435A-598
L AND W SUPPLY
4400 YORK ST
METAIRIE LA 70001

021089P001-1435A-598
L B LANDRY HIGH SCHOOL
1200 WHITNEY AVE
NEW ORLEANS LA 70114

001496P001-1435A-598
L C PASTORAL SVC
315 GARDENS AVE
MANDEVILLE LA 70471

023028P001-1435A-598
L T CASHIO AND MARK JUNEAU JR
920 AVENUE B
MARRERO LA 70072

021119P001-1435A-598
L'OBSERVATEUR
116 NEWSPAPER RD
LAPLACE LA 70068

026422P001-1435A-598
LA ACDA
2620 LAUREL ST
NEW ORLEANS LA 70130

015923P001-1435A-598
LA ASSOC OF HS SPANISH CLUBS
PO BOX 14454
BATON ROUGE LA 70898

023029P002-1435A-598
LA BELLA VITA LASER AND VEIN C
4080 LONESOME RD
STE A
MANDEVILLE LA 70448-7093

013739P001-1435A-598
LA BELLAS CATERING, INC
2118 3RD ST
KENNER LA 70062

021093P001-1435A-598
LA BELLE PLACE
1905 WEST AIRLINE HIGHWAY
LAPLACE LA 70068

009893P001-1435A-598
LA BOWLING PROPRIETORS ASSO INC
8878 FLORIDA BLVD
BATON ROUGE LA 70815

010490P001-1435A-598
LA CAPITOL FEDERAL CREDIT UNION
2044 MANHATTAN BLVD
HARVEY LA 70058

026611P001-1435A-598
LA CARRETA
812 US-190
COVINGTON LA 70433

Case 20-10846 Doc 4325-4 Filed 09/25/25 Entered 09/25/25 16:07:54 PD Ex 4 Page 554
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 554 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012129P001-1435A-598<br>LA CHAPTER OF US LACROSSE<br>143 SOUTHLAWN DR<br>LAFAYETTE LA 70503 | 010491P001-1435A-598<br>LA CHILDREN MUSEUM<br>15 HENRY THOMAS DR<br>NEW ORLEANS LA 70124 | 010492P001-1435A-598<br>LA CHILDREN'S MUSEUM<br>15 HENRY THOMAS DR<br>NEW ORLEANS LA 70124 | 026613P001-1435A-598<br>LA COCACOLA<br>5601 CITRUS BLVD<br>HARAHAN LA 70123 |
| 018999P001-1435A-598<br>LA CONFERENCE OF CATHOLIC BISHOPS<br>PO BOX 66791<br>BATON ROUGE LA 70896 | 013740P001-1435A-598<br>LA COUNCIL FOR THE SOCIAL STUDIES<br>100 MEADOW SPRING PL<br>COVINGTON LA 70435 | 001497P001-1435A-598<br>LA CREOLE<br>PO BOX LIBRARY RESEARCH CT<br>1 DREXEL DR<br>NEW ORLEANS LA 70125 | 012130P001-1435A-598<br>LA CUSTOM AWNINGS AND SHUTTERS<br>68676 HWY 59 STE C<br>MANDEVILLE LA 70471 |
| 017056P001-1435A-598<br>LA DEPT AGR AND FORESTRY<br>5825 FLORIDA BLVD<br>STE 1003<br>BATON ROUGE LA 70806 | 026683P001-1435A-598<br>LA DEPT OF AGRICULTURE AND FORESTRY<br>5825 FLORIDA BLVD<br>BATON ROUGE LA 70806 | 009897P001-1435A-598<br>LA DEPT OF EDUCATION<br>PO BOX 94064<br>BATON ROUGE LA 70804-9064 | 012131P001-1435A-598<br>LA DEPT OF EDUCATION<br>MICHAEL BURAS<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 001498P001-1435A-598<br>LA DEPT OF ENVIRONMENTAL QUAILITY<br>PO BOX 733676<br>DALLAS TX 75373-3676 | 001499P001-1435A-598<br>LA DEPT OF ENVIRONMENTAL QUALITY<br>OES PERMIT SUPPORT DIVISION<br>602 N FIFTH ST<br>BATON ROUGE LA 70802 | 012132P001-1435A-598<br>LA DEPT OF ENVIRONMENTAL QUALITY<br>FINANCIAL SVC DIVISION<br>PO BOX 4311<br>BATON ROUGE LA 70821-4311 | 026614P001-1435A-598<br>LA DEPT OF HEALTH AND HOSPITALS<br>PO BOX 629<br>BATON ROUGE LA 70821-0629 |
| 009898P001-1435A-598<br>LA DEPT OF PUBLIC SAFETY<br>PO BOX 64886<br>BATON ROUGE LA 70896 | 019809P001-1435A-598<br>LA DEPT OF PUBLIC SAFETY CRIMINAL INVEST<br>CRIMINAL INVESTIGATION<br>PO BOX 66614 MAIL SLIP A6<br>BATON ROUGE LA 70896 | 009899P001-1435A-598<br>LA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 010499P001-1435A-598<br>LA FAST PITCH OFFICIALS<br>148 ORMOND VLG DR<br>DESTRAHAN LA 70047 |
| 041240P001-1435A-598<br>LA GRANGE AC AND HEATING<br>2647 FLORIDA AVE<br>UNIT B<br>KENNER LA 70062 | 023030P001-1435A-598<br>LA HEALTH SOLUTIONS<br>56634 BOSWORTH ST<br>SLIDELL LA 70458 | 019810P001-1435A-598<br>LA HIGH SCHOOL ATHLETIC ASSN<br>12720 OLD HAMMOND HWY<br>BATON ROUGE LA 70816-1037 | 019813P001-1435A-598<br>LA HIGH SCHOOL POWERLIFTING ASSN<br>PO BOX 87151<br>BATON ROUGE LA 70879 |
| 013741P001-1435A-598<br>LA JUNIOR CLASSICAL LEAGUE<br>REN BECK<br>4525 OLD BROWNLEE RD<br>BOSSIER CITY LA 71111 | 009900P001-1435A-598<br>LA LABOR LAW POSTER SVC<br>17732 HIGHLAND RD<br>BATON ROUGE LA 70810-3846 | 012133P001-1435A-598<br>LA LOGOS AND PROMOS<br>100 TYLER SQUARE 10A<br>COVINGTON LA 70433 | 059918P001-1435A-598<br>LA LOGOS AND PROMOS<br>100 TYLER SQUARE<br>STE 10A<br>COVINGTON LA 70433 |

Case 20-10846 Doc 4285 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 A Page 555

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 555 of 1525
US First Class Mail
Exhibit Pages

---

012134P001-1435A-598
LA LOU
200 GIROD ST
MANDEVILLE LA 70448

018633P001-1435A-598
LA LOUISIANE BAKERY
5613 SALMEN ST
HARAHAN LA 70123

010493P001-1435A-598
LA MAISON CREOLE
1605 8TH ST
HARVEY LA 70058

026492P001-1435A-598
LA MISS TENN KEY CLUB DISTRICT
5253-B DIJON DR
BATON ROUGE LA 70808

017057P001-1435A-598
LA MUSIC EDUCATORS AWARDS
PO BOX 12046
LAKE CHARLES LA 70612

009901P001-1435A-598
LA OFFICE PRODUCTS
210 EDWARDS AVE
HARAHAN LA 70123

023031P001-1435A-598
LA PAIN DOCTOR
232 5000 W ESPLANADE AVE
METAIRIE LA 70006

012135P001-1435A-598
LA PARTYART LLC
36904 CHAPEL HILL RD
FRANKLINTON LA 70438

012136P001-1435A-598
LA PAVERS
PO BOX 10630
NEW ORLEANS LA 70181

018634P001-1435A-598
LA PAVERS
ROD TRAHAN
PO BOX 10630
NEW ORLEANS LA 70123

010494P001-1435A-598
LA PUBLIC BROADCASTING
7733 PERKINS RD
BATON ROUGE LA 70810

018635P001-1435A-598
LA QUINTA INN AND SUITES ALEXANDRIA AIRPORT
6116 W CALHOUN DR
ALEXANDRIA LA 71303

026612P001-1435A-598
LA QUINTA INN HOUMA
189 SYNERGY CTR BLVD
HOUMA LA 70360

015919P001-1435A-598
LA QUINTA INN MONROE
1035 MARTIN LUTHER KING JR DR
MONROE LA 71203

010495P001-1435A-598
LA QUINTA INNS
50 TERRY PKWY
GRETNA LA 70056

001500P001-1435A-598
LA RED
MIRNA OCHOA CHANCERY
2403 HOLCOMBE BLVD
HOUSTON TX 77021

015920P001-1435A-598
LA RENAISSANCE FESTIVAL
PO BOX 220
ROBERT LA 70455

019811P001-1435A-598
LA RENFEST LLC
PO BOX 220
ROBERT LA 70455-0220

009466P001-1435A-598
LA RIGHT TO LIFE EDUCATIONAL COMMI
PO BOX 7962
METAIRIE LA 70010

010496P001-1435A-598
LA SALLE HIGH SCHOOL MIGRANT CAMP
5300 ST CHARLES AVE
NEW ORLEANS LA 70115

010497P001-1435A-598
LA SALLE HIGH SCHOOL SALTT CLUB
5300 ST CHARLES AVE
NEW ORLEANS LA 70115

015921P001-1435A-598
LA SIGN MAINTENANCE
13406 SEYMOUR MEYER BLVD
STE 16
COVINGTON LA 70433

010498P001-1435A-598
LA STATE PARKS
PO BOX 44426
BATON ROUGE LA 70804

009902P001-1435A-598
LA STATE PENITTENTIARY MUSEUM FOUN
GENERAL DELIVERY
ANGOLA LA 70712

010500P001-1435A-598
LA STATE POLICE
1450 POYDRAS ST
NEW ORLEANS LA 70112

019812P001-1435A-598
LA TECH
SCHOLARSHIPS
305 WISTERIA ST
RUSTON LA 71272

026493P001-1435A-598
LA TOUR GOLF CLUB
300 LATOUR BLVD
MATHEWS LA 70375

015924P001-1435A-598
LA TRACK AND FIELD COACHES ASSOC
PO BOX 445
AMITE LA 70422

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDC Ex 4 at Page 556
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 556 of 1525
US First Class Mail
Exhibit Pages

041241P001-1435A-598
LA WATERS
5600 JEFFERSON HWY
STE W1-216
NEW ORLEANS LA 70123

015922P001-1435A-598
LA YOUTH AND GOVERNMENT MODEL
PO BOX 66212
BATON ROUGE LA 70806

012137P001-1435A-598
LAA
SLU 10309
500 W UNIVERSITY AVE
HAMMOND LA 70402

015925P001-1435A-598
LAAC
ST MARYS SCHOOL
MIKE LANDRY
1101 EAST 5TH ST
NATCHITOCHES LA 71457

019814P001-1435A-598
LAAC
ST MARYS SCHOOL
1101 EAST FIFTH ST
NATCHITOCHES LA 71457

021094P001-1435A-598
LAAC
LAAC  MIKE LANDRY ST M
1101 EAST 5TH ST
NATCHITOCHES LA 71457

015926P001-1435A-598
LABARCHIVES
1915 ASTON AVE
CARLSBAD CA 92008

023033P001-1435A-598
LABCORP BIRMINGHAM
PO BOX 2270
BURLINGTON NC 27216

023034P001-1435A-598
LABCORP BIRMINGHAM CYTO HISTO
PO BOX 2270
BURLINGTON NC 27216

023036P001-1435A-598
LABCORP CYTOGENETICS SEATTLE
PO BOX 2270
BURLINGTON NC 27216

023037P001-1435A-598
LABCORP DALLAS
PO BOX 2270
BURLINGTON NC 27216

023038P001-1435A-598
LABCORP DUBLIN
PO BOX 2270
BURLINGTON NC 27216

023039P001-1435A-598
LABCORP LA
PO BOX 2270
BURLINGTON NC 27216

023040P001-1435A-598
LABCORP MONROE
PO BOX 2270
BURLINGTON NC 27216

023041P001-1435A-598
LABCORP OTS RTP
PO BOX 2270
BURLINGTON NC 27216

023042P001-1435A-598
LABCORP RTP
PO BOX 2270
BURLINGTON NC 27216

023043P001-1435A-598
LABCORP SAN DIEGO
PO BOX 2270
BURLINGTON NC 27216

001502P002-1435A-598
LABOR FIRST LLC
1000 MIDLANTIC DR STE 100
MOUNT LAUREL NJ 08054-1511

015927P001-1435A-598
LABOR READY SOUTHEAST INC
PO BOX 676412
DALLAS TX 75267

023044P001-1435A-598
LABORATORY CORP OF AMER
PO BOX 2210
BURLINGTON NC 27216

023045P001-1435A-598
LABORATORY CORP OF AMER
PO BOX 2270
BURLINGTON NC 27216

031606P001-1435A-598
LABORDE EARLES INJURY LAWYERS
NICHOLAS ROCKFORTE
1901 KALISTE SALOOM RD
LAFAYETTE LA 70598

031536P001-1435A-598
LABORDE SIEGEL LLC
JOHN E W BAAY II JOHN EW BAAY II
HANCOCK WHITNEY CENTER
701 POYDRAS STREET SUITE 4800
NEW ORLEANS LA 70139

010501P001-1435A-598
LABOURE SOCIETY
1365 CORPORATE CTR CURVE
STE #104
EAGAN MN 55121

012138P001-1435A-598
LACAHT
PO BOX 4273
COVINGTON LA 70433

015928P001-1435A-598
LACOUR, LLC, PAUL J
77271 CROCKETT RD
FOLSOM LA 70437

015929P001-1435A-598
LACUE
8550 UNITED PLZ BLVD
STE 1001
BATON ROUGE LA 70809

018636P001-1435A-598
LACUE CONFERENCE
8550 UNITED PLZ BLVD
STE 1001
BATON ROUGE LA 70809

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exhibit A Page 557
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 557 of 1525
US First Class Mail
Exhibit Pages

018637P001-1435A-598
LADD'S
6881 APPLING FARMS PKWY
MEMPHIS TN 38133

023046P001-1435A-598
LADERER PHYSICIAN SVC
2375 GAUSE BLVD E
SLIDELL LA 70461

023047P001-1435A-598
LADY OF THE SEA GENERAL HOSPIT
PO BOX 20410
BELFAST ME 04915

015930P001-1435A-598
LADY PANTHER BASKETBALL BOOSTER CLUB
100 PANTHER DR
SLIDELL LA 70461

012139P001-1435A-598
LAEA
BAINS ELEMENTARY
KELLY MORANTINE
PO BOX 1940
ST FRANCISVILLE LA 70775

019815P001-1435A-598
LAEA
3212 MICHIGAN AVE
METAIRIE LA 70003

010502P001-1435A-598
LAERDAL MEDICAL
167 MYERS CORNERS RD
WAPPINGERS FALLS NY 12590

013742P001-1435A-598
LAFARGE
3320 AIRLINE DR
METAIRIE LA 70001

026615P001-1435A-598
LAFARGE CONCRETE
3320 AIRLINE DR
METAIRIE LA 70001

013743P001-1435A-598
LAFARGUE PIANOS
1828 VETERANS BLVD
METAIRIE LA 70005

026616P001-1435A-598
LAFARGUE PIANOS
1828 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

023048P001-1435A-598
LAFAYETTE ARTHRITIS AND ENDOCR
401 AUDUBON BLVD STE 102B
LAFAYETTE LA 70503

023049P001-1435A-598
LAFAYETTE ARTHRITIS ENDOCRINE
401 AUDUBON BLVD STE 102B
LAFAYETTE LA 70503

023050P001-1435A-598
LAFAYETTE DERMATOLOGY
101 RUE FONTAINE BLDG 1
LAFAYETTE LA 70508

023051P001-1435A-598
LAFAYETTE GEN ENDO CTR
PO BOX 52948
LAFAYETTE LA 70505

023052P001-1435A-598
LAFAYETTE GENERAL ENDOSCOPY CE
STE 302 1211 COOLIDGE BLVD
LAFAYETTE LA 70503

023053P001-1435A-598
LAFAYETTE GENERAL MED CTR
PO BOX 54012
NEW ORLEANS LA 70154

023054P001-1435A-598
LAFAYETTE GENERAL MEDICAL CTR
PO BOX 54287
NEW ORLEANS LA 70154

023055P001-1435A-598
LAFAYETTE HEALTH VENTURES
PO BOX 919229
DALLAS TX 75391

012140P001-1435A-598
LAFAYETTE HIGH SCHOOL
LINDSAY DOUCET
3000 WEST CONGRESS ST
LAFAYETTE LA 70506

015931P001-1435A-598
LAFAYETTE HIGH SCHOOL
3000 WEST CONGRESS ST
LAFAYETTE LA 70506

023056P002-1435A-598
LAFAYETTE INTERNAL MEDICINE CL
206 ENERGY PKWY
LAFAYETTE LA 70508-3816

017058P001-1435A-598
LAFAYETTE MUSIC CAMP
3700 JOHNSON ST
LAFAYETTE LA 70503

018638P001-1435A-598
LAFAYETTE PARISH SCHOOL SYSTEM
PO BOX 2158
LAFAYETTE LA 70502-2158

019816P001-1435A-598
LAFAYETTE PARISH SCHOOL SYSTEM
MIYOKA BROUSSARD
PO DRAWER 2158
LAFAYETTE LA 70502-2158

026617P001-1435A-598
LAFAYETTE PARISH SCHOOL SYSTEM
PO DRAWER 2158
LAFAYETTE LA 70502-2158

041661P001-1435A-598
LAFITTE REDEVELOPMENT LLC
2200 LAFITTE AVE
NEW ORLEANS LA 70119

023057P001-1435A-598
LAFOURCHE AMBULANCE DIST 1
17078 W MAIN ST CUT
OFF LA 70345

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 558
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 558 of 1525
US First Class Mail
Exhibit Pages

023058P001-1435A-598
LAFOURCHE URGENT CARE
PO BOX 82
MATHEWS LA 70375

026337P001-1435A-598
LAFRENIERE PARK
3000 DOWNS BLVD
METAIRIE LA 70003

015932P001-1435A-598
LAGNIAPPE BOUTIQUE AND BRIDAL OUTLET
1615 COLLINS BLVD
COVINGTON LA 70431

001506P001-1435A-598
LAGNIAPPE LUNCHEONETTE
3634 AIRLINE HWY
METAIRIE LA 70001

018639P001-1435A-598
LAGNIAPPE LUNCHEONETTE
3634 AIRLINE DR
METAIRIE LA 70001

013744P001-1435A-598
LAGNIAPPE LUNCHEONETTE CATERING
3634 AIRLINE DR
METAIRIE LA 70001

013745P001-1435A-598
LAGNIAPPE VENTURES, LLC
6804 PHILLIP ST
METAIRIE LA 70003

009331P001-1435A-598
LAGUNA CLAY CO
61020 LEYSHON DR
BYESVILLE OH 43723-9609

012141P001-1435A-598
LAHSSA
9003 LAG TEE CT
BATON ROUGE LA 70810

023059P001-1435A-598
LAKE ARTHUR CLINIC OF JALH
328 KELLOGG AVE LAKE
ARTHUR LA 70549

010503P001-1435A-598
LAKE CHARLES HOSPITAL
1701 OAK PK BLVD
LAKE CHARLES LA 70601

026338P001-1435A-598
LAKE PONTCHARTRAIN BASIN FOUNDATION
8001 LAKESHORE DR
NEW ORLEANS LA 70124

015933P001-1435A-598
LAKE PONTCHARTRAIN BASIN MARITIME MUSEUM
133 MABEL DR
MADISONVILLE LA 70447

023060P001-1435A-598
LAKE SURGERY CENTER
7145 PERKINS RD
BATON ROUGE LA 70808

023061P001-1435A-598
LAKE SURGICAL HOSPITAL
1700 LINDBERG DR
SLIDELL LA 70458

023062P001-1435A-598
LAKE URGENT CARE ASCENSION
10319 JEFFERSON HWY
BATON ROUGE LA 70809

010504P001-1435A-598
LAKEFRONT ARENA TICKET
6801 FRANKLIN AVE
NEW ORLEANS LA 70122

010505P001-1435A-598
LAKEFRONT PLAYERS
6801 FRANKLIN AVE
NEW ORLEANS LA 70122

012142P001-1435A-598
LAKELAND TOURS LLC
21194 DAUGHERTY RD
LONG BEACH MS 39560

018640P001-1435A-598
LAKESHORE BOOSTER CLUB
ALLEN HEARD
1125 ROSA AVE
METAIRIE LA 70005

023063P001-1435A-598
LAKESHORE COUNSELING CENTER
823 CARROLL ST STE B
MANDEVILLE LA 70448

012143P001-1435A-598
LAKESHORE HIGH SCHOOL
26301 HWY 1088
MANDEVILLE LA 70448

015934P001-1435A-598
LAKESHORE HIGH SCHOOL
#1 TITAN TRACE
MANDEVILLE LA 70448

019817P001-1435A-598
LAKESHORE HIGH SCHOOL
ANDY THEIL LHS CROSS COUNTRY COACH
26301 HIGHWAY 1088
MANDEVILLE LA 70448

009903P001-1435A-598
LAKESHORE LEARNING MATERIALS
2695 E DOMINGUEZ ST
CARSON CA CA 90895

010506P001-1435A-598
LAKESIDE CAMERA CENTER
3508 21ST ST
METAIRIE LA 70002

018641P001-1435A-598
LAKESIDE CAMERA PHOTOWORKS
3508 21ST ST
METAIRIE LA 70002

015935P001-1435A-598
LAKESIDE HIGH SCHOOL
9090 HWY 371 SOUTH
SIBLEY LA 71073

Case 20-10846 Doc 4235-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in Exhibit A Page 559
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 559 of 1525
US First Class Mail
Exhibit Pages

001509P001-1435A-598
LAKESIDE SHOPPING CENTER
5000 W ESPLANADE  PMB 223
METAIRIE LA 70006

026684P001-1435A-598
LAKESIDE SHOPPING CENTER
3301 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

023064P001-1435A-598
LAKEVIEW CARDIOLOGY SPEC
PO BOX 742845
ATLANTA GA 30374

001510P001-1435A-598
LAKEVIEW CARDIOLOGY SPECIALIST LLC
PO BOX 740776
CINCINNATI OH 45274-0776

001511P001-1435A-598
LAKEVIEW EMERGENCY PHYSICIANS
PO BOX 740022
CINCINNATI OH 45274-0022

012144P001-1435A-598
LAKEVIEW NORTH COVINGTON FAMILY PRACTICE
PO BOX 740776
CINCINNATI OH 45274-0776

009290P001-1435A-598
LAKEVIEW PRINTING CORP
415A WALKER STREET
NEW ORLEANS LA 70124

001512P001-1435A-598
LAKEVIEW REGIONAL MEDICAL CENTER
PO BOX 740785
CINCINNATI, OH 45274-0785

023065P001-1435A-598
LAKEVIEW REGIONAL PHYS GROUP
PO BOX 405453
ATLANTA GA 30384

041242P001-1435A-598
LAKEVIEW SUPER SELF STORAGE, LLC
301 PARIS AVE
METAIRIE LA 70005

021095P001-1435A-598
LAKEWOOD COUNTRY CLUB
4801 GENERAL DEGAUILLE AVE
NEW ORLEANS LA 70131-7113

013746P001-1435A-598
LAKEWOOD GOLF CLUB
4801 GEN DEGAULLE DR
NEW ORLEANS LA 70131

018642P001-1435A-598
LAKEWOOD GOLF CLUB
4801 GENERAL DEGAULLE
NEW ORLEANS LA 70131

017059P001-1435A-598
LAMAR COMPAINES
629 S CLAIBORNE AVE
NEW ORLEANS LA 70113

009480P001-1435A-598
LAMAR COMPANIES
PO BOX 96030
BATON ROUGE LA 70896

041662P001-1435A-598
LAMARQUE CRESCENT CITY FORD LLC
6121 JEFFERSON HIGHWAY
HARAHAN LA 70123

023066P001-1435A-598
LAMBERTS ORTHOTICS PROSTHETICS
3627 MAGAZINE ST
NEW ORLEANS LA 70115

012145P001-1435A-598
LAMISSTENN KEY CLUB DISTRICT
5319-B DIDESSE DR
BATON ROUGE LA 70808

041663P001-1435A-598
LAMM FOOD SERVICES, LLC
PO BOX 2957
LAFAYETTE LA 70502

000140P002-1435S-598
LAMOTHE LAW FIRM
FRANK E LAMOTHE III;KRISTI S SCHUBERT;JULIEN G LAM
400 POYDRAS ST.,STE 1760
NEW ORLEANS LA 70130

031607P001-1435A-598
LAMOTHE LAW FIRM LLC
400 POYDRAS ST STE 1760
NEW ORLEANS LA 70130

023067P002-1435A-598
LANCE TURKISH M D APC
3700 EDENBORN AVE
METAIRIE LA 7002-1520

015936P001-1435A-598
LAND OF SPORTS TROPHIES
VUTERA PLAZA
16658 SW RAILROAD AVE
HAMMOND LA 70403

012146P001-1435A-598
LAND OF SPORTS-TROPHIES AND AWARDS
1665 SW RAILROAD AVE #8
HAMMOND LA 70403

021096P001-1435A-598
LANDCRAFT HOMES INC
107 FAIRWAY DR
LAPLACE LA 70068

023069P001-1435A-598
LANDERS PHYSICAL THERAPY
405 S TYLER ST
COVINGTON LA 70433

023070P001-1435A-598
LANDERS PHYSICAL THPY
405 S TYLER ST
COVINGTON LA 70433

041243P001-1435A-598
LANDIS CONSTRUCTION CO LLC
8300 EARHART BLVD
STE 300
NEW ORLEANS LA 70118

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 560 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 023071P001-1435A-598<br>LANDMARK MEDICAL CENTER<br>PO BOX 846052<br>BOSTON MA 02284 | 021097P001-1435A-598<br>LANDMARK TEEZ LLC<br>121 BELLE TERRE BLVD<br>LAPLACE LA 70068 | 041244P001-1435A-598<br>LANDRIEU CONCRETE<br>4141 PARIS RD<br>CHALMETTE LA 70043 | 019818P001-1435A-598<br>LANDRY AND JACOBS LLC<br>50 NORTH LAURA ST<br>STE 2500<br>JACKSONVILLE FL 32202 |
| 010507P001-1435A-598<br>LANDRY'S FINE WOODWORKS<br>928 SADDLER RD<br>MARRERO LA 70072 | 041245P001-1435A-598<br>LANDSCAPE WORKSHOP<br>1701 BELLE CHASSE HWY<br>GRETNA LA 70056 | 041246P001-1435A-598<br>LANDSCAPE WORKSHOP<br>74232 LA-25<br>COVINGTON LA 70435 | 041247P001-1435A-598<br>LANDSCAPE WORKSHOP, LLC<br>PO BOX 738876<br>DALLAS TX 75373-8876 |
| 001514P001-1435A-598<br>LANDSCAPING CONCEPTS<br>PO BOX 4018<br>SLIDELL LA 70459 | 000099P001-1435S-598<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112 | 023072P001-1435A-598<br>LANE REGIONAL MEDICAL CENTER<br>6300 MAIN ST<br>ZACHARY LA 70791 | 012147P001-1435A-598<br>LANG'S ELECTRIC INC<br>70237 HIGHWAY 59<br>ABITA SPRINGS LA 70420 |
| 023073P002-1435A-598<br>LANGHETEE EYE CENTER<br>PO BOX 8093<br>METAIRIE LA 70011-8093 | 012148P001-1435A-598<br>LANIER MUSIC<br>2025 HIGHWAY 59<br>MANDEVILLE LA 70448 | 033942S001-1435A-598<br>LANSING CORRECTIONAL FACILITY<br>SHEILA COY<br>PO BOX 2<br>LANSING KS 66043-0002 | 034120S001-1435A-598<br>LANSING CORRECTIONAL FACILITY<br>MILLIE TRINGALE<br>PO BOX 2<br>LANSING KS 66043-0002 |
| 034247S001-1435A-598<br>LANSING CORRECTIONAL FACILITY<br>YAMILA WILLIAMS<br>PO BOX 2<br>LANSING KS 66043-0002 | 035134S001-1435A-598<br>LANSING CORRECTIONAL FACILITY<br>PHYLLIS SCHRICK<br>PO BOX 2<br>LANSING KS 66043-0002 | 035135S001-1435A-598<br>LANSING CORRECTIONAL FACILITY<br>KURT HOLTHAUS<br>PO BOX 2<br>LANSING KS 66043-0002 | 035733S001-1435A-598<br>LANSING CORRECTIONAL FACILITY<br>MARSHA FAUBION<br>PO BOX 2<br>LANSING KS 66043-0002 |
| 018643P001-1435A-598<br>LANTERN LIGHT<br>1802 TULANE AVE<br>NEW ORLEANS LA 70112-2246 | 012149P001-1435A-598<br>LAP<br>103CRAWFORD ST<br>WINNFIELD LA 71483 | 001517P001-1435A-598<br>LAPEYRE AND LAPEYRE LLP<br>400 MAGAZINE ST<br>STE 304<br>NEW ORLEANS LA 70130 | 021098P002-1435A-598<br>LAPLACE CONCRETE INC<br>964 EVANGELINE RD<br>MONTZ LA 70068-8809 |
| 023074P001-1435A-598<br>LAPLACE DERMATOLOGY CLINIC<br>398 BELLE TERRE BLVD<br>LA PLACE LA 70068 | 021099P001-1435A-598<br>LAPLACE FIRE PROTECTION SVC<br>P O BOX 667<br>LAPLACE LA 70068 | 026253P001-1435A-598<br>LAPLACE FROSTOP<br>411 E AIRLINE HWY<br>LAPLACE LA 70068 | 021100P001-1435A-598<br>LAPLACE GLASS WORKS INC<br>130 E AIRLINE HWY<br>LAPLACE LA 70068 |

021101P001-1435A-598
LAPLACE LIONS CLUB KREWE DU MONDE
2820 HWY 51
LAPLACE LA 70068

009904P001-1435A-598
LAPORTE PLUMBING LLC
P O BOX 3820
COVINGTON LA 70434

021102P001-1435A-598
LAPORTE SEHRT ROMIG AND HAND CPAS
110 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70005-3027

010508P001-1435A-598
LAPTOP BATTERY DEPOT
4908 LAPALCO BLVD
MARRERO LA 70072

013747P001-1435A-598
LAQUINTA INN AND SUITES - WESTLAKE
1008 SAMPSON ST
WESTLAKE LA 70669

021103P001-1435A-598
LARAYO INC
PO BOX 237
LAPLACE LA 70069

018644P001-1435A-598
LARRY DENNIS CO
6121 MIDWAY RD
FORT WORTH TX 76117-5341

001520P001-1435A-598
LARRY S HARDWARE INC
720 N COLUMBIA ST
COVINGTON LA 70433

000125P001-1435S-598
LARZELERE PICOU WELLS SIMPSON LONERO LLC
WILSON L MALOZ III
3850 N CAUSEWAY BLVD STE 500
TWO LAKEWAY CENTER
METAIRIE LA 70002

017060P001-1435A-598
LAS SHUTTERS AND WINDOWS
2413 L & A RD
METAIRIE LA 70001

018645P001-1435A-598
LASALLE HIGH SCHOOL
3880 E SIERRA MADRE BLVD
PASADINA CA 91107

010509P001-1435A-598
LASC
3530 WILSHIRE BLVD #190
LOS ANGELES CA 90010

012150P001-1435A-598
LASC
213 WEST 7TH ST
THIBODAUX LA 70301

013748P001-1435A-598
LASC
LASC WORKSHOP
1355 TIGER DR
THIBODAUX LA 70301

015937P001-1435A-598
LASC
MR PHIL  EXECUTIVE DIRECTOR
213 WEST 7TH ST
THIBODAUX LA 70301

017061P001-1435A-598
LASC
MR PHIL  EXECUTIVE DIRECTOR
PO BOX 1108
LACOMBE LA 70445

018646P001-1435A-598
LASC
213 WEST 7TH
THIBODAUX LA 70301

013749P001-1435A-598
LASC  ATTNDR MELODY BAHAM
EAST JEFFERSON HIGH SCHOOL
400 PHLOX ST
METAIRIE LA 70001

013750P001-1435A-598
LASC - ATTN-PHIL GUGLIUZZA
213 WEST 7TH ST
THIBODAUX LA 70301

013751P001-1435A-598
LASC - BUS
CINDY JOHNSON STUDENT LIFE
CRESCENT CITY CHRISTIAN SCHOOL
4828 UTICA ST
METAIRIE LA 70006

013752P001-1435A-598
LASC - CONVENTION
LASC CONVENTION
AMY HOLLEY
1511 LINE ST
PINEVILLE LA 71360

012151P001-1435A-598
LASC CONVENTION
AMY HOLLY
1511 LINE ST
PINEVILLE LA 71360

018647P001-1435A-598
LASC WORKSHOP
213 WEST 7TH ST
THIBODAUX LA 70301

015916P001-1435A-598
LASE
PO BOX 40217
BATON ROUGE LA 70835-0217

017062P001-1435A-598
LASER CARTRIDGE RECHARGERS
116 TERRY PKWY
GRETNA LA 70056

021104P001-1435A-598
LASER EXPRESS
1727 CABANOSE AVE
LUTCHER LA 70071

013753P001-1435A-598
LASER TAG OF METAIRIE
8855 VETERANS BLVD
METAIRIE LA 70003

012152P001-1435A-598
LASER-TECH
PO BOX 740817
NEW ORLEANS LA 70174-0817

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 562 of 1525
US First Class Mail
Exhibit Pages

021105P001-1435A-598
LASSEIGNES RENTALS INC
274 E 12TH ST EXTENSION
RESERVE LA 70084

030987P001-1435A-598
LATTER AND BLUM PROPERTY MANAGEMENT, INC
JOSEPH PAPPALARDO
ADDRESS INTENTIONALLY OMITTED

023075P001-1435A-598
LAUNCH
311 VETERANS BLVD
DENHAM SPRINGS LA 70726

023076P001-1435A-598
LAUNCH
601 HATCHELL LN
DENHAM SPRINGS LA 70726

029591P001-1435A-598
LAURA ULLOA
ADDRESS INTENTIONALLY OMITTED

031534P001-1435A-598
LAUREATE ACADEMY
CLAIRE HECKERMAN-WHITEHEAD
.

021947P001-1435A-598
LAUREN HERNANDEZ
ADDRESS INTENTIONALLY OMITTED

023077P001-1435A-598
LAUREN HERNANDEZ MD
2017 METAIRIE RD
METAIRIE LA 70005

010510P001-1435A-598
LAUSANNE COLLEGIATE SC
1381 W MASSEY RD
MEMPHIS TN 38120

013754P001-1435A-598
LAVMA
PO BOX 32
ST. GABRIEL LA 70776

001525P001-1435A-598
LAW OFFICE OF MALVERN BURNETT APLC
1523 POLYMNIA ST
NEW ORLEANS LA 70130

000137P001-1435S-598
LAW OFFICE OF MIGUEL A ELIAS
MIGUEL A ELIAS
4224 WILLIAMS BLVD
KENNER LA 70065

000082P001-1435S-598
LAW OFFICE OF REGINA SCOTTO WEDIG LLC
REGINA S WEDIG
308 S BAY ST.,
P O BOX 185
AMITE LA 70422

000150P001-1435S-598
LAW OFFICE OF STEPHEN J. HAEDICKE
STEPHEN J. HAEDICKE
1040 SAINT FERDINAND ST.
NEW ORLEANS LA 70117

000139P001-1435S-598
LAW OFFICES OF FRANK J D'AMICO JR
FRANK J D'AMICO JR
4608 RYE STREET
METAIRIE LA 70006

031608P001-1435A-598
LAW OFFICES OF MICHELL GARABEDIAN
MITCHELL GARABEDIAN
100 STATE ST 6TH FL
BOSTON MA 02109

029676P001-1435A-598
LAWING PSYCHOLOGY
3601 CANAL ST UNIT A
NEW ORLEANS LA 70119

023078P002-1435A-598
LAWING PSYCHOLOGY LLC
7450 S HOUSTOUN WARING CIR
LITTLETON CO 80120-3956

041248P001-1435A-598
LAWN AND LANDSCAPE OF LA, LLC
23287 HWY 40
BUSH LA 70431

017063P001-1435A-598
LAWN MOWER SER CENTER, LLC
6649 WESTBANK EXPWY
MARRERO LA 70072

010511P001-1435A-598
LAWNMOWER SVC CENTER
6649 WESTBANK EXPY
MARRERO LA 70072

018648P001-1435A-598
LAWRENCE HOUSE PUBLISHING
495 WEST END AVE - STE 8J
NEW YORK NY 10024

023079P001-1435A-598
LAWRENCE ZASLOW MD
1705 LAPALCO BLVD
HARVEY LA 70058

021106P001-1435A-598
LAWRENCEVILLE PRESS
P O BOX 704
PENNINGTON NJ 08534

023080P001-1435A-598
LAWSON CHIROPRACTIC
1075 E CTR ST
MARION OH 43302

012153P001-1435A-598
LAXCOM, LLC
345 WILSON AVE
NORWALK CT 06854

015938P001-1435A-598
LAYING THE FOUNDATION
8350 NORTH CENTRAL EXPWY
STE 300
DALLAS TX 75206

029813P001-1435A-598
LAZARD ASSET MANAGEMENT LLC
ACCOUNT SVC
30 ROCKEFELLER PLZ
55TH FL
NEW YORK NY 10112

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:06:01 Main Document Page 563
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 563 of 1525
US First Class Mail
Exhibit Pages

001526P001-1435A-598
LC PASTORAL SVC
315 GARDEN AVE
MANDEVILLE LA 70471

017064P001-1435A-598
LCA
353 LEO
SHREVEPORT LA 71105

018649P001-1435A-598
LCBF
HOLLY CLARK
4401 REDWOOD RD
NAPA CA 94558

001528P001-1435A-598
LCMC ANESTHESIA
PO BOX 919211
DALLAS TX 75391

023081P001-1435A-598
LCMC URGENT CARE LLC
10319 JEFFERSON HWY
BATON ROUGE LA 70809

023082P001-1435A-598
LCSW
2820 ATHANIA PKWY
METAIRIE LA 70002

023083P001-1435A-598
LCSW I SUZANNE PAURATORE
PO BOX 82078
BATON ROUGE LA 70884

009185P001-1435A-598
LD DESIGNS LLC   LISA DEVLIN
134 26TH ST
NEW ORLEANS LA 70124

010512P001-1435A-598
LDAF
5825 FLORIDA BLVD
BATON ROUGE LA 70806

015939P001-1435A-598
LDAF
5825 FLORIDA BLVD
SUITE# 1003
BATON ROUGE LA 70806

015940P001-1435A-598
LDEQ - FINANCIAL SVC DIVISON
PO BOX 4311
BATON ROUGE LA 70821-4311

041249P001-1435A-598
LDH, OPH
PO BOX 4489
BATON ROUGE LA 70821-4489

041250P001-1435A-598
LDOE
PO BOX 94064
BATON ROUGE LA 70804

015941P001-1435A-598
LDR
POST OFFICE BOX 201
BATON ROUGE LA 70821-0201

009258P001-1435A-598
LE COEUR DORLEANS INC
3201 DANNY PK
STE 107
METAIRIE LA 70002

017065P001-1435A-598
LE GRAND THE FLORIST
537 HUEY P LONG AVE
GRETNA LA 70053

015942P001-1435A-598
LE JARDIN
2915 HWY 14
NEW IBERIA LA 70560

018650P001-1435A-598
LE PETIT THEATRE DU VIEUX CARRE
616 ST PETER ST
NEW ORLEANS LA 70116

001529P001-1435A-598
LEAAF ENVIRONMENTAL LLC
2301 WHITNEY AVE
GRETNA LA 70056

013756P001-1435A-598
LEAAF ENVIRONMENTAL, LLC
812 RUPP ST
GRETNA LA 70053

001530P001-1435A-598
LEAF
PO BOX 5066
HARTFORD CT 06115-5066

012154P001-1435A-598
LEAF
PO BOX 5066
HARTFORD CT 06102

041251P001-1435A-598
LEAF
1720 A CRETE ST
MOBERLY MO 65270

041252P001-1435A-598
LEAF
PO BOX 5066
HARTFORD CT 06112

021107P001-1435A-598
LEAF FUND II
PO BOX 643172
CINCINNATI OH 45264-3172

021108P001-1435A-598
LEAF FUNDING INC
PO BOX 643172
CINCINNATI OH 45264-3172

001531P001-1435A-598
LEAGUE OF ST ANTHONY
ST LAWRENCE SEMINARY
301 CHURCH ST
MT CALVRY WI 53057-0505

019819P001-1435A-598
LEAN PERFORMANCE ACADEMY
316 JOHNNY F SMITH BLVD
SLIDELL LA 70460

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDF Exh 4 - A Page 564
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 564 of 1525
US First Class Mail
Exhibit Pages

013757P001-1435A-598
LEARN BY DOING, INC
PO BOX 3465
CHICAGO IL 60654

017066P001-1435A-598
LEARNING ETC
2055 BONN ST
HARVEY LA 70058

021083P001-1435A-598
LEARNING MULTISYSTEMS INC
1402 GREENWAY CROSS
MADISON WI 53713

009905P001-1435A-598
LEARNING SVC
PO BOX 10636
EUGENE OR 97440

001532P001-1435A-598
LEARNING WITHOUT TEARS
806 W DIAMOND AVE
STE 230
GAITHERSBURG MD 20878

023084P001-1435A-598
LEBLANC PEDIATRICS
1305 W CAUSEWAY APPROACH
MANDEVILLE LA 70471

023085P001-1435A-598
LECONTE MEDICAL CENTER
DEPT 888542
KNOXVILLE TN 37995

013758P001-1435A-598
LED INC
11710 CLOVERLAND CT
BATON ROUGE LA 70809

009242P001-1435A-598
LED SUPPLY PLUS LLC
2801 ATHANIA PKWY
METAIRIE LA 70002

015943P001-1435A-598
LEE MAGNET HIGH SCHOOL
1105 LEE DR
BATON ROUGE LA 70808

021109P001-1435A-598
LEE MAGNET HIGH SCHOOL
MICHELLE HAYES
1105 LEE DR
BATON ROUGE LA 70808

001537P001-1435A-598
LEE MOVING AND STORAGE
13100 CARRERE CT
NEW ORLEANS LA 70129

041253P001-1435A-598
LEE ROAD WATER CORP
78330 LA-437
COVINGTON LA 70435

013759P001-1435A-598
LEE TRACTOR CO, INC
PO BOX 2803
GULFPORT MS 39505

019820P001-1435A-598
LEES ELECTRIC CO INC
37 MCNAIR RD
PO BOX 531
PETAL MS 39465

010513P001-1435A-598
LEGACY GRETNA
91 WESTBANK EXPY #51
GRETNA LA 70053

010514P001-1435A-598
LEGACY GRETNA 1
91 WESTBANK EXPY #51
GRETNA LA 70053

001539P001-1435A-598
LEGATUS OF NEW ORLEANS
PO BOX 444
ANN ARBOR MI 48106

017068P001-1435A-598
LEGEND FITNESS
5901 MIDDLEBROOK PIKE
KNOXVILLE TN 37909

001540P001-1435A-598
LEGIONARIES OF CHRIST
315 GARDEN AVE
MANDEVILLE LA 70471

012155P001-1435A-598
LEGIONARIES OF CHRIST PASTORAL SVC
315 GDN AVE
MANDEVILLE LA 70471

010515P001-1435A-598
LEGO EDUCATION
501 BOYLSTON ST #4103
BOSTON MA 02116

013760P001-1435A-598
LEGO EDUCATION
13569 COLLECTION CTR DR
CHICAGO IL 60693

009906P001-1435A-598
LEGO SYSTEMS INC
PO BOX 1138
ENFIELD CT 06083-1138

001541P001-1435A-598
LEH CONSULTING LLC
PO BOX 246
GRETNA LA 70054

013761P001-1435A-598
LEI, INC
PO BOX 550
INDEPENDENCE LA 70443

012156P001-1435A-598
LEISURE CRAFT INC
PO BOX 1700
HENDERSONVILLE NC 28793

001542P001-1435A-598
LEITZ-EAGAN FUNERAL HOME
4747 VETERANS BLVD
ETAIRIE LA 70006

Case 20-10846 Doc 4635-5 Filed 09/02/25 Entered 09/02/25 14:00:75 in 4 Afridavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 565 of 1525
US First Class Mail
Exhibit Pages

017069P001-1435A-598
LENORA'S FLOWERS AND GIFTS
3887 PRIVATEER RD
BARATARIA LA 70036

018651P001-1435A-598
LENOVO
PO BOX 643068
PITTSBURGH PA 15264-3068

019821P001-1435A-598
LENOVO UNITED STATES INC
PO BOX 643068
PITTSBURG PA 15264-3068

010516P001-1435A-598
LENOX SOFTWORK INC
114 MAIN ST
LENOX MA 01240

001547P001-1435A-598
LEO BROWN JESUIT COMMUNITY
3550 RUSSELL BLVD
ST LOUIS MO 63104

023086P001-1435A-598
LEON G SHINGLEDECKER DPMFACF
3901 HOUMA BLVD STE 204
METAIRIE LA 70006

019822P001-1435A-598
LEON'S TOWING AND RECOVERY
3309 PLUM DR
SLIDELL LA 70458

023087P001-1435A-598
LEONARD J CHABERT MEDICA
PO BOX 123341
DALLAS TX 75312

023088P001-1435A-598
LEONARD J CHABERT MEDICAL CENT
PO BOX 123341
DALLAS TX 75312

023089P001-1435A-598
LEONI 2MED LLC
PO BOX 21067
BELFAST ME 04915

010518P001-1435A-598
LES VIEUX CHENES
340 OLD YOUNGSVILLE HWY
YOUNGSVILLE LA 70592

021110P001-1435A-598
LESCO
1301 EAST 9TH ST
STE 1300
CLEVELAND OH 44114

021111P001-1435A-598
LESEA BROADCASTING WHNO TV20
61300 IRONWOOD RD
SOUTH BEND IN 46614

026618P001-1435A-598
LESLIE'S POOL SUPPLY
202 RIVER HIGHLANDS BLVD
COVINGTON LA 70433

010519P001-1435A-598
LESLIE'S POOLMART
320 LAPALCO BLVD
GRETNA LA 70056

010520P001-1435A-598
LESON CHEVROLET
1501 WESTBANK EXPY
HARVEY LA 70058

009274P001-1435A-598
LEUKEMIA AND LYMPHOMA SOC AMRCA
3636 SOUTH I10 SERVICE RD
STE 304
METAIRIE LA 70001

013762P001-1435A-598
LEUKEMIA AND LYMPHOMA SOCIETY
MISSISSIPPI/LOUISIANA CHAPTER
3636 S I10 SERVICE RD
STE 304
METAIRIE LA 70001

018652P001-1435A-598
LEUKEMIA AND LYMPHOMA SOCIETY
3636 SOUTH I-10 SERVICE RD - STE 304
METAIRIE LA 70001

001553P001-1435A-598
LEVEL HEADED CONSTRUCTION
5645 MILNE BLVD
NEW ORLEANS LA 70124

001555P001-1435A-598
LEWIS COACHES
PO BOX 13832
NEW ORLEANS LA 70185

026494P001-1435A-598
LEWIS COACHES INC
8823 FORSHEY ST
NEW ORLEANS LA 70118

000138P001-1435S-598
LEWIS KULLMAN STERBCOW & ABRAMSON
PAUL M STERBCOW
601 POYDRAS ST.,STE 2615
NEW ORLEANS LA 70130

001557P001-1435A-598
LEXIA LEARNING SYSTEMS
300 BAKER AVE
STE 320
CONCORD MA 01742

041255P001-1435A-598
LEXIA LEARNING SYSTEMS, LLC
300 BAKER AVE STE 202
CONCORD MA 01742

041256P001-1435A-598
LEXIA LEARNING SYSTEMS, LLC
PO BOX 844737
BOSTON MA 02284

009907P001-1435A-598
LEXISNEXIS SCREENING SOLUTIONS INC
PO BOX 7247-0377
PHILADELPHIA PA 19170-0377

015944P001-1435A-598
LFCA
MICKEY ST PIERRE
32308 CAROLYN DR
PAULINA LA 70763

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh 4 Aff Page 566
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 566 of 1525
US First Class Mail
Exhibit Pages

019823P001-1435A-598
LFCA
32308 CAROLYN DR
PAULINA LA 70763

021112P001-1435A-598
LFLTA
LFLTA GLYNIS DAVIS
525 HIGHLAND OAKS DR
BATON ROUGE LA 70810

041257P001-1435A-598
LGD LAWN AND LANDSCAPE
5534 CANAL BLVD
STE 4
NEW ORLEANS LA 70124

017070P001-1435A-598
LHSAJDA
2165 GUARDIAN AVE
TERRYTOWN LA 70056

009908P001-1435A-598
LHSAA
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816-1037

018939P002-1435A-598
LHSAA
UCA
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

019800P002-1435A-598
LHSAA
KEITH ALEXANDER ASST COMMISSIONER
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

019824P001-1435A-598
LHSAA
6745 LENOX CTR CT
STE 300
MEMPHIS TN 38115

021113P001-1435A-598
LHSAA [2]
KEITH ALEXANDER
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

021114P001-1435A-598
LHSAA [3]
ADAM MACDOWELL
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

009909P001-1435A-598
LHSADA
MARY CARTER TREASURER
2165 GUARDIAN AVE
TERRYTOWN LA 70056

012157P001-1435A-598
LHSADA
MARY CARTER
2165 GUARDIAN AVE
TERRYTOWN LA 70056

015945P001-1435A-598
LHSBCA
PO BOX 86110
BATON ROUGE LA 70879

021090P001-1435A-598
LHSBCA
LHSBCA C O PHILLIP CAVE
209 SOUTH HOLLYWOOD RD
HOUMA LA 70360

021115P001-1435A-598
LHSBCA
MICHAEL REA NORTHWOOD
5939 OLD MOORINGSPORT RD
SHREVEPORT LA 71107

009910P001-1435A-598
LHSCA
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

017071P001-1435A-598
LHSLL
SUE ALIZADEH
14 EAST WOODLAWN DR
DESTREHAN LA 70047

017072P001-1435A-598
LHSRA
LSU BOX 16003
101 LSU STUDENT UNION
BATON ROUGE LA 70803

026495P001-1435A-598
LHSSA
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

012158P001-1435A-598
LHSSCA
SEAN ESKER
#1 SKIPPER DR
MANDEVILLE LA 70471

013763P001-1435A-598
LHSSCA
DOUG HAMILTON LHSSCA
VANDEBILT CATHOLIC HIGH SCHOOL
209 SOUTH HOLLYWOOD RD
HOUMA LA 70360

015947P001-1435A-598
LHSSCA
SEAN ESKER - MANDEVILLE HIGH SCHOOL
1 SKIPPER DR
MANDEVILLE LA 70471

021091P001-1435A-598
LHSSCA
DOUG HAMILTON VAND CATH
209 SOUTH HOLLYWOOD ROAD
HOUMA LA 70360

012159P001-1435A-598
LHSSL
DANIELLE MAHAN
JOHN PAUL THE GREAT ACADEMY
1522 CARMEL DR
LAFAYETTE LA 70501

009911P001-1435A-598
LHSWCA
PO BOX 1751
SCOTT LA 70583-1751

018653P001-1435A-598
LIBBY'S PERFECT PARTY
8917 BELLE GROVE PL
RIVER RIDGE LA 70123

001558P001-1435A-598
LIBERTO CLEANERS
8128 WILLOW ST
NEW ORLEANS LA 70118

018654P001-1435A-598
LIBERTS
4920 NORTHPARK LOOP
COLORADO SPRINGS CO 80918-3824

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:00:05 Exhibit 4 Page 567

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 567 of 1525
US First Class Mail

Exhibit Pages

Page # : 249 of 1204

08/27/2025 05:45:59 PM

000024P001-1435A-598
LIBERTY BANK
PO BOX 60131
NEW ORLEANS LA 70160-0131

000024S001-1435A-598
LIBERTY BANK
BANKRUPTCY DEPT
6600 FRANKLIN AVE
NEW ORLEANS LA 70122

015948P001-1435A-598
LIBERTY LOGOS, LLC
PO BOX 532
BRIDGETON NC 28519-0532

015949P001-1435A-598
LIBERTY SELF STORAGE, LLC
7037 HWY 190
COVINGTON LA 70433

041258P001-1435A-598
LIBERTY STORAGE
7037 HWY 190 EAST SERVICE RD
COVINGTON LA 70433

010521P001-1435A-598
LIBORIO RESTAURANT
8210 CAUSEWAY BLVD
TAMPA FL 33619

017073P001-1435A-598
LIBRARIAN'S CHOICE
PO BOX 28890
NEW YORK NY 10087

015950P001-1435A-598
LIBRARIANS' BOOK EXPRESS
2815 JOHN F KENNEDY BLVD
JERSEY CITY NJ 07306

021116P001-1435A-598
LIBRARY INTERIORS INC
2801 DIVISION ST
METARIE LA 70002

009912P001-1435A-598
LIBRARY VIDEO CO
DEPT A R
PO BOX 580
WYNNEWOOD PA 19096-0580

010522P001-1435A-598
LIBRARY VIDEO CO
PO BOX 680
CONSHOHOCKEN PA 19428

013764P001-1435A-598
LIBRARY VIDEO CO
PO BOX 580
WYNNEWOOD PA 19096-0580

010523P001-1435A-598
LIDO RESTAURANT
8TH FLOOR LIDO BEACH RESORT
700 BENJAMIN FRANKLIN DR
SARASOTA FL 34236

015951P001-1435A-598
LIDS TEAM SPORTS
7963 SOLUTION CTR
CHICAGO IL 60677-7009

021117P001-1435A-598
LIDS TEAM SPORTS
PO BOX 44719
MADISON WI 53744-4719

023090P001-1435A-598
LIFE CHIROPRACTIC
4416 TRENTON ST
METAIRIE LA 70006

001559P001-1435A-598
LIFE PERSPECTIVES
PO BOX 600533
SAN DIEGO CA 92160

001560P001-1435A-598
LIFE SPRING COUNSELING LLC
BLACKHAWK MINISTRIES
7400 E STATE BLVD
FORT WAYNE IN 46815

009124P001-1435A-598
LIFE STUDIES
490 S 400 W
HURRICANE UT 84737-2207

012160P001-1435A-598
LIFE TEEN
2222 DOBSON RD
STE 601
MEZA AZ 85202

012161P001-1435A-598
LIFE TEEN HIDDEN LAKE
830 HIDDEN LAKE RD
DAHLONEGA GA 30533

001561P001-1435A-598
LIFEGUARD MD
14503 GROVER ST
STE 103
OMAHA NE 68144

018655P002-1435A-598
LIFEGUARD STORE, INC
903 MORRISSEY DR UNIT 1
BLOOMINGTON IL 61701-6941

041664P001-1435A-598
LIFELINE SYSTEMS CO
PO BOX 419572
BOSTON MA 02241-7572

012162P001-1435A-598
LIFESTYLE LANDSCAPE GROUP LLC
PO BOX 1378
PICAYUNE MS 39466

019827P001-1435A-598
LIFTINGLARGECOM
140 NE 5TH ST STE A
WARRENTON OR 97146

017074P001-1435A-598
LIGHT BULB DEPOT
PO BOX 410
AURORA MO 65605-0410

001562P001-1435A-598
LIGHT BULB DEPOT 2 LLC
PO BOX 410
AURORA MO 65605-0410

Case 20-10846 Doc 4365-45 Filed 09/25/25 Entered 09/25/25 14:00:75 Exhibit A Filed
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 568 of 1525
US First Class Mail
Exhibit Pages

001563P001-1435A-598
LIGHTING INC NEW ORLEANS
8180 EARHART BLVD
NEW ORLEANS LA 70118

041259P001-1435A-598
LIGHTNING LAWN CARE, LLC
3764 LAKE LYNN DR
GRETNA LA 70056

021118P001-1435A-598
LIGHTSPEED MOTORSPORTS
13250 AIRLINE HWY
GONZALES LA 70737

001564P001-1435A-598
LIGUORI PUBLICATIONS
1 LIGUORI DR
LIGUORI MO 63057

009129P001-1435A-598
LIGUORI PUBLICATIONS
1 LIGUORI DR
LIGUORI MO 63057-9999

041260P001-1435A-598
LIGUORI PUBLICATIONS
200 LIGUORI DR
LIGUORI MO 63057

015952P001-1435A-598
LIGUORIA PUBLICATIONS
ONE LIGUORI DR
LIGUORIA MO 63057-9999

017075P001-1435A-598
LIMINEX, INC
DEPT LA 24607
PSADENA CA 91185-4607

023092P001-1435A-598
LIMITLESS CHIROPRACTIC
1170 N HIGHWAY 190 STE 2
COVINGTON LA 70433

036504S001-1435A-598
LIMON CORRECTIONAL FACILITY
RITA MBA-ETUGE
PO BOX 10000
LIMON CO 80826-0001

010524P001-1435A-598
LIMOUSINE SVC OF WEST
719 ATLANTIC AVE
NEW ORLEANS LA 70114

023093P001-1435A-598
LINCARE INC
PO BOX 249
WYNNE AR 72396

023094P001-1435A-598
LINCARE INC
PO BOX 98
WYNNE AR 72396

023095P001-1435A-598
LINCARE PHARMACY SVC
PO BOX 98
WYNNE AR 72396

023096P001-1435A-598
LINCOLN OUTPATIENT THERAPY SER
1817 NORTHPOINTE LN
RUSTON LA 71270

023097P002-1435A-598
LINDSAY YORK FANTACI
1055 SAINT CHARLES AVE STE 10
NEW ORLEANS LA 70130-3948

023098P001-1435A-598
LINDSEY M WELLS LLC
4321 MAGNOLIA ST
NEW ORLEANS LA 70115

041262P001-1435A-598
LINEONE
206 RUE LOUIS XIV
LAFAYETTE LA 70508

001567P001-1435A-598
LINFIELD HUNTER AND JUNIUS INC
3608 18TH ST
METAIRIE LA 70002

026254P001-1435A-598
LINFIELD HUNTER AND JUNIUS INC
3608 18TH ST # 200
METAIRIE LA 70002

010525P001-1435A-598
LINTOR MAKE-A-BOOK
1394 S BRANDYWINE CIR
FORT MYERS FL 33919

012163P001-1435A-598
LION ATHLETIC ASSOCIATION
SLU 10309
500 W UNIVERSITY AVE
HAMMOND LA 70402

001568P001-1435A-598
LION GRAFIX LLC
1441 SHORT CUT HWY
STE D
SLIDELL LA 70458

010526P001-1435A-598
LION SHARE RESTAURANT6542
629 KETTNER BLVD
SAN DIEGO CA 92101

027077P001-1435A-598
LION'S ATHLETIC ASSOCIATION TRACK
500 W UNIVERSITY AVE
HAMMOND LA 70402

001569P001-1435A-598
LIONEL J RICHARD JR DDS
4432 CONLIN
STE 2-A
METAIRIE LA 70006

001570P001-1435A-598
LIQUID ENVIRONMENTAL SOLUTIONS
ACCOUNTS RECEIVABLE
11115 GOODNIGHT LN
DALLAS TX 75229

017076P001-1435A-598
LIQUID ENVIRONMENTAL SOLUTIONS
ACCOUNTS RECEIVABLE
PO BOX 203371
DALLAS TX 75320-3371

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:60:75 14 PD Exent 4 Affidavit
of Service Regarding Solicitation Packages Page 569 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

018656P001-1435A-598
LIQUID ENVIRONMENTAL SOLUTIONS
PO BOX 733372
DALLAS TX 75373-3372

041263P001-1435A-598
LIQUID ENVIRONMENTAL SOLUTIONS
2350 CRESTVIEW
KENNER LA 70065

001571P001-1435A-598
LISA GERMAIN DDS MSCD
2633 NAPOLEON AVE
STE 701
NEW ORLEANS LA 70115-5741

001572P001-1435A-598
LISA M SULLIVAN PHD
UNIVERSITY OF HOLY CROSS
4123 WOODLAND DR
NEW ORLEANS LA 70131

000159P001-1435S-598
LISKOW & LEWIS
CAREY LMENASCO
701 POYDRAS ST.,STE 5000
NEW ORLEANS LA 70139

000160P001-1435S-598
LISKOW & LEWIS
MICHAEL D RUBENSTEIN
1001 FANNIN ST.,STE 1800
HOUSTON TX 77002

019825P001-1435A-598
LITANIA SPORTS GROUP INC
PO BOX 1790
CHAMPAIGN IL 61824-1790

023099P001-1435A-598
LITHOLINK
2250 W CAMPBELL PK DR
CHICAGO IL 60612

018657P001-1435A-598
LITTLE FARMS BOOSTERS
10301 SOUTH PK ST
RIVER RIDGE LA 70123

032890S001-1435A-598
LITTLE FLOWER BASILICA
JULY DELOPEZ
824 KENTUCKY AVE
SAN ANTONIO TX 78201-6123

015953P001-1435A-598
LITTLE GREEN LIGHT, LLC
4616 25TH AVE NE #206
SEATTLE WA 98105

001574P001-1435A-598
LITURGICAL PRESS
PO BOX 7500
COLLEGEVILLE MN 56321

009483P001-1435A-598
LITURGICAL PRESS
ST JOHNS ABBEY
PO BOX 7500
COLLEGEVILLE MN 56321-7500

015954P001-1435A-598
LITURGICAL PRESS
SAINT JOHN'S ABBEY
PO BOX 7500
COLLEGEVILLE MN 56321-7500

026339P001-1435A-598
LITURGY TRAINING PUBLICATION
3949 SOUTH RACINE AVE
CHICAGO IL 60609-2523

001575P001-1435A-598
LITURGY TRAINING PUBLICATIONS
3949 SOUTH RACINE AVE
CHICAGO IL 60609

015955P001-1435A-598
LIVAUDAIS ELECTRICAL AND CONSTRUCTION LLC
124 NITA ST
NEW IBERIA LA 70563

023100P001-1435A-598
LIVE NATURAL CHIROPRACTIC CENT
PO BOX 6126
METAIRIE LA 70009

012164P001-1435A-598
LIVE OAK HIGH SCHOOL
36079 LA HWY 16
DENHAM SPRINGS LA 70706

026496P001-1435A-598
LIVE OAK HIGH SCHOOL
36079 LA-16
DENHAM SPRINGS LA 70706

015956P001-1435A-598
LIVE OAK HIGH SOFTBALL
PO BOX 590
WATSON LA 70786

009440P001-1435A-598
LIVING WITH CHRIST
PO BOX 293040
KETTERING OH 45429

019826P001-1435A-598
LIZ'S CRAFT
649 WILLOWBROOK DR
GRETNA LA 70056

021121P001-1435A-598
LIZ'S FLOWERS AND GIFTS
1940 WEST MAIN ST
LUTCHER LA 70071

015957P001-1435A-598
LIZ'S WHERE Y'AT DINER
2500 FLORIDA ST
MANDEVILLE LA 70448

012165P001-1435A-598
LJCL
118 DAVIS DR
LULING LA 70070

013766P001-1435A-598
LJCL
PO BOX 82217
BATON ROUGE LA 70884

010487P001-1435A-598
LL BEAN
DEPT CFM
FREEPORT ME 04033

Case 20-10846 Doc 4335 Filed 09/09/25 Entered 09/09/25 16:07:54 Main Document Page 570
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 570 of 1525
US First Class Mail
Exhibit Pages

001576P001-1435A-598
LLJ ENVIRONMENTAL CONSTRUCTION LLC
PO BOX 240
HARVEY LA 70073

013767P001-1435A-598
LLJ ENVIRONMENTAL CONSTRUCTION LLC
PO BOX 240
MARRERO LA 70073

010527P001-1435A-598
LMEA
PO BOX 12046
LAKE CHARLES LA 70612

013768P001-1435A-598
LMEA
BRUCE LAMBERT
LMEA EXECUTIVE DIRECTOR
PO BOX 12046
LAKE CHARLES LA 70612

018658P001-1435A-598
LMEA
FRAN HEBERT
PO BOX 61373
LAFAYETTE LA 70596

026685P001-1435A-598
LMEA BLANK
PO BOX 12046
LAKE CHARLES LA 70612

015917P001-1435A-598
LMEA DISTRICT IX
#1 TIGER DR
SLIDELL LA 70458

015958P001-1435A-598
LMEA DISTRICT IX
MANDEVILLE HIGH SCHOOL
ATTN:BAND DIRECTOR
1 SKIPPER DR
MANDEVILLE LA 70471

019808P001-1435A-598
LMEA DISTRICT IX
VAL ESTOQUE
TCHEFUNCTE MIDDLE SCHOOL
1530 W CAUSEWAY APPROACH
MANDEVILLE LA 70471

015959P001-1435A-598
LMEA DISTRICT IX VOCAL ACCOUNT
2525 SOULT ST
MANDEVILLE LA 70448

010529P001-1435A-598
LMEA DISTRICT VI VOCAL DIVISION
PO BOX 12046
LAKE CHARLES LA 70612

017077P001-1435A-598
LMEA INC
BRUCE LAMBERT
PO BOX 12046
LAKE CHARLES LA 70612

015960P001-1435A-598
LMEA ORCHESTRA DIVISION CHAIR
KATRICE LACOUR
748 COCO BED RD
CLOUTIERVILLE LA 71416

013770P001-1435A-598
LMEA VOCAL DIVISION DISTRICT VI
MICHAEL TOWNSEND CHOIR DIRECTOR
DESTREHAN HIGH SCHOOL
#1 WILDCAT LN
DESTREHAN LA 70047

013771P001-1435A-598
LMEA VOCAL DIVISION VI (BROCATO)
MELISSA BROCATO
1600 LAKE AVE
METAIRIE LA 70005

001577P001-1435A-598
LMG LLC
#14236M
PO BOX 14000
BELFAST ME 04915-4033

023101P001-1435A-598
LMG LLC
PO BOX 14236
BELFAST ME 04915

023102P001-1435A-598
LMG LLC
STE I 2600 BELLE CHASSE HWY
GRETNA LA 70056

029815P001-1435A-598
LMPACTED ENROLLMENT CONSULTING LLC
MELODY ROBINSON
3240 SUMMER STREAM LN NW
KENNESAW GA 30152

019828P001-1435A-598
LOBB'S HORTICULTURAL SPRAY INC
2308 RICHLAND
KENNER LA 70062

018659P001-1435A-598
LOBBALEXIS, INC
124 23RD ST
KENNER LA 70062

029679P001-1435A-598
LOBBS HORTICULTURAL SPRAY
2308 RICHALND DR
KENNER LA 70062

017078P001-1435A-598
LOBBS HORTICULTURAL SPRAY EAST, INC
2308 RICHLAND
KENNER LA 70062

012166P001-1435A-598
LOCK JOCK, LLC
116 HONEYSUCKLE DR
COVINGTON LA 70433

015962P001-1435A-598
LOCK JOCK, LLC
PO BOX 2573
COVINGTON LA 70434

000074P003-1435S-598
LOCKE LORD LLP
W STEVEN BRYANT,ESQ
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130-6036

000075P001-1435S-598
LOCKE LORD LLP
OMER F KUEBEL III
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

000126P001-1435S-598
LOCKE LORD LLP
BRADLEY C KNAPP
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

Case 20-10846 Doc 4355-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exhibit Page 571
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 571 of 1525
US First Class Mail
Exhibit Pages

015963P001-1435A-598
LOCKERTAGS
4255 BANNOCKBURN RD
FLORENCE SC 29505

026497P001-1435A-598
LOEWS PORTOFINO BAY HOTEL
5601 UNIVERSAL BLVD
ORLANDO FL 32819

010530P001-1435A-598
LOFT
1 POYDRAS ST
NEW ORLEANS LA 70130

018660P001-1435A-598
LOFT 18
3218 METAIRIE RD
METAIRIE LA 70001

012167P001-1435A-598
LOFTON STAFFING AND SECURITY
3501 N CAUSEWAY BLVD
#100
METAIRIE LA 70002

015964P002-1435A-598
LOGISOFT COMPUTER PRODUCTS, LLC
600 FISHERS STATION DR STE 137
VICTOR NY 14564-9784

001579P001-1435A-598
LOGISTICAL SVC AND REPAIR INC
PO BOX 1633
MANDEVILLE LA 70470

017079P002-1435A-598
LOGO EXPRESS
PO BOX 695
HARVEY LA 70059-0695

019829P001-1435A-598
LOGO STORE
331 S MILITARY RD
SLIDELL LA 70461

035361S001-1435A-598
LONDON CORRECTIONAL INSTN
PATRICK OLABODE
PO BOX 69
LONDON OH 43140-0069

021120P001-1435A-598
LONE STAR COACHING CLINIC
1404 STRADA CURVA
NEW BRUANFELS TX 78132

021084P001-1435A-598
LONESTAR BADGE AND SIGN INC
P O BOX 387
MARTINDALE TX 78655

023103P001-1435A-598
LONGHORN EMERG MED ASSOC PA
PO BOX 638761
CINCINNATI OH 45263

041264P001-1435A-598
LONGS LAWN SERVICE, LLC
257 WAINWRIGHT DR
HARAHAN LA 70123

009913P001-1435A-598
LONGUE VUE HOUSE AND GARDENS
7 BAMBOO RD
NEW ORLEANS LA 70124

015965P001-1435A-598
LOOKOUT BOOKS
PO BOX 3748
MANKATO MN 56002

021085P001-1435A-598
LOOKOUT BOOKS
P O BOX 3144
MANKATO MN 56002-3144

015966P001-1435A-598
LOOMIS
DEPT 0757
PO BOX 120757
DALLAS TX 75312-0757

041265P001-1435A-598
LOOMIS
2650 POYDRAS ST
NEW ORLEANS LA 70119

041266P001-1435A-598
LOOP LINEN AND UNIFORM
463 AVE A
WESTWEGO LA 70094

018661P001-1435A-598
LOOP NOLA
1 PASLM DR
NEW ORLEANS LA 70124

001581P001-1435A-598
LOOSE LEAF LECTIONARY
PO BOX 37774
BOONE IA 50037-0774

015967P001-1435A-598
LORANGER HIGH SCHOOL
19404 HIATT ST
LORANGER LA 70446

010531P001-1435A-598
LOREX CANADA INC
250 ROYAL CREST CT
MARKHAM ON L3R 3S1
CANADA

015968P001-1435A-598
LORI DAVIS JONES BASKETBALL CAMPS
SLU 10309
HAMMOND LA 70402

009179P001-1435A-598
LORI MONAHAN BORDEN DESIGN LLC
128 HARDING ST
JEFFERSON LA 70123

013772P001-1435A-598
LORI OLISTER GREEN AND THE NAPOLEON ROOM
2208 METAIRIE HEIGHTS AVE
METAIRIE LA 70001

001583P001-1435A-598
LORRAINE M DOAN PUBLISHING
PO BOX 413
NEW HOPE PA 18938

Case 20-10846 Doc 4335-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF. Exhibit A Page 572
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 572 of 1525
US First Class Mail
Exhibit Pages

010532P001-1435A-598
LOST KEY GOLF CLUB
608 LOST KEY DR
PENSACOLA FL 32507

009914P001-1435A-598
LOUBAT
4141 BIENVILLE AVE
NEW ORLEANS LA 70119

041267P001-1435A-598
LOUIE'S ACE HARDWARE
8935 JEFFERSON HWY
RIVER RIDGE LA 70123

010124P001-1435A-598
LOUIE'S WRECKER
653 MAGNOLIA RIDGE RD
BOUTTE LA 70039

021122P001-1435A-598
LOUIS SYSTEMS AND PRODUCTS
P O BOX 684
EDMOND OK 73083

021123P001-1435A-598
LOUISE S MCGEHEE SCHOOL
2343 PRYTANIA ST
NEW ORLEANS LA 70130

023105P001-1435A-598
LOUISIANA ACADEMIC HEALTH NETW
3218 SAINT CLAUDE AVE
NEW ORLEANS LA 70117

012168P001-1435A-598
LOUISIANA ACDA
NATALIE TRUE
2620 LAUREL ST
NEW ORLEANS LA 70130

009915P001-1435A-598
LOUISIANA ART AND SCIENCE MUSEUM
LASM: SCHOOL RESERVATION
PO BOX 3373
BATON ROUGE LA 70821

015969P001-1435A-598
LOUISIANA ASSN OF SCHOOL EXECUTIVES
PO BOX 40217
BATON ROUGE LA 70835-0217

013773P001-1435A-598
LOUISIANA ASSN OF STUDENT COUNCILS
CINDY JOHNSON
CRESCENT CITY CHRISTIAN SCHOOL
4828 UTICA ST
METAIRIE LA 70006

009149P001-1435A-598
LOUISIANA ASSOCIATION OF PRINCIPALS
103 CRAWFORD ST
WINNFIELD LA 71483

021124P001-1435A-598
LOUISIANA ASSOCIATION OF PRINCIPALS
103 CRAWFORD ST
WINNIFIELD LA 71483

001585P001-1435A-598
LOUISIANA ASSOCIATION OF SELF
INSURED EMPLOYERS
251 FLORIDA ST
BATON ROUGE LA 70801

000015P001-1435A-598
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

026708P001-1435A-598
LOUISIANA AUTO TITLE AND NOTARY
360 EMERALD FOREST BLVD STE D
COVINGTON LA 70433

018662P001-1435A-598
LOUISIANA BASEBALL COACHES ASSN
TIM O'NEAL
111 BONNABEL PL
WEST MONROE LA 71291

019830P001-1435A-598
LOUISIANA BASEBALL COACHES ASSOCIATION
MARK CARROLL DENHAM SPRINGS HIGH SCHOOL
1000 NORTH RANGE AVENUE
DENHAM SPRINGS LA 70726

021125P001-1435A-598
LOUISIANA BASEBALL COACHES ASSOCIATION
1000 N RANGE AVE
DENHAM SPRINGS LA 70726

009921P001-1435A-598
LOUISIANA BOWLING PROPRIETOR'S ASSOCIATION
8878 FLORIDA BLVD
BATON ROUGE LA 70815

009920P001-1435A-598
LOUISIANA BOWLING PROPRIETORS ASSOC
8878 FLORIDA BLVD
BATON ROUGE LA 70815

026498P001-1435A-598
LOUISIANA BOWLING PROPRIETORS ASSOCIATION
8788 FLORIDA BLVD
BATON ROUGE LA 70815

001586P001-1435A-598
LOUISIANA CANCER RESEARCH CENTER
FISCAL SVC 10TH FLOOR
1700 TULANE AVE
NEW ORLEANS LA 70112

018998P001-1435A-598
LOUISIANA CATHOLIC CONFERENCE
PO BOX 66791
BATON ROUGE LA 70896

021126P001-1435A-598
LOUISIANA CEC
P O BOX 65196
BATON ROUGE LA 70896

009916P001-1435A-598
LOUISIANA CEF
PO BOX 65196
BATON ROUGE LA 70896

000045P002-1435S-598
LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

026340P001-1435A-598
LOUISIANA CHILDRENS MUSEUM
15 HENRY THOMAS DR
NEW ORLEANS LA 70124

Case 20-10846 Claim 4-1 Filed 09/09/25 Part 4 Page 573
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 573 of 1525
US First Class Mail
Exhibit Pages

012169P001-1435A-598
LOUISIANA CITIZENS FOR EDUCATIONAL FREEDO
PO BOX 65196
BATON ROUGE LA 70896

015970P001-1435A-598
LOUISIANA COACHES INC
5056 TARAVELLA RD
MARRERO LA 70072

001587P001-1435A-598
LOUISIANA COALITION AGAINST HUMAN TRAFFICKING
1966 HWY 190 N
STE A
COVINGTON LA 70433

023106P001-1435A-598
LOUISIANA CORNEA SPECIALISTS
128 LAKEVIEW CIR
COVINGTON LA 70433

017080P001-1435A-598
LOUISIANA COUNSELING ASSOC
353 LEO AVE
SHREVEPORT LA 71105

012170P001-1435A-598
LOUISIANA COUNSELING ASSOCIATION
353 LEO
SHREVEPORT LA 71105

018663P001-1435A-598
LOUISIANA COUNSELING ASSOCIATION
353 LEO AVE
SHREVEPORT LA 71105

009917P001-1435A-598
LOUISIANA DECA
13967 J R DR
WALKER LA 70785

001588P001-1435A-598
LOUISIANA DENTAL CENTER
1301 EASTRIDGE DR
STE 1
SLIDELL LA 70458-3018

033513S001-1435A-598
LOUISIANA DEPARTMENT-CRRCTNS
STEPHANIE WILLIAMS
PO BOX 94304
BATON ROUGE LA 70804-9304

033531S001-1435A-598
LOUISIANA DEPARTMENT-CRRCTNS
ANGIE HUFF
PO BOX 94304
BATON ROUGE LA 70804-9304

035301S001-1435A-598
LOUISIANA DEPARTMENT-CRRCTNS
MICHELLE DAVID
PO BOX 94304
BATON ROUGE LA 70804-9304

035766S001-1435A-598
LOUISIANA DEPARTMENT-CRRCTNS
VONDA CAIN
PO BOX 94304
BATON ROUGE LA 70804-9304

036154S001-1435A-598
LOUISIANA DEPARTMENT-CRRCTNS
TANISHA SAMPEY MATTHEW
PO BOX 94304
BATON ROUGE LA 70804-9304

036579S001-1435A-598
LOUISIANA DEPARTMENT-CRRCTNS
ELIZABETH BRITTON
PO BOX 94304
BATON ROUGE LA 70804-9304

018664P001-1435A-598
LOUISIANA DEPT OF AGRICULTURE AND FORESTRY
5825 FLORIDA BLVD - STE 1003
BATON ROUGE LA 70806

021128P001-1435A-598
LOUISIANA DEPT OF AGRICULTURE AND FORESTRY
PO BOX 91081
BATON ROUGE LA 70821-9081

001589P001-1435A-598
LOUISIANA DEPT OF EDUCATION
PO BOX 94064
BATON ROUGE LA 70804-9064

009922P001-1435A-598
LOUISIANA DEPT OF EDUCATION
DIVISION OF APPROPRIATION OFFICE OF FINANCE
P O BOX 94064
BATON ROUGE LA 70804-9064

018665P001-1435A-598
LOUISIANA DEPT OF ENVIRONMENTAL QUA
FINANCIAL SVC DIVISION
PO BOX 4311
BATON ROUGE LA 70821-4311

000034P001-1435S-598
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

001590P001-1435A-598
LOUISIANA DEPT OF HEALTH
LDH-OPH ENGINEERING SVC
PO BOX 4489
BATON ROUGE LA 70821-4489

012171P001-1435A-598
LOUISIANA DEPT OF HEALTH
LDH-OPH-ENGINEERING SERVICES-SAFE
DRINKING WATER PROGRAM
PO BOX 4489
BATON ROUGE LA 70821-4489

000081P001-1435S-598
LOUISIANA DEPT OF JUSTICE
RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION/ LANDS & NATURAL RESOURCES
POST OFFICE BOX 94005
BATON ROUGE LA 70804-9005

000002P001-1435S-598
LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

010533P001-1435A-598
LOUISIANA DEPT OF PUBLIC SAFETY
108 CAPITAL BLVD
HOUMA LA 70360

021129P001-1435A-598
LOUISIANA DEPT OF PUBLIC SAFETY
OFFICE OF MOTOR VEHICLES
PO BOX 64886
BATON ROUGE LA 70896

026135S001-1435A-598
LOUISIANA DEPT OF PUBLIC SAFETY
AND CORRECTIONS
SAFETY NATIONAL
1832 SHUETZ ROAD
ST LOUIS MO 63146

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:60:47 in PDF Ex 4 Page 574
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 574 of 1525
US First Class Mail
Exhibit Pages

026135P001-1435A-598
LOUISIANA DEPT OF PUBLIC SAFETY AND
CORRECTIONS
PO BOX 64886
BATON ROUGE LA 70896-4886

026190P001-1435A-598
LOUISIANA DEPT OF PUBLIC SAFETY AND CORREC
PO BOX 94304
BATON ROUGE LA 70804-9304

000005P001-1435S-598
LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

000018P001-1435S-598
LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

000024P001-1435S-598
LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

000008P001-1435A-598
LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

001591P001-1435A-598
LOUISIANA DEPT OF REVENUE
PO BOX 4969
BATON ROUGE LA 70821

017081P001-1435A-598
LOUISIANA DEPT OF REVENUE
POST OFFICE BOX 4969
BATON ROUGE LA 70821-4969

021127P001-1435A-598
LOUISIANA DEPT OF REVENUE
PO BOX 1231
BATON ROUGE LA 70821-1231

000017P001-1435A-598
LOUISIANA DEPT OF REVENUE AND TAXATION
UNCLAIMED PROPERTY DIVISION
PO BOX 91010
BATON ROUGE LA 70821-9010

000008P001-1435S-598
LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

000009P001-1435A-598
LOUISIANA DEPT OF WORK FORCE COMMISSION
SECRETARY
1001 N 23RD ST
BATON ROUGE LA 70802

023107P001-1435A-598
LOUISIANA DERMATOLOGY ASSOCIAT
10154 JEFFERSON HWY
BATON ROUGE LA 70809

023108P001-1435A-598
LOUISIANA DHH
PO BOX 62866
NEW ORLEANS LA 70162

013774P001-1435A-598
LOUISIANA DOOR AND HARDWARE
1117 NORTH AL DAVIS RD
NEW ORLEANS LA 70123

017082P001-1435A-598
LOUISIANA DRIVING SCHOOL
JACK VARNADO
3090 E GAUSE BLVD
PMB 425
SLIDELL LA 70461

023109P001-1435A-598
LOUISIANA ENDOSCOPY CENTER
PO BOX 305250
NASHVILLE TN 37230

010534P001-1435A-598
LOUISIANA FIRE
1918 18TH ST
KENNER LA 70062

018666P001-1435A-598
LOUISIANA FIRE JUNIORS
1918 18TH ST
KENNER LA 70062

041666P001-1435A-598
LOUISIANA FRESH PRODUCE
PO BOX 792570
NEW ORLEANS LA 70179-2570

015971P001-1435A-598
LOUISIANA GROWERS
63279 LOWERY RD
AMITE LA 70422

023110P001-1435A-598
LOUISIANA HAND TO SHOULDER CEN
STE 200 601 RIVER HIGHLANDS BLVD
COVINGTON LA 70433

023111P001-1435A-598
LOUISIANA HEALTHCARE ASSOCIATE
71207 HIGHWAY 21
COVINGTON LA 70433

001592P001-1435A-598
LOUISIANA HEALTHCARE ASSOCIATES LLC
71207 HIGHWAY 21
COVINGTON LA 70433-7121

023112P001-1435A-598
LOUISIANA HEART AND VASCULAR I
PO BOX 54193
NEW ORLEANS LA 70154

023113P001-1435A-598
LOUISIANA HEART CLINIC INC
PO BOX 52844
LAFAYETTE LA 70505

023114P001-1435A-598
LOUISIANA HELATH ASSOCIATES
71207 HIGHWAY 21
COVINGTON LA 70433

019831P001-1435A-598
LOUISIANA HIGH SCHOOL ASSN
PO BOX 16003
BATON ROUGE LA 70893

019832P001-1435A-598
LOUISIANA HIGH SCHOOL ASSOCIATION
NEWMAN ISIDORE
BILLY FITZGERALD
1903 JEFFERSON AVE
NEW ORLEANS LA 70115

019833P001-1435A-598
LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIAION
KEITH ALEXANDER ASST COMMISSIONER
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

009918P001-1435A-598
LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIATI
PO BOX 90011
BATON ROUGE LA 70879-0011

018667P001-1435A-598
LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIATION
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

019834P001-1435A-598
LOUISIANA HIGH SCHOOL COACHES
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

009919P001-1435A-598
LOUISIANA HIGH SCHOOL COACHES ASSOC
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

012172P001-1435A-598
LOUISIANA HIGH SCHOOL COACHES ASSOCATION
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

018668P001-1435A-598
LOUISIANA HIGH SCHOOL COACHES ASSOCIATION
12720 OLD HAMMOND HWY
BATON ROUGE LA 70816

018669P001-1435A-598
LOUISIANA HIGH SCHOOL LACROSSE LEAGUE
SUE ALIZADEH
14 EAST WOODLAWN DR
DESTREHAN LA 70047

021130P001-1435A-598
LOUISIANA HIGH SCHOOL POWERLIFTING ASSOC
PO BOX 871581
BATON ROUGE LA 70879

017083P001-1435A-598
LOUISIANA HIGH SCHOOL RALLY ASSN
LSU BOX 16003
101 LSU STUDENT UNION
BATON ROUGE LA 70803

013775P001-1435A-598
LOUISIANA HIGH SCHOOL RALLY ASSOC
LSU BOX 16003
01 STUDENT UNION
BATON ROUGE LA 70803

012173P001-1435A-598
LOUISIANA HIGH SCHOOL RALLY ASSOCIATION
LSU BOX 16003
101 STUDENT UNION
BATON ROUGE LA 70803

015972P001-1435A-598
LOUISIANA HIGH SCHOOL RALLY ASSOCIATION
LSU BOX 16003
101 LSU STUDENT UNION
BATON ROUGE LA 70803

019835P001-1435A-598
LOUISIANA HIGH SCHOOL RALLY ASSOCIATION
101 FREY 101 LSU STUDENT UNION
LSU BOX 16003
BATON ROUGE LA 70803

021131P001-1435A-598
LOUISIANA HIGH SCHOOL RALLY ASSOCIATION
101 FREY
LSU BOX 16003 101 LSU STUDENT UNION
BATON ROUGE LA 70803

023115P001-1435A-598
LOUISIANA HOME HEALTH OF HAMMO
PO BOX 54518
NEW ORLEANS LA 70154

023116P001-1435A-598
LOUISIANA HOMECARE OF KENNER
PO BOX 54518
NEW ORLEANS LA 70154

023117P001-1435A-598
LOUISIANA HOMECARE OF SLIDELL
PO BOX 54518
NEW ORLEANS LA 70154

012174P001-1435A-598
LOUISIANA HOSA
SHIRLENE BENDER
PO BOX 926
CARENCRO LA 70520

019836P001-1435A-598
LOUISIANA HOSA
PO BOX 926
CARENCRO LA 70520

031029P001-1435A-598
LOUISIANA INSURANCE GUARANTY ASSOCIATION (LIG
CAROLYN PITRE CLAIMS EXAMINER
2142 QUAIL RUN DR
BATON ROUGE LA 70808

001593P001-1435A-598
LOUISIANA INTERCHURCH CONFERENCE
527 NORTH BLVD 4TH FL
BATON ROUGE LA 70802

023118P001-1435A-598
LOUISIANA INTERNAL MEDICINE
7444 PICARDY AVE
BATON ROUGE LA 70808

023119P001-1435A-598
LOUISIANA INTERNAL MEDICINE AS
PO BOX 679522
DALLAS TX 75267

018670P001-1435A-598
LOUISIANA JUNIOR CLASSICAL LEAGUE
PO BOX 82217
BATON ROUGE LA 70884

009923P001-1435A-598
LOUISIANA LABOR LAW POSTER SVC
17732 HIGHLAND RD STE G BOX 112
BATON ROUGE LA 70810-3846

015973P001-1435A-598
LOUISIANA LANDSCAPE CONTRACTORS, INC
POPULAR GROVE PLANTATION
3224 NORT RIVER RD
PORT ALLEN TX 70767

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in Doc 4 in Art Page 576
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 576 of 1525
US First Class Mail
Exhibit Pages

012175P001-1435A-598
LOUISIANA LANDSCAPE SPECIALTY, INC
1701 BELLE CHASSE HIGHWAY
GRETNA LA 70056

018671P001-1435A-598
LOUISIANA LIBRARY ASSOC
8550 UNITED PLZ BLVD
STE 1001
BATON ROUGE LA 70809

012176P001-1435A-598
LOUISIANA LIBRARY ASSOCIATION
8550 UNITED PLZ BLVD STE 1001
BATON ROUGE LA 70809

021132P001-1435A-598
LOUISIANA LIFT AND EQUIPMENT INC
10299 AIRLINE HWY
ST. ROSE LA 70087-1154

019837P001-1435A-598
LOUISIANA LION'S CAMP
292 L BEAUFORD DR
ANACOCO LA 71403

001594P001-1435A-598
LOUISIANA MAILING AND COPYING SYSTEMS
3625 FLORIDA AVE
KENNER LA 70065

012177P001-1435A-598
LOUISIANA MAILING SYSTEMS
3625 FLORDIA AVE
KENNER LA 70065

015974P002-1435A-598
LOUISIANA MEDIA GROUP
1610 LAMARQUE ST
MANDEVILLE LA 70448-2250

009924P001-1435A-598
LOUISIANA MOTOR COACH INC
3912 4TH ST
MARRERO LA 70072

012178P001-1435A-598
LOUISIANA MU ALPHA THETA
AARON WALTERS
1225 PRT ST
NEW ORLEANS LA 70117

013776P001-1435A-598
LOUISIANA MU ALPHA THETA
PATRICK MCCLAIN
4401 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

017084P001-1435A-598
LOUISIANA MU ALPHA THETA
3108 IDAHO AVE
KENNER LA 70065

018672P001-1435A-598
LOUISIANA MU ALPHA THETA
PATRICK MCCLAIN
4401 ELYSIAN FIELDS
METAIRIE LA 70003

015975P001-1435A-598
LOUISIANA MUSIC EDUCATOR'S ASSN
PO BOX 12046
LAKE CHARLES LA 70612

017085P001-1435A-598
LOUISIANA MUSIC EDUCATORS AWARD
PO BOX 12046
LAKE CHARLES LA 70612

021133P001-1435A-598
LOUISIANA OFFICE OF MOTOR VEHICLES
STATE OF LOUISIANA
PO BOX 60081
NEW ORLEANS LA 70160-0081

015976P001-1435A-598
LOUISIANA OFFICE OF STATE PARKS
1 PALM DR
CITY PK
NEW ORLEANS LA 70124

018673P001-1435A-598
LOUISIANA OFFICE OF STATE PARKS
LOOP NEW ORLEANS
1 PALM DR - CITY PK
NEW ORLEANS LA 70124

009894P001-1435A-598
LOUISIANA OFFICE PRODUCTS
PO BOX 23851
HARAHAN LA 70183

013777P001-1435A-598
LOUISIANA OFFICE PRODUCTS
PO BOX 2381
HARAHAN LA 70183

021134P001-1435A-598
LOUISIANA OFFICE PRODUCTS
210 EDWARDS AVE
HARAHAN LA 70183

001595P001-1435A-598
LOUISIANA OFFICE PRODUCTS INC
210 EDWARDS AVE
HARAHAN LA 70123

023120P001-1435A-598
LOUISIANA ON SITE FLU LLC
3621 RIDGELAKE DR STE 206
METAIRIE LA 70002

023121P001-1435A-598
LOUISIANA ORTHOPAEDIC SPECIALI
108 RUE LOUIS XIV
LAFAYETTE LA 70508

023122P001-1435A-598
LOUISIANA ORTHOPAEDIC SPECIALI
PO BOX 733484
DALLAS TX 75373

027078P001-1435A-598
LOUISIANA OUTDOOR
1604 GAUSE BLVD W
SLIDELL LA 70460

023123P001-1435A-598
LOUISIANA PAIN SPECIALISTS
4520 WICHERS DR STE 205
MARRERO LA 70072

023124P001-1435A-598
LOUISIANA PAIN SPECIALISTS
PO BOX 919169
DALLAS TX 75391

| | | | |
|---|---|---|---|
| 010535P001-1435A-598<br>LOUISIANA PEST MANAGEMENT<br>3042 OLD FORGE DR # C<br>BATON ROUGE LA 70808 | 018674P001-1435A-598<br>LOUISIANA PHILHARMONIC ORCHESTRA<br>AMANDA WUERSTLIN<br>1010 COMMON ST<br>STE 2120<br>NEW ORLEANS LA 70112 | 023125P001-1435A-598<br>LOUISIANA PHS LLC<br>1509 DULLES DR<br>LAFAYETTE LA 70506 | 023126P001-1435A-598<br>LOUISIANA PHS LLC<br>PO BOX 53087<br>LAFAYETTE LA 70505 |
| 026341P001-1435A-598<br>LOUISIANA PIZZA KITCHEN<br>615 S CARROLLTON AVE<br>NEW ORLEANS LA 70118 | 021139P001-1435A-598<br>LOUISIANA POSTER COMPLIANCE CENTER<br>LOUISIANA POSTER COMPLIANCE CE<br>2561 CITIPLACE CT #750-159<br>BATON ROUGE LA 70808 | 009895P001-1435A-598<br>LOUISIANA PRO LIFE COUNCIL<br>PO BOX 8807<br>METAIRIE LA 70011 | 021140P001-1435A-598<br>LOUISIANA PRO-LIFE COUNCIL<br>PO BOX 8807<br>METAIRE LA 70011 |
| 001596P001-1435A-598<br>LOUISIANA PROVINCE DIOCESE OF LAKE CHARLES<br>411 IRIS ST<br>LAKE CHARLES LA 70601 | 001597P001-1435A-598<br>LOUISIANA PUBLIC BROADCASTING<br>7733 PERKINS RD<br>BATON ROUGE LA 70810 | 000040P001-1435S-598<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 013778P001-1435A-598<br>LOUISIANA QUIZ BOWL ALLIANCE<br>CHRIS ROMERO<br>20754 CALLOWAY CREST CT<br>KATY TX 77449 |
| 013779P001-1435A-598<br>LOUISIANA QUIZ BOWL ASSOCIATION<br>PO BOX 77074<br>BATON ROUGE LA 70879 | 023127P001-1435A-598<br>LOUISIANA REHAB PRODUCTS INC<br>2424 WILLIAMS BLVD STE C<br>KENNER LA 70062 | 019838P001-1435A-598<br>LOUISIANA RENAISSANCE FESTIVAL<br>PO BOX 400<br>ROBERT LA 70455 | 001598P001-1435A-598<br>LOUISIANA RETREAT CENTER<br>50352 ANTIOCH RD<br>TICKFAW LA 70466 |
| 001599P001-1435A-598<br>LOUISIANA RIGHT TO LIFE<br>200 ROBERT E LEE<br>NEW ORLEANS LA 70124 | 013780P001-1435A-598<br>LOUISIANA RIGHT TO LIFE EDUCATIONAL<br>COMMITTEE, INC<br>200 ROBERT E LEE BLVD<br>NEW ORLEANS LA 70124 | 009896P001-1435A-598<br>LOUISIANA RUNNING CO<br>4153 CANAL ST<br>NEW ORLEANS LA 70119 | 010536P002-1435A-598<br>LOUISIANA SCHOLASTIC PRESS ASSOCIATION<br>9618 JEFFERSON HWY STE D<br>BATON ROUGE LA 70809-9636 |
| 009266P001-1435A-598<br>LOUISIANA SCHOOL EQUIPMENT CO LLC<br>330 LEE DR<br>STE B<br>BATON ROUGE LA 70808 | 015977P001-1435A-598<br>LOUISIANA SCHOOL EQUIPMENT, CO<br>330 LEE DR<br>STE B<br>BATOB ROUGE LA 70808 | 018675P001-1435A-598<br>LOUISIANA SCHOOL FACILITY MANAGER'S ASSOC<br>KYLE BORDELON<br>PO BOX 2158<br>LAFAYETTE LA 70502-2158 | 013781P001-1435A-598<br>LOUISIANA SCIENCE TEACHERS ASSOCIATION<br>JEAN MAY-BRETT<br>1627 TAYLOR ST<br>KENNER LA 70062 |
| 021141P001-1435A-598<br>LOUISIANA SECONDARY/MIDDLE SCHOOLS COMM<br>LOUISIANA SECONDARY/MIDDLE SCH<br>COLLEGE OF EDUCATION PEABODY<br>101 FREY<br>LSU<br>BATON ROUGE LA 70803 | 023128P001-1435A-598<br>LOUISIANA SLEEP FOUNDATION LLC<br>4660 BLUEBONNET BLVD<br>BATON ROUGE LA 70809 | 012179P002-1435A-598<br>LOUISIANA SOFTBALL COACHES ASSOCIATION<br>104 PETUNIA PKWY<br>WEST MONROE LA 71291-1637 | 013782P002-1435A-598<br>LOUISIANA SOFTBALL COACHES ASSOCIATION<br>BENNIE DAIGLE<br>MEMBERSHIP CHAIRMAN<br>104 PETUNIA PKWY<br>WEST MONROE LA 71291-1637 |

577

Case 20-10846 Doc 4355-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 Fix 578
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 578 of 1525
US First Class Mail
Exhibit Pages

021142P002-1435A-598
LOUISIANA SOFTBALL COACHES ASSOCIATION
B DAIGLE
104 PETUNIA PKWY
WEST MONROE LA 71291-1637

018676P001-1435A-598
LOUISIANA SPECIALTY DRINKS, INC
1603 S GAYOSO ST
NEW ORLEANS LA 70125

009394P001-1435A-598
LOUISIANA SPICE
PO BOX 3668
HARVEY LA 70059-3668

013783P001-1435A-598
LOUISIANA SPICE BAND LLC
95 ORCHARD RD
RIVER RIDGE LA 70123

013784P001-1435A-598
LOUISIANA SPIRIT
5600 JEFFERSON HIGHWAY
BLDG W2 STE 260
NEW ORLEANS LA 70123

017086P001-1435A-598
LOUISIANA STATE DANCE/DRILL TEAM CHAMPIONSHIP
PO BOX 2096
MANDEVILLE LA 70470

019839P001-1435A-598
LOUISIANA STATE MILITARY DEPT
34845 GRANTHAM COLLEGE RD
SLIDELL LA 70460

013785P001-1435A-598
LOUISIANA STATE POLICE
BUREAU OF CRIMINAL IDENTIFICATION
AND INFORMATION
PO BOX 66614 MAIL SLIP A6
BATON ROUGE LA 70896

015978P001-1435A-598
LOUISIANA STATE POLICE
BUREAU OF CRIMINAL IDENTIFICATION
PO BOX 66614 MAIL SLIP A6
BATON ROUGE LA 70896

026499P001-1435A-598
LOUISIANA STATE POLICE
7919 INDEPENDENCE BLVD
BATON ROUGE LA 70806

010537P001-1435A-598
LOUISIANA STATE POLICE DEPT
7919 INDEPENDENCE BLVD
BATON ROUGE LA 70806

001600P001-1435A-598
LOUISIANA STATE UNIVERSITY
HEALTH SCIENCE CENTER N O
411 S PRIEUR ST
NEW ORLEANS LA 70112

012180P001-1435A-598
LOUISIANA STATE UNIVERSITY
OFFICE OF BURSAR OPERATIONS
125 THOMAS BOYD HALL
BATON ROUGE LA 70803

019840P001-1435A-598
LOUISIANA STATE UNIVERSITY
125 THOMAS BOYD HALL
BATON ROUGE LA 70803

027079P001-1435A-598
LOUISIANA STATE UNIVERSITY AND
CONNOR LANGEVIN
112 THOMAS BOYD
BATON ROUGE LA 70803

012181P001-1435A-598
LOUISIANA STATE UNIVERSITY TRACK AND FIELD
PO BOX 18316
BATON ROUGE LA 70893

018677P001-1435A-598
LOUISIANA THESPIANS
KERRY A ONXLEY FESTIVAL CHAIR
809 KIRBY STREET: STE 313
LAKE CHARLES LA 70601

013786P001-1435A-598
LOUISIANA TRACK AND FIELD COACHES ASSN
JAY STUCKEY
PO BOX 445
AMITE LA 70422

012182P001-1435A-598
LOUISIANA TRACK AND FIELD COACHES ASSOCIATI
PO BOX 445
AMITE LA 70422

021143P001-1435A-598
LOUISIANA TRACK AND FIELD COACHES ASSOCIATION
JAY STUCKEY
PO BOX 445
AMITE LA 70422

017087P001-1435A-598
LOUISIANA TROPHIES, INC
1332 TEXAS AVE
ALEXANDRIA LA 71301

013787P001-1435A-598
LOUISIANA TUMBLEN CHEER ACADEMY, LLC
663 TIME SAVER AVE
NEW ORLEANS LA 70123

012183P001-1435A-598
LOUISIANA UNIVERSITIES MARINE CONSORTIUM
8124 HWY 56
CHAUVIN LA 70344-2124

023129P001-1435A-598
LOUISIANA UROLOGY LLC
STE 3000 8080 BLUEBONNET BLVD
BATON ROUGE LA 70810

026500P001-1435A-598
LOUISIANA USA WRESTLING
31 WAVERLY PL
METAIRIE LA 70003

009246P001-1435A-598
LOUISIANA VARIETY WHOLESALE
2903 TCHOUPITOULAS ST
NEW ORLEANS LA 70115

023130P001-1435A-598
LOUISIANA WOMENS HEALTHCARE AS
STE 100 500 RUE DE LA VIE
BATON ROUGE LA 70817

023131P001-1435A-598
LOUISIANA WOMENS HEALTHCARE AS
STE 100 500 RUE DE LA VIE ST
BATON ROUGE LA 70817

Case 20-10846-05 Doc 6485-16 Filed 09/09/25 Entered 09/09/25 14:00:05 in PD Exhibit A Page 579
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 579 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 001601P001-1435A-598<br>LOUISIANA WORKFORCE COMMISSION<br>ATTN:JESSICA MASARACCHIA<br>1001 N 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70802 | 017088P001-1435A-598<br>LOUP'S<br>1109 ST ANN ST<br>MARRERO LA 70072 | 013788P001-1435A-598<br>LOUPE PHOTOGRAPHY AND VIDEO<br>320 METAIRIE RD<br>METAIRIE LA 70005 | 023132P001-1435A-598<br>LOURDES AFTER HOURS LLC<br>10319 JEFFERSON HWY<br>BATON ROUGE LA 70809 |
| 023133P001-1435A-598<br>LOURDES PHYSICIAN GROUP<br>PO BOX 677957<br>DALLAS TX 75267 | 041269P001-1435A-598<br>LOUISANA LANDSCAPE SPECIALTY, INC<br>1701 BELLE CHASSE HWY<br>TERRYTOWN LA 70056 | 041270P001-1435A-598<br>LOUSIANA TUMBLE N CHEER ACADEMY, LLC<br>3213 TOLMAS DR<br>METAIRIE LA 70002 | 001602P001-1435A-598<br>LOUSTEAU AND CECOLA AMC<br>120 N JEFFERSON DAVIS PKWY<br>NEW ORLEANS LA 70119-5308 |
| 023134P001-1435A-598<br>LOUSTEAU AND CECOLA AMC<br>PKWY 120 N JEFFERSON DAVIS<br>NEW ORLEANS LA 70119 | 018678P002-1435A-598<br>LOVA<br>4 AMBERLY CT<br>SAVANNAH GA 31411-2702 | 010538P001-1435A-598<br>LOVE S COUNTRY<br>9240 COUNTY FARM RD<br>GULFPORT MS 39503 | 010539P001-1435A-598<br>LOVE'S COUNTRY STORES<br>9240 COUNTY FARM RD<br>GULFPORT MS 39503 |
| 023135P001-1435A-598<br>LOW VISION CENTER<br>550 EVERGREEN DR<br>MANDEVILLE LA 70448 | 015979P001-1435A-598<br>LOWE'S JEWELERS<br>5150 HWY 22 WEST B1<br>MANDEVILLE LA 70471 | 010540P001-1435A-598<br>LOWES<br>3640 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002 | 026342P001-1435A-598<br>LOWES<br>1000 LOWE'S BLVD<br>MOORESVILLE NC 28117 |
| 026619P001-1435A-598<br>LOWES<br>1280 N HWY 190<br>COVINGTON LA 70433 | 041271P001-1435A-598<br>LOWES<br>PO BOX 669824<br>DALLAS TX 75266 | 017089P001-1435A-598<br>LOWES BUSINESSACCT/GECRB<br>PO BOX 530970<br>ATLANTA GA 30353-0970 | 015980P001-1435A-598<br>LOYOLA GIRLS SOCCER<br>MARK MATLOCK - TOURNAMENT DIRECTOR<br>521 FORSYTHE CT<br>SHREVEPORT LA 71115 |
| 001603P001-1435A-598<br>LOYOLA INSTITUTE FOR MINISTRY<br>6363 ST CHARLES AVE<br>NEW ORLEANS LA 70118 | 000333P001-1435A-598<br>LOYOLA JESUIT COMMUNITY<br>4605 RUE WEST BROADWAY<br>MONTREAL QC H4B 2A7<br>CANADA | 041272P001-1435A-598<br>LOYOLA JESUIT COMMUNITY<br>1575 CALHOUN ST<br>NEW ORLEANS LA 70118 | 001604P001-1435A-598<br>LOYOLA PRESS<br>PO BOX 6692<br>CAROL STREAM IL 60197-6692 |
| 009469P001-1435A-598<br>LOYOLA PRESS<br>PO BOX 85054<br>CHICAGO IL 60680-1054 | 010541P002-1435A-598<br>LOYOLA PRESS<br>8770 W BRYN MAWR AVE STE 1125<br>CHICAGO IL 60631-3520 | 017090P001-1435A-598<br>LOYOLA PRESS<br>A JESUIT MINISTRY<br>PO BOX 85054<br>CHICAGO IL 60680-1054 | 026501P001-1435A-598<br>LOYOLA SUMMER INSTITUTE<br>6363 ST CHARLES AVE<br>NEW ORLEANS LA 70118 |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in Doc 4 Arriba 680
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 580 of 1525
US First Class Mail
Exhibit Pages

---

010542P001-1435A-598
LOYOLA UNIVERSITY
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

012184P001-1435A-598
LOYOLA UNIVERSITY
SCHOOL OF MASS COMMUNICATIONS
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

019843P001-1435A-598
LOYOLA UNIVERSITY
LOYOLA INSTITUTE FOR MINISTRY
6363 ST CHARLES AVE
CAMPUS BOX 67
NEW ORLEANS LA 70118

031018P001-1435A-598
LOYOLA UNIVERSITY
MONIQUE GAUDIN GARDNER

019844P001-1435A-598
LOYOLA UNIVERSITY MENS BASKETBALL
6363 ST CHARLES AVE BOX 53
NEW ORLEANS LA 70118

018679P001-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS
6363 ST CHARLES AVE
CAMPUS BOX 67
NEW ORLEANS LA 70118

019845P001-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS
6363 ST CHARLES AVE
CAMPUS BOX 53
NEW ORLEANS LA 70118

021144P001-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS
OFFICE OF THE BURSAR BOX 67
6363 ST CHARLES AVE
NEW ORLEANS LA 70118-6195

026686P001-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

026255P001-1435A-598
LOYOLA UNIVERSITY NEW ORLEANS CROSS COUNTRY
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

015981P001-1435A-598
LOYOLA UNIVERSITY OF NEW ORLEANS -
CROSS COUNTRY
6363 ST CHARLES AVE
BOX 53
NEW ORLEANS LA 70118

001605P001-1435A-598
LOYOLA UNIVERSITY PARKING SVC
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

013789P001-1435A-598
LOYOLA VOLLEYBALL
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

019846P001-1435A-598
LPC BOARD OF EXAMINERS
8631 SUMMA AVE
BATON ROUGE LA 70809

017091P001-1435A-598
LPC PRODUCTIONS, INC
2216 NORTH STARRETT RD
METAIRIE LA 70003

040784P002-1435A-598
LPL FINANCIAL CORP
KRISTIN KENNEDY
CORPORATE ACTIONS
1055 LPL WAY
FORT MILL SC 29715

040783P001-1435A-598
LPL FINANCIAL CORPORATION
CORPORATE ACTIONS
KRISTIN KENNEDY
9785 TOWNE CENTRE DRIVE
SAN DIEGO CA 92121-1968

040785P001-1435A-598
LPL FINANCIAL LLC
4707 EXECUTIVE DRIVE
SAN DIEGO CA 92121

009925P001-1435A-598
LPO
1010 COMMON ST STE 2120
NEW ORLEANS LA 70112

015982P001-1435A-598
LQBA
PO BOX 77074
BATON ROUGE LA 70879

023136P001-1435A-598
LR EMERGENCY DOCTORS GROUP
STE 200 11001 EXECUTIVE CENTER DR
LITTLE ROCK AR 72211

009926P001-1435A-598
LRA EDUCATION FOUNDATION
2700 N ARNOULT RD
METAIRIE LA 70002

009927P001-1435A-598
LRF STUDENT DAY
PO BOX 400
ROBERT LA 70455-0220

021145P001-1435A-598
LRF STUDENT DAY PROGRAM
P O BOX 220
ROBERT LA 70455

012185P001-1435A-598
LSCA
202 TURNBERRY DR
COVINGTON LA 70433

021146P001-1435A-598
LSCA
NANCY ENSMINGER DUCHTOWN
13165 HWY 73
GEISMAR LA 70734

018680P001-1435A-598
LSU AGCENTER
130 KNAPP HALL
LOUISIANA STATE UNIVERSITY
BATON ROUGE LA 70803

026502P001-1435A-598
LSU AGCENTER
128 KNAPP HALL
BATON ROUGE LA 70803

Case 20-10846 Doc 4285 Filed 09/09/25 Entered 09/09/25 14:06:75 Main Document Page 581
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 581 of 1525
US First Class Mail
Exhibit Pages

015983P001-1435A-598
LSU ATHLETIC DEPT
ATHLETIC ADMINISTRATION BUILDING
ATHLETIC ADMINISTRATION BLDG
BATON ROUGE LA 70803

021147P001-1435A-598
LSU ATHLETIC DEPT
LSU FOOTBALL COACHING CLINIC
ATHLETIC ADMINISTRATION BLDG
101 FREY
BATON ROUGE LA 70803

015984P001-1435A-598
LSU CAREER SVC
TEACHER INTERVIEWING DAY
1502 PATRICK F TAYLOR HALL
BATON ROUGE LA 70803

021148P001-1435A-598
LSU CAREER SVC
1502 PATRICK F TAYLOR HALL
BATON ROUGE LA 70803

015985P001-1435A-598
LSU DEPT OF MATHMATICS
303 LOCKETT HALL
BATON ROUGE LA 70803

023137P001-1435A-598
LSU ED BILLING
PO BOX 733378
DALLAS TX 75373

015986P001-1435A-598
LSU FOUNDATION
LSU MATHEMATICS CONTEST
DEPT OF MATHEMATICS
LOUISIANA STATE UNIVERSITY
BATON ROUGE LA 70803

010544P001-1435A-598
LSU GOLF COURSE
CORNER OF NICHOLSON AND GOURRIER
BATON ROUGE LA 70808

026620P001-1435A-598
LSU GOLF COURSE
CORNER OF NICHOLSON AT GOURRIER
BATON ROUGE LA 70808

023138P001-1435A-598
LSU HEALTH SCIENCES CENTER
PO BOX 919175
DALLAS TX 75391

023139P001-1435A-598
LSU HEALTHCARE NETWO
2ND FLOOR 1100 FLORIDA AVE 2202ND
NEW ORLEANS LA 70119

023141P001-1435A-598
LSU HEALTHCARE NETWORK
PO BOX 919306
DALLAS TX 75391

026621P001-1435A-598
LSU TIGER CAMP
23-27 DALRYMPLE DR
BATON ROUGE LA 70803

021149P001-1435A-598
LSU TIGER VOLLEYBALL CAMP
631 SOUTH LAKEVIEW DR
BATON ROUGE LA 70810

010545P001-1435A-598
LSU TRACK AND FIELD ASSOCIATION
NICHOLSON DR & N STADIUM RD
BATON ROUGE LA 70808

026687P001-1435A-598
LSU TRACK AND FIELD OFFICIALS ASSN
LSU ATHLETICS ADMINISTRATION BUILDING
BATON ROUGE LA 70803

026503P001-1435A-598
LSU TRACK AND FIELD OFFICIALS ASSOC
1 N STADIUM DR
BATON ROUGE LA 70802

015987P001-1435A-598
LSU TRACK AND FIELD OFFICIALS ASSOCIATION
BATON ROUGE
500 W UNIVERSITY AVE
BATON ROUGE LA 70808

026256P001-1435A-598
LSU TRACK AND FIELD OFFICIALS ASSOCIATION
LSU SPORTS INFORMATION OFFICE
LSU ATHLETICS ADMINISTRATION BUILDING
BATON ROUGE LA 70803

026622P001-1435A-598
LSU UNIVERSITY RECREATION
STUDENT RECREATION COMPLEX
LSU 102
BATON ROUGE LA 70803

021150P001-1435A-598
LSU VOLLEYBALL CAMP
631 SOUTH LAKEVIEW DR
BATON ROUGE LA 70810

023142P001-1435A-598
LSUHCN BILLING USE ONLY
PO BOX 919237
DALLAS TX 75391

023143P001-1435A-598
LSUHN BILLING LLC
PO BOX 919237
DALLAS TX 75391

027080P001-1435A-598
LSUHSC
1901 PERDIDO ST
NEW ORLEANS LA 70112

018681P001-1435A-598
LSUHSC CHILD AND FAMILY COUNSELING CLINIC
411 S PRIEUR ST RM 307
NEW ORLEANS LA 70112

026504P001-1435A-598
LSUHSC CHILD AND FAMILY COUNSELING CLINIC
433 BOLIVAR ST
NEW ORLEANS LA 70112

000052P002-1435S-598
LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808

029682P001-1435A-598
LUBA CASUALTY INSURANCE CO
PO BOX 98082
BATON ROUGE LA 70892

Case 20-10846 Doc 4335-4 Filed 09/01/25 Entered 09/01/25 11:00:45 Exhibit A Page 582
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 582 of 1525
US First Class Mail
Exhibit Pages

018682P001-1435A-598
LUCY'S RETIRED SURFER BAR
BRITNEY MILLER
701 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

013790P001-1435A-598
LUCY'S RETIRED SURFERS BAR AND RESTAURANT
701 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

015988P001-1435A-598
LUCY'S RETIRED SURFERS BAR AND RESTAURANT
701 TCHOUPITOULAS
NEW ORLEANS LA 70130

000114P001-1435S-598
LUGENBUHL WHEATON PECK RANKIN & HUBBARD
BENJAMIN W KADDEN
601 POYDRAS ST.,STE 2775
NEW ORLEANS LA 70130

023144P001-1435A-598
LUIS F SOTO MD LLC
4300 HOUMA BLVD STE 107
METAIRIE LA 70006

030972P001-1435A-598
LUIS SOTOMAYOR
ADDRESS INTENTIONALLY OMITTED

041273P001-1435A-598
LUKAS LAWN CARE LLC
70345 D ST
COVINGTON LA 70433

010546P001-1435A-598
LUKOIL
11 SRETENSKY BLVD
MOSCOW  101000
RUSSIA

023145P001-1435A-598
LULING EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

001607P001-1435A-598
LULING FAMILY DENTISTRY LLC
PO BOX 167
LULING LA 70070

018683P001-1435A-598
LUMBER PRODUCTS
PO BOX 9510
METAIRIE LA 70055-9510

001608P001-1435A-598
LUMEN CHRISTI RETREAT CENTER
100 LUMEN CHRISTI CT
SCHRIEVER LA 70395-9352

018684P001-1435A-598
LUMEN CHRISTI RETREAT CENTER
100 LUMEN CHRISTI CT
HIGHWAY 311
SCHRIEVER LA 70395-9352

023146P001-1435A-598
LUPO CENTER FOR AESTHETIC AND
STE 302 145 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

010547P001-1435A-598
LUSH
3129 MAGAZINE ST
NEW ORLEANS LA 70115

013791P001-1435A-598
LUSHER CHARTER SCHOOL
5624 FRERET ST
NEW ORLEANS LA 70115

021155P001-1435A-598
LUSHER CHARTER SCHOOL
HUNTER HIGGINS BASKETBALL
5624 FRERET ST
NEW ORLEANS LA 70115

026505P001-1435A-598
LUSHER CHARTER SCHOOL
7315 WILLOW ST
NEW ORLEANS LA 70118

012186P002-1435A-598
LUTCHER HIGH SCHOOL
RICKY LEBLANC
1910 W MAIN ST
LUTCHER LA 70071-5122

015989P002-1435A-598
LUTCHER HIGH SCHOOL
1910 W MAIN ST
LUTCHER LA 70071-5122

036357S001-1435A-598
LUTHER LUCKETT CORRECTIONAL
ELAINE SMITH
PO BOX 6
LA GRANGE KY 40031-0006

018685P001-1435A-598
LUXE TRAVEL BY PAIGE
708 AIRLINE PK BLVD
METAIRIE LA 70003

010548P001-1435A-598
LVCA
3150 PARADISE RD
LAS VEGAS NV 89109

021152P001-1435A-598
LVCA
MICHELLE LEBOUEF
CENTRAL HIGH SCHOOL
10200 E BROOKSIDE DR
BATON ROUGE LA 70818

012187P001-1435A-598
LVCA CENTRAL HIGH SCHOOL
MICHELE LEBOUEF
10200 E BROOKSIDE DR
BATON ROUGE LA 70818

021092P001-1435A-598
LW HIGGINS HIGH SCHOOL
7201 LAPALCO BLVD
MARRERO LA 70072

010488P001-1435A-598
LW HIGGINS HIGH SCHOOL001
7201 LAPALCO BLVD
MARRERO LA 70072

010489P001-1435A-598
LW HIGGINS HIGH SCHOOL002
7201 LAPALCO BLVD
MARRERO LA 70072

Case 20-10846 Doc 4355-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 583 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

009653P001-1435A-598
LWOA
JERRY SCHMIDT PRESIDENT AND
ASSIGNMENT SECRETARY
3129 METAIRIE CT
METAIRIE LA 70002

001611P001-1435A-598
LYKE FOUNDATION
102 ANN CT
MONTZ LA 70068-8980

010543P001-1435A-598
LYMPHOMA RESEARCH FOUNDATION
88 PINE ST STE 2400
NEW YORK NY 10005

010549P001-1435A-598
LYNCH'S DANCE SUPPLY
939 HOWARD ST
DEARBORN MI 48124

013792P001-1435A-598
LYNHAVEN, INC
21669 OLD COVINGTON HIGHWAY
HAMMOND LA 70403

019848P001-1435A-598
LYON WORKSPACE PRODUCTS
PO BOX 671
AURORA IL 60507-0671

031556P001-1435A-598
LYRIC REALTY AND PARKING CO INC
KENNETH D BOUDREAUX
1115 TALLOWTREE DR
MANDEVILLE LA 70448

031689P001-1435A-598
LYRIC REALTY AND PARKING COMPANY, INC.
C/O KENNETH D. BOUDREAUX
1115 TALLOWTREE DR.
MANDEVILLE LA 70448

021153P001-1435A-598
LYSA
EIL18
200 SONNY ROY LN
LAFAYETTE LA 70507

015990P001-1435A-598
LYSA/CSC
EIL19
200 SONNY ROY LN
LAFAYETTE LA 70507

041275P001-1435A-598
M AND G SOLUTIONS
6055 KENSINGTON BLVD
NEW ORLEANS LA 70127

041667P001-1435A-598
M AND L INDUSTRIES LLC
1210 ST CHARLES
HOUMA LA 70360

026257P001-1435A-598
M AND M FLOOR INSTALLATIONS
2810 DORR AVE B
FAIRFAX VA 22031

010550P001-1435A-598
M AND M HOME IMPOVEMENT
6910 FORT HAMILTON PKWY
BROOKLYN NY 11228

013793P001-1435A-598
M AND M PLUMBING INC
PO BOX 1851
SLIDELL LA 70459

021156P001-1435A-598
M AND N INTERNATIONAL
PO BOX 64784
ST. PAUL MN 55164-0784

015991P001-1435A-598
M AND R TREE REMOVAL
24461 HIGHWAY 435
ABITA SPRINGS LA 70420

009238P001-1435A-598
M DALESANDRO INC
2700 INGRID LN
METAIRIE LA 70003

012218P001-1435A-598
M-F ATHLETICS CO
PO BOX 8090
CRANSTON RI 02920-0090

011827P001-1435A-598
MAC PAPER
PO BOX 930513
ATLANTA GA 31193-0513

009357P001-1435A-598
MAC PAPERS INC
801 EDWARDS AVE
NEW ORLEANS LA 70123-3122

015992P001-1435A-598
MACK WHOLESALE PLUMBING
20446 HIGHWAY 36
COVINGTON LA 70433

012188P001-1435A-598
MACK WHOLESALE PLUMBING PARTS CO, INC
PO BOX 2377
COVINGTON LA 70434

015993P001-1435A-598
MACKIN EDUCATIONAL RESOURCES
3505 COUNTRY RD 42 WEST
BURNSVILLE MN 55306

018686P001-1435A-598
MACKIN EDUCATIONAL RESOURCES
3505 COUNTRY RD 42 WEST
BURNSVILLE MN 55306

009433P001-1435A-598
MACMILLAN/MCGRAW-HILL
PO BOX 2258
CAROL STREAM IL 60132-2258

041276P001-1435A-598
MACQUARIE EQUIPMENT CAPITAL, INC
1301 RIVERPLACE BLVD LEVEL 4
JACKSONVILLE FL 32207

041277P001-1435A-598
MACQUARIE EQUIPMENT CAPITAL, INC
125 WEST 55TH ST
LEVEL 22
NEW YORK NY 10019

Case 20-10846 Doc 4635-1 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 Filed 09/09/25 Page 584
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 584 of 1525
US First Class Mail
Exhibit Pages

041278P001-1435A-598
MACQUARIE EQUIPMENT CAPITAL, INC
PO BOX 714862
CINCINNATI OH 45271

015994P001-1435A-598
MACQUARIE EQUIPMENT FINANCE
PO BOX 674443
DETROIT MI 48267

001617P001-1435A-598
MACROSTIE HISTORIC ADVISORS LLC
1400 16 ST NW
STE 420
WASHINGTON DC 20036

010551P001-1435A-598
MADAME TUSSAUDS NY
234 W 42ND ST
NEW YORK NY 10036

021154P001-1435A-598
MADERE VENTURES LLC
DBA COMPUTER NETWORK SOLUTIONS
PO BOX 2409
RESERVE LA 70084

041279P001-1435A-598
MADERE VENTURES LLC
PO BOX 2409
RESERVE LA 70084

021157P001-1435A-598
MADERE VENTURES LLC  OTHER
DBA COMPUTER NETWORK SOLUTIONS
PO BOX 2409
RESERVE LA 70084

021158P001-1435A-598
MADERES PRINTING SVC
181 CENTRAL AVE
RESERVE LA 70084

034486S001-1435A-598
MADISON CORRECTIONAL INSTN
ISAAC PARRETT
PO BOX 740
LONDON OH 43140-0740

034898S001-1435A-598
MADISON CORRECTIONAL INSTN
GERTRUDE ACHANKENG
PO BOX 740
LONDON OH 43140-0740

035689S001-1435A-598
MADISON CORRECTIONAL INSTN
MATTHEW CHASE
PO BOX 740
LONDON OH 43140-0740

036399S001-1435A-598
MADISON CORRECTIONAL INSTN
RASHMI VERMA
PO BOX 740
LONDON OH 43140-0740

023147P001-1435A-598
MADISON PARISH HOSPITAL
900 JOHNSON ST
TALLULAH LA 71282

023148P001-1435A-598
MADISON PHYSICIAN SURGERY CENT
4510 LAKELAND DR
FLOWOOD MS 39232

015995P001-1435A-598
MADISON PREP
1555 MADISON AVE
BATON ROUGE LA 70802

026623P001-1435A-598
MADISONVILLE POLICE DEPT
400 CEDAR ST
MADISONVILLE LA 70447

012189P001-1435A-598
MADVACAR LLC
7043 HWY 190 EAST SERVICE RD
STE A
COVINGTON LA 70433

015996P001-1435A-598
MADVACAR, LLC
DBA ARCPOINT LABS OF COVINGTON, LA
7043 HWY 190 EAST SERVICE RD
STE A
COVINGTON LA 70433

041280P001-1435A-598
MAGIC CITY LAWN CARE
1601 HWY 10
BOGALUSA LA 70427

001619P001-1435A-598
MAGIC PRODUCTIONS
1627 ST ROCH AVE
NEW ORLEANS LA 70117

010552P001-1435A-598
MAGIC SPLASH CAR WASH
2515 MANHATTAN BLVD
HARVEY LA 70058

012190P001-1435A-598
MAGICAL MAIDS
200 MARINER'S PLZ
STE 205
MANDEVILLE LA 70448

023149P001-1435A-598
MAGIE MABREY EYE CLINIC
924 MAIN ST
CONWAY AR 72032

023150P001-1435A-598
MAGIE SMITH CHARTON EYE CLINIC
924 MAIN ST
CONWAY AR 72032

010553P001-1435A-598
MAGNET AMERICA INTERNATIONAL
512 NEWSOME RD
KING NC 27021

009928P001-1435A-598
MAGNETSTREET
280 GERZEVSKE LN
CAROL STREAM IL 60188

001620P001-1435A-598
MAGNIFICAT
PO BOX 822
YONKERS NY 10702

015997P001-1435A-598
MAGNIFICAT CENTER OF THE HOLY SPIRIT
PENNY MARTIN
314 NEWTON ST
GRETNA LA 70053

Case 20-10846 Doc 4835-4 Filed 09/10/25 Entered 09/10/25 14:06:75 in Exhibit 4 Page 585
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 585 of 1525
US First Class Mail
Exhibit Pages

021159P001-1435A-598
MAGNIFICAT CENTER OF THE HOLY SPIRIT
PENNY MARTIN
PO BOX 195
GRETNA LA 70054

015998P001-1435A-598
MAGNIFICENT TRAVEL
PO BOX 4801
LAFAYETTE LA 70502

010554P001-1435A-598
MAGNOLIA DISCOUNT
3415 S CARROLLTON AVE
NEW ORLEANS LA 70118

023151P001-1435A-598
MAGNOLIA FERTILITY LLC
4321 MAGNOLIA ST
NEW ORLEANS LA 70115

023152P001-1435A-598
MAGNOLIA MEDICAL LLC
5412 DIJON DR
BATON ROUGE LA 70808

001621P001-1435A-598
MAGNOLIA PLANTATION
818 ELMWOOD PK BLVD
HARAHAN LA 70123

001622P001-1435A-598
MAHATEL LLC
7331 HARWIN DR
STE 215
HOUSTON TX 77036

041668P001-1435A-598
MAILING SVC OF PITTSBURGH, INC
TRUESENSE MARKETING
PO BOX 641114
PITTSBURGH PA 15264-1114

001623P001-1435A-598
MAIN LINE HEALTH
PATIENT PAYMENTS
PO BOX 780163
PHILADELPHIA PA 19178-0163

023153P001-1435A-598
MAIN LINE HEALTHCARE
P O BOX 8538 227
PHILADELPHIA PA 19171

023154P001-1435A-598
MAIN LINE HOSPITALS INC
P O BOX 8500-6680
PHILADELPHIA PA 19178

018687P001-1435A-598
MAIN STAGE PRODUCTIONS
613 SEVERN AVE
METAIRIE LA 70001

026343P001-1435A-598
MAISON DUPUY HOTEL
1001 TOULOUSE ST
NEW ORLEANS LA 70112

010555P001-1435A-598
MAJESTIC WORKS
48 INDUSTRIAL RD
ELIZABETHTOWN PA 17022

010125P002-1435A-598
MAJORIA DRUGS
1805 METAIRIE RD
METAIRIE LA 70005

023155P001-1435A-598
MAJORIA DRUGS
1805 METAIRIE AVE
METAIRIE LA 70005

026506P001-1435A-598
MAJORIA DRUGS
2564 BARATARIA BLVD
MARRERO LA 70072

001625P001-1435A-598
MAJORSMILESCOM
2606 OSLER BLVD
BRYAN TX 77802

009929P001-1435A-598
MAKE A WISH FOUNDATION
3340 SEVERN AVE STE 350
METAIRIE LA 70002

013795P001-1435A-598
MAKE MUSIC, INC
7007 WINCHESTER CIR
STE 200
BOULDER CO 80301

010556P001-1435A-598
MAKERBOT INDUSTRIES
147 41ST ST
BROOKLYN NY 11232

021160P001-1435A-598
MAKERBOT INDUSTRIES LLC
28050 NETWORK PL 11201
CHICAGO IL 60673-1280

041281P001-1435A-598
MALIN CONSTRUCTION COMPANY, INC
211 SIERRA CT
METAIRIE LA 70001

012191P001-1435A-598
MALMARK INC
BELL CREST PARK
PO BOX 1200
PLUMSTEADVILLE PA 18949

021161P001-1435A-598
MALONEY PRODUCTIONS INC
5301 JEFFERSON HWY
NEW ORLEANS LA 70123

001629P001-1435A-598
MAMA'S SACK LUNCHES
21 S PERRY ST
MONTGOMERY AL 36104

021162P001-1435A-598
MAMOU HIGH SCHOOL
1008 SEVENTH ST
MAMOU LA 70554

019849P001-1435A-598
MAN OF STEEL OF LOUSIANA LLC
249 STONE RD
SLIDELL LA 70460

Case 20-10846 Doc 4313-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 586
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 586 of 1525
US First Class Mail
Exhibit Pages

010557P001-1435A-598
MANCHESTER REGIONAL HIGH SCHOOL
70 CHURCH ST
HALEDON NJ 07508

010558P001-1435A-598
MANDEVILE HIGH SCHOOL
1 SKIPPER DR
MANDEVILLE LA 70471

015999P001-1435A-598
MANDEVILLE BALLROOM
5150 HWY 22
STE A5
MANDEVILLE LA 70471

023156P001-1435A-598
MANDEVILLE BEHAVIORAL HEALTH C
900 WILKINSON ST
MANDEVILLE LA 70448

023157P001-1435A-598
MANDEVILLE CHIROPRACTIC
235 W FLORIDA ST
MANDEVILLE LA 70448

012192P001-1435A-598
MANDEVILLE HIGH SCHOOL
#1 SKIPPER DR
MANDEVILLE LA 70471

016000P001-1435A-598
MANDEVILLE HIGH SCHOOL
1 SKIPPER DR
MANDEVILLE LA 70420

016001P001-1435A-598
MANDEVILLE LIONS CHARITIES
720 LAFITTE ST
MANDEVILLE LA 70470

016002P001-1435A-598
MANDEVILLE PARTY CO
2200 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70471

023158P001-1435A-598
MANDEVILLE PRIVATE PHYSICIAN
PO BOX 335
MANDEVILLE LA 70470

023159P001-1435A-598
MANDEVILLE PRIVATE PHYSICIAN G
PO BOX 335
MANDEVILLE LA 70470

016003P001-1435A-598
MANDEVILLE SPORTS CLUB
23052 HWY 1088
MANDEVILLE LA 70448

012193P001-1435A-598
MANDEVILLE SPORTS COMPLEX
23052 HWY 1088
MANDEVILLE LA 70448

021163P001-1435A-598
MANGHAM HIGH SCHOOL
PO BOX 348
MANGHAM LA 71259

018688P001-1435A-598
MANHATTAN ATHLETIC CLUB
4162 MANHATTAN BLVD
HARVEY LA 70058

001633P001-1435A-598
MANIX COMPUTING SVC INC
PO BOX 73582
METAIRIE LA 70033

027081P001-1435A-598
MANNESA HOUSE OF RETREATS
5858 LA-44
CONVENT LA 70723

021164P001-1435A-598
MANNYS SANITARY SUPPLIES INC
P O BOX 15467
NEW ORLEANS LA 70175-5467

027082P001-1435A-598
MANRESA HOUSE OF RETREATS
5858 LA-44
CONVENT LA 70723

001634P001-1435A-598
MANRESA RETREAT HOUSE
PO BOX 89
CONVENT LA 70723

031609P001-1435A-598
MANSFIELD MELANCON CRAMMER AND DICK
COLLIN MELANCON
318 HARRISON AVE
NEW ORLEANS LA 70124

031610P001-1435A-598
MANSFIELD MELANCON INJURY LAWYERS
COLLIN MELANCON
404 EUROPE ST
BATON ROUGE LA 70802

001635P001-1435A-598
MAPS INC
TWO LAKEWAY CENTER
STE 400
METAIRIE LA 70002

009301P001-1435A-598
MARBLEIZED MEMORIES LLC
450 HICKORY AVE
HARAHAN LA 70123-4037

001636P001-1435A-598
MARC
MEDICATION RECOVERY CENTER
4500 YORK ST
STE 206
METAIRIE LA 70001

019850P001-1435A-598
MARC CHABANE MEMORIAL FUND
128 CEDARWOOD DR
SLIDELL LA 70461

001637P001-1435A-598
MARC S GLOVINSKY DPM LLC
3939 HOUMA BLVD
STE 224
METAIRIE LA 70006-2923

016005P001-1435A-598
MARC'S FABRICATION
212 IRWIN ST
BROOKLYN MI 49230

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 018689P002-1435A-598 | 019851P001-1435A-598 | 016004P001-1435A-598 | 010559P001-1435A-598 |
| MARCHING SHOW CONCEPTS | MARCO | MARCO PROMOTIONAL PRODUCTS | MARCO'S PIZZA |
| 1200 MAYFIELD RD STE 110 | 2640 COMMERCE DR | 2640 COMMERCE DR | 2201 BARATARIA BLVD |
| PADUCAH KY 42003-2918 | HARRISBURG PA 17110 | HARRISBURG PA 17110 | MARRERO LA 70072 |
| | | | |
| 013796P001-1435A-598 | 013797P001-1435A-598 | 010560P001-1435A-598 | 009172P001-1435A-598 |
| MARDI GRAS NATIONALS | MARDI GRAS NATIONALS, INC | MARDI GRAS OUTLET | MARDI GRAS PRODUCTIONS INC |
| 3201 CLEARY AVE | 2000 SEGNETTE BLVD | 7685 AIRLINE HWY | 1201 ANNUNCIATION ST |
| STE 200 | WESTWEGO LA 70094 | STE B | NEW ORLEANS LA 70130 |
| METAIRIE LA 70002 | | BATON ROUGE LA 70814 | |
| | | | |
| 026344P001-1435A-598 | 009930P001-1435A-598 | 013798P001-1435A-598 | 018690P001-1435A-598 |
| MARDI GRAS TRUCK STOP | MARDI GRAS WORLD | MARDI GRAS WORLD | MARDI GRAS WRECKER SVC |
| 2411 ELYSIAN FIELDS AVE | 1380 PORT OF NEW ORLEANS PL | 1370 PRT OF NEW ORLEANS PL | 505 RIVER RD |
| NEW ORLEANS LA 70117 | NEW ORLEANS LA 70130 | NEW ORLEANS LA 70130 | JEFFERSON LA 70121 |
| | | | |
| 021165P001-1435A-598 | 016006P001-1435A-598 | 027083P001-1435A-598 | 023160P002-1435A-598 |
| MAREDY CANDY CO | MARGIE'S COTTAGE FLORIST | MARGUERITE'S BAKERY | MARIA A CORTEZ MD |
| 12155 KIRKHAM RD | 715 W 18TH AVE | 125 COMMERCIAL SQUARE | 4700 WICHERS DR SRE 202 |
| POWAY CA 92064-9937 | COVINGTON LA 70433 | SLIDELL LA 70461 | MARRERO LA 70072-3054 |
| | | | |
| 031572P001-1435A-598 | 021166P001-1435A-598 | 009931P001-1435A-598 | 001640P001-1435A-598 |
| MARIA IMMACOLATA CHURCH | MARIANIST MISSION | MARIANITES CONGREGATIONAL CENTER | MARIANITES OF HOLY CROSS |
| 246 CORPORATE DR | MT SAINT JOHN | GOOD SHEPARD CONVENT | 1011 GALLIER ST |
| HOUMA LA 70360 | 4435 E PATTERSON RD | 21388 SMITH RD | NEW ORLEANS LA 70117 |
| | DAYTON OH 45481-0001 | COVINGTON LA 70435 | |
| | | | |
| 001641P001-1435A-598 | 001642P002-1435A-598 | 001643P002-1435A-598 | 009932P002-1435A-598 |
| MARIANITES OF HOLY CROSS | MARIANITES OF HOLY CROSS | MARIANITES OF HOLY CROSS | MARIANITES OF HOLY CROSS |
| SR GRETCHEN DYSART | SR JUDITH GOMILA | 75520 HIGHWAY 1081 | MISSION ADVANCEMENT |
| 21388 SMITH RD | 20904 MAUSER DR | COVINGTON LA 70435-2604 | 75520 HIGHWAY 1081 |
| COVINGTON LA 70435 | COTTONWOOD CA 96022-8702 | | COVINGTON LA 70435-2604 |
| | | | |
| 019003P001-1435A-598 | 006223P001-1435A-598 | 029568P001-1435A-598 | 029685P001-1435A-598 |
| MARIANITES OF THE HOLY CROSS | MARIE D LETELLIER | MARIE T ONEIL | MARILLAC COMMUNITY HEALTH CENTERS |
| 1011 GALLIER ST | ADDRESS INTENTIONALLY OMITTED | ADDRESS INTENTIONALLY OMITTED | PO BOX 4148 |
| NEW ORLEANS LA 70117 | | | NEW ORLEANS LA 70118-4148 |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Filed
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 588 of 1525
US First Class Mail
Exhibit Pages

041670P001-1435A-598
MARILLC COMMUNITY HEALTH CENTERS
DBA DEPAUL COMMUNITY HELATH CENTERS
3201 S CARROLLTON AVE
NEW ORLEANS LA 70118

010561P001-1435A-598
MARISA PIZZERIA
VIA VEGLIA 7
MILANO MI 20159
ITALY

018995P001-1435A-598
MARIST BROTHERS
4200 W 115TH ST
CHICAGO IL 60655

031014P001-1435A-598
MARK FICARRA
ADDRESS INTENTIONALLY OMITTED

023161P001-1435A-598
MARK SKELLIE PSYD
137 N CLARK ST STE 4
NEW ORLEANS LA 70119

018691P001-1435A-598
MARK TWAIN'S PIZZA
2035 METAIRIE RD
METAIRIE LA 70005

018693P001-1435A-598
MARK'S
PO BOX 121554
FORT WORTH TX 76121-1554

018692P001-1435A-598
MARKEL LUMBER CO, INC
1411 S RENDON ST
NEW ORLEANS LA 70125

017092P001-1435A-598
MARKS TURF SERVICES, LLC
1313 NURSERY AVE
METAIRIE LA 70005

021167P001-1435A-598
MARKSVILLE HIGH SCHOOL
407 W BON TEMP
MARKSVILLE LA 71351

013799P001-1435A-598
MARLEE JEAUX LLC DBA LOU LOU'S SNOWBALLS
936 BEVERLY GDN
METAIRIE LA 70002

021168P001-1435A-598
MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA PA 19101-3604

041282P001-1435A-598
MARLIN LEASEING CORP
300 FELLOWSHIP RD
MT LAUREL NJ 08054

021169P001-1435A-598
MARLIN LEASING
PO BOX 13604
PHILADELPHIA PA 19101-3604

041283P001-1435A-598
MARLIN LEASING GROUP
PO BOX 13604
PHILADELPHIA PA 19101-3604

021170P001-1435A-598
MARLIN LEASING {2}
PAYOFF DEPT
PO BOX 367
MOUNT LAUREL NJ 08054

021171P001-1435A-598
MARLIN LEASING {3}
PAYOFF DEPT
PO BOX 637
MOUNT LAUREL NJ 08054

017093P001-1435A-598
MARQUES FOOD DIST, INC
700 BROWN AVE
HARVEY LA 70058

026507P001-1435A-598
MARRERO MIDDLE SCHOOL
4100 7TH ST
MARRERO LA 70072

017094P001-1435A-598
MARRERO POST OFFICE
5351 LAPALCO BLVD
MARRERO LA 70072-9998

026508P001-1435A-598
MARRERO POSTMASTER
5351 LAPALCO BLVD
MARRERO LA 70072

001647P001-1435A-598
MARRIOTT BATON ROUGE
5500 HILTON AVE
BATON ROUGE LA 70808

013800P001-1435A-598
MARRIOTT BUSINESS SVC
PO BOX 402642
ATLANTA GA 30384-2642

012194P001-1435A-598
MARRIOTT CRYSTAL GATEWAY HOTEL
1700 JEFFERSON DAVIS HWY
ARLINGTON VA 22202

010562P001-1435A-598
MARRIOTT RESORT GRAND
555 CANAL ST
NEW ORLEANS LA 70130

041284P001-1435A-598
MARSE WELDING SUPPLIES INC
2700 HESSMER AVE
METAIRIE LA 70002

013801P001-1435A-598
MARSE WELDING SUPPLIES, INC
PO BOX 323
METAIRIE LA 70004-0323

019852P001-1435A-598
MARSH BAYOU OUTFITTERS
822 CHARTRES ST
NEW ORLEANS LA 70116

Case 2:24-cv-04535-EEF-DPC    Document 4-1    Filed 09/09/25    Page 589 of 1525

Case 2:24-cv-04535-EEF-DPC   Document 4-1   Filed 09/09/25   Page 589 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 589 of 1525
US First Class Mail
Exhibit Pages

009345P001-1435A-598
MARSHALL FLORAL PRODUCTS
710 WILDWOOD AVE
JACKSON MI 49201-1017

010563P001-1435A-598
MARSHALL'S
560 N CARROLLTON AVE
NEW ORLEANS LA 70119

041671P001-1435A-598
MARSHLAND ENTERPRISE, LLC
5664 BULLWHIP RD
IOWA LA 70647

023162P001-1435A-598
MARTHA E STEWART MD
PO BOX 531855
ATLANTA GA 30353

031668P001-1435A-598
MARTIN (MARTY) SCHWARTZ
1708 GREEN ACRES RD
METAIRIE LA 70005

001648P001-1435A-598
MARTIN AND MARSHALL DERMPATH LLC
5700 SOUTHWYCK BLVD
TOLEDO OH 43614-1509

010564P001-1435A-598
MARTIN WINE CELLAR
3827 BARONNE ST
NEW ORLEANS LA 70115

021172P001-1435A-598
MARTINS NURSERY AND LANDSCAPE CO
320 THIRD ST
LULING LA 70070

031611P001-1435A-598
MARTZELL BICKFORD AND CENTOLA APC
NEIL F NAZARETH
338 LAFAYETTE ST
NEW ORLEANS LA 70130

017095P001-1435A-598
MARUCCI SPORTS, LLC
5818 MCCANN DR
BATON ROUGE LA 70809

018694P001-1435A-598
MARUCCI SPORTS, LLC
5518 MCCANN DR
BATON ROUGE LA 70809

009276P001-1435A-598
MARVIN ELECTRIC INC
3711 HESSMER AVE
METAIRIE LA 70002

026624P002-1435A-598
MARY BIRD PERKINS BREAST CANCER CENTER
MICHELLE STAPLES
1203 S TYLER ST
COVINGTON LA 70433

012195P001-1435A-598
MARY BIRD PERKINS CANCER CENTER
MICHELLE STAPLES
1203 S TYLER ST
COVINGTON LA 70433

010565P001-1435A-598
MARY HELP OF CHRISTIANS
6400 E CHELSEA ST
TAMPA FL 33610

010566P001-1435A-598
MARY HELP OF CHRISTIANS ACADEMY 001
6400 E CHELSEA ST
TAMPA FL 33610

010567P001-1435A-598
MARY HELP OF CHRISTIANS ACADEMY 002
6400 E CHELSEA ST
TAMPA FL 33610

012196P001-1435A-598
MARY KATHRYN VILLERE ENDOWED SCHOLARSHIP
CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

010568P001-1435A-598
MARY LEDET AND JEFFERSON FINANCIAL
CREDIT UNION
111 WALL BLVD
GRETNA LA 70056

033205S001-1435A-598
MARY MOTHER-JESUS CATHOLIC CHR
JOHN PARDUE
PO BOX 408
WOODWORTH LA 71485-0408

012197P001-1435A-598
MARY QUEEN OF PEACE
1501 WEST CAUSEWAY APPROACH
MANDEVILLE LA 70471

031087P001-1435A-598
MARY QUEEN OF PEACE
ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029917P001-1435A-598
MARY QUEEN OF PEACE CHURCH
1501 W CAUSEWAY APPROACH
MANDEVILLE LA 70471

001651P001-1435A-598
MARY QUEEN OF PEACE SCHOOL
1515 WEST CAUSEWAY APPROACH
MANDEVILLE LA 70471-3047

031088P001-1435A-598
MARY QUEEN OF VIETNAM
ROMAN CATHOLIC CHURCH,NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029918P001-1435A-598
MARY QUEEN OF VIETNAM CHURCH
14001 DWYER BLVD
NEW ORLEANS LA 70129

031034P001-1435A-598
MARY SCHMERGEL

023164P001-1435A-598
MARY T SHERIFF DPM
4301 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 in PB Exhibit Exhibit Page 590
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 590 of 1525
US First Class Mail
Exhibit Pages

---

010570P001-1435A-598
MARYS HELPERS
4512 7TH ST
MARRERO LA 70072

001652P001-1435A-598
MARYKNOLL FATHERS AND BROTHERS
PO BOX 302
MARYKNOLL NY 10545-0302

010569P001-1435A-598
MARYKNOLL FATHERS AND BROTHERS
2360 RICE BLVD
HOUSTON TX 77005

021135P001-1435A-598
MARYKNOLL WORLD PRODUCTIONS
P O BOX 308
MARYKNOLL NY 10545-0308

021136P001-1435A-598
MARYS FLOWERS AND GIFTS INC
3279 LA 3125
PAULINA LA 70763

029816P001-1435A-598
MARYWOOD RETREAT AND CONFERENCE CENTER
235 MARYWOOD DR
ST JOHNS FL 32259

001653P001-1435A-598
MARYWOOD RETREAT CENTER
235 MARYWOOD DR
ST JOHN FL 32259

016007P001-1435A-598
MARZANO RESEARCH LABORATORY
555 NORTH MORTON ST
BLOOMINGTON IN 47404

019854P001-1435A-598
MASCARO BROS PARTY RENTAL
109 TAOS ST
SLIDELL LA 70458

019853P001-1435A-598
MASCARO BROS PARTY RENTALS LLC
109 TAOS ST
SLIDELL LA 70458

010571P001-1435A-598
MASCOT FACTORY
12340 STOWE DR
POWAY CA 92064

021173P001-1435A-598
MASCOT MAKERS LTD
27 SHEET ST
WINDSOR BERKSHIRE  SL4 1BN
UNITED KINGDOM

016008P001-1435A-598
MASSENGALE
MASSENGALE GROUNDS MANAGEMENT
PO BOX 80753
BATON ROUGE LA 70898

013802P001-1435A-598
MASSENGALE GROUNDS MANAGEMENT
PO BOX 80753
BATON ROUGE LA 70898

012198P001-1435A-598
MASSEY SVC
PO BOX 547668
ORLANDO FL 32854-7668

012199P001-1435A-598
MASSEY'S TRAVEL
347 MARINA BLVD
MANDEVILLE LA 70471

013803P001-1435A-598
MASTER MEDIA LLC
6120 LORAINE ST
METAIRIE LA 70003

012200P001-1435A-598
MASTER PLUMBERS CO
PO BOX 1201
ABITA SPRINGA LA 70420

041286P001-1435A-598
MASTERCARD
PO BOX 4512
CAROL STREAM IL 60197-4512

012201P001-1435A-598
MASTERMATHMENTOR
806 CYPRESS GROVE LN APT 311
POMPANO BEACH FL 33069

001657P001-1435A-598
MASTERY PREP
7117 FLORIDA BLVD
BATON ROUGE LA 70806

017096P001-1435A-598
MATBOSS, LLC
6604 DAKOTA TRL
EDINA MN 55439

031089P001-1435A-598
MATER DOLOROSA
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032078S001-1435A-598
MATER DOLOROSA CATHOLIC CHURCH
RHONDA ROSSANO
PO BOX 349
INDEPENDENCE LA 70443-0349

001659P001-1435A-598
MATER DOLOROSA CHURCH
8128 PLUM ST
NEW ORLEANS LA 70118

029919P001-1435A-598
MATER DOLOROSA CHURCH
1230 S CARROLLTON AVE
NEW ORLEANS LA 70118

041287P001-1435A-598
MATER DOLOROSA CONFERENCE OF
ST VINCENT DE PAUL SOCIETY
3500 CANAL ST
NEW ORLEANS LA 70119

033387S001-1435A-598
MATER DOLOROSA PARISH
REUBIN DYKES
PO BOX 349
INDEPENDENCE LA 70443-0349

Case 20-10846 Doc 4335 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh 4 Page 591
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 591 of 1525
US First Class Mail
Exhibit Pages

012202P001-1435A-598
MATHALICIOUS
112 FOURTH ST NE
CHARLOTTESVILLE VA 22902

021174P001-1435A-598
MATHCOUNTS FOUNDATION
P O BOX 441
ANNAPOLIS JUNCTION MD 20701

023165P001-1435A-598
MATHERNE CHIROPRACTIC LLC DBA
4777 HIGHWAY 1
RACELAND LA 70394

023166P001-1435A-598
MATHERNE DERMATOLOGY LLC
2100 AUDUBON AVE
THIBODAUX LA 70301

017097P001-1435A-598
MATHTEACHERCOACHCOM
5452 SHADOWFIELD CIR NE
LOUISVILLE OH 44641

010572P001-1435A-598
MATRANA'S PRODUCE
201 LOUISIANA ST
WESTWEGO LA 70094

021176P001-1435A-598
MATT L KELLER CONSTRUCTION
696 CENTRAL AVE
RESERVE LA 70084

030631P001-1435A-598
MATTHEW CHENEVERT
3043 ELMWOOD PARK DR
NEW ORLEANS LA 70114

031612P001-1435A-598
MATTHEWS AND ASSOCIATES
DAVID P MATTHEWS
2905 SACKETT
HOUSTON TX 77098

023167P001-1435A-598
MAUREEN A OLIVIER MD
4150 NELSON RD STE E1
LAKE CHARLES LA 70605

009933P001-1435A-598
MAX CHARTER SCHOOL
PO BOX 2072
100 AFTON DR
THIBODEAUX LA 70310

016009P001-1435A-598
MAX INTERACTIVE, INC
130 MCCORMICK AVE
STE 104
COSTA MESA CA 92626

030988P001-1435A-598
MAX J DERBES, INC
DAVID QUINN
ADDRESS INTENTIONALLY OMITTED

019855P001-1435A-598
MAX MULTIMEDIA AND CABLING SOLUTIONS
2000 WEST PINE ST
HATTIESBURG MS 39401

023168P001-1435A-598
MAXEM HEALTH URGENT CARE HAMMO
PO BOX 1248
OCEAN SPRINGS MS 39566

023169P001-1435A-598
MAXEM HEALTH URGENT CARE MANDE
PO BOX 1248
OCEAN SPRINGS MS 39566

023170P001-1435A-598
MAXEM HEALTH URGENT CARE SLIDE
PO BOX 1248
OCEAN SPRINGS MS 39566

001667P001-1435A-598
MAYEUX S A/C AND HEATING LLC
650 ST CHARLES ST
NORCO LA 70079

023171P001-1435A-598
MAYFAIR EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

023172P001-1435A-598
MAYFAIR EMERGENCY GRP LLC
PO BOX 731587
DALLAS TX 75373

016010P001-1435A-598
MBS DIRECT
PO BOX 617
COLUMBIA MO 65205-0617

018695P001-1435A-598
MBS DIRECT
2711 WEST ASH
COLUMBIA MO 65203

012203P001-1435A-598
MBS DIRECT LLC
2711 WEST ASH ST
COLUMBIA MO 65203

010573P001-1435A-598
MC GEHEE HIGH SCHOOL
1902 E ASH ST
MCGEHEE AR 71654

010574P001-1435A-598
MCAFEE-INTEL SECURITY
2821 MISSION COLLEGE BLVD
SANTA CLARA CA 95054

010575P001-1435A-598
MCALLISTER'S DELI
4 CANAL ST
NEW ORLEANS LA 70130

010576P001-1435A-598
MCALLISTER'S DELI
4 CANAL ST
NEW ORLEANS LA 70130

021177P001-1435A-598
MCARTHUR TOWEL AND SPORTS LLC
PO BOX 448
BARABOO WI 53913-0448

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 14:00:07 Main Document Page 592
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 592 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

023173P001-1435A-598
MCAS MISSION HEALTH CENTER HI
PO BOX 603366M
CHARLOTTE NC 28260

009934P001-1435A-598
MCBEE
PO BOX 88042
CHICAGO IL 60680-1042

021178P001-1435A-598
MCBEE
P O BOX 4270
ATHENS OH 45701-4270

000173P001-1435S-598
MCCABE LAW FIRM LLC
RYAN MCCABE
214 FRIEDRICHS AVENUE
METAIRIE LA 70005

000109P001-1435S-598
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

023174P001-1435A-598
MCCLENDON MEDICAL CLINIC PLLC
1161 ROBINSON ST
OCEAN SPRINGS MS 39564

023175P001-1435A-598
MCCOMISKEY AND CANGELOSI II L
604 W 13TH AVE
COVINGTON LA 70433

016011P001-1435A-598
MCCONNELLS HARDWARE
13038 HWY 190
COVINGTON LA 70433

017098P001-1435A-598
MCCORMICKS ENTERPRISES INC
PO BOX 577
ARLINGTON HTS. IL 60006

012204P001-1435A-598
MCCOURT MANUFACTURING
1001 N 3RD ST
FORT SMITH AR 72901

009935P001-1435A-598
MCDONALD'S
9601 JEFFERSON HWY
JEFFERSON LA 70123

016012P001-1435A-598
MCDONALD'S
1077 HIGHWAY 190
COVINGTON LA 70433

010577P001-1435A-598
MCDONALDS
3250 GENERAL DE GAULLE DR
NEW ORLEANS LA 70114

026258P001-1435A-598
MCDONALDS #3010
1608 W AIRLINE
LAPLACE LA 70068-3331

010578P001-1435A-598
MCDONOGH #35
4000 CADILLAC ST
NEW ORLEANS LA 70122

012205P001-1435A-598
MCFADDIN MARKETING
3321 GILMORE INDUSTRIAL BLVD
LOUISVILLE KY 40213

021179P001-1435A-598
MCFARLAND AND CO INC
PO BOX 611
JEFFERSON NC 28640

016013P001-1435A-598
MCGILL TOOLEN CATHOLIC HS -
DIRTY DOZEN VOLLEYBALL
KATE WOOD
1501 OLD SHELL RD
MOBILE AL 36604

013804P001-1435A-598
MCGILL-TOOLEN VOLLEYBALL
KATE WOOD
1501 OLD SHELL RD
MOBILE AL 36604

001683P001-1435A-598
MCGRATH INSTITUTE FOR CHURCH LIFE
SCIENCE AND RELIGION INITIATIVE
321 GEDDES HALL
NOTRE DAME IN 46556

009383P001-1435A-598
MCGRAW-HILL
LOCKBOX 71545
CHICAGO IL 60694-1545

009936P001-1435A-598
MCGRAW-HILL SCHOOL EDUCATION HOLDINGS LLC
LOCKBOX 71545
CHICAGO IL 60694-1545

017099P001-1435A-598
MCGRAWHILL ED HOLDINGS,LLC
LOCKBOX 71545
CHICAGO IL 60694-1545

017100P001-1435A-598
MCHS
MICHAEL SWIBER
BAND DIRECTOR
2400 TIGER DR
MORGAN CITY LA 70380

018696P001-1435A-598
MCHS BAND
MICHAEL SWIBER DIRECTOR
2400 TIGER DR
MORGAN CITY LA 70380

018697P001-1435A-598
MCI
PO BOX 660206
DALLAS TX 75266-0206

019856P001-1435A-598
MCI COMM SVC
PO BOX 15043
ALBANY NY 12212-5043

001684P001-1435A-598
MCKEE FOODS CORP
PO BOX 2118
COLLEGEDALE TN 37315-2118

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exh Art A Page 593
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 593 of 1525
US First Class Mail
Exhibit Pages

023176P001-1435A-598
MCKENNA GENERAL MEDICAL LLC
1827 GENTILLY BLVD
NEW ORLEANS LA 70119

023177P002-1435A-598
MCKESSON PATIENT CARE SOLUTION
600 LINDBERGH DR
MOON TOWNSHIP PA 15108-2777

018698P001-1435A-598
MCKINLEY HIGH SCHOOL
800 EAST MCKINLEY
BATON ROUGE LA 70802

041672P001-1435A-598
MCLEOD AND ASSOCIATEINC
DBA BREATHING CARE MEDICAL
3100 5TH ST
METAIRIE LA 70002

017101P001-1435A-598
MCMASTER-CARR
PO BOX 7690
CHICAGO IL 60680-7690

017102P001-1435A-598
MCNEESE FOUNDATION
SUMMER CAMPS
BOX 93175
LAKE CHARLES LA 70609

018699P001-1435A-598
MCNEESE FOUNDATION
BURTON BUSINESS CENTER
RM 439
LAKE CHARLES LA 70609

023179P001-1435A-598
MD
1525 RIVER OAKS RD W
NEW ORLEANS LA 70123

023180P001-1435A-598
MD
4315 HOUMA BLVD STE 402
METAIRIE LA 70006

023181P001-1435A-598
MD ANDERSON CANCER CENT
PO BOX 4434
HOUSTON TX 77210

001686P001-1435A-598
MD ANDERSON CANCER CENTER
PO BOX 4461
HOUSTON TX 77210-4461

023182P001-1435A-598
MD NOW MEDICAL CENTERS
2007 PALM BEACH LKS BLVD
WEST PALM BEACH FL 33409

012206P001-1435A-598
MD SIGNS AND GRAPHICS
PO BOX 1073
COVINGTON LA 70434

023183P001-1435A-598
MDINR LLC
PO BOX 4779
CLEARWATER FL 33758

013805P001-1435A-598
MDK APPAREL LLC
4212 LEMON ST
METAIRIE LA 70006

017103P001-1435A-598
MDL, ENTERPRISES, LLC
PO BOX 1071
MARRERO LA 70073-1071

012207P001-1435A-598
MEARS TRANSPORTATION GROUP
324 WEST GORE ST
ORLANDO FL 32806

023184P001-1435A-598
MEASE COUNTRYSIDE HOSPITAL
PO BOX 404763
ATLANTA GA 30384

009937P001-1435A-598
MECA SPORTSWEAR
1120 TOWNLINE RD
TOMAH WI 54660

010579P001-1435A-598
MEDCO
7037 MADISON PIKE STE #450
HUNTSVILLE AL 35806

012208P001-1435A-598
MEDCO SUPPLY CO
21773 NETWORK PL
CHICAGO IL 60673

017104P001-1435A-598
MEDCO SUPPLY CO
PO BOX 21773
21773 NETWORK PL
CHICAGO IL 60673-1217

018700P001-1435A-598
MEDCO SUPPLY CO
PO BOX 21773
CHICAGO IL 60673-1217

021180P001-1435A-598
MEDCO SUPPLY PERFORMANCE HEALTH
DBA MEDCO SUPPLY CO
25 NORTHPOINTE PKWY
STE 25
AMHERST NY 14228

023185P001-1435A-598
MEDEXPRESS URGENT CARE PC VIRG
PO BOX 7962
BELFAST ME 04915

001687P001-1435A-598
MEDIA3
PO BOX 620
MILAN TN 38358-0620

023186P001-1435A-598
MEDICAL DIAGNOSTIC LAB LLC
2439 KUSER RD
HAMILTON NJ 08690

023187P001-1435A-598
MEDICAL DIAGNOSTIC LABORATORIE
2439 KUSER RD
HAMILTON NJ 08690

Case 20-10846 Doc 4315-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 594

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 594 of 1525
US First Class Mail
Exhibit Pages

023188P001-1435A-598
MEDICAL FOUNDATION OF CENTRAL
DEPT 1947
PO BOX 2153
BIRMINGHAM AL 35287

023189P001-1435A-598
MEDICAL PARK TOWER SURGERY CEN
1301 W 38TH ST STE 109
AUSTIN TX 78705

023190P001-1435A-598
MEDICAL PLAZA ENT PHYSICIANS
4228 HOUMA BLVD STE 110
METAIRIE LA 70006

023191P001-1435A-598
MEDICAL REVIEW INSTITUTE
LB 413020 PO BOX 35145
SEATTLE WA 98124

023192P001-1435A-598
MEDICAL REVIEW INSTITUTE
PO BOX 413020
SALT LAKE CITY UT 84141

029686P001-1435A-598
MEDICAL REVIEW INSTITUTE
LB 413020 PO BIX 35145
SEATTLE WA 98124

001688P001-1435A-598
MEDICARE PREMIUM COLLECTION CTR
PO BOX 790355
ST LOUIS MO 63179-0355

023193P001-1435A-598
MEDICINE C CONWAY ORTHOPAEDIC
550 CLUB LN
CONWAY AR 72034

023194P001-1435A-598
MEDICINE CLINIC OF MORGAN CITY
1126 MARGUERITE ST
MORGAN CITY LA 70380

041288P001-1435A-598
MEDINA AND RODRIGUZ, LLC
72 MONTERREY AVE
KENNER LA 70065

041673P001-1435A-598
MEDLINE INDUSTRIES INC
DEPT 1080
PO BOX 121080
DALLAS TX 75312-1080

001689P001-1435A-598
MEDLOGIC LLC
101 LOUISIANA EMERGING TECHNOLOGY CENT
BATON ROUGE LA 70803-0001

023196P001-1435A-598
MEDLOGIC LLC
110 LSU UNION SQ 101 LOUISIANA EMERGING TE
BATON ROUGE LA 70803

023197P001-1435A-598
MEDPOST - WEST HILDEBRAND
PO BOX 844691
DALLAS TX 75284

023198P001-1435A-598
MEDPSYCH CONSULTANTS LLC
PO BOX 77306
BATON ROUGE LA 70879

023199P001-1435A-598
MEDRITE MEDICAL CARE PC
919 2ND AVE
NEW YORK NY 10017

023200P001-1435A-598
MEDSOURCE LLC
3002 GILL ST
BLOOMINGTON IL 61704

001690P001-1435A-598
MEDSOUTH RECORD MANAGEMENT LLC
PO BOX 1630
MANDEVILLE LA 70470-1630

023201P001-1435A-598
MEDSTAR URGENT CARE LLC
PO BOX 418597
BOSTON MA 02241

019857P001-1435A-598
MEGA AIR INC
2200 FRONT ST
SLIDELL LA 70458

019858P001-1435A-598
MEGA DOUGH
130 KIROLI RD
WEST MONROE LA 71291

021181P001-1435A-598
MEGABYTEINFOCOM
5116 BISSONNET #474
BELLAIRE TX 77401

012209P001-1435A-598
MEGAN PENNY DONATION FUND
28 PK PL
COVINGTON LA 70433

009938P001-1435A-598
MEGNETSTREET
285 WEST LOOP RD
WHEATON IL 60189

010580P001-1435A-598
MEGUMI JAPANESE RESTAURANT
4700 HIGHWAY LA-22
MANDEVILLE LA 70471

016014P001-1435A-598
MEHAFFEY AND DAIGLE
1200 SAMS AVE
HARAHAN LA 70123

012210P001-1435A-598
MEHAFFEY AND DAIGLE INC
1200 SAMS AVE
NEW ORLEANS LA 70123

034844S001-1435A-598
MEHERRIN RIVER REGIONAL JAIL
JOHN LUCY
PO BOX 10
ALBERTA VA 23821-0010

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exhibit A Page 595
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 595 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029460P001-1435A-598<br>MEITLER<br>KEVIN LYNCH<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 001691P001-1435A-598<br>MEITLER CONSULTANTS INC<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 029817P001-1435A-598<br>MEITLER CONSULTANTS INC<br>KEVIN LYNCH<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 029817S001-1435A-598<br>MEITLER CONSULTANTS INC<br>THOMAS REDING PRESIDENT<br>9415 W FOREST HOME AVE<br>STE 302<br>MILWAUKEE WI 53130 |
| 000050P002-1435S-598<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 016016P001-1435A-598<br>MEL'S DOZER AND TRACTOR SVC<br>PO BOX 1278<br>LACOMBE LA 70445 | 021182P001-1435A-598<br>MELANCONS<br>139 WEST 5TH ST<br>LAPLACE LA 70068 | 018701P002-1435A-598<br>MELCO STEEL INC<br>701 POYDRAS ST STE 4500<br>NEW ORLEANS LA 70139-7755 |
| 001692P001-1435A-598<br>MELE PRINTING<br>619 N TYLER ST<br>COVINGTON LA 70433 | 016015P001-1435A-598<br>MELHART ELECTRONICS, INC<br>3325 N 10TH ST<br>MCALLEN TX 78501 | 023202P002-1435A-598<br>MELISSA SEPEDA LCSW<br>14641 STONEBERG AVE<br>BATON ROUGE LA 70816-1391 | 023203P001-1435A-598<br>MELISSA W SMITH MD LLC<br>1150 ROBERT BLVD STE 360<br>SLIDELL LA 70458 |
| 018702P001-1435A-598<br>MELT NEW ORLEANS<br>5868 MEMPHIS ST<br>NEW ORLEANS LA 70124 | 016017P001-1435A-598<br>MEMORIAL BAPTIST SCHOOL<br>501 VETERANS BLVD<br>METAIRIE LA 70124 | 023204P001-1435A-598<br>MEMORIAL EMERGENCY PHYS<br>PO BOX 15219<br>HATTIESBURG MS 39404 | 016018P001-1435A-598<br>MEMORIAL FUND, JACQUES<br>WHITNEY BANK<br>ACCOUNT NO XXXX 6279<br>69215 HWY 21<br>COVINGTON LA 70433 |
| 023205P001-1435A-598<br>MEMORIAL HEALTH SYSTEM<br>PO BOX 732029<br>DALLAS TX 75373 | 001693P001-1435A-598<br>MEMORIAL HERMANN HEALTHCARE SYSTEM<br>CHAPLAINCY SVC<br>7600 BEECHNUT ST<br>HOUSTON TX 77074 | 023207P001-1435A-598<br>MEMORIAL MEDICAL CENTER<br>PO BOX 740152<br>LOS ANGELES CA 90074 | 018703P001-1435A-598<br>MEMORY PROJECT<br>2163 GTWY ST<br>NORTH MIDDLETON WI 53562 |
| 012211P001-1435A-598<br>MEMPHIS NET AND TWINE<br>PO BOX 80331<br>MEMPHIS TN 38108-0331 | 017105P001-1435A-598<br>MEMPHIS NET AND TWINE CO<br>2481 MATTHEWS AVE<br>MEMPHIS TN 38108-0331 | 033424S001-1435A-598<br>MENSAJE<br>PEDRO NUNEZ<br>1000 SAINT MICHAEL DR<br>HARVEY LA 70058-2509 | 016019P001-1435A-598<br>MER'S MONOGRAMS<br>44260 FORBES FARM DR<br>HAMMOND LA 70403 |
| 012212P001-1435A-598<br>MERACO SIGNS LLC<br>21258 HWY 36<br>ABITA SPRINGS LA 70420 | 018704P001-1435A-598<br>MERCEDES BENZ SUPERDOME<br>PO BOX 52439<br>NEW ORLEANS LA 70152 | 041289P001-1435A-598<br>MERCHANT BANKCD<br>71 S CENTRAL AVE<br>STE 200<br>VALLEY STREAM NY 11580 | 019842P001-1435A-598<br>MERCHANTS METALS<br>720 MECHANICAL DR<br>SLIDELL LA 70460 |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF 4 Exhibit A Page 596
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 596 of 1525
US First Class Mail
Exhibit Pages

018705P001-1435A-598
MERCI BEAUCOUP
127 CHURCH ST
NATCHITOCHES LA 71457

029818P001-1435A-598
MERCER REALTY AND INVESTMENT CO
306 DAUPHINE ST
NEW ORLEANS LA 70112

016955P001-1435A-598
MERCY FAMILY CENTER
110 VETERANS BLVD
STE 425
METAIRIE LA 70005

023209P001-1435A-598
MEREDITH J HIXSON MDAPMC
PO BOX 9602
BELFAST ME 04915

031395P001-1435A-598
MEREDITH MCDERMOTT

012213P001-1435A-598
MERIBO
326 LEE LN
COVINGTON LA 70433

023210P001-1435A-598
MERIT HEALTH CENTRAL
PO BOX 281368
ATLANTA GA 30384

023211P001-1435A-598
MERIT HEALTH NATCHEZ
PO BOX 743101
ATLANTA GA 30374

001696P001-1435A-598
MERIT SPRINKLER CO INC
PO BOX 1447
KENNER LA 70063

040822P002-1435A-598
MERRILL LYNCH PIERCE FENNER AND SMITH
DTC 8862
EARL WEEKS
4804 DEERLAKE DR. E.
JACKSONVILLE FL 32246

041290P001-1435A-598
MESALAIN CONSULTING GROUP LLC
37 DRIFTWOOD BLVD
KENNER LA 70065

001698P001-1435A-598
MESSINA S CATERING INC
4545 WILLIAMS BLVD
KENNER LA 70065

010581P001-1435A-598
MESSINA'S
2717 WILLIAMS BLVD
KENNER LA 70062

018706P001-1435A-598
MESSINA'S AT THE TERMINAL
6001 STARS AND STRIPES BLVD
NEW ORLEANS LA 70126

016020P001-1435A-598
MESSINA'S CATERING
2717 WILLIAMS BLVD
KENNER LA 70062

021183P001-1435A-598
MESSINAS CATERING
PONTCHARTRAIN CENTER
4545 WILLIAMS BLVD
KENNER LA 70065

041291P001-1435A-598
MESSINAS INC
916 DAKIN ST
JEFFERSON LA 70121

019859P001-1435A-598
METAFILE INFORMATION SYSTEMS
2900 43RD ST NW
ROCHESTER MN 55901

013806P001-1435A-598
METAIRIE COUNTRY CLUB
580 WOODVINE AVE
METAIRIE LA 70005

018707P001-1435A-598
METAIRIE COUNTRY CLUB
580 WOODVINE
METAIRIE LA 70006

023212P001-1435A-598
METAIRIE GASTROENTEROLOGY APMC
PO BOX 14611
BELFAST ME 04915

023214P001-1435A-598
METAIRIE HEALTHCARE
6401 RIVERSIDE DR
METAIRIE LA 70003

031090P001-1435A-598
METAIRIE III
DEACON DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70113

023216P001-1435A-598
METAIRIE LA ENDOSCOPY ASC LLC
PO BOX 121
MARRERO LA 70073

031091P001-1435A-598
METAIRIE MANOR
DEACON DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70113

001699P001-1435A-598
METAIRIE MANOR GUILD
4929 YORK ST
METAIRIE LA 70001

023217P001-1435A-598
METAIRIE OPHTHALMOLOGY ASC L
3900 VETERANS MEMORIAL BL STE 100
METAIRIE LA 70002

023218P001-1435A-598
METAIRIE OPHTHALMOLOGY ASC L
3900 VETERANS MEMORIALBLV STE 100
METAIRIE LA 70002

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Service Exhibit 4 Page 597
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 597 of 1525
US First Class Mail
Exhibit Pages

023219P001-1435A-598
METAIRIE ORTHO SPORTS MED LL
3001 DIVISION ST STE 204
METAIRIE LA 70002

009939P001-1435A-598
METAIRIE PARK COUNTRY DAY
300 PARK RD
METAIRIE LA 70005

010582P001-1435A-598
METAIRIE PARK COUNTRY DAY SCHOOL
300 PARK RD
METAIRIE LA 70005

012215P001-1435A-598
METAIRIE PARK COUNTRY DAY SCHOOL
300 PK RD
METAIRIE LA 70005

023220P001-1435A-598
METAIRIE PHYSICIAN SVC
P OBOX 54842
NEW ORLEANS LA 70154

001700P001-1435A-598
METAIRIE PHYSICIAN SVC INC
PO BOX 54841
NEW ORLEANS LA 70154-4841

023221P001-1435A-598
METAIRIE PHYSICIANS SVC I
PO BOX 54842
NEW ORLEANS LA 70154

023222P001-1435A-598
METAIRIE PHYSICIANS SVCS
PO BOX 54842
NEW ORLEANS LA 70154

018708P001-1435A-598
METAL STUDS, LLC
2306 KINGSTON ST
KENNER LA 70062

001703P001-1435A-598
METHODIST HOSPITAL
DEPT SPIRITUAL CARE AND EDUCATION
6565 FANNIN ST  D102
HOUSTON TX 77030

023223P001-1435A-598
METHODIST PATHOLOGY ASSOC PLLC
PO BOX 4701
HOUSTON TX 77210

013807P001-1435A-598
METRO COPIER SVC
PO BOX 73254
METAIRIE LA 70033-3254

016021P001-1435A-598
METRO MECHANICAL, INC
PO BOX 368
BOLTON MS 39041

021184P001-1435A-598
METRO MEDICAL INC
P O BOX 8374
METAIRIE LA 70011

013808P001-1435A-598
METRO PLUMBING, INC
612 HICKORY AVE
HARAHAN LA 70123

012216P001-1435A-598
METRO PRESSURE CLEANING LLC
PO BOX 390
COVINGTON LA 70434

010583P001-1435A-598
METROLIINE INC
2250 MEIJER DR
TROY MI 48084

021185P001-1435A-598
METROLOGIC INSTURMENTS INC
PO BOX 307
BELLMAWR NJ 08099-0307

001704P001-1435A-598
METROPOLITAN ANESTHESIA
PO BOX 305250
NASHVILLE TN 37230-5250

041292P001-1435A-598
METROPOLITAN ELECTRONICS, INC
565 HICKORY AVE
HARAHAN LA 70123

023224P001-1435A-598
METROPOLITAN GASTROENTEROLOG
PO BOX 1520
MARRERO LA 70073

001705P001-1435A-598
METROPOLITAN GASTROENTEROLOGY ASSOC
PO BOX 1520
MARRERO LA 70073

001706P001-1435A-598
METROPOLITAN GASTROENTEROLOGY ASSOCIATES
1111 MEDICAL CTR BLVD
MARRERO LA 70072

021186P001-1435A-598
METROSCAN NETWORK
PO BOX 24392
NEW ORLEANS LA 70124

000120P001-1435S-598
METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124

018709P001-1435A-598
METROSTUDIO NEW ORLEANS
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124

001707P001-1435A-598
METRY CAB SVC INC
3625 AIRLINE DR
METAIRIE LA 70001

019860P001-1435A-598
METZLER ELECTRIC CO INC
4013 CYPRESS ST
MARRERO LA 70072

597

018710P001-1435A-598
MF ATHLETIC
PO BOX 8090
CRANSTON RI 02920-0090

010584P001-1435A-598
MF ATHLETIC AND PERF BE
1600 DIVISION RD
WEST WARWICK RI 02893

016022P001-1435A-598
MF ATHLETIC CO
PO BOX 8090
CRANSTON RI 02920-0090

012217P001-1435A-598
MF ATHLETIC, LLC
1600 DIVISION RD
WEST WARWICK RI 02893

012219P001-1435A-598
MFAC, LLC
1600 DIVISION RD
WEST WARWICK RI 02893

010585P001-1435A-598
MG FOUNDATION
355 LEXINGTON AVE
15TH FLOOR
NEW YORK NY 10017

023226P001-1435A-598
MGA GASTROINTESTINAL DIAG AN
PO BOX 1187
MARRERO LA 70073

001710P001-1435A-598
MGAGI DIAGNOSTIC AND THERAPEUTIC CENTER
PO BOX 1187
MARRERO LA 70073

023227P001-1435A-598
MGAGI DIAGNOSTIC THERAPEUTIC
PO BOX 1187
MARRERO LA 70073

023228P001-1435A-598
MGH PHYSICIANS CLINIC BHANDARI
PO BOX 293
BASTROP LA 71221

001711P001-1435A-598
MGM RESORTS INTERNATIONAL
PO BOX 748137
LOS ANGELES CA 90074-8137

023229P001-1435A-598
MHG ANESTHESIA GROUP
PO BOX 15219
HATTIESBURG MS 39404

023230P001-1435A-598
MHMG URGENT CARE
PO BOX 17504
BELFAST ME 04915

001712P001-1435A-598
MICHAEL B SMITH DDS
250 OCHSNER BLVD
STE 100
GRETNA LA 70056

023231P001-1435A-598
MICHAEL G DESALVI MD MEDICAL
3645 HOUMA BLVD
METAIRIE LA 70006

023232P001-1435A-598
MICHAEL G DESALVO MD A MEDICAL
3645 HOUMA BLVD
METAIRIE LA 70006

023233P001-1435A-598
MICHAEL GOOTEE MA LPC LMFT
3330 W ESPLANADE AVE S STE 512
METAIRIE LA 70002

023234P001-1435A-598
MICHAEL GOOTEE MA LPC LMFT
STE 512 3330 W ESPLANADE AVE
METAIRIE LA 70002

023235P001-1435A-598
MICHAEL H BOOTHBY MD PA
2901 ACME BRICK PLZ
FORT WORTH TX 76109

023236P001-1435A-598
MICHAEL K WEIL MD APMC
380 GATEWAY DR
SLIDELL LA 70461

031011P001-1435A-598
MICHAEL L DESHAZO
ON BEHALF OF DEFENDANT CATHOLIC CHARITIES
ARCHDIOCESE OF NEW ORLEANS
1250 POYDRAS ST STE 2450
NEW ORLEANS LA 70113

000163P002-1435S-598
MICHAEL L DESHAZO ON BEHALF OF DEFENDANT
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
832 W BOSTON ST STE 6
COVINGTON LA 70433-2940

022000P001-1435A-598
MICHAEL MAGINNIS
ADDRESS INTENTIONALLY OMITTED

023237P001-1435A-598
MICHAEL RUSSO MD APMC LLC
STE S555 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

017106P001-1435A-598
MICHAEL SWIBER, BAND DIRECTOR
MSHS TIGER BAND
2400 TIGER DR
MORGAN CITY LA 70380

018711P001-1435A-598
MICHAEL'S SEAFOOD
3917 JEFFERSON HWY
JEFFERSON LA 70121

010586P001-1435A-598
MICHAELS
2900 S CLAIBORNE AVE
STE 200
NEW ORLEANS LA 70125

026625P001-1435A-598
MICHAELS
69290 LA-21
COVINGTON LA 70433

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 599 of 1525
US First Class Mail
Exhibit Pages

009171P001-1435A-598
MICHAELS 9953
1200 S CLEARVIEW PKWY # 1302
HARAHAN LA 70123-2300

021187P001-1435A-598
MICHAELS FINE JEWELERS
513 W AIRLINE HWY D
LAPLACE LA 70068

023238P001-1435A-598
MICHELE V NELSON LCSW
433 METAIRIE RD STE 202
METAIRIE LA 70005

021137P001-1435A-598
MICHELS CONTRACTING INC
P O BOX 503
LUTCHER LA 70071

001713P001-1435A-598
MICHON MUSIC
3200 SEVERN AVE
METAIRIE LA 70002

013809P001-1435A-598
MICHON MUSIC
3200 SEVERN AVE 118
METAIRIE LA 70002

009940P001-1435A-598
MICRO PC
1301 EDWARDS AVE
HARAHAN LA 70123

009941P001-1435A-598
MICRO PC SCHOTT COMPUTERS ACQ LLC
1501 EDWARDS STE 8
NEW ORLEANS LA 70123

041295P001-1435A-598
MICROSOFT 365
PO BOX 842103
DALLAS TX 75284

017107P001-1435A-598
MICROSOFT CORP
PO BOX 843906
DALLAS TX 75284-3906

041296P001-1435A-598
MICROSOFT CORP
ONE MICROSOFT WAY
REDMOND WA 98052

016023P001-1435A-598
MICROTEL HOUMA
1801 MARTIN LUTHER KING BLVD
HOUMA LA 70364

016024P001-1435A-598
MICROTEL INN AND SUITES
3231 LAKE ST
LAKE CHARLES LA 70601

021188P001-1435A-598
MICROTEL INNS AND SUITES BOSSIER
2713 VILLAGE LN
BOSSIER CITY LA 71112

021189P001-1435A-598
MID AMERICA BOOKS
PO BOX 3232
MANKATO MN 56002

023239P001-1435A-598
MID CITY PHYSICAL THERAPY WELL
4000 CANAL ST
NEW ORLEANS LA 70119

001714P001-1435A-598
MID CITY SMILES
3625 CANAL ST
NEW ORLEANS LA 70119-6164

023240P001-1435A-598
MID FLOIRDA DERMATOLOGY ASSOC
STE 305 7652 ASHLEY PARK CT
ORLANDO FL 32835

023241P001-1435A-598
MID FLORIDA DERMATOLOGY ASSOC
STE 305 7652 ASHLEY PARK CT
ORLANDO FL 32835

010587P002-1435A-598
MID-AMERICA SPORTS ADVANTAGE
1230 KARL CT UNIT A
WAUCONDA IL 60084-1170

023243P001-1435A-598
MID-FLOIRDA DERMATOLOGY ASSOCI
STE 305 7652 ASHLEY PARK CT
ORLANDO FL 32835

033953S001-1435A-598
MID-STATE CORRECTIONAL FCLTY
MATT KUZMACK
PO BOX 2500
MARCY NY 13403-2500

033959S001-1435A-598
MID-STATE CORRECTIONAL FCLTY
SYED RIZVI
PO BOX 2500
MARCY NY 13403-2500

023242P001-1435A-598
MIDCITY
DEPT 237
PO BOX 4869
HOUSTON TX 77210

033720S001-1435A-598
MIDDLE PENINSULA REGL SECURITY
JAMES DEBAUN
PO BOX 403
SALUDA VA 23149-0403

034163S001-1435A-598
MIDDLE PENINSULA REGL SECURITY
TRACY PROCTOR
PO BOX 403
SALUDA VA 23149-0403

034339S001-1435A-598
MIDDLE PENINSULA REGL SECURITY
LESLEY HOLLOWELL
PO BOX 403
SALUDA VA 23149-0403

016025P001-1435A-598
MIDDLEBURY INTERACTIVE LANGUAGES
23 POND LN
MIDDLEBURY VT 05753-1189

Case 20-10846 Doc 4315-5 Filed 09/09/25 Entered 09/09/25 16:07:54 Exhibit A Page 600
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 600 of 1525
US First Class Mail
Exhibit Pages

023244P001-1435A-598
MIDFLOIRDA DERMATOLOGY ASSOCIA
STE 305 7652 ASHLEY PARK CT
ORLANDO FL 32835

021190P001-1435A-598
MIDSTATE SCHOOL AND ART SUPPLIES
1647 WILLIAMSON
GRIFFIN GA 30224

023245P001-1435A-598
MIDWEST ORTHOPAEDICS AT RUSH L
PO BOX 16852
BELFAST ME 04915

010588P001-1435A-598
MIDWEST SPORTS
11613 READING RD
CINCINNATI OH 45241

013810P001-1435A-598
MIDWEST THEOLOGICAL FORUM
4340 CROSS ST STE 1
DOWNERS GROVE IL 60515

016026P001-1435A-598
MIDWEST THEOLOGICAL FORUM
1420 DAVEY RD
WOODRIDGE IL 60517

029548P001-1435A-598
MIESHA JOHNSON
ADDRESS INTENTIONALLY OMITTED

026423P001-1435A-598
MIGNON FAGET
4300 MAGAZINE ST
NEW ORLEANS LA 70115

000167P001-1435S-598
MIGUEL A ELIAS ON BEHALF OF
INTERESTED PARTY FR JB
285 WEST ESPLANADE AVE
STE 303
KENNER LA 70065

023246P001-1435A-598
MIGUEL P RIVERA MD APMC
PO BOX 19409
NEW ORLEANS LA 70179

016027P001-1435A-598
MIKE GIORLANDO BASKETBALL CAMP
334 E WOODSTONE CT
BATON ROUGE LA 70808

009942P001-1435A-598
MIKE'S GENERAL MAINTENANCE LLC
148 OAKLAWN RIDGE LN
SAINT ROSE LA 70087

001716P001-1435A-598
MIKE'S GOLDEN CLEANERS
807 HOMESTEAD AVE
METAIRIE LA 70005

019861P001-1435A-598
MIKE'S LIGHTING AND ELECTRICAL SUPPLY
530 BROWNSWITCH RD
SLIDELL LA 70458

001717P001-1435A-598
MIKE'S REMODELING AND CONSTRUCTION INC
2620 ELM LAWN DR
MARRERO LA 70072

013811P001-1435A-598
MIKES FILTER AND SUPPLY, INC
2277 DENLEY RD
HOUMA LA 70363

021191P001-1435A-598
MIKES SIGNS
2813 HWY 51
LAPLACE LA 70068

021192P001-1435A-598
MIKO'S SEAFOOD
PO BOX 907
GRAMECY LA 70052

021193P001-1435A-598
MILL STREET DESIGN
P O BOX 426
BRIDGEPORT PA 19405

023247P001-1435A-598
MILLENNIUM PHYSICIAN GROUP LLC
PO BOX 11126
BELFAST ME 04915

026424P001-1435A-598
MILLER LITE VICTORY LA
502 14TH ST
GOLDEN CO 80401

021195P001-1435A-598
MILLER MCCOY ACADEMY
7301 DWYER RD
NEW ORLEANS LA 70126

021194P001-1435A-598
MILLER NET CO INC
PO BOX 18787
MEMPHIS TN 38181-0787

013812P001-1435A-598
MILLERMARK
PO BOX 266
DESTREHAN LA 70047

019862P001-1435A-598
MILLET BUTCH
10488 LEO MIZELL RD
BOGALUSA LA 70427

021196P001-1435A-598
MILLSAPS COLLEGE
DR NOLA GIBSON
1701 NORTH STATE ST
JACKSON MS 39210-0001

041299P001-1435A-598
MILSAP SOLUTIONS, LLC
115 TAMMY DR
LAPLACE LA 70068

017108P001-1435A-598
MILTON DUFRENE AND SONS, INC
2552 JEAN LAFITTE BLVD
LAFITTE LA 70072

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exh 4 Aff Page 601
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 601 of 1525
US First Class Mail
Exhibit Pages

012220P001-1435A-598
MILTON FENCE, LLC
PO BOX 988
ROBERT LA 70455

031036P001-1435A-598
MIMI NGUYEN

023248P001-1435A-598
MINDFUL MOVEMENTS
STE 303 3801 N CAUSEWAY BLVD
METAIRIE LA 70002

023249P001-1435A-598
MINIMED DISTRIBUTION CORP
13101 COLLECTION CTR DR
CHICAGO IL 60693

012221P001-1435A-598
MINIPCR/AMPLYUS LLC
1770 MASSACHUSETTS AVE
STE 167
CAMBRIDGE MA 02140

013813P001-1435A-598
MINISTRY OF CONCERN  ST JEROME
ST JEROME PARISH
2402 33RD ST
KENNER LA 70065

033969S001-1435A-598
MINNESOTA CORRECTION FACILITY
TRACI ROGERS
PO BOX 1000
MOOSE LAKE MN 55767-1000

001725P001-1435A-598
MINUTE CLINIC LLC
#8426Y
PO BOX 14000
BELFAST ME 04915-4033

023250P001-1435A-598
MINUTE MED CLINIC - AMBASSADOR
2851 JOHNSTON ST PMB 1807
LAFAYETTE LA 70503

023252P001-1435A-598
MINUTE CLINICJOHNSTON LL
2851 JOHNSTON ST PMB 1807
LAFAYETTE LA 70503

023253P001-1435A-598
MINUTECLINIC DIAGNOSTIC OF FLO
PO BOX 8445
BELFAST ME 04915

023254P001-1435A-598
MINUTECLINIC DIAGNOSTIC OF LOU
PO BOX 12630
BELFAST ME 04915

023255P001-1435A-598
MINUTECLINIC DIAGNOSTIC OF NOR
PO BOX 8450
BELFAST ME 04915

023256P001-1435A-598
MINUTECLINIC DIAGNOSTIC OF TEX
PO BOX 8447
BELFAST ME 04915

013814P001-1435A-598
MIR GROUP
ONE GALLERIA BLVD
STE 744
METAIRIE LA 70001

016028P001-1435A-598
MIRACLE LEAGUE - NORTHSHORE
13505 HIGHWAY 1085
COVINGTON LA 70433

026626P001-1435A-598
MIRROR IMAGE
708 E I-10 SERVICE RD
SLIDELL LA 70461

019863P001-1435A-598
MIRROR IMAGE GRAPHIC DESIGN AND MORE
64167 HWY 41 STE A
PEARL RIVER LA 70452

000338P001-1435A-598
MISIONERAS CARMELITAS DE SANTA
TERESA DEL NINOS JESUS
7 SOR 2904
COLONIA CHULA VISTA CP 72420
MEXICO

023257P001-1435A-598
MISS BAPTIST MEDICAL CTR
PO BOX 23090
JACKSON MS 39225

010589P001-1435A-598
MISSCO INC
5101 LAWRENCE PL
HYATTSVILLE MD 20781

023258P001-1435A-598
MISSION DERMATOPATHOLOGY LABOR
2620 MCCULLOUGH AVE
SAN ANTONIO TX 78212

034479S001-1435A-598
MISSION SAN JUAN CAPISTRANO
CID VARGAS
PO BOX 14308
SAN ANTONIO TX 78214-0308

012222P001-1435A-598
MISSION TO THE BELOVED
1811 HAMILTON PL
STEUBENVILLE OH 43952

001726P001-1435A-598
MISSIONARIES OF THE HOLY FAMILY
3014 OREGON AVE
ST LOUIS MO 63118

009134P002-1435A-598
MISSIONARY CHILDHOOD ASSOCIATION
PONTIFICAL MISSION SOCIETIES
2000 LAKESHORE DR
NEW ORLEANS LA 70148-3520

001727P001-1435A-598
MISSIONARY OBLATES OF MARY IMMACULATE
C O GEORGE KNAB OM
200 N 60TH ST
BELLEVILLE IL 62223

001728P001-1435A-598
MISSIONARY OBLATES OF MARY IMMACULATE
302 OBLATE DR
SAN ANTONIO TX 78216

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in Part 4 Filed
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 602 of 1525
US First Class Mail
Exhibit Pages

023259P001-1435A-598
MISSISSIPPI CENTER FOR ADVANCE
7731 OLD CANTON RD STE B
MADISON MS 39110

012223P001-1435A-598
MISSISSIPPI COLLEGE
BUTCH ARD
200 SOUTH CAPITOL ST
CLINTON MS 39058

013815P001-1435A-598
MISSISSIPPI COLLEGE
BUTCH ARD
PO BOX 40409
CLINTON MS 39058

018712P001-1435A-598
MISSISSIPPI MUSIC
2744 PASS RD
BILOXI MS 39531

013816P001-1435A-598
MISSISSIPPI MUSIC INC
MMI BILOXI
2744 PASS RD
BILOXI MS 39531

023260P001-1435A-598
MISSISSIPPI PHYSICIANS LLP
PO BOX 679491
DALLAS TX 75267

023261P001-1435A-598
MISSISSIPPI SPORTS MEDICINE
PO BOX 16870
JACKSON MS 39236

027084P001-1435A-598
MISSISSIPPI STATE POWERLIFTING CLUB
75 B S HOOD RD
MISSISSIPPI STATE MS 39762

029819P001-1435A-598
MISSISSIPPI WORKERS COMPENSATION COMMISSION
PRESTON WILLIAMS
1428 LAKELAND DR
PO BOX 5300
JACKSON MS 39216

029819S001-1435A-598
MISSISSIPPI WORKERS COMPENSATION COMMISSION
SAFETY NATIONAL
1832 SHUETZ RD
ST LOUIS MO 63146

001729P001-1435A-598
MISSISSIPPI WORKERS' COMPENSATION COMMISSION
PO BOX 5300
JACKSON MS 39296

012224P001-1435A-598
MISSOURI TRUF PAINT
1147 EAST 63RD ST
KANSAS CITY MO 64110

017109P001-1435A-598
MISTER JUG, RONALD DUFRENE
2552 JEAN LAFITTE BLVD
LAFITTE LA 70067

016029P001-1435A-598
MITCHELL BROTHERS, INC
61401 HWY 11 NORTH
SLIDELL LA 70458

021197P001-1435A-598
MITCHELL BUILDINGS LLC
9788 HWY 27
SINGER LA 70660

001730P001-1435A-598
MJM PLUMBING INC
PO BOX 1851
SLIDELL LA 70459

031270P001-1435A-598
MK REAL ESTATE DEVELOPMENT LLC
MICHAEL BOSIO

013817P001-1435A-598
MKN, LLC DBA CANNON FRAMING AND ARTWORKS
4941 A WEST NAPOLEON AVE
METAIRIE LA 70001

018713P001-1435A-598
MLB URBAN YOUTH FOUNDATION
6403 PRESS DR
NEW ORLEANS LA 70126

023262P001-1435A-598
MLISS HOGAN MD LLC
215 E GIBSON ST
COVINGTON LA 70433

018714P001-1435A-598
MMI CULINARY SVC
131 23RD ST
KENNER LA 70062

023263P001-1435A-598
MMICHAEL G DESALVO MD A MEDI
3645 HOUMA BLVD
METAIRIE LA 70006

021198P001-1435A-598
MNM SVC LLC
32308 CAROLYN DR
PAULINA LA 70763

018715P001-1435A-598
MO CREATIVE INK
238 BEVERLY DR
METAIRIE LA 70001

012226P001-1435A-598
MO'S ART SUPPLY AND FRAMING
323 N COLUMBIA ST
COVINGTON LA 70433

010592P001-1435A-598
MO'S PIZZA
1112 AVE H
WESTWEGO LA 70094

016030P001-1435A-598
MOBILE MEMORIES PHOTOBOOTH
328 SUN VLY DR
SLIDELL LA 70458

016031P001-1435A-598
MOBILE ONE POWER PAGE
4608 RYE ST
METAIRIE LA 70006-5314

Case 20-10846 Doc 4335-5 Filed 09/25/25 Entered 09/25/25 14:00:45 Exhibit A Page 603
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 603 of 1525
US First Class Mail
Exhibit Pages

013818P001-1435A-598
MOBILE PAINT MFG CO, INC
PO BOX 717
THEODORE AL 36590

021199P001-1435A-598
MOBILE TRUCK TIRE SPECIALIST
P O BOX 4118
SLIDELL LA 70459

012225P001-1435A-598
MOBILE YOUTH LACROSSE LEAGUE
PO BOX 819
MOBILE AL 36601

001732P001-1435A-598
MOBY MAX LLC
PO BOX 392385
PITTSBURG PA 15251

001733P001-1435A-598
MODERN FLOORING INC DBA
MODERN FLOORING AND INTERIORS
3619 S CARROLLTON AVE
NEW ORLEANS LA 70118

019864P001-1435A-598
MODERN MASONRY PRODUCTS INC
PO BOX 400
SLIDELL LA 70459

021200P001-1435A-598
MODERN METALS LLC
5800 ONE PERKINS PL
STE 6A
BATON ROUGE LA 70808

010590P001-1435A-598
MODERN ROBOTICS
13335 SW 124TH ST #115
MIAMI FL 33186

041300P001-1435A-598
MODERN SECURITY SYSTEMS
4216 AVRON BLVD
METAIRIE LA 70006

018716P001-1435A-598
MOE'S ORIGINAL BBQ
1011 N CAUSEWAY BLVD
METAIRIE LA 70001

023264P001-1435A-598
MOHAMMAD SULEMAN MD APC
PO BOX 6617
METAIRIE LA 70009

023265P001-1435A-598
MOHS SURGERY SPECIALISTS LLC
4950 ESSEN LN STE 301
BATON ROUGE LA 70809

021201P001-1435A-598
MOLLERE SUPPLY CO
509 HEMLOCK ST
LA PLACE LA 70068

021202P001-1435A-598
MOLLERES ELECTRIC
312 EAST 7TH ST
RESERVE LA 70084

018717P001-1435A-598
MOLLY RINGWALDS, INC
2148 WING HAVEN DR
MANDEVILLE LA 70471

010591P001-1435A-598
MOMETRIXCOM
3827 PHELAN #179
BEAUMONT TX 77707

017111P001-1435A-598
MON-U-BLAST
4637 ANSON ST
NEW ORLEANS LA 70131

001736P001-1435A-598
MONASTERY ICONS
PO BOX 1429
WEST CHESTER OH 45071-1429

021203P001-1435A-598
MONERIS SOLUTIONS
150 N MARTINGALE
#900
SCHAUMBURG IL 60173

016032P001-1435A-598
MONEY HILL GOLF AND COUNTRY CLUB
100 COUNTRY CLUB DR
ABITA SPRINGS LA 70420

018718P001-1435A-598
MONKEY BOY SCREENPRINTING LLC
400 SADIE AVE
METAIRIE LA 70003

017110P001-1435A-598
MONKEYSPORTS, INC
ACCTS RECEIVABLE
105 W BETHANY DR
ALLEN TX 75013

009943P001-1435A-598
MONOGRAM EXPRESS
2109 VETERANS BLVD
METAIRIE LA 70002

019865P001-1435A-598
MONOPRICE INC
9477 LONDON WAY
RANCHO CUCAMONGA CA 91730

021204P001-1435A-598
MONOPRICE INC
11701 6TH ST
RANCHO CUCAMONGA CA 91730

031092P001-1435A-598
MONSIGNOR WYNHOVEN APARTMENTS, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026345P001-1435A-598
MONTESSORI OUTLET
1926 W HOLT AVE
POMONA CA 91768

019866P001-1435A-598
MONTGOMERY PRINTING CO
121 TIFT AVE S
STE B
TIFTON GA 31794

Case 20-10846 Doc 4365-1 Filed 09/09/25 Entered 09/09/25 11:00:07 Exhibit A Page 604
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 604 of 1525
US First Class Mail
Exhibit Pages

001739P001-1435A-598
MOODY S INVESTORS SVC INC
PO BOX 102597
ATLANTA GA 30368-0597

023266P001-1435A-598
MOON ORTHOPEDICS INC
139 BELLEMEADE BLVD
GRETNA LA 70056

018719P001-1435A-598
MOONS TOWING SERVICE, INC
PO BOX 331
WESTWEGO LA 70096

017112P001-1435A-598
MOPEDRUBBERBAND, LLC
NICHOLAS ANGELICA
4714 7TH ST
MARRERO LA 70072

013819P001-1435A-598
MORE GRAPHICS
713 S AL DAVIS RD
STE A
HARAHAN LA 70123

009944P001-1435A-598
MORE GRAPHICS SCREENPRINTING
713 S AL DAVIS RD STE A
HARAHAN LA 70123

023267P001-1435A-598
MOREAU PHYSICAL THERAPY
1326 CHURCH ST
ZACHARY LA 70791

016033P001-1435A-598
MORGAN BUILDINGS AND SPAS
PO BOX 660280
DALLAS TX 75266

016034P001-1435A-598
MORGAN CITY HIGH SCHOOL
2400 TIGER DR
MORGAN CITY LA 70380

023268P001-1435A-598
MORGAN NEUROLOGY INC
1069 NASH DR
CELEBRATION FL 34747

016035P001-1435A-598
MORGAN STANLEY
300 BRICKSTONE SQUARE
STE 601
ANDOVER MA 01810

040777P001-1435A-598
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FLOOR
BALTIMORE MD 21231

026425P001-1435A-598
MORGAN WEBER AND XAVIER U OF LOUISIANA
1 DREXEL DR
NEW ORLEANS LA 70125

023269P001-1435A-598
MORTON PLANT HOSPITAL INC
PO BOX 404817
ATLANTA GA 30384

023270P001-1435A-598
MORTON PLANT MEASE DIAGNOSTIC
PO BOX 744393
ATLANTA GA 30374

031093P001-1435A-598
MOST HOLY NAME OF JESUS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029920P001-1435A-598
MOST HOLY NAME OF JESUS CHURCH
6367 ST CHARLES AVE
NEW ORLEANS LA 70118

031094P001-1435A-598
MOST HOLY TRINITY
ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029921P001-1435A-598
MOST HOLY TRINITY CHURCH
501 HOLY TRINITY DR
COVINGTON LA 70433

001742P001-1435A-598
MOST REV ALFRED C HUGHES
7887 WALMSLEY AVE
NEW ORLEANS LA LA 70125

024059P001-1435A-598
MOST REV FERNAND J CHERI, III, OFM, VG
MEMBER OF BOARD
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70127

024057P001-1435A-598
MOST REV GREGORY M AYMOND, DD
ARCHBISHOP
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70127

009255P002-1435A-598
MOSYLE CORP
PO BOX 2317
WINTER PARK FL 32790-2317

023271P001-1435A-598
MOTION DYNAMICS
7701 SAINT BERNARD HWY
ARABI LA 70032

019868P001-1435A-598
MOTIVATORS INC
123 FROST ST
STE 201
WESTBURY NY 11590

023272P001-1435A-598
MOTT WOMEN HEALTHCARE PLLC
94 MEADOW WOODS RD
LAKE SUCCESS NY 11020

001743P001-1435A-598
MOUNT CARMEL ACADEMY
7027 MILNE BLVD
NEW ORLEANS LA 70124

009945P001-1435A-598
MOUNT CARMEL ACADEMY
HEAD CROSS COUNTRY
PETER FLORES
7027 MILNE BLVD
NEW ORLEANS LA 70124

Case 20-10846 Doc 4355-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Ex A-4 Part i Page 605 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
Certificate of Service Regarding Solicitation Packages Page 605 of 1525
US First Class Mail
Exhibit Pages

017113P001-1435A-598
MOUNT CARMEL ACADEMY
RACHELLE STEIN
7027 MILNE BLVD
NEW ORLEANS LA 70124

019869P001-1435A-598
MOUNT CARMEL ACADEMY
CUB RUN
STACY TANT
7027 MILNE BLVD
NEW ORLEANS LA 70124-2395

021207P001-1435A-598
MOUNT CARMEL ACADEMY
CROSS COUNTRY MEET
7027 MILNE BLVD
NEW ORLEANS LA 70124-2395

013820P001-1435A-598
MOUNT CARMEL ACADEMY CUB RUN
RACHELLE STEIN
7027 MILNE BLVD
NEW ORLEANS LA 70124-2395

010593P001-1435A-598
MOUNT IVORY DINER
1669 US-202
POMONA NY 10970

026627P001-1435A-598
MOUNTAIN VIEW HIGH SCHOOL
2351 SUNNY HILL RD
LAWRENCEVILLE GA 30043

021205P001-1435A-598
MOUSE DESIGN STUDIO
1500 REDI RD
CUMMING GA 30040

019870P001-1435A-598
MOVIE SETS
L BARATTINI
400 GARRETT RD
SLIDELL LA 70458

021206P001-1435A-598
MOYERS SPORTS CORNER
3280 PINE ORCHARD LN
ELLICOTT CITY MD 21042

010594P001-1435A-598
MOZYCOM
6001 SHELLMOUND AVE
EMERGYVILLE CA 94608

023273P001-1435A-598
MP MEDICAL PARTNERS LLC
PO BOX 679529
DALLAS TX 75267

001744P001-1435A-598
MPRESS
FIRST BANK AND TRUST
PO BOX 1830
COVINGTON LA 70434

009288P001-1435A-598
MPRESS
4100 HOWARD AVE
NEW ORLEANS LA 70125-1325

013821P001-1435A-598
MPS
PO BOX 930668
ATLANTA GA 31193-0668

019871P001-1435A-598
MPS
16365 JAMES MADISON HWY
GORDONSVILLE VA 22942

017114P001-1435A-598
MPULSE, LLC
9605 JEFFERSON HIGHWAY
STE 1 # 117
NEW ORLEANS LA 70123

023274P001-1435A-598
MQVN COMMUNITY DEVELOPMENT COR
PO BOX 16571
BELFAST ME 04915

041305P001-1435A-598
MR BILLY JOE COZAD JR BT TOWING
6801 WEST BANK EXPWY
MARRERRO LA 70072

021208P001-1435A-598
MR MAP
TONY ONELLION
155 ROBERT ST
SLIDELL LA 70458

016036P001-1435A-598
MR MUDBUG CATERING
131 23RD ST
KENNER LA 70062

018720P001-1435A-598
MR MUDBUGS CATERING
131 23RD ST
KENNER LA 70062

016037P001-1435A-598
MR ROOTER PLUMBING
PO BOX 782
MANDEVILLE LA 70470

009209P001-1435A-598
MR SNOWBALL
1921 KENTUCKY AVE
KENNER LA 70062

013822P001-1435A-598
MR SNOWBALL CATERING
5928 W METAIRIE AVE
STE 14
METAIRIE LA 70003

021209P001-1435A-598
MR SOCK
4367 EAST RIVER RD
MENTONE AL 35984-0282

041306P001-1435A-598
MR SPARKLE JANITORIAL SERVICE, INC
10164 JEFFERSON HWY
RIVER RIDGE LA 70123

013823P001-1435A-598
MR TROPHY, INC
4009 ITHACA ST
METAIRIE LA 70002

041674P001-1435A-598
MR WHEELCHAIR INC
1201 JEFFERSON HWY
JEFFERSON LA 70121

Case 20-10846 Doc 4326-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Filed 606
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 606 of 1525
US First Class Mail
Exhibit Pages

023275P001-1435A-598
MRO
PO BOX 6410
SOUTHEASTERN PA 19398

017115P001-1435A-598
MS CELESTINE WALKER
1912 WATLING DR
MARRERO LA 70072

026346P001-1435A-598
MS HEATHERS PUMPKIN PATCH
11215 LEES LN
HAMMOND LA 70401

010595P001-1435A-598
MSB JP CODE ENFORCEMENT
400 MAPLE AVE
HARVEY LA 70058

016038P001-1435A-598
MSC INDUSTRIAL SUPPLY CO
75 MAXESS RD
MELVILLE NY 11747

001745P001-1435A-598
MSGR CHRISTOPHER NALTY
GOOD SHEPHARD PARISH
1025 NAPOLEON AVE
NEW ORLEANS LA 70115-2898

010596P001-1435A-598
MT CARMEL
7027 MILNE BLVD
NEW ORLEANS LA 70124

012227P001-1435A-598
MT CARMEL
7027 MILNE BLVD LA
NEW ORLEANS LA 70124

016039P001-1435A-598
MT CARMEL ACADEMY
7027 MILNE BLVD
NEW ORLEANS LA 70124

018721P001-1435A-598
MT CARMEL ALTAR BREAD DEPT
420 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

016040P001-1435A-598
MT HERMON HIGH SCHOOL
36119 HIGHWAY 38
MOUNT HERMON LA 70450

023276P001-1435A-598
MT STERLING PEDIATRICS PSC
401 COMMERCE CIR MT
STERLING KY 40353

012228P001-1435A-598
MTI LIMO AND SHUTTLE
2581 SULLIVAN RD
COLLEGE PARK GA 30337

012229P001-1435A-598
MU ALPHA THETA
3200 MARSHALL AVE STE 190
NORMAN OK 73109

013824P001-1435A-598
MU ALPHA THETA
UNIVERSITY OF OKLAHOMA
3200 MARSHALL AVE
STE 190
NORMAN OK 73019

016041P001-1435A-598
MU ALPHA THETA
UNIVERSITY OF OKLAHOMA
601 ELM AVE
RM 1102
NORMAN OK 73019

019872P001-1435A-598
MU ALPHA THETA
UNIVERSITY OF OKLAHOMA
601 ELM
ROOM 1102
NORMAN OK 73019

021210P001-1435A-598
MUHL TECH
PO BOX 327
WHARTON TX 77488

034846S001-1435A-598
MULE CREEK STATE PRISON
GREGORY YOUNG
PO BOX 409099
IONE CA 95640-9099

035313S001-1435A-598
MULE CREEK STATE PRISON
MOURINE NDAMUKONG
PO BOX 409099
IONE CA 95640-9099

009236P001-1435A-598
MULE'S RELIGIOUS
2627 DAVID DR
METAIRIE LA 70003-4509

009946P001-1435A-598
MULEDUREL INC
5813 PLAUCHE ST
NEW ORLEANS LA 70123

013825P001-1435A-598
MULES RELIGIOUS AND OFFICE SUPPLY, INC
2627 DAVID DR
METAIRIE LA 70003-4509

018722P001-1435A-598
MULLER'S A/C AND REFR
810 N HOWARD AVE
METAIRIE LA 70003

010597P001-1435A-598
MULTI BUSINESS FORMS
8113 SOUTH LEMONT RD
DARIEN IL 60561

016042P001-1435A-598
MULTI-MEDIA TECHNOLOGY
2319 METAIRIE RD
METAIRIE LA 70001

023277P001-1435A-598
MULTICARE HEALTH SYSTEM
PO BOX 34697
SEATTLE WA 98124

041308P001-1435A-598
MULTIMEDIA SOLUTIONS
11 SWALLOW ST
NEW ORLEANS LA 70124

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in PP Exnant 4 Fage 607 of Service Regarding Solicitation Packages Page 607 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

001750P001-1435A-598
MULTIPLY THE HARVEST
3128 LEYLAND TRL
WOODBURY MN 55125

018723P001-1435A-598
MURIEL'S JACKSON SQUARE
SALES DEPT
801 CHARTRES ST
NEW ORLEANS LA 70116

001754P001-1435A-598
MURPHY APPRAISAL SVC LLC
19411 HELENBERG RD
STE 204
COVINGTON LA 70433

023278P001-1435A-598
MURPHY CLINIC LLC
350 LAKEVIEW CT STE B
COVINGTON LA 70433

016043P001-1435A-598
MURPHY OIL CORP
LEGAL
200 PEACH ST
EL DORADO AR 71731-7000

010598P001-1435A-598
MURPHY WALMART
3921 BEHRMAN HWY
NEW ORLEANS LA 70114

016044P001-1435A-598
MUSCO SPORTS LIGHTING, LLC
100 1ST AVE WEST
PO BOX 808
OSKALOOSA IA 52577-0808

016045P001-1435A-598
MUSCULAR DYSTROPHY ASSOC
2800 VETERANS BLVD
STE 329
METAIRIE LA 70002

021211P001-1435A-598
MUSCULAR DYSTROPHY ASSOCIATION
3925 NORTH I-10 SERVICE RD
STE 211
METAIRIE LA 70002

023279P001-1435A-598
MUSCULOSKELETAL INSTITUTE OF L
STE 301 1534 ELIZABETH AVE
SHREVEPORT LA 71101

009947P001-1435A-598
MUSEE CONTI INC
917 RUE CONTI
NEW ORLEANS LA 70112

016046P001-1435A-598
MUSEMECHE PHOTOGRAPHY
3837 PLZ TOWER DR
STE A
BATON ROUGE LA 70816

018724P001-1435A-598
MUSEUM OF FINE ARTS, HOUSTON
PO BOX 6826
HOUOSTON TX 77265-6826

010599P001-1435A-598
MUSEUM OF SCIENCE AND IN
1 MUSEUM OF SCIENCE DRIVEWAY
BOSTON MA 02114

017116P001-1435A-598
MUSIC AND ARTS
5295 WESTVIEW DR
STE 300
FREDERICK MD 21703

026509P001-1435A-598
MUSIC AND LIGHT ENTERTAINMENT
5163 GENERAL DE GAULLE DR L
NEW ORLEANS LA 70131

019873P001-1435A-598
MUSIC BY LUKE
840 BROCKENBRAUGH CT
METAIRIE LA 70005

009199P001-1435A-598
MUSIC IN MOTION INC
1601 E PLANO PKWY STE 100
PLANO TX 75074-8170

012230P001-1435A-598
MUSIC THEATER INTERNATIONAL
421 WEST 54TH ST
NEW YORK NY 10019

013826P001-1435A-598
MUSIC THEATRE INTERNATIONAL
423 WEST 55TH ST
2ND FL
NEW YORK NY 10019

016047P001-1435A-598
MUSIC THEATRE INTERNATIONAL
421 WEST 54TH ST
2ND FL
NEW YORK NY 10019

018725P001-1435A-598
MUSIC THEATRE INTERNATIONAL
423 W 55TH ST
NEW YORK NY 10019

017117P002-1435A-598
MUSIC USA, INC
2629 ALHAMBRA AVE
DELAND FL 32720-8906

019874P001-1435A-598
MUSICAL EDVENTURES
5 MORNING STAR DR
HADLEY MA 01035

016048P001-1435A-598
MUSICIAN'S FRIEND
PO BOX 7479
WESTLAKE VILLAGE CA 91359

010600P001-1435A-598
MUSICNOTESCOM
901 DEMING WAY
STE 1002
MADISON WI 53717

010601P001-1435A-598
MVP VISUALS
27 QUALITY AVE STE B
SOMERS CT 06071

017118P001-1435A-598
MY CATHOLIC FAITH
12603 HEMLOCK STE C
OVERLAND PARK KS 66213

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in Doc Ex Ant Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 608 of 1525
US First Class Mail
Exhibit Pages

001755P001-1435A-598
MY EYE DR
8040 ST CHARLES AVE
NEW ORLEANS LA 70118-2747

001756P001-1435A-598
MY FATHER'S HOUSE
594 ASBURY DR
STE E6
MANDEVILLE LA 70471

013827P001-1435A-598
MY FORTE LLC
333 WEST HARRISON
NEW ORLEANS LA 70124

016049P001-1435A-598
MY LESSON PLANNER
PO BOX 11624
FORT SMITH AR 72917

017119P001-1435A-598
MY LOCKER
1300 ROSA PARKS BLVD
DETROIT MI 48216

019875P001-1435A-598
MY SAFETY SIGN
32 COURT ST
STE 2200
BROOKLYN NY 11201

010602P001-1435A-598
MY SAINT MY HERO
21-A PENINSULA CENTER
ROLLING HILLS ESTATES CA 90274

021212P001-1435A-598
MY SPORTS DREAMS
258 ROUTE 117 BYPASS RD
BEDFORD HILLS NY 10507

010603P001-1435A-598
MY WHITEBOARDSCOM
220 CHERRY ST
SHREWSBURY MA 01545

010604P001-1435A-598
MY WHITEBOARDSCOM
220 CHERRY ST
SHREWSBURY MA 01545

021213P001-1435A-598
MYA ZIMMER
PO BOX 463
GRAMERCY LA 70052

016050P001-1435A-598
MYB
WILL LEHMANN
417 SADDLEBROOK CT
COVINGTON LA 70433

010605P001-1435A-598
MYFONTS INC
600 UNICORN PK DR
WOBURN MA 01801

016051P001-1435A-598
MYPHONEMD
500 MARINERS PLZ
STE 504
MANDEVILLE LA 70448

023280P001-1435A-598
MYRIAD GENETIC LABORATORIES
PO BOX 645676
CINCINNATI OH 45264

023281P001-1435A-598
MYRIAD WOMENS HEALTH
180 KIMBALL WAY SOUTH
SAN FRANC CA 94080

019876P001-1435A-598
MYRON CORP
PO BOX 69073
BALTIMORE MD 21264-9073

041309P001-1435A-598
MYSTERY SCIENCE  DISCOVERY EDUCATION
PO BOX 745873
ATLANTA GA 30374

017120P001-1435A-598
MYTPRINT
10950 SW 5TH
ST 260
BEAVERTON OR 97005

031339P001-1435A-598
N FRANK ELLIOT III LLC
N FRANK ELLIOT III
ATTORNEY FOR D.J.B.
PO BOX 3065
1511 WATKINS STREET
LAKE CHARLES LA 70602-3065

000156P001-1435S-598
N FRANK ELLIOT III, LLC
N FRANK ELLIOT III
P O BOX 3065
LAKE CHARLES LA 70601

017121P001-1435A-598
N I ENTERTAINMENT DBA NO IDEA
PO BOX 641481
KENNER LA 70064-1481

009348P001-1435A-598
N O SPIRIT CORP
7439 SPRINGFIELD PL LN
DENHAM SPRINGS LA 70706

012278P001-1435A-598
N'TINI'S
2891 HIGHWAY 190 STE D
MANDEVILLE LA 70471

009376P001-1435A-598
N2Y LLC
909 UNIVERSITY DR S
HURON OH 44839-9172

009948P001-1435A-598
NAAG TAG INC
6796 SOUTH AIRPORT RD
WEST JORDAN UT 84084

001758P001-1435A-598
NABCA
JAMES WATTS
2121 3RD AVEUE N
BIRMINGHAM AL 35203

010606P001-1435A-598
NAC
13139 THREE RIVERS RD
GULFPORT MS 39503

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Page 609
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 609 of 1525
US First Class Mail
Exhibit Pages

010607P001-1435A-598
NACAC
1050 N HIGHLAND ST
STE 400
ARLINGTON VA 22201

012231P001-1435A-598
NACAC
1050 N HIGHLAND ST
ARLINGTON VA 22201

018727P001-1435A-598
NACAC
1050 N HIGHLAND ST - STE 400
ARLINGTON VA 22314

001760P001-1435A-598
NACFLM
PO BOX 23
ALPHA OH 45301

001761P001-1435A-598
NACOME CAMP AND RETREAT CENTER
3232 SULPHUR CREEK RD
PLEASANTVILLE TN 37033

001762P001-1435A-598
NACPA
1727 KING ST
STE 105
ALEXANDRIA VA 22314

013829P001-1435A-598
NAEA
NATIONAL ART HONOR SOCIETY
901 PRINCE ST
ALEXANDRIA VA 22314

018728P001-1435A-598
NAEIR
560 MCCLURE ST
GALESBURG IL 61401

016052P001-1435A-598
NAEIR MEMBER'S CHOICE
560 MCCLURE ST
GALESBURG IL 61401

041310P001-1435A-598
NAESP - LA ASSC OF PRINCIPALS
103 CRAWFORD ST
WINNIFIELD LA 71483

017122P001-1435A-598
NAFME
MEMBERSHIP
1806 ROBERT FULTON DR
RESTON VA 20191

013830P001-1435A-598
NAFME TRI-M MUSIC HONOR SOCIETY
1806 ROBERT FULTON DR
RESTON VA 20191

017123P001-1435A-598
NAIRN CONCRETE SERVICES, INC
PO BOX 725
BELLE CHASSE LA 70037

000047P001-1435S-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000088P001-1435S-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000026P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000027P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000028P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000029P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000030P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000031P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000032P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000033P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000034P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000035P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000036P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000037P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000038P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:06:45 in PDF Exhibit 4 in A Page 610
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 610 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000039P001-1435A-598 | 000040P001-1435A-598 | 000041P001-1435A-598 | 000042P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000043P001-1435A-598 | 000044P001-1435A-598 | 000045P001-1435A-598 | 000046P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000047P001-1435A-598 | 000048P001-1435A-598 | 000049P001-1435A-598 | 000050P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000051P001-1435A-598 | 000052P001-1435A-598 | 000053P001-1435A-598 | 000054P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000055P001-1435A-598 | 000056P001-1435A-598 | 000057P002-1435A-598 | 000058P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000059P001-1435A-598 | 000060P001-1435A-598 | 000061P001-1435A-598 | 000062P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000063P002-1435A-598 | 000064P001-1435A-598 | 000065P001-1435A-598 | 000066P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Ex 4n Affidavit of Service Regarding Solicitation Packages Page 611 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000071P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000074P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PC Ex 4 Filed 6 12
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 612 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000097P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000110P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex4 Affidavit of Service Regarding Solicitation Packages Page 613 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

000124P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000125P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000126P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000127P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000128P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000129P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000130P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000131P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000132P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000133P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000134P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000135P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000136P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000137P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000138P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000139P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000140P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000142P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000143P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000144P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000145P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000146P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000147P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000148P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000150P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000151P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000152P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000154P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 4 Filed 614

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 614 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 000155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000175P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000179P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PC Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 615 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000207P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000209P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exhibit A Page 616
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 616 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000212P001-1435A-598 | 000213P001-1435A-598 | 000214P001-1435A-598 | 000215P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000216P001-1435A-598 | 000217P001-1435A-598 | 000218P001-1435A-598 | 000219P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000220P001-1435A-598 | 000221P001-1435A-598 | 000222P001-1435A-598 | 000223P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000224P001-1435A-598 | 000225P001-1435A-598 | 000226P001-1435A-598 | 000227P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000228P001-1435A-598 | 000229P001-1435A-598 | 000230P001-1435A-598 | 000231P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000232P001-1435A-598 | 000233P001-1435A-598 | 000234P001-1435A-598 | 000235P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000236P001-1435A-598 | 000237P002-1435A-598 | 000238P001-1435A-598 | 000240P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Affidavit of Service Regarding Solicitation Packages Page 617 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000241P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000242P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000243P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000244P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000245P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000246P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000247P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000248P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000250P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000251P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000252P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000253P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000254P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000255P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000256P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000257P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000258P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000259P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000260P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000261P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000262P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000263P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000264P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000265P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000266P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000267P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000268P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 000269P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 PD Ex 4 Affidavit 618
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 618 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000270P001-1435A-598 | 000271P001-1435A-598 | 000272P001-1435A-598 | 000273P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000274P001-1435A-598 | 000275P001-1435A-598 | 000276P001-1435A-598 | 000278P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000279P001-1435A-598 | 000280P001-1435A-598 | 000281P001-1435A-598 | 000282P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000283P001-1435A-598 | 000284P001-1435A-598 | 000285P001-1435A-598 | 000286P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000287P001-1435A-598 | 000288P001-1435A-598 | 000289P001-1435A-598 | 000290P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000291P001-1435A-598 | 000292P001-1435A-598 | 000293P001-1435A-598 | 000294P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000295P001-1435A-598 | 000296P001-1435A-598 | 000297P001-1435A-598 | 000298P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 619

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

of Service Regarding Solicitation Packages Page 619 of 1525

Page # : 301 of 1204

08/27/2025 05:45:59 PM

| 000299P001-1435A-598 | 000300P002-1435A-598 | 000301P001-1435A-598 | 000302P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000303P001-1435A-598 | 000371P001-1435A-598 | 000372P002-1435A-598 | 000373P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000374P001-1435A-598 | 000386P001-1435A-598 | 000391P002-1435A-598 | 000394P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000397P001-1435A-598 | 000398P001-1435A-598 | 000399P001-1435A-598 | 000400P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000401P001-1435A-598 | 000404P001-1435A-598 | 000408P001-1435A-598 | 000420P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000421P001-1435A-598 | 000422P001-1435A-598 | 000436P001-1435A-598 | 000438P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000439P001-1435A-598 | 000444P001-1435A-598 | 000447P001-1435A-598 | 000448P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PB Exh 4 Affidavit
of Service Regarding Solicitation Packages Page 620 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 000449P001-1435A-598 | 000450P001-1435A-598 | 000455P001-1435A-598 | 000473P002-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000474P001-1435A-598 | 000481P001-1435A-598 | 000501P001-1435A-598 | 000502P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000508P001-1435A-598 | 000512P001-1435A-598 | 000517P001-1435A-598 | 000519P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000522P001-1435A-598 | 000523P001-1435A-598 | 000524P001-1435A-598 | 000526P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000527P001-1435A-598 | 000528P001-1435A-598 | 000529P001-1435A-598 | 000530P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000531P001-1435A-598 | 000533P001-1435A-598 | 000534P001-1435A-598 | 000535P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000536P001-1435A-598 | 000539P001-1435A-598 | 000540P001-1435A-598 | 000541P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PB Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 621 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000591P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000604P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exin 4nt A Filev 622
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 622 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000614P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000626P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000628P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000643P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Page 623
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 623 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000655P001-1435A-598 | 000656P001-1435A-598 | 000664P001-1435A-598 | 000665P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000666P002-1435A-598 | 000667P001-1435A-598 | 000669P001-1435A-598 | 000673P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000674P001-1435A-598 | 000675P001-1435A-598 | 000681P001-1435A-598 | 000682P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000688P001-1435A-598 | 000691P001-1435A-598 | 000692P001-1435A-598 | 000703P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000709P001-1435A-598 | 000710P001-1435A-598 | 000713P001-1435A-598 | 000716P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000719P001-1435A-598 | 000720P001-1435A-598 | 000721P001-1435A-598 | 000722P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000723P001-1435A-598 | 000755P001-1435A-598 | 000756P001-1435A-598 | 000768P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh Ant A Page 624
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 624 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit Page 625

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 625 of 1525
US First Class Mail
Exhibit Pages

000900P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000901P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000915P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000917P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000918P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000926P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000927P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000928P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000929P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000930P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000931P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000932P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000933P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000934P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000938P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000947P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000949P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000950P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000951P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000955P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000956P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000957P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000959P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000960P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000961P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000962P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000963P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

000964P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex. 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 626 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001038P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 14:00:05 Main Document Page 627
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 627 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001049P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001115P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 001144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001168P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001228P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001229P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001230P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Ex. 4 - Affidavit of Service Regarding Solicitation Packages Page 630 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001297P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001300P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001314P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 - Affidavit Page 631

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 631 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001330P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001417P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 001432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001435P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001435S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001471P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001485P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001487P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 001489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001519P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 634
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 634 of 1525
US First Class Mail
Exhibit Pages

| 001550P001-1435A-598 | 001551P001-1435A-598 | 001552P001-1435A-598 | 001554P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001556P001-1435A-598 | 001566P001-1435A-598 | 001573P001-1435A-598 | 001578P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001580P001-1435A-598 | 001582P001-1435A-598 | 001606P001-1435A-598 | 001609P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001610P001-1435A-598 | 001612P001-1435A-598 | 001613P001-1435A-598 | 001614P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001615P001-1435A-598 | 001616P001-1435A-598 | 001618P001-1435A-598 | 001624P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001626P001-1435A-598 | 001628P001-1435A-598 | 001630P001-1435A-598 | 001631P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001632P001-1435A-598 | 001638P001-1435A-598 | 001639P001-1435A-598 | 001645P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Filed 635
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 635 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001655P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001656P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001660P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 636 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001715P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001721P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001735P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001789P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 - Affidavit of Service Regarding Solicitation Packages Page 637 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001856P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001929P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001940P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 638 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 001950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001975P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001977P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001983P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| 002028P001-1435A-598 | 002029P001-1435A-598 | 002032P001-1435A-598 | 002038P002-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002040P001-1435A-598 | 002064P001-1435A-598 | 002065P001-1435A-598 | 002066P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002067P001-1435A-598 | 002068P001-1435A-598 | 002069P001-1435A-598 | 002070P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002071P001-1435A-598 | 002072P001-1435A-598 | 002073P002-1435A-598 | 002074P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002075P001-1435A-598 | 002078P001-1435A-598 | 002082P001-1435A-598 | 002083P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002084P001-1435A-598 | 002085P001-1435A-598 | 002086P001-1435A-598 | 002087P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002089P001-1435A-598 | 002092P001-1435A-598 | 002095P001-1435A-598 | 002098P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 640 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 640 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002100P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002123P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002129P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

08/27/2025 05:45:59 PM

002156P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002161P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002163P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002164P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002165P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002168P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002169P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002170P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002172P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002173P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002175P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002176P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002177P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002179P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002184P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002187P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002188P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002189P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002190P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002191P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002192P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002199P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002200P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002205P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002207P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002212P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002213P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

002214P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 002215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002254P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002262P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 643
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 643 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4235 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Filed 644
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 644 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002349P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 645 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 002395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Filed Page 646
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 646 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002684P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit
of Service Regarding Solicitation Packages Page 647 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 002733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exn 4 in Affidavit 648
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 648 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002840P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:06:75 in PD Exh 4 Affidavit Page 649
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 649 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| 002859P001-1435A-598 | 002860P001-1435A-598 | 002864P001-1435A-598 | 002869P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002870P001-1435A-598 | 002871P001-1435A-598 | 002872P001-1435A-598 | 002873P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002874P001-1435A-598 | 002875P001-1435A-598 | 002876P001-1435A-598 | 002877P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002878P001-1435A-598 | 002879P001-1435A-598 | 002880P001-1435A-598 | 002881P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002882P002-1435A-598 | 002883P001-1435A-598 | 002884P001-1435A-598 | 002885P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002886P001-1435A-598 | 002887P001-1435A-598 | 002888P002-1435A-598 | 002889P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002890P001-1435A-598 | 002891P001-1435A-598 | 002892P001-1435A-598 | 002893P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 650
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 650 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002894P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002912P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002917P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002930P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Ex 4 Page 652

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 652 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 002951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002971P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Ex 4 Page 653

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 653 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 002980P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002981P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002982P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002983P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002984P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002985P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002986P002-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002987P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002988P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002989P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002990P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002991P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002992P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002993P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002994P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002995P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002996P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002997P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002998P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 002999P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003000P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 003001P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 003002P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 003003P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003004P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 003005P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 003006P001-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED | 003007P002-1435A-598 <br> NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDF Exhibit A Page 654

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 654 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

---

| 003008P001-1435A-598 | 003009P001-1435A-598 | 003010P001-1435A-598 | 003011P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003012P001-1435A-598 | 003013P001-1435A-598 | 003014P001-1435A-598 | 003015P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003016P001-1435A-598 | 003017P001-1435A-598 | 003018P001-1435A-598 | 003019P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003020P001-1435A-598 | 003021P001-1435A-598 | 003022P001-1435A-598 | 003023P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003024P001-1435A-598 | 003025P001-1435A-598 | 003026P001-1435A-598 | 003027P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003028P001-1435A-598 | 003029P001-1435A-598 | 003030P001-1435A-598 | 003031P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003032P001-1435A-598 | 003033P001-1435A-598 | 003034P001-1435A-598 | 003035P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exh 4 Filed 655
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 655 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003046P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex. 4 Page 656
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 656 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003064P001-1435A-598 | 003065P001-1435A-598 | 003066P001-1435A-598 | 003067P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003068P001-1435A-598 | 003069P001-1435A-598 | 003070P001-1435A-598 | 003071P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003072P001-1435A-598 | 003073P002-1435A-598 | 003074P001-1435A-598 | 003075P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003076P001-1435A-598 | 003077P001-1435A-598 | 003078P001-1435A-598 | 003079P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003080P002-1435A-598 | 003081P001-1435A-598 | 003083P001-1435A-598 | 003084P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003085P001-1435A-598 | 003086P001-1435A-598 | 003087P001-1435A-598 | 003088P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003089P001-1435A-598 | 003090P001-1435A-598 | 003091P001-1435A-598 | 003092P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:15 in PDF Ex. 4 Affidavit
of Service Regarding Solicitation Packages Page 657 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 003093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4626-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PP Ex 4 Filder 658
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 658 of 1525
US First Class Mail
Exhibit Pages

| 003122P001-1435A-598 | 003123P001-1435A-598 | 003124P001-1435A-598 | 003125P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003126P002-1435A-598 | 003127P001-1435A-598 | 003128P001-1435A-598 | 003129P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003130P001-1435A-598 | 003131P001-1435A-598 | 003132P001-1435A-598 | 003133P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003134P001-1435A-598 | 003135P001-1435A-598 | 003136P001-1435A-598 | 003137P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003138P001-1435A-598 | 003139P001-1435A-598 | 003140P001-1435A-598 | 003141P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003142P001-1435A-598 | 003143P001-1435A-598 | 003144P002-1435A-598 | 003145P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003146P001-1435A-598 | 003147P001-1435A-598 | 003148P001-1435A-598 | 003149P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 659 of 1525
US First Class Mail
Exhibit Pages

Page # : 341 of 1204

| | | | |
|---|---|---|---|
| 003150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 - Affidavit of Service Regarding Solicitation Packages Page 660 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003192P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003203P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003205P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003206P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Exh 4 Affidavit 661
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 661 of 1525
US First Class Mail
Exhibit Pages

| 003207P001-1435A-598 | 003208P001-1435A-598 | 003209P001-1435A-598 | 003210P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003211P001-1435A-598 | 003212P001-1435A-598 | 003213P001-1435A-598 | 003214P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003215P001-1435A-598 | 003216P001-1435A-598 | 003217P001-1435A-598 | 003218P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003219P001-1435A-598 | 003220P001-1435A-598 | 003221P001-1435A-598 | 003222P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003223P001-1435A-598 | 003224P001-1435A-598 | 003225P001-1435A-598 | 003226P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003227P001-1435A-598 | 003228P001-1435A-598 | 003229P001-1435A-598 | 003230P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003231P001-1435A-598 | 003232P001-1435A-598 | 003233P001-1435A-598 | 003234P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex. 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 662 of 1525
US First Class Mail
Exhibit Pages

| 003235P001-1435A-598 | 003236P001-1435A-598 | 003237P001-1435A-598 | 003238P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003239P001-1435A-598 | 003240P001-1435A-598 | 003241P001-1435A-598 | 003242P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003243P001-1435A-598 | 003244P001-1435A-598 | 003245P001-1435A-598 | 003246P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003247P001-1435A-598 | 003248P001-1435A-598 | 003249P001-1435A-598 | 003250P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003251P001-1435A-598 | 003252P001-1435A-598 | 003253P001-1435A-598 | 003254P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003255P001-1435A-598 | 003256P001-1435A-598 | 003257P001-1435A-598 | 003258P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003259P001-1435A-598 | 003260P001-1435A-598 | 003261P001-1435A-598 | 003262P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 663 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003275P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 003291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 665
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 665 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003346P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/02/25 Entered 09/02/25 14:60:45 Main Document Page 666
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 666 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003355P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003358P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003376P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PB Exhibit 4 Page 667
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 667 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| 003377P001-1435A-598 | 003378P001-1435A-598 | 003379P002-1435A-598 | 003380P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003381P001-1435A-598 | 003382P001-1435A-598 | 003383P001-1435A-598 | 003384P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003385P001-1435A-598 | 003386P001-1435A-598 | 003387P001-1435A-598 | 003388P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003389P001-1435A-598 | 003390P001-1435A-598 | 003391P001-1435A-598 | 003392P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003393P001-1435A-598 | 003394P001-1435A-598 | 003395P001-1435A-598 | 003396P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003397P001-1435A-598 | 003398P001-1435A-598 | 003399P001-1435A-598 | 003400P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003401P001-1435A-598 | 003402P001-1435A-598 | 003403P001-1435A-598 | 003404P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Ex 4 Afidavit Page 668

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 668 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 003405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003414P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003423P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003425P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 669 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003442P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 670
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 670 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003461P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003462P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003463P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003464P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003465P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003466P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003467P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003468P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003469P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003470P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003471P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003472P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003473P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003474P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003475P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003476P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003477P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003478P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003479P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003480P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003481P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003482P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003483P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003484P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003485P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003486P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003487P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 003488P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 671
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 671 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003492P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003497P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003503P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003506P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 672 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 672 of 1525
US First Class Mail
Exhibit Pages

003517P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003518P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003519P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003520P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003521P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003522P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003523P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003524P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003525P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003526P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003527P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003528P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003529P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003530P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003531P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003532P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003533P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003534P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003535P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003536P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003537P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003538P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003539P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003540P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003541P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003542P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003543P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003544P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/12/25 Entered 09/12/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 673 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

003545P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003546P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003547P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003548P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003549P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003550P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003551P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003552P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003553P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003554P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003555P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003556P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003557P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003558P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003559P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003560P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003561P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003562P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003563P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003564P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003565P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003566P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003567P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003568P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003569P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003570P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003571P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003572P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PB Ex 4 Affidavit Page 674

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 674 of 1525
US First Class Mail
Exhibit Pages

003573P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003574P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003575P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003576P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003577P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003578P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003579P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003580P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003581P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003582P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003583P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003584P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003585P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003586P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003587P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003588P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003589P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003590P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003591P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003592P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003593P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003594P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003595P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003596P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003597P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003598P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003599P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003600P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:60:75 4n PP Exhibit Affidavit of Service Regarding Solicitation Packages Page 675 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003615P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4875-4 Filed 09/09/25 Entered 09/09/25 11:06:07 Exhibit 4 - Affidavit
of Service Regarding Solicitation Packages Page 676 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003633P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PD Exh 4 Filed 6 77
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 677 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003682P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003685P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Ex 4 Affidavit of Service Regarding Solicitation Packages Page 678 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

003687P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003688P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003689P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003690P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003691P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003692P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003693P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003694P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003695P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003696P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003697P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003698P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003699P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003700P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003701P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003702P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003703P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003704P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003705P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003706P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003707P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003708P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003709P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003710P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003711P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003712P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003713P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003714P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Exhibit A Page 679
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 679 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 680
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 680 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| 003743P001-1435A-598 | 003744P001-1435A-598 | 003745P001-1435A-598 | 003746P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003747P001-1435A-598 | 003748P001-1435A-598 | 003749P001-1435A-598 | 003750P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003751P001-1435A-598 | 003752P001-1435A-598 | 003753P001-1435A-598 | 003754P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003755P001-1435A-598 | 003756P001-1435A-598 | 003757P001-1435A-598 | 003758P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003759P001-1435A-598 | 003760P001-1435A-598 | 003761P001-1435A-598 | 003762P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003763P001-1435A-598 | 003764P001-1435A-598 | 003765P001-1435A-598 | 003766P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003767P001-1435A-598 | 003768P001-1435A-598 | 003769P001-1435A-598 | 003770P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh Ant A Page 681

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 681 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003794P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Affidavit Page 682
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
of Service Regarding Solicitation Packages Page 682 of 1525
Exhibit Pages

| | | | |
|---|---|---|---|
| 003799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003811P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003817P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003821P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exit 4 Affidavit 683
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 683 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003830P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003844P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003846P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

08/27/2025 05:45:59 PM

---

003855P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003856P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003857P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003858P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003859P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003860P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003861P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003862P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003863P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003864P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003865P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003866P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003867P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003868P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003869P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003870P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003871P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003872P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003873P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003874P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003875P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003876P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003877P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003878P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003879P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003880P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003881P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003882P001-1435-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 in Affidavit 685
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 685 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003893P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003900P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003907P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 16:07:54 in PB Exhibit A Page 686
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 686 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-41 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 687

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 687 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 003939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003959P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003964P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 688 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

003967P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003968P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003969P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003970P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003971P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003972P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003973P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003974P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003975P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003976P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003977P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003978P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003979P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003980P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003981P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003982P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003983P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003984P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003985P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003986P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003987P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003988P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003989P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003990P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003991P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003992P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003993P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

003994P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit of Service Regarding Solicitation Packages Page 689 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 003995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004003P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004004P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004005P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Part Affidavit 690
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 690 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Page 691
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 691 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004054P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004057P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004062P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004078P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| 004079P001-1435A-598 | 004080P001-1435A-598 | 004081P001-1435A-598 | 004082P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004083P002-1435A-598 | 004084P001-1435A-598 | 004085P002-1435A-598 | 004086P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004087P001-1435A-598 | 004088P001-1435A-598 | 004089P001-1435A-598 | 004090P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004091P001-1435A-598 | 004092P001-1435A-598 | 004093P001-1435A-598 | 004094P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004095P001-1435A-598 | 004096P001-1435A-598 | 004097P001-1435A-598 | 004098P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004099P001-1435A-598 | 004100P001-1435A-598 | 004101P001-1435A-598 | 004102P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004103P001-1435A-598 | 004104P001-1435A-598 | 004105P001-1435A-598 | 004106P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Exh 4 Affidavit of Service Regarding Solicitation Packages Page 693 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 375 of 1204

| | | | |
|---|---|---|---|
| 004107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004124P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 694
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting of Packages Page 694 of 1525
US First Class Mail
Exhibit Pages

| 004135P001-1435-598 | 004136P001-1435-598 | 004137P001-1435-598 | 004138P001-1435-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004139P001-1435-598 | 004140P001-1435-598 | 004141P001-1435-598 | 004142P001-1435-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004143P001-1435-598 | 004144P001-1435-598 | 004145P001-1435-598 | 004146P002-1435-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004147P001-1435-598 | 004148P001-1435-598 | 004149P001-1435-598 | 004150P001-1435-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004151P001-1435-598 | 004152P001-1435-598 | 004153P001-1435-598 | 004154P001-1435-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004155P001-1435-598 | 004156P001-1435-598 | 004157P001-1435-598 | 004158P001-1435-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004159P001-1435-598 | 004160P001-1435-598 | 004161P002-1435-598 | 004162P002-1435-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDC Exm4 nt A Filage 695
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 695 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4326-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 696
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 696 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004212P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004214P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004218P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:045in PP Exhibit A Page 697
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 697 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004230P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004240P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004241P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/10/25 Entered 09/10/25 14:00:45 in PP Exh 4 Page 698
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 698 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004267P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exhibit A Page 699
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 699 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004284P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004285P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof in Aff Exhibit A Page 700
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 700 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004322P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004329P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004348P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 702
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 702 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004371P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in Exhibit Affidavit 703
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 703 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004404P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Exh 4 - Affidavit Page 704
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 704 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004438P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 004451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004462P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004465P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PP Ex 4 r Affidavit 706
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 706 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 707 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004528P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 16:07:54 Main Document Page 708
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 708 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004540P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004544P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:60:45 in PDF Exh Ant A Page 709
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 709 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004576P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Service Exh 4 Pg 710
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 710 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004598P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004608P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004616P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Affidavit 711
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 711 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004629P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004630P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004646P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 004649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004654P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 713
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 713 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004690P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 714 of 1525
US First Class Mail
Exhibit Pages

| 004705P001-1435A-598 | 004706P001-1435A-598 | 004707P001-1435A-598 | 004708P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004709P001-1435A-598 | 004710P001-1435A-598 | 004711P001-1435A-598 | 004712P003-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004713P001-1435A-598 | 004714P001-1435A-598 | 004715P001-1435A-598 | 004716P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004717P001-1435A-598 | 004718P001-1435A-598 | 004719P001-1435A-598 | 004720P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004721P001-1435A-598 | 004722P001-1435A-598 | 004723P001-1435A-598 | 004724P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004725P001-1435A-598 | 004726P001-1435A-598 | 004727P001-1435A-598 | 004728P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004729P001-1435A-598 | 004730P001-1435A-598 | 004731P001-1435A-598 | 004732P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Exh 4 Affidavit 715

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 715 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004738P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004745P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004749P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:15 in PP Exhibit 4 Page 716

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 716 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004783P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 717 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:45:59 PM

| | | | |
|---|---|---|---|
| 004789P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004790P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004791P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004792P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004793P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004794P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004795P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004796P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004797P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004798P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004799P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004800P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004801P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004802P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004803P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004804P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004805P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004806P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004807P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004808P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004809P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004810P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004811P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004812P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004813P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004814P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004815P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 004816P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 - Affidavit 718
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 718 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4823-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Exhibit 4 Page 719

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 719 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exn 4 1 Page 720
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 720 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004886P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 721 of 1525
US First Class Mail
Exhibit Pages

| 004902P001-1435A-598 | 004903P001-1435A-598 | 004904P002-1435A-598 | 004905P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004906P001-1435A-598 | 004907P001-1435A-598 | 004908P001-1435A-598 | 004909P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004910P001-1435A-598 | 004911P001-1435A-598 | 004912P001-1435A-598 | 004913P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004914P001-1435A-598 | 004915P002-1435A-598 | 004916P001-1435A-598 | 004917P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004918P001-1435A-598 | 004919P001-1435A-598 | 004920P001-1435A-598 | 004921P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004922P001-1435A-598 | 004924P001-1435A-598 | 004925P001-1435A-598 | 004926P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004927P001-1435A-598 | 004928P001-1435A-598 | 004929P001-1435A-598 | 004930P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit 722

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 722 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004932P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004944P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004950P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004951P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 16:07:45 PD Exh 4 Affidavit Page 723

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 723 of 1525
US First Class Mail

Exhibit Pages

Page # : 405 of 1204                                                                                              08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 004959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004983P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Exhibit A Page 724
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 724 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005000P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005007P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 4t Affidav...
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 725 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005024P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005039P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4 Filed 726
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 726 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005067P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 15:41:00 Main Document Page 727
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 727 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005088P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005097P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:15 PD Ex 4 Affidavit 728
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 728 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| 005099P001-1435A-598 | 005100P002-1435A-598 | 005101P001-1435A-598 | 005102P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005103P001-1435A-598 | 005104P001-1435A-598 | 005105P002-1435A-598 | 005106P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005107P001-1435A-598 | 005108P002-1435A-598 | 005109P001-1435A-598 | 005110P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005111P001-1435A-598 | 005112P001-1435A-598 | 005113P001-1435A-598 | 005114P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005115P001-1435A-598 | 005116P001-1435A-598 | 005117P001-1435A-598 | 005118P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005119P001-1435A-598 | 005120P001-1435A-598 | 005121P001-1435A-598 | 005122P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005123P001-1435A-598 | 005124P001-1435A-598 | 005125P001-1435A-598 | 005126P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 729 of 1525
US First Class Mail
Exhibit Pages

| 005127P001-1435A-598 | 005128P001-1435A-598 | 005129P001-1435A-598 | 005130P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005131P001-1435A-598 | 005132P001-1435A-598 | 005133P001-1435A-598 | 005134P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005135P001-1435A-598 | 005136P001-1435A-598 | 005137P001-1435A-598 | 005138P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005139P001-1435A-598 | 005140P001-1435A-598 | 005141P001-1435A-598 | 005142P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005143P001-1435A-598 | 005144P001-1435A-598 | 005145P001-1435A-598 | 005146P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005147P001-1435A-598 | 005148P001-1435A-598 | 005149P001-1435A-598 | 005150P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005151P001-1435A-598 | 005152P001-1435A-598 | 005153P002-1435A-598 | 005154P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 730
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 730 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005162P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005170P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/12/25 Entered 09/12/25 14:00:45 in PP Ex 4 Affidavit of Service Regarding Solicitation Packages Page 731 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 005183P001-1435A-598 | 005184P002-1435A-598 | 005185P001-1435A-598 | 005186P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005187P001-1435A-598 | 005188P001-1435A-598 | 005189P001-1435A-598 | 005190P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005191P001-1435A-598 | 005192P001-1435A-598 | 005193P001-1435A-598 | 005194P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005195P001-1435A-598 | 005196P001-1435A-598 | 005197P001-1435A-598 | 005198P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005199P001-1435A-598 | 005200P001-1435A-598 | 005201P001-1435A-598 | 005202P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005203P001-1435A-598 | 005204P001-1435A-598 | 005205P001-1435A-598 | 005206P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005207P001-1435A-598 | 005208P001-1435A-598 | 005209P001-1435A-598 | 005210P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 732 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005221P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005236P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005237P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDF Exhibit A Page 733
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 733 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005246P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005247P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Affidavit of Service Regarding Solicitation Packages Page 734 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005268P001-1435A-598 | 005269P001-1435A-598 | 005270P001-1435A-598 | 005271P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005272P001-1435A-598 | 005273P001-1435A-598 | 005274P001-1435A-598 | 005275P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005276P001-1435A-598 | 005277P001-1435A-598 | 005278P001-1435A-598 | 005279P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005280P001-1435A-598 | 005281P001-1435A-598 | 005282P001-1435A-598 | 005283P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005284P001-1435A-598 | 005285P002-1435A-598 | 005286P001-1435A-598 | 005287P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005288P001-1435A-598 | 005289P002-1435A-598 | 005290P001-1435A-598 | 005291P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005292P001-1435A-598 | 005293P001-1435A-598 | 005294P001-1435A-598 | 005295P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Affidavit 735
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 735 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005308P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/02/25 Entered 09/02/25 16:07:54 Proof of Service Exhibit A Filer 736

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 736 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005332P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/02/25 Entered 09/02/25 14:00:05 Main Document Page 737
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 737 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4 t A Page 738

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 738 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005393P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005406P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005408P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 739 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005418P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005432P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Filed 740
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 740 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Part 7 Page 741
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 741 of 1525
US First Class Mail
Exhibit Pages

005466P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005467P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005468P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005469P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005470P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005471P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005472P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005473P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005474P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005475P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005476P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005477P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005479P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005480P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005481P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005482P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005483P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005484P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005485P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005486P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005487P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005488P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005489P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005490P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005491P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005492P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005493P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005494P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 742
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 742 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005495P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005522P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4626-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exhibit A Page 743
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 743 of 1525
US First Class Mail
Exhibit Pages

005523P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005524P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005525P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005526P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005527P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005528P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005529P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005530P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005531P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005532P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005533P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005534P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005535P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005536P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005537P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005538P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005539P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005540P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005541P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005542P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005543P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005544P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005545P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005546P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005547P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005548P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005549P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005550P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005569P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005577P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 15:46:07 Main Document Page 745
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 745 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005597P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005606P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Filed v746
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 746 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005624P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

of Service Regarding Solicitation Packages Page 747 of 1525

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005663P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Page 748
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 748 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

005664P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005665P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005666P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005667P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005668P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005669P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005670P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005671P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005672P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005673P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005674P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005675P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005676P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005677P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005678P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005679P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005680P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005681P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005682P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005683P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005684P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005685P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005686P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005687P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005688P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005689P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005690P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

005691P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:06:45 Proof of Service Exh 4 Affidavit of Service Regarding Solicitation Packages Page 749 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005705P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005709P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affdavit Page 750

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 750 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 005720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Service Exhibit A Page 751

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 751 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 15:46:07 Main Document Page 752
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 752 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| 005776P001-1435A-598 | 005777P001-1435A-598 | 005778P001-1435A-598 | 005779P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005780P001-1435A-598 | 005781P001-1435A-598 | 005782P001-1435A-598 | 005783P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005784P001-1435A-598 | 005785P002-1435A-598 | 005786P001-1435A-598 | 005787P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005788P001-1435A-598 | 005789P001-1435A-598 | 005790P001-1435A-598 | 005791P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005792P001-1435A-598 | 005793P001-1435A-598 | 005794P001-1435A-598 | 005795P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005796P001-1435A-598 | 005797P001-1435A-598 | 005798P001-1435A-598 | 005799P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005800P001-1435A-598 | 005801P001-1435A-598 | 005802P001-1435A-598 | 005803P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Exhibit 4 Page 753

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 753 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005807P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 16:07:54 Proof of Claim Affidavit

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 754 of 1525
US First Class Mail
Exhibit Pages

Page # : 436 of 1204                                                                                08/27/2025 05:46:00 PM

| 005832P001-1435A-598 | 005833P001-1435A-598 | 005834P001-1435A-598 | 005835P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005836P001-1435A-598 | 005837P001-1435A-598 | 005838P001-1435A-598 | 005839P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005840P001-1435A-598 | 005841P001-1435A-598 | 005842P001-1435A-598 | 005843P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005844P001-1435A-598 | 005845P002-1435A-598 | 005846P001-1435A-598 | 005847P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005848P001-1435A-598 | 005849P001-1435A-598 | 005850P001-1435A-598 | 005851P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005852P001-1435A-598 | 005853P001-1435A-598 | 005854P001-1435A-598 | 005855P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005856P001-1435A-598 | 005857P001-1435A-598 | 005858P001-1435A-598 | 005859P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 005860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005874P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005882P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005883P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 756 of 1525

US First Class Mail

**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005917P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 757 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:00 PM

| 005918P001-1435A-598 | 005919P001-1435A-598 | 005920P001-1435A-598 | 005921P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005922P001-1435A-598 | 005923P001-1435A-598 | 005924P001-1435A-598 | 005925P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005926P001-1435A-598 | 005927P001-1435A-598 | 005928P001-1435A-598 | 005929P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005930P001-1435A-598 | 005931P001-1435A-598 | 005932P001-1435A-598 | 005933P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005934P001-1435A-598 | 005935P001-1435A-598 | 005936P001-1435A-598 | 005937P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005938P001-1435A-598 | 005939P001-1435A-598 | 005940P001-1435A-598 | 005941P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005942P001-1435A-598 | 005943P001-1435A-598 | 005944P002-1435A-598 | 005945P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 14:06:45 Main Document Page 758
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 758 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 005946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 759 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005975P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005990P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP-Ex 4 Page 760
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 760 of 1525
US First Class Mail
Exhibit Pages

006002P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006003P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006004P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006005P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006006P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006007P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006008P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006009P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006010P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006011P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006012P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006013P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006014P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006015P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006016P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006017P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006018P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006019P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006020P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006021P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006022P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006023P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006024P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006025P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006026P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006027P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006028P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

006029P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit of Service Regarding Solicitation Packages Page 761 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006030P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006031P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006032P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006033P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006034P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006035P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006036P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006037P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006038P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006039P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006040P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006041P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006042P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006043P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006044P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006045P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006046P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006047P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006048P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006049P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006050P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006051P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006052P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006053P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006054P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006055P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006056P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006057P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit PD Exhibit Pages Page 762 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 762 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006076P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006086P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006094P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 16:07:45 in PDF Exhibit A Filed 764
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 764 of 1525
US First Class Mail
Exhibit Pages

| 006114P001-1435A-598 | 006115P001-1435A-598 | 006116P001-1435A-598 | 006117P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006118P001-1435A-598 | 006119P001-1435A-598 | 006120P001-1435A-598 | 006121P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006122P001-1435A-598 | 006123P001-1435A-598 | 006124P001-1435A-598 | 006125P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006126P001-1435A-598 | 006127P001-1435A-598 | 006128P001-1435A-598 | 006129P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006130P001-1435A-598 | 006131P001-1435A-598 | 006132P001-1435A-598 | 006133P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006134P001-1435A-598 | 006135P001-1435A-598 | 006136P001-1435A-598 | 006137P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006138P001-1435A-598 | 006139P001-1435A-598 | 006140P001-1435A-598 | 006141P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 15:46:07 Main Document Page 765
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 765 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| 006142P001-1435A-598 | 006143P001-1435A-598 | 006144P001-1435A-598 | 006145P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006146P001-1435A-598 | 006147P001-1435A-598 | 006148P001-1435A-598 | 006149P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006150P001-1435A-598 | 006151P001-1435A-598 | 006152P001-1435A-598 | 006153P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006154P001-1435A-598 | 006155P001-1435A-598 | 006156P001-1435A-598 | 006157P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006158P001-1435A-598 | 006159P001-1435A-598 | 006160P001-1435A-598 | 006161P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006162P001-1435A-598 | 006163P001-1435A-598 | 006164P001-1435A-598 | 006165P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006166P001-1435A-598 | 006167P001-1435A-598 | 006168P001-1435A-598 | 006169P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:60:45 Doc in 4 t Affidavit Page 766

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 766 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006172P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006186P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Main Document Page 767

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 767 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 006198P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006199P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006200P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006201P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006202P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006203P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006204P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006205P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006206P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006207P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006208P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006209P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006210P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006211P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006212P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006213P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006214P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006215P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006216P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006217P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006218P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006219P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006220P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006221P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006222P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006224P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006225P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006226P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit Page 768
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 768 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006237P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006242P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 006255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006278P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006281P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PB Exhibit A Page 770
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 770 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006287P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006293P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006302P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 771 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006327P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:06:04 Proof of Exhibit 4 Affidavit Page 772
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 772 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006341P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006349P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006359P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006364P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PD Ex 4 Affidavit 773
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 773 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006368P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006377P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006378P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006387P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PB Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 774 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006395P001-1435A-598 | 006396P001-1435A-598 | 006397P001-1435A-598 | 006398P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006399P001-1435A-598 | 006400P001-1435A-598 | 006401P001-1435A-598 | 006402P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006403P001-1435A-598 | 006404P002-1435A-598 | 006405P001-1435A-598 | 006406P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006407P001-1435A-598 | 006408P001-1435A-598 | 006409P001-1435A-598 | 006410P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006411P001-1435A-598 | 006412P001-1435A-598 | 006413P001-1435A-598 | 006414P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006415P001-1435A-598 | 006416P001-1435A-598 | 006417P001-1435A-598 | 006418P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006419P001-1435A-598 | 006420P001-1435A-598 | 006421P001-1435A-598 | 006422P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Affidavit of Service Regarding Solicitation Packages Page 775 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006423P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006429P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006436P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006445P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PB Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 776 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006458P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006460P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006462P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Filed 777
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 777 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006485P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006486P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006506P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Claim Affidavit Page 778

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 778 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006507P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006514P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006528P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006531P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006533P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PP Ex 4 Affidavit 779
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 779 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006535P001-1435A-598 | 006536P001-1435A-598 | 006537P001-1435A-598 | 006538P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006539P001-1435A-598 | 006540P001-1435A-598 | 006541P001-1435A-598 | 006542P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006543P001-1435A-598 | 006544P001-1435A-598 | 006545P001-1435A-598 | 006546P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006547P001-1435A-598 | 006548P001-1435A-598 | 006549P001-1435A-598 | 006550P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006551P001-1435A-598 | 006552P001-1435A-598 | 006553P001-1435A-598 | 006554P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006555P002-1435A-598 | 006556P001-1435A-598 | 006557P001-1435A-598 | 006558P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006559P001-1435A-598 | 006560P001-1435A-598 | 006561P001-1435A-598 | 006562P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Aff iv 780
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 780 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006574P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Exh 4 Affidavit 781
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 781 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006591P001-1435A-598 | 006592P001-1435A-598 | 006593P002-1435A-598 | 006594P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006595P001-1435A-598 | 006596P001-1435A-598 | 006597P001-1435A-598 | 006598P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006599P001-1435A-598 | 006600P001-1435A-598 | 006601P001-1435A-598 | 006602P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006603P001-1435A-598 | 006604P002-1435A-598 | 006605P001-1435A-598 | 006606P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006608P001-1435A-598 | 006609P001-1435A-598 | 006610P001-1435A-598 | 006611P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006612P001-1435A-598 | 006613P001-1435A-598 | 006614P002-1435A-598 | 006615P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006616P001-1435A-598 | 006617P001-1435A-598 | 006618P001-1435A-598 | 006619P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PR Exh 4 Affidavit 782
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 782 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006629P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006637P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006638P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 783 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006648P001-1435A-598 | 006649P001-1435A-598 | 006650P001-1435A-598 | 006651P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006652P001-1435A-598 | 006653P001-1435A-598 | 006654P002-1435A-598 | 006655P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006656P002-1435A-598 | 006657P001-1435A-598 | 006658P001-1435A-598 | 006659P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006660P001-1435A-598 | 006661P001-1435A-598 | 006662P001-1435A-598 | 006663P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006664P001-1435A-598 | 006665P001-1435A-598 | 006666P001-1435A-598 | 006667P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006668P001-1435A-598 | 006669P002-1435A-598 | 006670P001-1435A-598 | 006671P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006672P001-1435A-598 | 006673P001-1435A-598 | 006674P001-1435A-598 | 006675P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit 4 Affidavit 784
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 784 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006683P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PDF Exh 4 Affidavit 785
of Service Regarding Solicitation Packages Page 785 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006704P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006705P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006706P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006707P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006708P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006709P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006710P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006711P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006712P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006713P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006714P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006715P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006716P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006717P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006718P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006719P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006720P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006721P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006722P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006723P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006724P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006725P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006726P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006727P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006728P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006729P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006730P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006731P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 16:07:54 PDF Exhibit A Page 786
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 786 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006734P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006749P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006752P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 11:00:45 in PDF Exhibit A Page 787
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 787 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006787P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-45 Filed 09/09/25 Entered 09/09/25 16:07:54 PDF Exh 4 Affidavit Page 788
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 788 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006789P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006790P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006791P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006792P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006793P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006794P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006795P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006796P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006797P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006798P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006799P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006800P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006801P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006802P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006803P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006804P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006805P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006807P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006808P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006809P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006810P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006811P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006812P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006813P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006814P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006815P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006816P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 006817P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4628-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exch Ant Affidavit 789

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 789 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006819P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006835P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006837P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 16:07:55 Proof of Service Exhibit A Page 790

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 790 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006846P001-1435A-598 | 006847P001-1435A-598 | 006848P001-1435A-598 | 006849P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006850P001-1435A-598 | 006851P001-1435A-598 | 006852P001-1435A-598 | 006853P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006854P001-1435A-598 | 006855P001-1435A-598 | 006856P001-1435A-598 | 006857P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006858P001-1435A-598 | 006859P001-1435A-598 | 006860P001-1435A-598 | 006861P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006862P001-1435A-598 | 006863P001-1435A-598 | 006864P001-1435A-598 | 006865P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006866P001-1435A-598 | 006867P001-1435A-598 | 006868P001-1435A-598 | 006869P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006870P001-1435A-598 | 006871P001-1435A-598 | 006872P001-1435A-598 | 006873P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 791 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 006874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006892P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 792 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006915P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006928P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Exh 4 Affidavit 793
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 793 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006933P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006938P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006939P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006941P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exh. 4 in AFRidr 794
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 794 of 1525
US First Class Mail
Exhibit Pages

| 006958P001-1435A-598 | 006959P002-1435A-598 | 006960P002-1435A-598 | 006961P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006962P001-1435A-598 | 006963P001-1435A-598 | 006964P001-1435A-598 | 006965P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006966P001-1435A-598 | 006967P001-1435A-598 | 006968P001-1435A-598 | 006969P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006970P001-1435A-598 | 006971P001-1435A-598 | 006972P001-1435A-598 | 006973P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006974P001-1435A-598 | 006975P001-1435A-598 | 006976P001-1435A-598 | 006977P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006978P001-1435A-598 | 006979P001-1435A-598 | 006980P001-1435A-598 | 006981P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006982P001-1435A-598 | 006983P001-1435A-598 | 006984P001-1435A-598 | 006985P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit 795
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 795 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007001P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Affidavit 796
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 796 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007030P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 797
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 797 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007044P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

08/27/2025 05:46:00 PM

---

| | | | |
|---|---|---|---|
| 007070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007082P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Exhibit Affidavit Page 799

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 799 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007099P001-1435A-598 | 007100P001-1435A-598 | 007101P001-1435A-598 | 007102P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007103P002-1435A-598 | 007104P001-1435A-598 | 007105P001-1435A-598 | 007106P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007107P001-1435A-598 | 007108P001-1435A-598 | 007109P001-1435A-598 | 007110P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007111P001-1435A-598 | 007112P001-1435A-598 | 007113P001-1435A-598 | 007114P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007115P001-1435A-598 | 007116P001-1435A-598 | 007117P001-1435A-598 | 007118P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007119P001-1435A-598 | 007120P001-1435A-598 | 007121P001-1435A-598 | 007122P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007123P001-1435A-598 | 007124P001-1435A-598 | 007125P001-1435A-598 | 007126P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 800
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 800 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007133P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007134P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007136P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007152P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4-i Afilev i801
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 801 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007158P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007169P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PR Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 802 of 1525
US First Class Mail
Exhibit Pages

007183P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007184P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007185P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007186P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007187P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007188P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007189P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007190P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007191P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007192P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007193P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007194P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007195P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007196P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007197P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007198P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007199P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007200P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007201P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007202P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007203P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007204P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007205P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007206P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007207P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007208P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007209P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007210P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in DD Ex 4 n Affidavit 803
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 803 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007227P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007233P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:60:75 in PB Exhibit 4 Affidavit 804 Page 804
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 804 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007240P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007258P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4326-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 805 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007272P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PDF Exh 4 - Affidavit Page 806

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 806 of 1525
US First Class Mail
Exhibit Pages

007295P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007296P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007297P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007298P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007299P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007300P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007301P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007302P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007303P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007304P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007305P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007306P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007307P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007308P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007309P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007310P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007311P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007312P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007313P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007314P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007315P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007316P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007317P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007318P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007319P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007320P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007321P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007322P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Exhibit A Filed 807
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 807 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PB Exh 4 i Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 808 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007364P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007367P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007369P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007377P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 16:07:45 Proof of Service Exhibit A Page 809
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 809 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007390P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007403P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007404P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007405P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Service Exhibit Affidavit Page 810

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 810 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007409P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 811
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciatation Packages Page 811 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

007435P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007436P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007437P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007438P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007439P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007440P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007441P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007442P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007443P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007444P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007445P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007446P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007447P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007448P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007449P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007450P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007451P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007452P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007453P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007454P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007455P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007456P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007457P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007458P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007459P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007460P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007461P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

007462P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825 Filed 09/02/25 Entered 09/02/25 16:07:54 in PD Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 812 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007483P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PP Exp 4 Affidavit 813
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 813 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007491P001-1435A-598 | 007492P001-1435A-598 | 007493P001-1435A-598 | 007494P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007495P001-1435A-598 | 007496P001-1435A-598 | 007497P002-1435A-598 | 007498P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007499P001-1435A-598 | 007500P001-1435A-598 | 007501P001-1435A-598 | 007502P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007503P001-1435A-598 | 007504P001-1435A-598 | 007505P001-1435A-598 | 007506P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007507P002-1435A-598 | 007508P001-1435A-598 | 007509P002-1435A-598 | 007510P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007511P001-1435A-598 | 007512P001-1435A-598 | 007513P001-1435A-598 | 007514P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007515P001-1435A-598 | 007516P001-1435A-598 | 007517P001-1435A-598 | 007518P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:75 in PD Exhibit A Page 814
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 814 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007546P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Filed: 815
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 815 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 4 Affidavit Page 816

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 816 of 1525
US First Class Mail

Exhibit Pages

Page # : 498 of 1204                                          08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007589P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:15 in PP Ex 4 Page 817

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 817 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007603P001-1435A-598 | 007604P002-1435A-598 | 007605P001-1435A-598 | 007606P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007607P001-1435A-598 | 007609P001-1435A-598 | 007610P001-1435A-598 | 007611P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007612P001-1435A-598 | 007613P001-1435A-598 | 007614P001-1435A-598 | 007615P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007616P001-1435A-598 | 007617P001-1435A-598 | 007618P001-1435A-598 | 007619P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007620P001-1435A-598 | 007621P001-1435A-598 | 007622P001-1435A-598 | 007623P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007624P001-1435A-598 | 007625P001-1435A-598 | 007626P001-1435A-598 | 007627P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007628P001-1435A-598 | 007629P001-1435A-598 | 007630P001-1435A-598 | 007631P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exh 4 Affidavit 818
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 818 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007638P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007659P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exm 4 Affidavit 819
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 819 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 820
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 820 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007699P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 821
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 821 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007728P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007737P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Claim Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 822 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007752P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007766P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Affidavit 823
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 823 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007774P002-1435A-598 | 007775P001-1435A-598 | 007776P001-1435A-598 | 007777P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007778P001-1435A-598 | 007779P001-1435A-598 | 007780P001-1435A-598 | 007781P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007782P001-1435A-598 | 007783P001-1435A-598 | 007784P001-1435A-598 | 007785P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007786P001-1435A-598 | 007787P001-1435A-598 | 007788P001-1435A-598 | 007789P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007790P001-1435A-598 | 007791P001-1435A-598 | 007792P001-1435A-598 | 007793P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007794P001-1435A-598 | 007795P001-1435A-598 | 007796P001-1435A-598 | 007797P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007798P001-1435A-598 | 007799P001-1435A-598 | 007800P001-1435A-598 | 007801P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 824
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 824 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007805P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007808P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007809P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PC Exhibit 4 - Filed 825
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 825 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007831P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007853P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-5 Filed 09/09/25 Entered 09/09/25 15:46:00 Main Document Page 826
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 826 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007858P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007859P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007860P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007861P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007862P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007863P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007864P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007865P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007866P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007867P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007868P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007869P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007870P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007871P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007872P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007873P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007874P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007875P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007876P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007877P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007878P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007879P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007880P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007881P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007882P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007883P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007884P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 007885P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PDF Exhibit A Page 827
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 827 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007904P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007906P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007907P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 828 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007926P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
Certificate of Service Regarding Solicitation Packages Page 829 of 1525

US First Class Mail

**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 007943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007970P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex. 4 Affidavit 830
of Service Regarding Solicitation Packages Page 830 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007978P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007989P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007992P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDoc 4nt Afilage 831
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 831 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008000P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008003P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Exh 4 - Affidavit
of Service Regarding Solicitation Packages Page 832 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008051P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 833 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008059P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008060P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008076P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 834 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008089P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008093P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008102P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 835
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 835 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008112P001-1435A-598 | 008113P002-1435A-598 | 008114P001-1435A-598 | 008115P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008116P001-1435A-598 | 008117P001-1435A-598 | 008118P001-1435A-598 | 008119P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008120P001-1435A-598 | 008121P001-1435A-598 | 008122P001-1435A-598 | 008123P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008124P001-1435A-598 | 008125P001-1435A-598 | 008126P001-1435A-598 | 008127P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008128P001-1435A-598 | 008130P001-1435A-598 | 008131P001-1435A-598 | 008132P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008133P001-1435A-598 | 008134P001-1435A-598 | 008135P001-1435A-598 | 008136P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008137P001-1435A-598 | 008138P001-1435A-598 | 008139P002-1435A-598 | 008140P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-45 Filed 09/09/25 Entered 09/09/25 14:60:75 in PDF Ex 4 Filer 836
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 836 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008156P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008163P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh 4 Affidavit 837

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 837 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 008169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008171P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit 4 Filed Page 838
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 838 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008206P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008212P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008219P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Page 839

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 839 of 1525
US First Class Mail
Exhibit Pages

| 008225P001-1435A-598 | 008226P001-1435A-598 | 008227P001-1435A-598 | 008228P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008229P001-1435A-598 | 008231P001-1435A-598 | 008232P001-1435A-598 | 008233P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008234P001-1435A-598 | 008235P001-1435A-598 | 008236P001-1435A-598 | 008237P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008238P001-1435A-598 | 008239P001-1435A-598 | 008240P001-1435A-598 | 008241P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008242P001-1435A-598 | 008243P001-1435A-598 | 008244P001-1435A-598 | 008245P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008246P001-1435A-598 | 008247P001-1435A-598 | 008248P001-1435A-598 | 008249P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008250P001-1435A-598 | 008251P002-1435A-598 | 008252P001-1435A-598 | 008253P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exh 4 Affidavit 840
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 840 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 008282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008287P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008296P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit Page 842

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 842 of 1525
US First Class Mail
Exhibit Pages

Page # : 524 of 1204                                                    08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 008310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008311P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008318P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PR Ex 4 Ari gev 843
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 843 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008349P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008364P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 844 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 844 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008368P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008377P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008382P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008383P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PO Exh 4 Affida 845
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 845 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Service Exhibit A Page 846
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 846 of 1525
US First Class Mail
Exhibit Pages

008422P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008423P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008424P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008425P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008426P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008427P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008428P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008429P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008431P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008432P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008433P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008434P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008435P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008436P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008437P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008438P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008439P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008440P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008441P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008442P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008443P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008444P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008445P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008446P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008447P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008448P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008449P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008450P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825-4 Filed 09/02/25 Entered 09/02/25 14:60:75in PP Exa 4nt A Fdag 847
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 847 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 008451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008465P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Ex 4 - Affidavit of Service Regarding Solicitation Packages Page 848 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008494P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PB Ex 4 Filed 849
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 849 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 008535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008541P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008556P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 851
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 851 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008563P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008587P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Ex 4 Affidavit Page 852

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 852 of 1525
US First Class Mail
Exhibit Pages

008591P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008592P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008593P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008594P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008595P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008596P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008597P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008598P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008599P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008600P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008601P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008602P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008603P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008604P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008605P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008606P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008607P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008608P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008609P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008610P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008611P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008612P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008613P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008614P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008615P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008616P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008617P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008618P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4 Filed 853
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 853 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Affidavit 854
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 854 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008663P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008670P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exhibit 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 855 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008683P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008686P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008688P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008691P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit 856
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 856 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008728P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PB Ex  Ant 4 Filed 857
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 857 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008734P001-1435A-598 | 008735P001-1435A-598 | 008736P001-1435A-598 | 008737P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008738P002-1435A-598 | 008739P001-1435A-598 | 008740P001-1435A-598 | 008741P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008742P001-1435A-598 | 008743P001-1435A-598 | 008744P002-1435A-598 | 008745P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008746P001-1435A-598 | 008747P001-1435A-598 | 008748P001-1435A-598 | 008749P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008750P001-1435A-598 | 008751P001-1435A-598 | 008752P001-1435A-598 | 008753P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008754P001-1435A-598 | 008755P001-1435A-598 | 008756P001-1435A-598 | 008757P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008759P001-1435A-598 | 008760P001-1435A-598 | 008761P001-1435A-598 | 008762P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exh 4 Pg 858
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 858 of 1525
US First Class Mail

Exhibit Pages

| 008763P001-1435A-598 | 008764P001-1435A-598 | 008765P001-1435A-598 | 008766P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008767P001-1435A-598 | 008768P001-1435A-598 | 008769P001-1435A-598 | 008770P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008771P001-1435A-598 | 008773P001-1435A-598 | 008774P001-1435A-598 | 008775P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008776P001-1435A-598 | 008777P001-1435A-598 | 008778P001-1435A-598 | 008779P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008780P001-1435A-598 | 008781P001-1435A-598 | 008782P001-1435A-598 | 008783P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008784P001-1435A-598 | 008785P001-1435A-598 | 008786P001-1435A-598 | 008787P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008788P001-1435A-598 | 008789P001-1435A-598 | 008790P001-1435A-598 | 008791P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:54 Ex 4 Affidavit Page 859
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 859 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:06:05 Main Document Page 860
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 860 of 1525
US First Class Mail
Exhibit Pages

008820P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008821P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008822P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008823P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008824P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008825P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008826P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008827P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008828P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008829P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008830P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008831P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008832P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008833P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008834P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008835P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008836P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008837P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008838P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008839P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008840P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008841P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008842P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008843P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008844P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008845P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008846P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

008847P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 15:41:00 Main Document Page 861

The Roman Catholic Church of the Archdiocese of New Orleans
Affidavit of Service Regarding Solicitation Packages Page 861 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008849P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008868P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 008876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 Affidavit Page 863

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 863 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 008904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exn 4 Affidavit 864 of Service Regarding Solicitation Packages Page 864 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 008932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit 4 Filed 865
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 865 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008966P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008979P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008981P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:15 PD Exh 4 - Affidavit Page 866
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 866 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009001P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009004P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 th PP Exh 4 Affidavit Page 867
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 867 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009031P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/02/25 Entered 09/02/25 11:06:07 PDF Exh 4 Affidavit Page 868

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 868 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009045P001-1435A-598 | 009046P001-1435A-598 | 009047P001-1435A-598 | 009048P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009049P001-1435A-598 | 009050P001-1435A-598 | 009051P001-1435A-598 | 009052P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009053P001-1435A-598 | 009054P001-1435A-598 | 009055P001-1435A-598 | 009056P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009057P001-1435A-598 | 009058P001-1435A-598 | 009059P001-1435A-598 | 009060P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009061P001-1435A-598 | 009062P001-1435A-598 | 009063P001-1435A-598 | 009064P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009065P001-1435A-598 | 009066P001-1435A-598 | 009067P001-1435A-598 | 009068P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009069P001-1435A-598 | 009070P001-1435A-598 | 009071P001-1435A-598 | 009072P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex. 4 Filed i869
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 869 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009073P001-1435A-598 | 009074P001-1435A-598 | 009075P001-1435A-598 | 009076P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009077P001-1435A-598 | 009078P001-1435A-598 | 009079P001-1435A-598 | 009080P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009081P001-1435A-598 | 009082P001-1435A-598 | 009083P001-1435A-598 | 009084P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009085P001-1435A-598 | 009086P001-1435A-598 | 009087P001-1435A-598 | 009088P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009089P001-1435A-598 | 009090P001-1435A-598 | 009091P001-1435A-598 | 009092P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009093P001-1435A-598 | 009094P001-1435A-598 | 009095P001-1435A-598 | 009096P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009097P001-1435A-598 | 009098P001-1435A-598 | 009099P001-1435A-598 | 009100P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exh 4 Affidavit 870
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 870 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exit A1 Page 871
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 871 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009506P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-5 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 872 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 009516P001-1435A-598 | 009517P001-1435A-598 | 009518P001-1435A-598 | 009519P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009520P001-1435A-598 | 009521P001-1435A-598 | 009522P001-1435A-598 | 009523P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009524P001-1435A-598 | 009525P001-1435A-598 | 009526P001-1435A-598 | 009527P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009528P001-1435A-598 | 009529P001-1435A-598 | 009530P002-1435A-598 | 009531P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009532P001-1435A-598 | 009533P001-1435A-598 | 009534P001-1435A-598 | 009535P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009536P001-1435A-598 | 009537P001-1435A-598 | 009538P001-1435A-598 | 009539P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009540P001-1435A-598 | 009541P001-1435A-598 | 009542P001-1435A-598 | 009543P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex. 4 Affidavit Page 873

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 873 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 009544P001-1435A-598 | 009545P001-1435A-598 | 009546P001-1435A-598 | 009547P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009548P001-1435A-598 | 009549P001-1435A-598 | 009550P001-1435A-598 | 009551P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009552P001-1435A-598 | 009553P001-1435A-598 | 009554P001-1435A-598 | 009555P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009556P001-1435A-598 | 009557P001-1435A-598 | 009558P001-1435A-598 | 009559P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009560P001-1435A-598 | 009561P001-1435A-598 | 009562P001-1435A-598 | 009563P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009564P001-1435A-598 | 009565P001-1435A-598 | 009566P001-1435A-598 | 009567P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009568P001-1435A-598 | 009569P001-1435A-598 | 009570P001-1435A-598 | 009571P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:40:75 in PDF Exh 4 Pg 874
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 874 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PP Ex 4 Aff Page 875
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 875 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009604P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009616P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009626P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:45 in PDF Exhibit Art Affidavit Page 876
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 876 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 009628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009641P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009648P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 009651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 010065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 010121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 010517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Ex 4 Page 877
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 877 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 010840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/12/25 Entered 09/12/25 14:00:45 PP Exhibit A Page 878
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 878 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011125P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exn 4 Affile 879
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 879 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011161P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 011182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011183P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011198P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PDF Exn 4 t A Page 881

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 881 of 1525
US First Class Mail

Exhibit Pages

| 011210P001-1435A-598 | 011211P001-1435A-598 | 011212P001-1435A-598 | 011213P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011214P001-1435A-598 | 011215P001-1435A-598 | 011216P001-1435A-598 | 011217P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011218P001-1435A-598 | 011220P001-1435A-598 | 011221P001-1435A-598 | 011222P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011223P001-1435A-598 | 011224P001-1435A-598 | 011225P002-1435A-598 | 011226P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011227P001-1435A-598 | 011228P001-1435A-598 | 011229P001-1435A-598 | 011230P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011231P001-1435A-598 | 011232P001-1435A-598 | 011233P001-1435A-598 | 011234P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011235P001-1435A-598 | 011236P002-1435A-598 | 011237P001-1435A-598 | 011238P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 882
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 882 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

---

| | | | |
|---|---|---|---|
| 011239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011254P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Affidavit Page 883
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 883 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011276P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011285P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh Ait A Page 884
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 884 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 011298P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 4 Filed 885
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 885 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011337P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exhibit A Filed 886
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 886 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011363P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011369P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011376P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:15 in PP Exhibit A Page 887

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 887 of 1525
US First Class Mail
Exhibit Pages

Page # : 569 of 1204

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 011383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011387P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 888
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 888 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011416P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PDF Exh 4 it A Page 889
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 889 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011454P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 i Page 890
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 890 of 1525
US First Class Mail
Exhibit Pages

| 011468P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011469P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011470P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011471P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| --- | --- | --- | --- |
| 011472P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011473P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011474P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011475P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011476P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011477P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011478P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011479P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011480P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011481P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011482P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011483P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011484P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011485P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011486P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011487P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011488P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011489P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011490P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011491P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011493P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011494P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011495P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011497P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/05/25 Entered 09/05/25 14:00:75 in PD Exh 4nt A Fidevi 891
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 891 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 011498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011502P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011515P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011524P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exm 4 Affidavit 892
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 892 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 893 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 011554P001-1435A-598 | 011555P001-1435A-598 | 011556P001-1435A-598 | 011557P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011558P001-1435A-598 | 011559P001-1435A-598 | 011560P001-1435A-598 | 011561P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011562P001-1435A-598 | 011563P001-1435A-598 | 011564P001-1435A-598 | 011565P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011566P001-1435A-598 | 011567P001-1435A-598 | 011568P001-1435A-598 | 011569P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011570P001-1435A-598 | 011571P001-1435A-598 | 011572P001-1435A-598 | 011573P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011574P001-1435A-598 | 011575P001-1435A-598 | 011576P001-1435A-598 | 011577P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011578P001-1435A-598 | 011579P001-1435A-598 | 011580P001-1435A-598 | 011581P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 16:07:54 in PP Exhibit A Filed 894
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 894 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011584P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011600P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exh 4 Page 895

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 895 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011611P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011612P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011613P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011614P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011615P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011616P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011617P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011618P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011619P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011620P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011621P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011622P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011623P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011624P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011625P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011626P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011627P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011628P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011629P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011630P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011631P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011632P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011633P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011634P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011635P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011636P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011637P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011638P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:06:05 in PDF Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 896 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011666P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 897 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011677P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex 4 Page 898
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 898 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011713P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:06:05 Proof of Claim Affidavit Page 899
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 899 of 1525
US First Class Mail
Exhibit Pages

011724P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011725P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011726P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011727P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011728P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011729P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011730P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011731P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011732P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011733P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011734P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011735P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011736P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011737P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011738P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011739P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011740P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011741P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011742P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011743P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011744P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011745P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011746P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011747P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011748P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011749P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011750P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

011751P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Ex 4 Affidavit of Service Regarding Solicitation Packages Page 900 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011773P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit Page 901
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 901 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011781P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011782P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011783P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011784P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011785P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011786P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011787P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011788P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011789P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011790P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011791P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011792P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011793P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011794P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011795P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011796P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011797P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011798P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011799P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011800P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011801P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011803P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011804P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011805P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011806P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011807P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011808P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 011809P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4 Filed 902
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 902 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 011810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011812P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 011822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 Main Document Page 903
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages
of Service Regarding Solicitation Packages Page 903 of 1525

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 012562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exh 4 Ant A Filed 904
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 904 of 1525
US First Class Mail
**Exhibit Pages**

012593P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012594P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012595P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012596P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012597P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012598P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012599P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012600P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012601P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012602P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012603P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012604P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012605P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012606P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012607P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012608P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012609P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012610P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012611P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012612P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012613P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012614P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012615P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012616P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012619P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012620P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012621P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

012622P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PD Exn 4 Filer i 905
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 905 of 1525
US First Class Mail
Exhibit Pages

| 012623P001-1435A-598 | 012624P001-1435A-598 | 012625P001-1435A-598 | 012626P002-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012627P001-1435A-598 | 012628P001-1435A-598 | 012629P001-1435A-598 | 012630P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012631P001-1435A-598 | 012632P001-1435A-598 | 012633P001-1435A-598 | 012634P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012635P001-1435A-598 | 012636P001-1435A-598 | 012637P001-1435A-598 | 012638P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012639P001-1435A-598 | 012640P001-1435A-598 | 012641P001-1435A-598 | 012642P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012643P001-1435A-598 | 012644P001-1435A-598 | 012645P001-1435A-598 | 012646P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012647P001-1435A-598 | 012648P001-1435A-598 | 012649P001-1435A-598 | 012650P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4385 Filed 09/02/25 Entered 09/02/25 16:07:51 Main Document Page 906
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 906 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 012651P001-1435A-598 | 012652P001-1435A-598 | 012653P001-1435A-598 | 012654P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012655P001-1435A-598 | 012656P001-1435A-598 | 012657P001-1435A-598 | 012658P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012659P001-1435A-598 | 012660P001-1435A-598 | 012661P001-1435A-598 | 012662P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012663P001-1435A-598 | 012664P001-1435A-598 | 012665P001-1435A-598 | 012667P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012669P001-1435A-598 | 012670P001-1435A-598 | 012671P001-1435A-598 | 012672P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012673P001-1435A-598 | 012674P001-1435A-598 | 012675P001-1435A-598 | 012676P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012677P001-1435A-598 | 012678P001-1435A-598 | 012679P001-1435A-598 | 012680P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 Affidavit of Service Regarding Solicitation Packages Page 907 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012706P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-45 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exhibit Affidavit 908
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 908 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012715P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:60:75 in PDF Exhibit A Page 909
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 909 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:60:75 th PD Exh 4nt A Fider910
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 910 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 911 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012801P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
Affidavit of Service Regarding Solicitation Packages Page 912 of 1525
US First Class Mail
**Exhibit Pages**

Page # : 594 of 1204

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 012826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012833P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Claim Affidavit Page 913
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 913 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012857P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012871P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012876P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exh 4 Affidavit 914
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 914 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012906P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 915 of 1525
US First Class Mail
Exhibit Pages

| 012917P001-1435A-598 | 012918P001-1435A-598 | 012919P001-1435A-598 | 012920P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012921P001-1435A-598 | 012922P001-1435A-598 | 012923P001-1435A-598 | 012924P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012925P001-1435A-598 | 012926P001-1435A-598 | 012927P001-1435A-598 | 012928P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012929P001-1435A-598 | 012930P001-1435A-598 | 012931P001-1435A-598 | 012932P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012933P001-1435A-598 | 012934P001-1435A-598 | 012935P001-1435A-598 | 012936P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012937P001-1435A-598 | 012938P001-1435A-598 | 012939P001-1435A-598 | 012940P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012941P001-1435A-598 | 012942P001-1435A-598 | 012943P001-1435A-598 | 012944P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Filed 916
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 916 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012953P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012956P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 917
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 917 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012974P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825 Filed 09/02/25 Entered 09/02/25 16:07:51 Main Document Page 918
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 918 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013005P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013006P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013007P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013008P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013009P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013010P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013011P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013012P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013013P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013014P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013015P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013016P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013017P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013018P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013019P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013020P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013021P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013022P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013023P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013024P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013025P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013026P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013027P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013028P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013029P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013030P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013031P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 013032P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

| 013033P001-1435A-598 | 013034P001-1435A-598 | 013035P001-1435A-598 | 013036P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013037P001-1435A-598 | 013038P001-1435A-598 | 013039P001-1435A-598 | 013040P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013041P001-1435A-598 | 013042P001-1435A-598 | 013043P001-1435A-598 | 013044P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013045P001-1435A-598 | 013046P001-1435A-598 | 013047P001-1435A-598 | 013048P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013049P001-1435A-598 | 013050P001-1435A-598 | 013051P001-1435A-598 | 013052P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013053P002-1435A-598 | 013054P001-1435A-598 | 013055P001-1435A-598 | 013056P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013057P001-1435A-598 | 013058P001-1435A-598 | 013059P001-1435A-598 | 013060P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exh 4 t A Flage 920

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 920 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 013061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-41 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 921 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 013093P001-1435A-598 | 013094P001-1435A-598 | 013096P001-1435A-598 | 013097P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013098P001-1435A-598 | 013099P001-1435A-598 | 013100P001-1435A-598 | 013101P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013102P001-1435A-598 | 013103P001-1435A-598 | 013104P001-1435A-598 | 013105P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013106P001-1435A-598 | 013108P001-1435A-598 | 013109P001-1435A-598 | 013110P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013111P001-1435A-598 | 013112P001-1435A-598 | 013113P001-1435A-598 | 013114P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013115P001-1435A-598 | 013116P001-1435A-598 | 013117P001-1435A-598 | 013118P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013119P001-1435A-598 | 013120P001-1435A-598 | 013121P001-1435A-598 | 013122P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4323-45 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 922
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 922 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013123P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013139P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013151P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 15:41:00 Main Document Page 923
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 923 of 1525
US First Class Mail
Exhibit Pages

| 013152P001-1435A-598 | 013153P001-1435A-598 | 013154P001-1435A-598 | 013156P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013158P001-1435A-598 | 013159P001-1435A-598 | 013160P001-1435A-598 | 013161P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013162P001-1435A-598 | 013163P001-1435A-598 | 013164P001-1435A-598 | 013165P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013166P001-1435A-598 | 013167P001-1435A-598 | 013168P001-1435A-598 | 013169P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013170P001-1435A-598 | 013171P001-1435A-598 | 013172P001-1435A-598 | 013173P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013174P001-1435A-598 | 013175P001-1435A-598 | 013176P001-1435A-598 | 013177P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013178P001-1435A-598 | 013179P001-1435A-598 | 013180P001-1435A-598 | 013181P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 11:00:45 in PD Exhibit A Page 924
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 924 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 925
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 925 of 1525
US First Class Mail
Exhibit Pages

| 013212P001-1435A-598 | 013213P001-1435A-598 | 013214P001-1435A-598 | 013215P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013216P001-1435A-598 | 013217P001-1435A-598 | 013218P001-1435A-598 | 013219P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013220P001-1435A-598 | 013221P001-1435A-598 | 013222P001-1435A-598 | 013223P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013224P001-1435A-598 | 013225P001-1435A-598 | 013226P001-1435A-598 | 013227P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013228P001-1435A-598 | 013229P001-1435A-598 | 013230P001-1435A-598 | 013231P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013232P001-1435A-598 | 013233P001-1435A-598 | 013234P001-1435A-598 | 013235P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013236P001-1435A-598 | 013237P001-1435A-598 | 013238P001-1435A-598 | 013240P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

of Service Regarding Solicitation Packages Page 926 of 1525

US First Class Mail

**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 013241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/10/25 Entered 09/10/25 15:00:05 in PDF Exhibit A Page 927
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 927 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exh 4 Affidavit 928
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 928 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 929
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 929 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 013332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:00:05 Proof of Service Regarding Solicitation Packages Page 930 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

Exhibit Pages

Page # : 612 of 1204

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 014157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:15 PD Exh 4 Affidavit

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 931 of 1525
US First Class Mail
Exhibit Pages

014186P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014187P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014188P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014189P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014190P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014191P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014192P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014193P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014194P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014195P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014196P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014197P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014198P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014199P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014200P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014201P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014202P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014203P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014204P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014205P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014206P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014207P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014208P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014209P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014210P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014211P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014212P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014213P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

The Roman Catholic Church of the Archdiocese of New Orleans

of Service Regarding Solicitation Packages Page 932 of 1525

US First Class Mail

**Exhibit Pages**

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 014214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014240P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PP Ex 4 Flg i933
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 933 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014242P001-1435A-598 | 014243P001-1435A-598 | 014244P001-1435A-598 | 014245P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014246P002-1435A-598 | 014247P001-1435A-598 | 014248P001-1435A-598 | 014249P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014251P001-1435A-598 | 014252P001-1435A-598 | 014253P001-1435A-598 | 014254P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014255P001-1435A-598 | 014256P001-1435A-598 | 014257P001-1435A-598 | 014258P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014259P001-1435A-598 | 014260P001-1435A-598 | 014261P001-1435A-598 | 014262P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014263P001-1435A-598 | 014264P001-1435A-598 | 014265P001-1435A-598 | 014266P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014267P001-1435A-598 | 014268P001-1435A-598 | 014269P001-1435A-598 | 014270P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-41 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Exh 4 Filed 934

The Roman Catholic Church of the Archdiocese of New Orleans
Service Regarding Solicitation Packages Page 934 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014280P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 935 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 014299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014302P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014320P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Filed 936
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 936 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4 Filed 937
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 937 of 1525
US First Class Mail
Exhibit Pages

| 014358P002-1435A-598 | 014359P001-1435A-598 | 014360P001-1435A-598 | 014361P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014362P001-1435A-598 | 014363P001-1435A-598 | 014365P002-1435A-598 | 014366P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014367P002-1435A-598 | 014368P001-1435A-598 | 014369P001-1435A-598 | 014370P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014371P001-1435A-598 | 014372P001-1435A-598 | 014373P001-1435A-598 | 014374P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014375P001-1435A-598 | 014376P001-1435A-598 | 014377P001-1435A-598 | 014378P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014379P001-1435A-598 | 014380P001-1435A-598 | 014381P001-1435A-598 | 014382P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014383P001-1435A-598 | 014384P001-1435A-598 | 014385P001-1435A-598 | 014386P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Exhibit A Page 938
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 938 of 1525
US First Class Mail
Exhibit Pages

014387P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014388P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014389P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014390P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014391P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014392P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014393P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014394P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014395P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014396P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014397P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014398P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014399P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014400P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014401P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014402P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014403P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014404P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014405P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014406P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014407P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014408P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014409P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014410P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014411P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014412P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014413P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014414P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 939

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 939 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 014415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014423P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014436P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014439P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PDF Exhibit Affidavit of Service Regarding Solicitation Packages Page 940 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014459P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4632-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in Doc Exh Ant A Page 941
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 941 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014491P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-45 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 i Page 942
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 942 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 014499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014503P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014525P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:60:45 in PD Ex 4 Affidavit of Service Regarding Solicitation Packages Page 943 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014528P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014529P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014530P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014531P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014532P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014533P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014534P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014535P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014536P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014537P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014538P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014539P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014540P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014541P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014542P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014543P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014544P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014545P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014546P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014547P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014548P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014549P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014550P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014551P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014552P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014553P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014554P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014555P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Ex 4 Filer 944
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 944 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014566P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014569P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014579P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Exhibit A Page 945

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 945 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 014584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 946

The Roman Catholic Church of the Archdiocese of New Orleans
Certificate of Service Regarding Solicitation Packages Page 946 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014633P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 014641P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014652P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Ex 4 Affidavit
of Service Regarding Solicitation Packages Page 948 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014669P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014670P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014671P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014672P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014673P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014674P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014675P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014676P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014677P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014678P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014679P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014680P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014681P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014682P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014683P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014684P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014685P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014686P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014687P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014688P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014689P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014690P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014691P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014692P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014693P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014694P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014695P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014696P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 PP Exh 4 Page 949
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 949 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014697P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014698P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014699P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014700P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014701P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014702P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014703P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014704P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014705P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014706P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014707P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014708P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014709P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014710P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014711P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014712P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014713P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014714P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014715P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014716P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014717P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014718P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014719P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014720P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014721P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014722P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014723P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 014724P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 950
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 950 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 014725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014732P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014747P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PP Ex 4 Filed 951
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 951 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PD Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 952 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 953 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 014811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014825P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 Affidavit Filed 954
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 954 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-5 Filed 09/09/25 Entered 09/09/25 14:06:45 PB Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 955 of 1525
US First Class Mail
**Exhibit Pages**

014867P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014868P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014869P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014870P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014871P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014872P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014873P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014874P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014875P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014876P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014877P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014878P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014879P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014880P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014881P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014882P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014883P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014884P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014885P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014886P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014887P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014888P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014889P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014890P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014891P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014892P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014893P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014894P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4835-41 Filed 09/09/25 Entered 09/09/25 14:00:45 in PD Ex 4 Affidavit 956
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 956 of 1525
US First Class Mail
Exhibit Pages

014895P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014896P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014897P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014898P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014899P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014900P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014901P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014902P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014903P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014904P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014905P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014906P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014907P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014908P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014909P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014910P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014911P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014912P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014913P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014914P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014915P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014916P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014917P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014918P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014919P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014920P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014921P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

014922P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Service Exhibit A Page 957

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 957 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 014923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014927P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014934P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PDF Ex 4 Affidavit of Service Regarding Solicitation Packages Page 958 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014954P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:60:45 in PDF Exhibit A Page 959

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 959 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 014996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/12/25 Entered 09/12/25 16:07:45 PD Ex 4 Filed 960
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 960 of 1525
US First Class Mail
Exhibit Pages

| 015008P001-1435A-598 | 015009P001-1435A-598 | 015010P001-1435A-598 | 015011P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015012P001-1435A-598 | 015013P001-1435A-598 | 015014P001-1435A-598 | 015015P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015016P001-1435A-598 | 015017P001-1435A-598 | 015018P002-1435A-598 | 015019P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015020P001-1435A-598 | 015021P001-1435A-598 | 015022P001-1435A-598 | 015023P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015024P001-1435A-598 | 015025P001-1435A-598 | 015026P001-1435A-598 | 015027P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015028P001-1435A-598 | 015029P001-1435A-598 | 015030P001-1435A-598 | 015031P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015032P001-1435A-598 | 015033P001-1435A-598 | 015034P001-1435A-598 | 015035P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 961 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Exhibit A Page 962
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 962 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:00 PM

015064P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015065P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015066P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015067P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015068P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015069P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015070P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015071P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015072P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015073P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015074P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015075P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015076P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015079P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015080P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015081P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015082P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015083P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015084P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015085P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015086P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015087P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015088P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015089P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015090P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015091P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015092P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

015093P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4635-4 Filed 09/12/25 Entered 09/12/25 14:00:75 in PDF Exh 4 t Affidavit 963
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 963 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:60:45 in PDF Exh 4 Affidavit 964
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 964 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015147P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Exin 4 t A Filei 965
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 965 of 1525
US First Class Mail
Exhibit Pages

| 015150P001-1435A-598 | 015151P001-1435A-598 | 015152P001-1435A-598 | 015153P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015154P001-1435A-598 | 015155P001-1435A-598 | 015156P001-1435A-598 | 015157P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015158P001-1435A-598 | 015159P001-1435A-598 | 015161P001-1435A-598 | 015162P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015163P001-1435A-598 | 015164P001-1435A-598 | 015165P001-1435A-598 | 015166P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015167P001-1435A-598 | 015168P001-1435A-598 | 015169P001-1435A-598 | 015170P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015171P001-1435A-598 | 015172P001-1435A-598 | 015173P001-1435A-598 | 015174P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015175P001-1435A-598 | 015176P001-1435A-598 | 015177P001-1435A-598 | 015178P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Exhibit A Page 966

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 966 of 1525
US First Class Mail

Exhibit Pages

08/27/2025 05:46:00 PM

| | | | |
|---|---|---|---|
| 015179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-1 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Exh 4 t A Filev 967

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 967 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 015207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015210P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 968 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 968 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 015235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PPD Exhibit 4 Page 969
The Roman Catholic Church of the Archdiocese of New Orleans
Certificate of Service Regarding Solicitation Packages Page 969 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 015263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-45 Filed 09/02/25 Entered 09/02/25 14:00:75 in PP Ex 4n A Page 970
The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 970 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 015291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015295P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 015636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4235-5 Filed 09/09/25 Entered 09/09/25 14:00:45 in PB Exh 4 Affidavit 971
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 971 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016548P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325 Filed 09/09/25 Entered 09/09/25 14:00:15 Main Document Page 972

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 972 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 016571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016579P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:15 in PP Exn 4r A Page 973
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 973 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 016600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:45 Proof of Claim Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 974 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016655P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:05 Ex. 4 Affidavit Page 975
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 975 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016662P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 016685P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4625-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PDF Ex 4 Affidavit Page 977
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 977 of 1525
US First Class Mail
Exhibit Pages

016713P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016714P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016715P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016716P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016717P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016718P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016719P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016720P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016721P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016722P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016723P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016724P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016725P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016726P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016727P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016728P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016729P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016730P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016731P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016732P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016733P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016734P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016735P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016736P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016737P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016738P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016739P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

016740P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Proof of Service Regarding Solicitation Packages Page 978 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 660 of 1204                                                                08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 016742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PDF Exh 4 Affidavit of Service Regarding Solicitation Packages Page 979 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 016770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016773P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exhibit A Filed i980
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 980 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 016823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PB Exh 4 Affidavit of Service Regarding Solicitation Packages Page 981 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 016827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 016828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017348P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PD Exhibit A Page 982

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 982 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 017351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017352P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PP Exhibit 4 Filed in PP Page 983
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 983 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 PDF Exh Part Affidavit of Service Regarding Solicitation Packages Page 984 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017426P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4825-4 Filed 09/09/25 Entered 09/09/25 14:06:04 Proof of Claim Affidavit Page 985

The Roman Catholic Church of the Archdiocese of New Orleans,
of Service Regarding Solicitation Packages Page 985 of 1525
US First Class Mail
Exhibit Pages

017436P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017437P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017438P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017439P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017440P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017441P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017442P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017443P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017444P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017445P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017446P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017447P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017448P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017449P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017450P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017451P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017452P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017453P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017454P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017455P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017456P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017457P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017458P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017459P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017460P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017461P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017462P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017463P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4835-4 Filed 09/09/25 Entered 09/09/25 14:00:15 in PD Exhibit A Page 986

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 986 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 017464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017474P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 16:00:45 PD Ex 4 Filed 987
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting Packages Page 987 of 1525
US First Class Mail
Exhibit Pages

017492P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017493P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017494P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017495P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017496P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017497P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017498P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017499P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017500P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017501P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017502P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017503P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017504P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017505P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017506P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017507P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017508P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017509P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017510P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017511P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017512P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017513P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017514P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017515P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017516P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017517P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017518P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017519P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4325-4 Filed 09/09/25 Entered 09/09/25 14:00:45 in PP Exh 4 in Affidavit 988
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 988 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017536P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 16:07:15 PD Ex 4 Flag 989
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 989 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017572P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635 Filed 09/02/25 Entered 09/02/25 16:07:54 Main Document Filed 990

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 990 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017584P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:75 in PD Ex. 4 Affidavit 991
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 991 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 Main Document Page 992
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 992 of 1525
US First Class Mail
Exhibit Pages

| 017635P001-1435A-598 | 017636P001-1435A-598 | 017637P001-1435A-598 | 017638P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017639P001-1435A-598 | 017640P001-1435A-598 | 017641P001-1435A-598 | 017642P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017643P001-1435A-598 | 017644P001-1435A-598 | 017645P001-1435A-598 | 017646P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017647P001-1435A-598 | 017648P001-1435A-598 | 017649P001-1435A-598 | 017650P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017651P001-1435A-598 | 017652P001-1435A-598 | 017653P001-1435A-598 | 017654P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017655P001-1435A-598 | 017656P001-1435A-598 | 017657P001-1435A-598 | 017658P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017659P001-1435A-598 | 017660P001-1435A-598 | 017661P001-1435A-598 | 017663P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-5 Filed 09/02/25 Entered 09/02/25 14:00:45 PB Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 993 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017687P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 017693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017694P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017713P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4325-5 Filed 09/01/25 Entered 09/01/25 14:00:75 in PB Ex 4 Affidavit 995
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 995 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017725P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017739P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 017752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/02/25 Entered 09/02/25 14:00:45 in PDF Ex 4 Affidavit 997
of Service Regarding Solicitation Packages Page 997 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 017780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017796P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017808P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans

of Service Regarding Solicitation Packages Page 998 of 1525

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 017809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4635-4 Filed 09/09/25 Entered 09/09/25 14:00:75 in PP Ex 4 Affide 999
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 999 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 017866P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017867P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017868P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017869P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017870P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017871P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017872P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017873P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017874P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017875P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017876P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017877P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017878P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017879P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017880P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017881P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017882P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017883P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017884P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017885P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017886P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017887P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017888P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017889P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017890P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017891P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017892P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 017893P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:06:11 RP Exer4 - Affidavit 1001
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1001 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017907P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exet- Affidav1002
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1002 of 1525
US First Class Mail
Exhibit Pages

017922P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017923P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017924P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017925P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017926P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017927P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017928P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017929P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017930P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017931P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017932P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017933P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017934P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017935P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017936P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017937P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017938P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017939P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017940P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017941P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017942P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017943P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017944P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017945P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017946P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017947P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017948P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

017949P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

| | | | |
|---|---|---|---|
| 017950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017963P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017975P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 017977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3465-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exnat - Affidavit 1004
The Roman Catholic Church of the Archdiocese of New Orleans Document Filed - Page 1004
of Service Regarding Solicitation Packages Page 1004 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017978P001-1435A-598 | 017979P001-1435A-598 | 017980P001-1435A-598 | 017981P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017982P001-1435A-598 | 017983P001-1435A-598 | 017984P001-1435A-598 | 017985P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017986P001-1435A-598 | 017987P001-1435A-598 | 017988P001-1435A-598 | 017989P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017990P001-1435A-598 | 017992P001-1435A-598 | 017993P001-1435A-598 | 017994P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017995P001-1435A-598 | 017996P001-1435A-598 | 017997P001-1435A-598 | 017998P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 017999P001-1435A-598 | 018000P001-1435A-598 | 018001P001-1435A-598 | 018002P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018003P001-1435A-598 | 018004P001-1435A-598 | 018005P001-1435A-598 | 018006P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 04/25/25 Entered 04/25/25 17:51:14 RP Ex 4 - Affidavit 1005
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1005 of 1525
US First Class Mail
Exhibit Pages

018007P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018008P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018009P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018010P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018011P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018012P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018013P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018014P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018015P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018016P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018017P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018018P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018019P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018020P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018021P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018022P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018023P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018024P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018025P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018026P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018027P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018028P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018029P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018030P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018031P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018032P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018033P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018034P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exc-4 - Affidavit 1006
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1006 of 1525
US First Class Mail
Exhibit Pages

018035P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018036P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018037P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018038P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018039P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018040P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018041P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018042P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018043P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018044P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018045P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018046P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018047P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018048P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018049P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018050P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018051P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018052P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018053P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018054P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018056P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018057P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018058P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018059P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018060P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018061P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018062P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

018063P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 345-4 Filed 04/25/20 Entered 04/25/20 17:51:14 RP Ex 4 - Affidavit 1007
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1007 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 018064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018078P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018079P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018088P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:06:14 RP Exet - Affidavit of Service Regarding Solicitation Packages Page 1008 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 690 of 1204

| 018092P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018093P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018094P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018095P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
|---|---|---|---|
| 018096P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018097P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018098P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018099P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018100P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018101P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018102P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018103P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018104P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018105P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018107P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018108P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018109P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018110P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018111P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018112P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018113P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018114P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018115P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018116P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018117P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018118P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018119P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 018120P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:08:54 RP Exc 4 - Affidavit 1009
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1009 of 1525
US First Class Mail
Exhibit Pages

| 018121P001-1435A-598 | 018122P001-1435A-598 | 018123P001-1435A-598 | 018124P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018125P001-1435A-598 | 018126P001-1435A-598 | 018127P001-1435A-598 | 018128P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018129P001-1435A-598 | 018130P001-1435A-598 | 018131P001-1435A-598 | 018132P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018133P001-1435A-598 | 018134P001-1435A-598 | 018135P001-1435A-598 | 018136P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018137P001-1435A-598 | 018138P001-1435A-598 | 018140P001-1435A-598 | 018141P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018142P001-1435A-598 | 018143P001-1435A-598 | 018144P001-1435A-598 | 018145P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018146P001-1435A-598 | 018147P001-1435A-598 | 018148P001-1435A-598 | 018149P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Document 4236-4 Filed 09/02/25 Entered 09/02/25 17:57:14 RP Exc 4 - Affid 1010 of Service Regarding Solicitation Packages Page 1010 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 018150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018174P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 018178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018196P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08346-DABTE5 E-4 04/00/25 04/25 Entry-09/00/25 04/25 106 07:54 IRP Ex-4 - Affdev-1012
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1012 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 018208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018228P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exn 4 - Affidavit 1013
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1013 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 018238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 018250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 018252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08346-... Document ... Filed 09/09/25 ... RP Ex. 4 - Affidavit 1014
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1014 of 1525
US First Class Mail
Exhibit Pages

| 019018P001-1435A-598 | 019019P001-1435A-598 | 019020P001-1435A-598 | 019021P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019022P001-1435A-598 | 019023P001-1435A-598 | 019024P001-1435A-598 | 019025P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019026P001-1435A-598 | 019027P001-1435A-598 | 019028P001-1435A-598 | 019029P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019030P001-1435A-598 | 019031P001-1435A-598 | 019032P001-1435A-598 | 019033P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019034P001-1435A-598 | 019035P001-1435A-598 | 019036P001-1435A-598 | 019037P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019038P001-1435A-598 | 019039P001-1435A-598 | 019040P001-1435A-598 | 019041P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019042P001-1435A-598 | 019043P001-1435A-598 | 019044P001-1435A-598 | 019045P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-08468-46 D4836545-4 09/09/25 07/35 Entered 09/09/25 07:42:41 07:54 DTP Exxat- Affidavit 1015
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1015 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 04/01/25 Entered 04/01/25 16:07:54 RP Exh A - Affidavit of Service Regarding Solicitation Packages Page 1016 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

1016

| | | | |
|---|---|---|---|
| 019075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019081P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 16:07:54 RFC Exc 4 - Affidavit 1017
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1017 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-bk-10846 Doc 3845-4 Filed 04/25/25 Entered 04/25/25 07:54 RPC Exact Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1018 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4834-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Ex−4 Affidavit 1019
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1019 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019182P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 04/25/25 Entered 04/25/25 17:51:14 RP Ex 4 - Affidavit 1020
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1020 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019205P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1021 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Document 4835-4 09/00/25 04/25 Entered 09/00/25 04 06 07:54 PRC Exe 4 Affidavit of Service Regarding Solicitation Packages Page 1022 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019268P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019270P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-bk-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 07:54:18 RP Exh - Affidavit 1023
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1023 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019277P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019283P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:14 RP Ex> - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1024 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RCP Exc 4 - Affidavit
of Service Regarding Solicitation Packages Page 1025 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019339P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08464-D Document 436545-4 09/00/25 04/25/2025 Entry 09/00/25 04/25/2025 07:54 PC Exon 4 - Affidavit 1026
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1026 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019362P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019363P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019364P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019365P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019366P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019367P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019368P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019369P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019371P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019372P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019373P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019374P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019375P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019376P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019377P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019378P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019379P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019380P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019381P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019382P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019383P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019384P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019386P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019387P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019388P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019389P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019390P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019391P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 02/25/25 Entered 02/25/25 18:07:54 RP Ex−4 − Affidavit of Service Regarding Solicitation Packages Page 1027 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019392P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019393P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019394P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019395P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019396P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019397P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019398P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019399P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019400P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019401P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019402P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019403P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019404P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019405P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019406P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019407P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019408P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019409P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019410P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019411P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019412P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019413P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019414P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019415P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019416P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019417P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019418P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019419P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4343-4 Filed 09/02/25 Entered 09/02/25 14:08:07 RP Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1028 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 019421P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019422P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019423P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019424P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019425P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019426P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019427P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019428P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019429P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019430P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019431P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019432P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019433P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019434P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019435P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019436P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019437P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019438P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019439P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019440P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019441P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019442P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019443P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019444P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019445P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019446P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019447P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 019448P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 70-14 Filed 09/01/25 Page 1029 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1029 of 1525
US First Class Mail
Exhibit Pages

Page # : 711 of 1204
08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 019449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-18346 Case 2:20-18346 Doc 43565-4 09/00125 04/25 Entered 09/00 25 04 25 106 07 54 Title-1 DRC Exe-4t - Affidavit 1030
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1030 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019484P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 019801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 019937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020156P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 04/25/25 Entered 04/25/25 18:07:54 RP Ex. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1031 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020168P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 16:07:54 DP Ex. 4 - Affidavit 1032
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1032 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 020189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 4836-45 Filed 09/02/25 Entry Number 1 Ex A - Affidavit 1033
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1033 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020217P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020218P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020219P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020220P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020221P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020222P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020223P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020224P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020225P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020226P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020227P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020229P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020230P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020231P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020232P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020233P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020234P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020235P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020236P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020237P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020238P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020239P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020240P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020241P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020242P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020243P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020244P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020245P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08346-CJB-EJD Document 15-4 09/09/25 Exhibit - Affidavit 1034
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1034 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020246P001-1435A-598 | 020247P001-1435A-598 | 020248P001-1435A-598 | 020249P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020250P001-1435A-598 | 020251P001-1435A-598 | 020252P001-1435A-598 | 020253P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020254P001-1435A-598 | 020255P001-1435A-598 | 020256P001-1435A-598 | 020257P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020258P001-1435A-598 | 020259P001-1435A-598 | 020260P001-1435A-598 | 020261P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020262P001-1435A-598 | 020263P001-1435A-598 | 020264P001-1435A-598 | 020265P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020266P001-1435A-598 | 020267P001-1435A-598 | 020268P001-1435A-598 | 020269P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020270P001-1435A-598 | 020271P001-1435A-598 | 020272P001-1435A-598 | 020273P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/12/25 Entered 09/12/25 04:21:06 RP Ex…4 - Affidavit 1035
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1035 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 020274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Document 4835-4 Filed 12/25 Entered 09/12/04 25:43:07:54 Desc Exhibit Affidavit
Case 20-10846 Document 4835-4 Filed 09/12/25 Page 1036 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08346 ... Document ... Filed 09/09/22 ... Exhibit - Affidavit 1037
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1037 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| 020331P001-1435A-598 | 020332P001-1435A-598 | 020333P001-1435A-598 | 020334P002-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020335P001-1435A-598 | 020336P001-1435A-598 | 020337P001-1435A-598 | 020338P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020339P001-1435A-598 | 020340P001-1435A-598 | 020341P001-1435A-598 | 020342P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020343P001-1435A-598 | 020344P002-1435A-598 | 020345P001-1435A-598 | 020346P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020347P001-1435A-598 | 020348P001-1435A-598 | 020349P001-1435A-598 | 020350P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020351P001-1435A-598 | 020352P001-1435A-598 | 020353P001-1435A-598 | 020354P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020355P001-1435A-598 | 020356P001-1435A-598 | 020357P001-1435A-598 | 020358P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-08146846 d3836545-4 09/09/25 07/25 Entered 09/09/25 042 1406:07:14 DP Exch- Affidavit 1038
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1038 of 1525
US First Class Mail
Exhibit Pages

| 020359P001-1435A-598 | 020360P001-1435A-598 | 020361P001-1435A-598 | 020362P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020363P001-1435A-598 | 020364P001-1435A-598 | 020365P001-1435A-598 | 020366P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020367P001-1435A-598 | 020368P001-1435A-598 | 020369P001-1435A-598 | 020370P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020371P001-1435A-598 | 020372P001-1435A-598 | 020373P001-1435A-598 | 020374P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020375P001-1435A-598 | 020376P001-1435A-598 | 020377P001-1435A-598 | 020378P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020379P001-1435A-598 | 020380P001-1435A-598 | 020381P001-1435A-598 | 020382P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020383P001-1435A-598 | 020384P001-1435A-598 | 020385P001-1435A-598 | 020386P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:06:14 RP Exat - Affidavit 1039
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1039 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020413P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:08:01 RP Exh 4 - Affidavit 1040
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1040 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020415P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020416P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020417P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020418P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020419P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020420P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020421P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020422P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020423P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020424P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020425P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020426P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020427P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020428P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020429P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020430P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020431P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020432P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020433P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020434P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020435P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020436P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020437P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020438P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020439P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020441P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020442P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 020443P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 09/01/25 Entered 09/01/25 16:07:54 RP Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1041 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020452P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/09/25 Entered 09/09/25 14:08:54 RP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1042 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/12/25 Entered 04/12/25 07:54 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1043 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 020501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020516P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/01/25 Entered 09/01/25 14:08:07 RP Exreal Affidavit
of Service Regarding Soliciation Packages Page 1044 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/01/25 Entered 09/01/25 14:07:54 RP Exat - Affdavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1045 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020575P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 12:07:14 Desc Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1046 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 020594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 020595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3465-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RFC Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1047 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021709P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021729P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/12/25 Entered 09/12/25 14:06:54 RP Ex 4 - Affidavit of Service Regarding Solicitation Packages Page 1048 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021765P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021770P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 18:07:54 DRC Exh. 4 - Affidavit 1049
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1049 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021790P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-bk-10846 Doc 4836-4 Filed 09/05/25 Entered 09/05/25 07:54 RP Ex 4 - Affidavit 1050
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1050 of 1525
US First Class Mail
Exhibit Pages

| 021807P001-1435A-598 | 021808P002-1435A-598 | 021809P001-1435A-598 | 021810P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021811P001-1435A-598 | 021812P001-1435A-598 | 021813P001-1435A-598 | 021814P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021816P001-1435A-598 | 021817P001-1435A-598 | 021818P001-1435A-598 | 021819P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021820P001-1435A-598 | 021821P001-1435A-598 | 021822P001-1435A-598 | 021823P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021824P001-1435A-598 | 021825P001-1435A-598 | 021827P001-1435A-598 | 021828P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021829P001-1435A-598 | 021830P001-1435A-598 | 021831P001-1435A-598 | 021832P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021833P001-1435A-598 | 021834P001-1435A-598 | 021835P001-1435A-598 | 021836P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4364-5 Filed 09/12/25 Entered 09/12/25 14:06:54 RP Exc-4 Affidavit
of Service Regarding Solicitation Packages Page 1051 of 1525

Page # : 733 of 1204

08/27/2025 05:46:01 PM

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021842P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021859P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 021871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 17:07:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1053 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021907P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021923P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 18:07:14 RP Ex 4 - Affidavit of Service Regarding Solicitation Packages Page 1054 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 12:41:07 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1055 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021963P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021981P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3845-4 Filed 09/02/25 Entered 09/02/25 04:54:08 RP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1056 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021993P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 021996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 021999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1057 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022047P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 09/01/25 Entered 09/01/25 04:21:08 RP Exₐ 4 - Affidavit 1058
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1058 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 04/25/25 Entered 04/25/25 18:07:54 RP Exh-4 - Affidavit 1059
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1059 of 1525
US First Class Mail
Exhibit Pages

Page # : 741 of 1204                                                      08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 022088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exhibit - Affidavit of Service Regarding Solicitation Packages Page 1060 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022125P004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 022144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 022148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4838-4 Filed 09/02/25 Entered 09/02/25 14:36:01 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1061 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 022472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024115P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024123P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4565-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Ex: 4 - Affidavit 1062
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1062 of 1525
US First Class Mail
Exhibit Pages

| 024129P001-1435A-598 | 024130P001-1435A-598 | 024131P001-1435A-598 | 024132P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024133P001-1435A-598 | 024134P001-1435A-598 | 024135P001-1435A-598 | 024136P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024137P001-1435A-598 | 024138P001-1435A-598 | 024139P001-1435A-598 | 024140P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024141P001-1435A-598 | 024142P001-1435A-598 | 024143P001-1435A-598 | 024144P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024145P002-1435A-598 | 024146P001-1435A-598 | 024147P001-1435A-598 | 024148P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024149P002-1435A-598 | 024151P001-1435A-598 | 024152P001-1435A-598 | 024153P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024154P001-1435A-598 | 024155P001-1435A-598 | 024156P001-1435A-598 | 024157P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 024158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024170P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3655-4 Filed 09/02/25 Entered 09/02/25 17:07:54 DP Ex 4 - Affidavit 1064
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Page 1064
of Service Regarding Solicitation Packages Page 1064 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024187P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024192P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exon 4 - Affidavit 1065
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1065 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024221P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024239P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/05/25 Entered 09/05/25 14:07:54 RP Exc 4 - Affidavit 1066
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1066 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 024244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024251P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024259P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08046-DJP-EJD Document 25-4 Filed 09/02/25 Page 1067 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - RPC - Exel - Affidavit
of Service Regarding Solicitation Packages Page 1067 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024296P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:18:44 DRC Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Claim Ex 4 - Page 1068
of Service Regarding Solicitation Packages Page 1068 of 1525
US First Class Mail
Exhibit Pages

| 024301P001-1435A-598 | 024302P001-1435A-598 | 024303P002-1435A-598 | 024304P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024305P001-1435A-598 | 024306P001-1435A-598 | 024307P001-1435A-598 | 024308P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024309P001-1435A-598 | 024310P001-1435A-598 | 024311P001-1435A-598 | 024312P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024313P001-1435A-598 | 024314P001-1435A-598 | 024315P001-1435A-598 | 024316P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024317P001-1435A-598 | 024318P001-1435A-598 | 024319P001-1435A-598 | 024320P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024321P001-1435A-598 | 024322P001-1435A-598 | 024323P001-1435A-598 | 024324P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024325P001-1435A-598 | 024326P001-1435A-598 | 024327P001-1435A-598 | 024328P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4383-4 Filed 09/12/25 Entered 09/12/25 14:07:54 RP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1069 of 1525
US First Class Mail
Exhibit Pages

| 024329P001-1435A-598 | 024330P001-1435A-598 | 024331P001-1435A-598 | 024332P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024333P001-1435A-598 | 024334P001-1435A-598 | 024335P001-1435A-598 | 024336P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024337P001-1435A-598 | 024338P001-1435A-598 | 024339P001-1435A-598 | 024340P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024341P001-1435A-598 | 024342P001-1435A-598 | 024343P002-1435A-598 | 024345P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024346P001-1435A-598 | 024347P001-1435A-598 | 024348P001-1435A-598 | 024349P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024350P001-1435A-598 | 024351P002-1435A-598 | 024352P001-1435A-598 | 024353P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024354P001-1435A-598 | 024355P001-1435A-598 | 024356P001-1435A-598 | 024357P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 04/25 Entered 04/25 07:54 RP Exit Affidavit 1070
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1070 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exh4 Affidavit 1071
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1071 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024409P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Page 1072
of Service Regarding Solicitation Packages Page 1072 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024438P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

024445P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024446P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024447P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024448P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024449P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024450P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024451P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024452P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024453P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024454P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024455P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024456P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024457P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024458P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024459P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024460P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024461P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024462P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024463P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024464P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024465P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024466P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024467P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024468P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024469P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024470P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024471P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

024472P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4636-4 Filed 09/02/25 Entered 09/02/25 14:06:14 RP Exer 4 - Affidav 1074
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1074 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024485P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024499P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:51:14 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1075 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024510P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024518P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024521P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:14 RP Exe 4 - Affidavit 1076
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1076 of 1525
US First Class Mail
Exhibit Pages

Page # : 758 of 1204

08/27/2025 05:46:01 PM

| 024529P001-1435A-598 | 024530P001-1435A-598 | 024531P001-1435A-598 | 024532P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024533P001-1435A-598 | 024534P001-1435A-598 | 024535P001-1435A-598 | 024536P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024537P001-1435A-598 | 024538P001-1435A-598 | 024539P001-1435A-598 | 024540P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024541P001-1435A-598 | 024542P001-1435A-598 | 024543P001-1435A-598 | 024544P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024545P001-1435A-598 | 024546P001-1435A-598 | 024547P001-1435A-598 | 024548P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024549P001-1435A-598 | 024550P001-1435A-598 | 024551P001-1435A-598 | 024552P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024554P001-1435A-598 | 024555P001-1435A-598 | 024556P001-1435A-598 | 024557P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3365-4 Filed 09/02/25 Entered 09/02/25 10:07:54 RP Exnt - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1077 of 1525
US First Class Mail
Exhibit Pages

| 024558P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024559P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024560P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024561P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
|---|---|---|---|
| 024562P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024563P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024564P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024565P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024566P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024567P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024568P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024569P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024570P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024571P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024572P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024573P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024574P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024575P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024576P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024577P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024578P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024579P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024580P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024581P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024582P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024583P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024584P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024585P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3665-4 Filed 09/01/25 Entered 09/01/25 05:42:51 RJC Exhibit - Affidavit 1078
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1078 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024604P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 12/26/24 Entered 12/26/24 17:14 RP Exit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit 4 - Page 1079
of Service Regarding Solicitation Packages Page 1079 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024621P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Ex 4 - Affidavit of Service Regarding Solicitation Packages Page 1080 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024660P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024663P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3655-4 Filed 09/02/25 Entered 09/02/25 06:07:14 Desc ExA - Affidavit of Service Regarding Solicitation Packages Page 1081 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 763 of 1204

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 024670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 20-10846 Doc 4335-4 Filed 09/01/25 Entered 09/01/25 07:14:10 RPC Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1082 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024698P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024699P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024700P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024701P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024702P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024703P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024704P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024705P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024706P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024707P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024708P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024709P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024710P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024711P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024712P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024713P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024714P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024715P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024716P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024717P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024718P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024719P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024720P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024721P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024722P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024723P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024724P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 024725P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 14:37:14 RP Exc 4 - Affidavit 1083
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1083 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024726P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024727P003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024728P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024740P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-... Document ... Filed 09/01/25 ... Page 1084 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans et al - Affidavit
of Service Regarding Solicitation Packages Page 1084 of 1525
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 024754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024773P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024781P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 02/25/25 Entered 02/25/25 16:07:54 RP Ex4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Ex4 - Affidavit
of Service Regarding Solicitation Packages Page 1085 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024790P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024792P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024804P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024807P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08463-DJP-EJD Document 125-4 Filed 09/03/25 Page 1086 of 1525

Case 20-10846 Doc 4365-15 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exc 4 - Affidavit
of Service Regarding Solicitation Packages Page 1086 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 024812P001-1435A-598 | 024813P001-1435A-598 | 024814P001-1435A-598 | 024815P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024816P001-1435A-598 | 024817P001-1435A-598 | 024818P002-1435A-598 | 024819P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024820P001-1435A-598 | 024821P001-1435A-598 | 024822P001-1435A-598 | 024823P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024824P001-1435A-598 | 024825P001-1435A-598 | 024826P001-1435A-598 | 024827P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024828P001-1435A-598 | 024829P002-1435A-598 | 024830P001-1435A-598 | 024831P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024832P001-1435A-598 | 024833P001-1435A-598 | 024834P001-1435A-598 | 024835P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024836P001-1435A-598 | 024837P001-1435A-598 | 024838P002-1435A-598 | 024839P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:08:14 RP Exat - Affidavit 1087
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1087 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024850P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024853P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024860P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08106-DJP-EJD Doc. 1 Att. 4 Filed 04/25/25 Page 1088 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans Exh. 4 - Affidavit
of Service Regarding Solicitation Packages
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 14:06:01 RP Ex. 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Page 1089
of Service Regarding Solicitation Packages Page 1089 of 1525
US First Class Mail
Exhibit Pages

| 024896P001-1435A-598 | 024897P001-1435A-598 | 024898P001-1435A-598 | 024899P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024900P001-1435A-598 | 024901P001-1435A-598 | 024902P001-1435A-598 | 024903P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024904P002-1435A-598 | 024905P001-1435A-598 | 024906P001-1435A-598 | 024907P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024908P001-1435A-598 | 024909P001-1435A-598 | 024910P001-1435A-598 | 024911P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024912P001-1435A-598 | 024913P001-1435A-598 | 024914P002-1435A-598 | 024915P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024916P001-1435A-598 | 024917P001-1435A-598 | 024918P001-1435A-598 | 024919P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024920P001-1435A-598 | 024921P001-1435A-598 | 024922P001-1435A-598 | 024923P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:06:51 RR Exact Affidavit 1090
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1090 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024934P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024944P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08436 Document 1-4 Filed 09/01/25 Entered 09/01/25 05:46:01 RP Exhibit - Affidavit 1091
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1091 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| 024954P001-1435A-598 | 024955P001-1435A-598 | 024956P001-1435A-598 | 024957P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024958P001-1435A-598 | 024959P001-1435A-598 | 024960P001-1435A-598 | 024961P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024963P001-1435A-598 | 024964P001-1435A-598 | 024965P001-1435A-598 | 024966P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024967P001-1435A-598 | 024968P001-1435A-598 | 024969P001-1435A-598 | 024970P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024971P001-1435A-598 | 024972P001-1435A-598 | 024973P001-1435A-598 | 024974P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024975P001-1435A-598 | 024976P001-1435A-598 | 024977P001-1435A-598 | 024978P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024980P002-1435A-598 | 024981P001-1435A-598 | 024982P001-1435A-598 | 024983P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4364-5 Filed 09/02/25 Entered 09/02/25 14:06:14 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1092 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 024984P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024988P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 024999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/01/25 Entered 09/01/25 16:07:54 RP Ex* - Affidavit of Service Regarding Solicitation Packages Page 1093 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025015P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025034P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025039P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/09/25 Entered 09/09/25 14:07:54 RP Ex
of Service Regarding Solicitation Packages Page 1094 of 1525
Case 20-10846 Doc 3654-4 Filed 09/09/25 Entered 09/09/25 14:07:54 RP Ex 4 - Affidavit 1094

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| 025040P001-1435A-598 | 025041P001-1435A-598 | 025042P001-1435A-598 | 025043P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025044P001-1435A-598 | 025045P001-1435A-598 | 025046P001-1435A-598 | 025047P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025048P001-1435A-598 | 025049P001-1435A-598 | 025050P001-1435A-598 | 025051P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025052P001-1435A-598 | 025053P001-1435A-598 | 025054P001-1435A-598 | 025055P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025056P001-1435A-598 | 025057P001-1435A-598 | 025058P001-1435A-598 | 025059P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025060P001-1435A-598 | 025061P001-1435A-598 | 025062P001-1435A-598 | 025063P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025064P002-1435A-598 | 025065P001-1435A-598 | 025066P001-1435A-598 | 025067P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4643-4 Filed 04/25/25 Entered 04/25/25 18:07:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Page 1095
of Service Regarding Solicitation Packages Page 1095 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 025068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025073P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025084P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025088P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 04/25/25 Entered 04/25/25 16:07:54 Doc Exat - Affidavit 1096
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1096 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025096P001-1435A-598 | 025097P001-1435A-598 | 025098P001-1435A-598 | 025099P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025100P001-1435A-598 | 025101P001-1435A-598 | 025102P001-1435A-598 | 025103P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025104P001-1435A-598 | 025105P001-1435A-598 | 025106P001-1435A-598 | 025107P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025108P001-1435A-598 | 025109P001-1435A-598 | 025110P001-1435A-598 | 025111P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025112P001-1435A-598 | 025113P001-1435A-598 | 025114P001-1435A-598 | 025115P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025116P002-1435A-598 | 025117P001-1435A-598 | 025118P001-1435A-598 | 025119P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025120P001-1435A-598 | 025121P001-1435A-598 | 025122P001-1435A-598 | 025123P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 20-10846 Doc 4836-54 Filed 04/25/25 Entered 09/09/25 04:25:07 RP Ex. 4 - Affidav... Page 1097
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1097 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 025124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025127P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025142P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4834-5 Filed 09/12/25 Entered 09/12/25 04:21:07 RP Exc 4 - Affidavit 1098
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1098 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025159P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 04:21:08 DB Exhibit - Affidavit 1099
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1099 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025189P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3645-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exont Affidavit 1100
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1100 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 025236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/09/25 Entered 09/09/25 07:54 RP ExA4 - Affidavit 1102
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1102 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025267P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 2-1 Filed 09/01/25 Page 1103 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit of Service Regarding Solicitation Packages Page 1103 of 1525

US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 025293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4834-4 Filed 09/02/25 Entered 09/02/25 10:47:54 RP Exhibit - Affidavit 1104
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1104 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025323P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025330P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025333P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025345P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exel - Affidavit of Service Regarding Solicitation Packages Page 1105 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 787 of 1204

| | | | |
|---|---|---|---|
| 025349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025357P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4536-4 Filed 09/02/25 Entered 09/02/25 07:54 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1106 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025388P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025391P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025403P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025404P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 12:07:54 RP Exh. 4 - Affidavit 1107
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1107 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025411P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025412P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025427P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/01/25 Entered 09/01/25 04:21:01 RB Exit - Affidavit 1108
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1108 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025441P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 2836-4 Filed 09/02/25 Entered 09/02/25 05:47:54 RP Exs 4 - Affidavit 1109
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1109 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025489P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3845-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Ex? At - Affidavit 1110
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1110 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025513P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025519P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 20-10846 Doc 3654-5 Filed 09/01/25 Entered 09/01/25 14:07:54 Exhibit A - Affidavit 1111
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Filed 1111
of Service Regarding Solicitation Packages Page 1111 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 025520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025524P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025536P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 10:07:54 RPC Ex 4 - Affidavit 1112
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1112 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exec 4 - Affidavit 1113 of Service Regarding Solicitation Packages Page 1113 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025577P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025578P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025579P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025580P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025581P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025582P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025583P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025584P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025585P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025586P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025587P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025588P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025589P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025590P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025591P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025592P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025593P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025594P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025595P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025596P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025597P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025598P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025599P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025600P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025601P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025602P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025603P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025604P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exhibit - Affidavit 1114
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1114
of Service Regarding Solicitation Packages Page 1114 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025607P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025619P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025625P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-08466-26-1483654-54-6060125-04-24-50-1049012550425-00-01-54 Doc Exc-4t- Affiav1115
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1115 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025646P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025648P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:08-46026-1435A-598 4-1 09/00125 (14/05 5:18 09/00125/05 2514 07-14 Doc Exc at Affide-M 1116
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1116 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025674P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025681P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3854-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exc 4 - Affidavit 1117
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1117 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025710P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 05:12:11 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Flat
of Service Regarding Solicitation Packages Page 1118 of 1525
US First Class Mail
Exhibit Pages

| 025719P001-1435A-598 | 025720P001-1435A-598 | 025721P001-1435A-598 | 025722P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025723P001-1435A-598 | 025724P001-1435A-598 | 025725P001-1435A-598 | 025726P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025727P001-1435A-598 | 025728P001-1435A-598 | 025729P001-1435A-598 | 025730P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025731P001-1435A-598 | 025732P001-1435A-598 | 025733P001-1435A-598 | 025734P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025735P001-1435A-598 | 025736P001-1435A-598 | 025738P001-1435A-598 | 025739P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025740P001-1435A-598 | 025741P001-1435A-598 | 025742P001-1435A-598 | 025743P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025744P001-1435A-598 | 025745P001-1435A-598 | 025746P001-1435A-598 | 025747P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1119 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025752P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025765P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025766P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08440-CJB-KWR Document 1 Filed 09/01/25 Entered 09/01/25 07:54:06 Exec-4 Affidavit 1120
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1120 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025776P002-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025777P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025778P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025779P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025780P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025781P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025782P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025783P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025784P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025785P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025786P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025787P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025788P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025789P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025790P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025791P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025792P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025793P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025794P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025795P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025796P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025797P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025798P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025799P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025800P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025801P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025802P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 025803P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-10846-01 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Exhibit - Affidavit 1121
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1121 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025819P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025830P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3665-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exc-4 - Affidavit 1122
of Service Regarding Solicitation Packages Page 1122 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025833P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025844P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025848P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025857P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3365-4 Filed 09/01/25 Entered 09/01/25 16:07:54 DP Exc 4 - Affidavit 1123
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1123 of 1525
US First Class Mail
Exhibit Pages

025861P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025862P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025863P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025864P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025865P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025866P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025867P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025868P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025869P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025870P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025871P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025872P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025873P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025874P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025875P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025876P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025877P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025878P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025879P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025880P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025881P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025882P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025883P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025884P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025885P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025886P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025887P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

025888P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 2:20-18-0346-14 B3655-4 109-0012 EC 04/25 Entered 09/00/25 04/25 11:07:54 Desc Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1124
of Service Regarding Solicitation Packages Page 1124 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:24-cv-01408-MLCF-JVM Document 54-1 Filed 09/02/25 Page 1125 of 1525

Case 2:20-bk-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 18:07:54 DRP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1125 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 025917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025925P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3655-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exvt- AfTdav11126
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1126 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025970P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1127
of Service Regarding Solicitation Packages Page 1127 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 025975P001-1435A-598 | 025976P001-1435A-598 | 025977P001-1435A-598 | 025978P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025979P001-1435A-598 | 025980P001-1435A-598 | 025981P001-1435A-598 | 025982P002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025983P001-1435A-598 | 025984P001-1435A-598 | 025985P001-1435A-598 | 025986P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025987P001-1435A-598 | 025988P001-1435A-598 | 025989P001-1435A-598 | 025990P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025991P001-1435A-598 | 025992P001-1435A-598 | 025993P001-1435A-598 | 025994P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025995P001-1435A-598 | 025996P001-1435A-598 | 025997P001-1435A-598 | 025998P003-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025999P001-1435A-598 | 026000P001-1435A-598 | 026001P001-1435A-598 | 026002P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 026003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026005P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026012P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 4213-4 Filed 09/02/25 Page 1129 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1129 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026055P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 026059P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026060P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026061P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026062P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026063P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026064P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026065P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026066P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026067P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026068P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026069P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026070P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026071P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026072P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026073P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026074P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026075P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026076P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026077P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026082P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026083P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026084P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026085P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026086P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026087P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026088P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026089P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026090P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 2436-4 Filed 09/02/25 Entered 09/02/25 17:07:54 RP ExA Affidavit 1131
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1131 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exan 4 Affidavit 1132
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1132 of 1525
US First Class Mail
Exhibit Pages

026713P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026714P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026715P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026716P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026717P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026718P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026719P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026720P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026721P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026722P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026723P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026724P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026725P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026726P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026727P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026728P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026729P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026730P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026731P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026732P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026733P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026734P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026735P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026736P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026737P002-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026738P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026739P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

026740P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 3651-4 Filed 02/25/25 Entered 02/25/25 10:51:54 RP Exar - Affidavit 1133
of Service Regarding Solicitation Packages Page 1133 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026761P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3554-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exhibit - Affidavit 1134
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1134 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026769P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026770P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026771P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026772P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026773P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026774P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026775P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026776P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026777P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026778P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026779P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026780P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026781P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026782P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026783P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026784P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026785P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026786P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026787P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026788P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026789P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026790P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026791P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026792P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026793P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026794P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026795P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 026796P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 16:07:54 DRC Exact - Affidavit of Service Regarding Solicitation Packages Page 1135 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-1 Filed 09/02/25 Entered 09/02/25 17:07:54 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1136 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026830P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 2035-4 Filed 09/02/25 Entered 09/02/25 17:07:54 RP Exc 4 - Affidav it 1137
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1137 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026854P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026873P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3635-4 Filed 09/12/25 Entered 09/12/25 14:07:54 RFC Exhibit - Affidavit 1138
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1138 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026897P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-00846-... Case 3:20-bk-...Document... Filed 04/25/... Entered 09/09/... RP Ex. 4 - Affidavit 1139
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1139 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 026915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026924P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 10:54:14 RP Exh - Affidav
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1140 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exb 4 - Affidavit 1141
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1141 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 026975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 026998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027003P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 20-10846 Doc 4836-5 Doc 4697-1 Filed 07/25 Filed 09/09/21 Entered 09/09/21 16:07:14 RP Exit - Affidavit 1142 of Service Regarding Solicitation Packages Page 1142 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 027007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| --- | --- | --- | --- |
| 027011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exam - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1143 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 027038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 027062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 027095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029461P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029461S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029462P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3646-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exon Affidavit 1144
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1144
of Service Regarding Solicitation Packages Page 1144 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| 029462S001-1435A-598 | 029462S002-1435A-598 | 029462S003-1435A-598 | 029462S005-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029462S006-1435A-598 | 029462S007-1435A-598 | 029463P002-1435A-598 | 029463S001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029463S002-1435A-598 | 029464P001-1435A-598 | 029464S001-1435A-598 | 029464S002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029465P002-1435A-598 | 029465S001-1435A-598 | 029466P002-1435A-598 | 029466S002-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029467P002-1435A-598 | 029469P002-1435A-598 | 029469S001-1435A-598 | 029469S003-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029470P002-1435A-598 | 029470S001-1435A-598 | 029471P002-1435A-598 | 029471S001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029472P002-1435A-598 | 029472S001-1435A-598 | 029473P002-1435A-598 | 029473S001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1145
of Service Regarding Solicitation Packages Page 1145 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029473S003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029473S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029473S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029474P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029474S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029474S003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029474S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029474S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029475S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029475S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029475S003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029475S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029475S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029475S006-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029476P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029476S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029476S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029476S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029476S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029476S006-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029477P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029477S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029477S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029477S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029477S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029477S006-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029477S007-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 04/25/25 Entered 04/25/25 18:07:54 RP Exam - Affidavit of Service Regarding Solicitation Packages Page 1146 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029478S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029478S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029478S003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029478S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029478S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029478S006-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029479P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029479S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029479S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029479S003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029479S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029479S006-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029479S007-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029480P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029480S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029480S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029480S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029480S005-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029480S006-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029481P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029481S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 16:07:54 RP Exor 4 - Affidavit 1147

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1147 of 1525
US First Class Mail
Exhibit Pages

| 029756P001-1435A-598 | 029757P001-1435A-598 | 029758P001-1435A-598 | 029759P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029760P001-1435A-598 | 029761P001-1435A-598 | 029762P001-1435A-598 | 029896P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029896S001-1435A-598 | 029915P001-1435A-598 | 029942P001-1435A-598 | 029954P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 030676P001-1435A-598 | 031236P001-1435A-598 | 031237P001-1435A-598 | 031238P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031239P001-1435A-598 | 031240P001-1435A-598 | 031241P001-1435A-598 | 031242P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031243P001-1435A-598 | 031244P002-1435A-598 | 031245P001-1435A-598 | 031246P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031247P001-1435A-598 | 031248P001-1435A-598 | 031249P001-1435A-598 | 031250P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 031251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031504P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031514P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031516P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031518S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:06:51 RFC Exact - Affidavit of Service Regarding Solicitation Packages Page 1149 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 031623P001-1435A-598 | 031624P001-1435A-598 | 031625P001-1435A-598 | 031626P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031627P001-1435A-598 | 031628P001-1435A-598 | 031629P001-1435A-598 | 031630P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031631P001-1435A-598 | 031632P001-1435A-598 | 031633P001-1435A-598 | 031634P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031635P001-1435A-598 | 031636P001-1435A-598 | 031637P001-1435A-598 | 031638P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031639P001-1435A-598 | 031640P001-1435A-598 | 031641P001-1435A-598 | 031642P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031643P001-1435A-598 | 031644P001-1435A-598 | 031645P001-1435A-598 | 031646P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031647P001-1435A-598 | 031648P001-1435A-598 | 031649P001-1435A-598 | 031650P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:18:07 RP Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1150 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/02/25 Entered 04/02/25 16:07:54 RP Ex 4 - Affidavit 1151 of Service Regarding Solicitation Packages Page 1151 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031712S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031729S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031733P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031733S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738S001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738S002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031738S003-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738S004-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846-4836 EA 09/00/25 04/25/25 09/00/25 04/25/25 Entered 09/00/25 04/25/25 18:07:51 RP Exh 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1152 of 1525
US First Class Mail
Exhibit Pages

| 031747P001-1435A-598 | 031748P001-1435A-598 | 031750P001-1435A-598 | 031753P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031755P001-1435A-598 | 031756P001-1435A-598 | 031760P001-1435A-598 | 031761P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031762P001-1435A-598 | 031763P001-1435A-598 | 031764P001-1435A-598 | 031765P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031766P001-1435A-598 | 031767P001-1435A-598 | 031768P001-1435A-598 | 031769P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031770P001-1435A-598 | 031771P001-1435A-598 | 031772P001-1435A-598 | 031774P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031775P001-1435A-598 | 031776P001-1435A-598 | 031777P001-1435A-598 | 031779P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031780P001-1435A-598 | 031783P001-1435A-598 | 031784P001-1435A-598 | 031786P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3455-4 Filed 09/12/25 Entered 09/12/25 14:06:54 DRC Ex 4 Affidavit 1153
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1153 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08843 Doc 4836-4 09/09/25 Entered 09/09/25 06:27:07 RP Exh 4 - Affidavit 1154
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1154 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exh 4 - Affid 1155 of Service Regarding Solicitation Packages Page 1155 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 837 of 1204                                           08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 031848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031872P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031874P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031875P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 09/00/25 04/25 Entered 09/00/12 04/25 14 08:07:54 RP Exc 4 - Affidavit 1156
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1156 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 031876P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031877P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031878P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031879P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031880P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031881P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031882P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031883P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031884P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031885P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031886P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031887P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031888P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031889P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031890P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031891P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3653-4 Filed 04/25/25 Entered 04/25/25 17:51:14 DRC Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1157 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 14:07:54 RP Ex.4 - Affidavit 1158
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1158 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:54 DRC Ex 4 - Affidavit 1159
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1159 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037102P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037103P002-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-5 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Ex. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1160 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 842 of 1204

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 037127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846 Document 4236-4 Filed 04/25/25 Entire 04/25/25 06:07:54 RP Ex 4 - Affidavit 1161
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1161 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Document 4353-4 Filed 09/02/25 Entered 09/02/25 14:06:54 RP Exat - A Hide Vit1162
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1162 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08346-DGS-4-CCA Document 1061-54 RP Exet 4- Affidavit 1163
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1163 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/01/25 Entered 09/01/25 07:14 RP Exx 4 Affidavit 1164

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1164 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 17:07:54 RP Exat - A Affidavit 1165
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1165 of 1525
US First Class Mail
Exhibit Pages

| 037267P001-1435A-598 | 037268P001-1435A-598 | 037269P001-1435A-598 | 037270P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037271P001-1435A-598 | 037272P001-1435A-598 | 037273P001-1435A-598 | 037274P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037275P001-1435A-598 | 037276P001-1435A-598 | 037277P001-1435A-598 | 037278P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037279P001-1435A-598 | 037280P001-1435A-598 | 037281P001-1435A-598 | 037282P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037283P001-1435A-598 | 037284P001-1435A-598 | 037285P001-1435A-598 | 037286P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037287P001-1435A-598 | 037288P001-1435A-598 | 037289P001-1435A-598 | 037290P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037291P001-1435A-598 | 037292P001-1435A-598 | 037293P001-1435A-598 | 037294P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Exhibit 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1166 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1167 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 037351P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037352P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037353P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037354P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037355P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037356P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037357P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037358P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037359P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037360P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037361P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037362P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037363P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037364P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037365P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037366P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037367P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037368P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037369P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037370P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037371P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037372P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037373P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037374P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037375P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037376P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037377P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037378P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exh A - Affidavit
of Service Regarding Solicitation Packages Page 1169 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 851 of 1204

| | | | |
|---|---|---|---|
| 037379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exert - Affidavit 1170
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1170 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 037435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4659-4 Filed 09/12/25 Entered 09/12/25 14:06:14 DP Exc4t - Affidavit 1172

The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit of Service Regarding Solicitation Packages Page 1172 of 1525

US First Class Mail

Exhibit Pages

Page # : 854 of 1204

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 037463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 PP Exnot Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1173 of 1525
US First Class Mail
Exhibit Pages

037491P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037492P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037493P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037494P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037495P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037496P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037497P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037498P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037499P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037500P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037501P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037502P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037503P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037504P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037505P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037506P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037507P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037508P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037509P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037510P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037511P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037512P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037513P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037514P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037515P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037516P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037517P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037518P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4335-4 Filed 09/01/25 Entered 09/01/25 07:54:11 Desc Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1174 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 12/25 Entered 09/12/25 07:54 RP Exc 4 - Affidavit of Service Regarding Solicitation Packages Page 1175 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037547P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037548P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037549P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037550P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037551P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037552P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037553P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037554P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037555P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037556P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037557P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037558P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037559P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037560P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037561P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037562P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037563P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037564P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037565P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037566P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037567P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037568P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037569P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037570P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037571P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037572P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037573P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 037574P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exact-Affidavit 1176
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1176 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846 Document 435-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exh 4 - Affidavit 1177
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1177 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 02/25/25 Entered 02/25/25 16:07:54 DP Exc4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Page 1178
of Service Regarding Solicitation Packages Page 1178 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 17:07:54 RP Ex 4 - Affidavit 1179
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1179 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/12/25 Entered 09/12/25 16:07:54 RP Exat - A file M1180
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1180 of 1525
US First Class Mail
Exhibit Pages

| 037687P001-1435A-598 | 037688P001-1435A-598 | 037689P001-1435A-598 | 037690P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037691P001-1435A-598 | 037692P001-1435A-598 | 037693P001-1435A-598 | 037694P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037695P001-1435A-598 | 037696P001-1435A-598 | 037697P001-1435A-598 | 037698P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037699P001-1435A-598 | 037700P001-1435A-598 | 037701P001-1435A-598 | 037702P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037703P001-1435A-598 | 037704P001-1435A-598 | 037705P001-1435A-598 | 037706P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037707P001-1435A-598 | 037708P001-1435A-598 | 037709P001-1435A-598 | 037710P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037711P001-1435A-598 | 037712P001-1435A-598 | 037713P001-1435A-598 | 037714P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exc 4 - Affidav 1181
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1181 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4355-4 Filed 09/01/25 Entered 09/01/25 05:46:07 RP Exc 4 - Affidav t
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1182 of 1525
US First Class Mail
Exhibit Pages

037743P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037744P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037745P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037746P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037747P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037748P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037749P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037750P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037751P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037752P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037753P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037754P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037755P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037756P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037757P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037758P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037759P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037760P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037761P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037762P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037763P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037764P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037765P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037766P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037767P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037768P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037769P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

037770P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 3546-1 Filed 09/02/25 Entered 09/02/25 14:17:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1183 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:11:14 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1184 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:08- md-01846- DES-JVM Doc 645-4 Filed 09/01/25 Entered 09/01/25 14:08:07 RP Ex. 4 - Affid. M1185
The Roman Catholic Church of the Archdiocese of New Orleans Linx. 4 - Affid.
of Service Regarding Solicitation Packages Page 1185 of 1525
US First Class Mail
Exhibit Pages

| 037827P001-1435A-598 | 037828P001-1435A-598 | 037829P001-1435A-598 | 037830P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037831P001-1435A-598 | 037832P001-1435A-598 | 037833P001-1435A-598 | 037834P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037835P001-1435A-598 | 037836P001-1435A-598 | 037837P001-1435A-598 | 037838P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037839P001-1435A-598 | 037840P001-1435A-598 | 037841P001-1435A-598 | 037842P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037843P001-1435A-598 | 037844P001-1435A-598 | 037845P001-1435A-598 | 037846P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037847P001-1435A-598 | 037848P001-1435A-598 | 037849P001-1435A-598 | 037850P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037851P001-1435A-598 | 037852P001-1435A-598 | 037853P001-1435A-598 | 037854P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3365-4 Filed 09/01/25 Entered 09/01/25 04:21:06 Ex. 4 - Affidavit 1186
of Service Regarding Solicitation Packages Page 1186 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 037855P001-1435A-598 | 037856P001-1435A-598 | 037857P001-1435A-598 | 037858P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037859P001-1435A-598 | 037860P001-1435A-598 | 037861P001-1435A-598 | 037862P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037863P001-1435A-598 | 037864P001-1435A-598 | 037865P001-1435A-598 | 037866P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037867P001-1435A-598 | 037868P001-1435A-598 | 037869P001-1435A-598 | 037870P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037871P001-1435A-598 | 037872P001-1435A-598 | 037873P001-1435A-598 | 037874P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037875P001-1435A-598 | 037876P001-1435A-598 | 037877P001-1435A-598 | 037878P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037879P001-1435A-598 | 037880P001-1435A-598 | 037881P001-1435A-598 | 037882P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08146-DJP-KWR Document 4-11 Filed 09/09/25 Page 1187 of 1525

Case 2:20-cv-08146-DJP-KWR Document 4-11 Filed 09/09/25 Page 1187 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1187 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| 037883P001-1435A-598 | 037884P001-1435A-598 | 037885P001-1435A-598 | 037886P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037887P001-1435A-598 | 037888P001-1435A-598 | 037889P001-1435A-598 | 037890P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037891P001-1435A-598 | 037892P001-1435A-598 | 037893P001-1435A-598 | 037894P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037895P001-1435A-598 | 037896P001-1435A-598 | 037897P001-1435A-598 | 037898P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037899P001-1435A-598 | 037900P001-1435A-598 | 037901P001-1435A-598 | 037902P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037903P001-1435A-598 | 037904P001-1435A-598 | 037905P001-1435A-598 | 037906P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037907P001-1435A-598 | 037908P001-1435A-598 | 037909P001-1435A-598 | 037910P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 25 Filed 03/25/20 Page 1188 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit
of Service Regarding Solicitation Packages Page 1188 of 1525
US First Class Mail

Exhibit Pages

| 037911P001-1435A-598 | 037912P001-1435A-598 | 037913P001-1435A-598 | 037914P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037915P001-1435A-598 | 037916P001-1435A-598 | 037917P001-1435A-598 | 037918P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037919P001-1435A-598 | 037920P001-1435A-598 | 037921P001-1435A-598 | 037922P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037923P001-1435A-598 | 037924P001-1435A-598 | 037925P001-1435A-598 | 037926P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037927P001-1435A-598 | 037928P001-1435A-598 | 037929P001-1435A-598 | 037930P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037931P001-1435A-598 | 037932P001-1435A-598 | 037933P001-1435A-598 | 037934P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037935P001-1435A-598 | 037936P001-1435A-598 | 037937P001-1435A-598 | 037938P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exhibit - Affidavit 1189
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1189 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037939P001-1435A-598 | 037940P001-1435A-598 | 037941P001-1435A-598 | 037942P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037943P001-1435A-598 | 037944P001-1435A-598 | 037945P001-1435A-598 | 037946P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037947P001-1435A-598 | 037948P001-1435A-598 | 037949P001-1435A-598 | 037950P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037951P001-1435A-598 | 037952P001-1435A-598 | 037953P001-1435A-598 | 037954P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037955P001-1435A-598 | 037956P001-1435A-598 | 037957P001-1435A-598 | 037958P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037959P001-1435A-598 | 037960P001-1435A-598 | 037961P001-1435A-598 | 037962P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037963P001-1435A-598 | 037964P001-1435A-598 | 037965P001-1435A-598 | 037966P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exreit- Affidavit 1190
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1190 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037967P001-1435A-598 | 037968P001-1435A-598 | 037969P001-1435A-598 | 037970P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037971P001-1435A-598 | 037972P001-1435A-598 | 037973P001-1435A-598 | 037974P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037975P001-1435A-598 | 037976P001-1435A-598 | 037977P001-1435A-598 | 037978P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037979P001-1435A-598 | 037980P001-1435A-598 | 037981P001-1435A-598 | 037982P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037983P001-1435A-598 | 037984P001-1435A-598 | 037985P001-1435A-598 | 037986P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037987P001-1435A-598 | 037988P001-1435A-598 | 037989P001-1435A-598 | 037990P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037991P001-1435A-598 | 037992P001-1435A-598 | 037993P001-1435A-598 | 037994P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Ex-4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1191 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038004P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038005P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038006P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038008P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038009P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038010P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038011P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans, Document Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1192 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 09/01/25 Entered 09/01/25 12:41:07 DP Ex - 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1193
of Service Regarding Solicitation Packages Page 1193 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038051P001-1435A-598 | 038052P001-1435A-598 | 038053P001-1435A-598 | 038054P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038055P001-1435A-598 | 038056P001-1435A-598 | 038057P001-1435A-598 | 038058P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038059P001-1435A-598 | 038060P001-1435A-598 | 038061P001-1435A-598 | 038062P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038063P001-1435A-598 | 038064P001-1435A-598 | 038065P001-1435A-598 | 038066P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038067P001-1435A-598 | 038068P001-1435A-598 | 038069P001-1435A-598 | 038070P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038071P001-1435A-598 | 038072P001-1435A-598 | 038073P001-1435A-598 | 038074P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038075P001-1435A-598 | 038076P001-1435A-598 | 038077P001-1435A-598 | 038078P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:54 Exhibit - Affidavit 1194
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1194 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038079P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038080P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038081P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038082P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038083P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038084P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038085P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038086P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038087P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038088P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038089P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038090P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038091P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038092P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038093P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038094P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038095P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038096P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038097P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038098P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038099P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038100P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038101P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038102P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038103P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038104P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038105P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038106P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54:17 RP Exh 4 - Affidavit
of Service Regarding Solicitation Packages Page 1195 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 038107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:16:07 RP Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1196 of 1525
US First Class Mail
Exhibit Pages

Page # : 878 of 1204                                                                08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 038135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:08-cv-08340-DEW-JDC Document 4-1 Filed 09/02/25 Page 1197 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit
of Service Regarding Solicitation Packages Page 1197 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Ex, 4 - Affidavit 1198
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1198 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 038219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038236P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038237P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038238P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038240P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038241P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038242P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038243P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038244P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038245P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038246P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 07:54 RP Exh-4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit Page 1200
of Service Regarding Solicitation Packages Page 1200 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038247P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038248P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038249P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038250P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038251P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038252P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038253P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038255P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 17:14 RP Exh 4 - Affidavit 1201
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1201 of 1525
US First Class Mail
Exhibit Pages

| 038275P001-1435A-598 | 038276P001-1435A-598 | 038277P001-1435A-598 | 038278P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038279P001-1435A-598 | 038280P001-1435A-598 | 038281P001-1435A-598 | 038282P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038283P001-1435A-598 | 038284P001-1435A-598 | 038285P001-1435A-598 | 038286P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038287P001-1435A-598 | 038288P001-1435A-598 | 038289P001-1435A-598 | 038290P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038291P001-1435A-598 | 038292P001-1435A-598 | 038293P001-1435A-598 | 038294P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038295P001-1435A-598 | 038296P001-1435A-598 | 038297P001-1435A-598 | 038298P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038299P001-1435A-598 | 038300P001-1435A-598 | 038301P001-1435A-598 | 038302P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 16:07:14 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1202
of Service Regarding Solicitation Packages Page 1202 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 07:14 RP Ex 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1203 of 1525
US First Class Mail
Exhibit Pages

| 038331P001-1435A-598 | 038332P001-1435A-598 | 038333P001-1435A-598 | 038334P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038335P001-1435A-598 | 038336P001-1435A-598 | 038337P001-1435A-598 | 038338P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038339P001-1435A-598 | 038340P001-1435A-598 | 038341P001-1435A-598 | 038342P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038343P001-1435A-598 | 038344P001-1435A-598 | 038345P001-1435A-598 | 038346P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038347P001-1435A-598 | 038348P001-1435A-598 | 038349P001-1435A-598 | 038350P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038351P001-1435A-598 | 038352P001-1435A-598 | 038353P001-1435A-598 | 038354P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038355P001-1435A-598 | 038356P001-1435A-598 | 038357P001-1435A-598 | 038358P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3455-4 Filed 09/02/25 Entered 09/02/25 14:08:14 DRC Exc 4 - Affidavit 1204
of Service Regarding Solicitation Packages Page 1204 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1205 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038387P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038388P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038389P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038390P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038391P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038392P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038393P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038394P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038395P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038396P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038397P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038398P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038399P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038400P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038401P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038402P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038403P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038404P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038405P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038406P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038407P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038408P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038409P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038410P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038411P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038412P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038413P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038414P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4338-4 Filed 09/02/25 Entered 09/02/25 14:06:54 RP Exr 4 - Affid t 1206
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1206 of 1525
US First Class Mail
Exhibit Pages

| 038415P001-1435A-598 | 038416P001-1435A-598 | 038417P001-1435A-598 | 038418P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038419P001-1435A-598 | 038420P001-1435A-598 | 038421P001-1435A-598 | 038422P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038423P001-1435A-598 | 038424P001-1435A-598 | 038425P001-1435A-598 | 038426P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038427P001-1435A-598 | 038428P001-1435A-598 | 038429P001-1435A-598 | 038430P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038431P001-1435A-598 | 038432P001-1435A-598 | 038433P001-1435A-598 | 038434P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038435P001-1435A-598 | 038436P001-1435A-598 | 038437P001-1435A-598 | 038438P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038439P001-1435A-598 | 038440P001-1435A-598 | 038441P001-1435A-598 | 038442P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-08-bk-10846 Doc 3654-5 Filed 09/03/25 Entered 09/03/25 07:54 RP Exar4t Affidavit 1207
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1207 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 07:54 RP Exe-4 - Affidavit 1208
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1208 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exh. 4 - Affidavit 1209
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1209 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 07:54:13 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Page 1210
of Service Regarding Solicitation Packages Page 1210 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038527P001-1435A-598 | 038528P001-1435A-598 | 038529P001-1435A-598 | 038530P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038531P001-1435A-598 | 038532P001-1435A-598 | 038533P001-1435A-598 | 038534P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038535P001-1435A-598 | 038536P001-1435A-598 | 038537P001-1435A-598 | 038538P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038539P001-1435A-598 | 038540P001-1435A-598 | 038541P001-1435A-598 | 038542P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038543P001-1435A-598 | 038544P001-1435A-598 | 038545P001-1435A-598 | 038546P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038547P001-1435A-598 | 038548P001-1435A-598 | 038549P001-1435A-598 | 038550P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038551P001-1435A-598 | 038552P001-1435A-598 | 038553P001-1435A-598 | 038554P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-03846 Doc 3654-4 09/09/25 Entered 09/09/25 07:14 RP Exh Part 4 Affidavit 1211
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1211 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038555P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038556P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038557P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038558P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038559P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038560P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038561P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038562P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038563P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038564P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038565P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038566P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038567P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038568P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038569P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038570P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038571P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038572P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038573P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038574P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038575P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038576P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038577P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038578P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038579P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038580P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038581P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038582P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Claim 545-4 Part 25 Filed 09/01/25 Desc Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1212 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:08:54 RP Exel - Affidavit 1213
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1213 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3455-4 Filed 09/02/25 Entered 09/02/25 16:07:54 RP Exe 4 - Affidavit 1214
of Service Regarding Solicitation Packages Page 1214 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4354-1 Filed 09/02/25 Entered 09/02/25 07:54:08 RP Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1215 of 1525
US First Class Mail
Exhibit Pages

Page # : 897 of 1204                                                      08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 038667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4305-4 Filed 05/12/25 Entered 05/12/25 17:14:17 RP Exert Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans, Document Affidavit 1216
of Service Regarding Solicitation Packages Page 1216 of 1525
US First Class Mail
Exhibit Pages

| 038695P001-1435A-598 | 038696P001-1435A-598 | 038697P001-1435A-598 | 038698P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038699P001-1435A-598 | 038700P001-1435A-598 | 038701P001-1435A-598 | 038702P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038703P001-1435A-598 | 038704P001-1435A-598 | 038705P001-1435A-598 | 038706P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038707P001-1435A-598 | 038708P001-1435A-598 | 038709P001-1435A-598 | 038710P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038711P001-1435A-598 | 038712P001-1435A-598 | 038713P001-1435A-598 | 038714P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038715P001-1435A-598 | 038716P001-1435A-598 | 038717P001-1435A-598 | 038718P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038719P001-1435A-598 | 038720P001-1435A-598 | 038721P001-1435A-598 | 038722P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846 Document 4 Filed 09/25/25 Entered 09/25/25 07:51 RP Exat Affidavit 1217
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1217 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 14:18:54 DRC Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1218 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038751P001-1435A-598 | 038752P001-1435A-598 | 038753P001-1435A-598 | 038754P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038755P001-1435A-598 | 038756P001-1435A-598 | 038757P001-1435A-598 | 038758P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038759P001-1435A-598 | 038760P001-1435A-598 | 038761P001-1435A-598 | 038762P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038763P001-1435A-598 | 038764P001-1435A-598 | 038765P001-1435A-598 | 038766P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038767P001-1435A-598 | 038768P001-1435A-598 | 038769P001-1435A-598 | 038770P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038771P001-1435A-598 | 038772P001-1435A-598 | 038773P001-1435A-598 | 038774P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038775P001-1435A-598 | 038776P001-1435A-598 | 038777P001-1435A-598 | 038778P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08346-DJS Case 4:20-cv-04575 Doc 09/00/25 Entered 09/00/25 04:25:06 07:54 Doc Ex 4 - Affidavit 1219
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1219 of 1525
US First Class Mail
Exhibit Pages

| 038779P001-1435A-598 | 038780P001-1435A-598 | 038781P001-1435A-598 | 038782P001-1435A-598 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038783P001-1435A-598 | 038784P001-1435A-598 | 038785P001-1435A-598 | 038786P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038787P001-1435A-598 | 038788P001-1435A-598 | 038789P001-1435A-598 | 038790P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038791P001-1435A-598 | 038792P001-1435A-598 | 038793P001-1435A-598 | 038794P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038795P001-1435A-598 | 038796P001-1435A-598 | 038797P001-1435A-598 | 038798P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038799P001-1435A-598 | 038800P001-1435A-598 | 038801P001-1435A-598 | 038802P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038803P001-1435A-598 | 038804P001-1435A-598 | 038805P001-1435A-598 | 038806P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 038807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 12:07:54 RP Exhibit - Affidavit

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1221 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25 Entered 09/06/25 17:14 RP Exh 4 Affidavit
of Service Regarding Solicitation Packages Page 1222 of 1525
Case 20-10846 Document 4336-5 Filed 12/25 Entered 04/25/08:07:54 Desc Exhibit
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038863P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038864P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038865P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038867P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038868P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038869P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038870P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038871P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038872P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038873P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038874P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038875P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038876P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038877P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038878P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038879P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038880P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038881P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038882P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038883P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038884P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038885P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038886P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038887P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038888P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038889P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038890P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 038891P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4655-4 Filed 09/02/25 Entered 09/02/25 14:08:14 Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1223 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038892P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038893P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038894P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038895P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038896P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038897P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038898P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038899P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-5 Filed 09/02/25 Entered 09/02/25 14:06:54 RP Exc 4 - Affidavit 1224
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1224 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 038920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038928P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038929P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038930P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038932P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038933P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038934P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038935P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038936P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038937P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038938P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038939P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038940P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038941P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038942P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038943P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038944P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038945P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038946P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038947P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:24-cv-04346 Document 1-4 09/00/12504/25 Entered 09/00/12504/25/46:07:54 RP Exc 4-1 Affidavit 1225
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1225 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038948P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038949P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038950P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038951P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038952P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038953P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038954P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038955P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1226 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038984P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038987P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038988P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038989P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038990P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038991P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038992P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038993P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038994P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038995P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038996P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038997P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038998P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038999P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039000P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039001P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039002P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039003P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4683-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exoit Affidavit 1227
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1227 of 1525
US First Class Mail
Exhibit Pages

| 039004P001-1435A-598 | 039005P001-1435A-598 | 039006P001-1435A-598 | 039007P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039008P001-1435A-598 | 039009P001-1435A-598 | 039010P001-1435A-598 | 039011P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039012P001-1435A-598 | 039013P001-1435A-598 | 039014P001-1435A-598 | 039015P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039016P001-1435A-598 | 039017P001-1435A-598 | 039018P001-1435A-598 | 039019P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039020P001-1435A-598 | 039021P001-1435A-598 | 039022P001-1435A-598 | 039023P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039024P001-1435A-598 | 039025P001-1435A-598 | 039026P001-1435A-598 | 039027P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039028P001-1435A-598 | 039029P001-1435A-598 | 039030P001-1435A-598 | 039031P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-13846-14-834545-4-040012E-14-25-Entered 09/09/25 04:25:16-07:54 Desc Exh 4 - Affidavit 1228
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1228 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exc-4 Affidavit 1229
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1229 of 1525
US First Class Mail
Exhibit Pages

| 039060P001-1435A-598 | 039061P001-1435A-598 | 039062P001-1435A-598 | 039063P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039064P001-1435A-598 | 039065P001-1435A-598 | 039066P001-1435A-598 | 039067P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039068P001-1435A-598 | 039069P001-1435A-598 | 039070P001-1435A-598 | 039071P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039072P001-1435A-598 | 039073P001-1435A-598 | 039074P001-1435A-598 | 039075P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039076P001-1435A-598 | 039077P001-1435A-598 | 039078P001-1435A-598 | 039079P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039080P001-1435A-598 | 039081P001-1435A-598 | 039082P001-1435A-598 | 039083P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039084P001-1435A-598 | 039085P001-1435A-598 | 039086P001-1435A-598 | 039087P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:04:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1230 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 20-10846 Doc 4843-4 Filed 09/12/25 Entered 09/12/25 14:18:14 RP Exh 4 Affid Page 1231
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1231 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 14:06:51 RP Exc 4 - Affidavit 1232
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1232 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039152P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039153P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039154P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039155P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039156P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039157P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039158P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039159P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039160P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039161P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039162P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039163P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039164P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039165P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039166P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039167P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039168P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039169P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039170P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039171P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-03246-... The Roman Catholic Church of the Archdiocese of New Orleans... Document... RP Exent - Affidavit 1233
of Service Regarding Soliciting Packages Page 1233 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039172P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039173P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039174P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039175P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039176P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039177P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039178P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039179P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039180P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039181P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039182P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039183P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039184P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039185P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039186P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039187P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039188P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039189P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039190P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039191P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039192P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039193P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039194P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039195P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039196P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039197P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039198P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039199P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08046-DJS-MBN Document 1234 Filed 09/02/25 Page 1234 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit
of Service Regarding Solicitation Packages Page 1234 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039200P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039201P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039202P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039203P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039204P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039205P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039206P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039207P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08436-... Document ... Filed 09/09/... Page 1235 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1235 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039228P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039229P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039230P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039231P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039232P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039233P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039234P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039235P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039236P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039237P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039238P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039239P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039240P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039241P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039242P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039243P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039244P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039245P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039246P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039247P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039248P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039249P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039250P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039251P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039252P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039253P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039254P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 039255P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1236 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039256P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039257P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039258P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039259P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039260P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039262P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039263P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/01/25 Entered 09/01/25 14:07:54 RP Ex 4 - Affidavit of Service Regarding Solicitation Packages Page 1237 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 919 of 1204

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 039284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039292P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039295P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039296P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039299P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039300P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039305P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039306P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039308P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039309P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039310P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039311P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08846-DMJ-EFE 1-48 35-45-1-09/00/25 03/25 En 09/00/25 04/25 17:07:54 DP Exnent Affidav1238
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1238 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039314P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039315P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039316P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039317P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039318P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039319P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039320P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039321P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039325P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039326P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039327P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039328P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039329P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039330P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039331P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039332P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039333P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039335P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039336P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039337P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039338P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039339P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 465-4 Filed 04/25/25 Page 1239 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit of Service Regarding Solicitation Packages Page 1239 of 1525

US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 039340P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039341P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039342P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039345P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039346P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039347P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 039368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-bk-10846 Doc 4836-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exist Affid v1241
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1241 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exert Affidavit 1242
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1242 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 17:07:54 RP Exa-4- Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - A
of Service Regarding Soliciation Packages Page 1243 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1244 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039488P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039489P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039491P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039492P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039493P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039494P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039495P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039496P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039497P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039498P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039499P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039500P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039501P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039502P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039503P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039504P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039505P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039506P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 039508P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039509P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039510P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039511P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039512P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039513P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039514P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039515P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 17:07:54 DBP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1246 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:08-md-18046-DJW Case 1:20-cv-00125-CJW-MAR Document 1-4 Filed 09/01/25 Document 1-4 Filed 09/01/25 Page 1247 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1247 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 04/25/25 Entered 04/25/25 18:07:54 Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1248 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 930 of 1204

039592P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039593P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039594P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039595P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039596P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039597P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039598P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039599P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039600P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039601P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039602P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039603P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039604P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039605P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039606P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039607P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039608P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039609P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039610P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039611P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039612P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039613P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039614P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039615P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039616P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039617P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039618P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039619P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 3655-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exc 4 - Affid v1
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1249 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Ex. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1250 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 16:07:14 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans et al - Affidavit
of Service Regarding Solicitation Packages Page 1251 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-08466-46 Doc 38465-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exe-4 Affidavit 1252
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1252 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 17:04:14 Desc Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Document - Part 4 Page 1253
of Service Regarding Solicitation Packages Page 1253 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:01:54 DBF Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1254 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039775P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039776P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039777P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039778P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039779P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039780P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039781P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039782P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039783P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039784P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039785P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039786P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039787P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exc 4 Affidavit 1255
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1255 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 039788P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039789P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039790P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039791P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039792P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039793P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039794P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039795P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039796P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039797P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039798P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039799P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039800P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039801P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039802P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039803P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039804P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039805P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039806P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039807P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039808P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039809P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039810P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039811P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039812P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039813P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039814P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039815P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3465-4 Filed 07/25/25 Entered 07/25/25 07:54 RP Exc 4 - Affidavit 1256
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1256 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039816P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039817P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039818P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039819P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039820P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039821P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039822P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039823P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039824P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039825P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039826P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039827P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039828P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039829P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039830P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039831P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039832P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039834P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039835P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039836P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039837P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039838P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039839P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039840P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039841P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039842P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039843P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 4512-4 Filed 09/02/25 Page 1257 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1257 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039844P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039845P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039846P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039847P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039848P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039849P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039851P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039852P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039853P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039854P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039855P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039856P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039857P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039858P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039859P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039860P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039861P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039863P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039864P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039865P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039866P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039867P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039868P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039869P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039870P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08046-DAB Document 245-4 Filed 09/09/25 Entry 09/09/25 07:54 Page 1258
The Roman Catholic Church of the Archdiocese of New Orleans Exh. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1258 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| 039872P001-1435A-598 | 039873P001-1435A-598 | 039874P001-1435A-598 | 039875P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039876P001-1435A-598 | 039877P001-1435A-598 | 039878P001-1435A-598 | 039879P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039880P001-1435A-598 | 039881P001-1435A-598 | 039882P001-1435A-598 | 039883P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039884P001-1435A-598 | 039885P001-1435A-598 | 039886P001-1435A-598 | 039887P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039888P001-1435A-598 | 039889P001-1435A-598 | 039890P001-1435A-598 | 039891P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039892P001-1435A-598 | 039893P001-1435A-598 | 039894P001-1435A-598 | 039895P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039896P001-1435A-598 | 039897P001-1435A-598 | 039898P001-1435A-598 | 039899P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/12/25 Entered 09/12/25 04:21:07 RP Ex2 Aff - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Page 1259
of Service Regarding Solicitation Packages Page 1259 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:01 PM

| | | | |
|---|---|---|---|
| 039900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039901P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039902P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039903P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039904P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039905P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039906P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039907P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039908P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039909P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039910P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039911P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039912P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039913P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039914P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039915P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039916P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039917P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039918P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039919P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039922P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039923P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039924P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039925P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039926P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039927P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

039928P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039929P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039930P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039931P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039932P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039933P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039934P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039935P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039936P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039937P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039938P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039939P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039940P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039941P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039942P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039943P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039944P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039945P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039946P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039947P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039948P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039949P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039950P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039951P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039952P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039953P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039954P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

039955P001-1435A-598
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 3453-4 Filed 09/01/25 Entered 09/01/25 14:06:07 RP Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1261 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039956P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039957P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039961P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039962P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039963P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039964P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039965P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039966P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039967P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039968P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039969P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039970P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039971P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039972P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039973P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039974P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039975P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039976P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039977P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039978P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039979P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039980P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039981P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039982P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039983P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4364-5 Filed 09/09/25 Entered 09/09/25 17:07:54 DRC Exc-4 Affidavit 1262
of Service Regarding Solicitation Packages Page 1262 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 039984P001-1435A-598 | 039985P001-1435A-598 | 039986P001-1435A-598 | 039987P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039988P001-1435A-598 | 039989P001-1435A-598 | 039990P001-1435A-598 | 039991P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039992P001-1435A-598 | 039993P001-1435A-598 | 039994P001-1435A-598 | 039995P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039996P001-1435A-598 | 039997P001-1435A-598 | 039998P001-1435A-598 | 039999P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040000P001-1435A-598 | 040001P001-1435A-598 | 040002P001-1435A-598 | 040003P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040004P001-1435A-598 | 040005P001-1435A-598 | 040006P001-1435A-598 | 040007P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040008P001-1435A-598 | 040009P001-1435A-598 | 040010P001-1435A-598 | 040011P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:51 DRL Exhbit - Affidavit 1263
of Service Regarding Solicitation Packages Page 1263 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040012P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040013P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040014P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040015P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040016P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040017P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040018P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040019P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040020P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040021P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040022P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040023P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040024P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040025P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040026P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040027P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040028P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040031P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040032P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040033P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040034P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040035P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040036P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040037P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040038P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040039P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 040040P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040041P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040043P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040044P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040046P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040047P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040048P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040049P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040050P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040051P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040052P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040053P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040054P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040056P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040057P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040058P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040060P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040061P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040062P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040063P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040064P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040065P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040066P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040067P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 04/25/25 Entered 04/25/25 18:07:54 DRC Ex4 - Affidavit
of Service Regarding Solicitation Packages Page 1265 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 947 of 1204

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 040068P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040069P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040070P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040071P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040072P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040073P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040074P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040075P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040076P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040077P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040078P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040079P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040080P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040081P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040082P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040083P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040084P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040085P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040086P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040087P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040088P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040089P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040090P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040091P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040092P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040093P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040094P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040095P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RC Exh 4 - Affid 1266
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1266 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 040096P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040097P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040098P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040099P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040100P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040101P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040102P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040103P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040104P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040105P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040106P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040107P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040108P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040109P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040110P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040111P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040112P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040113P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040114P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040115P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040116P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040117P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040118P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040119P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040120P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040121P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040122P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040123P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08466-... Case 2:08-46346-... Doc 3465-5 ... Filed 09/02/25 ... Entered 09/02/25 04:25:07 ... RP Ex.4 - Affidavit 1267
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1267 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 040124P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040125P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040126P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040127P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040128P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040129P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040130P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040131P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040132P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040133P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040134P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040135P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040136P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040137P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040138P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040139P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040140P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040141P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040142P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040143P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040144P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040145P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040146P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040147P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040148P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040149P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040150P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040151P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4383-4 Filed 09/12/25 Entered 09/12/25 17:07:54 DRC Ex 4 - Affid't 1268
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciation Packages Page 1268 of 1525
US First Class Mail
Exhibit Pages

| 040152P001-1435A-598 | 040153P001-1435A-598 | 040154P001-1435A-598 | 040155P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040156P001-1435A-598 | 040157P001-1435A-598 | 040158P001-1435A-598 | 040159P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040160P001-1435A-598 | 040161P001-1435A-598 | 040162P001-1435A-598 | 040163P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040164P001-1435A-598 | 040165P001-1435A-598 | 040166P001-1435A-598 | 040167P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040168P001-1435A-598 | 040169P001-1435A-598 | 040170P001-1435A-598 | 040171P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040172P001-1435A-598 | 040173P001-1435A-598 | 040174P001-1435A-598 | 040175P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040176P001-1435A-598 | 040177P001-1435A-598 | 040178P001-1435A-598 | 040179P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 040180P001-1435A-598 | 040181P001-1435A-598 | 040182P001-1435A-598 | 040183P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040184P001-1435A-598 | 040185P001-1435A-598 | 040186P001-1435A-598 | 040187P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040188P001-1435A-598 | 040189P001-1435A-598 | 040190P001-1435A-598 | 040191P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040192P001-1435A-598 | 040193P001-1435A-598 | 040194P001-1435A-598 | 040195P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040196P001-1435A-598 | 040197P001-1435A-598 | 040198P001-1435A-598 | 040199P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040200P001-1435A-598 | 040201P001-1435A-598 | 040202P001-1435A-598 | 040203P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040204P001-1435A-598 | 040205P001-1435A-598 | 040206P001-1435A-598 | 040207P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1270 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040208P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040209P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040210P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040211P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040212P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040213P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040214P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040215P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040216P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040219P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040220P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040221P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040222P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040223P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040228P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040229P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040232P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040233P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040234P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040235P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Claim 4 Part 4 Filed 03/25 Entered 03/25 Page 1271
Case 20-10846 Doc 3655-4 Filed 04/15/25 Entered 04/15/25 07:54 RP Exet - Affidavit 1271
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1271 of 1525
US First Class Mail
Exhibit Pages

| 040236P001-1435A-598 | 040237P001-1435A-598 | 040238P001-1435A-598 | 040239P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040240P001-1435A-598 | 040241P001-1435A-598 | 040242P001-1435A-598 | 040243P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040244P001-1435A-598 | 040245P001-1435A-598 | 040246P001-1435A-598 | 040247P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040248P001-1435A-598 | 040249P001-1435A-598 | 040250P001-1435A-598 | 040251P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040252P001-1435A-598 | 040253P001-1435A-598 | 040254P001-1435A-598 | 040255P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040256P001-1435A-598 | 040257P001-1435A-598 | 040258P001-1435A-598 | 040259P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040260P001-1435A-598 | 040261P001-1435A-598 | 040262P001-1435A-598 | 040263P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4355-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Ex 4 - Affidavit of Service Regarding Solicitation Packages Page 1272 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 040264P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040265P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040266P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040267P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040269P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040270P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040271P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040272P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040273P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040275P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040276P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040277P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040278P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040279P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040280P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040281P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040282P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040283P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040284P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040286P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040287P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040288P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040289P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040290P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040291P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4835-4 Filed 09/12/25 Entered 09/12/25 16:07:14 RP Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1273 of 1525
US First Class Mail
Exhibit Pages

| 040292P001-1435A-598 | 040293P001-1435A-598 | 040294P001-1435A-598 | 040295P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040296P001-1435A-598 | 040297P001-1435A-598 | 040298P001-1435A-598 | 040299P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040300P001-1435A-598 | 040301P001-1435A-598 | 040302P001-1435A-598 | 040303P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040304P001-1435A-598 | 040305P001-1435A-598 | 040306P001-1435A-598 | 040307P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040308P001-1435A-598 | 040309P001-1435A-598 | 040310P001-1435A-598 | 040311P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040312P001-1435A-598 | 040313P001-1435A-598 | 040314P001-1435A-598 | 040315P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040316P001-1435A-598 | 040317P001-1435A-598 | 040318P001-1435A-598 | 040319P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-08846-DADt-34355-2-lg1-1 94002250 02/25-Ent094000125-045254-08-07-514 DRcent-Affdaev1274
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1274 of 1525
US First Class Mail
Exhibit Pages

| 040320P001-1435A-598 | 040321P001-1435A-598 | 040322P001-1435A-598 | 040323P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040324P001-1435A-598 | 040325P001-1435A-598 | 040326P001-1435A-598 | 040327P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040328P001-1435A-598 | 040329P001-1435A-598 | 040330P001-1435A-598 | 040331P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040332P001-1435A-598 | 040333P001-1435A-598 | 040334P001-1435A-598 | 040335P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040336P001-1435A-598 | 040337P001-1435A-598 | 040338P001-1435A-598 | 040339P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040340P001-1435A-598 | 040341P001-1435A-598 | 040342P001-1435A-598 | 040343P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040344P001-1435A-598 | 040345P001-1435A-598 | 040346P001-1435A-598 | 040347P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exh - Affidavit 1275 of Service Regarding Solicitation Packages Page 1275 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| 040348P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040349P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040350P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040351P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040352P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040353P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040354P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040355P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040356P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040357P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040358P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040359P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040360P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040361P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040362P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040363P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040364P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040365P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040366P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040369P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040370P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040371P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040372P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040373P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040374P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040375P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP ExA - Affidavit 1276
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1276 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040379P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040381P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040382P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040383P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040384P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040385P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040386P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040387P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040388P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040389P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040390P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040391P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040392P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040393P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040394P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040395P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040396P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040399P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040400P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040401P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040402P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040403P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 040404P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040405P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040406P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040408P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040410P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040411P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040412P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040413P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040414P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040415P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040416P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040417P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040418P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040419P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040420P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040421P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040422P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040423P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040424P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040426P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040427P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040428P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040429P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040430P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040431P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exat - A file 1278
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1278 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040435P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040436P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040437P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040438P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040440P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040441P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040442P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040443P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040444P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040445P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040446P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040447P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040448P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040449P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040450P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040451P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040452P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040453P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040454P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040455P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040456P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040457P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040458P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040459P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 07:14:13 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Linx 4 - Affidavit
of Service Regarding Solicitation Packages Page 1279 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040460P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040461P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040462P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040463P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040464P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040465P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040466P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040467P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040468P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040469P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040470P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040471P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040472P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040473P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040474P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040475P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040476P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040477P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040478P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040479P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040480P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040481P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040482P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040483P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040484P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040485P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040486P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040487P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-20816 Document 1435A-1 Filed 04/25/25 Entered 04/25/25 16:07:54 RP Exc 4 - Affidavit 1280
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1280 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040488P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040489P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040490P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040491P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040492P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040493P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040494P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040495P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040496P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040497P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040498P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040499P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040500P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040501P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040502P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040503P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040504P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040505P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040506P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040507P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040508P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040509P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040510P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040511P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040512P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040513P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040514P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED | 040515P001-1435A-598 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-08146346-d4836545-4-09/09/25 03/25/21 09/09/25 042514807-54 Doc-Exee-4r Affidavit 1281
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Soliciting US Packages Page 1281 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040516P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040517P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040518P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040520P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040521P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040523P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040524P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040525P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040526P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040527P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040528P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040529P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040530P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040531P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040532P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040533P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040534P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040535P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040536P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040538P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040541P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040543P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846-CJB-DPC Document 4513-4 Filed 09/02/25 Entered 09/02/25 18:07:54 RP Exh - Affidavit 1282
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1282 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 040544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040546P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040547P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040549P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040550P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040551P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040552P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040553P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040554P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040555P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040556P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040557P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040558P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040559P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040561P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040562P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040566P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040567P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040568P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040569P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040570P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040571P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 2:20-cv-10846 Document 45-4 09/09/25 Entered 09/09/25 07:54 RP Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1283 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040572P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040573P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040574P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040575P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040576P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040577P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040578P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040579P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040580P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040581P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040582P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040583P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040584P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040585P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040586P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040587P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040588P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040589P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040590P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040592P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040593P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040594P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040595P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040596P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040599P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 2:21-cv-00312 Document 4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exist Affidavit 1284
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1284 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 040600P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040601P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040602P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040603P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040604P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040605P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040606P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040607P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040608P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040609P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040610P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040611P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040612P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040613P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040614P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040615P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040616P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040617P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040618P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040619P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040620P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040621P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040623P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040624P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040625P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040626P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040627P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exit 4 - Affid 1285
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1285 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040628P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040629P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040630P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040631P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040632P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040633P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040634P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040636P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040637P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040638P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040639P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040640P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040641P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040642P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040643P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040644P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040645P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040646P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040647P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040648P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040649P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040650P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040652P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040653P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040654P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040655P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exext Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1286 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040656P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040660P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040661P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040662P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040663P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040664P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040666P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040667P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040668P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040670P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040671P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040672P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040673P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040674P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040675P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040676P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040677P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040678P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040679P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040680P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040681P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040682P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040683P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 07:54 RP Exe-4 - Affidavit 1287
of Service Regarding Solicitation Packages Page 1287 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040685P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040686P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040687P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040688P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040689P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040690P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040691P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040692P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040693P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040694P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040695P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040696P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040697P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040698P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040699P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040700P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040701P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040702P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040703P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040704P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040705P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040706P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040707P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040708P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040709P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040710P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040711P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4365-4 Filed 09/09/25 Entered 09/09/25 16:07:54 RFC Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1288 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040712P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040713P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040714P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040715P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040716P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040717P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040718P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040719P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040720P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040721P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040722P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040723P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040724P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040725P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040726P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040727P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040728P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040729P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040730P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040731P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040732P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040733P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040734P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040735P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040736P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040737P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040738P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040739P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4336-4 Filed 09/12/25 Entered 09/12/25 04:21:06 RP Exh4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Page 1289
of Service Regarding Solicitation Packages Page 1289 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040740P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040741P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040742P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040743P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040744P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040745P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040746P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040747P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040748P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040749P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040750P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040751P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040752P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040753P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040754P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040755P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040756P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040757P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040758P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040759P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040760P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040761P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040762P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040763P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040764P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040765P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040766P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040767P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:08:07 RP Exert Affidavit 1290
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1290 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 040768P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040769P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040770P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040771P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040772P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040773P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040774P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040833P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040850P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040862P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040871P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040873P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040900P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040920P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040921P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040931P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040958P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040959P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040960P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040985P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040986P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041007P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041029P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041030P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041042P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041045P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041055P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041059P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Document 4365-4 09/02/25 Entered 09/02/25 16:07:14 RP Exort 4 Affidavit 1291
Case 20-10846 Doc 4835-4 Filed 04/25 Entered 09/02/25 16:07:14 Desc Exhibit - A Page 1291
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1291 of 1525
US First Class Mail
Exhibit Pages

| 041065P001-1435A-598 | 041068P001-1435A-598 | 041070P001-1435A-598 | 041071P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041106P001-1435A-598 | 041107P001-1435A-598 | 041108P001-1435A-598 | 041109P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041111P001-1435A-598 | 041115P001-1435A-598 | 041120P001-1435A-598 | 041121P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041122P001-1435A-598 | 041124P001-1435A-598 | 041149P001-1435A-598 | 041150P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041151P001-1435A-598 | 041152P001-1435A-598 | 041153P001-1435A-598 | 041155P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041156P001-1435A-598 | 041157P001-1435A-598 | 041194P001-1435A-598 | 041200P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041203P001-1435A-598 | 041211P001-1435A-598 | 041212P001-1435A-598 | 041216P001-1435A-598 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:54 RP Exh 4 - Affidavit 1292 of Service Regarding Solicitation Packages Page 1292 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041217P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041218P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041224P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041225P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041226P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041227P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041230P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041231P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041239P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041254P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041261P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041268P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041274P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041285P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041293P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041294P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041297P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041298P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041301P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041302P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041303P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041304P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041307P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041312P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041313P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041322P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041323P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041324P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 17:07:54 RP Exn-4 Affidavit 1293
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1293 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041334P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041343P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041344P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041367P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041368P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041376P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041377P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041378P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041380P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041397P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041398P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041407P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041409P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041425P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041432P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041433P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041434P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041439P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041490P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041507P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041519P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041522P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041537P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041539P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041540P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041542P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041544P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041545P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 3654-4 Filed 09/01/25 Entered 09/01/25 14:07:54 PP Exc-4 Affidavit 1294
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1294 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041548P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041560P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041563P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041564P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041565P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041591P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041597P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041598P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041622P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041635P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041651P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041657P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041658P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041659P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041665P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041669P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041684P001-1435A-598<br>NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

Case 20-10846 Doc 4336-4 Filed 09/09/25 Entered 09/09/25 14:07:54 RP Exh 4 - Affidavit 1295
of Service Regarding Solicitation Packages Page 1295 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 07:51:14 RR Exh 4 - Affidavit
of Service Regarding Solicitation Packages Page 1296 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4365-4 Filed 09/01/25 Entered 09/01/25 14:06:07 Doc Ex. 4 - Affidavit of Service Regarding Solicitation Packages Page 1297 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 3654-4 Filed 04/01/25 Entered 04/01/25 18:07:54 RP Exc 4 - Affidavit of Service Regarding Solicitation Packages Page 1298 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Case 20-10846 Doc 3365-4 Filed 03/25/25 Entered 03/25/25 07:54 RP Exx-4 - Affidavit 1300
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1300 of 1525
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1301 of 1525
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exs - Affidavit
of Service Regarding Solicitation Packages Page 1302 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4835-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exc4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1303 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Claim 21501-1 Part 5 Filed 09/01/25 Desc Exhibit - Affidavit 1304
Case 20-10846 Doc 3645-4 Filed 12/25/20 Entered 03/05/21 16:07:54 Exhibit Page 1304
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1304 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 3654-4 Filed 04/25/25 Entered 04/25/25 17:14 RRC Exc 4 - Aff dav 1305
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1305 of 1525
US First Class Mail
**Exhibit Pages**

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 3653-4 Filed 09/00/25 Entered 09/00/25 07:54 RP Exc 4t - A Page 1306
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1306 of 1525
US First Class Mail
Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 17:07:54 RP Exc4 - A Affidavit Page 1308
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1308 of 1525
US First Class Mail
Exhibit Pages

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4836-4 Filed 09/02/25 Entered 09/02/25 14:16:07 RRC Ex. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1309 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

009196P001-1435A-598
NANCY'S CORNER INC
1506 FORSHEY ST
METAIRIE LA 70001-6106

013831P001-1435A-598
NAPA
1638 AIRLINE HIGHWAY
KENNER LA 70062

023282P001-1435A-598
NAPA 501 CORP
PO BOX 840624
DALLAS TX 75284

021214P001-1435A-598
NAPA AUTO AND TRUCK PARTS
PO BOX 461
RESERVE LA 70084

012232P001-1435A-598
NAPA AUTO PARTS
1337 N COLLINS BLVD
COVINGTON LA 70433

013832P001-1435A-598
NAPA AUTO PARTS
PO BOX 848033
DALLAS TX 75284-8033

013833P001-1435A-598
NAQT
1521 W 69TH ST
SHAWNEE KS 66203

017124P001-1435A-598
NAQT
CHAD KUBICEK
11521 W 69TH ST
SHAWNEE KS 66203

009472P001-1435A-598
NASCO
PO BOX 901
FORT ATKINSON WI 53538-0901

009949P001-1435A-598
NASCO
901 JANESVILLE AVE
FORT ATKINSON WI 53538-0901

019877P001-1435A-598
NASH CONSTRUCTION CO
155 ROBERT ST
STE B
SLIDELL LA 70458

009247P001-1435A-598
NASH HEATING AND A/C
2929 JEFFERSON HWY
JEFFERSON LA 70121

041311P001-1435A-598
NASH HEATING AND A/C
2900 LAUSAT ST
METAIRIE LA 70001

009950P001-1435A-598
NASHVILLE CHEMICAL
P O BOX 90246
NASHVILE TN 37209

019878P001-1435A-598
NASHVILLE CHEMICAL
PO BOX 90246
NASHVILLE TN 37209

001764P001-1435A-598
NASHVILLE CHEMICAL AND EQUIPMENT CO INC
PO BOX 90246
NASHVILLE TN 37209

009230P001-1435A-598
NASHVILLE WRAPS
242 MOLLY WALTON DR
HENDERSONVILLE TN 37075-2154

012233P001-1435A-598
NASSP
PO BOX 3250
RESTON VA 20195-1250

013834P001-1435A-598
NASSP
PO BOX 417939
BOSTON MA 02241-7939

019879P001-1435A-598
NASSP NHS NJHS
PO BOX 417939
BOSTON MA 02241-7939

012234P001-1435A-598
NASSP/NASC
PO BOX 417939
BOSTON MA 02241-7939

Case 2:24-cv-04268 Document 12-5 Filed 09/09/25 Entry Number 41 Page 1311 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1311 of 1525
US First Class Mail
Exhibit Pages

Page # : 993 of 1204

08/27/2025 05:46:02 PM

017125P001-1435A-598
NASSP/NASC
PO BOX 3250
RESTON VA 20195-1250

016053P001-1435A-598
NASSP/NASC/NHS
PO BOX 417939
BOSTON MA 02241-7939

012235P001-1435A-598
NASSP/NHS
PO BOX 417939
BOSTON MA 02241-7939

013835P001-1435A-598
NASSP/NJHS
PO BOX 417939
BOSTON MA 02241-7939

021215P001-1435A-598
NASW
P O BOX 98272
WASHINGTON DC 20077-7343

027085P001-1435A-598
NATA CARPET CARE
133 RUE CHARLEMAGNE
SLIDELL LA 70461

021216P001-1435A-598
NATAL SWIM
2221 TRANSCONTINENTAL DR
STE E
METAIRIE LA 70002

001765P001-1435A-598
NATCHEZ MORICE DDS
12-A WESTBANK EXPWY
STE 200
GRETNA LA 70053

019880P001-1435A-598
NATCHITOCHES CENTRAL HIGH SCHOOL
200 HIGHWAY 3110 BYPASS N
NATCHITOCHES LA 71457

023283P001-1435A-598
NATHAN FISCHMAN MD LLC
3525 PRYTANIA ST STE 308
NEW ORLEANS LA 70115

023284P001-1435A-598
NATHAN H FISCHMAN MD LLC
3525 PRYTANIA ST STE 308
NEW ORLEANS LA 70115

019881P001-1435A-598
NATHANS RESTAURANT
36440 OLD BAYOU LIBERTY RD
SLIDELL LA 70460

010608P001-1435A-598
NATIONA FORENSIC L
8285 BRYAN DAIRY RD
STE 125
LARGO FL 33777

010609P001-1435A-598
NATIONAL ART EDUCATION ASSOCIATION
901 PRINCE ST
ALEXANDRIA VA 22314

012236P001-1435A-598
NATIONAL ART EDUCATION ASSOCIATION
PO BOX 1444
MERRIFIELD VA 22116

013836P001-1435A-598
NATIONAL ART EDUCATION ASSOCIATION
MEMBER SVC TEAM
901 PRINCE ST
ALEXANDRIA VA 22314

021217P001-1435A-598
NATIONAL ART EDUCATION ASSOCIATION
1916 ASSOCIATION DR
RESTON VA 20191-1590

013837P001-1435A-598
NATIONAL ART HONOR SOCIETY
1806 ROBERT FULTON DR
STE 300
RESTON VA 20191

010610P001-1435A-598
NATIONAL ART HONOR SOCIETY NAEA
901 PRINCE ST
ALEXANDRIA VA 22314

001766P001-1435A-598
NATIONAL ASSN OF PASTORAL MUSICIANS
PO BOX 224121
CHANTILLY VA 20153-4121

013838P001-1435A-598
NATIONAL ASSOCIATION FOR MUSIC EDUCATION
MEMBERSHIP
1806 ROBERT FULTON DR
RESTON VA 20191

018255P001-1435A-598
NATIONAL ASSOCIATION FOR MUSIC EDUCATORS
1806 ROBERT FULLTON DR
RESTON VA 20191

018730P001-1435A-598
NATIONAL ASSOCIATION OF
ELEMENTARY SCHOOL PRINCIPALS
16 AVE A
LEETSDALE PA 15056

018731P001-1435A-598
NATIONAL ASSOCIATION OF
SECONDARY PRINCIPALS - NASSP
PO BOX 417939
BOSTON MA 02241-7939

018729P001-1435A-598
NATIONAL ASSOCIATION OF BIOLOGY TEACHERS
PO BOX 791048
BALTIMORE MD 21279-1048

001767P001-1435A-598
NATIONAL ASSOCIATION OF BLACK
CATHOLIC ADMINISTRATORS
1322 AVE H
BIRMINGHAM AL 35218

001768P001-1435A-598
NATIONAL ASSOCIATION OF CATHOLIC CHAPLAINS
4915 S HOWELL AVE
MILWAUKEE WI 53207

001769P002-1435A-598
NATIONAL ASSOCIATION OF DIACONATE DIRECTORS
PMB 309
204 37TH AVE N
ST PETERSBURG FL 33704-1416

Case 20-10846-... Case 20-10846 ... Doc 3654-5 ... Filed 09/09/25 ... Entered 09/09/25 14:18:07 ... RP Exc 4 - Affidavit 1312
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1312 of 1525
US First Class Mail
Exhibit Pages

012237P001-1435A-598
NATIONAL ATHLETIC TRAINERS' ASSOCIATION
1620 VALWOOD PKWY STE 115
CARROLLTON TX 75006

010611P001-1435A-598
NATIONAL AWARDS INC
4705 HIGHWAY I-55
JACKSON MS 39206

017126P001-1435A-598
NATIONAL AWARDS, INC
4705 I-55 NORTH
JACKSON MS 39206

013839P001-1435A-598
NATIONAL BETA CLUB
151 BETA CLUB WAY
SPARTANBURG SC 29306-3012

019882P001-1435A-598
NATIONAL BREAST CANCER FOUNDATION
2600 NETWORK BLVD
STE 300
FRISCO TX 75034

016054P001-1435A-598
NATIONAL BUSINESS FURNITURE, LLC
770 SOUTH 70TH ST
MILWAUKEE WI 53214

010612P001-1435A-598
NATIONAL CAR RENTAL
600 RENTAL BLVD
KENNER LA 70062

041314P001-1435A-598
NATIONAL CATHLOIC EDUCATIONAL ASSOCIATION
200 NORTH GLEBE RD
STE 730
ARLINGTON VA 22203

001770P001-1435A-598
NATIONAL CATHOLIC BIOETHICS CENTER
PO BOX 228
BARRINGTON RI 02806-9902

019883P001-1435A-598
NATIONAL CATHOLIC EDUCATION ASSN
PO BOX 220101
CHANTILLY VA 20153-0101

021218P001-1435A-598
NATIONAL CATHOLIC EDUCATION ASSOCIATION
PO BOX 63221
CHARLOTTE NC 28263-3221

016055P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL
ASSOCIATION (NCEA)
PO BOX 63258
CHARLOTTE NC 28263-3258

001771P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSN
CONVENTION DATA SVC
7 TECHNOLOGY PK DR
BOURNE MA 02532

001772P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOC
1005 N GLEBE RD
STE 525
ARLINGTON VA 22201

001773P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOC
PO BOX 220101
CHANTILLY VA 20153-0101

041315P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOC
PO BOX 22101
CHANTILLY VA 20153

009951P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOCIATIO0
MEMBER SVC CENTER
PO BOX 63221
CHARLOTTE NC 28263-3221

009952P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOCIATIO1
MEMBER SVC CENTER
PO BOX 63258
CHARLOTTE NC 28263-3258

009150P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOCIATION
1077 30TH ST NW
STE 100
WASHINGTON DC 20007-3852

009953P001-1435A-598
NATIONAL CATHOLIC EDUCATIONAL ASSOCIATION
MEMBER SVC CENTER
PO BOX 63221
CHARLOTTE NC 28263-3221

016056P001-1435A-598
NATIONAL CATHOLIC FORENSIC LEAGUE
1028 MARTIN BEHRMAN WALK
METAIRIE LA 70005

001774P001-1435A-598
NATIONAL CATHOLIC REPORTER
115 EAST ARMOUR BLVD
KANSAS CITY MO 64111-1295

021219P001-1435A-598
NATIONAL CATHOLIC REPORTER
P O BOX 472
MT. MORRIS IL 61054-0472

019884P001-1435A-598
NATIONAL CENTER FOR CONST STUDIES
37777 W JUNIPER RD
MALTA ID 83342

010613P001-1435A-598
NATIONAL CHEERLEADERS ASS
640 SHILOH RD
PLANO TX 75074

013840P001-1435A-598
NATIONAL CHEERLEADERS ASSOCIATION
640 SHILOH RD
BLDG 2 STE 200
PLANO TX 75074

021221P001-1435A-598
NATIONAL CHEERLEADERS ASSOCIATION
2010 MERRITT DR
GARLAND TX 75041

001775P001-1435A-598
NATIONAL CINEMEDIA LLC
PO BOX 17491
DENVER CO 80217-0491

Case 2:08-cv-08396-... Case 2:08-cv-08396-... Document ... Filed ... Page 1313 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1313 of 1525
US First Class Mail
Exhibit Pages

012238P001-1435A-598
NATIONAL CONSTRUCTION RENTALS, INC
16207 ALDINE WESTFIELD RD
HOUSTON TX 77032

001776P001-1435A-598
NATIONAL CORROSION SVC INC
2210 JEFFERSON AVE
NEW ORLEANS LA 70115-6462

016058P001-1435A-598
NATIONAL COUNCIL FOR THE SOCIAL STUDIES
PO BOX 79078
BALTIMORE MD 21279-0078

018732P001-1435A-598
NATIONAL COUNCIL FOR THE SOCIAL STUTIES
MEMBERSHIP DEPT
PO BOX 79078
BALTIMORE MD 21298-8845

012239P001-1435A-598
NATIONAL COUNCIL OF TEACHERS OF ENGLISH
1111 W KENYON RD
URBANA IL 61801-1096

018733P001-1435A-598
NATIONAL COUNCIL OF TEACHERS OF MATHEMATI
PO BOX 75842
BALTIMORE MD 21298-8603

009954P001-1435A-598
NATIONAL D-DAY MUSEUM
600 CAMP ST
NEW ORLEANS LA 70130

017127P001-1435A-598
NATIONAL DANCE ALLIANCE
2010 MERRITT DR
GARLAND TX 75041

012240P001-1435A-598
NATIONAL DANCE TEAM CHAMPIONSHIP
PO BOX 752790
MEMPHIS TN 38175-2790

010614P001-1435A-598
NATIONAL ENGLISH HONOR SOCIETY
711 N 1ST ST
DEKALB IL 60115

001777P001-1435A-598
NATIONAL FEDERATION FOR CATHOLIC
YOUTH MINISTRY INC
415 MICHIGAN AVE NE
WASHINGTON DC 20017

021222P001-1435A-598
NATIONAL FENCE CORP
#4 SOMBRERO LANE
ST. ROSE LA 70087-3534

040790P001-1435A-598
NATIONAL FINANCIAL SERVICES LLC
PETER CLOSS
499 WASHINGTON BLVD.
JERSEY CITY NJ 07310

040791P001-1435A-598
NATIONAL FINANCIAL SERVICES LLC
JOANNE PADARATHSIGN
499 WASHINGTON BLVD
JERSEY CITY NJ 07310

040792P001-1435A-598
NATIONAL FINANCIAL SERVICES LLC
CORP ACTIONS
200 SEAPORT BOULEVARD, Z1B
BOSTON MA 02210

016059P001-1435A-598
NATIONAL GEOGRAPHIC
PO BOX 62130
TAMPA FL 33662-2130

009955P001-1435A-598
NATIONAL GEOGRAPHIC KIDS
PO BOX
TAMPA FL 33663

016060P001-1435A-598
NATIONAL GEOGRAPHIC LEARNING
10650 TOEBBEN DR
INDEPENDENCE KY 41051

018734P001-1435A-598
NATIONAL HIGH SCHOOL CHEERLEADING
CHAMPIONSHIPS
PO BOX 752790
MEMPHIS TN 38175

012241P001-1435A-598
NATIONAL HIGH SCHOOL CHEERLEADING CHAMPIO
PO BOX 752790
MEMPHIS TN 38175-2790

010615P001-1435A-598
NATIONAL HIGH SCHOOL FED
690 W WASHINGTON ST
INDIANAPOLIS IN 46204

026510P001-1435A-598
NATIONAL HISTORY BEE AND BOWL
PO BOX 875
TENAFLY NJ 07670

018735P001-1435A-598
NATIONAL HOMOR SOCIETY - JUNIOR HIGH SCHOOL
PO BOX 417939
BOSTON MA 02241-7939

018736P001-1435A-598
NATIONAL HONOR SOCIETY - HIGH SCHOOL
PO BOX 417939
BOSTON MA 02241-7939

018737P001-1435A-598
NATIONAL HS CHEERLEADING CHAMPIONSHIP
PO BOX 752790
MEMPHIS TN 38175-2790

012242P001-1435A-598
NATIONAL JUNIOR CLASSICAL LEAGUE
860 NW WASHINGTON BLVD
STE A
HAMILTON OH 45013

010616P001-1435A-598
NATIONAL KIDNEY FOUNDATION OF LOUISIANA
8200 HAMPSON ST # 425
NEW ORLEANS LA 70118

041675P001-1435A-598
NATIONAL MEAT AND PROVISION CO, INC
NATCO FOOD SVC
PO BOX 919241
DALLAS TX 75391-9241

Case 20-10846 Doc 4336 Filed 09/02/25 Entered 09/02/25 07:14:39 Exhibit 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1314 of 1525
US First Class Mail
Exhibit Pages

Page # : 996 of 1204                                                    08/27/2025 05:46:02 PM

009956P001-1435A-598
NATIONAL PEN CO
P O BOX 847203
DALLAS TX 75284

021223P001-1435A-598
NATIONAL PEN CO
DEPT 274501
PO BOX 55000
DETROIT MI 48255-2745

021224P001-1435A-598
NATIONAL READERBOARD SUPPLY
PO BOX 430
PONCHA SPRINGS CO 81242-0430

010618P001-1435A-598
NATIONAL RIGHT TO LIFE COMMITTEE
1446 DUKE ST
ALEXANDRIA VA 22314

009957P001-1435A-598
NATIONAL SCHOOL FORMS
16 MT EBO RD S
BREWSTER NY 10509

016061P001-1435A-598
NATIONAL SCIENCE TEACHERS ASSOCIATION
CONFERENCE DEPT
PO BOX 90214
WASHINGTON DC 20090-0214

023285P001-1435A-598
NATIONAL SEATING AND MOBILITY I
PO BOX 415000
NASHVILLE TN 37241

009379P001-1435A-598
NATIONAL SHRINE OF BLESSED
FRANCIS XAVIER SEELOS
919 JOSEPHINE ST
NEW ORLEANS LA 70130

001778P001-1435A-598
NATIONAL SHRINE OF OUR LADY OF PROMPT SUCCOR
2701 STATE ST
NEW ORLEANS LA 70118

013841P001-1435A-598
NATIONAL SPANISH EXAMINATIONS
PO BOX 2058
VALPARAISO IN 46384

017128P002-1435A-598
NATIONAL SPEECH AND DEBATE ASSOC
6600 WESTOWN PKWY STE 270
WEST DES MOINES IA 50266-7749

010619P002-1435A-598
NATIONAL SPEECH AND DEBATE ASSOCIATION
6600 WESTOWN PKWY STE 270
WEST DES MOINES IA 50266-7749

021225P001-1435A-598
NATIONAL SPORTS PRODUCTS
3441 S 11TH AVE
ELDRIDGE IA 52748

021226P001-1435A-598
NATIONAL THEATER FOR ARTS AND EDUACATION
6001 BROKEN SOUND PKWY NW
STE 402
BOCA RATON FL 33487

021227P001-1435A-598
NATIONAL THEATER OF THE PERFORMING ARTS
NATIONAL THEATER OF THE PERFOR
1175 POST RD EAST
WESTPORT CT 06880

010620P001-1435A-598
NATIONAL WORLD WAR II MUSEUM
945 MAGAZINE ST
NEW ORLEANS LA 70130

010621P001-1435A-598
NATIONAL WORLD WAR II MUSEUM GIFT SHOP
945 MAGAZINE ST
NEW ORLEANS LA 70130

017129P001-1435A-598
NATIONAL WWII MUSEUM
945 MAGAZINE ST
NEW ORLEANS LA 70130

010622P001-1435A-598
NATIONAL WWII TICKETS
945 MAGAZINE ST
NEW ORLEANS LA 70130

010623P003-1435A-598
NATIONAL YOUTH LEADERS
6715 MINNETONKA BLVD STE 202
MINNEAPOLIS MN 55426-3469

010624P001-1435A-598
NATIONL ENGLISH HONOR SOCIETY
711 N 1ST ST
DEKALB IL 60115

023286P001-1435A-598
NATIONWIDE LABORATORY
4805 NW 2ND AVE
BOCA RATON FL 33431

016062P001-1435A-598
NATIVES LANDSCAPE CORP
320 N THEARD ST
COVINGTON LA 70433

032378S001-1435A-598
NATIVITY-THE BLESSED VIRGIN
OUSEPH THEKKUMTHALA
PO BOX 98
PENELOPE TX 76676-0098

013842P001-1435A-598
NATL ASSOC FOR MUSIC EDUCTION
MEMBERSHIP
1806 ROBERT FULTON DR
RESTON VA 20191

018738P001-1435A-598
NATURE STATION WASTE SVC
PO BOX 1318
PEARL RIVER LA 70452

016063P001-1435A-598
NAVIANCE INC
PO BOX 504571
ST. LOUIS MO 63159-4571

Case 2:24-cv-04058-EEF-MBN Document 54 Filed 09/02/25 Page 1315 of 1525
Case 2:20-md-04058-CJB-DPC Doc 1315 Filed 09/02/25 Page 1315 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1315 of 1525
US First Class Mail
Exhibit Pages

012243P001-1435A-598
NAVIANCE, INC
PO BOX 504571
ST LOUIS MO 63150-4571

009958P001-1435A-598
NAVITAS CREDIT CORP
814 A1A NORTH
STE 205
PONTE VEDRA BEACH FL 32082

031095P001-1435A-598
NAZARETH II
DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70125

031096P001-1435A-598
NAZARETH MANOR
DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70125

016064P001-1435A-598
NBC LEARN
30 ROCKEFELLER PLZ
RM 2776E
NEW YORK NY 10112

001780P001-1435A-598
NBCCC
DEN JERRY LETT
3463 LIONSGATE CT
LITHONIA GA 30038

026511P001-1435A-598
NBHA YOUTH WORLD
725 BROAD ST
AUGUSTA GA 30901

010625P001-1435A-598
NCA
1211 W VINE ST # A
OPELOUSAS LA 70570

016065P001-1435A-598
NCA SUMMER CAMPS
PO BOX 660359
DALLAS TX 75266-0359

009959P001-1435A-598
NCCYM
PROGRESS IN PLANNING
6745 KINGERY HWY
WILLOWBROOK IL 60527

001781P001-1435A-598
NCDVD
440 W NECK RD
HUNTINGTON NY 11743

001782P001-1435A-598
NCEA
CONVENTION DATA SVC
7 TECHNOLOGY PK DR
BOURNE MA 02532

001783P001-1435A-598
NCEA
PO BOX 222432
CHANTILLY VA 20153-2432

001784P001-1435A-598
NCEA
PO BOX 222762
CHANTILLY VA 20153-2762

012244P001-1435A-598
NCEA
PO BOX 220101
CHANTILLY VA 20153

019885P001-1435A-598
NCEA
PO BOX 63221
STE 525
CHARLOTTE NC 28263-3221

010626P001-1435A-598
NCH SOFTWARE
6120 GREENWOOD PLZ BLVD
GREENWOOD VILLAGE CO 80111

001785P001-1435A-598
NCHLA
PO BOX 34116
WASHINGTON DC 20043

021228P001-1435A-598
NCO FINANCIAL SYSTEMS INC
PO BOX 15740
WILMINTON DE 19850-5740

001786P001-1435A-598
NCOD MEMBERSHIP
7202 BUCHANAN ST
LANDOVER HILLS MD 20784

001787P001-1435A-598
NCPD
415 MICHIGAN AVE NE STE 95
WASHINGTON DC 20017-4501

009184P001-1435A-598
NCS PEARSON INC
13036 COLLECTION CTR DR
CHICAGO IL 60693

012245P001-1435A-598
NCSS
PO BOX 79078
BALTIMORE MD 21279-0078

013843P001-1435A-598
NCTE
1111 WEST KENYON RD
URBANA IL 61801-1096

012246P001-1435A-598
NCTM
DRAWER A
RESTON VA 20191

017130P001-1435A-598
NCTM
1906 ASSOCIATION DR
RESTON VA 20191-1593

010627P001-1435A-598
NCTM REG 3
1904 ASSOCIATION DR
RESTON VA 20191

017131P001-1435A-598
NDA NATIONAL CHAMPIONSHIP
2010 MERRITT DR
GARLAND TX 75041

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Desc Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1316 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

009960P001-1435A-598
NDA SUMMER CAMPS
PO BOX 660359
DALLAS TX 75266-0359

016066P001-1435A-598
NDTC
PO BOX 752790
MEMPHIS TN 38175-2790

034318S001-1435A-598
NE DEPARTMENT CORRECTIONAL
ROBIN SPINDLER
PO BOX 94661
LINCOLN NE 68509-4661

013844P002-1435A-598
NEARPOD, INC
ACCUNTS RECEIVABLE
1822 GRIFFIN RD STE A290
DANIA BEACH FL 33004-2200

041316P001-1435A-598
NEC FINANCIAL SERVICES, LLC
250 PEHLE AVE
STE 203
SADDLE BROOK NJ 07663

012247P001-1435A-598
NECAISE TRUCK REPAIR
27018 TAG-A-LONG RD
LACOMBE LA 70445

012248P001-1435A-598
NEFF CO
24787 NETWORK PL
CHICAGO IL 60673

016067P001-1435A-598
NEFF CO
PO BOX 632286
CINCINNATI OH 45263-2286

010628P001-1435A-598
NEFFCO
PO BOX 992
148 EAST BROADWAY
OWATONNA MN 55060

012249P001-1435A-598
NEHS
NORTHERN ILLINOIS UNIVERSITY
DEPT OF ENGLISH
DEPARTMENT OF ENGLISH REAVIS HALL RM 215
DEKALB IL 60115

031013P001-1435A-598
NELLWYN VOORHIES
DONLIN RECANO & COMPANY INC
6201 15TH AVE
BROOKLYN NY 11219

019886P001-1435A-598
NELNET BUSINESS SOLUTIONS
PO BOX 30170
OMAHA NE 68103-1270

009442P001-1435A-598
NELNET BUSINESS SOLUTIONS FACTS
PO BOX 30170
OMAHA NE 30170

013845P002-1435A-598
NELNET BUSINESS SOLUTIONS INC
FACTS
PO BOX 30170
OMAHA NE 68103-1270

041317P001-1435A-598
NELNET BUSINESS SVC
PO BOX 30170
OMAHA NE 68103

041318P001-1435A-598
NELNET BUSINESS SVC
PO BOX 82565
LINCOLN NE 68501-2565

041319P001-1435A-598
NELNET BUSINESS SVC (FACTS)
121 SOUTH 13TH ST
STE 301
LINCOLN NE 68508

021229P001-1435A-598
NELSON SPORTS PRODUCTS INC
PO BOX 15407
BATON ROUGE LA 70895

023287P001-1435A-598
NEMOURS CHILDRENS URGENT CARE
PO BOX 409992
ATLANTA GA 30384

029867P001-1435A-598
NEON
4545 N RAVENSWOOD AVE 2ND FLOOR
CHICAGO IL 60640

018739P001-1435A-598
NEON ONE LLC
PO BOX 123937
DEPT 3937
DALLAS TX 75312-3937

023288P001-1435A-598
NEPHI MEDICAL CLINIC
48 W 1500 N
NEPHI UT 84648

023289P001-1435A-598
NEPHROLOGY ASSOCIATES PA
PO BOX 17930
LITTLE ROCK AR 72222

023290P001-1435A-598
NEPHROLOGY DIALYSIS AND TRANSP
DEPT 801
PO BOX 4346
HOUSTON TX 77210

023291P001-1435A-598
NEPHROPATHOLOGY ASSOCIATES PLC
PO BOX 34113
LITTLE ROCK AR 72203

018740P001-1435A-598
NES RENTALS
PO BOX 205572
DALLAS TX 75320-5572

001793P001-1435A-598
NET MINISTRIES
ANNE
110 CRUSADER AVE W
WEST SAINT PAUL MN 55118

013846P001-1435A-598
NET MINISTRIES
110 CRUSADER AVE W
WEST ST. PAUL MN 55118-4427

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 017132P001-1435A-598<br>NETOP<br>220 NW 2ND AVE STE 940<br>PORTLAND OR 97209 | 009961P001-1435A-598<br>NETSHOPSCOM<br>12720 I ST<br>OMAHA NE 68137 | 009396P001-1435A-598<br>NETWORK BILLING SYSTEMS DBA FUSION<br>PO BOX 392176<br>PITTSBURGH PA 15251-9176 | 021230P001-1435A-598<br>NETWORK INSTALLATION COMP LLC<br>3535 HWY 307<br>THIBODAUX LA 70301 |
| 021231P001-1435A-598<br>NETWORK SOLUTIONS<br>P O BOX 17305<br>BALTIMORE MD 21297-0525 | 023292P001-1435A-598<br>NEURALOGIX NEURALOGIX MANAGEME<br>232 MARKET ST STE 225<br>FLOWOOD MS 39232 | 023293P002-1435A-598<br>NEURO CARE OF LOUISIANA LLC<br>648 CRESTWOOD DR<br>COVINGTON LA 70433-6504 | 023295P002-1435A-598<br>NEURO CARE OF LOUISIANA LLC<br>648 CRESTWOOD BLVD<br>COVINGTON LA 70433-8261 |
| 023296P001-1435A-598<br>NEURO TECHNOLOGY INSTITUTE<br>STE 247 3535 S SHERWOOD FRST<br>BATON ROUGE LA 70816 | 023297P001-1435A-598<br>NEUROLOGY AND MOVEMENT DISORDE<br>PO BOX 24192<br>BELFAST ME 04915 | 023298P001-1435A-598<br>NEUROMUSCULAR MEDICAL ASSOCL<br>2840 W AIRLINE HWY STE A<br>LA PLACE LA 70068 | 023299P001-1435A-598<br>NEUROORTHO SOLUTIONS INC<br>STE 20 1430 OLD SPANISH TRL<br>SLIDELL LA 70458 |
| 016068P001-1435A-598<br>NEVADA'S BOB GOLF<br>69292 HWY 21<br>STE 400<br>COVINGTON LA 70433 | 012250P001-1435A-598<br>NEVCO INC<br>301 E HARRIS AVE<br>GREENVILLE IL 62246-2193 | 012251P001-1435A-598<br>NEW ACADEMICS<br>PO BOX 5<br>RAYNE LA 70578 | 001794P001-1435A-598<br>NEW AWAKENING MENTAL HEALTH<br>8575 FERN AVE<br>STE 106<br>SHREVEPORT LA 71105-5677 |
| 041676P001-1435A-598<br>NEW DAIRY HOLDCO LLC<br>DBA BORDEN DAIRY<br>PO BOX 208769<br>DALLAS TX 75320-8769 | 041677P001-1435A-598<br>NEW DAIRY OPCO, LLC<br>BORDEN DAIRY<br>PO BOX 208769<br>DALLAS TX 75320-8769 | 001795P001-1435A-598<br>NEW DAY CHRISTIAN DISTRIBUTORS<br>126 SHIVEL DR<br>HENDERSONVILLE TN 37075 | 017133P001-1435A-598<br>NEW ENGLAND SECURITY LOCK CO<br>30 FREEMAN PL<br>NEEDHAM MA 02492 |
| 018741P001-1435A-598<br>NEW HEIGHTS GYM<br>PO BOX 9838<br>NEW IBERIA LA 70562-9838 | 012252P001-1435A-598<br>NEW HORIZONS COMPUTER LEARNING<br>CENTER OF NEW ORLEANS<br>300 E HIGHLAND MALL BLVD<br>AUSTIN TX 78752 | 012253P001-1435A-598<br>NEW IBERIA HIGH SCHOOL<br>1301 E ADMIRAL DOYLE DR<br>NEW IBERIA LA 70560 | 021232P001-1435A-598<br>NEW IBERIA HIGH SCHOOL<br>1301 EAST ADMIRAL DOYLE<br>NEW IBERIA LA 70560 |
| 021233P001-1435A-598<br>NEW LIMIT PUBLISHING INC<br>666 FIFTH AVE<br>STE #360<br>NEW YORK NY 10103 | 001796P001-1435A-598<br>NEW ORLEANS ACFE CHAPTER<br>2701 AIRLINE DR<br>STE K-129<br>METAIRIE LA 70001 | 001797P001-1435A-598<br>NEW ORLEANS ADVOCATE<br>PO BOX 1069<br>BATON ROUGE LA 70821-1069 | 018742P001-1435A-598<br>NEW ORLEANS ADVOCATE<br>PO BOX 613<br>BATON ROUGE LA 70821-0613 |

Case 2:20-bk-10846 Doc 3445-4 Filed 09/09/25 Entered 09/09/25 14:06:41 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1318 of 1525
US First Class Mail
Exhibit Pages

010629P001-1435A-598
NEW ORLEANS AIRPORT
1 TERMINAL DR
KENNER LA 70062

001798P001-1435A-598
NEW ORLEANS ARCHDIOCESAN
CEMETERIES TRUST
1000 HOWARD AVE
NEW ORLEANS LA 70113

001799P001-1435A-598
NEW ORLEANS ARCHDIOCESAN CEMETERIES
1000 HOWARD AVE
STE 500
NEW ORLEANS LA 70113

031097P001-1435A-598
NEW ORLEANS ARCHDIOCESAN CEMETERIES
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016069P001-1435A-598
NEW ORLEANS BAR ASSOCIATION
JONES WALKER LLP
MICAH J FINCHER
201 ST CHARLES AVE
NEW ORLEANS LA 70170

019887P001-1435A-598
NEW ORLEANS BAR ASSOCIATION
MS SUSAN ECCLES
ONE AMERICAN PL
STE 900
BATON ROUGE LA 70825

009962P001-1435A-598
NEW ORLEANS BOTANICAL GARDEN
1 PALM DR
NEW ORLEANS LA 70124

026628P001-1435A-598
NEW ORLEANS BOTANICAL GARDEN
5 VICTORY AVE
NEW ORLEANS LA 70119

029871P001-1435A-598
NEW ORLEANS BREW LLC
DBA PJS COFFEE OF NEW ORLEANS
180 NEW CAMELLIA BLVD STE 100
COVINGTON LA 70433

013847P002-1435A-598
NEW ORLEANS CATHOLIC FORENSIC LEAGUE
BARBARA FONTENOT
1028 MARTIN BEHRMAN WALK
METAIRIE LA 70005

018743P001-1435A-598
NEW ORLEANS CATHOLIC FORENSIC LEAGUE
BARBARA FONTENOT
1028 MARTIN BEHRAN WALK
NEW ORLEANS LA 70005

018744P001-1435A-598
NEW ORLEANS CATHOLIC MEN'S CLUB ASSOCIATION
MARK PLAIDEAU
1309 MINNESOTA AVE
KENNER LA 70062

001800P001-1435A-598
NEW ORLEANS CHAMBER OF COMMERCE
1515 POYDRAS ST
STE 1010
NEW ORLEANS LA 70112

021234P001-1435A-598
NEW ORLEANS CHEER OUTLAW ALL-STARS
1405 FIELD AVE
NEW ORLEANS LA 70001

018745P001-1435A-598
NEW ORLEANS CITY BUSINESS
SUBSCRIPTION SVC
PO BOX 1051
WILLIAMSPORT PA 17703

018746P001-1435A-598
NEW ORLEANS CITY PARK
1 PALM DR
NEW ORLEANS LA 70124

018747P001-1435A-598
NEW ORLEANS CITY PARK IMPROVEMENT ASSOC
DENISE JOUBERT
1 PALM DR
NEW ORLEANS LA 70124

013848P001-1435A-598
NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION
ATTN:DENISE JOUBERT
1 PALM DR
NEW ORLEANS LA 70124

013849P001-1435A-598
NEW ORLEANS CITY PARK TENNIS
PATTI TODD
1 PALM DR
NEW ORLEANS LA 70124

021235P001-1435A-598
NEW ORLEANS DOMINOS INC
914 TRANSCONTINENTAL DR
METAIRIE LA 70001

023301P001-1435A-598
NEW ORLEANS EAST HOSPITAL
PO BOX 919334
DALLAS TX 75391

029981P001-1435A-598
NEW ORLEANS EAST HOSPITAL
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029981S001-1435A-598
NEW ORLEANS EAST HOSPITAL
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

023302P001-1435A-598
NEW ORLEANS EAST WELLNESS CENT
PO BOX 15187
BELFAST ME 04915

013850P001-1435A-598
NEW ORLEANS EMS
400 NJEFFERSON DAVIS PKWY
NEW ORLEANS LA 70119

001801P001-1435A-598
NEW ORLEANS ERNEST MORIAL
CONVENTION CENTER
900 CONVENTION CTR BLVD
NEW ORLEANS LA 70130

013851P001-1435A-598
NEW ORLEANS EXECUTIVE SVC
847 3RD ST
GRETNA LA 70053

023303P001-1435A-598
NEW ORLEANS EYE SPECIALISTS
3901 HOUMA BLVD STE 216
METAIRIE LA 70006

Case 20-10846 Doc 4583-4 Filed 09/02/25 Entered 09/02/25 17:54 Page 1 of 1319

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1319 of 1525
US First Class Mail
Exhibit Pages

023304P001-1435A-598
NEW ORLEANS EYE SPECIALISTS
DEPT 1401
PO BOX 62600
NEW ORLEANS LA 70162

013852P001-1435A-598
NEW ORLEANS FAMILY JUSTICE CENTER
PO BOX 50159
NEW ORLEANS LA 70150

016070P001-1435A-598
NEW ORLEANS FAMOUS SNO BALLS TO GO
18481 VINEYARD RD
HAMMOND LA 70401

001802P001-1435A-598
NEW ORLEANS FARP
PO BOX 840101
DALLAS TX 75284-0101

013853P001-1435A-598
NEW ORLEANS FLAGS, LLC
5000 WEST ESPLANADE AVE #428
METAIRIE LA 70003

010630P001-1435A-598
NEW ORLEANS FOOD AND SPIRITS
2330 LAPALCO BLVD
HARVEY LA 70058

026629P001-1435A-598
NEW ORLEANS FOOD AND SPIRITS
210 METAIRIE-HAMMOND HWY
METAIRIE LA 70005

010631P001-1435A-598
NEW ORLEANS FRIENDS FOR LIFE
701 PLACE JOHN PAUL DEAUX
NEW ORLEANS LA 70116

010632P001-1435A-598
NEW ORLEANS HAMBURGER
1005 S CLEARVIEW PKWY
NEW ORLEANS LA 70121

023305P001-1435A-598
NEW ORLEANS HEADACHE AND NEURO
PO BOX 11347
BELFAST ME 04915

009963P001-1435A-598
NEW ORLEANS HORNETS
1250 POYDRAS ST 19TH FL GROUP SALES
NEW ORLEANS LA 70113

026630P001-1435A-598
NEW ORLEANS HORNETS
5800 AIRLINE DR
METAIRIE LA 70003

041320P001-1435A-598
NEW ORLEANS JESTERS YOUTH BASEBALL, INC
3324 APPIAN DR
KENNER LA 70065

023306P001-1435A-598
NEW ORLEANS LA UPTOWN WEST BAN
PO BOX 1187
MARRERO LA 70073

010633P002-1435A-598
NEW ORLEANS LADIES BALLROOM INC
20723 PARK BEND DR
KATY TX 77450-4217

001803P001-1435A-598
NEW ORLEANS LEGATUS
MIMI KELLY
332 EAST AVE
HARAHAN LA 70123

013854P001-1435A-598
NEW ORLEANS MACARONI KID
44 NEWCOMB BLVD
NEW ORLEANS LA 70118

001804P001-1435A-598
NEW ORLEANS MACHINE AND FAB INC
368 IRIS AVE
JEFFERSON LA 70121

001805P001-1435A-598
NEW ORLEANS MARRIOTT
AT THE CONVENTION CENTER
859 CONVENTION CTR BLVD
NEW ORLEANS LA 70130

018748P001-1435A-598
NEW ORLEANS MARRIOTT METAIRIE
3838 CAUSEWAY BLVD
METAIRIE LA 70002

012254P001-1435A-598
NEW ORLEANS MESEUM OFART
PO BOX 19123
NEW ORLEANS LA 70179-0123

018749P001-1435A-598
NEW ORLEANS MOM'S BLOG
POST OFFICE BOX 725
MANDEVILLE LA 70470

001806P001-1435A-598
NEW ORLEANS MOMS BLOG
PO BOX 725
MANDEVILLE LA 70470

010634P001-1435A-598
NEW ORLEANS MUSEUM
1 COLLINS DIBOLL CIR
NEW ORLEANS LA 70124

010635P001-1435A-598
NEW ORLEANS MUSEUM OF ART
1 COLLINS DIBOLL CIR
NEW ORLEANS LA 70124

023308P001-1435A-598
NEW ORLEANS NEPHROLOGY
4409 UTICA ST STE 100
METAIRIE LA 70006

023309P001-1435A-598
NEW ORLEANS NEPHROLOGY
STE 100 4409 UTICA ST
METAIRIE LA 70006

023310P001-1435A-598
NEW ORLEANS NEPHROLOGY ASSOC
4409 UTICA ST STE 100
METAIRIE LA 70006

Case 20-10846 Claim 21-1 Part 4 Filed 03/01/21 Desc Exhibit Page 1320
Case 20-10846 Doc 2434-5 Filed 09/01/25 Entered 09/01/25 14:08:07 14 RP Exe 4 - A Page 1320
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1320 of 1525
US First Class Mail
Exhibit Pages

013855P001-1435A-598
NEW ORLEANS OUTLAWS
2328 DAWSON ST
KENNER LA 70062

026347P001-1435A-598
NEW ORLEANS PADDLEWHEELS INC
365 CANAL ST #2350
NEW ORLEANS LA 70130

010636P001-1435A-598
NEW ORLEANS PARTY RENTAL
499 4TH ST
WESTWEGO LA 70094

026512P001-1435A-598
NEW ORLEANS PARTY RENTALS
499 4TH ST
WESTWEGO LA 70094

010637P001-1435A-598
NEW ORLEANS PELICANS
1501 DAVE DIXON DR
NEW ORLEANS LA 70113

017134P001-1435A-598
NEW ORLEANS PELICANS
5800 AIRLINE DR
METAIRIE LA 70003

019888P001-1435A-598
NEW ORLEANS PELICANS
GROUP SALES DEPT
5800 AIRLINE DR
METAIRIE LA 70003

001807P001-1435A-598
NEW ORLEANS PEST MANAGEMENT
6125 CARTIER
NEW ORLEANS LA 70122

041321P001-1435A-598
NEW ORLEANS PEST MANAGEMENT
6125 CARTIER AVE
NEW ORLEANS LA 70122

023311P001-1435A-598
NEW ORLEANS PHYSICIAN SERVIC
PO BOX 733564
DALLAS TX 75373

001808P001-1435A-598
NEW ORLEANS PHYSICIAN SVC
PO BOX 733530
DALLAS TX 75373-3530

023312P001-1435A-598
NEW ORLEANS PHYSICIAN SVC
PO BOX 733564
DALLAS TX 75373

029982P002-1435A-598
NEW ORLEANS PHYSICIAN SVCS
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029982S001-1435A-598
NEW ORLEANS PHYSICIAN SVCS
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

001809P001-1435A-598
NEW ORLEANS PODIATRY
2626 JENA ST
NEW ORLEANS LA 70115

018750P001-1435A-598
NEW ORLEANS POWER SQUADRON
7601 BREAKWATER DR
NEW ORLEANS LA 70124

012255P001-1435A-598
NEW ORLEANS PRINCIPAL ASSOC
CHARLES MYERS SECRETARY
1204 FOCIS ST
METAIRIE LA 70005

009964P001-1435A-598
NEW ORLEANS PRINCIPAL'S ASSOCIATION
MR CHARLIE MYERS
1204 FOCIS ST
METAIRIE LA 70005

010638P001-1435A-598
NEW ORLEANS PRINCIPAL'S ASSOCIATION
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013856P001-1435A-598
NEW ORLEANS PRINCIPALS ASSOC
CHARLIE MYERS
1204 FOCIS ST
METAIRIE LA 70005

021237P001-1435A-598
NEW ORLEANS PRINCIPALS ASSOCIATION
CHARLIE MYERS
1204 FOCIS ST
METAIRIE LA 70005

018751P001-1435A-598
NEW ORLEANS PRINCIPALS' ASSOCIATION
1204 FOCIS ST
METAIRIE LA 70005

009965P001-1435A-598
NEW ORLEANS PUBLISHING GROUP
PO BOX 51706
NEW ORLEANS LA 70151-9910

012256P001-1435A-598
NEW ORLEANS PUBLISHING GROUP
CITY BUSINESS/NEW ORLEANS
PO BOX 86
MINNEAPOLIS MN 55486-2596

013857P001-1435A-598
NEW ORLEANS PUBLISHING GROUP
SDS-12-2596
PO BOX 86
MINNEAPOLIS MN 55486-2596

001810P001-1435A-598
NEW ORLEANS REGIONAL BASKETBALL OFFICIALS
5507 WILDAIR DR
NEW ORLEANS LA 70122

016071P001-1435A-598
NEW ORLEANS REGIONAL BASKETBALL OFFICIALS
PO BOX 52218
NEW ORLEANS LA 70152

041678P001-1435A-598
NEW ORLEANS REGIONAL LEADERSHIP
1100 POYDRAS ST
#3475
NEW ORLEANS LA 70163

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 16:07:54 RP Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1321 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

013858P001-1435A-598
NEW ORLEANS REPRODUCTIONS LLC
824 UNION ST
NEW ORLEANS LA 70112

026513P001-1435A-598
NEW ORLEANS RIGHT TO LIFE ASSOC
200 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

010639P001-1435A-598
NEW ORLEANS RIGHT TO LIFE ASSOCIATION
200 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

009966P001-1435A-598
NEW ORLEANS SCHOOL OF GLASS WORKS
727 MAGAZINE ST
NEW ORLEANS LA 70130

026688P001-1435A-598
NEW ORLEANS SHAKESPEARE FESTIVAL @ TULANE
150 DIXON HALL ANNEX
NEW ORLEANS LA 70118

009967P001-1435A-598
NEW ORLEANS SHAKESPEARE FESTIVAL AT T
215 MCWILLIAMS HALL
NEW ORLEANS LA 70118

019889P001-1435A-598
NEW ORLEANS SHAKESPEARE FESTIVAL AT TULANE
TULANE UNIVERSITY
215 MCWILLIAMS HALL
NEW ORLEANS LA 70118

009203P001-1435A-598
NEW ORLEANS SNAPSHOTES BY ANDREW J COHOON
1713 POMONA ST
METAIRIE LA 70005

021236P001-1435A-598
NEW ORLEANS SOCCER ACADEMY
4726 PRYTANIA ST
NEW ORLEANS LA 70115

013859P001-1435A-598
NEW ORLEANS SOFTBALL
PO BOX 529
DESTREHAN LA 70047

013860P002-1435A-598
NEW ORLEANS SOFTBALL UMPIRES ASSOCIATION
148 ORMOND VILLAGE DR
DESTREHAN LA 70047-3714

009968P001-1435A-598
NEW ORLEANS STEAMBOAT CO
600 DECATUR ST
STE 308
NEW ORLEANS LA 70130

001811P001-1435A-598
NEW ORLEANS TOURS
4220 HOWARD AVE
NEW ORLEANS LA 70125

013861P001-1435A-598
NEW ORLEANS TOURS, INC
4220 HOWARD AVE
NEW ORLEANS LA 70122

023313P001-1435A-598
NEW ORLEANS VAMC
PO BOX 94528
CLEVELAND OH 44101

021220P001-1435A-598
NEW ORLEANS VOLLEYBALL CAMPS
PO BOX 840234
NEW ORLEANS LA 70184

026348P001-1435A-598
NEW ORLEANS ZEPHYERS
6000 AIRLINE DR
METAIRIE LA 70003

018752P001-1435A-598
NEW ORLEANS ZEPHYRS , LLC
6000 AIRLINE DR
METAIRIE LA 70003

010640P001-1435A-598
NEW SOUTH PARKING SYSTEM
TERMINAL A - BAGGAGE CLAIM LEVEL
2800 N TERMINAL RD
HOUSTON TX 77032

001812P001-1435A-598
NEW VISION EYEWARE
3434 PRYTANIA ST
STE 250
NEW ORLEANS LA 70115

001813P001-1435A-598
NEW YORK LIFE INSURANCE CO
PO BOX 742545
CINCINNATI OH 45274-2545

010641P001-1435A-598
NEWARK INTERNATIONAL AIRPORT
3 BREWSTER RD
NEWARK NJ 07114

033672S001-1435A-598
NEWAYGO COUNTY SHERIFF'S OFC
MATT BUTER
PO BOX 845
WHITE CLOUD MI 49349-0845

035577S001-1435A-598
NEWAYGO COUNTY SHERIFF'S OFC
JUSTIN VISSER
PO BOX 845
WHITE CLOUD MI 49349-0845

035724S001-1435A-598
NEWAYGO COUNTY SHERIFF'S OFC
BRIAN NESTLE
PO BOX 845
WHITE CLOUD MI 49349-0845

035937S001-1435A-598
NEWAYGO COUNTY SHERIFF'S OFC
DAVID COOK
PO BOX 845
WHITE CLOUD MI 49349-0845

035954S001-1435A-598
NEWAYGO COUNTY SHERIFF'S OFC
JASON O'CONNELL
PO BOX 845
WHITE CLOUD MI 49349-0845

036272S001-1435A-598
NEWAYGO COUNTY SHERIFF'S OFC
TREVOR SHERMAN
PO BOX 845
WHITE CLOUD MI 49349-0845

010642P001-1435A-598
NEWK'S LAKE CHARLES
339 W PRIEN LAKE RD
LAKE CHARLES LA 70601

023314P001-1435A-598
NEWLAND KNIGHT WORLEY
3525 PRYTANIA ST STE 606
NEW ORLEANS LA 70115-8109

000089P002-1435S-598
NEWMAN MATHIS BRADY & SPEDALE
MARK C LANDRY
A PROFESSIONAL LAW CORPORATION
3501 N CAUSEWAY BLVD STE 300
METAIRIE LA 70002-3618

000093P002-1435S-598
NEWMAN MATHIS BRADY & SPEDALE
ROBERT A MATHIS
A PROFESSIONAL LAW CORP
3501 NORTH CAUSEWAY BLVD..STE 300
METAIRIE LA 70002

000130P001-1435S-598
NEWMAN MATHIS BRADY & SPEDALE
WAYNE A MAIORANA JR
A PROFESSIONAL CORPORATION
3501 NORTH CAUSEWAY STE 300
METAIRIE LA 70002

012257P001-1435A-598
NEWMAN SCHOOL
COLLLEEN LOERZEL
1903 JEFFERSON AVE
NEW ORLEANS LA 70115

021138P001-1435A-598
NEWS-EXAMINER
P O BOX 460
LUTCHER LA 70071

018753P002-1435A-598
NEWSELA INC
620 8TH AVE FL 21
NEW YORK NY 10018-1732

016072P001-1435A-598
NEWSTRIPE, INC
1700 JASPER ST F
AURORA CO 80011

009969P001-1435A-598
NEWSWATCH 15
DEPT AT 40496
ATLANTA GA 31192-0496

012258P001-1435A-598
NEWSWEEK
PO BOX 5552
HARLAN IA 51593-1052

001814P001-1435A-598
NEWWAVE COMMUNICATIONS
PO BOX 9001060
LOUISVILLE KY 40290-1060

001814S001-1435A-598
NEWWAVE COMMUNICATIONS
1007 N ONE MILE RD
DEXTER MO 63841-1008

010643P001-1435A-598
NEXT GENERATION
18111 VON KARMAN AVE STE 800
IRVINE CA 92612

023316P001-1435A-598
NEXTCARE URGENT CARE
PO BOX 952271
DALLAS TX 75395

026142P001-1435A-598
NEXTEL - SPRINT
6200 SPRINT PKWY
OVERLAND PARK KS 66211

012259P001-1435A-598
NEXTEL COMMUNICATIONS
PO BOX 4181
CAROL STREAM IL 60197-4181

001815P001-1435A-598
NFCYM
PROGRESS IN PLANNING INC
NCYC REG TEAM
415 MICHIGAN AVE NE
STE 40
WASHINGTON DC 20017

001816P001-1435A-598
NFCYM MEMBERSHIP MEETING
415 MICHIGAN AVE NE
STE 40
WASHINGTON DC 20017

001817P001-1435A-598
NFIP DIRECT SERVICING AGENT
PO BOX 913111
DENVER CO 80291-3111

018754P001-1435A-598
NGRAVED
675 N CAUSEWAY BLVD
MANDEVILLE LA 70448

013862P001-1435A-598
NHS - GIRLS BASKETBALL
TODD TARIFA
100 PANTHER DR
SLIDELL LA 70461

010644P001-1435A-598
NHS/NASSP
1904 ASSOCIATION DR
RESTON VA 20191

017135P001-1435A-598
NHSCC
PO BOX 752790
MEMPHIS TN 38175-2790

012260P001-1435A-598
NIAL
TRAFTON ACADEMY
P O DRAWER 2845
HAMMOND LA 70404

021239P001-1435A-598
NICE SIGN INC
2147 MARION DR
LAPLACE LA 70068

019890P001-1435A-598
NICHENET
18 MINNESOTA AVE
WARWICK RI 02888

000177P001-1435S-598
NICHOLAS R ROCKFORTE
1901 KALISTE SALOOM ROAD (70508)
P O BOX 80098
LAFAYETTE LA 70598-0098

Case 20-10846 Doc 3654-5 Filed 09/02/25 Entered 09/02/25 14:08:07 RP Ex 4 - Affid 1323 of 1525 Page 1323 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages
US First Class Mail
**Exhibit Pages**

010645P001-1435A-598
NICHOLLS STATE FREE ENTERPRISE PROGRAM
906 E 1ST ST
THIBODAUX LA 70301

018755P001-1435A-598
NICHOLLS STATE UNIVERSITY
PO BOX 2119
THIBODAUX LA 70310

021240P001-1435A-598
NICHOLLS STATE UNIVERSITY
SOUTH CENTRAL DISTRICT RALLY OFFICE
DISTRICT RALLY REGISTRATION
P O BOX 2004
THIBODAUX LA 70310

026514P001-1435A-598
NICHOLLS STATE UNIVERSITY
906 E 1ST ST
THIBODAUX LA 70301

013863P001-1435A-598
NICHOLLS WOMEN'S BASKETBALL FOUNDATION
JENNY NASH
PO BOX 2032
THIBODAUX LA 70301

016073P001-1435A-598
NICHOLLS WOMEN'S BASKETBALL FOUNDATION
PO BOX 2032
THIBODAUX LA 70310

041325P001-1435A-598
NICLOSI JANITORIAL SVC
5805 YORK ST
METAIRIE LA 70003

018756P001-1435A-598
NICOLL'S LIMOUSINE
1138 SPRINGWATER DR
MANDEVILLE LA 70471-7434

016074P001-1435A-598
NICOLL'S NORTHSHORE LIMOUSINE
1138 SPRINGWATER DR
MANDEVILLE LA 70471

023318P001-1435A-598
NIELSENS PHARMACY
1619 S COLUMBIA ST
BOGALUSA LA 70427

023319P001-1435A-598
NIKKI HUNTER-GREENAWAY
2714 CANAL ST
NEW ORLEANS LA 70119

010646P001-1435A-598
NINFA'S
8553 GULF FWY
HOUSTON TX 77017

021241P001-1435A-598
NITPICKING IN NOLA
2181 LAUREL AVE
TERRYTOWN LA 70056

012261P001-1435A-598
NJCL LATIN HONOR SOCIETY
860 NW WASHINGTON BLVD STE A
HAMILTON OH 45013

016075P001-1435A-598
NLPSRA
41 OAKLAWN DR
COVINGTON LA 70433

019891P001-1435A-598
NLPSRA
ED CLOOS
41 OAKLAWN DR
COVINGTON LA 70433

023320P001-1435A-598
NNA OF ST CHARLES PARISH
PO BOX 919214
DALLAS TX 75391

010647P001-1435A-598
NO AIDS TASK FORCE
1631 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70117

019892P001-1435A-598
NO LIMIT
DIESEL AND AUTOMOTIVE REPAIRS
PO BOX 548
SLIDELL LA 70459

017136P001-1435A-598
NO ONE CREATIVE AGENCY, LLC
1216 S BOZEMAN AVE
BOZEMAN MT 59715

013828P001-1435A-598
NO SHAKESPEARE FESTIVAL
AT TULANE
TULANE UNIVERSITY
215 MC WILLIAMS HALL
NEW ORLEANS LA 70118

009359P001-1435A-598
NO TEARS LEARNING INC
806 W DIAMOND AVE
GAITHERSBURG MD 20878-1415

009970P001-1435A-598
NOAAHH
LOYOLA UNIVERSITY NEW ORLEANS
6363 SAINT CHARLES AVE
CAMPUS BOX 12
NEW ORLEANS LA 70118

023321P001-1435A-598
NOCAPS
2633 NAPOLEON AVE STE 920
NEW ORLEANS LA 70115

013864P001-1435A-598
NOCFL
BARBARA FONTENOT
1028 MARTIN BEHRMAN WALK
METAIRIE LA 70005

017137P001-1435A-598
NOCITO CONSTRUCTION CO INC
7319 FOURTH ST
MARRERO LA 70072

001822P001-1435A-598
NOEH SBO
PO BOX 733986
DALLAS TX 75373-3679

012262P001-1435A-598
NOEL MAESTRI'S CARPET INC
PO BOX 848
COVINGTON LA 70434

Case 20-10846 Doc 4436-4 Filed 09/02/25 Entered 09/02/25 14:04:54 RP Exewt Affide 1324
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1324 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 023322P001-1435A-598<br>NOEWC LLC<br>PO BOX 15187<br>BELFAST ME 04915 | 010648P001-1435A-598<br>NOFS<br>1215 PRYTANIA ST #423<br>NEW ORLEANS LA 70130 | 013865P001-1435A-598<br>NOLA 1 SOURCE SERVICES, LLC<br>7 ENGLISH TURN DR<br>NEW ORLEANS LA 70131 | 018757P001-1435A-598<br>NOLA BABY AND FAMILY<br>8131 OAK ST - STE 100<br>NEW ORLEANS LA 70118 |
| 013866P002-1435A-598<br>NOLA BALLOONS, LLC<br>504 MARGUERITE RD<br>METAIRIE LA 70003-2448 | 010649P001-1435A-598<br>NOLA BOX SUPPLY<br>8501 EARHART BLVD<br>NEW ORLEANS LA 70118 | 001823P001-1435A-598<br>NOLA BOX SUPPLY CO LLC<br>8501 EARHART BLVD<br>NEW ORLEANS LA 70118 | 001824P001-1435A-598<br>NOLA BROADBAND INC<br>PO BOX 3466<br>HARVEY LA 70059-3466 |
| 041679P001-1435A-598<br>NOLA CONSTRUCTION AND HANDYMN LLC<br>AMY DESOBRY<br>1125 IST AVE<br>HARVEY LA 70058 | 001825P001-1435A-598<br>NOLA DERMATOLOGY<br>7652 ASHLEY PK CT<br>STE 305<br>ORLANDO FL 32835-6199 | 001826P001-1435A-598<br>NOLA FAMILY<br>8131 OAK ST<br>STE 500<br>NEW ORLEANS LA 70118 | 013867P001-1435A-598<br>NOLA FAMILY (FORMERLY NOLA BABY AND FAMILY)<br>8131 OAK ST<br>STE 500<br>NEW ORLEANS LA 70118 |
| 018758P001-1435A-598<br>NOLA FLAG<br>5000 WEST ESPLANADE AVE #428<br>METAIRIE LA 70006 | 012263P001-1435A-598<br>NOLA FLAGS<br>5000 WEST ESPLANADE AVE #428<br>METAIRIE LA 70006 | 017138P001-1435A-598<br>NOLA GRAPHIX<br>3109 KENTA DR<br>MARRERO LA 70072 | 001827P001-1435A-598<br>NOLA LAPEL PINS<br>PO BOX 820353<br>NEW ORLEANS LA 70128 |
| 017139P001-1435A-598<br>NOLA LED<br>930 AVE G<br>MARRERO LA 70072 | 012264P001-1435A-598<br>NOLA MEDIA GROUP<br>DEPT 77571<br>PO BOX 77000<br>DETROIT MI 48277-0571 | 013868P001-1435A-598<br>NOLA MEDIA GROUP<br>PO BOX 62084<br>NEW ORLEANS LA 70162-2084 | 016076P001-1435A-598<br>NOLA MEMORY GROUP<br>969 POLK ST<br>NEW ORLEANS LA 70124 |
| 023324P001-1435A-598<br>NOLA PHYSICIAN GROUP<br>PO BOX 733795<br>DALLAS TX 75373 | 029691P001-1435A-598<br>NOLA PHYSICIAN GROUP<br>PO BOX 733795<br>DALLAS LA 75373 | 029983P001-1435A-598<br>NOLA PHYSICIAN GROUP DIVISION<br>SHER GARNER  TJ MADIGAN<br>909 POYDRAS ST STE 2800<br>NEW ORLEANS LA 70112 | 029983S001-1435A-598<br>NOLA PHYSICIAN GROUP DIVISION<br>LCMC HEALTH<br>SUZANNE HAGGARD<br>3401 GENERAL DEGUILLE<br>NEW ORLEANS LA 70114 |
| 009971P001-1435A-598<br>NOLA PROTECTION LLC<br>1524 EDWARDS AVE STE 5<br>HARAHAN LA 70123 | 012265P001-1435A-598<br>NOLA RESTAURANT SUPPLY AND DESIGN<br>234 HARBOR CIR<br>NEW ORLEANS LA 70126 | 001828P001-1435A-598<br>NOLA SIGN SHOP<br>2545 BANKS ST<br>NEW ORLEANS LA 70119-2661 | 027086P001-1435A-598<br>NOLA SOUTHERN GRILL<br>1375 GAUSE BLVD<br>SLIDELL LA 70458 |

Case 20-10846 Doc 4536-4 Filed 09/02/25 Entered 09/02/25 14:06:17 RP Exc 4 - Fl 1325
Case 20-10846 Doc 4536-4 Filed 09/02/25 Entered 09/02/25 14:06:17 RP Exc 4 - Fl 1325
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1325 of 1525
US First Class Mail
Exhibit Pages

001829P001-1435A-598
NOLA STEAM CLEANING LLC
DBA SAM FAZIO'S STEAM CLEAN
441 WINDERMERE OAKS W
MADISONVILLE LA 70447-3147

010650P001-1435A-598
NOMA
1 COLLINS DIBOLL CIR
NEW ORLEANS LA 70124

019893P001-1435A-598
NOMA
PORTRAIT OF GROUP TOURS
PO BOX 19123
NEW ORLEANS LA 70179

019894P001-1435A-598
NONAS CAFE
309 NW CENTRAL AVE
AMITE LA 70422

009972P001-1435A-598
NONNA RANDAZZO'S
22022 MARSHALL RD
MANDEVILLE LA 70471

016077P001-1435A-598
NONNA RANDAZZO'S ITALIAN BAKERY AND CAFE
22022 MARSHALL RD
MANDEVILLE LA 70471

023325P001-1435A-598
NOPC
42440 PELICAN PROF PK
HAMMOND LA 70403

026426P001-1435A-598
NOPFMI
900 CONVENTION CENTER BLVD
NEW ORLEANS LA 70130

013869P001-1435A-598
NORBO
CHUCK DORVIN
73 VERDE ST
KENNER LA 70065

018759P001-1435A-598
NORBO
CHUCK DORVIN
73 VERDE
KENNER LA 70065

041326P001-1435A-598
NORCO FRESH MARKET
217 APPLE ST
NORCO LA 70079

018760P001-1435A-598
NORCOSTCO INC
825 RHODE ISLAND AVE S
MINNEAPOLIS MN 55426

012266P001-1435A-598
NOREDINK CORP
118 2ND ST FL 3
SAN FRANCISCO CA 94105

023326P001-1435A-598
NORRIS AND KELLY PA
2301 10TH AVE
LEAVENWORTH KS 66048

023327P001-1435A-598
NORTH ALABAMA RESPIRATORY EQUI
1871 AL HIGHWAY 157
CULLMAN AL 35058

001831P001-1435A-598
NORTH AMERICAN LA SALETTE MISSION CENTER
4650 SOUTH BROADWAY
ST LOUIS MO 63111-1398

001832P001-1435A-598
NORTH AMERICAN MARITIME MINISTRY ASSOCIATION
123 HAVEN ST
READING MA 01867

016078P001-1435A-598
NORTH CADDO HIGH SCHOOL
201 AIRPORT DR
VIVIAN LA 71082

016079P001-1435A-598
NORTH CENTRAL HIGH SCHOOL
PO BOX 10
LEBEAU LA 71345

033521S001-1435A-598
NORTH DAKOTA DEPT-CORRECTIONS
DEBRA HOUDEK
PO BOX 1898
BISMARCK ND 58502-1898

036032S001-1435A-598
NORTH DAKOTA DEPT-CORRECTIONS
HOLLY FROEHLICH
PO BOX 1898
BISMARCK ND 58502-1898

036934S001-1435A-598
NORTH DAKOTA DEPT-CORRECTIONS
MICHELE ZANDER
PO BOX 1898
BISMARCK ND 58502-1898

036946S001-1435A-598
NORTH DAKOTA DEPT-CORRECTIONS
JUSTIN SWANSON
PO BOX 1898
BISMARCK ND 58502-1898

037074S001-1435A-598
NORTH DAKOTA DEPT-CORRECTIONS
MARY MARTHALLER
PO BOX 1898
BISMARCK ND 58502-1898

023328P001-1435A-598
NORTH LA ORTHOPAEDIC SPORTS
1501 LOUISVILLE AVE
MONROE LA 71201

019895P001-1435A-598
NORTH LAKE FOOTBALL OFFICIALS
123 KRAMER CT
MANDEVILLE LA 70471

017140P001-1435A-598
NORTH LIGHT MEDIA
DEREK FELTON
205 MADEWOOD DR
DESTREHAN LA 70047

018761P001-1435A-598
NORTH LION STONE
9129 AIRLINE HIGHWAY
NEW ORLEANS LA 70118

Case 20-10846 Doc 4336-4 Filed 04/25/25 Entered 04/25/25 18:07:54 DP Exc 4 - Affidavit 1326
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1326 of 1525
US First Class Mail
Exhibit Pages

023329P001-1435A-598
NORTH OAKS MEDICAL CENTER LLC
PO BOX 1609
HAMMOND LA 70404

023330P001-1435A-598
NORTH OAKS OB GYN
15748 MEDICAL ARTS DR
HAMMOND LA 70403

023331P001-1435A-598
NORTH OAKS PEDIATRIC CLINIC
42440 PELICAN PROF PK
HAMMOND LA 70403

019896P001-1435A-598
NORTH SHORE ACE
1037 ROBERT BLVD
SLIDELL LA 70458

009973P001-1435A-598
NORTH SHORE AGENCY INC
PO BOX 8901
WESTBURY NY 11590-8901

012267P001-1435A-598
NORTH SHORE BROADCASTING INC
200 E THOMAS ST
HAMMOND LA 70401

023333P001-1435A-598
NORTH SHORE UNIVERSITY HOSPITA
PO BOX 95000 7420
PHILADELPHIA PA 19195

023334P001-1435A-598
NORTH STAR MRI OF FRISCO LP
PO BOX 3259
INDIANAPOLIS IN 46206

023335P001-1435A-598
NORTH TEXAS INSTITUTE OF NEURO
STE 144-425 5729 LEBANON RD
FRISCO TX 75034

021242P001-1435A-598
NORTH VERMILION
11609 LA HWY 699
MAURICE LA 70555

016080P001-1435A-598
NORTH VERMILLION HIGH SCHOOL
11609 HIGHWAY 699
MAURICE LA 70555

033757S001-1435A-598
NORTHEAST CORRECTIONAL CTR
LINDSEY YOGGERST
PO BOX 5000
MOUNTAIN CITY TN 37683-5000

021243P001-1435A-598
NORTHEAST HIGH SCHOOL
13700 PRIDE PORT-HUDSON RD
PRIDE LA 70770

023336P001-1435A-598
NORTHEAST LA HEALTH CENTE
256 HIGHWAY 3048
RAYVILLE LA 71269

023337P001-1435A-598
NORTHEAST LA HEALTH CLINI
256 HIGHWAY 3048
RAYVILLE LA 71269

023338P001-1435A-598
NORTHEAST LOUISIANA AMBULANCE
233 TAYLOR AVE
WINNSBORO LA 71295

023339P001-1435A-598
NORTHEAST LOUISIANA AMBULANCE
PO BOX 27
WINNSBORO LA 71295

034634S001-1435A-598
NORTHERN NECK REGIONAL JAIL
KATHY MARTIN-BURRELL
PO BOX 1090
WARSAW VA 22572-1090

019897P002-1435A-598
NORTHERN SOUND AND LIGHT
8878 COVENANT AVE
PITTSBURGH PA 15237-5977

010651P001-1435A-598
NORTHERN TOOL
6851 VETERANS MEMORIAL BLVD
STE B
METAIRIE LA 70003

023340P001-1435A-598
NORTHLAKE ANESTHESIOLOGISTS
PO BOX 919355
DALLAS TX 75391

023341P001-1435A-598
NORTHLAKE CARDIOLOGY ASSOC
1150 ROBERT BLVD STE 340
SLIDELL LA 70458

021244P001-1435A-598
NORTHLAKE CHRISTIAN HIGH SCHOOL
70104 WOLVERINE DR
COVINGTON LA 70433

012268P001-1435A-598
NORTHLAKE CHRISTIAN SCHOOL
70104 WOLVERINE DR
COVINGTON LA 70433

012269P001-1435A-598
NORTHLAKE CRISIS PREGNANCY CENTER
19348 N 4TH ST
COVINGTON LA 70433

023342P001-1435A-598
NORTHLAKE EYE CENTER APMC
2243 GAUSE BLVD E
SLIDELL LA 70461

023344P001-1435A-598
NORTHLAKE MEDICINE AND WELLNES
1980 N HIGHWAY 190
COVINGTON LA 70433

016081P001-1435A-598
NORTHLAKE MOVING AND STORAGE, INC
PO BOX 1446
COVINGTON LA 70434

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 16:07:51 Exhibit 4 - Affid't 1327
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1327 of 1525
US First Class Mail
Exhibit Pages

023345P001-1435A-598
NORTHLAKE NEPHROLOGY - SLIDELL
664 ROBERT BLVD
SLIDELL LA 70458

023346P001-1435A-598
NORTHLAKE NEPHROLOGY INC
664 ROBERT BLVD
SLIDELL LA 70458

023347P001-1435A-598
NORTHLAKE ORAL AND FACIAL SURGER
1271 7TH ST
SLIDELL LA 70458

023348P001-1435A-598
NORTHLAKE PULMONARY ASSOCIATES
1203 S TYLER ST STE 200
COVINGTON LA 70433

012270P001-1435A-598
NORTHSHORE ADVERTISING SPEC
703 SOUTH TYLER ST
COVINGTON LA 70433

001835P001-1435A-598
NORTHSHORE ADVERTISING SPECIALITIES
703 SOUTH TAYLOR ST
COVINGTON LA 70433

016082P001-1435A-598
NORTHSHORE ADVERTISING SPECIALTIES
703 SOUTH TAYLOR ST
COVINGTON LA 70433

023349P002-1435A-598
NORTHSHORE ALLERGY IMMUNOLOG
3108 SMITH CROSSING DR STE 3108
KERNERSVILLE NC 27284-0081

019898P001-1435A-598
NORTHSHORE BASEBALL AND SOFTBALL ACADEMY
128 GOLDEN PHEASANT DR
SLIDELL LA 70461

023350P002-1435A-598
NORTHSHORE COUNSELING AND WELL
71338 HIGHWAY 21 STE 101
COVINGTON LA 70433-7162

023352P001-1435A-598
NORTHSHORE DERMATOLOGY
2780 GAUSE BLVD E STE A
SLIDELL LA 70461

041327P001-1435A-598
NORTHSHORE DISPOSAL SERVICES, CO
PO BOX 1460
MADISONVILLE LA 70447

012271P001-1435A-598
NORTHSHORE EMBROIDERY AND DESIGN
580 HUSEMAN LN
COVINGTON LA 70435

023353P001-1435A-598
NORTHSHORE EYE ASSOCIATES
2831 MONROE ST
MANDEVILLE LA 70448

023354P001-1435A-598
NORTHSHORE FAMILY MEDICAL CENT
1150 ROBERT BLVD STE 100
SLIDELL LA 70458

023355P001-1435A-598
NORTHSHORE FAMILY MEDICINE LL
1417 STILLWATER DR
MANDEVILLE LA 70471

019899P001-1435A-598
NORTHSHORE GOLF CARS LLC
716 EAST 1-10 SERVICE RD
SLIDELL LA 70461

016083P001-1435A-598
NORTHSHORE GRAPHIX, LLC
PO BOX 1342
MADISONVILLE LA 70447

010652P001-1435A-598
NORTHSHORE HIGH SCHOOL
100 PANTHER DR
SLIDELL LA 70461

016084P001-1435A-598
NORTHSHORE HIGH SCHOOL
100 CRAWFORD RD
SLIDELL LA 70461

016085P001-1435A-598
NORTHSHORE IMPRESSIONS, LLC
400 MILLWOOD DR
COVINGTON LA 70433

023356P001-1435A-598
NORTHSHORE INTERVENTIONAL PAIN
PO BOX 370
MANDEVILLE LA 70470

012272P001-1435A-598
NORTHSHORE LACROSSE
183 MOORES RD
MANDEVILLE LA 70471

023357P001-1435A-598
NORTHSHORE MRI
4301 BLUEBONNET BLVD
BATON ROUGE LA 70809

041328P001-1435A-598
NORTHSHORE OFFICE
PO BOX 186
MANDEVILLE LA 70470-0186

041329P001-1435A-598
NORTHSHORE OFFICE EQUIPMENT, LLC
2301 HWY 1088
MANDEVILLE LA 70448

023358P001-1435A-598
NORTHSHORE PATHOLOGY SER APMC
2240 GAUSE BLVD E
SLIDELL LA 70461

023359P002-1435A-598
NORTHSHORE PSYCHIATRIC CARE
480 LAURA DR N
MANDEVILLE LA 70448-3427

Case 2:20-cv-08346... The Roman Catholic Church of the Archdiocese of New Orleans... RCC Exr-4 Affidavit 1328
of Service Regarding Solicitation Packages Page 1328 of 1525
US First Class Mail
Exhibit Pages

023360P001-1435A-598
NORTHSHORE REDIMED CLINIC
4430 HWY 22
MANDEVILLE LA 70471

016086P001-1435A-598
NORTHSHORE SIGNS AND GRAPHICS
70237 HIGHWAY 59/ STE B
ABITA SPRINGS LA 70420

027087P001-1435A-598
NORTHSHORE SOFTBALL
114 COMMERCIAL DR
SLIDELL LA 70460

023361P001-1435A-598
NORTHSHORE SURGICAL CENTER
71207 HWY 21
COVINGTON LA 70433

012273P001-1435A-598
NORTHSHORE SWIM TEAM BOOSTER CLUB
100 PANTHER DR
SLIDELL LA 70461

016087P001-1435A-598
NORTHSHORE TRAILER AND EQUIPMENT
1900 N COLLINES BLVD
COVINGTON LA 70433

019900P001-1435A-598
NORTHSHORE UMPIRES SERV INC
6047 CHATEAU LOIRE CIR
MANDEVILLE LA 70448

016088P001-1435A-598
NORTHSHORE UMPIRING SVC
104 CREPE MYRTLE PL
MANDEVILLE LA 70471

016089P001-1435A-598
NORTHSHORE VOLLEYBALL
NORTHSHORE HIGH SCHOOL
100 PANTHER DR
SLIDELL LA 70461

019901P001-1435A-598
NORTHSHORES SLIDELL GUIDE MAGAZINE
PO BOX 4147
SLIDELL LA 70459

001837P001-1435A-598
NORTHSIDE HOSPITAL
1000 JOHNSON FERRY RD NE
ATLANTA GA 30342

016090P001-1435A-598
NORTHSTAR CREATIVE
70325 HIGHWAY 1077 - STE 302
COVINGTON LA 70433

001838P001-1435A-598
NORTHWEST FAMILY SVC
6200 SE KING RD
PORTLAND OR 97222

023362P001-1435A-598
NORTHWESTERN MEDICAL FACULTY
DEPT 5777
CAROL STREAM IL 60122

009974P001-1435A-598
NORTHWESTERN STATE UNIVERSITY
LAHPERD OFFICE
C O DR BILL DICKENS
175 SAM SIBLEY RD
NATCHITOCHES LA 71497

012274P001-1435A-598
NORTHWESTERN STATE UNIVERSITY
CHRIS SAUER
NSU TRACK AND FIELD - ATHLETIC FIELDHOUSE
175 SAM SIBLEY DR
NATCHITOCHES LA 71497

017141P001-1435A-598
NORTHWESTERN STATE UNIVERSITY
SCHOOL OF CAPA
SUMMER MUSIC CAMPS
140 CENTRAL AVE
NATCHITOCHES LA 71497

016091P001-1435A-598
NORTHWESTERN STATE UNIVERSITY OF LOUISIANA
DEPT OF ENGINEERING TECHNOLOGY
WILLIAMSON HALL
KIM GIBSON
175 SAM SIBLEY RD, RM 119/120
NATCHITOCHES LA 71497

026631P001-1435A-598
NORTHWOOD HIGH SCHOOL
411 CRYSTAL ST
HAMMOND LA 70401

016092P001-1435A-598
NORTHWORLD LLC
STEVE ZICH
818 SW 3RD AVE
STE 59
PORTLAND OR 97204

019902P001-1435A-598
NORVELL INC
1520 W LINDBERG RD
SLIDELL LA 70458

018762P001-1435A-598
NOSF, INC
70380 HWY 21 STE 2
PMB 250
COVINGTON LA 70433-8128

019903P001-1435A-598
NOT JUST DONUTS
1329 GAUSE BLVD
SLIDELL LA 70458

013870P001-1435A-598
NOT THAT, LLC
500 DAVID ST
NEW ORLEANS LA 70119

026427P001-1435A-598
NOTEFLIGHT
49R DAY ST
SOMERVILLE MA 02144

026632P001-1435A-598
NOTHING BUNDT CAKE
1111 GREENGATE DR #D
COVINGTON LA 70433

021245P001-1435A-598
NOTOCO INC
2125 WILLIAMS BLVD
KENNER LA 70062

001841P001-1435A-598
NOTRE DAME ACOMPANO
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

1328

Case 20-10846 Doc 3654-4 Filed 09/09/25 Entered 09/09/25 14:06:54 RP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1329 of 1525
US First Class Mail
Exhibit Pages

032446S001-1435A-598
NOTRE DAME CATHOLIC CHURCH
AUGUSTINUS SERAN
PO BOX 677
ST MARTINVILLE LA 70582-0677

031098P001-1435A-598
NOTRE DAME HEALTH SYSTEM
(F/K/A CHATEAU DE NOTRE DAME)
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

021246P001-1435A-598
NOTRE DAME HIGH SCHOOL
910 N EASTERN AVE
CROWLEY LA 70526

021247P001-1435A-598
NOTRE DAME HOSPICE
1000 HOWARD AVE
10TH FLOOR
NEW ORLEANS LA 70113

001839P001-1435A-598
NOTRE DAME SEMINARY
ACOMPANO
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

001840P001-1435A-598
NOTRE DAME SEMINARY
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

012275P001-1435A-598
NOTRE DAME SEMINARY
FINANCE DEPT
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118-4391

031019P001-1435A-598
NOTRE DAME SEMINARY
MICHELLE KLEIN

031099P001-1435A-598
NOTRE DAME SEMINARY
VERY REV JAMES A WEHNER STD
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

012276P001-1435A-598
NOVA RECOGNITION
3422 CLEARY AVE STE B
METAIRIE LA 70002

023363P001-1435A-598
NOVASOM INC
DEPT CH 17169
PALATINE IL 60055

018726P001-1435A-598
NOVATIVE PRINTING
4413 CHASTANT ST
METAIRIE LA 70006

021248P002-1435A-598
NOVEL UNITS INC
P O BOX 440
BULVERDE TX 78163-0440

021249P001-1435A-598
NOWELL'S HANDY SVC
PO BOX 1513
LAPLACE LA 70069

001842P001-1435A-598
NOYA DESIGN INC
PO BOX 7032
METAIRIE LA 70010-7032

010653P001-1435A-598
NRA SERV SAFE
233 S WACKER DR
STE 3600
CHICAGO IL 60606

001843P001-1435A-598
NRP DIRECT
PO BOX 743140
ATLANTA GA 30374-3140

010654P001-1435A-598
NRS SERVE SAFE
233 S WACKER DR
STE 3600
CHICAGO IL 60606

001844P001-1435A-598
NRVC
5401 SOUTH CORNELL
STE 207
CHICAGO IL 60615

019904P001-1435A-598
NSBA
DIANNE LIPPS
241 EVELLA DR
SLIDELL LA 70458

021250P001-1435A-598
NSSE
1699 EAST WOODFIELD RD
STE 406
SCHAUMBURG IL 60173

017142P001-1435A-598
NSTA
PO BOX 90214
WASHINGTON DC 20090-0214

021251P001-1435A-598
NSTA
NSTA NSTA CONVENTION
P O BOX 98087
WASHINGTON DC 20090-8087

017143P001-1435A-598
NSU BASKETBALL
PRATHER COLISEUM
220 S JEFFERSON
NATCHITOCHES LA 71497

012277P001-1435A-598
NT SPORTS GROUP, INC
2101 BRIARGLEN DR
HOUSTON TX 77027

010655P001-1435A-598
NTL WRLD WAR II M GIFT
945 MAGAZINE ST
NEW ORLEANS LA 70130

010656P001-1435A-598
NTLREST SERVSAFE
233 S WACKER DR
STE 3600
CHICAGO IL 60606

026149P001-1435A-598
NTS COMMUNICATIONS
PO BOX 10730
LUBBOCK TX 79408-3730

Case 20-10846 Doc 4545-4 Filed 09/02/25 Entered 09/02/25 10:07:14 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1330 of 1525
US First Class Mail
Exhibit Pages

001845P001-1435A-598
NU LITE ELECTRICAL WHOLESALERS INC
PO BOX 207935
DALLAS TX 75320-7935

009975P001-1435A-598
NU-LITE ELECTRICAL
PO BOX 62600
NEW ORLEANS LA 70162-2600

009458P001-1435A-598
NU-LITE ELECTRICAL WHOLESALERS
DEPT 1386
PO BOX 62600
NEW ORLEANS LA 70162-2600

013872P001-1435A-598
NU-LITE ELECTRICAL WHOLESALERS LLC
PO BOX 679503
DALLAS TX 75267-9503

013871P001-1435A-598
NUE WAVE FILMS
1701 NORTH ATLANTA ST
METAIRIE LA 70003

019905P001-1435A-598
NULITE ELEC WHOLESALES INC
PO BOX 207935
DALLAS TX 75320-7935

023364P001-1435A-598
NUMOTION
26110 NETWORK PL
CHICAGO IL 60673

023365P001-1435A-598
NUMOTION
PO BOX 790051
SAINT LOUIS MO 63179

019906P001-1435A-598
NUNEZ COMMUNITY COLLEGE
3710 PARIS RD
CHALMETTE LA 70043

016093P001-1435A-598
NUSI
6047 CHATEAU LOIRE CIR
MANDEVILLE LA 70448

041330P001-1435A-598
NUSO, LLC
7777 BONHOMME AVE
STE 1100
CLAYTON MO 63105

001847P001-1435A-598
NUVISION EYECARE LLC
PO BOX 531070
INDIANAPOLIS IN 46253

017144P001-1435A-598
NW15
PO BOX 731253
DALLAS TX 75373-1253

013873P001-1435A-598
NWA 3D LLC
PO BOX 11920
CONWAY AR 72034

018763P001-1435A-598
NWN CORP
DEPT 34611
PO BOX 39000
SAN FRANCISCO CA 94139

010657P001-1435A-598
NYC WALKING TOURS
178 PRINCE ST
NEW YORK NY 10012

013874P001-1435A-598
O'BRIEN FLOORING
589 JF SMITH AVE
SLIDELL LA 70460

013877P001-1435A-598
O'KEEFE ELECTRIC (DO NOT USE)
20 29TH ST
STE A
KENNER LA 70062

001870P001-1435A-598
O'KEEFE ELECTRIC SVC INC
PO BOX 641251
KENNER LA 70064

026349P001-1435A-598
O'REILLY AUTO
233 S PATTERSON AVE
SPRINGFIELD MO 65802

010674P001-1435A-598
O'REILLY AUTO PARTS
7941 AIRLINE DR
METAIRIE LA 70003

026519P001-1435A-598
O'REILLY AUTO PARTS
64G WESTBANK EXPY
GRETNA LA 70053

031352S001-1435A-598
O?MELVENY AND MYERS LLP
EMMA L. JONES
2801 N. HARWOOD ST.
SUITE 1600
DALLAS TX 75201

010658P001-1435A-598
OAK ALLEY PLANTATION
3645 HWY 18 GREAT RIVER RD
VACHERIE LA 70090

016094P001-1435A-598
OAK HALL INDUSTRIES, LP
PO BOX 1078
SALEM VA 24153

027088P001-1435A-598
OAK HARBOR GOLF CLUB
201 OAK HARBOR BLVD
SLIDELL LA 70458

021255P001-1435A-598
OAK KNOLL COUNTRY CLUB
45246 COUNTRY CLUB RD
HAMMOND LA 70403

010659P001-1435A-598
OAK STREET BISTRO
3 OAK ST
ALFRED ME 04002

Case 20-10846 Doc 4536-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 1331 of 1525

Case 20-10846 Doc 4536-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Exhibit Affidavit 1331

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

001849P001-1435A-598
OAK TREE FAMILY DENTISTRY
1729 LAFAYETTE ST
STE 200
GRETNA LA 70053

021256P001-1435A-598
OAK WING GOLF CLUB
2345 VANDENBURG DR
ALEXANDRIA LA 71303

019907P001-1435A-598
OAKDALE HIGH SCHOOL
101 NORTH 13TH ST
OAKDALE LA 71463

021257P001-1435A-598
OAKDALE HIGH SCHOOL
101 N THIRTEENTH ST
OAKDALE LA 71463

001850P001-1435A-598
OAKWOOD ROOTS
112 ROCK PRAIRIE RD
STE A
COLLEGE STATION TX 77845

001852P001-1435A-598
OBA WM KING
7313 COLONIAL DR
FOREST HILL TX 76140

021258P001-1435A-598
OBLATE MEDIA
1509 WASHINGTON AVE
STE 550
ST. LOUIS MO 63103

001853P001-1435A-598
OBLATE SCHOOL OF THEOLOGY
INSTITUTIONAL ADVANCEMENT
285 OBLATE DR
SAN ANTONIO TX 78216

001854P001-1435A-598
OBLATE SISTERS OF PROVIDENCE
701 GUN RD
BALTIMORE MD 21227

001855P001-1435A-598
OBLATES OF MARY IMMACULATE
411 NORTH RAMPART ST
NEW ORLEANS LA 70112

023368P001-1435A-598
OBYRNE EYE CLINIC
STE 3 1580 W CAUSEWAY APPROACH
MANDEVILLE LA 70471

023369P001-1435A-598
OCC DR JOHN M WISE LLC
2820 NAPOLEON AVE STE 460
NEW ORLEANS LA 70115

023370P001-1435A-598
OCC SINUS AND NASAL SPECIALIST
8585 PICARDY AVE
BATON ROUGE LA 70809

023371P001-1435A-598
OCC SPECIALTY PHYSICIANS
397 HWY 21 STE 601
MADISONVILLE LA 70447

023372P001-1435A-598
OCC WESTBANK MEDICAL ASSOCIATE
STE S570 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

041331P001-1435A-598
OCCUPATIONAL MEDICINE SERVICES, LLC
144 VALHI LAGOON CROSSING
HOUMA LA 70360

000036P001-1435S-598
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX 75202

000012P001-1435A-598
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BUILDING
525 GRIFFIN ST STE 602
DALLAS TX 75202

009420P001-1435A-598
OCE IMAGISTICS INC
PO BOX 11407
BIRMINGHAM AL 35246-0284

012279P001-1435A-598
OCEAN SPRINGS GIRL LEAGUE
102 BOOTH CIR
OCEAN SPRINGS MS 39564

023373P001-1435A-598
OCEAN SPRINGS SURGICAL ENDOSCO
3301 BIENVILLE BLVD
OCEAN SPRINGS MS 39564

016095P001-1435A-598
OCG, LLC
109 NEW CAMELLIA BLVD
COVINGTON LA 70433

010660P001-1435A-598
OCHSNER
1221 S CLEARVIEW PKWY
NEW ORLEANS LA 70121

029693P001-1435A-598
OCHSNER BAPTIST A CAMPUS OF O
PO BOX 919140
DALLAS TX 75391

023375P001-1435A-598
OCHSNER BAPTIST A CAMPUS OF OC
PO BOX 919140
DALLAS TX 75391

023374P001-1435A-598
OCHSNER BAPTIST A CAMPUUS OF OC
PO BOX 919140
DALLAS TX 75391

010661P001-1435A-598
OCHSNER CANCER RESEARCH CENTER
17050 MEDICAL CTR DR
BATON ROUGE LA 70816

016096P001-1435A-598
OCHSNER CLINIC FOUNDATION
PO BOX 54294
NEW ORLEANS LA 70154-4294

Case 20-10846 Doc 4336-4 Filed 09/12/25 Entered 09/12/25 16:07:51 RP Exh At Affid v1332
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1332 of 1525
US First Class Mail
Exhibit Pages

018764P001-1435A-598
OCHSNER CLINIC FOUNDATION
1221 SOUTH CLEARVIEW PKWY
HARAHAN LA 70121

023376P001-1435A-598
OCHSNER CLINIC FOUNDATION
PO BOX 919140
DALLAS TX 75391

031016P001-1435A-598
OCHSNER CLINIC FOUNDATION
CRAIG BARDELL

023377P001-1435A-598
OCHSNER CLINIC LLC
1514 JEFFERSON HWY
NEW ORLEANS LA 70121

023378P001-1435A-598
OCHSNER CLINIC LLC
PO BOX 54851
NEW ORLEANS LA 70154

023379P001-1435A-598
OCHSNER CLINIC LLC BR
PO BOX 54851
NEW ORLEANS LA 70154

023380P001-1435A-598
OCHSNER CLINIC LLC NO
PO BOX 54851
NEW ORLEANS LA 70154

029694P001-1435A-598
OCHSNER CLINIC LLC NO
P O BOX 54854
NEW ORLEANS LA 70154

026259P001-1435A-598
OCHSNER GIFT SHOP
1514 JEFFERSON HWY
JEFFERSON LA 70121

021259P001-1435A-598
OCHSNER HEALTH PLAN
P O BOX 54679
NEW ORLEANS LA 70154

000048P001-1435S-598
OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA 70121

001857P001-1435A-598
OCHSNER HEALTH SYSTEM
OCHSNER SVC AREA
PO BOX 61838
NEW ORLEANS LA 70123

021260P001-1435A-598
OCHSNER HEALTH SYSTEM
OCHSNER MISC ACCTS RECEIVABLE
PO BOX 54294
NEW ORLEANS LA 70154-4294

029695P001-1435A-598
OCHSNER HEALTH SYSTEM
OCHSNER SVC AREA
P O BOX 61838
NEW ORLEANS LA 70116

001858P001-1435A-598
OCHSNER HOME MEDICAL EQUIPMENT
PO BOX 54309
NEW ORLEANS LA 70154

023382P001-1435A-598
OCHSNER HOME MEDICAL EQUIPMENT
PO BOX 54177
NEW ORLEANS LA 70154

023383P001-1435A-598
OCHSNER HOSPITAL FOR ORTHOPEDI
PO BOX 919140
DALLAS TX 75391

023384P001-1435A-598
OCHSNER LSU HEALTH SHREVEPORT
PO BOX 54989
NEW ORLEANS LA 70154

023385P001-1435A-598
OCHSNER LSU PHYSICIAN GROUP
DEPT 2660
PO BOX 11407
BIRMINGHAM AL 35246

023386P001-1435A-598
OCHSNER M C HANCOCK LLC
PO BOX 679531
DALLAS TX 75267

001859P001-1435A-598
OCHSNER MEDICAL CENTER
DEPT OF SPIRITUAL CARE
1514 JEFFERSON HWY
NEW ORLEANS LA 70121

023387P001-1435A-598
OCHSNER MEDICAL CENTER
PO BOX 60981
NEW ORLEANS LA 70160

023388P001-1435A-598
OCHSNER MEDICAL CENTER
PO BOX 919140
DALLAS TX 75391

023389P001-1435A-598
OCHSNER MEDICAL CENTER BATON R
PO BOX 919218
DALLAS TX 75391

023390P001-1435A-598
OCHSNER MEDICAL CENTER KENNER
PO BOX 54741
NEW ORLEANS LA 70154

023391P001-1435A-598
OCHSNER MEDICAL CENTER NORTHSH
PO BOX 54169
NEW ORLEANS LA 70154

023392P001-1435A-598
OCHSNER MEDICAL CENTER WESTBAN
PO BOX 919140
DALLAS TX 75391

023393P001-1435A-598
OCHSNER MEDICAL COMPLEX IBER
PO BOX 919218
DALLAS TX 75391

Case 2:20-cv-10846-CJB-... The Roman Catholic Church of the Archdiocese of New Orleans ... RP Exel... Affid... 1333
of Service Regarding Solicitation Packages Page 1333 of 1525
US First Class Mail
Exhibit Pages

019908P001-1435A-598
OCHSNER MISC ACCOUNTS RECEIVABLE
PO BOX 54294
NEW ORLEANS LA 70154-4294

023394P001-1435A-598
OCHSNER MISSISSIPPI LLC
PO BOX 679518
DALLAS TX 75267

023395P001-1435A-598
OCHSNER OPTICS CONTACT LENS
10TH FLOOR CLINIC TOWER 1514 JEFFERSON HWY
JEFFERSON LA 70121

023396P001-1435A-598
OCHSNER OUTPATIENT SURGERY SUI
PO BOX 54172
NEW ORLEANS LA 70154

017145P001-1435A-598
OCHSNER PERFORMANCE
LANCE LACOSTE
1221 S CLEARVIEW PKWY
NEW ORLEANS LA 70121

023397P001-1435A-598
OCHSNER ST ANNE GENERAL HOSPI
PO BOX 54562
NEW ORLEANS LA 70154

023398P001-1435A-598
OCHSNER ST MARY
PO BOX 742732
ATLANTA GA 30374

013875P001-1435A-598
OCOEE HIGH SCHOOL
WENDY CARTWRIGHT
SGA ADVISOR
1925 OCOEE CROWN PT PKWY
OCOEE FL 34761

026633P001-1435A-598
OCOEE HIGH SCHOOL
1925 OCOEE CROWN PT PKWY
OCOEE FL 34761

001861P001-1435A-598
OCP
PO BOX 35147 #3368
SEATTLE WA 98124-5147

009416P001-1435A-598
OCP
PO BOX 3368
PORTLAND OR 97208-3368

012280P001-1435A-598
OFF THE RECORD
MIKE TEIFER
21350 CASRIL DR
MANDEVILLE LA 70471

001862P001-1435A-598
OFFICE DEPOT
PO BOX 660113
DALLAS TX 75266-0113

001863P001-1435A-598
OFFICE DEPOT
PO BOX 88040
CHICAGO IL 60680-1040

026289P001-1435A-598
OFFICE DEPOT
755 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

041332P001-1435A-598
OFFICE DEPOT
6600 NORTH MILITARY TRL
BOCA RATON FL 33496

041333P001-1435A-598
OFFICE DEPOT
PO BOX 78004
PHOENIX AZ 85062

016097P001-1435A-598
OFFICE DEPOT - ACCOUNT # 46673154
PO BOX 660113
DALLAS TX 75266-0113

018765P001-1435A-598
OFFICE DEPOT BUSINESS ACCOUNT
DEPT 11  6003538615
PO BOX 19001036
LOUISVILLE KY 40290-1036

019909P001-1435A-598
OFFICE DEPOT CREDIT PLAN
DEPT 564203510390
PO BOX 78004
PHOENIX AZ 85062-8004

021261P001-1435A-598
OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020

010662P001-1435A-598
OFFICE MAX
1000 S CLEARVIEW PKWY #1020
HARAHAN LA 70123

026515P001-1435A-598
OFFICE MAXX
1000 S CLEARVIEW PKWY #1020
HARAHAN LA 70123

001864P001-1435A-598
OFFICE OF BLACK CATHOLIC MINISTRIES
ARCHDIOCESE OF BALTIMORE
320 CATHEDRAL ST
BALTIMORE MD 21201-4421

018766P001-1435A-598
OFFICE OF BLACK CATHOLIC MINISTRIES
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001865P001-1435A-598
OFFICE OF BLACK MINISTRY
ARCH OF NEW YORK
1011 FIRST AVE
NEW YORK NY 10022-4134

009976P001-1435A-598
OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

013876P001-1435A-598
OFFICE OF CHARITABLE GAMING
PO BOX 98502
BATON ROUGE LA 70884-9502

Case 20-10846 Doc 4835-4 Filed 02/25/25 Entered 02/25/25 17:54:03 RP Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1334 of 1525
US First Class Mail
Exhibit Pages

---

018767P001-1435A-598
OFFICE OF EDUCATION
KATIE BATT
PO BOX 3720
NAPA CA 94558-0372

001866P001-1435A-598
OFFICE OF FAMILY LIFE
3700 SHERIDA BLVD
STE 7
LINCOLN NE 68506

034600S001-1435A-598
OFFICE OF JUVENILE AFFAIRS
DEBRYONTEA GATSON
PO BOX 268812
OKLAHOMA CITY OK 73126-8812

012282P001-1435A-598
OFFICE OF LOUISIANA STATE FIRE MARSHAL
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

001867P001-1435A-598
OFFICE OF MARRIAGE AND FAMILY LIFE
PO BOX 3223
LAKE CHARLES LA 70602-3223

009456P001-1435A-598
OFFICE OF MOTOR VEHICLES
PO BOX 60081
NEW ORLEANS LA 70160-0081

012283P001-1435A-598
OFFICE OF MOTOR VEHICLES
STATE OF LOUISIANA
PO BOX 60081
NEW ORLEANS LA 70160-0081

018768P001-1435A-598
OFFICE OF MOTOR VEHICLES
PO BOX 64886
BATON ROUGE LA 70896

026516P001-1435A-598
OFFICE OF MOTOR VEHICLES
2150 WESTBANK EXPY
HARVEY LA 70058

001868P001-1435A-598
OFFICE OF MOTOR VEHICLES STATE OF LOUISIANA
PO BOX 60081
BATON ROUGE LA 70160-0081

017146P001-1435A-598
OFFICE OF RELIGIOUS ED
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3496

009977P001-1435A-598
OFFICE OF RELIGIOUS EDUCATION
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

018769P001-1435A-598
OFFICE OF RELIGIOUS EDUCATION
PAULA TAYLOR
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

021263P001-1435A-598
OFFICE OF RELIGIOUS EDUCATION
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001869P001-1435A-598
OFFICE OF STATE FIRE MARSHAL
BOILER INSPECTION SECTION
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

009978P001-1435A-598
OFFICE OF STATE FIRE MARSHAL
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

009365P001-1435A-598
OFFICE OF STATE FIRE MARSHALL
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

017147P001-1435A-598
OFFICE OF STATE FIRE MARSHALL
BOILER INSPECTION SECTION
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

012284P001-1435A-598
OFFICE OF STATE POLICE
PO BOX 66614
BATON ROUGE LA 70896

000016P001-1435A-598
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION SECTION
PO BOX 94005
BATON ROUGE LA 70804-9005

000007P004-1435S-598
OFFICE OF THE US TRUSTEE
AMANDA B. GEORGE,TRIAL ATTORNEY
600 S MAESTRI PLACE STE 840-T
NEW ORLEANS LA 70130

000063P001-1435S-598
OFFICE OF THE US TRUSTEE
MARY LANGSTON, ASST US TRUSTEE
400 POYDRAS ST.,STE 2110
NEW ORLEANS LA 70130

009979P001-1435A-598
OFFICE OF WORSHIP
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

012285P001-1435A-598
OFFICE OF WORSHIP
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

017148P001-1435A-598
OFFICE OF WORSHIP
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLELY AVE
NEW ORLEANS LA 70125

010663P001-1435A-598
OFFICESUPERSAVERSCOM
2460 BROADWAY AVE N
STE 200
ROCHESTER MN 55906

009250P001-1435A-598
OFFICESUPPLYCOM
302 INDUSTRIAL DR
COLUMBUS WI 53925-1018

026428P001-1435A-598
OFFICIAL COSTUMES LLC
DAMERUS CORP DBA OFFICEWORLD.COM
115 CLEVELAND ST
EUGENE OR 97402

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exec 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1335 of 1525
US First Class Mail
Exhibit Pages

021264P001-1435A-598
OFSI
13824 COLLECTIONS CTR DR
CHICAGO IL 60693

026260P001-1435A-598
OGDEN MUSEUM
925 CAMP ST
NEW ORLEANS LA 70130

023399P001-1435A-598
OGLTHORPE OF BATON ROUGE LLC
4040 NORTH BLVD
BATON ROUGE LA 70806

033575S001-1435A-598
OH CLOSE YOUTH CORRECTIONAL
LAURA MEFFORD
PO BOX 213001
STOCKTON CA 95213-9001

035624S001-1435A-598
OH CLOSE YOUTH CORRECTIONAL
ELISA DELOSSANTOS
PO BOX 213001
STOCKTON CA 95213-9001

036466S001-1435A-598
OH CLOSE YOUTH CORRECTIONAL
LORI WADE
PO BOX 213001
STOCKTON CA 95213-9001

026517P001-1435A-598
OHIO STATE UNIVERSITY
190 N OVAL MALL
COLUMBUS OH 43210

012286P001-1435A-598
OINK INC DBA HEAVENLY HAM OF MANDEVILLE
3439 HWY 190
MANDEVILLE LA 70471

010664P001-1435A-598
OLD NAVY
1136 S CLEARVIEW PKWY
STE 1166
HARAHAN LA 70123

016098P001-1435A-598
OLD RAIL BREWING CO
639 GIROD ST
MANDEVILLE LA 70448

026634P001-1435A-598
OLD URSULINE CONVENT MUSEUM
1100 CHARTRES ST #2505
NEW ORLEANS LA 70116

013878P001-1435A-598
OLDP - OUTREACH MINISTRY
OUR LADY OF DIVINE PROVIDENCE
1000 N STARRET RD
METAIRIE LA 70003

016099P001-1435A-598
OLE POST OFFICE PIZZA
45051 HWY 445
ROBERT LA 70455

009240P001-1435A-598
OLIFF PLC
277 S WASHINGTON ST
STE 500
ALEXANDRIA VA 22314-3646

026635P001-1435A-598
OLIVE GARDEN
5001 PINNACLE PKWY
COVINGTON LA 70433

041680P001-1435A-598
OLIVER PACKAGING AND EQUIPMENT CO
PO BOX 8506
CAROL STREAM IL 60197-8506

023400P001-1435A-598
OLIVER STREET 501A INC
PO BOX 769269
ROSWELL GA 30076

023401P001-1435A-598
OLOL PONTCHARTRAIN SURGERY CEN
STE 200 4407 HWY 190 SERVICE RD E
COVINGTON LA 70433

026518P001-1435A-598
OLPH
1908 SHORT ST
KENNER LA 70062

010665P001-1435A-598
OLPH - PC
1775 GROVE ST
GLENVIEW IL 60025

013879P001-1435A-598
OLPH FOOD PANTRY
OUR LADY OF PERPETUAL HELP CHURCH
1908 SHORT ST
KENNER LA 70065

010666P001-1435A-598
OLPS
2305 FENELON ST
CHALMETTE LA 70043

010667P001-1435A-598
OLRM ONLINE STORE
4611 POPLAR LEVEL RD
LOUISVILLE KY 40213

016100P001-1435A-598
OLYMPUS GROUP
9000 WEST HEATHER AVE
MILWAUKEE WI 53224

010668P001-1435A-598
OMAHA STEAKSCOM
650 WEST BOUGH
STE 100
HOUSTON TX 77024

021265P001-1435A-598
OMEARA FERGUSON WHELAN AND CONWAY
1001 3RD AVE WEST
BRADENTON FL 34205

023402P001-1435A-598
OMEGA DIAGNOSTICS LLC
DEPT NUMBER 10015
PO BOX 3780
TUPELO MS 38803

023403P001-1435A-598
OMEGA HOSPITAL LLC
2525 SEVERN AVE
METAIRIE LA 70002

Case 20-10846 Doc 4336-4 Filed 09/01/25 Entered 09/01/25 07:54:11 RP Exh 4 - Affidavit 1336
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1336 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019910P001-1435A-598<br>OMEGA LABORATORIES INC<br>400 N CLEVELAND AVE<br>MOGADORE OH 44260 | 017149P001-1435A-598<br>OMEGA PRODUCTION RESOURCE<br>PO BOX 24751<br>NEW ORLEANS LA 70184 | 010669P001-1435A-598<br>OMEGA SOUND AND ENTERTAINMENT<br>226 CROSS GATES BLVD<br>SLIDELL LA 70461 | 031352P002-1435A-598<br>OMELVENY AND MYERS LLP<br>TANCRED V SCHIAVONI<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK NY 10036 |
| 031352S002-1435A-598<br>OMELVENY AND MYERS LLP<br>JOSHUA JILOVEC<br>700 Louisiana Street Suite 2900<br>Houston TX 77002-2796 | 009980P001-1435A-598<br>OMNI CHEER<br>9389 DOWDY DR STE D<br>SAN DIEGO CA 92126 | 010670P001-1435A-598<br>OMNI CHEER<br>10089 WILLOW CREEK RD #350<br>SAN DIEGO CA 92131 | 012287P001-1435A-598<br>OMNI CHEER<br>PO BOX 16400<br>READING PA 19612 |
| 019911P001-1435A-598<br>OMNI CORPUS CHRISTI HOTEL<br>707 NORTH SHORELINE BLVD<br>CORPUS CHRISTI TX 78401 | 023404P001-1435A-598<br>OMNI HOME CARE<br>36 COMMERCE CT<br>HARAHAN LA 70123 | 023405P001-1435A-598<br>OMNI HOME CARE<br>68445 TAMMANY TRACE DR<br>MANDEVILLE LA 70471 | 021266P001-1435A-598<br>OMNI HOMES AND CONSTRUCTION INC<br>104 HAIG PT<br>LAPLACE LA 70068 |
| 001872P001-1435A-598<br>OMNI MOBILITY SVC LLC<br>35369 PINE ST EXTENSION<br>PEARL RIVER LA 70452 | 016101P001-1435A-598<br>OMNI ROYAL ORLEANS HOTEL<br>621 ST LOUIS ST<br>NEW ORLEANS LA 70140 | 018770P001-1435A-598<br>OMNI ROYAL ORLEANS HOTEL<br>SALES AND CATERING<br>621 ST LOUIS ST<br>NEW ORLEANS LA 70130 | 009423P001-1435A-598<br>OMNI SVC<br>PO BOX 1346<br>GAINESVILLE TX 76241 |
| 001873P001-1435A-598<br>OMNI TECH SVC INC<br>PO BOX 51420<br>NEW ORLEANS LA 70151 | 012288P001-1435A-598<br>ON DECK SPORTS<br>150 WOOD RD STE 200<br>BRAINTREE MA 02184 | 017150P001-1435A-598<br>ON TRACK AND FIELD, INC<br>PO BOX 1674<br>BURBANK CA 91507 | 016102P001-1435A-598<br>ON2 PERCUSSION, LLC<br>204 BYRD AVE<br>PHILADELPHIA MS 39350 |
| 018771P001-1435A-598<br>ONDECK SPORTS<br>88 SPARK ST<br>BROCKTON MA 02302 | 013880P001-1435A-598<br>ONE ACTION PLACE<br>526 MAIN ST<br>ACTON MA 01720-3945 | 001875P001-1435A-598<br>ONE ADVANTAGE LLC<br>PO BOX 23860<br>BELLEVILLE IL 62223-0860 | 001876P001-1435A-598<br>ONE CALL NOW<br>6450 POE AVE<br>STE 500<br>DAYTON OH 45414 |
| 010671P001-1435A-598<br>ONE CAUSE<br>8440 WOODFIELD CROSSING BLVD<br>INDIANAPOLIS IN 46240 | 023406P001-1435A-598<br>ONE DIRECTION HEALTHCARE<br>659 BROWNSWITCH RD<br>SLIDELL LA 70458 | 023407P001-1435A-598<br>ONE DIRECTIONS HEALTHCARE LLC<br>659 BROWNSWITCH RD<br>SLIDELL LA 70458 | 001877P001-1435A-598<br>ONE LICENSE<br>7343 S MASON AVE<br>CHICAGO IL 60638 |

Case 2:20-cv-08846-CJB-DPC Doc 1335-4 Filed 09/12/25 Entered 09/12/25 14:06:51 RP Exent Affidavit 1337
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1337 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021267P001-1435A-598<br>ONE SOURCE LLC<br>5600 HWY JEFFERSON<br>STE 226<br>JEFFERSON LA 70123 | 023408P001-1435A-598<br>ONE SOURCE MEDICAL MANAGEMENT<br>PO BOX 24746<br>BELFAST ME 04915 | 016103P001-1435A-598<br>ONE STOP DANCE STOP<br>70457 HWY 21<br>STE 111<br>COVINGTON LA 70433 | 019912P001-1435A-598<br>ONE WAY LOVE<br>1169 BERKSHIRE DR<br>PEARL RIVER LA 70452 |
| 010672P001-1435A-598<br>ONE WORLD HOSTING<br>PO BOX 880<br>WORTHINGTON OH 43085 | 021268P001-1435A-598<br>ONLINE DANCEWEAR<br>3904 CENTRAL AVE<br>STE A PMB 118<br>CHEYENNE WY 82001-1327 | 026429P001-1435A-598<br>ONLINE DANCEWEAR<br>PO BOX 66886<br>BATON ROUGE LA 70896 | 013881P001-1435A-598<br>ONTIME DRAIN CLEANING LLC<br>7904 WARSAW ST<br>METAIRIE LA 70003 |
| 012289P001-1435A-598<br>OPA SIGNS<br>2300 EARHART BLVD<br>NEW ORLEANS LA 70113 | 019913P001-1435A-598<br>OPELOUSAS CATHOLIC<br>428 E PRUDHOME LN<br>OPELOUSAS LA 70510 | 016104P001-1435A-598<br>OPELOUSAS CATHOLIC HIGH SCHOOL<br>428 E PRUDHOMME LN<br>OPELOUSAS LA 70570 | 021272P001-1435A-598<br>OPELOUSAS CATHOLIC HIGH SCHOOL<br>428 EAST PRUDHOMME ST<br>OPELOUSAS LA 70570 |
| 027089P001-1435A-598<br>OPEN ARMS<br>1340 8TH ST<br>SLIDELL LA 70458 | 023409P001-1435A-598<br>OPEN MRI HAMMOND<br>4301 BLUEBONNET BLVD<br>BATON ROUGE LA 70809 | 037090P001-1435A-598<br>OPEN TEXT INC. (CARBONITE)<br>C/O JP MORGAN LOCK BOX<br>24685 NETWORK PLACE<br>CHICAGO IL 60673-1246 | 023410P001-1435A-598<br>OPENSIDED MRI OF NEW ORLEANS<br>4301 BLUEBONNET BLVD<br>BATON ROUGE LA 70809 |
| 023411P001-1435A-598<br>OPENSIDED MRI OF NEW ORLEANS<br>STE 200 4241 VETERANS MEMORIAL BL<br>METAIRIE LA 70006 | 010673P001-1435A-598<br>OPENTIPCOM<br>337 RESERVOIR ST F3<br>NEEDHAM HEIGHTS MA 02494 | 019914P001-1435A-598<br>OPERATION GRATITUDE<br>PO BOX 260254<br>ENCINO CA 91426-0257 | 012290P001-1435A-598<br>OPERATION LIFE SAVER<br>PO BOX 77207<br>BATON ROUGE LA 70879 |
| 040804P001-1435A-598<br>OPPENHEIMER & CO. INC.<br>ATTN: SUSAN STOIA<br>85 BROAD STREET<br>NEW YORK NY 10004 | 040805P001-1435A-598<br>OPPENHEIMER & CO. INC.<br>ATTN: FRAN BANSON<br>85 BROAD STREET<br>NEW YORK NY 10004 | 040806P001-1435A-598<br>OPPENHEIMER & CO. INC.<br>ATTN: CORPORATE ACTIONS<br>85 BROAD STREET<br>NEW YORK NY 10004 | 040807P001-1435A-598<br>OPPENHEIMER & CO. INC.<br>OSCAR MAZARIO<br>85 BROAD STREET<br>NEW YORK NY 10004 |
| 001878P001-1435A-598<br>OPSE<br>1601 PERDIDO ST  BLDG H<br>STE 3H112<br>NEW ORLEANS LA 70112 | 009981P001-1435A-598<br>OPSE<br>1300 PERDIDO ST STE 1W30<br>NEW ORLEANS LA 70112 | 001879P001-1435A-598<br>OPTIMUM AUDIOLOGY LLC<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 | 023413P001-1435A-598<br>OPTION CARE<br>1330 PAYSPHERE CIR<br>CHICAGO IL 60674 |

Case 20-10846 Doc 3654-5 Filed 09/02/25 Entered 09/02/25 14:08:01 RPC Exact Affidavit 1338
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1338 of 1525
US First Class Mail
Exhibit Pages

023414P001-1435A-598
OPTION CARE
4238 PAYSPHERE CIR
CHICAGO IL 60674

023415P001-1435A-598
OPTION CARE HEALTH
1330 PAYSPHERE CIR
CHICAGO IL 60674

023416P001-1435A-598
OPTION CARE HEALTH
PO BOX 418711
BOSTON MA 02241

023417P001-1435A-598
OPTUM PHARMACY
1801 PARK VIEW DR FL 1
SHOREVIEW MN 55126

023418P001-1435A-598
OPTUMHEALTH CARE SOLUTIONS
PO BOX 860214
MINNEAPOLIS MN 55486

000046P003-1435S-598
OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
1 OPTUM CIR
EDEN PRAIRIE MN 55344-2956

023419P001-1435A-598
OPTUMRX FOR RX CLAIMS
OPTUM RX SOLUTIONS DEPT 8765
LOS ANGELES CA 90088-8765

023420P001-1435A-598
OPTUMRX FOR RX FEES
OPTUM RX SOLUTIONS DEPT 8765
LOS ANGELES CA 90088-8765

001880P001-1435A-598
OPUS LEGALIS LLC
201 ST CHARLES AVE
STE 114-320
NEW ORLEANS LA 70170

023421P001-1435A-598
ORANGE GROVE URGENT CARE
PO BOX 1248
OCEAN SPRINGS MS 39566

019915P001-1435A-598
ORDERS SVC LLC
3401 JEAN LAFITTE PKWY
CHALMETTE LA 70043

016105P001-1435A-598
ORDES SERVICES, LLC
PO BOX 233
SLIDELL LA 70459-0233

019916P001-1435A-598
ORDES SVC LLC
3401 JEAN LAFITTE PKWY
CHALMETTE LA 70043

021273P001-1435A-598
ORE - ARCHDIOCESE OF NEW ORLEANS
JOHANNES HOFINGER CONFERENCE
7887 WALMSLEY AVENUE
NEW ORLEANS LA 70125

033864S001-1435A-598
OREGON YOUTH AUTHORITY
LOUISE STECHER
530 CENTER ST NE # 500
SALEM OR 97301-3765

034244S001-1435A-598
OREGON YOUTH AUTHORITY
KENNETH JERIN
530 CENTER ST NE # 500
SALEM OR 97301-3765

034246S001-1435A-598
OREGON YOUTH AUTHORITY
MARK BROST
530 CENTER ST NE # 500
SALEM OR 97301-3765

034276S001-1435A-598
OREGON YOUTH AUTHORITY
VICKY BROUCHER
530 CENTER ST NE # 500
SALEM OR 97301-3765

034372S001-1435A-598
OREGON YOUTH AUTHORITY
ALICE TRUE
530 CENTER ST NE # 500
SALEM OR 97301-3765

035165S001-1435A-598
OREGON YOUTH AUTHORITY
TERI BLEDSOE
530 CENTER ST NE # 500
SALEM OR 97301-3765

035597S001-1435A-598
OREGON YOUTH AUTHORITY
JOSEPH SIMS
530 CENTER ST NE # 500
SALEM OR 97301-3765

036189S001-1435A-598
OREGON YOUTH AUTHORITY
LIZ GHARST
530 CENTER ST NE # 500
SALEM OR 97301-3765

021269P001-1435A-598
OREK DIRECT LLC
100 PLANTATION RD
NEW ORLEANS LA 70068-3412

041335P001-1435A-598
ORGAN SALES AND SVC
101 SANDSTONE
BRANDON MS 39047

041336P001-1435A-598
ORGANIC ACCOUNTING AND CONSULTING, LLC
2108 ROBIN ST
NEW ORLEANS LA 70122

026430P001-1435A-598
ORGANIZE IT
2523 PRODUCT CT
ROCHESTER HILLS MI 48309-3867

021270P001-1435A-598
ORIENTAL MERCHANDISE CO
2636 EDENBORN AVE
METAIRIE LA 70002

021271P001-1435A-598
ORIENTAL TRADING CO
PO BOX 790403
ST. LOUIS MO 63179-0403

Case 20-10846 Doc 3655-4 Filed 09/12/25 Entered 09/12/25 06:42:07 Exhibit - Affia 1339
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1339 of 1525
US First Class Mail
Exhibit Pages

009323P001-1435A-598
ORIENTAL TRADING CO INC
5455 S 90TH ST
OMAHA NE 68127-3501

041337P001-1435A-598
ORKIN
137 CANVASBACK DR
STE A
SAINT ROSE LA 70087

041338P001-1435A-598
ORKIN
2300 EARHART BLVD
NEW ORLEANS LA 70113

001882P001-1435A-598
ORKIN INC
5700 CITRUS BLVD
STE E-2
JEFFERSON LA 70123-5813

029821P001-1435A-598
ORKIN PEST CONTROL
5700 CITRUS BLVD
STE E-2
JEFFERSON LA 70123-5813

041339P001-1435A-598
ORKIN PEST CONTROL
12030 LAKELAND PK BLVD
STE 125
BATON ROUGE LA 70809

009137P001-1435A-598
ORLEANS COFFEE
1001 INDUSTRY RD STE A
KENNER LA 70062

023422P001-1435A-598
ORLEANS FAMILY PRACTICE LLC
PO BOX 16373
BELFAST ME 04915

021274P001-1435A-598
ORLEANS FIRE SYSTEMS INC
P O BOX 667
LAPLACE LA 70069

001883P001-1435A-598
ORLEANS HORTICULTURAL SVC
4658 DEMONTLUZIN ST
NEW ORLEANS LA 70122

023423P001-1435A-598
ORLEANS PRIMARY CARE
STE 205A 401 VETERANS BLVD
METAIRIE LA 70005

023424P001-1435A-598
ORTHO SPORTS SPECIALISTS OF LO
PO BOX 28
THIBODAUX LA 70302

023425P001-1435A-598
ORTHOPAEDIC PT OF NEW ORLEANS
714 DUBLIN ST
NEW ORLEANS LA 70118

023426P001-1435A-598
ORTHOPAEDIC SPECIALISTS OF NEW
3434 PRYTANIA ST STE 310
NEW ORLEANS LA 70115

023428P001-1435A-598
ORTHOPEDIC AND SPORTS PHYSICAL T
245 N COLLEGE RD
LAFAYETTE LA 70506

023429P001-1435A-598
ORTHOPEDIC AND SPORTS THERAPY
701 METAIRIE RD STE 1A202
METAIRIE LA 70005

001885P001-1435A-598
ORTHOPEDIC CENTER
4921 AIRLINE DR
METAIRIE LA 70001-5664

023430P001-1435A-598
ORTHOPEDIC CENTER SPORTS MEDIC
4921 AIRLINE DR
METAIRIE LA 70001

023431P001-1435A-598
ORTHOPEDIC SPORTS PHYSICAL THE
245 N COLLEGE RD
LAFAYETTE LA 70506

023434P001-1435A-598
ORTHOTIC PROSTHETIC SPECIALIST
101 HIGHLAND PK PLZ
COVINGTON LA 70433

001886P001-1435A-598
ORY FAMILY DENTISTRY
430 W FIFTH ST
LAPLACE LA 70069

023435P001-1435A-598
OSR LOUISIANA LLC
PO BOX 827914
PHILADELPHIA PA 19182

010675P001-1435A-598
OTC BRANDS INC
5455 S 90TH ST
OMAHA NE 68127

013882P001-1435A-598
OTIS ELEVATOR CO
PO BOX 730400
DALLAS TX 75373-0400

041340P001-1435A-598
OTIS ELEVATOR CO
1013 HARLMAW CT WEST
STE B
METAIRIE LA 70001

034019S001-1435A-598
OTISVILLE CORRECTIONAL DEPT
KAREN AMSTERDAM
PO BOX 8
OTISVILLE NY 10963-0008

013883P001-1435A-598
OTTER PRODUCTS, LLC
209 S MELDRUM ST
FORT COLLINS CO 80521

016106P001-1435A-598
OUACHITA CHRISTIAN
7065 HWY 165 NORTH
MONROE LA 71203

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1340 of 1525
US First Class Mail
Exhibit Pages

---

033286S001-1435A-598
OUR HEAVENLY FATHER CATHOLIC
JOUAN PABLO ROBLES
PO BOX 249
OLMITO TX 78575-0249

032538S001-1435A-598
OUR LADY HELP OF CHRISTIANS
JEFFREY STARKOVICH
PO BOX 1170
JENNINGS LA 70546-1170

001888P001-1435A-598
OUR LADY OF DELIVERANCE DIOCESE
21 E 23RD ST
BAYONNE NJ 07002

013884P001-1435A-598
OUR LADY OF DIVINE PROVIDENCE
917 N ATLANTA ST
METAIRIE LA 70003-5898

031100P001-1435A-598
OUR LADY OF DIVINE PROVIDENCE
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029922P001-1435A-598
OUR LADY OF DIVINE PROVIDENCE CHURCH
1000 NORTH STARRETT RD
CHURCH 8617 W METAIRIE AVE
METAIRIE LA 70003

001889P001-1435A-598
OUR LADY OF DIVINE PROVIDENCE SCH
917 N ATLANTA ST
METAIRIE LA 70003

031101P001-1435A-598
OUR LADY OF GOOD COUNSEL, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031102P001-1435A-598
OUR LADY OF GOOD HARBOR, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031103P001-1435A-598
OUR LADY OF GRACE
ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001890P001-1435A-598
OUR LADY OF GRACE CHURCH
780 HWY 44
RESERVE LA 70084

029923P001-1435A-598
OUR LADY OF GRACE CHURCH
772 LA-44
RESERVE LA 70084

033363S001-1435A-598
OUR LADY OF GRACE CHURCH
JOSEPH RODNEY
PO BOX 464
RESERVE LA 70084-0464

032887S001-1435A-598
OUR LADY OF GRACE PARISH
RICHARD LOPEZ
PO BOX 39
LA COSTE TX 78039-0039

032140S001-1435A-598
OUR LADY OF GUADALUPE
TERESA AVILA
PO BOX 356
FABENS TX 79838-0356

032905S001-1435A-598
OUR LADY OF GUADALUPE
RAYNALDO YRLAS JR
PO BOX 411
ALICE TX 78333-0411

033085S001-1435A-598
OUR LADY OF GUADALUPE
JOHN P NOLAN
307 W MAIN ST
FREDERICKSBURG TX 78624-3711

001891P001-1435A-598
OUR LADY OF GUADALUPE CHURCH
OUR LADY OF GUADALUPE PARISH
411 N RAMPART ST
NEW ORLEANS LA 70112-3594

032799S001-1435A-598
OUR LADY OF GUADALUPE CHURCH
ALFONSO TORRES
PO BOX 4900
BROWNSVILLE TX 78523-4900

033021S001-1435A-598
OUR LADY OF GUADALUPE CHURCH
JOHN OHLIG
PO BOX 1269
PLAINVIEW TX 79073-1269

033104S001-1435A-598
OUR LADY OF GUADALUPE CHURCH
JOSEPH VATHALLOOR
824 N DIVIDE ST
ELDORADO TX 76936-2165

033174S001-1435A-598
OUR LADY OF GUADALUPE CHURCH
JAIRO SANDOVAL-PLIEG
111 W RIO GRANDE ST
TAYLOR TX 76574-4237

031688P001-1435A-598
OUR LADY OF GUADALUPE PARISH
411 NORTH RAMPART STREET
NEW ORLEANS LA 70112

033263S001-1435A-598
OUR LADY OF GUADALUPE PARISH
ANGEL VILLALBA
PO BOX 6
SARITA TX 78385-0006

013885P001-1435A-598
OUR LADY OF HOLY CROSS COLLEGE
4123 WOODLAND DR
NEW ORLEANS LA 70131

033476S001-1435A-598
OUR LADY OF LA SALETTE MISSION
ALFRED LAFLEUR
PO BOX 239
JASPER TX 75951-0003

031104P001-1435A-598
OUR LADY OF LAVANG
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031106P001-1435A-598
OUR LADY OF LOURDES
ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

Case 20-10846 Doc 3545-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1341 of 1525
US First Class Mail
Exhibit Pages

031107P001-1435A-598
OUR LADY OF LOURDES
ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001892P001-1435A-598
OUR LADY OF LOURDES CHURCH
3924 BERKLEY ST
SLIDELL LA 70458-5142

001893P001-1435A-598
OUR LADY OF LOURDES MEN'S CLUB
3924 BERKLEY ST
SLIDELL LA 70458

009982P001-1435A-598
OUR LADY OF LOURDES NEW ORLEANS I
ARCHDIOCESE ACCOUNTING DEPT
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032681S001-1435A-598
OUR LADY OF LOURDES PARISH
BARBARA FESKE
PO BOX 1412
WINNFIELD LA 71483-1412

023436P001-1435A-598
OUR LADY OF LOURDES RMC
DEPT B
PO BOX 679308
DALLAS TX 75267

001894P001-1435A-598
OUR LADY OF LOURDES SCHOOL
345 WESTCHESTER BLVD
SLIDELL LA 70458-5299

031105P001-1435A-598
OUR LADY OF LOURDES,
NEW ORLEANS, LOUISIANA, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033240S001-1435A-598
OUR LADY OF MERCY CATHOLIC CHR
GARRETT SAVOIE
PO BOX 587
BREAUX BRIDGE LA 70517-0587

001895P001-1435A-598
OUR LADY OF MERCY CATHOLIC CHURCH
445 MARQUETTE AVE
BATON ROUGE LA 70806

032939S001-1435A-598
OUR LADY OF MERCY CHURCH
JEAN O SAMBU
PO BOX 805
MERCEDES TX 78570-0805

033266S001-1435A-598
OUR LADY OF MERCY CHURCH
MARY ROSENBLOOM
207 CAMILLE ST
OPELOUSAS LA 70570-2659

031108P001-1435A-598
OUR LADY OF MOUNT CARMEL LATIN
MASS COMMUNITY, COVINGTON, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033257S001-1435A-598
OUR LADY OF MT CARMEL
THOMAS J RICHARD
PO BOX 100
CHATAIGNIER LA 70524-0100

032346S001-1435A-598
OUR LADY OF MT CARMEL CHURCH
CARY BANI
PO BOX 1249
ST FRANCISVILLE LA 70775-1249

031549P001-1435A-598
OUR LADY OF PEACE CATHOLIC CHURCH
13281 LA-644
SOUTH VACHERIE LA 70090

013886P001-1435A-598
OUR LADY OF PERPETUAL HELP
1908 MINOR ST
KENNER LA 70062

026520P001-1435A-598
OUR LADY OF PERPETUAL HELP
1908 SHORT ST
KENNER LA 70062

031109P001-1435A-598
OUR LADY OF PERPETUAL HELP
ROMAN CATHOLIC CHURCH,
BELLE CHASSE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031110P001-1435A-598
OUR LADY OF PERPETUAL HELP
ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001896P001-1435A-598
OUR LADY OF PERPETUAL HELP CHURCH
8968 HIGHWAY 23
BELLE CHASSE LA 70037

001897P001-1435A-598
OUR LADY OF PERPETUAL HELP SCHOOL
531 WILLIAMS BLVD
KENNER LA 70062

001898P001-1435A-598
OUR LADY OF PERPETUAL HELP SCHOOL
8970 HIGHWAY 23
BELLE CHASSE LA 70037

029926P001-1435A-598
OUR LADY OF PREPETUAL HELP CHURCH
8968 LA-23
BELLE CHASSE LA 70037

029927P001-1435A-598
OUR LADY OF PREPETUAL HELP CHURCH
1908 SHORT ST
KENNER LA 70062

031111P001-1435A-598
OUR LADY OF PROMPT SUCCOR
ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031112P001-1435A-598
OUR LADY OF PROMPT SUCCOR
ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029928P001-1435A-598
OUR LADY OF PROMPT SUCCOR CATHOLIC CHURCH
146 6TH ST
WESTWEGO LA 70094

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

---

001899P001-1435A-598
OUR LADY OF PROMPT SUCCOR CHURCH
146 FOURTH ST
WESTWEGO LA 70094

001900P001-1435A-598
OUR LADY OF PROMPT SUCCOR CHURCH
2320 PARIS RD
CHALMETTE LA 70043

001901P001-1435A-598
OUR LADY OF PROMPT SUCCOR SCHOOL
2305 FENELON ST
CHALMETTE LA 70043-4951

001902P001-1435A-598
OUR LADY OF PROMPT SUCCOR SCHOOL
420 21ST ST
ALEXANDRIA LA 71301

001903P001-1435A-598
OUR LADY OF PROMPT SUCCOR SCHOOL
531 AVE A
WESTWEGO LA 70094

032647S001-1435A-598
OUR LADY OF REFUGE CHURCH
ROBERTO NATOLES
815 WEBSTER ST
EAGLE PASS TX 78852-3975

032528S001-1435A-598
OUR LADY OF ROSARY MISSION
LIZ LABORDE
119 TALLY ST
CAMPTI LA 71411-4007

032369S001-1435A-598
OUR LADY OF SEVEN DOLORS
ALAN TROUILLE
PO BOX 515
WELSH LA 70591-0515

033031S001-1435A-598
OUR LADY OF SORROWS PARISH
LUONG TRAN
PO BOX 38
CHINA TX 77613-0038

031113P001-1435A-598
OUR LADY OF THE ANGELS
ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001904P001-1435A-598
OUR LADY OF THE ANGELS CHURCH
6851 RIVER RD
WAGGAMAN LA 70094

029929P001-1435A-598
OUR LADY OF THE ANGELS CHURCH
6851 RIVER RD
NEW ORLEANS LA 70121

023437P001-1435A-598
OUR LADY OF THE ANGELS HOSP
PO BOX 776488
CHICAGO IL 60677

023438P001-1435A-598
OUR LADY OF THE ANGELS HOSPITA
PO BOX 776488
CHICAGO IL 60677

023439P001-1435A-598
OUR LADY OF THE ANGELS PULMONO
433 PLAZA ST STE 2B
BOGALUSA LA 70427

033193S001-1435A-598
OUR LADY OF THE ASSUMPTION
MELANY ROBERTS
4727 MCHUGH DR
ZACHARY LA 70791-3935

031114P001-1435A-598
OUR LADY OF THE HOLY ROSARY
ROMAN CATHOLIC CHURCH,HAHNVILLE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001905P001-1435A-598
OUR LADY OF THE HOLY ROSARY CHURCH
#1 RECTORY LANE
HAHNVILLE LA 70057

033439S001-1435A-598
OUR LADY OF THE ISLE PARISH
PETER LE
PO BOX 885
GRAND ISLE LA 70358-0885

012291P001-1435A-598
OUR LADY OF THE LAKE
312 LAFITTE ST
MANDEVILLE LA 70448

031115P001-1435A-598
OUR LADY OF THE LAKE
ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

041341P001-1435A-598
OUR LADY OF THE LAKE
2115 JEFFERSON ST/
MANDEVILLE LA 70448

023440P001-1435A-598
OUR LADY OF THE LAKE ASSUMPTIO
PO BOX 677957
DALLAS TX 75267

001906P001-1435A-598
OUR LADY OF THE LAKE CHURCH
312 LAFITTE ST
MANDEVILLE LA 70448-5898

029932P001-1435A-598
OUR LADY OF THE LAKE CHURCH
395 LAFITTE ST
MANDEVILLE LA 70448

023442P001-1435A-598
OUR LADY OF THE LAKE RMC
DEPT A
PO BOX 679308
DALLAS TX 75267

001907P001-1435A-598
OUR LADY OF THE LAKE SCHOOL
316 LAFITTE ST
MANDEVILLE LA 70448

029925P001-1435A-598
OUR LADY OF THE LOURDES CATHOLIC CHURCH
2621 COLONIAL BLVD
VIOLET LA 70092

Case 2:20-cv-08124-... Document ... Filed 09/09/25 ... Page 1343 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1343 of 1525
US First Class Mail
**Exhibit Pages**

029924P001-1435A-598
OUR LADY OF THE LOURDES CHURCH
400 WESTCHESTER PL
SLIDELL LA 70458

031116P001-1435A-598
OUR LADY OF THE ROSARY
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

023323S001-1435A-598
OUR LADY OF THE ROSARY
JONATHAN HEMELT
1322 MOSS ST
NEW ORLEANS LA 70119-2903

029931P001-1435A-598
OUR LADY OF THE ROSARY CATHOLIC CHURCH
3368 ESPLANADE AVE
NEW ORLEANS LA 70119

001908P002-1435A-598
OUR LADY OF THE ROSARY CHURCH
HEMELT*REV JONATHAN
1322 MOSS ST
NEW ORLEANS LA 70119

026350P001-1435A-598
OUR LADY OF THE ROSARY CHURCH
3368 ESPLANADE AVE
NEW ORLEANS LA 70119

029930P001-1435A-598
OUR LADY OF THE ROSARY CHURCH
1 RECTORY LN
HAHNVILLE LA 70057

031117P001-1435A-598
OUR LADY OF THE SACRED HEART,
NEW ORLEANS, LOUISIANA, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032722S001-1435A-598
OUR LADY OF VICTORIES
REBECCA SMITH
PO BOX 368
PASCAGOULA MS 39568-0368

033086S001-1435A-598
OUR LADY OF VICTORY
MARTIN NELSON
PO BOX 1359
SOUR LAKE TX 77659-1359

032163S001-1435A-598
OUR LADY OF WISDOM CHURCH
BRYCE SIBLEY
PO BOX 42371
LAFAYETTE LA 70504-0001

031118P001-1435A-598
OUR LADY OF WISDOM FACILITY CORP
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

001909P001-1435A-598
OUR LADY OF WISDOM HEALTH CARE
5600 GENERAL DE GAULLE DR
NEW ORLEANS LA 70131-7247

001910P001-1435A-598
OUR LADY QUEEN OF ALL SAINTS
CATHOLIC CHURCH
1220 W DARDEAU ST
VILLE PLATTE LA 70586

032391S001-1435A-598
OUR LADY QUEEN OF HEAVEN CHR
CAMILLE MARTINEZ
617 W CLAUDE ST
LAKE CHARLES LA 70605-3409

001911P001-1435A-598
OUR LADY QUEEN OF PEACE
RETREAT CENTER
3630 DANCYVILLE RD
DANCYVILLE TN 38069

031119P001-1435A-598
OUR LADY STAR OF THE SEA
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029933P001-1435A-598
OUR LADY STAR OF THE SEA CATHOLIC CHURCH
1835 ST ROCH AVE
NEW ORLEANS LA 70117

001912P001-1435A-598
OUR LADY STAR OF THE SEA CHURCH
1835 ST ROCH AVE
NEW ORLEANS LA 70117-8199

032694S001-1435A-598
OUR LADY-FATIMA CATHOLIC CHR
JOE MARTINA
PO BOX 4136
MONROE LA 71211-4136

032089S001-1435A-598
OUR LADY-GUADALUPE CATHOLIC
CARLOS GONZALEZ
PO BOX 639
HELOTES TX 78023-0639

033144S001-1435A-598
OUR LADY-GUADALUPE CATHOLIC
EVENCIO HERREA
504 E SANTA CLARA ST
HEBBRONVILLE TX 78361-3535

033355S001-1435A-598
OUR LADY-GUADALUPE CATHOLIC
ROY LEE SNIPES
PO BOX 1047
MISSION TX 78573-0017

032899S001-1435A-598
OUR LADY-LASALETTE CATHOLIC
RONALD FOSHAGE
PO BOX 239
JASPER TX 75951-0003

033213S001-1435A-598
OUR LADY-PROMPT SUCCOR PARISH
JOSE PALATHARA
PO BOX 67
MANSURA LA 71350-0067

032437S001-1435A-598
OUR LADY-REFUGE CATHOLIC CHR
RICHARD PHILION
PO BOX 156
ROMA TX 78584-0156

033231S001-1435A-598
OUR LADY-THE SACRED HEART-ST
JERRY WYBLE
118 N ROGERS ST
CHURCH POINT LA 70525-3017

032428S001-1435A-598
OUR LADY-VICTORY CATHOLIC CHR
PAUL ONUEGBE
PO BOX 387
LOREAUVILLE LA 70552-0387

Case 20-10846-10846 D-13865 Filed 09/09/25 Entered 09/09/25 10:07:54 PR Exh 4 - Ahdev 1344
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1344 of 1525
US First Class Mail
Exhibit Pages

032504S001-1435A-598
OUR MOTHER OF MERCY CATHOLIC
ALICIA FRANCIS
PO BOX 15632
HOUSTON TX 77220-5632

032745S001-1435A-598
OUR MOTHER-SORROWS CATHOLIC
GODFREY ANDOH
PO BOX 347
BILOXI MS 39533-0347

001913P001-1435A-598
OUR SUNDAY VISITOR
PO BOX 393
CONGERS NY 10920-0393

010676P001-1435A-598
OUR SUNDAY VISITOR
200 NOLL PLZ
HUNTINGTON IN 46750

037110P001-1435A-598
OUR SUNDAY VISITOR
P.O. BOX 4013
CARL STREAM IL 60197-4013

001914P001-1435A-598
OUR SUNDAY VISITOR INC
PO BOX 4013
CAROL STREAM IL 60197-4013

021275P001-1435A-598
OUR SUNDAY VISITOR NEWSWEEKLY
PO BOX 393
CONGERS NY 10920-9708

021276P001-1435A-598
OUR SUNDAY VISITOR PUBLISHING
PO BOX 4013
CAROL STREAM IL 60197-4013

010677P001-1435A-598
OUTBACK #1913
1601 BARATARIA BLVD
MARRERO LA 70072

021277P001-1435A-598
OUTBACK STEAKHOUSE
1600 WEST PINHOOK RD
LAFAYETTE LA 70508

026351P001-1435A-598
OUTBACK STEAKHOUSE
2202 N WEST SHORE BLVD
TAMPA FL 33607

001915P001-1435A-598
OUTDOOR ALUMINUM INC
PO BOX 118
GENEVA AL 36340

021278P001-1435A-598
OUTDOOR ALUMINUM INC
PO BOX 118
1989 E STATE HWY 52
GENEVA AL 36340

021279P001-1435A-598
OUTDOOR CUSTOM SPORTWEAR LLC
PO BOX 413245
KANSAS CITY MO 64141

018774P001-1435A-598
OUTDOOR RECREATION GROUP
1919 VINEBURN AVE
LOS ANGELES CA 90032

027090P001-1435A-598
OUTFIELDERS PIZZA BUFFET
1824 HWY 11 N
PICAYUNE MS 39466

017151P001-1435A-598
OUTFRONT
PO BOX 33074
NEWARK NJ 07188-0074

017152P001-1435A-598
OUTFRONT MEDIA
8001 TOWNSEND PL
NEW ORLEANS LA 70126

021280P001-1435A-598
OUTLOOK DESIGN
P O BOX 57
RESERVE LA 70084

023443P001-1435A-598
OUTPATIENT EYE SURGERY CENTER
DEPT AT 952520
ATLANTA GA 31192

019918P001-1435A-598
OUTSIDE EXPECTATIONS TREE SVC
205 LAKE SABINE CT
SLIDELL LA 70461

018775P001-1435A-598
OVATIONS FOOD SVC
STACEY MESSINA
4545 WILLIAMS BLVD
KENNER LA 70065

026261P001-1435A-598
OVATIONS FOOD SVC
18228 US-41
LUTZ FL 33549

001916P001-1435A-598
OVERHEAD DOOR CO
PO BOX 741605
ATLANTA GA 30384-1605

010678P001-1435A-598
OVERSTOCKCOM
6350 SOUTH 3000 EAST
SALT LAKE CITY UT 84121

012292P001-1435A-598
OX LOT 9
428 E BOSTON ST
COVINGTON LA 70433

017153P001-1435A-598
OZAN GOKDEMIR
556 CARROLLTON AVE
METAIRIE LA 70005

001922P001-1435A-598
P AND A ADMINISTRATIVE SVC INC
17 COURT ST
STE 500
BUFFALO NY 14202

Case 20-10846 Doc 3545-4 Filed 09/09/25 Entered 09/09/25 08:54:00 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1345 of 1525
US First Class Mail
Exhibit Pages

001923P001-1435A-598
P AND N TECHNOLOGIES
8550 UNITED PLZ BLVD
STE 1001
BATON ROUGE LA 70809

012293P001-1435A-598
P J'S COFFEE OF NEW ORLEANS
JENNIFER GITZ
70456 HWY 21 STE 100
COVINGTON LA 70433

012294P001-1435A-598
PAC
1170 MEADOWBROOK BLVD
MANDEVILLE LA 70471

010679P001-1435A-598
PACE
4201 N RAMPART ST
NEW ORLEANS LA 70117

001918P001-1435A-598
PACE GREATER NEW ORLEANS
4201 N RAMPART ST
NEW ORLEANS LA 70117

031120P001-1435A-598
PACE GREATER NEW ORLEANS
SR MARJORIE HEBERT MSC
1000 HOWARD AVE STE 200
NEW ORLEANS LA 70113

000094P001-1435S-598
PACHULSKI STANG ZIEHL & JONES LLP
LINDA F CANTOR
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067

000095P001-1435S-598
PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067

000096P003-1435S-598
PACHULSKI STANG ZIEHL & JONES LLP
JOSHUA M FRIED
1 SANSOME ST STE 3430
SAN FRANCISCO CA 94104-4436

000142P001-1435S-598
PACHULSKI STANG ZIEHL & JONES LLP
ANDREW CAINE
10100 SANTA MONICA BLVD STE 1300
LOS ANGELES CA

001919P001-1435A-598
PACIERA GAUTREAU AND PRIEST LLC
3209 RIDGELAKE DR
METAIRIE LA 70002

017154P001-1435A-598
PACKNPLAY, LLC
420 N STARRETT RD
METAIRIE LA 70003

041342P001-1435A-598
PADDIECOM INC
3811 DITMARS BLVD #1071
ASTORIA NY 11105

019920P001-1435A-598
PADS CONCRETE
PO BOX 1587
PEARL RIVER LA 70452

031121P001-1435A-598
PADUA HOUSE
SR MARJORIE HEBERT MSC
1000 HOWARD AVE STE 200
NEW ORLEANS LA 70113

023444P001-1435A-598
PAEON HEALTH SVC INC
PO BOX 54102
NEW ORLEANS LA 70154

017155P001-1435A-598
PAETEC
PO BOX 9001111
LOUISVILLE KY 40290-1111

001921P001-1435A-598
PAIGE CO CONTAINERS INC
PO BOX 443
ELMWOOD PARK NJ 07407

021281P001-1435A-598
PAIGE WILLIAMS
156 JORDAN CT
LAPLACE LA 70068

020464P001-1435A-598
PAILET MEUNIER AND LEBLANCE LLP
3421 NORTH CAUSEWAY BLVD
METAIRIE LA 70002

023445P001-1435A-598
PAIN INTERVENTION CENTER
PO BOX 679527
DALLAS TX 75267

010680P001-1435A-598
PAINT POSH PUB
3218 TAFT PK
METAIRIE LA 70002

018776P001-1435A-598
PAINTED LADY OF NEW ORLEANS, LLC
1121 LEONTINE ST
NEW ORLEANS LA 70115

019921P001-1435A-598
PAINTERS WORLD INC
708 EAST I-10 SERVICE RD
STE 400
SLIDELL LA 70461

016107P001-1435A-598
PAINTING PLUS
44058 WILLIE D MAGEE RD
FRANKLINTON LA 70438

001924P001-1435A-598
PAINTING WITH A TWIST
4931 W ESPLANADE AVE
STE D
METAIRIE LA 70006

023446P001-1435A-598
PAISLEY FAMILY MEDICAL CENTER
PO BOX 23153
BELFAST ME 04915

001925P001-1435A-598
PALATE NEW ORLEANS LLC
8220 WILLOW ST
NEW ORLEANS LA 70118

Case 20-10846 Doc 3545-4 Filed 09/02/25 Entered 09/02/25 16:07:54 DRP Exreit 4 - Filed
Case 20-10846 Doc 3545-4 Filed 09/02/25 Entered 09/02/25 16:07:54 DRP Ex. 4 - Filed 1346
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1346 of 1525
US First Class Mail
Exhibit Pages

016108P001-1435A-598
PALIPROTO 3D PRINTING AND 3D SCANNING
4994 LOWER ROSWELL RD
STE 18/19
MARIETTA GA 30068

023447P001-1435A-598
PALMDALE REGIONAL MEDICAL
FILE 50604
LOS ANGELES CA 90074

023922P001-1435A-598
PALMETTOS ON THE BAYOU
1901 BAYOU LN
SLIDELL LA 70458

023448P001-1435A-598
PALO ALTO MEDICAL FOUNDATION
PO BOX 276950
SACRAMENTO CA 95827

017156P001-1435A-598
PALOS SPORTS, INC
11711 S AUSTIN AVE
ALSIP IL 60803

013157P001-1435A-598
PAM KENNEDY
ADDRESS INTENTIONALLY OMITTED

023449P001-1435A-598
PAML
DEPT NUMBER 10015
PO BOX 3780
TUPELO MS 38803

001926P001-1435A-598
PAN AM COMMUNICATIONS INC
6738 ARGONNE BLVD
NEW ORLEANS LA 70124

001927P001-1435A-598
PAN AMERICAN LIFE INS CO
PO BOX 919252
DALLAS TX 75391-9252

001928P001-1435A-598
PAN AMERICAN POWER CORP
PO BOX 1576
COVINGTON LA 70434

016109P001-1435A-598
PANAMA CITY BEACH CHEER AND DANCE CAMPS
PO BOX 9595
PANAMA CITY BEACH FL 32417

013887P001-1435A-598
PANAMERICAN LIFE INS CO
US BENEFITS BILLING DEPT
PO BOX 919252
DALLAS TX 75391-9252

010681P001-1435A-598
PANDA KING RESTAURANT
925 BEHRMAN HWY
TERRYTOWN LA 70056

010682P001-1435A-598
PANERA BREAD
31 MCALISTER DR
NEW ORLEANS LA 70118

016110P001-1435A-598
PANERA BREAD
70411 HWY 21
COVINGTON LA 70433

023450P001-1435A-598
PANHANDLE EMERGENCY PHYSICIANS
PO BOX 865783
ORLANDO FL 32886

021282P001-1435A-598
PANNU ENTERPRISES ONE
ACCOUNTS RECEIVABLE
2169 AUGUSTA DR
LAPLACE LA 70068

036206S001-1435A-598
PANTEX
MICHAEL RENTNER
PO BOX 30020
AMARILLO TX 79120-0020

010683P001-1435A-598
PAPA JOHN'S
2701 AIRLINE DR
METAIRIE LA 70001

013888P001-1435A-598
PAPA JOHN'S
2625 DAVID DR
METAIRIE LA 70003

010684P001-1435A-598
PAPA JOHN'S PIZZA
2701 AIRLINE DR
METAIRIE LA 70001

026521P002-1435A-598
PAPA JOHNS
1479 TOBIAS GADSON BLVD
CHARLESTON SC 29407-4794

026636P001-1435A-598
PAPA JOHNS PIZZA
1200 US-190 BUS
COVINGTON LA 70433

013889P001-1435A-598
PAPA'S WORKSHOP
9025 JEFFERSON HWY
RIVER RIDGE LA 70003

026352P001-1435A-598
PAPAS PIZZA
2701 AIRLINE DR
METAIRIE LA 70001

019924P001-1435A-598
PAPER DIRECT
1025 E WOODMEN RD
COLORADO SPRINGS CO 80920

026431P001-1435A-598
PAPER DIRECT
4875 WHITE BEAR PKWY
WHITE BEAR LAKE MN 55110

019925P001-1435A-598
PAPERCUT SOFTWARE INTERNATIONAL
1620 SW TAYLOR ST
STE 210
PORTLAND OR 97205

Case 20-10846 Doc 4485-4 Filed 02/25/25 Entered 09/00/25 04:51:07 RP Exel A Affdavt 1347
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1347 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019926P001-1435A-598<br>PAR GOLF SUPPLY INC<br>550 PRATT AVE NORTH<br>SCHAUMBURG IL 60193 | 001931P001-1435A-598<br>PARACLETE PRESS INC<br>PO BOX 1568<br>ORLEANS MA 02653 | 013890P001-1435A-598<br>PARADISE MANOR COMMUNITY CLUB<br>529 SAUVE RD<br>RIVER RIDGE LA 70123 | 016111P001-1435A-598<br>PARADISE PALMS LANDSCAPING<br>2012 STAFFORD RD<br>COVINGTON LA 70435 |
| 010685P001-1435A-598<br>PARALLAX INC<br>599 MENLO DR #100<br>ROCKLIN CA 95765 | 009392P001-1435A-598<br>PARATECH LLC<br>PO BOX 23608<br>NEW ORLEANS LA 70183 | 023451P001-1435A-598<br>PARC UROLOGY<br>STE 2300 5680 FRISCO SQUARE BLVD<br>FRISCO TX 75034 | 023452P001-1435A-598<br>PARIMAL PARIKH MD LLC<br>STE 101 4232 WILLIAMS BLVD<br>KENNER LA 70065 |
| 018778P001-1435A-598<br>PARIS AVENUE BAND, LLC<br>708 PKWY AVE<br>JEFFERSON LA 70121 | 023453P001-1435A-598<br>PARISH ANES COVINGTON<br>PO BOX 919150<br>DALLAS TX 75391 | 023454P001-1435A-598<br>PARISH ANES GASTRO TULANE<br>PO BOX 919344<br>DALLAS TX 75391 | 001933P001-1435A-598<br>PARISH ANES JEFFERSON<br>PO BOX 919190<br>DALLAS TX 75391 |
| 023455P001-1435A-598<br>PARISH ANES OF BATON ROUGE LL<br>PO BOX 919232<br>DALLAS TX 75391 | 023456P001-1435A-598<br>PARISH ANES OF BATON ROUGE LLC<br>PO BOX 919232<br>DALLAS TX 75391 | 023457P001-1435A-598<br>PARISH ANES OF ST BERNARD<br>PO BOX 919181<br>DALLAS TX 75391 | 023458P001-1435A-598<br>PARISH ANES OF TULANE<br>PO BOX 919124<br>DALLAS TX 75391 |
| 023459P001-1435A-598<br>PARISH ANESTHESIA AMBULATORY L<br>PO BOX 919288<br>DALLAS TX 75391 | 023460P001-1435A-598<br>PARISH ANESTHESIA OF HARVEY LL<br>PO BOX 919148<br>DALLAS TX 75391 | 019929P001-1435A-598<br>PARISH GLASS OF ST TAMMANY INC<br>331 FREMAUX AVE<br>SLIDELL LA 70458 | 033015S001-1435A-598<br>PARISH OF THE NATIVITY<br>ROBERT GUERRA<br>PO BOX 307<br>EAGLE LAKE TX 77434-0307 |
| 032957S001-1435A-598<br>PARISH OF THE NAVITIY CHURCH<br>CYNTHIA SUNDERMAN<br>PO BOX 307<br>EAGLE LAKE TX 77434-0307 | 029822P001-1435A-598<br>PARISHSOFT LLC<br>825 VICTORS WAY<br>STE 200<br>ANN ARBOR MI 48108-2830 | 010686P001-1435A-598<br>PARK FIRST BADINE<br>111 IBERVILLE ST<br>NEW ORLEANS LA 70130 | 018779P001-1435A-598<br>PARK INN<br>3011 MAINGATE LN<br>KISSIMMEE FL 34747 |
| 023461P001-1435A-598<br>PARK PLACE SURGICAL HOSPITAL<br>PO BOX 80008<br>LAFAYETTE LA 70598 | 013891P001-1435A-598<br>PARKING MANAGEMENT SERVICES, INC<br>UNIVERSITY PLACE GARAGE<br>145 UNIVERSITY PL<br>NEW ORLEANS LA 70112 | 018780P001-1435A-598<br>PARKING MANAGEMENT SERVICES, INC<br>918 GRAVIER ST<br>NEW ORLEANS LA 70112 | 010687P001-1435A-598<br>PARKING UNTILITY OF HOB<br>1340 POYDRAS ST #801<br>NEW ORLEANS LA 70112 |

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Exhibit Affidavit of Service Regarding Solicitation Packages Page 1348 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1030 of 1204

08/27/2025 05:46:02 PM

010688P001-1435A-598
PARKING UTILITY OF HOB
1340 POYDRAS ST #801
NEW ORLEANS LA 70112

018781P001-1435A-598
PARKING VIOLATIONS BUREAU
PO BOX 52828
NEW ORLEANS LA 70152-2828

021283P001-1435A-598
PARKVIEW BAPTIST HIGH SCHOOL
5750 PARKVIEW CHURCH
BATON ROUGE LA 70816

016112P001-1435A-598
PARKVIEW BAPTIST SCHOOL
VOLLEYBALL TOURNAMENT
5750 PARKVIEW CHURCH RD
BATON ROUGE LA 70816

009983P001-1435A-598
PARKWAY BAKERY AND TAVERN
538 HAGAN AVE
NEW ORLEANS LA 70119

016113P001-1435A-598
PARSON AND SANDERSON, INC
PO BOX 958
METAIRIE LA 70004-0958

009984P001-1435A-598
PARTEE RENTALS LLC
7012 MILNE BLVD
NEW ORLEANS LA 70124

010689P001-1435A-598
PARTIES4KIDS LLC
1620 N MISSILE WAY
ANAHEIM CA 92801

013892P001-1435A-598
PARTNERS IN MISSION
124 SYCAMORE DR
WESTWOOD MA 02090

016114P001-1435A-598
PARTNERS IN MISSION SCHOOL LEADERSHIP
SEARCH SOLUTIONS
124 SYCAMORE DR
WESTWOOD MA 02090

010690P001-1435A-598
PARTY CHEAPCOM
1 BEISTLE PLZ
SHIPPENSBURG PA 17257

010691P001-1435A-598
PARTY CITY
1000 S CLEARVIEW PKWY
NEW ORLEANS LA 70123

026353P001-1435A-598
PARTY CITY
477 ROUTE 10 EAST
RANDOLPH NJ 07869

013893P001-1435A-598
PARTY CITY HOLDINGS, LLC 110
520 ELMWOOD PK BLVD
STE 110
HARAHAN LA 70123

013894P001-1435A-598
PARTY PALACE
51 23RD ST
KENNER LA 70062

010692P001-1435A-598
PARTY PROCOM
6511 E 44TH ST
TULSA OK 74145

018782P001-1435A-598
PARTY RENTALS DELIVERED LLC
2837 TIFTON ST - STE A
KENNER LA 70062

017158P001-1435A-598
PARTY ZONE INFLATABLES
1700 VETERANS BLVD
STE 200
METAIRIE LA 70005

012295P001-1435A-598
PARTY-TYME PRODUCTIONS
164 BELLE TERRE BLVD
COVINGTON LA 70433

010693P001-1435A-598
PARTYSTANDUPS
1195 TALLEVAST RD
SARASOTA FL 34243

023462P001-1435A-598
PASAM RAO
1500 CANAL BLVD
THIBODAUX LA 70301

026354P001-1435A-598
PASCAL MANALE
1838 NAPOLEON AVE
NEW ORLEANS LA 70115

012296P001-1435A-598
PASCO
10101 FOOTHILLS BLVD
ROSEVILLE CA 95747-7100

013895P001-1435A-598
PASCO SCIENTIFIC
10101 FOOTHILLS BLVD
ROSEVILLE CA 95747-7100

000339P001-1435A-598
PASSIONIST MISSIONARIES
PO BOX 12
PAPUA NEW GUINEA
NEW GUINEA

013896P001-1435A-598
PAT O'BRIEN'S
SALES OFFICE
718 ST PETER ST
NEW ORLEANS LA 70116

016115P001-1435A-598
PAT O'S PROMENADE HALL
718 S PETER
NEW ORLEANS LA 70116

012297P001-1435A-598
PAT'S SEAFOOD
1248 COLLINS BLVD
COVINGTON LA 70433

Case 2:20-cv-10846-... Case 2:20-cv-10846-CJB-JCW Document 12-5 Filed 09/01/25 Page 1349 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Index of Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1349 of 1525
US First Class Mail
Exhibit Pages

016117P001-1435A-598
PAT'S SEAFOOD
1248 COLLINS BLVD
STE D
COVINGTON LA 70433

023463P001-1435A-598
PATHGROUP LABS LLC
PO BOX 639197
CINCINNATI OH 45263

023464P001-1435A-598
PATHOLOGISTS BIO-MED
PO BOX 610483
DALLAS TX 75261

001937P001-1435A-598
PATHOLOGY ASSOC OF MID LA
PO BOX 3780
DEPT 10-019
TUPELO MS 38803-3780

023465P001-1435A-598
PATHOLOGY GROUP OF LOUISIANA
5339 O DONOVAN DR
BATON ROUGE LA 70808

023466P001-1435A-598
PATHOLOGY GROUP OF LOUISIANA
PO BOX 84030
BATON ROUGE LA 70884

023467P001-1435A-598
PATHWAY DIAGNOSTICS
100 STREET A STE E
PICAYUNE MS 39466

023468P001-1435A-598
PATIENTS FIRST CARE
19115 FLORIDA BLVD STE A
ALBANY LA 70711

023469P001-1435A-598
PATIENTS FIRST TENNESSEE MED
1660 W TENNESSEE ST
TALLAHASSEE FL 32304

001938P001-1435A-598
PATIO DRUGS
5208 VETERANS MEMORIAL BLVD
METAIRIE LA 70006

023470P001-1435A-598
PATIO HEALTHCARE
5208 VETERANS BLVD
METAIRIE LA 70006

023471P001-1435A-598
PATRICIA A JACKSON MD LLC
STE N408 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

023472P001-1435A-598
PATRICIA BRALY MD APMC
217 CHEROKEE ROSE LN
COVINGTON LA 70433

023473P001-1435A-598
PATRICIA C ESTRADA MD APMC
4700 WICHERS DR STE 101
MARRERO LA 70072

029520P001-1435A-598
PATRICIA EARLY
ADDRESS INTENTIONALLY OMITTED

023474P001-1435A-598
PATRICK C HAGEN ENT SINUS CLIN
PO BOX 146
THIBODAUX LA 70302

021284P001-1435A-598
PATRICK F TAYLOR SCIENCE AND
TECHNOLOGY ACADEMY
701 CHURCHILL PKWY
AVONDALE LA 70094

016116P001-1435A-598
PATRICK TAYLOR HIGH SCHOOL
2012 JEFFERSON HWY
JEFFERSON LA 70121

021285P001-1435A-598
PATTERSON HIGH SCHOOL
2525 MAIN ST
PATTERSON LA 70392

013897P001-1435A-598
PATTERSON MEDICAL SUPPLY, INC
DBA MEDCO SUPPLY CO
PO BOX 21773
CHICAGO IL 60673-1217

001939P001-1435A-598
PATTERSON RESOLUTION GROUP
1800 CITY FARM DR
BUILDING 6
BATON ROUGE LA 70806

019930P001-1435A-598
PATTONS CATERING
127 CLEVELAND AVE
SLIDELL LA 70458

021286P001-1435A-598
PAUL B JOHNSON STATE PARK
319 GEIGER LAKE RD
HATTIESBURG MS 39401

030423P001-1435A-598
PAUL CALAMARI
1
NY NY 10016

021287P001-1435A-598
PAUL DAVIS LUMBER CO
144 SAWMILL RD
AMITE LA 70422

030989P001-1435A-598
PAUL GILMORE AND ASSOC INC
PAUL GILMORE
ADDRESS INTENTIONALLY OMITTED

023475P001-1435A-598
PAUL GUILBAULT MD FAMILY MED
521 ASBURY DR
MANDEVILLE LA 70471

001942P001-1435A-598
PAUL J LANE PHD
3812 SEPULVEDA BLVD
STE 520
TORRANCE CA 90505

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1350 of 1525
US First Class Mail
**Exhibit Pages**

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 016118P001-1435A-598<br>PAUL PRYOR TRAVEL BAGS, INC<br>12401 66TH ST NORTH<br>LARGO FL 33773 | 001943P001-1435A-598<br>PAUL SHURTE PHD LCSW<br>2820 ATHANIA PKWY<br>STE #4<br>METAIRIE LA 70002 | 009320P001-1435A-598<br>PAUL SITA CO<br>5604 SALMEN ST<br>HARAHAN LA 70123 | 023476P001-1435A-598<br>PAULA B SHEINBERG LCSW INC<br>CLINICAL COUNSELING SVC<br>804 N CAUSEWAY BLVD STE D<br>METAIRIE LA 70001 |
| 018783P001-1435A-598<br>PAUL'S LAWN EQUIPMENT<br>2812 LIME ST<br>METAIRIE LA 70006 | 009310P001-1435A-598<br>PAULINE BOOKS AND MEDIA<br>50 ST PAULS AVE<br>BOSTON MA 02130-3491 | 009985P002-1435A-598<br>PAULINE BOOKS AND MEDIA<br>CENTRAL ADMINISTRATION<br>50 ST PAULS AVE<br>BOSTON MA 02130-3491 | 001944P001-1435A-598<br>PAULIST EVANGELIZATION MINISTRIES<br>3031 FOURTH ST NE<br>WASHINGTON DC 20017 |
| 001945P001-1435A-598<br>PAULIST PRESS<br>997 MACARTHUR BLVD<br>MAHWAH NJ 07430 | 019931P001-1435A-598<br>PAULS PASTRY SHOP<br>3247 HIGHWAY 43 N<br>PICAYUNE MS 39466 | 016119P001-1435A-598<br>PAXTON / PATTERSON LLC<br>35099 EAGLE WAY<br>CHICAGO IL 60678 | 041345P001-1435A-598<br>PAYA<br>14901 QUORUM DR<br>STE 700<br>DALLAS TX 75254 |
| 009397P001-1435A-598<br>PAYMENT ALLIANCE INTERNATIONAL<br>PO BOX 535207<br>ATLANTA GA 30353-5207 | 027091P001-1435A-598<br>PAYMENTECH CHASE CC<br>PO BOX 29534<br>PHOENIX AZ 85038 | 021252P001-1435A-598<br>PAYNE CONSTRUCTION<br>P O BOX 308<br>NORCO LA 70079 | 010696P001-1435A-598<br>PAYPAL BELMONT EDUC<br>336 CONCORD AVE<br>BELMONT MA 02478 |
| 012298P001-1435A-598<br>PAYPAL CREDIT<br>PO BOX 105658<br>ATLANTA GA 30348-5658 | 009351P002-1435A-598<br>PAYPAL INC<br>10025 ALTERRA PKWY UNIT 2400<br>AUSTIN TX 78758-3394 | 018784P001-1435A-598<br>PAYSCHOOLS<br>40 BURTON HILLS BLVD - STE 415<br>NASHVILLE TN 37215 | 019932P002-1435A-598<br>PBC INDUSTRIAL SUPPLIES<br>12659 S CHOCTAW DR<br>BATON ROUGE LA 70815-2802 |
| 021253P001-1435A-598<br>PBCC<br>PO BOX 856460<br>LOUIVILLE KY 40285-6460 | 012299P001-1435A-598<br>PBYSA<br>38 S BLUE ANGEL PKWY<br>PENSACOLA FL 32506 | 021254P001-1435A-598<br>PC PRIME CONNECTIONS<br>33 ELM ST<br>CHAMPLAIN NY 12919 | 018785P001-1435A-598<br>PCC INC<br>PO BOX 22294<br>LITTLE ROCK AR 72221 |
| 009986P001-1435A-598<br>PCI EDUCATIONAL PUBLISHING<br>PO BOX 34270<br>SAN ANTONIO TX 78265 | 023477P001-1435A-598<br>PCMG SCO UROLOGY<br>PO BOX 841167<br>DALLAS TX 75284 | 016120P001-1435A-598<br>PDT TOWING AND RECOVERY<br>1801 MANHATTAN BLVD<br>HARVEY LA 70058 | 012300P001-1435A-598<br>PEACE OF CAKE<br>428 WEST CHASE CT<br>MANDEVILLE LA 70048 |

Case 20-10846 Doc 3365-4 Filed 09/01/25 Entered 09/01/25 14:07:14 Desc Exh. A - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1351 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

---

023479P001-1435A-598
PEACHTREE IMMEDIATE CARE
1275 HIGHWAY 54 W STE 201
FAYETTEVILLE GA 30214

023480P001-1435A-598
PEAK PERFORMANCE PHYSICAL THER
6756 LANGLEY DR STE A
BATON ROUGE LA 70809

019933P001-1435A-598
PEAP
PO BOX 1020
SEWICKLEY PA 15143

023481P001-1435A-598
PEARL ACRES PEDIATRICS
59125 N PEARL DR
SLIDELL LA 70461

019934P001-1435A-598
PEARL RIVER BAPTIST ASSOCIATION
PO BOX 489
MCNEILL MS 39457

010697P001-1435A-598
PEARL RIVER HIGH SCHOOL
39110 REBEL LN
PEARL RIVER LA 70452

012301P001-1435A-598
PEARL RIVER HIGH SCHOOL
MICHAEL GRUSH
39110 TAYLOR ST
PEARL RIVER LA 70452

021288P001-1435A-598
PEARL RIVER HIGH SCHOOL
BOB DEVALL
39110 REBEL LANE
PEARL RIVER LA 70452

001948P001-1435A-598
PEARSON EDUCATION
PO BOX 6820
CHANDLER AZ 85246

009446P001-1435A-598
PEARSON EDUCATION INC
PO BOX 409496
ATLANTA GA 30384-9496

016121P001-1435A-598
PEARSON EDUCATION, INC
PO BOX 409479
ATLANTA GA 30384-9479

013898P001-1435A-598
PEARSON PUBLICATIONS
PO BOX 409479
ATLANTA GA 30384

023482P001-1435A-598
PED CLINIC OF ST MARY PARISH
1055 DAVID DR
MORGAN CITY LA 70380

016122P001-1435A-598
PEDESTAL SOURCE
309 HICKORY ST
FORT COLLINS CO 80524

023483P001-1435A-598
PEDIATRIX MEDICAL GROUP
PO BOX 840384
DALLAS TX 75284

023484P001-1435A-598
PEDRO A SERRANT MD LLC
1850 GAUSE BLVD E STE 103
SLIDELL LA 70461

023485P001-1435A-598
PEDRO ROMAGUERA A PROFESSIONAL
PO BOX 22130
BELFAST ME 04915

009987P001-1435A-598
PEER PLUS LLC
3631 S LAKESHORE
BATON ROUGE LA 70808

031613P001-1435A-598
PEIFFER WOLF CARR KANE AND CONWAY
ELICIA FORD
935 GRAVIER STREET STE 1600
NEW ORLEANS LA 70112

001949P001-1435A-598
PEL HUGHES PRINTING INC
3801 TOULOUSE ST
NEW ORLEANS LA 70119

016123P001-1435A-598
PELICAN ATHLETIC CLUB
1170 MEADOWBROOK BLVD
MANDEVILLE LA 70471

021289P001-1435A-598
PELICAN COMPUTER
1417 EDWARDS AVE
HARAHAN LA 70123

017159P001-1435A-598
PELICAN EVENTS, LLC
1100 INDUSTRY RD
KENNER LA 70062

012302P001-1435A-598
PELICAN GRAPHICS
1100 INDUSTRY RD
KENNER LA 70062

041346P001-1435A-598
PELICAN OUTDOOR ADVERTISING
201 KENT AVE
METAIRIE LA 70001

016124P001-1435A-598
PELICAN PARK
63350 PELICAN DR
MANDEVILLE LA 70448

016125P001-1435A-598
PELICAN POINTE CAR WASH
70487 HWY 21
COVINGTON LA 70433

009131P002-1435A-598
PELICAN PUBLISHING CO INC
990 N CORPORATE DR STE 100
NEW ORLEANS LA 70123-3374

Case 2:20-cv-08676-DJP-EJD Document 25-4 Filed 09/02/25 Page 1352 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1352 of 1525
US First Class Mail
Exhibit Pages

021290P001-1435A-598
PELICAN STATE FORECAST
252 FLAMINGO RD
MORGAN CITY LA 70380

023486P001-1435A-598
PELICAN STATE OUTPATIENT CENTE
1525 DICKORY AVE
HARAHAN LA 70123

023487P001-1435A-598
PELICAN URGENT CARE MS LLC
1375 CORPORATE SQUARE DR
SLIDELL LA 70458

023488P001-1435A-598
PELICAN URGENT CARE MS LLC
1375 CORP SQ DR
SLIDELL LA 70458

019935P001-1435A-598
PELICAN WHOLESALE DISTRIBUTORS
1030 OLD SPANISH TRL DR
STE 10
SLIDELL LA 70458

017160P001-1435A-598
PELLERIN LAUNDRY MACHINERY CO
PO BOX 1137
KENNER LA 70063

001951P001-1435A-598
PELLERIN LAUNDRY MACHINERY SALES CO INC
PO BOX 1137
KENNER LA 70063

017161P001-1435A-598
PENDERS MUSIC CO
3145 ELM ST
DENTON TX 76201

016126P001-1435A-598
PENGUIN PUBLISHING GROUP
ACADEMIC MARKETING DEPT
375 HUDSEN ST
NEW YORK NY 10014-3657

035187S001-1435A-598
PENITENTIARY OF NEW MEXICO
KIM JANETZKY
PO BOX 1059
SANTA FE NM 87504-1059

036463S001-1435A-598
PENITENTIARY OF NEW MEXICO
CERRA OHRBERG
PO BOX 1059
SANTA FE NM 87504-1059

001953P001-1435A-598
PENNANT SHOP
2908 METAIRIE RD
METAIRIE LA 70001

018786P001-1435A-598
PENNINGTON AND BAILES LLC
22 MARIN WAY
STE 2B
STRATHAM NH 03885

016127P001-1435A-598
PENNINGTON'S HARDWARE AND SCREEN PRINTING
PO BOX 955
MADISONVILLE LA 70447

021291P001-1435A-598
PENNY'S INTERIOR DESIGN
118 COTTONWOOD
LAPLACE LA 70068

026637P001-1435A-598
PENSKE P AND J STORAGE
60041 US-11
SLIDELL LA 70458

041681P001-1435A-598
PENSKE TRUCK LEASING
PO BOX 827380
PHILADELPHIA PA 19182-7380

001954P001-1435A-598
PENSKE TRUCK LEASING CO LP
PO BOX 802577
CHICAGO IL 60680--257

016128P001-1435A-598
PEOPLE
PO BOX 62120
TAMPA FL 33662-2120

031560P001-1435A-598
PEOPLE FOR TEENS OF ST ANTHONY OF PADUA CORP
4700 CLEVELAND
NEW ORLEANS LA 70119

021292P001-1435A-598
PEOPLEADMIN
PO BOX 205748
DALLAS TX 75320-5752

013899P001-1435A-598
PEP FAN SPORTS
70452 HWY 21 STE 600
COVINGTON LA 70433

009988P001-1435A-598
PEPPERONI'S CAFE
8123 HAMPSON ST
NEW ORLEANS LA 70118

027092P001-1435A-598
PEPSI BEVERAGES CO
700 ANDERSON HILL RD
PURCHASE NY 10577

016129P001-1435A-598
PERCY QUIN STATE PARK
2036 PERCY QUIN DR
MCCOMB MS 39648

021293P001-1435A-598
PERCY QUIN STATE PARK
RESERVATIONS
2036 PERCY QUIN DR
MCCOMB MS 39648

019936P001-1435A-598
PERCY QUINN STATE PARK
2036 PERCY QUINN STATE PK
MCCOMB MS 39648

041347P001-1435A-598
PEREZ BOOKKEEPING SVC INC
228 W 25TH AVE
COVINGTON LA 70433

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

021294P001-1435A-598
PERFECT LIGHT AND SIGNS
1127 W AIRLINE HWY
LAPLACE LA 70068

001956P001-1435A-598
PERFECT PRESENTATIONS
833 FULTON ST
NEW ORLEANS LA 70130

010698P001-1435A-598
PERFECTION LEARNING
1000 N 2ND AVE
LOGAN IA 51546

016130P001-1435A-598
PERFECTION LEARNING
PO BOX 500
LOGAN IA 51646-0500

017162P001-1435A-598
PERFECTION LEARNING
1000 NORTH SECOND AVE
LOGAN IA 51546

021295P001-1435A-598
PERFECTION LEARNING CORPRATION
1000 NORTH SECOND AVE
LOGAN IA 51546

026262P001-1435A-598
PERFORATED PAPER ONLINE
565 W LEHIGH ST
BETHLEHEM PA 18018

041682P001-1435A-598
PERFORMANCE FOOD GROUP INC
DBA PERFORMANCE FOODSERVICE
918 EDWARDS AVE
HARHARAN LA 70123

013900P001-1435A-598
PERFORMANCE FOOD SVC
PFG-CARO
PO BOX 54946
NEW ORLEANS LA 70154-4946

001957P001-1435A-598
PERFORMANCE FOODSERVICE CARD
PO BOX 54946
NEW ORLEANS LA 70154-4946

017163P001-1435A-598
PERFORMANCE HEALTH SUPPLY
DBA MEDCO SUPPLY CO
25 NORTHPOINTE PKWY
STE 25
AMHERST NY 14228

041683P001-1435A-598
PERFORMANCE HEALTH SUPPLY INC
PO BOX 93040
CHICAGO IL 60673-3040

009989P001-1435A-598
PERFORMANCE LEARNING
72 LONE OAK DR
CADIZ KY 42211

023489P001-1435A-598
PERFORMANCE MEDICAL
551 HICKORY AVE
HARAHAN LA 70123

001958P001-1435A-598
PERFORMANT RECOVERY INC
WAGE WITHHOLDING DEPT
PO BOX 9063
PLEASANTON CA 94566-9063

018787P001-1435A-598
PERFORMANT RECOVERY, INC
PO BOX 979112
ST. LOUIS MO 63197-9000

001959P001-1435A-598
PERINO'S GARDEN CENTER
3100 VETERANS BLVD
METAIRIE LA 70002

021296P001-1435A-598
PERKINS ELECTRIC
PO BOX 345
ST. ROSE LA 70087

012303P001-1435A-598
PERKINS PRODUCTIONS
101 NORTH MAGNOLIA DR
COVINGTON LA 70433

021297P001-1435A-598
PERMA-BOUND
617 EAST VANDALIA RD
JACKSONVILLE IL 62650-3599

016131P001-1435A-598
PERRIER PARTY RENTALS
109 INDUSTRIAL AVE
JEFFERSON LA 70121

001960P001-1435A-598
PERRIER PARTY RENTALS INC
109 INDUSTRIAL AVE
JEFFERSON LA 70125

009990P001-1435A-598
PERRONE AND SONS INC
1801 L AND A RD
METAIRIE LA 70001

001961P001-1435A-598
PERRY'S SOD II INC
PO BOX 2827
COVINGTON LA 70434

023490P001-1435A-598
PERSEPHANIE SILVERTHORN
887 HAILEY AVE
SLIDELL LA 70458

023491P001-1435A-598
PERSEPHANIE SILVERTHORN PH D
887 HAILEY AVE
SLIDELL LA 70458

040801P001-1435A-598
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLAZA
JERSEY CITY NJ 07399

040802P001-1435A-598
PERSHING LLC
ATTN: TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLAZA
10TH FLOOR
JERSEY CITY NJ 07399

Case 20-10846 Doc 4534-4 Filed 09/02/25 Entered 09/02/25 14:06:14 Desc Exart Affidav1t354
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1354 of 1525
US First Class Mail
Exhibit Pages

009443P001-1435A-598
PERSONNEL CONCEPTS
COMPLIANCE SVC DEPT
PO BOX 3353
SAN DIMAS CA 91773-7353

009991P001-1435A-598
PERSONNEL CONCEPTS
2865 METROPOLITAN PL
POMONA CA 91767

019938P001-1435A-598
PERSONNEL CONCEPTS
PO BOX 3353
SAN DIMAS CA 91773-7353

021298P001-1435A-598
PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM IL 60197-5750

021299P001-1435A-598
PERSONNEL CONCEPTS LIMITED
DBA STATE COMPLIANCE AND SAFETY
P O BOX 1183
COVINA CA 91722

016132P001-1435A-598
PERUCHIA, LLC DBA THE TUBA EXCHANGE
2411 S ALSTON AVE
DURHAM NC 27713

023492P001-1435A-598
PERVEZ MUSSARAT MD PMC
PO BOX 250
PONCHATOULA LA 70454

017164P001-1435A-598
PESI, INC
PO BOX 1000
EAU CLAIRE WI 54702-1000

026522P001-1435A-598
PETALS AND PANTRIES
4901 10TH ST
MARRERO LA 70072

019939P001-1435A-598
PETER VERRET JUMP START TEAM CAMP
HL BOURGEOIS VOLLEYBALL
PETER VERRET
#1 RESERVATION CT
GRAY LA 70359

016133P001-1435A-598
PETER VERRET JUMP START TEAM CAMP @HLB
#1 RESERVATION CT
GRAY LA 70359

013901P001-1435A-598
PETERSON'S A NELNET CO
PO BOX 30216
OMAHA NE 68103-1316

021300P001-1435A-598
PETERSONS LLC
P O BOX 268953
DEPT 1025
OKLAHOMA CITY OK 73126-8953

001965P001-1435A-598
PETRUS LLC
3515 LONGMIRE DR 150
COLLEGE STATION TX 77845

001966P001-1435A-598
PETRUS LLC
PO BOX 341286
AUSTIN TX 78734

016134P001-1435A-598
PETSMART
45 PK PL DR
COVINGTON LA 70433

010699P001-1435A-598
PETSMART INC
1321 MANHATTAN BLVD
HARVEY LA 70058

021302P001-1435A-598
PETTIGREW SPECIALTY CO INC
P O BOX 7204
SHREVEPORT LA 71107

016135P001-1435A-598
PETTY CASH
LAUREN BUGG
ARCHBISHOP HANNAN
71324 HWY 1077
COVINGTON LA 70433

009992P001-1435A-598
PEYTAVIN PUBLISHING LLC
16519 LONG LAKE DR
PRAIRIEVILLE LA 70769

041348P001-1435A-598
PFEFFERLE LAWNS LLC
5901 VICKSBURG ST
NEW ORLEANS LA 70124

013902P001-1435A-598
PFG-CARO
PO BOX 54946
NEW ORLEANS LA 70154-4946

001968P001-1435A-598
PFI LLC
15487 TCHEFUNCTE DR
COVINGTON LA 70433

021303P002-1435A-598
PFLAUM GOSPEL WEEKLIES
977 HARTFORD TPKE STE A
WATERFORD CT 06385-4036

009235P001-1435A-598
PFLAUM PUBLISHING GROUP
2621 DRYDEN RD
DAYTON OH 45439

021304P001-1435A-598
PFLAUM PUBLISHING GROUP
P O BOX 49729
DAYTON OH 45449-0729

023493P001-1435A-598
PGL NELA
PO BOX 841214
DALLAS TX 75284

000115P001-1435S-598
PHELPS DUNBAR LLP
RICK M SHELBY;ALLEN C MILLER;ASHLEY J HEILPRIN
365 CANAL ST.,STE 2000
NEW ORLEANS LA 70130-6534

1354

Case 20-10846 Doc 4383-4 Filed 09/02/25 Entered 09/02/25 14:08:54 Exhibit A - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1355 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 013903P001-1435A-598<br>PHI BETA MU<br>TERRY GOULD<br>4605 LOYOLA ST<br>LAKE CHARLES LA 70607 | 013904P001-1435A-598<br>PHILIP BRAUN PRODUCTIONS, LLC<br>1107 SOUTH PETERS ST<br>UNIT 315<br>NEW ORLEANS LA 70130 | 023494P001-1435A-598<br>PHILLIP E NOEL MD APMC<br>100 PHOENIX DR<br>ABBEVILLE LA 70510 | 013905P001-1435A-598<br>PHILLS PAINTBALL<br>309 CODIFER BLVD<br>METAIRIE LA 70005 |
| 031122P001-1435A-598<br>PHILMAT, INC<br>SR MARJORIE HEBERT MSC<br>1000 HOWARD AVE STE 200<br>NEW ORLEANS LA 70113 | 019940P001-1435A-598<br>PHILS MARINA CAFE<br>1194 HARBOR DR<br>SLIDELL LA 70458 | 041349P001-1435A-598<br>PHIRE LINK<br>PO BOX 1770<br>COVINGTON LA 70433 | 023495P001-1435A-598<br>PHOEBE MEDICAL SVC LLC<br>PO BOX 98860<br>LAS VEGAS NV 89193 |
| 001971P001-1435A-598<br>PHOENIX RECYCLING INC<br>3900 N CAUSEWAY BLVD<br>STE 1200<br>METAIRIE LA 70002 | 009281P001-1435A-598<br>PHOENIX RECYCLING INC<br>3900 N CAUSEWAY STE 1200<br>METAIRIE LA 70002 | 016136P001-1435A-598<br>PHONE DOC INC<br>4960 HIGHWAY 22<br>MANDEVILLE LA 70471 | 019941P001-1435A-598<br>PHONE DOC INC<br>381 HIGHWAY 21<br>STE 201<br>MADISONVILLE LA 70447 |
| 013906P001-1435A-598<br>PHONE DOC, INC<br>6601 VETERANS BLVD<br>STE 33<br>METAIRIE LA 70003 | 010700P001-1435A-598<br>PHOTO GIFT CARDCOM<br>62 STEACIE DR<br>STE 201<br>OTTAWA ON K2K 2A9<br>CANADA | 016137P001-1435A-598<br>PHS LADY WAVE BASKETBALL<br>PO BOX 841<br>PONCHATOULA LA 70454 | 023496P001-1435A-598<br>PHUONG T NGUYEN MD<br>STE 460 1111 MEDICAL CENTER BLVD<br>MARRERO LA 70072 |
| 023498P001-1435A-598<br>PHYSICIAN GROUP OF LOUISIANA I<br>PO BOX 24572<br>BELFAST ME 04915 | 023499P001-1435A-598<br>PHYSICIAN GROUP OF LOUISIANA I<br>PO BOX 281796<br>ATLANTA GA 30384 | 023501P001-1435A-598<br>PHYSICIAN SVC OF THE GULF<br>PO BOX 7417<br>DIBERVILLE MS 39540 | 023502P001-1435A-598<br>PHYSICIAN UTILITIES INC N<br>2309 E MAIN ST STE 202<br>NEW IBERIA LA 70560 |
| 023503P001-1435A-598<br>PHYSICIANS GROUP LABORATORIES<br>PO BOX 4199<br>HOUMA LA 70361 | 023504P001-1435A-598<br>PHYSICIANS MEDICAL CENTER<br>PO BOX 5041<br>HOUMA LA 70361 | 016138P001-1435A-598<br>PHYSICIANS POSTGRADUATE PRESS<br>3175 LENOX PK BLVD<br>STE 409<br>MEMPHIS TN 38115-4260 | 023505P001-1435A-598<br>PHYSICIANS REFERRAL SVC<br>PO BOX 4439<br>HOUSTON TX 77210 |
| 023506P001-1435A-598<br>PHYSICIANS SPINE AND REHAB<br>PO BOX 8702<br>MANDEVILLE LA 70470 | 023507P001-1435A-598<br>PHYSICIANS SPINE REHAB<br>1660 HIGHWAY 59 STE 500<br>MANDEVILLE LA 70448 | 023508P001-1435A-598<br>PHYSIOFIT PHYSICAL THERAPY LLC<br>6397 LEE HWY STE 300<br>CHATTANOOGA TN 37421 | 016139P001-1435A-598<br>PICADILLY CAFETERIA<br>69008 HWY 190 SERVICE RD<br>COVINGTON LA 70433 |

Case 20-10846-MDB Doc 4514-41 Filed 09/02/25 Entered 09/02/25 07:54:01 Exhibit Part 41 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1356 of 1525
US First Class Mail
Exhibit Pages

023509P001-1435A-598
PICAYUNE CHIROPRACTIC PLLC
403 MEMORIAL BLVD
PICAYUNE MS 39466

023510P001-1435A-598
PICAYUNE URGENT CARE CLINIC LL
PO BOX 1248
OCEAN SPRINGS MS 39566

026263P001-1435A-598
PICCADILLY RESTAURANTS LLC
3332 S SHERWOOD FOREST BLVD
BATON ROUGE LA 70816

009993P001-1435A-598
PICOLO PRODUCTS AND SUPPLIES
429 GEORGE ST
KENNER LA 70062

016140P001-1435A-598
PICOU BUILDERS SUPPLY
235 N AIRLINE HIGHWAY
GONZALES LA 70737

010701P001-1435A-598
PICTURE FRAMESCOM
2103 BRENTWOOD ST
HIGH POINT NC 27263

013907P001-1435A-598
PICTURE IT! PHOTO BOOTH
26605 ORBIT CT
HARVEY LA 70058

021305P001-1435A-598
PICTURE MOSAICS
486 NORRISTOWN RD STE 132
BLUE BELL PA 19422-2353

033581S001-1435A-598
PIEDMONT REGIONAL JAIL
ROBERT PUGH
PO BOX 388
FARMVILLE VA 23901-0388

033648S001-1435A-598
PIEDMONT REGIONAL JAIL
BANKS DWAYNE
PO BOX 388
FARMVILLE VA 23901-0388

033965S001-1435A-598
PIEDMONT REGIONAL JAIL
ROYAL EANES
PO BOX 388
FARMVILLE VA 23901-0388

034148S001-1435A-598
PIEDMONT REGIONAL JAIL
MICAH BROGAN
PO BOX 388
FARMVILLE VA 23901-0388

034340S001-1435A-598
PIEDMONT REGIONAL JAIL
ARTHUR TOWNSEND
PO BOX 388
FARMVILLE VA 23901-0388

035726S001-1435A-598
PIEDMONT REGIONAL JAIL
DONALD HUNTER
PO BOX 388
FARMVILLE VA 23901-0388

036427S001-1435A-598
PIEDMONT REGIONAL JAIL
BEN DAVIS
PO BOX 388
FARMVILLE VA 23901-0388

034497S001-1435A-598
PIEDMONT REGIONAL JAIL AUTH
JASON BAKER
PO BOX 388
FARMVILLE VA 23901-0388

036972S001-1435A-598
PIEDMONT REGIONAL JAIL AUTH
BUGS BLANTON
PO BOX 388
FARMVILLE VA 23901-0388

010702P001-1435A-598
PIER 1 IMPORTS
8832 VETERANS MEMORIAL HWY
METAIRIE LA 70003

021306P001-1435A-598
PIER 51 SEAFOOD RESTAURANT AND OYSTER BAR INC
3017 NEW HIGHWAY 51
LA PLACE LA 70068-6432

001976P002-1435A-598
PIGEON CATERERS INC
5900 S FRONT ST
NEW ORLEANS LA 70115-2152

010703P001-1435A-598
PIGGLY WIGGLY
909 WESTBANK EXPY
WESTWEGO LA 70094

019942P001-1435A-598
PIGGLY WIGGLY
909 WESTBANK EXPWY
WESTWEGO LA 70094

026638P001-1435A-598
PIGGLY WIGGLY
207 COVINGTON ST
MADISONVILLE LA 70447

041350P001-1435A-598
PIKES PEAK OF NEW ORLEANS
5418 POWELL ST
NEW ORLEANS LA 70123

041351P001-1435A-598
PIKMYKID
5005 W LAUREL
STE 204
TAMPA FL 33607

010704P001-1435A-598
PILOT
10405 E AIRLINE HWY
ST ROSE LA 70087

012304P001-1435A-598
PINE GROVE ELECTRICAL SUPPLY
50 WEST CT
MANDEVILLE LA 70471-7744

016141P001-1435A-598
PINE HIGH SCHOOL
1 RAIDER LN
FRANKLINTON LA 70438

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1357 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012305P001-1435A-598<br>PINE KOON STUDIO<br>280 BALD EAGLE DR<br>ABITA SPRINGS LA 70420 | 001979P001-1435A-598<br>PINEA WOODS SCHOOL<br>5096 US HWY 49<br>PINEA WOODS MS 39148 | PINELLAS COUNTY EMS DBA SUNSTA<br>PO BOX 31074<br>TAMPA FL 33631 | 023512P001-1435A-598<br>PINELLAS EKG INTERPRETERS INC<br>PO BOX 23786<br>TAMPA FL 33622 |
| 023513P001-1435A-598<br>PINELLAS EKG INTERPRETERS INC<br>PO BOX 23786<br>TAMPA FL 33623 | 023514P001-1435A-598<br>PINELLAS EYE CARE PA DBA GULFC<br>PO BOX 9782<br>BELFAST ME 04915 | 016142P001-1435A-598<br>PINEVILLE HIGH SCHOOL<br>1511 LINE AVE<br>PINEVILLE LA 71360 | 019943P001-1435A-598<br>PINEWOOD COUNTRY CLUB<br>405 COUNTRY CLUB BLVD<br>SLIDELL LA 70458 |
| 001980P001-1435A-598<br>PINEY WOODS SCHOOL<br>PO BOX 100<br>PINEY WOODS MS 39148 | 019944P001-1435A-598<br>PINMART<br>1842 S ELMHURST RD<br>MOUNT PROSPECT IL 60056 | 010705P001-1435A-598<br>PINMART INC<br>180 MARTIN LN<br>ELK GROVE VILLAGE IL 60007 | 023515P001-1435A-598<br>PINNACLE ANESTHESIA LLC<br>11414 LAKE SHERWOOD AVE N<br>BATON ROUGE LA 70816 |
| 029823P001-1435A-598<br>PINNACLE ELEVATOR LLC<br>PO BOX 556<br>MANDEVILLE LA 70140 | 019945P001-1435A-598<br>PINSOURCE<br>380 HURRICANE LN<br>STE 201<br>WILLISTON VT 05495 | 016143P001-1435A-598<br>PIONEER ATHLETICS<br>4529 INDUSTRIAL PKWY<br>CLEVELAND OH 44135 | 010706P001-1435A-598<br>PIONEER DRAMA SVC<br>9707 E EASTER LN<br>CENTENNIAL CO 80112 |
| 009994P001-1435A-598<br>PIONEER DRAMA SVC INC<br>PO BOX 4267<br>ENGLEWOOD CO 80155-4267 | 001981P001-1435A-598<br>PIONEER GUTTERS<br>79300 FITZGERALD CHURCH RD<br>COVINGTON LA 70435-7870 | 021307P001-1435A-598<br>PIONEER MANUFACTURING CO<br>4529 INDUSTRIAL PKWY<br>CLEVELAND OH 44135 | 017165P001-1435A-598<br>PIONEER MFG CO  PIONEER ATH<br>4529 INDUSTRIAL PKWY<br>CLEVELAND OH 44135-4514 |
| 016144P001-1435A-598<br>PIONEER PRODUCTS, INC<br>CLEANING AND PAPER SUPPLIES<br>621 E RUTLAND ST<br>COVINGTON LA 70433 | 009995P001-1435A-598<br>PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE KY 40285-6390 | 019005P001-1435A-598<br>PITNEY BOWES<br>500 ROSS ST<br>STE 154-0470<br>PITTSBURGH PA 15262 | 029884P001-1435A-598<br>PITNEY BOWES<br>SALVATORE POLLETTA<br>PO BOX 371874<br>PITTSBURGH PA 15262 |
| 041352P001-1435A-598<br>PITNEY BOWES<br>19211 BENGAL CT<br>BATON ROUGE LA 70817 | 041353P001-1435A-598<br>PITNEY BOWES<br>1055 ST CHARLES AVE STE 200<br>NEW ORLEANS LA 70130 | 041354P001-1435A-598<br>PITNEY BOWES<br>5525 MOUNES ST<br>NEW ORLEANS LA 70123 | 019927P001-1435A-598<br>PITNEY BOWES GLOBAL FINANCIAL<br>PO BOX 371887<br>PITTSBURGH PA 15250-7887 |

Case 20-10846 Claim 4-1 Part 4 Filed 09/09/20 Page 1358 of 1525
Case 20-10846 Doc 3654-5 Filed 12/18/24 Entered 12/18/24 18:07:54 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1358 of 1525
US First Class Mail
Exhibit Pages

Page # : 1040 of 1204                                                08/27/2025 05:46:02 PM

009996P001-1435A-598
PITNEY BOWES GLOBAL FINANCIAL SVC
PO BOX 371896
PITTSBURGH PA 15250-7896

013908P001-1435A-598
PITNEY BOWES GLOBAL FINANCIAL SVC LLC
PO BOX 371887
PITTSBURGH PA 15250-7887

041355P001-1435A-598
PITNEY BOWES GLOBAL FINANCIAL SVC LLC
PO BOX 981022
BOSTON MA 02298

012306P001-1435A-598
PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

018789P001-1435A-598
PITNEY BOWES INC SUPPLIES
PO BOX 371896
PITTSBURGH PA 15250-7896

016145P001-1435A-598
PITNEY BOWES PURCHASE POWER
PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

010002P001-1435A-598
PITNEY BOWES RESERVE ACCOUNT
PITNEY BOWES
PO BOX 856056
LOUISVILLE KY 40285-6056

019928P001-1435A-598
PITNEY BOWES RESERVE ACCOUNT
PO BOX 223648
PITTSBURGH PA 15250

010707P001-1435A-598
PITNEY BOWES TELEMARKETING
3001 SUMMER ST
STAMFORD CT 06926

017166P001-1435A-598
PITSCO EDUCATION
PO BOX 804908
KANSAS CITY MO 64180-4908

012307P001-1435A-598
PITSCO, INC
PO BOX 1708
PITTSBURG KS 66762

019946P001-1435A-598
PIZZA DEPOT
2151 GAUSE BLVD
SLIDELL LA 70461

010708P001-1435A-598
PIZZA HUT
2630 MANHATTAN BLVD
STE D
HARVEY LA 70058

019947P001-1435A-598
PIZZA HUT
64380 HWY 41
PEARL RIVER LA 70452

026523P001-1435A-598
PIZZA HUT
1088 WESTBANK EXPY
WESTWEGO LA 70094

026639P001-1435A-598
PIZZA HUT
4169 HWY 278 NE
COVINGTON GA 30014

019919P001-1435A-598
PJ KENEDY AND SONS
300 CONNELL DR
STE 2000
BERKELEY HEIGHTS NJ 07922-9944

009335P001-1435A-598
PJ'S COFFE
630 CHARTRES ST
NEW ORLEANS LA 70130-2133

016146P001-1435A-598
PJ'S COFFEE
70456 HWY 21
COVINGTON LA 70433

021308P001-1435A-598
PJ'S COFFEE OF NEW ORLEANS
1808 WEST AIRLINE HWY
STE B
LAPLACE LA 70068

026165P001-1435A-598
PJS
180 NEW CAMELLIA BLVD
STE 100
COVINGTON LA 70433

021309P001-1435A-598
PLACE DUBOURG
201 RUE DUBOURG
LAPLACE LA 70068

012308P001-1435A-598
PLANBOOK EDU LLC
710 MARKET ST #14
CHAPEL HILL NC 27516

010709P001-1435A-598
PLANET HOLLYWOOD INTERNATIONAL
4700 MILLENIA BLVD #400
ORLANDO FL 32839

017167P001-1435A-598
PLANET HOLLYWOOD ORLANDO
LINDA HOPKINGS
4700 MILLENIA BLVD STE 400
ORLANDO FL 32839

023516P001-1435A-598
PLANNED PARENTHOOD OF THE GREA
PO BOX 24547
SEATTLE WA 98124

021310P001-1435A-598
PLANTATION DECOR
PO BOX 220
1970K ORMOND BLVD
DESTREHAN LA 70047

041356P001-1435A-598
PLANTATION DECOR, INC
PO BOX 220
DESTREHAN LA 70047

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:08:14 Exhibit Affidavit 1359
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1359 of 1525
US First Class Mail
Exhibit Pages

021311P001-1435A-598
PLAQUEMINE HIGH SCHOOL
59595 BELLEVIEW RD
PLAQUEMINE LA 70764

017168P001-1435A-598
PLAQUEMINES ANIMAL WALFARE SOCIETY
455 F EDWARD HEBERT BLVD
BELLE CHASSE LA 70037

023517P001-1435A-598
PLAQUEMINES MEDICAL CENTER
27136 HIGHWAY 23 PRT
SULPHUR LA 70083

041357P001-1435A-598
PLAQUEMINES PARISH DEPT OF WATER
PO BOX 940
BELLE CHASSE LA 70037

023518P001-1435A-598
PLAQUEMINES PARISH GOVERNMENT
3706 MAIN ST LOT A
BELLE CHASSE LA 70037

041685P001-1435A-598
PLAQUEMINES PARISH WATER DEPT
PO BOX 940
BELLE CHASSE LA 70037

010710P001-1435A-598
PLASTIC CONTAINER CITY
216 N SOUTH ST
PETERSBURG VA 23803

017169P001-1435A-598
PLATINUM COACHES
PO BOX 142771
FAYETTEVILLE GA 30214

013909P001-1435A-598
PLATINUM FUNDRAISING
1650 SE 17TH ST
STE 400
FORT LAUDERDALE FL 33316

018790P001-1435A-598
PLATINUM FUNDRAISING
1212 EAST BROWARD BLVD
STE 300
FORT LAUDERDALE FL 33301

016147P001-1435A-598
PLATINUM FUNDRAISING, LLC
1650 SE 17TH ST
STE 400
FT. LAUDERDALE FL 33316

001986P001-1435A-598
PLATINUM PARKING CO LTD
111 VETERANS MEMORIAL BLVD
STE P-104
METAIRIE LA 70005

009268P001-1435A-598
PLAUCHE ELECTRIC SVC INC
3413 TENNESSEE AVE
KENNER LA 70065-3826

012309P001-1435A-598
PLAY LACROSSE
KEVIN HARMON
1313 RANDOM OAKS PL
PENSACOLA FL 32514

012311P001-1435A-598
PLAYMAKER'S THEATER
PO BOX 724
COVINGTON LA 70434

016149P001-1435A-598
PLAYMAKERS OF BATON ROUGE
PO BOX 4286
BATON ROUGE LA 70821

009997P001-1435A-598
PLAYSCRIPTS INC
HEAD CROSS COUNTRY
450 SEVENTH AVE STE 809
NEW YORK NY 10123

013910P001-1435A-598
PLAYSCRIPTS, INC
450 SEVENTH AVE
STE 809
NEW YORK NY 10123

001987P001-1435A-598
PLAZA MEETINGS
685 WATERVLIET SHAKER RD #1637
LATHAM NY 12110

013911P001-1435A-598
PLUM STREET SNOBALLS
1300 BURDETTE ST
NEW ORLEANS LA 70118

023519P002-1435A-598
PLUSHCARE OF CALIFORNIA INC
PMB 22930
2261 MARKET ST STE 22930
SAN FRANCISCO CA 94114-1612

016150P001-1435A-598
PM MAINTENANCE
POST OFFICE BOX 8926
MANDEVILLE LA 70470-2081

041358P001-1435A-598
PM MAINTENANCE, INC
PO BOX 8926
MANDEVILLE LA 70470-8926

021312P001-1435A-598
PNYLC
4401A CONNECTICUT AVE
WASHINGTON DC 20008-2322

021313P001-1435A-598
POCHE MEDICAL CLINIC
2454 LOUISIANA AVE
LUTCHER LA 70071

029824P001-1435A-598
POINT AU FER ISLAND LLC
1010 COMMON ST
STE 3010
NEW ORLEANS LA 70112

029824S001-1435A-598
POINT AU FER ISLAND LLC
MICHAEL T OBRIEN
4805 EAST 79TH ST
INDIANAPOLIS IN 46250

029824S002-1435A-598
POINT AU FER ISLAND LLC
DENECHAUD AND DENECHAUD LLC
20 1 ST C HARLES AVE
STE 3920
NEW ORLEANS LA 70170

Case 20-10846 Doc 3455-4 Filed 09/01/25 Entered 09/01/25 14:06:11 Desc Exh Fidel 1360
The Roman Catholic Church of the Archdiocese of New Orleans Affidavit
of Service Regarding Solicitation Packages Page 1360 of 1525
US First Class Mail
Exhibit Pages

029824S003-1435A-598
POINT AU FER ISLAND LLC
TEXAS PETROLEUM INVESTMENT CO
5850 SAN FELIPE
STE 250
HOUSTON TX 77057

029825P001-1435A-598
POINT AU FER LLC
1010 COMMON ST
STE 3010
NEW ORLEANS LA 70112

029825S001-1435A-598
POINT AU FER LLC
EDITH GRAHAM
5819 GOEDDELTOWN RD
WATERLOO IL 62298-2623

029825S002-1435A-598
POINT AU FER LLC
DENECHAUD AND DENECHAUD LLC
20 1 ST C HARLES AVE
STE 3920
NEW ORLEANS LA 70170

029825S003-1435A-598
POINT AU FER LLC
TEXAS PETROLEUM INVESTMENT CO
5850 SAN FELIPE
STE 250
HOUSTON TX 77057

031039P001-1435A-598
POINT AU FER LLC
LAPEYRE AND LAPEYRE LLP

001989P001-1435A-598
POLO TRANSPORTATION
101 JANET DR
AVONDALE LA 70094

010711P001-1435A-598
POLOLU CORP
920 E PILOT RD
LAS VEGAS NV 89119

041686P001-1435A-598
PON FOOD CORP
PO BOX 747
PONTCHATOULA LA 70454

027093P001-1435A-598
PONCHARTRAIN ACE HARDWARE
3320 PONTCHARTRAIN DR
SLIDELL LA 70458

027094P001-1435A-598
PONCHARTRAIN MANAGEMENT
3939 HOUMA BLVD #21
METAIRIE LA 70006

019948P002-1435A-598
PONCHARTRAIN OFFICIALS ASSOCIATION
MAGGIE MILLET ASSIGNMENT SECRETARY
4104 FERRAN DR
METAIRIE LA 70002

019949P001-1435A-598
PONCHARTRAIN VOLLEYBALL OFFICIALS ASSN
5617 SALMEN ST
HARAHAN LA 70123

012312P001-1435A-598
PONCHATOULA HIGH SCHOOL
19452 HWY 22
PONCHATOULA LA 70454

013912P001-1435A-598
PONCHATOULA HIGH SCHOOL
ATHLETIC DIRECTOR
19452 HIGHWAY 22 EAST
PONCHATOULA LA 70454

019950P001-1435A-598
PONCHATOULA HIGH SCHOOL
COACH TAYLOR
19452 HWY 22 EAST
PONCHATOULA LA 70454

021314P001-1435A-598
PONCHATOULA HIGH SCHOOL
19452 HWY 22 EAST
PONCHATOULA LA 70454

023520P001-1435A-598
PONCHATOULA THERAPY
132 S 6TH ST
PONCHATOULA LA 70454

016151P001-1435A-598
POND MAN
111 N POLK ST
COVINGTON LA 70433

041359P001-1435A-598
PONTCHARTRAIN ACE HARDWARE
3320 PONTCHARTRAIN DR
SLIDELL LA 70458

041360P001-1435A-598
PONTCHARTRAIN ACE HARDWARE
63209 HWY 434
LACOMBE LA 70445

023521P001-1435A-598
PONTCHARTRAIN CANCER CENTER
15799 PROFESSIONAL PLZ
HAMMOND LA 70403

001991P001-1435A-598
PONTCHARTRAIN CENTER
4545 WILLIAMS BLVD
KENNER LA 70065

018791P001-1435A-598
PONTCHARTRAIN CENTER
4545 WILLIAMS BLVD
KENNER LA 70065

023522P001-1435A-598
PONTCHARTRAIN DIAGNOSTIC IMAGI
PO BOX 2709
SLIDELL LA 70459

001992P001-1435A-598
PONTCHARTRAIN DIAGNOSTIC IMAGING LLC
PO BOX 2709
SLIDELL LA 70459

041361P001-1435A-598
PONTCHARTRAIN MECHANICAL
716 LITTLE FARMS AVE
METAIRIE LA 70003

016153P001-1435A-598
PONTCHARTRAIN OFFICIALS ASSOCIATION
4104 FERRAN DR
METAIRIE LA 70002

Case 2:20-cv-08346 Case 24-30506 Document 120-4 Filed 09/02/25 Exhibit Page 1361 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1361 of 1525
US First Class Mail
Exhibit Pages

023523P001-1435A-598
PONTCHARTRAIN PEDIATRICS LLC
4405 HWY 190 E SERVICE RD
COVINGTON LA 70433

023524P001-1435A-598
PONTCHARTRAIN SLEEP MEDICINE
PO BOX 9710
BELFAST ME 04915

016154P001-1435A-598
PONTCHARTRAIN YACHT CLUB
1501 LAKESHORE DR
MANDEVILLE LA 70448

041362P001-1435A-598
PONTCHARTRAIN PROPERTY PRESERVATION, LLC
4715 ODIN ST
NEW ORLEANS LA 70128

001995P001-1435A-598
PONTIFICAL MISSION SOCIETIES
70 WEST 36TH ST
NEW YORK NY 10018

016155P001-1435A-598
PONY TALES
156 BERTUCCI LN
ST. ROSE LA 70087

017170P001-1435A-598
POOL AND SPA CENTER
PO BOX 1728
MARRERO LA 70073

010712P001-1435A-598
POOL AND SPA CENTER NOLA
5040 LAPALCO BLVD
MARRERO LA 70072

010713P001-1435A-598
POOLE AND SONS INC
3522 WEST BLACKCANYON
EMMETT ID 83617

023525P001-1435A-598
POOLE DERMATOLOGY
111 VETERANS BLVD STE 406
METAIRIE LA 70005

012313P001-1435A-598
POOLE LUMBER
1815 NORTH COLUMBIA ST
COVINGTON LA 70433

001996P001-1435A-598
POOLE LUMBER CO
1815 NORTH COLUMBIA ST
COVINGTON LA 70433

010714P001-1435A-598
POP-A-LOCK
1419 MILAN ST 106
NEW ORLEANS LA 70115

013913P001-1435A-598
POPCORN PALACE
FUNDRAISING
16 W 030 83RD ST
BURR RIDGE IL 60527

018792P001-1435A-598
POPE JOHN PAUL HIGH SCHOOL
1901 JAGUAR DR
SLIDELL LA 70461

019951P001-1435A-598
POPE JOHN PAUL II CAFETERIA
1901 JAGUAR DR
SLIDELL LA 70461

001997P001-1435A-598
POPE JOHN PAUL II HIGH SCHOOL
1901 JAGUAR DR
SLIDELL LA 70461-9098

016156P001-1435A-598
POPE JOHN PAUL II HIGH SCHOOL
POPE JOHN PAUL II
1901 JAGUAR DR
SLIDELL LA 70461-9098

026640P001-1435A-598
POPEYE'S
2801 N HWY 190
COVINGTON LA 70433

010715P001-1435A-598
POPEYES
3825 GENERAL DE GAULLE DR
NEW ORLEANS LA 70114

023526P001-1435A-598
POPLAR HEALTHCARE PLLC
DEPT 461
PO BOX 1000
MEMPHIS TN 38148

021315P001-1435A-598
PORT ALLEN HIGH SCHOOL
35536 ROSEDALE RD
PORT ALLEN LA 70767

021316P001-1435A-598
PORT BARRE HIGH SCHOOL
BASEBALL
PO BOX 69
PORT BARRE LA 70577

010716P001-1435A-598
PORT CHESTER COACH
317 BOSTON POST RD
PORT CHESTER NY 10573

019952P001-1435A-598
PORTA PHONE
PO BOX 560
NARRAGANSETT RI 02882

009998P001-1435A-598
PORTA-PUPPET PLAYERS
3141 MICHIGAN
METAIRIE LA 70003

016157P001-1435A-598
PORTAPHONE CO
PO BOX 560
NARRANGANSETT RI 02882-0560

013914P001-1435A-598
PORTER INDUSTRIES
1372 AVIATORS ST
NEW ORLEANS LA 70122

Case 2:20-cv-02436-EEF-DPC Document 1-4 Filed 09/09/25 Page 1362 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1362 of 1525
US First Class Mail
Exhibit Pages

013915P001-1435A-598
PORTOBELLO CATERING
400 E WILLIAM DAVID PKWY
METAIRIE LA 70005

026355P001-1435A-598
POSH PAINT PUB
3218 TAFT PK
METAIRIE LA 70002

010717P001-1435A-598
POSITIVE PROMOTIONS
15 GILPIN AVE
HAUPPAUGE NY 11788

019953P001-1435A-598
POSITIVE PROMOTIONS INC
PO BOX 11537
NEWARK NJ 07101-4537

023528P001-1435A-598
POST TRAUMA INSTITUTE OF LA
2798 ONEAL LN STE 8
BATON ROUGE LA 70816

010718P001-1435A-598
POST UP STNAD
5461 DUNHAM RD
MAPLE HEIGHTS OH 44137

021317P001-1435A-598
POSTAL PRIVILEGE
P O BOX 856042
LOUISVILLE KY 40285

041363P001-1435A-598
POSTER COMPLIANCE CENTER
PO BOX 188
HOPKINTON MA 01748

012314P001-1435A-598
POSTMASTER
1775 N COLUMBIA ST
COVINGTON LA 70433

017171P001-1435A-598
POSTMASTER
5351 LAPALCO BLVD
MARRERO LA 70072

018793P001-1435A-598
POSTMASTER
3301 17TH ST
METAIRIE LA 70002-9998

021318P001-1435A-598
POSTMASTER
190 BELLE TERRE BLVD
LAPLACE LA 70068-9998

026432P001-1435A-598
POSTMASTER GENERAL
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260

041364P001-1435A-598
POWELL FINANCIAL CONSULTING, LLC
4300 CLEVELAND PL
METAIRIE LA 70003

010719P001-1435A-598
POWER SYSTEMS
5700 CASEY DR
KNOXVILLE TN 37909

016158P001-1435A-598
POWER SYSTEMS PS, LLC
5700 CASEY DR
KNOXVILLE TN 37909

017172P001-1435A-598
POWERHOUSE ELECTRIC LLC
1248 ST ANN ST
MARRERO LA 70072

010720P001-1435A-598
POWERLAND EQUIPMENT
27943 VALLEY CTR RD
VALLEY CENTER CA 92082

041365P001-1435A-598
POWERSCHOOL
150 PARKSHORE DR
FOLSOM CA 95830

016159P002-1435A-598
POWERSCHOOL GROUP LLC
PO BOX 398408
SAN FRANCISCO CA 94139-8408

018794P001-1435A-598
PPG ARCHITECTURAL FINISHES
PITTSBURGH PAINTS
PO BOX 676340
DALLAS TX 75267-6340

016160P001-1435A-598
PRACTICE PLANNER LIVE
PO BOX 141
OREM UT 84059

021319P001-1435A-598
PRACTICE SPORTS INC
14706 GILES RD
OMAHA NE 68138

010721P001-1435A-598
PREAKNESS AUTO
5201 PARK HEIGHTS AVE
BALTIMORE MD 21215

002004P001-1435A-598
PRECISION BORING OPERATING
3125 49TH ST
METAIRIE LA 70001

013916P001-1435A-598
PRECISION INSTRUMENTS
425 AUTUMN CREEK DR
MADISONVILLE LA 70447

002005P001-1435A-598
PRECISION PSI INC
PO BOX 640297
KENNER LA 70064

016161P001-1435A-598
PRECISION PSI, INC
PO BOX 640754
KENNER LA 70064

023529P001-1435A-598
PREFERRED ANATOMIC PATH
PO BOX 52087
LAFAYETTE LA 70505

021320P001-1435A-598
PREMIER AGENDAS INC
P O BOX 684057
MILWAUKEE WI 53268-4057

018795P001-1435A-598
PREMIER AGENDAS, INC
MB UNIT 67-3106
MILWAUKEE WI 53268-3106

016162P001-1435A-598
PREMIER AGENDAS, LLC
32656 COLLECTION CTR DR
CHICAGO IL 60693-0326

021323P001-1435A-598
PREMIER CHEERLEADING ASSOCIATION
1018 CENTRAL AVE
#300
METAIRIE LA 70001

002006P001-1435A-598
PREMIER DENTAL CARE LLC
5188 HIGHLAND RD
BATON ROUGE LA 70808-6527

018796P001-1435A-598
PREMIER FLOORING AMERICA
5246 VETERANS BLVD
METAIRIE LA 70006

023530P001-1435A-598
PREMIER FOOT SPECIALISTS
7311 DOWNMAN RD
NEW ORLEANS LA 70126

023531P001-1435A-598
PREMIER HEART SPECIALISTS PA
PO BOX 301001
DALLAS TX 75303

023532P001-1435A-598
PREMIER LABORATORY SVC
PO BOX 734307
DALLAS TX 75373

021324P001-1435A-598
PREMIER MOTORCOACH
P O BOX 81
CONVENT LA 70723

013917P001-1435A-598
PREMIER PRODUCTION AND SOUND SVC
3348 DRUSILLA LN #5-C
BATON ROUGE LA 70809

021325P001-1435A-598
PREMIER SOCCER CENTER LLC
1701 LOBDELL AVE
STE 6
BATON ROUGE LA 70806

023533P001-1435A-598
PREMIER URGENT CARE
PO BOX 571010
MURRAY UT 84157

018797P001-1435A-598
PREMIER WHOLESALE
3735 DANVILLE ST
METAIRIE LA 70001

023534P001-1435A-598
PREMIER WOMENS HEALTH
14231 SEAWAY RD STE 3004
GULFPORT MS 39503

023535P001-1435A-598
PREMIER WOMENS HEALTH PLLC
14231 SEAWAY RD STE 3004
GULFPORT MS 39503

013918P001-1435A-598
PREMIERE FLOORING AMERICA
5246 VETERANS BLVD
METAIRIE LA 70006

023536P001-1435A-598
PREMIUM CARE MEDICAL CENTER LL
PO BOX 12636
BELFAST ME 04915

018798P001-1435A-598
PREMIUM PARKING
1010 COMMON ST - STE 2950
NEW ORLEANS LA 70112

021326P001-1435A-598
PREMIUM PARKING
145 ROOSEVELT WAY
NEW ORLEANS LA 70112-2501

010722P001-1435A-598
PREMIUM PARKING SVC
1208 CANAL ST
NEW ORLEANS LA 70112

012315P001-1435A-598
PREP FAN SPORTS
70452 HIGHWAY 21 STE 600
COVINGTON LA 70433

016163P001-1435A-598
PREP FAN SPORTS
70452 HWY 21
STE 200
COVINGTON LA 70433

019954P001-1435A-598
PREP FAN SPORTS
70452 HWY 21
COVINGTON LA 70433

037089P001-1435A-598
PREP FAN SPORTS
12466 JOINER WYMER ROAD
COVINGTON LA 70433

013919P001-1435A-598
PREP FAN STORE
508 PL ST LAURENT
COVINGTON LA 70433

019955P001-1435A-598
PREPARED RESPONSE
ACCOUNTS RECEIVABLE
3518 6TH AVE #200B
TACOMA WA 98406

Case 20-10846 Doc 3635-4 Filed 09/09/25 Entered 09/09/25 18:07:14 Part Exent 4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1364 of 1525
US First Class Mail
Exhibit Pages

017173P001-1435A-598
PREPD LLC
PO BOX 70265
SUNNYVALE CA 94086

016164P001-1435A-598
PREPWORKS
604 CRANDON BLVD STE 201
KEY BISCAYNE FL 33149

018799P001-1435A-598
PRESERVATION HALL FOUNDATION
828 ROYAL ST - #534
NEW ORLEANS LA 70116

021327P001-1435A-598
PRESIDENT'S EDUCATION AWARDS PROGRAM
1615 DUKE ST
ALEXANDRIA VA 22314-3483

002007P001-1435A-598
PRESIDIO NETWORKED SOLUTIONS
PO BOX 822169
PHILADELPHIA PA 19182-2169

021328P001-1435A-598
PRESTIGE COLLISION CENTER
2159 BELLVUE ST
PAULINA LA 70763

018800P001-1435A-598
PRESTO-X
PO BOX 13848
READING PA 19612-3848

012316P001-1435A-598
PRESTWICK
PO BOX 658
CLAYTON DE 19938

010723P001-1435A-598
PRESTWICK HOUSE
58 ARTISAN DR
SMYRNA DE 19977

009999P001-1435A-598
PRESTWICK HOUSE INC
PO BOX 658
CLAYTON DE 19938

023537P001-1435A-598
PREVENTICE SVC  LLC
STE 100 1717 N SAM HOUSTON PKWY W
HOUSTON TX 77038

002009P001-1435A-598
PREVENTICE SVC PATIENT PMTS
PO BOX 734343
DALLAS TX 75303-4343

023538P001-1435A-598
PREVENTION PLUS OF THIBODAUX
PO BOX 1813
THIBODAUX LA 70302

023539P001-1435A-598
PREVOST MEMORIAL HOSPITAL
301 MEMORIAL DR
DONALDSONVILLE LA 70346

023540P001-1435A-598
PREVOST MEMORIAL HOSPITAL
PO BOX 23829
BELFAST ME 04915

010724P001-1435A-598
PRIEST FOR LIFEORG
5211 S WASHINGTON AVE
TITUSVILLE FL 32780

002011P001-1435A-598
PRIESTS OF THE SACRED HEART
REV DAVID SZATKOWSKI SCJ
PO BOX 38
NESBIT MS 38651

023541P001-1435A-598
PRIMARY CARE GROUP LLC
PO BOX 54314
NEW ORLEANS LA 70154

023542P001-1435A-598
PRIMARY CARE PLUS GRETNA
PO BOX 207141
DALLAS TX 75320

023543P001-1435A-598
PRIMARY CARE PLUS N BROAD
PO BOX 207141
DALLAS TX 75320

023545P001-1435A-598
PRIMARY CARE PLUS SLIDELL
PO BOX 207141
DALLAS TX 75320

023546P001-1435A-598
PRIMARY CARE PLUS WESTWEGO
PO BOX 207141
DALLAS TX 75320

023547P001-1435A-598
PRIMARY CARE PROVI
PO BOX 395
CLINTON LA 70722

023548P001-1435A-598
PRIMARY CARE SVC LLC
PO BOX 1536
MANDEVILLE LA 70470

010725P001-1435A-598
PRIME ED PRODUCTS
415 E ORANGE GROVE BLVD
PASADENA CA 91104

010726P001-1435A-598
PRIME PAY
2500 WILCREST DR #201
HOUSTON TX 77042

016165P001-1435A-598
PRIME SOURCE ENTERTAINMENT GROUP, LLC
2829 DOGWOOD PL
NASHVILLE TN 37204

002012P001-1435A-598
PRIMEPAY LLC
1710 LEER DR
ELKHART IN 46514

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 14:08:07 DTP Exec 4 - A Page 1365
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1365 of 1525
US First Class Mail
Exhibit Pages

029826P001-1435A-598
PRIMMER PIPER EGGLESTON AND CRAMER PC
JESSE D CRARY
30 MAIN ST  STE 500
PO BOX 1489
BURLINGTON VT 05402

002013P001-1435A-598
PRIMROSE OF SHADOW CREEK
ARBORS HOUSING PARTNERS
1026 CLAYTON LN
AUSTIN TX 78723

018801P001-1435A-598
PRIMUSSMARTT, MICHELLE
918 S CUMBERLAND ST
METAIRIE LA 70003

033215S001-1435A-598
PRINCE OF PEACE CATHOLIC CHR
RAFAEL VEGA
PO BOX 460
LYFORD TX 78569-0460

031579P001-1435A-598
PRINCE OF PEACE PARISH
7887 WALMSEY AVE
NEW ORLEANS LA 70125

002015P001-1435A-598
PRINT ALL
PO BOX 700
BELLE CHASSE LA 70037

010727P001-1435A-598
PRINT ALL
7962 HIGHWAY LA-23
BELLE CHASSE LA 70037

002014P001-1435A-598
PRINT AND COPY CENTER
13231 COURSEY BLVD
BATON ROUGE LA 70816

010728P001-1435A-598
PRINT SIGNS
7962 HIGHWAY LA-23
BELLE CHASSE LA 70037

023549P001-1435A-598
PRIORITY AMBULANCE
PO BOX 660883
DALLAS TX 75266

023550P001-1435A-598
PRIORITY HEALTH CARE
12A WESTBANK EXPY STE 111
GRETNA LA 70053

023551P001-1435A-598
PRIORITY HEALTH CARE
4700 WICHERS DR STE 306
MARRERO LA 70072

009315P001-1435A-598
PRIORITY SYSTEMS INC
5221 W NAPOLEON AVE
METAIRIE LA 70001

041366P001-1435A-598
PRIORITY SYSTEMS, INC
5221 W NAPOLEIN AVE
METAIRIE LA 70001

023552P001-1435A-598
PRISM MEDICAL PRODUCTS LLC
PO BOX 476 112 CHURCH ST STE 101
ELKIN NC 28621

016166P001-1435A-598
PRIVATEER ATHLETIC FOUNDATION
MEN'S BASKETBALL
UNO BASKETBALL
LAKEFRON ARENA
6801 FRANKLIN AVE
NEW ORLEANS LA 70122

017174P001-1435A-598
PRIVATEER ATHLETIC FOUNDATION
MEN'S BASKETBALL, UNO BASKETBALL
CORY SCHMIDT
LAKEFRONT ARENA
6801 FRANKLIN AVE
NEW ORLEANS LA 70122

021329P001-1435A-598
PRIVATEER ATHLETIC FOUNDATION MENS BASKETBALL
UNO BASKETBALL  COREY SCHMIDT
LAKEFRONT ARENA
6801 FRANKLIN AVE
NEW ORLEANS LA 70122

023553P001-1435A-598
PRIVIA MEDICAL GROUP GULF COAS
PO BOX 17390
BELFAST ME 04915

041369P001-1435A-598
PRJ CONTRACTING, INC
63403 OLD MILITARY RD
STE #2
PEARL RIVER LA 70452

019956P001-1435A-598
PRO CUTS LANDSCAPE AND MAINTENANCE
102 SOUTH HOLIDAY DR
SLIDELL LA 70461

029827P001-1435A-598
PRO MEDIA
4209 LAKELAND DR# 326
FLOWOOD MS 39232

021330P001-1435A-598
PRO SOURCE CONSTRUCTION LLC
353 ST ANDREWS BLVD
LA PLACE LA 70068

016167P001-1435A-598
PRO STRIPE LLC
634 VLG LN NORTH
STE 203
MANDEVILLE LA 70471

012317P001-1435A-598
PRO SVC LLC A/C AND HEATING
PO BOX 5403
COVINGTON LA 70434

012318P001-1435A-598
PRO TYME SVC LLC
20075 LINDEN ST
COVINGTON LA 70435

002016P001-1435A-598
PRO VERITATE LLC
117 IDLEWOOD DR
STAMFORD CT 06905

009460P001-1435A-598
PRO-ED
PO BOX 678370
DALLAS TX 75267-8370

016173P001-1435A-598
PRO-TUFF DECALS
PO BOX 1800
CRYSTAL LAKE IL 60039

041370P001-1435A-598
PROCARE
1125 17TH ST
STE 1800
DENVER CO 80202

023554P001-1435A-598
PROFESSIONAL ANESTHESIA SVCS
PO BOX 16068
HIGH POINT NC 27261

023555P001-1435A-598
PROFESSIONAL EMERG PHYSICIANS
DEPT AT 952639
ATLANTA GA 31192

023556P001-1435A-598
PROFESSIONAL HOSPITALIST OF LA
PO BOX 1536
MANDEVILLE LA 70470

029702P001-1435A-598
PROFESSIONAL MUSIC
307 S ALEXANDER ST
NEW ORLEANS LA 70119

023557P001-1435A-598
PROFESSIONAL PSYCHOTHERAPY
PO BOX 13751
NEW ORLEANS LA 70185

019957P001-1435A-598
PROFESSIONAL SPORTS PUBLICATIONS
570 ELMONT RD
ELMONT NY 11003

019958P001-1435A-598
PROFESSIONAL TRAINING RESOURCES
194 CREDEUR RD
PINEVILLE LA 71360

023558P001-1435A-598
PROFESSIONAL PSYCHOTHERAPY NE
PO BOX 13751
NEW ORLEANS LA 70185

041371P001-1435A-598
PROFICIENT PEST CONTROL LLC
7025 LOUISVILLE ST
NEW ORLEANS LA 70124

019959P001-1435A-598
PROFILE DISPLAY
4614 WILGROVEMINT HILL RD
STE B
CHARLOTTE NC 28227

002017P001-1435A-598
PROFORMA
PO BOX 640814
CINCINNATI OH 45264-0814

021331P001-1435A-598
PROFORMA BOESEN AND ASSOCIATES
146 RUE DUBOURG
LAPLACE LA 70068

023559P001-1435A-598
PROGENITY INC
PO BOX 674425
DETROIT MI 48267

016168P001-1435A-598
PROGRAPHIX PRINT AND DESIGN
431 GREENFIELD DR
MANDEVILLE LA 70448

010729P001-1435A-598
PROGRESSIVE BUSINESS
1112 ENGINEERS RD
BELLE CHASSE LA 70037

041372P001-1435A-598
PROGRESSIVE INSURANCE
300 NORTH COMMONS BLVD
MAYFIELD VILLAGE OH 44143

013920P001-1435A-598
PROGRESSIVE WASTE SOLUTIONS OF LA INC
PO BOX 650348
DALLAS TX 75265-0348

021332P001-1435A-598
PROGRESSIVE WASTE SOLUTIONS OF LA INC
SOUTH LOUISIANA DISTRICT
P O BOX 650348
DALLAS TX 75265-0348

031123P001-1435A-598
PROJECT LAZARUS
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016169P002-1435A-598
PROJECT LEAD THE WAY INC
5939 CASTLE CREEK PKWY NORTH DR
INDIANAPOLIS IN 46250-4343

016170P001-1435A-598
PROJECTOR SCREEN CO, DBA BUYAV LLC
200 WANAGUE AVE
STE 200
POMPTON LAKES NJ 07442

018802P001-1435A-598
PROLUMIN LIGHTING LLC
3500 HESSMER AVE
METAIRIE LA 70002

010730P002-1435A-598
PROM NITE
4875 WHITE BEAR PKWY
ST PAUL MN 55110-3325

021333P001-1435A-598
PROM NITE
P O BOX 10833
ST. PAUL MN 55110

019960P001-1435A-598
PROMAXIMA MANUFACTURING LTD
5310 ASHBROOK DR
HOUSTON TX 77081-4102

021334P001-1435A-598
PROMAXIMA MANUFACTURING LTD
5310 ASHBROOK
HOUSTON TX 77081

Case 2:20-cv-08346-DJB-KWR Document 254-1 Filed 07/14/25 Page 1367 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1367 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012319P002-1435A-598 | 012320P001-1435A-598 | 012133S P001-1435A-598 | 016171P001-1435A-598 |
| PROMEVO | PROMINENT TECHNOLOGIES | PROMPEDDLER INC | PRONINE SPORTS |
| 1032 MADISON AVE | PO BOX 5089 | 20015 SW PACIFIC HWY | 29001 SOLON RD |
| COVINGTON KY 41011-3172 | JACKSON MS 39296 | STE 300 | UNIT J |
| | | SHERWOOD OR 97140 | SOLON OH 44139 |

| | | | |
|---|---|---|---|
| 029877P001-1435A-598 | 031015P001-1435A-598 | 030990P001-1435A-598 | 010731P001-1435A-598 |
| PROPAGATION OF FAITH | PROPERTY ONE INC | PROPERTY ONE, INC | PROQUEST |
| FR JIMMY JEANFREAU | JULIE GREEN | PAUL DASTUGUE | 789 E EISENHOWER PKWY |
| 1000 HOWARD AVE | ADDRESS INTENTIONALLY OMITTED | ADDRESS INTENTIONALLY OMITTED | ANN ARBOR MI 48104 |
| NEW ORLEANS LA 70113 | | | |

| | | | |
|---|---|---|---|
| 021336P001-1435A-598 | 016172P001-1435A-598 | 000175P001-1435S-598 | 000176P001-1435S-598 |
| PROQUEST INFORMATION AND LEARNING | PROQUEST LLC | PROSKAUER ROSE LLP | PROSKAUER ROSE LLP |
| 6216 PAYSPHERE CIR | 6216 PAYSPHERE CIR | TIMOTHY KARCHER | PAUL POSSINGER |
| CHICAGO IL 60674 | CHICAGO IL 60674 | ELEVEN TIMES SQUARE | 70 WEST MADISON, STE 3800 |
| | | NEW YORK NY 10036 | CHICAGO IL 60602 |

| | | | |
|---|---|---|---|
| 021337P001-1435A-598 | 017175P001-1435A-598 | 002018P001-1435A-598 | 026143P001-1435A-598 |
| PROSPECT HILL CO | PROTECH PROJECTION SYSTEMS | PROTECTION 1 ALARM | PROTECTION ONE / ADT |
| 12 FIELD ST | HINCKLEY CORPORATE PK | MONITORING INC | 1501 YAMATO RD |
| BROCKTON MA 02301-2416 | 2597 CTR RD | PO BOX 219044 | BOCA RATON FL 33431 |
| | HINCKLEY OH 44233 | KANSAS CITY MO 64121-9044 | |

| | | | |
|---|---|---|---|
| 019962P002-1435A-598 | 002019P001-1435A-598 | 041687P001-1435A-598 | 002020P001-1435A-598 |
| PROTECTION ONE ADT | PROUD TO PROTECT | PROVANTAGE LLC | PROVIDENCE ALASKA MEDICAL CTR |
| PO BOX 219044 | 5115 EXCELSIOR BLVD #460 | ACCOUNTS RECEIVABLE | CPE PROGRAM |
| KANSAS CITY MO 64121-9044 | MINNEAPOLIS MN 55416 | 7576 FREEDOM AVE NW | SPIRITUAL CARE DEPT |
| | | NORTH CANTON OH 44720-6902 | 3200 PROVIDENCE DR |
| | | | ANCHORAGE AK 99519-6604 |

| | | | |
|---|---|---|---|
| 030967P001-1435A-598 | 026524P001-1435A-598 | 016174P001-1435A-598 | 016175P001-1435A-598 |
| PROVIDENCE COMMUNITY HOUSING | PROVIDENT GROUP | PROVINCE OF ST MARTIN DE PORRES | PROXIMA MANUFACTURING, LTD |
| TERRI NORTH | 5565 BANKERS AVE | 1421 N CAUSEWAY BLVD | 5310 ASHBROOK |
| ADDRESS INTENTIONALLY OMITTED | BATON ROUGE LA 70808 | METAIRIE LA 70001 | HOUSTON TX 77081 |

| | | | |
|---|---|---|---|
| 021338P001-1435A-598 | 023560P001-1435A-598 | 012321P001-1435A-598 | 010000P001-1435A-598 |
| PRYTANIA THEATRE | PS HOMECARE | PSAT 8/9 | PSAT/NMSQT |
| 5339 PRYTANIA ST | PO BOX 249 | 12192 COLLECTION CTR DR | 4897 COLLECTION CTR DR |
| NEW ORLEANS LA 70115 | WYNNE AR 72396 | CHICAGO IL 60693 | CHICAGO IL 60693 |

Case 2:20-cv-08826 Document 1435-4 Filed 09/02/25 Page 1368 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1368 of 1525
US First Class Mail
Exhibit Pages

Page # : 1050 of 1204                                                08/27/2025 05:46:02 PM

013921P001-1435A-598
PSAT/NMSQT
12192 COLLECTION CTR DR
CHICAGO IL 60693

018803P001-1435A-598
PSAT/NMSQT
12192 COLLECTION CTR DR
CHICAGO LA 60693

021339P001-1435A-598
PSAT/NMSQT
12192 COLLECTIONS CTR DR
CHICAGO IL 60693

016176P001-1435A-598
PSE DESIGNS
1000 HILLCREST RD STE 222
MOBILE AL 36695

012322P001-1435A-598
PSYCHEMEDICS CORP
PO BOX 4163
WOBURN MA 01888-4163

000325P001-1435A-598
PUBLIC STORAGE
3440 S CARROLLTON AVE
NEW ORLEANS LA 70118

010003P001-1435A-598
PUBLIC SVC COMMUNICATIONS INC
5824 PLAUCHE CT
NEW ORLEANS LA 70123

021341P001-1435A-598
PUBLISHERS QUALITY LIBRARY SVC
P O BOX 607
GROVE CITY OH 43123

021340P001-1435A-598
PUBLISHING SVC
P O BOX 73099
BALTIMORE MD 21273-0099

010732P001-1435A-598
PUI UNIFORM WAREHOUSE
20701 NORDHOFF ST
CHATSWORTH CA 91311

017176P001-1435A-598
PUI YEE DIEP DINH
1221 LAKE FRANCIS DR
GRETNA LA 70056

023561P001-1435A-598
PULMONARY DIGESTIVE CLINIC INC
PO BOX 16458
BELFAST ME 04915

012323P001-1435A-598
PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

017177P001-1435A-598
PURCHASE POWER
PO BOX 371874
PITTSBURGH LA 15250

010733P001-1435A-598
PURCOLOUR
12150 W 44TH AVE
WHEAT RIDGE CO 80033

041373P001-1435A-598
PURE LIFE LAWN CARE LLC
2711 CHELSEA DR
NEW ORLEANS LA 70131

010734P001-1435A-598
PUREBUTTONSCOM LLC
4930 CHIPPEWA RD
UNIT A
MEDINA OH 44256

010735P001-1435A-598
PURECOSTUMESCOM
2001 TYLER AVE
SOUTH EL MONTE CA 91733

031026P001-1435A-598
PURITAN/WESTPORT
CLYDE & CO
CATALINA SUGAYAN
55 WEST MONROE ST SUITE 3000
CHICAGO IL 60603

010004P001-1435A-598
PURPLE MONKEY DESIGN LLC
4213 CHARTRES ST
NEW ORLEANS LA 70117

016177P001-1435A-598
PVOA
5617 SALMEN ST
HARAHAN LA 70123

041374P001-1435A-598
PYMNTBRDMIN
14488 OLD STAGE RD
LENOIR CITY TN 37772

012324P001-1435A-598
PYRAMID CLEANING AND RESTORATION, INC
9605 JEFFERSON HWY STE 1 # 288
RIVER RIDGE LA 70123

010005P001-1435A-598
PYRAMID SCHOOL PRODUCTS
6510 N 54TH ST
TAMPA FL 33610

009426P001-1435A-598
QC SVC LLC
PO BOX 1570
HARVEY LA 70059

012325P001-1435A-598
QUALITY COURT INDUSTRIES LLC
5661 BROWNFIELDS DR
BATON ROUGE LA 70811

016178P001-1435A-598
QUALITY INN
329 S CITIES SERVICE HWY
SULPHUR LA 70663

010736P001-1435A-598
QUALITY INN AND SUITES
10020 I-10 SERVICE RD
NEW ORLEANS LA 70127

1368

Case 2:20-cv-08467-CJB-DPC Document 1-4 Filed 09/02/25 Page 1369 of 1525

Case 2:20-cv-08467-CJB-DPC Document 1-4 Filed 09/02/25 Page 1369 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
Exhibit Pages
Affidavit of Service Regarding Solicitation Packages Page 1369 of 1525
US First Class Mail
Exhibit Pages

Page # : 1051 of 1204

08/27/2025 05:46:02 PM

012326P001-1435A-598
QUALITY LOGO PRODUCTS INC
724 N HIGHLAND AVE
AURORA IL 60506

009237P001-1435A-598
QUALITY MOBILE WELDING
BYRON DEZARA
2633 BENTON ST
NEW ORLEANS LA 70117

027096P001-1435A-598
QUALITY NORTHSHORE PROPERTIES
3374 ARBOR ST
SLIDELL LA 70458

002022P001-1435A-598
QUALITY TREE SVC LLC
5408 TOBY LN
KENNER LA 70065

023562P001-1435A-598
QUANTUM PATHOLOGY LLC
303 BEAR HILL RD FL 2
WALTHAM MA 02451

018804P001-1435A-598
QUARTERVIEW RESTAURANT
613 CLEARVIEW PKWY
METAIRIE LA 70001

032279S001-1435A-598
QUEEN OF HEAVEN CHURCH
JAMES JANISH
PO BOX 94
MACDONA TX 78054-0094

033246S001-1435A-598
QUEEN OF PEACE CATHOLIC CHURCH
CHARLES SONNIER
PO BOX 201
SWEET HOME TX 77987-0201

023563P001-1435A-598
QUEST DIAG CLIN LAB
PO BOX 13923
PHILADELPHIA PA 19101

023564P001-1435A-598
QUEST DIAGNOSTIC
7022 COLLECTION CTR D
CHICAGO IL 60693

023565P001-1435A-598
QUEST DIAGNOSTIC
PO BOX 41733
PHILADELPHIA PA 19101

023566P001-1435A-598
QUEST DIAGNOSTIC
PO BOX 822510
PHILADELPHIA PA 19182

023567P001-1435A-598
QUEST DIAGNOSTIC
PO BOX 827641
PHILADELPHIA PA 19182

023568P001-1435A-598
QUEST DIAGNOSTICS
96451 COLLECTION CTR DR
CHICAGO IL 60693

023569P001-1435A-598
QUEST DIAGNOSTICS
98917 COLLECTION CTR DR
CHICAGO IL 60693

023570P001-1435A-598
QUEST DIAGNOSTICS
PO BOX 41733
PHILADELPHIA PA 19101

041688P001-1435A-598
QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA GA 30374-0709

023571P001-1435A-598
QUEST DIAGNOSTICS ATLANTA
PO BOX 41733
PHILADELPHIA PA 19101

023572P001-1435A-598
QUEST DIAGNOSTICS ATLANTA
PO BOX 5000
SOUTHEASTERN PA 19398

023573P001-1435A-598
QUEST DIAGNOSTICS ATLANTA
PO BOX 822557
PHILADELPHIA PA 19182

023574P001-1435A-598
QUEST DIAGNOSTICS BALTIMO
7022 COLLECTION CTR DR
CHICAGO IL 60693

023575P001-1435A-598
QUEST DIAGNOSTICS DALLAS
PO BOX 740779
PHILADELPHIA PA 19101

002023P001-1435A-598
QUEST DIAGNOSTICS INC
PO BOX 740779
CINCINNATI OH 45274-0779

023576P001-1435A-598
QUEST DIAGNOSTICS LENEXA
PO BOX 41733
PHILADELPHIA PA 19101

023577P001-1435A-598
QUEST DIAGNOSTICS LLC WALLING
2829 COLLECTION CTR DR
CHICAGO IL 60693

023578P001-1435A-598
QUEST DIAGNOSTICS WEST HILLS
FILE 50314
LOS ANGELES CA 90074

010006P001-1435A-598
QUEUE INC
80 HATHAWAY DR
STRATFORD CT 06615

010737P001-1435A-598
QUICK GIFTS
2705 BEE CAVES RD
AUSTIN TX 78746

Case 20-10846 Doc 3655-4 Filed 04/25/25 Entered 04/25/25 07:54 RP Exh. 4 - Affid 1370
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1370 of 1525
US First Class Mail
Exhibit Pages

021321P001-1435A-598
QUICK STOP CAR WASH
509 W AIRLINE HWY
LAPLACE LA 70068

026641P001-1435A-598
QUICK WAY #4
70380 LA-1077
COVINGTON LA 70433

041375P001-1435A-598
QUICKBOOKS
2800 E COMMERCE CTR PL
TUCSON AZ 85706

041689P001-1435A-598
QUIK PRINT OF NEW ORLEANS INC
D/B/A DOCUMAT
5624 CITRUS BLVD
NEW ORLEANS LA 70123

002024P001-1435A-598
QUILL CORP
PO BOX 37600
PHILADELPHIA PA 19101-0600

021322P001-1435A-598
QUINLAN PUBLISHING GROUP
23 DRYDOCK AVE
BOSTON MA 02210-2387

010738P001-1435A-598
QUIZNO'S SUB
1855 BARATARIA BLVD STE C1
MARRERO LA 70072

002025P001-1435A-598
QVINCI
1601 SOUTH MOPAC EXPY #475
AUSTIN TX 78746

016179P001-1435A-598
QWEST COMMUNICATIONS
BUSINESS SVC
PO BOX 856169
LOUISVILLE KY 40285-6169

013922P001-1435A-598
QWIK CHEK
2018 CLEARVIEW PKWY
METAIRIE LA 70001

023579P001-1435A-598
R A S D B A ACCESS RADIOLOGY
PO BOX 919112
DALLAS TX 75391

023580P001-1435A-598
R A S DBA ACCESS RADIOLOYG
PO BOX 919112
DALLAS TX 75391

016180P001-1435A-598
R AND H THEATRICAL
229 WEST 28TH ST
11TH FL
NEW YORK NY 10001

012327P001-1435A-598
R AND H THEATRICALS
ACCOUNTS RECEIVABLE
1065 AVE OF THE AMERICAS #2400
NEW YORK NY 10018

019963P001-1435A-598
R AND H THEATRICALS
ACCOUNTS RECEIVABLE
229 WEST 28TH ST
11TH FLOOR
NEW YORK NY 10001

013923P001-1435A-598
R AND R AUTOMOTIVE
911 TAYLOR ST
KENNER LA 70062

002026P001-1435A-598
R AND R CARE SOLUTIONS MEDICAL
BROKER MANAGEMENT
1808 N CAUSEWAY BLVD
MANDEVILLE LA 70471

010007P002-1435A-598
R AND S AUTO SVC INC
417 N HOWARD AVE
METAIRIE LA 70003-6309

021351P001-1435A-598
R BEST BUSINESS FORMS AND SUPPLIES
5610 POWELL ST
HARAHAN LA 70123

019964P001-1435A-598
R BROWN SVC LLC
PO BOX 2178
SLIDELL LA 70459

021342P001-1435A-598
R M HENDRICK GRADUATE SUPPLY HOUSE
1620 N MILL ST
JACKSON MS 39202

012328P001-1435A-598
R M HENDRICKS GRADUATES SUPPLY HOUSE
PO BOX 1034
JACKSON MS 39215-1034

010739P001-1435A-598
RACE TRACK
505 LAPALCO BLVD
TERRYTOWN LA 70056

026264P001-1435A-598
RACETRAC
200 GALLERIA PKWY SE
ATLANTA GA 30339

010740P001-1435A-598
RACEWAY
989 MANHATTAN BLVD
HARVEY LA 70058

023583P001-1435A-598
RACHAEL M DELAHOUSSAYE-SHIELDS
1441 OCHSNER BLVD
COVINGTON LA 70433

023584P001-1435A-598
RACHAL AND ELISON LLC
4224 HOUMA BLVD STE 150
METAIRIE LA 70006

023585P001-1435A-598
RAD PHYSICIAN SOLUTIONS OF N F
DEPT 40108
PO BOX 743986
ATLANTA GA 30374

1370

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:16:54 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1371 of 1525
US First Class Mail
Exhibit Pages

023586P001-1435A-598
RADADVANTAGE APC
PO BOX 3353
INDIANAPOLIS IN 46206

023587P002-1435A-598
RADHA RAMAN MD LLC
914 JOLIET ST
NEW ORLEANS LA 70118-1130

017178P001-1435A-598
RADIANT RENTALS
2537 W FRIENDSHIP DR
HARVEY LA 70058

010741P001-1435A-598
RADIO CITY MUSIC HALL
1260 6TH AVE
NEW YORK NY 10020

017179P001-1435A-598
RADIO FOR THE BLIND, INC
3606 MAGAZINE ST
NEW ORLEANS LA 70115

021344P001-1435A-598
RADIO SHACK CREDIT SVC
P O BOX 848549
DALLAS TX 75284-8549

023588P001-1435A-598
RADIOLOGICAL GROUP PA
PO BOX 2989
JACKSON MS 39207

023589P001-1435A-598
RADIOLOGY AND INTERVENTIONAL
PO BOX 8090
METAIRIE LA 70011

023590P001-1435A-598
RADIOLOGY AND INTERVENTIONAL A
PO BOX 8090
METAIRIE LA 70011

023591P001-1435A-598
RADIOLOGY ASSOC
PO BOX 678678
DALLAS TX 75267

023592P001-1435A-598
RADIOLOGY ASSOCIATE
PO BOX 6750
PORTSMOUTH NH 03802

023593P001-1435A-598
RADIOLOGY ASSOCIATES
500 S UNIVERSITY
LITTLE ROCK AR 72205

023594P001-1435A-598
RADIOLOGY ASSOCIATES LLC
PO BOX 919329
DALLAS TX 75391

023595P001-1435A-598
RADIOLOGY ASSOCIATES OF CLEARW
PO BOX 917368
ORLANDO FL 32891

023596P001-1435A-598
RADIOLOGY ASSOCIATES OF OXFORD
PO BOX 55449
JACKSON MS 39296

023597P001-1435A-598
RADIOLOGY CONSULTANTS
PO BOX 1339 WEST
MONROE LA 71294

023598P001-1435A-598
RADIOLOGY CONSULTANTS
PO BOX 31399
OMAHA NE 68131

023599P001-1435A-598
RADIOLOGY CONSULTANTS
PO BOX 55510
LITTLE ROCK AR 72215

002027P001-1435A-598
RADIOLOGY CONSULTANTS OF LITTLE ROCK
PO BOX 55510
LITTLE ROCK AR 72215-5510

023600P001-1435A-598
RADIOLOGY SPECIALISTS
PO BOX 3711
LAKE CHARLES LA 70602

010742P001-1435A-598
RADIOSHACK
305 PERE MEGRET ST
ABBEVILLE LA 70510

026265P001-1435A-598
RADISSON HOTEL
701 CARLSON PKWY
MINNETONKA MN 55305

021345P001-1435A-598
RAE CROWTHER CO
PO BOX 12157
ROCK HILL SC 29731

013924P001-1435A-598
RAGIN CAJUN OUTFITTERS LLC
409 S FASHION BLVD
HAHNVILLE LA 70057

016182P001-1435A-598
RAGIN' CAJUNS VOLLEYBALL CAMP
PO BOX 42611
LAFAYETTE LA 70504-2611

016183P001-1435A-598
RAIN DANCE IRRIGATION AND LANDSCAPING, INC
405 BILL DR
MANDEVILLE LA 70448

012329P001-1435A-598
RAINEY ELECTRONICS INC
19023 COLONEL GLENN RD
LITTLE ROCK AR 72210

017180P001-1435A-598
RAINMAKERS SPRINKLER SYSTEMS
2332 PIEDMONT ST
KENNER LA 70062

Case 2:20-cv-10846-CJB- MBN 2:20-cv-10846 CJB-DPC Document 5-1 09/00/25 07/25/25 Entered 09/00/25 07/25/25 07:14 17:01:54 Exhibit Part 4 - Affid... Page 1372
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1372 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

010008P001-1435A-598
RAISED PRINTING SPECIALIST
1514 S JEFFERSON DAVIS PKWY
NEW ORLEANS LA 70125

010743P001-1435A-598
RAISING CANE'S
3235 S CARROLLTON AVE
NEW ORLEANS LA 70118

013925P001-1435A-598
RAISING CANE'S
ATTN:DAVID ODOM
4036 VETERANS MEMORIAL BLVD
METAIRIE LA 70002

019965P001-1435A-598
RAISING CANES
1654 GAUSE BLVD
SLIDELL LA 70458

026642P001-1435A-598
RAISING CANES
1270 N HWY 190
COVINGTON LA 70433

026266P001-1435A-598
RAISING CANES CHICKEN FINGERS
100 NORTH ST
BATON ROUGE LA 70802

010744P001-1435A-598
RALLY'S #413
6700 ST CLAUDE AVE
ARABI LA 70032

023601P001-1435A-598
RALPH WILLIAM JUNIUS III MD LL
PO BOX 9795
BELFAST ME 04915

013926P001-1435A-598
RALPH'S ON THE PARK
900 CITY PK AVE
NEW ORLEANS LA 70130

026356P001-1435A-598
RALPHS ON THE PARK
900 CITY PK AVE
NEW ORLEANS LA 70119

016184P001-1435A-598
RAMADA
2713 N CAUSEWAY BLVD
METAIRIE LA 70002

026357P001-1435A-598
RAMADA
3400 S I-10 SERVICE RD W
METAIRIE LA 70001

016185P001-1435A-598
RAMADA CONFERENCE CENTER
2023 NE EVANGELINE THRUWAY
LAFAYETTE LA 70501

016186P001-1435A-598
RAMADA INN HOUMA
1400 W TUNNEL BLVD
HOUMA LA 70360

013927P001-1435A-598
RAMPART GARAGE
210 N RAMPART
NEW ORLEANS LA 70112

016187P001-1435A-598
RAMSEY CAFE
75277 HWY25
COVINGTON LA 70433

031614P001-1435A-598
RANDALL M ALFRED APLC
RANDALL ALFRED
106 RAMEY RD
HOUMA LA 70360

002030P001-1435A-598
RANDALL WILK DM PHD DDS
120 OCHSNER BLVD
STE 300
GRETNA LA 70056

027097P001-1435A-598
RANDAZZO'S CAMILIA CITY BAKERY
3501 PONTCHARTRAIN DR
SLIDELL LA 70458

010009P001-1435A-598
RANDAZZO'S KC EXPRESS
22022 MARSHALL RD
MANDEVILLE LA 70471

002031P001-1435A-598
RANDY MOERTLE AND ASSOCIATES INC
1008 MAR DR
LOCKPORT LA 70374

013928P001-1435A-598
RANDYS PLUMBING, HEATING AND AC LLC
1513 HARING RD
METAIRIE LA 70001

023602P001-1435A-598
RAPID URGENT CARE INC
1111 N CAUSEWAY BVLD
MANDEVILLE LA 70471

029704P001-1435A-598
RAPID URGENT CARE INC
1111 N CAUSEWAY BLVD
MANDEVILLE LA 70471

010745P001-1435A-598
RAPID WRISTBANDS
1100 HERCULES AVE #320
HOUSTON TX 77058

021346P001-1435A-598
RAPIDFORMS INC
301 GROVE RD
THOROFARE NJ 08086

034833S001-1435A-598
RAPPANHANNOCK REGIONAL JAIL
KEVIN KERR
PO BOX 3300
STAFFORD VA 22555-3300

035155S001-1435A-598
RAPPANHANNOCK REGIONAL JAIL
WILLIAM DIEHL
PO BOX 3300
STAFFORD VA 22555-3300

Case 20-10846 Doc 3545-4 Filed 09/02/25 Entered 09/02/25 14:04:54 Desc Exhibit A Page 1373
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1373 of 1525
US First Class Mail
Exhibit Pages

035335S001-1435A-598
RAPPAHANNOCK REGIONAL JAIL
LEE WILLIAMS
PO BOX 3300
STAFFORD VA 22555-3300

036910S001-1435A-598
RAPPAHANNOCK REGIONAL JAIL
LORRI ROHME
PO BOX 3300
STAFFORD VA 22555-3300

021347P001-1435A-598
RATCLIFFS FLORIST
PO BOX 267
GONZALES LA 70707

021348P001-1435A-598
RATIGANSCHOTTLER MFG
201 SOUTH 2ND ST
BEATRICE NE 68310

023603P001-1435A-598
RAVINDRA REDDY MD
STE 4098 2401 WESTBEND PKWY
NEW ORLEANS LA 70114

017181P001-1435A-598
RAWLINGS
E COMMERCE CUSTOMER SER 3RD FLOOR
510 MARYVILLE UNIV DR STE 110
ST. LOUIS MO 63141

026191P001-1435A-598
RAY BRANDT TOYOTA
2460 VETERANS BLVD
KENNER LA 70062

002033P001-1435A-598
RAY BROS INC
2801 FRENCHMEN ST
NEW ORLEANS LA 70122

009243P001-1435A-598
RAY BROS INC
2801 FRENCHMAN ST
NEW ORLEANS LA 70125

017182P001-1435A-598
RAY FRANSEN'S DRUM CENTE
3412 WILLIAMS BLVD
KENNER LA 70062

013929P001-1435A-598
RAY FRANSEN'S DRUM CENTER
3412 WILLIAMS BLVD
KENNER LA 70065

023604P001-1435A-598
RAY LOUSTEAU RUSSELL CECO
120 NO JEFF DAVIS PKWY
NEW ORLEANS LA 70119

013931P001-1435A-598
RAY'S TIRE SVC
1330 REVEREND WILSON DR
KENNER LA 70062

026171P001-1435A-598
RAYMOND JAMES
1540W CAUSEWAY APPROACH
MANDEVILLE LA 70471

040808P001-1435A-598
RAYMOND JAMES & ASSOCIATES, INC.
ATTN: ELAINE MULLEN
CORPORATE ACTIONS
880 CARILLON PARKWAY
ST. PETERSBURG FL 33716

040809P001-1435A-598
RAYMOND JAMES & ASSOCIATES, INC.
ROBERTA GREEN
880 CARILION PARKWAY
SAIT PETERSBURG FL 33716

013930P001-1435A-598
RAYMOND PLUMBING AND HEATING, INC
112 WEATHERLY COVE
SLIDELL LA 70458

018805P001-1435A-598
RAYMOND'S JEWELRY
4103 WILLIAMS BLVD
KENNER LA 70065

010746P001-1435A-598
RAYNE HIGH SCHOOL
1200 N POLK ST
RAYNE LA 70578

018806P001-1435A-598
RAYNE HIGH SCHOOL
1020 NORTH POLK ST
RAYNE LA 70578

021349P001-1435A-598
RAYNE HIGH SCHOOL
1016 NORTH POLK
RAYNE LA 70578

021350P001-1435A-598
RAYVILLE HIGH SCHOOL
193 HIGHWAY 3048
RAYVILLE LA 71269

040793P001-1435A-598
RBC CAPITAL MARKETS, LLC
STEVE SCHAFER SR
ASSOCIATE
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400

040794P001-1435A-598
RBC CAPITAL MARKETS, LLC
ATTN: REORG DEPARTMENT
60 S 6TH ST
MINNEAPOLIS MN 55402

040795P001-1435A-598
RBC CAPITAL MARKETS, LLC
SHANNON JONES
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400

019966P001-1435A-598
RCI
38001 BROWNSVILLAGE RD
SLIDELL LA 70460

010010P001-1435A-598
RCL BENZIGER
8570 SOLUTION CTR
CHICAGO IL 60677-8005

021352P001-1435A-598
RCL BENZIGER
ACCOUNTS RECEIVABLE
PO BOX 1840
DUBUQUE IA 52004-1840

Case 20-10846 Doc 3645-4 Filed 04/25/25 Entered 04/25/25 07:51 RP Exh-4 - Aff Doc 4374 - RP Exh-4 - Aff Doc 4374
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1374 of 1525
US First Class Mail
Exhibit Pages

009370P001-1435A-598
RCL BENZIGER PUBLISHING GROUP LLC
8570 SOLUTION CTR
CHICAGO IL 60677-8005

010011P001-1435A-598
RCL BENZIGER PUBLISHING GROUP LLC
PO BOX 710767
COLUMBUS OH 43271-0767

016188P001-1435A-598
RCL BENZIGER
PO BOX 9520
ALLEN TX 75013

010747P001-1435A-598
RDM CORP
349 ARLINGTON AVE
BROOKLYN NY 11208

021343P001-1435A-598
RE AMHREIN AND SONS HARDWARE
BRYANT OR DAVID
PO BOX 455
ZACHARY LA 70791

030991P001-1435A-598
RE/MAX AFFILIATES
MARK RODI
ADDRESS INTENTIONALLY OMITTED

023605P001-1435A-598
READ EYE CENTER A MEDICAL CORP
2600 TOWER DR STE 111
MONROE LA 71201

023606P001-1435A-598
READ MEDICAL ASSOCIATES LLC
PO BOX 21290
BELFAST ME 04915

002034P001-1435A-598
READY POWER
4809 CLIO ST
NEW ORLEANS LA 70125

029828P001-1435A-598
READY POWER
JEREMIAH JOHNSON
4809 CLIO ST
NEW ORLEANS LA 70125

018807P001-1435A-598
REAL GRANT SOLUTIONS
3146 LAGUNA SHORES RD
CORPUS CHRISTI TX 78418

010748P001-1435A-598
REAL VOLLEYBALL
8911 COMPLEX DR STE A
SAN DIEGO CA 92123

021353P001-1435A-598
REALLY GOOD STUFF INC
P O BOX 386
BOTSFORD CT 06404-0386

012330P001-1435A-598
REALLY GOOD STUFF, LLC
PO BOX 1111
SHELTON CT 06484

010749P001-1435A-598
REALTIME MUSIC SOLUTIONS
110 W 25TH ST #5
NEW YORK NY 10001

018808P002-1435A-598
REALTIME MUSIC SOLUTIONS
110 W 25TH ST APT 5
NEW YORK NY 10001-7462

010750P001-1435A-598
REBECCA TRUCK PLAZA
1784 LA-311
SCHRIEVER LA 70395

021354P001-1435A-598
REBOUND SPORTS TECHNOLOGY
2221 GARRETT ST
ENUMCLAW WA 98022

002035P001-1435A-598
RECEIVABLE RECOVERY SVC INC
PO BOX 7100
METAIRIE LA 70010-7100

018809P001-1435A-598
RECOGNITION CO
7960 GOODWOOD BLVD
BATON ROUGE LA 70806

016189P001-1435A-598
RECREATION DISTRICT #1/PELICAN PARK
63350 PELICAN DR
MANDEVILLE LA 70448

016190P001-1435A-598
RECREATION DISTRICT #12
ST TAMMANY PARISH
PO BOX 1211
FOLSOM LA 70437

016191P001-1435A-598
RECREATION DISTRICT #14 ST TAMMANY PAR
13505 HWY 1085
COVINGTON LA 70433

012331P001-1435A-598
RECREATION DISTRICT 14
ST TAMMANY PARISH
13505 HIGHWAY 1085
COVINGTON LA 70433

019967P001-1435A-598
RECREONICS INC
4200 SCHMITT AVE
LOUISVILLE KY 40213

012332P002-1435A-598
RECYCLE AWAY, LLC
ACCOUNTS PAYABLE
PO BOX 408
BELLOWS FALLS VT 05101-0408

016192P001-1435A-598
RECYCLE NOW LOUISIANA
110 E 7TH AVE
COVINGTON LA 70433

026358P001-1435A-598
RED BLUFF FARM
22400 SOUR GRASS RD
CORNING CA 96021

Case 2:20-cv-01360 / 24-30345 Case 24-30115 Document 119-4 Filed 09/09/25 Page 109/12 04/25/17 07:14 Page 1 of Affide 4t1375
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1375 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010751P001-1435A-598<br>RED BUBBLE INC<br>111 SUTTER ST<br>17TH FL<br>SAN FRANCISCO CA 94104 | 010752P001-1435A-598<br>RED CROSS<br>2640 CANAL ST<br>NEW ORLEANS LA 70119 | 002036P001-1435A-598<br>RED HAWK FIRE AND SECURITY<br>PO BOX 530212<br>ATLANTA GA 30353-0212 | 010012P001-1435A-598<br>RED HAWK FIRE AND SECURITY<br>PO BOX 538198<br>ATLANTA GA 30353-8198 |
| 017183P001-1435A-598<br>RED MAPLE<br>1036 LAFAYETTE ST<br>GRETNA LA 70053 | 010753P001-1435A-598<br>RED MAPLE RESTAURANT<br>1036 LAFAYETTE ST<br>GRETNA LA 70053 | 016193P001-1435A-598<br>RED ROOF INN<br>102 CONSTITUTION DR<br>MONROE LA 71292 | 018810P001-1435A-598<br>RED ROOF INN<br>102 CONSTITUTION DR<br>WEST MONROE LA 71292 |
| 010754P001-1435A-598<br>RED ROOF INNS<br>1254 GRAND CAILLOU RD<br>HOUMA LA 70363 | 018811P002-1435A-598<br>RED SHELF<br>TIM HAITALAN<br>175 W JACKSON BLVD STE 1425<br>CHICAGO IL 60654-2604 | 023607P001-1435A-598<br>RED STICK EMERGENCY GRP LLC<br>PO BOX 679494<br>DALLAS TX 75267 | 019968P001-1435A-598<br>RED STICK ROBOTICS<br>19551 FAIRWAY OAKS AVE<br>BATON ROUGE LA 70809 |
| 019969P001-1435A-598<br>RED STICK SPORTS<br>5770 ESSEN LN<br>BATON ROUGE LA 70810 | 012334P001-1435A-598<br>RED WING SOFTWARE<br>491 HIGHWAY 19<br>RED WING MN 55066 | 027098P001-1435A-598<br>RED ZONE CARDS<br>2305 N HULLEN ST<br>METAIRIE LA 70001 | 016194P001-1435A-598<br>RED ZONE FUNDRAISING<br>PO BOX 1631<br>METAIRIE LA 70004 |
| 021355P001-1435A-598<br>RED ZONE FUNDRAISING LLC<br>2305 N HULLEN ST<br>STE 2<br>METAIRIE LA 70001 | 018812P001-1435A-598<br>RED ZONE FUNDRAISING, LLC<br>2704 MANLEY AVE<br>METAIRIE LA 70001 | 010755P001-1435A-598<br>REDBOX DVD RENTAL<br>3008 HOLIDAY DR<br>NEW ORLEANS LA 70131 | 013932P001-1435A-598<br>REDEMPTION<br>3835 IBERVILLE ST<br>NEW ORLEANS LA 70119 |
| 016195P002-1435A-598<br>REDEMPTORIST HIGH SCHOOL<br>4200 ESSEN LN<br>BATON ROUGE LA 70809-2158 | 009214P001-1435A-598<br>REDEMPTORISTS<br>ST ALPHONSUS CATHOLIC CHURCH<br>REV AARON MESZAROS<br>2030 CONSTANCE ST<br>NEW ORLEANS LA 70130 | 019970P001-1435A-598<br>REDEMPTORISTS DENVER PROVINCE<br>ST JOSEPH LEAGUE<br>1230 S PARKER ROAD<br>DENVER CO 80231 | 010756P001-1435A-598<br>REDFISH GRILL<br>115 BOURBON ST<br>NEW ORLEANS LA 70130 |
| 023608P001-1435A-598<br>REDI-MED PSYCHIATRY<br>4430 HIGHWAY 22 STE B<br>MANDEVILLE LA 70471 | 002037P001-1435A-598<br>REDIKER SOFTWARE INC<br>2 WILBRAHAM RD<br>HAMPDEN MA 01036 | 023609P001-1435A-598<br>REDMED LLC<br>PO BOX 57890<br>MURRAY UT 84157 | 034533S001-1435A-598<br>REDONDO BEACH POLICE DEPT-JAIL<br>ZAIN CHINI<br>PO BOX 639<br>REDONDO BEACH CA 90277-0639 |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

013933P002-1435A-598
REDSHELF, INC
TIM HAITAIAN
175 W JACKSON BLVD STE 1425
CHICAGO IL 60604-2604

019971P001-1435A-598
REDZONE FUNDRAISING
2305 HULLEN ST
STE 3
METAIRIE LA 70001

023610P001-1435A-598
REE ANN CUPP
STE 1 3544 W ESPLANADE AVE S
METAIRIE LA 70002

023611P001-1435A-598
REE ANN CUPP
UNIT 1 3544 W ESPLANADE AVE S
METAIRIE LA 70002

018813P001-1435A-598
REECE SUPPLY CO OF LOUISIANA, INC
1012 DISTRIBUTORS ROW
HARAHAN LA 70123

013934P001-1435A-598
REEL TO MEAL CATERING AND CRAFT SVC LLC
3400 KENT AVE H102
METAIRIE LA 70006

010757P001-1435A-598
REFRESHMENT SOLUTIONS
225 APPLE ST
NORCO LA 70079

010013P001-1435A-598
REFUEL - RETIF OIL AND FUEL
1840 JUTLAND DR
HARVEY LA 70058

016196P001-1435A-598
REFURBUPSCOM, INC
379 SPOOK ROCK RD
BLDG J
SUFERN NY 10901

013935P001-1435A-598
REGENCY TECHNOLOGIES
PO BOX 26
OWINGS MILLS MD 21117

009260P001-1435A-598
REGINELLI'S PIZZERIA
3244 MAGAZINE ST
NEW ORLEANS LA 70115-2341

010758P001-1435A-598
REGINELLI'S PIZZERIA
930 POYDRAS ST
NEW ORLEANS LA 70112

019972P001-1435A-598
REGION VIII SCIENCE FAIR
DEPT OF BIOLOGICAL SCIENCES - SLU 10736
548 NED MCGEHEE DR
HAMMOND LA 70402

023612P001-1435A-598
REGIONAL ANESTHESIA LLC
PO BOX 4860 MURRELLS
INLET SC 29576

002043P001-1435A-598
REGIONAL COMMISSARIAT FOR THE HOLY LAND
FRIAR JOHN-SEBASTIAN
1400 QUINCY ST NE
WASHINGTON DC 20017

023613P001-1435A-598
REGIONAL DIGESTIVE SPECIALIST
4511 HOSPITAL ST
PASCAGOULA MS 39581

023614P001-1435A-598
REGIONAL EYE SURGERY CENTER
STE 5000 7777 HENNESSY BLVD
BATON ROUGE LA 70808

026172P001-1435A-598
REGIONS
2098 BARATARIA BLVD
MARRERO LA 70072

041379P001-1435A-598
REGIONS COMMERCIAL BANKCARD
PO BOX 2224
BIRMINGHAM AL 35246

023615P001-1435A-598
REHAB ACCESS
1712 STUMPF BLVD
GRETNA LA 70056

023616P001-1435A-598
REHAB ACCESS
DEPT 8085
PO BOX 11407
BIRMINGHAM AL 35246

013936P001-1435A-598
REILY FOODS CO
CREDIT DEPT
640 MAGAZINE ST
NEW ORLEANS LA 70130

002042P002-1435A-598
REINERIO LINARES MERA MD PA
13654 W HILLSBOROUGH AVE
TAMPA FL 33635-9638

016197P001-1435A-598
REINHART FOOD SVC
918 EDWARDS AVE
HARAHAN LA 70123

029829P001-1435A-598
REINHART PARTNERS INC
1500 WEST MARKET ST
STE 100
MEQUON WI 53092

019973P001-1435A-598
REKER'S FLORIST
2163 GAUSE BLVD
SLIDELL LA 70461

002044P001-1435A-598
REKERS MAINTENANCE LLC
162 LAKE D'ESTE DR
SLIDELL LA 70461

017184P001-1435A-598
RELIABLE A/C REFRIGERATION INC
PO BOX 640351
KENNER LA 70064-0351

Case 20-10846 Doc 3545-4 Filed 09/01/25 Entered 09/01/25 14:06:54 Desc Exhibit Page 1377
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1377 of 1525
US First Class Mail
Exhibit Pages

013937P001-1435A-598
RELIABLE GLASS AND MIRROR, LLC
501 S AL DAVIS
HARAHAN LA 70123

010759P001-1435A-598
RELIABLE OFFICE SUPPLIES
4442 ARTHUR KILL RD
SUITE 8
STATEN ISLAND NY 10309

017185P001-1435A-598
RELIABLE OFFICE SUPPLIES
PO BOX 105529
ATLANTA GA 30348-5529

021359P001-1435A-598
RELIABLE PRINTING SOLUTIONS INC
2230 MICHIGAN AVE
SANTA MONICA CA 90404

026689P001-1435A-598
RELIABLE SOIL
725 REVEREND RICHARD WILSON DR
KENNER LA 70062

009341P001-1435A-598
RELIABLE SOILS
701 REVEREND RICHARD WILSON DR
KENNER LA 70062

013938P001-1435A-598
RELIABLE TILE FLOORING LLC
4912 W ESPLANADE AVE
METAIRIE LA 70006

010014P001-1435A-598
RELIANCE COMMUNICATIONS
PO BOX 561484
DENVER CO 80256-1484

012335P001-1435A-598
RELIANCE COMMUNICATIONS, LLC
SCHOOL MESSENGER
PO BOX 561484
DENVER CO 80256-1484

013939P001-1435A-598
RELIANCE GLASS AND MIRROR, LLC
501 S AL DAVIS
HARAHAN LA 70123

040821P001-1435A-598
RELIANCE TRUST COMPANY/FIS GLOBAL PLUS
CORPORATE ACTIONS
1100 ABERNATHY ROAD
500 NORTHPARK BUILDING SUITE 400
ATLANTA GA 30328

040820P001-1435A-598
RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE
CORPORATE ACTIONS
JULIE  MCGUINESS
1100 ABERNATHY ROAD
500 NORTHPARK BUILDING SUITE 400
ATLANTA GA 30328

009275P001-1435A-598
RELIASTAR LIFE INSURANCE CO
3702 PAYSPHERE CIR
CHICAGO IL 60674-0037

041381P001-1435A-598
RELIASTAR LIFE INSURANCE CO
PO BOX 3080
NEW YORK NY 10116

041382P001-1435A-598
RELIASTAR LIFE INSURANCE CO
PO BOX 981331
BOSTON MA 02298

018814P001-1435A-598
RELIASTAR LIFE INSURANCE CO OF N Y
3702 PAYSPHERE CIR
CHICAGO IL 60674

012336P001-1435A-598
RELIASTAR LIFE INSURANCE CO OF NEW Y
4691 PAYSPHERE CIR
CHICAGO IL 60674

016198P001-1435A-598
RELIASTAR LIFE INSURANCE CO OF NEW Y
PO BOX 79738
BALTIMORE MD 21279-0738

002045P001-1435A-598
RELIGIOUS BROTHERS CONFERENCE
500 NORTH MICHIGAN AVE
STE 600
CHICAGO IL 60611

002046P003-1435A-598
RELIGIOUS OF THE SACRED HEART
1316 JEFFERSON AVE
NEW ORLEANS LA 70115-4117

012337P001-1435A-598
RELL ART LLC
232 SECLUDED OAKS LN
MADISONVILLE LA 70447

002047P001-1435A-598
RELYCO SALES INC
PO BOX 1229
DOVER NH 03821

030992P002-1435A-598
REMAX COMMERICAL BROKERS INC
RICHARD JUGE
ADDRESS INTENTIONALLY OMITTED

030997P001-1435A-598
REMAX COMMERICAL BROKERS, INC
CHARLES MULLIN
ADDRESS INTENTIONALLY OMITTED

009356P002-1435A-598
REMEDIA PUBLICATIONS INC
9316 E RAINTREE DR STE 120
SCOTTSDALE AZ 85260-3006

009145P001-1435A-598
REMEMBER ME LLC
10501 RHODE ISLAND AVE
BELTSVILLE MD 20705

002048P001-1435A-598
REMEMBER MINISTRY
MARKOE JESUITS
2900 LLTH AVE
MINNEAPOLIS MN 55407

016199P001-1435A-598
REMIND101, INC
BILLING
965 MISSION ST
STE 300
SAN FRANCISCO CA 94103

Case 2:20-cv-08461-DABASE-4 09/09/25 14:35 Entry 09/09/25 14:30:14 Page 1378
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1378 of 1525
US First Class Mail
Exhibit Pages

021361P001-1435A-598
REMINDERBAND
953 W 700 N
STE 107
LOGAN UT 84321

041383P001-1435A-598
RENAISSANCE
2911 PEACH ST
WISCONSIC RAPIDS WI 54494

010760P001-1435A-598
RENAISSANCE 9671F F AND B
133 WEST MISSLETOE
SAN ANTONIO TX 78212

012338P001-1435A-598
RENAISSANCE BIRMINGHAM ROSS BRIDGE
GOLF RESORT AND SPA
4000 GRAND AVE
BIRMINGHAM AL 35226

027099P001-1435A-598
RENAISSANCE FEST
46468 RIVER RD
HAMMOND LA 70401

010015P001-1435A-598
RENAISSANCE LEARNING INC
PO BOX 803
WISCONSIN RAPIDS WI 54495-8036

013940P001-1435A-598
RENAISSANCE LIVING HISTORY CENTER
PO BOX 42
ROBERT LA 70455

002049P001-1435A-598
RENAISSANCE MONTGOMERY HOTEL AND
SPA AT THE CONVENTION CENTER
201 TALLAPOOSA ST
MONTGOMERY AL 36104

002050P001-1435A-598
RENAISSANCE NEW ORLEANS ARTS
WAREHOUSE DISTRICT HOTEL
700 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

009152P001-1435A-598
RENAISSANCE PUBLISHING
110 VETERANS MEMORIAL BLVD
METAIRIE LA 70005

012339P001-1435A-598
RENAISSANCE PUBLISHING
110 VETERANS MEMORIAL BLVD
STE 123
METAIRIE LA 70005

002051P001-1435A-598
RENAISSANCE PUBLISHING LLC
110 VETERANS BLVD
STE 123
METAIRIE LA 70005

010016P001-1435A-598
RENAISSANCE PUBLISHING LLC
PO BOX 62600
NEW ORLEANS LA 70162-2600

023618P001-1435A-598
RENAL HYPERTENSION CENTER LLP
PO BOX 22251
BELFAST ME 04915

023619P001-1435A-598
RENE KOPPEL MD APMC
3640 HOUMA BLVD
METAIRIE LA 70006

023620P001-1435A-598
RENEW PHYSICAL THERAPY L L
PO BOX 80964
LAFAYETTE LA 70598

010761P001-1435A-598
RENEWED VISION
6505 SHILOH RD STE 200
ALPHARETTA GA 30005

031677P001-1435A-598
RENNY MARTYN
401 AURORA AVE
METAIRIE LA 70005

019974P001-1435A-598
RENT A CENTER SLIDELL
192 GAUSE BLVD WEST
SLIDELL LA 70460

041384P001-1435A-598
RENWEB A FACTS CO
PO BOX 1622
BURLESON TX 76097

012340P001-1435A-598
RENZE DISPLAY CO
6847 N 16TH ST
OMAHA NE 68112

023621P001-1435A-598
REPRO HEALTH-FEMALE
PO BOX 61979
NEW ORLEANS LA 70161

016200P001-1435A-598
REPUBLIC NATIONAL DISTRIBUING
PO BOX 53333
NEW ORLEANS LA 70153

009364P001-1435A-598
REPUBLIC NATIONAL DISTRIBUTING CO
809 JEFFERSON HWY
NEW ORLEANS LA 70121

013941P001-1435A-598
REPUBLIC NATIONAL DISTRIBUTING CO LLC
PO BOX 53333
NEW ORLEANS LA 70153

000326P001-1435A-598
REPUBLIC SVC
804 L AND A RD
METAIRIE LA 70001

029830P001-1435A-598
REPUBLIC SVC
14400 N 87TH ST
STE 300
SCOTTSDALE AZ 85260

041385P001-1435A-598
REPUBLIC SVC
PO BOX 71068
CHARLOTTE NC 28272-1068

Case 20-10846 Doc 4356-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Desc Ex. 4 - Affidavit 1379
The Roman Catholic Church of the Archdiocese of New Orleans - Page 1379
of Service Regarding Solicitation Packages Page 1379 of 1525
US First Class Mail
Exhibit Pages

041386P001-1435A-598
REPUBLIC SVC
PO BOX 9001099
LOUISVILLE KY 40290-1099

041690P001-1435A-598
REPUBLIC SVC # 842
FOR BFI WASTE SVC LLC
PO BOX 71068
CHARLOTTE NC 28272-1068

041691P001-1435A-598
REPUBLIC SVC #820
FOR BFI WASTE SVC
PO BOX 71068
CHARLOTTE NC 28272-1068

002052P001-1435A-598
REPUBLIC SVC #842
PO BOX 9001099
LOUISVILLE KY 40290-1099

021362P001-1435A-598
RESEARCH AND EDUCATION ASSOCIATION
61 ETHEL RD WEST
PISCATAWAY NJ 08854

016201P001-1435A-598
RESEARCH FOR BETTER TEACHING
ONE ACTON PL
ACTON MA 01720

012341P001-1435A-598
RESERVE ACCOUNT
PO BOX 856056
LOUISVILLE KY 40285

021363P001-1435A-598
RESERVE TELECOMMUNICATIONS
PO DRAWER T
RESERVE LA 70084-0519

026144P002-1435A-598
RESERVE TELECOMMUNICATIONS
PO BOX DRAWER T
RESERVE LA 70084

002053P001-1435A-598
RESIDENTIAL APPRAISAL RESOURCE LLC
1204 SCARLET OAK LN
MANDEVILLE LA 70448

023623P001-1435A-598
RESILIENCE PSYCHOTHERAPY PLLC
PO BOX 8888
BILOXI MS 39535

017186P001-1435A-598
RESILITE SPORTS PRODUCTS, INC
PO BOX 764
SUNBURY PA 17801

027100P001-1435A-598
RESOLVE SYSTEMS
460 BROWNSWITCH RD
SLIDELL LA 70458

018815P001-1435A-598
RESPONDUS
PO BOX 3247
REDMONMD WA 98502

002054P001-1435A-598
RESTART ART CONSERVATION
1620 NORTH VILLERE ST
NEW ORLEANS LA 70116

009249P001-1435A-598
RESTAURANT AUGUST
301 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

010762P001-1435A-598
RESTAURANT DEPOT
1111 S BROAD ST
NEW ORLEANS LA 70125

002055P001-1435A-598
RESTO GROUP INC
109 E 17TH ST
STE 430
CHEYENNE WY 82001

002056P001-1435A-598
RESTO GROUP INC
1470 ANNUNCIATION ST #3315
NEW ORLEANS LA 70130

041387P001-1435A-598
RESTREAM
515 CONGRESS AVE
STE 1050
AUSTIN TX 78701

002057P001-1435A-598
RESURRECTION CATHOLIC MISSIONS
2815 FORBES DR
MONTGOMERY AL 36110

031124P001-1435A-598
RESURRECTION OF OUR LORD
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002058P001-1435A-598
RESURRECTION OF OUR LORD CHURCH
9701 HAMMOND ST
NEW ORLEANS LA 70127

002059P001-1435A-598
RESURRECTION OF OUR LORD SCHOOL
4861 ROSALIA DR
NEW ORLEANS LA 70127

017187P001-1435A-598
RETIF OIL AND FUEL
1840 JUTLAND DR
HARVEY LA 70058-2361

041692P001-1435A-598
RETIF OIL AND FUEL
D/B/A REFUEL
1840 JUTLAND DR
HARVEY LA 70058

002060P001-1435A-598
RETINA AND VITREOUS OF LA
10202 JEFFERSON HWY
BLDG D
BATON ROUGE LA 70809-2727

023624P001-1435A-598
RETINA AND VITREOUS OF LOUISIANA
10202 JEFFERSON HWY STE D
BATON ROUGE LA 70809

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

023625P001-1435A-598
RETINA AND VITREOUS OF TEXAS
2727 GRAMERCY ST STE 200
HOUSTON TX 77025

023626P001-1435A-598
RETINA ASSOCIATES NEW ORLEANS
4315 HOUMA BLVD STE 201
METAIRIE LA 70006

023627P001-1435A-598
RETINOVITREOUS ASSOC LTD
PO BOX 2344
WEST CHESTER PA 19380

029753P001-1435A-598
RETIRED PRIESTS UNFUNDED RETIREMENT LIABILITY

002061P001-1435A-598
RETIREMENT FUND FOR RELIGIOUS
3211 FOURTH ST NE
WASHINGTON DC 20017

002062P001-1435A-598
RETROUVAILLE
32 HOLLY DR
LAPLACE LA 70068

002063P001-1435A-598
REV ALBERT HAASE
CEDARBRAKE RETREAT HOUSE
PO BOX 58
BELTON TX 76513

041388P001-1435A-598
REV BUSINESS
PO BOX 919251
DALLAS TX 75391

002076P002-1435A-598
REV CAROL LUDOVICK SHIRIMA CS SP
OUR LADY OF LOURDES CHURCH
3924 BERKLEY ST
SLIDELL LA 70458

002077P001-1435A-598
REV CARROLL HEFFNER
ST AGNES CHURCH
3310 JEFFERSON HWY
JEFFERSON LA 70121

002079P001-1435A-598
REV CHARLES DUSSOUY
ST EDWARD THE CONFESSOR
4921 W METAIRIE AVE
METAIRIE LA 70001

002080P001-1435A-598
REV CHRISTIAN DELERNO
ST MARY MAGDALEN CHURCH
6425 WEST METAIRIE AVE
METAIRIE LA 70003

002081P001-1435A-598
REV CHRISTOPHER ZAVACKIS
ST CLETUS CHURCH
3600 CLAIRE AVE
GRETNA LA 70053

002088P001-1435A-598
REV DAMIAN HINOJOSA
ST JOSEPH SEMINARY COLLEGE
75376 RIVER RD
ST BENEDICT LA 70457-9900

002090P001-1435A-598
REV DAN O'CONNOR
OUR LADY OF PROMPT SUCCOR
401 21ST ST
ALEXANDRIA LA 71301

002091P001-1435A-598
REV DANIEL BROUILLETTE
ANNUNCIATION CHURCH
517 AVE B
WESTWEGO LA 70094

002094P001-1435A-598
REV DANIEL GREEN
BLESSED TRINITY
4230 S BROAD ST
NEW ORLEANS LA 70125

002096P001-1435A-598
REV DAVID DUCOTE
ST CLEMENT OF ROME CH
4317 RICHLAND AVE
METAIRIE LA 70002

002097P001-1435A-598
REV DAVID DUFOUR
ST JEROME
2402 33RD ST
KENNER LA 70065-3899

002101P001-1435A-598
REV DEAN ROBINS
ST ANTHONY GARDENS
601 HOLY TRINITY DR
COVINGTON LA 70433

002104P001-1435A-598
REV DENZIL M PERERA
CENTER OF JESUS THE LORD
1307 LOUISIANA AVE
NEW ORLEANS LA 70115

002106P001-1435A-598
REV DOUGLAS BUSCH
OUR LADY OF THE LAKE CH
312 LAFITTE ST
MANDEVILLE LA 70448

002108P001-1435A-598
REV EDMUND AKORDOR
SACRED HEART OF JESUS
401 SPRUCE ST
NORCO LA 70079

002110P001-1435A-598
REV EDWARD LAUDEN
ST MARK CHURCH
10773 RIVER RD
AMA LA 70031

002111P001-1435A-598
REV EMILE NOEL
OUR LADY OF PROMPT SUCCOR
146 FOURTH ST
WESTWEGO LA 70094-4297

002112P001-1435A-598
REV EUGENE JACQUES
HOLY NAME OF MARY
500 ELIZA ST
NEW ORLEANS LA 70114

002116P001-1435A-598
REV FRANCIS NGUYEN
VISITATION OF OUR LADY CH
3500 AMES BLVD
MARRERO LA 70072

002118P001-1435A-598
REV FRANK CANDALISA
ST CHRISTOPHER CHURCH
309 MANSON
METAIRIE LA 70001

Case 2:20-cv-08465-... (header text overlapping)
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1381 of 1525
Exhibit Pages

002119P001-1435A-598
REV G AMALDOSS
ST JOACHIM
5505 BARATARIA BLVD
MARRERO LA 70072

002133P001-1435A-598
REV JAMES JEANFREAU
IMMACULATE CONCEPTION CH
4401 7TH ST
MARRERO LA 70072

002136P001-1435A-598
REV JOEL CANTONES
OUR LADY OF THE HOLY ROSARY PARISH
#1 RECTORY LANE
NEW ORLEANS LA 70119

002140P001-1435A-598
REV JONATHAN HEMELT
OUR LADY OF ROSARY CH
1322 MOSS ST
NEW ORLEANS LA 70119

002141P001-1435A-598
REV JOSE CACERES
ST JANE DE CHANTAL
PO BOX 1870
ABITA SPRINGS LA 70420-1870

002142P001-1435A-598
REV JOSE LAVASTIDA
BLESSED FRANCIS XAVIER SEELOS
3053 DAUPHINE ST
NEW ORLEANS LA 70117

002143P001-1435A-598
REV JOSE ROEL LUNGAY
ST GENEVIEVE CH
58025 ST GENEVIEVE LN
SLIDELL LA 70460

002144P001-1435A-598
REV JOSEPH BENSON
ST JOHN VIANNEY VILLA
ADDRESS INTENTIONALLY OMITTED

002145P001-1435A-598
REV JOSEPH DUC DZIEN
ST JOHN THE BAPTIST CHURCH
PO BOX 1498
PARADIS LA 70080

002146P001-1435A-598
REV JOSEPH KRAFFT
NOTRE DAME SEMINARY
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

002149P001-1435A-598
REV JOSHUA JOHNSON
OUR LADY OF THE HOLY ROSARY CHURCH
44450 LOUISIANA HWY 429
ST AMANT LA 70774

002150P001-1435A-598
REV JUDE EMUNEMU
ST CHARLES BORROMEO CH
PO BOX 428
DESTREHAN LA 70047

002151P001-1435A-598
REV JUDE ONOGBOSELE JCD
SACRED HEART OF JESUS CH
63568 US 31 S
SOUTH BEND IN 46614

002153P001-1435A-598
REV KENNETH SMITH
ST RITA CHURCH
7100 JEFFERSON HWY
HARAHAN LA 70123

002154P001-1435A-598
REV KEVIN DELERNO
ST EDWARD CONFESSOR CH
4920 WEST METAIRIE AVE
METAIRIE LA 70001-4466

002155P001-1435A-598
REV KIEN VINCENT NGUYEN
ST ANN CHURCH
4940 MEADOWDALE ST
METAIRIE LA 70006

002158P001-1435A-598
REV KYLE SANDERS
HOLY FAMILY
1220 14TH AVE
FRANKLINTON LA 70438-2205

002159P001-1435A-598
REV LANCE CAMPO
CENTER OF JESUS THE LORD
1307 LOUISIANA AVE
NEW ORLEANS LA 70115

002160P001-1435A-598
REV LAWRENCE MURORI
ST PIUS X CHURCH
6666 SPANISH FORT BLVD
NEW ORLEANS LA 70124

002162P001-1435A-598
REV LEON POCHE
ST MARY MAGDALEN
6425 W METAIRIE AVE
METAIRIE LA 70003

002166P001-1435A-598
REV LUKE HUNGDUNG NGUYEN
ST ANTHONY CATHOLIC CH
2653 JEAN LAFITTE BLVD
LAFITTE LA 70067

002167P001-1435A-598
REV MARK LOMAX
OUR LADY OF THE LAKE
312 LAFITTE ST
MANDEVILLE LA 70448

002171P001-1435A-598
REV MAURICE H SANDS
BLACK AND INDIAN MISSION OFFICE
2021 H ST NW
WASHINGTON DC 20006-4207

002174P001-1435A-598
REV MICHAEL LABRE
ST JAMES MAJOR CH
3736 GENTILLY BLVD
NEW ORLEANS LA 70122

002178P001-1435A-598
REV MINH CONG PHAN
NOTRE DAME SEMINARY
2901 S CARROLLTON
NEW ORLEANS LA 70118

002181P001-1435A-598
REV MSGR ARTHUR B CALKINS
ADDRESS INTENTIONALLY OMITTED

002183P001-1435A-598
REV MSGR EARL L GAUTHREAUX
ST MARIA GORETTI CHURCH
7300 CROWDER BLVD
NEW ORLEANS LA 70127

002185P001-1435A-598
REV MSGR HENRY BUGLER
ST PHILIP NERI
6500 KAWANEE BLVD
METAIRIE LA 70003

Case 20-10846 Doc 3545-4 Filed 09/09/25 Entered 09/09/25 17:07:54 RPC Exert - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1382 of 1525
US First Class Mail
Exhibit Pages

002186P001-1435A-598
REV MSGR HENRY ENGELBRECHT
ST ANTHONY'S GARDENS
601 HOLY TRINITY DR
COVINGTON LA 70433

002193P001-1435A-598
REV NILE GROSS
NOTRE DAME SEMINARY
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

002194P001-1435A-598
REV OTIS YOUNG
ST PETER CATHOLIC CHURCH
125 EAST 19TH AVE
COVINGTON LA 70433

002195P001-1435A-598
REV PATRICK CARR
ST ANGELA MERICI CHURCH
901 BEVERLY GDN DR
METAIRIE LA 70002

002196P001-1435A-598
REV PATRICK COLLUM
ST JOAN OF ARC
529 WEST 5TH ST
LAPLACE LA 70068

002201P001-1435A-598
REV PAUL HART
ADDRESS INTENTIONALLY OMITTED

002203P001-1435A-598
REV PEDRO PRADA
ST ANSELM CHURCH
306 ST MARY ST
MADISONVILLE LA 70447

002204P001-1435A-598
REV PETER FINNEY III
ST RITA CHURCH
2729 LOWERLINE ST
NEW ORLEANS LA 70125

002209P001-1435A-598
REV RAY HYMEL
ST HUBERT CHURCH
541 S CHURCH ST
GARYVILLE LA 70051

002216P001-1435A-598
REV RODNEY ANTHONY RICARD
ST GABRIEL
4700 PINEDA ST
NEW ORLEANS LA 70126-3599

002218P001-1435A-598
REV RONALD BRAUD
ADDRESS INTENTIONALLY OMITTED

002222P001-1435A-598
REV SIDNEY SPEAKS
ST JOSEPH THE WORKER
455 AMES BLVD
MARRERO LA 70072-1599

002225P001-1435A-598
REV STEPHEN DARDIS
HOLY FAMILY CATHOLIC CH
155 HOLY FAMILY LN
LULING LA 70070

002226P001-1435A-598
REV STEVEN BRUNO
ST RITA CHURCH
7100 JEFFERSON HIGHWAY
HARAHAN LA 70123-4928

002231P001-1435A-598
REV TIM HEDRICK
ST CATHERINE OF SIENNA
105 BONNABEL BLVD
METAIRIE LA 70005

002233P001-1435A-598
REV VICTOR COHEA
ST RAYOND-ST LEO THE GREAT
2916 PARIS AVE
NEW ORLEANS LA 70119

002235P001-1435A-598
REV VINCENT QUI TRAN
ADDRESS INTENTIONALLY OMITTED

002237P001-1435A-598
REV WALTER AUSTIN
ASCENSION OF OUR LORD PARISH
799 FAIRWAY DR
LAPLACE LA 70068

002240P001-1435A-598
REV WILLIAM BLANDA
ST PETER CHURCH
PO BOX 12507
NEW IBERIA LA 70562

012342P001-1435A-598
REVIVE PHONE REPAIR
70515 HWY 21
COVINGTON LA 70433

002244P001-1435A-598
REVOLUTION DATA SYSTEMS
70161 HWY 59
STE G
ABITA SPRINGS LA 70420

002245P001-1435A-598
REX A HYMEL CO INC
13 MUSTANG LN
ST ROSE LA 70087

010764P001-1435A-598
RHO KAPPA NATIONAL SOCIAL STUDIES
HONOR SOCIETY
8555 16TH ST
STE 500
SILVER SPRING MD 20910

034150S001-1435A-598
RHODE ISLAND DEPT-CORRECTIONS
JOSEPH FORGUE
PO BOX 8200
CRANSTON RI 02920-0200

034184S001-1435A-598
RHODE ISLAND DEPT-CORRECTIONS
HERBERT MCDANIEL
PO BOX 8200
CRANSTON RI 02920-0200

034882S001-1435A-598
RHODE ISLAND DEPT-CORRECTIONS
DANIEL VENTURA
PO BOX 8200
CRANSTON RI 02920-0200

035137S001-1435A-598
RHODE ISLAND DEPT-CORRECTIONS
ED HUNT
PO BOX 8200
CRANSTON RI 02920-0200

036452S001-1435A-598
RHODE ISLAND DEPT-CORRECTIONS
BRIAN FORTES
PO BOX 8200
CRANSTON RI 02920-0200

Case 20-20846-7 Doc 13304 Filed 09/09/25 Entered 09/09/25 14:07:14 Desc Exhibit Appendix Page 1383 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1383 of 1525
US First Class Mail
Exhibit Pages

016202P001-1435A-598
RHODES COLLEGE - VOLLEYBALL
SAMANTHA LAMBERT
2000 NORTH PKWY
MEMPHIS TN 38112

029509P001-1435A-598
RHONDA CAGE
ADDRESS INTENTIONALLY OMITTED

018816P001-1435A-598
RHYTHMBEE.COM
711 KELSEY CREEK LN
GILMER TX 75644

012343P001-1435A-598
RIBBONS GALORE
650 COMMERCE DR
ROSEVILLE CA 95678

016203P001-1435A-598
RICCO IMPASTATO
3440 DIVISION ST
STE G
METAIRIE LA 70002

029832P001-1435A-598
RICE HALL JAMES AND ASSOCIATES LLC
600 WEST BROADWAY
STE 1000
SAN DIEGO CA 92101-3383

016204P001-1435A-598
RICE UNIVERSITY
SUSANNE M GLASSCOCK SCHOOL
PO BOX 1892
HOUSTON TX 77251-1892

000080P001-1435S-598
RICHARD A ROZANSKI, APLC
RICHARD A ROZANSKI
P O BOX 13199
ALEXANDRIA LA 71315-3199

002249P001-1435A-598
RICHARD BRETZ AND ASSOCIATES INC
PO BOX 10397
NEW ORLEANS LA 70181

000042P001-1435S-598
RICHARD C TRAHANT
ATTORNEY AT LAW
2908 HESSMER AVE
METAIRIE LA 70002

023628P001-1435A-598
RICHARD D CELENTANO MD
110 LAKEVIEW DR STE 200
COVINGTON LA 70433

023629P002-1435A-598
RICHARD N SHERMAN MD APMC
3627 MAGAZINE ST
NEW ORLEANS LA 70115-2544

002250P001-1435A-598
RICHARD OWENS DDS LLC
124 LONGVIEW DR
STE 8
DESTREHAN LA 70047

013942P001-1435A-598
RICHARD REAMES TROPHY AND AWARDS LLC
1210 VETERANS BLVD 4
KENNER LA 70065

018817P001-1435A-598
RICHARD REAMES TROPHY AND AWARDS LLC
1210 VETERANS BLVD - #4
KENNER LA 70062

041389P001-1435A-598
RICHARDS DISPOSAL, INC
11600 OLD GENTILLY RD
NEW ORLEANS LA 70129

019976P001-1435A-598
RICHARDS LAWNMOWER
66165 HICKORY DR
PEARL RIVER LA 70452

017188P001-1435A-598
RICHARDSON ATHLETICS
160 PARKINSON DR
JACKSON MS 39218

023630P001-1435A-598
RICHARDSON MEDICAL CENTER
254 HIGHWAY 3048
RAYVILLE LA 71269

021364P001-1435A-598
RICHARDSON'S ATHLETICS
160 PARKINSON DR
RICHLAND MS 32918

019977P001-1435A-598
RICHARDSONS SPORTS NETS
PO BOX 180491
RICHLAND MS 39218-0491

021365P001-1435A-598
RICHEY ON SPORTS
269 VILLERE DR
DESTREHAN LA 70047

023631P001-1435A-598
RICHLAND PARISH HOSPITAL
PO BOX 17832
BELFAST ME 04915

033960S001-1435A-598
RICHMOND CORRECTIONAL INSTN
WILLIAM TERRY
PO BOX 169
HOFFMAN NC 28347-0169

034715S001-1435A-598
RICHMOND CORRECTIONAL INSTN
SALEHA BHATTI
PO BOX 169
HOFFMAN NC 28347-0169

035163S001-1435A-598
RICHMOND CORRECTIONAL INSTN
NICOLE KREAIS
PO BOX 169
HOFFMAN NC 28347-0169

036425S001-1435A-598
RICHMOND CORRECTIONAL INSTN
ROSLYN VAUGHN
PO BOX 169
HOFFMAN NC 28347-0169

036426S001-1435A-598
RICHMOND CORRECTIONAL INSTN
RAHSAAN ABDUL-WAHID
PO BOX 169
HOFFMAN NC 28347-0169

Case 2:20-cv-08946 Document 6 Filed 09/02/25 Entry 09/02/25 14:06:54 DRC Exhibit - Affidavit 1384
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1384 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019978P001-1435A-598<br>RICHMOND SUITES HOTEL<br>2600 MOELING ST<br>LAKE CHARLES LA 70615 | 021366P001-1435A-598<br>RICHWOOD HIGH SCHOOL<br>5901 HWY 165<br>MONROE LA 71202 | 021367P001-1435A-598<br>RICK RICHARDS VIDEO PRODUCTIONS LLC<br>39 E CARMACK DR<br>CHALMETTE LA 70043 | 016205P001-1435A-598<br>RICMAR INDUSTRIES<br>889 N LARCH ST<br>STE 200<br>ELMHURST IL 60126 |
| 041390P001-1435A-598<br>RICOH<br>300 EAGLEVIEW BLVD<br>STE 200<br>EXTON PA 19341 | 013943P001-1435A-598<br>RICOH USA INC<br>PO BOX 10306<br>DES MOINES IA 50306-0306 | 041391P001-1435A-598<br>RICOH USA INC<br>PO BOX 650016<br>DALLAS TX 75265-0016 | 041392P001-1435A-598<br>RICOH USA, INC<br>6620 RIVERSIDE DR<br>METAIRIE LA 70003 |
| 041393P001-1435A-598<br>RICOH USA, INC<br>19211 BENGAL CT<br>BATON ROUGE LA 70817 | 016206P001-1435A-598<br>RIDDELL ALL AMERICAN<br>PO BOX 71914<br>CHICAGO IL 60694-1914 | 019979P001-1435A-598<br>RIDDELL ALL AMERICAN SPORTS CORP<br>7501 PERFORMANCE LAN<br>NORTH RIDGEVILLE OH 44039 | 018818P001-1435A-598<br>RIDDELL/ALL AMERICAN<br>4230 PAYSPHERE CIR<br>CHICAGO IL 60674 |
| 017189P001-1435A-598<br>RIDDELL/ALL AMERICAN SPORTS CORP<br>PO BOX 71914<br>CHICAGO IL 60694-1914 | 013944P001-1435A-598<br>RIDGEWAY OF OLD METAIRIE<br>587 CENTRAL AVE<br>JEFFERSON LA 70121 | 018819P001-1435A-598<br>RIDGEWAY OF OLD METAIRIE<br>2431 METAIRIE RD<br>METAIRIE LA 70001 | 016207P002-1435A-598<br>RIDGEWOOD HIGH SCHOOL<br>2210 ORMOND BLVD<br>DESTREHAN LA 70047-2100 |
| 010017P002-1435A-598<br>RIDGEWOOD PREP<br>2210 ORMOND BLVD<br>DESTREHAN LA 70047-2100 | 010765P001-1435A-598<br>RIDGWAYS NEW ORLEANS<br>225 BARONNE ST<br>NEW ORLEANS LA 70112 | 010766P001-1435A-598<br>RIGHT TO LIFE CALENDARS<br>600 JEFFERSON ST<br>STE 506<br>LAFAYETTE LA 70501 | 021368P001-1435A-598<br>RIMKUS CONSULTING GROUP INC<br>EIGHT GREENWAY PLZ<br>STE 500<br>HOUSTON TX 77046 |
| 029833P001-1435A-598<br>RIMROCK CAPITAL MANAGEMENT LLC<br>100 INNOVATION DR<br>STE 200<br>IRVINE CA 92617 | 029833S001-1435A-598<br>RIMROCK CAPITAL MANAGEMENT LLC<br>WHITNEY BANK<br>228 ST CHARLES<br>NEW ORLEANS LA 70130 | 002256P001-1435A-598<br>RIMS<br>PO BOX 95000-2345<br>PHILADELPHIA PA 19195-2345 | 041394P001-1435A-598<br>RING STREET<br>202 N I-10 SERVICE RD E<br>METAIRIE LA 70005 |
| 016208P001-1435A-598<br>RINGGOLD HIGH SCHOOL<br>4044BIENVILLE RD<br>STE B<br>RINGGOLD LA 71068 | 010767P001-1435A-598<br>RINGORCOM<br>7929 SW BURNS WAY<br>WILSONVILLE OR 97070 | 010768P001-1435A-598<br>RIP IT SPORTS<br>4855 L B MCLEOD RD<br>ORLANDO FL 32811 | 010769P001-1435A-598<br>RISE VISION<br>545 KING ST W<br>TORONTO ON M5V 1M1<br>CANADA |

Case 20-10846 Doc 4335-4 Filed 02/25/22 Entered 02/25/22 18:07:54 Desc Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1385 of 1525
US First Class Mail
Exhibit Pages

002257P001-1435A-598
RITE CHOICE UNIFORMS
DBA BROWN S UNIFORMS
PO BOX 792318
NEW ORLEANS LA 70179

019980P001-1435A-598
RITE WAY SVC INC
PO BOX 11407
BIRMINGHAM AL 35246-1226

010770P001-1435A-598
RITE-AID STORE
3100 GENTILLY BLVD
NEW ORLEANS LA 70122

002258P001-1435A-598
RIVAGE
730 VETERANS BLVD
STE B
METAIRIE LA 70005

010771P001-1435A-598
RIVARS INC
9900 WESTPOINT DR STE 132
INDIANAPOLIS IN 46256

041395P001-1435A-598
RIVE PIPE ORGAN COMPANY, INC
811 FOCIS ST
METAIRIE LA 70005

023632P001-1435A-598
RIVER BEND IMAGING
4301 BLUEBONNET BLVD
BATON ROUGE LA 70809

016209P001-1435A-598
RIVER CITY FASTPITCH UMPIRES ASSOC
LARRY MOSS ASSIGNMENT SEC
6881 WOODLAND DR
ZACHARY LA 70791

023633P001-1435A-598
RIVER OAKS HOSPITAL
1525 RIVER OAKS RD W
NEW ORLEANS LA 70123

021369P001-1435A-598
RIVER PARISH COMMUNITY THEATRE
PO BOX 447
GRAMERCY LA 70052

021370P001-1435A-598
RIVER PARISH CONTRACTORS INC
LOCK BOX
PO BOX 731152
DALLAS TX 75373-1152

017190P001-1435A-598
RIVER PARISH DISPOSAL
7201 AIRLINE DR
METAIRIE LA 70003

002260P001-1435A-598
RIVER PARISH DISPOSAL LLC
PO BOX 10482
NEW ORLEANS LA 70181-0482

021374P001-1435A-598
RIVER PARISH ELECTRICAL SVC INC
PO BOX 1047
ST. ROSE LA 70087

021371P001-1435A-598
RIVER PARISH FOODS LLC
16322 HWY 929
PRAIRIEVILLE LA 70769

021372P001-1435A-598
RIVER PARISH FOOTBALL OFFICIALS ASSOC
PO BOX 1853
LAPLACE LA 70069

021373P001-1435A-598
RIVER PARISH LOCKSMITH
338 EVANGELINE RD
LAPLACE LA 70068

021375P001-1435A-598
RIVER PARISH OFFICIALS ASSOCIATION
432 FAIRWAY DR
LA PLACE LA 70068

021376P001-1435A-598
RIVER PARISH RVS INC
2000 HWY 51
LA PLACE LA 70068

021377P001-1435A-598
RIVER PARISH UMPIRES ASSOCIATION
327 DEVON RD
LAPLACE LA 70068

023634P001-1435A-598
RIVER PARISHES CHIROPRACTIC
1108 W AIRLINE HWY
LA PLACE LA 70068

021378P001-1435A-598
RIVER PARISHES COMMUNITY COLLEGE
K JONES
WORKFORCE SOLUTIONS
925 W EDENBORNE PKWY
PO BOX 2367
GONZALES LA 70737

023635P001-1435A-598
RIVER PLACE BEHAVIORAL HEALTH
500 RUE DE SANTE
LA PLACE LA 70068

021379P001-1435A-598
RIVER REGION ARTS AND HUMANITIES COUNCIL
PO BOX 1411
LAPLACE LA 70069-1411

021380P001-1435A-598
RIVER REGION CHAMBER OF COMMERCE
425 W AIRLINE HWY
STE D
LAPLACE LA 70068

023636P001-1435A-598
RIVER REGION REHAB LULING
12371 HIGHWAY 90
LULING LA 70070

023637P001-1435A-598
RIVER REGION REHAB LULING
12371 HIGHWAY 90 STE D
LULING LA 70070

018820P001-1435A-598
RIVER RIDGE EQUIPMENT RENTAL
9248 2ND ST
RIVER RIDGE LA 70123

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 14:08:14 RP Exc. 4 - Affidavit 1386
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1386 of 1525
US First Class Mail
Exhibit Pages

023638P001-1435A-598
RIVERBEND FAMILY CHIRO REHAB
1972 ORMOND BLVD STE A
DESTREHAN LA 70047

023639P001-1435A-598
RIVERBEND PHYSICAL THERAPY LLC
900 WOODLAND HWY STE 201
BELLE CHASSE LA 70037

016210P001-1435A-598
RIVERDALE HIGH SCHOOL
240 RIVERDALE DR
JEFFERSON LA 70121

021381P001-1435A-598
RIVERDALE HIGH SCHOOL
KIM BUFORD
240 RIVERDALE DR
JEFFERSON LA 70121

010772P001-1435A-598
RIVERDALE TRACK AND FIELD
802 WARRIOR DR
MURFREESBORO TN 37128

026267P001-1435A-598
RIVERLAND DODGE CHRYSLER/JEEP
601 BELLE TERRE BLVD
LAPLACE LA 70068

041396P001-1435A-598
RIVERLAND'S TERMINIX
501 W AIRLINE HWY
LAPLACE LA 70068

016211P001-1435A-598
RIVERLANDS COUNTRY CLUB
500 FAIRWAY DR
LAPLACE LA 70068

021382P001-1435A-598
RIVERLANDS GOLF AND COUNTRY CLUB
500 FAIRWAY DR
LAPLACE LA 70068

021383P001-1435A-598
RIVERLANDS SURVEYING CO LLC
PO BOX 1254
LAPLACE LA 70069-1254

010773P001-1435A-598
RIVERSHACK GRETNA
714 1ST ST
GRETNA LA 70053

013945P001-1435A-598
RIVERSIDE ACADEMY
332 RAILROAD AVE
RESERVE LA 70084

010774P001-1435A-598
RIVERSIDE ADACEMY
332 RAILROAD AVE
RESERVE LA 70084

017191P001-1435A-598
RIVERSIDE AMUSEMENTS
4024 HILLCREST DR
MARRERO LA 70072

013946P001-1435A-598
RIVERSIDE COUNTRY CLUB
329 COLONIAL CLUB DR
HARAHAN LA 70123

023640P001-1435A-598
RIVERSIDE EMERGENCY PHYSICIAN
PO BOX 721302
NORMAN OK 73070

023641P001-1435A-598
RIVERSIDE MEDICAL CENTER
1900 MAIN ST
FRANKLINTON LA 70438

023642P001-1435A-598
RIVERSIDE URGENT CARE
10319 JEFFERSON HWY
BATON ROUGE LA 70809

026359P001-1435A-598
RIVERTOWN MUSEUMS
2020 4TH ST
KENNER LA 70062

018821P001-1435A-598
RIVERTOWN THEATERS
325 MINOR ST
KENNER LA 70062

009264P001-1435A-598
RIVERTOWN THEATRE FOR PERFORMING ARTS
325 MINOR ST
KENNER LA 70062

010775P001-1435A-598
RIZNO UNIFORM DIVISION
205 BELL PL D
WOODSTOCK GA 30188

018822P001-1435A-598
RL2 PAINTING
PO BOX 8687
METAIRIE LA 70011

021384P001-1435A-598
RMG ACCESSORY GEAR
P O BOX 1062
BRANFORD CT 06405

013947P001-1435A-598
RO HO HO, INC
1479 TOBIAS GADSON RD
CHARLESTON SC 29407

010776P001-1435A-598
ROADSIDE IMPORTS LLC
2877 W 55TH AVE
DENVER CO 80221

018823P001-1435A-598
ROB'S T'S
550 WEST PINE ST
NORCO LA 70079

010018P001-1435A-598
ROBERT B ANDERSON CONSULTING ENGINEERS LLC
432 N ANTHONY ST STE 306
NEW ORLEANS LA 70119

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 1069 of 1204                                                                08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 023643P001-1435A-598<br>ROBERT D ROSS MD APMC<br>1 HOLYLAND DR<br>METAIRIE LA 70006 | 023644P001-1435A-598<br>ROBERT D ROSS MD APMC<br>PO BOX 12783<br>BELFAST ME 04915 | 023645P002-1435A-598<br>ROBERT DEBELLEVUE MD APMC<br>200 W ESPLANADE AVE STE 310<br>KENNER LA 70065-2474 | 016212P001-1435A-598<br>ROBERT E THOMPSON CONST LLC<br>120 INDIAN TRACE<br>MADISONVILLE LA 70447 |
| 002265P001-1435A-598<br>ROBERT FRESH MARKET<br>5016 W ESPLANADE AVE<br>METAIRIE LA 70006 | 009186P001-1435A-598<br>ROBERT FRESH MARKET<br>135 ROBERT E LEE BLVD<br>NEW ORLEANS LA 70124-2534 | 031008P001-1435A-598<br>ROBERT GADOLA<br>ADDRESS INTENTIONALLY OMITTED | 041693P001-1435A-598<br>ROBERT HALF INTERNATIONAL<br>D/B/A ACCOUNTEMPS<br>PO BOX 743295<br>LOS ANGELES CA 90074-3295 |
| 031021P001-1435A-598<br>ROBERT LAUER | 016213P001-1435A-598<br>ROBERT M FOLEY AND ASSOCIATES, INC<br>28 HYACINTH DR<br>COVINGTON LA 70433 | 023646P001-1435A-598<br>ROBERT M HOGAN III MD APMC<br>4315 HOUMA BLVD STE 302<br>METAIRIE LA 70006 | 023647P001-1435A-598<br>ROBERT MARRIOTT MDCL CORP<br>STE 2175 222 N PACIFIC COAST HWY<br>EL SEGUNDO CA 90245 |
| 035264S001-1435A-598<br>ROBERT PRESLEY DETENTION CTR<br>RICK TORRES<br>PO BOX 710<br>RIVERSIDE CA 92502-0710 | 035310S001-1435A-598<br>ROBERT PRESLEY DETENTION CTR<br>MICHAEL HILL<br>PO BOX 710<br>RIVERSIDE CA 92502-0710 | 035311S001-1435A-598<br>ROBERT PRESLEY DETENTION CTR<br>BRANDI SWAN<br>PO BOX 710<br>RIVERSIDE CA 92502-0710 | 036642S001-1435A-598<br>ROBERT PRESLEY DETENTION CTR<br>HEATHER DRIEVER<br>PO BOX 710<br>RIVERSIDE CA 92502-0710 |
| 036911S001-1435A-598<br>ROBERT PRESLEY DETENTION CTR<br>HEIDI WINES<br>PO BOX 710<br>RIVERSIDE CA 92502-0710 | 030354P002-1435A-598<br>ROBERT ROMERO<br>PHILLIPS AND COHEN LLP<br>JEFFREY W DICKSTEIN<br>PO BOX 398508<br>MIAMI BEACH FL 33239-8508 | 030354S001-1435A-598<br>ROBERT ROMERO<br>LUGENBUHL WHEATON PECK RANKIN ET AL.<br>ALICIA M BENDANA<br>601 POYDRAS STREET<br>SUITE 2775<br>NEW ORLEANS LA 70130 | 023648P001-1435A-598<br>ROBERT SELBY LPC<br>1301 BROWNSWITCH RD<br>SLIDELL LA 70461 |
| 010777P001-1435A-598<br>ROBERT SUPERMARKET<br>8115 S CLAIBORNE AVE<br>NEW ORLEANS LA 70118 | 023649P001-1435A-598<br>ROBERT V CAZAYOUX MD APC<br>852 BELANGER ST<br>HOUMA LA 70360 | 023650P001-1435A-598<br>ROBERTSON FOOT AND ANKLE<br>3525 PRYTANIA ST STE 508<br>NEW ORLEANS LA 70115 | 017192P001-1435A-598<br>ROBERTSON ROOFING AND SIDING<br>900 WOODLAND HWY<br>BELLE CHASSE LA 70037 |
| 000127P001-1435S-598<br>ROBINSON LAW OFFICES LLC<br>CRAIG M ROBINSON,ESQ<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | 031615P001-1435A-598<br>ROBINSON LAW OFFICES LLC<br>CRAIG ROBINSON<br>700 CAMP ST<br>NEW ORLEANS LA 70130 | 013948P001-1435A-598<br>ROBOMATTER, INC<br>ROBIN SHOOP<br>1151 FREEPORT RD<br>STE 161<br>PGH PA 15238-3103 | 016214P001-1435A-598<br>ROBOTEVENTS<br>PO BOX 8276<br>GREENVILLE TX 75404 |

Case 2:20-cv-01068-EEF-DPC Document 542-14 Filed 09/02/25 Page 41 of 138
The Roman Catholic Church of the Archdiocese of New Orleans
Affidavit of Service Regarding Solicitation Packages Page 1388 of 1525
US First Class Mail
Exhibit Pages

016215P001-1435A-598
ROBOTICS EDUCATION AND COMPETITION
PO BOX 8276
GREENVILLE TX 75404

019981P001-1435A-598
ROBOTICS EDUCATION AND COMPETITION FOUNDATION
PO BOX 8276
GREENVILLE TX 75404

023651P001-1435A-598
ROCHE HEALTH SOLUTIONS INC
PO BOX 25045
BELFAST ME 04915

023652P001-1435A-598
ROCHE HEALTH SOLUTIONS INC
PO BOX 860180
MINNEAPOLIS MN 55486

010019P001-1435A-598
ROCHESTER 100
PO BOX 92801
ROCHESTER NY 14692

010020P001-1435A-598
ROCK AND BOWL
3016 S CARROLLTON AVE
NEW ORLEANS LA 70118

002271P001-1435A-598
ROCK BOTTOM RESTAURANT
10 WEST WASHINGTON
INDIANAPOLIS IN 46204

010778P001-1435A-598
ROCK CENTER
45 ROCKEFELLER PLZ
NEW YORK NY 10111

002272P001-1435A-598
ROCK N BOWL
3016 SOUTH CARROLLTON AVE
NEW ORLEANS LA 70118

017193P001-1435A-598
ROCK TEAM SPORTS
1851 FORREST RD
WINTER PARK FL 32789

017194P001-1435A-598
ROCK THE BOAT
1553 BOREN DR
OCOEE FL 34761

018824P001-1435A-598
ROCK'N BOWL
3016 SOUTH CARROLTON AVE
NEW ORLEANS LA 70118

013949P001-1435A-598
ROCK'N'BOWL
3000 S CARROLLTON AVE
NEW ORLEANS LA 70118

016216P001-1435A-598
ROCK-IT PRODUCTIONS
31178 COOPER RD
SUIITE 100
BOGALUSA LA 70427

010779P001-1435A-598
ROCK-IT-PRODUCTIONS
31178 COOPER RD STE 100
BOGALUSA LA 70427

016217P001-1435A-598
ROCKSTAR ENTERPRISES
5328 DAVID DR
KENNER LA 70065

018825P001-1435A-598
ROCKY AND CARLO'S RESTAURANT
613 W ST BERNARD HIGHWAY
CHALMETTE LA 70043

026360P001-1435A-598
RODEWAY INN
5733 AIRLINE DR
METAIRIE LA 70003

002277P001-1435A-598
ROEDEL PARSONS KOCH BLACHE
BALHOFF AND MCCOLLISTER
1515 POYDRAS ST
NEW ORLEANS LA 70112

031616P001-1435A-598
ROGER A STETTER
4429 BARONNE
NEW ORLEANS LA 70115

000090P001-1435S-598
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115

018826P001-1435A-598
ROGERS ATHLETIC
528 PIONEER PKWY
CLARE MI 48617

016218P001-1435A-598
ROGERS ATHLETIC CO
3760 W LUDINGTON DR
FARWELL MI 48622

021385P001-1435A-598
ROGERS ATHLETIC CO
P O BOX 66973
CHICAGO IL 60666-0973

018827P001-1435A-598
ROGUE FITNESS
545 E 5TH AVE
COLUMBUS OH 43201

012344P001-1435A-598
ROHOHO INC
ACCOUNTS RECEIVABLE
1479 TOBIAS GADSON BLVD
CHARLESTON SC 29407

012345P001-1435A-598
ROLAND A ALPHA ARCHITECT
917 BALD CYPRESS DR
MANDEVILLE LA 70448

002279P002-1435A-598
ROLLAND SAFE AND LOCK
5726 PLAUCHE ST
STE B
NEW ORLEANS LA 70123-4146

Case 20-10846 Doc 4356-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Desc Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1389 of 1525
US First Class Mail
Exhibit Pages

013951P001-1435A-598
ROLLAND SAFE AND LOCK
PO BOX 671334
DALLAS TX 75267

016219P001-1435A-598
ROLLING VIDEO GAME LLC
1013 CHARLIE DR
SLIDELL LA 70461

016219P001-1435A-598
ROLLING VIDEO GAMES LLC
1013 CHARLIE DR
SLIDELL LA 70461

017195P001-1435A-598
ROMAGUERA
2319 METAIRIE RD
METAIRIE LA 70001

009228P001-1435A-598
ROMAGUERA PHOTOGRAPHY
2319 METAIRIE RD
METAIRIE LA 70005

012346P001-1435A-598
ROMAGUERA PHOTOGRAPHY
2319 RD METAIRIE
METAIRIE LA 70001

016220P001-1435A-598
ROMAGUERA PHOTOGRAPHY (ROMAEVENTS)
2319 METAIRIE RD
METAIRIE LA 70001

002283P001-1435A-598
ROMAN CATHOLIC ARCHDIOCESE OF
NASSAU FOUNDATION INC
110 MERRICK WAY #3B
CORAL GABLES FL 33134

031125P001-1435A-598
ROMAN CATHOLIC CENTER OF JESUS THE LORD
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

019000P001-1435A-598
ROMAN CATHOLIC SHEPHERDS
501 CEDAR ST
MADISONVILLE LA 70447

016221P001-1435A-598
ROMANO PROMOTIONS LLC
43308 QUIET LAKE DR
HAMMOND LA 70403

031617P001-1435A-598
ROMANUCCI AND BLANDING LLC
JASON FRIEDL
321 N CLARK ST
CHICAGO IL 60654

013952P001-1435A-598
ROMAPICS
2319 METAIRIE RD
METAIRIE LA 70001

021386P001-1435A-598
RONALD HEUMANN AND ASSOCIATES
229 E LIVINGSTON PL
METAIRIE LA 70005

026361P001-1435A-598
RONALD HEUMANN AND ASSOCIATES
229 EAST LIVINGSTON PL
METAIRIE LA 70005

030998P001-1435A-598
RONALD J DREZ, JR APPRAISAL SERVICES, INC
RONALD J DREZ JR
ADDRESS INTENTIONALLY OMITTED

010780P002-1435A-598
RONALD MCDONALD HOUSE
210 STATE ST
NEW ORLEANS LA 70118-5735

002286P001-1435A-598
ROOF TECHNOLOGIES INC
PO BOX 1328
HARVEY LA 70059

009421P001-1435A-598
ROOF-TECH
PO BOX 1328
HARVEY LA 70059

010022P001-1435A-598
ROOTER MAN
2545 DELAWARE AVE
KENNER LA 70062

013953P001-1435A-598
ROOTER MAN
A BEST SEWER AND DRAIN SVC
INC
2545 DELAWARE AVE
KENNER LA 70062

002288P001-1435A-598
ROPER ST FRANCIS HEALTHCARE
2095 HENRY TECKLENBURG DR
CHARLESTON SC 29414-0001

031126P001-1435A-598
ROQUETTE III
DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70113

021387P001-1435A-598
ROSARYVILLE
39003 ROSARYVILLE RD
PONCHATOULA LA 70454-7001

002289P001-1435A-598
ROSARYVILLE SPIRIT LIFE CENTER
39003 ROSARYVILLE RD
PONCHATOULA LA 70454

010023P001-1435A-598
ROSARYVILLE SPIRIT LIFE CENTER
39003 ROSARYVILLE RD
PONTCHATOULA LA 70454

010024P001-1435A-598
ROSCOE JOSEPH JANITORAL SVC
PO BOX 79
NEW SARPY LA 70078

002291P002-1435A-598
ROSE DERMATOLOGY AND LASER LLC
2325 SEVERN AVE STE A
METAIRIE LA 70001-6918

| | | | |
|---|---|---|---|
| 010781P001-1435A-598<br>ROSE GARDEN STORE<br>4005 WESTBANK EXPY<br>MARRERO LA 70072 | 017196P001-1435A-598<br>ROSEN CLASSROOM<br>PO BOX 29278<br>NEW YORK NY 10087-9278 | 016222P001-1435A-598<br>ROSEN PUBLISHING<br>PO BOX 29278<br>NEW YORK NY 10087-9278 | 021388P001-1435A-598<br>ROSEN PUBLISHING<br>29 EAST 21ST ST<br>NEW YORK NY 10010 |
| 013954P001-1435A-598<br>ROSER'S<br>3613 WILLIAMS BLVD<br>KENNER LA 70065 | 019982P001-1435A-598<br>ROSS BUS AND EQUIPMENT<br>2913 NORTH BOLTON AVE<br>ALEXANDRIA LA 71303-4512 | 012347P001-1435A-598<br>ROSS BUS AND EQUIPMENT SALES, INC<br>2913 NORTH BOLTON AVE<br>ALEXANDRIA VA 71303-4512 | 023654P001-1435A-598<br>ROSS HOGAN MD<br>215 E GIBSON ST<br>COVINGTON LA 70433 |
| 041399P001-1435A-598<br>ROSS LOUQUE EXTERMINATING CO<br>PO BOX 2891<br>LA PLACE LA 70069 | 002293P001-1435A-598<br>ROTECH HEALTHCARE INC<br>ORLANDO DEPT # 59<br>PO BOX 850001<br>ORLANDO FL 32885-0001 | 002295P001-1435A-598<br>ROTO ROOTER SEWER DRAIN SVC<br>70161 HWY 59 STE B<br>ABITA SPRINGS LA 70420 | 016224P001-1435A-598<br>ROTO-ROOTER PLUMBERS<br>70161 HIGHWAY 59<br>STE B<br>ABITA SPRINGS LA 70420 |
| 010782P001-1435A-598<br>ROTOLO MARTIN FOOD STORE<br>3500 4TH ST<br>HARVEY LA 70058 | 010783P001-1435A-598<br>ROTOLO'S PIZZERIA<br>9327 JEFFERSON HWY<br>RIVER RIDGE LA 70123 | 041400P001-1435A-598<br>ROTUNDA SOFTWARE<br>440 N BARRANCA AVE #3441<br>COVINA CA 91723 | 019983P001-1435A-598<br>ROULETTE RACING LLC<br>99 STALLION RUN<br>PEARL RIVER LA 70452 |
| 002296P001-1435A-598<br>ROUQUETTE LODGE<br>4300 HWY 22<br>MANDEVILLE LA 70471 | 010785P001-1435A-598<br>ROUSE'S MARKET<br>701 BARONNE ST<br>NEW ORLEANS LA 70113 | 016225P001-1435A-598<br>ROUSE'S MARKET<br>1301 ST MARY ST<br>THIBODAUX LA 70302 | 010786P001-1435A-598<br>ROUSE'S STORE<br>701 BARONNE ST<br>NEW ORLEANS LA 70113 |
| 002297P001-1435A-598<br>ROUSES<br>2701 AIRLINE DR<br>METAIRIE LA 70001 | 010784P001-1435A-598<br>ROUSES<br>701 BARONNE ST<br>NEW ORLEANS LA 70113 | 026362P001-1435A-598<br>ROUSES<br>1301 ST MARY ST<br>THIBODAUX LA 70301 | 013955P001-1435A-598<br>ROUSES ENTERPRISES, LLC<br>PO BOX 5358<br>THIBODAUX LA 70302-5358 |
| 009183P001-1435A-598<br>ROUSES SUPERMARKET<br>1301 SAINT MARY ST<br>THIBODAUX LA 70301-6527 | 026363P001-1435A-598<br>ROUSES SUPERMARKET<br>1301 ST MARY ST<br>THIBODAUX LA 70301 | 041401P001-1435A-598<br>ROUSSEL OUTDOORS<br>981 HICKORY AVE<br>HARAHAN LA 70123 | 021389P001-1435A-598<br>ROUSSEL TIRE AND CAR CARE CENTER<br>421 BELLE TERRE BLVD<br>LAPLACE LA 70068 |

Case 20-10846 Doc 3655-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Desc Exh. 4 - Affidavit 1391
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1391 of 1525
US First Class Mail
Exhibit Pages

021390P001-1435A-598
ROUSSEL'S LAND CARE
1301 WEST AIRLINE HWY
LAPLACE LA 70068

021391P001-1435A-598
ROUSSELS OF LAPLACE INC
232A BELLE TERRE BLVD
LAPLACE LA 70068

010787P001-1435A-598
ROUX BRANDS
1333 PLANTATION AVE
PORT ALLEN LA 70767

018828P001-1435A-598
ROVIRA CONSTRUCTION
355 IRIS - STE C
JEFFERSON LA 70121

021392P001-1435A-598
ROWMAN AND LITTLEFIELD PUBLISHING GROUP
P O BOX 890511
CHARLOTTE NC 28289-0511

013956P001-1435A-598
ROY BINGO SUPPLIES, INC
500 JF SMITH AVE
SLIDELL LA 70460

023655P001-1435A-598
ROY C SAGUIGUIT MD
1113 S TYLER ST
COVINGTON LA 70433

021393P001-1435A-598
ROYAL BECNEL
2205 JAMES DR
MARRERO LA 70072

041402P001-1435A-598
ROYAL CONTRACTORS, LLC
PO BOX 3337
COVINGTON LA 70434

016226P001-1435A-598
ROYAL CREATIONS BY JESSICA ROYAL
525 HUSEMAN LN
COVINGTON LA 70433

016227P001-1435A-598
ROYAL DOMINION LLC
1109 BONNABEL BLVD
METAIRIE LA 70005

013957P001-1435A-598
ROYAL MONTZ
1916 KANSAS AVE
KENNER LA 70062

010788P001-1435A-598
ROYAL PALM
1901 MANHATTAN BLVD # E
HARVEY LA 07005

017197P001-1435A-598
ROYAL PALM
1901 MANHATTAN BLVD E
HARVEY LA 70058

013958P001-1435A-598
ROYAL PAPER AND BOX
2919 LAFITTE AVE
PO BOX 19658
NEW ORLEANS LA 70179

018829P001-1435A-598
ROYAL VALET
PO BOX 2446
HARVEY LA 70059

016181P001-1435A-598
RP MCCONNELL
52 ALSOBROOKS RD
PICAYUNE MS 39466

041403P001-1435A-598
RPC PEST MANAGEMENT
PO BOX 2093
HAMMOND LA 70404

021394P001-1435A-598
RPCC FOUNDATION
PO BOX 550
GONZALES LA 70707

021395P001-1435A-598
RPCT
PO BOX 447
GRAMERCY LA 70052

021396P001-1435A-598
RRAHC
P O BOX 1411
LAPLACE LA 70069-1411

017198P001-1435A-598
RSR ELECTRONICS, INC
900 HART ST
RAHWAY NJ 07065

013959P001-1435A-598
RSVP DECORATING, INC
PO BOX 3662
COVINGTON LA 70434-3662

016228P001-1435A-598
RSVP DECORATING, INC
765 HICKORY AVE
STE B
HARAHAN LA 70123

041694P001-1435A-598
RTZ ASSOCIATES INC
3736 MT DIABLO BLVD
STE 200
LAFAYETTE CA 94549

041404P001-1435A-598
RUBEN'S LAWNCARE
2648 JUPITER ST
HARVEY LA 70058

019984P001-1435A-598
RUBICON WEST LLC
ONE WORLD TRADE CTR STE 1200
121 SW SALMON
PORTLAND OR 97204

021397P001-1435A-598
RUBICON WEST LLC
ONE WORLD TRADE CENTER STE 1200
121 SW SALMON
PORTLAND OR 97204

Case 2:20-cv-08860-JBC-MBN Doc 28468-4 9/02/25 Exhibit Affid 1392
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1392 of 1525
US First Class Mail
Exhibit Pages

026364P001-1435A-598
RUBY SLIPPER
315 S BROAD AVE
NEW ORLEANS LA 70119

002301P001-1435A-598
RUDY SMITH SVC INC
425 N CLAIBORNE AVE
NEW ORLEANS LA 70112

023656P001-1435A-598
RUE DE SANTE WOMENS CENTER
301 RUE DE SANTE
LA PLACE LA 70068

017199P001-1435A-598
RUFFNECK WEAR, INC
PO BOX 822
RENTON WA 98057

000135P001-1435S-598
RUGGERI PARKS WEINBERG LLP
JOSHUA D WEINBERG;SARA K HUNKLER
1875 K STREET, NW STE 600
WASHINGTON DC 20006

021398P001-1435A-598
RUHR VALLEY PUBLISHING INC
P O BOX 9
VACHERIE LA 70090-009

041405P001-1435A-598
RUMBELOW CONSULTING LLC
98 CHATEAU MOUTON DR
KENNER LA 70065

041406P001-1435A-598
RUMBELOW CONSULTING, LLC
PO BOX 453
WESTTOWN PA 19395

013960P001-1435A-598
RUMMEL FOOTBALL
ARCHBISHOP RUMMEL HIGH SCHOOL
1901 SEVERN AVE
METAIRIE LA 70001

021399P001-1435A-598
RUN TO THE FINISH
1325 NORTH BROAD ST
CARLINVILLE IL 62626

016229P001-1435A-598
RUNNEL'S HIGH SCHOOL
17255 HARRELS FERRY RD
BATON ROUGE LA 70816

018830P001-1435A-598
RUNNELS HIGH SCHOOL THEATRE
17255 S HARRELLS FERRY RD
BATON ROUGE LA 70816

016230P001-1435A-598
RUNNER'S CHOICE
4700 HWY 22
STE 3
MANDEVILLE LA 70471

000110P002-1435S-598
RUSSELL POTTHARST
P O BOX 13281
LOS ANGELES CA 90013

021400P001-1435A-598
RUSTON HIGH SCHOOL
VOLLEYBALL
900 BEARCAT DR
RUSTON LA 71270

009154P001-1435A-598
RUSTY NAIL
1100 CONSTANCE ST
NEW ORLEANS LA 70130-4106

041408P001-1435A-598
RYAN GOOTEE GENERAL CONTRACTORS, LLC
1100 RIDGEWOOD DR
METAIRIE LA 70001

000165P001-1435S-598
RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY
STATE OF LOUISIANA LOUISIANA CEMETERY BOARD
LOUISIANA DEPT OF JUSTICE
1885 NORTH THIRD ST
BATON ROUGE LA 70802

010789P001-1435A-598
RYAN'S #2185
4051 RYAN ST
LAKE CHARLES LA 70605

026268P001-1435A-598
RYANS RESTAURANT GROUP INC
405 LANCASTER AVE
GREER SC 29650

041695P001-1435A-598
RYDER TRUCK RENTAL INC
DBA RYDER TRANSPORTATION SVC
PO BOX 402366
ATLANTA GA 30384-2366

010790P001-1435A-598
RYDIN DECAL
660 POND DR
WOOD DALE IL 60191

019986P001-1435A-598
RZI INC
ACCOUNTING
PO BOX 58739
NEW ORLEANS LA 70158-8739

019985P001-1435A-598
RZI LIGHTING RED CARPET SEARCHLIGHTS
3866 EUPHROSINE ST
NEW ORLEANS LA 70125

016233P001-1435A-598
S A VAN DYK INSURANCE
PO BOX 4806
OAK BROOK IL 60522-4806

002303P001-1435A-598
S AND S LAWN SVC
22364 MAIN ST
ABITA SPRINGS LA 70420

016231P001-1435A-598
S AND S SPORTS CENTER
105 S MORRISON BLVD
HAMMOND LA 70403

021401P001-1435A-598
S AND S WORLDWIDE
P O BOX 516
COLCHESTER CT 06415

Case 2:20-cv-08460-CJB-KWR Document 1435A-598 Filed 08/27/25 Page 1393 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1393 of 1525
US First Class Mail
Exhibit Pages

Page # : 1075 of 1204                                           08/27/2025 05:46:02 PM

018831P001-1435A-598
S AND S WORLDWIDE, INC
PO BOX 210
HARTFORD CT 06141-0210

012348P001-1435A-598
S AND W WHOLESALE FOODS
PO BOX 279
HAMMOND LA 70404

016232P001-1435A-598
S BOX STORAGE
4727 POPLAR AVE
STE 204
MEMPHIS TN 38117

002304P001-1435A-598
S J BEAULIEU JR TRUSTEE
PO BOX 113
MEMPHIS TN 38101

010791P001-1435A-598
S TERREBONNE HIGH SCHOOL
3879 HIGHWAY LA-24
BOURG LA 70343

021404P001-1435A-598
SAA VOLLEYBALL
SLU VOLLEYBALL OFF
SLU VBALL OFF FEST
500 W UNIVERSITY AVE
SLU 10309 HAMMOND
HAMMOND LA 70402

010792P001-1435A-598
SABI BOUTIQUE
520 UNIVERSITY DR E
COLLEGE STATION TX 77840

013962P001-1435A-598
SACAC
RYAN CASSELL
SACAC PRESIDENT
735 UNIVERSITY AVE
SEWANEE TN 37383

037108P001-1435A-598
SACASA COUNSELING SERVICES LLC
5620 CAMBRIDGE BAY DR
CHARLOTTE NC 28269

002305P001-1435A-598
SACASA COUNSELING SVC LLC
3128 TEXAS AVE
KENNER LA 70065

029934P002-1435A-598
SACRED HEART CATHOLIC CHURCH
15300 WEST MAIN ST
CUT OFF LA 70345

032275S001-1435A-598
SACRED HEART CATHOLIC CHURCH
MARY MARTINEZ
PO BOX 6
ELSA TX 78543-0006

032459S001-1435A-598
SACRED HEART CATHOLIC CHURCH
CASSIE ERAZO
1504 10TH ST
WICHITA FALLS TX 76301-4405

032656S001-1435A-598
SACRED HEART CATHOLIC CHURCH
BRIAN WOOD
PO BOX 1347
LITTLEFIELD TX 79339-1347

032929S001-1435A-598
SACRED HEART CATHOLIC CHURCH
JOSEPH VARICKAMACKAL
PO BOX 548
LA GRANGE TX 78945-0548

032944S001-1435A-598
SACRED HEART CATHOLIC CHURCH
MONICA ROBINSON
PO BOX 938
CANADIAN TX 79014-0938

032989S001-1435A-598
SACRED HEART CATHOLIC CHURCH
GEORGE OKEAHIALAM
PO BOX 429
RAYWOOD TX 77582-0429

033046S001-1435A-598
SACRED HEART CATHOLIC CHURCH
KIM NICKLE
PO BOX 947
RUSK TX 75785-0947

033054S001-1435A-598
SACRED HEART CATHOLIC CHURCH
FRANCISCO SOLIS
PO BOX 1180
ROMA TX 78584-1180

033055S001-1435A-598
SACRED HEART CATHOLIC CHURCH
FREDDY CELANO
PO BOX 918
MT VERNON TX 75457-0918

033379S001-1435A-598
SACRED HEART CATHOLIC CHURCH
DAVID DUBOIS
PO BOX 300
PATTISON TX 77466-0300

019988P001-1435A-598
SACRED HEART CATHOLIC PARISH
28088 MAIN ST
LACOMBE LA 70445

002306P001-1435A-598
SACRED HEART CHURCH
PO BOX 1080
LACOMBE LA 70445

032088S001-1435A-598
SACRED HEART CHURCH
KEN RAMON-LANDRY
PO BOX 1027
HATTIESBURG MS 39403-1027

032096S001-1435A-598
SACRED HEART CHURCH
GEORGE POONELY
400 W 29TH ST
PLAINVIEW TX 79072-2328

032123S001-1435A-598
SACRED HEART CHURCH
MICHAEL DE BLANC
PO BOX 308
BALDWIN LA 70514-0308

032564S001-1435A-598
SACRED HEART CHURCH
JOSE VATTAKUNNEL
PO BOX 926
OAKDALE LA 71463-0926

032686S001-1435A-598
SACRED HEART CHURCH
LEE LE BLANC
PO BOX 632
MORGAN CITY LA 70381-0632

Case 2:18-cv-02020-CJB-DPC Document 1425-4 Filed 09/02/25 Page 1394 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
Case 2:18-cv-02020-CJB-DPC Document 1425-4 Filed 09/02/25 Entry No. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1394 of 1525
US First Class Mail
Exhibit Pages

Page # : 1076 of 1204                                                    08/27/2025 05:46:02 PM

032770S001-1435A-598
SACRED HEART CHURCH
CAESAR SILVA
PO BOX 2
MONTEGUT LA 70377-0002

032849S001-1435A-598
SACRED HEART CHURCH
KEN ROBINSON
212 E 6TH ST
MUENSTER TX 76252-2300

032917S001-1435A-598
SACRED HEART CHURCH
ANTONIO RIOS
115 E KINNEY ST
CRYSTAL CITY TX 78839-2911

033190S001-1435A-598
SACRED HEART CHURCH
FRANK UTER
PO BOX 129
PAULINA LA 70763-0129

033191S001-1435A-598
SACRED HEART CHURCH
HENRY HEESE
PO BOX 276
ODEM TX 78370-0276

033360S001-1435A-598
SACRED HEART CHURCH
EDDIE WINKLER
PO BOX 186
FLATONIA TX 78941-0186

033369S001-1435A-598
SACRED HEART CHURCH
MARK WATSON
PO BOX 419
OAK GROVE LA 71263-0419

033440S001-1435A-598
SACRED HEART CHURCH
CATHY LEAMY
215 BISHOP RD
CLEVELAND MS 38732-2446

033436S001-1435A-598
SACRED HEART CHURCH
WILLIAM ODONNELL
PO BOX 1080
LACOMBE LA 70445-1080

033440S001-1435A-598
SACRED HEART CHURCH
TOM LUCZAK
PO BOX 370
MCALLEN TX 78505-0370

032942S001-1435A-598
SACRED HEART CHURCH RECTORY
PAUL RAJAREEGAM
PO BOX 266
SINTON TX 78387-0266

021405P001-1435A-598
SACRED HEART HIGH SCHOOL
114 TROJAN LN
VILLE PLATTE LA 70586

023657P001-1435A-598
SACRED HEART HOSPITALEMERALD C
7928 SOLUTION CTR
CHICAGO IL 60677

033451S001-1435A-598
SACRED HEART MISSION
MICHAEL MANASE
PO BOX 156
LAWTELL LA 70550-0156

031127P001-1435A-598
SACRED HEART OF JESUS
ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031128P001-1435A-598
SACRED HEART OF JESUS
ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032759P001-1435A-598
SACRED HEART OF JESUS CATHOLIC
OSCAR TELLO-CURIEL
PO BOX 722
VON ORMY TX 78073-0722

031557P001-1435A-598
SACRED HEART OF JESUS CATHOLIC CHURCH
1111 HWY 55
PO BOX 2
MONTEGUT LA 70377

002307P001-1435A-598
SACRED HEART OF JESUS CHURCH
401 SPRUCE ST
NORCO LA 70079

033195S001-1435A-598
SACRED HEART OF JESUS CHURCH
BRIAN PHILLIPS
PO BOX 548
LA GRANGE TX 78945-0548

002308P001-1435A-598
SACRED HEART OF JESUS SCHOOL
453 SPRUCE ST
NORCO LA 70079

033009S001-1435A-598
SACRED HEART PARISH
ANGELO CONSEMINO
PO BOX 1347
LITTLEFIELD TX 79339-1347

021406P001-1435A-598
SACRED HEART SCHOOL
453 SPRUCE ST
NORCO LA 70079

021407P001-1435A-598
SACS
PO BOX 933823
ATLANTA GA 31193-3823

016235P001-1435A-598
SACS - DUES
CUSTOMER # 206594
PO BOX 933823
ATLANTA GA 31193-3823

009225P001-1435A-598
SACS CASI
COLLEGE OF EDUCATION PEABODY HALL LSU
221 PEABODY HAL
BATON ROUGE LA 70803

012349P001-1435A-598
SACS CASI
LOUISIANA STATE UNIVERSITY
COLLEGE OF EDUC PEABODY HALL
221 PEABODY HALL
BATON ROUGE LA 70803

016236P001-1435A-598
SACS CASI
DR R WAYNE STRAIN DIRECTOR
LOUISIANA - SACS CASI
COLLEGE OF EDUCATION PEABODY
BATON ROUGE LA 70803

Case 20-10846 Case 20-10846 Doc 2836-4 Filed 09/02/25 Filed 09/02/25 Entered 09/02/25 14:06:14 11:51:41 Desc ExA- Exhibit 4 - Affidavit Page 1395

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1395 of 1525
US First Class Mail
Exhibit Pages

019989P001-1435A-598
SAC'S CASI
PO BOX 933823
ATLANTA GA 31193-3823

021408P001-1435A-598
SAC'S CASI
DR R WAYNE STRAIN
101 FREY
LSU PEABODY HALL
BATON ROUGE LA 70803

016237P001-1435A-598
SAC'S CASI
DR R WAYNE STRAIN
COLLEGE OF EDUCATION PEABODY HALL
LOUISIANA STATE UNIVERSITY
BATON ROUGE LA 70803

013963P001-1435A-598
SAENGER THEATRE
1111 CANAL ST
NEW ORLEANS LA 70116

012350P001-1435A-598
SAFE AND SECURE ALARM LLC
1033 ACADIAN DR
MANDEVILLE LA 70447

016238P001-1435A-598
SAFE WASH SOLUTIONS, LLC
35 MISTLETOE DR
COVINGTON LA 70433

002309P001-1435A-598
SAFEGUARD
PO BOX 9363
COLUMBUS GA 31908

002310P001-1435A-598
SAFELITE AUTO GLASS
SAFELITE FULFILLMENT INC
PO BOX 633197
CINCINNATI OH 45263-3197

010793P001-1435A-598
SAFELITE AUTOGLASS
901 LABARRE RD STE 101
METAIRIE LA 70001

026132P001-1435A-598
SAFETY NATIONAL INSURANCE
1832 SCHUETZ RD
ST LOUIS MO 63146

010794P001-1435A-598
SAFETYSIGN CO
64 OUTWATER LN
GARFIELD NJ 07026

019990P001-1435A-598
SAFEWARE
6500 BUSCH BLVD
STE 233
COLUMBUS OH 43229

021409P001-1435A-598
SAFEWARE INSURANCE AGENCY
PO BOX 26296
COLUMBUS OH 43226-9905

016239P001-1435A-598
SAFEWARE INSURANCE AGENCY INC
6500 BUSCH BLVD
STE 233
COLUMBIS OH 43229

009229P001-1435A-598
SAFEWAY USED OIL AND GREASE
2333 E LA HWY 46
ST. BERNARD LA 70085

041410P001-1435A-598
SAGE
22048 SHERMAN WAY
STE 114
CANOGA PARK CA 91303

002311P001-1435A-598
SAGE DINING SVC
1402 YORK RD
LUTHERVILLE MD 21093

019991P001-1435A-598
SAGE PAYMENT SOLUTIONS
1750 MEADOW RD
#300
MCLEAN VA 22102

010795P001-1435A-598
SAGE PUBLICATIONS
2455 TELLER RD
THOUSAND OAKS CA 91320

019992P001-1435A-598
SAGE SOFTWARE INC
CUSTOMER CARE DEPT
PO BOX 849887
DALLAS TX 75284-9887

021410P001-1435A-598
SAGE SOFTWARE INC
1715 NORTH BROWN RD
LAWRENCEVILLE GA 30043

023658P001-1435A-598
SAGIS PLLC
4131 DIRECTORS ROW
HOUSTON TX 77092

012351P001-1435A-598
SAIA'S SUPER MEAT MARKET
2225 FLORIDA ST
MANDEVILLE LA 70448

012352P001-1435A-598
SAIC
BURSAR'S OFFICE
37 SOUTH WABASH AVE STE 711
CHICAGO IL 60603

029941P001-1435A-598
SAINT AUGUSTINE CATHOLIC CHURCH
1210 GOVERNOR NICHOLLS ST
NEW ORLEANS LA 70116

018832P001-1435A-598
SAINT BENEDICT PRESS
PO BOX 410487
CHARLOTTE NC 28241

013964P001-1435A-598
SAINT JOSEPH ABBEY AND SEMINARY COLLEGE
ABBEY YOUTH FEST
75376 RIVER RD
ST. BENEDICT LA 70457

031129P001-1435A-598
SAINT JOSEPH ABBEY AND SEMINARY COLLEGE
REV JUSTIN BROWN OSB
75376 RIVER RD
ST. BENEDICT LA 70125

Case 2:20-cv-08463-JVM Document 42-105 Filed 09/02/25 Page 41 of 1396
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1396 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002312P001-1435A-598<br>SAINT LAWRENCE SEMINARY<br>301 CHURCH ST<br>MT. CALVARY WI 53057 | 023659P001-1435A-598<br>SAINT LUKES CUSHING HOSPITAL<br>PO BOX 504567<br>SAINT LOUIS MO 63150 | 023660P001-1435A-598<br>SAINT LUKES CUSHING HOSPITAL I<br>PO BOX 504567<br>SAINT LOUIS MO 63150 | 010025P001-1435A-598<br>SAINT MARYS PRESS<br>702 TERRACE HEIGHTS<br>WINONA MN 55987-1320 |
| 013965P001-1435A-598<br>SAINT STANISLAUS<br>304 SOUTH BEACH BLVD<br>BAY ST. LOUIS MS 39520 | 041411P001-1435A-598<br>SAINT VINCENT DEPAUL SOCIETY<br>PO BOX 127<br>BATON ROUGE LA 70821 | 041412P001-1435A-598<br>SAINTE-CHAPELLE STUDIOS<br>1080 WEST CAUSEWAY APPROACH<br>MANDEVILLE LA 70471 | 033110S001-1435A-598<br>SAINTS CYRIL-METHODIUS<br>WENDY WHITE<br>PO BOX 608<br>GRANGER TX 76530-0608 |
| 032945S001-1435A-598<br>SAINTS PETER & PAUL CHURCH<br>FELIX TWUMASI<br>PO BOX 97<br>PLUM TX 78952-0097 | 021411P001-1435A-598<br>SALEM PRESS<br>PO BOX 50062<br>PASADENA CA 91115-0062 | 010796P001-1435A-598<br>SALES AIRSQUIRRELS COM<br>121 WILBUR DR NE<br>NORTH CANTON OH 44720 | 002313P001-1435A-598<br>SALESIAN MISSIONS<br>2 LEFEVRE LN<br>NEW ROCHELLE NY 10801 |
| 017200P001-1435A-598<br>SALESIAN PUBLISHERS<br>PO BOX 639<br>NEW ROCHELLE NY 10802-0639 | 029706P001-1435A-598<br>SALESIAN SISTERS<br>608 1ST AVE<br>HARVEY LA 70058 | 029706S001-1435A-598<br>SALESIAN SISTERS<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST<br>PO BOX 185<br>AMITE LA 70422 | 010799P001-1435A-598<br>SALESIAN SISTERS 002<br>531 AVENUE A<br>WESTWEGO LA 70094 |
| 010797P001-1435A-598<br>SALESIAN SISTERS IC CONVENT<br>531 AVENUE A<br>WESTWEGO LA 70094 | 010798P001-1435A-598<br>SALESIAN SISTERS ICS<br>531 AVENUE A<br>WESTWEGO LA 70094 | 010800P001-1435A-598<br>SALESIAN SOCIETY INC<br>531 AVENUE A<br>WESTWEGO LA 70094 | 031694P001-1435A-598<br>SALESIANS OF DON BOSCO, EASTERN PROVINCE<br>IN THE USA D/B/A SALESIAN SOCIETY, INC.<br>REV. LOUIS MOLINELLI, SDB<br>1000 BARATARIA BOULEVARD<br>MARRERO LA 70072 |
| 031694S001-1435A-598<br>SALESIANS OF DON BOSCO, EASTERN PROVINCE<br>REV. LOUIS MOLINELLI, S.D.B.<br>1000 SALESIAN LANE<br>MARRERO LA 70072 | 010801P001-1435A-598<br>SALESIANS OF ST JOHN BOSCO<br>531 AVENUE A<br>WESTWEGO LA 70094 | 000155P001-1435S-598<br>SALIM-BEASLEY LLC<br>ROBERT L SALIM<br>1901 TEXAS ST<br>NATCHITOCHES LA 71457 | 033970S001-1435A-598<br>SALINAS VALLEY STATE PRISON<br>MARIAH THARP<br>PO BOX 1020<br>SOLEDAD CA 93960-1020 |
| 034683S001-1435A-598<br>SALINAS VALLEY STATE PRISON<br>EMILY WISNIEWSKI<br>PO BOX 1020<br>SOLEDAD CA 93960-1020 | 034729S001-1435A-598<br>SALINAS VALLEY STATE PRISON<br>MARYJANE MARTINEZ<br>PO BOX 1020<br>SOLEDAD CA 93960-1020 | 034784S001-1435A-598<br>SALINAS VALLEY STATE PRISON<br>EMILY MORESCO<br>PO BOX 1020<br>SOLEDAD CA 93960-1020 | 034785S001-1435A-598<br>SALINAS VALLEY STATE PRISON<br>EUGENE CRAYTON<br>PO BOX 1020<br>SOLEDAD CA 93960-1020 |

034786S001-1435A-598
SALINAS VALLEY STATE PRISON
ASHLEY PEREZ
PO BOX 1020
SOLEDAD CA 93960-1020

034830S001-1435A-598
SALINAS VALLEY STATE PRISON
ANTHONY HA
PO BOX 1020
SOLEDAD CA 93960-1020

034838S001-1435A-598
SALINAS VALLEY STATE PRISON
DARRIN BRIGHT
PO BOX 1020
SOLEDAD CA 93960-1020

034888S001-1435A-598
SALINAS VALLEY STATE PRISON
CLARISSA GARCIA
PO BOX 1020
SOLEDAD CA 93960-1020

035099S001-1435A-598
SALINAS VALLEY STATE PRISON
JEREMY PRICE
PO BOX 1020
SOLEDAD CA 93960-1020

035156S001-1435A-598
SALINAS VALLEY STATE PRISON
JAMIE CABATINGAN
PO BOX 1020
SOLEDAD CA 93960-1020

035157S001-1435A-598
SALINAS VALLEY STATE PRISON
JANE LEE
PO BOX 1020
SOLEDAD CA 93960-1020

035158S001-1435A-598
SALINAS VALLEY STATE PRISON
MAURICIO VEGA
PO BOX 1020
SOLEDAD CA 93960-1020

035968S001-1435A-598
SALINAS VALLEY STATE PRISON
KIMBERLY NOWAK
PO BOX 1020
SOLEDAD CA 93960-1020

036348S001-1435A-598
SALINAS VALLEY STATE PRISON
JONATHAN ASHBY
PO BOX 1020
SOLEDAD CA 93960-1020

036389S001-1435A-598
SALINAS VALLEY STATE PRISON
IVANA NGUYEN
PO BOX 1020
SOLEDAD CA 93960-1020

036390S001-1435A-598
SALINAS VALLEY STATE PRISON
ERIC GARZA
PO BOX 1020
SOLEDAD CA 93960-1020

036729S001-1435A-598
SALINAS VALLEY STATE PRISON
RANDULF ERGUIZA
PO BOX 1020
SOLEDAD CA 93960-1020

036730S001-1435A-598
SALINAS VALLEY STATE PRISON
BRANDI GARCIA
PO BOX 1020
SOLEDAD CA 93960-1020

013966P001-1435A-598
SALMEN GIRLS BASKETBALL
300 SPARTAN DR
SLIDELL LA 70458

010802P001-1435A-598
SALMEN HIGH SCHOOL
300 SPARTAN DR
SLIDELL LA 70458

019993P001-1435A-598
SALMEN HIGH SCHOOL
KYLE CAHILL
4040 BERKLEY ST
SLIDELL LA 70458

023661P001-1435A-598
SALMERON MEDICAL CARE LLC
4421 CONLIN ST STE 101
METAIRIE LA 70006

041413P001-1435A-598
SALTED PLATE LLC
1918 MONTGOMERY ST
MANDEVILLE LA 70448

010803P001-1435A-598
SAM MATRANA SEAFOOD
5104 4TH ST
MARRERO LA 70072

002314P001-1435A-598
SAM S CLUB
69630 STIRLING BLVD
COVINGTON LA 70433

002315P001-1435A-598
SAM S CLUB
PO BOX 659782
SAN ANTONIO TX 78265-9782

017628P001-1435A-598
SAM STEAM CLEANING FAZIO
236 EMPRESS CT
MADISONVILLE LA 70447

010026P001-1435A-598
SAM'S CLUB
PO BOX 9001907
LOUISVILLE KY 40290-1907

041414P001-1435A-598
SAM'S CLUB
PO BOX 71726
PHILADELPHIA PA 19716

041415P001-1435A-598
SAM'S CLUB
PO BOX 965004
ORLANDO FL 32896

017201P001-1435A-598
SAM'S CLUB / GECF
PO BOX 4538
CAROL STREAM IL 60197-4538

041416P001-1435A-598
SAM'S CLUB MC/SYNCB
PO BOX 960013
ORLANDO FL 32896-0013

Case 20-10846 Doc 3435-4 Filed 09/01/25 Entered 09/01/25 04:51:06 Ex 4 - Affidavit
Case 20-10846 Doc 3435-4 Filed 09/01/25 Entered 09/01/25 04:51:06 Ex 4 - Affidavit
of Service Regarding Solicitation Packages Page 1398 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

013967P001-1435A-598
SAM'S CLUB/SYNCHRONY BANK
PO BOX 530981
ATLANTA GA 30353-0981

002317P001-1435A-598
SAM'S INFLATABLES
2049 HEATHER LN
SLIDELL LA 70461

010804P001-1435A-598
SAMMY'S TRUCK AUTO PLAZA
3601 LA-115
BUNKIE LA 71322

010805P001-1435A-598
SAMS CLUB
3900 AIRLINE DR
METAIRIE LA 70001

019994P001-1435A-598
SAMS CLUB
PO BOX 659783
SAN ANTONIO TX 78265-9783

041417P001-1435A-598
SAMS CLUB SYNCHRONY
PO BOX 669825
DALLAS TX 75266

041418P001-1435A-598
SAMS CLUB SYNCHRONY
PO BOX 669823
DALLAS TX 75266

010806P001-1435A-598
SAMS GAS STATION
3900 AIRLINE DR
METAIRIE LA 70001

010807P001-1435A-598
SAMS INTERNET
3900 AIRLINE DR
METAIRIE LA 70001

013968P001-1435A-598
SAMSON BUSINESS PRODUCTS, INC
2237 NORTH HULLEN ST
STE 302
METAIRIE LA 70001

010027P001-1435A-598
SAMUEL FRENCH INC
45 WEST 25TH ST
NEW YORK NY 10010

010808P001-1435A-598
SAMUEL FRENCH INC
235 PARK AVE S
NEW YORK NY 10003

019995P001-1435A-598
SAMUEL FRENCH INC
235 PARK AVE SOUTH
FIFTH FLOOR
NEW YORK NY 10003

012353P001-1435A-598
SAMUEL FRENCH, INC
235 PK AVE SOUTH
5TH FL
NEW YORK NY 10003

013969P001-1435A-598
SAMUEL FRENCH, INC
235 PK AVE SOUTH
FIFTH FL
NEW YORK NY 10003

023662P001-1435A-598
SAMUEL M ALEXANDER MD
STE 201 4720 S I 10 SVC RD W
METAIRIE LA 70001

023663P001-1435A-598
SAMUEL Y BROWN JR MD APMC
3813 WILLIAMS BLVD
KENNER LA 70065

033100S001-1435A-598
SAN AUGUSTINE CATHEDRAL
FRANCISCO HERNANDEZ
214 SAN BERNARDO AVE
LAREDO TX 78040-8109

033253S001-1435A-598
SAN ELCEARIO CATHOLIC CHURCH
ELIANA PRIETO
PO BOX 910
SAN ELIZARIO TX 79849-0910

032160S001-1435A-598
SAN FERNANDO DE BEXAR CTHDRL
VICTOR VALDEZ
231 W COMMERCE ST
SAN ANTONIO TX 78205-2787

033041S001-1435A-598
SAN FRANCESCO DI PAOLA
JOSE PEREZ
PO BOX 7783
SAN ANTONIO TX 78207-0783

032452S001-1435A-598
SAN FRANCISCO JAVIER CHURCH
WILLIAM C DAVIS
PO BOX 1175
LAREDO TX 78042-1175

021412P001-1435A-598
SAN FRANCISCO PLANTATION
POST OFFICE BOX 950
2646 HWY 44
GARYVILLE LA 70051-0950

023664P001-1435A-598
SAN JACINTO EMERGENCY PHYS
PO BOX 8148
FORT WORTH TX 76124

032383S001-1435A-598
SAN LORENZO CATHOLIC CHURCH
ELISA MARTINEZ
PO BOX 215
CLINT TX 79836-0215

032758S001-1435A-598
SAN PABLO APOSTOL CATHOLIC CHR
ROSS PRUNEDA
PO BOX 269
GARCIASVILLE TX 78547-0269

033455S001-1435A-598
SAN PEDRO MISSION
JUAN NICOLAU
PO BOX 1658
OLMITO TX 78575-1658

002319P001-1435A-598
SAND N SOIL LLC
2838 AUGUSTA ST
KENNER LA 70062

Case 20-10846 Doc 4358-4 Filed 09/02/25 Entered 09/02/25 14:16:07 RP Exe. 4 - Affid v 1399
The Roman Catholic Church of the Archdiocese of New Orleans Claim No. Exhibit - Page 4
of Service Regarding Solicitation Packages Page 1399 of 1525
US First Class Mail
Exhibit Pages

002320P001-1435A-598
SANKOFA INSTITUTE FOUNDATION
1635 LIDA ROSE DR
SAN ANTONIO TX 78216

032234S001-1435A-598
SANTA CRUZ CATHOLIC CHURCH
CHRISTIAN SANCHEZ
PO BOX 187
BUDA TX 78610-0187

012354P001-1435A-598
SANTA FE CATTLE CO
301 MORNINGSIDE DR
MANDEVILLE LA 70448

019996P001-1435A-598
SANTA MARIA GOLF COURSE
18460 SANTA MARIA PKWY
BATON ROUGE LA 70810

021413P001-1435A-598
SANTA MARIA GOLF COURSE
18460 SANTA MARIA PKWY
BATON ROUGE LA 70817

032655S001-1435A-598
SANTA ROSA CATHOLIC CHURCH
FABIAN MARQUEZ
PO BOX 686
PECOS TX 79772-0686

032947S001-1435A-598
SANTA ROSA CATHOLIC CHURCH
LEO SCHLOEMER
PO BOX 428
KNOX CITY TX 79529-0428

033463S001-1435A-598
SANTA ROSA DE LIMA
GEORGE THOMAS
PO BOX W
BENAVIDES TX 78341-0923

033347S001-1435A-598
SANTA TERESA
SYLVIA CHON
PO BOX 215
FORT HANCOCK TX 79839-0215

013970P001-1435A-598
SAPLING SYSTEMS, INC DBA SAPLING LEARNING
211 E 7TH ST
STE 400
AUSTIN TX 78701

023666P001-1435A-598
SARA ESTES LPC
4440 CANAL ST
NEW ORLEANS LA 70119

023667P001-1435A-598
SARAH ALEXANDER HAYDEL
578 VALHI BLVD
HOUMA LA 70360

018833P001-1435A-598
SARGENT-WELCH
SARTENT WELCH
PO BOX 640169
PITTSBURGH PA 15264-0169

013971P001-1435A-598
SASC
DANA GROS
EXECUTIVE DIRECTOR
209 ST PETER ST
RACELAND LA 70394

016240P001-1435A-598
SASC
209 ST PETER ST
RACELAND LA 70394

013972P001-1435A-598
SATELLITE MOBILE SOUND
920 JUNG BLVD
MARRERO LA 70072

016241P001-1435A-598
SATELLITE SPEIALISTS
1300 GAUSE BLVD STE B2
SLIDELL LA 70458

018834P001-1435A-598
SATOR SOCCER
1455 W 139TH ST
GARDENA CA 90249

021356P001-1435A-598
SATOR SPORTS INC
1536 W 228TH ST
UNIT B
TORRANCE CA 90501

041419P001-1435A-598
SAUDER WORSHIP
930 BARRE RD
ARCHBOLD OH 43502

031618P001-1435A-598
SAUNDERS AND WALKER PA
JOSEPH H SAUNDERS
3491 GANDY BLVD N STE 200
PINELLA PARK FL 33781

002323P001-1435A-598
SAUVIAC AND DANG
7388 HIGHLAND RD
STE 6
BATON ROUGE LA 70808

010809P001-1435A-598
SAVANNAH DISCOUNT HOUSING INC
1030 SHAWNEE ST
SAVANNAH GA 31419

010810P001-1435A-598
SAVE AND GO
4452 RYAN ST
LAKE CHARLES LA 70605

013974P001-1435A-598
SAVEAROUND
PO BOX 2399
BINGHAMTON NY 13902

041420P001-1435A-598
SAWTOOTH DESIGN LLC
832 OAKLAWN DR
METAIRIE LA 70005

002325P001-1435A-598
SAWYER ENDODONTICS LLC
216 W 21ST AVE
COVINGTON LA 70433

010028P001-1435A-598
SAX ARTS AND CRAFTS
MB UNIT #68-9830
MILWAUKEE WI 53268-9830

Case 20-10846 Doc 4335-4 Filed 04/25/25 Entered 04/25/25 16:07:54 [R.P. Ex. 4 - Affidavit
of Service Regarding Solicitation Packages Page 1400 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 019997P001-1435A-598<br>SAX ARTS AND CRAFTS<br>PO BOX 1579<br>APPLETON WI 54912-1579 | 021357P001-1435A-598<br>SAX ARTS AND CRAFTS<br>P O BOX 1579<br>APPLETON WI 54913-1579 | 002326P001-1435A-598<br>SAXJOHN C<br>521 GARDEN RD<br>MARRERO LA 70072-1433 | 010811P001-1435A-598<br>SAXON UNIFORM NETWORK<br>234 9TH ST<br>BRADDOCK PA 15104 |
| 013975P001-1435A-598<br>SCA SUMMER CAMPS<br>PO BOX 5352<br>LAKE CHARLES LA 70601 | 019998P001-1435A-598<br>SCA SUMMER CAMPS<br>PO BOX 5352<br>LAKE CHARLES LA 70606 | 037095P001-1435A-598<br>SCA SUMMER CAMPS<br>(SOUTHERN CHEER ASSOCIATION)<br>P.O. BOX 5352<br>LAKE CHARLES LA 70606 | 010812P001-1435A-598<br>SCAFFOLD STORE<br>11827 EASTEX FWY<br>HOUSTON TX 77039 |
| 013976P001-1435A-598<br>SCANTRON CORP<br>PO BOX 93038<br>CHICAGO IL 60673 | 021358P001-1435A-598<br>SCANTRON CORP 101043098<br>PO BOX 93038<br>CHICAGO IL 60673 | 021414P001-1435A-598<br>SCANTRON CORP 200345376<br>PO BOX 93038<br>CHICAGO IL 60673-3038 | 041696P001-1435A-598<br>SCARYFAST JV LLC DBA ABC TITLE OF BOUTTE<br>100 MELONIE ST STE D<br>BOUTTE LA 70039 |
| 021415P001-1435A-598<br>SCB PTFO<br>LISA SOLITO<br>P O BOX 1166<br>DESTREHAN LA 70047 | 016242P001-1435A-598<br>SCENO GRAPHICS<br>PO BOX 201<br>NEW WILMINGTON PA 16142 | 010813P001-1435A-598<br>SCHAEFER SEAFOOD<br>1726 LAKE AVE<br>METAIRIE LA 70005 | 013977P001-1435A-598<br>SCHELDE SPORTS<br>2119 OLD US 27<br>STE C<br>ST. JOHNS MI 48879 |
| 002329P001-1435A-598<br>SCHEXNAILDRE INTERIORS LLC<br>3120 BORE ST<br>METAIRIE LA 70001 | 013978P001-1435A-598<br>SCHEXNAYDER'S ACADIAN FOODS INC<br>205 23RD ST<br>KENNER LA 70062 | 021416P001-1435A-598<br>SCHEXNAYDERS ACADIAN FOODS<br>PO BOX 641562<br>KENNER LA 70064 | 018835P001-1435A-598<br>SCHILLING GREENHOUSES, INC<br>2486 SOUTH COLUMBIA ST<br>BOGALUSA LA 70427 |
| 013979P001-1435A-598<br>SCHINDLER ELEVATOR CORP<br>PO BOX 93050<br>CHICAGO IL 60673-3050 | 041421P001-1435A-598<br>SCHINDLER ELEVATOR CORP<br>656 TIME SAVER AVE<br>HARAHAN LA 70123 | 010029P001-1435A-598<br>SCHIRO SHOES AND UNIFORMS INC<br>PO BOX 8153<br>METAIRIE LA 70011-8153 | 013980P001-1435A-598<br>SCHIRO'S<br>5008 W ESPLANADE AVE<br>METAIRIE LA 70006 |
| 018836P001-1435A-598<br>SCHNEIDER PAPER PRODUCTS, INC<br>PO BOX 66750<br>BATON ROUGE LA 70896-6750 | 009417P001-1435A-598<br>SCHOLASTIC<br>PO BOX 3710<br>JEFFERSON CITY MO 65102-9957 | 019999P001-1435A-598<br>SCHOLASTIC<br>PO BOX 3725<br>JESFFERSON CITY MO 65102-3725 | 012355P001-1435A-598<br>SCHOLASTIC BOOK CLUBS<br>2931 EAST MCCARTY ST<br>JEFFERSON CITY MO 65101 |

Case 20-10846 Doc 4358-4 Filed 12/25/25 Entered 09/09/25 14:07:54 Exhibit A - Affidavit of Service Regarding Solicitation Packages Page 1401 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010814P001-1435A-598<br>SCHOLASTIC BOOK FAIR<br>18380 PETROLEUM DR<br>BATON ROUGE LA 70809 | 010030P001-1435A-598<br>SCHOLASTIC BOOK FAIRS<br>PO BOX 3745<br>JEFFERSON CITY MO 65102 | 016243P001-1435A-598<br>SCHOLASTIC BOOK FAIRS<br>SUNTRUSTBANK<br>100 SOUTHCREST DR<br>LOCKBOX 1169130<br>STOCKBRIDGE, GA 30281 | 009444P001-1435A-598<br>SCHOLASTIC BOOK FAIRS 04<br>PO BOX 3745<br>JEFFERSON CITY MO 65102-9957 |
| 010031P001-1435A-598<br>SCHOLASTIC CLASSROOM MAGAZINES<br>2315 DEAN ST<br>STE 600<br>ST. CHARLES IL 60175 | 010032P001-1435A-598<br>SCHOLASTIC INC<br>PO BOX 3725<br>JEFFERSON CITY MO 65102-3725 | 013981P001-1435A-598<br>SCHOLASTIC INC<br>PO BOX 3720<br>JEFFERSON CITY MO 65102-3720 | 016244P001-1435A-598<br>SCHOLASTIC LIBRARY PUBLISHING<br>PO BOX 416849<br>BOSTON MA 02241 |
| 021417P001-1435A-598<br>SCHOLASTIC MAGAZINES<br>PO BOX 3725<br>JEFFERSON CITY MO 65102-3725 | 010033P001-1435A-598<br>SCHOLASTIC READING CLUB<br>PO BOX 7504<br>JEFFERSON CITY MO 65102-7504 | 010034P001-1435A-598<br>SCHOLASTIC STORE ONLINE<br>PO BOX 3745<br>JEFFERSON CITY MO 65102 | 017202P001-1435A-598<br>SCHOLASTIC TESTING SER, INC<br>4320 GREEN ASH DR<br>EARTH CITY MO 63045 |
| 012357P001-1435A-598<br>SCHOLASTICA EXCELLENCE FUND<br>THE CATHOLIC FOUNDATION<br>1000 HOWARD AVE STE 800<br>NEW ORLEANS LA 70133-1939 | 009425P001-1435A-598<br>SCHOOL ARTS<br>PO BOX 15015<br>WORCESTER MA 01615-9960 | 002337P002-1435A-598<br>SCHOOL BOOK SUPPLY<br>9380 ASHLAND RD STE 190<br>GONZALES LA 70737-8190 | 010035P001-1435A-598<br>SCHOOL BOOK SUPPLY CO<br>9380 ASHLAND RD<br>STE 190<br>GONZALES LA 70737 |
| 016245P002-1435A-598<br>SCHOOL BOOK SUPPLY CO OF LOUISIANA<br>9380 ASHLAND RD STE 190<br>GONZALES LA 70737-8190 | 012359P001-1435A-598<br>SCHOOL DATEBOOKS<br>PO BOX 969<br>LAFAYETTE IN 47902 | 009245P001-1435A-598<br>SCHOOL DATEBOOKS INC<br>2880 US HIGHWAY 231 S # 200<br>LAFAYETTE IN 47909-2874 | 013982P001-1435A-598<br>SCHOOL DATEBOOKS, INC<br>PO BOX 969<br>LAFAYETTE LA 47902 |
| 016246P001-1435A-598<br>SCHOOL FILES CO<br>4754 FALLWOOD DR<br>BATON ROUGE LA 70817 | 010815P001-1435A-598<br>SCHOOL FOOD AND NUTRITION<br>1000 HOWARD AVE # 300<br>NEW ORLEANS LA 70113 | 012360P001-1435A-598<br>SCHOOL FOOD AND NUTRITION<br>SSA CAFETERIA<br>122 S MASSACHUSETTS ST<br>COVINGTON LA 70433 | 029707P001-1435A-598<br>SCHOOL FOOD AND NUTRITION<br>SSA CAFETERIAN<br>122 S MASSACHUSETTS ST<br>COVINGTON LA 70433 |
| 041422P001-1435A-598<br>SCHOOL FOOD AND NUTRITION SVC<br>OF NEW ORLEANS, INC<br>3000 W ESPLANADE AVE N<br>STE 300<br>METAIRIE LA 70002 | 021419P001-1435A-598<br>SCHOOL FOOD AND NUTRITION SVC OF<br>NEW ORLEANS INC<br>1000 HOWARD AVE<br>STE 300<br>NEW ORLEANS LA 70113-1925 | 031130P001-1435A-598<br>SCHOOL FOOD AND NUTRITION SVC OF<br>NEW ORLEANS, INC<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 021418P001-1435A-598<br>SCHOOL FOOD AND NUTRITION SVC OF NO<br>1000 HOWARD ST<br>STE 300<br>NEW ORLEANS LA 70113-3459 |

Case 20-10846 Claim 544-1 Part 12 Filed 09/02/25 Desc Exhibit - Affidavit
Case 20-10846 Doc 3654-5 Filed 04/25/25 Entered 04/25/25 16:07:54 Exhibit Part 4 Page 1402
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1402 of 1525
US First Class Mail
Exhibit Pages

013983P001-1435A-598
SCHOOL FOOD NUTRITION SERV OF NO
1000 HOWARD AVE STE 300
NEW ORLEANS LA 70113

029878P001-1435A-598
SCHOOL FOOD SERVICES AND NUTRITION INC
ELLEN GAUTREAUX
1000 HOWARD AVE
8TH FLOOR
NEW ORLEANS LA 70113

018837P001-1435A-598
SCHOOL GATE GUARDIAN, INC
301 SCIENCE PK RD
STE 123
STATE COLLEGE PA 16803

018838P001-1435A-598
SCHOOL HEALTH
865 MUIRFIELD
HANNOVER PARK IL 60133

012361P001-1435A-598
SCHOOL HEALTH CORP
865 MUIRFIELD DR
HANNOVER PARK IL 60133

020001P001-1435A-598
SCHOOL HEALTH CORP
5600 APOLLO DR
ROLLING MEADOWS IL 60008

018839P001-1435A-598
SCHOOL HOUSE DIRECT
PO BOX 62927
BALTIMORE MD 21264-2427

002338P001-1435A-598
SCHOOL LEADERSHIP CENTER
401 VETERANS BLVD
METAIRIE LA 70005

012362P001-1435A-598
SCHOOL LEADERSHIP CENTER
2021 LAKESHORE DR STE 414
NEW ORLEANS LA 70122

016247P001-1435A-598
SCHOOL LEADERSHIP CENTER
401 VETERANS MEMORIAL BLVD
STE 201
METAIRIE LA 70005

020002P001-1435A-598
SCHOOL LEADERSHIP CENTER OF
GREATER NEW ORLEANS
2021 LAKESHORE DR STE 414
NEW ORLEANS LA 70122

010036P001-1435A-598
SCHOOL LEADERSHIP CENTER OF GREATER NEW ORL
2021 LAKESHORE DR STE 414
NEW ORLEANS LA 70122

016248P001-1435A-598
SCHOOL LIBRARY JOURNAL
PO BOX 461119
ESCONDIDO CA 92046

009432P001-1435A-598
SCHOOL MATE
PO BOX 2110
KEARNEY NE 68848-2110

013984P002-1435A-598
SCHOOL MEDIA ASSOCIATES, LLC
1970 CARRINGTON CT
STONE MTN GA 30087-1446

016249P001-1435A-598
SCHOOL MESSENGER
100 ENTERPRISE WAY
STE A-300
SCOTTS VALLEY CA 95066

010039P001-1435A-598
SCHOOL NEWSPAPER ONLINE
17175 GAGE AVE
FARMINGTON MN 55024

010816P001-1435A-598
SCHOOL NURSE SUPPLY INC
1690 WRIGHT BLVD
SCHAUMBURG IL 60193

010817P001-1435A-598
SCHOOL NURSE SUPPLY
1690 WRIGHT BLVD
SCHAUMBURG IL 60193

010818P001-1435A-598
SCHOOL OUTFITTERS
3736 REGENT AVE
CINCINNATI OH 45212

016250P001-1435A-598
SCHOOL OUTFITTERS
PO BOX 638517
CINCINNATI OH 45263-8517

021420P001-1435A-598
SCHOOL OUTFITTERS
PO BOX 638517
CINNCINNATI OH 45263-8517

018840P001-1435A-598
SCHOOL PLANNER
PO BOX 654018
DALLAS TX 75265-4018

013985P001-1435A-598
SCHOOL PRIDE
3511 JOHNNY APPLESEED CT
COLUMBUS OH 43231

016251P001-1435A-598
SCHOOL PUBLICATIONS CO
PO BOX 1067
NEPTUNE NJ 07754

016252P001-1435A-598
SCHOOL SAVERS
3809 PINE AVE
LONG BEACH CA 90807

002339P001-1435A-598
SCHOOL SISTERS OF NOTRE DAME
11635 LIDA ROSE DR
SAN ANTONIO TX 78216

002340P001-1435A-598
SCHOOL SISTERS OF NOTRE DAME
SR PAULETTE TIEFENBRUNN
5102 CAMP ST
NEW ORLEANS LA 70115

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 10:45:10 Part 4 - Aff.x4
The Roman Catholic Church of the Archdiocese of New Orleans Case no. - Trial Ex. 4 - Aff.x4
of Service Regarding Solicitation Packages Page 1403 of 1525
US First Class Mail
Exhibit Pages

010040P001-1435A-598
SCHOOL SISTERS OF NOTRE DAME
JAMIE ETZEL SSND FINANCE DEPT
13105 WATERTOWN PLANK RD
ELM GROVE WI 53122

016253P001-1435A-598
SCHOOL SISTERS OF NOTRE DAME
STMARY OF THE PINE
SISTER MARY LESTER DEBLANC
PO BOX 38
CHATAWA MS 39632

009265P001-1435A-598
SCHOOL SPECIALTY
32656 COLLECTION CTR DR
CHICAGO IL 60693-0326

020003P001-1435A-598
SCHOOL SPECIALTY
PO BOX 8030
APPLETON WI 54912-8030

010038P001-1435A-598
SCHOOL SPECIALTY INC
MB UNIT #68-9541
MILWAUKEE WI 53268-9541

012363P001-1435A-598
SCHOOL SPECIALTY INC
32656 COLLECTIONS CTR DR
CHICAGO IL 60693-0326

010037P001-1435A-598
SCHOOL SVC INC
4405 S LONGVIEW DR
NEW BERLIN WI 53151

010041P001-1435A-598
SCHOOL TIME DISTRIBUTION CENTER
11800 INDUSTRIPLEX BLVD STE 1
BATON ROUGE LA 70809

016254P001-1435A-598
SCHOOL TIME UNIFORMS
12 ST ANN ST
STE 3
MANDEVILLE LA 70471

010042P001-1435A-598
SCHOOL TOOL BOX
12107 BARBER GREENE RD
DEKALB IL 60115

021421P001-1435A-598
SCHOOL WORLD
1100 PITTSFORD-VICTOR RD
PITTSFORD NY 14534

012365P001-1435A-598
SCHOOL-N-SPORT
100 TYLER SQUARE
STE 10A
COVINGTON LA 70433

016255P001-1435A-598
SCHOOLADMIN, LLC
PO BOX 4936
AUSTIN TX 78765

012364P001-1435A-598
SCHOOLHOUSE PRODUCTS
DBA BALFOUR
PO BOX 55520
METAIRIE LA 70005

020004P001-1435A-598
SCHOOLHOUSE PRODUCTS
DBA BALFOUR
PO BOX 55520
METAIRIE LA 70055

013986P001-1435A-598
SCHOOLHOUSE PRODUCTS, INC
PO BOX 55520
METAIRIE LA 70055

018841P002-1435A-598
SCHOOLMART
1424 ODENTON RD
ODENTON MD 21113

021422P001-1435A-598
SCHOOLMART
1424 ROAD ODENTON
ODENTON MD 21113

013987P001-1435A-598
SCHOOLREACH
9735 LANDMARK PKWY
STE 100
ST. LOUIS MO 63127

041423P001-1435A-598
SCHOOLSPLP, LLC
24 W CAMELBACK RD
STE A-422
PHOENIX AZ 85013

010043P001-1435A-598
SCHOOLTECH INC
PO BOX 1941
ANN ARBOR MI 48106-1941

002342P001-1435A-598
SCHRENK ENDOM AND FLANAGAN LLC
4227 BIENVILLE ST
NEW ORLEANS LA 70119

010044P001-1435A-598
SCHULMERICH
CARILLON HILL
PO BOX 903
SELLERSVILLE PA 18960

009151P001-1435A-598
SCHULMERICH BELLS LLC
11 CHURCH RD
HATFIELD PA 19440

013988P001-1435A-598
SCHUMACHER'S SHOES AND UNIFORMS
3601 HESSMER DR
METAIRIE LA 70002

029835P001-1435A-598
SCI LA
PRESIDENT
1929 ALLEN PKWY
HOUSTON TX 77019

020005P001-1435A-598
SCIENCE KIT
PO BOX 644307
PITTSBURGH PA 15264-4307

018842P001-1435A-598
SCIENCE LAB SUPPLIES
PO BOX 934
ST. AUGUSTINE FL 32085

Case 20-10846-DSJ Doc 4575-4 Filed 09/02/25 Entered 09/02/25 14:07:14 DP Ex 4 - Affid Vol 4 of Service Regarding Solicitation Packages Page 1404 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1086 of 1204

08/27/2025 05:46:02 PM

016256P001-1435A-598
SCIENCE NATIONAL HONOR SOCIETY
2929 FOUNTAINVIEW
HOUSTON TX 77057

026433P002-1435A-598
SCIENCE OLYMPIAD
2 TRANSAM PLAZA DR STE 310
OAKBROOK TERRACE IL 60181-4817

010819P001-1435A-598
SCIENCEBOBCOM
182 PALFREY ST
WATERTOWN MA 02472

010820P001-1435A-598
SCIENTIFIC NOTEBOOK CO
3295 LINCO RD
STEVENSVILLE MI 49127

023668P001-1435A-598
SCLHSA LAFOURCHE BHC
157 TWIN OAKS DR
RACELAND LA 70394

023669P001-1435A-598
SCLHSA RIVER PARISHES BHC
1809 W AIRLINE HWY
LA PLACE LA 70068

023670P001-1435A-598
SCLHSA TERREBONNE BHC
5599 HIGHWAY 311
HOUMA LA 70360

021423P001-1435A-598
SCOLT
165 LAZY LAUREL CHASE
ROSWELL GA 30076

023671P001-1435A-598
SCONO LAB
4232 WILLIAMS BLVD
KENNER LA 70065

010821P001-1435A-598
SCOOTERS CHICKEN
1501 GIROD ST
NEW ORLEANS LA 70113

020006P001-1435A-598
SCORE EXCHANGE
23208 GARDEN DR
COVINGTON LA 70435

021424P002-1435A-598
SCORE SPORTS
PO BOX 1219
WILMINGTON CA 90748-1219

020007P003-1435A-598
SCORE SPORTS AMERICAN SOCCER CO
PO BOX 3572
TORRANCE CA 90510-3579

012366P001-1435A-598
SCOREBOARD SPORTS, LLC
509 WEST 2600 SOUTH
BOUNTIFUL UT 84010

041424P001-1435A-598
SCOTT BAILY ENTERPRISES, INC
11310 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809

002350P001-1435A-598
SCOTT BROTHERS PH D
5801 CITRUS BLVD RM 103
NEW ORLEANS LA 70123

029618P001-1435A-598
SCOTT BROTHERS PH D
5801 CITRUS BLVD ROOM 103
NEW ORLEANS LA 70123

016257P001-1435A-598
SCOTT COWEN INSTITUTE
200 BROADWAY ST
STE 108
NEW ORLEANS LA 70118

023672P001-1435A-598
SCOTT D LANOUX AND ASSOCIATES
STE 107 4324 VETERANS MEMORIAL BL
METAIRIE LA 70006

023673P001-1435A-598
SCOTT D LANOUX ASSOC LLC
4324 VETERANS BLVD 107
METAIRIE LA 70006

023674P001-1435A-598
SCOTT D LANOUX ASSOC LLC
107 4324 VETERANS BLVD
METAIRIE LA 70006

018843P001-1435A-598
SCOTT ELECTRIC
PO BOX 9
GREENSBURG PA 15601-0899

002351P001-1435A-598
SCOTT LANOUX AND ASSOC LLC
4324 VETERANS BLVD  107
METAIRIE LA 70006

002352P001-1435A-598
SCOTT OTT CREATIVE INC
143 RIDGEWAY DR
METAIRIE LA 70001

023675P001-1435A-598
SCOTT P DEROUEN DC APCC
1210 E MCNEESE ST
LAKE CHARLES LA 70607

021425P001-1435A-598
SCOTT WALKER MEDIA
708 RIDGEWOOD DR
METAIRIE LA 70001

023676P001-1435A-598
SCOTT WHITE CLINIC
PO BOX 844658
DALLAS TX 75284

010045P001-1435A-598
SCOTTIES CREOLE COOKING AND CATERING
5710 CANAL BLVD
NEW ORLEANS LA 70124

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 010046P001-1435A-598<br>SCREEN PRINTING UNLIMITED LLC<br>2908 TOULOUSE ST<br>NEW ORLEANS LA 70119 | 027101P001-1435A-598<br>SCREEN SUPERIOR<br>104 ALBERU ST<br>SLIDELL LA 70460 | 016258P001-1435A-598<br>SCREENSCOPE, INC<br>4330 YUMA ST NW<br>WASHINGTON DC 20016 | 026162P001-1435A-598<br>SCRIP<br>PO BOX 8158<br>KENTWOOD MI 49518-8158 |
| 026158P001-1435A-598<br>SCRIPS<br>PO BOX 8158<br>KENTWOOD MI 49518-8158 | 002353P001-1435A-598<br>SCRIPT SPECIALISTS<br>1922 HWY 22 WEST STE B<br>MADISONVILLE LA 70447 | 021426P001-1435A-598<br>SCS CASES<br>433 W ALLEN AVE 308 NW<br>STE 106<br>SAN DIMAS CA 91773 | 023677P001-1435A-598<br>SCULLY SARTIN SCIONEAUX MDS AP<br>PO BOX 1017<br>GREENVILLE TX 75403 |
| 021427P001-1435A-598<br>SEABURY AND SMITH<br>75 REMITTANCE DR<br>STE 1788<br>CHICAGO IL 60675-1788 | 017203P001-1435A-598<br>SEAGO INTERNATIONAL, INC<br>229 9TH ST NW<br>HICKORY NC 28601 | 020008P001-1435A-598<br>SEAL INDUSTRIAL<br>63162 HWY 10<br>BOGALUSA LA 70427 | 021428P001-1435A-598<br>SEAN WATSON<br>2605 JARED LN<br>MARRERO LA 70072 |
| 021429P001-1435A-598<br>SEARS<br>105 CARROLWOOD AVE<br>LAPLACE LA 70068 | 002356P001-1435A-598<br>SEARS HOME SVC REPAIR SVC<br>13200 SMITH RD<br>MIDDLEBURG HEIGHS OH 44130 | 017204P001-1435A-598<br>SECAP FINANCE<br>PO BOX 405371<br>ATLANTA GA 30384-5371 | 013989P001-1435A-598<br>SECOND HARVEST<br>700 EDWARDS AVE<br>NEW ORLEANS LA 70123 |
| 016259P001-1435A-598<br>SECOND HARVEST FOOD BANK<br>PO BOX 61045<br>NEW ORLEANS LA 70161 | 026525P001-1435A-598<br>SECOND HARVEST FOOD BANK<br>700 EDWARDS AVE<br>NEW ORLEANS LA 70123 | 031131P001-1435A-598<br>SECOND HARVEST FOOD BANK OF<br>GREATER NEW ORLEANS AND ACADIANA<br>NATALIE JAYROE<br>700 EDWARDS AVE<br>NEW ORLEANS LA 70123 | 026365P001-1435A-598<br>SECOND HARVESTERS<br>700 EDWARDS AVE<br>NEW ORLEANS LA 70123 |
| 029708P001-1435A-598<br>SECOND HARVESTERS FOOD BANK OF<br>GREATER NEW ORLEANS<br>701 EDWARDS AVE<br>NEW ORLEANS LA 70124 | 002357P001-1435A-598<br>SECOND HARVESTERS FOOD BANK OF GREATER NO<br>700 EDWARDS AVE<br>NEW ORLEANS LA 70123 | 002358P001-1435A-598<br>SECOND LINE CATERING<br>700 EDWARDS AVE<br>HARAHAN LA 70123 | 010822P001-1435A-598<br>SECOND SERVE<br>3951 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002 |
| 013990P001-1435A-598<br>SECOND SERVE TENNIS CENTER<br>3951 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70002 | 018844P001-1435A-598<br>SECOND SERVE TENNIS CENTER<br>3951 VETERANS MEMORAL BLVD<br>METAIRIE LA 70002 | 021430P001-1435A-598<br>SECRETARY OF STATE<br>COMMERCIAL DIVISION<br>P O BOX 94125<br>BATON ROUGE LA 70804-9125 | 013991P001-1435A-598<br>SECTOR6 LOUISIANA, LLC<br>612 DISTRIBUTORS ROW<br>NEW ORLEANS LA 70123 |

Case 20-10846 Doc 4436-4 Filed 12/23/25 Entered 12/23/25 14:05:14 Exhibit A - Affidavit of Service Regarding Solicitation Packages Page 1406 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1088 of 1204

08/27/2025 05:46:02 PM

041426P001-1435A-598
SECURE SHREDDING AND RECYCLING
10338 MAMMOTH AVE
BATON ROUGE LA 70814

002359P001-1435A-598
SECURITY IRON CO
7010 WASHINGTON AVE
NEW ORLEANS LA 70125

013992P001-1435A-598
SECURITY IRON CO
1354 CARROLL ST STE B
KENNER LA 70062

012367P001-1435A-598
SEE-HEAR PRODUCTIONS LLC
72338 INDUSTRY PK RD
COVINGTON LA 70435

023679P001-1435A-598
SEGURA NEUROSCIENCE AND PAIN C
STE C 7039 HWY 190 E SERVICE RD
COVINGTON LA 70433

023678P001-1435A-598
SEGURA NEUROSCIENCE AND PAIN CTR
STE C 7039 HIGHWAY190E SVC RD
COVINGTON LA 70433

012368P001-1435A-598
SELA UMPIRES ASSOCIATION
76375 EUGENE WALLACE RD
COVINGTON LA 70435

016260P001-1435A-598
SELA WATER AND SEWER CO,LLC
PO BOX 8970
MANDEVILLE LA 70470

002360P001-1435A-598
SELECT INTERNATIONAL TOURS
85 PARK AVE
FLEMINGTON NJ 08822

023680P001-1435A-598
SELECT PT LA
PO BOX 827514
PHILADELPHIA PA 19182

000318P001-1435A-598
SELECTIONCOM
BRIAN HUSEMAN BDM
155 TRI COUNTY PKWY
STE 150
CINCINNATI OH 45246

029836P001-1435A-598
SELECTIONCOM
155 TRI COUNTY PKWY
STE 150
CINCINNATI OH 45246

016261P001-1435A-598
SELECTRACKS
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

027102P001-1435A-598
SELU
500 W UNIVERSITY AVE
HAMMOND LA 70402

002361P001-1435A-598
SEMANTIKOS LLC
DENISE CROCHET
421 E LOCKWOOD ST
COVINGTON LA 70433

031562P001-1435A-598
SEMINARIANS PARENTS ASSOCIATION INC
718 WOOD ST
HOUMA LA 70360

021434P001-1435A-598
SEMINARS FOR EDUCATIONAL EXCELLENCE
PMB 623
PORTLAND OR 97225

010823P001-1435A-598
SEMOLINA CLEARVIEW
4436 VETERANS BLVD STE 37
METAIRIE LA 70006

016262P001-1435A-598
SEMOLINA'S RESTAURANT
100 S TYLER ST
COVINGTON LA 70433

010824P001-1435A-598
SEND A FRAMECOM
800 CENTRAL BLVD - BLDG B
CARLSTADT NJ 07072

010825P001-1435A-598
SENIOR HIGH SCHOOL PREP
3820 ST CLAUDE AVE
NEW ORLEANS LA 70117

021431P001-1435A-598
SENSALERT SECURITY SVC
801 MALLARD ST
LAPLACE LA 70068

041427P001-1435A-598
SENSE OF SECURITY, INC
2230 34TH ST
KENNER LA 70065

017205P001-1435A-598
SENTRY SECURITY
PO BOX 850471
NEW ORLEANS LA 70185

016263P001-1435A-598
SEO
600 BONITA DR
CHALMETTE LA 70043

010826P001-1435A-598
SEPHORA
414 N PETERS ST
NEW ORLEANS LA 70130

002363P001-1435A-598
SEPI SOUTHEAST PASTORAL INSTITUTE
7700 SW 56 ST
MIAMI FL 33155

023682P001-1435A-598
SEQUENOM CMM SAN DIEGO
PO BOX 2210
BURLINGTON NC 27216

Case 20-10846 Doc 3654-1 Filed 09/02/25 Entered 09/02/25 14:07:54 RP Exh At Affidavit 1407
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1407 of 1525
US First Class Mail
Exhibit Pages

020009P001-1435A-598
SERAFIM SETH THOMAS
17198 BRIDLE PATH
HAMMOND LA 70403

023683P001-1435A-598
SERC REHAB PARTNERS LLC
6397 LEE HWY STE 300
CHATTANOOGA TN 37421

010047P001-1435A-598
SERRANOS
9151 INTERLINE AVE STE 2B
BATON ROUGE LA 70809

010048P001-1435A-598
SERUNTINE REFRIGERATION SVC INC
P O BOX 24585
NEW ORLEANS LA 70184-4585

021435P001-1435A-598
SERUNTINE REFRIGERATION SVC INC
POST OFFICE BOX 24585
NEW ORLEANS LA 70184-4585

016264P001-1435A-598
SERVICEMASTER
PO BOX 10690
NEW ORLEANS LA 70181

002366P001-1435A-598
SERVICEMASTER ELITE CLEANING SVC
1759 L & A RD
METAIRIE LA 70001

002367P001-1435A-598
SERVIKLEEN JANITORIAL SVC
5321 ROBELINE DR
METAIRIE LA 70003

041428P001-1435A-598
SERVIKLEEN JANITORIAL SVC
5321 ROBELINE DR
METAIRIE LA 70001

012369P001-1435A-598
SERVPRO OF GREATER COVINGTON AND MANDEVILLE
601 LEEWARD LOOP STE A
COVINGTON LA 70433

013993P001-1435A-598
SERVPRO OF METAIRIE/KENNER
PO BOX 1816
KENNER LA 70063

041429P001-1435A-598
SETCOM VOICE AND DATA NETWORKS
110 JAMES DR W #130
ST ROSE LA 70087

023684P001-1435A-598
SETON FAMILY OF DOCTORS
PO BOX 13689
BELFAST ME 04915

018846P001-1435A-598
SEW MINE MANUFACTURING
5780 HEEBE
HARAHAN LA 70123

021432P001-1435A-598
SEW MUCH FUN EMBROIDERY
332 4TH ST
NORCO LA 70079

009333P001-1435A-598
SEWERAGE AND WATER BOARD
625 ST JOSEPH ST
STE 154
NEW ORLEANS LA 70165-6501

010050P001-1435A-598
SEWERAGE AND WATER BOARD OF N O
COLLECTIONS DEPT
625 ST JOSEPH ST STE 154
NEW ORLEANS LA 70165-6501

029710P001-1435A-598
SEWERAGE AND WATER BOARD OF NEW ORLEANS
625 ST JOSEPH ST  STE 154
NEW ORLEANS LA 70165-6501

041430P001-1435A-598
SEWERAGE AND WATER BOARD OF NEW ORLEANS
625 SAINT JOSEPH ST
NEW ORLEANS LA 70165

021433P001-1435A-598
SF TRAVEL PUBLICATIONS
3959 ELECTRIC RD
STE 155
ROANOKE VA 24018

026434P001-1435A-598
SFI PHOTOS BY SHUTTERFLY
2800 BRIDGE PKWY
REDWOOD CITY CA 94065

041697P001-1435A-598
SGP INVESTMENTS LLC
DBA FASTSIGNS
3508 21ST ST
METAIRIE LA 70002

010827P001-1435A-598
SGT KNOTS
619 N CHURCH ST
MOORESVILLE NC 28115

020010P001-1435A-598
SHAKESPEARE FESTIVAL AT TULANE
215 MCWILLIAMS HALL
NEW ORLEANS LA 70118

026366P001-1435A-598
SHAKESPEARE FESTIVAL AT TULANE
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

013994P001-1435A-598
SHAMELESS PERFECTION
4212 LEMON ST
METAIRIE LA 70006

010828P001-1435A-598
SHANE'S RIB SHACK #66
1855 BARATARIA BLVD E
MARRERO LA 70072

010829P001-1435A-598
SHANGHAI JOE
46 BOWERY ST
CHINATOWN
BROOKLYN NY 11224

1407

Case 20-10846 Doc 4365-4 Filed 09/01/25 Entered 09/01/25 14:07:54 Exhibit Affidavit of Service Regarding Solicitation Packages Page 1408 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

017206P001-1435A-598
SHARE CORP
PO BOX 8867
CAROL STREAM IL 60197-8867

023685P001-1435A-598
SHARIQ J RAUF MD PA
PO BOX 590104
HOUSTON TX 77259

023686P001-1435A-598
SHARON HENO LPC
3216 N TURNBULL DR STE A
METAIRIE LA 70002

023687P001-1435A-598
SHARON S MEYER MD LLC
3434 PRYTANIA ST STE 310
NEW ORLEANS LA 70115

041431P001-1435A-598
SHARP ELECTRONICS CORP
PO BOX 660831
DALLAS TX 75266-0831

010830P001-1435A-598
SHAW ALUMNI ASSOCIATION
1000 SALESIAN LN
MARRERO LA 70072

002370P001-1435A-598
SHE LOVES
9521 SWEET BAY LN
WESTWEGO LA 70094

013995P001-1435A-598
SHEAR GRAFIX LLC
816 HICKORY AVE - 2ND FL
HARAHAN LA 70123

010831P001-1435A-598
SHEEHANS
4427 TRANSCONTINENTAL DR
METAIRIE LA 70006

021436P001-1435A-598
SHEET LABELS INC
834 BAY RD
QUEENSBURY NY 12804

023688P001-1435A-598
SHEHZAD SAMI MD PA
3411 GARTH RD STE 229
BAYTOWN TX 77521

013996P001-1435A-598
SHELL
PO BOX 9001015
LOUISVILLE KY 40290-1015

021437P001-1435A-598
SHELL CREDIT CARD CENTER
P O BOX 9081
DES MOINES IA 50368-9081

009471P001-1435A-598
SHELL FLEET PLUS
PO BOX 9001015
LOUISVILLE KY 40290-1015

010832P001-1435A-598
SHELL OIL
2150 S CLAIBORNE AVE
NEW ORLEANS LA 70125

026367P001-1435A-598
SHELL OIL
701 POYDRAS ST
NEW ORLEANS LA 70139

002371P001-1435A-598
SHEPHERD OF THE OZARKS
240 SOWING OAK DR
SAN MARCOS TX 78666

031619P001-1435A-598
SHER GARNER CAHILL RICHTER ET AL
JAMES GARNER AND RYAN LUMINAIS
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

000073P001-1435S-598
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033

000091P001-1435S-598
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046

021438P001-1435A-598
SHERATON BATON ROUGE CONVENTION CENTER
102 FRANCE ST
BATON ROUGE LA 70802

016265P001-1435A-598
SHERIDAN SEATING, INC
290 WEST ST SOUTH
ORILLIA ON L3V 5G 8
CANADA

000021P002-1435S-598
SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1990
GRAY LA 70359-1990

000069P001-1435S-598
SHERMAN-DENENEA, LLC.
JOHN H. DENENEA, JR.
424 CANAL STREET
NEW ORLEANS LA 70119

017207P001-1435A-598
SHERWIN WILLIAMS
1957 INDUSTRIAL BLVD
HARVEY LA 70058

020011P001-1435A-598
SHERWIN WILLIAMS
39201 NATCHEZ DR
SLIDELL LA 70461-2121

026368P001-1435A-598
SHERWIN WILLIAMS
8135 EARHART BLVD
NEW ORLEANS LA 70118

002373P001-1435A-598
SHERWIN WILLIAMS CO
ACCOUNT RECEIVABLE DEPT
1912 W ESPLANADE
KENNER LA 70065-3418

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

---

012370P001-1435A-598
SHERWIN WILLIAMS PAINT
1433 N HWY 190
COVINGTON LA 70433

010051P001-1435A-598
SHERWIN-WILLIAMS
5303 CANAL BLVD
NEW ORLEANS LA 70124

016266P001-1435A-598
SHERWIN-WILLIAMS - COVINGTON
70360 HIGHWAY 21
STE 4
COVINGTON LA 70433-8144

016267P001-1435A-598
SHERWIN-WILLIAMS - MANDEVILLE
4250 HIGHWAY 22 STE 8
MANDEVILLE LA 70471

010052P001-1435A-598
SHERWOOD FOREST FARMS
PO BOX 8400
LACEY WA 98509

002374P001-1435A-598
SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS TX 75395-2121

021439P001-1435A-598
SHI INTERNATIONAL CORP
PO BOX 850041155
PHILADELPHIA PA 19178

013997P001-1435A-598
SHIFFLER
DEPT 781437
PO BOX 78000
DETROIT MI 48278-1437

016268P002-1435A-598
SHINDIGZ
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

026435P001-1435A-598
SHINDIGZ DECORATIONS
919 S HARRISON ST
STE 300
FORT WAYNE IN 46802

026369P001-1435A-598
SHIP ISLAND EXCURSIONS
1040 23RD AVE
GULFPORT MS 39501

018848P002-1435A-598
SHMOOP UNIVERSITY INC
PO BOX 15550
SCOTTSDALE AZ 85267-5550

023689P001-1435A-598
SHOEMAKER CHIROPRACTIC
PO BOX 901
CHALMETTE LA 70044

016269P001-1435A-598
SHOOTAWAY, INC
3305 COUNTY HIGHWAY 47
UPPER SANDUSKY OH 43351

010833P001-1435A-598
SHOP NEHS
NORTHERN ILLINOIS UNIVERSITY
1425 W LINCOLN HWY
DEKALB IL 60115

010834P001-1435A-598
SHOP RITE
1400 ST CHARLES ST
HOUMA LA 70360

010835P001-1435A-598
SHOPPERS VALUE FOOD
3826 MOSS ST
LAFAYETTE LA 70507

002377P001-1435A-598
SHORT STOP PO BOYS
MR RUSSELL
119 TRANSCONTINENTAL DR
METAIRIE LA 70001

026436P001-1435A-598
SHOW ME CHABLES
115 CHESTERFIELD INDUSTRIAL BLVD
CHESTERFIELD MO 63005

010836P001-1435A-598
SHOWBIE INC
10113 104 ST NW #403
EDMONTON AB T5J 1A1
CANADA

010837P001-1435A-598
SHOWMARK MEDIA
4 RESEARCH DR
SHELTON CT 06484

020013P002-1435A-598
SHRED AMERICAN LOUISIANA
PAPER SHREDDING PATRIOTS
8416 HWY 90 W
NEW IBERIA LA 70560-7652

041435P001-1435A-598
SHRED IT
28883 NETWORK PL
CHICAGO IL 60673-1288

041698P001-1435A-598
SHRED IT USA LLC
STERICYCLE INC
28883 NETWORK PL
CHICAGO IL 60673-1288

041436P001-1435A-598
SHREDLINK
4425 YORK ST
METAIRIE LA 70001

002378P001-1435A-598
SHRINE OF OUR LADY OF GUADALUPE
PO BOX 1237
LA CROSSE WI 54602-1237

002379P001-1435A-598
SHRINE OF OUR LADY OF PROMPT SUCCOR
URSULINE COMMUNITY
2734 NASHVILLE AVE
NEW ORLEANS LA 70118

002380P001-1435A-598
SHRM
PO BOX 791139
BALTIMORE MD 21279-1139

Case 2:08-md-01846-CJB-DPC Document 4214-07-14 Filed 09/02/25 Page 1410 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1410 of 1525

US First Class Mail

Exhibit Pages

010838P001-1435A-598
SHUBERT THEATER
225 W 44TH ST
NEW YORK NY 10036

010053P001-1435A-598
SHURLEY INSTRUCTIONAL MATERIALS
366 SIM DR
CABOT AR 72023

026269P001-1435A-598
SHUTTERFLY
2800 BRIDGE PKWY
REDWOOD CITY CA 94065

021440P001-1435A-598
SICILY'S ITALIAN BUFFET
214 BELLE TERRE BLVD
LA PLACE LA 70068

013998P001-1435A-598
SIDELINES BAR AND GRILL
1229 VETERANS BLVD
METAIRIE LA 70005

041437P001-1435A-598
SIDS LAWN SERVICE, LLC
728 N ATLANTA ST
METAIRIE LA 70003

033863S001-1435A-598
SIERRA CONSERVATION CTR
MELANIE PAYNE
PO BOX 497
JAMESTOWN CA 95327-0497

020014P001-1435A-598
SIGN ARTIST
58374 CHOCTAW DR
SLIDELL LA 70461

021441P002-1435A-598
SIGN DEPOT
1100 W COLONIAL DR UNIT 1
ORLANDO FL 32804-7334

016270P001-1435A-598
SIGN EXPRESS
5031 PARIS RD
CHALMETTE LA 70043

012371P001-1435A-598
SIGN HERE INC
1419 N HWY 190
COVINGTON LA 70433

016271P001-1435A-598
SIGN LITE
1490 I-10 SERVICE RD
SLIDELL LA 70461

020015P001-1435A-598
SIGN TEC 360
351 SHRINERS DR
BOGALUSA LA 70427

010839P001-1435A-598
SIGN WORLD
11314 TUTTLE RD
HAMMOND LA 70403

020016P001-1435A-598
SIGNS DESIGNS AND GRAPHICS
2767 WILLIAM TELL ST
SLIDELL LA 70458

016272P001-1435A-598
SIGNS SVC AND SPECIALTIES
PO BOX 147
COVINGTON LA 70434

018849P001-1435A-598
SIGNWORKX
2527 HICKORY AVE
METAIRIE LA 70003

013999P001-1435A-598
SIGNWORX, LLC
2527 HICKORY AVE
METAIRIE LA 70130

021442P001-1435A-598
SILVER AND GOLD LOCKSMITH
3354 AMY ST
PAULINA LA 70763

034845S001-1435A-598
SILVERDALE DETENTION CTR
LORENETTA GRAVES
5501 VIRGINIA WAY # 110
BRENTWOOD TN 37027-7684

031620P001-1435A-598
SIMMONS HANLY CONROY
BRENDAN SMITH
ONE COURT ST
ALTON IL 62002

009400P001-1435A-598
SIMMONS PRESS INC
PO BOX 57652
NEW ORLEANS LA 70157-7652

012372P001-1435A-598
SIMPLEE GOURMET
70457 HWY 21 STE 110
COVINGTON LA 70433

021443P001-1435A-598
SIMPLEXGRINNEL
DEPT CH 10320
PALATINE IL 60055-0320

012373P001-1435A-598
SIMPLEXGRINNELL
DEPT CH 10320
PALATINE IL 60055-0320

041438P001-1435A-598
SIMPLISAFE
100 SUMMER ST
BOSTON MA 02110

023690P001-1435A-598
SIMPLY PRECISE FAMILY CHIRO
STE B 9135 W JUDGE PEREZ DR
CHALMETTE LA 70043

012374P001-1435A-598
SIMPLY SOUTHERN
70488 HWY 21 STE 400
COVINGTON LA 70433

Case 2:20-cv-08460-CJB-DPC Document 45-4 Filed 09/02/25 Page 1411 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans - Affidavit
of Service Regarding Solicitation Packages Page 1411 of 1525
US First Class Mail
Exhibit Pages

021444P001-1435A-598
SIMPLY SWIM CAPS LLC
537 CLUB DR
PALM BEACH GARDENS FL 33418

016273P001-1435A-598
SIMPSON SOD
2815 N HIGHWAY 190
COVINGTON LA 70433

017208P001-1435A-598
SIMPSON SOD TURF MANAGEMENT
2815 N HWY 190
COVINGTON LA 70433

020017P001-1435A-598
SIMPSON SOD TURF MANAGEMENT
PO BOX 1726
2815 N HWY 190
COVINGTON LA 70433

018850P001-1435A-598
SIMPSON SOD TURN MANAGEMENT
2815 N HWY 190
COVINGTON LA 70433

010841P001-1435A-598
SINGER ONLINE
176 NORTH MAIN ST ROUTE 58
STE 100
OBERLIN OH 44074

023691P001-1435A-598
SINGING RIVER HEALTH SYSTEM
PO BOX 26367
SALT LAKE CITY UT 84126

023692P001-1435A-598
SINGING RIVER HEALTH SYSTEM
PO BOX 26627
SALT LAKE CITY UT 84126

023693P001-1435A-598
SINGING RIVER PATHOLOGY
5052 W 4TH ST STE 7
HATTIESBURG MS 39402

023694P002-1435A-598
SINGING RIVER RADIOLOGY GROUP
1365 MARKET ST
PASCAGOULA MS 39567-6698

018851P001-1435A-598
SIP AND PAINT
3350 RIDGELAKE DR
METAIRIE LA 70002

021445P001-1435A-598
SIRS PUBLISHING INC
PROQUEST INFORMATION AND LEARNIN
2112 PAYSPHERE CIRCLE
CHICAGO IL 60674

016274P001-1435A-598
SIS Q CUSTOM CAPS
PO BOX 958
YREKA CA 96097

016275P001-1435A-598
SIS RESOURCES
PO BOX 86
COLWICH KS 67030

009141P001-1435A-598
SISTERS OF MERCY
101 MERCY DR
BELMONT NC 28012-2898

002386P001-1435A-598
SISTERS OF MOUNT CARMEL
SR MARY ELLEN WHEELAHAN O CARM
7027 MILNE BLVD
NEW ORLEANS LA 70124

031553P001-1435A-598
SISTERS OF MOUNT CARMEL
GENERALATE OFFICE
21388 SMITH RD
COVINGTON LA 70435-6349

033357S001-1435A-598
SISTERS OF ST BENEDICT
NANCY BOUSHEY
705 MONASTERY LN
RIO GRANDE CITY TX 78582-0227

010054P001-1435A-598
SISTERS OF ST FRANCIS
SISTER PATRICIA BIETSCH
PO BOX 82
TOHATCHI NM 87325

002387P001-1435A-598
SISTERS OF THE HOLY FAMILY
6901 CHEF MENTEUR HWY
NEW ORLEANS LA 70126

012375P001-1435A-598
SITE ONE LANDSCAPE SUPPLY
1690 SOUTH LN
MANDEVILLE LA 70471

016276P001-1435A-598
SITEONE LANDSCAPE SUPPLY, LLC
24110 NETWORK PL
CHICAGO IL 60673

010842P001-1435A-598
SIX STAR UNIFORMS CO
1 43RD ST #11
BROOKLYN NY 11232

014000P001-1435A-598
SIZELER THOMPSON BROWN ARCHITECTS
300 LAFAYETTE ST
STE 200
NEW ORLEANS LA 70130

018852P001-1435A-598
SIZELER THOMPSON BROWN ARCHITECTS
REGIONAL DESIGN GROUP LLC
300 LAFAYETTE MALL
STE 200
NEW ORLEANS LA 70130

013961P001-1435A-598
SJ BEAULIEU, JR, TRUSTEE
CASE#13-12665
PO BOX 113
MEMPHIS TN 38101

002389P001-1435A-598
SJH FISH LLC
PO BOX 1226
HAMMOND LA 70404

010843P001-1435A-598
SKATE COUNTRY
1100 TERRY PKWY
TERRYTOWN LA 70056

1411

The Roman Catholic Church of the Archdiocese of New Orleans
Affidavit of Service Regarding Solicitation Packages Page 1412 of 1525
US First Class Mail
Exhibit Pages

021446P001-1435A-598
SKILL LABOR PROVIDER INC
PO BOX 7843
METAIRIE LA 70010-7843

012376P001-1435A-598
SKILL SPECIALISTS
202 SPARTAN LOOP
SLIDELL LA 70458

023695P001-1435A-598
SKIN DIAGNOSTICS GROUP
3512 OLD MONTGOMERY HWY
BIRMINGHAM AL 35209

023696P001-1435A-598
SKIN PATHOLOGY ASSOCIATES LL
PO BOX 830525
BIRMINGHAM AL 35283

023697P001-1435A-598
SKIN PATHOLOGY ASSOCIATES LLC
3550 INDEPENDENCE DR
BIRMINGHAM AL 35209

023698P001-1435A-598
SKIN PATHOLOGY ASSOCIATES LLC
DEPT SF17
PO BOX 830525
BIRMINGHAM AL 35283

023699P001-1435A-598
SKIN PATHOLOGY ASSOCIATES LLC
PO BOX 830525
BIRMINGHAM AL 35283

023700P001-1435A-598
SKINPATH DIAGNOSTIC LLC
STE 220 3000 KNIGHT ST BLDG 5
SHREVEPORT LA 71105

012377P001-1435A-598
SKIP N WHISTLE
44512 MYERS RD
HAMMOND LA 70403

021447P001-1435A-598
SKIP PEREZ LLC
PO BOX 2068
HAMMOND LA 70404-2068

017209P001-1435A-598
SKOBELJ'S
7928 HIGHWAY 23
BELLE CHASSE LA 70037

009330P001-1435A-598
SKOOLBO PTE LTD
61 CARLTON WOODS DR
WOODLANDS TX 77382

018853P001-1435A-598
SKY TRACKER GULF SOUTH, LLC
321 W HARRISON AVE
NEW ORLEANS LA 70124

018854P001-1435A-598
SKYCOACH
347 W BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT LA 71106

031279P001-1435A-598
SLATER SLATER SCHULMAN LLP
DANIEL A MEYER
825 BARONNE ST
NEW ORLEANS LA 70113

031621P001-1435A-598
SLATER SLATER SCHULMAN LLP
ADAM P SLATER
445 BROAD HOLLOW RD STE 410
MELVILLE NY 11747

020018P001-1435A-598
SLC GNO
2021 LAKESHORE DR
STE 414
NEW ORLEANS LA 70122

023701P001-1435A-598
SLEEP CENTER OF NEW ORLEANS
STE 108 4232 WILLIAMS BLVD
KENNER LA 70065

018855P001-1435A-598
SLEEP INN AND SUITES MEDICAL CENTER
3215 SAMFORD AVE
SHREVEPORT LA 71103-4240

023702P002-1435A-598
SLEEP RITE LLC
3727 CANAL ST STE 3
NEW ORLEANS LA 70119-6175

021448P001-1435A-598
SLFOA
C O DR BENNY JONES
4 MYRTLE HILL DR
DESTREHAN LA 70047

020019P001-1435A-598
SLIDELL CITY MARSHAL CITY COURT
PO BOX 2356
SLIDELL LA 70459

023704P001-1435A-598
SLIDELL EAR NOSE AND THROAT
1850 GAUSE BLVD E STE 301
SLIDELL LA 70461

023705P001-1435A-598
SLIDELL EAR NOSE AND THROAT
2050 GAUSE BLVD E STE 200
SLIDELL LA 70461

023706P001-1435A-598
SLIDELL EAR NOSE AND THROAT
STE 301 1850 GAUSE BLVD
SLIDELL LA 70461

023707P001-1435A-598
SLIDELL EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

020020P001-1435A-598
SLIDELL FOOD AND FUN FEST 5K
1050 ROBERT BLVD
SLIDELL LA 70458

020021P001-1435A-598
SLIDELL GLASS INC
323 NASSAU DR
SLIDELL LA 70458

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 14:07:51 RP Ex−4− Αﬁdανит 1413
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1413 of 1525
US First Class Mail
Exhibit Pages

012378P001-1435A-598
SLIDELL HIGH SCHOOL
1 TIGER DR
SLIDELL LA 70458

016277P001-1435A-598
SLIDELL HIGH SCHOOL
1 TIGER DR
SLIDELL LA 70461

020022P001-1435A-598
SLIDELL INDEPENDENT
PO BOX 3130
SLIDELL LA 70459

020023P001-1435A-598
SLIDELL MAGAZINE
PO BOX 4147
SLIDELL LA 70459

002390P001-1435A-598
SLIDELL MEMORIAL HOSPITAL
PO BOX 679540
DALLAS TX 75267-9540

023709P001-1435A-598
SLIDELL MEMORIAL HOSPITAL
PO BOX 679504
DALLAS TX 75267

016278P001-1435A-598
SLIDELL MOVING
PO BOX 2144
SLIDELL LA 70459

020026P001-1435A-598
SLIDELL PEARL RIVER
PO BOX 1696
SLIDELL LA 70459-1696

020027P001-1435A-598
SLIDELL PEARL RIVER PROJECT GRADUATION INC
PO BOX 1696
SLIDELL LA 70459-1696

020024P001-1435A-598
SLIDELL POLICE RESERVE
2112 SGT ALFRED DR
SLIDELL LA 70458

023710P001-1435A-598
SLIDELL RADIATION CENTER
PO BOX 679500
DALLAS TX 75267

020025P001-1435A-598
SLIDELL REFRIGERATION AND
METAL FABRICATORS INC
PO BOX 5250
SLIDELL LA 70469-5250

023711P001-1435A-598
SLIDELL VA CBOC
PO BOX 94528
CLEVELAND OH 44101

020028P001-1435A-598
SLIDELLL POLICE RESERVE
2112 SGT ALFRED DR
SLIDELL LA 70458

016279P001-1435A-598
SLS ARTS
5524 MOUNDS
NEW ORLEANS LA 70123

014001P001-1435A-598
SLU - LANGUAGES AND COMMUNICATION
DEPT OF LANGUAGES AND COMMUNICATION
DR LUZ ESCOBAR
SLU 10719
548 NED MCGEHEE DR
HAMMOND LA 70402

016280P001-1435A-598
SLU - LANGUAGES AND COMMUNICATION
DEPT OF LANGUAGES AND COMMUNICATIONS
DR LUZ ESCOBAR
500 W UNIVERSITY AVE
SLU 10719
HAMMOND LA 70402

016281P001-1435A-598
SLU - WORLD LANGUAGES AND CULTURES
DR JERRY PARKER
SLU BOX 10719
HAMMOND LA 70402

021402P001-1435A-598
SLU FOREIGN LANGUAGES
DEPT OF FOREIGN LANGUAGES
SLU 10719
500 W UNIVERSITY AVE
HAMMOND LA 70401

010844P001-1435A-598
SLU FOREIGN LANGUAGES AND COMMUNICATION
500 W UNIVERSITY AVE
HAMMOND LA 70402

012379P001-1435A-598
SLU-FOREIGN LANGUAGES
SOUTHERN LOUISIANA UNIVERSITY
DR LUZ ESCOBAR-DEPT FOR LANG
500 W UNIVERSITY AVE
HAMMOND LA 70402

020033P001-1435A-598
SLU-LANGUAGES AND CULTURE
DEPT OF LANGUAGES AND CULTURE
548 NED MCGEHEE DR
SLU 10719
HAMMOND LA 70402

012380P001-1435A-598
SLU-REGION 8 SCIENCE FAIR
PO BOX 10687
HAMMOND LA 70402

014002P001-1435A-598
SMALL WORLD MUSICFOLDERCOM INC
BOX 60582
RPO GRANVILLE PK
VANCOUVER BC V6H 4B9
CANADA

016282P001-1435A-598
SMART APPLE MEDIA
PO BOX 3748
MANKATO MN 56002

016283P001-1435A-598
SMART LIGHTING SOLUTIONS
24023 NE SHEA LN 205
WOOD VILLAGE OR 97060

002391P001-1435A-598
SMART MEDIA LLC
PO BOX 24166
NEW ORLEANS LA 70184-4166

023712P001-1435A-598
SMB RADIOLOGY
PO BOX 1330
GULFPORT MS 39502

08/27/2025 05:46:02 PM

027103P001-1435A-598
SMH FOUNDATION
1111 GAUSE BLVD
SLIDELL LA 70458

002392P001-1435A-598
SMH HOSPITAL
1001 GAUSE BLVD
BOX 15
SLIDELL LA 70458

023714P002-1435A-598
SMH PROFESSIONAL SERV AT SMH
1001 GAUSE BLVD
SLIDELL LA 70458

010845P001-1435A-598
SMI AWARDS
300 CADMAN PLZ WEST
SUITE 1303 BROOKLYN NY 11201

021449P001-1435A-598
SMI AWARDS
ONE WESTINGHOUSE PLZ
BOSTON MA 02136-2059

002393P001-1435A-598
SMILE CARE DENTAL
14401 CHEF METEUR HWY
NEW ORLEANS LA 70129

021450P001-1435A-598
SMILEMAKERS INC
PO BOX 2543
SPARTANBURG SC 29304-2543

010846P001-1435A-598
SMILIE'S RESTAURANT
3716 DOWNMAN RD
NEW ORLEANS LA 07012

020034P001-1435A-598
SMITH CONSTRUCTION CO
PO BOX 5596
SLIDELL LA 70469

023715P001-1435A-598
SMITH SPINAL CENTER
2213 ATHANIA PKWY
METAIRIE LA 70001

020035P001-1435A-598
SMITH SPORTING GOODS LLC
1435 W LINDBERG AVE
SLIDELL LA 70458

014003P001-1435A-598
SMITH'S SPORTING GOODS
1435 W LINDBERG
SLIDELL LA 70458

016284P001-1435A-598
SMITHSONIAN
PO BOX 62170
TAMPA FL 33663

026370P001-1435A-598
SMITHSONIAN STUDENT TRAVEL
RONALD REAGAN BLDG AND
INTERNATIONAL TRADE CENTER
1300 PENNSYLVANIA AVE NW #G-0002
WASHINGTON DC 20004

002399P001-1435A-598
SMOKE-N-SPICE CATERING LLC
6221 S CLAIBORNE AVE
STE 592
NEW ORLEANS LA 70125

010847P001-1435A-598
SMOKER'S PARADISE
3128 LA-28
PINEVILLE LA 71360

010848P001-1435A-598
SMOOTHIE KING
900-A TERRY PKWY
TERRYTOWN LA 70056

012381P001-1435A-598
SMOOTHIE KING
404 W UNIVERSITY AVE
HAMMOND LA 70401

016285P001-1435A-598
SMOOTHIE KING
NOR DU LAC SHOPPES
70456 HIGHWAY 21
STE 2
COVINGTON LA 70433

026526P001-1435A-598
SMOOTHIE KING
9797 ROMBAUER RD #150
COPPELL TX 75019

026270P001-1435A-598
SMOOTHIE KING LAPLACE
1506 W AIRLINE HWY
LAPLACE LA 70068

014004P001-1435A-598
SNAP SHOTZ PHOTO BOOTHS
PO BOX 1944
KENNER LA 70063

010849P001-1435A-598
SNAPFISH
100 MONTGOMERY ST
STE 1430
SAN FRANCISCO CA 94104

018856P001-1435A-598
SNAPPY TINT
5609 SALMEN ST  STE B
JEFFERSON LA 70123

014005P001-1435A-598
SNO SITES
PO BOX 2277
BURNSVILLE MN 55337

016286P001-1435A-598
SNO SITES (SCHOOL NEWSPAPERS ONLINE)
PO BOX 2277
BURNSVILLE MN 55337

010850P001-1435A-598
SOAP STONE ME
47 PARK DR
TOPSHAM ME 04086

021451P001-1435A-598
SOCCER MAGIC
1050 SCHADT AVE
WHITEHALL PA 18052

Case 2:20-bk-10846 Doc 3845-4 Filed 09/01/25 Entered 09/01/25 14:10:54 Desc Exit 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1415 of 1525
US First Class Mail
Exhibit Pages

021452P001-1435A-598
SOCCERCOM
431 US HWY 70A EAST
HILLSBOROUGH NC 27278-9912

014006P001-1435A-598
SOCIAL APOSTALATEST VINCENT DEPAUL MINISTRY
ST MARY MAGDALEN CHURCH
6425 W METAIRIE AVE
METAIRIE LA 70003

010851P001-1435A-598
SOCIAL STUDIES SCHOOL SVC
10200 JEFFERSON BLVD
CULVER CITY CA 90232

014007P001-1435A-598
SOCIAL STUDIES SCHOOL SVC
10200 JEFFERSON BLVD
PO BOX 802
CULVER CITY CA 90232-0802

017210P001-1435A-598
SOCIAL STUDIES SCHOOL SVC
10200 JEFFERSON BLVD
BOX 802
CULVER CITY CA 90232

021456P001-1435A-598
SOCIAL STUDIES SCHOOL SVC
PO BOX 802
CULVER CITY CA 90232-0802

016287P001-1435A-598
SOCIEDAD HONORARIA HISPANICA
PO BOX 5318
BUFFALO GROVE IL 60089-5318

010055P001-1435A-598
SOCIETY FOR THE PROPAGATION OF THE FA
7887 WALMSLEY AVE
NEW ORLEANS LA 70115

002401P001-1435A-598
SOCIETY FOR THE PROPAGATION OF THE FAITH
11001 DORCHESTER RD
SUMMERVILLE SC 29485

002402P001-1435A-598
SOCIETY OF AMERICAN ARCHIVISTS
17 NORTH STATE ST
STE 1425
CHICAGO IL 60602-4061

002403P001-1435A-598
SOCIETY OF AMERICAN ARCHIVISTS
ARCHIVES 2015 REGISTRAR
17 N STATE ST
CHICAGO IL 60602

002404P001-1435A-598
SOCIETY OF LOUISIANA CPA S
2400 VETERANS BLVD
STE 500
KENNER LA 70062-4739

002405P001-1435A-598
SOCIETY OF LOUISIANA CPAS
2400 VETERANS BLVD
KENNER LA 70062-4739

002406P001-1435A-598
SOCIETY OF ST PETER APOSTLE
70 WEST 36TH ST 8TH FL
NEW YORK NY 10018

018996P001-1435A-598
SOCIETY OF ST TERESA
18080 ST JOSEPH WAY
COVINGTON LA 70435

002407P001-1435A-598
SOCIETY OF ST TERESA OF JESUS
18080 ST JOSEPH WAY
COVINGTON LA 70435

041440P001-1435A-598
SOCIETY OF ST VINCENT DE PAUL
3600 CLARIE AVE
GRETNA LA 70053

031563P001-1435A-598
SOCIETY OF THE DIVINE WORD
PO BOX 6038
TECHNY IL 60082

041441P001-1435A-598
SOCIETY OF THE DIVINE WORD
199 SEMINARY DR BAY
BAY ST.LOUIS MS 39520

041442P001-1435A-598
SOCIETY OF THE DIVINE WORD
(RETIREMENT CONTRIBUTION)
204 RUELLA AVE
BAY ST. LOUIS MS 39520

041443P001-1435A-598
SOCIETY OF THE DIVINE WORD
FR LAMBERT A LEIN, SVD
(WATER)
3325 DANNEEL ST
NEW ORLEANS LA 70115

002408P001-1435A-598
SOCIETY OF THE PRECIOUS BLOOD
KANSAS CITY PROVINCE
2130 ST GASPAR WAY
LIBERTY MO 64068

031561P001-1435A-598
SOCIETY OF THE SACRED HEART
4120 FOREST PK AVE
ST. LOUIS MO 63108

031691P001-1435A-598
SOCIETY OF THE SACRED HEART
4120 FOREST PARK AVENUE
ST. LOUIS MO 63108

018857P001-1435A-598
SODEXO INC AND AFFILIATES
31 MCALISTER DR
NEW ORLEANS LA 70118

002409P001-1435A-598
SODEXO LOYOLA CATERING
6363 ST CHARLES AVE
BOX 243
NEW ORLEANS LA 70118

016288P001-1435A-598
SODMAN
PO BOX 1726
COVINGTON LA 70434

021457P001-1435A-598
SOFTLINK AMERICA INC
720 THIRD AVE
STE 2220
SEATTLE WA 98104

The Roman Catholic Church of the Archdiocese of New Orleans
Affidavit of Service Regarding Solicitation Packages Page 1416 of 1525
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 010056P001-1435A-598<br>SOFTWARE HOUSE INTERNATIONAL<br>PO BOX 8500-41155<br>PHILADELPHIA PA 19178 | 021458P001-1435A-598<br>SOFTWARE MARKETING SOLUTIONS<br>4335 SOUTH 90TH ST<br>OMAHA NE 68127 | 041699P001-1435A-598<br>SOFTWARE PROFESSIONAL INC<br>DBA ESOFTWARE PROFESSIONALS<br>PO BOX 4800<br>UNIT 23<br>PORTLAND OR 97208 | 041700P001-1435A-598<br>SOLAR ALTERNATIVES INC<br>5804 RIVER OAKS RD SOUTH<br>NEW ORLEANS LA 70123 |
| 002410P001-1435A-598<br>SOLAR REFRIGERATION AND APPLIANCE<br>3201 METAIRIE RD<br>METAIRIE LA 70001 | 002411P001-1435A-598<br>SOLARWINDS<br>PO BOX 730720<br>DALLAS TX 75373-0720 | 010852P001-1435A-598<br>SOLID ROCK JEWELRY<br>5924 N SHELDON RD<br>CANTON MI 48187 | 010853P001-1435A-598<br>SOLOMON EPISCOPAL CONFERENCE CENTER<br>54296 LA-445<br>LORANGER LA 70446 |
| 016289P001-1435A-598<br>SOLOMON EPISCOPAL CONFERENCE CENTER<br>54296 HWY 445<br>LORANGER LA 70446 | 009366P001-1435A-598<br>SOLOMON GROUP<br>825 GIROD ST<br>NEW ORLEANS LA 70113 | 041444P001-1435A-598<br>SONITROL<br>2217 RIDGELAKE DR<br>METAIRE LA 70001 | 041445P001-1435A-598<br>SONITROL<br>PO BOX 643731<br>PITTSBURGH PA 15264-5253 |
| 009277P001-1435A-598<br>SOPHISTICATED STYLES FLORIST<br>3712 WILLIAMS BLVD STE D<br>KENNER LA 70065-3000 | 000014P001-1435A-598<br>SOS OF LOUISIANA<br>R KYLE ARDOIN<br>8585 ARCHIVES AVE<br>PO BOX 94125<br>BATON ROUGE LA 70809 | 009163P001-1435A-598<br>SOS TECHNOLOGIES<br>11125 PARK BLVD<br>STE 104-116<br>SEMINOLE FL 33772 | 029837P001-1435A-598<br>SOTO CAMP<br>240 SOWING OAK DR<br>SAN MARCOS TX 78666 |
| 021459P001-1435A-598<br>SOUND AND SPIRIT<br>P O BOX 91511<br>INDIANAPOLIS IN 46291-0511 | 018858P001-1435A-598<br>SOUND CREATIONS<br>PO BOX 2639<br>MARRERO LA 70073 | 017211P001-1435A-598<br>SOUND CREATIONS, LLC<br>PO BOX 2639<br>MARRERO LA 70072 | 012382P001-1435A-598<br>SOUND MANAGEMENT GROUP, LLC<br>PO BOX 6060<br>HILLSBOROUGH NJ 08844 |
| 016290P001-1435A-598<br>SOUND PAGE COMMUNICATIONS<br>1317 COLISEUM ST<br>NEW ORLEANS LA 70130 | 021460P001-1435A-598<br>SOUND SECURITY INC<br>PO BOX 73366<br>METAIRIE LA 70033 | 016291P001-1435A-598<br>SOUND UNION, LLC<br>45461 IRAH RD<br>ST. AMANT LA 70774 | 016292P001-1435A-598<br>SOUND WAVE TECHNOLOGIES<br>22233 MAX JUDE LN<br>MANDEVILLE LA 70471 |
| 023716P002-1435A-598<br>SOURCE CHIROPRACTIC REHABILITA<br>2225 N HULLEN ST<br>METAIRIE LA 70001-1929 | 023717P001-1435A-598<br>SOUTH BALDWIN REG MD CTR<br>PO BOX 402375<br>ATLANTA GA 30384 | 014008P001-1435A-598<br>SOUTH LAFOURCHE HIGH SCHOOL<br>RAINIE TERREBONNE<br>16911 EAST MAIN<br>CUT OFF LA 70345 | 021461P001-1435A-598<br>SOUTH LAFOURCHE HIGH SCHOOL<br>PO BOX 160<br>GALLIANO LA 70354 |

1416

Case 20-10846 Doc 3656-4 Filed 09/02/25 Entered 09/02/25 11:07:14 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 1417 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1099 of 1204                                                      08/27/2025 05:46:02 PM

026527P001-1435A-598
SOUTH LAFOURCHE HIGH SCHOOL
16911 E MAIN ST
CUT OFF LA 70345

023718P001-1435A-598
SOUTH LAKE SURGERY CENTER LLC
1207 N CAUSEWAY BLVD
METAIRIE LA 70001

023719P001-1435A-598
SOUTH LOUISIANA ENT
1420 N CAUSEWAY BLVD
MANDEVILLE LA 70471

023720P001-1435A-598
SOUTH LOUISIANA MEDICAL
1990 INDUSTRIAL BLVD
HOUMA LA 70363

020036P001-1435A-598
SOUTH LOUISIANA PROFESSIONAL PAINTING LLC
775 BUCK RUN
PEARL RIVER LA 70442

023721P001-1435A-598
SOUTH MS URGENT CARE
3661 SANGANI BLVD STE E
DIBERVILLE MS 39540

026192P001-1435A-598
SOUTH PLAQUEMINE HIGH SCHOOL
34121 LA-23
BURAS LA 70041

016293P001-1435A-598
SOUTH PLAQUEMINES HS
34121 HIGHWAY 23
BURAS LA 70041

018859P001-1435A-598
SOUTH REGIONAL OLYMPIC TRAINING CENTER
2113 N HULLEN ST
METAIRIE LA 70003

010854P001-1435A-598
SOUTH TERREBONNE TRACK AND FIELD
3879 HIGHWAY LA-24
BOURG LA 70343

012383P001-1435A-598
SOUTH TERREBONNE TRACK AND FIELD
3879 LA 24
BOURG LA 70343

018860P001-1435A-598
SOUTH WALTON
645 GREENWAY TRL
SANTA ROSA BEACH FL 32459

041446P001-1435A-598
SOUTHEAST BUSINESS SYSTEMS
202 MARKET ST
HAMMOND LA 70401

010855P001-1435A-598
SOUTHEAST CHURCH SUPPLY
915 DRAWER
POINT CLEAR AL 36564

023722P001-1435A-598
SOUTHEAST COMMUNITY HEALTH SY
PO BOX 770
ZACHARY LA 70791

018861P001-1435A-598
SOUTHEAST EQUIPMENT AND SUPPLY
2305 HICKORY AVE STE D
HARAHAN LA 70123

016294P001-1435A-598
SOUTHEAST LA DISTRICT LITERARY RALLY ASSOC
SOUTHEASTERN LA UNIV
SLU 10752
HAMMOND LA 70402

018862P001-1435A-598
SOUTHEAST LA DISTRICT LITEREARY
RALLY ASSOCIATION
DISTRICT LITERARY RALLY
SLU BOX 10752
HAMMOND LA 70402

014009P001-1435A-598
SOUTHEAST LOUISIANA DISTRICT LITERARY RALLY
SLU 10752
548 NED MCGEHEE DR
HAMMOND LA 70402

020037P001-1435A-598
SOUTHEAST LOUISIANA DISTRICT LITERARY RALLY
548 NED MCGEHEE DR
SLU 10752
HAMMOND LA 70402

012384P001-1435A-598
SOUTHEAST LOUISIANA DISTRICT RALLY
ASSOCIATION
SOUTHEASTERN LOUISIANA UNIVERSITY
ATTN:WENDY VAN DALEN
120 PROGRESSIVE BLVD, SLU 10752
HAMMOND LA 70402

041447P001-1435A-598
SOUTHEAST LOUSIANA COUNCIL,
BOY SCOUTS OF AMERICA
4200 S I-10 SERVICE RD W #101
METAIRIE LA 70001

020038P001-1435A-598
SOUTHEAST REGIONAL OFFICIALS ASSOCIATION
PO BOX 805
HAMMOND LA 70404

002416P001-1435A-598
SOUTHEAST WATERPROOFING INC
1028 JUSTIN RD
METAIRIE LA 70001

020039P001-1435A-598
SOUTHEASTERN
JERRY PARKER
DEPT OF LANGUAGES COMMUNICATION
SLU BOX 10719
548 NED MCGEHEE DR
HAMMOND LA 70402

021462P001-1435A-598
SOUTHEASTERN ATHLETICS ASSOCIATION
SLU 12793
500 W UNIVERSITY AVE
HAMMOND LA 70402

023723P001-1435A-598
SOUTHEASTERN EMERGENCY PHYSICI
PO BOX 634706
CINCINNATI OH 45263

016295P001-1435A-598
SOUTHEASTERN LA UNIVERSITY
JOHNETTE IPPOLITO
SLU BOX 10720
HAMMOND LA 70402

Case 20-10846 Doc 4306-4 Filed 09/02/25 Entered 09/02/25 10:45:07 RP Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1418 of 1525
US First Class Mail
Exhibit Pages

017212P001-1435A-598
SOUTHEASTERN LA UNIVERSITY
JOHNETTE IPPOLITO
548 NED MCGEHEE DR
SLU 10720
HAMMOND LA 70402

012385P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY
JOHNETTE IPPOLITO
SLU 10720
HAMMOND LA 70402

014010P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY
JOHNETTE IPPOLITO
500 W UNIVERSITY AVE
SLU 10720
HAMMOND LA 70402

016296P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY
WOMEN'S VOLLEYBALL ( HAMMOND FEST)
SLU 10309
HAMMOND LA 70402

020040P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY
SELU SCHOLARSHIP SVC
548 NED MCGEHEE DR
SLU 10768
HAMMOND LA 70402

021463P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY
CONTROLLERS OFFICE JOHNETTE IPPOLITO
SLU 10720
500 W UNIVERSITY AVE
HAMMOND LA 70402

026528P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY
500 W UNIVERSITY AVE
HAMMOND LA 70402

026271P001-1435A-598
SOUTHEASTERN LOUISIANA UNIVERSITY ATHLETICS
500 W UNIVERSITY AVE
HAMMOND LA 70402

016297P002-1435A-598
SOUTHEASTERN THEATRICAL SUPPORT
7109 PANAVISTA LN
CHATTANOOGA TN 37421-4026

026643P001-1435A-598
SOUTHERN ANIMAL FOUNDATION
1823 MAGAZINE ST
NEW ORLEANS LA 70130

010856P001-1435A-598
SOUTHERN ASSOC OF STUDENT COUNCILS
SASC EXECUTIVE DIRECTOR
1398 SPITZY LN
SODDY DAISY TN 37379

012386P001-1435A-598
SOUTHERN ASSOC STUDENT COUNCIL
MARQUITA THOMAS
2560 SAM POWELL TRL
SIGNAL MOUNTAIN TN 37377

021464P001-1435A-598
SOUTHERN ASSOCIATION OF COLLEGES AND
SCHOOLS
1866 SOUTHERN LN
DECATUR GA 30033-4097

018863P001-1435A-598
SOUTHERN ASSOCIATION OF COLLEGES AND SCHOOL
1866 SOUTHERN LN
DECATUR GA 30033-4097

018864P001-1435A-598
SOUTHERN ASSOCIATION OF STUDENT COUNCILS
DANA GROS SASC EXECUTIVE DIRECTOR
209 ST PETER ST
RACELAND LA 70394

010857P001-1435A-598
SOUTHERN ASSOCIATION SACAC
209 ST PETER ST
RACELAND LA 70394

021465P001-1435A-598
SOUTHERN BASKETBALL CAMPS
BIRMINGHAM-SOUTHERN COLLEGE
BOX 549035
BIRMINGHAM AL 35254

016298P001-1435A-598
SOUTHERN BLUES SCREEN PRINTING
2136 FRONT ST
SLIDELL LA 70458

020041P001-1435A-598
SOUTHERN BLUES SPORTSWEAR
2136 FRONT ST
SLIDELL LA 70458

002417P001-1435A-598
SOUTHERN BRAIN AND SPINE
PO BOX 952346
ATLANTA GA 31192

020042P001-1435A-598
SOUTHERN BUS AND TRUCK PARTS
PO BOX 7474
ALEXANDRIA LA 71306

020043P001-1435A-598
SOUTHERN BUS SALES INC
PO BOX 7474
ALEXANDRIA LA 71306

021466P001-1435A-598
SOUTHERN CARPET AND INTERIORS
12231 HWY 90
LULING LA 70070

021467P001-1435A-598
SOUTHERN CHEM INDUSTRIES INC
153 W FIFTH ST
LAPLACE LA 70068

026644P001-1435A-598
SOUTHERN COMFORT
3850 N CAUSEWAY BLVD STE 1695
METAIRIE LA 70002

002418P001-1435A-598
SOUTHERN CREDIT RECOVERY INC
PO BOX 8710
METAIRIE LA 70011

016299P001-1435A-598
SOUTHERN CUTS
PO BOX 603
SLIDELL LA 70459-0603

023724P001-1435A-598
SOUTHERN DERMATOLOGY OF NEW OR
STE 1020 2633 NAPOLEON AVE
NEW ORLEANS LA 70115

Case 20-10846 Doc 3651-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 1419 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

002419P002-1435A-598
SOUTHERN DOMINICAN PROVINCE
PO BOX 8129
NEW ORLEANS LA 70182-8129

002420P001-1435A-598
SOUTHERN DOMINICAN PROVINCE
1611 MIRABEAU AVE
NEW ORLEANS LA 70122

014011P001-1435A-598
SOUTHERN EAGLE SALES AND SRVC
5300 BLAIR ST
METAIRIE LA 70003-2406

017213P001-1435A-598
SOUTHERN EAGLE SALES AND SVC
5300 BLAIR ST
METAIRIE LA 70003

021468P001-1435A-598
SOUTHERN EAGLE SALES AND SVC
5300 BLAIR DR
METAIRIE LA 70003

002421P001-1435A-598
SOUTHERN EARTH SCIENCES INC
PO BOX 160745
MOBILE AL 36616-1745

023725P001-1435A-598
SOUTHERN ENT ASSOCIATES INC
604 N ACADIA RD STE 101
THIBODAUX LA 70301

018865P001-1435A-598
SOUTHERN EQUIPMENT SALES
1896 FORGE ST
TUCKER GA 30084

002423P002-1435A-598
SOUTHERN FLEX REHAB AND CONSULT
1 MARCUS DR STE 101
GREENVILLE SC 29615-4818

017214P001-1435A-598
SOUTHERN FUNDRAISING
3333 SUGAR MILL RD
KENNER LA 70065

012387P001-1435A-598
SOUTHERN GLASS OF ST TAMMANY
21029 HIGHWAY 36
COVINGTON LA 70433

009160P001-1435A-598
SOUTHERN GLAZER'S OF LA
111 RIVERBEND DR
ST. ROSE LA 70087-3318

021469P001-1435A-598
SOUTHERN GRAPHICS
808 NORTH BEACH BLVD
BAY ST. LOUIS MS 39520-3706

012388P001-1435A-598
SOUTHERN HOSPITALITY
720 HWY 1085
MADISONVILLE LA 70447

012389P001-1435A-598
SOUTHERN HOTEL
428 E BOSTON ST
COVINGTON LA 70433

036265S001-1435A-598
SOUTHERN IDAHO CORRECTIONAL
REX UNDERWOOD
PO BOX 8509
BOISE ID 83707-2509

041448P001-1435A-598
SOUTHERN IMAGING SOLUTION
701 POYDRAS ST
STE 111
NEW ORLEANS LA 70139

016300P001-1435A-598
SOUTHERN KARATE JUI-JITSU
5150 HIGHWAY 22
MANDEVILLE LA 70471

023726P001-1435A-598
SOUTHERN KIDNEY SPECIALISTS L
PO BOX 1800
LULING LA 70070

018866P001-1435A-598
SOUTHERN LACROSSE
1517 KUEBEL ST
STE F
HARAHAN LA 70123

041449P001-1435A-598
SOUTHERN LIGHT
5712 HEEBE ST
NEW ORLEANS LA 70123

023727P001-1435A-598
SOUTHERN MEDICAL ADAPTIVE SOLU
1522 LINDBERG DR
SLIDELL LA 70458

023728P001-1435A-598
SOUTHERN MEDICAL ASSOCIATES
2524 S PHILIPPE AVE
GONZALES LA 70737

017215P001-1435A-598
SOUTHERN MISSISSIPPI BASEBALL
118 COLLEGE DR  5017
HATTIESBURG MS 30406

018867P001-1435A-598
SOUTHERN MISSISSIPPI TRACK AND FIELD
118 COLLEGE DR
PO BOX 5017
HATTIESBURG MS 39406

023729P001-1435A-598
SOUTHERN MS NEONATOLOGY PA
1108 OAKLEIGH DR
HATTIESBURG MS 39402

012390P001-1435A-598
SOUTHERN NETWORK SERVICES, LLC
3631 RUE RENEE
NEW ORLEANS LA 70131

002425P001-1435A-598
SOUTHERN NETWORKING SVC LLC
3631 RUE RENEE
NEW ORLEANS LA 70131

002426P001-1435A-598
SOUTHERN ORAL SURGERY LLP
4224 HOUMA BLVD
STE 230
METAIRIE LA 70006

023731P002-1435A-598
SOUTHERN PAIN AND ANESTHESIA
1207 N CAUSEWAY BLVD
METAIRIE LA 70001

023732P002-1435A-598
SOUTHERN PAIN CENTER
1243 CLEARWATER DR
MANDEVILLE LA 70471-7426

021470P001-1435A-598
SOUTHERN PIPE AND SUPPLY CO
2800 WEST AIRLINE HWY
LAPLACE LA 70068

026645P001-1435A-598
SOUTHERN POINT DIRT WORKS
75595 HIGHWAY 437
COVINGTON LA 70435

012391P001-1435A-598
SOUTHERN POTTERY EQUIPMENT AND SUPPLIES
2721 W PERDUE AVE
BATON ROUGE LA 70814

012392P001-1435A-598
SOUTHERN PRINTING AND GRAPHICS
810 A NORTH COLUMBIA ST
COVINGTON LA 70433

023733P002-1435A-598
SOUTHERN RAPID CARE
4223 ORANGE BEACH BLVD STE D
ORANGE BEACH AL 36561-3460

021471P001-1435A-598
SOUTHERN RED ROCK LLC
1080 3RD ST
PLEASANT GROVE AL 35127-1016

023735P001-1435A-598
SOUTHERN RETINAL INSTITUTE
PO BOX 679528
DALLAS TX 75267

041450P001-1435A-598
SOUTHERN SERVICES, LLC
4601 CLEARY AVE
METAIRIE LA 70002

016301P001-1435A-598
SOUTHERN SMILE PRODUCTIONS
DBA NASHVILLE SOUTH
1600 MANSON AVE
METAIRIE LA 70001

002427P001-1435A-598
SOUTHERN SMILES FAMILY DENTISTRY
102 SMART PL
SLIDELL LA 70458

018868P001-1435A-598
SOUTHERN SPIRIT OF LOUISIANA
PO BOX 2745
GRETNA LA 70054

017216P001-1435A-598
SOUTHERN SPIRIT OF LOUISIANA, LLC
PO BOX 2544
GRETNA LA 70054

023736P001-1435A-598
SOUTHERN SURGICAL ASSIST LLC
1150 ROBERT BLVD STE 240
SLIDELL LA 70458

023737P001-1435A-598
SOUTHERN SURGICAL SPECIALIST
1200 AVENUE G
MARRERO LA 70072

002428P001-1435A-598
SOUTHERN SURGICAL SPECIALISTS
1200 AVE G
MARRERO LA 70072-3137

016302P001-1435A-598
SOUTHERN SWEEPING SERVICES, LLC
517 EVERGREEN DR
MANDEVILLE LA 70448

010858P001-1435A-598
SOUTHERN TIRE MART
213 EDWARDS AVE
NEW ORLEANS LA 70123

010059P001-1435A-598
SOUTHERN TIRE MART LLC
529 INDUSTRIAL PK RD
COLUMBIA MS 39429

041701P001-1435A-598
SOUTHERN TIRE MART LLC
PO BOX 1000
DEPT 143
MEMPHIS TN 38148-0143

016303P001-1435A-598
SOUTHERN TRADITION
230 CYPRESS LAKES DR
SLIDELL LA 70458

016304P001-1435A-598
SOUTHERN UNIVERSITY LABORATORY SCHOOL
PO BOX 9414
129 SWAN ST
BATON ROUGE LA 70813

010859P001-1435A-598
SOUTHERN VISUALS
1005 E ST MARY BLVD # 107
LAFAYETTE LA 70503

018869P001-1435A-598
SOUTHERN WOLF CONSTRUCTION, LLC
4300 S I10 SERVICE RD W
METAIRIE LA 70001

010060P001-1435A-598
SOUTHLAND
2321 N ARNOULT RD
METAIRIE LA 70001

021472P001-1435A-598
SOUTHLAND DODGE
6161 WEST PK AVE
HOUMA LA 70364

Case 20-10846 Doc 4365-4 Filed 04/25/25 Entered 04/25/25 16:07:14 RP Exact Affidavit of Service Regarding Solicitation Packages Page 1421 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

026690P001-1435A-598
SOUTHLAND PLUMBING
2321 N ARNOULT RD
METAIRIE LA 70001

002429P001-1435A-598
SOUTHLAND PLUMBING SUPPLY LLC
2321 N ARNOULT RD
METAIRIE LA 70001

041702P001-1435A-598
SOUTHLAND TRUCK LEASING LLC
D/B/A SOUTHLAND PACLEASE
AVENUE
GRAY LA 70359

014012P001-1435A-598
SOUTHPORT HALL
200 MONTICELLO AVE
JEFFERSON LA 70121

016305P001-1435A-598
SOUTHPORT HALL
200 MONTICELLO AVE
NEW ORLEANS LA 70121

023738P001-1435A-598
SOUTHSHORE MEDICAL ASSOC INC
3939 HOUMA BLVD STE 228
METAIRIE LA 70006

023739P001-1435A-598
SOUTHSHORE PHYSICAL THERAPY
3515 HESSMER AVE
METAIRIE LA 70002

017217P001-1435A-598
SOUTHSIDE ELECTRIC LLC
2820 KIRK DR
MARRERO LA 70072-6024

012393P001-1435A-598
SOUTHSIDE HIGH SCHOOL
312 ALMONASTER RD
YOUNGSVILLE LA 70592

023740P001-1435A-598
SOUTHSTAR URGENT CARE
PO BOX 57160
MURRAY UT 84157

010860P001-1435A-598
SOUTHWEST AIRLINES
2702 LOVE FIELD DR
DALLAS TX 75253

026646P001-1435A-598
SOUTHWEST AIRLINES
PO BOX 366471CR
DALLAS TX 75235

012394P001-1435A-598
SOUTHWEST AIRLINES CO
CENTRAL TICKETING
PO BOX 97617 TX
DALLAS TX 75397

026272P001-1435A-598
SOUTHWEST AIRLINES GROUP TRAVEL
PO BOX 366471CR
DALLAS TX 75235

021473P001-1435A-598
SOUTHWEST BINDING AND LAMINATING
P O BOX 150
MARYLAND HEIGHTS MO 63043

041451P001-1435A-598
SOUTHWEST ENGINEERS
PO BOX 2499
SLIDELL LA 70461

002430P001-1435A-598
SOUTHWEST ENGINEERS INC
PO BOX 2499
SLIDELL LA 70459

041703P001-1435A-598
SOUTHWEST LOUISIANA ELECTRIC
SLEMCO
PO BOX 90866
LAFAYETTE LA 70509-0866

014013P001-1435A-598
SOUTHWESTERN CHEERLEADERS ASSOCIATION
PO BOX 5352
LAKE CHARLES LA 70602

020044P001-1435A-598
SOUTHWESTERN CHEERLEADING ASSOCIATION
PO BOX 5352
LAKE CHARLES LA 70606

020045P001-1435A-598
SOUTULLO STEPHAN SE DISTRICT RALLY
SOUTHEAST LA DISTRICT LITERARY RALLY
548 NED MCGEHEE DR
SLU 10790
HAMMOND LA 70402

012395P001-1435A-598
SOWASH VENTURES LLC
2234 RIDGEWOOD DR
HOWELL MI 48843

010861P001-1435A-598
SOYAD BROTHERS
34272 DOREKA DR
FRASER MI 48026

010862P001-1435A-598
SPA/NATIONAL HONOR SOCIETY SCHOLARSHIP
1904 ASSOCIATION DR
RESTON VA 20191

012396P001-1435A-598
SPACE JUMP ADVENTURES
1096 WHITETAIL DR
MANDEVILLE LA 70448

014014P001-1435A-598
SPACE WALK OF GREATER NEW ORLEANS
450 31ST ST
KENNER LA 70062

020046P001-1435A-598
SPAFF GOODNOW
LANDSCAPE ARCHITECT AND CONTRACTOR
339 TEDDY AVE
SLIDELL LA 70458

023741P001-1435A-598
SPANO PT LLC
1290 FRONT ST STE 1B
SLIDELL LA 70458

1421

020047P001-1435A-598
SPARTAN BASEBALL BOOSTERS
300 SPARTAN DR
SLIDELL LA 70461

002433P001-1435A-598
SPEAKHOPE
550 GAUSE BLVD
STE 2
SLIDELL LA 70458

018870P001-1435A-598
SPEC WELDING AND FAB
PO BOX 12
MERRIMACK NH 03054

014015P001-1435A-598
SPECIAL CONNECTIONS
1221 ORANGE ST
NEW ORLEANS LA 70130

021474P001-1435A-598
SPECIAL OLYMPICS TEAM LOUISIANA
RE UNIFIED PARTNER  ALEX MILLER BOWLER
214 SANTA CRUZ CT
LULING LA 70070

010863P001-1435A-598
SPECIALIZED TRANSPORT
17877 GREENWELL SPRINGS RD
GREENWELL SPRINGS LA 70739

041452P001-1435A-598
SPECIALTY POOLS AND OUTDOOR LIVING, LLC
1701 BELLE CHASSE HWY
TERRYTOWN LA 70056

016306P001-1435A-598
SPECIALTY SHOPPE
400 RUSSELL AVE BLDG 261
NEW ORLEANS LA 70143

012397P001-1435A-598
SPECIALTY SOUND CO
276 BRESTON LN
COLUMBIA LA 71418

021475P001-1435A-598
SPECTACULAR SPORT SPECIALS
5813 CITRUS BLVD
NEW ORLEANS LA 70123

010864P001-1435A-598
SPECTRA
4088 HIGHWAY LA-56
HOUMA LA 70363

002434P001-1435A-598
SPECTRUM
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074

017218P001-1435A-598
SPECTRUM
PO BOX 750456
HOUSTON TX 77275-0456

026706P001-1435A-598
SPECTRUM
AKA CHARTER COMMUNICATIONS TIME
WARNER CABLE
1600 DUBLIN RD
COLUMBUS OH 43215

041453P001-1435A-598
SPECTRUM
PO BOX 740397
CINCINNATI OH 45274

041454P001-1435A-598
SPECTRUM
PO BOX 94188
PALANTINE IL 60094-4188

002435P001-1435A-598
SPECTRUM BUSINESS
PO BOX 94188
PALATINE IL 60094-4188

002435S001-1435A-598
SPECTRUM BUSINESS
275 E S GEORGE BLVD
ST. GEORGE UT 84770

014016P001-1435A-598
SPECTRUM FCS
SAENGER THEATRE
1111 CANAL ST
NEW ORLEANS LA 70112

023742P001-1435A-598
SPECTRUM NEUROLOGY CENTER LLC
3409 DIVISION ST
METAIRIE LA 70002

021453P001-1435A-598
SPECWORKS
810 S BOND ST
BALTIMORE MD 21231

016307P001-1435A-598
SPEEDWAY PRINTING
2575 N CAUSEWAY BLVD
MANDEVILLE LA 70471

041455P001-1435A-598
SPEEDWAY PRINTING
2575 NORTH CAUSEWAY SERVICE RD
MANDEVILLE LA 70471

020048P001-1435A-598
SPEEDWAY PRINTING AND COPY CENTER
1213 EASTRIDGE DR
SLIDELL LA 70458

012398P002-1435A-598
SPEEDWAY PRINTING AND COPY CENTER INC
2575 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70471

021454P001-1435A-598
SPILSBURY HAMILTON EGENDRE AND PACIER
4731 CANAL STREET
NEW ORLEANS LA 70119

014017P001-1435A-598
SPINATO MANAGEMENT CORP
414 CANAL ST
NEW ORLEANS LA 70130

023743P001-1435A-598
SPINE INNOVATIONS
29301 N DIXIE RANCH RD
LACOMBE LA 70445

Case 2:20-cv-01843-SSV-DPC Document 41-41 Filed 07/14/25 Page 1423 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1423 of 1525
US First Class Mail
Exhibit Pages

023744P001-1435A-598
SPINE SPECIALISTS OF LOUISIANA
PO BOX 16655
BELFAST ME 04915

023745P001-1435A-598
SPINECARE MEDICAL GROUP INC
PO BOX 13442
BELFAST ME 04915

010865P001-1435A-598
SPIRIT BLAST
663 TIME SAVER AVE
HARAHAN LA 70123

016308P002-1435A-598
SPIRIT LINE
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

016309P001-1435A-598
SPIRIT PRODUCTS LTD
55 CHASE ST
METHUEN MA 01844

016310P001-1435A-598
SPIRIT PROFESSIONALS
210 HEWITT RD
HAMMOND LA 70403

021455P001-1435A-598
SPIRIT PROFESSIONALS
42354 DELUXE PLZ
STE 13
HAMMOND LA 70403

012399P002-1435A-598
SPIRITLINE
ONE PARTY PLACE
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

002436P001-1435A-598
SPIRITUAL HEALTH AT EMORY HEALTH CARE
550 PEACHTREE ST NE RM 1303
ATLANTA GA 30308

018871P001-1435A-598
SPITALE'S
2408 N ARNOULT RD
METAIRIE LA 70001

018872P001-1435A-598
SPN SUMMER LEAGUE
BRETT WRIGHT
4410 JAMES DR
METAIRIE LA 70003

035100S001-1435A-598
SPOKANE COUNTY
DARREN LEHMAN
1100 W MALLON AVE
SPOKANE WA 99260-2043

017219P001-1435A-598
SPORT SCOPE INC
15320 EAST MARIETTA #6
SPOKANE VALLEY WA 99216

021476P001-1435A-598
SPORT SUPPLY GROUP INC
AR DEPT
PO BOX 660176
DALLAS TX 75266-0176

026273P001-1435A-598
SPORTCO INC
4602 20TH ST E
FIFE WA 98424

016311P001-1435A-598
SPORTDECALS
2504 SPRING RIDGE DR
PO BOX 860
SPRING GROVE IL 60081

018873P001-1435A-598
SPORTDECALS
PO BOX 860
SPRING GROVE IL 60081-0860

021477P001-1435A-598
SPORTDECALS SPORT AND SPIRIT PRODUCTS
P O BOX 4699
CAROL STREAM IL 60197-4699

017220P001-1435A-598
SPORTS ATTACK LLC
2805 US HIGHWAY 40
PO BOX 1529
VERDI NV 89439

010866P001-1435A-598
SPORTS AUTHORITY
1050 W HAMPDEN AVE
ENGLEWOOD CO 80110

012400P001-1435A-598
SPORTS BR
359 THIRD ST
BATON ROUGE LA 70801

016312P001-1435A-598
SPORTS ILLUSTRATED
PO BOX 62120
TAMPA FL 33662-2120

009402P001-1435A-598
SPORTS ILLUSTRATED FOR KIDS
PO BOX 62120
TAMPA FL 33662-2120

010061P001-1435A-598
SPORTS ILLUSTRATED KIDS
ORDERS DEPT
PO BOX 60001
TAMPA FL 33660-001

020049P001-1435A-598
SPORTS IMPORTS
L-2369 PO BOX 600001
COLUMBUS OH 43260

021478P001-1435A-598
SPORTS INFORMATION MEDIA
343 AVE STE 208
MILLBURN NJ 07041

018874P001-1435A-598
SPORTS NOLA
839 ST CHARLES AVE STE 309
NEW ORLEANS LA 70130

021479P001-1435A-598
SPORTS O GRAHAM
2629 FOX PT RD
QUINIAN TX 75474

017221P001-1435A-598
SPORTS RECRUITS LLC
15 METROTECH CTR
8TH FL
BROOKLYN NY 11201

021480P001-1435A-598
SPORTS TURF SPECIALISTS
20550 N FRONTAGE RD
IOWA LA 70647

017222P001-1435A-598
SPORTS UNLIMITED
346 GODSHALL DR
HARLEYSVILLE PA 19438

018875P001-1435A-598
SPORTSCOPE
15310 EAST MARIETTA #5
SPOKANE VALLEY WA 70001

016313P001-1435A-598
SPORTSENGINE, INC
807 BROADWAY ST NE
STE 300
MINNEAPOLIS MN 55413

020050P001-1435A-598
SPORTSLEADER
1974A DOUGLASS BLVD
STE 201
LOUISVILLE KY 40205

012401P001-1435A-598
SPORTSMAN'S IMAGEWEAR
5717 CRAWFORD ST
NEW ORLEANS LA 70123

021481P001-1435A-598
SPORTSNOLACOM
839 ST CHARLES AVE
STE 307
NEW ORLEANS LA 70068

017223P001-1435A-598
SPORTSUNLIMITED
346 GODSHALL DR
HARLEYSCILLE PA 19438

002437P001-1435A-598
SPORTY P'S GENERAL CONTRACTING LLC
PO BOX 4045
NEW ORLEANS LA 70118

021482P001-1435A-598
SPRINGFIELD HIGH SCHOOL
PO BOX 39
SPRINGFIELD LA 70462

014019P001-1435A-598
SPRINGHILL SUITES
24 VIA DE LUNA
PENSACOLA BEACH FL 32561

016314P001-1435A-598
SPRINGHILL SUITES
1591 W PRIEN LAKE RD
LAKE CHARLES LA 70601

020051P001-1435A-598
SPRINGHILL SUITES LAKE CHARLES
1551 W PRIEN LAKE RD
LAKE CHARLES LA 70601

009448P001-1435A-598
SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181

018876P001-1435A-598
SPRINT
PO BOX 54977
LOS ANGELES CA 90054-0977

020052P001-1435A-598
SPRINT
PO BOX 219100
KANSAS CITY MO 64121-9100

017224P001-1435A-598
SPS PUMP REPAIR
4308 DOWNS ST
METAIRIE LA 70001

010867P001-1435A-598
SQ AQUATICA SPORT
5800 WATER PLAY WAY
ORLANDO FL 32821

026159P001-1435A-598
SQUARE
1455 MARKET ST
STE 600
SAN FRANCISCO CA 94103

029838P001-1435A-598
SQUARE
1455 MARKET ST STE 600
STE 600
SAN FRANCISCO CA 94103

041456P001-1435A-598
SQUARE
1445 MARKET ST
STE 600
SAN FRANCISCO CA 94103

010062P001-1435A-598
SQUARE TRADE INC
ACCOUNTING
575 MARKET ST 10TH FL
SAN FRANCISCO CA 94105

017225P001-1435A-598
SQUARE TRADE, INC
575 MARKET ST 10TH FL
SAN FRANCISCO CA 94105

014020P001-1435A-598
SQUEAKY CLEAN PRESSURE WASHING
111 JEFFERSON HEIGHTS AVE
JEFFERSON LA 70121

021483P001-1435A-598
SQUIRREL RUN COUNTRY CLUB
500 DARBY LN
NEW IBERIA LA 70560

002442P001-1435A-598
SR CATHY CAHILL
ST CLARE CONVENT
2924 W CURTIS ST
TAMPA FL 33614

011824P001-1435A-598
SR JUANITA FEDERICO SCHOLARSHIP FUND
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

002444P001-1435A-598
SRC
PO BOX 7515
METAIRIE LA 70010-7515

030993P001-1435A-598
SRSA COMMERCIAL REAL ESTATE
STEVEN REISIG
ADDRESS INTENTIONALLY OMITTED

032778S001-1435A-598
SS CYRIL & METHODIUS CHURCH
JAMES RAMSEY
PO BOX 309
DAMON TX 77430-0309

012402P001-1435A-598
SSA ALUMNAE SCHOLARSHIP FUND
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

012403P001-1435A-598
SSA CAFETERIA
122 S MASSACHUSETTS ST
COVINGTON LA 70433

012404P001-1435A-598
SSA STUDENT COUNCIL ENDOWED
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
LA
NEW ORLEANS LA 70113-1939

021403P001-1435A-598
SSC
PO BOX 2372
DENTON TX 76202

020053P001-1435A-598
SSP FLAGS LLC
PO BOX 126
ANTIGO WI 54409

031133P001-1435A-598
ST AGNES
ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

014021P001-1435A-598
ST AGNES FOOD PANTRY
ST AGNES CHURCH
3310 JEFFERSON HWY
JEFFERSON LA 70121

031132P001-1435A-598
ST AGNES LE THI THANH
ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002446P001-1435A-598
ST AGNES LE THI THANH CHURCH
1000 WESTWOOD DR
MARRERO LA 70072-2415

029935P001-1435A-598
ST AGNES LE THI THANH CHURCH
6851 ST LE THI THANH ST
MARRERO LA 70072

033340S001-1435A-598
ST ALPHONSUS CHURCH
JOHN LISTI
PO BOX 190
MAURICE LA 70555-0190

002447P001-1435A-598
ST ALPHONSUS SCHOOL
2001 CONSTANCE ST
NEW ORLEANS LA 70130

021484P001-1435A-598
ST AMANT HIGH  BENNY JONES
DR BENNY JONES
4 MYRTLE HILL DR
DESTREHAN LA 70047

016315P001-1435A-598
ST AMANT HIGH SCHOOL
12035 HIGHWAY 431
ST. AMANT LA 70774

021485P001-1435A-598
ST AMANT HIGH SCHOOL
JV SHOOTOUT SOCCER
12035 HIGHWAY 431
ST. AMANT LA 70774

026529P001-1435A-598
ST AMANT HIGH SCHOOL
12035 LA-431
ST AMANT LA 70774

016316P001-1435A-598
ST AMANT VOLLEYBALL
ALLISON DIDIER LEAKE
12035 HWY 431
ST. AMANT LA 70774

016317P001-1435A-598
ST AMANT WRESTLING
COACH BRIAN HESS
43184 BAYOU NARCISSE RD
GONZALES LA 70737

032665S001-1435A-598
ST ANDREW CHURCH
AMANDA JENNINGS
PO BOX 310
AMELIA LA 70340-0310

033026S001-1435A-598
ST ANDREW PARISH
VARGHESE ANTONI
PO BOX 326
LYTLE TX 78052-0326

010868P001-1435A-598
ST ANDREW THE APOSTLE
3101 ETON ST
NEW ORLEANS LA 70131

031135P001-1435A-598
ST ANDREW THE APOSTLE
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002448P001-1435A-598
ST ANDREW THE APOSTLE CHURCH
3101 ETON ST
NEW ORLEANS LA 70131-5398

002449P001-1435A-598
ST ANDREW THE APOSTLE SCHOOL
3101 ETON ST
NEW ORLEANS LA 70131-5298

031136P001-1435A-598
ST ANGELA MERICI
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

Case 2:20-cv-00846-CJB-EJF4 Document 174-51 Filed 04/04/25 Entered 04/04/25 07:14 DescB Exh 41 - A Page 1426
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1426 of 1525
US First Class Mail
Exhibit Pages

033101S001-1435A-598
ST ANGELA MERICI CATHOLIC CHR
JIM WRIGHT
6140 HIGHWAY 6 PMB 99
MISSOURI CITY TX 77459-3802

002450P001-1435A-598
ST ANGELA MERICI CHURCH
901 BEVERLY GARDENS
METAIRIE LA 70002

029936P001-1435A-598
ST ANGELA MERICI CHURCH
901 BEVERLY GARDEN DR
METAIRIE LA 70002

002451P001-1435A-598
ST ANGELA MERICI SCHOOL
835 MELODY DR
METAIRIE LA 70002

031137P001-1435A-598
ST ANN
ROMAN CATHOLIC CHURCH AND
SHRINE, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032433S001-1435A-598
ST ANN
JAMES SCHMITMEYER
201 SAINT JOHNS RD
BORGER TX 79007-4425

041458P001-1435A-598
ST ANN
4940 MEADOWDALE ST
METAIRIE LA 70006

032220S001-1435A-598
ST ANN CATHOLIC CHURCH
JAMES G GALVIN
PO BOX 14308
SAN ANTONIO TX 78214-0308

032850S001-1435A-598
ST ANN CATHOLIC CHURCH
UCHE OBIKWELU
PO BOX 99
SOMERVILLE TX 77879-0099

032987S001-1435A-598
ST ANN CATHOLIC CHURCH
NELDA TOBIAS
PO BOX 1397
SONORA TX 76950-1397

002452P001-1435A-598
ST ANN CHURCH
4940 MEADOWDALE ST
METAIRIE LA 70006

029937P001-1435A-598
ST ANN CHURCH AND SHRINE
3601 TRANSCONTINENTAL DR
METAIRIE LA 70006

026193P001-1435A-598
ST ANN FAIR
3601 TRANSCONTINENTAL DR
METAIRIE LA 70006

014023P001-1435A-598
ST ANN FAMILY FEST COMMITTEE
JENNIFER LAMONTE
4921 MEADOWDALE ST
METAIRIE LA 70006

033438S001-1435A-598
ST ANN PARISH
SCOTT RAEF
PO BOX 59
CANYON TX 79015-0059

002453P001-1435A-598
ST ANN SCHOOL
4921 MEADOWDALE ST
METAIRIE LA 70002

002454P002-1435A-598
ST ANN SQUARE APTS
CHRISTOPHER HOMES
2729 LOWERLINE ST
NEW ORLEANS LA 70125-3530

014024P001-1435A-598
ST ANN ST ANTHONY MINISTRY
ST ANN CHURCH
4940 MEADOWDALE ST
METAIRIE LA 70006

033309S001-1435A-598
ST ANN'S CATHOLIC CHURCH
DAMIAN TOMICZEK
PO BOX 734
YOAKUM TX 77995-0734

033491S001-1435A-598
ST ANN'S CATHOLIC MISSION
LIZBE SANTOS
PO BOX 733
WINNSBORO TX 75494-0733

033109S001-1435A-598
ST ANN'S CHURCH
BRENT MAHER
PO BOX 128
MORGANZA LA 70759-0128

031134P001-1435A-598
ST ANN, NEW ORLEANS, LOUISIANA, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032379S001-1435A-598
ST ANNE CATHOLIC CHURCH
LILY KNOWLES
PO BOX 3429
BEAUMONT TX 77704-3429

033314S001-1435A-598
ST ANNE CHURCH
KUEN-SOO LEE
PO BOX 9
SORRENTO LA 70778-0009

023746P001-1435A-598
ST ANN ER GROUP LLC
229 SAINT JOHN LN
COVINGTON LA 70433

020054P001-1435A-598
ST ANNE PACELLI CATHOLIC SCHOOL
2020 KAY CIR
COLUMBUS GA 31907

033319S001-1435A-598
ST ANNE'S CATHOLIC CHURCH
KEUN SOO LEE
PO BOX 9
SORRENTO LA 70778-0009

031138S001-1435A-598
ST ANSELM
ROMAN CATHOLIC CHURCH,
MADISONVILLE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1427 of 1525
US First Class Mail

**Exhibit Pages**

08/27/2025 05:46:02 PM

---

033413S001-1435A-598
ST ANSELM CATHOLIC CHURCH
MIKE MCNEIL
505 PINE ST
MADISONVILLE LA 70447-9746

002455P001-1435A-598
ST ANSELM CHURCH
306 ST MARY ST
MADISONVILLE LA 70447-0040

012405P001-1435A-598
ST ANSELM PARISH
306 ST MARY ST
MADISONVILLE LA 70447

031142P001-1435A-598
ST ANTHONY
ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032634S001-1435A-598
ST ANTHONY CATHEDRAL BASILICA
JEREMIAH MCGRATH
PO BOX 3309
BEAUMONT TX 77704-3309

029938P001-1435A-598
ST ANTHONY CATHOLIC CHURCH
2653 JEAN LAFITTE BLVD
LAFITTE LA 70067

032465S001-1435A-598
ST ANTHONY CATHOLIC CHURCH
TERESA RIVERA
PO BOX 671
BROWNFIELD TX 79316-0671

032916S001-1435A-598
ST ANTHONY CATHOLIC CHURCH
SHIRLEY JANSSEN
PO BOX 188
RUNGE TX 78151-0188

033359S001-1435A-598
ST ANTHONY CATHOLIC CHURCH
JOHN OBRIEN
PO BOX 432
NATCHITOCHES LA 71458-0432

033457S001-1435A-598
ST ANTHONY CATHOLIC CHURCH
DARIUSZ ZIEBOWICZ
PO BOX 792
ROBSTOWN TX 78380-0792

002456P001-1435A-598
ST ANTHONY CHURCH
2653 JEAN LAFITTE BLVD
LAFITTE LA 70067

033207S001-1435A-598
ST ANTHONY CHURCH
RUTH REED
PO BOX 425
KROTZ SPRINGS LA 70750-0425

032845S001-1435A-598
ST ANTHONY DE PADUA
JOSEPH P THE-NGUYEN
PO BOX 299
DANBURY TX 77534-0299

014025P001-1435A-598
ST ANTHONY FOOD PANTRY MINISTRY
ST LOUIS KING OF FRANCE CHURCH
1609 CARROLLTON AVE
METAIRIE LA 70005

032431S001-1435A-598
ST ANTHONY MARIE DE CLARET
ARMANDO LERA
PO BOX 268
KYLE TX 78640-0268

002457P001-1435A-598
ST ANTHONY MESSENGER
PO BOX 189
CONGERS NY 10920-0189

010064P001-1435A-598
ST ANTHONY MESSENGER PRESS
28 W LIBERTY ST
CINCINNATI OH 45202-6498

014026P001-1435A-598
ST ANTHONY MINISTRY  DIVINE MERCY
DIVINE MERCY CHURCH
4337 SAL LENTINI PKWY
KENNER LA 70065

014027P001-1435A-598
ST ANTHONY MINISTRY  ST CLEMENT OF ROME
ST CLEMENT OF ROME CHURCH
4317 RICHLAND AVE
METAIRIE LA 70002

031139P001-1435A-598
ST ANTHONY OF BARATARIA
ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

020056P001-1435A-598
ST ANTHONY OF PADUA
4604 CANAL ST
NEW ORLEANS LA 70119

031140P001-1435A-598
ST ANTHONY OF PADUA
ROMAN CATHOLIC CHURCH, LULING, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031141P001-1435A-598
ST ANTHONY OF PADUA
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029940P001-1435A-598
ST ANTHONY OF PADUA CATHOLIC CHURCH
4640 CANAL ST
NEW ORLEANS LA 70119

029939P001-1435A-598
ST ANTHONY OF PADUA CHURCH
234 ANGUS DR
LULING LA 70070

016318P001-1435A-598
ST ANTHONY OF PADUA PRIORY
4640 CANAL ST
NEW ORLEANS LA LA 70119

002459P001-1435A-598
ST ANTHONY PRIORY
4640 CANAL ST
NEW ORLEANS LA 70119-5892

002460P001-1435A-598
ST ANTHONY PRIORY
FRIAR SERGIO A SERRANO OP
4640 CANAL ST
NEW ORLEANS LA 70119

1427

Case 2:20-cv-01463-EEF-KWR Document 24-1 Filed 09/02/25 Page 1428 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit A - Affidavit
of Service Regarding Solicitation Packages Page 1428 of 1525
US First Class Mail
Exhibit Pages

002564P001-1435A-598
ST ANTHONY PRIORY FR THOMAS SCHAEFGEN OP
4640 CANAL ST
NEW ORLEANS LA 70119-5808

002461P001-1435A-598
ST ANTHONY SCHOOL
900 FRANKLIN ST
GRETNA LA 70053

032467S001-1435A-598
ST ANTHONY'S CATHOLIC CHURCH
DOMINIC NGUYEN
PO BOX 900
PALACIOS TX 77465-0900

032785S001-1435A-598
ST ANTHONY'S CATHOLIC CHURCH
SCOTT RAES
PO BOX 1029
DALHART TX 79022-1029

032981S001-1435A-598
ST ANTHONY'S CATHOLIC CHURCH
DANIEL KAHLICH
PO BOX 669
COLUMBUS TX 78934-0669

032361S001-1435A-598
ST ANTHONY'S CHURCH
SILVIA MARTINEZ
PO BOX 248
ELMENDORF TX 78112-0248

032404S001-1435A-598
ST ANTHONY'S CHURCH
ANDREW KAFARA
PO BOX 248
ELMENDORF TX 78112-0248

002462P001-1435A-598
ST ANTHONY'S GARDENS
601 HOLY TRINITY DR
COVINGTON LA 70433

029763P001-1435A-598
ST ANTHONYS GARDEN
601 HOLY TRINITY DR
COVINGTON LA 70433

031143P001-1435A-598
ST ANTHONYS GARDENS
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033141S001-1435A-598
ST ATHANASIUS
JONNIE MILLER
PO BOX 728
ANDREWS TX 79714-0728

031144P001-1435A-598
ST AUGUSTINE
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002463P001-1435A-598
ST AUGUSTINE CHURCH
1210 GOVERNOR NICHOLLS ST
NEW ORLEANS LA 70116

002464P002-1435A-598
ST AUGUSTINE HIGH SCHOOL
ALFRED HARRELL III
2600 A P TUREAUD AVE
NEW ORLEANS LA 70119

017226P002-1435A-598
ST AUGUSTINE HIGH SCHOOL
ALFRED HARRELL III
2600 AP TUREAUD
NEW ORLEANS LA 70119

031148P001-1435A-598
ST BENEDICT
ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002465P001-1435A-598
ST BENEDICT CATHOLIC CHURCH
20370 SMITH RD
COVINGTON LA 70435

033298S001-1435A-598
ST BENEDICT THE MOOR CHURCH
MARTIN C LEONARDS
PO BOX 8
DUSON LA 70529-0008

002466P001-1435A-598
ST BENEDICT THE MOOR SCHOOL
5010 PIETY ST
NEW ORLEANS LA 70126

014028P001-1435A-598
ST BENILDE
1801 DIVISION ST
METAIRIE LA 70001-2799

031149P001-1435A-598
ST BENILDE
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031570P001-1435A-598
ST BERNADETTE CATHOLIC CHURCH
409 FUNDERBURK AVE
HOUMA LA 70364

031150P001-1435A-598
ST BERNARD
ROMAN CATHOLIC CHURCH, ST BERNARD, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029943P001-1435A-598
ST BERNARD CATHOLIC CHURCH
2805 BAYOU RD
ST. BERNARD LA 70085

041704P001-1435A-598
ST BERNARD DRUGS LLC
10200 CHEF MENTEUR HWY
NEW ORLEANS LA 70127

023747P001-1435A-598
ST BERNARD EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

031145P001-1435A-598
ST BERNARD II
DENNIS F ADAMS
2729 LOWERLINE ST
NEW ORLEANS LA 70125

031146P001-1435A-598
ST BERNARD III
DENNIS F ADAMS
CHRISTOPHER HOMES INC
2729 LOWERLINE ST
NEW ORLEANS LA 70125

1428

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1429 of 1525
US First Class Mail
Exhibit Pages

031147P001-1435A-598
ST BERNARD MANOR
DENNIS F ADAMS
CHRISTOPHER HOMES INC
2729 LOWERLINE ST
NEW ORLEANS LA 70125

002468P001-1435A-598
ST BERNARD MANOR II
1000 HOWARD AVE
NEW ORLEANS LA 70113

041459P001-1435A-598
ST BERNARD PARISH GOVERNMENT
1111 E SAINT BERNARD HWY
CHALMETTE LA 70043

041460P001-1435A-598
ST BERNARD PARISH GOVERNMENT
PO BOX 1278
CHALMETTE LA 70044-1278

023748P001-1435A-598
ST BERNARD PARISH HOSPIT
PO BOX 733893
DALLAS TX 75373

023749P001-1435A-598
ST BERNARD PARISH HOSPITAL
PO BOX 733893
DALLAS TX 75373

023750P001-1435A-598
ST BERNARD PHYSICIAN SVC
PO BOX 2955
SAN ANTONIO TX 78299

023751P001-1435A-598
ST BERNARD PHYSICIAN SVC
PO BOX 679491
DALLAS TX 75267

031151P001-1435A-598
ST BONAVENTURE
ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002469P001-1435A-598
ST BONAVENTURE CHURCH
329 S JAMIE BLVD
AVONDALE LA 70094

032979S001-1435A-598
ST BONIFACE
MICHAEL MOLONEY
PO BOX 230
WINDTHORST TX 76389-0230

032174S001-1435A-598
ST BONIFACE PARISH
ARIEL LAGUNILLA
PO BOX 96
ROWENA TX 76875-0096

033237S001-1435A-598
ST BONIFACE PARISH
MICHAEL MOLONEY
PO BOX 44
WINDTHORST TX 76389-0044

031577P001-1435A-598
ST BRIDGET CATHOLIC CHURCH
2076 WEST MAIN ST
SCHRIEVER LA 70395

002470P001-1435A-598
ST BRIGID CATHOLIC CHURCH
FR NEIL HERLIHY
3400 OLD ALABAMA RD
JOHNS CREEK GA 30022

031578P001-1435A-598
ST BRIGID PARISH
7887 WALMSEY AVE
NEW ORLEANS LA 70125

002471P001-1435A-598
ST BRYCE MISSIONS
GREG MITCHELL
PO BOX 374
LYDIA LA 70569

032913S001-1435A-598
ST CATHERINE CHURCH
JOSE CRUZ LONGORIA
PO BOX 686
PECOS TX 79772-0686

014029P001-1435A-598
ST CATHERINE OF SIENA
JAN CARROLL
105 BONNABEL BLVD
METAIRIE LA 70005

031152P001-1435A-598
ST CATHERINE OF SIENA
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

018877P003-1435A-598
ST CATHERINE OF SIENA CATHOLIC CHURCH
ST VINCENT DEPAUL MINISTRY
JAN CARROLL
105 BONNABEL BLVD
METAIRIE LA 70005-3736

002472P001-1435A-598
ST CATHERINE OF SIENA CHURCH
105 BONNABEL BLVD
METAIRIE LA 70005

033004S001-1435A-598
ST CATHERINE OF SIENA OF MSN
CHRISTOPHER DECKER
11140 HIGHWAY 77
MARINGOUIN LA 70757-3504

002473P001-1435A-598
ST CATHERINE OF SIENA SCHOOL
400 CODIFER BLVD
METAIRIE LA 70005

032042S001-1435A-598
ST CATHERINE OF SIENNA CHURCH
CASSANDRA BRIMMER
PO BOX 428
DONALDSONVILLE LA 70346-0428

032963S001-1435A-598
ST CELESTINE CATHOLIC CHURCH
JULIE MCGUIRE
PO BOX 444
GRAND SALINE TX 75140-0444

021486P001-1435A-598
ST CHARLES BORROMEO SCHOOL
13396 RIVER RD
DESTREHAN LA 70047

031153P001-1435A-598
ST CHARLES BORROMEO
ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

Case 20-10846 Doc 4313-4 Filed 02/25/25 Entered 02/25/25 14:06:14 Exhibit - Affidavit
Case 20-10846 Doc 3365-4 Filed 09/09/22 Entered 09/09/22 17:07:54 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1430 of 1525
US First Class Mail
Exhibit Pages

033425S001-1435A-598
ST CHARLES BORROMEO CATHOLIC
ROLAND VAUGHN
PO BOX 309
FENTON LA 70640-0309

031573P001-1435A-598
ST CHARLES BORROMEO CATHOLIC CHURCH
1985 LA-308
THIBODAUX LA 70301

002474P001-1435A-598
ST CHARLES BORROMEO CEMETERY
RONALD RODRIGUE
PO BOX 428
DESTREHAN LA 70047-0428

021487P001-1435A-598
ST CHARLES BORROMEO CHURCH
13396 RIVER RD
DESTREHAN LA 70047

032486S001-1435A-598
ST CHARLES BORROMEO CHURCH
THOMAS MCCANN
PO BOX 428
DESTREHAN LA 70047-0428

033392S001-1435A-598
ST CHARLES BORROMEO CHURCH
DERRICK WEINGARTNER SJ
PO BOX A
GRAND COTEAU LA 70541-1001

033278S001-1435A-598
ST CHARLES BORROMEO PARISH
DAN MALAIN
130 HARDY AVE
NEDERLAND TX 77627-7326

002475P001-1435A-598
ST CHARLES BORROMEO SCHOOL
13396 RIVER RD #3
DESTREHAN LA 70047

026372P001-1435A-598
ST CHARLES BORROMEO SCHOOL
13396 RIVER RD
DESTREHAN LA 70047

029839P001-1435A-598
ST CHARLES CATHOLIC

033098S001-1435A-598
ST CHARLES CATHOLIC CHURCH
EMILY PITRE
PO BOX 54
MONTEGUT LA 70377-0054

002476P001-1435A-598
ST CHARLES CATHOLIC HIGH SCHOOL
100 DOMINICAN DR
LAPLACE LA 70068-3499

010869P001-1435A-598
ST CHARLES CATHOLIC HIGH SCHOOL
100 DOMINICAN RD
LAPLACE LA 70068

016319P001-1435A-598
ST CHARLES CATHOLIC SCHOOL
100 DOMINICAN DR
LAPLACE LA 70068

021488P001-1435A-598
ST CHARLES HERALDGUIDE
P O BOX 1199
BOUTTE LA 70039-1199

021490P001-1435A-598
ST CHARLES HERALDGUIDE SUBSCRIPTION
PO BOX 433294
PALM COAST FL 32143-9513

032445S001-1435A-598
ST CHARLES PARISH
JOSEPH OGBONNA
PO BOX 711
EDEN TX 76837-0711

041462P001-1435A-598
ST CHARLES PARISH DEPT OF WATER WORKS
403 MILLING AVE
LULING LA 70070

002477P001-1435A-598
ST CHARLES PARISH DEPT OF WATERWORKS
PO BOX 108
LULING LA 70070

041461P001-1435A-598
ST CHARLES PARISH DEPT OF WATERWORKS
(RECTORY)
PO BOX 108
LULING LA 70070

023752P001-1435A-598
ST CHARLES PARISH HOSPI
PO BOX 733312
DALLAS TX 75373

002478P001-1435A-598
ST CHARLES PARISH HOSPITAL
PO BOX 87
LULING LA 70070

021491P001-1435A-598
ST CHARLES PARISH SHERIFFS OFFICE
260 JUDGE EDWARD DUFRESNE PKWY
LULING LA 70070

041705P001-1435A-598
ST CHARLES PARISH WATERWORKS
PO BOX 108
LULING LA 70070-0018

021492P001-1435A-598
ST CHARLES PRINTING
P O BOX 1258
BOUTTE LA 70039

021493P001-1435A-598
ST CHARLES QUARTERBACK CLUB
BARON BUNCH
PO BOX 150
GRAMERCY LA 70052

023754P001-1435A-598
ST CHARLES SURGICAL HOSPI
PO BOX 8770
METAIRIE LA 70011

023755P001-1435A-598
ST CHARLES URGENT CARE
PO BOX 82
MATHEWS LA 70375

Case 20-10846 Doc 3645-4 Filed 09/12/25 Entered 09/12/25 14:07:54 RP Ex. 4 - Affid. 1431
Case 20-10846 Doc 3655-4 Filed 09/25/25 Entered 09/25/25 17:07:51 Part 4 - Affid. 1431
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1431 of 1525
US First Class Mail
Exhibit Pages

002479P001-1435A-598
ST CHARLES VISION
8040 ST CHARLES AVE
NEW ORLEANS LA 70118

002480P001-1435A-598
ST CHARLES VISION
PO BOX 79610
BALTIMORE MD 21279-0610

041463P001-1435A-598
ST CHARLES WATERWORKS
PO BOX 108
LULING LA 70070

031154P001-1435A-598
ST CHRISTOPHER
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029944P001-1435A-598
ST CHRISTOPHER CHURCH
309 MANSON AVE
METAIRIE LA 70001

017227P001-1435A-598
ST CHRISTOPHER SCHOOL
3900 DERBIGNY ST
METAIRIE LA 70001

002482P001-1435A-598
ST CHRISTOPHER THE MARTYR SCHOOL
3900 DERBIGNY ST
METAIRIE LA 70001

018878P001-1435A-598
ST CHRISTOPHERS MENS CLUB
3900 DERBIGNY ST
METAIRIE LA 70001

014030P001-1435A-598
ST CHRISTOPHERS OUTREACH
ST CHRISTOPHER THE MARTYR CHURCH
309 MANSON AVE
METAIRIE LA 70001

016320P001-1435A-598
ST CLARE MONASTERY
ALTAR BREAD DEPT
720 HENRY CLAY AVE
NEW ORLEANS LA 70118-5891

041464P001-1435A-598
ST CLARE MONASTERY
1100 VALMONT ST
NEW ORLEANS LA 70115

018879P001-1435A-598
ST CLEMENT OF ROME
4317 RICHLAND AVE
METAIRIE LA 70002

031155P001-1435A-598
ST CLEMENT OF ROME
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029945P001-1435A-598
ST CLEMENT OF ROME CHURCH
4317 RICHLAND AVE #3027
METAIRIE LA 70002

002483P001-1435A-598
ST CLEMENT OF ROME SCHOOL
3978 W ESPLANADE AVE
METAIRIE LA 70002

026530P001-1435A-598
ST CLETUS
3600 CLAIRE AVE
GRETNA LA 70053

031156P001-1435A-598
ST CLETUS
ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029946P001-1435A-598
ST CLETUS CHURCH
3600 CLAIRE AVE
GRETNA LA 70053

002484P001-1435A-598
ST CLETUS SCHOOL
3610 CLAIRE AVE
GRETNA LA 70053

031157P001-1435A-598
ST DAVID
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002485P001-1435A-598
ST DAVID CHURCH
5617 ST CLAUDE AVE
NEW ORLEANS LA 70117

023778P001-1435A-598
ST DAVIDS CARENOW URGENT CARE
PO BOX 744066
ATLANTA GA 30374

002486P001-1435A-598
ST DOMINIC CHURCH
775 HARRISON AVE
NEW ORLEANS LA 70184

020057P001-1435A-598
ST DOMINIC CHURCH
775 HARRISON AVE
NEW ORLEANS LA 70124

002487P001-1435A-598
ST DOMINIC PRIORY
775 HARRISON AVE
NEW ORLEANS LA 70124

029947P001-1435A-598
ST DOMINIC'S CHURCH
775 HARRISON AVE
NEW ORLEANS LA 70124

031158P001-1435A-598
ST DOMINICS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016321P001-1435A-598
ST EDMUND HIGH SCHOOL
351 WEST MAGNOLIA
EUNICE LA 70535

Case 20-10846 Doc 3654-5 Filed 09/01/25 Entered 09/01/25 14:07:54 Desc Exhibit Affidavit of Service Regarding Solicitation Packages Page 1432 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041465P001-1435A-598
ST EDWARD
490 W METAIRIE AVE
METAIRIE LA 70001

032093S001-1435A-598
ST EDWARD CATHOLIC CHURCH
MICHAEL LANCASTER
PO BOX 1308
TALLULAH LA 71284-1308

018880P001-1435A-598
ST EDWARD THE CONFESSOR
4921 WEST METAIRIE AVE
METAIRIE LA 70001

031159P001-1435A-598
ST EDWARD THE CONFESSOR
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002489P001-1435A-598
ST EDWARD THE CONFESSOR CHURCH
4921 W METAIRIE AVE
METAIRIE LA 70001

002490P001-1435A-598
ST EDWARD THE CONFESSOR SCHOOL
4901 W METAIRIE AVE
METAIRIE LA 70001

031543P001-1435A-598
ST ELIO ROMAN CATHOLIC CHURCH
1335 BAYOU DULARGE RD
THERIOT LA 70397

002491P001-1435A-598
ST ELIZABETH ANN SETON SCHOOL
4335 SAL LENTINI PKWY
KENNER LA 70065

014031P001-1435A-598
ST ELIZABETH ANN SETON SCHOOL
4119 ST ELIZABETH DR
KENNER LA 70065

030973P001-1435A-598
ST ELIZABETH ESTATES, LLC
BRYAN KRANTZ
ADDRESS INTENTIONALLY OMITTED

032031S001-1435A-598
ST ELIZABETH OF HUNGARY PARISH
LEONARD PIVONKA
PO BOX 1009
ALICE TX 78333-1009

023756P001-1435A-598
ST ELIZABETH PHYSICIANS LLC
PO BOX 677957
DALLAS TX 75267

032430S001-1435A-598
ST ELIZABETH-HUNGARY CATHOLIC
CINDY LUCERO
PO BOX 307
MANOR TX 78653-0307

014032P001-1435A-598
ST ELIZABETHS GUILD
CINDY WOODERSON
7045 ARGONNE BLVD
NEW ORLEANS LA 70124

033168S001-1435A-598
ST FAUSTINA CATHOLIC CHURCH
SHAWN MCKNIGHT
PO BOX 1099
FULSHEAR TX 77441-1099

032894S001-1435A-598
ST FRANCES OF ROME CHURCH
JACOB J VALAYATH
PO BOX 598
AGUA DULCE TX 78330-0598

033415S001-1435A-598
ST FRANCES XAVIER CABRINI CHR
CHRISTOPHER DECKER
PO BOX 87
LIVONIA LA 70755-0087

031160P001-1435A-598
ST FRANCES XAVIER CABRINI, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032728S001-1435A-598
ST FRANCIS DE SALES CHURCH
LESLIE VANOSDALE
PO BOX 4014
HOUMA LA 70361-4014

033161S001-1435A-598
ST FRANCIS DE SALES CHURCH
RAPHAEL KAREKATT
PO BOX 37
ECHO LA 71330-0037

031161P001-1435A-598
ST FRANCIS DE SALLES, INC
JEFFREY J ENTWISLE
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

023757P001-1435A-598
ST FRANCIS MEDICAL CENTER
DEPT E
PO BOX 679308
DALLAS TX 75267

031162P001-1435A-598
ST FRANCIS OF ASSISI
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032984S001-1435A-598
ST FRANCIS OF ASSISI CATHOLIC
RICHARD SMITH
PO BOX 654
BOONEVILLE MS 38829-0654

033276S001-1435A-598
ST FRANCIS OF ASSISI CATHOLIC
FLORENCE OUZTS
PO BOX 239
SHAW MS 38773-0239

029948P001-1435A-598
ST FRANCIS OF ASSISI CHURCH
631 STATE ST
NEW ORLEANS LA 70118

032705S001-1435A-598
ST FRANCIS OF ASSISI CHURCH
MATTHEW SIMMONS
PO BOX 196
BROOKHAVEN MS 39602-0196

032709S001-1435A-598
ST FRANCIS OF ASSISI CHURCH
STEVE PAWELK
PO BOX 887
NEW ALBANY MS 38652-0887

Case 20-10846 Doc 4536-4 Filed 09/02/25 Entered 09/02/25 14:06:54 RP Exc 4 - Affid 1433
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1433 of 1525
US First Class Mail
Exhibit Pages

033414S001-1435A-598
ST FRANCIS OF ASSISI CHURCH
ALIES THERESE
PO BOX 134
ABERDEEN MS 39730-0134

031163P001-1435A-598
ST FRANCIS XAVIER
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032492P001-1435A-598
ST FRANCIS XAVIER CHURCH
444 METAIRIE RD
METAIRIE LA 70005

033162S001-1435A-598
ST FRANCIS XAVIER CHURCH
RODOLFO FRANCO
PO BOX 116
LA FERIA TX 78559-0116

033349S001-1435A-598
ST FRANCIS XAVIER CHURCH OFC
RODOLFO FRANCO
PO BOX 116
LA FERIA TX 78559-0116

002493P001-1435A-598
ST FRANCIS XAVIER SCHOOL
215 BETZ PL
METAIRIE LA 70005

032915S001-1435A-598
ST FRANCIS-ASSISSI CATHOLIC
CELSO YU
PO BOX 543
FRANKLIN TX 77856-0543

016322P001-1435A-598
ST FREDERICK HIGH SCHOOL
3300 WESTMINSTER AVE
MONROE LA 71201

020058P001-1435A-598
ST FREDERICKS HIGH SCHOOL
GIRLS SOCCER
3300 WESTMINSTER AVE
MONROE LA 71201

031164P001-1435A-598
ST GABRIEL
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029949P001-1435A-598
ST GABRIEL CHURCH
4700 PINEDA ST
NEW ORLEANS LA 70126

020059P001-1435A-598
ST GENEVIEVE
58025 ST GENEVIEVE LN
SLIDELL LA 70460

031165P001-1435A-598
ST GENEVIEVE
ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002494P001-1435A-598
ST GENEVIEVE CHURCH
58203 HWY 433
SLIDELL LA 70460-3134

029950P001-1435A-598
ST GENEVIEVE CHURCH
58203 LA-433
SLIDELL LA 70460

016323P001-1435A-598
ST GERARD MAJELLA
OFFICE OF CATHOLIC SCHOOLS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016324P001-1435A-598
ST GERARD MAJELLA ALTERNATIVE SCHOOL
ST GERARD MAJELLA ALTERNATIVE SCHOO
1101 ALINE ST
APT 214
NEW ORLEANS LA 70115

031166P001-1435A-598
ST GERTRUDE
ROMAN CATHOLIC CHURCH,
DES ALLEMANDS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029951P001-1435A-598
ST GERTRUDE CHURCH
17292 LA-631
DES ALLEMANDS LA 70030

031568P001-1435A-598
ST GERTRUDE CONVENT
ST GERTRUDES STATION
COVINGTON LA 70433

031568 001-1435A-598
ST GERTRUDE CONVENT
PHILIP E PFEFFER
416 EAST GIBSON ST
COVINGTON LA 70433

031571P001-1435A-598
ST GREGORY BARBARIGO CHURCH
1005 WILLIAMS AVE
HOUMA LA 70364

033233S001-1435A-598
ST HELEN'S CATHOLIC CHURCH
LALEL NIBLECK
PO BOX 97
AMORY MS 38821-0097

033435S001-1435A-598
ST HELENS CATHOLIC CHURCH
E ROYAL
PO BOX 451
RIO HONDO TX 78583-0451

032783S001-1435A-598
ST HENRY CATHOLIC CHURCH
GINA MANNINO
PO BOX 427
BRIDGE CITY TX 77611-0427

031167P001-1435A-598
ST HENRYS INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031575P001-1435A-598
ST HILARY OF POITIERS CATHOLIC CHURCH
333 TWIN OAKS DR
RACELAND LA 70394

031168P001-1435A-598
ST HUBERT
ROMAN CATHOLIC CHURCH, GARYVILLE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

Case 2:20-cv-08346-JTM-DPC Case 20-10846 Doc 1435-4 Filed 09/09/25 Entered 09/09/25 14:06:14 RP Exec 4 - Affid v 1434 of Service Regarding Solicitation Packages Page 1434 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

021494P001-1435A-598
ST HUBERT CATHOLIC CHURCH
P O BOX K
GARYVILLE LA 70051

029952P001-1435A-598
ST HUBERT CHURCH
176 ANTHONY F MONICA ST
GARYVILLE LA 70051

032177S001-1435A-598
ST IGNATIUS MARTYR CATHOLIC
JUAN VAZQUEZ
2309 EUCLID AVE
AUSTIN TX 78704-5515

032859S001-1435A-598
ST JAMES CATHOLIC CHR REL ED
STAN FIUK
417 N COLLEGE ST
GONZALES TX 78629-4111

032282S001-1435A-598
ST JAMES CATHOLIC CHURCH
JUAN CARLOS SARDINAS PEREZ
905 PARK AVE
FALLS CHURCH VA 22046-3198

032959S001-1435A-598
ST JAMES CATHOLIC CHURCH
SEAN ATKINSON
PO BOX 352
LELAND MS 38756-0352

033203S001-1435A-598
ST JAMES CATHOLIC CHURCH
RICHARD SMITH
PO BOX 660
CORINTH MS 38835-0660

026274P001-1435A-598
ST JAMES COMMUNITY THEATER
823 N FELICITY AVE
GONZALES LA 07073

021495P001-1435A-598
ST JAMES HIGH SCHOOL
P O BOX 101
ST. JAMES LA 70086

014033P001-1435A-598
ST JAMES HIGH SOFTBALL
JOHN BENTIVEGNA
5181 WILDCAT ST
ST. JAMES LA 70086

031169P001-1435A-598
ST JAMES MAJOR
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002495P001-1435A-598
ST JAMES MAJOR CHURCH
3736 GENTILLY BLVD
NEW ORLEANS LA 70122

032744S001-1435A-598
ST JAMES MEMORIAL CHURCH
GABRIEL UGONDU
1503 8TH ST
ALEXANDRIA LA 71301-7506

021496P001-1435A-598
ST JAMES NURSERY INC
1501 N AIRLINE HWY
GRAMERCY LA 70052

033328S001-1435A-598
ST JAMES PARISH
ELVIRA OLIVARES
PO BOX 520
SANDERSON TX 79848-0520

023758P001-1435A-598
ST JAMES PARISH HOSPITAL
1645 LUTCHER AVE
LUTCHER LA 70071

021497P001-1435A-598
ST JAMES PARISH SCHOOL BOARD
PO BOX 338
LUTCHER LA 70071

023760P001-1435A-598
ST JAMES PRIMARY CARE
502 RUE DE SANTE STE 301
LA PLACE LA 70068

023761P001-1435A-598
ST JAMES PRIMARY CARE
827 N PINE ST
GRAMERCY LA 70052

031170P001-1435A-598
ST JANE DE CHANTAL
ROMAN CATHOLIC CHURCH,
ABITA SPRINGS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002496P001-1435A-598
ST JANE DE CHANTAL CHURCH
PO BOX 1870
ABITA SPRINGS LA 70420

029953P001-1435A-598
ST JANE DE CHANTAL CHURCH
72040 MAPLE ST
ABITA SPRINGS LA 70420

031171P001-1435A-598
ST JEROME
ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002497P001-1435A-598
ST JEROME CHURCH
2402 33RD ST
KENNER LA 70065

026437P001-1435A-598
ST JOACHIM
5505 BARATARIA BLVD
MARRERO LA 70072

031172P001-1435A-598
ST JOACHIM
ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029724P001-1435A-598
ST JOACHIM PARISH CHURCH
5505 BARATARIA BLVD
MARRERO LA 70072

031173P001-1435A-598
ST JOAN OF ARC
ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

Case 2:24-cv-04268-JTM-DPC Document 54-1 Filed 07/14/25 Page 1435 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1435 of 1525

US First Class Mail

Exhibit Pages

021498P001-1435A-598
ST JOAN OF ARC CATHOLIC CHURCH
529 WEST FIFTH ST
LA PLACE LA 70068

033304S001-1435A-598
ST JOAN OF ARC CATHOLIC CHURCH
CLYDE THOMAS
PO BOX 479
OBERLIN LA 70655-0479

021499P001-1435A-598
ST JOAN OF ARC CATHOLIC SCHOOL
412 FIR ST
LAPLACE LA 70068

002498P001-1435A-598
ST JOAN OF ARC CHURCH
529 W 5TH ST
LAPLACE LA 70068-3941

002499P001-1435A-598
ST JOAN OF ARC SCHOOL
412 FIR ST
LAPLACE LA 70068

002500P001-1435A-598
ST JOAN OF ARC SCHOOL
919 CAMBRONNE ST
NEW ORLEANS LA 70118

021500P001-1435A-598
ST JOAN OF ARC SCHOOL BOOSTER CLUB
412 FIR ST
LAPLACE LA 70068

010066P001-1435A-598
ST JOCHIM CATHOLIC CHURCH
5505 BARATARIA BLVD
MARRERO LA 70072

031174P001-1435A-598
ST JOHN
THE BAPTIST, NEW ORLEANS, LOUISIANA, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033368S001-1435A-598
ST JOHN & ST MARTIN CATHOLIC
JANICE STANCELL
PO BOX 167
CRYSTAL SPRINGS MS 39059-0167

041466P001-1435A-598
ST JOHN BAPTIST PARISH UTILITIES
PO BOX C
GARYVILLE LA 70051

026438P002-1435A-598
ST JOHN BOSCO
600 2ND AVE
HARVEY LA 70058-2728

031175P001-1435A-598
ST JOHN BOSCO
ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033382P001-1435A-598
ST JOHN BOSCO
VARGHESE ANTONY
PO BOX 326
LYTLE TX 78052-0326

033175S001-1435A-598
ST JOHN BOSCO CATHOLIC CHURCH
JOHNSON OWUSU-BOATENG
PO BOX 337
VANDERBILT TX 77991-0337

029995P002-1435A-598
ST JOHN BOSCO CHURCH
600 2ND AVE
HARVEY LA 70058-2728

032995S001-1435A-598
ST JOHN CATHOLIC CHURCH
PRADEEP THIRUMALREDDY
PO BOX 569
BATESVILLE MS 38606-0569

023762P001-1435A-598
ST JOHN EMERGENCY GROUP LLC
PO BOX 400
SAN ANTONIO TX 78292

023763P001-1435A-598
ST JOHN EMERGENCY GROUP LLC
PO BOX 679491
DALLAS TX 75267

016325P001-1435A-598
ST JOHN INTERPAROCHIAL SCHOOL
BOOKKEEPING
24250 REGINA ST
PLAQUEMINE, LA 70764

020060P001-1435A-598
ST JOHN OF THE CROSS
61051 BRIER LAKE DR
LACOMBE LA 70445

031176P001-1435A-598
ST JOHN OF THE CROSS
ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002501P001-1435A-598
ST JOHN OF THE CROSS CHURCH
61030 BRIER LAKE DR
LACOMBE LA 70445-2911

033406S001-1435A-598
ST JOHN OF THE CROSS PARISH
PRINCE KURUVILA
PO BOX 329
ORANGE GROVE TX 78372-0329

021501P001-1435A-598
ST JOHN PARISH BUSINESS ASSOCIATION
PO BOX 873
LAPLACE LA 70069

041467P001-1435A-598
ST JOHN PARISH UTILITIES
PO BOX 1239
LAPLACE LA 70069

002502P001-1435A-598
ST JOHN PAUL II FOUNDATION
PO BOX 5927
KATY TX 77491

023764P001-1435A-598
ST JOHN PHYSICAL THERAPY
504 RUE DE SANTE
LA PLACE LA 70068

Case 2:20-cv-10846-CJB-DPC Document 4-1 Filed 04/25/25 Page 1436 of 1525

Case 20-10846 Claim 34455-4 Part 11 Page 1436 of 1436

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1436 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 033035S001-1435A-598<br>ST JOHN THE BAPT CATHOLIC CHR<br>KNOCK RUSSELL<br>PO BOX 57<br>FAYETTEVILLE TX 78940-0057 | 031177P001-1435A-598<br>ST JOHN THE BAPTIST<br>ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 031178P001-1435A-598<br>ST JOHN THE BAPTIST<br>ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 031179P001-1435A-598<br>ST JOHN THE BAPTIST<br>ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 032502S001-1435A-598<br>ST JOHN THE BAPTIST<br>MATT LORRAIN<br>PO BOX 248<br>BRUSLY LA 70719-0248 | 012406P001-1435A-598<br>ST JOHN THE BAPTIST CATHOLIC CHURCH<br>11345 ST JOHN CHURCH RD<br>FOLSOM LA 70437 | 002503P001-1435A-598<br>ST JOHN THE BAPTIST CHURCH<br>11345 ST JOHN CHURCH RD<br>FOLSOM LA 70437 | 002504P001-1435A-598<br>ST JOHN THE BAPTIST CHURCH<br>2361 HIGHWAY 18<br>EDGARD LA 70049 |
| 029956P001-1435A-598<br>ST JOHN THE BAPTIST CHURCH<br>2349 LA-18<br>EDGARD LA 70049 | 029957P001-1435A-598<br>ST JOHN THE BAPTIST CHURCH<br>15405 US-90<br>PARADIS LA 70080 | 021503P001-1435A-598<br>ST JOHN THE BAPTIST PARISH<br>DEPT OF PARKS AND RECREATION<br>200 REGALA PK DR<br>RESERVE LA 70084 | 032772S001-1435A-598<br>ST JOHN THE BAPTIST PARISH<br>JOHN O'BRIEN<br>PO BOX 7<br>DEVILLE LA 71328-0007 |
| 021504P001-1435A-598<br>ST JOHN THE BAPTIST PARISH COUNCIL<br>1801 W AIRLINE HWY<br>LAPLACE LA 70068 | 002505P001-1435A-598<br>ST JOHN THE BAPTIST PARISH SCHOOLS<br>TRANSPORTATION DEPT<br>118 WEST 10TH ST<br>RESERVE LA 70084 | 021505P001-1435A-598<br>ST JOHN THE BAPTIST PARISH SHERIFF<br>P O BOX 1600<br>LAPLACE LA 70068 | 021506P001-1435A-598<br>ST JOHN THE BAPTIST PARISH UTILITIES<br>P O BOX C<br>GARYVILLE LA 70051 |
| 041468P001-1435A-598<br>ST JOHN THE BAPTIST PARISH UTILITIES<br>1811 W AIRLINE HWY<br>LAPLACE LA 70068 | 021510P001-1435A-598<br>ST JOHN THE BAPTIST PARISH UTILITIES DEPT<br>NON DOMESTIC PROGRAM<br>1801 W AIRLINE HWY<br>LAPLACE LA 70068 | 032545S001-1435A-598<br>ST JOHN THE EVANGELIST MISSION<br>JOM JOSEPH<br>PO BOX 124<br>LACASSINE LA 70650-0124 | 021507P001-1435A-598<br>ST JOHN THEATRE<br>DANNY ZUKO<br>P O BOX 188<br>RESERVE LA 70084 |
| 002506P001-1435A-598<br>ST JOHN VIANNEY CENTER<br>BUSINESS OFFICE<br>151 WOODBINE RD<br>DOWNINGTON PA 19335 | 033239S001-1435A-598<br>ST JOHN'S CATHOLIC CHURCH<br>DAISY PRUDHOMME<br>PO BOX 40<br>CLOUTIERVILLE LA 71416-0040 | 012407P001-1435A-598<br>ST JOHN'S COLLEGE<br>60 COLLEGE AVE<br>ANNAPOLIS MD 21401 | 032934S001-1435A-598<br>ST JOHN'S THE BAPTIST<br>CYRIL N EJAIDU<br>PO BOX 585<br>WACO TX 76703-0585 |
| 032735S001-1435A-598<br>ST JOHNS CATHOLIC CHURCH<br>JENNIFER NEWSOM<br>416 S 5TH ST<br>OXFORD MS 38655-3806 | 032896S001-1435A-598<br>ST JOHNS CATHOLIC CHURCH<br>SENAN GALLAGHER<br>PO BOX 30<br>CHARLESTON MS 38921-0030 | 031180P001-1435A-598<br>ST JOSEPH<br>ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 002507P001-1435A-598<br>ST JOSEPH ABBEY<br>CHRISTIAN LIFE CENTER<br>75376 RIVER RD<br>ST BENEDICT LA 70457 |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1437 of 1525
US First Class Mail
Exhibit Pages

002508P001-1435A-598
ST JOSEPH ABBEY
75376 RIVER RD
ST BENEDICT LA 70457-9900

010067P001-1435A-598
ST JOSEPH ABBEY
75376 RIVER RD
COVINGTON LA 70435

020061P001-1435A-598
ST JOSEPH ABBEY
75376 RIVER RD
SAINT BERNARD LA 70457

018997P001-1435A-598
ST JOSEPH ABBEY AND SEMINARY
75376 RIVER RD
COVINGTON LA 70435

010068P001-1435A-598
ST JOSEPH ABBEY AND SEMINARY COLLEGE
75376 RIVER RD
ST. BENEDICT LA 70457

018881P001-1435A-598
ST JOSEPH ABBEY SEMINARY COLLEGE
45376 RIVER RD
SAINT BENEDICT LA 70457

012408P001-1435A-598
ST JOSEPH ACADEMY
3015 BROUSSARD ST
BATON ROUGE LA 70808

032475S001-1435A-598
ST JOSEPH CATHOLIC
TIMOTHY C HURD
PO BOX 8
ZWOLLE LA 71486-0008

032207S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
ERNESTO ELIZONDO
10104 HILL LN
MANOR TX 78653-2833

032365S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
CRISTOPHER FERRER
PO BOX 371
MARLIN TX 76661-0371

032469S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
MELISSA LAURENT
PO BOX 129
PAULINA LA 70763-0129

032619S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
ADAM NICHOLSON
PO BOX 368
PONCHATOULA LA 70454-0368

032640S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
GRACIE MIRABEL
PO BOX 5196
CORPUS CHRISTI TX 78465-5196

032675S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
ROCKY STRONG
PO BOX 1429
DEL RIO TX 78841-1429

032883S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
SALVINO PRIMOR
PO BOX 280
CENTERVILLE LA 70522-0280

032988S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
GABRIEL BENTIL
PO BOX 337
INEZ TX 77968-0337

033014S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
PABLO WILHELM
PO BOX 156
ROMA TX 78584-0156

033025S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
JOHN STANLEY
PO BOX 930
LIVINGSTON TX 77351-0016

033029S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
EDWARD KUCERA
PO BOX 388
PLANTERSVILLE TX 77363-0388

033033S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
VINH NGUYEN
PO BOX 345
PORT O CONNOR TX 77982-0345

033124S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
ROMEO SALINAS
PO BOX 1602
KINGSVILLE TX 78364-1602

033206S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
JOHN XAVIOUR
PO BOX 1546
PORT ARANSAS TX 78373-1546

033252S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
STEVEN VILLA
PO BOX 846
STANTON TX 79782-0846

033254S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
TRUONG TRINH
PO BOX 202
POPLARVILLE MS 39470-0202

033437S001-1435A-598
ST JOSEPH CATHOLIC CHURCH
JESUS COMACHO
PO BOX 297
TILDEN TX 78072-0297

002509P001-1435A-598
ST JOSEPH CHURCH
1802 TULANE AVE
NEW ORLEANS LA 70112-2246

002510P001-1435A-598
ST JOSEPH CHURCH
610 SIXTH ST
GRETNA LA 70053-6098

032186S001-1435A-598
ST JOSEPH CHURCH
LAMBERT LEIN
PO BOX 278
BROUSSARD LA 70518-0278

Case 20-10846 Doc 433-5 Filed 09/01/25 Entered 09/01/25 04:24:06 Exhibit 4 - Affidavit
Case 20-10846 Doc 433545-4 09/00/25 04/25 Entered 09/00/25 04/25/06 07:54 Doc Exh 4 - Affida 1438
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1438 of 1525
US First Class Mail
Exhibit Pages

---

032447S001-1435A-598
ST JOSEPH CHURCH
NEIL PETIT
PO BOX 279
CECILIA LA 70521-0279

032873S001-1435A-598
ST JOSEPH CHURCH
WILLIAM RUSKOSKI
PO BOX 199
RAYNE LA 70578-0199

032901S001-1435A-598
ST JOSEPH CHURCH
ARIAL LAGUNILLA
PO BOX 96
ROWENA TX 76875-0096

033126S001-1435A-598
ST JOSEPH CHURCH
JOHN G BREAUX
PO BOX 365
LOREAUVILLE LA 70552-0365

032747S001-1435A-598
ST JOSEPH CO-CATHEDRAL
SAM G JACOBS
PO BOX 966
THIBODAUX LA 70302-0966

023765P001-1435A-598
ST JOSEPH HOSP INC
PO BOX 403548
ATLANTA GA 30384

020062P001-1435A-598
ST JOSEPH MASS LEAGUE
FOUNDATION OFFICE
ONE LIGUORI DR
LIGUORI MO 63057

023791P001-1435A-598
ST JOSEPH MEDICALCLINIC
22080 HIGHWAY 20
VACHERIE LA 70090

032317S001-1435A-598
ST JOSEPH PARISH
PETER KULIGOWSKI
PO BOX 198
ST JOSEPH LA 71366-0198

033107S001-1435A-598
ST JOSEPH PARISH
ROGER HAWES
PO BOX 734
YOAKUM TX 77995-0734

033431S001-1435A-598
ST JOSEPH PARISH
GEORGE JOHNSON
PO BOX 1546
PORT ARANSAS TX 78373-1546

002511P001-1435A-598
ST JOSEPH SEMINARY COLLEGE
75376 RIVER RD
ST BENEDICT LA 70457

021511P001-1435A-598
ST JOSEPH SEMINARY COLLEGE
KIT FRIEDRICHS-BAUMANN
75376 RIVER RD
ST. BENEDICT LA 70457

026439P001-1435A-598
ST JOSEPH THE WORKER
455 AMES BLVD
MARRERO LA 70072

031182P001-1435A-598
ST JOSEPH THE WORKER
ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

034458S001-1435A-598
ST JOSEPH THE WORKER CATHOLIC
RYSZARD ZAWADZKI
PO BOX 640
DAYTON TX 77535-0011

002512P001-1435A-598
ST JOSEPH THE WORKER CHURCH
455 AMES BLVD
MARRERO LA 70072-1599

032530S001-1435A-598
ST JOSEPH THE WORKER MISSION
SCOTT ALLEN
PO BOX 4995
TYLER TX 75712-4995

032395S001-1435A-598
ST JOSEPH THE WORKER PARISH
PAULA BERGERON
PO BOX 190
PIERRE PART LA 70339-0190

032503S001-1435A-598
ST JOSEPH'S CATHOLIC CHR
CAROL PAGA
PO BOX 760
MANSFIELD LA 71052-0760

032251S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
BILL REARDON
PO BOX 734
YOAKUM TX 77995-0734

032723S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
CHELTSEY HERNANDEZ
PO BOX 532
MERIDIAN MS 39302-0532

033123S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
LEO TRAHAN
PO BOX 8549
MOSS POINT MS 39562-0008

033219S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
JOSE VILLANUEVA
PO BOX N
DILLEY TX 78017-0930

033271S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
PETER KULIGOWSKI
PO BOX 198
ST JOSEPH LA 71366-0198

033279S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
AROKIA SAVIO
PO BOX 668
WOODVILLE MS 39669-0668

033335S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
D CLEMENT
PO BOX 183
EVANGELINE LA 70537-0183

033390S001-1435A-598
ST JOSEPH'S CATHOLIC CHURCH
GLORIA THRASHER
PO BOX 548
ROCKDALE TX 76567-0548

Case 20-20846-20-10826-CRL-CRL Doc 14-1 Filed 09/02/25 Entered 09/02/25 11:07:54 Desc Exh - Affidavit of Service Regarding Solicitation Packages Page 1439 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

029958P001-1435A-598
ST JOSEPH'S CHURCH
610 6TH ST
GRETNA LA 70053

032669S001-1435A-598
ST JOSEPH'S CHURCH
RENE RODRIGUEZ
1315 TRAVIS ST
EL PASO TX 79903-2817

029933S001-1435A-598
ST JOSEPH'S CHURCH
LINDA VOLLMER
PO BOX 299
MILTON LA 70558-0299

031181P001-1435A-598
ST JOSEPHS
ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026440P001-1435A-598
ST JOSEPHS ABBEY
75376 RIVER RD
ST BENEDICT LA 70457

029842P001-1435A-598
ST JOSEPHS ABBEY
RIVER ROAD
ST TAMMANY PARISH #48
ST. BENEDICT LA 70457

014034P001-1435A-598
ST JOSEPHS ACADEMY
3015 BROUSSARD ST
BATON ROUGE LA 70808

018882P001-1435A-598
ST JOSEPHS ACADEMY
DORINDA BEAUMONT
3015 BROUSSARD ST
BATON ROUGE LA 70808-1198

021512P001-1435A-598
ST JOSEPHS ACADEMY
MINA WILLIAMS
3015 BROUSSARD ST
BATON ROUGE LA 70808-1198

031551P001-1435A-598
ST JOSEPHS SOCIETY OF THE SACRED HEART
PO BOX 65010
BALTIMORE MD 21209

010063P001-1435A-598
ST JUDE CHILDREN'S HOSPITAL
VOLUNTEER PROGRAM
PO BOX 1999
MEMPHIS TN 38101-9795

012409P001-1435A-598
ST JUDE CHILDREN'S RESEARCH HOSPITAL
501 ST JUDE PL
MEMPHIS TN 38105

010870P001-1435A-598
ST JUDE CHILDRENS RESEARCH HOSP
262 DANNY THOMAS PL
MEMPHIS TN 38105

002513P001-1435A-598
ST JUDE COMMUNITY CENTER
400 N RAMPART ST
NEW ORLEANS LA 70112

031183P001-1435A-598
ST JUDE COMMUNITY CENTER, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032941S001-1435A-598
ST JUDE THADDEUS CHURCH
JOSE E LOSOYA
PO BOX 1688
PHARR TX 78577-1630

012410P001-1435A-598
ST JUDE'S CHILDRENS RESEARCH HOSPITAL
SARAH MOUTON
14333 PERKINS RD STE A
BATON ROUGE LA 70810

026648P001-1435A-598
ST JUDES CHILDRENS HOSPITAL
262 DANNY THOMAS PL
MEMPHIS TN 38105

010069P001-1435A-598
ST JUDES CHILDRENS RESEARCH HOSPITAL
501 ST JUDE PL
MEMPHIS TN 38105

033084S001-1435A-598
ST JULES CATHOLIC CHURCH
MABEL SAVOIE
PO BOX 38
BELLE ROSE LA 70341-0038

031184P001-1435A-598
ST JULIAN EYMARD, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031185P001-1435A-598
ST KATHARINE DREXEL
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002514P001-1435A-598
ST KATHARINE DREXEL CHURCH
2015 LOUISIANA AVE
NEW ORLEANS LA 70115-5228

002515P001-1435A-598
ST KATHARINE DREXEL PREP
5116 MAGAZINE ST
NEW ORLEANS LA 70115

033351S001-1435A-598
ST LAWRENCE CATHOLIC CHURCH
JOSEPH CYRIAC
PO BOX 280
WASKOM TX 75692-0280

033405S001-1435A-598
ST LAWRENCE CATHOLIC CHURCH
SEBASTIAN KALLARACKAL
PO BOX 554
SWARTZ LA 71281-0554

031186P001-1435A-598
ST LAWRENCE THE MARTYR, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029959P001-1435A-598
ST LEO THE GREAT
2916 PARIS AVE
NEW ORLEANS LA 70119

1439

Case 2:24-cv-04160-DA... Case 2:18-... Case 2:24-cv-04160-DA... Exhibit - Affidav...
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1440 of 1525
US First Class Mail
**Exhibit Pages**

032226S001-1435A-598
ST LEO THE GREAT
JOSEPH LOURDUSAMY
PO BOX 356
CENTERVILLE TX 75833-0356

002516P001-1435A-598
ST LEO THE GREAT SCHOOL
1501 ABUNDANCE ST
NEW ORLEANS LA 70119

014035P001-1435A-598
ST LOUIS CATHEDRAL
MAUREEN SHERMAN
615 PERE ANTOINE ALLEY
NEW ORLEANS LA 70116-3291

026649P001-1435A-598
ST LOUIS CATHEDRAL
615 PERE ANTOINE ALLEY
NEW ORLEANS LA 70116

002517P001-1435A-598
ST LOUIS CATHEDRAL CHURCH
615 PERE ANTOINE ALLEY
NEW ORLEANS LA 70116-3291

016326P001-1435A-598
ST LOUIS CATHOLIC
1620 BANK ST
LAKE CHARLES LA 70601

032836S001-1435A-598
ST LOUIS CATHOLIC CHURCH
ALYSSA TRUTTER
PO BOX 5040
WACO TX 76708-0040

021508P001-1435A-598
ST LOUIS CATHOLIC HIGH SCHOOL
1620 BANK ST
LAKE CHARLES LA 70601

020063P001-1435A-598
ST LOUIS HIGH SCHOOL
1620 BANK ST
LAKE CHARLES LA 70601

018883P001-1435A-598
ST LOUIS KING OF FRANCE
1600 LAKE AVE
METAIRIE LA 70005

029960P001-1435A-598
ST LOUIS KING OF FRANCE CHURCH
1609 CARROLLTON AVE
METAIRIE LA 70005

002518P001-1435A-598
ST LOUIS KING OF FRANCE SCHOOL
1600 LAKE AVE
METAIRIE LA 70005

002519P001-1435A-598
ST LOUIS UNIVERSITY OFFICE OF
MISSION AND IDENTITY
1 N GRAND BLVD
ST. LOUIS MO 63103

031187P001-1435A-598
ST LOUIS, KING OF FRANCE,
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031188P001-1435A-598
ST LOUISE DE MARILLAC, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031550P001-1435A-598
ST LUCY CHILD DEVELOPMENT CENTER
1220 AYCOCK ST
HOUMA LA 70360

002520P001-1435A-598
ST LUKE PRODUCTIONS
PO BOX 886
BATTLE GROUND WA 98604

031189P001-1435A-598
ST LUKE THE EVANGELIST
ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

020064P001-1435A-598
ST LUKE THE EVANGELIST CHURCH
910 CROSS GATES BLVD
SLIDELL LA 70461

027104P001-1435A-598
ST LUKE THE EVANGELIST YOUTH GROUP
910 CROSS GATES BLVD
SLIDELL LA 70461

027105P001-1435A-598
ST LUKES MENS CLUB
910 CROSS GATES BLVD
SLIDELL LA 70461

029963P001-1435A-598
ST MARATHA CHURCH
2555 APOLLO AVE
HARVEY LA 70058

031190P001-1435A-598
ST MARGARET MARY
ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

027106P001-1435A-598
ST MARGARET MARY CHURCH
1050 ROBERT BLVD
SLIDELL LA 70458

002521P001-1435A-598
ST MARGARET MARY SCHOOL
1050 ROBERT BLVD
SLIDELL LA 70458

031191P001-1435A-598
ST MARIA GORETTI
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029961P001-1435A-598
ST MARIA GORETTI CHURCH
7300 CROWDER BLVD
NEW ORLEANS LA 70127

029962P001-1435A-598
ST MARK CHURCH
10773 RIVER RD
AMA LA 70031

Case 2:20-cv-08346-CJB-KWR Document 2505-14 Filed 09/04/25 Entry Number 4 - Page 1441
Case 2:20-cv-08346-CJB-KWR Document 2505-14 Filed 09/04/25 Page 1441 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
Certificate of Service Regarding Solicitation Packages Page 1441 of 1525
US First Class Mail
Exhibit Pages

031192P001-1435A-598
ST MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031193P001-1435A-598
ST MARTHA
ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002522P001-1435A-598
ST MARTHA CHURCH
2555 APOLLO DR
HARVEY LA 70058-5813

017228P001-1435A-598
ST MARTHA CHURCH
2555 APOLLO AVE
HARVEY LA 70058

032902S001-1435A-598
ST MARTIN CATHOLIC CHURCH
JANICE STANSELL
PO BOX 167
CRYSTAL SPRINGS MS 39059-0167

033383S001-1435A-598
ST MARTIN DE PORRES CHURCH
JORGE CASTREJON
PO BOX 1062
DRIPPING SPRINGS TX 78620-1062

002523P001-1435A-598
ST MARTIN MANOR
1000 HOWARD AVE
STE 100
NEW ORLEANS LA 70113-1903

032483S001-1435A-598
ST MARTIN'S CATHOLIC CHURCH
PEDRO SIERRA
PO BOX 459
LECOMPTE LA 71346-0459

012430P001-1435A-598
ST MARTIN EPISCOPAL
COURTNEY WARD
225 GREEN ACRES
METAIRIE LA 70003

021509P001-1435A-598
ST MARTINS EPISCOPAL HIGH SCHOOL
225 GREEN ACRES RD
METAIRIE LA 70003

010871P001-1435A-598
ST MARTINS EPISCOPAL SCHOOL
225 GREEN ACRES RD
METAIRIE LA 70003

014036P001-1435A-598
ST MARTINS EPISCOPAL SCHOOL
ATTN:SUE BOWER
ATHLETIC DIRECTOR
225 GREEN ACRES RD
METAIRIE LA 70003

031194P001-1435A-598
ST MARTINS MANOR, INC
DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70113

016327P001-1435A-598
ST MARTINS VOLLEYBALL
5309 AIRLINE DR
METAIRIE LA 70003

033052S001-1435A-598
ST MARY
STEVE SAUSER
PO BOX 57
FAYETTEVILLE TX 78940-0057

032569S001-1435A-598
ST MARY CATHOLIC CHURCH
GENE THOMPSON
PO BOX 58
WINNSBORO LA 71295-0058

032063S001-1435A-598
ST MARY CATHOLIC COMMUNITY
SHARON HODGE
PO BOX 569
BATESVILLE MS 38606-0569

023766P001-1435A-598
ST MARY EMERGENCY GROUP LLC
PO BOX 679491
DALLAS TX 75267

016328P001-1435A-598
ST MARY HIGH SCHOOL
1101 EAST 5TH ST
NATCHITOCHES LA 71457

031195P001-1435A-598
ST MARY MAGDALEN
ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

018884P001-1435A-598
ST MARY MAGDALEN  FESTIVAL DONATION
6425 WEST METAIRIE AVE
METAIRIE LA 70003-4395

029964P001-1435A-598
ST MARY MAGDALEN CHURCH
6425 W METAIRIE AVE
METAIRIE LA 70003

032022S001-1435A-598
ST MARY MAGDALEN CHURCH
MONICA DEROUEN
PO BOX 1507
ABBEVILLE LA 70511-1507

014038P001-1435A-598
ST MARY MAGDALEN FESTIVAL
ST MARY MAGDALEN PARISH RECTORY
FESTIVAL DONATION COORDINATOR
6425 WEST METAIRIE AVE
METAIRIE LA 70003-4395

002524P001-1435A-598
ST MARY MAGDALEN SCHOOL
6421 W METAIRIE AVE
METAIRIE LA 70003

033058S001-1435A-598
ST MARY MAGDALENE PARISH
JULIA TERRAZAS
PO BOX 95
BRACKETTVILLE TX 78832-0095

032825S001-1435A-598
ST MARY MAGDELEN CHURCH
IKE TEMPORACA
809 W ROSS ST
FLOYDADA TX 79235-2022

034482S001-1435A-598
ST MARY MISSION
THOMAS SHOWALTER
PO BOX 972
ROBSTOWN TX 78380-0972

Case 2:20-cv-08460-WBV Case 2:20-cv-08460-WBV-DPC Document 41-1 ... Filed 09/09/25 Page 1442 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1442 of 1525
US First Class Mail
Exhibit Pages

031196P001-1435A-598
ST MARY OF THE ANGELS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002525P001-1435A-598
ST MARY OF THE ANGELS CHURCH
3501 N MIRO ST
NEW ORLEANS LA 70117

033081S001-1435A-598
ST MARY QUEEN-PEACE CATHOLIC
FRANCIS NJOKU
1101 BOOKER ST
BROWNWOOD TX 76801-2509

002526P001-1435A-598
ST MARY S ACADEMY
6905 CHEF MENTEUR HWY
NEW ORLEANS LA 70126

002527P001-1435A-598
ST MARY S DOMINICAN HIGH SCHOOL
7701 WALMSLEY AVE
NEW ORLEANS LA 70125-3494

002528P001-1435A-598
ST MARY S PRESS
702 TERRACE HEIGHTS
WINONA MN 55987-1320

032787S001-1435A-598
ST MARY'S
PHIL PETTA
2200 ROBERTS ST
VERNON TX 76384-5814

002529P001-1435A-598
ST MARY'S ACADEMY ALUMNAE ASSOCIATION
6905 CHEF MENTEUR BLVD
NEW ORLEANS LA 70126

032925S001-1435A-598
ST MARY'S CATHOLIC CHR
JON HLAVENKA
PO BOX 276
WEST TX 76691-0276

032144S001-1435A-598
ST MARY'S CATHOLIC CHURCH
VINCENT ALEXIUS
PO BOX 816
CLEVELAND TX 77328-0816

032417S001-1435A-598
ST MARY'S CATHOLIC CHURCH
RICHARD EVANS
PO BOX 2448
VICTORIA TX 77902-2448

032729S001-1435A-598
ST MARY'S CATHOLIC CHURCH
PETER YEDOH-AMANFO
PO BOX 97
NADA TX 77460-0097

032835S001-1435A-598
ST MARY'S CATHOLIC CHURCH
JOHN PACHECO
PO BOX 547
GRAHAM TX 76450-0547

033344S001-1435A-598
ST MARY'S CATHOLIC CHURCH
LOUIS WOZNIAK
PO BOX 365
SANTA ROSA TX 78593-0365

033079S001-1435A-598
ST MARY'S CHURCH
EDWARD KUCERA
PO BOX 388
PLANTERSVILLE TX 77363-0388

031197P001-1435A-598
ST MARYS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032202S001-1435A-598
ST MARYS CATHOLIC CHURCH
JOHN PAUL
PO BOX 356
MARFA TX 79843-0356

032892S001-1435A-598
ST MARYS CATHOLIC CHURCH
KRISTOPHER FUCHS
PO BOX 2448
VICTORIA TX 77902-2448

014039P001-1435A-598
ST MARYS DOMINICAN HIGH SCHOOL
AL SILVAS
7701 WALMSLEY AVE
NEW ORLEANS LA 70125

020065P001-1435A-598
ST MARYS DOMINICAN HIGH SCHOOL
7701 WALMSELY AVE
NEW ORLEANS LA 70125

030968P001-1435A-598
ST MARYS DOMINICAN HIGH SCHOOL
BOARD OF DIRECTORS
JIM RYDER
ADDRESS INTENTIONALLY OMITTED

031576P001-1435A-598
ST MARYÂ€™S NATIVITY CHURCH
3500 LA-1
RACELAND LA 70394

032708S001-1435A-598
ST MATHILDA CATHOLIC CHURCH
STEPHEN UGWU
PO BOX 346
EUNICE LA 70535-0346

014040P001-1435A-598
ST MATTHEW MENS CLUB
ST MATTHEW THE APOSTLE SCHOOL
SMA FAIR SPONSORSHIP
10021 JEFFERSON HWY
RIVER RIDGE LA 70123

018885P001-1435A-598
ST MATTHEW THE APOSTLE
SMA FAIR SPONSORSHIP
10021 JEFFERSON HWY
RIVER RIDGE LA 70123

026691P001-1435A-598
ST MATTHEW THE APOSTLE
10021 JEFFERSON HWY
RIVER RIDGE LA 70123

031198P001-1435A-598
ST MATTHEW THE APOSTLE
ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002530P001-1435A-598
ST MATTHEW THE APOSTLE CHURCH
10021 JEFFERSON HIGHWAY
RIVER RIDGE LA 70123

1442

Case 2:20-md-02846-DEF-DPC Document 1443-1 Filed 09/02/25 Page 1443 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1443 of 1525
US First Class Mail
Exhibit Pages

002531P001-1435A-598
ST MATTHEW THE APOSTLE SCHOOL
10021 JEFFERSON HWY
RIVER RIDGE LA 70123

032703S001-1435A-598
ST MAURICE CATHOLIC CHURCH
DELPHYN J MEEKS
PO BOX 940
MAURICEVILLE TX 77626-0940

031199P001-1435A-598
ST MAURICE, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033010S001-1435A-598
ST MICHAEL CHURCH
JIM CARLSEN
PO BOX 523
BILOXI MS 39533-0523

033210S001-1435A-598
ST MICHAEL CHURCH
STEVE J TESTA
PO BOX 31
BORDELONVILLE LA 71320-0031

014041P001-1435A-598
ST MICHAEL HIGH SCHOOL
PO BOX 86110
BATON ROUGE LA 70817-6110

016329P001-1435A-598
ST MICHAEL HIGH SCHOOL
MICHAEL LOEWE
19343 OAK OARK CT
BATON ROUGE LA 70809

017229P001-1435A-598
ST MICHAEL HIGH SCHOOL
17521 MONITOR AVE
BATON ROUGE LA 70817

018886P001-1435A-598
ST MICHAEL HIGH SCHOOL
19343 OAK PK CT
BATON ROUGE LA 70809

014042P001-1435A-598
ST MICHAEL HIGH SCHOOL BOYS SOCCER
PAUL FLETCHER
TOURNAMENT DIRECTOR
17735 CREEKHOLLOW RD
BATON ROUGE LA 70817

021513P001-1435A-598
ST MICHAEL HIGH SCHOOL BOYS SOCCER
PAUL FLETCHER
17735 CREEKHOLLOW RD
BATON ROUGE LA 70817

002532P001-1435A-598
ST MICHAEL SPECIAL SCHOOL
1522 CHIPPEWA ST
NEW ORLEANS LA 70130-4513

029840P001-1435A-598
ST MICHAEL SPECIAL SCHOOL

031200P001-1435A-598
ST MICHAEL SPECIAL SCHOOL
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032407S001-1435A-598
ST MICHAEL THE ARCHANGEL
JOHN BILY
PO BOX 36
WEIMAR TX 78962-0036

012411P001-1435A-598
ST MICHAEL THE ARCHANGEL HIGH SCHOOL
17521 MONITOR AVE
BATON ROUGE LA 70817

033019S001-1435A-598
ST MICHAEL THE ARCHANGEL PRSH
JOHN CHAVARRIA
PO BOX 9
BANQUETE TX 78339-0009

033268S001-1435A-598
ST MICHAEL'S CATHOLIC CHR
REGINA LAWRENCE
PO BOX 239
JASPER TX 75951-0003

032153S001-1435A-598
ST MICHAEL'S CATHOLIC CHURCH
LISA RIVERA
PO BOX 906
RALLS TX 79357-0906

032321S001-1435A-598
ST MICHAEL'S CATHOLIC CHURCH
JOHN RAPIER
411 PAULA RD
MCKINNEY TX 75069-3322

032150S001-1435A-598
ST MICHAEL'S CHURCH
MIKEL POLSON
PO BOX 406
CROWLEY LA 70527-0406

020068P001-1435A-598
ST MICHAELS HIGH SCHOOL
19343 OAK PK CT
BATON ROUGE LA 70809

021514P001-1435A-598
ST MICHAELS HIGH SCHOOL
HOLIDAY CUP TOURN
17521 MONITOR AVE
BATON ROUGE LA 70817

026371P001-1435A-598
ST MICHAELS HIGH SCHOOL
17521 MONITOR AVE
BATON ROUGE LA 70817

016330P001-1435A-598
ST MICHAELS SCHOOL
17521 MONITOR AVE
BATON ROUGE LA 70817

031201P001-1435A-598
ST MONICA, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032881S001-1435A-598
ST NICHOLAS CHURCH
DONAVAN LABBE
PO BOX 369
LYDIA LA 70569-0369

031580P001-1435A-598
ST NICHOLAS OF MYRA MISSION
9701 HAMMOND ST
NEW ORLEANS LA 70127

Case 2:20-cv-01346-CJB-DPC Document 125-4 Filed 09/02/25 Page 1444 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
Case 20-10846 Claim 21436-5-1 09/02/25 Exhibit A - Affidavit
of Service Regarding Solicitation Packages Page 1444 of 1525
US First Class Mail
Exhibit Pages

033089S001-1435A-598
ST NICHOLAS-MYRA BYZANTINE
PHILLIP LINDEN
4680 W MAIN ST
HOUMA LA 70360-4916

010070P001-1435A-598
ST OF MISSISSIPPI DEPT OF HUMAN SVC
CRDU
PO BOX 4301
JACKSON MS 39296-4301

021468S001-1435A-598
ST PATRICK CATHOLIC CHURCH
AUGUSTINE PALIMATTAM
PO BOX 529
MERIDIAN MS 39302-0529

030024S001-1435A-598
ST PATRICK CATHOLIC CHURCH
ANTONIO HERNANDEZ
PO BOX 117
SABINAL TX 78881-0117

002533P001-1435A-598
ST PATRICK CHURCH
724 CAMP ST
NEW ORLEANS LA 70130-3757

032563S001-1435A-598
ST PATRICK CHURCH
JOHN PARDUE
PO BOX 369
FERRIDAY LA 71334-0369

033075S001-1435A-598
ST PATRICK PARISH
MATTHEW HUEHLEFELD
PO BOX 2122
BLOOMINGTON TX 77951-2122

032801S001-1435A-598
ST PATRICK'S CATHOLIC CHURCH
HUGO WHITE
PO BOX 10
CANUTILLO TX 79835-0010

029965P001-1435A-598
ST PATRICK'S CHURCH
724 CAMP ST
NEW ORLEANS LA 70130

029966P001-1435A-598
ST PATRICK'S CHURCH
28683 LA-23
PORT SULPHUR LA 70083

032968S001-1435A-598
ST PATRICK'S CHURCH
GEORGE THIRUMANGALAM
PO BOX 1188
BRADY TX 76825-1188

031202P001-1435A-598
ST PATRICKS
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031203P001-1435A-598
ST PATRICKS
ROMAN CATHOLIC CHURCH,
PORT SULPHUR, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002534P001-1435A-598
ST PAUL CENTER
1468 PARKVIEW CIR
STEUBENVILLE OH 43952

033376S001-1435A-598
ST PAUL CHONG HASANG PARISH
RICHARD O'ROURKE
PO BOX 2414
HARKER HEIGHTS TX 76548-0414

021515P001-1435A-598
ST PAUL HIGH SCHOOL
PO BOX 928
COVINGTON LA 70434

002535P001-1435A-598
ST PAUL S HIGH SCHOOL
PO BOX 928
COVINGTON LA 70434-0928

002536P001-1435A-598
ST PAUL S SCHOOL
PO BOX 928
COVINGTON LA 70430-0928

031204P001-1435A-598
ST PAUL THE APOSTLE
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033372S001-1435A-598
ST PAUL THE APOSTLE CATHOLIC
GAYLE ELY
PO BOX 8019
HORSESHOE BAY TX 78657-8019

002537P001-1435A-598
ST PAUL THE APOSTLE CHURCH
6828 CHEF MENTEUR HWY
NEW ORLEANS LA 70126-5297

033088S001-1435A-598
ST PAUL THE APOSTLE CTHLC CHR
BART KUNAT
PO BOX 470
TYLERTOWN MS 39667-0470

033295S001-1435A-598
ST PAUL'S CATHOLIC CHURCH
JOSE VATTAKUNNEL
PO BOX 129
ELTON LA 70532-0129

012412P001-1435A-598
ST PAUL'S SCHOOL
917 S JAHNCKE AVE
COVINGTON LA 70433

012413P001-1435A-598
ST PAUL'S SCHOOL MARCHING WOLVES
BAND BOOSTERS
917 SOUTH JAHNCKE AVE
COVINGTON LA 70433

010872P001-1435A-598
ST PAULS SCHOOL
6249 CANAL BLVD
NEW ORLEANS LA 70124

016331P001-1435A-598
ST PAULS SCHOOL
PO BOX 928
COVINGTON LA 70434

018887P001-1435A-598
ST PAULS SCHOOL
PO BOX 9278
COVINGTON LA 70434-0928

Case 20-10846 Doc 3654-4 Filed 02/25/22 Entered 02/25/22 17:14:18 Part 4 - Affidavit of Service Regarding Solicitation Packages Page 1445 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

031206P001-1435A-598
ST PETER
ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

033434S001-1435A-598
ST PETER & PAUL CATHOLIC CHR
RUSTY BRANDT
PO BOX 808
BELLVILLE TX 77418-0808

029973P001-1435A-598
ST PETER AND PAUL CHURCH
66192 ST MARY DR
PEARL RIVER LA 70452

012414P001-1435A-598
ST PETER CATHOLIC CHURCH
125 E 19TH AVE
COVINGTON LA 70433

032392S001-1435A-598
ST PETER CATHOLIC CHURCH
MARY RUSSELL
125 E 19TH AVE
COVINGTON LA 70433-3107

032501S001-1435A-598
ST PETER CATHOLIC CHURCH
CHINNAPPA MARK
PO BOX 10
BASSFIELD MS 39421-0010

033273S001-1435A-598
ST PETER CATHOLIC CHURCH
MARY KAY VICKNAIR
PO BOX 435
RESERVE LA 70084-0435

012415P001-1435A-598
ST PETER CATHOLIC SCHOOL
130 E TEMPERANCE ST
COVINGTON LA 70433

016332P001-1435A-598
ST PETER CATHOLIC SCHOOL
130 E TEMPERANCE
COVINGTON LA 70433

041469P001-1435A-598
ST PETER CATHOLIC SCHOOL  PAYROLL
130 E TEMPERANCE ST
COVINGTON LA 70433

002538P001-1435A-598
ST PETER CEMETERY
PO BOX 435
RESERVE LA 70084

021516P001-1435A-598
ST PETER CHANEL INTERPAROCHIAL SCHOOL
2950 LOUISIANA HWY 44
PAULINA LA 70763

002539P001-1435A-598
ST PETER CHURCH
PO BOX 435
RESERVE LA 70084-0437

029968P001-1435A-598
ST PETER CHURCH
1550 LA-44
RESERVE LA 70084

032757S001-1435A-598
ST PETER CHURCH
RAMJI SHOURY
PO BOX 31
BORDELONVILLE LA 71320-0031

031207P001-1435A-598
ST PETER CLAVER
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002137P002-1435A-598
ST PETER CLAVER CHURCH
DANKWAH*REV JOHN ASARE
1910 URSULINES AVE
NEW ORLEANS LA 70116

002540P002-1435A-598
ST PETER CLAVER CHURCH
1910 URSULINES AVE
NEW ORLEANS LA 70116-2199

029967P001-1435A-598
ST PETER CLAVER CHURCH
1923 ST PHILIP ST
NEW ORLEANS LA 70116

002541P001-1435A-598
ST PETER CLAVER JAZZ EXTRAVAGANZA
1910 URSULINES AVE
NEW ORLEANS LA 70116

002542P001-1435A-598
ST PETER CLAVER SCHOOL
1020 N PRIEUR ST
NEW ORLEANS LA 70116

041473P001-1435A-598
ST PETER COV
130 E TEMPERANCE ST
COVINGTON LA 70433

021517P001-1435A-598
ST PETER GOLF CLASSIC
188 WEST 7TH ST
RESERVE LA 70084

033236S001-1435A-598
ST PETER INDO-CHINESE PARISH
JOHN NGUYEN
PO BOX 1060
ROCKPORT TX 78381-1060

033285S001-1435A-598
ST PETER PARISH
PHILIP PETTA
PO BOX 148
LINDSAY TX 76250-0148

033393S001-1435A-598
ST PETER ROMAN CATHOLIC CHURCH
LARRY WALKER
PO BOX 40
CARENCRO LA 70520-0040

002543P001-1435A-598
ST PETER SCHOOL
130 E TEMPERANCE ST
COVINGTON LA 70433

002544P001-1435A-598
ST PETER SCHOOL
188 W 7TH ST
RESERVE LA 70084-9616

Case 2:20-cv-00846-BSL-MBN Document 205-14 Filed 09/02/25 Page 1446 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1446 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 032484S001-1435A-598<br>ST PETER THE APOSTLE CATHOLIC<br>LAWRENCE LOVE<br>PO BOX 1022<br>MINEOLA TX 75773-7022 | 032622S001-1435A-598<br>ST PETER THE APOSTLE CHURCH<br>LENA SANDER<br>PO BOX 876<br>PASCAGOULA MS 39568-0876 | 033378S001-1435A-598<br>ST PETER THE APOSTLE CHURCH<br>ANDY KUYKENDALL<br>PO BOX 308<br>BALDWIN LA 70514-0308 | 032485S001-1435A-598<br>ST PETER'S CATHOLIC CHR RCTRY<br>GIJO IKKARAMATTOM<br>PO BOX 372<br>HACKBERRY LA 70645-0372 |
| 032389S001-1435A-598<br>ST PETER'S CATHOLIC CHURCH<br>MICHAEL GUIDRY<br>PO BOX 319<br>MORROW LA 71356-0319 | 032832S001-1435A-598<br>ST PETER'S CATHOLIC CHURCH<br>CHARLES LANGLOIF<br>PO BOX 12507<br>NEW IBERIA LA 70562-2507 | 029969P001-1435A-598<br>ST PETER'S CHURCH<br>125 E 19TH AVE<br>COVINGTON LA 70433 | 031205P001-1435A-598<br>ST PETERS<br>ROMAN CATHOLIC CHURCH, COVINGTON , LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 033422S001-1435A-598<br>ST PETERS CATHOLIC<br>JOHN K SMITH<br>PO BOX 655<br>OLTON TX 79064-0655 | 032864S001-1435A-598<br>ST PETERS CATHOLIC CHURCH<br>TINA NANCE<br>PO BOX 395<br>BLESSING TX 77419-0395 | 033444S001-1435A-598<br>ST PETTES MISSION FARM<br>PETER PHAM<br>PO BOX 1060<br>ROCKPORT TX 78381-1060 | 032986S001-1435A-598<br>ST PHILIP BENIZI CATHOLIC CHR<br>SADY SANTAN<br>PO BOX 348<br>POTEET TX 78065-0348 |
| 033456S001-1435A-598<br>ST PHILIP CATHOLIC MISSION<br>JOHN GUZALDO<br>PO BOX 430<br>CHINA SPRING TX 76633-0430 | 023779P001-1435A-598<br>ST PHILIP CLINIC<br>1108 SAINT JAMES ST<br>VACHERIE LA 70090 | 033466S001-1435A-598<br>ST PHILIP MISSION<br>YESURATNAM MULAKALETI<br>PO BOX 711<br>EOLA TX 76937-0711 | 018888P001-1435A-598<br>ST PHILIP NERI<br>6600 KAWANEE AVE<br>METAIRIE LA 70003 |
| 031208P001-1435A-598<br>ST PHILIP NERI<br>ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 014043P001-1435A-598<br>ST PHILIP NERI  POOR BOX MINISTRY<br>ST PHILIP NERI CHURCH<br>6500 KAWANEE AVE<br>METAIRIE LA 70003 | 016333P001-1435A-598<br>ST PHILIP NERI CATHOLIC CHURCH<br>6500 KAWANEE DR<br>METAIRIE LA 70003 | 002545P001-1435A-598<br>ST PHILIP NERI CHURCH<br>6500 KAWANEE AVE<br>METAIRIE LA 70003 |
| 002546P001-1435A-598<br>ST PHILIP NERI SCHOOL<br>6600 KAWANEE AVE<br>METAIRIE LA 70003 | 032742S001-1435A-598<br>ST PHILIP THE APOSTLE CATHOLIC<br>LISA GRIFFIN<br>PO BOX 2363<br>HUFFMAN TX 77336-2363 | 031209P001-1435A-598<br>ST PHILIP THE APOSTLE, INC<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 033275S001-1435A-598<br>ST PHILLIP NERI<br>KEITH PELLERIN<br>PO BOX 146<br>KINDER LA 70648-0146 |
| 032719S001-1435A-598<br>ST PHILOMENA CATHOLIC CHURCH<br>JOSEPH VU<br>PO BOX 99<br>LABADIEVILLE LA 70372-0099 | 033292S001-1435A-598<br>ST PHILOMENA CHURCH<br>JOSEPH VU<br>PO BOX 99<br>LABADIEVILLE LA 70372-0099 | 018889P001-1435A-598<br>ST PIERRE ERIN<br>683 ALINE ST<br>LAPLACE LA 80068 | 002547P001-1435A-598<br>ST PIERRE FAMILY DENTISTRY<br>227 WEST 21ST AVE<br>COVINGTON LA 70433 |

021518P001-1435A-598
ST PIERRE FENCE
PO BOX 177
VACHERIE LA 70090

018890P001-1435A-598
ST PIERRE JACOB
683 ALINE ST
LAPLACE LA 70068

010071P001-1435A-598
ST PIUS X
6666 SPANISH FORT BLVD
NEW ORLEANS LA 70124

031210P001-1435A-598
ST PIUS X
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032075S001-1435A-598
ST PIUS X CATHOLIC CHURCH
SCHUYLER KLEINPETER
PO BOX 80489
LAFAYETTE LA 70598-0489

002548P001-1435A-598
ST PIUS X CHURCH
6666 SPANISH FORT BLVD
NEW ORLEANS LA 70124

002549P001-1435A-598
ST PIUS X SCHOOL
6600 SPANISH FORT BLVD
NEW ORLEANS LA 70124-4398

002550P001-1435A-598
ST RAYMOND AND ST LEO THE GREAT
2916 PARIS AVE
NEW ORLEANS LA 70119

031211P001-1435A-598
ST RAYMOND AND ST LEO THE GREAT
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031212P001-1435A-598
ST RAYMONDS, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032058S001-1435A-598
ST RICHARD CATHOLIC CHURCH
JOE TONOS
PO BOX 16547
JACKSON MS 39236-6547

031213P001-1435A-598
ST RITA
ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031214P001-1435A-598
ST RITA
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002552P001-1435A-598
ST RITA CHURCH
7100 JEFFERSON HWY
HARAHAN LA 70123-4928

014044P001-1435A-598
ST RITA PECAN FESTIVAL
7100 JEFFERSON HIGHWAY
HARAHAN LA 70123

002553P001-1435A-598
ST RITA SCHOOL
194 RAVAN AVE
HARAHAN LA 70123

002554P001-1435A-598
ST RITA SCHOOL
65 FONTAINEBLEAU DR
NEW ORLEANS LA 70125

026531P001-1435A-598
ST ROSALIE
608 1ST AVE
HARVEY LA 70058

031215P001-1435A-598
ST ROSALIE
ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029970P001-1435A-598
ST ROSALIE CHURCH
600 2ND AVE
HARVEY LA 70058

010873P001-1435A-598
ST ROSALIE PARISH
600 2ND AVE
HARVEY LA 70058

002555P001-1435A-598
ST ROSALIE SCHOOL
617 SECOND AVE
HARVEY LA 70058-2735

026532P001-1435A-598
ST ROSALIE SCHOOL
608 1ST AVE
HARVEY LA 70058

021519P001-1435A-598
ST ROSE NURSERY
P O BOX 159
ST. ROSE LA 70087

033022S001-1435A-598
ST ROSE OF LIMA PARISH
DAVID MACHAC
PO BOX 310
SCHULENBURG TX 78956-0310

031216P001-1435A-598
ST ROSE OF LIMA, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

002556P001-1435A-598
ST SCHOLASTICA ACADEMY
122 S MASSACHUSETTS ST
COVINGTON LA 70433-3400

020069P001-1435A-598
ST SCHOLASTICA ACADEMY
CHARLES RICHARD
PO BOX 210
COVINGTON LA 70434

Case 20-10846 Doc 4836-4 Filed 12/05/25 Entered 12/05/25 16:07:54 Exhibit Attach 4 Page 1448
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1448 of 1525
US First Class Mail
Exhibit Pages

029841P001-1435A-598
ST SCHOLASTICA ACADEMY

012416P001-1435A-598
ST SCHOLASTICA ACADEMY ATHLETIC ASSOC
122 S MASSACHUSETTS ST
COVINGTON LA 70433

012417P001-1435A-598
ST SCHOLASTICA ACADEMY ENDOWMENT FUND
THE CATHOLIC FOUNDATION
1000 HOWARD AVE STE 800
NEW ORLEANS LA 70113-1939

012418P001-1435A-598
ST SCHOLASTICA ACADEMY PARENT CLUB
122 S MASSACHUSETTS ST
COVINGTON LA 70433

010874P001-1435A-598
ST SCHOLASTICA STUDENT COUNCIL
122 S MASSACHUSETTS ST
COVINGTON LA 70433

012419P001-1435A-598
ST STANISLAUS
304 S BEACH BLVD
BAY ST LOUIS MS 39520

032999S001-1435A-598
ST STANISLAUS CATHOLIC CHURCH
JOHNNY BOYLE
PO BOX 757
BANDERA TX 78003-0757

026692P001-1435A-598
ST STANISLAUS COLLEGE
304 S BEACH BLVD
BAY ST LOUIS MS 39520

016334P001-1435A-598
ST STANISLAUS HIGH SCHOOL
304 SOUTH BEACH BLVD
BAY ST. LOUIS MS 39520

032409S001-1435A-598
ST STANISLAUS KOSTKA CATHOLIC
ELI LOPEZ
PO BOX 210
ANDERSON TX 77830-0210

032645S001-1435A-598
ST STEPHEN CATHOLIC CHURCH
SUSAN OURADA
PO BOX 1743
WEATHERFORD TX 76086-7743

002557P001-1435A-598
ST STEPHEN SCHOOL
1027 NAPOLEON AVE
NEW ORLEANS LA 70115-2790

033066S001-1435A-598
ST STEPHEN'S CATHOLIC CHURCH
ALOYSIUS NZEKWE
PO BOX 662
SALADO TX 76571-0662

033327S001-1435A-598
ST STEPHENS CATHOLIC CHURCH
ROBERT GOODYEAR
PO BOX 427
MAGEE MS 39111-0427

016335P001-1435A-598
ST TAMMANY ADVOCATE
1010 COMMON ST
STE 3030
NEW ORLEANS LA 70112

012420P001-1435A-598
ST TAMMANY ART ASSOCIATION
320 N COLUMBIA ST
COVINGTON LA 70433

023767P001-1435A-598
ST TAMMANY CARDIOVASCULAR
PO BOX 6706
METAIRIE LA 70009

031217P001-1435A-598
ST TAMMANY CATHOLIC CEMETARY
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

023768P002-1435A-598
ST TAMMANY EMERGENCY PHYSICIAN
PO BOX 649308
DALLAS TX 75264-9308

016336P001-1435A-598
ST TAMMANY FARMER
PO BOX 269
COVINGTON LA 70434

002558P001-1435A-598
ST TAMMANY FIRE DIST NO4
709 GIROD ST
MANDEVILLE LA 70448-5207

023769P001-1435A-598
ST TAMMANY FIRE DISTRICT 4
709 GIROD ST
MANDEVILLE LA 70448

023770P001-1435A-598
ST TAMMANY FIRE DISTRICT 4
PO BOX 590 GIG
HARBOR WA 98335

016337P001-1435A-598
ST TAMMANY GLASS, LLC
1250 COLLINS BLVD
COVINGTON LA 70433

029723P001-1435A-598
ST TAMMANY HOSPITAL HOME HEALT
725 W 11TH
COVINGTON LA 70433

023771P001-1435A-598
ST TAMMANY HOSPITAL HOME HEALTH
725 W 11TH AVE
COVINGTON LA 70433

023772P001-1435A-598
ST TAMMANY HOSPITAL HOSPICE
725 W 11TH AVE
COVINGTON LA 70433

012421P001-1435A-598
ST TAMMANY HUMANE SOCIETY
20384 HARRISON AVE
COVINGTON LA 70433

Case 2:08-md-02016-01-43535-4 L09/09/15 07/25 Eor 09/09/25 04/25/108 07-14 DRE Exent Affidav1449
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1449 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012422P001-1435A-598<br>ST TAMMANY LINEN, INC<br>3910 FLORDIA ST<br>MANDEVILLE LA 70448 | 016338P001-1435A-598<br>ST TAMMANY LINEN, INC<br>3910 FLORIDA ST<br>MANDEVILLE LA 70448 | 041470P001-1435A-598<br>ST TAMMANY MAINTENANCE, INC<br>37460 HEMLOCK DR<br>PEARL RIVER LA 70452 | 031218P001-1435A-598<br>ST TAMMANY MANOR<br>DENNIS F ADAMS<br>CHRISTOPHER HOMES INC<br>2729 LOWERLINE ST<br>NEW ORLEANS LA 70125 |
| 020066P001-1435A-598<br>ST TAMMANY NEWS<br>PO BOX 820<br>BOGALUSA LA 70429-0820 | 016339P001-1435A-598<br>ST TAMMANY PARISH<br>21490 KOOP DR<br>MANDEVILLE LA 70448 | 002559P001-1435A-598<br>ST TAMMANY PARISH CLERK OF COURT<br>PO BOX 1090<br>COVINGTON LA 70434 | 041471P001-1435A-598<br>ST TAMMANY PARISH DEPT OF UTILITIES<br>PO BOX 628<br>COVINGTON LA 70434-0628 |
| 012423P001-1435A-598<br>ST TAMMANY PARISH GOVERMENT<br>DEPT OF DEVELOPMENT<br>PO BOX 628<br>COVINGTON LA 70434 | 002560P001-1435A-598<br>ST TAMMANY PARISH GOVERNMENT<br>PO BOX 628<br>COVINGTON LA 70434 | 016340P001-1435A-598<br>ST TAMMANY PARISH GOVERNMENT<br>DEPT OF PLANNING<br>PO BOX 628<br>COVINGTON LA 70434 | 029843P001-1435A-598<br>ST TAMMANY PARISH GOVERNMENT<br>PRESIDENT PATRICIA P BRISTER<br>PO BOX 628<br>COVINGTON LA 70433 |
| 029843S001-1435A-598<br>ST TAMMANY PARISH GOVERNMENT<br>SCI LOUISIANA FUNERAL SVC INC<br>MICHAEL L DECELL<br>1929 ALLEN PARKWAY<br>HOUSTON TX 77019 | 029843S002-1435A-598<br>ST TAMMANY PARISH GOVERNMENT<br>SERVICE CORP INTERNATIONAL<br>LEGAL DEPT<br>1929 ALLEN PKWY<br>HOUSTON TX 77019 | 023773P001-1435A-598<br>ST TAMMANY PARISH HOSPIT<br>PO BOX 54482<br>NEW ORLEANS LA 70154 | 002561P001-1435A-598<br>ST TAMMANY PARISH HOSPITAL<br>PO BOX 60022<br>NEW ORLEANS LA 70160-0022 |
| 023774P001-1435A-598<br>ST TAMMANY PARISH HOSPITAL<br>PO BOX 54482<br>NEW ORLEANS LA 70154 | 012424P001-1435A-598<br>ST TAMMANY PARISH SCHOOL BOARD<br>71460 EDNA ST<br>COVINGTON LA 70433 | 020070P001-1435A-598<br>ST TAMMANY PARISH SCHOOL BOARD<br>COORDINATOR OF FEDERAL PROGRAMS<br>COVINGTON EDUCATION CENTER<br>71460 EDNA ST<br>COVINGTON LA 70433 | 012425P001-1435A-598<br>ST TAMMANY PARISH SHERIFF<br>300 BROWNSWITCH RD<br>BLDG #2<br>SLIDELL LA 70458 |
| 016341P001-1435A-598<br>ST TAMMANY PROJECT CHRISTMAS<br>PO BOX 4043<br>SLIDELL LA 70459 | 016342P001-1435A-598<br>ST TAMMANY SHERIFFS OFFICE<br>CRIMINAL RECORDS<br>PO BOX 1120<br>COVINGTON LA 70434 | 012426P001-1435A-598<br>ST TAMMANY TROPHIES<br>108 S CHINCHUBA GARDENS<br>MANDEVILLE LA 70471 | 012431P001-1435A-598<br>ST TAMMANY TROPHIES<br>108 CHINCHUBA GARDENS<br>MANDEVILLE LA 70471 |
| 012427P001-1435A-598<br>ST TAMMANY WEST CHAMBER OF COMMERCE<br>610 HOLLYCREST BLVD<br>COVINGTON LA 70433 | 032578S001-1435A-598<br>ST THERESA CATHOLIC CHURCH<br>KENNETH MAYNE<br>PO BOX 609<br>ABBEVILLE LA 70511-0609 | 031219P001-1435A-598<br>ST THERESA OF AVILA<br>ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 029971P002-1435A-598<br>ST THERESA OF AVILA CHURCH<br>BURGOS TOR*FR ROMAN<br>1401 ERATO ST<br>NEW ORLEANS LA 70130 |

Case 2:20-cv-08046-DSE-14 3:65745-1 0940/12E124/25 Ent9940/12E04/25 17:60 Ti-54 Despa Exsal- Airlat-Afidit450
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1450 of 1525
US First Class Mail
Exhibit Pages

031221P001-1435A-598
ST THERESA OF THE CHILD JESUS, INC
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032441S001-1435A-598
ST THERESA'S CATHOLIC CHURCH
MICHAEL DRAB
PO BOX 968
SUGAR LAND TX 77487-0968

032288S001-1435A-598
ST THERESA-THE INFANT JESUS
GIANNA BLANCHARD
PO BOX 307
EDCOUCH TX 78538-0307

002562P001-1435A-598
ST THERESE ACADEMY
917 N ATLANTA ST
METAIRIE LA 70003

031220P001-1435A-598
ST THERESE CATHOLIC ACADEMY
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

032961S001-1435A-598
ST THERESE CATHOLIC CHURCH
SANTIAGO UDAYAR
PO BOX 416
CARLSBAD TX 76934-0416

033064S001-1435A-598
ST THERESE CATHOLIC CHURCH
CELESTINE MURRAY
PO BOX 1076
WOODSBORO TX 78393-1076

033189S001-1435A-598
ST THERESE CATHOULIC CHURCH
WILLIAM HENRY
PO BOX 8642
JACKSON MS 39284-8642

031222P001-1435A-598
ST THOMAS
ROMAN CATHOLIC CHURCH,
POINTE A LA HACHE, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

026693P001-1435A-598
ST THOMAS AQUANIS
14520 VOSS DR
HAMMOND LA 70401

010875P001-1435A-598
ST THOMAS AQUINAS
14520 VOSS DR
HAMMOND LA 07040

012428P001-1435A-598
ST THOMAS AQUINAS
14520 VOSS DR
HAMMOND LA 70401

032568S001-1435A-598
ST THOMAS AQUINAS
JOSEPH PILOLA
PO BOX 2051
THIBODAUX LA 70310-0001

026647P001-1435A-598
ST THOMAS AQUINAS ATHETIC CLUB
14520 VOSS DR
HAMMOND LA 70401

016343P001-1435A-598
ST THOMAS AQUINAS HIGH SCHOOL
14520 VOSS DR
HAMMOND LA 70401

021520P001-1435A-598
ST THOMAS AQUINAS HIGH SCHOOL
ATHLETIC DEPT
14520 VOSS DR
HAMMOND LA 70401

033330S001-1435A-598
ST THOMAS CATHOLIC CHR RECTORY
PAUL MARIASAVORY
PO BOX 306
MILES TX 76861-0306

002563P001-1435A-598
ST THOMAS CHURCH
6951 HIGHWAY 39
BRAITHWAITE LA 70040

029972P001-1435A-598
ST THOMAS MORE
17605 STATE RTE 15
POINTE À LA HACHE LA 70082

012429P001-1435A-598
ST THOMAS MORE
450 EAST FARREL RD
LAFAYETTE LA 70508

016344P001-1435A-598
ST THOMAS MORE GIRLS SOCCER
DANIEL UNDERWOOD
450 E FARREL RD
LAFAYETTE LA 70508

016345P001-1435A-598
ST THOMAS MORE HIGH SCHOOL
PO BOX 3148
LAFAYETTE LA 70502

021521P001-1435A-598
ST THOMAS MORE HIGH SCHOOL
450 E FARREL RD
LAFAYETTE LA 70508-7100

023776P001-1435A-598
ST THOMAS SPECIALTY SVC
2014 MAGAZINE ST
NEW ORLEANS LA 70130

041457P001-1435A-598
ST VINCENT DE PAUL
3500 CANAL ST
NEW ORLEANS LA 70119

014045P001-1435A-598
ST VINCENT DEPAUL  ST RITA
ST RITA CHURCH
7100 JEFFERSON HWY
HARAHAN LA 70123

014048P001-1435A-598
ST VINCENT DEPAUL MINISTRY
ST CATHERINE OF SIENNA
ST CATHERINE OF SIENNA CHURCH
105 BONNABEL BLVD
METAIRIE LA 70005

014049P001-1435A-598
ST VINCENT DEPAUL MINISTRY
ST EDWARD THE CONFESSOR
ST EDWARD THE CONFESSOR CHURCH
4921 W METAIRIE AVE
METAIRIE LA 70006

Case 2:20-13460-CPF-4-59400-125-04-7-85-Ed-09-00-12604-125-04-7-85-DPF-Ex-4-Affad-1451
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1451 of 1525
US First Class Mail
Exhibit Pages

014051P001-1435A-598
ST VINCENT DEPAUL MINISTRY
ST MATTHEW THE APOSTLE
ST MATTHEW THE APOSTLE CHURCH
10021 JEFFERSON HWY
RIVER RIDGE LA 70123

014046P001-1435A-598
ST VINCENT DEPAUL MINISTRY  ST ANGELA
ST ANGELA MERICI CHURCH
901 BEVERLY GDN DR
METAIRIE LA 70005

014047P001-1435A-598
ST VINCENT DEPAUL MINISTRY  ST BENILDE
ST BENILDE CHURCH
1901 DIVISION ST
METAIRIE LA 70002

014050P001-1435A-598
ST VINCENT DEPAUL MINISTRY  ST FRANCIS XAVIER
ST FRANCIS XAVIER CHURCH
444 METAIRIE RD
METAIRIE LA 70005

023777P001-1435A-598
ST VINCENT GENERAL HOSPITAL DI
PO BOX 22506
BELFAST ME 04915

031680P001-1435A-598
ST. AUGUSTINE HIGH SCHOOL, INC.
C/O ALFRED HARRELL, III
2600 A.P. TUREAUD AVE
NEW ORLEANS LA 70119

031687P001-1435A-598
ST. THERESE ACADEMY
917 N. ATLANTA ST
METAIRE LA 70003

020067P001-1435A-598
STA ATHLETIC DEPT
14520 VOSS DR
HAMMOND LA 70401

021522P001-1435A-598
STA VOLLEYBALL
14520 VOSS DR
HAMMOND LA 70401

010876P001-1435A-598
STADIUM ATHLETIC LLC
900 BEN WEINER DR
NEW ORLEANS LA 70118

020029P001-1435A-598
STAFF DEVELOPMENT FOR EDUCATOR
PO BOX 577
PETERBOROUGH NH 03458

021523P001-1435A-598
STAFF DEVELOPMENT FOR EDUCATORS
PO BOX 577
PETERSBOROUGH NJ 03458

041474P001-1435A-598
STAFFALL EDUCATION FOUNDATION
PO BOX 359
BOULDER CO 80306

017230P001-1435A-598
STAGE 1 MUSIC, LLC
116 HILL CREST RD
LUCEDALE MS 39452

014052P001-1435A-598
STAGE ACCENTS
234 INDUSTRIAL PKWY
NORTHVALE NJ 74647

016347P001-1435A-598
STAGE PARNERS, LLC
PO BOX 7874
NEW YORK NY 10116

010877P001-1435A-598
STAGE RIGHT CORP
495 PIONEER PKWY
CLARE MI 48617

010878P001-1435A-598
STAGELIGHT
5701 CRAWFORD
STE I
NEW ORLEANS LA 70123

014053P001-1435A-598
STALLINGS CONSTRUCTION COMPANY, INC
424 S ANTHONY ST
NEW ORLEANS LA 70119

017231P001-1435A-598
STANBURY UNIFORM, INC
PO BOX 100
108 STANBURY INDUSTRIAL DR
BROOKFIELD MO 64628

018891P001-1435A-598
STANBURY UNIFORMS, INC
PO BOX 100
108 STANBURY INDUSTRIAL DR
BROOKFIELD MO 64628

023780P001-1435A-598
STAND UP OPEN MRI CTRS OF LA
PO BOX 919129
DALLAS TX 75391

014054P001-1435A-598
STANDARD COFFEE
PO BOX 952748
ST. LOUIS MO 63195-2748

020030P001-1435A-598
STANDARD COFFEE
PO BOX 822
COVINGTON LA 70434

010076P001-1435A-598
STANDARD GLASS AND MIRROR CO
128 S LOPEZ ST
NEW ORLEANS LA 70125

002566P001-1435A-598
STANDARD GLASS AND MIRROR WORKS LLC
1128 S LOPEZ
NEW ORLEANS LA 70125

017232P001-1435A-598
STANDARD INSTRUMENT SERVICE, INC
2125 ELEVENTH ST
PO BOX 473
HARVEY LA 70059

014055P001-1435A-598
STANFORD'S JUST ASK RENTAL
3635 WILLIAMS BLVD
KENNER LA 70065

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 04:21:06 TP Exat-4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1452 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041475P001-1435A-598<br>STANLEY ELECTRONIC SECURITY SYSTEMS<br>2326 CAREY ST<br>SLIDELL LA 70458 | 023781P001-1435A-598<br>STANLEY SCHWARTZ MD LLC<br>PO BOX 381<br>SELLERSVILLE PA 18960 | 002568P001-1435A-598<br>STANLEY STEEMER<br>2601 B LEXINGTON AVE<br>KENNER LA 70062 | 002569P001-1435A-598<br>STAPLES ADVANTAGE<br>PO BOX 660409<br>DALLAS TX 75266-0409 |
| 009382P001-1435A-598<br>STAPLES ADVANTAGE<br>DEPT DAL<br>PO BOX 83689<br>CHICAGO IL 60696-3689 | 010072P001-1435A-598<br>STAPLES ADVANTAGE<br>DEPT ATL<br>PO BOX 405386<br>ATLANTA GA 30384-5386 | 010073P001-1435A-598<br>STAPLES CREDIT PLAN<br>DEPT 11  0006225924<br>PO BOX 9001036<br>LOUISVILLE KY 40290-1036 | 010879P001-1435A-598<br>STAPLES DIRECT<br>500 STAPLES DR<br>FRAMINGHAM MA 01702 |
| 020031P001-1435A-598<br>STAPLES FENCE CO<br>9 BLUEBERRY ST<br>LUMBERTON MS 39455 | 017233P001-1435A-598<br>STAPLES SPORTING GOODS<br>824 KEPLER ST<br>GRETNA LA 70053 | 002570P001-1435A-598<br>STAR<br>5615 CORPORATE BLVD<br>STE 200<br>BATON ROUGE LA 70808 | 018892P001-1435A-598<br>STAR AUTO SVC INC<br>3607 AIRLINE HWY<br>METAIRIE LA 70001 |
| 010880P001-1435A-598<br>STAR COSTUME ALL COSTUME<br>3230 S VLY VIEW BLVD<br>STE 120<br>LAS VEGAS NV 89102 | 012432P001-1435A-598<br>STAR EQUIPMENT<br>42254 E I-55 SERVICE RD<br>HAMMOND LA 70403 | 002571P001-1435A-598<br>STAR LOCK AND KEY<br>200 N GALVEZ ST<br>NEW ORLEANS LA 70119 | 010074P001-1435A-598<br>STAR LOCK AND KEY CO<br>200 N GALVEZ ST<br>NEW ORLEANS LA 70119 |
| 023782P001-1435A-598<br>STAR PHYSICAL THERAPY<br>340 FALCONER DR<br>COVINGTON LA 70433 | 023783P001-1435A-598<br>STAR PHYSICAL THERAPY NOE<br>340 FALCONER DR<br>COVINGTON LA 70433 | 016348P001-1435A-598<br>STAR SERVICE, INC<br>117 PINTAIL ST<br>ST. ROSE LA 70087 | 014056P001-1435A-598<br>STAR SPRAY FOAM INSULATION<br>5826 LOUIS XIV ST<br>NEW ORLEANS LA 70124 |
| 018893P001-1435A-598<br>STAR SVC INC<br>CONTRACT CO802<br>117 PINTAIL ST<br>ST. ROSE LA 70087 | 010881P001-1435A-598<br>STARBUCK'S<br>1199 TERRY PKWY<br>GRETNA LA 70056 | 002572P001-1435A-598<br>STARC BUSINESS SVC<br>40201 HWY 190 EAST<br>SLIDELL LA 70461 | 020071P001-1435A-598<br>STARC COMMERCIAL LINEN SVC<br>1541 ST ANN PL<br>SLIDELL LA 70460 |
| 020032P001-1435A-598<br>STARC OF LOUISIANA<br>40201 HWY 190 EAST<br>SLIDELL LA 70461 | 014057P001-1435A-598<br>STARR LYNN HOFFMANN MORGAN<br>PO BOX 23115<br>NEW ORLEANS LA 70183 | 023785P001-1435A-598<br>START COMMUNITY HEALTH CENTER<br>701 LOYOLA AVE<br>NEW ORLEANS LA 70113 | 020072P001-1435A-598<br>STATE BLOCK INC<br>PO BOX 642<br>METAIRIE LA 70004 |

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:36:51 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1453 of 1525
US First Class Mail
Exhibit Pages

021524P001-1435A-598
STATE COMPLIANCE AND SAFETY
2865 METROPOLITAN PL
POMONA CA 91767

002574P001-1435A-598
STATE FIRE LLC
1415 FOURTH ST
WESTWEGO LA 70094

041476P001-1435A-598
STATE FIRE, LLC
1415 4TH ST
WESTWEGO LA 70094

018894P001-1435A-598
STATE INDUSTRIAL PRODUCTS
PO BOX 74189
CLEVELAND OH 44194-0268

000018P001-1435A-598
STATE OF LOUISIANA
LOUISIANA WORKFORCE COMMISSION
PO BOX 94094
BATON ROUGE LA 70804

000020P001-1435A-598
STATE OF LOUISIANA
LOUISIANA WORKFORCE COMMISSION
OFFICE OF WORKERS COMPENSATION
1001 NORTH 23RD ST
PO BOX 94040
BATON ROUGE LA 70804-9040

010057P001-1435A-598
STATE OF LOUISIANA
PO BOX 60081
NEW ORLEANS LA 70160-0081

010075P001-1435A-598
STATE OF LOUISIANA
OFFICE OF MOTOR VEHICLES
PO BOX 60081
NEW ORLEANS LA 70160-0081

029844P001-1435A-598
STATE OF LOUISIANA
DEPT OF EMPLOYMENT AND TRAINING
MS CHANDRA COLA OFF OF WORKERS COMPENSATION
PO BOX 94040
BATON ROUGE LA 70804

012433P001-1435A-598
STATE OF LOUISIANA DEPT OF ED
DIVISION OF CERTIFICATION
PO BOX 94064
BATON ROUGE LA 70804-9064

024054P001-1435A-598
STATE OF LOUISIANA DEPT OF ENVIR QUALITY
OFFICE OF ENVIRONMENTAL ASSESSMENT
RE FORMER CORE'S CLEANERS
PO BOX 4314
BATON ROUGE LA 70821-4314

018895P001-1435A-598
STATE OF LOUISIANA DEPT OF ENVIRONMENTAL
DEQ FINANCIAL SVC DIVISION
ACCOUNTS RECEIVABLE
602 NORTH FIFTH ST
BATON ROUGE LA 70802

021525P001-1435A-598
STATE OF LOUISIANA OMV
PO BOX 60081
NEW ORLEANS LA 70160-0081

036538S001-1435A-598
STATE PENITENTIARY
CHRISTOPHER KILEY
PO BOX 400
RAWLINS WY 82301-0400

040817P001-1435A-598
STATE STREET BANK AND TRUST COMPANY
PROXY SERVICES
CHRISTINE SULLIVAN; JERRY PARRILLA
1776 HERITAGE DR.
NORTH QUINCY MA 02171

029845P001-1435A-598
STATE STREET GLOBAL ADVISORS TRUST CO
BY ASSIGNMENT FROM STATE STREET
BANK AND TRUST CO
STREET FINANCIAL CENTRE
30 ADELAIDE ST EAST STE 800
TORONTO ON M5C 3G6
CANADA

026275P001-1435A-598
STATEWIDE TRANSPORT INC
755 AIRLINE DR STE A
KENNER LA 70062

010882P001-1435A-598
STATUE CRUISES
CASTLE CLINTON NATIONAL MONUMENT
17 STATE ST
NEW YORK NY 10004

029728P001-1435A-598
STAY THE COURSE EDU
11374 NEW ENGLAND PL
GOLD RIVER CA 95670

023786P001-1435A-598
STEEPLETOP CREEK INP SRVS PLLC
PO BOX 99101
LAS VEGAS NV 89193

021526P001-1435A-598
STEIER GROUP
10844 OLD MILL RD
OMAHA NE 68154

021527P001-1435A-598
STEIN'S MOTORCYCLE
218 REMY DR
LAPLACE LA 70068

031584P001-1435A-598
STELLA MARIS MARITIME CENTER
7887 WALMSEY AVE
NEW ORLEANS LA 70125

002575P001-1435A-598
STELLA MARIS PRODUCTIONS LLC
DAVID WARREN
420 CHATEAU GRIMALDI
MANDEVILLE LA 70471

012434P001-1435A-598
STEMFINITY, LLC
504 S 11TH ST
BOISE ID 83702

019987P001-1435A-598
STEP
20151 CHANDLER DR
COVINGTON LA 70435

002576P001-1435A-598
STEPHEN BABCOCK ATTORNEY AND CHRIS SAVAGE
10101 SIEGEN LN STE 3C
BATON ROUGE LA 70810

012435P001-1435A-598
STEPHEN YAZBECK MEDICAL FUND ACCT
71226 SCHOONER PL
ABITA SPRINGS LA 70420

1453

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

041706P001-1435A-598
STEPHENS AND CO A/C AND HEAT LLC
PO BOX 1814
METAIRIE LA 70004

041477P001-1435A-598
STERICYCLE, INC
1206 KENNER AVE
KENNER LA 70062

041478P001-1435A-598
STERICYCLE, INC
2355 WAUKEGAN RD
BANNOCKBURN IL 60015

041479P001-1435A-598
STERICYCLE, INC
28883 NETWORK PL
CHICAGO IL 60673

021528P001-1435A-598
STERLING ATHLETICS
16719 110TH AVE EAST
STE A
PUYALLUP WA 98374

016349P001-1435A-598
STERLINGTON HIGH SCHOOL
233 KEYSTONE RD
MONROE LA 71203

002579P001-1435A-598
STETSON CONVENTION SVC
2900 STAYTON ST
PITTSBURGH PA 15212

023787P001-1435A-598
STEUBEN RADIOLOGY ASSOCIATES
PO BOX L3849
COLUMBUS OH 43260

012436P001-1435A-598
STEUBENVILLE ATLANTA
6105 BLUE STONE RD STE B
ATLANTA GA 30328

014058P001-1435A-598
STEUBENVILLE ON THE BAYOU
103 RAYWOOD DR
HOUMA LA 70360

016350P001-1435A-598
STEUBENVILLE ON THE BAYOU
PO BOX 505
SCHRIEVER LA 70395

016351P001-1435A-598
STEUBENVILLE SOUTH
BETTY BROWN MCCULLOUGH
76 NINTH AVE
9TH FL
NEW YORK NY 10011

010058P001-1435A-598
STEVE A VODANOVICH FOUNDATION
6100 MAGAZINE ST
NEW ORLEANS LA 70118

009197P001-1435A-598
STEVE BAKER DESIGNS LLC
1539 OCTAVIA ST
NEW ORLEANS LA 70115

018896P001-1435A-598
STEVE CAMPBELL FOOTBALL CAMPS
591 JOSEPH E GOTTFRIED DR
MOBILE AL 36688

016352P001-1435A-598
STEVE WEISS MUSIC
2324 WYANDOTTE RD
WILLOW GROVE PA 19090

023788P001-1435A-598
STEVEN A SCALCO MD
3812 RIDGELAKE STE 2B
METAIRIE LA 70002

023789P001-1435A-598
STEVEN G ZEGAR OD APOC
3088 GAUSE BLVD E
SLIDELL LA 70461

002580P001-1435A-598
STEVEN J FINEGAN ARCHITECTS LTD
123 SOUTH PIERCE ST
NEW ORLEANS LA 70119

010883P001-1435A-598
STEVENSON INC
116 NW NORRIS ST
PO BOX 8310
TOPEKA KS 66608

010884P001-1435A-598
STEWARDSHIP A MISSION OF FAITH
48 INDUSTRIAL RD
ELIZABETHTOWN PA 17022

014059P001-1435A-598
STEWARDSHIP A MISSION OF FAITH
CHRISTINA BUCHES
48 INDUSTRIAL RD
ELIZABETHTOWN PA 17022

002583P001-1435A-598
STEWART AND STEVENSON SVC INC
1400 DESTREHAN AVE
HARVEY LA 70058

023790P001-1435A-598
STEWART B FRESH DC LLC
9 STARBRUSH CIR STE 201
COVINGTON LA 70433

036235S001-1435A-598
STEWART DETENTION CTR
CHINA PHILLIPS
PO BOX 248
LUMPKIN GA 31815-0248

000121P001-1435S-598
STEWART ROBBINS BROWN & ALTAZAN LLC
PAUL DOUGLAS STEWART JR;WILLIAM S ROBBINS;
301 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

000122P001-1435S-598
STEWART ROBBINS BROWN & ALTAZAN LLC
BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI
301 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

000123P001-1435S-598
STEWART ROBBINS BROWN & ALTAZAN LLC
NICHOLAS J SMELTZ
30 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

Case 20-10846-11864346-D4836E5E-4D90/01/25 14/05/25 Entered 09/01/25 04/25/14 Desc Exet- Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans 1 Page 1
of Service Regarding Solicitation Packages Page 1455 of 1525
US First Class Mail
Exhibit Pages

Page # : 1137 of 1204                                                    08/27/2025 05:46:02 PM

014060P001-1435A-598
STICK IT TO EM INC
5203 CONTI ST
NEW ORLEANS LA 70124

018897P001-1435A-598
STICK IT TO YOU VINYL
1809 ELLERSLIE AVE
LAPLACE LA 70068

010885P001-1435A-598
STICKER MULE
336 FOREST AVE
AMSTERDAM NY 12010

040810P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
ATTN: ZACHARY J. RESMANN
501 N BROADWAY
ST. LOUIS MO 63102

040811P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
ATTN: CHRIS WIEGAND
501 N BROADWAY
ST. LOUIS MO 63102

040812P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
ATTN: TINA SCHWEITZER
ONE FINANCIAL PLAZA
501 N BROADWAY
ST. LOUIS MO 63102

040813P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
C/O MEDIAN COMMUNICATIONS
200 REGENCY FOREST DRIVE
CARY NC 27518

016353P001-1435A-598
STILLWATER SOLUTIONS, LLC
440 TRAILHEAD DR
ABITA SPRINGS LA 70420

002584P001-1435A-598
STIMULUS SOFTWARE
PO BOX 3109 #82987
HOUSTON TX 77253-3109

030994P001-1435A-598
STIRLING PROPERTIES
LEWIS STIRLING
ADDRESS INTENTIONALLY OMITTED

021529P001-1435A-598
STIRLING SUPPLY
3921 SW 47TH AVE 1020
DAVIE FL 33314

021530P001-1435A-598
STITCH IT
GISELLE MURPHY
67 HOLLY DR
LAPLACE LA 70068

020073P001-1435A-598
STIX BASEBALL
530 JF SMITH AVE
STE 800
SLIDELL LA 70461

017234P001-1435A-598
STIX BAT COMPANY, LLC
1758 HWY 3185
THIBODAUX LA 70301

016354P001-1435A-598
STM SOFTBALL
450 EAST FARRELL RD
LAFAYETTE LA 70508

010077P001-1435A-598
STOCKUP.COM
2923 5TH AVE SOUTH
BIRMINGHAM AL 35233

023792P001-1435A-598
STONE CLINICAL LABORATORIES LLC
615 BARONNE ST STE 100
NEW ORLEANS LA 70113

023793P001-1435A-598
STONE CLINICAL LABORATORIES LLC
PO BOX 679585
DALLAS TX 75267

000178P001-1435S-598
STONE PIGMAN WALTHER WITTMANN LLC
ANDREW D MENDEZ
909 POYDRAS ST., STE 3150
NEW ORLEANS LA 70112

010886P001-1435A-598
STONEBRIDGE GOLF CLUB
1500 STONEBRIDGE DR
GRETNA LA 70056

016234P001-1435A-598
STOPS
427 NORTH THEARD ST 500
COVINGTON LA 70433

023794P001-1435A-598
STPCC LEBLANC PEDIATRICS
1305 W CAUSEWAY APPROACH
MANDEVILLE LA 70471

027107P001-1435A-598
STPSB
66192 ST MARY DR
PEARL RIVER LA 70452

041480P001-1435A-598
STRANCO SOLID WASTE MGMT CO LLC
70459 HIGHWAY 59
ABITA SPRINGS LA 70420

041481P001-1435A-598
STRANCO SOLID WASTE MGMT CO, LLC
68658 LA-59
MANDEVILLE LA 70471

002587P001-1435A-598
STRATUM ENGINEERING LLC
314 EAST BAYOU RD
THIBODAUX LA 70301

016355P001-1435A-598
STRATUM ENGINEERING, LLC
148 W HOWZE BEACH RD
SLIDELL LA 70458

041482P001-1435A-598
STRATUS BUILDING SOLUTIONS
150 JAMES DR
STE 100
ST. ROSE LA 70087

Case 2:20-cv-01459-EEF-KWR Document 1456 Filed 07/14/25 Page 1456 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041483P001-1435A-598
STRATUS BUILDING SOLUTIONS
4430 S I10 SERVICE RD WEST
METAIRIE LA 70001

002589P001-1435A-598
STRIKER CONSTRUCTION SVC LLC
21041 HWY 36
STE D
COVINGTON LA 70433

012437P001-1435A-598
STRIKER CONSTRUCTION SVC LLC
18294 REEVES DR
COVINGTON LA 70435

010887P001-1435A-598
STRING A BEAD
4409 CHASTANT ST
METAIRIE LA 70006

026160P001-1435A-598
STRIPE
510 TOWNSEND ST
SAN FRANCISCO CA 94103

002590P002-1435A-598
STRIVE MEDICAL LLC
5800 CAMPUS CIR DR E STE 1008
IRVING TX 75063-2739

041484P001-1435A-598
STRIX INFORMATION TECHNOLOGY
2711 CHELSEA DR
NEW ORLEANS LA 70131

033308S001-1435A-598
STS PETER & PAUL CATHOLIC CHR
CYNTHIA LUONGO
PO BOX 503
DUMAS TX 79029-0503

027108P001-1435A-598
STS PETER AND PAUL
66192 ST MARY DR
PEARL RIVER LA 70452

031223P001-1435A-598
STS PETER AND PAUL
ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

041472P001-1435A-598
STTAMMANY PARISH DEPT OF UTILITIES
PO BOX 3500
COVINGTON LA 70434

016346P001-1435A-598
STTAMMANY PARISH PUBLIC SCHOOLS
321 N THEARD ST
COVINGTON LA 70433

026441P001-1435A-598
STU SHINDIGZ DECORATIONS
919 S HARRISON ST
STE 300
FORT WAYNE IN 46802

002592P001-1435A-598
STUART HALL SCHOOL FOR BOYS
2032 S CARROLLTON AVE
NEW ORLEANS LA 70118

030963P001-1435A-598
STUBBS REALTY LLC
KEVIN STUBBS
ADDRESS INTENTIONALLY OMITTED

012438P001-1435A-598
STUDENT SVC SKILLS
20772 SONETO DR
BOCA RATON FL 33433

012439P001-1435A-598
STUDICA, INC
2326 LOCKPORT RD
SANBORN NY 14132

020074P001-1435A-598
STUDIO CM PHOTOGRAPHY LLC
2159 GAUSE EAST BLVD
SLIDELL LA 70461

014061P001-1435A-598
STUDIO LUND
5800 BANCROFT DR
NEW ORLEANS LA 70122

010888P001-1435A-598
STUDIONOWCOM
4017 HILLSBORO PIKE
NASHVILLE TN 37215

010889P001-1435A-598
STUMPF'S
2187 WEHRLE DR
WILLIAMSVILLE NY 14221

010890P001-1435A-598
STUMPS
919 S HARRISON ST
FORT WAYNE IN 46802

021531P002-1435A-598
STUMPS
ONE PARTY PLACE
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

016356P002-1435A-598
STUMPS / SHINDIG
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

021532P002-1435A-598
STUMPS / SHINDIGZ
ONE PARTY PLACE
919 S HARRISON ST STE 300
FT WAYNE IN 46802-3616

016357P002-1435A-598
STUMPS PROM SUPPLIES
919 S HARRISON ST STE 300
FT WA YNE IN 46802-3616

010891P001-1435A-598
SUBWAY
2645 MANHATTAN BLVD
STE E 1B
HARVEY LA 70058

012440P001-1435A-598
SUBWAY
706 E BOSTON
COVINGTON LA 70433

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1457 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016358P001-1435A-598<br>SUBWAY<br>70325 HIGHWAY 1077<br>COVINGTON LA 70433 | 026194P001-1435A-598<br>SUBWAY<br>4401 AIRLINE DR #A<br>METAIRIE LA 70001 | 026276P001-1435A-598<br>SUBWAY<br>325 SUB WAY<br>MILFORD CT 06461 | 026373P001-1435A-598<br>SUBWAY<br>2420 ATHANIA PKWY<br>METAIRIE LA 70001 |
| 026533P001-1435A-598<br>SUBWAY<br>4901 WESTBANK EXPY<br>MARRERO LA 70072 | 010078P001-1435A-598<br>SUCCESS BY DESIGN<br>3741 LINDEN SE<br>WYOMING MI 49548 | 018898P001-1435A-598<br>SUE'S JEWELRY<br>3122 METAIRIE RD<br>METAIRIE LA 70001 | 020075P001-1435A-598<br>SUGAR LOVE BAKERY<br>1329 ENGLEWOOD DR<br>SLIDELL LA 70458 |
| 012441P001-1435A-598<br>SUGAR N SPICE<br>15062 HWY 40<br>FOLSOM LA 70437 | 010892P001-1435A-598<br>SUGARLAND GARDEN SOIL<br>655 BAYOU RD<br>BELLE CHASSE LA 70037 | 010893P001-1435A-598<br>SULPHUR HIGH SCHOOL<br>100 SYCAMORE ST<br>SULPHUR LA 70663 | 012442P001-1435A-598<br>SULPHUR HIGH SCHOOL<br>JULIE MANCUSO<br>100 SYCAMORE ST<br>SULPHUR LA 70663 |
| 002593P001-1435A-598<br>SUMMER SEAL<br>106 FRENCHMEN DR<br>MANDEVILLE LA 70448 | 023795P001-1435A-598<br>SUMMERS NEUROSURGERY LLC<br>1200 DEREK DR STE 400<br>HAMMOND LA 70403 | 023796P001-1435A-598<br>SUMMERS NEUROSURGERY LLC<br>15739 PROFESSIONAL PLZ<br>HAMMOND LA 70403 | 023797P001-1435A-598<br>SUMMIT ANESTHESIA INC<br>PO BOX 833<br>MANDEVILLE LA 70470 |
| 010894P001-1435A-598<br>SUMMIT GRAPHICS<br>2406 FREDERICK RD<br>OPELIKA AL 36801 | 009324P001-1435A-598<br>SUMMIT INTEGRATION SYSTEMS<br>550 ELMWOOD PK BLVD<br>STE G<br>HARAHAN LA 70123 | 016359P001-1435A-598<br>SUMMIT INTEGRATION SYSTEMS<br>4675 E COTTON BLVD<br>STE 155<br>PHOENIX AZ 85040 | 026651P001-1435A-598<br>SUMMIT MEASUREMENT LLC<br>151 FLUME AVE<br>MARSTON MILLS MA 02648 |
| 020076P001-1435A-598<br>SUMMIT PROFESSIONAL EDUCATION<br>PO BOX 908<br>FRANKLIN TN 37065 | 021533P001-1435A-598<br>SUMMIT SCHOOL SUPPLIES<br>P O BOX 2599<br>COVINGTON GA 30015 | 014062P001-1435A-598<br>SUMMIT TOUR AND TRAVEL<br>PO BOX 682240<br>ORLANDO FL 32868 | 020077P001-1435A-598<br>SUMNER SOFTBALL<br>SUMNER HIGH SCHOOL<br>COACH JOANIE BOOTY<br>15841 HIGHWAY 440<br>KENTWOOD LA 70444 |
| 021534P001-1435A-598<br>SUN ELECTRICAL AND INSTRUMENTATION INC<br>PO BOX 419<br>ADDIS LA 70710 | 014063P001-1435A-598<br>SUN GRAPHIC SIGNS<br>128 DEPOT AVE<br>WATERTOWN TN 37184 | 009413P001-1435A-598<br>SUN LIFE FINANCIAL<br>PO BOX 807009<br>KANSAS CITY MO 64184-7009 | 017235P001-1435A-598<br>SUN LIFE FINANCIAL<br>PO BOX 807009<br>KANSAS MO 64184-7009 |

Case 2:20-cv-08840-CJB-DPC Document 14-5 Filed 09/06/24 Page 4 of 41
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1458 of 1525
US First Class Mail
Exhibit Pages

021535P001-1435A-598
SUN LIFE FINANCIAL ASSURANT
PO BOX 807009
KANSAS CITY MO 64184-7009

018899P001-1435A-598
SUN LIFE FINANCIALS
ASSURANT EMPLOYEE BENEFITS
DENTAL & VISION COVERAGE
PO BOX 807009
KANSAS CITY MO 64184-7009

041064P001-1435A-598
SUN MOUNTAIN SPORTS
PO BOX 7727
MISSOULA MT 59807-7727

016360P001-1435A-598
SUNBELT LODGE
1903 VETERANS MEMORIAL DR
ABBEVILLE LA 70710

002594P001-1435A-598
SUNBELT RENTALS INC
PO BOX 409211
ATLANTA GA 30384-9211

020078P001-1435A-598
SUNBELT RENTALS INC
PC#542
68583 HWY 59
MANDEVILLE LA 70471

010895P001-1435A-598
SUNBURST TECHNOLOGY
1501 N MICHAEL DR
WOOD DALE IL 60191

023798P001-1435A-598
SUNCOAST RETINA CONSULTANTS L
STE 120 3280 N MCMULLEN BOOTH RD
CLEARWATER FL 33761

014065P001-1435A-598
SUNCREST PUBLICATIONS
1670 PALO VERDE
LAS CRUCES NM 88001

020079P001-1435A-598
SUNNY SIGNS INC
2767 WILLIAM TELL ST
SLIDELL LA 70458

020080P001-1435A-598
SUNNY SOD
525 JOHNNY F SMITH BLVD
SLIDELL LA 70460

010896P001-1435A-598
SUNNY TRAIL INC
487 SPOTSWOOD GRAVEL HILL RD
MONROE NJ 08831

010897P001-1435A-598
SUNOCO
101 HIGHWAY LA-22
MADISONVILLE LA 70447

010898P001-1435A-598
SUNRAY GRILL
2600 BELLE CHASSE HWY
GRETNA LA 70056

018900P001-1435A-598
SUNRISE COMMUNITY CLUB
2208 JUDITH ST
METAIRIE LA 70003

016361P001-1435A-598
SUNRISE NURSERY AND GARDEN
169 HWY 21
MADISONVILLE LA 70447

021536P001-1435A-598
SUNSHINE BUS SALES INC
3005 LA-1
DONALDSONVILLE LA 70346

021537P001-1435A-598
SUNSHINE COFFEE SVC
P O BOX 1326
HARVEY LA 70059

041485P001-1435A-598
SUNSHINE LANDSCAPING
2720 ACACIA ST
NEW ORLEANS LA 70122

002595P001-1435A-598
SUNSHINE QUALITY SOLUTIONS LLC
PO BOX 429
DONALDSONVILLE LA 70346

010899P001-1435A-598
SUPER 8
6322 CHEF MENTEUR HWY
NEW ORLEANS LA 70126

026277P001-1435A-598
SUPER 8
22 SYLVAN WAY
PARSIPPANY NJ 07054

026374P001-1435A-598
SUPER 8 MOTEL
6322 CHEF MENTEUR HWY
NEW ORLEANS LA 70126

010900P001-1435A-598
SUPER DISCOUNT CORNER
2727 S CLAIBORNE AVE
NEW ORLEANS LA 70125

010901P001-1435A-598
SUPER LABORIE'S
1951 BARATARIA BLVD
MARRERO LA 70072

021539P001-1435A-598
SUPER NET
P O BOX 1048
FUQUAY-VARINA NC 27526

010902P001-1435A-598
SUPER SHUTTLE EXECUCARB
531 VAN NESS AVE
TORRANCE CA 90501

023800P001-1435A-598
SUPERIOR HEALTHCARE LLC
3501 SEVERN AVE STE 8
METAIRIE LA 70002

Case 20-10846 Doc 4336-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Exhibit 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1459 of 1525
US First Class Mail
Exhibit Pages

010903P001-1435A-598
SUPERIOR HONDA
1845 WESTBANK EXPY
HARVEY LA 70058

041486P001-1435A-598
SUPERIOR OFFICE
20 HOOK MOUNTAIN RD
STE 104
BROOK NJ 07058-9273

041487P002-1435A-598
SUPERIOR OFFICE PRODUCTS
5363 HIGHLANDIA DR
STE C
BATON ROUGE LA 70810

021538P001-1435A-598
SUPERIOR OFFICE PRODUCTS INC
533 HIGHLANDIA DR
STE C
BATON ROUGE LA 70810

023802P001-1435A-598
SUPERIOR REHABILIATION
6820 VETERANS BLVD STE A
METAIRIE LA 70003

020081P001-1435A-598
SUPERIOR SHOWBOARD CO
2501 MAPLE ST
LOUISVILLE KY 40211

041707P001-1435A-598
SUPERIOR VAN AND MOBILITY LLC
125 JAMES DR
STE 200
ST ROSE LA 70087

017236P001-1435A-598
SUPERSTAR EMBROIDERY
922 DOLHONDE ST
GRETNA LA 70053

021540P001-1435A-598
SUPERSTAR SPORTS
P O BOX 832
ST. CLOUD MN 56302

010904P001-1435A-598
SUPPLYCOM
4715 FREDERICK DR SW
ATLANTA GA 30336

009435P001-1435A-598
SUPPLYWORKS
PO BOX 2317
JACKSONVILLE FL 32203-2317

018901P001-1435A-598
SUPPLYWORKS
PO BOX 404468
ATLANTA GA 30384-4468

020082P001-1435A-598
SUPPORT OUR WAR HEROES
677 EEAST I10 SERVICE RD
SLIDELL LA 70461

021541P001-1435A-598
SUPREME AUDIO INC
P O BOX 550
MARLBOROUGH NH 03455-0550

010905P001-1435A-598
SUPREME CAR WASH
310 US HWY 70 E
GARNER NC 27529

021542P001-1435A-598
SUPREME SCHOOL SUPPLY CO
P O BOX 220
ARCADIA WI 54612

018902P001-1435A-598
SURE CATCH INDUSTRIES
4317 HARING RD
METAIRIE LA 70006

010906P001-1435A-598
SURETHINGCOM
3142 TIGER RUN CT
STE 103
CARLSBAD CA 92010

002596P001-1435A-598
SURETY LAND TITLE LLC
DENECHAUD AND DENECHAUD
1010 COMMON ST
STE 3010
NEW ORLEANS LA 70112

026652P001-1435A-598
SURFACE SPECIALTIES LLC
131 INDUSTRIAL DR # D
SLIDELL LA 70460

023804P001-1435A-598
SURGCENTER PINELLAS LLC
12416 66TH ST STE D
LARGO FL 33773

023805P001-1435A-598
SURGICAL CLINIC OF LOUISIANA L
PO BOX 360127
BIRMINGHAM AL 35236

023806P002-1435A-598
SURGICAL EYE ASSOCIATES
803 RIVERSIDE DR
FRANKLINTON LA 70438-3635

023807P001-1435A-598
SURGICAL SPECIALTY CENTER BR
PO BOX 52898
LAFAYETTE LA 70505

010907P002-1435A-598
SURVEY MONKEYCOM
910 PARK PL
SAN MATEO CA 94403-1907

023808P002-1435A-598
SUSAN CRAWFORD ENT SPEC APMC
22148 MITCH RD
BOGALUSA LA 70427-9002

026195P001-1435A-598
SUSAN G KOMEN RACE FOR THE CURE
4141 VETERANS BLVD # 202
METAIRIE LA 70002

016362P001-1435A-598
SUSAN GKOMEN BREAST CANCER FOUNDATION
4141 VETERANS MEMORIAL BLVD
STE 202
METAIRIE LA 07002

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 04:53:10 RP Exet - A Page 1460
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1460 of 1525
US First Class Mail
Exhibit Pages

017237P001-1435A-598
SUSAN KOMEN FOUNDATION
4141 VETERANS BLVD
#202
METAIRIE LA 70002

002597P001-1435A-598
SUSAN TAYLOR INTERIORS
1663 SONIAT ST
NEW ORLEANS LA 70115

021543P001-1435A-598
SUZANNE COCO
2003 ORMOND BLVD
DESTREHAN LA 70847

018845P001-1435A-598
SVC GLASS CO OF NEW ORLEANS
PO BOX 39
TICKFAW LA 70466

002365P001-1435A-598
SVC PLAN PROGRAMS
PO BOX 2707
LOUISVILLE KY 40201-2707

010049P001-1435A-598
SVC PLUS AUTO GLASS
4704 W NAPOLEON AVE
METAIRIE LA 70001

000171P001-1435S-598
SWATI PARASHAR ON BEHALF OF DEBTOR
THE ROMAN CATHOLIC CHURCH
FOR THE ARCHDIOCESE OF NEW ORLEANS
JONES WALKER
811 MAIN ST, STE 2900
HOUSTON TX 77002

021544P001-1435A-598
SWDI LLC
P O BOX 9077
HOUMA LA 70361

029846P001-1435A-598
SWE INC DBA SOUTHWEST ENGINEERS
PO BOX 2499
SLIDELL LA 70459

041488P001-1435A-598
SWE, INC DBA SOUTHWEST ENGINEERS
39478 HIGHWAY 190 E
SLIDELL LA 70461

010908P001-1435A-598
SWEET CREATIONS IN CAKE
543 N STATE RD 7
ROYAL PALM BEACH FL 33411

012443P001-1435A-598
SWEET DADDY'S BARBEQUE
420 S TYLER ST
COVINGTON LA 70433

026653P001-1435A-598
SWEET DADDY'S BBQ
420 S TYLER ST
COVINGTON LA 70433

021545P001-1435A-598
SWEET LIZZIE'S
247 AURORA AVE
METAIRIE LA 70005

002598P001-1435A-598
SWEET TOOTH DENTAL
12519 AIRLINE HIGHWAY
STE G
DESTREHAN LA 70047-2502

016363P001-1435A-598
SWEET TREATS N MORE FUNDRAISING
71494 ST JAMES
ABITA SPRINGS LA 70420

021546P002-1435A-598
SWIM FREAK
PO BOX 897
BUDA TX 78610-0897

010909P001-1435A-598
SWIM OUTLET
4300 PORT UNION RD
WEST CHESTER OH 45011

012444P001-1435A-598
SWIMOUTLETCOM
ACCOUNTING
1919 S BASCOM AVE
STE 300
CAMPBELL CA 95008

016364P001-1435A-598
SWING IT BASEBALL
2120 TORTOISE DR
MANDEVILLE LA 70448

010910P001-1435A-598
SWISS CONFECTIONERY
3700 ORLEANS AVE
NEW ORLEANS LA 70119

002599P001-1435A-598
SWISS CONFECTIONERY INC
3700 ORLEANS AVE R7
NEW ORLEANS LA 70119

009349P001-1435A-598
SWISS CONFECTIONERY INC
747 SAINT CHARLES AVE
NEW ORLEANS LA 70130-3713

010911P001-1435A-598
SWLAHEC/HOSA
103 INDEPENDENCE BLVD
LAFAYETTE LA 70506

016365P001-1435A-598
SYMPHONY LLC
2926 FLAMETREE DR
ST. LOUIS MO 63129

002601P001-1435A-598
SYMPHY DESIGN AND CONSULTING LLC
5925 WINCHESTER LN
CLINTON LA 70722

014066P002-1435A-598
SYNCB/AMAZON
PO BOX 669822
DALLAS TX 75266-0778

014067P001-1435A-598
SYNCHRONY BANK/AMAZON
PO BOX 960016
ORLANDO FL 32896-0016

Case 2:20-cv-08466-DCS-4 04/09/25 Entered 09/09/25 04:54:46 Desc Main
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1461 of 1525
US First Class Mail
Exhibit Pages

023809P001-1435A-598
SYNERGY PHYSICAL THERAPY AND PER
1827 HICKORY AVE STE B
HARAHAN LA 70123

023810P001-1435A-598
SYNERGY PHYSICAL THERAPY PERFO
1827 HICKORY AVE STE B
HARAHAN LA 70123

012445P001-1435A-598
SYSCO FOOD SVC
1451 RIVER OAKS WEST
NEW ORLEANS LA 70123

016366P001-1435A-598
SYSCO FOOD SVC
1451 RIVER OAKS WEST
HARAHAN LA 70123

021547P001-1435A-598
SYSCO FOOD SVC
P O BOX 60166
NEW ORLEANS LA 70160-0166

002602P001-1435A-598
SYSCO FOOD SVC OF NEW ORLEANS
PO BOX 10950
NEW ORLEANS LA 70181-0950

009194P001-1435A-598
SYSCO NEW ORLEANS
1451 RIVER OAKS WEST
HARAHAN LA 70123-2176

018904P001-1435A-598
SYSCO NEW ORLEANS, LLC
PO BOX 10950
NEW ORLEANS LA 70181-0950

010912P001-1435A-598
SZABOS PARTY SUPPLLY
1704 FRANKLIN ST
GRETNA LA 70053

014068P001-1435A-598
T A HELD CONSTRUCTION CO, LLC
2504 METAIRIE LAWN DR
METAIRIE LA 70002

010913P001-1435A-598
T AND T CLEANERS
439 1ST AVE
HARVEY LA 70058

010914P001-1435A-598
T AND T LAUNDRY AND CLEANERS
439 1ST AVE
HARVEY LA 70058

017238P001-1435A-598
T AND T LAUNDRY AND CLEANERS
439 FIRST AVE
HARVEY LA 70058

018905P001-1435A-598
T AND T LEASING
718 BARATARIA BLVD
MARRERO LA 70072

010915P001-1435A-598
T AND T TREE SPECIALIST
10281 RIVER RD
AMA LA 70031

014069P001-1435A-598
T M ENTERPRISES
A CONFERENCE MANAGEMENT CO
8404 JAMESPORT DR
ROCKFORD IL 61108

000157P001-1435S-598
T TAYLOR TOWNSEND LLC
TAYLOR TOWNSEND
725 3RD ST
NATCHITOCHES LA 71457

021548P002-1435A-598
T TECH LLC
7506 E INDEPENDENCE BLVD STE 114
CHARLOTTE NC 28227-9456

041511P001-1435A-598
T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

016453P001-1435A-598
T-SHIRT PO-BOY
600 N HWY 190
STE 1 A
COVINGTON LA 70433

041489P001-1435A-598
TAB COLEMAN CONTRACT SVC
221 CHIMAERA LN
SLIDELL LA 70458

002605P001-1435A-598
TAB COLEMAN SVC
221 CHIMAERA LN
SLIDELL LA 70458

012446P001-1435A-598
TABC
26301 LA-1088
MANDEVILLE LA 70448

010916P001-1435A-598
TACO BELL
1740 MANHATTAN BLVD
HARVEY LA 70058

023811P001-1435A-598
TACTILE SYSTEMS TECHNOLOGY INC
1331 TYLER ST NE STE 200
MINNEAPOLIS MN 55413

023812P001-1435A-598
TACTILE SYSTEMS TECHNOLOGY INC
3701 WAYZATA BLVD STE 300
MINNEAPOLIS MN 55416

010079P001-1435A-598
TADS
110 N 5TH ST
2ND FLOOR
MINNEAPOLIS MN 55403

016368P001-1435A-598
TADS
1201 HAWTHORNE AVE
STE 100
MINNEAPOLIS MN 55403

Case 2:20-cv-08436-CJB-KWR Document 41462 07-14 Filed 04/25/21 Page 1 of 1
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1462 of 1525
US First Class Mail
Exhibit Pages

021489P001-1435A-598
TAG SPORTS GRAPHICS
1411 N TERRY WAY
LA HABRA CA 90631

026694P001-1435A-598
TAILORS CLEANERS
3648 W ESPLANADE AVE
METAIRIE LA 70002

009378P001-1435A-598
TAITALENT ASSESSMENT INC
PO BOX 5087
JACKSONVILLE FL 33247

010917P001-1435A-598
TAKE 5 OIL CHANGE
3803 GENERAL DE GAULLE DR
NEW ORLEANS LA 70114

030995P001-1435A-598
TALBOT REALTY GROUP
ROBERT 'BOBBY' TALBOT
ADDRESS INTENTIONALLY OMITTED

000146P001-1435S-598
TALBOT, CARMOUCHE & MARCELLO
ROSS J. DONNES
17405 PERKINS ROAD
BATON ROUGE LA 70810

010080P001-1435A-598
TALENT ASSESSMENT INC
P O BOX 5087
JACKSONVILLE FL 32247

016369P001-1435A-598
TALGRACE MARKETING AND MEDIA
3046 BRECKENRIDGE LN STE LL4
LOUISVILLE KY 40220

023813P002-1435A-598
TALK WORK PROFESSIONAL SVC
2955 RIDGELAKE DR STE 105
METAIRIE LA 70002-4947

012447P001-1435A-598
TALLEY IRON WORKS, LLC
PO BOX 15869
NEW ORLEANS LA 70175

010918P001-1435A-598
TAMERON AUTOMOTIVE
1675 MONTGOMERY HWY
BIRMINGHAM AL 35216

029518P001-1435A-598
TAMIKA DURONCELAY
ADDRESS INTENTIONALLY OMITTED

016370P001-1435A-598
TAMMANY HAULERS
1695 N COLLINS BLVD
COVINGTON LA 70433

016371P001-1435A-598
TAMMANY MOBILE LUBE
377 HWY 1085
MADISONVILLE LA 70447

016372P001-1435A-598
TAMMANY SPECIALTY SVC
PO BOX 1364
MADISONVILLE LA 70447

002607P001-1435A-598
TAMMANY SUPPLY
PO BOX 951949
DALLAS TX 75395-1949

002608P001-1435A-598
TAMMANY TREE SVC
22136 HOLMES LN
ROBERT LA 70455

016374P001-1435A-598
TAMMANY UTILITIES
PO BOX 3500
COVINGTON LA 70434

016374S001-1435A-598
TAMMANY UTILITIES
21454 KOOP DR
MANDEVILLE LA 70471

026112P001-1435A-598
TAMMANY UTILITIES
PO BOX C
GARYVILLE LA 70051

022099P001-1435A-598
TAMMY BAYARD
ADDRESS INTENTIONALLY OMITTED

010919P001-1435A-598
TAMPERCO
2526 CATAMARAN WAY
CHULA VISTA CA 91914

012448P001-1435A-598
TAMS-WITMARK MUSIC LIBRARY INC
560 LEXINGTON AVE
NEW YORK NY 10022

021550P001-1435A-598
TAMSWITMARK LLC
229 WEST 28TH ST
11TH FLOOR
NEW YORK NY 10001

016375P001-1435A-598
TAMSWITMARK MUSIC LIBRARY, INC
560 LEXINGTON AVE
NEW YORK NY 10126-0394

011830P001-1435A-598
TANGI LANES
1612 W THOMAS
HAMMOND LA 70401

016376P001-1435A-598
TANGIPAHOA PARISH SHERIFF RESERVE DIVISIO
TANGIPAHOA PARISH SHERIFF RESERVE DIV
15475 CLUB DELUXE RD
HAMMOND LA 70403

012449P001-1435A-598
TANGLED UP IN BLUE
PO BOX 208234
NEW HAVEN CT 06520-8234

| | | | |
|---|---|---|---|
| 010920P001-1435A-598<br>TANS CLUB<br>470-C CLOVERLEAF DR<br>BALDWIN PARK CA 91706 | 017239P001-1435A-598<br>TARAVELLA MANOR<br>5240 TARAVELLA RD<br>MARRERO LA 70072 | 010921P001-1435A-598<br>TARGET<br>1401 W ESPLANADE AVE<br>STE 200<br>KENNER LA 70065 | 026654P001-1435A-598<br>TARGET<br>69320 LA-21<br>COVINGTON LA 70433 |
| 010922P001-1435A-598<br>TARGETCOM<br>1401 W ESPLANADE AVE<br>STE 200<br>KENNER LA 70065 | 018906P001-1435A-598<br>TASCH , LLC<br>1509 BRIDGE CITY AVE<br>BRIDGE CITY LA 70094 | 021551P002-1435A-598<br>TASCH LLC<br>4321 RIVER RD<br>WESTWEGO LA 70094-3101 | 010923P001-1435A-598<br>TASSEL DEPOT<br>3251 SW 13TH DR STE C<br>DEERFIELD BEACH FL 33442 |
| 016377P001-1435A-598<br>TASSIN DESIGNS, LLC<br>304 SAINT JOHN ST<br>MADISONVILLE LA 70447 | 010924P001-1435A-598<br>TASTEE 49<br>7271 JEFFERSON HWY<br>HARAHAN LA 70123 | 026695P001-1435A-598<br>TASTEE DONUTS<br>816 CLEARVIEW PKWY<br>METAIRIE LA 70001 | 014070P001-1435A-598<br>TASTEE RESTAURANT<br>3130 LOYOLA DR<br>KENNER LA 70065 |
| 002610P001-1435A-598<br>TATEJANELLE S<br>9709 BROMALAID CIR<br>RIVER RIDGE LA 70123 | 023814P001-1435A-598<br>TAURA R PARQUETGENERAL MEYER<br>PO BOX 6206<br>NEW ORLEANS LA 70174 | 002612P001-1435A-598<br>TAVCON ENTERPRISES INC<br>825 MAPLE ST<br>DENHAM SPRINGS LA 70726 | 020083P001-1435A-598<br>TAYLOR BASEBALL LLC<br>1901 N EMERSON AVE<br>INDIANAPOLIS IN 46218 |
| 016378P001-1435A-598<br>TAYLOR COMPANIES INTL<br>17642 LASIANDRA<br>CHESTERFIELD MO 63005-4912 | 023815P001-1435A-598<br>TAYLOR HOME HEALTH SUPPLY<br>PO BOX 27968<br>SALT LAKE CITY UT 84127 | 020084P001-1435A-598<br>TAYLOR MUSIC INC<br>513 SOUTH MAIN ST<br>ABERDEEN SD 57401 | 000111P001-1435S-598<br>TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112 |
| 014071P001-1435A-598<br>TAYLORSEIDENBACH, INC<br>PO BOX 50368<br>NEW ORLEANS LA 70150 | 016379P001-1435A-598<br>TC TELECOMMUNICATIONS, INC<br>PO BOX 1660<br>WALKER LA 70785 | 010925P001-1435A-598<br>TCBY<br>701 METAIRIE RD<br>METAIRIE LA 70005 | 026655P001-1435A-598<br>TCBY<br>70488 LA-21<br>COVINGTON LA 70433 |
| 012450P001-1435A-598<br>TCHEFUNCTA COUNTRY CLUB<br>2 COUNTRY CLUB PK<br>COVINGTON LA 70433 | 020085P001-1435A-598<br>TCHEFUNCTA COUNTRY CLUB<br>#2 COUNTRY CLUB PARK<br>COVINGTON LA 70433 | 023816P001-1435A-598<br>TCHEFUNCTA URGENT CARE INC<br>PO BOX 1902<br>COVINGTON LA 70434 | 023817P001-1435A-598<br>TCHEFUNCTA URGENT CARE INC<br>PO BOX 919236<br>DALLAS TX 75391 |

1463

Case 20-10846 Doc 4335-4 Filed 09/09/25 Entered 09/09/25 14:07:54 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1464 of 1525
US First Class Mail
Exhibit Pages

023818P001-1435A-598
TCHEFUNCTE CARDIOLOGY ASSOC
PO BOX 742653
ATLANTA GA 30374

002617P001-1435A-598
TCHEFUNCTE CARDIOLOGY ASSOC LAKEVIEW
PO BOX 740776
CINCINNATI OH 45274-0776

023819P001-1435A-598
TCHEFUNCTE FAMILY COUNSELING
321 N VERMONT ST STE 203
COVINGTON LA 70433

041491P001-1435A-598
TCHEFUNCTE HARDWARE
2445 FLORIDA ST
MANDEVILLE LA 70448

018907P001-1435A-598
TCHOP YARD
405 THIRD ST
NEW ORLEANS LA 70130

041492P001-1435A-598
TCHOUPITOULAS SALES
408 CHRISTIANA DR
MARRERO LA 70072

026442P001-1435A-598
TCP LOUISIANA FOOD BEV
11001 LAPALCO BLVD
AVONDALE LA 70094

016367P001-1435A-598
TDK PARTY RENTALS
79139 JESSIE HYATT RD
COVINGTON LA 70435

010927P001-1435A-598
TEACHER PAY TEACHERS CO
111 E 18TH ST 11TH FL
NEW YORK NY 10003

010928P001-1435A-598
TEACHER PRESS
1234 AMSTERDAM AVE
NEW YORK NY 10027

012451P001-1435A-598
TEACHER SYNERGY, LLC
75 REMITTANCE DR
DEPARTMENT 6759
CHICAGO IL 60675

041493P001-1435A-598
TEACHER SYNERGY, LLC
75 REMITTANCE DR
CHICAGO IL 60675

017240P001-1435A-598
TEACHER'S DISCOVERY
2741 PALDAN DR
AUBURN HILLS MI 48326

021552P001-1435A-598
TEACHER'S DISCOVERY
2741 PALADAN DR
AUBURN HILLS MI 48326

010929P001-1435A-598
TEACHERS BRUNCH
2741 PALDAN DR
AUBURN HILLS MI 48326

010930P001-1435A-598
TEACHERS PAY TEACHERS CO
111 E 18TH ST 11TH FL
NEW YORK NY 10003

016380P001-1435A-598
TEACHINGBOOKSNET LLC
2712 MARSHALL CT
STE 1
MADISON WI 53705

026443P001-1435A-598
TEAM CHEER GIRLS GOT GAME
133 MAIN ST STE 1
GENESEO NY 14454

016381P002-1435A-598
TEAM CONNECTION, INC
615 ALTON PL
HIGH POINT NC 27263-2272

021553P001-1435A-598
TEAM DESIGN
9818 FIRESTONE BLVD
DOWNEY CA 90741

012452P001-1435A-598
TEAM DYNAMICS
PO BOX 70160
MONTGOMERY AL 36107

016382P001-1435A-598
TEAM DYNAMICS
151 COLLIER DR
DOYLESTOWN OH 44230-1208

020086P001-1435A-598
TEAM EXPRESS
5750 NORTHWEST PKWY
STE 100
SAN ANTONIO TX 78249-3374

014072P001-1435A-598
TEAM GO FIGURE
301 N COUNTRY CLUB RD
GARLAND TX 75040

010931P001-1435A-598
TEAM JEDI MARKETING
5481 SW 60TH ST
OCALA FL 34474

020087P001-1435A-598
TEAM REAL WORLD
11925 MARKET PL AVE
STE A
BATON ROUGE LA 70816

012453P001-1435A-598
TEAM SPORTSPLEX
7122 PERKINS RD
BATON ROUGE LA 70808

018908P001-1435A-598
TEAMGEAR
2405 N CLOUGH BAY RD
WAYCROSS GA 31503

Case 2:24-cv-04268 Document 1-5 09/00125 04/28/25 Entry 09/00125 04/28/25 17:30:54 Desc Exhibit A - A Page 1465
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1465 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 021549P001-1435A-598<br>TEC  NEW ORLEANS<br>TEC WEEKEND REGISTAR<br>2241 MENDEZ ST<br>NEW ORLEANS LA 70122 | 002618P001-1435A-598<br>TEC CONFERENCE<br>2241 MENDEZ ST<br>NEW ORLEANS LA 70122 | 021554P001-1435A-598<br>TECH MESH APPAREL LLC<br>PO BOX 702357<br>TULSA OK 74170-2357 | 029733P001-1435A-598<br>TECHNOLOGY OFFICE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 010932P001-1435A-598<br>TED'S MEDICAL THREADS<br>PO BOX 351<br>MORRISVILLE NC 27560 | 017241P001-1435A-598<br>TED'S TRUCK SVC<br>14 CHERRY BLOSSOM LN<br>MARRERO LA 70072 | 017242P001-1435A-598<br>TEE JUGS SHRIMP CO<br>117 LYONS ST<br>LAFAYETTE LA 70506 | 012454P001-1435A-598<br>TEEN LIFELINE<br>PO BOX 10745<br>PHOENIX AZ 85064-0745 |
| 023820P002-1435A-598<br>TEJAS GODIWALA MD APMC<br>4600 SOUTHSHORE DR<br>METAIRIE LA 70002-1431 | 023822P001-1435A-598<br>TELADOCPA<br>DEPT 3297<br>PO BOX 123297<br>DALLAS TX 75312 | 023823P001-1435A-598<br>TELLURIDE MEDICAL CENTER<br>PO BOX 1229<br>TELLURIDE CO 81435 | 017243P001-1435A-598<br>TEMPEST MUSICAL INSTRUMENTS<br>843 LOCKHILL SELMA<br>SAN ANTONIO TX 78213 |
| 021555P001-1435A-598<br>TEN SIGMA<br>P O BOX 846<br>MANKATO MN 56002-0846 | 021556P001-1435A-598<br>TENDER CORP<br>P O BOX 290<br>LITTLETON NH 03561 | 010933P001-1435A-598<br>TENNIS EXPRESS<br>10770 WESTHEIMER RD<br>HOUSTON TX 77042 | 021557P001-1435A-598<br>TENNIS OUTLET  TENNISSHOPONLINECOM<br>4202 50TH ST<br>LUBBOCK TX 79413 |
| 014073P001-1435A-598<br>TENNIS SHOP<br>4931 W ESPLANADE B<br>METAIRIE LA 70006 | 021558P001-1435A-598<br>TENNIS WAREHOUSE<br>181 SUBURBAN RD<br>SAN LUIS OBISPO CA 93401 | 018909P001-1435A-598<br>TERESE'S TOP WORKS<br>3029 RABBITS ST<br>NEW ORLEANS LA 70122 | 012455P001-1435A-598<br>TERESIAN CONVENT<br>18080 ST JOSEPH WAY<br>COVINGTON LA 70435 |
| 002620P001-1435A-598<br>TERESIAN SISTERS<br>18080 ST JOSEPH WAY<br>COVINGTON LA 70435 | 020088P001-1435A-598<br>TERESIAN SISTERS CONVENT<br>18104 ST JOSEPH WAY<br>COVINGTON LA 70435 | 021559P001-1435A-598<br>TERMINIX<br>P O BOX 369<br>LAPLACE LA 70069-0369 | 029847P001-1435A-598<br>TERMINIX<br>LEGAL DEPT<br>860 RIDGE LAKE BLVD<br>MEMPHIS TN 38120 |
| 041494P001-1435A-598<br>TERMINIX<br>35297 HOME ESTATE DR<br>SLIDELL LA 70460 | 041495P001-1435A-598<br>TERMINIX<br>PO BOX 6060<br>SLIDELL LA 70469 | 041496P001-1435A-598<br>TERMINIX NEW ORLEANS<br>2400 N ARNOULT RD<br>METAIRIE LA 70001 | 029848P001-1435A-598<br>TERMINIX SERVICE CO INC<br>2329 EDENRORN AVE<br>METAIRIE LA 70001 |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1466 of 1525
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 041498P001-1435A-598<br>TERMINIX SVC CO<br>2329 EDENBORN AVE<br>METAIRIE LA 70001 | 002622P001-1435A-598<br>TERMINIX SVC CO INC<br>PO BOX 6060<br>SLIDELL LA 70469-6060 | 041497P001-1435A-598<br>TERMINIX SVC CO, INC<br>PO BOX 8668<br>METAIRIE LA 70011 | 041499P001-1435A-598<br>TERRA NOVA NEXT<br>13490 BASS LAKE RD<br>MAPLE GROVE MN 55311 |
| 018910P001-1435A-598<br>TERRA SANCTA GUILD<br>20311 STOUT DR<br>WARMINSTER PA 18974 | 002623P001-1435A-598<br>TERRACON CONSULTANTS INC<br>PO BOX 959673<br>ST LOUIS MO 63195-9673 | 023824P001-1435A-598<br>TERREBONNE GEN MED CENTER<br>DEPT AT 952602<br>ATLANTA GA 31192 | 010934P001-1435A-598<br>TERREBONNE HIGH SCHOOL<br>7318 W MAIN ST<br>HOUMA LA 70360 |
| 014074P001-1435A-598<br>TERREBONNE HIGH SCHOOL<br>CRAIG HAMNER<br>7318 MAIN ST<br>HOUMA LA 70360 | 016383P001-1435A-598<br>TERREBONNE HIGH SCHOOL<br>7318 MAIN ST<br>HOUMA LA 70360 | 021560P001-1435A-598<br>TERREBONNE HIGH SCHOOL<br>TONY BRAUD<br>200 MARIE DR<br>HOUMA LA 70364 | 002625P001-1435A-598<br>TERRY FUGETTA DDS<br>4508 CLEARVIEW PKWY<br>STE I A<br>METAIRIE LA 70006 |
| 020089P001-1435A-598<br>TERRY LYNN'S CAFE<br>1960 1ST ST<br>SLIDELL LA 70458 | 010935P001-1435A-598<br>TERRYTOWN CAFE AND DONUTS<br>2018 CAROL SUE AVE<br>TERRYTOWN LA 70056 | 010936P001-1435A-598<br>TERRYTOWN COUNTRY CLUB<br>1785 CAROL SUE AVE<br>TERRYTOWN LA 70056 | 021561P001-1435A-598<br>TESTPREP VIDEOS<br>MICHAEL K SMITH<br>PO BOX 51092<br>KNOXVILLE TN 37950-1092 |
| 026534P001-1435A-598<br>TEURLINGS CATHOLIC<br>139 TEURLINGS DR<br>LAFAYETTE LA 70501 | 018911P001-1435A-598<br>TEURLINGS CATHOLIC HIGH SCHOOL<br>139 TEURLINGS DR<br>LAFAYETTE LA 70501 | 010937P001-1435A-598<br>TEXACO<br>3501 GENERAL MEYER AVE<br>NEW ORLEANS LA 70114 | 023825P001-1435A-598<br>TEXAN EYE PA<br>5717 BALCONES DR<br>AUSTIN TX 78731 |
| 002626P001-1435A-598<br>TEXANS ANESTHESIA ASSOCIATES<br>PO BOX 22926<br>JACKSON MS 39225-2926 | 023826P001-1435A-598<br>TEXAS DIGESTIVE DISEASE CONSUL<br>PO BOX 206239<br>DALLAS TX 75320 | 021562P001-1435A-598<br>TEXAS EDUCATIONAL PAPERBACKS<br>4433 MINT WAY<br>DALLAS TX 75236 | 002627P001-1435A-598<br>TEXAS GAS SVC<br>PO BOX 219913<br>KANSAS CITY MO 64121-9913 |
| 023827P001-1435A-598<br>TEXAS HEALTH PHYSICIAN GROUP<br>PO BOX 975341<br>DALLAS TX 75397 | 023828P001-1435A-598<br>TEXAS NON-PROFIT HOSPICE ALLIA<br>6100 WESTERN PL STE 105<br>FORT WORTH TX 76107 | 023829P001-1435A-598<br>TEXAS ONCOLOGY MIDTOWN<br>PO BOX 911230<br>DALLAS TX 75391 | 023830P001-1435A-598<br>TEXAS ONCOLOGY PA BAYTOWN<br>PO BOX 911230<br>DALLAS TX 75391 |

Case 20-10846 Doc 3654-4 Filed 09/02/25 Entered 09/02/25 14:06:14 Exhibit Affidavit
of Service Regarding Solicitation Packages Page 1467 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010938P001-1435A-598<br>TEXAS ROADHOUSE<br>1631 WESTBANK EXPY<br>HARVEY LA 70058 | 002628P001-1435A-598<br>TEXAS UBS INC<br>PO BOX 2734<br>HUMBLE TX 77347-2734 | 010939P001-1435A-598<br>TGI FRIDAY'S<br>1201 MANHATTAN BLVD<br>HARVEY LA 70058 | 033106S001-1435A-598<br>THANH GIA HOLY FAMILY<br>JOSEPH CHACKO<br>PO BOX 338<br>AMELIA LA 70340-0338 |
| 010940P001-1435A-598<br>THANH THANH RESTAURANRT<br>131 HUEY P LONG AVE<br>GRETNA LA 70053 | 017244P001-1435A-598<br>THAT'S A WRAP<br>18132 JEFFERSON RIDGE DR<br>BATON ROUGE LA 70817 | 012456P001-1435A-598<br>THE ADMINISTRATORS OF THE TULANE<br>EDUCATIONAL FUND<br>1430 TULANE AVE<br>BOX 8632<br>NEW ORLEANS LA 70112 | 010941P001-1435A-598<br>THE ADVOCATE<br>10715 N RIEGER RD<br>BATON ROUGE LA 70809 |
| 014075P001-1435A-598<br>THE ALEXANDER ROOM AND TERRACE<br>CINDY TIMPHONY-THE HOBNOBBER CAFE<br>5928 W METAIRIE AVE 8<br>METAIRIE LA 70003 | 002629P001-1435A-598<br>THE AMAZING PARISH<br>6160 S SYRACUSE WAY<br>STE 220<br>GREENWOOD VILLAGE CO 80110 | 012457P001-1435A-598<br>THE AMERICAN CLASSICAL LEAGUE<br>860 NW WASHINGTON BLVD STE A<br>HAMILTON OH 45013 | 012458P001-1435A-598<br>THE AMERICAN GUILD OF ENGLISH HANDBELL RI<br>1055 E CENTERVILLE STATION<br>DAYTON OH 45459-5503 |
| 002630P001-1435A-598<br>THE AMERICAN INSTITUTE OF ARCHITECT<br>PO BOX 64185<br>BALTIMORE MD 21264-4185 | 010942P001-1435A-598<br>THE AMERICAN SECTOR RE<br>1035 MAGAZINE ST<br>NEW ORLEANS LA 70130 | 017245P001-1435A-598<br>THE AMINISTRATORS OF THE TULANE<br>EDUCATIONAL FUND<br>1430 TULANE AVE<br>BOX 8632<br>NEW ORLEANS LA 70112 | 016384P001-1435A-598<br>THE AP ACADEMY AT OAK RDIGE HIGH SCHOOL<br>JODY GOINS<br>1450 OAK RIDGE TURNPIKE<br>OAK RIDGE TN 37830 |
| 031224P001-1435A-598<br>THE APARTMENTS AT MATER DOLOROSA<br>DEACON DENNIS F ADAMS<br>1000 HOWARD AVE STE 100<br>NEW ORLEANS LA 70113 | 002631P001-1435A-598<br>THE APOSTOLIC NUNCIATURE<br>3339 MASSACHUSETTS AVE NW<br>WASHINGTON DC 20008 | 016385P001-1435A-598<br>THE APPLIANCE TECHNICIAN<br>1324 DESTIN ST<br>MANDEVILLE LA 70448 | 041500P001-1435A-598<br>THE ARC OF ST CHARLES<br>13771 OLD SPANISH TRL<br>BOUTTE LA 70039 |
| 002632P001-1435A-598<br>THE ARCHBISHOP'S FUND<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 002633P001-1435A-598<br>THE ART OF LIVING INC<br>PO BOX 53072<br>LAFAYETTE LA 70505 | 009450P001-1435A-598<br>THE ARTIST MAGAZINE<br>PO BOX 421751<br>PALM COAST FL 32142-9953 | 010943P001-1435A-598<br>THE AUDUBON INSTITUTE<br>6500 MAGAZINE ST<br>NEW ORLEANS LA 70118 |
| 014076P001-1435A-598<br>THE BALCONY<br>4738 UTICA ST<br>METAIRIE LA 70006 | 040818P001-1435A-598<br>THE BANK OF NEW YORK MELLON/FMSBONDS, INC.<br>CORP ACTIONS<br>16 WALL STREET, 5TH FLOOR<br>NEW YORK NY 10005 | 000025P001-1435S-598<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 023831P001-1435A-598<br>THE BATON ROUGE CLINIC AMC<br>7373 PERKINS RD<br>BATON ROUGE LA 70808 |

Case 2:20-cv-10846 Document 45-1 Filed 09/01/25 Entry 09/01/25 04:25:16 07:54 Desc Ex-4 Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1468 of 1525
US First Class Mail
Exhibit Pages

017246P001-1435A-598
THE BETA GROUP
PO BOX 2203
GRETNA LA 70054

010944P001-1435A-598
THE BIG FUN AMUSEMENTS
1141 RITTER DR
25832 DANIELS
DANIELS WV 25832

010945P001-1435A-598
THE BIG ZOO
6500 MAGAZINE ST
NEW ORLEANS LA 70118

023832P001-1435A-598
THE BONE AND JOINT CLINIC OF HAM
1000 J W DAVIS DR
HAMMOND LA 70403

023833P001-1435A-598
THE BORTOLAZZO GROUP LLC
PO BOX 22085
BELFAST ME 04915

000148P001-1435S-598
THE BRASLOW FIRM, LLC
DEREK T. BRASLOW, ESQ.
KETTERER BROWNE & ASSOCIATE, LLC
336 S. MAIN STREET 2 A-C
BEL AIR MD 21014

014077P001-1435A-598
THE BROWN FOUNDATION
320 HAMMOND HIGHWAY
STE 502
METAIRIE LA 70005

021563P001-1435A-598
THE BRYLSKI CO
3418 COLISEUM ST
NEW ORLEANS LA 70115

000065P002-1435S-598
THE CALUDA GROUP LLC
WILLIAM G CHERBONNIER, JR.,ESQ
2550 BELLE CHASSE HWY
STE 215
GRETNA LA 70053-6758

012459P001-1435A-598
THE CASTINE CENTER
RECREATION DISTRICT #1
63350 PELICAN DR
MANDEVILLE LA 70448

016386P001-1435A-598
THE CASTINE CENTER
63350 PELICAN DR
MANDEVILLE LA 70448

017247P001-1435A-598
THE CATECHETICAL REVIEW
1235 UNIVERSITY BLVD
STEUBENVILLE OH 43952

002634P001-1435A-598
THE CATHOLIC COMMENTATOR
PO BOX 3316
BATON ROUGE LA 70821-3316

009132P001-1435A-598
THE CATHOLIC COMMUNITY FOUNDATION
REGINA TEMPLET
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

009136P001-1435A-598
THE CATHOLIC FOUNDATION
1000 HOWARD AVE
STE 700
NEW ORLEANS LA 70113-1903

014078P001-1435A-598
THE CATHOLIC FOUNDATION
CORY HOWAT
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

016387P001-1435A-598
THE CATHOLIC FOUNDATION
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113

026196P001-1435A-598
THE CATHOLIC FOUNDATION
1000 HOWARD AVE #800
NEW ORLEANS LA 70113

021564P001-1435A-598
THE CATHOLIC FOUNDATION OF
THE ARCHDIOCESE OF NO
1000 HOWARD AVE
STE 800
NEW ORLEANS LA 70113-1903

014079P001-1435A-598
THE CATHOLIC LEAGUE PRINCIPALS ASSOCIATION
BROTHER MARTIN HIGH SCHOOL
MARK WISNIEWSKI
4401 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

026134P002-1435A-598
THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
PO BOX 178
MENOMONEE FALLS WI 53052-0178

029849P001-1435A-598
THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
N89W16785 APPLETON AVE
STE 8
MENOMONEE FALLS WI 53051

012460P001-1435A-598
THE CATHOLIC UNIVERSITY OF AMERICA
OFFICE OF UNDERGRADUATE ADMISSIONS
620 MICHIGAN AVE
WASHINGTON DC 20064

010946P001-1435A-598
THE CELLARS OF RIVER R
5220 ROSS RD
SEBASTOPOL CA 95472

021565P001-1435A-598
THE CENTER FOR LEARNING
P O BOX 910
VILLA MARIA PA 16155

016388P001-1435A-598
THE CHAD BARCIA ATHLETE AWARENESS FOUNDATION
PO BOX 7637
METAIRIE LA 70010-7637

009168P001-1435A-598
THE CHEERLEADING CO
11350 HILLGUARD RD
DALLAS TX 75243

017248P001-1435A-598
THE CHEEWEEZ, LLC
8647 CRAWFORD ST
METAIRIE LA 70003

014080P001-1435A-598
THE CHICORY
610 SOUTH PETERS ST
NEW ORLEANS LA 70130

016389P001-1435A-598
THE CHICORY
GINA BONURA
610 SOUTH PETERS ST
NEW ORLEANS LA 70130

002635P001-1435A-598
THE CHRISTIAN LIFE CENTER ST JOSEPH ABBEY
75376 RIVER RD
ST BENEDICT LA 70457

041501P001-1435A-598
THE CHURCH MONTHLY MAIL CO
PO BOX 420
SALEM OH 44460

010081P001-1435A-598
THE CHURCH SUPPLY HOUSE
PO BOX 8544
METAIRIE LA 70011

012461P001-1435A-598
THE CHURCH SUPPLY HOUSE
PO BOX 8544
METAIRIE LA 70002-4615

041502P001-1435A-598
THE CHURCH SUPPLY HOUSE
3605 DIVISION ST
METAIRIE LA 70002-4615

009182P001-1435A-598
THE CITY OF NEW ORLEANS
1300 PERDIDO ST
ROOM 7EO3
NEW ORLEANS LA 70112

002636P001-1435A-598
THE CLOCK AND WATCH SHOP
824 GRAVIER ST
NEW ORLEANS LA 70112

021566P001-1435A-598
THE COLLEGE BOARD
THE COLLEGE BOARD AP SRO 411
250 VESEY ST STE 16
NEW YORK NY 10281

016390P001-1435A-598
THE COLLEGE BOARD AP EXAMS
PO BOX 21535
NEW YORK NY 10087-1535

016391P001-1435A-598
THE COLLEGE BOARD PUBLICATIONS
PO BOX 4699
MOUNT VERNON IL 62864

021567P001-1435A-598
THE COMMUNICATION CENTER
P O BOX 4458
SOUTH BEND IN 46634

031552P001-1435A-598
THE COMMUNITY OF THE SISTERS OF
THE IMMACULATE CONCEPTION
MELANIE BAGLOW
6208 ITHACA ST
METAIRIE LA 70003

031681P001-1435A-598
THE COMMUNITY OF THE SISTERS OF
THE IMMACULATE CONCEPTION
C/O MELANIE BAGLOW
6208 ITHACA STREET
METAIRIE LA 70003

002637P001-1435A-598
THE COMPUTER DEPT INC
510 EAST ALLEN
SPRINGFIELD IL 62703

031226P001-1435A-598
THE CONGREGATION OF SAINTS PETER AND PAUL
ROMAN CATHOLIC CHURCH
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031227P001-1435A-598
THE CONGREGATION OF ST CECELIA
ROMAN CATHOLIC CHURCH
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031228P001-1435A-598
THE CONGREGATION OF ST RITA
ROMAN CATHOLIC CHURCH OF HARAHAN
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031225P001-1435A-598
THE CONGREGATION OF THE ANNUNCIATION
ROMAN CATHOLIC CHURCH
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

031229P001-1435A-598
THE CONGREGATION OF THE HOLY TRINITY
ROMAN CATHOLIC CHURCH
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

012462P001-1435A-598
THE COOK HOTEL
3848 W LAKESHORE DR
BATON ROUGE LA 70808

010947P001-1435A-598
THE CREATIVE COTTAGE
2451 BELLE CHASSE HWY
TERRYTOWN LA 70056

017249P001-1435A-598
THE CREATIVE INTERNET, LLC
PO BOX 6827
METAIRIE LA 70009

021568P001-1435A-598
THE CREOLE HOUSE CAFE
3409 HWY 3125
PAULINA LA 70763

018912P001-1435A-598
THE CROSSING
519 WILLIAMS BLVD
KENNER LA 70062

017250P001-1435A-598
THE CRYSTAL PALACE
1725 GRETNA BLVD
HARVEY LA 70058

010948P001-1435A-598
THE CRYSTAL VASE
7121 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

| | | | |
|---|---|---|---|
| 016392P001-1435A-598<br>THE DAILY STAR<br>725 S MORRISON BLVD<br>HAMMOND LA 70403 | 014081P001-1435A-598<br>THE DBQ CO<br>1234 SHERMAN AVE<br>STE 100<br>EVANSTON IL 60202 | 021569P001-1435A-598<br>THE DECOR SHOPPE<br>P O BOX 428<br>LUTCHER LA 70071 | 023834P001-1435A-598<br>THE DELTA PATH GROUP LLC<br>PO BOX 3780<br>TUPELO MS 38803 |
| 023835P001-1435A-598<br>THE DELTA PATHOLOGY GROUP LLC<br>DEPT NUMBER 10015<br>PO BOX 3780<br>TUPELO MS 38803 | 029734P001-1435A-598<br>THE DELTA PATHOLOGY GROUP LLC<br>DEPT NUMBER 10016<br>P O BOX 3780<br>TUPELO MS 38803 | 023836P001-1435A-598<br>THE DERMATOLOGY CLINIC PLLC<br>11295 E TAYLOR RD<br>GULFPORT MS 39503 | 023837P001-1435A-598<br>THE DERMATOLOGY GROUP<br>PO BOX 74008267<br>CHICAGO IL 60674 |
| 023838P001-1435A-598<br>THE DIABETES CENTER PLLC<br>1278 OCEAN SPRINGS RD<br>OCEAN SPRINGS MS 39564 | 023839P001-1435A-598<br>THE DIGESTIVE GROUP PC<br>PO BOX 7825<br>BELFAST ME 04915 | 017251P001-1435A-598<br>THE DUKE ACADEMY<br>201 COVE LN<br>DESTREHAN LA 70047 | 014082P001-1435A-598<br>THE DUNHAM SCHOOL<br>11111 ROY EMERSON DR<br>BATON ROUGE LA 70810 |
| 021570P002-1435A-598<br>THE DYNAMIC CATHOLIC INSTITUTE<br>5081 OLYMPIC BLVD<br>ERLANGER KY 41018-3164 | 041708P001-1435A-598<br>THE EHRHARDT GROUP INC<br>1100 POYDRAS ST<br>STE 1325<br>NEW ORLEANS LA 70163 | 021571P001-1435A-598<br>THE ESTATE OF MARIE O DUPONT<br>68 DEREK LN<br>LA PLACE LA 70068 | 016393P002-1435A-598<br>THE EXPOSURE MOVEMENT, INC<br>PO BOX 87661<br>CHICAGO IL 60680-0629 |
| 002638P001-1435A-598<br>THE EYE CLINIC<br>1767 IMPERIAL BLVD<br>LAKE CHARLES LA 70605 | 002639P002-1435A-598<br>THE FAIRWAYS OF OAK HARBOR<br>GNO PROPERTY MANAGEMENT<br>551 HICKORY AVE<br>NEW ORLEANS LA 70123-3104 | 023840P001-1435A-598<br>THE FERTILITY INSTITUTE OF NO<br>800 N CAUSEWAY BLVD 2C<br>MANDEVILLE LA 70448 | 016394P001-1435A-598<br>THE FISHER AGENCY<br>PO BOX 1488<br>LAFAYETTE CA 94549 |
| 010082P001-1435A-598<br>THE FORE!KIDS FOUNDATION<br>11005 LAPLACO BLVD<br>AVONDALE LA 70094 | 010949P001-1435A-598<br>THE FOUR COLUMNS<br>3711 WESTBANK EXPY<br>HARVEY LA 70058 | 017252P001-1435A-598<br>THE FOUR COLUMNS, INC<br>3711 WESTBANK EXPWY<br>HARVEY LA 70058 | 026375P001-1435A-598<br>THE FOX AND HOUND<br>1200 S CLEARVIEW PKWY<br>NEW ORLEANS LA 70123 |
| 021572P001-1435A-598<br>THE FRAME SHOP<br>523 ASH ST<br>RACELAND LA 70394-2627 | 017253P001-1435A-598<br>THE G2G COLLECTION<br>PO BOX 13129<br>ATLANTA GA 30324 | 012463P001-1435A-598<br>THE GALE/CENGAGE LEARNING<br>PO BOX 936754<br>ATLANTA GA 31193-6754 | 010950P001-1435A-598<br>THE GALLERY COLLECTION<br>65 CHALLENGER RD<br>RIDGEFIELD PARK NJ 07660 |

Case 20-10846 Doc 3654-5 Filed 09/02/25 Entered 09/02/25 14:08:07 RBP Exer 4 - Affidavit 1471
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1471 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 014083P001-1435A-598<br>THE GARDEN GATES<br>2918 METAIRIE RD<br>METAIRIE LA 70001 | 041503P001-1435A-598<br>THE GARDEN GATES LANDSCAPE COMPANY, LLC<br>PO BOX 935434<br>ATLANTA GA 31193 | 010951P001-1435A-598<br>THE GARDEN PLAZA<br>201 BARONNE ST<br>NEW ORLEANS LA 70112 | 023841P001-1435A-598<br>THE GEORGE M HAIK EYE CLINIC<br>1407 S CARROLLTON AVE<br>NEW ORLEANS LA 70118 |
| 026376P001-1435A-598<br>THE GLASS DOCTOR<br>2423 BAINBRIDGE ST STE 107A<br>KENNER LA 70062 | 021573P001-1435A-598<br>THE GOLF WAREHOUSE INC<br>8850 EAST 34TH ST NORTH<br>WICHITA KS 67226 | 017254P001-1435A-598<br>THE GOLF WAREHOUSE, INC<br>8851 EAST 34TH ST NORTH<br>WICHITA KS 67226 | 009271P001-1435A-598<br>THE GOOD SHEPHERD SCHOOL<br>353 BARONNE ST<br>NEW ORLEANS LA 70112-1628 |
| 016395P001-1435A-598<br>THE GOOD SHEPHERD SCHOOL<br>THE GOOD SHEPHERD SCHOO<br>353 BARONNE ST<br>NEW ORLEANS LA 70112 | 010952P001-1435A-598<br>THE GRAPHIC EDGE<br>743 US-30<br>CARROLL IA 51401 | 010926P002-1435A-598<br>THE GREAT COURSES TEA<br>4840 WESTFIELDS BLVD<br>STE 500<br>CHANTILLY VA 20151 | 016396P001-1435A-598<br>THE GREATER COVINGTON CENTER<br>317 N JEFFERSON AVE<br>COVINGTON LA 70433 |
| 041504P001-1435A-598<br>THE GREENKEEPERS, INC<br>3 SANTA ANA AVE<br>JEFFERSON LA 70121 | 012464P001-1435A-598<br>THE GREYSTONE<br>201 RENE ST<br>MADISONVILLE LA 70447 | 010953P001-1435A-598<br>THE GUARDIAN<br>61 BROADWAY<br>NEW YORK NY 10006 | 023842P001-1435A-598<br>THE GUIDANCE CENTER INC<br>2626 CHARLES DR STE 211<br>CHALMETTE LA 70043 |
| 014084P001-1435A-598<br>THE HALL PASS STORE<br>128 LUNENBURG RD<br>WEST TOWNSEND MA 01474 | 010954P001-1435A-598<br>THE HAPPY CHEF<br>178 MAIN ST<br>BUTLER NJ 07405 | 016397P001-1435A-598<br>THE HARDWOOD CLUB<br>100 PANTHER DR<br>SLIDELL LA 70461 | 010083P001-1435A-598<br>THE HARTFORD GROUP BENEFITS<br>HUB INTERNATIONAL<br>3510 N CAUSEWAY BLVD STE 300<br>METAIRIE LA 70002 |
| 016398P001-1435A-598<br>THE HARTFORD GROUP BENEFITS -<br>CUST ID 00803250002<br>HUB INTERNATIONAL<br>3510 N CAUSEWAY BLVD<br>STE 300<br>METAIRIE LA 70002 | 014085P001-1435A-598<br>THE HARTFORD STEAM BOILER<br>JEFFERSON PARISH POOLED CASH<br>HARTFORD STEAM BOILER<br>CERTIFICATE FEES BILLING<br>PO BOX 61509<br>KING OF PRUSSIA PA 19406-0909 | 031622P001-1435A-598<br>THE HAYES LAW FIRM PLC<br>DESHAWN HAYES<br>1100 POYDRAS ST STE 1530<br>NEW ORLEANS LA 70163 | 016399P001-1435A-598<br>THE HERMITAGE ART COMPANY, INC<br>5151 NORTH RAVENSWOOD AVE<br>CHICAGO IL 60640 |
| 002640P001-1435A-598<br>THE HILLER COMPANIES INC<br>PO BOX 935434<br>ATLANTA GA 31193-5434 | 002641P001-1435A-598<br>THE HOLY ROOD GUILD<br>167 N SPENCER RD<br>SPENCER MD 28159-2328 | 010955P001-1435A-598<br>THE HOME DEPOT<br>4600 LAPALCO BLVD<br>MARRERO LA 70072 | 041709P001-1435A-598<br>THE HOME DEPOT<br>THE HOME DEPOT PRO<br>PO BOX 404468<br>ATLANTA GA 30384-4468 |

Case 2:20-cv-04568-LS Doc #: 1435-4 Filed 03/25/25 Entry Number 1435-4 Page 1 of 54 Page ID #: 1472
The Roman Catholic Church of the Archdiocese of New Orleans - Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1472 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

| | | | |
|---|---|---|---|
| 021574P001-1435A-598<br>THE HOMEWORK SITE<br>5480 MOUNES DR<br>STE 200<br>HARAHAN LA 70123 | 016400P001-1435A-598<br>THE HON CO<br>200 OAK STGREET<br>MUSCATINE IA 52761 | 021575P001-1435A-598<br>THE HON CO<br>PO BOX 1109<br>MUSCATINE IA 52761-0071 | 002642P001-1435A-598<br>THE HON CO LLC<br>P O BOX404422<br>ATLANTA GA 30384-4422 |
| 012465P001-1435A-598<br>THE HONEY BAKED HAM CO<br>808 N HIGHWAY 190 STE H<br>COVINGTON LA 70433 | 002643P001-1435A-598<br>THE HOUSE OF HANSEN<br>4223 WEST IRVING PK RD<br>CHICAGO IL 60641 | 012466P001-1435A-598<br>THE ICE HOUSE<br>2151 WILLIAMS BLVD<br>KENNER LA 70062 | 018913P001-1435A-598<br>THE ICEE CO<br>PO BOX 515723<br>LOS ANGELES CA 90051-5203 |
| 041505P001-1435A-598<br>THE INSTITUTE FOR SCHOOLS AND<br>PARISH DEVELOPMENT<br>15 LOG CABIN LN<br>PEARL RIVER LA 70452 | 017255P001-1435A-598<br>THE ISLAND BY HOTEL RL<br>1500 MIRACLE STRIP PKWY SE<br>FORT WALTON BEACH FL 32548 | 016401P001-1435A-598<br>THE ISLAND GOLF CLUB<br>DAVE BARON<br>PO BOX 917<br>PLAQUEMINE LA 70765 | 021576P001-1435A-598<br>THE JAMBALAYA SHOPPE<br>150 BELLE TERRE BLVD<br>STE F<br>LAPLACE LA 70068 |
| 012467P001-1435A-598<br>THE JEFFERSON HOUSE<br>619 S JEFFERSON ST<br>COVINGTON LA 70433 | 016402P001-1435A-598<br>THE JOE W AND DOROTHY DORSETT BROWN<br>FOUNDATION<br>320 METARIE HAMMOND HIGHWAY<br>METARIE LA 70005 | 016403P001-1435A-598<br>THE JOSEPHINE FOUNDATION<br>KENNETH LIVAUDAIS<br>45 SEDGEFIELD DR<br>HANAHAN LA 70123 | 041506P001-1435A-598<br>THE JOSEPHITES<br>PO BOX 65010<br>BALTIMORE MD 21209 |
| 002644P001-1435A-598<br>THE JOSEPHITES 125TH ANNIVERSARY<br>1097C W LAKE AVE<br>BALTIMORE MD 21210 | 012468P001-1435A-598<br>THE KENNEDY CENTER<br>2700 F ST NW<br>WASHINGTON DC 20566-0001 | 012469P001-1435A-598<br>THE KEYSTONE SCHOOL<br>920 CENTRAL RD<br>BLOOMSBURG PA 17815 | 012470P001-1435A-598<br>THE LA ORGAN PROCUREMENT AGENCY<br>3545 N I10 SERVICE RD<br>METAIRIE LA 70002 |
| 012471P001-1435A-598<br>THE LAKEHOUSE<br>2025 LAKESHORE DR<br>MANDEVILLE LA 70448 | 026656P001-1435A-598<br>THE LAKEHOUSE<br>2025 LAKESHORE DR<br>MANDEVILLE LA 70471 | 021577P001-1435A-598<br>THE LANDING RESTAURANT<br>530 FRONT ST<br>NATCHITOCHES LA 71457 | 002645P001-1435A-598<br>THE LATHAN CO INC<br>PO BOX 190308<br>MOBILE AL 36619-0308 |
| 030632P001-1435A-598<br>THE LAW OFFICE OF BERNARD L CHARBONNET JR<br>BERNARD L CHARBONNET JR<br>DAVID M. FINK<br>365 CANAL STREET SUITE 1100<br>NEW ORLEANS LA 70130 | 030630P001-1435A-598<br>THE LAW OFFICE OF DESIREE CHARBONNET LLC<br>DESIREE CHARBONNET<br>365 CANAL STREET SUITE 1100<br>NEW ORLEANS LA 70130 | 026657P001-1435A-598<br>THE LEUKEMIA AND LYMPHOMA SOCIETY<br>PO BOX 4072<br>PITSFIELD MA 01202 | 010084P001-1435A-598<br>THE LIBRARY STORE<br>PO BOX 964<br>TREMONT IL 61568 |

Case 20-10846 Doc 3465-4 Filed 09/02/25 Entered 09/02/25 16:07:54 Desc Exhibit- Affidavit
of Service Regarding Solicitation Packages Page 1473 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

016404P001-1435A-598
THE LIBRARY STORE
PO BOX 0964
TREMONT IL 61568-0964

020090P001-1435A-598
THE LIBRARY STORE INC
301 E SOUTH ST
PO BOX 0964
TREMONT IL 61568-0964

012472P002-1435A-598
THE LIFEGUARD STORE INC
903 MORRISSEY DR UNIT 1
BLOOMINGTON IL 61701-6941

010956P001-1435A-598
THE LIGHTING SPOT
1200 OREGON AVE
LONG BEACH CA 90813

017256P001-1435A-598
THE LOCK CLINIC
1124 HUEY P LONG AVE
GRETNA LA 70053

012473P001-1435A-598
THE LOGEAUX SHOP
PO BOX 1898
MANDEVILLE LA 70470-1898

012474P001-1435A-598
THE LUNCH BOX
210 HWY 90 STE A
WAVELAND MS 39576

014086P002-1435A-598
THE MACK PHOTOBOOTH
841 GROVE AVE
NEW ORLEANS LA 70123-3011

002646P001-1435A-598
THE MACULA CENTER
3280 MCMULLEN BOOTH RD
STE 120
CLEARWATER FL 33761-2046

009467P001-1435A-598
THE MAILBOX
PO BOX 8345
RED OAK IA 51591-1345

002647P001-1435A-598
THE MAIN DISH AND MORE
5821 PROVINE PL
STE C
ALEXANDRIA LA 71303

010957P001-1435A-598
THE MARKERBOARD PEOPLE
1611 N GRAND RIVER AVE
LANSING MI 48906

010958P001-1435A-598
THE MARKET PLACE
2112 BELLE CHASSE HWY
TERRYTOWN LA 70056

017257P001-1435A-598
THE MARKETBOARD PEOPLE
1611 N GRAND RIVER
PO BOX 80560
LANSING MI 48906

016405P001-1435A-598
THE MASTER TEACHER
PO BOX 1207
2600 LEADERSHIP LN
MANHATTAN KS 66505

021578P001-1435A-598
THE MASTERS TOUCH DRUMLINE
PO BOX 1585
LAPLACE LA 70068

002648P001-1435A-598
THE MCENERY CO
170 MOORES RD
MANDEVILLE LA 70471

002649P001-1435A-598
THE MCENERY CO
810 UNION ST FOURTH FL
NEW ORLEANS LA 70112

030975P001-1435A-598
THE MCENERY CO
S PARKERSON MCENERY
ADDRESS INTENTIONALLY OMITTED

009434P001-1435A-598
THE MCGRAW-HILL COMPANIES
PO BOX 2258
CAROL STREAM IL 60132-2258

031231P001-1435A-598
THE MENTAL HEALTH ASSOCIATION
DEVELOPMENT CORP
DENNIS F ADAMS
1000 HOWARD AVE STE 100
NEW ORLEANS LA 70125

023843P001-1435A-598
THE METHODIST HOSPITAL
PO BOX 47551
HOUSTON TX 77210

021579P001-1435A-598
THE MILLBROOK PRESS INC
P O BOX 18001
BRIDGEPORT CT 06601-2801

016406P001-1435A-598
THE MIRACLE LEAGUE OF GREATER NEW ORLEANS
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

016407P001-1435A-598
THE MOLLY RINGWALDS
2148 WING HAVEN DR
MANDEVILLE LA 70471

029768P001-1435A-598
THE MOST REVEREND FERNAND J CHERI III OFM
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

016408P001-1435A-598
THE MOVEMBER FOUNDATION
PO BOX 1595
CLUVER CITY CA 90232

021580P001-1435A-598
THE MOVEMENT MOVING STUDENTS FORWARD
2145 GREENWOOD DR
LAPLACE LA 70068

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1474 of 1525
US First Class Mail
Exhibit Pages

002650P001-1435A-598
THE MOVEMENT SCIENCE CENTER
111 VETERANS BLVD
STE 470
METAIRIE LA 70005

023844P001-1435A-598
THE MOVEMENT SCIENCE CENTER
BLVD STE 100 321 VETERANS MEMORIAL
METAIRIE LA 70005

023845P001-1435A-598
THE MOVEMENT SCIENCE CENTER
STE 100 321 VETERANS MEMORIAL BLV
METAIRIE LA 70005

023846P001-1435A-598
THE MOVEMENT SCIENCE CENTER
STE 100 NA 321 VETERANS MEMORIAL BLV
METAIRIE LA 70005

018914P001-1435A-598
THE MT PIT
420 SOUTH 425 WEST
BOUNTIFUL UT 84010

021581P001-1435A-598
THE MT PIT
445 N 700 W STE 101
NORTH SALT LAKE UT 84054

018915P001-1435A-598
THE MURDER MYSTERY CO
4550 AIRWEST DR
KENTWOOD MI 49512

014087P001-1435A-598
THE NATIONAL BETA CLUB
151 BETA CLUB WAY
SPARTANBURG SC 29306

010085P001-1435A-598
THE NATIONAL WORLD WAR II MUSEUM
945 MAGAZINE ST
NEW ORLEANS LA 70130

021582P001-1435A-598
THE NATIONAL WORLD WAR II MUSEUM
RUTH KATZ
945 MAGAZINE ST
NEW ORLEANS LA 70130

026658P001-1435A-598
THE NATIONAL WWII MUSEUM
945 MAGAZINE ST
NEW ORLEANS LA 70130

023847P001-1435A-598
THE NEBRASKA MEDICAL CENTER
PO BOX 3839
OMAHA NE 68103

014088P001-1435A-598
THE NEFF CO
645 PINE ST
GREENVILLE OH 45331

016409P001-1435A-598
THE NEFF CO
PO BOX 632286
CINCINNATI OH 45263-2286

023848P001-1435A-598
THE NEUROMEDICAL CENTER
PO BOX 98509
BATON ROUGE LA 70884

023849P001-1435A-598
THE NEUROSCIENCE AND PAIN INST
PO BOX 2608
HAMMOND LA 70404-2608

010086P001-1435A-598
THE NEW FRERET
5110 FRERET ST
NEW ORLEANS LA 70115

016410P001-1435A-598
THE NEW HAMPSHIRE HOUSE
522 N NEW HAMSPHIRE ST
COVINGTON LA 70433

012475P001-1435A-598
THE NEW ORLEANS ADVOCATE
PO BOX 1069
BATON ROUGE LA 70821

026377P001-1435A-598
THE NEW ORLEANS ZEPHYRS
6000 AIRLINE DR
METAIRIE LA 70003

012476P001-1435A-598
THE NEW YORKER
PO BOX 37682
BOONE IA 50037-0682

010959P001-1435A-598
THE NORTH FACE
5085 WESTHEIMER RD
SPC B3590
HOUSTON TX 77056

012477P001-1435A-598
THE NYAKA AIDS ORPHANS PROJECT
2970 E LAKE LANSING RD
EAST LANSING MI 48823

021583P001-1435A-598
THE OATH
LOCKBOX NO 95150
MAIN POST OFFICE
NEW ORLEANS LA 70195

016411P001-1435A-598
THE OFFICE MARKET
68486 HWY 59
MANDEVILLE LA 70471

016412P001-1435A-598
THE OLD SCHOOL INC
1500 W CHURCH ST
HAMMOND LA 70401

026197P001-1435A-598
THE OLD URSULINE CONVENT
1100 CHARTRES ST #2505
NEW ORLEANS LA 70116

026659P001-1435A-598
THE OLE POST OFFICE PIZZA
45051 LA-445
ROBERT LA 70455

Case 20-10846 Doc 3655-4 Filed 09/02/25 Entered 09/02/25 17:07:14 Desc Exhibit 4 - Affid
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1475 of 1525
US First Class Mail
Exhibit Pages

010960P001-1435A-598
THE OLIVE BRANCH CAFE
5145 GENERAL DE GAULLE DR
NEW ORLEANS LA 70131

010961P001-1435A-598
THE OLIVE GARDEN
1315 W ESPLANADE AVE
KENNER LA 70065

012478P001-1435A-598
THE ORGAN DOCTOR
5024 S JOHNSON ST
NEW ORLEANS LA 70125

023851P001-1435A-598
THE ORTHOPAEDIC GROUP PC
PO BOX 86144
MOBILE AL 36689

014089P001-1435A-598
THE PEARL ROOM
AUSTIN'S RESTAURANT
5101 WEST ESPLANADE AVE
METAIRIE LA 70006

023852P001-1435A-598
THE PEDIATRIC EYE CARE CENTER
5220 FLANDERS DR
BATON ROUGE LA 70808

016413P001-1435A-598
THE PENNANT SHOP
2908 METAIRIE RD
METAIRIE LA 70001

021584P001-1435A-598
THE PEPPER PLANT
PO BOX 1166
DESTREHAN LA 70047

002651P001-1435A-598
THE PERIOCLINIC
337 METAIRIE RD
STE 301
METAIRIE LA 70005

017258P001-1435A-598
THE PHYSICS CLASSROOM
TOM HENDERSON
1931 SOUTH FALCON DR
LIBERTYVILLE IL 60048

016414P001-1435A-598
THE PHYSICS TOOLBOX, INC
PO BOX 5693
WILLIAMSBURG VA 23188

002652P001-1435A-598
THE PLANT GALLERY
9401 AIRLINE HIGHWAY
NEW ORLEANS LA 70118

021585P001-1435A-598
THE PLANT GALLERY INC
PO BOX 56177
METAIRIE LA 70055-6177

016415P001-1435A-598
THE POLAR BEAR CLASSIC
233 KEYSTONE RD
MONROE LA 71203

021586P001-1435A-598
THE PONCHARTRAIN CENTER
4545 WILLIAMS BLVD
KENNER LA 70065

018916P001-1435A-598
THE PORTRAIT GALLERY
PO BOX 6248
NEW ORLEANS LA 70174-6248

002653P001-1435A-598
THE PREMISES
3401 EDENBORN AVE
METAIRIE LA 70002

010087P001-1435A-598
THE PRESIDENT'S CHALLENGE
1185 W SECOND ST
BLOOMINGTON IN 47403-2160

012479P001-1435A-598
THE PRINCETON REVIEW
26210 NETWORK PL
CHICAGO IL 60673

016416P001-1435A-598
THE PRINCETON REVIEW
111 SPEEN ST
FRAMINGHAM MA 01701

018917P001-1435A-598
THE PRINTER'S WHOLESALE GROUP
3801 N CAUSEWAY BLVD - STE 203
METAIRIE LA 70002

002654P001-1435A-598
THE PRINTERY HOUSE
PO BOX 12
CONCEPTION MO 64433

016417P001-1435A-598
THE PULSERA PROJECT
449C FLEMING RD
CHARLESTON SC 29412

010962P001-1435A-598
THE RD STORE
1524 132ND ST
COLLEGE POINT NY 11356

018918P001-1435A-598
THE REBUILD CENTER AT ST JOSEPH CHURCH
1802 TULANE AVE
NEW ORLEANS LA 70112

010088P001-1435A-598
THE RECOGNITION CO
7960 GOODWOOD BLVD
BATON ROUGE LA 70806

014090P001-1435A-598
THE RED EYE
852 S PETERS ST
NEW ORLEANS LA 70130

017259P001-1435A-598
THE RED MAPLE
1036 LAFAYETTE ST
GRETNA LA 70053

1475

002655P001-1435A-598
THE REDEMPTORIST DENVER PROVINCE
1230 SOUTH PARKER RD
DENVER CO 80231

020091P002-1435A-598
THE REDEMPTORISTS DENVER PROVINCE
ST JOSEPH MASS LEAGUE
1633 NORTH CLEVELAND AVE
CHICAGO IL 60614

031679P001-1435A-598
THE REDEMPTORISTS/DENVER PROVINCE
1633 NORTH CLEVELAND AVENUE
CHICAGO IL 60614

023383P001-1435A-598
THE RENFREW CENTERS OF PENNSYLVANIA
PO BOX 823700
PHILADELPHIA PA 19182

029735P001-1435A-598
THE RENY CO
1820 PRESTON PARK BLVD
STE 1900
PLANO TX 75093

023854P001-1435A-598
THE RETINA INSTITUTE
2701 N CAUSEWAY BLVD
METAIRIE LA 70002

023855P001-1435A-598
THE RHEUMATOLOGY GROUP LLC
2633 NAPOLEON AVE STE 530
NEW ORLEANS LA 70115

021587P001-1435A-598
THE RIBBON FACTORY
600 NORTH BROWN ST
TITUSVILLE PA 16354

021588P001-1435A-598
THE RIVER ROOM
15 DUFRESNE LOOP
LULING LA 70070

021589P001-1435A-598
THE ROCKEFELLER GROUP
5 SOMBRERO LN
ST. ROSE LA 70087

026378P001-1435A-598
THE ROCKETERIA
18120 HILLCREST AVE
OLNEY MD 20832

010963P001-1435A-598
THE ROMAN CATHOLIC CHURCH
1116 CHARTRES ST
NEW ORLEANS LA 70116

002656P001-1435A-598
THE ROOSEVELT NEW ORLEANS
130 ROOSEVELT WAY
NEW ORLEANS LA 70112

016418P001-1435A-598
THE ROTARY CLUB OF COVINGTON
PO BOX 541
COVINGTON LA 70434

002657P001-1435A-598
THE ROYAL BOYS CHOIR
810 FRANKLIN CT
SLIDELL LA 70458

002658P001-1435A-598
THE SALESIAN FATHERS
C O FR LOUIS MOLONELLI
1000 SALESIAN LN
MARRERO LA 70072

002659P001-1435A-598
THE SALVATORIANS
1735 N HI MOUNT BLVD
MILWAUKEE WI 53208-1720

010964P001-1435A-598
THE SEAFOOD OUTLET
1701 CANAL BLVD
THIBODAUX LA 70301

026278P001-1435A-598
THE SEAFOOD POT
14386 RIVER RD
NEW SARPY LA 70078

000314P001-1435A-598
THE SECURITY CENTER
147 CARONDELETE ST
NEW ORLEANS LA 70130

002660P001-1435A-598
THE SECURITY CENTER
147 CARONDELET ST
NEW ORLEANS LA 70130

010089P001-1435A-598
THE SHAKESPEARE FESTIVAL AT TULANE
215 MCWILLIAMS HALL
NEW ORLEANS LA 70118

041710P001-1435A-598
THE SHERWIN WILLIAMS CO
1500 STUMPF BLVD
GRETNA LA 70053-3977

041711P001-1435A-598
THE SHERWIN WILLIAMS CO
3634 GENERAL MEYER AVE
NEW ORLEANS LA 70114-3398

009205P001-1435A-598
THE SHERWIN-WILLIAMS CO
1743 ST CHARLES AVE
NEW ORLEANS LA 70130-5296

010090P001-1435A-598
THE SHERWIN-WILLIAMS CO
5303 CANAL BLVD
NEW ORLEANS LA 70124-1778

041712P001-1435A-598
THE SHERWIN-WILLIAMS CO
2500 AIRLINE HIGHWAY
KENNER LA 70062-7764

012480P001-1435A-598
THE SHIPPING POST
427 N THEARD ST
COVINGTON LA 70433

Case 2:24-md-03119-MLCF-DPC   Document 46-1   Filed 09/02/25   Page 4   Page 1477 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1477 of 1525
US First Class Mail
Exhibit Pages

020092P001-1435A-598
THE SHOPPER
2944 HARRIS AVE
SLIDELL LA 70458

020093P001-1435A-598
THE SHOPPER MAGAZINE
PO BOX 283
SLIDELL LA 70459

023856P001-1435A-598
THE SKIN SURGERY CENTRE - META
1615 METAIRIE RD STE 101
METAIRIE LA 70005

023857P001-1435A-598
THE SKIN SURGERY CENTRE MANDE
2581 FLORIDA ST STE C
MANDEVILLE LA 70448

002661P001-1435A-598
THE SKIN SURGERY CENTRE-METAIRIE
1615 METAIRIE RD
STE 101
METAIRIE LA 70005-3974

012481P001-1435A-598
THE SLIDELL INDEPENDENT
PO BOX 3130
SLIDELL LA 70459

010965P001-1435A-598
THE SNUGG
3940 RADIO RD STE 110
NAPLES FL 34104-3740

002662P001-1435A-598
THE SOCIETY FOR THE PROPAGATION OF THE FAITH
70 WEST 36TH ST 8TH FL
NEW YORK NY 10018

026379P001-1435A-598
THE SOCIETY FOR THE PROPAGATION OF THE FAITH
1011 FIRST AVE
NEW YORK NY 10022

031232P001-1435A-598
THE SOCIETY FOR THE PROPAGATION OF THE FAITH,
ARCHDIOCESE OF NEW ORLEANS
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

012482P001-1435A-598
THE SOLOMON EPISCOPAL CONFERENCE CENTER
54296 HWY 445
LORANGER LA 70446

002663P001-1435A-598
THE SOUND SOURCE
229 23RD ST
KENNER LA 70062

010966P001-1435A-598
THE SOUTHERN ASSOCIATION
1315 4TH ST
KENNER LA 70062

010967P001-1435A-598
THE SPICE HOUSE EVANST
1941 CENTRAL ST
EVANSTON IL 60201

016419P001-1435A-598
THE ST BERNARD NEWS
3010 LAUSAT ST
METAIRIE LA 70001

012483P001-1435A-598
THE ST TAMMANY FARMER
PO BOX 269
COVINGTON LA 70434

017260P001-1435A-598
THE STRAYS, LLC
415 WESTWOOD DR
MANDEVILLE LA 70471

014091P001-1435A-598
THE TENNIS SHOP
4931 W ESPLANADE AVE
STE B
METAIRIE LA 70006

012484P001-1435A-598
THE TENT MAN
1902 ORLEANS ST
MANDEVILLE LA 70448

010091P001-1435A-598
THE TIMES PICAYUNE
PO BOX 9001024
LOUISVILLE KY 40290-1024

012485P001-1435A-598
THE TIMES PICAYUNE
PO BOX 1069
BATON ROUGE LA 70821

021591P001-1435A-598
THE TIMES-PICAYUNE
PO BOX 62084
NEW ORLEANS LA 70162-2084

021592P001-1435A-598
THE TIMES-PICAYUNE {2}
3800 HOWARD AVE
NEW ORLEANS LA 70140-1097

021593P001-1435A-598
THE TIMES-PICAYUNE {3}
PO BOX 9001024
LOUISVILLE KY 40290-1024

018919P001-1435A-598
THE TOPCATS MUSIC LLC
5505 TOBY LN
KENNER LA 70065

012486P001-1435A-598
THE TOPIARY NURSERY
83138 HOLLIDAY RD
FOLSOM LA 70437

010968P001-1435A-598
THE TRANE CO
530 ELMWOOD PK BLVD
HARAHAN LA 70123

002664P001-1435A-598
THE TRINITARIANS
8400 PARK HEIGHTS AVE
BALTIMORE MD 21282

Case 20-10846 Claim 5 4 Filed 09/02/21 Desc Exhibit Exhibit Page 1478
Case 20-10846 Doc 4336-5 Filed 09/02/25 Entered 09/02/25 14:04:47 RP Exh Exh 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1478 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 012487P001-1435A-598<br>THE TROPHY SHOP<br>1021 NORTH LEE RD<br>COVINGTON LA 70433 | 017261P001-1435A-598<br>THE TUBA EXCHANGE<br>1825 CHAPEL HILL RD<br>DURHAM NC 27707 | 021594P001-1435A-598<br>THE TURTLE CO INC<br>64 EAST MIDLAND AVE<br>PARAMUS NJ 07652-2915 | 012488P001-1435A-598<br>THE UNIVERSAL LACROSSE CO<br>PO BOX 235<br>RARITAN NJ 08869 |
| 012489P001-1435A-598<br>THE UNIVERSITY OF TEXAS AT AUSTIN<br>COCKRELL SCHOOL OF ENGINEERING<br>10100 BURNET RD<br>BLDG 133 MC R7100<br>AUSTIN TX 78758 | 020094P001-1435A-598<br>THE UNIVERSITY OF TEXAS AT AUSTIN<br>SCHOOL OF ENGINEERING<br>10100 BURNET RD<br>BLDG 133 MC R7100<br>AUSTIN TX 78758 | 016420P001-1435A-598<br>THE UNIVERSITY OF TEXAS AT TYLER<br>TAYLOR YOUNG RBN 1015 - TX PLTW<br>3900 UNIVERSITY BLVD<br>TYLER TX 75799 | 010969P001-1435A-598<br>THE UPS STORE<br>900 CONVENTION CTR BLVD<br>NEW ORLEANS LA 70130 |
| 026279P001-1435A-598<br>THE UPS STORE<br>6060 CORNERSTONE CT W<br>SAN DIEGO CA 92121 | 026660P001-1435A-598<br>THE UPS STORE<br>70380 LA-21 STE 2<br>COVINGTON LA 70433 | 002665P001-1435A-598<br>THE UPTOWN COUNSELING CENTER<br>7611 MAPLE ST STE B3<br>NEW ORLEANS LA 70448 | 023858P001-1435A-598<br>THE UROLOGY CLINIC OF TANGIOPA<br>2101 ROBIN AVE STE 1<br>HAMMOND LA 70403 |
| 023859P001-1435A-598<br>THE UROLOGY CLINIC OF TANGIPAH<br>2101 ROBIN AVE STE 1<br>HAMMOND LA 70403 | 010970P001-1435A-598<br>THE VELVET CACTUS<br>6300 ARGONNE BLVD<br>NEW ORLEANS LA 70124 | 029767P001-1435A-598<br>THE VERY REVEREND PETER O AKPOGHIRAN JCD<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 031234P001-1435A-598<br>THE VISITATION OF OUR LADY<br>ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA<br>JEFFREY J ENTWISLE<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| 009369P001-1435A-598<br>THE WASHING WELL LAUNDRYTERIA<br>841 BOURBON ST<br>NEW ORLEANS LA 70116 | 010971P001-1435A-598<br>THE WEBSTAURANT STORE<br>7702 WOODLAND CTR BLVD #150<br>TAMPA FL 33614 | 023860P002-1435A-598<br>THE WELLNESS CO<br>132 GEORGE M COHAN BLVD<br>PROVIDENCE RI 02903-4410 | 017262P001-1435A-598<br>THE WESTBANK BEACON<br>FOUNTAIN PK CENTRE<br>1901 MANHATTAN BLVD D STE 207<br>HARVEY LA 70058 |
| 016421P001-1435A-598<br>THE WESTIN NEW ORLEANS<br>100 RUE IBERVILLE<br>NEW ORLEANS LA 70130 | 012490P001-1435A-598<br>THE WINDWARD GROUP LLC<br>265 GENERAL PATTON AVE<br>MANDEVILLE LA 70471 | 016422P001-1435A-598<br>THE WINE LOFT<br>1901 HWY 190<br>MANDEVILLE LA 70448 | 023861P001-1435A-598<br>THE WOMAN'S CLINIC<br>312 GRAMMONT ST STE 300<br>MONROE LA 71201 |
| 023862P001-1435A-598<br>THE WOMANS CLINIC OF MARRERO<br>PO BOX 1536<br>MANDEVILLE LA 70470 | 023863P001-1435A-598<br>THE WOMENS MEDICAL CENTERS<br>515 WESTBANK EXPY<br>GRETNA LA 70053 | 002666P001-1435A-598<br>THE WORD AMONG US<br>7115 GUILFORD DR<br>FREDERICK MD 70122-3520 | 002667P001-1435A-598<br>THE WORLD APOSTOLATE OF FATIMA USA<br>DOROTHY CAROLLO<br>PO BOX 150<br>WASHINGTON NJ 07882 |

Case 20-10846 Doc 3654-5 Filed 09/10/25 Entered 09/10/25 14:05:54 Exhibit Affidavit Exhibit - Page 1479
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1479 of 1525
US First Class Mail
Exhibit Pages

010972P001-1435A-598
THEATRE DIRECT
1 WILTSHIRE AVE UNIT 127
TORONTO ON M6N 2V7
CANADA

010973P001-1435A-598
THEATRE HOUSE
400 W 3RD ST
COVINGTON KY 41011

021595P001-1435A-598
THEATRE HOUSE INC
P O BOX 2090
COVINGTON KY 41011

010974P001-1435A-598
THEATRE SVC AND SUPPLY
10004 PULASKI HWY F
BALTIMORE MD 21220

010092P001-1435A-598
THEATREFOLK
PO BOX 1064
CRYSTAL BEACH ON LOS1B0
CANADA

016423P001-1435A-598
THEATREFOLK
PO BOX 1064
CRYSTAL BEACH ON LOS 180
CANADA

020095P001-1435A-598
THEATREFOLK LTD
228 PARK AVE S #32457
NEW YORK NY 10003-1502

026280P001-1435A-598
THEATREWORLD BACKDROPS
110 DUNBAR AVE
OLDSMAR FL 34677

016424P001-1435A-598
THEATRICAL RIGHTS WORLDWIDE
1180 AVE OF THE AMERICAS
STE 640
NEW YORK NY 10036

002669P001-1435A-598
THEOLOGICAL COLLEGE
401 MICHIGAN AVE
WASHINGTON DC 20017

010975P001-1435A-598
THERIOT'S OUTDOOR POWER
608 WESTWOOD DR
MARRERO LA 70072

017263P001-1435A-598
THERIOT'S OUTDOOR POWER EQ
608 WESTWOOD DR
MARRERO LA 70072

002671P001-1435A-598
THERMAL PRODUCTS INC
PO BOX 783
METAIRIE LA 70004

023865P001-1435A-598
THIBODAUX EMERGENCY PHYSICIANS
PO BOX 720487
NORMAN OK 73070

010976P001-1435A-598
THIBODAUX HIGH SCHOOL
1355 TIGER DR
THIBODAUX LA 70301

023866P001-1435A-598
THIBODAUX REGIONAL HEALTH SYS
602 N ACADIA RD
THIBODAUX LA 70301

023867P001-1435A-598
THIBODAUX REGIONAL MEDICAL CTR
602 N ACADIA RD
THIBODAUX LA 70301

023868P001-1435A-598
THIBODAUX REGIONAL NETWORK DEV
PO BOX 54857
NEW ORLEANS LA 70154

023869P001-1435A-598
THIBODAUX SURGICAL SPECIALISTS
604 N ACADIA RD STE 207
THIBODAUX LA 70301

021596P001-1435A-598
THIBODEAUX HIGH SCHOOL
1355 TIGER DR
THIBODAUX LA 70301

026696P001-1435A-598
THIBODEAUX HIGH TRACK
1355 TIGER DR
THIBODAUX LA 70301

014092P001-1435A-598
THIBODEAUX'S FLOWERS
1114 S CARROLLTON AVE
NEW ORLEANS LA 70118

012491P001-1435A-598
THIGPEN SEPTIC TANK SVC
PO BOX 1122
PICAYUNE MS 39466

016425P001-1435A-598
THINK SIGNS AND GRAPHICS
689 RADIO DR
LEWIS CENTER OH 43035

014093P001-1435A-598
THIRD COAST SOCCER
2311 VETERANS BLVD
METAIRIE LA 70002

021597P001-1435A-598
THIS AND THAT PRODUCTIONS INC
8292 FURMAN AVE
WESTMINSTER CA 92683

020096P001-1435A-598
THOMAS BARBRY INSTRUMENT REPAIRS
138 WILLOW WOOD DR
SLIDELL LA 70461

012493P001-1435A-598
THOMAS CABINET COMPANY, LLC
321 COUSIN ST
SLIDELL LA 70458

Case 20-10846 Doc 4546-4 Filed 09/02/25 Entered 09/02/25 14:07:54 Exhibit A - Affidavit
of Service Regarding Solicitation Packages Page 1480 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

023870P001-1435A-598
THOMAS FAIN PHD MP
10641 HILLARY CT STE I
BATON ROUGE LA 70810

010977P001-1435A-598
THOMAS JEFFERSON GIRLS BASKETBALL
17 GRETNA BLVD
GRETNA LA 70053

010978P001-1435A-598
THOMAS JEFFERSON HIGH SCHOOL
17 GRETNA BLVD
GRETNA LA 70053

021598P001-1435A-598
THOMAS JEFFERSON HIGH SCHOOL
GIRLS BASKETBALL
17 GRETNA BLVD
GRETNA LA 70053

002675P001-1435A-598
THOMPSON AND KNIGHT LLP
PO BOX 660684
DALLAS TX 75266-0684

018920P001-1435A-598
THOMPSON AUCTION SERVICE, LLC
2716 METAIRIE HEIGHTS
METAIRIE LA 70002

017264P001-1435A-598
THOMPSON AUCTION SERVICES, LLC
2716 METAIRIE HGTS
METAIRIE LA 70002

002676P001-1435A-598
THOMPSON AUCTION SVC LLC
2716 METAIRIE HTS
METAIRIE LA 70002

009239P001-1435A-598
THOMPSON AUCTION SVC LLC
2716 METAIRIE HEIGHTS AVE
METAIRIE LA 70002

002677P001-1435A-598
THOMPSON PACKERS INC
PO BOX 6150
SLIDELL LA 70469

020097P001-1435A-598
THOMPSON PACKERS INC
550 CARNATION ST
PO BOX 6150
SLIDELL LA 70469

010979P001-1435A-598
THOMSON LEARNING
10650 TOEBBEN DR
INDEPENDENCE KY 41051

021599P001-1435A-598
THOMSON LEARNING
P O BOX 95999
CHICAGO IL 60694-5999

010980P001-1435A-598
THREADS OF HOPE
1041 BRIGHTON AVE
PORTLAND ME 04102

016426P001-1435A-598
THREE C'S PROPERTIES
141 I310 SERVICE RD
ST. ROSE LA 70087

016427P001-1435A-598
THREE RIVERS SERVICES, LLC
PO BOX 1934
MANDEVILLE LA 70470

041508P001-1435A-598
THRYV
PO BOX 619009
DFW AIRPORT TX 75261

010981P001-1435A-598
THS SOFTBALL
7318 W MAIN ST
HOUMA LA 70360

012495P001-1435A-598
THYSSENKRUPP ELEVATOR
PO BOX 933004
ATLANTA GA 31193-3004

010982P001-1435A-598
TICKET PRINTINGCOM
PO BOX 6934
22 SOUTH CENTRAL AVE
HARLOWTON MT 59036

009201P001-1435A-598
TICKETMASTER
1660 GIROD ST
NEW ORLEANS LA 70113-3127

016428P001-1435A-598
TICKFAW STATE PARK
27225 PATTERSON RD
SPRINGFIELD LA 70462

020098P001-1435A-598
TIDMORE FLAGS
PO BOX 59210
BIRMINGHAM AL 35259

026198P001-1435A-598
TIFFANY AND CO DANCE STUDIO
5604 JEFFERSON HWY
ELMWOOD LA 70123

016429P001-1435A-598
TIFFANY SPORTS CENTER
4440 HWY 22
MANDEVILLE LA 70471

016430P001-1435A-598
TIFFIN MATS, INC
PO BOX 823
ELKTON MD 21922

041713P001-1435A-598
TIGER EVENTS AND TENTS, LLC
5401 WEST MAIN ST
HOUMA LA 70360

023872P001-1435A-598
TIGER VISION LLC
10423 OLD HAMMOND HWY
BATON ROUGE LA 70816

Case 20-10846 Doc 3365-4 Filed 09/02/25 Entered 09/02/25 11:06:14 RP Ex, 4 - Affidavit
of Service Regarding Solicitation Packages Page 1481 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

017265P001-1435A-598
TIGERDIRECT INC
PO BOX 935313
ATLANTA GA 31193-5313

010983P001-1435A-598
TII EDUCATIONAL SALES
56 EAST END DR
GILBERTS IL 60136

023873P001-1435A-598
TILAK K MALLIK MD FACE LLC
STE S113 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

016431P001-1435A-598
TIM LANDRY SOUND CONSTRUCTION
PO BOX 1857
MANDEVILLE LA 70448

014094P001-1435A-598
TIMBERLANE
1 TIMBERLANE DR
GRETNA LA 70056

017266P001-1435A-598
TIMBERLANE CC
1 TIMBERLANE DR
GRETNA LA 70056

026661P001-1435A-598
TIMBERLANE COUNTRY CLUB
1TIMBERLANE DRIVE
GRETNA LA 70056

012496P001-1435A-598
TIME
PO BOX 60001
TAMPA FL 33660-0001

016432P001-1435A-598
TIME
SUBSCRIBER SVC
PO BOX 62120
TAMPA FL 33662-2120

018921P001-1435A-598
TIME CLOCK PLUS
1 TIME CLOCK DR
SAN ANGELO TX 76904

010984P001-1435A-598
TIMES GRILL
1896 N CAUSEWAY BLVD
MANDEVILLE LA 70471

020099P001-1435A-598
TIMES PICAYUNE
3800 HOWARD AVE
NEW ORLEANS LA 70125-1429

018922P001-1435A-598
TIMES PICAYUNE - ADVERTISING
DEPT 77571
PO BOX 77000
DETROIT MI 48277-0571

018923P001-1435A-598
TIMES-PICAYUNE - CIRCULATION
PO BOX 9001024
LOUISVILLE KY 40290-1024

016433P001-1435A-598
TIMMONS TRUCK CENTER
8008 AIRLINE HWY
BATON ROUGE LA 70815

029511P001-1435A-598
TIMOTHY CHARLES
ADDRESS INTENTIONALLY OMITTED

016434P001-1435A-598
TITAN ATHLETICS
1 TITAN TRACE
MANDEVILLE LA 70448

018924P001-1435A-598
TITAN ATHLETICS
LAKESHORE HIGH SCHOOL
1 TITAL TRACE
MANDEVILLE LA 70448

016435P001-1435A-598
TITAN SUPPORT SYSTEMS, INC
9830 S PADRE ISLAND DR
CORPUS CHRISTI TX 78418

027109P001-1435A-598
TITAN TOUCHDOWN CLUB
26301 LA-1088
MANDEVILLE LA 70448

016436P001-1435A-598
TITAN TOUCHDOWN CLUB (TTC)
PO BOX 8582
MANDEVILLE LA 70470

016437P001-1435A-598
TITLE BOXING
14711 WEST 112TH ST
LENEXA KS 66215

010985P001-1435A-598
TJM PROMOTIONS
511 NW 48TH TER
OCALA FL 34482

041509P001-1435A-598
TK ELEVATOR
1533 SAMS AVE
STE A
HARAHAN LA 70123

041510P001-1435A-598
TK ELEVATOR CORP
PO BOX 5066
HARTFORD CT 06102-5066

009347P001-1435A-598
TM ENTERPRISES
7431 E STATE ST 182
ROCKFORD IL 61108

002604P001-1435A-598
TM ENTERPRISES LLC
406 N SIXTH ST #C
MARQUETTE MI 49855

010986P001-1435A-598
TM NEW ORLEANS JAZZ
1436 ORETHA CASTLE HALEY BLVD
NEW ORLEANS LA 70113

Case 2:20-cv-08463 ... The Roman Catholic Church of the Archdiocese of New Orleans ... Document ... Filed ... RP Exh 4 - Affidavit 1482
of Service Regarding Solicitation Packages Page 1482 of 1525
US First Class Mail
Exhibit Pages

023874P001-1435A-598
TMH PHYSICIAN ASSOCIATES PLLC
PO BOX 4719
HOUSTON TX 77210

029976P001-1435A-598
TMI TRUST CO AS TRUSTEE FOR LOUISIANA PUBLIC
FACILITIES AUTHORITY REFUNDING
BONDS SERIES 2017
GREENBERG TRAURIG LLP COLLEEN A MURPHY
ONE INTERNATIONAL PLAZA SUITE 2000
BOSTON MA 02110

029976S001-1435A-598
TMI TRUST CO AS TRUSTEE FOR LOUISIANA PUBLIC
KEVIN M. DOBRAVA, MANAGING DIRECTOR
5901 PEACHTREE DUNWOODY ROAD
STE C495
ATLANTA GA 30328

023875P001-1435A-598
TNPHA-HOUSTON HOSPICE
6100 WESTERN PL. STE 105
FT WORTH TX 76107

041512P001-1435A-598
TOAS
PO BOX 461
ABITA SPRINGS LA 70420

033500P002-1435A-598
TOBIN KAREN
4905 PIKE DR
METAIRIE LA 70002

041513P001-1435A-598
TOCA ALARM
1430 29TH ST
KENNER LA 70062

021600P001-1435A-598
TOD'S CATERING SVC
1514 W AIRLINE HWY
LAPLACE LA 70068

017267P001-1435A-598
TODAY'S CATHOLIC TEACHER
2621 DAYTON RD
DAYTON OH 45439

018925P001-1435A-598
TODAYS KETCH SEAFOOD, INC
2110 E JUDGE PEREZ DR
CHALMETTE LA 70043

023876P001-1435A-598
TODD N ARCEMENT
PO BOX 3734
HOUMA LA 70361

020100P001-1435A-598
TOEGOZ INC
41 EVERGREEN DR
PORTLAND ME 04103

021601P001-1435A-598
TOEGOZ INC
166 RIVERSIDE INDUSTRIAL PKWY
PORTLAND ME 04103

021602P001-1435A-598
TOK ENTERPRISES
618 NORTHVIEW DR
PINEVILLE LA 71360

021603P001-1435A-598
TOLEDO P E SUPPLY CO
P O BOX 5618
TOLEDO OH 43613

017268P001-1435A-598
TOLEDO PHYSICAL ED SUPPLY
PO BOX 5618
TOLEDO OH 43613

014095P001-1435A-598
TOLEDO PHYSICAL EDUCATION SUPPLY
PO BOX 5618
TOLEDO OH 43613

016438P001-1435A-598
TOLEDO PHYSICAL EDUCATION SUPPLY
PO BOX 5618
TOLDEO OH 43613

012497P001-1435A-598
TOMARK SPORTS
PO BOX 660176
DALLAS TX 75266-0176

021608P001-1435A-598
TOMBA COMMUNICATIONS AND ELECTRONICS
P O BOX 70
MARRERO LA 70073

014096P001-1435A-598
TOMBA COMMUNICATIONS AND ELECTRONICS, INC
718 BARATARIA BLVD
MARRERO LA 70072

020101P001-1435A-598
TOMMY ST CLAIR DESIGNS LLC
PO BOX 2554
SLIDELL LA 70459

002680P001-1435A-598
TON HUU DANG
NOTRE DAME SEMINARY
2901 S CARROLLTON AVE
NEW ORLEANS LA 70118

010987P001-1435A-598
TONY MANDINA'S
1915 PRATT ST
GRETNA LA 70053

041514P001-1435A-598
TONY'S MAINTENANCE
211 MARY ST
NORCO LA 70079

010988P001-1435A-598
TONY'S PIZZA
1570 STOCKTON ST
SAN FRANCISCO CA 94133

021604P001-1435A-598
TONY'S TINTING
124 E AIRLINE HWY
LAPLACE LA 70068

018926P001-1435A-598
TOOLS FOR ORGANIZATIONS
PO BOX 1981
KEAAU HI 96749

Case 20-10846 Doc 4365-4 Filed 02/25/25 Entered 02/25/25 16:01:54 Exhibit A Page 1483
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1483 of 1525
US First Class Mail
Exhibit Pages

08/27/2025 05:46:02 PM

020102P001-1435A-598
TOOTH FANG AND CLAW LLC
1545 CHERRY ST
SLIDELL LA 70460

010989P002-1435A-598
TOP HAT MAGIC AND COSTUME
4245 SOUTHWEST BLVD
TULSA OK 74107-6522

010990P001-1435A-598
TOP OF THE ROCK LLC
30 ROCKEFELLER PLZ
NEW YORK NY 10112

010991P001-1435A-598
TOP ROCK LLC
1225 17TH ST #2440
DENVER CO 80202

017269P001-1435A-598
TOP STITCH CUSTOM EMBROIDERY AND DESIGN
PO BOX 636
MARRERO LA 70072

029771P001-1435A-598
TORTOISE CREDIT STRATEGIES LLC
FKA BRADFORD AND MARZEC LLC
333 S HOPE SUEEL
STE 4050
LOS ANGELES CA 90071

023877P001-1435A-598
TOTAL ANESTHESIA CARE (STPH)
120 INNWOOD DR
COVINGTON LA 70433

023878P001-1435A-598
TOTAL ANETEHSIA CARE STPH
120 INNWOOD DR
COVINGTON LA 70433

041714P001-1435A-598
TOTAL COMMUNITY ACTION INC
1420 S NORMAN C FRANCIS PKWY
NEW ORLEANS LA 70125

018927P001-1435A-598
TOTAL ELECTRONICS SYSTEMS, INC
1808 HOUMA BLVD
METAIRIE LA 70001-2529

018928P001-1435A-598
TOTAL FITNESS EQUIPMENT, INC
PO
BOX 188
MARSHALL MO 65340

010093P001-1435A-598
TOTAL GRAPHICS AND PRINTING INC
2531 FLORIDA AVE
KENNER LA 70062

023879P001-1435A-598
TOTAL HEALTH SOLUTIONS DBA OCH
3211 N CAUSEWAY BLVD
METAIRIE LA 70002

018929P001-1435A-598
TOTAL QUALITY MAINTENANCE SVC
140 BECKY DR
AVONDALE LA 70094

023880P001-1435A-598
TOTAL RENAL LABORATORIES INC
PO BOX 100244
ATLANTA GA 30384

021605P001-1435A-598
TOTAL TEAM SPORTS
P O BOX 358
PONCHATOULA LA 70454

021606P001-1435A-598
TOTAL TRAINING INC
1819 ASTON AVE
STE 101
CARLSBAD CA 92008

016439P001-1435A-598
TOTE UNLIMITED
PO BOX 7875
FORT WORTH TX 76111

018930P001-1435A-598
TOUCHARD MARINE SUPPLY AND NET CO INC
403 EAST HWY 14
DELCAMBRE LA 70528

009318P001-1435A-598
TOUCHMATH
5445 MARK DABLING BLVD STE 200
COLORADO SPRINGS CO 80918

009278P001-1435A-598
TOULOUSE GOURMET
3811 TOULOUSE ST
NEW ORLEANS LA 70119

017270P001-1435A-598
TOURNAMENT PLAYERS CLUB
11001 LAPALCO BLVD
WESTWEGO LA 70094

023881P001-1435A-598
TOURO AT HOME TOURO INFIRMARY
1401 FOUCHER ST
NEW ORLEANS LA 70115

029984P001-1435A-598
TOURO HOME HEALTH
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029984S001-1435A-598
TOURO HOME HEALTH
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

023882P001-1435A-598
TOURO INFIMAY HOSPITAL
PO BOX 919279
DALLAS TX 75391

023883P001-1435A-598
TOURO INFIRMARY HOSPITAL
PO BOX 919279
DALLAS TX 75391

029985P001-1435A-598
TOURO INFIRMARY HOSPITAL
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

Case 20-10846 Doc 3645-4 Filed 09/02/25 Entered 09/02/25 12:14:06 TP Exc 4 - Aff Page 1484

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1484 of 1525
US First Class Mail
Exhibit Pages

Page # : 1166 of 1204                                                    08/27/2025 05:46:02 PM

029985S001-1435A-598
TOURO INFIRMARY HOSPITAL
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

010992P001-1435A-598
TOURO SYNAGOGUE
4238 ST CHARLES AVE
NEW ORLEANS LA 70115

014097P001-1435A-598
TOWERS CONSTRUCTION LLC
410 SALA AVE
WESTWEGO LA 70094

002683P001-1435A-598
TOWERS WATSON DELAWARE INC
28025 NETWORK PL
LOCKBOX 28025
CHICAGO IL 60673-1280

041515P001-1435A-598
TOWN OF FRANKLINTON
301 11TH AVE
FRANKLINTON LA 70438

017271P001-1435A-598
TOWN OF JEAN LAFITTE
2654 JEAN LAFITTE BLVD
JEAN LAFITTE LA 70067

041516P001-1435A-598
TOWN OF MADISONVILLE
PO BOX 160
MADISONVILLE LA 70447-0160

010993P001-1435A-598
TOWN VIEW CAFE
7918 HIGHWAY LA-23
BELLE CHASSE LA 70037

010994P001-1435A-598
TOWNEPLACE SUITES
1800 CENTRAL BLVD
HARVEY LA 70058

014098P001-1435A-598
TOWNEPLACE SUITES BY MARRIOTT
1070 N OWA BLVD
FOLEY AL 36535

010995P001-1435A-598
TOYS CAMP INC
110 5TH AVE
FLATIRON NY 10003

010996P001-1435A-598
TOYS R US
5085 WESTHEIMER RD
HOUSTON TX 77056

016440P001-1435A-598
TPOA
WALT BARON
134 CARLISLE CT
SLIDELL LA 70458

014099P001-1435A-598
TPR EDUCATION LLC
62996 COLLECTION CTR DR
CHICAGO IL 60693-0629

020105P001-1435A-598
TPR EDUCATION LLC THE PRINCETON REVIEW
110 E 42ND ST
NEW YORK NY 10017

010096P001-1435A-598
TRACK AND FIELD MEET PRODUCTIONS
ALLSTATE SUGARBOWL CROSS COUNTRY CLASSIC
1100 POYDRAS ST STE 1750
NEW ORLEANS LA 70163

012498P001-1435A-598
TRACK AND FIELD MEET PRODUCTIONS
1100 POYDRAS ST STE 1750
NEW ORLEANS LA 70163

016441P001-1435A-598
TRACK AND FIELD MEET PRODUCTIONS
ALLSTATE SUGAR BOWL METRO CROSS
COUNTRY CHAMPIONSHIP
1100 POYDRAS ST - STE 1750
NEW ORLEANS LA 70163

018931P001-1435A-598
TRACK AND FIELD MEET PRODUCTIONS, LLC
1100 POYDRAS ST
STE 1750
NEW ORLEANS LA 70163

018932P001-1435A-598
TRACKWRESTLING
807 BROADWAY ST NE STE 300
MINNEAPOLIS MN 55413

026281P001-1435A-598
TRACTOR SUPPLY CO
5401 VIRGINIA WAY
BRENTWOOD TN 37027

002685P001-1435A-598
TRADE MASTERS INC
PO BOX 640099
KENNER LA 70064

012499P001-1435A-598
TRAFTON ACADEMY
P O DRAWER 2645
HAMMOND LA 70404

010997P001-1435A-598
TRAINING MASTERS INC
51 CENTRAL BLVD
CAMP HILL PA 17011

016442P001-1435A-598
TRAMMELL CO
PO BOX 230493
HOUSTON TX 77223-0493

021607P001-1435A-598
TRANE
PO BOX 845053
DALLAS TX 75284-5053

041517P001-1435A-598
TRANE
530 ELMWOOD PK BLVD
NEW ORLEANS LA 70123

002688P001-1435A-598
TRANE US INC
PO BOX 845053
DALLAS TX 75284-5053

Case 20-10846 Doc 3365-4 Filed 04/25/25 Entered 04/25/25 14:06:54 Exhibit 4 - Affidavit of Service Regarding Solicitation Packages Page 1485 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041518P001-1435A-598
TRANE US INC
4013 N I-10 SERVICE RD WEST
METAIRIE LA 70002

016443P001-1435A-598
TRANSAMERICA-IDEX
ATTN:CHARLIE HIRLING
6660 RIVERSIDE DR - STE 204
METAIRIE LA 70003

026199P001-1435A-598
TRANSFIGURATION OF OUR LORD CHURCH
5621 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

002689P001-1435A-598
TRANSFIGURATION OF THE LORD
2212 PRENTISS AVE
NEW ORLEANS LA 70122

031230P001-1435A-598
TRANSFIGURATION OF THE LORD
ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA
JEFFREY J ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

029974P002-1435A-598
TRANSFIGURATION OF THE LORD CHURCH
5621 ELYSIAN FIELDS AVE
NEW ORLEANS LA 70122

029850P001-1435A-598
TRANSFIGURATION OF THE LORD ROMAN CATHOLIC CH
NEW ORLEANS LOUISIANA

002690P001-1435A-598
TRAPOLIN PEER ARCHITECTS APC
PO BOX 52196
NEW ORLEANS LA 70152

002691P001-1435A-598
TRAVEL CENTRAL
3017 12TH ST
METAIRIE LA 70002-5601

010998P001-1435A-598
TRAVEL INSURANCE
PO BOX 72031
RICHMOND VA 23255

026380P001-1435A-598
TRAVEL LODGE
2200 WESTBANK EXPY
HARVEY LA 70058

002692P001-1435A-598
TRAVELERS
PO BOX 660317
DALLAS TX 75266-0317

021609P001-1435A-598
TRAVELING IN PRIDE INC
P O BOX 2122
LAPLACE LA 70068

023884P001-1435A-598
TRC MEMORIAL DLYS
PO BOX 402946
ATLANTA GA 30384

021610P001-1435A-598
TREETOP PUBLISHING
PO BOX 320725
FRANKLINTON WI 53132

041715P001-1435A-598
TRHC TPA LLC
DBA ANEW HEALTH
228 STRAWBRIDGE DR
MOORESTOWN NJ 08057

021611P001-1435A-598
TRI PARISH UMPIRE ASSOCIATION INC
PO BOX 1062
HAHNVILLE LA 70057

041716P001-1435A-598
TRI STATE REFRIGERATION INC
7387 EAST INDUSTRIAL AVE
BATON ROUGE LA 70805

012500P001-1435A-598
TRI-PARISH SALES INC
115 CHEROKEE DR
ABITA SPRINGS LA 70420

021613P001-1435A-598
TRI-PARISH TROPHIES
1200 HWY 44
RESERVE LA 70084

018934P001-1435A-598
TRIAND, INC
PO BOX 82328
AUSTIN TX 78708

016444P001-1435A-598
TRIARCH INC
PO BOX 98
RIPON WI 54971

016445P001-1435A-598
TRIARCO
2600 FERNBROOK LN
STE 100
PLYMOUTH MN 55447

018935P001-1435A-598
TRIARCO
PO BOX 463
FORT ATKINSON WI 53538-0463

021612P001-1435A-598
TRIARCO ARTS AND CRAFTS INC
P O BOX 463
FORT ATKINSON WI 53538

010097P001-1435A-598
TRIC PUBLICATIONS INC
6095 28TH ST SE
STE 106
GRAND RAPIDS MI 49546

016446P001-1435A-598
TRICK-OR-TREAT FOR UNICEF
125 MAIDEN LN
FL11
NEW YORK NY 10273-0848

002695P001-1435A-598
TRICORBRAUN INC
DEPT 730049 PO BOX 660919
DALLAS TX 75266

Case 2:18-cv-08346... Case 20-10846 Doc 366545-4 Filed 12/04/25 Entered 12/04/25 ... RICHARD... Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1486 of 1525
US First Class Mail
Exhibit Pages

023385P001-1435A-598
TRIEU DERMATOLOGY
1525 LAPALCO BLVD STE 20
HARVEY LA 70058

018936P001-1435A-598
TRILODE, LLC
PO BOX 40
HARVEY LA 70059

010999P001-1435A-598
TRIM AND TASSELS
333-A ROUTE 46 WEST
STE 140
FAIRFIELD NJ 07004

030971P001-1435A-598
TRIMARK CONSTRUCTORS, LLC
ADDRESS INTENTIONALLY OMITTED

020103P001-1435A-598
TRINITY BANQUETS AND RECEPTION HALL
1000 CARUSO BLVD
SLIDELL LA 70461

023886P001-1435A-598
TRINITY COUNSELING CENTER
820 ASBURY DR
MANDEVILLE LA 70471

023887P001-1435A-598
TRINITY FAMILY CARE CENTERS
MSO PHYSICIAN BILLING
380 SUMMIT AVE
STEUBENVILLE OH 43952

023888P001-1435A-598
TRINITY MEDICAL CENTER
PO BOX 931432
CLEVELAND OH 44193

023889P001-1435A-598
TRINITY MEDICAL CENTER
TRINITY MED PO BOX 931432
CLEVELAND OH 44193

023890P001-1435A-598
TRINITY NEURODIAGNOSTICS LLC
4401 SAINT ANDREWS BLVD
IRVING TX 75038

020104P001-1435A-598
TRINITYS
1000 CARUSO BLVD STE 201
SLIDELL LA 70461

021614P001-1435A-598
TRIPLE 'E' SVC
30 PAMPAS DR
LAPLACE LA 70068

016447P001-1435A-598
TRIPLE C SUPPLY
12461 JEFF HAMILTON RD
MOBILE AL 36695

016448P001-1435A-598
TRIPLE NICKEL GRILL
813 FLORIDA ST
STE C
MANDEVILLE LA 70448

031267P001-1435A-598
TRIPLE OR NOTHING LLC
WILLIAM J JUNG III

031268P002-1435A-598
TRIPLE OR NOTHING LLC
WILLIAM J JUNG

016449P001-1435A-598
TRIPS UNLIMITED
5056 TARAVELLA RD
MARRERO LA 70072

016450P002-1435A-598
TRISH'S FORMAL AFFAIR
18057 BRANDON DR E
HAMMOND LA 70403-0271

026444P001-1435A-598
TRISTROCOM
1967 E MAPLE ST
STE 167
N CANTON OH 44720

002697P001-1435A-598
TRITON HEALTHCARE INC
8128 FLORIDA BLVD
DENHAM SPRINGS LA 70726

012501P001-1435A-598
TRIUMPH COLLEGE ADMISSIONS
2105 PK AVE STE 11
ORANGE PARK FL 32073

021615P001-1435A-598
TRIUMPH LEARNING
3333 HENDRICKS AVE
JACKSONVILLE FL 32207

012502P001-1435A-598
TRIVEDI CHEMISTRY
1700 KRAFT DR STE 1000
BLACKSBURG VA 24060

023891P001-1435A-598
TROMPE COUILLON ADVENTURES LL
1827 JOSEPH ST
NEW ORLEANS LA 70115

011000P001-1435A-598
TROPHY DEPOT
400 RABRO DR
HAUPPAUGE NY 11788

018937P001-1435A-598
TROPHY DEPOT
171 RODEO DR
EDGEWOOD NY 11717

011001P001-1435A-598
TROPICAL CARWASH
250 LAPALCO BLVD
GRETNA LA 70056

021616P001-1435A-598
TROSCLAIR INC
P O BOX 454
RESERVE LA 70084

Case 2:20-cv-02734-EEF-KWR Doc 14836-4 Filed 09/03/25 Page 1487 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
Exhibit A - Affidavit of Service Regarding Solicitation Packages Page 1487 of 1525
US First Class Mail
Exhibit Pages

Page # : 1169 of 1204

08/27/2025 05:46:02 PM

033499P001-1435A-598
TROSCLAIR SR DOROTHY
66 FOUNTAINBLEAU DR
NEW ORLEANS LA 70125

010098P001-1435A-598
TROXELL
4830 S 38TH ST
PHOENIX AZ 85040

021617P001-1435A-598
TROY'S TIRE SVC
108 OZONE DR
HAMMOND LA 70403

014100P001-1435A-598
TRU BY HILTON LAKE CHARLES
1220 W PRIEN LAKE RD
LAKE CHARLES LA 70601

026282P001-1435A-598
TRUCK FARM TAVERN
11760 RIVER RD
ST ROSE LA 70087

014101P002-1435A-598
TRUE QUEST COMMUNICATIONS
(VISION GUIDE)
1417 W ARDMORE AVE
CHICAGO IL 60660-3441

014102P001-1435A-598
TRUE VALUE RENTAL
3635 WILLIAMS BLVD
KENNER LA 70065

017272P001-1435A-598
TRUEPITCH
106A 1ST AVE
S. ALTOONA IA 50009

041717P001-1435A-598
TRUIST BANK
PO BOX 79041
BALTIMORE MD 21279-0041

016451P001-1435A-598
TRUMARK ATHLETICS
PO BOX 451037
OMAHA NE 68145

035717S001-1435A-598
TRUMBULL CORRECTIONAL INST
WARREN ROGERS
PO BOX 901
LEAVITTSBURG OH 44430-0901

036753S001-1435A-598
TRUMBULL CORRECTIONAL INST
PATRICIA METZLER
PO BOX 901
LEAVITTSBURG OH 44430-0901

016452P001-1435A-598
TRUSCO
545 NW 68TH AVE
OCALA FL 34482-8235

023893P001-1435A-598
TRUSTEES OF THE UNIVERSITY OF
UPPER MEZZANINE 600 1500 MARKET ST
PHILADELPHIA PA 19102

002700P001-1435A-598
TRUSTMARK VISA
PO BOX 114
JACKSON MS 39205

017273P001-1435A-598
TTC TRAMMELL CO
PO BOX 230493
HOUSTON TX 77223

021618P001-1435A-598
TTI NATIONAL INC
P O BOX 96003
CHARLOTTE NC 28296-0003

016454P001-1435A-598
TUFF EQUIPMENT RENTALS,LLC
PO BOX 1075
SLIDELL LA 70459

041520P001-1435A-598
TUITION EXPRESS
1125 17TH ST
STE 1800
DENVER CO 80202

017274P001-1435A-598
TUJAYS SVC INC
PO BOX 2831
MARRERO LA 70072

011002P001-1435A-598
TULANE BASKETBALL
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

012503P001-1435A-598
TULANE CANCER CENTER
150 S LIBERTY ST
NEW ORLEANS LA 70112

017275P001-1435A-598
TULANE CANCER CENTER - PATIENT RELIEF FUND
1430 TULANE AVE
NEW ORLEANS LA 70112

031548P001-1435A-598
TULANE CATHOLIC
1037 AUDUBON ST
NEW ORLEANS LA 70118

016455P001-1435A-598
TULANE MEN'S BASKETBALL TEAM CAMP
TULANE UNIVERSITY
JAMES W WILSON JR CENTER
6823 SAINT CHARLES AVE
NEW ORLEANS LA 70118

021619P001-1435A-598
TULANE MEN'S BASKETBALL TEAM CAMP
JAMES W WILSON JR CENTER
TULANE UNIVERSITY
6823 SAINT CHARLES AVE
NEW ORLEANS LA 70118-9912

023894P001-1435A-598
TULANE UNIV HOSP AND CLN
P O BOX 402872
ATLANTA GA 30384

023895P001-1435A-598
TULANE UNIV HOSP AND CLN
STE TW24 1415 TULANE AVE
NEW ORLEANS LA 70112

Case 20-10846 Doc 436-45 Filed 04/02/25 Entered 04/02/25 17:04:51 RIP Exh 4 - Affidavit
of Service Regarding Solicitation Packages Page 1488 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

002702P001-1435A-598
TULANE UNIV HOSPITAL/CLINIC
PO BOX 740785
CINCINNATI OH 45274-0785

023896P001-1435A-598
TULANE UNIV MEDICAL GROUP
PO BOX 54431
NEW ORLEANS LA 70154

002703P001-1435A-598
TULANE UNIVERSITY
DEPT OF MUSIC
102 DIXON HALL
NEW ORLEANS LA 70118

002704P001-1435A-598
TULANE UNIVERSITY
EVENT SVC
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

002705P001-1435A-598
TULANE UNIVERSITY
POLICE DEPT
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

009482P001-1435A-598
TULANE UNIVERSITY
REILY STUDENT RECREATION CENTER
200 REILY CTR
NEW ORLEANS LA 70118

016456P001-1435A-598
TULANE UNIVERSITY
LAVIN-BERNICK CENTER
6823 SAINT CHARLES AVE
STE 218 LBC
NEW ORLEANS LA 70118

017276P001-1435A-598
TULANE UNIVERSITY
BOYS BASKETBALL CAMP
TULANE MEN'S BASKETBALL
TULANE UNIVERSITY
HEITZ CTR 2800 BEN WEINER DR
NEW ORLEANS LA 70118

018938P001-1435A-598
TULANE UNIVERSITY
CHRIS MAITRE
JAMES W WILSON JR INTERCOLLEGIATE
ATHLETICS CENTER
333 BEN WEINER DR
NEW ORLEANS LA 70118

021620P001-1435A-598
TULANE UNIVERSITY
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

023897P001-1435A-598
TULANE UNIVERSITY CAMPUS HEALTH
BLDG 92 6823 SAINT CHARLES AVE
NEW ORLEANS LA 70118

026662P001-1435A-598
TULANE UNIVERSITY CAMPUS PROGRAMMING
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

002706P001-1435A-598
TULANE UNIVERSITY HOSPITAL AND CLN
PO BOX 740785
CINCINNATI OH 45274-0785

002707P001-1435A-598
TULANE UNIVERSITY MEDICAL GROUP
PO BOX 54431
NEW ORLEANS LA 70154

014103P001-1435A-598
TULANE UNIVERSITY QUIZ BOWL
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

026663P001-1435A-598
TULANE UNIVERSITY SAFETY DETAIL
6823 ST CHARLES AVE
NEW ORLEANS LA 70118

031000P001-1435A-598
TULANE UNIVERSITY, SENIOR DEVELOPMENT OFFICER
EVAN  NICOLL
ADDRESS INTENTIONALLY OMITTED

012504P001-1435A-598
TURNITIN
PO BOX 894403
LOS ANGELES CA 90189

014104P001-1435A-598
TURNITIN, LLC
DEPT 34258
PO BOX 39000
SAN FRANCISCO CA 94139

016457P001-1435A-598
TURNITIN, LLC
PO BOX 39000
DEPT 34258
SAN FRANCISCO CA 94139

014105P001-1435A-598
TV GUIDE
PO BOX 37360
BOONE IA 50099-0360

023898P001-1435A-598
TWDD LLC
1998 BARATARIA BLVD
MARRERO LA 70072

021621P001-1435A-598
TWENTY-THIRD PUBLICATIONS
P O BOX 6005
NEW LONDON CT 06320-1779

041521P001-1435A-598
TWILBECK CONSULTING, LLC
711 ROSELAND PKWY
HARAHAN LA 70123

016458P001-1435A-598
TWILIGHT BAND
142 DUNLEITH LN
MANDEVILLE LA 70471

009170P001-1435A-598
TWIN TIRE AND AUTO CARE
1200 MANHATTAN BLVD
HARVEY LA 70058

002709P001-1435A-598
TWO MEN AND A TRUCK
5029 BLOOMFIELD ST
JEFFERSON LA 70121

014106P001-1435A-598
TWO TONY'S RESTAURANT
8536 PONTCHARTRAIN BLVD
NEW ORLEANS LA 70124

Case 2:20-cv-08424-DJK-EJF 1-5 4 69/09/25 (2/25/25 hr) 0/09/5/04/2 1/6/07/14 DC-Ex-4 - Affidavit 1489
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1489 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 002710P001-1435A-598<br>TWO WAY COMMUNICATIONS INC<br>1704 JUSTIN RD<br>METAIRIE LA 70001 | 029851P001-1435A-598<br>TYCO SIMPLEX GRINNELL<br>10500 UNIVERSITY CENTER DR<br>STE 275<br>TAMPA FL 33612 | 000327P001-1435A-598<br>TYCO SIMPLEXGRINNELL<br>10500 UNIVERSITY DR<br>STE 275<br>TAMPA FL 33612 | 021622P001-1435A-598<br>TYCO SIMPLEXGRINNELL<br>5800 JEFFERSON HIGHWAY<br>STE A<br>HARAHAN LA 70123 |
| 020106P001-1435A-598<br>TYPHOON RELIEF<br>ARCHBISHOP GREGORY AYMOND<br>ARCHDIOCESE OF NEW ORLEANS<br>7887 WALMSELY AVE<br>NEW ORLEANS LA 70125 | 021623P001-1435A-598<br>TYRONES DETAILING WRECKER SVC<br>AND AUTO REPAIR LLC<br>191 W 5TH ST<br>LAPLACE LA 70068 | 002711P001-1435A-598<br>U S CATHOLIC<br>PO BOX 1021<br>SKOKIE IL 60076 | 002712P001-1435A-598<br>U S DEPT OF EDUCATION<br>PO BOX 790321<br>ST LOUIS MO 63179-0321 |
| 002713P001-1435A-598<br>U S DEPT OF HOMELAND SECURITY<br>500 POYDRAS ST<br>NEW ORLEANS LA 70130 | 029738P001-1435A-598<br>U S DEPT OF HOMELAND SECURITY<br>245 MURRAY LN SW<br>STE 14<br>WASHINGTON DC 20528 | 011009P001-1435A-598<br>U-HAUL EQUIPMENT<br>2801 TULANE AVE<br>NEW ORLEANS LA 70119 | 011010P001-1435A-598<br>U-HAUL MOVING AND STORAGE<br>2801 TULANE AVE<br>NEW ORLEANS LA 70119 |
| 009224P001-1435A-598<br>U-LINE<br>2200 S LAKESIDE DR<br>WAUKEGAN IL 60085 | 040819P001-1435A-598<br>U.S. BANK N.A.<br>STEPHANIE KAPTA<br>1555 N RIVERCENTER DRIVE<br>SUITE 302<br>MILWAUKEE WI 53212 | 023899P001-1435A-598<br>UAHSF<br>PO BOX 55309<br>BIRMINGHAM AL 35255 | 011006P001-1435A-598<br>UB FOUNDATIONA ACTIVITIES OL<br>520 LEE RD<br>BUFFALO NY 14228 |
| 041718P001-1435A-598<br>UBER TECHNOLOGIES INC<br>PO BOX 741581<br>LOS ANGELES CA 90074-1581 | 040788P001-1435A-598<br>UBS FINANCIAL SERVICES INC.<br>JANE FLOOD<br>1000 HARBOR BLVD<br>WEEHAWKEN NJ 07086 | 040789P001-1435A-598<br>UBS FINANCIAL SERVICES INC.<br>ATTN: CORPORATE ACTIONS<br>1000 HARBOR DRIVE<br>WEEHAWKEN NJ 07086 | 011007P001-1435A-598<br>UCA<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 |
| 014108P001-1435A-598<br>UCA<br>UCA LSU SPIRIT DAY<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 | 016460P001-1435A-598<br>UCA - UNIVERSAL CHEERLEADERS ASSOCIATION<br>CUSTOMER 20393500<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 | 011008P001-1435A-598<br>UCA REGIONAL COMPETITION VARSITY<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 | 020107P001-1435A-598<br>UCA RESORT HOTEL CAMPS<br>PO BOX 752790<br>MEMPHIS TN 38175-2790 |
| 010100P001-1435A-598<br>UCA SUMMER CAMP<br>PO BOX 752790<br>MEMPHIS TN 38175-2790 | 020108P001-1435A-598<br>UCA SUMMER CAMPS<br>PO BOX 752790<br>MEMPHIS TN 38175-2790 | 023900P001-1435A-598<br>UCHEALTH MEDICAL GROUP<br>PO BOX 732031<br>DALLAS TX 75373 | 023901P001-1435A-598<br>UCI EMERGENCY MEDICINE FACULT<br>PO BOX 31001 2471<br>PASADENA CA 91110 |

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1490 of 1525

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 023902P001-1435A-598 | 023903P001-1435A-598 | 020109P001-1435A-598 | 016461P001-1435A-598 |
| UCI RADIOLOGY ASSOCIATES | UCSF DERMATOPATHOLOGY SVC | UDA | UDA - UNIVERSAL DANCE ASSOCIATION |
| PO BOX 31001 2440 | PO BOX 749815 | 6745 LENOX CTR CT | 6745 LENOX CTR CT |
| PASADENA CA 91110 | LOS ANGELES CA 90074 | STE 300 | STE 300 |
| | | MEMPHIS TN 38115 | MEMPHIS TN 38115 |
| 020110P001-1435A-598 | 014109P001-1435A-598 | 026151P001-1435A-598 | 011011P001-1435A-598 |
| UDA RESORT HOTEL CAMPS | UDA SUMMER CAMPS | UIF - STADIUM | ULINE |
| PO> BOX 752790 | PO BOX 752790 | 100 DOMINICAN DR | PO BOX 88741 |
| MEMPHIS TN 38175-2790 | MEMPHIS TN 38175-2790 | LAPLACE LA 70068 | CHICAGO IL 60680 |
| 017277P001-1435A-598 | 035503S001-1435A-598 | 036338S001-1435A-598 | 011012P001-1435A-598 |
| ULLO'S ACE HARDWARE | ULSTER CORRECTIONAL FACILITY | ULSTER CORRECTIONAL FACILITY | ULTA |
| 4701 WESTBANK EXPWY | CHERIF MAKRAM | YAROSLAVA MILOV | 2900 S CLAIBORNE AVE |
| STE 4 | PO BOX 800 | PO BOX 800 | STE 400 |
| MARRERO LA 70072 | NAPANOCH NY 12458-0800 | NAPANOCH NY 12458-0800 | NEW ORLEANS LA 70125 |
| 017278P001-1435A-598 | 016462P001-1435A-598 | 023904P001-1435A-598 | 023905P001-1435A-598 |
| ULTIMATE CLIMATE CONTROL | ULTIMATE TECHNICAL SOLUTIONS | UMCMC | UMCMC |
| 2732 CONOR CT | 651 LESON CT | DBA INTERIM LSU HOSPITAL | PO BOX 919133 |
| MARRERO LA 70072 | HARVEY LA 70058 | PO BOX 919133 | DALLAS TX 75391 |
| | | DALLAS TX 75391 | |
| 023906P001-1435A-598 | 029852P001-1435A-598 | 023907P001-1435A-598 | 023908P001-1435A-598 |
| UMR | UMR | UMR CRS FEES | UMR CT IMMUNIZATION ASSESSMENT |
| PO BOX 8046 | 400 E. BUSINESS WAY | PO BOX 88822 | ANN MROCZENSKI |
| WAUSAU WI 54402 | STE 100 | MILWAUKEE WI 53288-0822 | WAU 6150 |
| | CINCINNATI OH 45241 | | WAUSAU WI 54401 |
| 000319P001-1435A-598 | 023909P001-1435A-598 | 023910P001-1435A-598 | 023911P001-1435A-598 |
| UMR INC | UMR NY SURCHARGE | UMR OPTUM REWARD CARD | UMR RHODE ISLAND VACCINE ASSESSMENT |
| MARJA BARR REGIONAL CONTRACT MANAGER | ANN MROCZENSKI | FINANCIAL SPECIAL SVC | ANN MROCZENSKI |
| 400 E BUSINESS WAY | MS 6150 | WAU 6150 | WAU 6150 |
| STE 400 | WAUSAU WI 54402 | WAUSAU WI 54402 | WAUSAU WI 54401 |
| CINCINNATI OH 45241 | | | |
| 023912P001-1435A-598 | 011013P001-1435A-598 | 002715P002-1435A-598 | 041526P001-1435A-598 |
| UMR SUBRO FEES | UNDER ARMOUR DIRECT | UNI COPY TECHNOLOGIES | UNI-COPY TECHNOLOGIES |
| PO BOX 88822 | IVORY BUILDING 1020 HULL STREET | 3321 DIVISION ST | 63209 HIGHWAY 434 |
| MILWAUKEE WI 53288-0822 | STE 300 | METAIRIE LA 70002-4609 | LACOMBE LA 70445 |
| | BALTIMORE MD 21230 | | |

1490

Case 20-10846 Doc 4365-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Desc Exh. A - Affidavit
of Service Regarding Solicitation Packages Page 1491 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

020111P001-1435A-598
UNIFIED SUPPLY CENTER
PO BOX 1621
WALNUT CA 91788

023913P001-1435A-598
UNIFIED WOMENS HEALTHCARE OF T
PO BOX 14588
BELFAST ME 04915

012505P001-1435A-598
UNIFIRST HOLDINGS INC
2744 LEXINGTON AVE
KENNER LA 70062

012506P001-1435A-598
UNIFORM A TEE SCHOOL APPAREL
330 FALCONER DR
STE B
COVINGTON LA 70433

014110P001-1435A-598
UNIFORM EXPRESS INTL, INC
PO BOX 211330
CHULA VISTA CA 91921

010101P001-1435A-598
UNIFORMITY
7032 VETERANS MEMORIAL BLVD
METAIRIE LA 70003

041719P001-1435A-598
UNIFORMS BY BAYOU
13488 SEYMOUR MYERS
COVINGTON LA 70433

018940P001-1435A-598
UNIFORMS BY BAYOU - METAIRIE
3624 WEST ESPLANADE AVE
METAIRIE LA 70002

012507P001-1435A-598
UNIFORMS BY BAYOU INC
13488 SEYMOUR MYERS BLVD
COVINGTON LA 70433

011014P001-1435A-598
UNIFORMS EXPRESS
1451 EDINGER AVE
STE C TUSTIN CA 92780

018941P001-1435A-598
UNION SVC AND MAINTENANCE
PO BOX 23566
HARAHAN LA 70183

002716P001-1435A-598
UNION SVC AND MAINTENANCE CO
PO BOX 23566
HARAHAN LA 70183

014111P001-1435A-598
UNIPARK GARAGE, LLC
145 ROOSEVELT WAY
NEW ORLEANS LA 70112

018942P001-1435A-598
UNIQUE ONE PROPERTIES LLC
5500 VETERANS BLVD
STE 200
METAIRIE LA 70003

017279P001-1435A-598
UNIQUELY DESIGNED GIFTS
1133 CURTIS ST
HARVEY LA 70058

011015P001-1435A-598
UNITED
LOUIS ARMSTRONG NEW ORLEANS
INTERNATIONAL AIRPORT
900 AIRLINE DR
KENNER LA 70062

011016P001-1435A-598
UNITED AIRLINES
LOUIS ARMSTRONG NEW ORLEANS
INTERNATIONAL AIRPORT
900 AIRLINE DR
KENNER LA 70062

020112P001-1435A-598
UNITED ART AND EDUCATION
PO BOX 9219
FORT WAYNE IN 46899-9219

016463P001-1435A-598
UNITED BUSINESS SUPPLY
8600 DARBY AVE
NORTHRIDGE CA 91325

011017P001-1435A-598
UNITED CAMERA
3830 14TH AVE
ROCK ISLAND IL 61201

023914P001-1435A-598
UNITED EMERG SVCS INC
PO BOX 730540
DALLAS TX 75373

014112P001-1435A-598
UNITED GLASS, LLC
2252 GREENWOOD ST
STE B
KENNER LA 70062

000320P001-1435A-598
UNITED HEALTHCARE INSURANCE COMPANY
MARK TEBBEN UNDERWRITER
PO BOX 30769
SALT LAKE CITY UT 84130-0769

026147P001-1435A-598
UNITED HEALTHCARE INSURANCE COMPANY
185 ASYLUM ST
HARTFORD CT 06103-3408

014113P001-1435A-598
UNITED MEDIA CORP
PO BOX 3270
COVINGTON LA 70434

023915P001-1435A-598
UNITED MEDICAL
PO BOX 98
WYNNE AR 72396

012508P001-1435A-598
UNITED PARCEL SVC
LOCKBOX 577
CAROL STREAM IL 60132-0577

016464P001-1435A-598
UNITED PARCEL SVC
UPS CC COVINGTON LA
COVINGTON LA 70433

Case 20-10846 Doc 4585-4 Filed 09/02/25 Entered 09/02/25 12:41:07 RP Ex 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1492 of 1525
US First Class Mail
Exhibit Pages

002717P001-1435A-598
UNITED REFRIGERATION INC
PO BOX 677036
DALLAS TX 75267-7036

011018P001-1435A-598
UNITED RENTALS
11580 CHEF MENTEUR HWY
NEW ORLEANS LA 70128

014114P001-1435A-598
UNITED RENTALS
BRANCH K53
12 DUFRESNE LOOP
LULING LA 70070

017280P001-1435A-598
UNITED RENTALS
1444 WESTBANK EXPWY
WESTWEGO LA 70094

002718P001-1435A-598
UNITED RENTALS INC
PO BOX 840514
DALLAS TX 75284-0514

012509P001-1435A-598
UNITED RENTALS NORTH AMERICA, INC
PO BOX 840514
DALLAS TX 75284-0514

016465P001-1435A-598
UNITED RENTALS, INC  BLUELINE RENTALS
PO BOX 840514
DALLAS TX 75284-0514

041527P001-1435A-598
UNITED SECURITY ALARM
PO BOX 1764
MARRERO LA 70073

041528P001-1435A-598
UNITED SECURITY ALARM INC
5421C LAPALCO BLVD
MERRERO LA 70072

016466P001-1435A-598
UNITED SITE SVC
PO BOX 660475
DALLAS TX 75266-0475

023916P001-1435A-598
UNITED STAR LA MAIN
PO BOX 141669
AUSTIN TX 78714

002719P001-1435A-598
UNITED STATES CONFERENCE OF OF
CATHOLIC BISHOPS
3211 FOURTH ST NE
WASHINGTON DC 20017-1194

029484P001-1435A-598
UNITED STATES OF AMERICA
US ATTORNEYS OFFICE
EASTERN DISTRICT OF LOUISIANA
MIMI NGUYEN ASSISTANT US ATTORNEY
650 POYDRAS ST STE 1600
NEW ORLEANS LA 70130

002720P001-1435A-598
UNITED STATES POSTAL SVC
POSTMASTER
2300 WILLIAMS BLVD
KENNER LA 70062

002721P001-1435A-598
UNITED STATES POSTAL SVC
MAIN POST OFFICE
701 LOYOLA AVE
NEW ORLEANS LA 70113

009125P001-1435A-598
UNITED STATES TREASURY
DEPT OF THE TREASURY
INTERNAL REVENUE SVC CENTER
OGDEN UT 84201-0027

021628P001-1435A-598
UNITED STATES TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0039

009311P001-1435A-598
UNITED WAY OF GREATER NO
501 BASIN ST
STE A
NEW ORLEANS LA 70112

029853P001-1435A-598
UNITEDHEALTHCARE BP
3838 N CAUSEWAY BLVD
STE 2600
METAIRIE LA 70002

023917P001-1435A-598
UNITEDHEALTHCARE INS CO
PO BOX 101844
ATLANTA GA 30392

023918P001-1435A-598
UNITEDHEATHCARE INSURANCE CO
PO BOX 101844
ATLANTA GA 30392

000329P001-1435A-598
UNITI FIBER
10802 EXECUTIVE CENTER DR
BENTON BLDG
LITTLE ROCK AR 72211

041529P001-1435A-598
UNITI FIBER
PO BOX 841153
DALLAS TX 75284-1153

029854P001-1435A-598
UNITI VOIP
601 METAIRIE LAWN DR
METAIRIE LA 70001

012510P001-1435A-598
UNITY-A MYOFFICEPRODUCTS CO
PO BOX 32193
NEW YORK NY 10087

012511P001-1435A-598
UNIVERSAL CHEERLEADERS ASSOCIATION
6745 LENOX CTR CT STE 300
MEMPHIS TN 38115

029739P001-1435A-598
UNIVERSAL CITY DEVELOPMENT
EVENT SALES DEPT
1000 UNIVERSAL STUDIO PLZ
ORLANDO FL 32819

017281P001-1435A-598
UNIVERSAL CITY DEVELOPMENT PARTNERS
EVENT SALES DEPT
1000 UNIVERSAL STUDIO PLZ
ORLANDO FL 32819

Case 20-10846 Doc 3545-4 Filed 09/02/25 Entered 09/02/25 17:07:54 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1493 of 1525
US First Class Mail
Exhibit Pages

041530P001-1435A-598
UNIVERSAL COMONE
36 COMMERCE CT
ELMWOOD LA 70123

021629P001-1435A-598
UNIVERSAL COMONE LLC
PO BOX 1472
GRETNA LA 70054-2930

041115P002-1435A-598
UNIVERSAL CREATIVE CONCEPTS
UNIVERSAL MIDWEST
14820 PLEASANT RIDGE CT
CHESTERFIELD MO 63017-5569

012512P001-1435A-598
UNIVERSAL DANCE ASSOCIATION
6745 LENOX CTR CT
STE 300
MEMPHIS TN 38115

014116P001-1435A-598
UNIVERSAL MUSIC PUBLISHING GROUP
UNIVERSAL MUSIC PUBLISHING
7475 COLLECTIONS CTR DR
CHICAGO IL 60693

014117P001-1435A-598
UNIVERSAL ORLANDO
YOUTH MARKETS
8259 B EXCHANGE DR
ORLANDO FL 32809

026535P001-1435A-598
UNIVERSAL ORLANDO
6000 UNIVERSAL BLVD
ORLANDO FL 32819

020113P001-1435A-598
UNIVERSAL PRINTING SOLUTIONS INC
10573 WEST PICO BLVD
#610
LOS ANGELES CA 90064-2438

041720P001-1435A-598
UNIVERSAL PROTECTION SVC LP
DBA ALLIED UNIVERSAL SECURITY SVC
PO BOX 828854
PHILADELPHIA PA 19182-8854

041531P001-1435A-598
UNIVERSAL TELCOM, LLC
PO BOX 231383
NEW ORLEANS LA 70183

017282P001-1435A-598
UNIVERSITY BANDS/NBA
ALL-SOUTH SUMMER CAMP
118 COLLEGE DR #5032
HATTIESBURG MS 39406-0001

026200P001-1435A-598
UNIVERSITY HIGH SCHOOL
45 DALRYMPLE DR
BATON ROUGE LA 70803

026201P001-1435A-598
UNIVERSITY LAB SCHOOL
45 DALRYMPLE DR
BATON ROUGE LA 70803

023919P001-1435A-598
UNIVERSITY MED CTR MGT CORP
PO BOX 919373
DALLAS TX 75391

029986P001-1435A-598
UNIVERSITY MEDICAL CENTER
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029986S001-1435A-598
UNIVERSITY MEDICAL CENTER
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

023920P001-1435A-598
UNIVERSITY OF ALABAMA HEALTH
PO BOX 55309
BIRMINGHAM AL 35255

018943P001-1435A-598
UNIVERSITY OF DAYTON
OFFICE OF STUDENT ACCOUNTS
300 COLLEGE PK DR
DAYTON OH 45469-1600

002724P001-1435A-598
UNIVERSITY OF HOLY CROSS
4123 WOODLAND DR
NEW ORLEANS LA 70131

014118P001-1435A-598
UNIVERSITY OF HOLY CROSS
OFFICE OF PHILANTHROPY AND STEWARDSHIP
4123 WOODLAND DR
NEW ORLEANS LA 70131

002725P001-1435A-598
UNIVERSITY OF LOUISIANA - LAFAYETTE
OFFICE OF THE BURSAR
PO BOX 44444
LAFAYETTE LA 70504

017283P001-1435A-598
UNIVERSITY OF LOUISIANA AT LAFAYETTE
OFFICE OF THE BURSAR
PO BOX 44444
LAFAYETTE LA 70504

020114P001-1435A-598
UNIVERSITY OF LOUISIANA AT LAFAYETTE
HEAD VOLLEYBALL COACH
201 REINHARDT DR
LAFAYETTE LA 70506

021631P001-1435A-598
UNIVERSITY OF LOUISIANA AT MONROE
208 STRAUSS HALL
MONROE LA 71209

018944P001-1435A-598
UNIVERSITY OF LOUISIANA POLICE DEPT
PO BOX 43557
LAFAYETTE LA 70504-3557

021632P001-1435A-598
UNIVERSITY OF MISSISSIPPI
BECKY KILLEN
OFF OF OUTREACH
PO BOX 9
UNIVERSITY MS 38677

002726P001-1435A-598
UNIVERSITY OF NEW ORLEANS
OFFICE OF ACCOUNTING SVC
2000 LAKESHORE DR
NEW ORLEANS LA 70148

014119P001-1435A-598
UNIVERSITY OF NEW ORLEANS
6801 FRANKLIN AVE
NEW ORLEANS LA 70148

Case 20-10846 Doc 3365-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Exhibit Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1494 of 1525
US First Class Mail
Exhibit Pages

016467P001-1435A-598
UNIVERSITY OF NEW ORLEANS
2000 LAKESHORE DR
NEW ORLEANS LA 70112

018945P001-1435A-598
UNIVERSITY OF NEW ORLEANS
ACCOUNTS RECEIVABLE DEPT
6601 FRANKLIN AVE
NEW ORLEANS LA 70148

021633P001-1435A-598
UNIVERSITY OF NEW ORLEANS
LAKEFRONT ARENA
NEW ORLEANS LA 70148-1610

026381P001-1435A-598
UNIVERSITY OF NEW ORLEANS
2000 LAKESHORE DR
NEW ORLEANS LA 70148

017284P001-1435A-598
UNIVERSITY OF NOTRE DAME
JANET SWAIN
107 CAROLE SANDER HALL
NOTRE DAME IN 46556

023921P001-1435A-598
UNIVERSITY OF PENN MEDICAL
PO BOX 824320
PHILADELPHIA PA 19182

027110P001-1435A-598
UNIVERSITY OF SOUTHERN MISSISSIPPI
118 COLLEGE DR
HATTIESBURG MS 39406

002727P001-1435A-598
UNIVERSITY OF TEXAS AT AUSTIN
10100 BURNET RD
BLDG 133 MC R7100
AUSTIN TX 78758

016468P001-1435A-598
UNIVERSITY OF TEXAS AT AUSTIN
COCKRELL SCHOOL OF ENGINEERING
10100 BURNET RD BLDG 133
MC R7100
AUSTIN TX 78758

023922P001-1435A-598
UNIVERSITY OF WA DEPT OF LAB
PO BOX 9468
SEATTLE WA 98109

023924P001-1435A-598
UNMC PHYSICIANS
PO BOX 30014
OMAHA NE 68103

017285P001-1435A-598
UNO
MR COREY SCHMIDT
DIRECTOR OF BASKETBAL OPERATIONS
2000 LAKESHORE DR
NEW ORLEANS LA 70148

018946P001-1435A-598
UNO AQUATICS
THE UNIVERSITY OF NEW ORLEANS
2000 LAKESHORE DR
NEW ORLEANS LA 70148

014120P001-1435A-598
UNO ATHLETICS
UNIVERSITY OF NEW ORLEANS
ATHLETIC DEPT
6601 FRANKLIN AVE
NEW ORLEANS LA 70148

018947P001-1435A-598
UNO ATHLETICS
2000 LAKESHORE DR
NEW ORLEANS LA 70148

010102P001-1435A-598
UNO NEWMAN CENTER
2000 LAKESHORE DR
NEW ORLEANS LA 70148

026697P001-1435A-598
UNO WOMEN'S BASKETBALL CAMPS
2000 LAKESHORE DR
NEW ORLEANS LA 70148

002728P001-1435A-598
UNYAC
PO BOX 218
SILVER LAKE NY 14549

018948P001-1435A-598
UPBEAT SITE FURNISHINGS
PO BOX 790379
ST. LOUIS MO 63179-0379

023925P001-1435A-598
UPPER CERVICAL FAMILY CHIRO
132 W HARRISON AVE
NEW ORLEANS LA 70124

010103P001-1435A-598
UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170-0001

010104P001-1435A-598
UPSTART
W5527 STATE ROAD 106
ATKINSON WI 53538-0800

002729P001-1435A-598
UPTOWN DENTAL
8131 ST CHARLES AVE
NEW ORLEANS LA 70118

009167P001-1435A-598
UPTOWN GRAPHICS
1403 ANNUNCIATION ST
NEW ORLEANS LA 70130

023926P001-1435A-598
UPTOWN NEPHROLOGY
3434 PRYTANIA ST STE 300
NEW ORLEANS LA 70115

023927P001-1435A-598
UPTOWN PREMIER MEDICAL REHAB
8422 OAK ST
NEW ORLEANS LA 70118

023928P001-1435A-598
UPTOWN PROVIDERS PC
PO BOX 5943
VIRGINIA BEACH VA 23471

009273P001-1435A-598
UPTOWN UPHOLSTERY
3536 CALHOUN ST
NEW ORLEANS LA 70125

Case 20-10846 Doc 4335-4 Filed 09/01/25 Entered 09/01/25 04:51:06 Exhibit A - Aff of Service Regarding Solicitation Packages Page 1495 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1177 of 1204

08/27/2025 05:46:02 PM

023929P001-1435A-598
URGENT CARE AT PEACHTREE
PO BOX 681391
MARIETTA GA 30068

023930P002-1435A-598
URGENT CARE ELEVEN LLC
3333 SAINT CLAUDE AVE
NEW ORLEANS LA 70117-6142

023931P001-1435A-598
URGENT CARE ENTERPRISE LLC
PO BOX 742606
ATLANTA GA 30374

002732P001-1435A-598
UROLOGY ASSOCIATES OF LA
4228 HOUMA BLVD
STE 310
METAIRIE LA 70006

023932P001-1435A-598
UROLOGY ASSOCIATES OF LA LLC
1111 MED CTR BLVD -N311
MARRERO LA 70072

023933P001-1435A-598
UROLOGY ASSOCIATES OF LOUISI
4228 HOUMA BLVD STE 310
METAIRIE LA 70006

023934P001-1435A-598
UROLOGY MEDICAL SURGICAL
4224 HOUMA BLVD STE 620
METAIRIE LA 70006

002734P001-1435A-598
URSULINE ACADEMY
2635 STATE ST
NEW ORLEANS LA 70118

017286P001-1435A-598
URSULINE ACADEMY
ALICE BAIRNSFATHER
2635 STATE ST
NEW ORLEANS LA 70118

014121P001-1435A-598
URSULINE ACADEMY - BASKETBALL
KRIS GOFF
2635 STATE ST
NEW ORLEANS LA 70118

014122P001-1435A-598
URSULINE ACADEMY - VOLLEYBALL
JAY JAY JUAN
2635 STATE ST
NEW ORLEANS LA 70118

002735P001-1435A-598
URSULINE ACADEMY ELEMENTARY
2635 STATE ST
NEW ORLEANS LA 70118-6399

016469P001-1435A-598
URSULINE ACADEMY HIGH SCHOOL
2635 STATE ST
NEW ORLEANS LA 70118-6399

021634P001-1435A-598
URSULINE ACADEMY HIGH SCHOOL
JAY JAY JUAN VOLLEYBALL
2635 STATE ST
NEW ORLEANS LA 70118

026445P001-1435A-598
URSULINE CONVENT
1100 CHARTRES ST #2505
NEW ORLEANS LA 70116

031564P001-1435A-598
URSULINE SISTERS OF THE
ROMAN UNION CENTRAL PROVINCE
353 SOUTH SAPPINGTON
ST. LOUIS MO 63122

023935P001-1435A-598
US ANES PARTNERS OF TX PA
PO BOX 840853
DALLAS TX 75284

000019P001-1435A-598
US ATTORNEYS OFFICE
EASTERN DISTRICT OF LOUISIANA
650 POYDRAS ST
STE 1600
NEW ORLEANS LA 70130

041532P001-1435A-598
US BANK EQUIPMENT FINANCE
PO BOX 790448
ST. LOUIS MO 63179

011003P001-1435A-598
US BUS CHARTER AND LIMO
100 SAINT MARYS AVE STE 1B
STATEN ISLAND NY 10305

009302P001-1435A-598
US CENTRAL AND SOUTHERN PROVINCE
SOCIETY OF JESUS
VINCENT ORLANDO SJ
4511 W PINE BLVD
ST. LOUIS MO 63108

041523P001-1435A-598
US COPY INC
30 TWENTY-THIRD ST
KENNER LA 70062

041524P001-1435A-598
US COPY, INC
30A 23RD ST
KENNER LA 70062

010105P001-1435A-598
US DEPT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105081
ATLANTA GA 30348-5081

021627P001-1435A-598
US DEPT OF EDUCATION AWG
PO BOX 790356
ST. LOUIS MO 63179-0356

000003P001-1435S-598
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

000004P002-1435S-598
US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

000010P001-1435A-598
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

Case 20-10846 Doc 3645-4 Filed 09/01/25 Entered 09/01/25 14:08:07 RP Exc 4 - Affidavit 1496
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1496 of 1525
US First Class Mail
Exhibit Pages

000013P001-1435A-598
US DEPT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMIN OSHA
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

000035P001-1435S-598
US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

000019P001-1435S-598
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

000020P001-1435S-598
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000006P001-1435S-598
US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

010099P001-1435A-598
US DEPT OF TREASURY
DEBT MANAGEMENT SVC
P O BOX 979101
ST.LOUIS MO 63197-9000

031024P001-1435A-598
US FIRE/INTL (TIG)
THE RIVERSTONE GROUP
TIMOTHY J. DONOVAN; WILLIAM WALSH
250 COMMERCIAL STREET SUITE 5000
MANCHESTER NH 03101

010106P001-1435A-598
US GAMES
PO BOX 7726
DALLAS TX 75209

041525P001-1435A-598
US LAWNS NORTHSHORE
74413 GAMMA AVE
COVINGTON LA 70435

011019P001-1435A-598
US MARKERBOARD
270 CENTRE ST UNIT F
HOLBROOK MA 02343

011020P001-1435A-598
US MERCHANT
300 STEAMBOAT RD
KINGS POINT NY 11024

011021P001-1435A-598
US PARKNET
1025 AIRLINE DR
KENNER LA 70062

011004P001-1435A-598
US POSTMASTER
6363 ST CHARLES AVE
NEW ORLEANS LA 70118

011005P001-1435A-598
US SPIRIT CHEERLEADING
125 BOOMBAH BLVD
YORKVILLE IL 60560

016459P001-1435A-598
US SPORTS VIDEO
7887 CLAUS RD
AMHERST OH 44001

016470P001-1435A-598
USA BUTTONS, INC
175 W PROGRESS DR
WEST BEND WI 53095

011022P002-1435A-598
USA MINUTE KEY
1426 PEARL ST STE 203
BOULDER CO 80302-5340

021635P001-1435A-598
USA TEST INC
485-34 SOUTH BROADWAY
HICKSVILLE NY 11801-5071

002736P001-1435A-598
USA TODAY
PO BOX 677454
DALLAS TX 75267-7454

026664P001-1435A-598
USA WEIGHTLIFTING
1 OLYMPIC PLZ
COLORADO SPRINGS CO 80909

002737P001-1435A-598
USAA
9800 FREDERICKSBURG RD
SAN ANTONIO TX 78288

002738P001-1435A-598
USAA GENERAL INDEMNITY CO
9800 FREDERICKSBURG
SAN ANTONIO TX 78288

002739P001-1435A-598
USCCB CATHOLIC COMMUNICATION CAMPAI
OFFICE OF NATIONAL COLLECTIONS
PO BOX 96278
WASHINGTON DC 20090-6278

002740P001-1435A-598
USCCB CATHOLIC HOME MISSIONS APPEAL
OFFICE OF NATIONAL COLLECTIONS
PO BOX 96278
WASHINGTON DC 20090-6278

002741P001-1435A-598
USCCB CATHOLIC RELIEF SVC COLLECTION
PO BOX 96278
WASHINGTON DC 20090-6278

002742P001-1435A-598
USCCB CHURCH IN CENTRAL AND EASTERN EUROPE
3211 FOURTH ST NE
WASHINGTON DC 20017-1194

002743P001-1435A-598
USCCB CHURCH IN LATIN AMERICA
OFFICE OF NATIONAL COLLECTIONS COLLECTION
PO BOX 96278
WASHINGTON DC 20090-6278

002744P001-1435A-598
USCCB COMMUNICATIONS
PO BOX 96429
WASHINGTON DC 20090-6429

016471P001-1435A-598
USCCB PUBLISHING
3211 FOURTH ST NE
WASHINGTON DC 20017-1194

021636P001-1435A-598
USCCB PUBLISHING
MARY SPERRY
3211 FOURTH ST NE
WASHINGTON DC 20017-1194

002745P001-1435A-598
USCCB RESPECT LIFE
PO BOX 96991
WASHINGTON DC 20090-6991

002746P001-1435A-598
USCCB SUBCOMMITTEE
AFRICAN AMERICAN AFFAIRS
3211 4TH ST NE
WASHINGTON DC 20017

002747P001-1435A-598
USCCB V NATIONAL ENCUENTRO
MICHELLE ORELLANA
3211 FOURTH ST NE
WASHINGTON DC 20017-1194

014107P001-1435A-598
USDEPT OF TREASURY
DEBT MGMT SVC
PO BOX 979101
ST. LOUIS MO 63197-9000

031023P001-1435A-598
USF AND G (TRAVELERS)
SCOTT MYERS
CLAIM LEGAL GENERAL LIABILITY
ONE TOWER SQUARE
PO BOX 4MS
HARTFORD CT 06183

017287P001-1435A-598
USM SCHOOL OF MUSIC
118 COLLEGE DR
BOX 5081
HATTIESBURG TN 39406

023936P001-1435A-598
USM STUDENT HEALTH SVC
118 COLLEGE DR 5066
HATTIESBURG MS 39406

011023P001-1435A-598
USPS
2801 MANHATTAN BLVD
HARVEY LA 70058

014123P001-1435A-598
USPS
7000 VETERANS BLVD
METAIRIE LA 70003

016472P001-1435A-598
USPS
COVINGTON POST OFFICE
1775 N COLUMBIA ST
COVINGTON LA 70433-9998

011024P001-1435A-598
USPS POSTAL
2801 MANHATTAN BLVD
HARVEY LA 70058

021637P001-1435A-598
USSGA
2020 PENNSYLVANIA AVE 465 NW
WASHINGTON DC 20006

023937P001-1435A-598
UT DERMPATH
PO BOX 5145
MEMPHIS TN 38101

023938P001-1435A-598
UT MEDICAL GROUP INC
1407 UNION AVE STE 700
MEMPHIS TN 38104

016473P001-1435A-598
UTEACH ENGINEERING
1011 BURNETT RD BLDG 133
MC R7100
AUSTIN TX 78758

002748P001-1435A-598
UTILITIES INC OF LOUISIANA
PO BOX 11025
LEWISTON ME 04243-9476

002748S001-1435A-598
UTILITIES INC OF LOUISIANA
201 HOLIDAY BLVD
COVINGTON LA 70433

020115P001-1435A-598
UTRECHT
6910 EAGLE WAY
CHICAGO IL 60678-1069

021638P001-1435A-598
UTZ QUALITY FOODS LLC
PO BOX 64801
BALTIMORE MD 21264-4801

023939P001-1435A-598
UW PHYSICIANS
PO BOX 50095
SEATTLE WA 98145

020116P001-1435A-598
V 1 COMMUNICATIONS INC
7A VETERANS MEMORIAL BLVD
KENNER LA 70062

023940P001-1435A-598
VAC OF NEW ORLEANS
PO BOX 38574
PHILADELPHIA PA 19104

023941P001-1435A-598
VAC OF NORTH SHORE LOUISIANA
PO BOX 38574
PHILADELPHIA PA 19104

023942P001-1435A-598
VACCINE CVS PHARMACY
83649 COLLECTION CTR D
CHICAGO IL 60693

009307P001-1435A-598
VAIRIN CONSTRUCTIN CO INC
4713 RIVER RD
JEFFERSON LA 70121

002749P001-1435A-598
VAIRIN PAINT INC
PO BOX 774
MANDEVILLE LA 70470

| | | | |
|---|---|---|---|
| 020117P001-1435A-598<br>VAIRIN PAINT INC<br>PO BOX 774<br>MANDEVILLE LA 70125 | 018949P001-1435A-598<br>VAIRIN PAINT, INC<br>PO BOX<br>MANDEVILLE LA 70470 | 033674S001-1435A-598<br>VAL VERDE COUNTY SHERIFF<br>JOSUE VELA<br>PO BOX 426011<br>DEL RIO TX 78842-6011 | 033641S001-1435A-598<br>VALLEY STATE PRISON<br>ALLISON WELLS<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 |
| 033642S001-1435A-598<br>VALLEY STATE PRISON<br>DAVID PORRAS<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 033764S001-1435A-598<br>VALLEY STATE PRISON<br>BARBARA GONZALEZ<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 033765S001-1435A-598<br>VALLEY STATE PRISON<br>DAISY URIBE<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 034046S001-1435A-598<br>VALLEY STATE PRISON<br>CASEY ZACK<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 |
| 034368S001-1435A-598<br>VALLEY STATE PRISON<br>BAT CHI<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 035003S001-1435A-598<br>VALLEY STATE PRISON<br>MONIQUE GAMA<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 035004S001-1435A-598<br>VALLEY STATE PRISON<br>KLAYTON SMITH<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 035319S001-1435A-598<br>VALLEY STATE PRISON<br>CAMILLE PINTO<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 |
| 035320S001-1435A-598<br>VALLEY STATE PRISON<br>JOHN DIX<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 035354S001-1435A-598<br>VALLEY STATE PRISON<br>LARRY RUBALCAVA<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 035499S001-1435A-598<br>VALLEY STATE PRISON<br>PAL VIRK<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 | 037080S001-1435A-598<br>VALLEY STATE PRISON<br>TAVIA RICHARDS<br>PO BOX 99<br>CHOWCHILLA CA 93610-0099 |
| 041533P001-1435A-598<br>VALQUIRIA FERREIRA DA COSTA<br>3033 EDENBORN AVE<br>APT 12<br>METAIRIE LA 70002 | 023943P001-1435A-598<br>VAN METER EMERGENCY PHYSICIANS<br>PO BOX 636343<br>CINCINNATI OH 45263 | 012513P001-1435A-598<br>VAN RU CREDIT CORP<br>PO BOX 1065<br>DES PLAINES IL 60017 | 041534P001-1435A-598<br>VANCO<br>400 NORTHRIDGE RD # 1200<br>ATLANTA GA 30350 |
| 041535P001-1435A-598<br>VANCO ONLINE GIVING<br>5600 AMERICAN BLVD WEST STE 400<br>BLOOMINGTON MN 55437 | 026536P001-1435A-598<br>VANDEBILT CATHOLIC<br>209 S HOLLYWOOD RD<br>HOUMA LA 70360 | 012514P001-1435A-598<br>VANDEBILT CATHOLIC HIGH SCHOOL<br>GREG CASTILLO<br>209 S HOLLYWOOD RD<br>HOUMA LA 70360 | 014124P001-1435A-598<br>VANDEBILT CATHOLIC HIGH SCHOOL<br>209 SOUTH HOLLYWOOD RD<br>HOUMA LA 70360 |
| 020119P001-1435A-598<br>VANDEBILT CATHOLIC HIGH SCHOOL<br>COACH CASTILLO<br>209 SOUTH HOLLYWOOD<br>HOUMA LA 70360 | 017288P001-1435A-598<br>VANDERBROOK AIR CONDITIONING<br>535 9TH ST<br>GRETNA LA 70053 | 012515P001-1435A-598<br>VANGO OF LOUISIANA LLC<br>5500 PRYTANIA ST #413<br>NEW ORLEANS LA 70115 | 023944P001-1435A-598<br>VANGUARD INPATIENT PHYSIC<br>STE 175 16605 SOUTHWEST FWY<br>SUGAR LAND TX 77479 |

Case 20-10846 Doc 3363-5 Filed 09/01/25 Entered 09/01/25 14:06:11 RP Exc 4 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1499 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040780P001-1435A-598<br>VANGUARD MARKETING CORPORATION<br>PO BOX 1170<br>VALLEY FORGE PA 19482-1170 | 040781P001-1435A-598<br>VANGUARD MARKETING CORPORATION<br>100 VANGUARD BOULEVARD<br>MALVERN PA 19355 | 040782P001-1435A-598<br>VANGUARD MARKETING CORPORATION<br>ATTN: BEN BEGUIN<br>14321 N. NORTHSIGHT BOULEVARD<br>SCOTTSDALE AZ 85260 | 021639P001-1435A-598<br>VANTAGE PRODUCTS INTERNATIONAL<br>13950 SENLAC #100<br>DALLAS TX 75234 |
| 026078P002-1435A-598<br>VARIOUS CHURCH PARISHES<br>HELLER DRAPER PATRICK HORN ET AL<br>DOUGLAS DRAPER<br>650 POYDRAS ST<br>STE 2500<br>NEW ORLEANS LA 70130 | 027111P001-1435A-598<br>VARNADO HIGH SCHOOL<br>25543 WASHINGTON ST<br>ANGIE LA 70426 | 012516P001-1435A-598<br>VARSITY<br>PO BOX 751210<br>MEMPHIS TN 38175-1210 | 016474P001-1435A-598<br>VARSITY<br>VARSITY BRANDS<br>PO BOX 751210<br>MEMPHIS TN 38175 |
| 011025P001-1435A-598<br>VARSITY IMAGE<br>1131 W ENTERPRISE DR<br>JANESVILLE WI 53546 | 020120P001-1435A-598<br>VARSITY SCOREBOARDS<br>PO BOX 890288<br>CHARLOTTE NC 28289-0288 | 012517P001-1435A-598<br>VARSITY SPIRIT<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 | 021642P001-1435A-598<br>VARSITY SPIRIT / LHSAA<br>LHSAA SPIRIT CHAMPIONSHIPS<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 |
| 010108P001-1435A-598<br>VARSITY SPIRIT FASHION<br>ACCOUNTS RECEIVABLE<br>PO BOX 751210<br>MEMPHIS TN 38175-1210 | 018950P001-1435A-598<br>VARSITY SPIRIT FASHION<br>PO BOX 751210<br>MEMPHIS TN 38175-1210 | 014125P001-1435A-598<br>VARSITY SPIRIT FASHIONS<br>ACCOUNTS RECEIVABLE<br>PO BOX 751210<br>MEMPHIS TN 38175-1210 | 017289P001-1435A-598<br>VARSITY SPIRIT FASHIONS<br>PO BOX 751210<br>MEMPHIS TN 38175-1210 |
| 011026P001-1435A-598<br>VARSITY SUMMER CAMPS<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 | 014126P001-1435A-598<br>VARSITY UNIVERSITY<br>6745 LENOX CTR CT<br>STE 300<br>MEMPHIS TN 38115 | 023945P001-1435A-598<br>VASCULAR SPECIALTY CENTER LLC<br>8888 SUMMA AVE FL 3<br>BATON ROUGE LA 70809 | 023946P001-1435A-598<br>VASCULAR SPECIALTY LABORATORY<br>3RD FLOOR STE B 8888 SUMMA AVE<br>BATON ROUGE LA 70809 |
| 000064P001-1435S-598<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130 | 029855P001-1435A-598<br>VAUGH NELSON INVESTMENT MANAGEMENT LC<br>600 TRAVIS<br>STE 6300<br>HOUSTON TX 77002-3071 | 018951P001-1435A-598<br>VAUGHN'S OUTDOOR POWER EQUIPMENT CO INC<br>412 VETERANS MEM BLVD<br>KENNER LA 70062 | 011027P001-1435A-598<br>VELOCITY TECH SOLUTION<br>2273 COUNTY RD C WEST<br>ROSEVILLE MN 55113 |
| 011028P001-1435A-598<br>VENEZIAS RESTAURANT<br>134 N CARROLLTON AVE<br>NEW ORLEANS LA 70119 | 029872P001-1435A-598<br>VENMO CARD SUPPORT<br>222 W MERCHANDISE MART PZA STE 800<br>CHICAGO IL 60654 | 029752P001-1435A-598<br>VENTURE INVESTMENT ASSOCIATES<br>88 MAIN ST<br>PO BOX 131<br>PEAPACK NJ 07977 | 021640P001-1435A-598<br>VENTURE PUBLISHING<br>9 BARTLET ST<br>STE 55<br>ANDOVER MA 01810 |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 020121P001-1435A-598<br>VENUETIZE LLC<br>3104 NORTH ARMENIA AVE<br>STE 2<br>TAMPA FL 33607 | 020122P001-1435A-598<br>VEOLIA WATER SOLUTIONS AND TECHNOLOGY<br>945 S BROWN SCHOOL RD<br>VANDALIA OH 45377 | 023947P001-1435A-598<br>VERACYTE INC AUSTIN<br>DEPT 35173<br>PO BOX 39000<br>SAN FRANCISCO CA 94139 | 026283P001-1435A-598<br>VERGES ROME ARCHITECTS<br>320 N CARROLLTON AVE # 100<br>NEW ORLEANS LA 70119 |
| 016475P001-1435A-598<br>VERITAS PUBLISHING<br>4848 NORTH CLARK ST<br>CHICAGO IL 60640 | 016476P001-1435A-598<br>VERIZON<br>VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS TX 75266-0108 | 041536P001-1435A-598<br>VERIZON<br>PO BOX 660108<br>DALLAS TX 75266 | 021641P001-1435A-598<br>VERIZON BUSINESS<br>PO BOX 382040<br>PITTSBURGH PA 15251-8040 |
| 041721P001-1435A-598<br>VERIZON COMMUNICATIONS, INC<br>VERIZON CONNECT FLEET USA LLC<br>PO BOX 15043<br>ALBANY NY 12212-5043 | 017290P001-1435A-598<br>VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS TX 75266-0108 | 026145P001-1435A-598<br>VERIZON WIRELESS<br>1 VERIZON WAY<br>BASKING RIDGE NJ 07920 | 026382P001-1435A-598<br>VERIZON WIRELESS<br>140 WEST ST<br>NEW YORK NY 10007 |
| 016477P001-1435A-598<br>VERMILION CATHOLIC HIGH SCHOOL<br>425 PK AVE<br>ABBEVILLE LA 70510 | 000037P001-1435S-598<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | 018952P001-1435A-598<br>VERNIER SOFTWARE 7 TECHNOLOGY<br>13979 SW MILLIKAN WAY<br>BEAVERTON OR 97005 | 012518P001-1435A-598<br>VERNIER SOFTWARE AND TECHNOLOGY<br>13979 SW MILLIKAN WAY<br>BEAVERTON OR 97075 |
| 016478P001-1435A-598<br>VERNIER SOFTWARE AND TECHNOLOGY<br>13979 SW MILIKAN WAY<br>BEAVERTON OR 97005 | 021643P002-1435A-598<br>VERNIER SOFTWARE AND TECHNOLOGY<br>MARIAN GRIFFITHS<br>13979 SW MILLIKAN WAY<br>BEAVERTON OR 97005-2886 | 021624P001-1435A-598<br>VERON FOODS LLC<br>16322 HWY 929<br>PRAIRIEVILLE LA 70769 | 023948P001-1435A-598<br>VERSAILLES NEIGHBORHOOD CLINI<br>PO BOX 54357<br>NEW ORLEANS LA 70154 |
| 023949P001-1435A-598<br>VERSAILLES NEIGHBORHOOD CLINIC<br>PO BOX 54357<br>NEW ORLEANS LA 70154 | 021625P001-1435A-598<br>VERTICAL INC<br>5480 MOUNES DR<br>STE 200<br>HARAHAN LA 70123 | 011029P001-1435A-598<br>VERTICAL RESPONSE<br>3680 VICTORIA ST<br>NORTH SHOREVIEW MN 55126 | 002761P001-1435A-598<br>VERY REV JOSEPH S PALERMO JR<br>ST FRANCIS XAVIER CHURCH<br>448 METAIRIE RD<br>METAIRIE LA 70005 |
| 024056P001-1435A-598<br>VERY REV PATRICK CARR, VICAR GENERAL<br>DIRECTOR VICE PRESIDENT VICAR GENERAL<br>ARCHDIOCESE OF NEW ORLEANS<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70127 | 024058P001-1435A-598<br>VERY REV PETER O AKPOGHIRAN, JCD<br>MEMBER OF BOARD<br>ARCHDIOCESE OF NEW ORLEANS<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70127 | 018953P001-1435A-598<br>VETERANS FORD<br>3724 VETERANS BLVD<br>METAIRIE LA 70002 | 021626P001-1435A-598<br>VETERANS UMPIRES ASSOCIATION<br>5200 UTICA AVE<br>METAIRIE LA 70003 |

Case 20-10846 Doc 3656-4 Filed 09/02/25 Entered 09/02/25 14:06:54 Exhibit A - Affidavit of Service Regarding Solicitation Packages Page 1501 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1183 of 1204                                                      08/27/2025 05:46:03 PM

| | | | |
|---|---|---|---|
| 016479P001-1435A-598<br>VETTER LUMBER<br>6504 CAMPHOR ST<br>METAIRIE LA 70003 | 020123P001-1435A-598<br>VETTER LUMBER CO INC<br>7505 SAINT BERNARD HWY<br>ARABI LA 70032 | 011030P001-1435A-598<br>VEX ROBOTICS<br>6725 W FM 1570<br>GREENVILLE TX 75402 | 020124P001-1435A-598<br>VEX ROBOTICS INC<br>1519 INTERSTATE HWY 30 W<br>GREENVILLE TX 75402 |
| 017291P001-1435A-598<br>VFP FIRE SYSTEMS<br>PO BOX 74008409<br>CHICAGO IL 60674-8409 | 026665P001-1435A-598<br>VFW POST 8720<br>21470 MIRE DR<br>ABITA SPRINGS LA 70420 | 041538P001-1435A-598<br>VGR, CPA<br>625 GREYSTONE PK<br>ATLANTA GA 30324 | 010107P001-1435A-598<br>VI COMMUNICATION INC<br>#7-A VETERANS HWY<br>KENNER LA 70062 |
| 002764P001-1435A-598<br>VI COMMUNICATIONS INC<br>46 SUSSEX ST<br>KENNER LA 70062 | 014127P001-1435A-598<br>VI COMMUNICATIONS, INC<br>7A VETERANS MEMORIAL BLVD<br>KENNER LA 70062 | 002765P001-1435A-598<br>VIANNEY VOCATIONS<br>505 NORTH TOOMBS ST<br>VALDOSTA GA 31601 | 002766P001-1435A-598<br>VICAR FOR PRIESTS OFFICE<br>VANESSA VAZQUEZ<br>980 N MICHIGAN AVE STE 1525<br>CHICAGO IL 60611 |
| 041541P001-1435A-598<br>VICKYS CLEANING SVC LLC<br>4216 PAGE DR<br>METAIRIE LA 70003 | 031672P001-1435A-598<br>VICTOR<br>AGUILAR MELCHOR<br>ON BEHALF OF MINOR CHILD EMELY<br>1428 MEHLE ST<br>ARABI LA 70032 | 021644P001-1435A-598<br>VICTOR P BONURA ENTERPRISES INC<br>PO BOX 1991<br>KENNER LA 70063 | 021645P001-1435A-598<br>VICTORY CHEERLEADING<br>9389 DOWDY DR<br>STE D<br>SAN DIEGO CA 92126 |
| 021646P001-1435A-598<br>VIDEO CLEARINGHOUSE<br>P O BOX 96058<br>LAS VEGAS NV 89193 | 027112P001-1435A-598<br>VIDEO SPECIALISTS<br>TODD MONNIN<br>95 TIMBERLAKE RD<br>PICAYUNE MS 39466 | 011031P001-1435A-598<br>VIDEOSTRIPECOM<br>1221 BRICKELL AVE<br>STE 901<br>MIAMI FL 33131 | 016480P001-1435A-598<br>VIDIGAMI INC<br>15 LEBANON ST<br>HANOVER NH 03755 |
| 011032P001-1435A-598<br>VIDRINE'S STEAKHOUSE<br>114 DEREK PLZ DR<br>CARENCRO LA 70520 | 023951P001-1435A-598<br>VIEMED BILLING OFFICE-ZLLA<br>202 N LUKE ST STE A<br>LAFAYETTE LA 70506 | 023952P001-1435A-598<br>VIEMED BILLING OFFICE-ZLLA<br>625 E KALISTE SALOOM RD<br>LAFAYETTE LA 70508 | 009231P001-1435A-598<br>VIENNA BEEF LTD<br>2501 N DAMEN AVE<br>CHICAGO IL 60647-2101 |
| 033199S001-1435A-598<br>VIETNAMESE MARTYRS CATHOLIC<br>FRANCIS PHAM<br>14603 SANTA GERTRUDIS ST<br>SAN ANTONIO TX 78217-1103 | 018954P001-1435A-598<br>VIEUX CARRE HAIR SHOP<br>7813 MAPLE ST<br>NEW ORLEANS LA 70118 | 011033P001-1435A-598<br>VIEUX CHENES GOLF<br>340 OLD YOUNGSVILLE HWY<br>YOUNGSVILLE LA 70592 | 011034P001-1435A-598<br>VIEUX CHENES GOLF COURSE<br>340 OLD YOUNGSVILLE HWY<br>YOUNGSVILLE LA 70592 |

08/27/2025 05:46:03 PM

| | | | |
|---|---|---|---|
| 020125P001-1435A-598<br>VIG SOLUTIONS<br>18708 CHRIGHTON CASTLE BEND<br>PFLUGERVILLE TX 78660 | 023953P002-1435A-598<br>VIGOUR PEDIATRICS<br>829 BARATARIA BLVD<br>MARRERO LA 70072-1839 | 011035P001-1435A-598<br>VILLA 4204<br>4204 MARINA VILLA DR #4204<br>DUCK KEY FL 33050 | 031235P001-1435A-598<br>VILLA ADDITIONS DBA ST TERESAS VILLA<br>DENNIS F ADAMS<br>1000 HOWARD AVE STE 100<br>NEW ORLEANS LA 70125 |
| 031233P001-1435A-598<br>VILLA ST MAURICE, INC<br>DENNIS F ADAMS<br>2729 LOWERLINE ST<br>NEW ORLEANS LA 70125 | 010109P001-1435A-598<br>VILLAGE COFFEE<br>5335 FRERET ST<br>NEW ORLEANS LA 70115 | 023954P001-1435A-598<br>VILLAGE DERMATOLOGY<br>STE 300 7575 SAN FELIPE ST<br>HOUSTON TX 77063 | 041543P001-1435A-598<br>VILLAGE OF FOLSOM<br>82378 JUNE ST<br>FOLSOM LA 70437 |
| 011036P001-1435A-598<br>VILLERE FLORIST<br>750 MARTIN BEHRMAN AVE<br>METAIRIE LA 70005 | 009350P001-1435A-598<br>VILLERE'S FLORIST<br>750 MARTIN BEHRMAN<br>METAIRIE LA 70005 | 016481P002-1435A-598<br>VILLERES FLORIST<br>750 MARTIN BEHRMAN AVE<br>METAIRIE LA 70005 | 026284P001-1435A-598<br>VIMEO INC<br>555 W 18TH ST<br>NEW YORK NY 10011 |
| 018955P001-1435A-598<br>VINCENT'S ITALIAN CUISINE<br>4411 CHASTANT ST<br>KENNER LA 70063 | 012519P001-1435A-598<br>VINCO IRONWORKS<br>2101 WASHINGTON AVE<br>HARVEY LA 70058 | 002770P001-1435A-598<br>VINH T NGUYEN DDS<br>3709 WESTBANK EXPWY<br>STE 1A<br>HARVEY LA 70058 | 011037P001-1435A-598<br>VINNIE'S AUTO REPAIR<br>5000 4TH ST<br>MARRERO LA 70072 |
| 002771P001-1435A-598<br>VINSON GUARD SVC INC<br>955 HOWARD AVE<br>NEW ORLEANS LA 70113 | 012520P001-1435A-598<br>VINTAGE COURT<br>75082 HIGHWAY 25<br>COVINGTON LA 70435 | 002772P001-1435A-598<br>VINTAGE GARDEN<br>925 LABARRE RD<br>METAIRIE LA 70001 | 014128P001-1435A-598<br>VINTAGE ROCK CLUB<br>1007 POYDRAS ST<br>NEW ORLEANS LA 70112 |
| 016482P001-1435A-598<br>VINTON HIGH SCHOOL<br>1603 GRACE AVE<br>VINTON LA 70668 | 016483P001-1435A-598<br>VIRCO<br>HIGHWAY 65 SOUTH<br>CONWAY AR 72032 | 011038P001-1435A-598<br>VIRCO INC<br>2027 HARPERS WAY<br>TORRANCE CA 90501 | 012521P001-1435A-598<br>VIRCO INC<br>PO BOX 677610<br>DALLAS TX 75267-7610 |
| 023955P001-1435A-598<br>VIRGINIA MASON MED CTR C<br>PO BOX 91046<br>SEATTLE WA 98111 | 023956P001-1435A-598<br>VIRGINIA MASON MED CTR HOS<br>PO BOX 91046<br>SEATTLE WA 98111 | 023957P001-1435A-598<br>VIRTUOX INC<br>PO BOX 31190<br>TAMPA FL 33631 | 023958P001-1435A-598<br>VIRTUOX INC<br>PO BOX 741637<br>ATLANTA GA 30374 |

Case 2:24-cv-04740-RJP Doc 33-4 Filed 09/01/25 Entered 09/01/25 11:07:51 Desc Exhibit A Affidavit 1503
of Service Regarding Solicitation Packages Page 1503 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

08/27/2025 05:46:03 PM

| | | | |
|---|---|---|---|
| 014129P001-1435A-598<br>VIS ON THE BAYOU<br>38110 WILLOW LAKE SOUTH DR<br>PRAIRIEVILLE LA 70769 | 009441P001-1435A-598<br>VISA<br>PO BOX 30131<br>TAMPA FL 33630-3131 | 016484P001-1435A-598<br>VISA<br>PO BOX 30131<br>TAMPA FL 33630-3131 | 017292P001-1435A-598<br>VISA<br>PO BOX 2711<br>OMAHA NE 68103-2711 |
| 021647P001-1435A-598<br>VISA<br>PO BOX 4512<br>CAROL STREAM IL 60197-4512 | 026698P001-1435A-598<br>VISA<br>ONE MARKET PLZ<br>SAN FRANCISCO CA 94105 | 016485P001-1435A-598<br>VISA (GAS CARD)<br>PO BOX 30131<br>TAMPA FL 33630-3131 | 021648P001-1435A-598<br>VISIONS TECHNOLOGY IN EDUCATION INC<br>PO BOX 70479<br>EUGENE OR 97401 |
| 011039P001-1435A-598<br>VISITATION OF OUR LADY<br>3500 AMES BLVD<br>MARRERO LA 70072 | 002776P001-1435A-598<br>VISITATION OF OUR LADY CHURCH<br>3500 AMES BLVD<br>MARRERO LA 70072-5699 | 002777P001-1435A-598<br>VISITATION OF OUR LADY SCHOOL<br>3520 AMES BLVD<br>MARRERO LA 70072 | 016486P001-1435A-598<br>VISTA HIGHER LEARNING<br>PO BOX 847930<br>BOSTON MA 02284-7930 |
| 009187P001-1435A-598<br>VISTA PRINT<br>13554 DELAWARE RD<br>APPLE VALLEY CA 92308-6152 | 011040P001-1435A-598<br>VISTA PRINT<br>275 WYMAN ST<br>WALTHAM MA 02451-1200 | 023959P001-1435A-598<br>VISTA RADIOLOGY PC<br>DEPT 888302<br>KNOXVILLE TN 37995 | 012522P001-1435A-598<br>VISTAR CORP<br>PO BOX 951080<br>DALLAS TX 75395-1080 |
| 023960P002-1435A-598<br>VITAL LINK HOME CARE - SOUTH<br>8150 N CENTRAL EXPY STE 1800<br>DALLAS TX 75206-1883 | 041722P001-1435A-598<br>VITAL RECORDS CONTROL OF LOUISIANA LLC<br>DEPT 5874<br>PO BOX 11407<br>BIRMINGHAM AL 35246-5874 | 016487P001-1435A-598<br>VITALITY MEDICAL<br>7910 SOUTH 3500 EAST STE C<br>SALT LAKE CITY UT 84121 | 023962P001-1435A-598<br>VITREORETINAL EYE CENTER<br>67186 INDUSTRY LN STE A<br>COVINGTON LA 70433 |
| 023963P001-1435A-598<br>VITREORETINAL INSTITUTE<br>7698 GOODWOOD BLVD<br>BATON ROUGE LA 70806 | 023964P001-1435A-598<br>VIVERE AUDUBON SURGERY CENTER<br>PO BOX 638335<br>CINCINNATI OH 45263 | 023965P001-1435A-598<br>VIVERE NEW ORLEANS FERTILITY L<br>PO BOX 637939<br>CINCINNATI OH 45263 | 009233P001-1435A-598<br>VIVID INK GRAPHICS<br>2538 POYDRAS ST<br>NEW ORLEANS LA 70119 |
| 002779P001-1435A-598<br>VIVID INK GRAPHICS/ARTVERTISING<br>2538 POYDRAS ST<br>NEW ORLEANS LA 70119 | 011041P001-1435A-598<br>VIZCAYA MUSEUM AND GARDEN<br>3251 S MIAMI AVE<br>MIAMI FL 33129 | 021649P001-1435A-598<br>VIZION NOLA INC<br>3025 IDAHO AVE<br>KENNER LA 70065 | 020126P001-1435A-598<br>VJ'S WELDING AND FABRICATION<br>19 CEDAR HILL LN<br>CARRIERE MS 39426 |

Case 20-10846 Doc 3545-4 Filed 09/09/25 Entered 09/09/25 14:06:14 RP ExA4 - Affidavit 1504
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1504 of 1525
US First Class Mail
Exhibit Pages

002780P001-1435A-598
VJT INFORMATION CONSULTANTS LLC
805 SURREY LN
SLEEPY HOLLOW IL 60118

041546P001-1435A-598
VM WARE FOR SERVER
27575 NETWORK PL
CHICAGO IL 60673-1275

014130P001-1435A-598
VMCI
RICK BAYHI
5755 BAYOU PAUL RD
ST. GABRIEL LA 70776

014131P001-1435A-598
VOCABULARYCOM
599 BROADWAY
9TH FL
NEW YORK NY 10012

002781P001-1435A-598
VOCATIONS AND PRAYER
ROGATIONIST PUBLICATIONS
6635 TOBIAS AVE
VAN NUYS CA 91405

002782P001-1435A-598
VOELKEL MCWILLIAMS CONSTRUCTION LLC
4 ST ANN DR
MANDEVILLE LA 70471

002783P001-1435A-598
VOIP SUPPLY LLC
80 PINEVIEW DR
AMHERST NY 14228

012523P001-1435A-598
VOLLEYBALLUSACOM
14615 NE 91ST ST
BLDG B
REDMOND WA 98052

011042P001-1435A-598
VOLOGY INC
15950 BAY VISTA DR
CLEARWATER FL 33760

014132P001-1435A-598
VOLUME ZERO, LLC
1034 JOLIET ST
NEW ORLEANS LA 70118

012524P001-1435A-598
VOLUNTEERS OF AMERICA
823 CARROLL ST
STE B
MANDEVILLE LA 70448

011043P001-1435A-598
VONAGE
23 MAIN ST
HOLMDEL NJ 07733

041547P001-1435A-598
VONAGE
101 CRAWFORDS CORNER RD
STE 2416
HOLMDEL NJ 07733

016488P001-1435A-598
VOODOO BBQ AND GRILL
2999 HWY 190
MANDEVILLE LA 70471

026383P001-1435A-598
VOODOO MUSEUM
724 DUMAINE ST
NEW ORLEANS LA 70116

029856P001-1435A-598
VOYA INSTITUTIONAL PLAN SVC LLC
FNA ING INSTITUTIONAL PLAN SVC LLC
LEGAL DEPT
30 BRAINTREE HILL OFFICE PK
BRAINTREE MA 02183

021650P001-1435A-598
VPI SPORTS
PO BOX 660176
DALLAS TX 75266-0176

012525P001-1435A-598
VS ATHLETICS
3474 EMPRESA DR STE 120
SAN LUIS OBISPO CA 93401

017293P001-1435A-598
VS ATHLETICS
1450 W 228TH ST 8
TORRANCE CA 90501

011044P001-1435A-598
VWR INTERNATIONAL INC
5132 MEADOWS DEL MAR
SAN DIEGO CA 92130

010110P001-1435A-598
VWR SARGENT WELCH
PO BOX 640169
PITTSBURGH PA 15264-0169

002787P001-1435A-598
W D SCOTT GROUP INC
623 DISTRIBUTORS ROW
STE C
ELMWOOD LA 70123

012526P001-1435A-598
W T COX SUBSCRIPTIONS
ORDER DEPT
201 VLG RAOD
SHALLOTTE NC 28470

012527P001-1435A-598
W T KENTZEL INC
PO BOX 539
COVINGTON LA 70434

012528P001-1435A-598
W W NORTON AND CO
NATIONAL BOOK CO
PO BOX 350
DUNMORE PA 18512-0350

034761S001-1435A-598
WABASH VALLEY CORRECTIONAL
JOSH EICKMEIER
PO BOX 500
CARLISLE IN 47838-0500

035561S001-1435A-598
WABASH VALLEY CORRECTIONAL
RICH LARSEN
PO BOX 500
CARLISLE IN 47838-0500

011045P001-1435A-598
WACOM TECHNOLOGY CORP
1311 SE CARDINAL CT
VANCOUVER WA 98683

1504

Case 20-10846 Doc 3635-4 Filed 09/02/25 Entered 09/02/25 14:30:41 DK Exc 4 - Affidavit 1505
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1505 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016490P001-1435A-598 | 023966P001-1435A-598 | 026446P001-1435A-598 | 012530P001-1435A-598 |
| WADE HAMPTON HIGH SCHOOL | WAEL ALABDULKARIM MD | WAFFLE HOUSE | WAGNER'S LANDSCAPING LLC |
| STUDENT COUNCIL | 1144 COOLIDGE BLVD STE F | 52 WESTBANK EXPY | PO BOX 340 |
| 100 PINE KNOLL DR | LAFAYETTE LA 70503 | GRETNA LA 70053 | COVINGTON LA 70434 |
| GREENVILLE SC 29609 | | | |
| | | | |
| 021651P001-1435A-598 | 023967P001-1435A-598 | 011048P001-1435A-598 | 011049P001-1435A-598 |
| WAGUESPACK OIL CO INC | WAKE RADIOLOGY DIAGNOSTIC IMAG | WAL MART | WAL MART SUPERCENTER |
| PO BOX 326 | PO BOX 19368 | PO BOX 92912 | 1501 MANHATTAN BLVD |
| THIBODAUX LA 70302 | RALEIGH NC 27619 | ROCHESTER NY 14692 | HARVEY LA 70058 |
| | | | |
| 009375P001-1435A-598 | 011046P001-1435A-598 | 026285P001-1435A-598 | 016491P001-1435A-598 |
| WALGREENS | WALGREENS | WALGREENS | WALK ON'S BISTREAUX AND BAR |
| 900 CANAL ST | 134 ROYAL ST | 200 WILMOT RD | 69796 STIRLING BLVD |
| NEW ORLEANS LA 70112-2504 | NEW ORLEANS LA 70130 | DEERFIELD IL 60015 | COVINGTON LA 70443 |
| | | | |
| 018957P001-1435A-598 | 023968P001-1435A-598 | 014133P001-1435A-598 | 012531P001-1435A-598 |
| WALK-ON'S BISTREAUX AND BAR | WALKER - DERMATOLOGY CLINIC | WALKER HIGH FOOTBALL | WALKER HIGH SCHOOL |
| 4436 VETERANS BLVD | STE 315 5000 O DONOVAN BOULEVARD | 12646 BURGESS AVE | KOREY ARNOLD |
| ST 35 | WALKER LA 70785 | WALKER LA 70785 | 12646 BURGESS AVE |
| METAIRIE LA 70006 | | | WALKER LA 70785 |
| | | | |
| 014134P001-1435A-598 | 020128P002-1435A-598 | 021652P001-1435A-598 | 020129P001-1435A-598 |
| WALKER HIGH SCHOOL | WALKER HIGH SCHOOL | WALKER HIGH SCHOOL POWERLIFTING | WALKER POWERLIFTING MEET |
| 12646 BURGESS AVE | MIKE LOCKHART | PO BOX 249 | 12646 BURGESS AVE |
| WALKER LA 70785 | 6059 CREEKSIDE WAY | WALKER LA 70785 | WALKER LA 70785 |
| | FAIRFIELD TWP OH 45011-7882 | | |
| | | | |
| 026384P001-1435A-598 | 033502P002-1435A-598 | 011047P001-1435A-598 | 026202P001-1435A-598 |
| WALKONS | WALL JILL | WALLMART SUPERCENTER | WALMART |
| 4436 VETERANS MEMORIAL BLVD | 6662 CANAL BLVD | 1501 MANHATTAN BLVD | 702 SW 8TH ST |
| METAIRIE LA 70006 | NEW ORLEANS LA 70124 | HARVEY LA 70058 | BENTONVILLE AK 72716 |
| | | | |
| 026385P001-1435A-598 | 002793P001-1435A-598 | 011050P001-1435A-598 | 026386P001-1435A-598 |
| WALMART | WALMART VISION CENTER | WALMARTCOM | WALMARTCOM |
| 702 SW 8TH ST BENTONVILLE | 5110 JEFFERSON HWY | 1501 MANHATTAN BLVD | 702 SW 8TH ST BENTONVILLE |
| ARKANSAS AK 72716 | HARAHAN LA 70123 | HARVEY LA 70058 | ARKANSAS AK 72716 |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 026666P001-1435A-598<br>WALMARTCOM<br>702 SW 8TH ST<br>BENTONVILLE AK 72716 | 012532P001-1435A-598<br>WALSWORTH PUBLISHING COMPANY, INC<br>PO BOX 310287<br>DES MOINES IA 50331-0287 | 010111P001-1435A-598<br>WALT DISNEY WORLD PARKS RESORTS<br>12698 COLLECTION CTR DR<br>CHICAGO IL 60693 | 026667P001-1435A-598<br>WALT DISNEY WORLD YOUTH PROGRAMS<br>500 S BUENA VISTA ST<br>BURBANK CA 91521-9722 |
| 018958P001-1435A-598<br>WAND RUBBER STAMP WORKS, INC<br>2228 FLORIDA AVE<br>PO BOX 2151<br>NEW ORLEANS LA 70062 | 002794P001-1435A-598<br>WANDA MCKINNEY CATERING<br>569 ANDREWS AVE<br>METAIRIE LA 70005 | 018960P001-1435A-598<br>WARDS SCIENCE<br>5100 WEST HENNRIETTA RD<br>PO BOX 92912<br>ROCHESTER NY 14692-9012 | 018959P001-1435A-598<br>WARDROBE WITCHERY<br>1016 BUSHWOOD DR<br>CANTONMENT FL 32533 |
| 021653P001-1435A-598<br>WARDS NATURAL SCIENCE EST<br>P O BOX 92921<br>ROCHESTER NY 14692-9021 | 010112P001-1435A-598<br>WARDS NATURAL SCIENCE EST LLC<br>PO BOX 644312<br>PITTSBURGH PA 15264-4312 | 012533P001-1435A-598<br>WARDS SCIENCE, LLC<br>PO BOX 644312<br>PITTSBURGH PA 15264 | 018961P001-1435A-598<br>WAREHOUSE GRILLE<br>869 MAGAZINE ST<br>NEW ORLEANS LA 70130 |
| 014135P001-1435A-598<br>WARNERCHAPPELL MUSIC, INC<br>PO BOX 94938<br>LOS ANGELES CA 90074-9938 | 018962P001-1435A-598<br>WARREN EASTON CHARTER HIGH SCHOOL<br>NEIL MCKENDALL<br>3019 CANAL ST<br>NEW ORLEANS LA 70119 | 026699P001-1435A-598<br>WARREN EASTON CHARTER HIGH SCHOOL<br>3019 CANAL ST<br>NEW ORLEANS LA 70119 | 020130P001-1435A-598<br>WARREN EASTON HIGH SCHOOL<br>3019 CANAL ST<br>NEW ORLEANS LA 70119 |
| 020131P001-1435A-598<br>WASH ST TAMMANY ELECTRIC CO INC<br>PO BOX 697<br>FRANKLINTON LA 70438-0792 | 020131S001-1435A-598<br>WASH ST TAMMANY ELECTRIC CO INC<br>21504 MIRE DR<br>MANDEVILLE LA 70448 | 017294P001-1435A-598<br>WASHINGTON MUSIC CENTER<br>11151 VEIRS MILL RD<br>WHEATON MD 20902 | 012534P001-1435A-598<br>WASHINGTON NATIONAL CATHEDRAL<br>3101 WISCONSIN AVE NW<br>WASHINGTON DC 20016 |
| 023970P002-1435A-598<br>WASHINGTON PARISH EMERGENCY PH<br>PO BOX 694306<br>DALLAS TX 75264-9306 | 041549P001-1435A-598<br>WASHINGTON ST TAMMANY COOP<br>21504 MIRE DR<br>MANDEVILLE LA 70448 | 041550P001-1435A-598<br>WASHINGTON ST TAMMANY ELECTRIC<br>950 PEARL ST<br>FRANKLINTON LA 70438 | 041551P001-1435A-598<br>WASHINGTON ST TAMMANY ELECTRIC COOPERATIVE<br>PO BOX 697<br>FRANKLINTON LA 70438 |
| 036031S001-1435A-598<br>WASHINGTON STATE DEPT-CRRCTNS<br>MARCUS DABNEY<br>PO BOX 41100<br>OLYMPIA WA 98504-1100 | 036278S001-1435A-598<br>WASHINGTON STATE DEPT-CRRCTNS<br>DANIEL HAMILTON<br>PO BOX 41100<br>OLYMPIA WA 98504-1100 | 036945S001-1435A-598<br>WASHINGTON STATE DEPT-CRRCTNS<br>CALVIN THORPE<br>PO BOX 41100<br>OLYMPIA WA 98504-1100 | 037073S001-1435A-598<br>WASHINGTON STATE DEPT-CRRCTNS<br>ADREA STEPHENS<br>PO BOX 41100<br>OLYMPIA WA 98504-1100 |

Case 20-10846 Claim 6-1 Part 4 Filed 09/02/25 Page 1507 of 1525
Case 20-10846 Doc 3654-5 Filed 04/25/25 Entered 04/25/25 16:07:54 Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1507 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 010113P001-1435A-598<br>WASHINGTON'S TRANSPORTATION LLC<br>1924 ESHER PL<br>MARRERO LA 70072 | 041552P001-1435A-598<br>WASHINGTONST TAMMANY ELECTRIC<br>PO BOX 3500<br>COVINGTON LA 70434 | 011051P001-1435A-598<br>WASHWEGO CARWASH<br>725 VICTORY DR<br>WESTWEGO LA 90094 | 002798P001-1435A-598<br>WASTE CONNECTIONS BAYOU INC SOUTH LA DISTRICT<br>PO BOX 679859<br>DALLAS TX 75267-9859 |
| 012535P001-1435A-598<br>WASTE CONNECTIONS BAYOU, INC<br>NORTHSHORE DISTRICT<br>63209 HWY 434<br>LACOMBE LA 70445 | 041553P001-1435A-598<br>WASTE CONNECTIONS BAYOU, INC<br>500 SEVEN OAKS BLVD<br>BRIDGE CITY LA 70094 | 020132P001-1435A-598<br>WASTE CONNECTIONS OF LOUISIANA<br>PO BOX 742695<br>CINCINNATI OH 45274-2695 | 026146P001-1435A-598<br>WASTE MANAGEMENT<br>PO BOX 43290<br>PHOENIX AZ 85080 |
| 026150P002-1435A-598<br>WASTE MANAGEMENT<br>PO BOX 55558<br>BOSTON MA 02205-5558 | 029743P001-1435A-598<br>WASTE MANAGEMENT OF LOUISANA LLC<br>PO BOX 55558<br>BOSTON MA 02205-5558 | 041723P001-1435A-598<br>WASTE MANAGEMENT OF LOUISIANA LLC<br>D/B/A WASTE MANAGEMENT OF ACADIANA<br>PO BOX 660345<br>DALLAS TX 75266 | 014136P001-1435A-598<br>WASTE MANAGEMENT OF LOUISIANA, LLC<br>PO BOX 55558<br>BOSTON MA 02205-5558 |
| 041554P001-1435A-598<br>WASTE MANAGEMENT OF NO<br>PO BOX 55558<br>BOSTON MA 02205 | 041555P001-1435A-598<br>WASTE PRO OF LA, INC<br>PO BOX 947268<br>ATLANTA GA 30394 | 041556P001-1435A-598<br>WASTE PRO OF LOUISIANA<br>920 KENNER AVE<br>KENNER LA 70062 | 002801P001-1435A-598<br>WATCHLIGHT CORP<br>111 S MARSHALL AVE<br>STE 101<br>EL CAJON CA 92020-4200 |
| 002802P001-1435A-598<br>WATER WORKS PUMP AND WELL INC<br>21220 HWY 36<br>COVINGTON LA 70433 | 017296P001-1435A-598<br>WATERLESS TATTOOS<br>2776 EDEN RD<br>LESLIE MI 49251 | 017297P001-1435A-598<br>WAVERLY TRANSPORTATION<br>600 MAMARONECK AVE<br>STE 400<br>HARRISON NY 10528 | 018964P001-1435A-598<br>WAYNE COUNTY HIGH SCHOOL<br>1325 AZALIA DR<br>WAYNESBORO MS 39307 |
| 023971P001-1435A-598<br>WAYNE GENERAL CRNA<br>PO BOX 1249<br>WAYNESBORO MS 39367 | 023972P001-1435A-598<br>WAYNE GENERAL EKG<br>PO BOX 1249<br>WAYNESBORO MS 39367 | 023973P001-1435A-598<br>WAYNE GENERAL ERPHY<br>PO BOX 1249<br>WAYNESBORO MS 39367 | 023974P001-1435A-598<br>WAYNE GENERAL HOSPITAL<br>PO BOX 1249<br>WAYNESBORO MS 39367 |
| 000118P001-1435S-598<br>WAYNE JABLONOWSKI APLC<br>3705 PONCHARTRAIN DRIVE<br>SLIDELL LA 70458 | 002806P001-1435A-598<br>WAYNE SANDOZ AND ASSOCIATES INC<br>732 BEHRMAN HWY STE A<br>GRETNA LA 70056 | 020133P001-1435A-598<br>WAYSIDE PUBLISHING<br>50 DOWNEAST DR<br>YARMOUTH ME 04096 | 016493P001-1435A-598<br>WAYTEK, INC<br>PO BOX 10<br>WEST BERLIN NJ 08091 |

Case 2:20-cv-01840-CJB-MBN Document 5-1 Filed 09/02/25 Page 1 of 1
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1508 of 1525
US First Class Mail
Exhibit Pages

002807P001-1435A-598
WC OF LOUISIANA SOUTH LA DISTRICT
PO BOX 742695
CINCINNATI OH 45274-2695

029857P001-1435A-598
WCM INVESTMENT MANAGEMENT
281 BROOKS ST
LAGUNA BEACH CA 92651

020127P001-1435A-598
WD SCOTT GROUP INC
DISTRIBUTORS ROW STE C
ELMWOOD LA 70123

041557P001-1435A-598
WE ADORE HIM
2791 GRAVOIS RD
SAINT CLAIR MO 63077

041724P001-1435A-598
WE LIFT LLC
1122 TECHE ST
NEW ORLEANS LA 70114

018966P001-1435A-598
WEAR N TEAR, LLC
2504 HICKORY AVE 2
CLOQUET MN 55720

018967P001-1435A-598
WEAR-A-KNIT
1306 18TH ST
HARAHAN LA 70123

021654P001-1435A-598
WEAR-N-TEAR LLC
1017 HARIMAW CT EAST
METAIRIE LA 70001

020118P001-1435A-598
WEB LINK TECHNOLOGIES
PO BOX 1146
POWELL OH 43065

014137P001-1435A-598
WEB4U CORP
105 WHISPER TRACE
PEACHTREE CITY GA 30269

018968P001-1435A-598
WEB4U CORP
CATHOLIC SCHOOL SOLUTION CO
105 WHISPER TRACE
PEACHTREE CITY GA 30269

041558P001-1435A-598
WEB4U CORP
1227 N PEACHTREE PKWYSTE 186
PEACHTREE CITY GA 30269

002811P001-1435A-598
WEBPRO PRODUCTIONS LLC
PO BOX 9901
COLLEGE STATION TX 77842

029858P001-1435A-598
WEBPRO PRODUCTIONS LLC DBA ECATHOLIC
PO BOX 9901
COLLEGE STATION TX 77842

011052P001-1435A-598
WEBSTAURANT
40 CITATION LN
LITITZ PA 17543

018969P001-1435A-598
WECHEM, INC
5734 SUSITNA DR
METAIRIE LA 70003

009470P001-1435A-598
WEEKLY READER
PO BOX 8999
DELRAN NJ 08075

016494P001-1435A-598
WEEZER ENTERTAINMENT, LLC
165 DOGWOOD DR
KENNER LA 70065

017298P001-1435A-598
WEEZER ENTERTAINMET, LLC
165 DOGWOOD DR
KENNER LA 70065

023975P001-1435A-598
WEIRTON MEDICAL CENTER
601 COLLIERS WAY
WEIRTON WV 26062

017299P001-1435A-598
WEISSMAN
6750 MANCHESTER AVE
ST. LOUIS MO 63139

014138P001-1435A-598
WELDON ACRES TROPHY/CHROME 57
2907 WALNUT ST
MCKEESPORT PA 15132

023976P001-1435A-598
WELLNESS PHYSICAL THERAPY OF S
1311 GAUSE BLVD
SLIDELL LA 70458

026387P001-1435A-598
WELLS FARGO
420 MONTGOMERY ST
SAN FRANCISCO CA 94104

041559P001-1435A-598
WELLS FARGO
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

040786P001-1435A-598
WELLS FARGO CLEARING SERVICES, LLC
1 NORTH JEFFERSON AVENUE
ST. LOUIS MO 63103

002814P001-1435A-598
WELLS FARGO EDUCATION FINANCIAL SVC
PO BOX 10365
DES MOINES IA 50306-0365

016495P001-1435A-598
WELLS FARGO FINANCIAL
PO BOX 10306
DES MOINES IA 50306-0306

Case 20-10846 Doc 4383-5 Filed 09/02/25 Entered 09/02/25 14:18:11 Exhibit Affidavit of Service Regarding Solicitation Packages Page 1509 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans Claims Excel - Arugat 1509
US First Class Mail
Exhibit Pages

08/27/2025 05:46:03 PM

021655P001-1435A-598
WELLS FARGO FINANCIAL LEASING INC
P O BOX 39345
EDINA MN 55439

041725P001-1435A-598
WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX 75266-0455

041726P001-1435A-598
WELLS FARGO HOME MORTGAGE
PO BOX 51162
LOS ANGELES CA 90051-5420

041727P001-1435A-598
WELLS FARGO HOME MORTGAGE
PO BOX 51120
LOS ANGELES CA 90051-5420

012537P001-1435A-598
WELLS FARGO VENDOR FIN SERV
WFEF PA PAYOFF CHECKS
PO BOX 310590
DES MOINES IA 50331

016496P001-1435A-598
WELLS FARGO VENDOR FIN SERV
PO BOX 105710
ATLANTA GA 30348-5710

021656P001-1435A-598
WELLS FARGO VENDOR FINANCIAL SVC 52
PO BOX 105743
ATLANTA GA 30348-5743

029458P001-1435A-598
WELLS FARGO VENDOR FINANCIAL SVC LLC
CUSTOMER SVC
PO BOX 3072
CEDAR RAPIDS IA 52406-3072

029458S001-1435A-598
WELLS FARGO VENDOR FINANCIAL SVC LLC
APPLE FINANCIAL SVC
ROCHELLE BRYANT
5000 RIVERSIDE DR
STE 300 EAST
IRVING TX 75039-4314

029744P001-1435A-598
WELLS FARGO VENDOR FINANCIAL SVC LLC
PO BOX 846095
DALLAS TX 75284-6095

035939S001-1435A-598
WENDE CORRECTIONAL FACILITY
HOPE OBERTEAN
PO BOX 1187
ALDEN NY 14004-1187

036290S001-1435A-598
WENDE CORRECTIONAL FACILITY
JOSEPH HORAB
PO BOX 1187
ALDEN NY 14004-1187

036291S001-1435A-598
WENDE CORRECTIONAL FACILITY
OLINA DULAK
PO BOX 1187
ALDEN NY 14004-1187

036692S001-1435A-598
WENDE CORRECTIONAL FACILITY
PAULA BOZER
PO BOX 1187
ALDEN NY 14004-1187

036978S001-1435A-598
WENDE CORRECTIONAL FACILITY
DOUGLAS BAIN
PO BOX 1187
ALDEN NY 14004-1187

023977P001-1435A-598
WENDI DEFRANK MD APMC DBA R
451 RUE DE SANTE
LA PLACE LA 70068

029491P001-1435A-598
WENDY M ALEMAN-MANZANARES
ADDRESS INTENTIONALLY OMITTED

011054P001-1435A-598
WENDY'S 225
1190 TERRY PKWY
GRETNA LA 70056

011053P001-1435A-598
WENDYS
1190 TERRY PKWY
GRETNA LA 70056

017300P001-1435A-598
WENGER CORP NW 7896
NW 7896
PO BOX 1450
MINNEAPOLIS MN 55485-7896

012538P001-1435A-598
WESCO GAS AND WELDING SUPPLY, INC
PO BOX 10546
PRICHARD AL 36610

041561P001-1435A-598
WESHARE LLC
999 WATERSIDE
STE 2600
NORFOLK VA 23510

002817P001-1435A-598
WESLEY CENTER
2350 METHODIST PKWY
WOODWORTH LA 71485

018970P001-1435A-598
WESPET, INC
PO BOX 24122
NEW ORLEANS LA 70184

023978P001-1435A-598
WEST BANK SURGERY CENTER LLC
3704 LAPALCO BLVD
HARVEY LA 70058

023979P001-1435A-598
WEST CALCASIEU CAMERON HO
PO BOX 2509
SULPHUR LA 70664

023980P001-1435A-598
WEST CALCASIEU CAMERON HOSPITAL
PO BOX 2509
SULPHUR LA 70664

016497P001-1435A-598
WEST FELICIANA HIGH SCHOOL
PO BOX 1910
ST. FRANCISVILLE LA 70775

021657P001-1435A-598
WEST FELICIANA HIGH SCHOOL
PO DRAWER 580
ST. FRANCISVILLE LA 70775

026388P001-1435A-598
WEST FELICIANA HIGH SCHOOL
8604 US-61
ST FRANCISVILLE LA 70775

018971P001-1435A-598
WEST INTERACTIVE SERVICES,
DBA SCHOOLMESSENGER
PO BOX 561484
DENVER CO 80256-1484

009399P001-1435A-598
WEST INTERACTIVE SVC CORP
PO BOX 561484
DENVER CO 80256-1484

012539P001-1435A-598
WEST INTERACTIVE SVC CORP
PO BOX 74007082
CHICAGO IL 60674-7082

010114P001-1435A-598
WEST JEFF FITNESS CENTER
175 HECTOR AVE
TERRYTOWN LA 70056

017301P001-1435A-598
WEST JEFF MEDICAL CENTER
1101 MEDICAL CTR BLVD
MARRERO LA 70072

011055P001-1435A-598
WEST JEFFERSON HIGH SCHOOL
2200 8TH ST
HARVEY LA 70058

023981P001-1435A-598
WEST JEFFERSON HOLDINGS LLC
PO BOX 62001
NEW ORLEANS LA 70162

011056P001-1435A-598
WEST JEFFERSON INDUSTRIAL
4475 WESTBANK EXPY # A
MARRERO LA 70072

011057P001-1435A-598
WEST JEFFERSON INDUSTRIES
4475 WESTBANK EXPY # A
MARRERO LA 70072

023982P001-1435A-598
WEST JEFFERSON MEDICAL CE
PO BOX 919351
DALLAS TX 75391

002818P001-1435A-598
WEST JEFFERSON MEDICAL CENTER
PO BOX 919266
DALLAS TX 75391-9266

023983P001-1435A-598
WEST JEFFERSON MEDICAL CENTER
PO BOX 919351
DALLAS TX 75391

029987P001-1435A-598
WEST JEFFERSON MEDICAL CENTER
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029987S001-1435A-598
WEST JEFFERSON MEDICAL CENTER
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

023984P001-1435A-598
WEST JEFFERSON MRI LLC
PO BOX 3711
LAKE CHARLES LA 70602

023985P001-1435A-598
WEST JEFFERSON PHYSICIAN SERV
PO BOX 919147
DALLAS TX 75391

023986P001-1435A-598
WEST JEFFERSON PHYSICIAN SERVI
PO BOX 919147
DALLAS TX 75391

023987P001-1435A-598
WEST JEFFERSON PHYSICIAN SVCS
PO BOX 919147
DALLAS TX 75391

029988P002-1435A-598
WEST JEFFERSON PHYSICIAN SVCS
SHER GARNER  TJ MADIGAN
909 POYDRAS ST STE 2800
NEW ORLEANS LA 70112

029988S001-1435A-598
WEST JEFFERSON PHYSICIAN SVCS
LCMC HEALTH
SUZANNE HAGGARD
3401 GENERAL DEGULLE
NEW ORLEANS LA 70114

023988P001-1435A-598
WEST JEFFERSON WOMENS HEALTH
PO BOX 733199
DALLAS TX 75373

026389P001-1435A-598
WEST MARINE
827 HARRISON AVE
NEW ORLEANS LA 70124

012540P001-1435A-598
WEST MONROE HIGH SCHOOL
201 RIGGS ST
WEST MONROE LA 71291

023989P001-1435A-598
WEST PARK HOSPITAL
707 SHERIDAN AVE
CODY WY 82414

023990P001-1435A-598
WEST PARK HOSPITAL DISTRICT
707 SHERIDAN AVE
CODY WY 82414

016498P001-1435A-598
WEST ST JOHN HIGH SCHOOL
PO BOX 160
EDGARD LA 70049

Case 2:24-cv-04268-EEF-DPC Document 1-14 Filed 09/12/25 Page 41 - Affidavit 1511
Case 2:24-cv-04268-EEF-DPC Document 1-14 Filed 09/12/25 Page 41 of 41
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1511 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 016499P001-1435A-598<br>WEST ST TAMMANY YMCA<br>71256 FRANCIS RD<br>COVINGTON LA 70433 | 035089S001-1435A-598<br>WEST TN DETENTION FACILITY<br>CHRISTIE TAYLOR<br>PO BOX 509<br>MASON TN 38049-0509 | 017302P001-1435A-598<br>WESTBANK ATHLETIC CLUB<br>2400 BELLE CHASSE HIGHWAY<br>STE A<br>GRETNA LA 70053 | 018972P001-1435A-598<br>WESTBANK ATHLETIC CLUB<br>601 TERRY PKWY<br>STE K - 2ND FL<br>NEW ORLEANS LA 70130 |
| 017303P001-1435A-598<br>WESTBANK ENGRAVING<br>PO BOX 247<br>WESTWEGO LA 70096 | 017304P001-1435A-598<br>WESTBANK FLORIST, LLC<br>4901 TENTH ST<br>MARRERO LA 70072 | 011058P001-1435A-598<br>WESTBANK GYMNASTICS<br>865 GRETNA BLVD<br>GRETNA LA 70053 | 011059P001-1435A-598<br>WESTBANK HIGH SCHOOL PREP<br>5501 WESTBANK EXPY<br>MARRERO LA 70072 |
| 011060P001-1435A-598<br>WESTBANK HOBBIES<br>2211 BARATARIA BLVD<br>MARRERO LA 70072 | 011061P001-1435A-598<br>WESTBANK LAWNMOWER<br>865 TERRY PKWY<br>TERRYTOWN LA 70056 | 011062P001-1435A-598<br>WESTBANK LUBRICATION<br>5960 LAPALCO BLVD<br>MARRERO LA 70072 | 023991P001-1435A-598<br>WESTBANK MEDICAL ASSOCIATES<br>STE S570 1111 MED CTR BLVD<br>MARRERO LA 70072 |
| 011063P001-1435A-598<br>WESTBANK RELIGIOUS SUPPLY<br>5100 WESTBANK EXPY # 8<br>MARRERO LA 70072 | 002819P001-1435A-598<br>WESTBANK RELIGIOUS SUPPLY HOUSE<br>5100 WESTBANK EXPWY #8<br>MARRERO LA 70072 | 011064P002-1435A-598<br>WESTBANK SEAFOOD<br>PO BOX 819<br>MARRERO LA 70073-0819 | 017305P001-1435A-598<br>WESTBANK TROPHIES<br>1792 CAROL SUE AVE<br>GRETNA LA 70056 |
| 023992P001-1435A-598<br>WESTBANK URGENT CARE<br>148 WALL BLVD<br>GRETNA LA 70056 | 023993P001-1435A-598<br>WESTCARE MEDICAL CENTER<br>PO BOX 1819<br>MARRERO LA 70073 | 021658P001-1435A-598<br>WESTERN ATHLETIC SUPPLY LLC<br>P O BOX 5407<br>RIVERSIDE CA 92517-5407 | 002820P001-1435A-598<br>WESTFALL SPEAKERS LLC<br>400 MAIN ST<br>STE 210<br>FRANKLIN TN 37064 |
| 016500P001-1435A-598<br>WESTIN CANAL PLACE<br>100 RUE IBERVILLE<br>NEW ORLEANS LA 70130 | 023994P001-1435A-598<br>WESTLAKE DERMATOLOGY PA<br>PO BOX 679486<br>DALLAS TX 75267 | 016501P001-1435A-598<br>WESTMINSTER CHRISTIAN<br>186 WESTMINSTER DR<br>OPELOUSAS LA 70570 | 017306P001-1435A-598<br>WESTSIDE BOWLING LANES<br>3715 WESTBANK EXPY<br>HARVEY LA 70078 |
| 011065P001-1435A-598<br>WESTSIDE CHARTERS<br>2615 WESTBANK EXPY<br>HARVEY LA 70058 | 016502P001-1435A-598<br>WESTSIDE CHARTERS, INC<br>2615 WESTBANK EXPWY<br>HARVEY LA 70058 | 023995P001-1435A-598<br>WESTSIDE DERMATOLOGY<br>120 OCHSNER BLVD STE 430<br>GRETNA LA 70056 | 023996P001-1435A-598<br>WESTSIDE DERMATOLOGY<br>STE 430 120 MEADOWCREST ST<br>GRETNA LA 70056 |

Case 20-10846 Doc 4365-4 Filed 02/25/25 Entered 02/25/25 18:07:54 Exhibit - A Page 1512
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1512 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 029746P001-1435A-598<br>WESTSIDE DERMATOLOGY<br>120 OCHSNER BLVD TE 430<br>GRETNA LA 70056 | 023997P001-1435A-598<br>WESTSIDE EYE CLINIC<br>4601 WICHERS DR<br>MARRERO LA 70072 | 011066P001-1435A-598<br>WESTSIDE FENCE CO<br>2615 WESTBANK EXPY<br>HARVEY LA 70058 | 023998P001-1435A-598<br>WESTSIDE ORTHOPAEDIC CLINIC<br>1301 BARATARIA BLVD<br>MARRERO LA 70072 |
| 023999P001-1435A-598<br>WESTWEGO DIALYSIS<br>PO BOX 784172<br>PHILA PA 19178 | 010115P001-1435A-598<br>WESTWEGO SWAMP ADVENTURES<br>2 CANAL ST<br>STE 2500<br>NEW ORLEANS LA 70130 | 011067P001-1435A-598<br>WET PAINT PRINTING<br>152 HORTON ST<br>WILKES-BARRE PA 18702 | 014140P001-1435A-598<br>WEX BANK<br>PO BOX 4337<br>CAROL STREAM IL 60197-4337 |
| 014141P001-1435A-598<br>WEZB-FM<br>400 POYDRAS ST<br>STE 800<br>NEW ORLEANS LA 70130 | 017307P001-1435A-598<br>WEZBFMENTERCOM N O<br>400 POYDRAS ST<br>STE 800<br>NEW ORLEANS LA 70130 | 002822P001-1435A-598<br>WFNO AM<br>3540 S I-10 SERVICE RD W<br>STE 342<br>METAIRIE LA 70001 | 014142P001-1435A-598<br>WGNO<br>1 GALLERIA BLVD<br>STE 850<br>METAIRIE LA 70001 |
| 021659P001-1435A-598<br>WGNO TV WNOL TV<br>PO BOX 741053<br>ATLANTA GA 30374 | 016504P001-1435A-598<br>WGNO-TV<br>PO BOX 741053<br>ATLANTA GA 30374 | 017308P001-1435A-598<br>WGNO/WNOL<br>ONE GALLERIA BLVD STE 850<br>METAIRIE LA 70001 | 017309P001-1435A-598<br>WGSO<br>330 CARONDELET ST<br>NEW ORLEANS LA 70130 |
| 018973P001-1435A-598<br>WGSO RADIO<br>330 CARONDELET ST<br>NEW ORLEANS LA 70118 | 041728P001-1435A-598<br>WHALEY FOOD SVC LLC<br>HERITAGE FOOD SVC<br>PO BOX 615<br>LEXINGTON SC 29071 | 010116P001-1435A-598<br>WHALEY GRADEBOOK CO INC<br>2297 TALL GRASS<br>UNIT E<br>GRAND JUNCTION CO 81505 | 021660P001-1435A-598<br>WHALEY GRADEBOOK CO INC<br>2521 WESLO CT<br>GRAND JUNCTION CO 81505 |
| 011068P001-1435A-598<br>WHAT'S YOUR YOGURT<br>800 K ST NW #22<br>WASHINGTON DC 20001 | 011069P001-1435A-598<br>WHEATON RELIGIOUS GIFTS AND CHURCH SUPPLY<br>13 W FRONT ST<br>WHEATON IL 60187 | 020134P001-1435A-598<br>WHEATS HOME AND BUILDING CENTER<br>3755 HWY 26 WEST<br>POPLARVILLE MS 39470 | 010117P001-1435A-598<br>WHEEL FUN RENTALS<br>BIG LAKE TRAIL<br>CITY PARK<br>NEW ORLEANS LA 70124 |
| 035176S001-1435A-598<br>WHEELER CORRECTIONAL FACILITY<br>CHRISTOPHER GRAHAM<br>PO BOX 466<br>ALAMO GA 30411-0466 | 035868S001-1435A-598<br>WHEELER CORRECTIONAL FACILITY<br>ROBERT GRAHAM<br>PO BOX 466<br>ALAMO GA 30411-0466 | 035902S001-1435A-598<br>WHEELER CORRECTIONAL FACILITY<br>HAMES CHARLOTTE<br>PO BOX 466<br>ALAMO GA 30411-0466 | 016505P001-1435A-598<br>WHICH WICH SUPERIOR SANDWICHES<br>210 CLEM DR<br>LAFAYETTE LA 70503 |

Case 2:20-cv-08346-CJB-KWR Document 4 Filed 09/02/25 Page 1513 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1513 of 1525

US First Class Mail
Exhibit Pages

Page # : 1195 of 1204                                                       08/27/2025 05:46:03 PM

016506P001-1435A-598
WHITE CASTLE HIGH SCHOOL
32695 GRAHAM ST
WHITE CASTLE LA 70788

002823P001-1435A-598
WHITE HOUSE JESUIT COMMUNITY
7400 CHRISTOPHER RD
ST LOUIS MO 63129

000053P004-1435S-598
WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047

002824P001-1435A-598
WHITE OAK CONSULTING
MANAGING PARTNER
88 MELROSE DR
DESTREHAN LA 70047-2008

020135P001-1435A-598
WHITE OAK CONSULTING
88 MELROSE DR
DESTREHAN LA 70047-2008

002825P001-1435A-598
WHITE OAK PLANTATION
17660 GEORGE O'NEAL RD
BATON ROUGE LA 70817

018974P001-1435A-598
WHITE OAK PRODUCTIONS INC
8428 OAK ST
NEW ORLEANS LA 70118

041562P001-1435A-598
WHITE CLOCK AND CARILLON
PO BOX 364
PULASKI NY 13142

016507P002-1435A-598
WHITE'S BUSINESS MACHINES
1411 SHADY PINE DR
BOGALUSA LA 70427-8431

029859P001-1435A-598
WHITES CLOCK AND CARILLON
PO BOX S47
SHARPSBURG GA 30277

000330P001-1435A-598
WHITES CLOCK AND CARILLON CLOCK
AND BELL REPAIR
PO BOX 547
SHARPSBURG GA 30277

002828P002-1435A-598
WHITES CLOCK AND CARILLON SVC
PO BOX 547
SHARPSBURG GA 30277-0547

014143P001-1435A-598
WHITNEY BANK
LEASING DEPT
PO BOX 4019
GULFPORT MS 39502

000031P002-1435S-598
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802

002829P001-1435A-598
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD
BATON ROUGE LA 70802

002830P001-1435A-598
WHITNEY PLANTATION MUSEUM
5099 HIGHWAY 18
EDGARD LA 70049

021661P001-1435A-598
WHNO TV 20 NEW ORLEANS
839 ST CHARLES AVE
STE 307
NEW ORLEANS LA 70130

011070P001-1435A-598
WHOLE FOODS
5600 MAGAZINE ST
NEW ORLEANS LA 70115

026390P001-1435A-598
WHOLEFOODS
550 BOWIE ST
AUSTIN TX 78703

011071P001-1435A-598
WHOLESALE BATTERIES DIRECT
200 S MONTCLAIR ST C
BAKERSFIELD CA 93309

011072P001-1435A-598
WHOLESALE FOR EVERYONE
2402 SYLON BLVD
HAINESPORT NJ 08036

009216P001-1435A-598
WIESER EDUCATIONAL INC
20722 LINEAR LN
LAKE FOREST CA 92630-7804

014144P001-1435A-598
WILCOMP SOFTWARE LLC
PO BOX 30170
OMAHA NE 68103-1270

009393P001-1435A-598
WILCOMP SOFTWARE LLC  RENWEB
PO BOX 30170
OMAHA NE 68103-1270

029576P001-1435A-598
WILLIAM AIRTH ROLSTON III
ADDRESS INTENTIONALLY OMITTED

024000P001-1435A-598
WILLIAM BRASTED PHD
STE 4098 2401 WESTBEND PKWY
NEW ORLEANS LA 70114

031379P001-1435A-598
WILLIAM E STEFFES
COUNSEL FOR TALBOT CARMOUCHE & MARCELLO
AND CONNICK & CO

024001P002-1435A-598
WILLIAM H FREEMAN MD PA
600 CLUB LN
CONWAY AR 72034-3624

Case 2:20-cv-10846-CJB-DPC Document 14-28 Filed 09/02/25 Entdocument 14-28 Filed 09/02/25 Page 1514 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans Exhibit A - Affidavit
of Service Regarding Solicitation Packages Page 1514 of 1525
US First Class Mail
Exhibit Pages

009373P001-1435A-598
WILLIAM H SADLIER INC
9 PINE ST
NEW YORK NY 10005

009445P001-1435A-598
WILLIAM H SADLIER INC
PO BOX 4050
BUFFALO NY 14240-4050

012541P001-1435A-598
WILLIAM H SADLIER INC
PO BOX 11603
NEWARK NJ 07101-5803

015305P001-1435A-598
WILLIAM H SADLIER, INC
PO BOX 5685
HICKSVILLE NY 11802-5685

002833P001-1435A-598
WILLIAM J KELLEY RETREAT CENTER SVD
RETREAT CENTER
510 NORTH SECOND ST
BAY ST LOUIS MS 35920

016508P001-1435A-598
WILLIAM PITCHER JR HIGH SCHOOL
415 S JEFFERSON ST
COVINGTON LA 70433

022135P001-1435A-598
WILLIAM ROLSTON
ADDRESS INTENTIONALLY OMITTED

024002P001-1435A-598
WILLIAM S GILMER MDPA
1200 BINZ ST STE 1270
HOUSTON TX 77004

024003P001-1435A-598
WILLIAM STJOHN LACORTEMD PMC
519 METAIRIE RD
METAIRIE LA 70005

002834P001-1435A-598
WILLIAMS PLUM STREET SNOBALLS
1300 BURDETTE ST
NEW ORLEANS LA 70118

021662P001-1435A-598
WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO IL 60693-1975

024004P001-1435A-598
WILLIAMSON EYE CENTER AEC
2308 S BURNSIDE AVE
GONZALES LA 70737

002838P001-1435A-598
WILLIS TOWERS WATSON US LLC
LOCKBOX 28025
28025 NETWORK PL
CHICAGO IL 60673-1280

002839P001-1435A-598
WILLOW WOOD AT WOLDENBERG VILLAGE
3701 BEHRMAN PL
NEW ORLEANS LA 70114-0910

021663P001-1435A-598
WILLOWDALE COUNTRY CLUB
500 WILLOWDALE BLVD
LULING LA 70070

026700P002-1435A-598
WILLWOODS
3228 6TH ST STE 100
METAIRIE LA 70002-1677

009262P001-1435A-598
WILLWOODS COMMUNITY
3330 N CAUSEWAY BLVD
METAIRIE LA 70002

016509P002-1435A-598
WILLWOODS COMMUNITY
3228 6TH ST STE 100
METAIRIE LA 70002-1677

018975P001-1435A-598
WILLY APPAREL LLC, GUS
2608 L&A RD
METAIRIE LA 70001

012542P001-1435A-598
WILSERV - LA
72409 INDUSTRY PK RD
COVINGTON LA 70435

012543P001-1435A-598
WILSON CASE, INC
113 RD 3168
HASTINGS NE 68901

016510P001-1435A-598
WILSON CENTRAL HIGH SCHOOL
419 WILDCAT WAY
LEBANON TN 37090

016511P001-1435A-598
WIND IN MY FEATHERS
416 HILLARY ST
NEW ORLEANS LA 70118

016512P001-1435A-598
WINDMILL NURSERY OF LOUISIANA, LLC
PO BOX 400
FOLSOM LA 70437

017310P001-1435A-598
WINDSPIRE, INC
23091 MILL CREEK DR
LAGUNA HILLS CA 92653

017311P001-1435A-598
WINDSTREAM
PO BOX 9001908
LOUISVILLE KY 40290-1908

041566P001-1435A-598
WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

014145P001-1435A-598
WINDSTREAM COMMUNICATIONS
PO BOX 9001950
LOUISVILLE KY 40290-1950

| | | | |
|---|---|---|---|
| 011073P001-1435A-598<br>WINDY CITY NOVELTIES<br>300 LAKEVIEW PKWY<br>VERNON HILLS IL 60061 | 020136P001-1435A-598<br>WINE MARKET<br>2051 GAUSE BLVD<br>SLIDELL LA 70461 | 020137P001-1435A-598<br>WINE SELLER AND HABANOS<br>1567 GAUSE BLVD<br>SLIDELL LA 70458 | 011074P001-1435A-598<br>WING ZONE<br>1900 BARATARIA BLVD<br>MARRERO LA 70072 |
| 020138P001-1435A-598<br>WINGATE BY WYNDAM SULPHUR<br>300 ARENA RD<br>SULPHUR LA 70665 | 016513P001-1435A-598<br>WINGATE BY WYNDHAM<br>228 BLANCHARD ST<br>WEST MONROE LA 71291 | 018976P001-1435A-598<br>WINGATE BY WYNDHAM ATLANTA<br>GALLERIA / BALLPARK<br>2762 COBB PKWY SOUTHEAST<br>ATLANTA GA 30339 | 014146P001-1435A-598<br>WINGATE BY WYNDHAM SULPHUR<br>300 ARENA RD<br>SULPHUR LA 70665 |
| 014147P001-1435A-598<br>WINGATE BY WYNDHAM WEST MONROE<br>228 BLANCHARD ST<br>WEST MONROE LA 71291 | 011075P001-1435A-598<br>WINGATE LAFAYETTE AIRPORT<br>702 E KALISTE SALOOM RD<br>LAFAYETTE LA 70508 | 011076P001-1435A-598<br>WINGATE LAKE CHARLES<br>1731 W PRIEN LAKE RD<br>LAKE CHARLES LA 70605 | 016514P001-1435A-598<br>WINGFOOT COMMERCIAL TIRE<br>1818 COLLINS BLVD<br>COVINGTON LA 70433 |
| 011077P001-1435A-598<br>WINN DIXIE<br>4627 WESTBANK EXPY<br>MARRERO LA 70072 | 026286P001-1435A-598<br>WINN DIXIE<br>5050 EDGEWOOD CT<br>JACKSONVILLE FL 32254 | 012544P001-1435A-598<br>WINN DIXIE STORES INC<br>PO BOX 7078<br>CROSSLANES WV 25356 | 012545P001-1435A-598<br>WINSPIRE, INC<br>23091 MILL CREEK DR<br>LAGUNA HILLS CA 92653 |
| 018977P001-1435A-598<br>WINSTON'S PUB AND PATIO<br>531 METAIRIE RD<br>METAIRIE LA 70005 | 017312P001-1435A-598<br>WIRE NUTS ELECTRIC<br>127 SETTER LN<br>PEARL RIVER LA 70452 | 021664P001-1435A-598<br>WISESKILLS RESOURSES<br>149 JOSEPHINE ST<br>STE B<br>SANTA CRUZ CA 95060 | 021665P001-1435A-598<br>WISS TECH ENTERPRISES<br>P O BOX 1002<br>SUGAR LAND TX 77487 |
| 018978P001-1435A-598<br>WISSTECH ENTERPRISES<br>PO BOX 1002<br>SUGER LAND TX 77487 | 021666P001-1435A-598<br>WIST RADIO<br>ERIC RICHEY<br>1218 B DECATUR ST<br>NEW ORLEANS LA 70116 | 020139P001-1435A-598<br>WITNESS ENTERTAINMENT JOSEPH SPINOSA<br>28400 BELL PK DR<br>LACOMBE LA 70445 | 041729P001-1435A-598<br>WIZARD CLEANING SVC INC<br>PO BOX 113495<br>METAIRIE LA 70011 |
| 017313P001-1435A-598<br>WIZARD SPORTS EQUIPMENT,INC<br>4883 E LA PALMA AVE UNIT 504<br>ANAHEIM CA 92807 | 002842P001-1435A-598<br>WIZARDZ<br>1125 6TH ST<br>GRETNA LA 70053 | 024005P001-1435A-598<br>WJH PHYSICIAN SVC<br>PO BOX 919147<br>DALLAS TX 75391 | 009455P001-1435A-598<br>WJS ENTERPRISES INC<br>PO BOX 54138<br>NEW ORLEANS LA 70154-4138 |

Case 2:20-cv-08346-1435A-598 Document 1 Filed 09/09/20 Page 1516 of 1525
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1516 of 1525
US First Class Mail
Exhibit Pages

Page # : 1198 of 1204                                              08/27/2025 05:46:03 PM

041567P001-1435A-598
WJS ENTERPRISES, INC
11725 INDUSTRIPLEX BLVD
STE 1
BATON ROUGE LA 70809

041568P001-1435A-598
WJS ENTERPRISES,INC
5701 CRAWFORD ST
STE H
NEW ORLEANS LA 70123

016489P002-1435A-598
WL. COHEN HIGH SCHOOL
2503 WILLOW ST
NEW ORLEANS LA 70113-3234

002844P001-1435A-598
WLAE TV
PO BOX 792497
NEW ORLEANS LA 70179-2497

017314P001-1435A-598
WLAE TV
3330 NORTH CAUSEWAY BLVD
METAIRIE LA 70002-3573

017315P001-1435A-598
WLM SUMMER MUSIC CAMP
DR JASON RINEHART
700 UNIVERSITY AVE
BIEDENHARN HALL 105
MONROE LA 71209-0250

017316P001-1435A-598
WLMG-FM
400 POYDRAS ST STE 800
NEW ORLEANS LA 70130

041569P001-1435A-598
WM CORPORATE SERVICES, INC
PO BOX 660345
DALLAS TX 75266-0345

041570P001-1435A-598
WM CORPORATE SERVICES, INC
PO BOX 4647
CAROL STREAM IL 60197

011078P001-1435A-598
WM SUPERCENTER
4001 BEHRMAN PL
NEW ORLEANS LA 70114

026391P001-1435A-598
WM SUPERCENTER
702 SW 8TH ST BENTONVILLE
ARKANSAS AK 72716

012529P001-1435A-598
WMATA
OFFICE OF FARES
DISB AND SALES
3301 EISENHOWER AVE
ALEXANDRIA VA 22314

012546P001-1435A-598
WMATA
OFFICE OF FARES
DISTRIBUTION AND SALES
3301 EISENHOWER AVE
ALEXANDRIA VA 22314

017317P001-1435A-598
WNOL-TV
PO BOX 741053
ATLANTA GA 30374

024006P001-1435A-598
WOLF INDUSTRIES INC
2233 E MAIN ST
MONTROSE CO 81401

018979P001-1435A-598
WOLFE DIVERSIFIED INDUSTRIES
223A WEST 9TH ST
ANDERSON IN 46016

011079P001-1435A-598
WOLFERMAN'S
2500 S PACIFIC HWY
MEDFORD OR 97501

024007P001-1435A-598
WOMAN'S CLINIC PA
4577 13TH ST
GULFPORT MS 39501

024008P001-1435A-598
WOMANS HOSPITAL
DEPT 267
PO BOX 4869
HOUSTON TX 77210

026701P001-1435A-598
WOMANS NEW LIFE CENTER
4612 S CLAIBORNE AVE
NEW ORLEANS LA 70125

024009P001-1435A-598
WOMENS MEDICAL CENTERS
515 WESTBANK EXPWY
GRETNA LA 70053

011080P001-1435A-598
WOMENS NEW LIFE CENTER
4612 S CLAIBORNE AVE
NEW ORLEANS LA 70125

017318P001-1435A-598
WOOD 'N' THINGS
1530 FRANKLIN AVE
GRETNA LA 70053

016515P001-1435A-598
WOOD MATERIALS, LLC
5821 RIVER RD
AVONDALE LA 70094

011081P001-1435A-598
WOODBURN PRESS
405 LITTELL AVE
DAYTON OH 45419

017319P001-1435A-598
WOODBURN PRESS
PO BOX 329
DAYTON OH 45409-0329

021667P001-1435A-598
WOODBURN PRESS
132 WOODBURN AVE
DAYTON OH 45419-3837

011082P001-1435A-598
WOODLANDS CONSERVANCY
1500 WOODLAND HWY
BELLE CHASSE LA 70037

Case 20-10846 Doc 14365-4 Filed 09/02/25 Entered 09/02/25 17:07:54 Exhibit Affidavit of Service Regarding Solicitation Packages Page 1517 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1199 of 1204

014148P001-1435A-598
WOODLAWN HIGH SCHOOL
ATTN:MARIA GONZALEZ
15755 JEFFERSON HWY
BATON ROUGE LA 70817

021668P001-1435A-598
WOODLAWN HIGH SCHOOL
MARIA GONZALES
15755 JEFFERSON HWY
BATON ROUGE LA 70817

014149P001-1435A-598
WOODS AIR CONDITIONING AND HEATING, INC
3513 HAWKSTON ST
JEFFERSON LA 70121

014150P001-1435A-598
WOODWIND AND BRASSWIND
PO BOX 7479
WESTLAKE VILLAGE CA 91359

016516P001-1435A-598
WOODWORK WARRIORS, LLC
3105 BRADBURY DR
MERAUX LA 70075

012547P001-1435A-598
WOOLLY THREADS, LLC
2987 GOVERNMENT ST
STE A
BATON ROUGE LA 70806

016517P001-1435A-598
WORD ON FIRE CATHOLIC MINISTRIES
5215 OLD ORCHARD RD
STE 410
SKOKIE IL 60077

009404P001-1435A-598
WORKPLACE SOLUTIONS
PO BOX 649
JACKSON MS 39205

021669P001-1435A-598
WORLD ALMANAC EDUCATION
P O BOX 98790
CHICAGO IL 60693

010094P001-1435A-598
WORLD BOOK INC
WORLD BOOK SCHOOL AND LIBRARY
PO BOX 856009
LOUISVILLE KY 40285-6009

041571P001-1435A-598
WORLD BOOK INC
POST OFFICE BOX 856009
LOUISVILLE KY 40285-6009

020140P001-1435A-598
WORLD CLASS ATHLETIC SURFACES
PO BOX 152
LELAND MS 38756-0152

020141P001-1435A-598
WORLD CLASS AWARDS
4435 SIMONTON RD
FARMERS BRANCH TX 75244

021670P001-1435A-598
WORLD CLASS CAPS
9504 CABERNET DR
BATON ROUGE LA 70817

016518P001-1435A-598
WORLD CUP SOCCER
23478 STABLEWOOD CIR
PASS CHRISTIAN MS 39571

021671P001-1435A-598
WORLD GULF COAST COACHING CLINIC
PO BOX 1244
HAMMOND LA 70404

010095P001-1435A-598
WORLD LIBRARY PUBLICATIONS
PO BOX 2703
SCHILLER PARK IL 60176

002846P001-1435A-598
WORLD LIBRARY PUBLICATIONS JS PALUCH CO INC
PO BOX 2703
SCHILLER PARK IL 60176

011083P001-1435A-598
WORLD MARKET
1617 WESTBANK EXPY
HARVEY LA 70058

041572P001-1435A-598
WORLD PAY
8500 GOVERNORS HILL DR
SYMMES TOWNSHIP OH 45249

020142P001-1435A-598
WORLD SPORTING GOODS INC
PO BOX 579
STAPLETON AL 36578-0579

011084P001-1435A-598
WORLD STRIDES
125 S AUGUSTA ST
STAUNTON VA 24401

011085P001-1435A-598
WORLD VISION
3325 ROY ORR BLVD
GRAND PRAIRIE TX 75050

009367P001-1435A-598
WORLD'S FINEST CHOCOLATE
8264 SOLUTIONS CTR
CHICAGO IL 60677-8002

014151P001-1435A-598
WORLDWIDE SPIRIT ASSOCIATION
14141 AIRLINE HWY
BLD 3 STE D
BATON ROUGE LA 70817

021672P001-1435A-598
WORLDWIDE SPORT SUPPLY
145 N JENSEN RD
VESTAL NY 13850

002847P001-1435A-598
WORLEY ACOUSTICS
10134 HAMMERLY BLVD #114
HOUSTON TX 77080

002848P001-1435A-598
WORLEY AND HARIRI OCULOPLASTIC SURGE  #14441C
PO BOX 14000
BELFAST ME 04915-4033

Case 20-10846 Doc 4335-4 Filed 09/02/25 Entered 09/02/25 14:07:51 RPC Exit - Affidavit 1518
of Service Regarding Solicitation Packages Page 1518 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 024010P001-1435A-598<br>WORLEY HARIRI OCULOPLASTIC SUR<br>PO BOX 14441<br>BELFAST ME 04915 | 021673P001-1435A-598<br>WORSHIPNOW PUBLISHING LLC<br>2909 BROAD WING AVE<br>PANAMA CITY FL 32405 | 041573P001-1435A-598<br>WORTH AVE GROUP, LLC<br>PO BOX 2077<br>STILLWATER OK 74076 | 034783S001-1435A-598<br>WORTH CENTER JDCIAL CRRCTONS<br>BRENT BURK<br>PO BOX 5305<br>LIMA OH 45802-5305 |
| 035592S001-1435A-598<br>WORTH CENTER JDCIAL CRRCTONS<br>RAVEN MILLER<br>PO BOX 5305<br>LIMA OH 45802-5305 | 036728S001-1435A-598<br>WORTH CENTER JDCIAL CRRCTONS<br>ADAM BLEVINS<br>PO BOX 5305<br>LIMA OH 45802-5305 | 010118P001-1435A-598<br>WORTHINGTON DIRECT<br>6301 GASTON AVE<br>DALLAS TX 75214 | 021674P001-1435A-598<br>WORTHINGTON DIRECT<br>6301 GASTON AVE<br>STE #670<br>DALLAS TX 75214-0038 |
| 021675P001-1435A-598<br>WOSSMAN HIGH SCHOOL<br>1600 ARIZONA DR<br>MONROE LA 71202 | 024011P001-1435A-598<br>WOUND CARE NP OF SOUTHEAST LA<br>200 BELLINGRATH PL<br>MADISONVILLE LA 70447 | 016519P001-1435A-598<br>WOUNDED WARRIOR PROJECT<br>COMMUNITY EVENTS<br>PO BOX 758517<br>TOPEKA KS 66675 | 020143P001-1435A-598<br>WOUNDED WARRIOR PROJECT<br>PO BOX 758517<br>TOPEKA KS 66675 |
| 016520P001-1435A-598<br>WOVENART, INC DBA BLANKETWORX<br>PO BOX 271<br>COLUMBUS NC 28722 | 016521P001-1435A-598<br>WOW 21 CLARION<br>109 NEW CAMELIA BLVD<br>STE 100<br>COVINGTON LA 70433 | 011086P001-1435A-598<br>WOW CAFE AND WINGERY<br>1720 E JUDGE PEREZ DR<br>CHALMETTE LA 70043 | 021676P001-1435A-598<br>WOW CAFE AND WINGERY<br>150 BELLE TERRE BLVD<br>LAPLACE LA 70068 |
| 011087P001-1435A-598<br>WOW CAR WASH<br>1328-1350 MANHATTAN BLVD<br>HARVEY LA 70058 | 011088P001-1435A-598<br>WPREALVNC LTD<br>104 HILLS RD<br>CAMBRIDGE CB2 1LQ<br>UNITED KINGDOM | 018980P001-1435A-598<br>WRBH RADIO<br>3606 MAGAZINE ST<br>NEW ORLEANS LA 70115 | 017320P001-1435A-598<br>WRESTLING MART<br>22 MAUCHLY<br>IRVINE CA 92618 |
| 002849P001-1435A-598<br>WRIGHT NATIONAL FLOOD INS CO<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 | 000085P001-1435S-598<br>WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 | 029860P001-1435A-598<br>WRIGHT NATIONAL FLOOD INSURANCE CO<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 | 016522P001-1435A-598<br>WRIGHT WAY ELECTRIC LLC<br>1206 MOISANT ST<br>KENNER LA 70062-6552 |
| 016523P001-1435A-598<br>WRITE COLLECTION<br>4240 HWY 22<br>MANDEVILLE LA 70471 | 009195P001-1435A-598<br>WRITE ON STATIONERY<br>1455 CALHOUN ST<br>NEW ORLEANS LA 70118 | 018981P001-1435A-598<br>WRKN-FM CUMULUS MEDIA - NEW ORLEANS<br>3648 MOMENTUM PL<br>CHICAGO IL 60689-5336 | 018956P001-1435A-598<br>WS NEAL HIGH SCHOOL<br>COACH JT GOSNELL<br>801 ANDREW JACKSON ST<br>EAST BREWTON AL 36426 |

Case 2:20-cv-08346-... Case 2:20-... Doc... Filed 09/01/25 ... Page 1519
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1519 of 1525
US First Class Mail
Exhibit Pages

010119P001-1435A-598
WWL
DEPT AT 40496
ATLANTA GA 31192-0496

017321P001-1435A-598
WWL
PO BOX 637386
CINCINNATI OH 45263-7386

018982P001-1435A-598
WWL-TV
DEPT 730041
PO BOX 660919
DALLAS TX 75266-0919

026447P001-1435A-598
WWW TICKETPRINTING COM
PO BOX 6934
22 SOUTH CENTRAL AVE
HARLOWTON MT 59036

011089P001-1435A-598
WWWARCHBISHOPSHAWORG
1000 SALESIAN LN
MARRERO LA 70072

026448P001-1435A-598
WWWPLATEPASSCOM
1150 N ALMA SCHOOL RD
MESA AZ 85201

020144P001-1435A-598
WYLK
NORTHSHORE BROADCASTING
200 E THOMAS ST
HAMMOND LA 70401

026537P001-1435A-598
WYNDAM GARDEN SHREVEPORT
1419 E 70TH ST
SHREVEPORT LA 71105

018983P001-1435A-598
WYNDHAM GARDEN SHREVEPORT
1419 E 70TH ST
SHREVEPORT LA 71105

011090P001-1435A-598
WYNDHAM HOTELS
124 ROYAL ST
NEW ORLEANS LA 70130

029880P001-1435A-598
WYNHOVEN HEALTH CARE
WAYNE PLAISANCE
1000 HOWARD AVE
9TH FLOOR
NEW ORLEANS LA 70113

029879P001-1435A-598
WYNHOVEN HEALTH CARE  1
WAYNE PLAISANCE
1000 HOWARD AVE
10TH FLOOR
NEW ORLEANS LA 70113

002854P001-1435A-598
WYNN KAPIT DDS APDC
3024 KINGMAN ST
METAIRIE LA 70006

016524P001-1435A-598
WYRED SYSTEMS
104 TUNICA PL
MANDEVILLE LA 70471

016525P001-1435A-598
X FUSION FITNESS CENTER
1455 N COLLINS BLVD
COVINGTON LA 70433

024012P001-1435A-598
X PRESS X RAY INC
3400 DIVISION ST
METAIRIE LA 70002

011092P001-1435A-598
X-GRAIN
8667 KAPP DR
PEOSTA IA 52068

024015P002-1435A-598
X-RAY ASSOCIATES INC
PO BOX 8880
CRANSTON RI 02920-0880

020145P001-1435A-598
XAVERIAN BROTHERS
BR JIM MALONE
1711 TIDEWATER DR
SLIDELL LA 70458

020146P001-1435A-598
XAVERIAN BROTHERS
4409 FREDERICK AVE
BALTIMORE MD 21229

021677P001-1435A-598
XAVIER PREP
5116 MAGAZINE ST
NEW ORLEANS LA 70115

002855P001-1435A-598
XAVIER PREP ALUMNI ASSOCIATION
5116 MAGAZINE ST
NEW ORLEANS LA 70115

011091P001-1435A-598
XAVIER UNIVERSITY
1 DREXEL DR
NEW ORLEANS LA 70125

002856P001-1435A-598
XAVIER UNIVERSITY INSTITUTE FOR
BLACK CATHOLIC STUDIES
1 DREXEL DR
NEW ORLEANS LA 70125

002857P001-1435A-598
XAVIER UNIVERSITY OF LA
1 DREXEL DR BOX 49
NEW ORLEANS LA 70125

041574P001-1435A-598
XCEL SECURITY SYSTEMS, LLC
80517 MEADOWLAWK LOOP
BUSH LA 40431

021678P001-1435A-598
XEROX CORP ADMIN #180
PO BOX 802555
CHICAGO IL 60680-2555

021679P001-1435A-598
XEROX CORP TEACH LOUNGE #156
PO BOX 802555
CHICAGO IL 60680-2555

Case 20-10846 Doc 3635-4 Filed 09/02/25 Entered 09/02/25 17:54:01 RP Exc 4 - Affidavit of Service Regarding Solicitation Packages Page 1520 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041575P001-1435A-598
XEROX FINANCIAL SERVICES, LLC
201 MERRITT 7
NORWALK CT 06851

021680P001-1435A-598
XEROX FINANCIAL SVC
PO BOX 202882
DALLAS TX 75320-2882

029885P001-1435A-598
XEROX FINANCIAL SVC LLC
201 MERRITT 7
NORWALK CT 06581

021681P001-1435A-598
XEROX SUPPLIES
PO BOX 802555
CHICAGO IL 60680-2555

024013P001-1435A-598
XMED OXYGEN AND MEDICAL EQUIPMENT
STE 400 804 SUMMER PARK DR
STAFFORD TX 77477

024014P001-1435A-598
XPRESS RAY INC
3400 DIVISION ST
METAIRIE LA 70002

018984P001-1435A-598
XTECH PROTECTIVE EQUIPMENT, LLC
5 JOHN HENRY DR
MONTVILLE NJ 07045

012548P001-1435A-598
XTREME INFLATABLES OF LA LLC
1507 CORBIN RD
HAMMOND LA 70401

024016P001-1435A-598
XTREME PHYSICAL THERAPY
3300 BEHRMAN PL
NEW ORLEANS LA 70114

024017P001-1435A-598
XUAN T PHAM OD LLC
PO BOX 1673
METAIRIE LA 70004

014152P001-1435A-598
YANKEE CANDLE FUNDRAISING
PO BOX 3750
BOSTON MA 02241-3750

021682P001-1435A-598
YANKEE CANDLE FUNDRAISING
AC # 999975807
PO BOX 3750
BOSTON MA 02241-3750

014153P001-1435A-598
YE OLDE COLLEGE INN
3000 SOUTH CARROLLTON AVE
NEW ORLEANS LA 70118

012549P001-1435A-598
YEAGER BASEBALL
300 OZONE PK RD
COVINGTON LA 70433

041576P001-1435A-598
YEAR ROUND HEATING AND AC CO, INC
680 EAST I-10 SERVICE RD
SLIDELL LA 70461

012550P001-1435A-598
YELLOW BUTTERFLY CUSTOM EMBROIDERY, LLC
48 ZINNIA DR
COVINGTON LA 70433

041577P001-1435A-598
YELLOW CANYON CREATIONS
7608 WILSON ST
HARAHAN LA 70123

018985P001-1435A-598
YICOMPETE
761 SOUTH 3RD AVE
HARTFORD AL 36344

018986P001-1435A-598
YMCA OF GREATER NEW ORLEANS
EAST JEFFERSON FAMILY YMCA
6691 RIVERSIDE DR
METAIRIE LA 70003

018987P001-1435A-598
YOUNG LASALLIAN ASSEMBLY
ST MARYS COLLEGE
1928 SAINT MARYS RD
MORAGA CA 94575

041578P001-1435A-598
YOUNG'S DRY CLEANING
6223 S CLAIBORNE AVE
NEW ORLEANS LA 70125

002861P001-1435A-598
YOUNG'S DRYCLEANING
5357 FRANKLIN AVE
NEW ORLEANS LA 70122

016526P001-1435A-598
YOUR CO STORE
PO BOX 23701
NEW ORLEANS LA 70183

020147P001-1435A-598
YOURMEMBERSHIPCOM
300 FIRST AVE SOUTH
STE 300
SAINT PETERSBURG FL 33701

018988P001-1435A-598
YOUSCIENCE
615 MAIN ST
NASHVILLE TN 37206

021683P001-1435A-598
YOUTH SPECIALTIES
P O BOX 623
HOLMES PA 19043-0623

011093P001-1435A-598
YOUTHLIGHT INC
105 FAIRWAY POND DR
CHAPIN SC 29036

014154P001-1435A-598
YP
PO BOX 5010
CAROL STREAM IL 60197-5010

Case 2:24-cv-04268 Document 1-4 Filed 09/01/25 Page 1521 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1521 of 1525
US First Class Mail
Exhibit Pages

024018P001-1435A-598
YPS ANESTHESIA LOUISIANA
DEPT 400
PO BOX 4388
HOUSTON TX 77210

009218P001-1435A-598
YUR EVENT RENTAL
21 VETERANS MEMORIAL BLVD
KENNER LA 70062

018989P001-1435A-598
YUR EVENT RENTALS
21 VETERANS MEMORIAL BLVD
KENNER LA 70062

017322P001-1435A-598
YVONNE SOMERS LEGER
316 BRIARMEADE ST
GRETNA LA 70056

018990P002-1435A-598
Z2 SYSTEMS, INC
4545 N RAVENSWOOD AVE
CHICAGO IL 6640-5201

016527P001-1435A-598
ZACARY PROPERTY RENTALS, LLC
ROBERT ZACARY
50 EAST CT UNIT 1
MANDEVILLE LA 70471

016528P001-1435A-598
ZACHARY ATHLETIC FOUNDATION
4100 BRONCO LN
ZACHARY LA 70791

016529P001-1435A-598
ZACHARY HIGH SCHOOL
4100 BRONCO LN
ZACHARY LA 70791

026702P001-1435A-598
ZACHARY HIGH SCHOOL
4100 SCHOOL ST
ZACHARY LA 70791

031035P001-1435A-598
ZACHARY WILLIAMS

011094P001-1435A-598
ZACKS FAMOUS FROZEN YOGURT
5801 W PK AVE
HOUMA LA 70364

041579P001-1435A-598
ZAHN'S
PO BOX 366
KENNER LA 70063

016530P001-1435A-598
ZAHOUREK SYSTEMS, INC
2198 W 15TH ST
LOVELAND CO 80538

009427P001-1435A-598
ZANER-BLOSER EDUCATIONAL PUBLISHERS
PO BOX 16764
COLUMBUS OH 43216-6764

021684P001-1435A-598
ZAPP'S POTATO CHIPS
P O BOX 1533
GRAMERCY LA 70052-1533

011095P001-1435A-598
ZAPPOSCOM
400 EAST STEWART AVE
LAS VEGAS NV 89101

017323P001-1435A-598
ZAUN SALES
1534 IRVING AVE
GLENDALE CA 91201

026203P001-1435A-598
ZEA CLEARVIEW
4450 VETERANS BLVD
METAIRIE LA 70006

011096P001-1435A-598
ZEA ROTISSERIE AND GRILL
1121 MANHATTAN BLVD
HARVEY LA 70058

041580P001-1435A-598
ZEARN
PO BOX 20
NEW YORK NY 10116

026392P001-1435A-598
ZEAS ST CHARLES
1525 ST CHARLES AVE
NEW ORLEANS LA 70130

002863P001-1435A-598
ZEIGLER TREE AND TIMBER
1930 COLLINS BLVD
COVINGTON LA 70433

012551P001-1435A-598
ZEIGLER TREE REMOVAL
1930 COLLINS BLVD
COVINGTON LA 70433

016531P001-1435A-598
ZEIGLER TREE REMOVAL CO
1930 COLLINS BLVD
COVINGTON LA 70433

021685P001-1435A-598
ZEPHYR
PO BOX 1618
AFTON WY 83110

024019P001-1435A-598
ZEPHYR ANESTHESIA LLC
DEPT 2021
PO BOX 11407
BIRMINGHAM AL 35246

018991P001-1435A-598
ZEPHYR GRAF-X
PO BOX 304
STILLWATER MN 55082

016532P001-1435A-598
ZEPHYR HATS
5443 EARHART RD
LOVELAND CO 80538

Case 20-10846 Doc 3365-4 Filed 09/02/25 Entered 09/02/25 07:54 Page 1522
Case 20-10846 Doc 3365-4 Filed 09/02/25 Entered 09/02/25 07:54 PG Exhibit - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1522 of 1525
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 020148P001-1435A-598<br>ZEPHYR THE HAT<br>PO BOX 304<br>STILLWATER MN 55082 | 017324P002-1435A-598<br>ZERINGUE DISTRIBUTORS<br>PO BOX 186<br>HARVEY LA 70059-0186 | 021686P001-1435A-598<br>ZERINGUES PLUMBING AND MECHANICAL INC<br>P O DRAWER B<br>NEW SARPY LA 70078 | 020149P001-1435A-598<br>ZERO SPORTS<br>5801-B SIEGEN LN<br>BATON ROUGE LA 70809 |
| 024020P001-1435A-598<br>ZETA HOME HEALTH CARE<br>PO BOX 27968<br>SALT LAKE CITY UT 84127 | 024021P001-1435A-598<br>ZETA HOME HEALTH CARE<br>STE C 550 ELMWOOD PARK BLVD<br>HARAHAN LA 70123 | 018992P001-1435A-598<br>ZIEGLER CO, F C<br>2111 E 11TH ST STE A-B<br>TULSA OK 74104 | 011097P001-1435A-598<br>ZINSEL GLASS<br>242 VILLEMAR PL<br>TERRYTOWN LA 70056 |
| 041581P001-1435A-598<br>ZINSEL GLASS AND MIRROR LLC<br>242 VILLEMAR PL<br>TERRYTOWN LA 70056 | 002865P001-1435A-598<br>ZOE'S BAKERY INC<br>118 WEST 32ND AVE<br>COVINGTON LA 70433 | 024022P001-1435A-598<br>ZOLL SVC LLC<br>121 GAMMA DR<br>PITTSBURGH PA 15238 | 024023P001-1435A-598<br>ZOLL SVC LLC<br>PO BOX 644321<br>PITTSBURGH PA 15264 |
| 020150P001-1435A-598<br>ZONES<br>1102 125TH ST SW STE 102<br>AUBURN WA 98001 | 021687P001-1435A-598<br>ZONES INC<br>PO BOX 34740<br>SEATTLE WA 98124-1740 | 014155P001-1435A-598<br>ZOO 2 U<br>82089 HWY 25<br>FOLSOM LA 70437 | 009403P001-1435A-598<br>ZOOBOOKS<br>PO BOX 6321<br>HARLAN IA 51593-5821 |
| 024024P001-1435A-598<br>ZOOM MANAGEMENT<br>1455 NW IRVING ST STE 600<br>PORTLAND OR 97209 | 021688P001-1435A-598<br>ZORA CHRISTINA CATERING<br>2236 COUNTRY CLUB DR<br>LA PLACE LA 70068-1818 | 002868P002-1435A-598<br>ZUPPARDO FAMILY SUPER MARKETS INC<br>5010 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70006 | 037107P002-1435A-598<br>ZUPPARDO FAMILY SUPER MARKETS INC<br>JENNIFER ZUPPARDO<br>5010 VETERANS BLVD<br>METAIRIE LA 70006 |
| 014156P001-1435A-598<br>ZUPPARDO'S<br>5010 VETERANS BLVD<br>METAIRIE LA 70006 | 009156P001-1435A-598<br>ZURICH CLASSIC OF NEW ORLEANS<br>11005 LAPALCO BLVD<br>AVONDALE LA 70094-6201 | 024025P001-1435A-598<br>ZYNEX MEDICAL<br>PO BOX 840932<br>DALLAS TX 75284 | 011098P001-1435A-598<br>ZZOUNDS<br>8 THORNTON RD<br>OAKLAND NJ 07436 |

Records Printed : **33708**

# EXHIBIT S

Case 20-10846 Doc 4556-4 Filed 09/10/25 Entered 09/10/25 14:07:54 Exhibit 4 - Filed
The Roman Catholic Church of the Archdiocese of New Orleans
of Service Regarding Solicitation Packages Page 1524 of 1525
US First Class Mail
Exhibit Pages

040816P001-1435A-598
BANK OF AMERICA, NA/GWIM TRUST OPERATIONS
SHARON BROWN
1201 MAIN STREET
9TH FLOOR
DALLAS TX 75202

040787P001-1435A-598
CHARLES SCHWAB & CO., INC.
CORPORATE ACTIONS DEPT.: 01-1B572
CHRISTINA YOUNG
2423 E LINCOLN DRIVE
PHOENIX AZ 85016-1215

040823P001-1435A-598
DTC
55 WATER ST
FL 3
NEW YORK NY 10041

040779P002-1435A-598
EDWARD D JONES AND CO
ELIZABETH ROLWES
CORPORATE ACTIONS
201 PROGRESS PARKWAY
MARYLAND HEIGHTS MO 63043-3042

040778P001-1435A-598
EDWARD D. JONES & CO.
DEREK ADAMS
12555 MANCHESTER ROAD
ST LOUIS MO 63131

040775P001-1435A-598
GOLDMAN, SACHS & CO.
ATTN: STEVE BERRIOS - CORPORATE ACTIONS
100 BURMA ROAD
JERSEY CITY NJ 07305

040776P001-1435A-598
GOLDMAN, SACHS & CO.
PROXY HOTLINE 1
30 HUDSON STREET
PROXY DEPARTMENT
JERSEY CITY NJ 07302

040803P001-1435A-598
INTERACTIVE BROKERS RETAIL EQUITY CLEARING
KARIN MCCARTHY
8 GREENWICH OFFICE PARK
GREENWICH CT 06831

040796P001-1435A-598
JANNEY MONTGOMERY SCOTT LLC
ATTN: BRENDAI KIRBY
1717 ARCH STREET
19TH FLOOR
PHILADELPHIA PA 19103

040797P001-1435A-598
JANNEY MONTGOMERY SCOTT LLC
ATTN: KURT DODDS
1717 ARCH STREET
19TH FLOOR
PHILADELPHIA PA 19103

040798P001-1435A-598
JANNEY MONTGOMERY SCOTT LLC
ATTN: CORPORATE ACTIONS DEPARTMENT
1717 ARCH STREET, 19TH FLOOR
PHILADELPHIA PA 19103

040799P001-1435A-598
JANNEY MONTGOMERY SCOTT LLC
REGINA LUTZ
1801 MARKET STREET, 9TH FLOOR
PHILADELPHIA PA 19103-1675

040800P001-1435A-598
JANNEY MONTGOMERY SCOTT LLC
MARK F. GRESS
C/O MEDIANT COMMUNICATIONS INC.
200 REGENCY FOREST DRIVE
CARY NC 27518

040814P001-1435A-598
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
MARCIN BIEGANSKI
ASSOCIATE
14201 DALLAS PKWY
FLOOR 12 - CORP ACTIONS DEPT
DALLAS TX 75254

040815P001-1435A-598
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
SACHIN GOYAL
500 STANTON CHRISTIANA ROAD
OPS 4, FLOOR 02
NEWARK DE 19713-2107

040784P002-1435A-598
LPL FINANCIAL CORP
KRISTIN KENNEDY
CORPORATE ACTIONS
1055 LPL WAY
FORT MILL SC 29715

040783P001-1435A-598
LPL FINANCIAL CORPORATION
CORPORATE ACTIONS
KRISTIN KENNEDY
9785 TOWNE CENTRE DRIVE
SAN DIEGO CA 92121-1968

040785P001-1435A-598
LPL FINANCIAL LLC
4707 EXECUTIVE DRIVE
SAN DIEGO CA 92121

040822P002-1435A-598
MERRILL LYNCH PIERCE FENNER AND SMITH
DTC 8862
EARL WEEKS
4804 DEERLAKE DR. E.
JACKSONVILLE FL 32246

040777P001-1435A-598
MORGAN STANLEY SMITH BARNEY LLC
JOHN BARRY
1300 THAMES ST
6TH FLOOR
BALTIMORE MD 21231

040790P001-1435A-598
NATIONAL FINANCIAL SERVICES LLC
PETER CLOSS
499 WASHINGTON BLVD.
JERSEY CITY NJ 07310

040791P001-1435A-598
NATIONAL FINANCIAL SERVICES LLC
JOANNE PADARATHSIGN
499 WASHINGTON BLVD
JERSEY CITY NJ 07310

040792P001-1435A-598
NATIONAL FINANCIAL SERVICES LLC
CORP ACTIONS
200 SEAPORT BOULEVARD, Z1B
BOSTON MA 02210

040804P001-1435A-598
OPPENHEIMER & CO. INC.
ATTN: SUSAN STOIA
85 BROAD STREET
NEW YORK NY 10004

040805P001-1435A-598
OPPENHEIMER & CO. INC.
ATTN: FRAN BANSON
85 BROAD STREET
NEW YORK NY 10004

040806P001-1435A-598
OPPENHEIMER & CO. INC.
ATTN: CORPORATE ACTIONS
85 BROAD STREET
NEW YORK NY 10004

040807P001-1435A-598
OPPENHEIMER & CO. INC.
OSCAR MAZARIO
85 BROAD STREET
NEW YORK NY 10004

040801P001-1435A-598
PERSHING LLC
JOSEPH LAVARA
ONE PERSHING PLAZA
JERSEY CITY NJ 07399

Case 20-10846 Doc 4335-4 Filed 09/12/25 Entered 09/12/25 14:07:54 Exhibit - Affidavit
of Service Regarding Solicitation Packages Page 1525 of 1525

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

040802P001-1435A-598
PERSHING LLC
ATTN: TIFFANY WILLIAMS
CORPORATE ACTIONS
ONE PERSHING PLAZA
10TH FLOOR
JERSEY CITY NJ 07399

040808P001-1435A-598
RAYMOND JAMES & ASSOCIATES, INC.
ATTN: ELAINE MULLEN
CORPORATE ACTIONS
880 CARILLON PARKWAY
ST. PETERSBURG FL 33716

040809P001-1435A-598
RAYMOND JAMES & ASSOCIATES, INC.
ROBERTA GREEN
880 CARILION PARKWAY
SAIT PETERSBURG FL 33716

040793P001-1435A-598
RBC CAPITAL MARKETS, LLC
STEVE SCHAFER SR
ASSOCIATE
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400

040794P001-1435A-598
RBC CAPITAL MARKETS, LLC
ATTN: REORG DEPARTMENT
60 S 6TH ST
MINNEAPOLIS MN 55402

040795P001-1435A-598
RBC CAPITAL MARKETS, LLC
SHANNON JONES
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400

040821P001-1435A-598
RELIANCE TRUST COMPANY/FIS GLOBAL PLUS
CORPORATE ACTIONS
1100 ABERNATHY ROAD
500 NORTHPARK BUILDING SUITE 400
ATLANTA GA 30328

040820P001-1435A-598
RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE
CORPORATE ACTIONS
JULIE  MCGUINESS
1100 ABERNATHY ROAD
500 NORTHPARK BUILDING SUITE 400
ATLANTA GA 30328

040817P001-1435A-598
STATE STREET BANK AND TRUST COMPANY
PROXY SERVICES
CHRISTINE SULLIVAN; JERRY PARRILLA
1776 HERITAGE DR.
NORTH QUINCY MA 02171

040810P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
ATTN: ZACHARY J. RESMANN
501 N BROADWAY
ST. LOUIS MO 63102

040811P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
ATTN: CHRIS WIEGAND
501 N BROADWAY
ST. LOUIS MO 63102

040812P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
ATTN: TINA SCHWEITZER
ONE FINANCIAL PLAZA
501 N BROADWAY
ST. LOUIS MO 63102

040813P001-1435A-598
STIFEL, NICOLAUS & COMPANY, INCORPORATED
C/O MEDIAN COMMUNICATIONS
200 REGENCY FOREST DRIVE
CARY NC 27518

040818P001-1435A-598
THE BANK OF NEW YORK MELLON/FMSBONDS, INC.
CORP ACTIONS
16 WALL STREET, 5TH FLOOR
NEW YORK NY 10005

040819P001-1435A-598
U.S. BANK N.A.
STEPHANIE KAPTA
1555 N RIVERCENTER DRIVE
SUITE 302
MILWAUKEE WI 53212

040788P001-1435A-598
UBS FINANCIAL SERVICES INC.
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086

040789P001-1435A-598
UBS FINANCIAL SERVICES INC.
ATTN: CORPORATE ACTIONS
1000 HARBOR DRIVE
WEEHAWKEN NJ 07086

040780P001-1435A-598
VANGUARD MARKETING CORPORATION
PO BOX 1170
VALLEY FORGE PA 19482-1170

040781P001-1435A-598
VANGUARD MARKETING CORPORATION
100 VANGUARD BOULEVARD
MALVERN PA 19355

040782P001-1435A-598
VANGUARD MARKETING CORPORATION
ATTN: BEN BEGUIN
14321 N. NORTHSIGHT BOULEVARD
SCOTTSDALE AZ 85260

040786P001-1435A-598
WELLS FARGO CLEARING SERVICES, LLC
1 NORTH JEFFERSON AVENUE
ST. LOUIS MO 63103

Records Printed : **49**