**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK  )

I, Jennifer S. Goode, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 30th day of September 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the following documents:

    i.    Cover letter for Additional Debtors' Notice Package, a sample of which is attached hereto as Exhibit 1;

    ii.   Plan Ex. F – Additional Debtors' Abuse Claims Bar Date Notice, a sample of which is attached hereto as Exhibit 2;

    iii.  Plan Ex. G – Additional Debtors' Abuse Claims Bar Date Publication Notice, a sample of which is hereto as Exhibit 3;

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO00616

PP Ex.
6

1

    iv.    Plan Ex. H – Additional Debtors' Abuse Proof of Claim Form, a sample of which is attached hereto as <u>Exhibit 4</u>;

    v.    Plan Ex. J – Additional Debtors' Non-Trade Claims Bar Date Publication Notice, a sample of which is attached hereto as <u>Exhibit 5</u>; and

    vi.    Plan Ex. K – Additional Debtors' Non-Trade Proof of Claim Form, a sample of which is attached hereto as <u>Exhibit 6</u>

to be served via U.S. First Class Mail upon the parties as set forth on <u>Exhibit 7</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of October 2025, New York, New York.

By *Jennifer Goode*

Jennifer S. Goode

Sworn before me this
3rd day of October 2025

Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2029

RCCANO00616

.

# EXHIBIT 1

## NOTICE PACKAGE FOR ADDITIONAL DEBTOR CLAIMANTS

**Why am I receiving this Notice Package?**

You are receiving this Notice Package because you may have a claim against one of the 157 Catholic parishes, schools, or ministries ("**Catholic Entities**" or "**Additional Debtors**") affiliated with the Roman Catholic Church for the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**") and its ongoing bankruptcy case.

The Archdiocese and the Additional Debtors have submitted a Joint Plan of Reorganization that attempts to compensate all sexual abuse survivors through a settlement trust to be funded by the Archdiocese, the Additional Debtors, certain settling insurers, and other Non-Debtor Catholic Entities.

The Additional Debtors plan to file for bankruptcy if at least two-thirds of sexual abuse claimants who vote support the Joint Plan. A complete list of the Additional Debtors is attached as Exhibit B-1 of the Joint Plan of Reorganization and is available to view at www.NOLAchurchclaims.com or by calling 1-877-476-4389.

**If you are a Claimant who holds a trade claim or other unsecured claim that is not a personal injury or property damage claim against the Additional Debtors, you do not need to take any further action. Your claim will be paid in full under the Joint Plan without any further action needed on your part.**

If you hold a sexual abuse claim, a non-trade claim, or a personal injury or property damage claim against the Additional Debtors, you may need to take action to preserve your rights if you did not file a proof of claim against the Archdiocese or file a lawsuit against the Archdiocese or Additional Debtors by August 14, 2025:

- **Sexual Abuse Survivor**: You suffered sexual abuse at the hands of the clergy, employee, or other person affiliated with the Additional Debtors.

  o If you file a proof of claim against the Additional Debtors by **October 15, 2025**, you will receive a separate Solicitation Package and you will be eligible to vote on the Joint Plan. You will also be eligible to receive payment from the Settlement Trust.

  o If you file a proof of claim **between October 16, 2025, and December 2, 2025**, you will not be eligible to vote on the Joint Plan, but you may be entitled to compensation.

- **Personal Injury or Property Damage Claim against the Additional Debtors**: You sustained a personal injury (like a slip-and-fall, asbestos exposure, or other personal injury) or your property was damage by one of the Additional Debtors. NOTE: These are *not* Sexual Abuse Claims.

  o If you file a proof of claim against the Additional Debtors by **December 2, 2025**, you will preserve your rights against the Additional Debtors.

4

**What is included in the Notice Package?**

- **Additional Debtors' Abuse Claims Bar Date Notice:** "Multimillion Dollar Plan Proposed to Pay Sexual Abuse Claims in the Archdiocese of New Orleans Bankruptcy"

- **Additional Debtors' Abuse Claims Bar Date Publication Notice:** "Multimillion Dollar Plan Proposed to Pay Sexual Abuse Claims in the Archdiocese of New Orleans Bankruptcy"

- **Additional Debtors' Abuse Proof of Claim Form:** "Sexual Abuse Survivor Proof of Claim For the Additional Debtors' Bankruptcy Filings"

- **Additional Debtors' Non-Trade Claims Bar Date Publication Notice:** "Did you experience a personal injury or property damage involving a Catholic parish, school, or ministry in the Archdiocese of New Orleans?"

- **Additional Debtors' Non-Trade Proof of Claim Form**

# EXHIBIT 2

**LEGAL NOTICE**

## Multimillion Dollar Plan Proposed to Pay Sexual Abuse Claims in the Archdiocese of New Orleans Bankruptcy

### *Your rights could be impacted if you have Sexual Abuse Claims against Catholic parishes, schools, or ministries.*

- **Please read this notice carefully, as it may impact your rights regarding your Sexual Abuse Claim.**

- The Roman Catholic Church of the Archdiocese of New Orleans ("**Archdiocese**") and 157 related Catholic organizations ("**Catholic Entities**") have agreed to pay people who validly claim they were sexually abused by clergy or church personnel. This settlement would resolve claims against the Archdiocese and Catholic Entities through a joint bankruptcy plan ("**Joint Plan**").

- If you believe you were sexually abused in connection with the Archdiocese or any Catholic Entities, you may have an opportunity to vote on a bankruptcy plan that governs how claims will be funded and paid.

- Under the Joint Plan, qualifying Sexual Abuse Claims will be compensated through a Settlement Trust. The Joint Plan may only move forward if two-thirds of abuse claimants who vote, accept the Plan.

- If there are enough votes to accept the Plan, the Catholic Entities will file for bankruptcy to become part of the settlement alongside the Archdiocese.

- A Settlement Trust will be created to pay Sexual Abuse Claimants. If the Joint Plan is approved, you cannot sue the Archdiocese, Catholic Entities, or the Settling Insurers in the future on account of sexual abuse that occurred before the respective bankruptcy filings of the Archdiocese or the Catholic Entities.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE BANKRUPTCY | |
|---|---|
| **FILE A PROOF OF CLAIM** | If you have not already filed a proof of claim against the Archdiocese, or filed a lawsuit against the Archdiocese or any of the Catholic Entities, then filing a proof of claim is the only way to ensure you preserve any right to compensation. |
| **VOTE ON THE PLAN** | Vote to accept or reject the Joint Plan. |
| **OBJECT TO THE PLAN** | Tell the Bankruptcy Court what you do not like about the Joint Plan. |
| **DO NOTHING** | If you do nothing, and you have not filed a proof of claim or lawsuit as mentioned above, you will not be entitled to vote on the Joint Plan and may not receive any compensation from the Settlement Trust. |
| **CONFIRMATION HEARING** | If two-thirds or more of voters accept the Joint Plan, the Catholic Entities will file for bankruptcy. The Bankruptcy Court will hold a hearing to consider confirmation of the Joint Plan, beginning on November 17, 2025. |

**QUESTIONS? 1-877- 476-4389 (TOLL-FREE) OR VISIT WWW.NOLACHURCHCLAIMS.COM**

## BASIC INFORMATION

| **1.** | **Why was this notice issued?** |
|---|---|

The Bankruptcy Court authorized this notice.  You may have the right to file a Sexual Abuse Claim (if you have not already done so) and to vote on the proposed Joint Plan in this bankruptcy case if you were sexually abused by persons associated with the Archdiocese or Catholic Entities regardless of how old you are today.  This includes sexual abuse in connection with entities or activities associated with the Archdiocese, including schools, orphanages, parishes, or Catholic Charities.

The Archdiocese case is filed in the U.S. Bankruptcy Court for the Eastern District of Louisiana, and the case is known as *In re The Roman Catholic Church of the Archdiocese of New Orleans,* No. 20-10846 (Bankr. E.D. La.).  The Bankruptcy Court judge overseeing the case is the Honorable Meredith Grabill.

| **2.** | **Who are the Catholic Entities?** |
|---|---|

The Catholic Entities are 157 Catholic organizations related to the Archdiocese that have not yet filed for bankruptcy but plan to do so if at least two-thirds of Sexual Abuse Claimants who vote, support the Joint Plan. These organizations will contribute money to the Settlement Trust and include:

- Catholic parishes (individual churches)
- Catholic schools and academies
- Catholic Charities organizations
- Other Catholic ministries and agencies

A complete list of the Catholic Entities is available at www.NOLAchurchclaims.com or by calling 1-877-476-4389.  Please note, in the Joint Plan and Disclosure Statement, the Catholic Entities are referred to as "Additional Debtors."

| **3.** | **What is a debtor?** |
|---|---|

A debtor is a person or organization that has filed for bankruptcy protection. The Archdiocese is a debtor, and the Catholic Entities will become debtors only if enough Sexual Abuse Claimants vote to accept the Joint Plan.

| **4.** | **Do I need to file a proof of claim based on my sexual abuse?** |
|---|---|

**If you previously filed a proof of claim against the Archdiocese or a lawsuit against the Archdiocese or a Catholic Entity alleging sexual abuse on or before August 14, 2025:**

- You do NOT need to file a new claim.
- Your existing claim covers the Catholic Entities automatically.
- You can vote on the proposed Joint Plan.

QUESTIONS?  1-877-476-4389 (TOLL-FREE) OR VISIT WWW.NOLACHURCHCLAIMS.COM

#104077195v3

**If you have Sexual Abuse Claims against the Catholic Entities, and you have NOT filed a proof of claim against the Archdiocese or a lawsuit against the Archdiocese or a Catholic Entity on or before August 14, 2025:**

- You MUST file a claim using the Additional Debtors' Abuse Proof of Claim Form.
- If you file by October 15, 2025, you will be able to vote, and you may be entitled to compensation if the Bankruptcy Court approves the Joint Plan.
- If you file by December 2, 2025, you will not be able to vote, but you may be entitled to compensation if the Bankruptcy Court approves the Joint Plan.

## SEXUAL ABUSE CLAIMS

| 5. | What is considered sexual abuse? |
| --- | --- |

You have a Sexual Abuse Claim if you experienced sexual abuse. **Sexual abuse** is defined to include but is not limited to any of the following acts:

a. Touching by the abuser of the person's intimate body parts (genitals, breasts, or buttocks), touching by the person of the abuser's intimate body parts, showing pictures of the person's body or other persons' bodies, taking pictures of the person's body, showing pornography, or making images of the person while naked or engaged in any sexual activity, or any sexualized interaction, including observing the person in bathing, toileting, or undressing, which was made possible by the abuser's position of authority, or by the inducement of the abuser, or;

b. Sexual intercourse, simulated intercourse, masturbation, cunnilingus, fellatio, anal intercourse, or any intrusion, however slight, to the genital or anal openings:

    (i) Of the person's body by any part of the abuser's body or any object used by the abuser for this purpose;

    (ii) Of the person's body by any part of the abuser's body or by any part of the body of another person, or by any object used by the abuser or another person for this purpose;

c. Inappropriate physical contact and/or contact that infringes upon another's personal, physical boundaries, including but not limited to groping, kissing, extended hugging, and/or any unwelcomed touching;

d. Grooming or trying to create a special relationship, including but not limited to: talk of a sexual nature, talk of a romantic nature, communications expressing individual love to the person, as opposed to a salutation, providing material resources or experiences which induce the person into a relationship where trust is then violated; and

e. Sexualized acts between minors if encouraged or arranged by the abuser.

Please note that sexual abuse includes acts that would be considered a sexual offense under Louisiana law.

If you have a claim from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim (Official Bankruptcy Form 410).

| | |
|---|---|
| **6.** | **Who should file an Abuse Proof of Claim?** |

You should file an Abuse Proof of Claim if you have a Sexual Abuse Claim as defined above against the Catholic Entities and have not previously filed a proof of claim against the Archdiocese or filed a lawsuit against the Archdiocese or any of the Catholic Entities by August 14, 2025. You should file an Abuse Proof of Claim even if you:

- Did or did not report your sexual abuse to the Archdiocese or to anyone else;
- Believe the applicable statute of limitations may have run on your Sexual Abuse Claim;
- Previously asserted unsettled claims in connection with the sexual abuse;
- Previously had your Sexual Abuse Claim paid in full by the Archdiocese under a settlement, but you believe you may have additional Sexual Abuse Claims beyond what was released in the settlement agreement;
- Are included in, or represented by, another action with respect to your Sexual Abuse Claim, including *In re Boy Scouts of America and Delaware BSA, LLC (Bankr. D. Del.)*.

You may submit an Abuse Proof of Claim regardless of your age now or the length of time that has passed since the sexual abuse took place.

| | |
|---|---|
| **7.** | **What if I am still not sure if I have a Sexual Abuse Claim?** |

You should consult with an attorney if you have any questions, including whether you should file an Abuse Proof of Claim.

| | |
|---|---|
| **8.** | **How can I file my Abuse Proof of Claim?** |

**A copy of the Additional Debtors' Abuse Proof of Claim Form is enclosed. You may also obtain a copy of the form by following the instructions below.**

The Abuse Proof of Claim must be completed by you and mailed or submitted to Donlin, Recano & Company, LLC, the Bankruptcy Court-approved agent for the Debtor (the **"Claims Agent"**), **no later than December 2, 2025**, at **11:59 p.m. (Central Time)** as follows:

    a) If sent by mail, send to: Donlin, Recano & Company, LLC, Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 2053, New York, NY 10272-2042; or

b) If sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, LLC, c/o Angeion Group, Re: The Roman Catholic Church of the Archdiocese of New Orleans, 200 Vesey Street, 24th Floor, New York, NY 10281; or

c) If submitted electronically, by using the interface available at: https://www.donlinrecano.com/Clients/rcano/FileSexualAbuseClaim and following the instructions set forth therein.

An Abuse Proof of Claim Form sent by any other means (such as facsimile transmission or email through a different manner than described in (c) above) **will not** be accepted.

For additional copies of the Abuse Proof of Claim Form: (a) photocopy the enclosed Abuse Proof of Claim Form; (b) contact the claims agent Donlin, Recano & Company, LLC by e-mail at rcanoinfo@donlinrecano.com or phone, toll free at 1-877-476-4389, between the hours of 9:00 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, or (c) visit the Debtor's website at: https://www.donlinrecano.com/Clients/rcano/Index.

If you have questions, you can contact your attorney or call 1-877-476-4389 to speak to the Claims Agent. The Claims Agent can provide information about how to file a claim but cannot offer any legal advice.

Please note that the Archdiocese's staff and the Catholic Entities' staff are not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

| 9. | Will my information be kept confidential? |
|----|-------------------------------------------|

Your information will be kept confidential, subject to the limitations described below. The Bankruptcy Court has set up a procedure to protect your privacy. In order to protect your privacy, please do not file your Abuse Proof of Claim with the Bankruptcy Court. Instead, you must file according to the directions above.

Abuse Proofs of Claim will not be available to the public unless you choose to release that information by checking the box in Part 1 of the Abuse Proof of Claim Form. However, information about your Sexual Abuse Claim will be confidentially provided to the following parties:

- The Archdiocese, the Catholic Entities, and their attorneys and advisors;

- Certain insurers of the Archdiocese and the Catholic Entities, including authorized claims administrators of such insurers and their reinsurers and counsel;

- Attorneys for the Official Creditors' Committee and its members;

- Attorneys at the Office of the United States Trustee for the Eastern District of Louisiana;

- Honorable Michael Hogan (retired judge), the unknown claims representative appointed in the bankruptcy case;

- The Claims Agent (Donlin, Recano & Company, LLC);

- Any special arbitrator, mediator, or claims reviewer appointed to review and evaluate Sexual Abuse Claims;

- Any trustee, or functional equivalent thereof, appointed to administer payments to holders of Sexual Abuse Claims; and

- Such other persons that the Bankruptcy Court determines need the information in order to evaluate Sexual Abuse Claims.

Please note that information in your Abuse Proof of Claim may be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

## THE JOINT PLAN

**10.    What is the proposed Joint Plan and how will it compensate Sexual Abuse Claimants?**

The Archdiocese, the Catholic Entities, and the Official Creditors' Committee are asking the Bankruptcy Court to approve the Joint Plan to pay people who were sexually abused. The proposed settlement includes:

- $130 million in immediate cash from the Archdiocese and Catholic Entities.

- $20 million in additional payments from the Archdiocese and Catholic Entities.

- $50 million in additional payments from the Archdiocese and Catholic Entities.

- Approximately $29 million from insurance company settlements (see Question 11).

A Settlement Trust will be created to pay approved claims. If at least two-thirds of voters support the Joint Plan, the Catholic Entities will also file their own cases and join the settlement.

**11.    What is the Insurance Settlement and why is it important?**

The Archdiocese has filed a motion asking the Bankruptcy Court to approve settlement agreements with certain insurance companies. These agreements are designed to add at least $29,275,000 to the Settlement Trust for survivors, on top of the Archdiocese and Catholic Entities' contributions. Under these agreements, the insurers will buy back their insurance policies and related claims from the Archdiocese and Catholic Entities. In return, the insurers will receive protections from future lawsuits, including an injunction that prevents survivors from suing these insurers later for claims related to those policies. These protections will only take effect if the Court approves both the Joint Plan and the Insurance Settlement Motion. More

details about the Insurance Settlement Motion are available at www.NOLAchurchclaims.com or by calling 1-877-476-4389.

| 12. | What child protection provisions are part of the Joint Plan? |
|---|---|

The Joint Plan also provides for specific non-monetary protections for children. These are detailed in a separate document called the "Non-Monetary Plan Provisions to Foster Child Safety and Prevent Child Sexual Abuse," which is included as Joint Plan Exhibit E. This document lays out actions the Archdiocese and Catholic Entities agree to undertake to enhance child safety and reduce the risk of abuse including increased accountability and abuser discipline and transparency through oversight, record keeping and disclosure, and the publication of abuse related documents through an archive to be administered by an approved third-party academic institution.

| 13. | How much money could I get from the Joint Plan? |
|---|---|

Individual payments depend on several factors, including: (a) severity and nature of the abuse, (b) the total number of valid claims received, (c) the results of the Christopher Homes sale, (d) the results of litigation against a non-settling insurance company, and (e) the evaluation of claims by a neutral third-party reviewer (the "**Abuse Claims Reviewer**").

Because each claim is unique, exact payment amounts cannot be determined until all claims are reviewed. All approved claims will be paid from the Settlement Trust, and claimants with more severe and long-lasting impacts generally will receive higher payments.

| 14. | Does the Joint Plan cover punishment or deterrent damages? |
|---|---|

No. The Joint Plan explicitly states that claims for punitive or exemplary damages (punishment or deterrent damages) will not receive payment from the Settlement Trust. Claimants will only receive compensation for actual harm experienced.

| 15. | How was the Claims deadline set? |
|---|---|

The Joint Plan proposes that the Claims deadline be set on December 2, 2025, the last day of the confirmation hearing. Ultimately, the Bankruptcy Court will decide if the proposed deadline is approved.

## VOTING ON THE PLAN

| 16. | Who can vote on the Joint Plan? |
|---|---|

You can vote on the Joint Plan if you are:
- A Sexual Abuse Claimant who filed a claim or a lawsuit against the Archdiocese by August 14, 2025.
- A Sexual Abuse Claimant who filed a lawsuit against the Catholic Entities by August 14, 2025.

- A Sexual Abuse Claimant who files a claim against the Catholic Entities by October 15, 2025.

| **17.** | **How can I vote on the Joint Plan?** |
|---|---|

You or your attorney will receive a ballot if you are eligible to vote on the Joint Plan. To be counted, your signed Ballot indicating your acceptance or rejection of the Joint Plan must be received by Donlin, Recano & Company, LLC, the appointed claims and voting agent, no later than **11:59 p.m. (Central Time)** on **October 29, 2025**.

Ways to submit your vote:

- **Online at: https://bankruptcy.angeiongroup.com/Clients/rcano/Vote** - You will need your unique eBallot ID#: _____

- **By mail to:**

Donlin, Recano & Company, LLC
Re: Archdiocese of New Orleans -- Voting
P.O. Box 2053
New York, NY 10272-2042

- **By overnight delivery or hand delivery to:**

Donlin, Recano & Company, LLC, c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese of New Orleans
Attn: Voting Department
200 Vesey Street, 24th Floor
New York, NY 10281

## OBJECTING TO THE PLAN

| **18.** | **Can I object to the Joint Plan if I don't like it?** |
|---|---|

If you disagree with the Joint Plan or any part of it—including who is being released from future lawsuits—you can file a written objection with the Bankruptcy Court by **November 6, 2025, at 11:59 p.m. (Central Time)**. You can vote against the Joint Plan without filing an objection as well. If you do file an objection, your objection must include:

- Claimant's name and contact information.
- Clear and specific reasons for the objection.
- Supporting documentation or evidence (if applicable).

Objections must be filed in writing and sent to the Clerk of the Bankruptcy Court.

United States Bankruptcy Court
Eastern District of Louisiana

**QUESTIONS? 1-877-476-4389 (TOLL-FREE) OR VISIT WWW.NOLACHURCHCLAIMS.COM**

#104077195v3

500 Poydras St., Courtroom B709
New Orleans, Louisiana 70130

| 19. | What about Louisiana Law and Direct Action Rights? |
|---|---|

Under Louisiana law, you normally have the right to sue an insurance company directly, even if you never sued the Archdiocese or Catholic Entities. If the Joint Plan is approved, this "direct action" right will be permanently eliminated for the insurers participating in the settlement. A full list of Settling Insurers is in the Joint Plan and Schedule 3 of the Ballot and available at the website or by calling the toll-free number.

| 20. | What are the Settling Insurer injunctions? |
|---|---|

These injunctions mean that you will not be able to sue the insurers that are contributing money to the Settlement Trust. Even if the Joint Plan is approved, you will be able to sue the non-settling insurer.

## DOING NOTHING

| 21. | What happens if I do nothing? |
|---|---|

If you take no action, and the Joint Plan is approved by the Bankruptcy Court:

- **And you previously filed against the Archdiocese:** Your claim remains in place, and you will be bound by the Joint Plan's terms.
- **And you have not filed any claim:** You will lose all rights to compensation from the Archdiocese, Catholic Entities, and the settling insurance companies.

## THE CONFIRMATION HEARING

| 22. | When and where will the Bankruptcy Court decide whether to approve the Joint Plan? |
|---|---|

The Bankruptcy Court set a hearing, beginning on **November 17, 2025, at 9:00 a.m. CT**, to consider confirmation of the Joint Plan. The hearing will be held at the United States Bankruptcy Court, Eastern District of Louisiana 500 Poydras St., Courtroom B709, New Orleans, Louisiana 70130.

## ADDITIONAL INFORMATION

| **23.** | **How do I report my sexual abuse to the authorities?** |
|---|---|

Reporting the sexual abuse protects other persons. You can learn more about how to report sexual abuse at http://www.dcfs.louisiana.gov/page/109.

Please know that reporting sexual abuse is different than filing a proof of claim in the Archdiocese's bankruptcy case.

| **24.** | **What happens if I do not file any Abuse Proof of Claim?** |
|---|---|

If you fail to file any Sexual Abuse Claim in this bankruptcy (and you had not filed a lawsuit against the Archdiocese or the Catholic Entities on or before August 14, 2025), you may not be able to:

- Vote on the Joint Plan; or
- Receive any compensation from the Archdiocese, the Catholic Entities, or the settling insurers for your Sexual Abuse Claim.

| **25.** | **What is Chapter 11?** |
|---|---|

The main objectives of chapter 11 are to:

- Propose a plan of reorganization to address claims,
- Have eligible claimants vote to accept or reject the plan, and
- Implement the plan if the Bankruptcy Court approves it.

| **26.** | **What is a Disclosure Statement?** |
|---|---|

The Disclosure Statement is a summary of information about the Archdiocese, Catholic Entities and the Joint Plan. It contains more detailed information about the Archdiocese's history, litigation against the Archdiocese, and significant events that have led to the Joint Plan. It also provides more detail about the Joint Plan and what happens if the Joint Plan is approved by the Bankruptcy Court, including how claims will be resolved and payments will be made.

The Joint Disclosure Statement is available online at www.NOLAchurchclaims.com.

| **You may want to consult with an attorney regarding this notice and whether you should file an Abuse Proof of Claim or vote on the Joint Plan.** |
|---|

# EXHIBIT 3

**Legal Notice**

# Multimillion Dollar Proposed Plan to Pay Sexual Abuse Claims in the Archdiocese of New Orleans Bankruptcy

## Your rights could be impacted if you have sexual abuse claims against Catholic parishes, schools, or ministries. File your claim by December 2, 2025.

The Roman Catholic Church of the Archdiocese of New Orleans ("**Archdiocese**") and 157 affiliated Catholic organizations ("**Catholic Entities**") have agreed to compensate people who claim they were sexually abused by clergy or church personnel.

The Catholic Entities include Catholic parishes, schools, academies, Catholic Charities organizations, and other ministries. They plan to file for bankruptcy if at least two-thirds of sexual abuse claimants who vote support the Joint Plan. A complete list is available at www.NOLAchurchclaims.com or by calling 1-877-476-4389.

### What is the Joint Plan?

A Settlement Trust will be created to pay sexual abuse claimants. More money may be added from additional insurance settlements from a non-settling insurer. The Archdiocese has also asked the Court to approve separate settlement agreements with certain insurers that would add millions of dollars to the Trust. These agreements will only take effect if the Court confirms the Joint Plan and approves the settlement motion. The Joint Plan also includes rules for how money will be distributed and protections for children. If the Joint Plan is approved, you cannot sue the Archdiocese, Catholic Entities, or all but one of their insurers in the future. If the Joint Plan is approved, it will block any future claims against any insurance company except the non-settling insurer—even under Louisiana's "direct action" law that normally allows lawsuits against them.

### Who is eligible to receive money?

If you experienced sexual abuse involving the Archdiocese or any of the Catholic Entities, you may be eligible to receive money from the Settlement Trust. If you already filed an Abuse Proof of Claim in this bankruptcy case or filed and served a lawsuit against the Archdiocese or any of the Catholic Entities by **August 14, 2025**, your claim already includes the Catholic Entities—you do not need to file again.

If you have not yet filed a claim or lawsuit against the Catholic Entities, you must do so by **December 2, 2025** at **11:59 p.m. Central Time** to preserve your right to compensation. Missing the deadline may result in the permanent loss of your right to receive money from the Settlement Trust.

"Sexual abuse" includes unwanted sexual behavior, contact, comments, or any behavior—whether or not you realized it was abuse at the time.

### How to file a claim, vote on the Plan, or object?

File a claim online at www.NOLAchurchclaims.com, download a claim form from the website, or call 1-877-476-4389 to request one by mail. If you file a claim by October 15, 2025, you may vote to accept or reject the Joint Plan. If you file a claim after October 15 but before December 2, 2025 at 11:59 p.m. Central Time, you will not be able to vote, but you may be entitled to compensation if the Joint Plan is approved. You may also object to the Plan to tell the Court what you don't like about it. The Court has set a hearing to consider whether to confirm the Joint Plan.

**Key Deadlines:** Vote by **October 29, 2025**. File objections by **November 6, 2025**. Confirmation hearing begins: **November 17, 2025**, at **9:00 a.m. Central Time**.

The case is called *In re: The Roman Catholic Church of the Archdiocese of New Orleans* (Bankr. E.D. La.). More details are available at www.NOLAchurchclaims.com or by calling toll-free 1-877-476-4389.

### *Your information will be kept private.*

# EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor[1]. | ) | Chapter 11 |

---

### SEXUAL ABUSE SURVIVOR PROOF OF CLAIM FOR THE ADDITIONAL DEBTORS' BANKRUPTCY FILINGS

### IMPORTANT:

### THIS COMPLETED FORM MUST BE RECEIVED ON OR BEFORE DECEMBER 2, 2025, AT 11:59 P.M. (CENTRAL TIME)

### IMPORTANT - DO NOT FILE THIS DOCUMENT WITH THE COURT

This Sexual Abuse Survivor Proof of Claim relates to the Chapter 11 filings of the Catholic entities listed on Exhibit A ("Additional Debtors") and must be received no later than **11:59 p.m. (Central Time)** on **December 2, 2025**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete all applicable questions to the extent of your knowledge or recollection.

If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

This Sexual Abuse Survivor Proof of Claim must be mailed or submitted to Donlin, Recano & Company, LLC, the Court-approved agent for the Debtor (the "Claims Agent"), as follows:

(i)     If sent by mail, to Donlin, Recano & Company, LLC, Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 2053, New York, NY 10272-2042, or

(ii)     If sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, LLC, c/o Angeion Group, Re: The Roman Catholic Church of the Archdiocese of New Orleans, 200 Vesey Street, 24th Floor, New York, NY 10281; or

(iii)     If submitted electronically, by using the interface available at: https://www.donlinrecano.com/Clients/rcano/FileSexualAbuseClaim.

Sexual Abuse Survivor Proofs of Claim sent by any other means (such as facsimile transmission or email through a different manner than described in (iii) above) **will not** be accepted.

### You May Wish To Consult An Attorney Regarding This Matter.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Failure To Complete And Return This Form May Result In Your Inability To Vote On A Plan Of Reorganization And Receive A Distribution From the case styled The Roman Catholic Church Of The Archdiocese Of New Orleans or the cases of the Additional Debtors**

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against any of the Additional Debtors related to the Sexual Abuse Survivor's sexual abuse.

For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.

If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent, legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| Who Should File a Sexual Abuse Survivor Proof of Claim? |
|---|

This Sexual Abuse Survivor Proof of Claim is only for people who have experienced sexual abuse (defined below) **on or before the bankruptcy filings of the Additional Debtors**. This Sexual Abuse Survivor Proof of Claim is the way you can make a claim against the Additional Debtors based on sexual abuse. Any person making a claim based on anything other than sexual abuse should consult the *Notice Of Bar Dates For Filing Of General Proofs Of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

| Who Is a Sexual Abuse Survivor? |
|---|

The term Sexual Abuse Survivor refers to a person who experienced sexual abuse, as defined below.

| What Is Sexual Abuse? |
|---|

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** is defined as any of the following acts:

a.  Touching by the abuser of the person's intimate body parts (genitals, breasts or buttocks), the touching by the person of the abuser's intimate body parts, showing pictures of the person's body or other persons' bodies, taking pictures of the person's body, showing pornography, or making images of the person while naked or engaged in any sexual activity, or any sexualized interaction including observing the person in bathing, toileting, or undressing which was made possible by the abuser's position of authority, or by the inducement of the abuser, or;

b.  sexual intercourse, simulated intercourse, masturbation, cunnilingus, fellatio, anal intercourse, or any intrusion, however slight, to the genital or anal openings:

     (i)     Of the person's body by any part of the abuser's body or any object used by the abuser for this purpose;

     (ii)    Of the person's body by any part of the body of the abuser or by any part of the body of another person, or by any object used by the abuser or another person for this purpose;

c.  Inappropriate physical contact and/or contact that infringes upon another's personal, physical boundaries including but not limited to groping, kissing, extended hugging, and/or any unwelcomed touching;

d.  Grooming or trying to create a special relationship, including but not limited to: talk of a sexual nature, talk of a romantic nature, communications expressing individual love to the person, as opposed to a salutation, providing material resources or experiences which induce the person into a relationship where trust is then violated; and

e.  Sexualized acts between minors if encouraged or arranged by the abuser.

Please note that sexual abuse includes acts that would be considered a sexual offense under Louisiana law.

If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim form (Official Bankruptcy Form 410)

| **You May Wish to Consult an Attorney Regarding This Matter.** |
| --- |

You may also obtain information from the Claims Agent by: (1) calling toll free at 1-(877) 476-4389, (2) emailing at rcanoinfo@donlinrecano.com, or (3) visiting the case website at www.NOLAchurchclaims.com (do not contact the Claims Agent for legal advice).

| **What If I Don't File on Time?** |
| --- |

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by December 2, 2025, at 11:59 p.m. (Central Time) may result in your inability to receive compensation for sexual abuse related to the Additional Debtors.**

| **Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.** |
| --- |

| **PART 1: CONFIDENTIALITY** |
| --- |

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record.  However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided to the Debtor, the Additional Debtors, and their counsel; certain insurers of the Debtor and the Additional Debtors, including authorized claims administrators of such insurers and their reinsurers and counsel; attorneys for the Official Creditors' Committee and members of the Official Creditors' Committee, attorneys at the Office of the United States Trustee for the Eastern District of Louisiana, any unknown claims representative appointed in the bankruptcy case, any special arbitrator, mediator, or claims reviewer appointed to review and resolve Sexual Abuse Survivor Proof of Claims, any trustee, or functional equivalent thereof, appointed to administer payments to holders of Sexual Abuse Survivor Proof of Claims, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as <u>confidential</u> unless you expressly request that it be publicly available by checking the "public" box <u>and</u> signing below.**

| ☐    **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in this case.  **My claim will be available for review by any and all members of the public**. |
| --- |
| Signature: _____ |
| Print Name:_____ |

| **PART 2: IDENTIFYING INFORMATION** |
| --- |

**A.    Identity of Sexual Abuse Survivor**

First Name _____    Middle Initial _____    Last Name _____    Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | | |
|---|---|---|---|---|
| City: | | State: | | Zip Code: |
| Country (not USA): | | Email Address: | | |
| Telephone (Home): | | Telephone (Cell): | | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits only):  XXX-XX-__ __ __ __

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number

_____

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): __ __ / __ __ __ __

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:

_____

Gender of Sexual Abuse Survivor:   Male ☐        Female ☐        Other (specify) _____

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | | | | |
|---|---|---|---|---|
| Attorney's Name: | | | | |
| Number and Street: | | | | |
| City: | | State: | | Zip Code: |
| Country (not USA): | | Email Address: | | |
| Telephone (Work): | | Fax No. | | |

## PART 3: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your sexual abuse in state or federal court, you may attach a copy of the complaint.  If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions as best you are able.  **If you do not know or recall an answer, you may indicate that you do not know or recall the answer and move on to the next question.**

A.    Were you sexually abused by more than one person?    Yes ☐        No ☐

B.  Please identify each person who sexually abused you.  If you do not remember the name of the sexual abuser(s), provide as much information about the individual that you recall and their relationship to the Additional Debtors.

_____

_____

_____

_____

_____

C.     What was the sexual abuser's position, title, or relationship to you (if you know):

_____

_____

D.     Where were you at the time you were sexually abused?  Please be specific and provide all relevant information that you recall including the City and State, name of the religious Parish or School or Orphanage (if applicable) and/or the name of any other locations.

_____

_____

_____

E.     When did the first act of sexual abuse take place?  If you do not remember the calendar date, approximately what season of the year was it (spring, summer, fall, winter), approximately what age were you when it started, and, if applicable, what school grade were you in at the time?

_____

_____

F.     If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser, indicate when the sexual abuse by each of the sexual abusers started and stopped.  You may provide approximate dates if you do not recall the specific dates.

_____

_____

_____

_____

_____

G.     Please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

H.    Did you or anyone on your behalf tell anyone involved with the Additional Debtors about the sexual abuse? Yes ☐   No ☐

I.    Have you ever reported the sexual abuse to law enforcement or investigators?  This includes telling someone when you were a minor or when you were an adult.  Yes ☐   No ☐

J.    Are you aware of anyone who knew about the sexual abuse?  Yes ☐   No ☐  If your answer is "Yes", can you describe who they were and how they knew about the abuse?

_____

_____

_____

K.    If subsequent wrongful conduct by the Additional Debtors or its employees or officials caused you further trauma, directly or indirectly, related to the sexual abuse, please describe:

    a.   What happened:

_____

_____

_____

    b.   When it happened:

_____

_____

c.  The name, title, position or relationship to you of any individual involved in the subsequent wrongful conduct (if you know):

_____

_____

_____

| PART 4: IMPACT OF SEXUAL ABUSE |
|---|

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.  Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above.  You can check the boxes, fill in the narrative, or both.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**. (Check all that apply.)

☐  Psychological / emotional health (including depression, anxiety, suicidal thoughts, feeling numb, difficulty managing or feeling emotions including anger)

☐  Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐  Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐  Education (not graduating high school, being unable to finish training or education)

☐  Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☐  Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☐  Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐  Alcohol and/or substance abuse (including other addictive behaviors such as gambling)

☐  Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative description of how you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above, please provide it below.  Please provide in as much detail as you can recall in the lines below.  You may use additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

B.    Have you ever sought counseling or other mental health treatment for any reason even if you did not connect that treatment as being related to the sexual abuse that you described above?

Yes ☐      No ☐

If your response to the prior question is "Yes," please state with whom you sought counseling and when.

_____

_____

_____

## PART 5: ADDITIONAL INFORMATION

A.   **Prior Litigation.**

Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

Yes ☐ No ☐  (If "Yes," you are required to attach a copy of the complaint.)

B.   **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim?  Yes ☐ No ☐  (If "Yes," you are required to attach a copy of any completed claim form.)

C.   **Settlements.**  Regardless of whether a complaint was ever filed against any party because of the sexual abuse, have you settled any claim relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐   No ☐  (If "Yes," please describe, including parties to the settlement. You are required to attach a copy of any settlement agreement.)

_____

_____

_____

D.  **Current Bankruptcy Case**. Are you currently a debtor in a bankruptcy case? Yes ☐    No ☐

If yes, please provide the following information:

Name of Case: _____  Court: _____

Date filed: _____  Case No. _____

Chapter of your bankruptcy case.  Chapter: 7 ☐    Chapter 11 ☐    Chapter 12 ☐    Chapter 13 ☐

Name of Trustee: _____]

| SIGNATURE |
|---|

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☐ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe):

_____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:** _____

**Signature:** _____

**Print Name:** _____

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):**

_____

**Address:** _____

_____

**Contact Phone:** _____

**Email:** _____

## EXHIBIT A

### Additional Debtors

**I.      Archdiocesan Parishes**

1.      All Saints Roman Catholic Church, New Orleans, Louisiana
2.      Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.      Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.      Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.      Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.      Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.      Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.      Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.      Christ the King Roman Catholic Church, Gretna, Louisiana
10.     Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.     Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.     Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.     Holy Family Roman Catholic Church, Franklinton, Louisiana
14.     Holy Family Roman Catholic Church, Luling, Louisiana
15.     Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.     Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.     Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.     Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.     Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.     Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.     Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.     Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.     Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.     Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.     Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.     Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.     Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.     Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.     Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.     Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.     Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.     Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.     Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.     Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.     Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.     Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

37.  Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38.  Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39.  Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40.  St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana
41.  St. Agnes Roman Catholic Church, Jefferson, Louisiana
42.  St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43.  St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44.  St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45.  St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46.  St. Anselm Roman Catholic Church, Madisonville, Louisiana
47.  St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48.  St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49.  St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50.  St. Anthony Roman Catholic Church, Gretna, Louisiana
51.  St. Augustine Roman Catholic Church, New Orleans, Louisiana
52.  St. Benedict Roman Catholic Church, Covington, Louisiana
53.  St. Benilde Roman Catholic Church, Metairie, Louisiana
54.  St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55.  St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56.  St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57.  St. Christopher Roman Catholic Church, Metairie, Louisiana
58.  St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59.  St. Cletus Roman Catholic Church, Gretna, Louisiana
60.  St. David Roman Catholic Church, New Orleans, Louisiana
61.  St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62.  St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63.  St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64.  St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65.  St. Genevieve Roman Catholic Church, Slidell, Louisiana
66.  St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67.  St. Jerome Roman Catholic Church, Kenner, Louisiana
68.  St. Joachim Roman Catholic Church, Marrero, Louisiana
69.  St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70.  St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71.  St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72.  St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73.  St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74.  St. Joseph Roman Catholic Church, Algiers, Louisiana
75.  St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76.  St. Joseph's Roman Catholic Church, Gretna, Louisiana
77.  St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78.  St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79.  St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80.  St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana

2

81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
89. St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90. St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91. St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92. St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93. St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94. St. Peter Roman Catholic Church, Reserve, Louisiana
95. St. Peter's Roman Catholic Church, Covington, Louisiana
96. St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97. St. Pius X Roman Catholic Church, New Orleans, Louisiana
98. St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99. St. Rita Roman Catholic Church, Harahan, Louisiana
100. St. Rita Roman Catholic Church, New Orleans, Louisiana
101. St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102. Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103. The Congregation of St. Rita Roman Catholic Church of Harahan
104. The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.    Suppressed Archdiocesan Parishes[3]

1. Blessed Sacrament, Inc.
2. Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure

#103965227v3

3.      Immaculate Heart of Mary, Inc.
4.      Incarnate Word, Inc.
5.      Our Lady of Good Counsel, Inc.
6.      Our Lady of Good Harbor, Inc.
7.      Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.      Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.      Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10.     St. Ann, New Orleans, Louisiana, Inc.
11.     St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12.     St. Frances Xavier Cabrini, Inc.
13.     St. Francis de Salles, Inc.
14.     St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15.     St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16.     St. Henry's, Inc.
17.     St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18.     St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19.     St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20.     St. John the Baptist, New Orleans, Louisiana, Inc.
21.     St. Julian Eymard, Inc.
22.     St. Lawrence the Martyr, Inc.
23.     St. Louise de Marillac, Inc.
24.     St. Maurice, Inc.
25.     St. Monica, Inc.
26.     St. Philip the Apostle, Inc.
27.     St. Raymond's, Inc.
28.     St. Rose of Lima, Inc.
29.     St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana

---

Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

4

30. St. Theresa of the Child Jesus, Inc.
31. The Congregation of Saints Peter and Paul Roman Catholic Church
32. The Congregation of St. Cecelia Roman Catholic Church
33. The Congregation of the Annunciation Roman Catholic Church
34. The Congregation of the Holy Trinity Roman Catholic Church

### III. Archdiocesan Agencies

1. Archdiocesan Spirituality Center
2. Catholic Charities Archdiocese of New Orleans
3. Catholic Charities Children's Day Care Centers
4. Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5. Clarion Herald Publishing Company
6. Korean Catholic Community of New Orleans, Inc.
7. Notre Dame Seminary
8. Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9. Pace Greater New Orleans
10. Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11. Philmat, Inc.
12. Project Lazarus
13. Roman Catholic Center of Jesus the Lord
14. School Food and Nutrition Services of New Orleans, Inc.
15. Second Harvest Food Bank of Greater New Orleans and Acadiana
16. St. Jude Community Center, Inc.
17. St. Michael Special School
18. St. Thérèse Catholic Academy
19. The Society for the Propagation of the Faith, Archdiocese of New Orleans

5

# EXHIBIT 5

**Legal Notice**

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 35 of 306

# Did you experience a personal injury or property damage involving a Catholic parish, school, or ministry in the Archdiocese of New Orleans?

## File your claim by December 2, 2025 to preserve your rights.

The Roman Catholic Church of the Archdiocese of New Orleans filed for bankruptcy in 2020. Now, 157 other Catholic organizations may also file for bankruptcy, including parishes, schools, ministries, and other Church-affiliated groups ("**Catholic Entities**"). For a complete list of the Catholic Entities, visit www.NOLAchurchclaims.com or call 1-877-476-4389.

If you had a personal injury (like a slip-and-fall, asbestos exposure, or another injury), or if your property was damaged by one of the Catholic Entities, you may still be able to pursue a claim but you have to file a valid claim form by the deadline.

### Is this about sexual abuse?

No. This notice is not about sexual abuse claims. It's for other types of personal injury or property damage that were not related to sexual abuse.

### What happens if I don't file a claim?

If you do not file a claim by the deadline, you may permanently lose the right to:

- Sue any of the Catholic Entities in the future about your claim.
- Receive any compensation from the Catholic Entities.

**Important:** Regardless of whether you file a claim or not, you will keep the right to pursue claims against an insurance company if your claim is covered by insurance.

### Who should file a claim?

You may need to file a claim if:

- You were hurt on Church property (such as a parish or school).
- You were exposed to hazardous materials, like asbestos.
- Your property was damaged by Church operations or facilities.
- You have any other injury or damage involving the Catholic Entities in the Archdiocese of New Orleans.

If you previously filed a claim against the Archdiocese or a lawsuit against the Archdiocese or a Catholic Entity by August 14, 2025, your claim automatically covers the Catholic Entities.

### How to file a claim?

File a claim online at www.NOLAchurchclaims.com, download a Non-Abuse Proof of Claim from the website, or call 1-877-476-4389 to request one by mail. Claims must be filed by **December 2, 2025** at **11:59 p.m. Central Time.**

### Where can I get more information?

The case is called, *In re: The Roman Catholic Church of the Archdiocese of New Orleans* (Bankr. E.D. La.). More details are available at www.NOLAchurchclaims.com or by calling toll-free 1-877-476-4389.

# EXHIBIT 6

Proof of Claim

Fill in this information to identify the case:

Debtor name: The Roman Catholic Church of the Archdiocese of New Orleans

United States Bankruptcy Court for the Eastern District of Louisiana

Case number: 20-10846

Additional Debtors' Non-Trade Proof of Claim Form

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor? Name and address of the creditor.** | Name and address of creditor (the person or entity to be paid for this claim):<br><br><br><br><br>Other names the creditor used with the debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ❏ No ❏ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | **Where should notices to the creditor be sent?**<br><br>Name: _____<br><br>Address: _____<br><br>City: _____ State: ____ Zip: _____<br><br>Phone: _____<br><br>Email: _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent? (if different)**<br><br>Name: _____<br><br>Address: _____<br><br>City: _____ State: ____ Zip: _____<br><br>Phone: _____<br><br>Email: _____ |
| **4. Does this claim amend one already filed?** | ❏ No ❏ Yes. Claim number on court claims registry (if known): _____ | Filed on (MM/DD/YYYY): _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ❏ No ❏ Yes. Who made the earlier filing? _____ | |

## Part 2:   Give Information About the Claim as of the Date the Case was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ❏ No ❏ Yes. Last 4 digits of the debtor's account or any identification number used: ____ ____ ____ ____ |
| **7. How much is the claim?** | $_____ **Does this amount include interest or other charges?**<br>❏ No ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. _____ |

37

| 9. Is all or part of the claim secured? | ☐ No |  | ☐ Motor vehicle |
|---|---|---|---|
|  | ☐ Yes. The claim is secured by a lien on property. | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. | ☐ Other (describe): _____ |

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____    Amount of the claim that is secured: $_____

Amount of the claim that is unsecured (the sum of the secured and unsecured amounts should match the amount in line 7):    $_____

| Amount necessary to cure any default as of the date of the petition:        $_____ | Annual interest rate (when case was filed):  _____%  | ☐ Fixed ☐ Variable |
|---|---|---|

| 10. Is this claim based on a lease? | ☐ No | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
|---|---|---|

| 11. Is this claim subject to a right of setoff? | ☐ No | ☐ Yes. Identify the property: _____ |
|---|---|---|

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.<br><br>* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | ☐ No | ☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|---|
|  |  | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
|  |  | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
|  |  | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
|  |  | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
|  |  | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
|  |  | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*
☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (MM/DD/YYYY): _____

Signature: _____

**Print the name of the person who is completing and signing this claim:**

First name: _____  Middle: _____  Last:_____

Title: _____

Company (identify the corporate servicer as the company if the authorized agent is a servicer): _____

Address: _____

City: _____  State: _____  Zip: _____

Phone: _____  Email: _____

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                 12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the reverse page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure  (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the claims agent's website (www.donlinrecano.com/rccano) to view the filed form.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:**

**If Proof of Claim is sent by mail, send to:**

Donlin, Recano & Company, LLC
Re: The Roman Catholic Church of the Archdiocese
  of New Orleans
P.O. Box 2053
New York, NY 10272-2042

**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**

Donlin, Recano & Company, LLC
c/o Angeion Group
Re: The Roman Catholic Church of the Archdiocese
  of New Orleans
200 Vesey Street, 24th Floor
New York, NY 10281

**Alternatively, your claim may be filed electronically on DRC's website at:**
https://www.donlinrecano.com/Clients/rcano/FileClaim

**Do not file these instructions with your form.**

**EXHIBIT 7**

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Gooede Page 42 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040824P001-1435A-616<br>2D DESIGN AND CONSTRUCTION<br>1303 NORMAN CIR<br>ARLINGTON TX 76014 | 041582P001-1435A-616<br>3M HEALTH INFORMATION SYSTEMS INC<br>LBX# 844394<br>PO BOX 844394<br>DALLAS TX 75284-3398 | 040825P001-1435A-616<br>4 VOICE, LLC<br>1095 BROKEN SOUND PKWY NW STE 201<br>BOCA RATON FL 33487 | 000347P001-1435A-616<br>A 1 ELEVATOR SVC LLC<br>1500 MEHLE AVE<br>ARABI LA 70032 |
| 000350P001-1435A-616<br>A 1 SVC INC<br>555 COOLIDGE ST<br>JEFFERSON LA 70121 | 000345P001-1435A-616<br>A AND L SALES INC<br>P O BOX 74<br>BELLE CHASSE LA 70037 | 000345S001-1435A-616<br>A AND L SALES INC<br>PETER TRAIGLS<br>111 DR BOWEN ST<br>BELLE CHASSE LA 70037 | 040826P001-1435A-616<br>A AND L SALES, INC<br>PO BOX 740353<br>BELLE CHASSE LA 70037 |
| 040827P001-1435A-616<br>A AND L SALES, INC<br>PO BOX 740608<br>BELLE CHASSE LA 70037 | 040828P001-1435A-616<br>A BED OF ROSES<br>2209 LAPLACO BLVD<br>STE A<br>HARVEY LA 70058 | 040829P001-1435A-616<br>A T AND T<br>PO BOX 5076<br>CAROL STREAM IL 60197 | 040830P001-1435A-616<br>A T AND T MOBILITY<br>PO BOX 6416<br>CAROL STREAM IL 60197 |
| 040831P001-1435A-616<br>A1 ELECTRICAL CONTRACTORS, INC<br>2783 LAPLACO BLVD<br>HARVEY LA 70058 | 040832P001-1435A-616<br>AAA CLEANING GENIES<br>137 EAST HEATHER DR<br>LULING LA 70070 | 041583P001-1435A-616<br>ACADIAN TOTAL SECURITY MOBILE<br>PO BOX 734760<br>DALLAS TX 75373 | 040834P001-1435A-616<br>ACS TECHNOLOGIES<br>PO BOX 202010<br>FLORENCE SC 29502-2010 |
| 040835P001-1435A-616<br>ACS TECHNOLOGIES<br>PO BOX 604243<br>CHARLOTTE SC 28260-4243 | 040836P001-1435A-616<br>ACSTECHNOLOGIES<br>180 DUNBARTON DR<br>FLORENCE SC 29501 | 041584P001-1435A-616<br>ADAMS AND REESE LLP<br>DEPT 5208<br>PO BOX 2153<br>BIRMINGHAM AL 35287 | 040837P001-1435A-616<br>ADOBE<br>345 PK AVE<br>SAN JOSE CA 95110 |
| 040838P001-1435A-616<br>ADOBE ACROBAT<br>PO BOX 2711<br>OMAHA NE 68103 | 015336P001-1435A-616<br>ADS SYSTEMS, LLC<br>30 VETERANS MEMORIAL BLVD<br>KENNER LA 70062 | 040839P001-1435A-616<br>ADT<br>PO BOX 371878<br>PITTSBURGH PA 15250 | 040840P001-1435A-616<br>ADT COMMERCIAL<br>ATTN BILLING DEPT<br>3190 S VAUGHN WAY<br>AURORA CO 80014 |
| 040841P001-1435A-616<br>ADT COMMERCIAL<br>PO BOX 382109<br>PITTSBURGH PA 15251 | 040842P001-1435A-616<br>ADT COMMERCIAL<br>452 SABLE BLVD<br>STE G<br>AURORA CO 80011 | 040843P001-1435A-616<br>ADVANCE LOCK CO<br>3133 EDENBORN AVE<br>#D<br>METAIRIE LA 70002 | 040844P001-1435A-616<br>ADVANCED OFFICE SYSTEMS<br>11434 INDUSTRIPLEX BLVD<br>BATON ROUGE LA 70809 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 43 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041585P001-1435A-616
ADVANCETECH PEST MANAGEMENT
PO BOX 1565
HARVEY LA 70059

040845P001-1435A-616
ADVANTAGE FIRE SPECIALISTS LLC
801 SOUTH OAK ST
HAMMOND LA 70401

040846P001-1435A-616
AFLAC
1932 WYNNTON RD
COLUMBUS GA 31999-0797

040847P001-1435A-616
AFLAC
PO BOX 641629
PITTSBURGH PA 15264

041586P001-1435A-616
AGE WELL LLC
930 MARENGO ST
NEW ORLEANS LA 70115

040848P001-1435A-616
AL BOURGEOIS PLUMBING AND HEATING, INC
5612 CRAWFORD ST
NEW ORLEANS LA 70123

040849P001-1435A-616
ALARM DETECTION AND SUPPRESSION SYSTEMS, LLC
30 VETERANS MEMORIAL BLVD
KENNER LA 70062

013384P001-1435A-616
ALARM PROTECTION SVC
4440 TRENTON ST
METAIRIE LA 70006

041587P001-1435A-616
ALBERT'S AUTO REPAIR
813 S AL DAVIS RD
NEW ORLEANS LA 70123

015349P001-1435A-616
ALL AMERICAN CLEANING OF SOUTH LOUISIANA LLC
52 LURLINE DR
COVINGTON LA 70433

040851P001-1435A-616
ALL THE TIME JANITORIAL LLC
PO BOX 165
FOLSOM LA 70437

040852P001-1435A-616
ALLFAX SPECIALITIES, INC
130 JAMES DR EAST
ST. ROSE LA 70087

040853P001-1435A-616
ALLIED UNIVERSAL
PO BOX 828854
PHILADELPHIA PA 19182

041588P001-1435A-616
ALLY BANK
PAYMENT PROCESSING CENTER
PO BOX 71119
CHARLOTTE LA 28272-1119

040854P002-1435A-616
ALPHA PROTECTION ALARMS
3525 HESSMER AVE STE 306
METAIRIE LA 70002

040855P001-1435A-616
ALS PEST CONTROL SERVICE, INC
3246 BEHRMAN PL
NEW ORLEANS LA 70114

040856P001-1435A-616
AMAZON CAPITAL SVC
PO BOX 035184
SEATTLE WA 98124-5184

040857P001-1435A-616
AMBIANCE FLOWERS AND GIFTS
1731 NORTH CAUSEWAY BLVD
MANDEVILLE LA 70471

009358P002-1435A-616
AMBROSE GARDEN LLC
1309 PRYTANIA ST
NEW ORLEANS LA 70130-4315

040858P001-1435A-616
AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096

040859P001-1435A-616
AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

040860P001-1435A-616
AMERICAN RIVER TRANSPORTATION CO
10400 RIVER RD
AMA LA 70031

041589P001-1435A-616
AMERIGAS PROPANE LP
D/B/A AMERIGAS
PO BOX 660288
DALLAS TX 75266-0288

040861P001-1435A-616
AMPLIFY
PO BOX 392294
PITTSBURGH PA 15251

041590P001-1435A-616
AMW ENTERPRISES II LLC
DBA SPEEDEE OIL CHANGE AND AUTO SVC
1714 VETERANS BLVD
METAIRIE LA 70005

040863P001-1435A-616
ANNUITY PREMIUM RESERVE ACCT
POST OFFICE BOX 758557
TOPEKA KS 66675-8557

040864P001-1435A-616
ANSWER FORCE
1033 SE MAIN ST
STE 5
PORTLAND OR 97214

040865P001-1435A-616
ANTHONYS COMPLETE LAWNCARE, LLC
PO BOX 570
MARRERO LA 70072

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Gooda Page 44 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040866P001-1435A-616<br>APPLE FINANCIAL SVC<br>5000 RIVERSIDE DR<br>STE 300 EAST<br>IRVING TX 75039 | 040867P001-1435A-616<br>APPLIED BUSINESS CONCEPT<br>2829 VIRGINIA ST<br>KENNER LA 70062 | 040868P001-1435A-616<br>APPLIED BUSINESS CONCEPTS<br>PO BOX 660831<br>DALLAS TX 75266-0831 | 040869P001-1435A-616<br>APPLIED BUSINESS CONCEPTS, LLC<br>17991-A OLD PERKINS RD<br>E BATON ROUGE LA 70809 |
| 040870P001-1435A-616<br>APS<br>PO BOX 6798<br>METAIRIE LA 70009 | 041592P001-1435A-616<br>ARBON EQUIPMENT CORP<br>25464 NETWORK PL<br>CHICAGO IL 60673 | 040872P001-1435A-616<br>ARCHDIOCESE OF NEW OLREANS<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | 020679P002-1435A-616<br>ARROW TERMITE AND PEST CONTROL<br>PO BOX 1745<br>SLIDELL LA 70459-1745 |
| 040874P001-1435A-616<br>ASCD<br>1703 NORTH BEAUREGARD ST<br>ALEXANDRIA VA 22311-1714 | 040875P001-1435A-616<br>ASCENSION PAPER PRODUCTS<br>405 N MARCHAND AVE<br>GONZALES LA 70737 | 041593P001-1435A-616<br>ASSOCIATED GROCERS INC<br>ACCOUNTS PAYABLE<br>8686 ANSELMO LN<br>BATON ROUGE LA 70826 | 000489P001-1435A-616<br>AT AND T<br>PO BOX 105262<br>ATLANTA GA 30348-5262 |
| 000489S001-1435A-616<br>AT AND T<br>208 S AKARD ST<br>DALLAS TX 75202 | 040876P001-1435A-616<br>AT AND T<br>1923 ST PHILIP ST<br>NEW ORLEANS LA 70116 | 040877P001-1435A-616<br>AT AND T<br>950 W BETHANY DR<br>STE 700<br>ALLEN TX 75013 | 040878P001-1435A-616<br>AT AND T<br>PO BOX 5014<br>CAROL STREAM IL 60197-5014 |
| 040879P001-1435A-616<br>AT AND T<br>PO BOX 5075<br>CAROL STREAM IL 60197 | 040880P001-1435A-616<br>AT AND T BUSINESS<br>2937 VETERANS MEMORIAL BLVD<br>STE A<br>METAIRIE LA 70002 | 000493P001-1435A-616<br>AT AND T MOBILITY<br>PO BOX 6463<br>CAROL STREAM IL 60197-6463 | 000493S001-1435A-616<br>AT AND T MOBILITY<br>1025 LENOX PARK BLVD<br>ATLANTA GA 30319 |
| 000494P001-1435A-616<br>AT AND T MOBILITY<br>PO BOX 536216<br>ATLANTA GA 30353-6216 | 040881P001-1435A-616<br>AT AND T-MONTHLY SVC<br>PO BOX 105262<br>ATLANTA GA 30348-5262 | 040882P001-1435A-616<br>ATLAS HOSE AND GASKET CO, LLC<br>1010 ST MARY ST<br>NEW ORLEANS LA 70130 | 018311P001-1435A-616<br>ATMOS<br>PO BOX 790311<br>ST LOUIS MO 63179-0311 |
| 040883P001-1435A-616<br>ATMOS<br>PO BOX 740353<br>CINCINNATI OH 45274 | 040884P001-1435A-616<br>ATMOS ENERGY LOUISIANA<br>PO BOX 9001949<br>LOUISVILLE KY 40290 | 040885P001-1435A-616<br>AUTHENTIC EXTERMINATING INV<br>PO BOX 9102<br>MANDEVILLE LA 70470 | 000515P001-1435A-616<br>AUTOMATED CONTROL SYSTEMS INC<br>PO BOX 9566<br>METAIRIE LA 70055-9566 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Gooda Page 45 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

---

040886P001-1435A-616
AVATEL TECHNOLOGIES, INC
220 S HILLTOP RD
BRANDON FL 33511

040887P001-1435A-616
AVAYA
21146 NETWORK PL
CHICAGO IL 60673

040888P001-1435A-616
B AND D PEST CONTROL SERVICE, INC
1712 HOUMA BLVD
METAIRIE LA 70001

040889P001-1435A-616
BAKER DISTRIBUTING CO
1050 S LABARRE RD
METAIRIE LA 70001

040890P001-1435A-616
BANK OF AMERICA
PO BOX 851001
DALLAS TX 75285-1001

040891P001-1435A-616
BANK OF AMERICAN CARD
PO BOX 660441
WILMINGTON DE 19886

040892P001-1435A-616
BANK PLUS
PO BOX 1830
COVINGTON LA 70434

040893P001-1435A-616
BANK PLUS
PO BOX 2711
OMAHA NE 68103-2711

040894P001-1435A-616
BANK PLUS
PO BOX 2087
OMAHA NE 68103

040895P001-1435A-616
BANK PLUS CREDIT CARD
215 BETZ PL
METAIRIRE LA 70005

040896P001-1435A-616
BANK PLUS CREDIT CARD
444 METAIRIE RD
METAIRIRE LA 70005

040897P001-1435A-616
BANKCARD CENTER
PO BOX 1545
MEMPHIS TN 38101

040898P001-1435A-616
BANNON'S EXTERMINATING CO
PO BOX 3273
SLIDELL LA 70459

015428P001-1435A-616
BARBERITO PHOTOGRAPHERS, INC
3206 TAFT PK
METAIRIE LA 70002

040899P001-1435A-616
BARON CONSTRUCTION CO
4946 KAYLEE ST
BARATARIA LA 70036

040901P001-1435A-616
BAT MANAGEMENT SERVICING LLC
PO BOX 740463
NEW ORLEANS LA 70174

040902P001-1435A-616
BAYOU LIBERTY WATER ASSOCIATION
34578 LA-433
SLIDELL LA 70460

041594P001-1435A-616
BEEP-ME PLUMBING HEATING AND AIR LLC
419 S SALCEDO ST
NEW ORLEANS LA 70119

040903P001-1435A-616
BELL OFFICE MACHINES
1533 SAMS AVE
STE C
HARAHAN LA 70123

019568P001-1435A-616
BENECOM TECHNOLOGIES
PO BOX 1279
CHALMETTE LA 70044

040904P001-1435A-616
BENECOM TECHNOLOGIES
310 HWY 11 N
STE A
PICAYUNE MS 39466

040905P001-1435A-616
BERNHARD MCC - SUSTAINABILITY DIVISION
PO BOX 7460
METAIRIE LA 70010

040906P001-1435A-616
BEST VERSION MEDIA LLC
PO BOX 735620
DALLAS TX 75373-5620

041595P001-1435A-616
BETTER BUSINESS BUREAU
3421 N CAUSEWAY BLVD
STE 707
METAIRIE LA 70002

040907P001-1435A-616
BEYOND NETWORKS, INC
PO BOX 24531
NEW ORLEANS LA 70124

041596P001-1435A-616
BHHDC
4517 LORINO ST
METAIRIE LA 70006

040908P001-1435A-616
BILLIOT PEST CONTROL
520 S TYLER ST
COVINGTON LA 70433

040909P001-1435A-616
BLACHE ELECTRIC, LLC
1612 ALEXANDER AVE
ARABI LA 70032

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooda Page 46 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040910P001-1435A-616<br>BLOOMERANG, LLC<br>PO BOX 713204<br>CHICAGO IL 60677-1204 | 040911P001-1435A-616<br>BLUUM<br>4675 E COTTON CTR BLVD<br>STE 155<br>PHOENIX AZ 85040 | 040912P001-1435A-616<br>BONNYBRITE<br>PO BOX 231<br>ABITA SPRINGS LA 70420 | 040913P001-1435A-616<br>BOOSTER ENTERPRISES, INC<br>10400 OLD ALABAMA RD CONNECTOR<br>STE 400<br>ALPHARETTA GA 30022 |
| 040914P001-1435A-616<br>BOURGEOIS LAWN CARE, INC<br>2804 ELIZABETH ST<br>MARRERO LA 70072 | 040915P001-1435A-616<br>BOXX MODULAR<br>6811 GANT RD<br>HOUSTON TX 77066 | 040916P001-1435A-616<br>BRAINPOP<br>PO BOX 745873<br>NEW YORK NY 10087 | 040917P001-1435A-616<br>BRAINPOP<br>PO BOX 28119<br>NEW YORK NY 10087 |
| 040918P001-1435A-616<br>BRAINPOP, LLC<br>71 W 23RD S<br>17TH FL<br>NEW YORK NY 10010 | 041599P001-1435A-616<br>BREAUX MART<br>7902 HIGHWAY 23<br>BELLE CHASSE LA 70037 | 040922P001-1435A-616<br>BRIER LAKE UTILITIES<br>61383 TIMBERBEND DR<br>LACOMBE LA 70445 | 040923P001-1435A-616<br>BRIGHTWHEEL<br>548 MARKET ST<br>PMB 95237<br>SAN FRANCISCO CA 94104 |
| 040924P001-1435A-616<br>BROOMS N BUCKETS, LLC<br>4742 CORRINE ST<br>NEW ORLEANS LA 70127 | 040925P001-1435A-616<br>BUBBAS PRODUCE CO<br>400 MARIGNY ST<br>NEW ORLEANS LA 70117 | 040926P001-1435A-616<br>BUG MASTER PEST AND TERMITE CONTROL, INC<br>6 CHATEAU LATOUR DR<br>KENNER LA 70065 | 040927P001-1435A-616<br>BUSINESS CARD<br>PO BOX 15796<br>WILMINGTON DE 19886-5796 |
| 040928P001-1435A-616<br>BUSINESS PRIME - AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096 | 040929P001-1435A-616<br>BUTTERFLY EFFECTS, LLC<br>6425 WEST METAIRIE RD<br>METAIRIE LA 70003 | 040930P001-1435A-616<br>BYNUM PLUMBING CORP<br>2649 GOV NICHOLLS ST<br>NEW ORLEANS LA 70119-3303 | 000679P001-1435A-616<br>C G FAVRET CO INC<br>4524 SHORES DR<br>STE 25<br>METAIRIE LA 70006 |
| 040932P001-1435A-616<br>CABRINI<br>1400 MOSS ST<br>NEW ORLEANS LA 70119 | 040933P001-1435A-616<br>CANNON FINANCIAL SVC<br>PO BOX 5008<br>MOUNT LAUREL NJ 08054 | 040934P001-1435A-616<br>CANNON SOLUTIONS AMERICA, INC<br>ONE CANON PK<br>MELVILLE NY 11747 | 040935P001-1435A-616<br>CANNONS JANITORIAL<br>724 HAZEL PL<br>GRETNA LA 70056 |
| 040936P001-1435A-616<br>CANON<br>14904 COLLECTIONS CTR DR<br>CHICAGO IL 60693-0419 | 040937P001-1435A-616<br>CANON<br>15004 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 040938P001-1435A-616<br>CANON USA, INC<br>3850 N CAUSEWAY BLVD<br>#110<br>METAIRIE LA 70002 | 040939P001-1435A-616<br>CAPITAL ONE<br>PO BOX 669353<br>DALLAS TX 75266 |

46

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 47 of 306
US First Class Mail
Exhibit Pages

040940P001-1435A-616
CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272

040941P001-1435A-616
CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY CA 91716-0519

040942P001-1435A-616
CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

040943P001-1435A-616
CAPITAL ONE
PO BOX 71083
CHARLOTTE NC 28272

041600P001-1435A-616
CAPITAL ONE
WALMART COMMUNITY
PO BOX 60506
CITY OF INDUSTRY CA 91716-0506

041601P001-1435A-616
CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY CA 91716-0511

040944P001-1435A-616
CAPITAL ONE BANK
PO BOX 6492
CAROL STREAM IL 60197-6492

041602P001-1435A-616
CAPITOL CITY PRODUCE CO LLC
PO BOX
LAFAYETTE LA 70505

040945P001-1435A-616
CARBONITE, INC
2 AVE DE LAFAYETTE
BOSTON MA 02111

040946P001-1435A-616
CARD SVC CENTER - CITIZENS SAVINGS BANK
CREDIT CARD - PARISH
PO BOX 569120
DALLAS TX 75356

041603P001-1435A-616
CAREKINESIS INC
228 STRAWBRIDGE DR
STE 100
MOORESTOWN NJ 08057

041604P001-1435A-616
CARPET CORNER LLC
1425 LAFAYETTE ST
GRETNA LA 70053

040947P001-1435A-616
CARRIER COMMERICAL SVC
100 ALPHA DR #118
DESTREHAN LA 70047

040948P002-1435A-616
CARRIERE AND DUNN TAX AND ACCOUNTING SERVIC
2014 SAINT CLAUDE AVE
NEW ORLEANS LA 70116

041605P001-1435A-616
CARRINGTON MORTGAGE SVC LLC
PO BOX 660586
DALLAS TX 75266-0586

040949P001-1435A-616
CARROLLTON PEST CONTROL AND TERMITE CO
8117 ORLEANDER ST
NEW ORLEANS LA 70118

000718P002-1435A-616
CASEY'S FLOOR CARE
31022 OLD TODD RD
LACOMBE LA 70445-5813

040950P001-1435A-616
CATHEDRAL CORP
632 ELLSWORTH RD
ROME NY 13441

040951P001-1435A-616
CATHOLIC COMMUNITY FOUNDATION
ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

040952P001-1435A-616
CATHOLIC SCHOOLS SING LLC
24936 11TH AVE SOUTH
DES MOINES WA 98198

040953P001-1435A-616
CATHOLIC VITALITY 360
PO BOX 81521
LAFAYETTE LA 70598

040954P001-1435A-616
CDW EDUCATIONAL
75 REMITTANCE DR
CHICAGO IL 60675

040955P001-1435A-616
CDW GOVERNMENT, LLC
200 N MILWAUKEE AVE
VERNON HILLS IL 60061

041606P001-1435A-616
CENLAR FSR
PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK NJ 07101-4733

040956P001-1435A-616
CENTERPOINT ENERGY
PO BOX 2187
HOUSTON TX 77252

040957P001-1435A-616
CENTERPOINT ENERGY
PPO BOX 4671
HOUSTON TX 77210

041607P001-1435A-616
CENTEX AXISCARE LLC
DBA AXISCARE
1105 WOODED ACRES DR STE 300
WACO TX 76710

041608P001-1435A-616
CH ROBINSON CO
PO BOX 9121
MINNEAPOLIS MN 55480-9121

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Gooda Page 48 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

040961P001-1435A-616
CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH PA 15251

040962P001-1435A-616
CHASE
PO BOX 15123
WILMINGTON DE 19850

040963P001-1435A-616
CHASE - CREDIT CARD
PO BOX 6294
CAROL STREAM IL 60197

011959P001-1435A-616
CHASE CARD SVC
PO BOX 94014
PALATINE IL 60094-4014

040964P001-1435A-616
CHASE CREDIT CARD SVC
PO BOX 15299
WILMINGTON DE 19850

040965P001-1435A-616
CHASE INK
PO BOX 1423
CHAROLETTE NC 28201

040966P001-1435A-616
CHAUVIN BUSINESS SYSTEMS, INC
3440 HWY 1 SOUTH
DONALDSONVILLE LA 70346

013500P001-1435A-616
CHILLER SPECIALTIES
PO BOX 11168
JEFFERSON LA 70181-1168

041609P001-1435A-616
CHOOSE LIFE MARKETING LLC
2401 BERNADETTE DR
STE 115B
COLUMBIA MO 65203

040967P001-1435A-616
CHRIS ALFRED'S LAWN SALON
886 ASHEVILLE DR
SLIDELL LA 70458

040970P001-1435A-616
CHURCH BUDGET ENVELOPE AND MAILING CO
PO BOX 420
SALEM OH 44460

040969P001-1435A-616
CHURCH BUDGET ENVELOPE CO
3605 DIVISION ST
METAIRIE LA 70002

040971P001-1435A-616
CHURCH SUPPLY
PO BOX 8544
METAIRIE LA 70011

019600P001-1435A-616
CHURCH SUPPLY HOUSE
3605 DIVISION ST
METAIRIE LA 70002-4615

040968P001-1435A-616
CHURCH SUPPLY HOUSE
PO BOX 8544
METAIRIE AL 70011-8544

029794P001-1435A-616
CINTAS
PO BOX 650838
DALLAS TX 75265-0838

040972P001-1435A-616
CINTAS
625 ELMWOOD PK BLVD
HARAHAN LA 70123

040973P001-1435A-616
CINTAS
120 CANVASBACK DR
ST ROSE LA 70087

041610P001-1435A-616
CINTAS CORP NO 2
PO BOX 631025
CINCINNATI OH 45263

040974P001-1435A-616
CITI CARD
PO BOX 9001037
LOUISVILLE KY 40290

040975P001-1435A-616
CITI CREDIT CARD
PO BOX 6235
SIOUX FALLS SD 57117

040976P001-1435A-616
CITIBUSINESS CARD
PO BOX 78045
PHOENIX AZ 85062-8045

041611P001-1435A-616
CITIZENS SAVINGS BANK
1725 SULLIVAN DR
BOGALUSA LA 70427-5865

040977P001-1435A-616
CITIZENS SAVINGS BANK - CREDIT CARD
PO BOX 569100
DALLAS TX 75356

040978P001-1435A-616
CITY OF BOGALUSA
202 ARKANSAS AVE
BOGALUSA LA 70427

040979P001-1435A-616
CITY OF COVINGTON
PO BOX 778
COVINGTON LA 70434

040980P001-1435A-616
CITY OF GRETNA
PO BOX 404
GRETNA LA 70054

040981P001-1435A-616
CITY OF MANDEVILLE
3090 E CAUSEWAY APPROACH
MANDEVILLE LA 70448

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 49 of 306
US First Class Mail
Exhibit Pages

040982P001-1435A-616
CITY OF MANDEVILLE
3101 EAST CAUSEWAY APPROACH
MANDEVILLE LA 70448-3511

029631P001-1435A-616
CITY OF SLIDELL
PO BOX 828
SLIDELL LA 70459-0828

040983P001-1435A-616
CITY OF SLIDELL
PO BOX 660108
DALLAS TX 75266

040984P001-1435A-616
CITY OF WESTWEGO DEPT OF WATER
1100 FOURTH ST
WESTWEGO LA 70094

041612P001-1435A-616
CITY PARK PHYSICAL THERAPY LLC
1124 SMITH DR
METAIRIE LA 70005

040987P001-1435A-616
CLARION HERALD SUBSCRIPTIONS
12490 COLLECTIONS CTR DR
CHICAGO IL 60693

040988P001-1435A-616
CLEAR COMMUNICATIONS, INC
5824 PLAUCHE CT
NEW ORLEANS LA 70123

011968P001-1435A-616
CLECO
PO BOX 660228
DALLAS TX 75266-0228

040989P001-1435A-616
CLECO
54 FLORIDA AVE
SLIDELL LA 70458

040990P001-1435A-616
CLECO
PO BOX 660228
STE 17
DALLAS TX 75266

040991P001-1435A-616
CLOVER GO
415 N MATHILDA AVE
SUNNYVALE CA 94085

040992P001-1435A-616
CMC CORPORATE SOLUTIONS
5751 RIVER RD
STE 120
NEW ORLEANS LA 70123

040993P001-1435A-616
COASTAL
PO BOX 190
SELMA AL 36702

040995P001-1435A-616
COASTAL ENVIRONMENTAL
63209 LA-434
LACOMBE LA 70445

040994P001-1435A-616
COASTAL ENVIRONMENTAL SVC LA LLC
63204 HIGHWAY 434
LACOMBE LA 70445

040996P001-1435A-616
COASTAL ENVIRONMENTAL SVC OF LA
PO BOX 24789
DENVER CO 80224

040997P001-1435A-616
COASTAL FIRE PROTECTION LLC
200 L AND A RD
STE B
METAIRIE LA 70001

040998P001-1435A-616
COCA COLA
PO BOX 105637
ATLANTA GA 30348-5637

040999P001-1435A-616
COGNIA INC
PO BOX 746805
ALANTA GA 30374-6805

041000P001-1435A-616
COGNIA, INC
9115 WESTSIDE PKWY
ALPHARETTA GA 30009

041613P001-1435A-616
COLLINS VISUAL COMMUNICATIONS INC
DBA FASTSIGNS
653 WOODBURN LOOP
COVINGTON LA 70433

041001P001-1435A-616
COLONIAL LIFE
PO BOX 903
COLUMBIA SC 29202

041002P001-1435A-616
COMCAST BUSINESS
PO BOX 70219
PHILADELPHIA PA 19176

041003P001-1435A-616
COMCAST BUSINESS
2605 CIR PKWY
ATLANTA GA 30339

041004P001-1435A-616
COMCAST BUSINESS
2925 COURTYARDS DR
NORCROSS GA 30071

041614P001-1435A-616
COMMERCIAL BODY SHOP NEW ORLEANS
PO BOX 748247
ATLANTA GA 30374-8247

013517P001-1435A-616
COMMUNITY COFFEE COMPANY, LLC
PO BOX 679510
DALLAS TX 75267-9510

041615P001-1435A-616
COMPREHENSIVE MOBILE CARE INC
21175 N 9TH PL
STE 100
PHOENIX AZ 85024

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 50 of 306
US First Class Mail
Exhibit Pages

041005P001-1435A-616
COMPUCAST WEB, INC
PO BOX 73148
METAIRIE LA 70033

041006P001-1435A-616
COMPUTER CONSULTING SUPPORT
3500 N CAUSEWAY BLVD
STE 160
METAIRIE LA 70002

041008P001-1435A-616
CONSECRATED WOMEN, INC
951 PEACHTREE PKWY
CUMMING GA 30041

041616P001-1435A-616
CONSOLIDATED WATERWORKS DISTRICT NO 1
PO BOX 630
HOUMA LA 70363

041009P001-1435A-616
CONSTABLE FIFTH JUSTICE OF THE PEACE
1221 ELMWOOD PK BLVD
#602
JEFFERSON LA 70123

041010P001-1435A-616
CONSTABLE FIRST CITY COURT
421 LOYOLA AVE
RM 208
NEW ORLEANS LA 70112

000877P001-1435A-616
CONSTANT CONTACT INC
1601 TRAPELO RD
WALTHAM MA 02451

041011P001-1435A-616
CONSUMER CELLULAR
PO BOX 650680
GRETNA LA 75265-0680

041012P001-1435A-616
CONVERGED CLOUD
2550 CRAWFORD AVE
STE 6
EVANSTON IL 60201

041617P001-1435A-616
CORVUS OF NEW ORLEANS LLC
23550 CTR RIDGE RD
STE 104
WESTLAKE OH 44145

041013P001-1435A-616
CORVUS OF NEW ORLEANS, LLC
2332 SEVERN AVE STE 200
METAIRIE LA 70001

041618P001-1435A-616
COSTCO WHOLESALE CORP
PO BOX 34783
SEATTLE WA 98124-1783

000322P001-1435A-616
COX BUSINESS
PO BOX 919292
DALLAS TX 75391-9292

000322S001-1435A-616
COX BUSINESS
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA GA 30328

000898P001-1435A-616
COX BUSINESS
PO BOX 919243
DALLAS TX 75391-9243

041014P001-1435A-616
COX BUSINESS
PO BOX 53249
PHOENIX AZ 85072

041015P001-1435A-616
COX BUSINESS
2121 AIRLINE DR6 WEST
METAIRIE LA 70001

041016P002-1435A-616
COX CABLE
PO BOX 919292
DALLAS TX 75391-9292

041017P001-1435A-616
CREDIT CARD CENTER
PO BOX 96601
CHAROLETTE NC 28296-0601

041018P001-1435A-616
CRESCENT
236 HICKORY AVE
HARAHAN LA 70123

041019P001-1435A-616
CRESCENT
2450 SEVERN AVE
STE 300
METAIRIE LA 70001

041020P001-1435A-616
CRESCENT CITY CONSULTING
501 BASIN ST
A
NEW ORLEANS LA 70112

041021P001-1435A-616
CRESCENT PAYROLL
PO BOX 53247
NEW ORLEANS LA 70153

041022P001-1435A-616
CRESENT CITY PAYROLL SOLUTIONS
2226 N HULLEN ST
METAIRIE LA 70001

041619P001-1435A-616
CROWN COFFEE INC
PO BOX 23445
HARAHAN LA 70183

041620P001-1435A-616
CROWN EQUIPMENT CORP
DBA CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI OH 45264-1173

041023P001-1435A-616
CUT - N- EDGE
2450 SEVERN AVE
STE 300
METAIRIE LA 70001

041024P001-1435A-616
CUTTING EDGE TURF SOLUTIONS LLC
3813 ALEXANDER LN
MARRERO LA 70072

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 51 of 306
US First Class Mail
Exhibit Pages

041621P001-1435A-616
CYRACOM LLC
PO BOX 71025
CHICAGO IL 60694-1025

041025P001-1435A-616
DAIKIN APPLIED
13600 INDUSTRIAL PK BLVD
MINNEAPOLIS MN 55441

041623P001-1435A-616
DAVIS MORTUARY SVC
230 MONROE ST
GRETNA LA 70053

041026P001-1435A-616
DAVIS PRODUCTS CO, INC
223 MARTIN LUTHER KING DR
BOGALUSA LA 70427-4584

041027P001-1435A-616
DAYTON CHURCH SUPPLY INC
136 E 3RD ST
DAYTON OH 45402

041028P001-1435A-616
DE LAGE LANDEN FINANCIAL SVC
PO BOX 825736
PHILADELPHIA PA 19182

041624P001-1435A-616
DELL MARKETING LP
PO BOX 534118
ATLANTA GA 30353-4118

000975P001-1435A-616
DENECHAUD AND DENECHAUD LLC
201 ST CHARLES AVE
STE 3920
NEW ORLEANS LA 70170

041031P001-1435A-616
DEPT OF CHILDREN AND FAMILY SVC
PO BOX 26022
BATON ROUGE LA 70826

041625P001-1435A-616
DESHAZO ADAMS LLC
832 E BOSTON ST 6
COVINGTON LA 70433

041032P001-1435A-616
DIAMOND MECHANICAL SVC LLC
135 TULLULAH AVE
RIVER RIDGE LA 70123

041033P001-1435A-616
DINO KIDS CATERING
5000 WEST ESPLANADE AVE
METAIRIE LA 70006

041626P001-1435A-616
DIRECT MEDICAL STAFFING LLC
109 S COLLEGE RD
LAFAYETTE LA 70503-3225

041034P001-1435A-616
DIRECT PARTS AND SVC
4523 AIRLINE DR
METAIRIE LA 70001

041627P001-1435A-616
DIRECT SUPPLY INC
PO BOX 88201
MILWAUKEE WI 53288

041035P001-1435A-616
DIRECT TV
PO BOX 5007
CAROL STREAM IL 60197

041036P001-1435A-616
DIRECTTV
PO BOX 5006
CAROL STREAM IL 60197-5006

041037P001-1435A-616
DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

041628P001-1435A-616
DISA GLOBAL SOLUTIONS
SECON
PO BOX 123731
DEPT 3731
DALLAS TX 75312-3731

041629P001-1435A-616
DISCOUNT PROPERTIES LLC
PO BOX 55002
METAIRIE LA 70055

009787P001-1435A-616
DISCOVER
PO BOX 6103
CAROL STREAM IL 60197-6103

041038P001-1435A-616
DISCOVER BUSINESS CARD
PO BOX 71242
CHARLOTTE NC 28272

041039P001-1435A-616
DITO, LLC WELLS FARGO BANK, NA
PO BOX 888452
LOS ANGELES CA 90088

041630P001-1435A-616
DIVERSIFIED WAREHOUSE SVC LLC
305 CARDINAL DR
LAFAYETTE LA 70508

041040P001-1435A-616
DOCUMART
5624 CITRUS BLVD
NEW ORLEANS LA 70123

041041P001-1435A-616
DOMINICAN SISTERS OF PEACE
2320 AIRPORT DR
COLUMBUS OH 43219

041043P001-1435A-616
DREAM FORWARD MARKETING
1819 SCHNELL DR
ARABI LA 70032

041631P001-1435A-616
DS WATERS OF AMERICA INC
D/B/A KENTWOOD SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 52 of 306
US First Class Mail
Exhibit Pages

Page # : 11 of 265

10/03/2025 02:06:47 PM

041632P001-1435A-616
DUBOIS CHEMICALS INC
2659 SOLUTION CTR
CHICAGO IL 60677

041044P001-1435A-616
DUFRENE BUILDING MATERIALS
400 SUGARHOUSE RD
LULING LA 70070

041046P001-1435A-616
DURBIN ACCOUNTANTS AND CONSULTANTS
257 CHEROKEE ROSE LN
COVINGTON LA 70433

041047P001-1435A-616
DURBIN ACCOUNTANTS AND CONSULTANTS
427 N THREAD ST #213
COVINGTON LA 70433

041048P001-1435A-616
E CATHOLIC
PO BOX 9901
COLLEGE STATION TX 77842

041066P001-1435A-616
E-SET ANTIVIRUS
655 WEST BROADWAY
SAN DIEGO CA 92101

041049P001-1435A-616
EAGLEHAWK PREMIUM PROTECTION SERVICES, LLC
8201 PALM ST
NEW ORLEANS LA 70118

041633P001-1435A-616
EAST SIDE JERSEY DAIRY INC
DBA PRAIRIE FARMS DAIRY - HAMMOND
4001 US HWY 190
HAMMOND LA 70401

041634P001-1435A-616
EAST SIDE JERSEY DAIRY, INC
3744 STAUNTON RD
EDWARDSVILLE IL 62025

041050P001-1435A-616
EASY PASS
PO BOX 7656
METAIRIE LA 70010

041051P001-1435A-616
EBSCO INFORMATION SVC
PO BOX 1943
BIRMINGHAM AL 35201

001087P001-1435A-616
ECOLAB
PO BOX 70343
CHICAGO IL 60673-0343

041636P001-1435A-616
ECOLAB INC
DBA ECOLAB PEST ELIMINATION
26252 NETWORK PL
CHICAGO IL 60673-1262

041052P001-1435A-616
ECON-O-COPY
2901 N CAUSEWAY
#304
METAIRIE LA 70010

041053P001-1435A-616
ECONOMICAL JANITORIAL
PO BOX 23607
NEW ORLEANS LA 70123

001088P001-1435A-616
ECONOMICAL JANITORIAL AND PAPER SUPPLIES INC
PO BOX 23607
NEW ORLEANS LA 70183-3607

020917P001-1435A-616
EDDIE'S ACE HARDWARE
4401 DOWNMAN RD
NEW ORLEANS LA 70126

041054P001-1435A-616
EDGEWOOD EXTERMINATING, LLC
728 E JUDGE PEREZ DR
CHALMETTE LA 70043

009226P001-1435A-616
EDUCATIONAL ELECTRONICS CORP
216 OAK AVE
HARAHAN LA 70123

041056P001-1435A-616
ELAN FINANCIAL SVC
PO BOX 790408
ST LOUIS MO 63179

041057P001-1435A-616
ELEVATOR TECHNICAL SERVICES, INC
2324 LA-457
ALEXANDRIA LA 71302

041058P001-1435A-616
ELEVATOR TECHNICAL SERVICES, INC
PO BOX 3662
PINEVILLE LA 71361

041060P001-1435A-616
EMERY PRATT CO
1966 W M 21
OWOSSO MI 48867

001108P001-1435A-616
EMR SVC INC
668 TIME SAVER AVE
HARAHAN LA 70123

001113P002-1435A-616
ENTERGY
PO BOX 8106
BATON ROUGE LA 70891-8106

001113S001-1435A-616
ENTERGY
639 LOYOLA AVE
NEW ORLEANS LA 70112

001114P001-1435A-616
ENTERGY
PO BOX 8108
BATON ROUGE LA 70891-8108

041061P001-1435A-616
ENTERGY
PO BOX 18108
BATON ROUGE LA 70891-8108

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooda Page 53 of 306
US First Class Mail
Exhibit Pages

041062P001-1435A-616
ENTERGY
PO BOX 64001
NEW ORLEANS LA 70164-4001

041063P001-1435A-616
ENTERGY
PO BOX 8102
BATON ROUGE LA 70891

041637P001-1435A-616
ENTERGY LOUISIANA LLC
PO BOX 8103
BATON ROUGE LA 70891-8103

041638P001-1435A-616
ENTERGY SVC INC
FINA PAYMENT PROCESSING
PO BOX 8102
BATON ROUGE LA 70891-8102

041639P001-1435A-616
ENTERPRISE HOLDINGS, INC
EAN SERVIES LLC DAMAGE RECOVERY UNIT
PO BOX 402383
ATLANTA GA 30384-2383

041064P001-1435A-616
EQUIPMENT SVC CONTRACT US COPY, INC
#30 23RD ST
KENNER LA 70062

041067P001-1435A-616
EUSTIS ENGINEERING, LLC
MATHERS BRIERRE ARCHITECTS, APC
201 ST CHARLES AVE
STE 4100
NEW ORLEANS LA 70170

041072P001-1435A-616
EVERON
PO BOX 872987
KANSAS CITY MO 64187-2987

041073P001-1435A-616
EVERON, LLC
150 JAMES DR E
STE 160
ST. ROSE LA 70087

013596P001-1435A-616
EXECUTONE SYSTEMS CO OF LA, INC
PO BOX 68
METAIRIE LA 70004

041074P001-1435A-616
EXPERT EXTERMINATORS
64287-64259 WATTS RD
PEARL RIVER LA 70452

041075P001-1435A-616
EXPLORELEARNING
110 AVON ST
STE 300
CHARLOTTESVILLE VA 22902

001129P001-1435A-616
F C ZIEGLER CO INC
2111 E 11TH ST
TULSA OK 74104

041641P001-1435A-616
FABER AWARDS INC
9127 AIRLINE DR
NEW ORLEANS LA 70118

041076P001-1435A-616
FACTS
PO BOX 82527
LINCOLN NE 68501-2527

041077P001-1435A-616
FACTS
PO BOX 2597
OMAHA NE 68103-2597

041078P001-1435A-616
FACTS FINANCIAL MANAGEMENT SYSTEM
121 SOUTH 13TH ST
STE 301
LINCOLN NE 68508

041079P001-1435A-616
FAMILY RESOURCE GROUP
3925 N I-10 SERVICE RD
METAIRIE LA 70001

041080P001-1435A-616
FAMILY RESOURCE GROUP, INC
3636 S SHERWOOD BLVD
STE 540
BATON ROUGE LA 70816

041081P001-1435A-616
FAST PBX BUSINESS PHONE SOULTIONS
12485 SW 137TH AVE
MIAMI FL 33186

041082P001-1435A-616
FASTENERS, INC
800 DANKIN ST
JEFFERSON LA 70121

041083P001-1435A-616
FBS UTILITIES INC
PO BOX 361230
HOOVER AL 35236

041084P001-1435A-616
FDC FINANCIAL
14488 OLD STAGE RD
LENOIR CITY TN 37772

001142P001-1435A-616
FEDERICOS FAMILY FLORIST
815 FOCIS ST
METAIRIE LA 70005

041085P001-1435A-616
FERDIE'S PRINTING SVC
3751 SPENCER ST
HARVEY LA 70058

041086P001-1435A-616
FIDELITY BANK
PO BOX 30495
TAMPA FL 33630

001148P001-1435A-616
FIRE AND SAFETY COMMODITIES INC
245 WOODLAND DR
LAPLACE LA 70068

041642P001-1435A-616
FIRE AND SAFETY COMMODITIES INC
254 WOODLAND DR
LAPLACE LA 70068

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 54 of 306
US First Class Mail
Exhibit Pages

041088P001-1435A-616
FIRST AMERICAN BANK AND TRUST
PO BOX 4521
CAROL STREAM IL 60197

041087P001-1435A-616
FIRST AMERICAN BANK AND TRUST - CREDIT CARD
PO BOX 30495
TAMPA FL 33630

009439P001-1435A-616
FIRST BANK AND TRUST
PO BOX 2711
OMAHA NE 68103-2711

009439S001-1435A-616
FIRST BANK AND TRUST
NEWMAN MATHIS BRADY AND SPEDALE
MARK C LANDRY A PROFESSIONAL LAW CORP
433 METAIRIE RD STE 600
METAIRIE LA 70005

041089P001-1435A-616
FIRST CHOICE COFFEE SVC
835 GREENS PKWY
#160
HOUSTON TX 77067

041090P001-1435A-616
FIRST HORIZON
PO BOX 2091
MEMPHIS TN 38101

041091P001-1435A-616
FIRST HORIZON - CREDIT CARD
PO BOX 1545
MEMPHIS TN 38101

041092P001-1435A-616
FIRST HORIZON VISA
PO BOX 385
MEMPHIS TN 38101

041093P001-1435A-616
FIRST NATIONAL BANK USA
PO BOX 30495
TAMPA FL 33630

041094P001-1435A-616
FIRST-CITIZENS BANK AND TRUST
21146 NETWORK PL
CHICAGO IL 60673-1211

018494P001-1435A-616
FISCHERS INC
11668 CHEF MENTEUR HIGHWAY
NEW ORLEANS LA 70129

041095P002-1435A-616
FITCHFIELD MUSIC LLC
1769 DUELS STREET LA
NEW ORLEANS LA 70119

041096P001-1435A-616
FLOCK NOTE
6606 FM 1488
STE 148-366
MAGNOLIA TX 77354

041643P001-1435A-616
FLOWERS BAKING CO OF NEW
PO BOX 842222
DALLAS TX 75284

041097P001-1435A-616
FLOWERS N FANCIES
1805 N CAUSEWAY BLVD
MANDEVILLE LA 70471

041098P001-1435A-616
FMM MAINTENANCE CONSTRUCTION
525 FLORIDA AVE SW
DENHAM SPRINGS LA 70726

041099P001-1435A-616
FMM SERVICES, LLC
525 FLORIDA AVE SW
DENHAM SPRINGS LA 70125

001165P001-1435A-616
FOLEY MARKETING INC
317 GREFER LN
HARVEY LA 70058

001166P001-1435A-616
FOLLETT SCHOOL SOLUTIONS INC
91826 COLLECTION CTR DR
CHICAGO IL 60693-0918

041100P001-1435A-616
FOLLETTE SCHOOL SOLUTIONS, LLC
91826 COLLECTION CTR DR
CHICAGO IL 60693

041101P001-1435A-616
FORT KNOX ALARMS
PO BOX 710
CHALMETTE LA 70044

041102P001-1435A-616
FORT KNOX STORAGE
2649 N CAUSEWAY BLVD
METAIRIE LA 70002

041103P001-1435A-616
FOUR SEASONS GROUNDWORKS
300 PAUL MAILLARD AVE
LULING LA 70070

041104P001-1435A-616
FOX ENERGY AND ENVIRONMENTAL, LLC
2100 HERITAGE AVE
APT 1168
EULESS TX 76039

041105P001-1435A-616
FP MAILING SOLUTIONS
140 N MITCHELL CT
STE 200
ADDISON IL 60101

041110P001-1435A-616
FRANCISCAN MISSIONARIES OF HOPE
9701 HAMMOND ST
NEW ORLEANS LA 70127

041112P001-1435A-616
FREDRICK'S JANITORIAL SVC
342 LAKECREST AVE
BATON ROUGE LA 70807

041113P002-1435A-616
FREDRICKS JANITORIAL SVC
CO FREDERICK D PARKER
2717 CONCORDIA DR
LAPLACE LA 70068

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooda Page 55 of 306
US First Class Mail
Exhibit Pages

041114P001-1435A-616
FREMIN'S
26277 HIGHWAY 23
PORT SULPHUR LA 70083

041116P001-1435A-616
FUSION CLOUD SVC
210 INTERSTATE NORTH PKWY SE
STE 300
ATLANTA GA 30339

041117P001-1435A-616
GALLAGHER BENEFIT SVC
PO BOX 36702
SELMA AL 36702

001202P001-1435A-616
GALLAGHER BENEFIT SVC INC
PO BOX 190
SELMA AL 36702

013632P001-1435A-616
GBP DIRECT, INC
133 EAST THIRD ST
KENNER LA 70062

041118P001-1435A-616
GENERAC
PO BOX 148
NORWALK CT 06852

041119P001-1435A-616
GENERATION GENIOUS, INC
14622 VENTURA BLVD #2026
SHERMAN OAKS CA 91403

001222P001-1435A-616
GIA PUBLICATIONS INC
7404 S MASON AVE
CHICAGO IL 60638

041123P001-1435A-616
GLOBAL SECURITY LLC
1733A NORTH AIRLINE HIGHWAY
GONZALES LA 70737

041125P001-1435A-616
GNAWLINS PLUMBING SERVICES, LLC
2115 HICKORY AVE
HARAHAN LA 70123

041126P001-1435A-616
GO MINI'S OF NEW ORLEANS
712 L AND A RD
METAIRIE LA 70001

041127P001-1435A-616
GOGUARDIAN
2030 E MAPLE AVE STE 100
EL SEGUNDO CA 90245

041128P001-1435A-616
GOOTEE CONSTRUCTION
1001 S HARIMAW CT
METAIRIE LA 70001

041129P001-1435A-616
GOOTEE SVC
1001 HARIMAW CT W
METAIRIE LA 70001

041130P001-1435A-616
GOOTEE SVC
1001 SOUTH HARIMAW CT
METAIRIE LA 70001

041131P001-1435A-616
GORDONS PROPERTY MAINTENANCE, LLC
632 PERRIN DR
ARABI LA 70032

041644P001-1435A-616
GOT GRASS LAWN SERVICE, LLC
224 BERNARD RD
KAPLAN LA 70458

041132P001-1435A-616
GPT DIRECT, INC
133 E THIRD ST
KENNER LA 70062

041133P001-1435A-616
GRAYBAR FINANCIAL SVC
11885 LACKLAND RD
ST LOUIS MO 63146

041134P001-1435A-616
GREATAMERICA FINANCIAL SVC
625 FIRST ST SE
CEDAR RAPIDS IA 52401

041135P001-1435A-616
GREENWAY DEVELOPMENT CORP
CALVIN ARCENEAUX
799 FAIRWAY DR
LAPLACE LA 70068

041136P001-1435A-616
GREG'S LAWN SVC
10 W 24TH ST
STE C
KENNER LA 70062

041137P001-1435A-616
GRETNA BINGO PALACE
1900 FRANKLIN AVE
GRETNA LA 70053

041138P001-1435A-616
GROUNDHOG LANDSCAPE MANAGEMENT, LLC
918 LAFITTE ST
MANDEVILLE LA 70448

041645P001-1435A-616
GT MICHELLE CO INC
103 BROOKHOLLOW ESPLANADE
HARAHAN LA 70123

041139P001-1435A-616
GUARDIAN LIFE INSURANCE CO OF AMERICA
PO BOX 677458
DALLAS TX 75267-7458

009838P001-1435A-616
GUILLORY SHEET METAL WORKS INC
PO BOX 23125
HARAHAN LA 70183

017002P001-1435A-616
GUILLORY SHEET METAL WORKS INC
5704 HEEBE ST
HARAHAN LA 70123

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 56 of 306
US First Class Mail
Exhibit Pages

041140P001-1435A-616
GULF COAST BANK
200 ST CHARLES AVE
NEW ORLEANS LA 70130

041141P001-1435A-616
GULF COAST BANK
PO BOX 2087
OMAHA NE 68103

041142P001-1435A-616
GULF COAST BANK
PO BOX 2711
OMAHA NE 68103

041143P001-1435A-616
GULF COAST BANK AND TRUST
2626 N ARNOULT RD
STE 115
METAIRIE LA 70002

041144P001-1435A-616
GULF COAST BANK AND TRUST CO
201 HUEY P LONG AVE
GRETNA LA 70053

001277P001-1435A-616
GULF COAST OFFICE PRODUCTS
5801 RIVER OAKS RD SOUTH
NEW ORLEANS LA 70123

041146P001-1435A-616
GULF COAST OFFICE PRODUCTS
1720A CRETE ST
MOBERLY MO 65270

041145P001-1435A-616
GULF COAST- CREDIT CARD
1025 NAPOLEON AVE
NEW ORLEANS LA 70115

013685P001-1435A-616
H-WORTH ELEVATOR SVC LLC
2227 FAYETTE ST
KENNER LA 70062

041147P001-1435A-616
HAITIAN CATHOLIC COMMUNITY
5617 ST CLAUDE AVE
NEW ORLEANS LA 70117

041148P001-1435A-616
HAMTON LOCARG CONSTRUCTION LLC
1309 HESPER AVE
METAIRIE LA 70005

041154P001-1435A-616
HANDYBODY HOME REPAIRS
65277 SHINGLEMILL RD
PEARL RIVER LA 70452

018547P001-1435A-616
HD SUPPLY FACILITIES MAINTENANCE
PO BOX 509058
SAN DIEGO CA 92150-9058

041646P001-1435A-616
HD SUPPLY INC
THE HOME DEPOT PRO EIN# 52-2418852
PO BOX 404468
ATLANTA GA 30384-4284

041647P001-1435A-616
HEALTHPRO HERITAGE AT HOME LLC
DBA SOFLEX
PO BOX 69268
BALTIMORE MD 21264-9268

041648P001-1435A-616
HEALTHY IMAGE CONSULTING LLC
4845 IHLES RD
LAKE CHARLES LA 70605

013667P001-1435A-616
HELM PAINT AND SUPPLY, INC
8180 EARHART BLVD
NEW ORLEANS LA 70118

041158P001-1435A-616
HIGH FIVE CLEANERS
69305 LA-21
COVINGTON LA 70433

041159P001-1435A-616
HMC GENERATORS, LLC
PO BOX 1169
PRAIRIEVILLE LA 70769

041160P001-1435A-616
HOFFPAUIR STUDIO ARCHITECTURE
1669 LOBDELL AVE STE H1
BATON ROUGE LA 70806

041161P001-1435A-616
HOME BANK VISA
PO BOX 2711
OMAHA NE 68103-2711

041162P001-1435A-616
HOME DEPOT
PO BOX 78047
PHOENIX AZ 85062

041163P001-1435A-616
HOME DEPOT
PO BOX 790420
ST. LOUIS MO 63179

041164P001-1435A-616
HOME DEPOT CREDIT CARD
PO BOX 790345
ST LOUIS MO 63179

041165P001-1435A-616
HOME DEPOT CREDIT SVC
PO BOX 9001010
LOUISVILLE KY 40290

041166P001-1435A-616
HOME DEPOT CREDIT SVC
PO BOX 183175
COLUMBUS OH 43218-3175

041649P001-1435A-616
HOME DEPOT CREDIT SVC
DEPT 32- 2500832211
PO BOX 70293
PHILADELPHIA PA 19176-0293

041167P001-1435A-616
HOMEBANK CREDIT CARD
PO BOX 2087
OMAHA NE 68103

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 57 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041168P001-1435A-616
HONEYWELL INTERNATIONAL, INC
2326 CAREY ST
SLIDELL LA 70458

041169P001-1435A-616
HOUGHTON MIFFLIN CO
14046 COLLECTION CTR DR
CHICAGO IL 60693

041170P001-1435A-616
HOUGHTON MIFFLIN HARCOURT
125 HIGH ST
BOSTON MA 02110

041171P001-1435A-616
HUDSON GLOBAL SCHOLARS, LLC
(CATHOLIC VIRTUAL)
729 SW FEDERAL HWY
STE 102
STUART FL 34994

012096P001-1435A-616
I SHRED
PO BOX 4058
COVINGTON LA 70434

041172P001-1435A-616
IDENTOGO
4520 YORK ST
METAIRIE LA 70001

041173P001-1435A-616
IMMACULATE CONCEPTION SCHOOL
4401 7TH ST
MARRERO LA 70072

041174P001-1435A-616
IMMENSE NETWORKS, LLC
102226 JEFFERSON HWY
STE 100
BATON ROUGE LA 70809

041177P001-1435A-616
IN-TELECOM
573 JOHNNY F SMITH AVE
SLIDELL LA 70460

041650P001-1435A-616
INFORMATION CONTROLS INC
PO BOX 7147
ROCKFORD IL 61126

041175P001-1435A-616
INSTITUTE FOR SCHOOL AND PARISH DEVELOPMENT
15 LOG CABIN LN
PEARL RIVER LA 70452

041176P001-1435A-616
INTEGRITY ELEVATOR SOLUTIONS, LLC
PO BOX 2169
BUNA TX 77612

041178P001-1435A-616
INTERFACE SECURITY SYSTEMS
PO BOX 660824
DALLAS TX 75266

041179P001-1435A-616
INTERFACE SECURITY SYSTEMS LLC
8339 SOLUTIONS CTR
CHICAGO IL 60677-8003

041180P001-1435A-616
INTERNATIONAL SCHOOL OF LOUSIANA
502 OLIVIER ST
NEW ORLEANS LA 70114

041181P001-1435A-616
INTUIT
PO BOX 513340
LOS ANGELES CA 90051

026605P001-1435A-616
INTUIT QUICKBOOKS
2700 COAST AVE
MOUNTAIN VIEW CA 94043

041182P001-1435A-616
INTUIT QUICKBOOKS
2800 E COMMERERCE CTR PL
TUCSON AZ 85706

041652P001-1435A-616
IRIS GROUP HOLDING LLC
EVERONLLC 900008456
PO BOX 219044
KANSAS CITY MO 64121-9044

001386P001-1435A-616
IRON MOUNTAIN
PO BOX 915004
DALLAS TX 75391-5004

041183P001-1435A-616
ITS FIRE ALARM SYSTEM, LLC
1701 HULLEN ST
METAIRIE LA 70001

041653P001-1435A-616
ITS NEVER TWO LATE LLC
DBA LIFELOOP
5889 GREENWOOD PLZ BLVD STE 210
GREENWOOD VILLAGE CO 80111

041184P001-1435A-616
ITTSME
7240 CROWDER BLVD
STE 309
NEW ORLEANS LA 70127

041185P001-1435A-616
IV WASTE LLC
730 S PIERCE ST
NEW ORLEANS LA 70119

013699P001-1435A-616
IXL LEARNING INC
777 MARINERS ISLAND BLVD
STE 600
SAN MATEO CA 94404

041187P001-1435A-616
J AND C PEST CONTROL, LLC
PO BOX 9089
METAIRIE LA 70055

041192P001-1435A-616
J AND C PEST CONTROL, LLC
1224 NURSERY AVE
METAIRIE LA 70005

041188P001-1435A-616
J AND C PRINTING
8741 W JUDGE PEREZ DR
CHALMETTE LA 70043

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

---

041189P001-1435A-616
J AND J EXTERMINATING
416 COMMERCE PT
NEW ORLEANS LA 70123

041190P001-1435A-616
J AND K PRINTING AND OFFICE SUPPLY, INC
1001 W AIRLINE HWY
LA PLACE LA 70068

041191P001-1435A-616
J PRESTES AND CO INC
3605 DIVISION ST
METAIRIE LA 70002

029667P001-1435A-616
J PRESTES AND COINC
PO BOX 8544
METAIRIE LA 70011

041197P001-1435A-616
JA-ROY
101 KINGSTON DR
SLIDELL LA 70458

041198P001-1435A-616
JA-ROY
18211 BRANCH CROSSING DR
COVINGTON LA 70435

041199P001-1435A-616
JA-ROY EXTERMINATING SVC
PO BOX 740608
CINCINNATI OH 45274-0608

041654P001-1435A-616
JACKSON TRUCK AND
TRAILER REPAIR OF LOUISIANA INC
PO BOX 10215
JEFFERSON LA 70181-0215

041195P001-1435A-616
JAMF SOFTWARE LLC
PO BOX 274007550
CHICAGO IL 60674-7550

041196P001-1435A-616
JANI KING THE KING OF CLEAN
3230 W ESPLANADE AVE #100
METAIRIE LA 70002

041655P001-1435A-616
JB HUNT TRANSPORT INC
PO BOX 847977
DALLAS TX 75284-7977

041201P001-1435A-616
JCP MASTER CLEANING
3013 BURNS ST
JEFFERSON LA 70121

041202P001-1435A-616
JEANFREAU'S HARDWARE AND SUPPLY
8594 LA-23
BELLE CHASSE LA 70037

041204P001-1435A-616
JEFF PARISH WATER DEPT
1221 ELMWOOD PK BLVD
STE 909
JEFFERSON LA 70123

041205P001-1435A-616
JEFFERSON DEPT OF WATER
PO BOX 10007
JEFFERSON LA 70181

001407P001-1435A-616
JEFFERSON PARISH DEPT OF WATER
PO BOX 10007
JEFFERSON LA 70181-0007

001407S001-1435A-616
JEFFERSON PARISH DEPT OF WATER
1221 ELMWOOD PK BLVD STE 103
EASTBANK OFFICE  YENNI BUILDING
JEFFERSON LA 70123

041206P001-1435A-616
JEFFERSON PARISH WATER
4500 WESTBANK EXPWY
MARRERO LA 70072

041656P001-1435A-616
JEFFERSON SPRINKLER
PO BOX 129
GRETNA LA 70054

041207P001-1435A-616
JESUIT
4511 WEST PINE BLVD
SAINT LOUIS MO 63108-2191

041208P001-1435A-616
JESUIT HIGH SCHOOL COMMUNITY
4133 BANKS ST
NEW ORLEANS LA 70119

041210P001-1435A-616
JJH LAWN AND MAINTENANCE LLC
119 GREGORY DR
LULING LA 70070

041213P001-1435A-616
JOHNSON CONTROLS
2835 HESSMER AVE
STE 200
METAIRIE LA 70002

001429P001-1435A-616
JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE IL 60055-0320

041214P001-1435A-616
JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH PA 15250

041215P001-1435A-616
JOHNSTONE SUPPLY
PO BOX 23716
HARAHAN LA 70183

041219P001-1435A-616
JOSTENS, INC
21336 NETWORK PL
CHICAGO IL 60873

041220P001-1435A-616
JOSTENS, INC
7760 FRANCE AVE SOUTH
STE 400
MINNEAPOLIS MN 55435

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 59 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041221P001-1435A-616<br>JPC EXTERMINATING LLC<br>14 WILCOX BLVD<br>HARAHAN LA 70123 | 041222P001-1435A-616<br>JRB LANDSCAPING LLC<br>521 SAINT MARY ST<br>APT 415<br>NEW ORLEANS LA 70130 | 041193P001-1435A-616<br>JS PALUCH COMPANY, INC<br>3708 N RIVER RD<br>STE 400<br>FRANKLIN PARK IL 60131 | 041223P001-1435A-616<br>JUNEAU ODENWALD, INC<br>1109 DEALERS AVE<br>ELMWOOD LA 70123 |
| 041228P001-1435A-616<br>KELLYMEYER BERGENSONS SERVICES, LLC<br>3510 N CAUSEWAY BLVD<br>STE 505<br>MERAIRIE LA 70002 | 041229P001-1435A-616<br>KEMCO FACILITIES SERVICES, LLC<br>5750 BELL CIR<br>MONTGOMERY AL 36116 | 041232P001-1435A-616<br>KINGFISH POOL SVC L L C<br>1024 CENTRAL AVE<br>METAIRIE LA 70001 | 041233P001-1435A-616<br>KOCH AND WILSON ARCHITECTS<br>1100 JACKSON AVE<br>NEW ORLEANS LA 70130 |
| 041234P001-1435A-616<br>KONE INC<br>520 ELMWOOD PK BLVD<br>STE 150<br>NEW ORLEANS LA 70123 | 001724P002-1435A-616<br>KONICA MINOLTA<br>21146 NETWORK PL<br>CHICAGO IL 60673-1211 | 041235P001-1435A-616<br>KONICA MINOLTA<br>3330 W ESPLANADE AVE<br>METAIRIE LA 70002 | 041236P001-1435A-616<br>KONICA MINOLTA PREMIER<br>PO BOX 41602<br>PHILADEL[HIA PA 19101-1602 |
| 041237P001-1435A-616<br>KRH CONSULTING, LLC<br>248 26TH ST<br>NEW ORLEANS LA 70124 | 041238P001-1435A-616<br>KUSHNER LAGRAIZE LLC<br>3330 W ESPLANADE AVE<br>#100<br>METAIRIE LA 70002 | 041660P001-1435A-616<br>KV AND DJ ENTERPRISES<br>DBA SPEEDEE OIL CHANGE AND TUNE UP<br>2601 ESPLANDE AVE<br>NEW ORLEANS LA 70119 | 041240P001-1435A-616<br>LA GRANGE AC AND HEATING<br>2647 FLORIDA AVE<br>UNIT B<br>KENNER LA 70062 |
| 041241P001-1435A-616<br>LA WATERS<br>5600 JEFFERSON HWY<br>STE W1-216<br>NEW ORLEANS LA 70123 | 041661P001-1435A-616<br>LAFITTE REDEVELOPMENT LLC<br>2200 LAFITTE AVE<br>NEW ORLEANS LA 70119 | 041242P001-1435A-616<br>LAKEVIEW SUPER SELF STORAGE, LLC<br>301 PARIS AVE<br>METAIRIE LA 70005 | 041662P001-1435A-616<br>LAMARQUE CRESCENT CITY FORD LLC<br>6121 JEFFERSON HIGHWAY<br>HARAHAN LA 70123 |
| 041663P001-1435A-616<br>LAMM FOOD SERVICES, LLC<br>PO BOX 2957<br>LAFAYETTE LA 70502 | 041243P001-1435A-616<br>LANDIS CONSTRUCTION CO LLC<br>8300 EARHART BLVD<br>STE 300<br>NEW ORLEANS LA 70118 | 041244P001-1435A-616<br>LANDRIEU CONCRETE<br>4141 PARIS RD<br>CHALMETTE LA 70043 | 041245P001-1435A-616<br>LANDSCAPE WORKSHOP<br>1701 BELLE CHASSE HWY<br>GRETNA LA 70056 |
| 041246P001-1435A-616<br>LANDSCAPE WORKSHOP<br>74232 LA-25<br>COVINGTON LA 70435 | 041247P001-1435A-616<br>LANDSCAPE WORKSHOP, LLC<br>PO BOX 738876<br>DALLAS TX 75373-8876 | 041248P001-1435A-616<br>LAWN AND LANDSCAPE OF LA, LLC<br>23287 HWY 40<br>BUSH LA 70431 | 041249P001-1435A-616<br>LDH, OPH<br>PO BOX 4489<br>BATON ROUGE LA 70821-4489 |

59

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooden Page 60 of 306
US First Class Mail
Exhibit Pages

Page # : 19 of 265

10/03/2025 02:06:47 PM

041251P001-1435A-616
LEAF
1720 A CRETE ST
MOBERLY MO 65270

041252P001-1435A-616
LEAF
PO BOX 5066
HARTFORD CT 06112

041253P001-1435A-616
LEE ROAD WATER CORP
78330 LA-437
COVINGTON LA 70435

041255P001-1435A-616
LEXIA LEARNING SYSTEMS, LLC
300 BAKER AVE STE 202
CONCORD MA 01742

041256P001-1435A-616
LEXIA LEARNING SYSTEMS, LLC
PO BOX 844737
BOSTON MA 02284

041257P001-1435A-616
LGD LAWN AND LANDSCAPE
5534 CANAL BLVD
STE 4
NEW ORLEANS LA 70124

041258P001-1435A-616
LIBERTY STORAGE
7037 HWY 190 EAST SERVICE RD
COVINGTON LA 70433

041664P001-1435A-616
LIFELINE SYSTEMS CO
PO BOX 419572
BOSTON MA 02241-7572

041259P001-1435A-616
LIGHTNING LAWN CARE, LLC
3764 LAKE LYNN DR
GRETNA LA 70056

041260P001-1435A-616
LIGUORI PUBLICATIONS
200 LIGUORI DR
LIGUORI MO 63057

041262P001-1435A-616
LINEONE
206 RUE LOUIS XIV
LAFAYETTE LA 70508

041263P001-1435A-616
LIQUID ENVIRONMENTAL SOLUTIONS
2350 CRESTVIEW
KENNER LA 70065

013765P001-1435A-616
LIQUID ENVIRONMENTAL SOLUTIONS
ACCOUNTS RECEIVABLE
PO BOX 733372
DALLAS TX 75373-3372

041264P001-1435A-616
LONGS LAWN SERVICE, LLC
257 WAINWRIGHT DR
HARAHAN LA 70123

041265P001-1435A-616
LOOMIS
2650 POYDRAS ST
NEW ORLEANS LA 70119

041266P001-1435A-616
LOOP LINEN AND UNIFORM
463 AVE A
WESTWEGO LA 70094

041267P001-1435A-616
LOUIE'S ACE HARDWARE
8935 JEFFERSON HWY
RIVER RIDGE LA 70123

041666P001-1435A-616
LOUISIANA FRESH PRODUCE
PO BOX 792570
NEW ORLEANS LA 70179-2570

001595P001-1435A-616
LOUISIANA OFFICE PRODUCTS INC
210 EDWARDS AVE
HARAHAN LA 70123

041269P001-1435A-616
LOUSIANA LANDSCAPE SPECIALTY, INC
1701 BELLE CHASSE HWY
TERRYTOWN LA 70056

041270P001-1435A-616
LOUSIANA TUMBLE N CHEER ACADEMY, LLC
3213 TOLMAS DR
METAIRIE LA 70002

041271P001-1435A-616
LOWES
PO BOX 669824
DALLAS TX 75266

019841P001-1435A-616
LOWES BUSINESS ACCOUNT
PO BOX 530970
ATLANTA GA 30353-0970

041272P001-1435A-616
LOYOLA JESUIT COMMUNITY
1575 CALHOUN ST
NEW ORLEANS LA 70118

001604P001-1435A-616
LOYOLA PRESS
PO BOX 6692
CAROL STREAM IL 60197-6692

041273P001-1435A-616
LUKAS LAWN CARE LLC
70345 D ST
COVINGTON LA 70433

001611P001-1435A-616
LYKE FOUNDATION
102 ANN CT
MONTZ LA 70068-8980

041275P001-1435A-616
M AND G SOLUTIONS
6055 KENSINGTON BLVD
NEW ORLEANS LA 70127

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooda Page 61 of 306
US First Class Mail
Exhibit Pages

041667P001-1435A-616
M AND L INDUSTRIES LLC
1210 ST CHARLES
HOUMA LA 70360

041276P001-1435A-616
MACQUARIE EQUIPMENT CAPITAL, INC
1301 RIVERPLACE BLVD LEVEL 4
JACKSONVILLE FL 32207

041277P001-1435A-616
MACQUARIE EQUIPMENT CAPITAL, INC
125 WEST 55TH ST
LEVEL 22
NEW YORK NY 10019

041278P001-1435A-616
MACQUARIE EQUIPMENT CAPITAL, INC
PO BOX 714862
CINCINNATI OH 45271

041279P001-1435A-616
MADERE VENTURES LLC
PO BOX 2409
RESERVE LA 70084

041280P001-1435A-616
MAGIC CITY LAWN CARE
1601 HWY 10
BOGALUSA LA 70427

041668P001-1435A-616
MAILING SVC OF PITTSBURGH, INC
TRUESENSE MARKETING
PO BOX 641114
PITTSBURGH PA 15264-1114

041281P001-1435A-616
MALIN CONSTRUCTION COMPANY, INC
211 SIERRA CT
METAIRIE LA 70001

041670P001-1435A-616
MARILLC COMMUNITY HEALTH CENTERS
DBA DEPAUL COMMUNITY HELATH CENTERS
3201 S CARROLLTON AVE
NEW ORLEANS LA 70118

041282P001-1435A-616
MARLIN LEASEING CORP
300 FELLOWSHIP RD
MT LAUREL NJ 08054

041283P001-1435A-616
MARLIN LEASING GROUP
PO BOX 13604
PHILADELPHIA PA 19101-3604

041284P001-1435A-616
MARSE WELDING SUPPLIES INC
2700 HESSMER AVE
METAIRIE LA 70002

041671P001-1435A-616
MARSHLAND ENTERPRISE, LLC
5664 BULLWHIP RD
IOWA LA 70647

041286P001-1435A-616
MASTERCARD
PO BOX 4512
CAROL STREAM IL 60197-4512

041287P001-1435A-616
MATER DOLOROSA CONFERENCE OF
ST VINCENT DE PAUL SOCIETY
3500 CANAL ST
NEW ORLEANS LA 70119

010572P001-1435A-616
MATRANA'S PRODUCE
201 LOUISIANA ST
WESTWEGO LA 70094

041672P001-1435A-616
MCLEOD AND ASSOCIATEINC
DBA BREATHING CARE MEDICAL
3100 5TH ST
METAIRIE LA 70002

041288P001-1435A-616
MEDINA AND RODRIGUZ, LLC
72 MONTERREY AVE
KENNER LA 70065

041673P001-1435A-616
MEDLINE INDUSTRIES INC
DEPT 1080
PO BOX 121080
DALLAS TX 75312-1080

041289P001-1435A-616
MERCHANT BANKCD
71 S CENTRAL AVE
STE 200
VALLEY STREAM NY 11580

041290P001-1435A-616
MESALAIN CONSULTING GROUP LLC
37 DRIFTWOOD BLVD
KENNER LA 70065

041291P001-1435A-616
MESSINAS INC
916 DAKIN ST
JEFFERSON LA 70121

013806P001-1435A-616
METAIRIE COUNTRY CLUB
580 WOODVINE AVE
METAIRIE LA 70005

041292P001-1435A-616
METROPOLITAN ELECTRONICS, INC
565 HICKORY AVE
HARAHAN LA 70123

041295P001-1435A-616
MICROSOFT 365
PO BOX 842103
DALLAS TX 75284

041296P001-1435A-616
MICROSOFT CORP
ONE MICROSOFT WAY
REDMOND WA 98052

041299P001-1435A-616
MILSAP SOLUTIONS, LLC
115 TAMMY DR
LAPLACE LA 70068

041300P001-1435A-616
MODERN SECURITY SYSTEMS
4216 AVRON BLVD
METAIRIE LA 70006

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 62 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

---

041305P001-1435A-616
MR BILLY JOE COZAD JR BT TOWING
6801 WEST BANK EXPWY
MARRERRO LA 70072

041306P001-1435A-616
MR SPARKLE JANITORIAL SERVICE, INC
10164 JEFFERSON HWY
RIVER RIDGE LA 70123

041674P001-1435A-616
MR WHEELCHAIR INC
1201 JEFFERSON HWY
JEFFERSON LA 70121

009946P001-1435A-616
MULEDUREL INC
5813 PLAUCHE ST
NEW ORLEANS LA 70123

041308P001-1435A-616
MULTIMEDIA SOLUTIONS
11 SWALLOW ST
NEW ORLEANS LA 70124

041309P001-1435A-616
MYSTERY SCIENCE  DISCOVERY EDUCATION
PO BOX 745873
ATLANTA GA 30374

041310P001-1435A-616
NAESP - LA ASSC OF PRINCIPALS
103 CRAWFORD ST
WINNIFIELD LA 71483

030676P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031761P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031947P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031893P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031915P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031771P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031748P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031786P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031921P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031763P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031787P002-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031868P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031952P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031950P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031905P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031769P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031755P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031963P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031931P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038888P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

031775P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 63 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 031776P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031928P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031960P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031797P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031792P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031965P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031777P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031892P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031924P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031883P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031764P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031784P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031935P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031957P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031968P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031967P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031933P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031962P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031925P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031760P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031941P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031765P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031949P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031793P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031898P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031762P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031964P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031751P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Gooden Page 64 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 031943P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031753P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031791P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031940P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031956P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031958P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031774P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031909P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031887P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031934P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031896P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031922P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031894P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031885P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031926P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031961P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031788P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031923P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031772P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031919P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031944P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031932P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031917P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031904P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031794P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031969P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031767P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031953P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 65 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031918P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031927P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031966P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031942P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031785P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031938P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031750P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031759P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031959P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031783P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031766P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031878P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031756P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031876P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031912P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031920P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031945P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031789P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031790P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031779P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031770P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031623P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031624P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031625P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031626P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031627P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031628P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031629P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 66 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 031630P001-1435A-616 | 031631P001-1435A-616 | 031632P001-1435A-616 | 031633P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031634P001-1435A-616 | 031635P001-1435A-616 | 031636P001-1435A-616 | 031637P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031638P001-1435A-616 | 031639P001-1435A-616 | 031640P001-1435A-616 | 031641P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031642P001-1435A-616 | 031643P001-1435A-616 | 031644P001-1435A-616 | 031645P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031646P001-1435A-616 | 031647P001-1435A-616 | 031648P001-1435A-616 | 031649P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031650P001-1435A-616 | 031651P001-1435A-616 | 031652P001-1435A-616 | 031653P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031654P001-1435A-616 | 031655P001-1435A-616 | 031656P001-1435A-616 | 031657P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 67 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 031658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031660P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031661P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031662P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031663P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031664P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031667P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031668P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031670P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031671P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031672P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031673P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031674P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031675P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031676P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031677P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031695P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031696P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031697P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031698P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031699P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031700P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031701P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031702P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031703P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031704P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Gaona Page 68 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 031705P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031706P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031707P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031708P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031709P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031710P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031711P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031712P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031712S001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031713P002-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031713S001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031714P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031715P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031716P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031717P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031718P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031719P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031720P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031721P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031722P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031723P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031724P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031725P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031726P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031727P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031728P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031729P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 031729S001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 031730P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031731P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031733P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031733S001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031734P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031735P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031736P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031737P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031738P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738S001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738S002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031738S003-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031738S004-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031739P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031740P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031741P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031741S001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031742P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031743P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031744P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031744S001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031745P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031746P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031747P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000028P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000033P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000106P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000109P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 70 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 000115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000116P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000143P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000289P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000291P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000785P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000889P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000931P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001027P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001028P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001069P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001209P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001321P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001330P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001405P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001467P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001534P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001552P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001666P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 001678P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 001697P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002021P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002413P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002756P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002768P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002784P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002791P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 71 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 002876P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002892P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002893P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002899P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002900P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002901P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002903P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002906P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002907P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002909P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002911P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002913P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002919P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002922P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002923P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002924P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002927P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002937P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002940P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002942P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002946P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002949P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002955P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002959P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 002960P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002962P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002967P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 002976P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 72 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 002978P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002984P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002988P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 002989P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003003P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003009P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003010P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003015P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003017P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003018P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003020P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003026P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003044P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003049P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003052P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003068P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003069P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003070P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003072P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003074P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003075P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003085P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003091P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003092P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003100P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003104P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003105P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003106P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 73 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003118P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003131P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003133P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003140P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003142P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003160P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003163P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003165P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003167P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003173P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003176P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003183P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003185P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003193P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003196P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003197P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003200P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003209P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003217P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003221P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003224P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003232P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003233P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003245P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 003246P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003258P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003260P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003265P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003267P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003270P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003288P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003303P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003307P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003311P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003313P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003318P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003322P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003332P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003338P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003341P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003342P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003344P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003351P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003353P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003356P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003358P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003369P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003373P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003382P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003390P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 75 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003395P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003399P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003405P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003411P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003418P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003419P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003425P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003435P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003437P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003439P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003440P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003449P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003452P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003453P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003458P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003459P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003460P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003461P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003471P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003475P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003477P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003482P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003483P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003496P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 76 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003502P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003506P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003510P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003522P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003524P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003527P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003529P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003532P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003534P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003537P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003539P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003542P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003543P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003544P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003545P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003553P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003558P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003565P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003570P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003571P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003572P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003573P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003578P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003580P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003587P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003588P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003591P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 77 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003606P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003609P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003610P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003614P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003626P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003627P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003630P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003634P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003637P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003639P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003645P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003657P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003664P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003668P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003675P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003676P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003683P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003684P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003686P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003688P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003691P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003692P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003700P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003714P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003722P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003724P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003725P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003735P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 78 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 003737P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003745P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003746P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003756P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003757P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003760P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003762P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003765P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003767P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003768P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003770P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003787P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003791P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003796P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003797P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003801P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003804P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003823P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003824P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003836P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003838P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003858P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003860P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003862P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003866P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003871P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003872P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 003874P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 79 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 003876P001-1435A-616 | 003877P001-1435A-616 | 003880P001-1435A-616 | 003882P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003886P001-1435A-616 | 003888P001-1435A-616 | 003892P001-1435A-616 | 003896P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003898P001-1435A-616 | 003902P001-1435A-616 | 003912P001-1435A-616 | 003924P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003933P001-1435A-616 | 003940P001-1435A-616 | 003941P001-1435A-616 | 003948P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 003960P001-1435A-616 | 003965P001-1435A-616 | 003986P001-1435A-616 | 003997P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004002P001-1435A-616 | 004005P002-1435A-616 | 004006P001-1435A-616 | 004007P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004013P001-1435A-616 | 004014P001-1435A-616 | 004020P001-1435A-616 | 004022P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 80 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004023P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004030P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004034P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004039P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004059P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004066P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004071P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004088P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004089P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004093P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004095P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004096P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004100P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004104P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004105P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004106P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004107P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004111P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004113P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004117P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004137P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004145P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004162P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004165P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004180P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 81 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 004182P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004197P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004202P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004204P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004207P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004215P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004216P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004219P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004222P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004224P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004228P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004250P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004252P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004253P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004254P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004256P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004260P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004262P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004264P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004266P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004272P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004275P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004285P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004288P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004302P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004304P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 82 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004314P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004317P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004330P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004340P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004343P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004347P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004348P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004349P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004350P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004361P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004362P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004370P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004373P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004376P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004378P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004379P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004388P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004398P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004399P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004400P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004408P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004411P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004417P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004427P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004436P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004441P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004444P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 83 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 42 of 265

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 004451P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004463P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004464P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004467P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004475P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004485P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004490P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004491P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004492P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004495P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004503P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004510P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004513P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004514P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004516P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004523P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004536P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004546P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004555P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004558P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004561P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004566P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004571P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004573P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004577P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004581P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 84 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004582P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004583P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004585P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004590P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004602P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004607P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004610P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004612P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004613P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004614P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004615P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004628P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004637P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004641P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004650P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004654P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004667P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004677P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004679P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004682P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004686P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004703P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004705P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004706P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004711P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 004715P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004717P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004729P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004735P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004739P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004742P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004743P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004751P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004754P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004760P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004761P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004777P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004784P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004796P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004800P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004802P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004804P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004807P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004811P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004813P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004815P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004818P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004827P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004849P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004852P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004857P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004867P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 004869P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 86 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 004870P001-1435A-616 | 004878P001-1435A-616 | 004885P001-1435A-616 | 004889P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004894P001-1435A-616 | 004895P001-1435A-616 | 004896P001-1435A-616 | 004903P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004908P001-1435A-616 | 004910P001-1435A-616 | 004915P002-1435A-616 | 004930P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004931P001-1435A-616 | 004941P001-1435A-616 | 004944P002-1435A-616 | 004946P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004949P001-1435A-616 | 004952P001-1435A-616 | 004957P001-1435A-616 | 004961P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004966P001-1435A-616 | 004970P001-1435A-616 | 004974P001-1435A-616 | 004975P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 004976P001-1435A-616 | 004977P001-1435A-616 | 004986P001-1435A-616 | 004989P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 87 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| 004993P001-1435A-616 | 004995P001-1435A-616 | 004997P001-1435A-616 | 004999P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005002P001-1435A-616 | 005003P001-1435A-616 | 005004P001-1435A-616 | 005005P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005006P001-1435A-616 | 005008P001-1435A-616 | 005017P001-1435A-616 | 005018P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005019P001-1435A-616 | 005025P001-1435A-616 | 005027P001-1435A-616 | 005046P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005048P001-1435A-616 | 005053P001-1435A-616 | 005068P001-1435A-616 | 005069P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005072P001-1435A-616 | 005073P001-1435A-616 | 005078P001-1435A-616 | 005079P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005084P001-1435A-616 | 005090P001-1435A-616 | 005095P001-1435A-616 | 005106P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooda Page 88 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005107P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005108P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005110P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005124P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005125P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005130P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005131P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005134P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005135P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005140P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005141P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005143P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005144P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005164P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005169P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005173P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005181P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005182P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005186P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005195P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005202P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005207P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005208P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005212P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005213P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005215P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005218P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005223P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 89 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 005228P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005234P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005243P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005246P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005249P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005250P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005260P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005263P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005269P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005271P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005272P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005275P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005277P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005301P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005305P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005308P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005313P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005314P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005318P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005321P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005330P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005333P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005339P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005349P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005353P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005359P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005365P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 90 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005368P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005373P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005386P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005387P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005393P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005394P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005403P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005423P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005424P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005428P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005429P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005433P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005434P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005440P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005447P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005450P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005455P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005466P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005469P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005473P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005483P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005487P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005503P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005512P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005523P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005524P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooda Page 91 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 005529P001-1435A-616 | 005532P001-1435A-616 | 005544P001-1435A-616 | 005550P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005551P001-1435A-616 | 005553P001-1435A-616 | 005558P001-1435A-616 | 005559P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005562P001-1435A-616 | 005565P001-1435A-616 | 005566P001-1435A-616 | 005584P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005591P001-1435A-616 | 005594P001-1435A-616 | 005598P001-1435A-616 | 005611P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005613P001-1435A-616 | 005620P001-1435A-616 | 005630P001-1435A-616 | 005639P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005643P001-1435A-616 | 005649P001-1435A-616 | 005650P001-1435A-616 | 005655P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005672P001-1435A-616 | 005676P001-1435A-616 | 005678P001-1435A-616 | 005680P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 92 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 005681P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005687P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005693P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005697P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005699P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005700P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005703P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005704P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005708P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005714P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005724P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005726P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005733P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005740P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005743P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005748P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005752P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005758P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005771P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005780P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005781P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005782P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005785P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005806P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005807P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005820P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005823P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 005829P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:47 PM

| 005835P001-1435A-616 | 005841P001-1435A-616 | 005847P001-1435A-616 | 005852P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005857P001-1435A-616 | 005859P001-1435A-616 | 005867P001-1435A-616 | 005868P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005869P001-1435A-616 | 005870P001-1435A-616 | 005886P001-1435A-616 | 005891P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005893P001-1435A-616 | 005894P001-1435A-616 | 005900P001-1435A-616 | 005907P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005914P001-1435A-616 | 005918P001-1435A-616 | 005919P001-1435A-616 | 005926P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005927P001-1435A-616 | 005930P001-1435A-616 | 005931P001-1435A-616 | 005939P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005940P001-1435A-616 | 005948P001-1435A-616 | 005950P001-1435A-616 | 005952P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 94 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 005955P001-1435A-616 | 005956P001-1435A-616 | 005959P001-1435A-616 | 005970P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005974P001-1435A-616 | 005977P001-1435A-616 | 005981P001-1435A-616 | 005983P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005985P001-1435A-616 | 005987P001-1435A-616 | 005989P001-1435A-616 | 005990P002-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 005991P001-1435A-616 | 005996P001-1435A-616 | 006001P001-1435A-616 | 006002P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006004P001-1435A-616 | 006014P001-1435A-616 | 006015P001-1435A-616 | 006023P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006024P001-1435A-616 | 006026P001-1435A-616 | 006029P001-1435A-616 | 006035P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006052P001-1435A-616 | 006054P001-1435A-616 | 006059P001-1435A-616 | 006060P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 95 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006061P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006066P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006069P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006070P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006074P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006083P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006084P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006087P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006088P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006092P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006093P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006098P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006100P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006105P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006108P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006109P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006112P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006113P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006132P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006134P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006138P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006139P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006151P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006155P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006158P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 96 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006159P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006161P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006170P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006174P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006180P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006185P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006187P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006190P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006192P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006193P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006200P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006202P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006204P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006210P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006212P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006233P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006236P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006239P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006245P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006254P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006255P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006266P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006270P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006276P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006282P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 006289P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006293P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006296P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006298P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006302P003-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006305P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006307P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006318P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006319P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006332P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006338P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006342P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006347P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006349P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006351P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006352P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006356P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006358P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006365P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006366P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006368P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006369P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006370P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006373P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006374P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006385P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006386P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 98 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 006390P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006406P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006407P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006408P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006415P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006418P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006424P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006426P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006428P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006461P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006465P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006466P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006477P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006481P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006485P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006494P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006512P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006530P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006534P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006541P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006543P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006546P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006547P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006566P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 99 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006567P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006568P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006572P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006597P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006599P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006603P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006605P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006606P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006609P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006612P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006616P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006617P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006626P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006632P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006636P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006642P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006643P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006647P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006649P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006662P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006672P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006674P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006680P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006687P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006688P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006691P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006706P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 100 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| 006711P001-1435A-616 | 006713P001-1435A-616 | 006714P001-1435A-616 | 006715P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006726P001-1435A-616 | 006728P001-1435A-616 | 006732P001-1435A-616 | 006733P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006737P001-1435A-616 | 006753P001-1435A-616 | 006755P001-1435A-616 | 006757P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006758P001-1435A-616 | 006761P001-1435A-616 | 006762P001-1435A-616 | 006764P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006767P001-1435A-616 | 006776P001-1435A-616 | 006782P001-1435A-616 | 006792P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006794P001-1435A-616 | 006798P001-1435A-616 | 006799P001-1435A-616 | 006802P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006811P001-1435A-616 | 006814P001-1435A-616 | 006815P001-1435A-616 | 006820P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 101 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 006821P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006822P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006825P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006841P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006844P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006862P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006871P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006872P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006879P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006880P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006893P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006905P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006908P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006911P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006913P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006918P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006920P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006921P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006924P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006936P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006944P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006953P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006954P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006960P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 006963P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006975P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006991P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006998P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 102 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 006999P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007003P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007007P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007008P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007009P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007012P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007013P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007015P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007021P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007036P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007038P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007042P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007060P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007062P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007066P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007071P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007074P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007077P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007078P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007080P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007081P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007082P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007089P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007091P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007092P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007097P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007098P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007105P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 007108P001-1435A-616 | 007121P001-1435A-616 | 007122P001-1435A-616 | 007129P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007130P001-1435A-616 | 007141P001-1435A-616 | 007142P001-1435A-616 | 007147P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007151P001-1435A-616 | 007155P001-1435A-616 | 007157P001-1435A-616 | 007164P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007175P001-1435A-616 | 007176P001-1435A-616 | 007188P001-1435A-616 | 007191P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007196P001-1435A-616 | 007212P001-1435A-616 | 007215P001-1435A-616 | 007218P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007220P001-1435A-616 | 007233P002-1435A-616 | 007236P001-1435A-616 | 007245P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007254P001-1435A-616 | 007257P001-1435A-616 | 007263P001-1435A-616 | 007264P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 104 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007271P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007276P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007280P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007281P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007292P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007295P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007297P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007304P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007308P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007312P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007320P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007323P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007325P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007330P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007352P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007360P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007362P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007370P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007371P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007372P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007376P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007395P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007401P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007414P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 105 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| | | | |
|---|---|---|---|
| 007420P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007425P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007437P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007444P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007451P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007452P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007454P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007456P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007460P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007462P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007465P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007466P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007475P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007477P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007478P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007482P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007494P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007495P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007502P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007509P002-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007511P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007512P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007513P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007517P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007519P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007523P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007525P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 007526P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 106 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 007531P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007532P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007536P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007544P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007545P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007547P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007555P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007559P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007562P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007569P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007570P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007575P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007580P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007594P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007595P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007600P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007606P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007609P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007611P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007615P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007616P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007619P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007622P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007623P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007625P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007638P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007639P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 007641P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 107 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 66 of 265

10/03/2025 02:06:47 PM

007646P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007658P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007660P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007661P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007666P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007670P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007675P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007676P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007678P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007679P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007700P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007704P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007707P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007713P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007715P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007718P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007722P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007723P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007729P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007730P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007740P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007750P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007753P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007757P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007767P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007768P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007773P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

007783P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 108 of 306
US First Class Mail
Exhibit Pages

| 007790P001-1435A-616 | 007794P001-1435A-616 | 007796P001-1435A-616 | 007811P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007817P001-1435A-616 | 007818P001-1435A-616 | 007819P001-1435A-616 | 007821P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007836P001-1435A-616 | 007841P001-1435A-616 | 007842P001-1435A-616 | 007843P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007846P001-1435A-616 | 007857P001-1435A-616 | 007865P001-1435A-616 | 007870P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007873P001-1435A-616 | 007877P001-1435A-616 | 007882P001-1435A-616 | 007890P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007891P001-1435A-616 | 007895P001-1435A-616 | 007902P001-1435A-616 | 007903P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007905P001-1435A-616 | 007909P001-1435A-616 | 007913P001-1435A-616 | 007914P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 109 of 306
US First Class Mail
Exhibit Pages

| 007918P001-1435A-616 | 007927P001-1435A-616 | 007931P001-1435A-616 | 007941P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007950P001-1435A-616 | 007955P001-1435A-616 | 007968P001-1435A-616 | 007969P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007972P001-1435A-616 | 007982P001-1435A-616 | 007991P001-1435A-616 | 007993P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 007994P001-1435A-616 | 008005P001-1435A-616 | 008006P001-1435A-616 | 008014P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008015P001-1435A-616 | 008018P001-1435A-616 | 008026P001-1435A-616 | 008028P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008038P001-1435A-616 | 008039P001-1435A-616 | 008042P001-1435A-616 | 008043P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008045P001-1435A-616 | 008047P001-1435A-616 | 008055P001-1435A-616 | 008059P002-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 110 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:47 PM

| 008076P002-1435A-616 | 008087P001-1435A-616 | 008088P001-1435A-616 | 008092P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008094P001-1435A-616 | 008095P001-1435A-616 | 008098P001-1435A-616 | 008103P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008120P001-1435A-616 | 008123P001-1435A-616 | 008128P001-1435A-616 | 008133P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008135P001-1435A-616 | 008141P001-1435A-616 | 008153P001-1435A-616 | 008159P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008177P001-1435A-616 | 008182P001-1435A-616 | 008185P001-1435A-616 | 008194P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008205P001-1435A-616 | 008233P001-1435A-616 | 008241P001-1435A-616 | 008243P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008250P001-1435A-616 | 008252P001-1435A-616 | 008254P001-1435A-616 | 008256P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 111 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008262P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008267P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008270P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008273P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008274P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008279P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008281P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008284P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008285P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008290P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008297P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008302P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008303P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008305P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008306P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008315P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008319P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008323P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008324P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008325P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008328P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008344P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008346P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008347P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008357P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008369P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008374P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 008385P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 112 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 008389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008402P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008412P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008413P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008414P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008417P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008421P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008437P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008438P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008444P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008445P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008450P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008451P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008452P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008455P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008458P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008459P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008460P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008462P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008471P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008473P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008478P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008481P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008488P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008489P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 113 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

008493P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008499P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008504P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008507P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008516P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008517P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008525P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008534P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008537P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008540P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008549P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008551P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008552P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008554P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008558P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008559P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008564P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008567P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008574P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008575P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008584P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008590P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008594P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008600P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008601P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008602P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008604P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008620P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 114 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

008621P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008623P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008627P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008631P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008635P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008639P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008641P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008644P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008647P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008650P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008654P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008657P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008662P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008666P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008669P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008680P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008681P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008688P002-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008689P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008693P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008699P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008708P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008711P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008729P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008739P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008749P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008751P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008752P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 115 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

008753P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008756P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008764P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008765P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008770P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008773P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008784P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008788P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008792P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008797P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008802P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008803P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008807P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008811P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008814P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008824P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008825P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008826P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008832P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008834P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008840P002-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008842P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008848P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008863P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008867P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008872P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008874P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

008875P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 116 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 008878P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008893P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008900P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008914P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008917P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008918P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008919P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008920P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008921P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008922P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008923P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008933P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008942P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008960P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008969P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008975P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 008977P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008978P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008980P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 008988P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 009065P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 011249P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012569P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012747P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 013091P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 013335P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 014380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 015150P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 117 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 017834P001-1435A-616 | 020239P001-1435A-616 | 024219P001-1435A-616 | 024380P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024454P001-1435A-616 | 024480P001-1435A-616 | 024484P001-1435A-616 | 024539P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 024587P001-1435A-616 | 024738P001-1435A-616 | 024799P001-1435A-616 | 024976P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025038P001-1435A-616 | 025063P001-1435A-616 | 025166P001-1435A-616 | 025185P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025366P001-1435A-616 | 025505P001-1435A-616 | 025507P001-1435A-616 | 025514P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025578P001-1435A-616 | 025610P001-1435A-616 | 025683P001-1435A-616 | 025692P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 025697P001-1435A-616 | 025734P001-1435A-616 | 025776P002-1435A-616 | 025800P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 118 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 77 of 265

10/03/2025 02:06:48 PM

| 025815P001-1435A-616 | 025824P001-1435A-616 | 025923P001-1435A-616 | 025952P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 026068P001-1435A-616 | 026988P001-1435A-616 | 027437P002-1435A-616 | 027978P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028188P001-1435A-616 | 028252P001-1435A-616 | 028534P001-1435A-616 | 028539P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 028607P001-1435A-616 | 028964P001-1435A-616 | 029277P002-1435A-616 | 029381P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 029560P001-1435A-616 | 037111P001-1435A-616 | 037112P001-1435A-616 | 037113P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037114P001-1435A-616 | 037115P001-1435A-616 | 037116P001-1435A-616 | 037117P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037118P001-1435A-616 | 037119P001-1435A-616 | 037120P001-1435A-616 | 037121P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 119 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037122P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037123P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037124P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037125P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037126P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037127P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037128P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037129P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037130P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037131P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037132P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037133P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037134P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037135P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037136P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037137P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037138P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037139P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037140P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037141P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037142P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037143P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037144P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037145P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037146P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037147P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037148P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037149P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 120 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 79 of 265

10/03/2025 02:06:48 PM

| 037150P001-1435A-616 | 037151P001-1435A-616 | 037152P001-1435A-616 | 037153P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037154P001-1435A-616 | 037155P001-1435A-616 | 037156P001-1435A-616 | 037157P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037158P001-1435A-616 | 037159P001-1435A-616 | 037160P001-1435A-616 | 037161P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037162P001-1435A-616 | 037163P001-1435A-616 | 037164P001-1435A-616 | 037165P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037166P001-1435A-616 | 037167P001-1435A-616 | 037168P001-1435A-616 | 037169P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037170P001-1435A-616 | 037171P001-1435A-616 | 037172P001-1435A-616 | 037173P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037174P001-1435A-616 | 037175P001-1435A-616 | 037176P001-1435A-616 | 037177P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 121 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037178P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037179P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037180P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037181P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037182P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037183P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037184P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037185P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037186P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037187P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037188P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037189P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037190P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037191P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037192P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037193P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037194P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037195P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037196P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037197P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037198P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037199P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037200P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037201P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037202P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037203P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037204P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037205P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 122 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037206P001-1435A-616 | 037207P001-1435A-616 | 037208P001-1435A-616 | 037209P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037210P001-1435A-616 | 037211P001-1435A-616 | 037212P001-1435A-616 | 037213P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037214P001-1435A-616 | 037215P001-1435A-616 | 037216P001-1435A-616 | 037217P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037218P001-1435A-616 | 037219P001-1435A-616 | 037220P001-1435A-616 | 037221P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037222P001-1435A-616 | 037223P001-1435A-616 | 037224P001-1435A-616 | 037225P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037226P001-1435A-616 | 037227P001-1435A-616 | 037228P001-1435A-616 | 037229P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037230P001-1435A-616 | 037231P001-1435A-616 | 037232P001-1435A-616 | 037233P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 123 of 306
US First Class Mail
Exhibit Pages

037234P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037235P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037236P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037237P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037238P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037239P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037240P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037241P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037242P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037243P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037244P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037245P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037246P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037247P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037248P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037249P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037250P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037251P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037252P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037253P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037254P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037255P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037256P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037257P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037258P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037259P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037260P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037261P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 124 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037262P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037263P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037264P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037265P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037266P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037267P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037269P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037270P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037271P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037272P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037273P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037274P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037275P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037276P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037277P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037278P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037279P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037280P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037281P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037282P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037283P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037284P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037287P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037288P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037289P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 125 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037290P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037291P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037292P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037293P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037294P002-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037295P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037296P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037297P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037298P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037299P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037300P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037301P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037302P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037303P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037304P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037305P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037306P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037307P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037308P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037309P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037310P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037311P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037312P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037313P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037314P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037315P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037316P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037317P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 126 of 306
US First Class Mail
Exhibit Pages

| 037318P001-1435A-616 | 037319P001-1435A-616 | 037320P001-1435A-616 | 037321P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037322P001-1435A-616 | 037323P001-1435A-616 | 037324P001-1435A-616 | 037325P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037326P001-1435A-616 | 037327P001-1435A-616 | 037328P001-1435A-616 | 037329P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037330P001-1435A-616 | 037331P001-1435A-616 | 037332P001-1435A-616 | 037333P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037334P001-1435A-616 | 037335P001-1435A-616 | 037336P001-1435A-616 | 037337P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037338P001-1435A-616 | 037339P001-1435A-616 | 037340P001-1435A-616 | 037341P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037342P001-1435A-616 | 037343P001-1435A-616 | 037344P001-1435A-616 | 037345P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 037346P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037347P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037348P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037349P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037350P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037351P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037352P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037353P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037354P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037355P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037356P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037357P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037358P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037359P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037360P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037361P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037362P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037363P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037364P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037365P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037366P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037367P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037368P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037369P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037370P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037371P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037372P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037373P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 128 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037374P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037375P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037376P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037377P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037378P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037379P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037381P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037382P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037383P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037384P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037385P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037386P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037387P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037388P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037390P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037391P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037392P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037393P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037394P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037395P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037397P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037398P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037399P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037400P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037401P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 129 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037402P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037403P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037404P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037405P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037406P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037407P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037408P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037410P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037411P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037412P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037413P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037414P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037415P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037417P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037418P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037419P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037420P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037421P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037422P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037423P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037424P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037425P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037426P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037427P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037428P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037429P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 130 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037430P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037431P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037432P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037433P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037434P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037435P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037436P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037437P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037438P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037439P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037440P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037441P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037442P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037443P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037444P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037445P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037446P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037447P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037448P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037449P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037450P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037451P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037452P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037453P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037454P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037455P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037456P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037457P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 131 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037458P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037459P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037460P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037461P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037462P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037463P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037464P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037465P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037466P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037467P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037469P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037470P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037471P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037472P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037473P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037474P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037475P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037476P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037477P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037478P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037480P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037481P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037482P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037483P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037484P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037485P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 132 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037486P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037487P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037488P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037489P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037490P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037491P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037492P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037493P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037494P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037495P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037496P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037497P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037498P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037499P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037500P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037501P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037502P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037503P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037504P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037505P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037506P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037507P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037508P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037509P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037510P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037511P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037512P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 037513P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 133 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037514P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037515P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037516P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037517P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037518P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037519P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037520P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037521P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037522P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037523P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037524P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037526P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037527P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037528P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037529P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037530P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037531P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037532P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037533P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037534P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037535P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037536P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037537P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037538P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037539P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037540P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037541P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 134 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037542P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037543P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037544P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037545P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037546P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037547P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037548P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037549P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037550P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037551P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037552P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037553P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037554P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037555P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037556P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037557P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037558P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037559P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037560P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037561P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037562P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037563P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037564P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037565P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037566P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037567P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037568P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037569P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 135 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037570P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037571P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037572P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037573P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037574P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037575P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037576P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037577P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037578P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037579P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037580P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037581P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037582P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037583P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037584P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037585P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037586P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037587P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037588P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037589P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037590P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037591P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037592P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037593P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037594P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037595P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037596P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037597P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 136 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037598P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037599P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037600P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037601P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037602P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037603P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037604P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037605P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037606P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037607P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037608P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037609P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037610P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037611P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037612P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037613P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037614P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037615P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037616P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037617P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037618P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037619P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037620P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037621P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037622P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037623P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037624P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037625P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 137 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037626P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037627P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037628P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037629P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037630P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037631P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037632P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037633P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037634P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037635P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037636P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037637P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037638P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037639P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037640P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037641P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037642P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037643P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037644P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037645P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037646P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037647P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037648P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037649P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037650P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037651P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037652P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037653P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 138 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 97 of 265                                                              10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037654P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037655P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037656P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037657P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037660P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037661P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037662P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037663P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037664P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037665P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037666P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037667P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037668P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037670P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037671P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037672P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037673P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037674P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037675P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037676P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037677P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037678P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037679P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037680P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037681P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 139 of 306
US First Class Mail
Exhibit Pages

037682P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037683P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037684P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037685P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037686P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037687P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037688P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037689P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037690P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037691P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037692P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037693P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037694P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037695P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037696P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037697P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037698P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037699P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037700P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037701P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037702P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037703P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037704P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037705P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037706P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037707P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037708P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

037709P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 140 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037710P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037711P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037712P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037713P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037714P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037715P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037716P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037717P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037718P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037719P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037720P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037721P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037722P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037723P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037724P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037725P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037726P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037727P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037728P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037729P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037730P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037731P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037732P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037733P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037734P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037735P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037736P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037737P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 141 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037738P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037739P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037740P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037741P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037742P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037743P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037744P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037745P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037746P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037747P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037748P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037749P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037750P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037751P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037752P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037753P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037754P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037755P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037756P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037757P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037758P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037759P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037760P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037761P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037762P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037763P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037764P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037765P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 142 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037766P001-1435A-616 | 037767P001-1435A-616 | 037768P001-1435A-616 | 037769P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037770P001-1435A-616 | 037771P001-1435A-616 | 037772P001-1435A-616 | 037773P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037774P001-1435A-616 | 037775P001-1435A-616 | 037776P001-1435A-616 | 037777P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037778P001-1435A-616 | 037779P001-1435A-616 | 037780P001-1435A-616 | 037781P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037782P001-1435A-616 | 037783P001-1435A-616 | 037784P001-1435A-616 | 037785P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037786P001-1435A-616 | 037787P001-1435A-616 | 037788P001-1435A-616 | 037789P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037790P001-1435A-616 | 037791P001-1435A-616 | 037792P001-1435A-616 | 037793P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 143 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037794P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037795P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037796P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037797P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037798P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037799P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037800P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037801P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037802P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037803P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037804P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037805P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037806P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037807P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037808P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037809P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037810P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037811P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037812P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037813P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037814P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037815P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037816P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037817P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037818P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037819P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037820P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037821P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 144 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037822P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037823P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037824P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037825P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037826P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037827P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037828P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037829P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037830P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037831P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037832P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037833P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037834P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037835P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037836P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037837P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037838P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037839P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037840P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037841P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037842P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037843P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037844P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037845P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037846P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037847P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037848P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037849P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooden Page 145 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037850P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037851P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037852P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037853P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037854P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037855P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037856P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037857P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037858P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037859P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037860P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037861P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037862P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037863P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037864P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037865P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037866P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037867P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037868P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037869P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037870P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037871P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037872P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037873P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037874P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037875P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037876P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037877P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 146 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 037878P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037879P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037880P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037881P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037882P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037883P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037884P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037885P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037886P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037887P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037888P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037889P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037890P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037891P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037892P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037893P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037894P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037895P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037896P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037897P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037898P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037899P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037900P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037901P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037902P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037903P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037904P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037905P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 147 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037906P001-1435A-616 | 037907P001-1435A-616 | 037908P001-1435A-616 | 037909P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037910P001-1435A-616 | 037911P001-1435A-616 | 037912P001-1435A-616 | 037913P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037914P001-1435A-616 | 037915P001-1435A-616 | 037916P001-1435A-616 | 037917P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037918P001-1435A-616 | 037919P001-1435A-616 | 037920P001-1435A-616 | 037921P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037922P001-1435A-616 | 037923P001-1435A-616 | 037924P001-1435A-616 | 037925P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037926P001-1435A-616 | 037927P001-1435A-616 | 037928P001-1435A-616 | 037929P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037930P001-1435A-616 | 037931P001-1435A-616 | 037932P001-1435A-616 | 037933P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 148 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 107 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037934P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037935P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037936P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037937P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037938P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037939P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037940P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037941P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037942P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037943P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037944P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037945P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037946P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037947P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037948P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037949P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037950P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037951P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037952P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037953P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037954P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037955P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037956P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037957P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037958P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037959P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037960P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037961P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 149 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 037962P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037963P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037964P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037965P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037966P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037967P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037968P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037969P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037970P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037971P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037972P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037973P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037974P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037975P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037976P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037977P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037978P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037979P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037980P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037981P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037982P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037983P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037984P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037985P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037986P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037987P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037988P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 037989P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 150 of 306
US First Class Mail
Exhibit Pages

| 037990P001-1435A-616 | 037991P001-1435A-616 | 037992P001-1435A-616 | 037993P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037994P001-1435A-616 | 037995P001-1435A-616 | 037996P001-1435A-616 | 037997P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 037998P001-1435A-616 | 037999P001-1435A-616 | 038000P001-1435A-616 | 038001P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038002P001-1435A-616 | 038003P001-1435A-616 | 038004P001-1435A-616 | 038005P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038006P001-1435A-616 | 038007P001-1435A-616 | 038008P001-1435A-616 | 038009P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038010P001-1435A-616 | 038011P001-1435A-616 | 038012P001-1435A-616 | 038013P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038014P001-1435A-616 | 038015P001-1435A-616 | 038016P001-1435A-616 | 038017P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 151 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038018P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038019P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038020P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038021P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038022P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038023P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038024P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038025P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038026P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038027P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038028P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038029P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038030P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038031P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038032P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038033P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038034P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038035P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038036P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038037P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038038P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038039P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038040P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038041P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038042P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038043P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038044P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038045P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 152 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038046P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038047P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038048P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038049P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038050P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038051P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038052P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038053P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038054P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038055P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038056P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038057P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038058P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038059P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038060P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038061P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038062P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038063P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038064P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038065P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038066P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038067P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038068P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038069P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038070P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038071P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038072P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038073P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 153 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

038074P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038075P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038076P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038077P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038078P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038079P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038080P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038081P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038082P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038083P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038084P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038085P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038086P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038087P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038088P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038089P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038090P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038091P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038092P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038093P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038094P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038095P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038096P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038097P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038098P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038099P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038100P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038101P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 154 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038102P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038103P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038104P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038105P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038106P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038107P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038108P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038109P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038110P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038111P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038112P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038113P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038114P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038116P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038117P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038118P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038119P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038120P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038121P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038122P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038123P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038124P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038125P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038126P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038127P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038128P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038129P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 155 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038130P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038131P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038132P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038133P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038134P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038135P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038136P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038137P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038138P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038139P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038140P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038141P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038142P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038143P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038144P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038145P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038146P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038147P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038148P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038149P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038150P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038151P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038152P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038153P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038154P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038155P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 156 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038158P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038159P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038160P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038161P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038162P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038163P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038164P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038165P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038166P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038167P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038168P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038169P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038170P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038171P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038172P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038173P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038174P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038175P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038176P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038177P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038178P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038179P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038180P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038181P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038182P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038183P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038184P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 038185P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 157 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038186P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038187P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038188P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038189P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038190P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038191P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038192P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038193P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038194P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038195P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038196P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038197P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038198P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038199P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038200P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038201P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038202P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038203P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038204P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038205P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038206P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038207P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038208P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038209P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038210P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038211P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038212P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038213P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 158 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 117 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 038214P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038215P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038216P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038217P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038218P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038219P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038220P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038221P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038222P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038223P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038224P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038225P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038226P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038227P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038228P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038229P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038230P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038232P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038233P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038234P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038235P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038236P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038237P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038238P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038239P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038240P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038241P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 159 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038242P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038243P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038244P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038245P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038246P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038247P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038248P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038249P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038250P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038251P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038252P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038253P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038254P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038255P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038256P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038257P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038258P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038259P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038260P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038261P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038262P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038263P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038264P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038265P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038266P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038267P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038269P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 160 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038270P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038271P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038272P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038273P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038274P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038275P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038276P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038277P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038278P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038279P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038280P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038281P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038282P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038283P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038284P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038287P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038288P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038289P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038290P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038291P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038292P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038293P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038294P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038295P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038296P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038297P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 161 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038298P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038299P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038300P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038301P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038302P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038303P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038304P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038305P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038306P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038307P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038308P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038309P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038310P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038311P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038312P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038313P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038314P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038315P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038316P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038317P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038318P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038319P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038320P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038321P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038322P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038323P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038324P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038325P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 162 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038326P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038327P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038328P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038329P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038330P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038331P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038332P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038333P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038334P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038335P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038336P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038337P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038338P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038339P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038340P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038341P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038342P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038343P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038344P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038345P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038346P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038347P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038348P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038349P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038350P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038351P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038352P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038353P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 163 of 306
US First Class Mail
Exhibit Pages

038354P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038355P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038356P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038357P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038358P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038359P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038360P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038361P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038362P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038363P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038364P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038365P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038366P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038367P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038368P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038369P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038370P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038371P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038372P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038373P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038374P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038375P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038376P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038377P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038378P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038379P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038380P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038381P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 164 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038382P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038383P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038384P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038385P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038386P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038387P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038388P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038390P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038391P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038392P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038393P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038394P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038395P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038397P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038398P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038399P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038400P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038401P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038402P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038403P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038404P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038405P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038406P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038407P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038408P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 165 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 038410P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038411P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038412P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038413P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038414P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038415P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038417P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038418P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038419P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038420P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038421P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038422P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038423P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038424P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038425P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038426P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038427P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038428P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038429P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038430P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038431P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038432P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038433P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038434P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038435P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038436P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038437P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 166 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038438P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038439P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038440P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038441P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038442P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038443P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038444P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038445P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038446P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038447P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038448P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038449P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038450P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038451P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038452P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038453P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038454P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038455P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038456P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038457P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038458P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038459P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038460P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038461P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038462P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038463P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038464P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038465P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 167 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038466P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038467P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038469P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038470P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038471P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038472P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038473P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038474P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038475P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038476P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038477P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038478P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038480P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038481P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038482P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038483P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038484P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038485P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038486P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038487P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038488P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038489P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038490P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038491P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038492P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038493P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 168 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038494P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038495P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038496P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038497P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038498P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038499P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038500P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038501P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038502P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038503P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038504P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038505P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038506P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038507P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038508P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038509P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038510P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038511P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038512P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038513P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038514P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038515P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038516P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038517P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038518P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038519P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038520P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038521P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 169 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038522P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038523P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038524P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038526P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038527P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038528P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038529P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038530P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038531P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038532P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038533P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038534P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038535P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038536P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038537P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038538P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038539P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038540P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038541P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038542P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038543P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038544P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038545P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038546P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038547P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038548P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038549P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 170 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 129 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 038550P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038551P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038552P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038553P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038554P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038555P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038556P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038557P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038558P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038559P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038560P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038561P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038562P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038563P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038564P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038565P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038566P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038567P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038568P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038569P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038570P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038571P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038572P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038573P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038574P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038575P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038576P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038577P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 171 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038578P001-1435A-616 | 038579P001-1435A-616 | 038580P001-1435A-616 | 038581P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038582P001-1435A-616 | 038583P001-1435A-616 | 038584P001-1435A-616 | 038585P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038586P001-1435A-616 | 038587P001-1435A-616 | 038588P001-1435A-616 | 038589P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038590P001-1435A-616 | 038591P001-1435A-616 | 038592P001-1435A-616 | 038593P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038594P001-1435A-616 | 038595P001-1435A-616 | 038596P001-1435A-616 | 038597P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038598P001-1435A-616 | 038599P001-1435A-616 | 038600P001-1435A-616 | 038601P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038602P001-1435A-616 | 038603P001-1435A-616 | 038604P001-1435A-616 | 038605P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 172 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038606P001-1435A-616 | 038607P001-1435A-616 | 038608P001-1435A-616 | 038609P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038610P001-1435A-616 | 038611P001-1435A-616 | 038612P001-1435A-616 | 038613P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038614P001-1435A-616 | 038615P001-1435A-616 | 038616P001-1435A-616 | 038617P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038618P001-1435A-616 | 038619P001-1435A-616 | 038620P001-1435A-616 | 038621P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038622P001-1435A-616 | 038623P001-1435A-616 | 038624P001-1435A-616 | 038625P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038626P001-1435A-616 | 038627P001-1435A-616 | 038628P001-1435A-616 | 038629P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038630P001-1435A-616 | 038631P001-1435A-616 | 038632P001-1435A-616 | 038633P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 173 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038634P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038635P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038636P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038637P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038638P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038639P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038640P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038641P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038642P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038643P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038644P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038645P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038646P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038647P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038648P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038649P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038650P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038651P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038652P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038653P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038654P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038655P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038656P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038657P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038660P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038661P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 174 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038662P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038663P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038664P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038665P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038666P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038667P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038668P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038670P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038671P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038672P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038673P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038674P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038675P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038676P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038677P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038678P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038679P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038680P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038681P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038682P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038683P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038684P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038685P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038686P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038687P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038688P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038689P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 175 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038690P001-1435A-616 | 038691P001-1435A-616 | 038692P001-1435A-616 | 038693P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038694P001-1435A-616 | 038695P001-1435A-616 | 038696P001-1435A-616 | 038697P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038698P001-1435A-616 | 038699P001-1435A-616 | 038700P001-1435A-616 | 038701P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038702P001-1435A-616 | 038703P001-1435A-616 | 038704P001-1435A-616 | 038705P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038706P001-1435A-616 | 038707P001-1435A-616 | 038708P001-1435A-616 | 038709P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038710P001-1435A-616 | 038711P001-1435A-616 | 038712P001-1435A-616 | 038713P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038714P001-1435A-616 | 038715P001-1435A-616 | 038716P001-1435A-616 | 038717P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 176 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038718P001-1435A-616 | 038719P001-1435A-616 | 038720P001-1435A-616 | 038721P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038722P001-1435A-616 | 038723P001-1435A-616 | 038724P001-1435A-616 | 038725P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038726P001-1435A-616 | 038727P001-1435A-616 | 038728P001-1435A-616 | 038729P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038730P001-1435A-616 | 038731P001-1435A-616 | 038732P001-1435A-616 | 038733P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038734P001-1435A-616 | 038735P001-1435A-616 | 038736P001-1435A-616 | 038737P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038738P001-1435A-616 | 038739P001-1435A-616 | 038740P001-1435A-616 | 038741P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038742P001-1435A-616 | 038743P001-1435A-616 | 038744P001-1435A-616 | 038745P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 177 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038746P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038747P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038748P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038749P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038750P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038751P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038752P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038753P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038754P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038755P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038756P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038757P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038758P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038759P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038760P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038761P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038762P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038763P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038764P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038765P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038766P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038767P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038768P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038769P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038770P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038771P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038772P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038773P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 178 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038774P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038775P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038776P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038777P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038778P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038779P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038780P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038781P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038782P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038783P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038784P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038785P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038786P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038787P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038788P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038789P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038790P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038791P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038792P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038793P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038794P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038795P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038796P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038797P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038798P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038799P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038800P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038801P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 179 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 138 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 038802P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038803P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038804P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038805P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038806P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038807P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038808P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038809P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038810P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038811P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038812P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038813P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038814P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038815P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038816P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038817P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038818P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038819P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038820P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038821P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038822P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038823P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038824P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038825P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038826P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038827P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038828P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038829P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 180 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 139 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 038830P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038831P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038832P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038833P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038834P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038835P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038836P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038837P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038838P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038839P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038840P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038841P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038842P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038843P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038844P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038845P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038846P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038847P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038848P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038849P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038850P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038851P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038852P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038853P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038854P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038855P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038856P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038857P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 181 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038858P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038859P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038860P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038861P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038862P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038863P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038864P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038865P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038866P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038867P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038868P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038869P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038870P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038871P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038872P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038873P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038874P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038875P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038876P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038877P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038878P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038879P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038880P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038881P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038882P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038883P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038884P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038885P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 182 of 306
US First Class Mail
Exhibit Pages

038886P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038887P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038888P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038889P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038890P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038891P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038892P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038893P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038894P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038895P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038896P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038897P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038898P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038899P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038900P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038901P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038902P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038903P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038904P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038905P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038906P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038907P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038908P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038909P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038910P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038911P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038912P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038913P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 183 of 306
US First Class Mail
Exhibit Pages

038914P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038915P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038916P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038917P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038918P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038919P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038920P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038921P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038922P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038923P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038924P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038925P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038926P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038927P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038928P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038929P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038930P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038931P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038932P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038933P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038934P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038935P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038936P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038937P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038938P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038939P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038940P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

038941P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 184 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038942P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038943P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038944P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038945P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038946P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038947P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038948P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038949P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038950P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038951P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038952P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038953P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038954P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038955P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038956P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038957P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038958P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038959P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038960P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038961P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038962P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038963P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038964P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038965P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038966P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038967P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038968P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038969P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 185 of 306
US First Class Mail
Exhibit Pages

| 038970P001-1435A-616 | 038971P001-1435A-616 | 038972P001-1435A-616 | 038973P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038974P001-1435A-616 | 038975P001-1435A-616 | 038976P001-1435A-616 | 038977P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038978P001-1435A-616 | 038979P001-1435A-616 | 038980P001-1435A-616 | 038981P002-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038982P001-1435A-616 | 038983P001-1435A-616 | 038984P001-1435A-616 | 038985P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038986P001-1435A-616 | 038987P001-1435A-616 | 038988P001-1435A-616 | 038989P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038990P001-1435A-616 | 038991P001-1435A-616 | 038992P001-1435A-616 | 038993P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 038994P001-1435A-616 | 038995P001-1435A-616 | 038996P001-1435A-616 | 038997P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 186 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 038998P001-1435A-616 | 038999P001-1435A-616 | 039000P001-1435A-616 | 039001P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039002P001-1435A-616 | 039003P001-1435A-616 | 039004P001-1435A-616 | 039005P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039006P001-1435A-616 | 039007P001-1435A-616 | 039008P001-1435A-616 | 039009P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039010P001-1435A-616 | 039011P001-1435A-616 | 039012P001-1435A-616 | 039013P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039014P001-1435A-616 | 039015P001-1435A-616 | 039016P001-1435A-616 | 039017P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039018P001-1435A-616 | 039019P001-1435A-616 | 039020P001-1435A-616 | 039021P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039022P001-1435A-616 | 039023P001-1435A-616 | 039024P001-1435A-616 | 039025P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 187 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039026P001-1435A-616 | 039027P001-1435A-616 | 039028P001-1435A-616 | 039029P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039030P001-1435A-616 | 039031P001-1435A-616 | 039032P001-1435A-616 | 039033P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039034P001-1435A-616 | 039035P001-1435A-616 | 039036P001-1435A-616 | 039037P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039038P001-1435A-616 | 039039P001-1435A-616 | 039040P001-1435A-616 | 039041P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039042P001-1435A-616 | 039043P001-1435A-616 | 039044P001-1435A-616 | 039045P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039046P001-1435A-616 | 039047P001-1435A-616 | 039048P001-1435A-616 | 039049P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039050P001-1435A-616 | 039051P001-1435A-616 | 039052P001-1435A-616 | 039053P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 188 of 306
US First Class Mail
Exhibit Pages

| 039054P001-1435A-616 | 039055P001-1435A-616 | 039056P001-1435A-616 | 039057P001-1435A-616 |
| --- | --- | --- | --- |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039058P001-1435A-616 | 039059P001-1435A-616 | 039060P001-1435A-616 | 039061P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039062P001-1435A-616 | 039063P001-1435A-616 | 039064P001-1435A-616 | 039065P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039066P001-1435A-616 | 039067P001-1435A-616 | 039068P001-1435A-616 | 039069P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039070P001-1435A-616 | 039071P001-1435A-616 | 039072P001-1435A-616 | 039073P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039074P001-1435A-616 | 039075P001-1435A-616 | 039076P001-1435A-616 | 039077P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039078P001-1435A-616 | 039079P001-1435A-616 | 039080P001-1435A-616 | 039081P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 189 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039082P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039083P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039084P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039085P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039086P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039087P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039088P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039089P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039090P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039091P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039092P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039093P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039094P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039095P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039096P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039097P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039098P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039099P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039100P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039101P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039102P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039103P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039104P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039105P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039106P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039107P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039108P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039109P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 190 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039110P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039111P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039112P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039113P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039114P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039116P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039117P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039118P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039119P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039120P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039121P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039122P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039123P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039124P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039125P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039126P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039127P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039128P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039129P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039130P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039131P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039132P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039133P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039134P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039135P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039136P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039137P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 191 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039138P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039139P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039140P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039141P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039142P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039143P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039144P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039145P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039146P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039147P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039148P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039149P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039150P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039151P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039152P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039153P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039154P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039155P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039158P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039159P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039160P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039161P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039162P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039163P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039164P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039165P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 192 of 306
US First Class Mail
Exhibit Pages

039166P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039167P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039168P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039169P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039170P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039171P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039172P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039173P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039174P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039175P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039176P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039177P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039178P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039179P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039180P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039181P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039182P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039183P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039184P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039185P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039186P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039187P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039188P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039189P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039190P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039191P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039192P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039193P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 193 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039194P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039195P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039196P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039197P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039198P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039199P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039200P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039201P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039202P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039203P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039204P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039205P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039206P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039207P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039208P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039209P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039210P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039211P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039212P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039213P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039214P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039215P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039216P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039217P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039218P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039219P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039220P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039221P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 194 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039222P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039223P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039224P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039225P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039226P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039227P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039228P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039229P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039230P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039232P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039233P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039234P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039235P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039236P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039237P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039238P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039239P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039240P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039241P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039242P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039243P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039244P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039245P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039246P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039247P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039248P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039249P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 195 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039250P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039251P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039252P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039253P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039254P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039255P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039256P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039257P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039258P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039259P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039260P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039261P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039262P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039263P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039264P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039265P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039266P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039267P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039268P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039269P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039270P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039271P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039272P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039273P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039274P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039275P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039276P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039277P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 196 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 155 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039278P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039279P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039280P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039281P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039282P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039283P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039284P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039287P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039288P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039289P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039290P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039291P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039292P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039293P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039294P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039295P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039296P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039297P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039298P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039299P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039300P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039301P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039302P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039303P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039304P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039305P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 197 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 039306P001-1435A-616 | 039307P001-1435A-616 | 039308P001-1435A-616 | 039309P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039310P001-1435A-616 | 039311P001-1435A-616 | 039312P001-1435A-616 | 039313P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039314P001-1435A-616 | 039315P001-1435A-616 | 039316P001-1435A-616 | 039317P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039318P001-1435A-616 | 039319P001-1435A-616 | 039320P001-1435A-616 | 039321P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039322P001-1435A-616 | 039323P001-1435A-616 | 039324P001-1435A-616 | 039325P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039326P001-1435A-616 | 039327P001-1435A-616 | 039328P001-1435A-616 | 039329P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039330P001-1435A-616 | 039331P001-1435A-616 | 039332P001-1435A-616 | 039333P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 198 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 157 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039334P001-1435A-616 | 039335P001-1435A-616 | 039336P001-1435A-616 | 039337P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039338P001-1435A-616 | 039339P001-1435A-616 | 039340P001-1435A-616 | 039341P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039342P002-1435A-616 | 039343P001-1435A-616 | 039344P001-1435A-616 | 039345P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039346P001-1435A-616 | 039347P001-1435A-616 | 039348P001-1435A-616 | 039349P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039350P001-1435A-616 | 039351P001-1435A-616 | 039352P001-1435A-616 | 039353P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039354P001-1435A-616 | 039355P001-1435A-616 | 039356P001-1435A-616 | 039357P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039358P001-1435A-616 | 039359P001-1435A-616 | 039360P001-1435A-616 | 039361P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 199 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039362P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039363P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039364P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039365P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039366P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039367P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039368P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039369P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039370P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039371P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039372P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039373P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039374P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039375P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039376P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039377P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039378P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039379P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039381P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039382P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039383P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039384P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039385P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039386P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039387P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039388P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 200 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039390P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039391P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039392P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039393P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039394P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039395P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039397P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039398P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039399P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039400P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039401P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039402P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039403P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039404P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039405P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039406P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039407P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039408P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039410P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039411P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039412P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039413P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039414P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039415P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039417P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 201 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039418P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039419P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039420P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039421P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039422P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039423P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039424P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039425P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039426P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039427P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039428P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039429P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039430P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039431P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039432P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039433P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039434P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039435P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039436P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039437P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039438P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039439P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039440P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039441P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039442P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039443P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039444P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039445P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 202 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039446P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039447P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039448P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039449P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039450P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039451P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039452P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039453P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039454P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039455P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039456P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039457P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039458P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039459P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039460P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039461P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039462P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039463P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039464P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039465P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039466P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039467P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039469P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039470P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039471P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039472P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039473P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 203 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039474P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039475P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039476P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039477P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039478P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039480P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039481P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039482P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039483P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039484P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039485P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039486P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039487P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039488P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039489P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039490P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039491P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039492P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039493P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039494P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039495P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039496P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039497P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039498P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039499P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039500P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039501P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 204 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039502P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039503P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039504P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039505P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039506P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039507P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039508P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039509P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039510P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039511P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039512P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039513P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039514P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039515P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039516P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039517P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039518P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039519P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039520P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039521P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039522P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039523P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039524P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039526P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039527P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039528P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039529P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 205 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039530P001-1435A-616 | 039531P001-1435A-616 | 039532P001-1435A-616 | 039533P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039534P001-1435A-616 | 039535P001-1435A-616 | 039536P001-1435A-616 | 039537P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039538P001-1435A-616 | 039539P001-1435A-616 | 039540P001-1435A-616 | 039541P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039542P001-1435A-616 | 039543P001-1435A-616 | 039544P001-1435A-616 | 039545P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039546P001-1435A-616 | 039547P001-1435A-616 | 039548P001-1435A-616 | 039549P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039550P001-1435A-616 | 039551P001-1435A-616 | 039552P001-1435A-616 | 039553P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039554P001-1435A-616 | 039555P001-1435A-616 | 039556P001-1435A-616 | 039557P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 206 of 306
US First Class Mail
Exhibit Pages

| 039558P001-1435A-616 | 039559P001-1435A-616 | 039560P001-1435A-616 | 039561P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039562P001-1435A-616 | 039563P001-1435A-616 | 039564P001-1435A-616 | 039565P002-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039566P001-1435A-616 | 039567P001-1435A-616 | 039568P001-1435A-616 | 039569P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039570P001-1435A-616 | 039571P001-1435A-616 | 039572P001-1435A-616 | 039573P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039574P001-1435A-616 | 039575P001-1435A-616 | 039576P001-1435A-616 | 039577P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039578P001-1435A-616 | 039579P001-1435A-616 | 039580P001-1435A-616 | 039581P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039582P001-1435A-616 | 039583P001-1435A-616 | 039584P002-1435A-616 | 039585P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 207 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039586P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039587P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039588P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039589P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039590P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039591P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039592P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039593P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039594P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039595P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039596P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039597P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039598P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039599P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039600P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039601P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039602P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039603P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039604P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039605P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039606P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039607P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039608P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039609P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039610P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039611P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039612P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039613P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 208 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039614P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039615P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039616P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039617P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039618P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039619P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039620P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039621P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039622P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039623P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039624P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039625P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039626P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039627P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039628P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039629P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039630P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039631P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039632P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039633P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039634P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039635P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039636P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039637P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039638P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039639P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039640P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039641P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 209 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039642P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039643P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039644P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039645P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039646P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039647P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039648P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039649P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039650P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039651P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039652P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039653P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039654P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039655P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039656P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039657P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039660P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039661P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039662P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039663P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039664P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039665P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039666P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039667P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039668P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 210 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039670P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039671P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039672P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039673P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039674P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039675P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039676P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039677P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039678P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039679P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039680P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039681P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039682P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039683P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039684P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039685P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039686P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039687P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039688P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039689P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039690P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039691P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039692P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039693P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039694P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039695P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039696P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039697P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 211 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039698P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039699P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039700P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039701P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039702P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039703P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039704P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039705P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039706P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039707P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039708P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039709P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039710P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039711P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039712P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039713P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039714P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039715P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039716P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039717P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039718P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039719P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039720P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039721P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039722P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039723P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039724P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039725P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 212 of 306
US First Class Mail
Exhibit Pages

| 039726P001-1435A-616 | 039727P001-1435A-616 | 039728P001-1435A-616 | 039729P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039730P001-1435A-616 | 039731P001-1435A-616 | 039732P001-1435A-616 | 039733P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039734P001-1435A-616 | 039735P001-1435A-616 | 039736P001-1435A-616 | 039737P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039738P001-1435A-616 | 039739P001-1435A-616 | 039740P001-1435A-616 | 039741P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039742P001-1435A-616 | 039743P001-1435A-616 | 039744P001-1435A-616 | 039745P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039746P001-1435A-616 | 039747P001-1435A-616 | 039748P001-1435A-616 | 039749P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039750P001-1435A-616 | 039751P001-1435A-616 | 039752P001-1435A-616 | 039753P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 039754P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039755P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039756P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039757P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039758P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039759P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039760P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039761P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039762P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039763P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039764P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039765P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039766P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039767P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039768P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039769P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039770P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039771P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039772P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039773P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039774P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039775P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039776P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039777P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039778P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039779P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039780P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039781P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 214 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039782P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039783P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039784P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039785P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039786P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039787P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039788P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039789P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039790P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039791P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039792P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039793P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039794P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039795P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039796P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039797P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039798P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039799P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039800P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039801P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039802P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039803P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039804P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039805P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039806P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039807P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039808P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039809P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 215 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| 039810P001-1435A-616 | 039811P001-1435A-616 | 039812P001-1435A-616 | 039813P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039814P001-1435A-616 | 039815P001-1435A-616 | 039816P001-1435A-616 | 039817P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039818P001-1435A-616 | 039819P001-1435A-616 | 039820P001-1435A-616 | 039821P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039822P001-1435A-616 | 039823P001-1435A-616 | 039824P001-1435A-616 | 039825P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039826P001-1435A-616 | 039827P001-1435A-616 | 039828P001-1435A-616 | 039829P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039830P001-1435A-616 | 039831P001-1435A-616 | 039832P001-1435A-616 | 039833P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039834P001-1435A-616 | 039835P001-1435A-616 | 039836P001-1435A-616 | 039837P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 216 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039838P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039839P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039840P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039841P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039842P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039843P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039844P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039845P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039846P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039847P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039848P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039849P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039850P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039851P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039852P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039853P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039854P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039855P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039856P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039857P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039858P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039859P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039860P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039861P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039862P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039863P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039864P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039865P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 217 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039866P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039867P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039868P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039869P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039870P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039871P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039872P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039873P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039874P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039875P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039876P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039877P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039878P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039879P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039880P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039881P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039882P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039883P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039884P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039885P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039886P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039887P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039888P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039889P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039890P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039891P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039892P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039893P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 218 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 039894P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039895P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039896P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039897P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039898P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039899P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039900P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039901P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039902P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039903P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039904P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039905P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039906P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039907P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039908P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039909P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039910P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039911P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039912P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039913P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039914P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039915P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039916P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039917P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039918P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039919P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039920P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039921P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 219 of 306
US First Class Mail
Exhibit Pages

039922P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039923P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039924P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039925P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039926P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039927P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039928P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039929P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039930P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039931P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039932P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039933P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039934P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039935P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039936P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039937P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039938P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039939P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039940P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039941P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039942P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039943P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039944P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039945P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039946P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039947P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039948P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

039949P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 220 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039950P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039951P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039952P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039953P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039954P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039955P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039956P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039957P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039958P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039959P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039960P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039961P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039962P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039963P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039964P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039965P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039966P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039967P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039968P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039969P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039970P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039971P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039972P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039973P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039974P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039975P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039976P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 039977P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 221 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 039978P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039979P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039980P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039981P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039982P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039983P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039984P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039985P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039986P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039987P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039988P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039989P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039990P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039991P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039992P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039993P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039994P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039995P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039996P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039997P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039998P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 039999P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040000P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040001P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040002P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040003P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040004P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040005P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 222 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040006P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040007P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040008P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040009P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040010P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040011P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040012P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040013P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040014P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040015P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040016P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040017P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040018P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040019P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040020P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040021P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040022P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040023P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040024P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040025P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040026P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040027P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040028P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040029P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040030P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040031P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040032P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040033P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 223 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

040034P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040035P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040036P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040037P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040038P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040039P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040040P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040041P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040042P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040043P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040044P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040045P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040046P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040047P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040048P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040049P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040050P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040051P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040052P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040053P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040054P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040055P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040056P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040057P002-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040058P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040059P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040060P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040061P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 224 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040062P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040063P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040064P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040065P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040066P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040067P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040068P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040069P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040070P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040071P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040072P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040073P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040074P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040075P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040076P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040077P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040078P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040079P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040080P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040081P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040082P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040083P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040084P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040085P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040086P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040087P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040088P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040089P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 040090P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040091P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040092P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040093P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040094P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040095P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040096P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040097P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040098P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040099P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040100P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040101P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040102P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040103P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040104P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040105P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040106P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040107P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040108P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040109P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040110P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040111P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040112P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040113P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040114P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040115P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040116P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040117P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 226 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| 040118P001-1435A-616 | 040119P001-1435A-616 | 040120P001-1435A-616 | 040121P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040122P001-1435A-616 | 040123P001-1435A-616 | 040124P001-1435A-616 | 040125P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040126P001-1435A-616 | 040127P001-1435A-616 | 040128P001-1435A-616 | 040129P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040130P001-1435A-616 | 040131P001-1435A-616 | 040132P001-1435A-616 | 040133P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040134P001-1435A-616 | 040135P001-1435A-616 | 040136P001-1435A-616 | 040137P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040138P001-1435A-616 | 040139P001-1435A-616 | 040140P001-1435A-616 | 040141P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040142P001-1435A-616 | 040143P001-1435A-616 | 040144P001-1435A-616 | 040145P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 227 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040146P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040147P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040148P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040149P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040150P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040151P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040152P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040153P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040154P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040155P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040158P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040159P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040160P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040161P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040162P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040163P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040164P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040165P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040166P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040167P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040168P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040169P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040170P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040171P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040172P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040173P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode, Page 228 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040174P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040175P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040176P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040177P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040178P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040179P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040180P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040181P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040182P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040183P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040184P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040185P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040186P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040187P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040188P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040189P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040190P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040191P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040192P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040193P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040194P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040195P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040196P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040197P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040198P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040199P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040200P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040201P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 229 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040202P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040203P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040204P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040205P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040206P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040207P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040208P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040209P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040210P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040211P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040212P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040213P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040214P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040215P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040216P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040217P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040218P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040219P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040220P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040221P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040222P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040223P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040224P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040225P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040226P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040227P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040228P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED | 040229P001-1435A-616 NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 230 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040230P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040232P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040233P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040234P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040235P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040236P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040237P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040238P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040239P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040240P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040241P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040242P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040243P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040244P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040245P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040246P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040247P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040248P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040249P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040250P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040251P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040252P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040253P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040254P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040255P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040256P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040257P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 231 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040258P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040259P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040260P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040261P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040262P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040263P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040264P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040265P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040266P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040267P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040269P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040270P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040271P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040272P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040273P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040274P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040275P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040276P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040277P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040278P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040279P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040280P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040281P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040282P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040283P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040284P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 232 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040286P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040287P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040288P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040289P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040290P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040291P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040292P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040293P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040294P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040295P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040296P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040297P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040298P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040299P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040300P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040301P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040302P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040303P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040304P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040305P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040306P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040307P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040308P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040309P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040310P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040311P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040312P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040313P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 233 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040314P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040315P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040316P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040317P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040318P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040319P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040320P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040321P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040322P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040323P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040324P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040325P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040326P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040327P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040328P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040329P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040330P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040331P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040332P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040333P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040334P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040335P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040336P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040337P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040338P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040339P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040340P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040341P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 234 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040342P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040343P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040344P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040345P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040346P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040347P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040348P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040349P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040350P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040351P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040352P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040353P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040354P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040355P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040356P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040357P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040358P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040359P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040360P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040361P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040362P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040363P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040364P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040365P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040366P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040367P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040368P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040369P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 235 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040370P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040371P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040372P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040373P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040374P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040375P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040376P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040377P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040378P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040379P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040381P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040382P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040383P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040384P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040385P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040386P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040387P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040388P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040389P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040390P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040391P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040392P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040393P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040394P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040395P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040396P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040397P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 236 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040398P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040399P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040400P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040401P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040402P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040403P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040404P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040405P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040406P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040407P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040408P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040410P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040411P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040412P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040413P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040414P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040415P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040416P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040417P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040418P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040419P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040420P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040421P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040422P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040423P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040424P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040425P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 237 of 306
US First Class Mail
Exhibit Pages

| 040426P001-1435A-616 | 040427P001-1435A-616 | 040428P001-1435A-616 | 040429P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040430P001-1435A-616 | 040431P001-1435A-616 | 040432P001-1435A-616 | 040433P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040434P001-1435A-616 | 040435P001-1435A-616 | 040436P001-1435A-616 | 040437P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040438P001-1435A-616 | 040439P001-1435A-616 | 040440P001-1435A-616 | 040441P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040442P001-1435A-616 | 040443P001-1435A-616 | 040444P001-1435A-616 | 040445P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040446P001-1435A-616 | 040447P001-1435A-616 | 040448P001-1435A-616 | 040449P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040450P001-1435A-616 | 040451P001-1435A-616 | 040452P001-1435A-616 | 040453P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 238 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040454P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040455P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040456P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040457P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040458P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040459P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040460P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040461P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040462P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040463P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040464P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040465P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040466P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040467P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040468P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040469P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040470P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040471P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040472P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040473P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040474P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040475P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040476P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040477P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040478P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040479P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040480P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040481P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 239 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040482P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040483P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040484P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040485P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040486P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040487P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040488P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040489P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040490P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040491P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040492P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040493P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040494P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040495P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040496P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040497P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040498P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040499P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040500P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040501P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040502P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040503P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040504P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040505P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040506P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040507P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040508P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040509P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 240 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040510P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040511P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040512P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040513P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040514P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040515P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040516P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040517P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040518P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040519P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040520P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040521P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040522P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040523P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040524P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040525P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040526P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040527P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040528P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040529P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040530P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040531P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040532P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040533P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040534P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040535P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040536P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040537P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 241 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040538P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040539P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040540P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040541P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040542P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040543P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040544P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040545P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040546P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040547P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040548P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040549P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040550P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040551P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040552P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040553P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040554P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040555P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040556P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040557P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040558P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040559P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040560P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040561P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040562P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040563P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040564P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040565P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 242 of 306
US First Class Mail
Exhibit Pages

040566P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040567P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040568P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040569P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040570P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040571P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040572P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040573P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040574P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040575P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040576P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040577P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040578P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040579P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040580P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040581P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040582P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040583P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040584P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040585P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040586P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040587P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040588P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040589P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040590P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040591P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040592P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

040593P001-1435A-616
NAME AND ADDRESS INTENTIONALLY OMITTED

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 243 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040594P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040595P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040596P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040597P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040598P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040599P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040600P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040601P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040602P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040603P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040604P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040605P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040606P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040607P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040608P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040609P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040610P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040611P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040612P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040613P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040614P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040615P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040616P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040617P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040618P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040619P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040620P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040621P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 244 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 203 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040622P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040623P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040624P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040625P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040626P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040627P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040628P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040629P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040630P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040631P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040632P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040633P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040634P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040635P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040636P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040637P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040638P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040639P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040640P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040641P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040642P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040643P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040644P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040645P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040646P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040647P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040648P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040649P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 245 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040650P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040651P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040652P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040653P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040654P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040655P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040656P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040657P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040660P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040661P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040662P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040663P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040664P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040665P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040666P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040667P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040668P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040670P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040671P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040672P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040673P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040674P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040675P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040676P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040677P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode, Page 246 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040678P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040679P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040680P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040681P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040682P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040683P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040684P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040685P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040686P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040687P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040688P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040689P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040690P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040691P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040692P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040693P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040694P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040695P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040696P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040697P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040698P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040699P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040700P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040701P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040702P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040703P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040704P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040705P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 247 of 306
US First Class Mail
Exhibit Pages

| 040706P001-1435A-616 | 040707P001-1435A-616 | 040708P001-1435A-616 | 040709P001-1435A-616 |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040710P001-1435A-616 | 040711P001-1435A-616 | 040712P001-1435A-616 | 040713P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040714P001-1435A-616 | 040715P001-1435A-616 | 040716P001-1435A-616 | 040717P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040718P001-1435A-616 | 040719P001-1435A-616 | 040720P001-1435A-616 | 040721P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040722P001-1435A-616 | 040723P001-1435A-616 | 040724P001-1435A-616 | 040725P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040726P001-1435A-616 | 040727P001-1435A-616 | 040728P001-1435A-616 | 040729P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040730P001-1435A-616 | 040731P001-1435A-616 | 040732P001-1435A-616 | 040733P001-1435A-616 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode, Page 248 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 040734P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040735P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040736P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040737P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040738P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040739P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040740P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040741P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040742P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040743P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040744P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040745P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040746P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040747P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040748P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040749P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040750P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040751P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040752P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040753P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040754P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040755P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040756P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040757P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040758P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040759P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040760P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040761P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 249 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040762P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040763P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040764P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040765P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040766P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040767P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040768P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040769P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040770P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040771P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040772P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040773P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040774P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 033499P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 033500P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 033501P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 033502P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000163P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000838P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 029586P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040833P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040850P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040862P002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040871P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040873P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040900P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040919P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040920P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 250 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 040921P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040931P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040958P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040959P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 040960P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040985P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040986P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041007P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041029P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041030P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041042P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041045P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041055P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041059P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041065P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041068P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041069P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041070P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041071P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041106P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041107P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041108P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041109P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041111P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041115P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041120P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041121P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041122P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 251 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041124P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041149P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041150P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041151P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041152P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041153P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041155P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041156P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041157P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041186P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041194P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041200P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041203P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041209P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041211P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041212P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041216P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041217P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041218P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041224P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041225P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041226P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041227P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041230P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041231P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041239P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041254P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041261P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 252 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 211 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 041268P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041274P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041285P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041293P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041294P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041297P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041298P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041301P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041302P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041303P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041304P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041307P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041312P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041313P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041322P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041323P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041324P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041334P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041343P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041344P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041367P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041368P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041376P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041377P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041378P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041380P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041397P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041398P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 253 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 212 of 265

| | | | |
|---|---|---|---|
| 041407P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041409P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041425P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041432P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041433P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041434P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041439P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041490P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041507P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041519P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041522P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041533P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041537P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041539P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041540P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041542P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041544P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041545P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041548P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041560P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041563P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041564P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041565P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041591P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041597P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041598P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041622P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041635P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 254 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041640P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041651P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041657P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041658P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041659P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041665P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041669P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041684P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031970P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031970S001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031970S002-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031970S003-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031970S004-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031970S005-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031970S006-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 032021P001-1435A-616<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 255 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

Page # : 214 of 265                                                    10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 256 of 306
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 257 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 258 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 259 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 218 of 265                                      10/03/2025 02:06:48 PM

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 260 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 261 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 262 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 263 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 268 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 269 of 306
US First Class Mail
Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 271 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 272 of 306
US First Class Mail

Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 273 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED.

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

10/03/2025 02:06:48 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 276 of 306
US First Class Mail

Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 277 of 306
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 278 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 279 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 280 of 306

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 281 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

Page # : 240 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 282 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

Page # : 241 of 265                                                    10/03/2025 02:06:48 PM

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.    NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 283 of 306
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 284 of 306

The Roman Catholic Church of the Archdiocese of New Orleans

US First Class Mail

**Exhibit Pages**

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.     NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 285 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

Page # : 244 of 265

10/03/2025 02:06:48 PM

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.   NAME AND ADDRESS INTENTIONALLY REDACTED.

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 286 of 306
US First Class Mail

Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 287 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 288 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 289 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

Page # : 248 of 265

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 290 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 291 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

Page # : 250 of 265                                                      10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 292 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail

**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 293 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 294 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | 041311P001-1435A-616<br>NASH HEATING AND A/C<br>2900 LAUSAT ST<br>METAIRIE LA 70001 | 041314P001-1435A-616<br>NATIONAL CATHLOIC EDUCATIONAL ASSOCIATION<br>200 NORTH GLEBE RD<br>STE 730<br>ARLINGTON VA 22203 |
| 041315P001-1435A-616<br>NATIONAL CATHOLIC EDUCATIONAL ASSOC<br>PO BOX 22101<br>CHANTILLY VA 20153 | 041675P001-1435A-616<br>NATIONAL MEAT AND PROVISION CO, INC<br>NATCO FOOD SVC<br>PO BOX 919241<br>DALLAS TX 75391-9241 | 001783P001-1435A-616<br>NCEA<br>PO BOX 222432<br>CHANTILLY VA 20153-2432 | 012244P001-1435A-616<br>NCEA<br>PO BOX 220101<br>CHANTILLY VA 20153 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 295 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041316P001-1435A-616<br>NEC FINANCIAL SERVICES, LLC<br>250 PEHLE AVE<br>STE 203<br>SADDLE BROOK NJ 07663 | 041317P001-1435A-616<br>NELNET BUSINESS SVC<br>PO BOX 30170<br>OMAHA NE 68103 | 041318P001-1435A-616<br>NELNET BUSINESS SVC<br>PO BOX 82565<br>LINCOLN NE 68501-2565 | 041319P001-1435A-616<br>NELNET BUSINESS SVC (FACTS)<br>121 SOUTH 13TH ST<br>STE 301<br>LINCOLN NE 68508 |
| 041676P001-1435A-616<br>NEW DAIRY HOLDCO LLC<br>DBA BORDEN DAIRY<br>PO BOX 208769<br>DALLAS TX 75320-8769 | 041677P001-1435A-616<br>NEW DAIRY OPCO, LLC<br>BORDEN DAIRY<br>PO BOX 208769<br>DALLAS TX 75320-8769 | 041320P001-1435A-616<br>NEW ORLEANS JESTERS YOUTH BASEBALL, INC<br>3324 APPIAN DR<br>KENNER LA 70065 | 041321P001-1435A-616<br>NEW ORLEANS PEST MANAGEMENT<br>6125 CARTIER AVE<br>NEW ORLEANS LA 70122 |
| 041678P001-1435A-616<br>NEW ORLEANS REGIONAL LEADERSHIP<br>1100 POYDRAS ST<br>#3475<br>NEW ORLEANS LA 70163 | 041325P001-1435A-616<br>NICLOSI JANITORIAL SVC<br>5805 YORK ST<br>METAIRIE LA 70003 | 041679P001-1435A-616<br>NOLA CONSTRUCTION AND HANDYMN LLC<br>AMY DESOBRY<br>1125 IST AVE<br>HARVEY LA 70058 | 041326P001-1435A-616<br>NORCO FRESH MARKET<br>217 APPLE ST<br>NORCO LA 70079 |
| 019896P001-1435A-616<br>NORTH SHORE ACE<br>1037 ROBERT BLVD<br>SLIDELL LA 70458 | 041327P001-1435A-616<br>NORTHSHORE DISPOSAL SERVICES, CO<br>PO BOX 1460<br>MADISONVILLE LA 70447 | 041328P001-1435A-616<br>NORTHSHORE OFFICE<br>PO BOX 186<br>MANDEVILLE LA 70470-0186 | 041329P001-1435A-616<br>NORTHSHORE OFFICE EQUIPMENT, LLC<br>2301 HWY 1088<br>MANDEVILLE LA 70448 |
| 041330P001-1435A-616<br>NUSO, LLC<br>7777 BONHOMME AVE<br>STE 1100<br>CLAYTON MO 63105 | 041331P001-1435A-616<br>OCCUPATIONAL MEDICINE SERVICES, LLC<br>144 VALHI LAGOON CROSSING<br>HOUMA LA 70360 | 041332P001-1435A-616<br>OFFICE DEPOT<br>6600 NORTH MILITARY TRL<br>BOCA RATON FL 33496 | 041333P001-1435A-616<br>OFFICE DEPOT<br>PO BOX 78004<br>PHOENIX AZ 85062 |
| 001862P001-1435A-616<br>OFFICE DEPOT<br>PO BOX 660113<br>DALLAS TX 75266-0113 | 001869P001-1435A-616<br>OFFICE OF STATE FIRE MARSHAL<br>BOILER INSPECTION SECTION<br>8181 INDEPENDENCE BLVD<br>BATON ROUGE LA 70806 | 041680P001-1435A-616<br>OLIVER PACKAGING AND EQUIPMENT CO<br>PO BOX 8506<br>CAROL STREAM IL 60197-8506 | 041335P001-1435A-616<br>ORGAN SALES AND SVC<br>101 SANDSTONE<br>BRANDON MS 39047 |
| 041336P001-1435A-616<br>ORGANIC ACCOUNTING AND CONSULTING, LLC<br>2108 ROBIN ST<br>NEW ORLEANS LA 70122 | 041337P001-1435A-616<br>ORKIN<br>137 CANVASBACK DR<br>STE A<br>SAINT ROSE LA 70087 | 041338P001-1435A-616<br>ORKIN<br>2300 EARHART BLVD<br>NEW ORLEANS LA 70113 | 001882P001-1435A-616<br>ORKIN INC<br>5700 CITRUS BLVD<br>STE E-2<br>JEFFERSON LA 70123-5813 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 296 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

041339P001-1435A-616
ORKIN PEST CONTROL
12030 LAKELAND PK BLVD
STE 125
BATON ROUGE LA 70809

041340P001-1435A-616
OTIS ELEVATOR CO
1013 HARLMAW CT WEST
STE B
METAIRIE LA 70001

041341P001-1435A-616
OUR LADY OF THE LAKE
2115 JEFFERSON ST/
MANDEVILLE LA 70448

010676P001-1435A-616
OUR SUNDAY VISITOR
200 NOLL PLZ
HUNTINGTON IN 46750

001914P001-1435A-616
OUR SUNDAY VISITOR INC
PO BOX 4013
CAROL STREAM IL 60197-4013

041342P001-1435A-616
PADDIECOM INC
3811 DITMARS BLVD #1071
ASTORIA NY 11105

017157P001-1435A-616
PAN AMERICAN LIFE
PO BOX 919252
DALLAS TX 75391-9252

023470P001-1435A-616
PATIO HEALTHCARE
5208 VETERANS BLVD
METAIRIE LA 70006

041345P001-1435A-616
PAYA
14901 QUORUM DR
STE 700
DALLAS TX 75254

041346P001-1435A-616
PELICAN OUTDOOR ADVERTISING
201 KENT AVE
METAIRIE LA 70001

041681P001-1435A-616
PENSKE TRUCK LEASING
PO BOX 827380
PHILEDELPHIA PA 19182-7380

041347P001-1435A-616
PEREZ BOOKKEEPING SVC INC
228 W 25TH AVE
COVINGTON LA 70433

041682P001-1435A-616
PERFORMANCE FOOD GROUP INC
DBA PERFORMANCE FOODSERVICE
918 EDWARDS AVE
HARHARAN LA 70123

041683P001-1435A-616
PERFORMANCE HEALTH SUPPLY INC
PO BOX 93040
CHICAGO IL 60673-3040

041348P001-1435A-616
PFEFFERLE LAWNS LLC
5901 VICKSBURG ST
NEW ORLEANS LA 70124

041349P001-1435A-616
PHIRE LINK
PO BOX 1770
COVINGTON LA 70433

041350P001-1435A-616
PIKES PEAK OF NEW ORLEANS
5418 POWELL ST
NEW ORLEANS LA 70123

041351P001-1435A-616
PIKMYKID
5005 W LAUREL
STE 204
TAMPA FL 33607

000324P001-1435A-616
PINNACLE ELEVATOR LLC
2201 GREENWOOD ST
KENNER LA 70062

041352P001-1435A-616
PITNEY BOWES
19211 BENGAL CT
BATON ROUGE LA 70817

041353P001-1435A-616
PITNEY BOWES
1055 ST CHARLES AVE STE 200
NEW ORLEANS LA 70130

041354P001-1435A-616
PITNEY BOWES
5525 MOUNES ST
NEW ORLEANS LA 70123

041355P001-1435A-616
PITNEY BOWES GLOBAL FINANCIAL SVC LLC
PO BOX 981022
BOSTON MA 02298

041356P001-1435A-616
PLANTATION DECOR, INC
PO BOX 220
DESTREHAN LA 70047

041357P001-1435A-616
PLAQUEMINES PARISH DEPT OF WATER
PO BOX 940
BELLE CHASSE LA 70037

041685P001-1435A-616
PLAQUEMINES PARISH WATER DEPT
PO BOX 940
BELLE CHASSE LA 70037

041358P001-1435A-616
PM MAINTENANCE, INC
PO BOX 8926
MANDEVILLE LA 70470-8926

041686P001-1435A-616
PON FOOD CORP
PO BOX 747
PONTCHATOULA LA 70454

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 297 of 306
US First Class Mail
Exhibit Pages

041359P001-1435A-616
PONTCHARTRAIN ACE HARDWARE
3320 PONTCHARTRAIN DR
SLIDELL LA 70458

041360P001-1435A-616
PONTCHARTRAIN ACE HARDWARE
63209 HWY 434
LACOMBE LA 70445

041361P001-1435A-616
PONTCHARTRAIN MECHANICAL
716 LITTLE FARMS AVE
METAIRIE LA 70003

041362P002-1435A-616
PONTCHARTRAIN PROPERTY PRESERVATION, LLC
1454 RIVIERA AVE
NEW ORLEANS LA 70122-1937

041363P001-1435A-616
POSTER COMPLIANCE CENTER
PO BOX 188
HOPKINTON MA 01748

041364P001-1435A-616
POWELL FINANCIAL CONSULTING, LLC
4300 CLEVELAND PL
METAIRIE LA 70003

041365P001-1435A-616
POWERSCHOOL
150 PARKSHORE DR
FOLSOM CA 95830

041366P001-1435A-616
PRIORITY SYSTEMS, INC
5221 W NAPOLEIN AVE
METAIRIE LA 70001

041369P001-1435A-616
PRJ CONTRACTING, INC
63403 OLD MILITARY RD
STE #2
PEARL RIVER LA 70452

041370P001-1435A-616
PROCARE
1125 17TH ST
STE 1800
DENVER CO 80202

041371P001-1435A-616
PROFICIENT PEST CONTROL LLC
7025 LOUISVILLE ST
NEW ORLEANS LA 70124

041372P001-1435A-616
PROGRESSIVE INSURANCE
300 NORTH COMMONS BLVD
MAYFIELD VILLAGE OH 44143

041687P001-1435A-616
PROVANTAGE LLC
ACCOUNTS RECEIVABLE
7576 FREEDOM AVE NW
NORTH CANTON OH 44720-6902

041373P001-1435A-616
PURE LIFE LAWN CARE LLC
2711 CHELSEA DR
NEW ORLEANS LA 70131

041374P001-1435A-616
PYMNTBRDMIN
14488 OLD STAGE RD
LENOIR CITY TN 37772

041688P001-1435A-616
QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA GA 30374-0709

041375P001-1435A-616
QUICKBOOKS
2800 E COMMERCE CTR PL
TUCSON AZ 85706

041689P001-1435A-616
QUIK PRINT OF NEW ORLEANS INC
D/B/A DOCUMAT
5624 CITRUS BLVD
NEW ORLEANS LA 70123

002037P001-1435A-616
REDIKER SOFTWARE INC
2 WILBRAHAM RD
HAMPDEN MA 01036

041379P001-1435A-616
REGIONS COMMERCIAL BANKCARD
PO BOX 2224
BIRMINGHAM AL 35246

009275P001-1435A-616
RELIASTAR LIFE INSURANCE CO
3702 PAYSPHERE CIR
CHICAGO IL 60674-0037

041381P001-1435A-616
RELIASTAR LIFE INSURANCE CO
PO BOX 3080
NEW YORK NY 10116

041382P001-1435A-616
RELIASTAR LIFE INSURANCE CO
PO BOX 981331
BOSTON MA 02298

041383P001-1435A-616
RENAISSANCE
2911 PEACH ST
WISCONSIC RAPIDS WI 54494

041384P001-1435A-616
RENWEB A FACTS CO
PO BOX 1622
BURLESON TX 76097

000326P001-1435A-616
REPUBLIC SVC
804 L AND A RD
METAIRIE LA 70001

041385P001-1435A-616
REPUBLIC SVC
PO BOX 71068
CHARLOTTE NC 28272-1068

041386P001-1435A-616
REPUBLIC SVC
PO BOX 9001099
LOUISVILLE KY 40290-1099

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 298 of 306
US First Class Mail
Exhibit Pages

041690P001-1435A-616
REPUBLIC SVC # 842
FOR BFI WASTE SVC LLC
PO BOX 71068
CHARLOTTE NC 28272-1068

041691P001-1435A-616
REPUBLIC SVC #820
FOR BFI WASTE SVC
PO BOX 71068
CHARLOTTE NC 28272-1068

041387P001-1435A-616
RESTREAM
515 CONGRESS AVE
STE 1050
AUSTIN TX 78701

041692P001-1435A-616
RETIF OIL AND FUEL
D/B/A REFUEL
1840 JUTLAND DR
HARVEY LA 70058

041388P001-1435A-616
REV BUSINESS
PO BOX 919251
DALLAS TX 75391

041389P001-1435A-616
RICHARDS DISPOSAL, INC
11600 OLD GENTILLY RD
NEW ORLEANS LA 70129

041390P001-1435A-616
RICOH
300 EAGLEVIEW BLVD
STE 200
EXTON PA 19341

002253P001-1435A-616
RICOH USA INC
PO BOX 660342
DALLAS TX 75266-0342

041391P001-1435A-616
RICOH USA INC
PO BOX 650016
DALLAS TX 75265-0016

041392P001-1435A-616
RICOH USA, INC
6620 RIVERSIDE DR
METAIRIE LA 70003

041393P001-1435A-616
RICOH USA, INC
19211 BENGAL CT
BATON ROUGE LA 70817

041394P001-1435A-616
RING STREET
202 N I-10 SERVICE RD E
METAIRIE LA 70005

041395P001-1435A-616
RIVE PIPE ORGAN COMPANY, INC
811 FOCIS ST
METAIRIE LA 70005

017190P001-1435A-616
RIVER PARISH DISPOSAL
7201 AIRLINE DR
METAIRIE LA 70003

002260P001-1435A-616
RIVER PARISH DISPOSAL LLC
PO BOX 10482
NEW ORLEANS LA 70181-0482

041396P001-1435A-616
RIVERLAND'S TERMINIX
501 W AIRLINE HWY
LAPLACE LA 70068

041693P001-1435A-616
ROBERT HALF INTERNATIONAL
D/B/A ACCOUNTEMPS
PO BOX 743295
LOS ANGELES CA 90074-3295

041399P001-1435A-616
ROSS LOUQUE EXTERMINATING CO
PO BOX 2891
LA PLACE LA 70069

041400P001-1435A-616
ROTUNDA SOFTWARE
440 N BARRANCA AVE #3441
COVINA CA 91723

041401P001-1435A-616
ROUSSEL OUTDOORS
981 HICKORY AVE
HARAHAN LA 70123

041402P001-1435A-616
ROYAL CONTRACTORS, LLC
PO BOX 3337
COVINGTON LA 70434

041403P001-1435A-616
RPC PEST MANAGEMENT
PO BOX 2093
HAMMOND LA 70404

041694P001-1435A-616
RTZ ASSOCIATES INC
3736 MT DIABLO BLVD
STE 200
LAFAYETTE CA 94549

041404P001-1435A-616
RUBEN'S LAWNCARE
2648 JUPITER ST
HARVEY LA 70058

041405P001-1435A-616
RUMBELOW CONSULTING LLC
98 CHATEAU MOUTON DR
KENNER LA 70065

041406P001-1435A-616
RUMBELOW CONSULTING, LLC
PO BOX 453
WESTTOWN PA 19395

041408P001-1435A-616
RYAN GOOTEE GENERAL CONTRACTORS, LLC
1100 RIDGEWOOD DR
METAIRIE LA 70001

041695P001-1435A-616
RYDER TRUCK RENTAL INC
DBA RYDER TRANSPORTATION SVC
PO BOX 402366
ATLANTA GA 30384-2366

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

10/03/2025 02:06:48 PM

041410P001-1435A-616
SAGE
22048 SHERMAN WAY
STE 114
CANOGA PARK CA 91303

041411P001-1435A-616
SAINT VINCENT DEPAUL SOCIETY
PO BOX 127
BATON ROUGE LA 70821

041412P001-1435A-616
SANTE-CHAPELLE STUDIOS
1080 WEST CAUSEWAY APPROACH
MANDEVILLE LA 70471

041413P001-1435A-616
SALTED PLATE LLC
1918 MONTGOMERY ST
MANDEVILLE LA 70448

041414P001-1435A-616
SAM'S CLUB
PO BOX 71726
PHILADELPHIA PA 19716

041415P001-1435A-616
SAM'S CLUB
PO BOX 965004
ORLANDO FL 32896

041416P001-1435A-616
SAM'S CLUB MC/SYNCB
PO BOX 960013
ORLANDO FL 32896-0013

013967P001-1435A-616
SAM'S CLUB/SYNCHRONY BANK
PO BOX 530981
ATLANTA GA 30353-0981

041417P001-1435A-616
SAMS CLUB SYNCHRONY
PO BOX 669825
DALLAS TX 75266

041418P001-1435A-616
SAMS CLUB SYNCHRONY
PO BOX 669823
DALLAS TX 75266

041419P001-1435A-616
SAUDER WORSHIP
930 BARRE RD
ARCHBOLD OH 43502

041420P001-1435A-616
SAWTOOTH DESIGN LLC
832 OAKLAWN DR
METAIRIE LA 70005

041696P001-1435A-616
SCARYFAST JV LLC DBA ABC TITLE OF BOUTTE
100 MELONIE ST STE D
BOUTTE LA 70039

041421P001-1435A-616
SCHINDLER ELEVATOR CORP
656 TIME SAVER AVE
HARAHAN LA 70123

018836P001-1435A-616
SCHNEIDER PAPER PRODUCTS, INC
PO BOX 66750
BATON ROUGE LA 70896-6750

041422P001-1435A-616
SCHOOL FOOD AND NUTRITION SVC
OF NEW ORLEANS, INC
3000 W ESPLANADE AVE N
STE 300
METAIRIE LA 70002

041423P001-1435A-616
SCHOOLSPLP, LLC
24 W CAMELBACK RD
STE A-422
PHOENIX AZ 85013

041424P001-1435A-616
SCOTT BAILY ENTERPRISES, INC
11310 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809

041426P001-1435A-616
SECURE SHREDDING AND RECYCLING
10338 MAMMOTH AVE
BATON ROUGE LA 70814

029836P001-1435A-616
SELECTIONCOM
155 TRI COUNTY PKWY
STE 150
CINCINNATI OH 45246

021431P001-1435A-616
SENSALERT SECURITY SVC
801 MALLARD ST
LAPLACE LA 70068

041427P001-1435A-616
SENSE OF SECURITY, INC
2230 34TH ST
KENNER LA 70065

010048P001-1435A-616
SERUNTINE REFRIGERATION SVC INC
P O BOX 24585
NEW ORLEANS LA 70184-4585

041428P001-1435A-616
SERVIKLEEN JANITORIAL SVC
5321 ROBELINE DR
METAIRIE LA 70001

041429P001-1435A-616
SETCOM VOICE AND DATA NETWORKS
110 JAMES DR W #130
ST ROSE LA 70087

041430P001-1435A-616
SEWERAGE AND WATER BOARD OF NEW ORLEANS
625 SAINT JOSEPH ST
NEW ORLEANS LA 70165

041697P001-1435A-616
SGP INVESTMENTS LLC
DBA FASTSIGNS
3508 21ST ST
METAIRIE LA 70002

041431P001-1435A-616
SHARP ELECTRONICS CORP
PO BOX 660831
DALLAS TX 75266-0831

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Gooden Page 300 of 306
US First Class Mail
Exhibit Pages

002374P001-1435A-616
SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS TX 75395-2121

041435P001-1435A-616
SHRED IT
28883 NETWORK PL
CHICAGO IL 60673-1288

041698P001-1435A-616
SHRED IT USA LLC
STERICYCLE INC
28883 NETWORK PL
CHICAGO IL 60673-1288

041436P001-1435A-616
SHREDLINK
4425 YORK ST
METAIRIE LA 70001

041437P001-1435A-616
SIDS LAWN SERVICE, LLC
728 N ATLANTA ST
METAIRIE LA 70003

041438P001-1435A-616
SIMPLISAFE
100 SUMMER ST
BOSTON MA 02110

041440P001-1435A-616
SOCIETY OF ST VINCENT DE PAUL
3600 CLARIE AVE
GRETNA LA 70053

041441P001-1435A-616
SOCIETY OF THE DIVINE WORD
199 SEMINARY DR BAY
BAY ST.LOUIS MS 39520

041442P001-1435A-616
SOCIETY OF THE DIVINE WORD
(RETIREMENT CONTRIBUTION)
204 RUELLA AVE
BAY ST. LOUIS MS 39520

041443P001-1435A-616
SOCIETY OF THE DIVINE WORD
FR LAMBERT A LEIN, SVD
(WATER)
3325 DANNEEL ST
NEW ORLEANS LA 70115

041699P001-1435A-616
SOFTWARE PROFESSIONAL INC
DBA ESOFTWARE PROFESSIONALS
PO BOX 4800
UNIT 23
PORTLAND OR 97208

041700P001-1435A-616
SOLAR ALTERNATIVES INC
5804 RIVER OAKS RD SOUTH
NEW ORLEANS LA 70123

041444P001-1435A-616
SONITROL
2217 RIDGELAKE DR
METIAIRE LA 70001

041445P001-1435A-616
SONITROL
PO BOX 643731
PITTSBURGH PA 15264-5253

041446P001-1435A-616
SOUTHEAST BUSINESS SYSTEMS
202 MARKET ST
HAMMOND LA 70401

041447P001-1435A-616
SOUTHEAST LOUISANA COUNCIL,
BOY SCOUTS OF AMERICA
4200 S I-10 SERVICE RD W #101
METAIRIE LA 70001

041448P001-1435A-616
SOUTHERN IMAGING SOLUTION
701 POYDRAS ST
STE 111
NEW ORLEANS LA 70139

041449P001-1435A-616
SOUTHERN LIGHT
5712 HEEBE ST
NEW ORLEANS LA 70123

041450P001-1435A-616
SOUTHERN SERVICES, LLC
4601 CLEARY AVE
METAIRIE LA 70002

041701P001-1435A-616
SOUTHERN TIRE MART LLC
PO BOX 1000
DEPT 143
MEMPHIS TN 38148-0143

041702P001-1435A-616
SOUTHLAND TRUCK LEASING LLC
D/B/A SOUTHLAND PACLEASE
AVENUE
GRAY LA 70359

041451P001-1435A-616
SOUTHWEST ENGINEERS
PO BOX 2499
SLIDELL LA 70461

041703P001-1435A-616
SOUTHWEST LOUISIANA ELECTRIC
SLEMCO
PO BOX 90866
LAFAYETTE LA 70509-0866

041452P001-1435A-616
SPECIALTY POOLS AND OUTDOOR LIVING, LLC
1701 BELLE CHASSE HWY
TERRYTOWN LA 70056

041453P001-1435A-616
SPECTRUM
PO BOX 740397
CINCINNATI OH 45274

041454P001-1435A-616
SPECTRUM
PO BOX 94188
PALANTINE IL 60094-4188

041455P001-1435A-616
SPEEDWAY PRINTING
2575 NORTH CAUSEWAY SERVICE RD
MANDEVILLE LA 70471

041456P001-1435A-616
SQUARE
1445 MARKET ST
STE 600
SAN FRANCISCO CA 94103

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode Page 301 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

041458P001-1435A-616
ST ANN
4940 MEADOWDALE ST
METAIRIE LA 70006

041704P001-1435A-616
ST BERNARD DRUGS LLC
10200 CHEF MENTEUR HWY
NEW ORLEANS LA 70127

041459P001-1435A-616
ST BERNARD PARISH GOVERNMENT
1111 E SAINT BERNARD HWY
CHALMETTE LA 70043

041460P001-1435A-616
ST BERNARD PARISH GOVERNMENT
PO BOX 1278
CHALMETTE LA 70044-1278

041462P001-1435A-616
ST CHARLES PARISH DEPT OF WATER WORKS
403 MILLING AVE
LULING LA 70070

041461P001-1435A-616
ST CHARLES PARISH DEPT OF WATERWORKS
(RECTORY)
PO BOX 108
LULING LA 70070

041705P001-1435A-616
ST CHARLES PARISH WATERWORKS
PO BOX 108
LULING LA 70070-0018

041463P001-1435A-616
ST CHARLES WATERWORKS
PO BOX 108
LULING LA 70070

041464P001-1435A-616
ST CLARE MONASTERY
1100 VALMONT ST
NEW ORLEANS LA 70115

041465P001-1435A-616
ST EDWARD
4901W METAIRIE AVE
METAIRIE LA 70001

041466P001-1435A-616
ST JOHN BAPTIST PARISH UTILITIES
PO BOX C
GARYVILLE LA 70051

041467P001-1435A-616
ST JOHN PARISH UTILITIES
PO BOX 1239
LAPLACE LA 70069

041468P001-1435A-616
ST JOHN THE BAPTIST PARISH UTILITIES
1811 W AIRLINE HWY
LAPLACE LA 70068

041469P001-1435A-616
ST PETER CATHOLIC SCHOOL  PAYROLL
130 E TEMPERANCE ST
COVINGTON LA 70433

041473P001-1435A-616
ST PETER COV
130 E TEMPERANCE ST
COVINGTON LA 70433

041470P001-1435A-616
ST TAMMANY MAINTENANCE, INC
37460 HEMLOCK DR
PEARL RIVER LA 70452

041471P001-1435A-616
ST TAMMANY PARISH DEPT OF UTILITIES
PO BOX 628
COVINGTON LA 70434-0628

041457P001-1435A-616
ST VINCENT DE PAUL
3500 CANAL ST
NEW ORLEANS LA 70119

041474P001-1435A-616
STAFFALL EDUCATION FOUNDATION
PO BOX 359
BOULDER CO 80306

041475P001-1435A-616
STANLEY ELECTRONIC SECURITY SYSTEMS
2326 CAREY ST
SLIDELL LA 70458

041476P001-1435A-616
STATE FIRE, LLC
1415 4TH ST
WESTWEGO LA 70094

041706P001-1435A-616
STEPHENS AND CO A/C AND HEAT LLC
PO BOX 1814
METAIRIE LA 70004

041477P001-1435A-616
STERICYCLE, INC
1206 KENNER AVE
KENNER LA 70062

041478P001-1435A-616
STERICYCLE, INC
2355 WAUKEGAN RD
BANNOCKBURN IL 60015

041479P001-1435A-616
STERICYCLE, INC
28883 NETWORK PL
CHICAGO IL 60673

041480P001-1435A-616
STRANCO SOLID WASTE MGMT CO LLC
70459 HIGHWAY 59
ABITA SPRINGS LA 70420

041481P001-1435A-616
STRANCO SOLID WASTE MGMT CO, LLC
68658 LA-59
MANDEVILLE LA 70471

041482P001-1435A-616
STRATUS BUILDING SOLUTIONS
150 JAMES DR
STE 100
ST. ROSE LA 70087

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode Page 302 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

| | | | |
|---|---|---|---|
| 041483P001-1435A-616<br>STRATUS BUILDING SOLUTIONS<br>4430 S I10 SERVICE RD WEST<br>METAIRIE LA 70001 | 012437P001-1435A-616<br>STRIKER CONSTRUCTION SVC LLC<br>18294 REEVES DR<br>COVINGTON LA 70435 | 041484P001-1435A-616<br>STRIX INFORMATION TECHNOLOGY<br>2711 CHELSEA DR<br>NEW ORLEANS LA 70131 | 041472P001-1435A-616<br>STTAMMANY PARISH DEPT OF UTILITIES<br>PO BOX 3500<br>COVINGTON LA 70434 |
| 041485P001-1435A-616<br>SUNSHINE LANDSCAPING<br>2720 ACACIA ST<br>NEW ORLEANS LA 70122 | 041486P001-1435A-616<br>SUPERIOR OFFICE<br>20 HOOK MOUNTAIN RD<br>STE 104<br>BROOK NJ 07058-9273 | 041487P002-1435A-616<br>SUPERIOR OFFICE PRODUCTS<br>5363 HIGHLANDIA DR<br>STE C<br>BATON ROUGE LA 70810 | 041707P001-1435A-616<br>SUPERIOR VAN AND MOBILITY LLC<br>125 JAMES DR<br>STE 200<br>ST ROSE LA 70087 |
| 041488P001-1435A-616<br>SWE, INC DBA SOUTHWEST ENGINEERS<br>39478 HIGHWAY 190 E<br>SLIDELL LA 70461 | 009194P001-1435A-616<br>SYSCO NEW ORLEANS<br>1451 RIVER OAKS WEST<br>HARAHAN LA 70123-2176 | 018904P001-1435A-616<br>SYSCO NEW ORLEANS, LLC<br>PO BOX 10950<br>NEW ORLEANS LA 70181-0950 | 041511P001-1435A-616<br>T-MOBILE<br>PO BOX 742596<br>CINCINNATI OH 45274-2596 |
| 041489P001-1435A-616<br>TAB COLEMAN CONTRACT SVC<br>221 CHIMAERA LN<br>SLIDELL LA 70458 | 041491P001-1435A-616<br>TCHEFUNCTE HARDWARE<br>2445 FLORIDA ST<br>MANDEVILLE LA 70448 | 041492P001-1435A-616<br>TCHOUPITOULAS SALES<br>408 CHRISTIANA DR<br>MARRERO LA 70072 | 041493P001-1435A-616<br>TEACHER SYNERGY, LLC<br>75 REMITTANCE DR<br>CHICAGO IL 60675 |
| 021559P001-1435A-616<br>TERMINIX<br>P O BOX 369<br>LAPLACE LA 70069-0369 | 041494P001-1435A-616<br>TERMINIX<br>35297 HOME ESTATE DR<br>SLIDELL LA 70460 | 041495P001-1435A-616<br>TERMINIX<br>PO BOX 6060<br>SLIDELL LA 70469 | 002621P001-1435A-616<br>TERMINIX<br>PO BOX 8668<br>METAIRIE LA 70011 |
| 041496P001-1435A-616<br>TERMINIX NEW ORLEANS<br>2400 N ARNOULT RD<br>METAIRIE LA 70001 | 041498P001-1435A-616<br>TERMINIX SVC CO<br>2329 EDENBORN AVE<br>METAIRIE LA 70001 | 041497P001-1435A-616<br>TERMINIX SVC CO, INC<br>PO BOX 8668<br>METAIRIE LA 70011 | 041499P001-1435A-616<br>TERRA NOVA NEXT<br>13490 BASS LAKE RD<br>MAPLE GROVE MN 55311 |
| 041500P001-1435A-616<br>THE ARC OF ST CHARLES<br>13771 OLD SPANISH TRL<br>BOUTTE LA 70039 | 041501P001-1435A-616<br>THE CHURCH MONTHLY MAIL CO<br>PO BOX 420<br>SALEM OH 44460 | 010081P001-1435A-616<br>THE CHURCH SUPPLY HOUSE<br>PO BOX 8544<br>METAIRIE LA 70011 | 041502P001-1435A-616<br>THE CHURCH SUPPLY HOUSE<br>3605 DIVISION ST<br>METAIRIE LA 70002-4615 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 303 of 306
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 041708P001-1435A-616<br>THE EHRHARDT GROUP INC<br>1100 POYDRAS ST<br>STE 1325<br>NEW ORLEANS LA 70163 | 041503P001-1435A-616<br>THE GARDEN GATES LANDSCAPE COMPANY, LLC<br>PO BOX 935434<br>ATLANTA GA 31193 | 041504P001-1435A-616<br>THE GREENKEEPERS, INC<br>3 SANTA ANA AVE<br>JEFFERSON LA 70121 | 002640P001-1435A-616<br>THE HILLER COMPANIES INC<br>PO BOX 935434<br>ATLANTA GA 31193-5434 |
| 041709P001-1435A-616<br>THE HOME DEPOT<br>THE HOME DEPOT PRO<br>PO BOX 404468<br>ATLANTA GA 30384-4468 | 041505P001-1435A-616<br>THE INSTITUTE FOR SCHOOLS AND<br>PARISH DEVELOPMENT<br>15 LOG CABIN LN<br>PEARL RIVER LA 70452 | 041506P001-1435A-616<br>THE JOSEPHITES<br>PO BOX 65010<br>BALTIMORE MD 21209 | 041710P001-1435A-616<br>THE SHERWIN WILLIAMS CO<br>1500 STUMPF BLVD<br>GRETNA LA 70053-3977 |
| 041711P001-1435A-616<br>THE SHERWIN WILLIAMS CO<br>3634 GENERAL MEYER AVE<br>NEW ORLEANS LA 70114-3398 | 041712P001-1435A-616<br>THE SHERWIN-WILLIAMS CO<br>2500 AIRLINE HIGHWAY<br>KENNER LA 70062-7764 | 041508P001-1435A-616<br>THRYV<br>PO BOX 619009<br>DFW AIRPORT TX 75261 | 041713P001-1435A-616<br>TIGER EVENTS AND TENTS, LLC<br>5401 WEST MAIN ST<br>HOUMA LA 70360 |
| 018921P001-1435A-616<br>TIME CLOCK PLUS<br>1 TIME CLOCK DR<br>SAN ANGELO TX 76904 | 041509P001-1435A-616<br>TK ELEVATOR<br>1533 SAMS AVE<br>STE A<br>HARAHAN LA 70123 | 041510P001-1435A-616<br>TK ELEVATOR CORP<br>PO BOX 5066<br>HARTFORD CT 06102-5066 | 041512P001-1435A-616<br>TOAS<br>PO BOX 461<br>ABITA SPRINGS LA 70420 |
| 041513P001-1435A-616<br>TOCA ALARM<br>1430 29TH ST<br>KENNER LA 70062 | 041514P001-1435A-616<br>TONY'S MAINTENANCE<br>211 MARY ST<br>NORCO LA 70079 | 041714P001-1435A-616<br>TOTAL COMMUNITY ACTION INC<br>1420 S NORMAN C FRANCIS PKWY<br>NEW ORLEANS LA 70125 | 018927P001-1435A-616<br>TOTAL ELECTRONICS SYSTEMS, INC<br>1808 HOUMA BLVD<br>METAIRIE LA 70001-2529 |
| 041515P001-1435A-616<br>TOWN OF FRANKLINTON<br>301 11TH AVE<br>FRANKLINTON LA 70438 | 041516P001-1435A-616<br>TOWN OF MADISONVILLE<br>PO BOX 160<br>MADISONVILLE LA 70447-0160 | 041517P001-1435A-616<br>TRANE<br>530 ELMWOOD PK BLVD<br>NEW ORLEANS LA 70123 | 041518P001-1435A-616<br>TRANE US INC<br>4013 N I-10 SERVICE RD WEST<br>METAIRIE LA 70002 |
| 041715P001-1435A-616<br>TRHC TPA LLC<br>DBA ANEW HEALTH<br>228 STRAWBRIDGE DR<br>MOORESTOWN NJ 08057 | 041716P001-1435A-616<br>TRI STATE REFRIGERATION INC<br>7387 EAST INDUSTRIAL AVE<br>BATON ROUGE LA 70805 | 041717P001-1435A-616<br>TRUIST BANK<br>PO BOX 79041<br>BALTIMORE MD 21279-0041 | 041520P001-1435A-616<br>TUITION EXPRESS<br>1125 17TH ST<br>STE 1800<br>DENVER CO 80202 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
of Service of Jennifer Goode, Page 304 of 306
The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 017274P001-1435A-616<br>TUJAYS SVC INC<br>PO BOX 2831<br>MARRERO LA 70072 | 041521P001-1435A-616<br>TWILBECK CONSULTING, LLC<br>711 ROSELAND PKWY<br>HARAHAN LA 70123 | 041718P001-1435A-616<br>UBER TECHNOLOGIES INC<br>PO BOX 741581<br>LOS ANGELES CA 90074-1581 | 011011P001-1435A-616<br>ULINE<br>PO BOX 88741<br>CHICAGO IL 60680 |
| 002715P002-1435A-616<br>UNI COPY TECHNOLOGIES<br>3321 DIVISION ST<br>METAIRIE LA 70002-4609 | 041526P001-1435A-616<br>UNI-COPY TECHNOLOGIES<br>63209 HIGHWAY 434<br>LACOMBE LA 70445 | 041719P001-1435A-616<br>UNIFORMS BY BAYOU<br>13488 SEYMOUR MYERS<br>COVINGTON LA 70433 | 041527P001-1435A-616<br>UNITED SECURITY ALARM<br>PO BOX 1764<br>MARRERO LA 70073 |
| 041528P001-1435A-616<br>UNITED SECURITY ALARM INC<br>5421C LAPALCO BLVD<br>MERRERO LA 70072 | 041529P001-1435A-616<br>UNITI FIBER<br>PO BOX 841153<br>DALLAS TX 75284-1153 | 041530P001-1435A-616<br>UNIVERSAL COMONE<br>36 COMMERCE CT<br>ELMWOOD LA 70123 | 041720P001-1435A-616<br>UNIVERSAL PROTECTION SVC LP<br>DBA ALLIED UNIVERSAL SECURITY SVC<br>PO BOX 828854<br>PHILADELPHIA PA 19182-8854 |
| 041531P001-1435A-616<br>UNIVERSAL TELCOM, LLC<br>PO BOX 231383<br>NEW ORLEANS LA 70183 | 041532P001-1435A-616<br>US BANK EQUIPMENT FINANCE<br>PO BOX 790448<br>ST. LOUIS MO 63179 | 041523P001-1435A-616<br>US COPY INC<br>30 TWENTY-THIRD ST<br>KENNER LA 70062 | 041524P001-1435A-616<br>US COPY, INC<br>30A 23RD ST<br>KENNER LA 70062 |
| 041525P001-1435A-616<br>US LAWNS NORTHSHORE<br>74413 GAMMA AVE<br>COVINGTON LA 70435 | 041534P001-1435A-616<br>VANCO<br>400 NORTHRIDGE RD # 1200<br>ATLANTA GA 30350 | 041535P001-1435A-616<br>VANCO ONLINE GIVING<br>5600 AMERICAN BLVD WEST STE 400<br>BLOOMINGTON MN 55437 | 041536P001-1435A-616<br>VERIZON<br>PO BOX 660108<br>DALLAS TX 75266 |
| 041721P001-1435A-616<br>VERIZON COMMUNICATIONS, INC<br>VERIZON CONNECT FLEET USA LLC<br>PO BOX 15043<br>ALBANY NY 12212-5043 | 017290P001-1435A-616<br>VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS TX 75266-0108 | 041538P001-1435A-616<br>VGR, CPA<br>625 GREYSTONE PK<br>ATLANTA GA 30324 | 041541P001-1435A-616<br>VICKYS CLEANING SVC LLC<br>4216 PAGE DR<br>METAIRIE LA 70003 |
| 041543P001-1435A-616<br>VILLAGE OF FOLSOM<br>82378 JUNE ST<br>FOLSOM LA 70437 | 009441P001-1435A-616<br>VISA<br>PO BOX 30131<br>TAMPA FL 33630-3131 | 021647P001-1435A-616<br>VISA<br>PO BOX 4512<br>CAROL STREAM IL 60197-4512 | 041722P001-1435A-616<br>VITAL RECORDS CONTROL OF LOUISIANA LLC<br>DEPT 5874<br>PO BOX 11407<br>BIRMINGHAM AL 35246-5874 |

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit of Service of Jennifer Goode Page 305 of 306

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

041546P001-1435A-616
VM WARE FOR SERVER
27575 NETWORK PL
CHICAGO IL 60673-1275

002782P001-1435A-616
VOELKEL MCWILLIAMS CONSTRUCTION LLC
4 ST ANN DR
MANDEVILLE LA 70471

041547P001-1435A-616
VONAGE
101 CRAWFORDS CORNER RD
STE 2416
HOLMDEL NJ 07733

041549P001-1435A-616
WASHINGTON ST TAMMANY COOP
21504 MIRE DR
MANDEVILLE LA 70448

041550P001-1435A-616
WASHINGTON ST TAMMANY ELECTRIC
950 PEARL ST
FRANKLINTON LA 70438

041551P001-1435A-616
WASHINGTON ST TAMMANY ELECTRIC COOPERATIVE
PO BOX 697
FRANKLINTON LA 70438

041552P001-1435A-616
WASHINGTONST TAMMANY ELECTRIC
PO BOX 3500
COVINGTON LA 70434

018963P002-1435A-616
WASTE CONNECTIONS BAYOU INC
PO BOX 679859
DALLAS TX 75267-9859

041553P001-1435A-616
WASTE CONNECTIONS BAYOU, INC
500 SEVEN OAKS BLVD
BRIDGE CITY LA 70094

041723P001-1435A-616
WASTE MANAGEMENT OF LOUISIANA LLC
D/B/A WASTE MANAGEMENT OF ACADIANA
PO BOX 660345
DALLAS TX 75266

041554P001-1435A-616
WASTE MANAGEMENT OF NO
PO BOX 55558
BOSTON MA 02205

041555P001-1435A-616
WASTE PRO OF LA, INC
PO BOX 947268
ATLANTA GA 30394

041556P001-1435A-616
WASTE PRO OF LOUISIANA
920 KENNER AVE
KENNER LA 70062

041557P001-1435A-616
WE ADORE HIM
2791 GRAVOIS RD
SAINT CLAIR MO 63077

041724P001-1435A-616
WE LIFT LLC
1122 TECHE ST
NEW ORLEANS LA 70114

041558P001-1435A-616
WEB4U CORP
1227 N PEACHTREE PKWYSTE 186
PEACHTREE CITY GA 30269

041559P001-1435A-616
WELLS FARGO
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

041725P001-1435A-616
WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX 75266-0455

041726P001-1435A-616
WELLS FARGO HOME MORTGAGE
PO BOX 51162
LOS ANGELES CA 90051-5420

041727P001-1435A-616
WELLS FARGO HOME MORTGAGE
PO BOX 51120
LOS ANGELES CA 90051-5420

014139P001-1435A-616
WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
PO BOX 650016
DALLAS TX 75265-0016

041561P001-1435A-616
WESHARE LLC
999 WATERSIDE
STE 2600
NORFOLK VA 23510

041728P001-1435A-616
WHALEY FOOD SVC LLC
HERITAGE FOOD SVC
PO BOX 615
LEXINGTON SC 29071

041562P001-1435A-616
WHITE CLOCK AND CARILLON
PO BOX 364
PULASKI NY 13142

041566P001-1435A-616
WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

041729P001-1435A-616
WIZARD CLEANING SVC INC
PO BOX 113495
METAIRIE LA 70011

041567P001-1435A-616
WJS ENTERPRISES, INC
11725 INDUSTRIPLEX BLVD
STE 1
BATON ROUGE LA 70809

041568P001-1435A-616
WJS ENTERPRISES,INC
5701 CRAWFORD ST
STE H
NEW ORLEANS LA 70123

Case 20-10846 Doc 4545-6 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 6 - Affidavit
The Roman Catholic Church of the Archdiocese of New Orleans
of Service of Jennifer Goode, Page 306 of 306
US First Class Mail
Exhibit Pages

10/03/2025 02:06:48 PM

041569P001-1435A-616
WM CORPORATE SERVICES, INC
PO BOX 660345
DALLAS TX 75266-0345

041570P001-1435A-616
WM CORPORATE SERVICES, INC
PO BOX 4647
CAROL STREAM IL 60197

041571P001-1435A-616
WORLD BOOK INC
POST OFFICE BOX 856009
LOUISVILLE KY 40285-6009

041572P001-1435A-616
WORLD PAY
8500 GOVERNORS HILL DR
SYMMES TOWNSHIP OH 45249

041573P001-1435A-616
WORTH AVE GROUP, LLC
PO BOX 2077
STILLWATER OK 74076

041574P001-1435A-616
XCEL SECURITY SYSTEMS, LLC
80517 MEADOWLAWK LOOP
BUSH LA 40431

041575P001-1435A-616
XEROX FINANCIAL SERVICES, LLC
201 MERRITT 7
NORWALK CT 06851

021680P001-1435A-616
XEROX FINANCIAL SVC
PO BOX 202882
DALLAS TX 75320-2882

041576P001-1435A-616
YEAR ROUND HEATING AND AC CO, INC
680 EAST I-10 SERVICE RD
SLIDELL LA 70461

041577P001-1435A-616
YELLOW CANYON CREATIONS
7608 WILSON ST
HARAHAN LA 70123

041578P001-1435A-616
YOUNG'S DRY CLEANING
6223 S CLAIBORNE AVE
NEW ORLEANS LA 70125

041579P001-1435A-616
ZAHN'S
PO BOX 366
KENNER LA 70063

041580P001-1435A-616
ZEARN
PO BOX 20
NEW YORK NY 10116

041581P001-1435A-616
ZINSEL GLASS AND MIRROR LLC
242 VILLEMAR PL
TERRYTOWN LA 70056

Records Printed :   7406