## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH<br>OF THE ARCHDIOCESE OF NEW<br>ORLEANS**,<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

### DECLARATION OF SHANNON R. WHEATMAN, PH.D.
### IN SUPPORT OF SUPPLEMENTAL NOTICE PLAN

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.     I am a partner of Signal Interactive Media ("**Signal**"), an advertising and notification consulting firm in Washington, D.C., specializing in designing and implementing bankruptcy and class action notification programs.  My business address is 1300 Connecticut Ave. NW, Suite 375, Washington, D.C. 20036.

2.     On June 30, 2025, the Debtor filed the *Expedited Application of the Debtor for Entry of an Order Under 11 U.S.C. §§ 327(a) and 328(a) and FED. R. BANKR. P. 2014(a) Authorizing the Employment of Signal Interactive Media, LLC as expert noticing consultant Effective as of June 16, 2025.* [Docket No. 4094]. Signal has consulted with the Debtor, the Additional Debtors, and the Committee on the design of the supplemental notice plan (the "**Supplemental Notice Plan**") and other related noticing tasks in this Chapter 11 Case.

3.     I submit this declaration (this "**Declaration**") in support of the *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the*

---

[1] The last four digits of the Debtor's federal Taxpayer Identification Number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

PP Ex.

**7**

1

*Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* (the "**Motion**") and the Supplemental Notice Plan described in the Motion and herein.[2]

4.     I will describe the elements of the Supplemental Notice Plan, the Additional Debtors' Abuse Claims Bar Date Notice, and the Additional Debtors' Abuse Claims Bar Date Publication Notice (collectively, the "**Notices**"), including how the Supplemental Notice Plan and Notices were developed and why I believe they will be effective and satisfy the requirements of due process.  The Supplemental Notice Plan comprises a comprehensive advertising campaign utilizing television, newspapers, streaming radio, online media, and a press release.  The scope and selection of media channels and geographical considerations have been guided by careful analysis of multiple data sources providing information concerning potential claimants.

5.     The total estimated cost of the Supplemental Notice Plan as described herein is $680,582.  Implementation of the Supplemental Notice Plan will commence within approximately 20 business days after entry of the Court's order approving the Motion (the "**Solicitation Order**"); notice pursuant to the Supplemental Notice Plan will be completed within approximately 60 days after entry of the Solicitation Order.

6.     Based on my experience, as set forth below, I believe that the Supplemental Notice Plan is broad, multi-faceted, and designed to effectively reach known and unknown claimants and parties in interest, including those holders of certain personal injury claims (referred to herein as "**Sexual Abuse Claims**" and the holders of such claims as "**Sexual Abuse Claimants**") against

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion (as defined herein).

the Archdiocese and the Additional Debtors.  Furthermore, the scope of the Supplemental Notice

Plan is appropriate, given the geographical distribution of Sexual Abuse Claimants.

7.      Except as otherwise noted herein, the facts set forth in this Declaration are based

upon my personal knowledge, my review of relevant documents, or information provided by the

Debtor and their other professionals, including professionals at Jones Walker LLP, Heller, Draper

& Horn, L.L.C., and my associates.  The information set forth herein is of a type reasonably relied

upon in the fields of advertising, media, and communications.  If called upon to testify, I would

testify competently to the facts set forth in this Declaration.  I am over the age of eighteen and am

authorized to submit this Declaration.

## RELEVANT EXPERIENCE

8.      I have developed and directed some of the largest and most complex national

notification programs in the U.S.  The scope of my work includes notification programs in

bankruptcy, antitrust, consumer fraud, mass tort, and product liability litigation.  I have developed

or consulted on over 700 notification programs, and the Signal team has placed over $2.1 billion

in media.  I have implemented notice programs reaching people in 72 languages in 214 countries

and territories.

9.      I have served as a qualified legal notice expert in bankruptcies and class action

litigations.  State and federal courts have accepted my analyses and expert testimony regarding

whether information is effectively communicated to people.  My curriculum vitae was attached to

the *Declaration of Shannon R. Wheatman, Ph.D. in Support of the Expedited Application of the

Debtor for Entry of an Oder Under 11 U.S.C. §§ 327(a) and 328(a) and FED. R. BANKR. P.

2014(a) Authorizing Employment of Signal interactive media, LLC as Expert Noticing Consultant

Effective as of June 16, 2025* [Docket No. 4094-2].

10.     I have been involved with respect to legal noticing in the following bankruptcy cases: *In re Red River Talc LLC*, No. 24-90505 (Bankr. S.D. Tex.) (Debtor Media Consultant); *In re: Eventide Credit Acquisitions, LLC*, No. 23-90007 (Bankr. N.D. Tex.) (Class Counsel Notice Consultant); *In re: Whittaker,* Clark *& Daniels, Inc.*, No. 23-13575 (Bankr. D.N.J.) (Debtor Media Consultant); *In re: Kidde-Fenwal, Inc.*, No. 23-10638 (Bankr. D. Del.) (Debtor Media Consultant); *In re: Aearo Technologies LLC*, No. 22-02890 (Bankr. S.D. Ind.) (Respirator Committee Consultant); *In re HONX, Inc.*, No. 22-90035 (Bankr. S.D. Tex.) (Debtor Media Consultant); *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.) (Debtor Media Consultant); *In re The Roman Catholic Church of The Archdiocese of New Orleans*, No. 20-10846 (Bankr. E.D. La.) (Committee Media Consultant); *In re The Roman Catholic Diocese of Rockville Centre, New York*, No. 20-12345 (Bankr. S.D.N.Y.) (Committee Media Consultant); *In re PG&E Corp.*, No. 19-30088 (Bankr. N.D. Cal.) (Claims Representative Media Consultant); *In re Think Finance, LLC*, No. 17-33964 (Bankr. N.D. Tex) (Class Counsel Media Consultant); *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.) (Committee Media Consultant); *In re Garlock Sealing Tech. LLC*, No. 10-31607 (Bankr. W.D.N.C.) (Debtor Media Consultant); *In re SCBA Liquidation, Inc., f/k/a Second Chance Body Armor, Inc.*, No. 04-12515 (Bankr. W.D. Mich. Oct. 17, 2004) (Class Counsel Media Consultant); and *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del.) (Committee Media Consultant).

11.     In addition to this experience with noticing programs in bankruptcy cases, I have testified in court as an expert in the following cases: *In re Red River Talc LLC*, No. 24-90505 (Bankr. S.D. Tex.); *In re: Eventide Credit Acquisitions, LLC*, No. 23-90007 (Bankr. N.D. Tex.); *In Re: 3M Combat Arms Earplug Prods. Liab. Litig.*, MDL 2885 (N.D. Fla.); *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.); *In re The Roman Catholic*

*Church of The Archdiocese of New Orleans*, No. 20-10846 (Bankr. E.D. La.); *Kowall v. United States Steel Corp.*, No. 2017-3355 (Wash. County., Pa., Civ. Div.); *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, MDL No. 2047 (E.D. La.); *In re Think Finance, LLC*, Case No. 17-33964 (Bankr. N.D. Tex.); *In re Volkswagen "Clean Diesel" Marketing, Sales Practices & Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.); *State v. Farmer Grp. Inc.*, No. D-1-GV-02-002501 (D. Ct. Tex., Travis Cty.); *Scharfstein v. BP West Coast Prods., LLC*, No. 1112-17046 (Cir. Ct. Or.); *Spillman v. RPM Pizza, Inc.*, No. 10-349 (M.D. La.); *PRC Holdings, LLC v. East Res., Inc.*, No. 06-C-81 (Cir. Ct. W. Va.); *Guidry v. Am. Pub. Life Ins. Co.*, No. 2008-3465 (14th Jud. Dist. Ct., Calcasieu Parish); *Webb v. Liberty Mut. Ins. Co.*, No. CV-2007-418-3 (Cir. Ct. Ark); and *Beasley v. Reliable Life Ins. Co.*, No. CV-2005-58-1 (Cir. Ct. Ark).

12.     I have been deposed as an expert in *In re Red River Talc LLC*, No. 24-90505 (Bankr. S.D. Tex.); *In re Think Finance, LLC*, No. 17-33964 (Bankr. N.D. Tex.); *Hale v. CNX Gas Co., LLC*, No. 10-CV-59 (W.D. Va.); and *Thomas v. A. Wilbert Sons, LLC*, No. 55,127 (18th Jud. Dist. Ct., Iberville Parish).

13.     I have worked on some of the largest and most complex legal notification programs in the country, including, without limitation:  *In re Domestic Airline Travel Antitrust Litig.*, MDL No. 2656 (D.D.C.) (involving notice to over 100 million airline passengers); *In re Volkswagen "Clean Diesel" Marketing, Sales Practices & Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.) (involving notice to over 700,000 Volkswagen, Porsche, and Audi owners/lessees); *Precision Assocs., Inc. v. Panalpina World Transport*, No. 08-CV-00042 (E.D.N.Y.) (involving notice to millions of freight forwarding customers); *In re Transpacific Passenger Air Transp. Antitrust Litig.*, MDL No. 1913 (N.D. Cal.) (involving notice to millions of international airline passengers); *In re Dynamic Random Memory Antitrust Litig.*, MDL No. 1486 (N.D. Cal.) (involving notice to

over 100 million consumers); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (N.D.
Cal.) (involving notice to millions of indirect purchasers); *In re Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179 (E.D. La.) (involving notice to
over 40 million people impacted by the oil spill); *In re Target Corp. Customer Data Sec. Breach
Litig.*, MDL No. 14-2522 (D. Minn.) (involving notice to over 40 million consumers); and *In re
Sony Gaming Networks & Customer Data Sec. Breach Litig.*, No. 11-MD-2258 (S.D. Cal.)
(involving notice to over 70 million user accounts).

14.     My qualifications include expertise with respect to the form and content of notice.
For example, while serving with the Federal Judicial Center ("**FJC**"), I played an integral part in
the development of the illustrative, "model" forms of notice designed to satisfy the plain language
requirements of Federal Rule of Civil Procedure 23(c)(2).  This research formed the basis for my
doctoral dissertation, *The Effects of Plain Language Drafting on Layperson's Comprehension of
Class Action Notices* (2001) (Ph.D. dissertation, University of Georgia).  To assist judges and
attorneys, both in state and federal courts, the FJC posted the notices at www.fjc.gov.

15.     In addition to extensive experience in the design and implementation of noticing
programs in a variety of bankruptcy and class action litigation, I have authored and co-authored
articles on notice and due process.  I believe that notice and due process depend upon clear
communication with the affected people and have stated this position in my publications.  *See,
e.g.*, Shannon R. Wheatman & Katherine M. Kinsella, *International Class Action Notice*, WORLD
CLASS ACTION: A GUIDE TO GROUP AND REPRESENTATIVE CLASS ACTIONS AROUND THE GLOBE
673–86 (Paul Karlsgodt ed., 2012); Katherine Kinsella & Shannon Wheatman, *Class Notice and
Claims Administration*, PRIVATE ENFORCEMENT OF ANTITRUST LAW IN THE UNITED STATES: A
HANDBOOK 338–48 (Albert A. Foer & Randy M. Stutz eds., 2012); Shannon R. Wheatman & Terri

R. LeClercq, *Majority of Class Action Publication Notices Fail to Satisfy Rule 23 Requirements*, 30 REV. LITIG. 53 (2011); Katherine Kinsella & Shannon Wheatman, *Class Notice and Claims Administration*, THE INTERNATIONAL PRIVATE ENFORCEMENT OF COMPETITION LAW 264–74 (Albert A. Foer & Jonathan W. Cuneo eds., 2010); Todd B. Hilsee, Shannon R. Wheatman & Gina M. Intrepido, *Do you really want me to know my rights? The ethics behind due process in class action notice is more than just plain language: A desire to actually inform*, 18 GEO. J. LEGAL ETHICS 1359 (2005); and Todd B. Hilsee, Gina M. Intrepido & Shannon R. Wheatman, *Hurricanes, Mobility and Due Process: The "Desire-to-Inform" Requirement for Effective Class Action Notice Is Highlighted by Katrina*, 80 TULANE LAW REV. 1771 (2006).

### **SUPPLEMENTAL NOTICE PLAN OVERVIEW**

16.     The objective of the Supplemental Notice Plan is to provide fair and adequate notice of the Additional Debtors' Abuse Claims Bar Date to potential Sexual Abuse Claimants who are unknown to the Additional Debtors.

17.     To effectively reach unknown and potential claimants, Signal recommends a Supplemental Notice Plan consisting of the following:

| MEDIA | AREA | DESCRIPTION |
|---|---|---|
| *Television* | Louisiana | ❖ Network: ABC, CBS, NBC, FOX<br>❖ Cable: CNN, Fox News, MSNBC<br>❖ Local: WHNO (religious programming) in New Orleans |
| *Print* | Louisiana, Texas, and Mississippi | ❖ 31 local newspapers in Louisiana<br>❖ Leading newspapers in Texas and Mississippi<br>❖ 1 Vietnamese newspaper in Louisiana<br>❖ Print ads in English and Vietnamese |
| *Online* | Louisiana, Texas, Mississippi, Georgia, and National | ❖ Targeted Online<br>❖ Social Media (Facebook/Instagram)<br>❖ Streaming Radio in Louisiana<br>❖ Keyword Search Campaign<br>❖ Advertisements in English, Spanish and Vietnamese |
| *Earned* | U.S. | ❖ National press release in English and Spanish |

18.     As set forth below, I believe this Supplemental Notice Plan exceeds the requirements of due process and effectively reaches the target of unknown and potential claimants.

19.     More details about each component of the Supplemental Notice Plan and how the program was developed are described below.

## I.     Demographics and Location of Potential Sexual Abuse Claimants

20.     To develop the recommendations for the Supplemental Notice Plan and to determine how best to reach potential claimants, including those who may no longer reside in New Orleans, I reviewed and analyzed various sources of information and data as detailed below.  Based on information provided by the Debtor, potential Sexual Abuse Claims may date back to the 1940s, spanning approximately eight decades.

## A.     Geographic Location

21.     The Archdiocese of New Orleans encompasses eight civil parishes: Jefferson, Orleans, Plaquemines, St. Bernard, St. Charles, St. John the Baptist, St. Tammany, and Washington (collectively, the **"8 Parishes"**). Analysis of U.S. Census and IRS migration data from 2005 to 2022 reveals significant demographic shifts that inform the geographic scope of the proposed media program.[3],[4]

22.     The data demonstrate that approximately 650,000 people relocated from the 8 Parishes during this period. Of these individuals, 78% remained within Louisiana, with 60% moving to other locations within the 8 Parishes and 18% relocating to other Louisiana parishes.

---

[3] United States Census Bureau, *County to County Migration Flows*, available at
https://www.census.gov/topics/population/migration/guidance/county-to-county-migration-flows.html (last visited
June 24, 2025).
[4] Internal Revenue Service, *SOI tax stats - Migration data*, https://www.irs.gov/statistics/soi-tax-stats-migration-data (last visited June 24, 2025).

The remaining 22% moved out of state, with Texas and Mississippi accounting for over 50% of Louisiana out-of-state moves from 2004 to 2023.[5]

23.     Hurricane Katrina significantly altered the demographic landscape of the region. Bureau of Labor Statistics data collected between October 2005 and October 2006 indicate that 77% of evacuees returned to Louisiana, with 68% returning to their original parish.[6]  The return rate varied substantially by race, with 82% of white evacuees and 54% of Black evacuees returning to their original parish or county.[7]

24.     The geographic dispersion of evacuees was extensive, with individuals relocated to 45 states and the District of Columbia. However, the majority remained in relatively familiar territory, with Texas serving as the primary out-of-state destination for Louisiana evacuees. Within one year of the disaster, 12% of evacuees had settled in Baton Rouge.[8]  Long-term displacement patterns show that as of 2015, an estimated 100,000 Katrina evacuees remained in Houston,[9]  and 70,000 in Atlanta.[10]

25.     The American Economic Association's research indicates that Hurricane Katrina disproportionately affected minority and low-income populations. Evacuees who experienced the

---

[5] United States Census Bureau, *State to State Migration Flows*, at https://www.census.gov/data/tables/timeseries/demo/geographic-mobility/state-to-state-migration.html (last visited, June 24, 2025).
[6] Bureau of Labor Statistics, Jeffrey A. Groen & Anne E. Polivka, *Hurricane Katrina evacuees: who they are, where they are, and how they are faring*, at https://www.bls.gov/opub/mlr/2008/03/art3full.pdf (last visited June 24, 2025).
[7] This data is based on all Gulf Coast states.
[8] Bloomberg City Lab, *10 Years Later, There's So Much We Don't Know About Where Katrina Survivors Ended Up*, at https://www.bloomberg.com/news/articles/2015-08-25/8-maps-of-displacement-and-return-in-new-orleans-after-katrina (last visited June 24, 2025).
[9] The Guardian, *New Orleans West': Houston is home for many evacuees 10 years after Katrina*, at https://www.theguardian.com/us-news/2015/aug/25/new-orleans-west-houston-hurricane-katrina (last visited June 24, 2025).
[10] The Root, *Shelter from the Storm: Katrina's Impact on Houston and Atlanta* at https://www.theroot.com/shelter-from-the-storm-katrina-s-impact-on-houston-and-1790860973 (last visited June 24, 2025).

most severe displacement were significantly more likely to be Black, economically
disadvantaged, unemployed, and less educated.[11]

26.     Based on this demographic analysis, the majority of potential claimants likely
continue to reside in Louisiana, with the highest concentration within the 8 Parishes. However,
the substantial out-migration patterns, particularly to Texas and Mississippi, as well as
significant populations in Houston, Atlanta, and Baton Rouge, necessitate media coverage
beyond the Archdiocese's immediate territory to ensure adequate notice reaches all potential
claimants.

**B. Age of Claimants**

27.     Sexual Abuse Claimants span a broad age spectrum, ranging from under 20 to
over 90 years old. Current claimant data show that 78.60% of Sexual Abuse Claimants are adults
aged 51 and older, while 98.79% are adults aged 20 and older. [12] The complete age breakdown
demonstrates the following distribution:

| AGE | TOTAL | PERCENT OF KNOWN |
|---|---|---|
| **20 or Under** | 1 | 0.15% |
| **21-30** | 13 | 1.97% |
| **31-40** | 43 | 6.53% |
| **41-50** | 77 | 11.68% |
| **51+** | 518 | 78.60% |
| **Age Unknown** | 7 | 1.06% |

---

[11] American Economic Review: Papers & Proceedings 2008, *Measuring the Labor Market Impacts of Hurricane Katrina Migration: Evidence from Houston, Texas*, at https://pubs.aeaweb.org/doi/pdf/10.1257%2Faer.98.2.54 (last visited June 24, 2025).

[12] Age was calculated as of July 2, 2025, by Claro, the Committee's claims valuation expert.

28.     This demographic concentration suggests that media outreach should prioritize platforms and messaging that effectively reach Adults 50 years and older.

**C. Catholic Population Demographics**

29.     Catholic affiliation in Louisiana has undergone significant changes over the past two decades. Current data indicate that 22%[13] of Louisiana's adult population identifies as Catholic, representing a decline from approximately 31%[14] in 2001. Within the Archdiocese's territory, Catholic representation is significantly higher, with the Archdiocese of New Orleans reporting that it serves over 505,000 Catholics—approximately 42% of the 1.2 million residents in its geographic area.[15]

30.     The Catholic population exhibits distinct demographic characteristics relevant to media targeting. National data reveal that white Catholics have a median age of 58, which is 10 years above the national median age of 48, with more than 40% of white Catholics aged 50 or older.[16] This aging demographic trend, evident both nationally and within Louisiana's Catholic communities, aligns closely with the age profile of known Sexual Abuse Claimants and reinforces the importance of targeting older adult audiences in media outreach.

31.     Religious retention data present additional considerations for media strategy. The Public Religion Research Institute's 2023 report on religious change demonstrates that Catholicism experiences relatively modest retention rates, with only 62% of white Catholics and

---

[13]   Public Religion Research Institute, *2020 PRRI Census of American Religion: County-Level Data on Religious Identity and Diversity* (July 8, 2021), at https://prri.org/research/2020-census-of-american-religion/ (last visited July 3, 2025).

[14]   Encyclopedia, *Catholics in Louisiana* (2001), at https://www.encyclopedia.com/religion/encyclopedias-almanacs-transcripts-and-maps/louisiana-catholic-church (last visited July 4, 2025).

[15]   Archdiocese of New Orleans, *Archdiocesan Statistics 2023*, at https://nolacatholic.org/statistics (last visited July 3, 2025).

[16]   Public Religion Research Institute, *2023 PRRI Census of American Religion* (Aug. 29, 2024), at https://prri.org/research/census-2023-american-religion/ (last visited July 3, 2025).

68% of Hispanic Catholics maintaining Church affiliation after childhood.[17] These data suggest
that potential claimants may no longer actively identify as Catholic, necessitating broader
demographic targeting beyond active Church membership.

    32.    Additionally, data from the Archdiocese of New Orleans for 2016 provide
information about the ethnicity of Catholics by age.[18]



    33.    The Catholic population within the Archdiocese encompasses significant
multicultural communities requiring specialized outreach approaches. Latino Catholics represent
a substantial demographic, with approximately half of the U.S. Latino population identifying as
Catholic.[19] Language accessibility remains crucial, as many Latino Catholics speak Spanish as
their primary language, with older generations often having limited English proficiency.

---

[17]    Public    Religion    Research    Institute,    *Religious    Change    in    America* (Mar.    27,    2024),
at https://prri.org/research/religious-change-in-america/ (last visited July 3, 2025).
[18]    V Encuentro, *Key Demographic, Social, and Religious Statistics for the Archdiocese of New Orleans*, at
https://vencuentro.org/wp-content/uploads/2018/04/532-New-Orleans-EN.pdf (last visited July 3, 2025).
[19]    Public    Religion    Research    Institute, *2023    PRRI    Census    of    American    Religion* (Aug.    29,    2024),
at https://prri.org/research/census-2023-ameriScan-religion/ (last visited July 3, 2025).

34.     Vietnamese Catholics constitute another significant community within the
Archdiocese, representing the largest Asian group in Louisiana.[19] Beginning in the mid-1970s,
the Catholic Church sponsored Vietnamese migration through Catholic Charities, establishing
deep institutional connections.  Census data indicate that approximately 57% of the Vietnamese
population in the U.S. lacks English proficiency.[20]

35.     The Archdiocese currently offers Vietnamese-language masses in New Orleans
East, and demographic studies confirm that the majority of New Orleans' Vietnamese community
maintains Catholic affiliation.[21] These linguistic and cultural factors necessitate targeted media
approaches in Vietnamese to ensure effective community outreach.

36.     The age demographics of known claimants, combined with Catholic population
characteristics, indicate that media strategies should prioritize platforms and messaging that
effectively reach mature audiences aged 50 and older. Additionally, the multicultural
composition of the Catholic community requires multilingual approaches in Spanish and
Vietnamese, to ensure comprehensive notice dissemination across all potentially affected
populations.

**II.     Target Audience: Selection Methodology and Demographics**

37.     Signal employs industry-standard methodology and measurement tools utilized in
professional media planning and advertising to design and evaluate the adequacy of paid media
programs for reaching specific audiences. In developing the paid media notice component of the

---

[20] U.S. Census Bureau, *What Languages Do We Speak in the United States?* (December 2022), available
at https://www.census.gov/library/stories/2022/12/languages-we-speak-in-united-states.html (last visited July 4,
2025).
[21] Stephen Hiltner, *Vietnamese Forged a Community in New Orleans. Now It May Be Fading,* The New York Times
(May 5, 2018), at https://www.nytimes.com/2018/05/05/us/vietnamese-forged-a-community-in-new-orleans-now-it-
may-be-fading.html (last visited July 4, 2025).

Supplemental Notice Plan, Signal identified and selected demographic profiles that encompass the characteristics of unknown and potential claimants. Signal analyzed media vehicles based on their effectiveness and efficiency in reaching these demographic targets, then quantified results to determine notice adequacy.

38.     To develop comprehensive profiles of the demographics and media consumption patterns of unknown and potential claimants, Signal analyzed syndicated data from the 2024 MRI-Simmons Fall Doublebase [22] and Nielsen. [23] These industry-standard resources provide authoritative data on audience composition, media consumption habits, and demographic characteristics essential for strategic media planning.

39.     Based on the demographic analysis presented above, Signal selected four target audiences against which to measure the Supplemental Notice Plan's effectiveness: adults 50 years and older (**<u>Adults 50+</u>**) residing in New Orleans; Adults 50+ in Louisiana, adults 18 years and older (**<u>Adults 18+</u>**) residing in New Orleans, and Adults 18+ in Louisiana. This multi-target approach ensures comprehensive coverage while prioritizing the demographic most likely to include potential claimants.

### III.    Target Audiences: Media Usage

40.     Media consumption varies significantly across demographic groups, requiring careful analysis to optimize reach and frequency. Signal compared the target audiences' media

---

[22] MRI-Simmons is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media. MRI-Simmons provides a single source of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics. MRI-Simmons produces an annual Doublebase, a study of more than 50,000 adults providing two full years of data.

[23] Nielsen Company is the leading provider of broadcast audience measurement and related services worldwide. In the U.S., Nielsen's National TV People Meter service provides audience estimates for all national program sources, including broadcast networks, cable networks, Spanish language networks, and national syndicates.

Case 20-10846 Doc 4545-7 Filed 11/04/25 Entered 11/04/25 16:07:54 PP Ex. 7 - Initial Wheatman Declaration Page 15 of 27

Case 20-10846 Doc 4157-2 Filed 07/25/25 Entered 07/25/25 21:40:34 Exhibit Exhibit B - Declaration of Dr. Wheatman Page 16 of 28

usage patterns to those of the general adult population as reported by MRI-Simmons to identify the most effective channels for notice dissemination.

41.     The table below reflects the target audiences' media consumption habits:

|  | Louisiana Adults | |
| :---: | :---: | :---: |
| **MEDIA[24]** | **50+** | **18+** |
| **Magazines** | 71.7% | 73.1% |
| **Newspapers** | 55.2% | 61.1% |
| **Network Radio** | 92.9% | 92.1% |
| **Television** | 96.0% | 92.9% |
| **Internet** | 96.4% | 96.6% |

42.     Based on these media consumption patterns, Signal identified the most appropriate media vehicles for this Chapter 11 case, evaluating broadcast, print, and online opportunities to effectively reach the target audiences. The proposed Supplemental Notice Plan incorporates placements in media vehicles whose audiences demonstrate higher likelihood of including unknown and potential claimants, ensuring comprehensive coverage across all segments of the target demographics.

**IV. Supplemental Notice Plan Media Components**

43.     The Supplemental Notice Plan centers on a strategic paid media approach encompassing television, newspapers, streaming radio, and online media channels. These paid media components[25] will be supplemented by an earned media program designed to amplify the reach of paid advertisements and provide additional coverage opportunities for unknown and potential claimants to access relevant information about the proceedings.

---

[24] MRI Simmons. Spring 2025 Study.
[25] Publishers have the right to refuse the Debtor's advertisements. Signal will make every effort to have the advertisements placed in the publications as laid out in the Supplemental Notice Plan but will make substitutions as necessary. In addition, if a publication asks Signal to add or substitute language, and that language does not substantively change the message of the advertisement, Signal will make additions and/or substitutions as necessary to maintain the proposed schedule.

### A. Television

44.     Television advertising provides an optimal medium for delivering immediate and accessible notice to potential claimants through the powerful combination of audio and visual messaging. This dual-sensory approach enhances message comprehension and retention, enabling viewers to quickly assess the relevance of the notice and determine appropriate response actions. The medium's broad reach and authoritative presence make it particularly effective for legal notice dissemination.

45.     The television component will feature 30-second notice advertisements broadcast throughout Louisiana on both broadcast and cable networks over a three to four-week period. This sustained campaign approach ensures multiple exposure opportunities across diverse viewing patterns, maximizing the probability that potential claimants will encounter the notice, regardless of their individual television consumption habits.

46.     The comprehensive television media plan encompasses major broadcast networks, including ABC, CBS, NBC, and FOX, to ensure broad market penetration. Cable news programming on CNN, Fox News, and MSNBC will target audiences who consume current affairs content and may be more attentive to legal proceedings. Additionally, WHNO, which provides religious programming in New Orleans, will specifically reach faith-based communities and potential claimants within the Archdiocese's constituency.

47.     Strategic daypart scheduling[26] will distribute advertisements across multiple time segments throughout the broadcast day, including morning, daytime, early fringe, prime time, late

---

[26] A daypart is a division of the broadcast day into segments (*e.g.*, morning, daytime, early fringe, prime time, late news, late fringe, and late nighttime slots).

news, late fringe, and overnight periods.[27] This comprehensive temporal coverage accounts for varying viewer availability and ensures notice delivery to audiences with different daily routines and media consumption patterns.

### B. Print

48.     Signal selected newspapers for the Supplemental Notice Plan based on comprehensive circulation analysis and demographic reach optimization to ensure maximum penetration among target audiences. The print media component provides credible, permanent notice that potential claimants can reference and share, complementing the temporal nature of broadcast advertising.

49.     The Additional Debtors' Abuse Claims Bar Date Publication Notice will appear in daily and community newspapers throughout Louisiana, ensuring comprehensive geographic coverage across all parishes within and adjacent to the Archdiocese territory and more broadly in Louisiana. This extensive print network includes major metropolitan dailies, regional publications, and community newspapers that serve local populations often overlooked by broader media strategies.

| PARISH | NEWSPAPER | CIRCULATION |
|---|---|---|
| Acadia | *Crowley Post-Signal* | 4,500 |
| Ascension | *Gonzales Weekly Citizen* | 1,600 |
| Avoyelles | *The Journal* | 16,592 |
| Beauregard | *De Ridder Beauregard Daily* | 2,418 |
| Bienville | *Bienville Democrat* | 1,500 |
| Caddo | *The Times* | 39,873 |
| Caddo | *318 Forum* | 16,822 |
| Calcasieu | *American Press* | 19,129 |
| Calcasieu | *Southwest Daily News* | 3,000 |
| East Baton Rouge | *The Advocate* | 98,979 |

---

[27] The television schedule will not be known until a week prior to airing. The schedule will be shared with the parties when it is received from the stations.

| | | |
|---|---|---|
| Iberia | *Daily Iberian* | 6,800 |
| Iberville | *Post/South* | 1,955 |
| Jefferson Davis | *Jennings Daily News* | 3,338 |
| Lafayette | *Daily Advertiser* | 10,000 |
| Lafourche | *Daily Comet* | 3,579 |
| Orleans | *Louisiana Weekly* | 6,500 |
| | *Times Picayune/The Advocate* | 94,940 |
| | *Data News Weekly* | 35,421 |
| Rapides | *Town Talk* | 27,500 |
| St. Landry | *Daily World* | 6,953 |
| St. Mary | *Daily Review* | 5,000 |
| | *Franklin Banner-Tribune* | 1,500 |
| Tangipahoa | *Daily Star* | 3,000 |
| | *The Times* | 4,600 |
| Terrebonne | *The Courier* | 22,100 |
| Vermillion | *Abbeville Meridional* | 3,000 |
| Vernon | *Leesville Daily Leader* | 1,759 |
| Washington | *Daily News* | 3,900 |
| | *Timberlands Advertiser* | 17,052 |
| Webster | *Minden Press-Herald* | 3,000 |
| West Baton Rogue | *Riverside Reader* | 23,058 |

50.     Recognizing the diverse demographic composition of potential claimants, the notice will appear in specialized publications serving multicultural communities. The Vietnamese-language notice will run in *Saigon Nho* ("Little Saigon News"), New Orleans edition, with a circulation of 5,000, directly addressing the substantial Vietnamese Catholic population in New Orleans East. Additionally, *Louisiana Weekly* and *Data News Weekly* will provide coverage within African American communities throughout the region. There are no Spanish language newspapers in print in Louisiana.

51.     Based on the demographic analysis of post-Hurricane Katrina migration patterns, the notice will appear in the highest-circulation newspapers in key destination markets. In Houston, Texas, where an estimated 100,000 former New Orleans residents relocated, *Houston Chronicle* (circulation 281,927) will provide substantial coverage. In Jackson,

18

Mississippi, *Clarion Ledger* (circulation 15,500) will reach potential claimants who relocated to Mississippi following the disaster.

52.     This comprehensive print strategy ensures that potential claimants receive notice through credible, locally trusted news sources regardless of their current geographic location or cultural background, addressing both the concentrated local population and the dispersed post-Katrina migration.

### C.     Online

53.     Digital advertising provides immediate, interactive notice delivery with the capability for users to access comprehensive case information through direct website links. Banner advertisements positioned prominently on website pages enable potential claimants to instantly connect to detailed case resources, creating an efficient pathway from initial notice to actionable information.

54.     Signal will execute a comprehensive digital campaign delivering approximately 40 million gross impressions[28] over the four-week period, strategically distributed across target demographics and geographic markets. The campaign will concentrate primarily on Louisiana while extending targeted coverage to Texas, Mississippi, and Georgia, with select national placements to reach dispersed populations. A multi-platform approach ensures optimal exposure across diverse digital environments and user behaviors.

55.     The digital advertisements will deploy across all device types—desktop, mobile, and tablet—on major platforms including Google, Facebook, and Instagram, ensuring comprehensive coverage regardless of users' preferred digital access methods. This cross-device

---

[28] Gross impressions are the total number of times a digital ad will be shown. This figure does not represent the total number of unique viewers of the ad, as some viewers will see the ad more than once.

strategy accounts for the varied ways potential claimants consume digital content throughout their daily routines.

56. The online campaign employs sophisticated targeting strategies to maximize relevance and efficiency:

(i) <u>Behavioral Targeting</u>: identifies users based on previous online activities, including searches or content consumption related to sexual abuse, bankruptcy proceedings, or the Archdiocese, as well as users whose browser language preferences indicate Vietnamese or Spanish language use.

(ii) <u>Demographic Targeting</u>: utilizes age, geography, and language parameters to reach specific populations, particularly adults over 50 and Vietnamese and Spanish speakers in Louisiana, aligning with the identified claimant demographics.

(iii) <u>Geographic Targeting</u>: implements location-based advertising at identified points of interest in New Orleans, Baton Rouge, Houston, and Atlanta, including churches, ministries, schools, and community centers that potential claimants may frequent.

(iv) <u>Third Party Data Targeting</u>: leverages external datasets to identify individuals with Catholic affiliations, including those who contribute to Catholic causes or identify as Catholic voters, expanding reach beyond traditional digital footprints.

57. A dedicated search campaign will ensure placement on Google and Bing networks when users search for relevant terms including "sexual abuse litigation," "sexual abuse bankruptcy," and "Archdiocese of New Orleans bankruptcy." This proactive approach captures individuals actively seeking information about the proceedings, directing them immediately to comprehensive case resources.

58. A third-party ad management platform will monitor digital placements to minimize investment waste from fraudulent or invalid traffic, including bot interactions and non-viewable advertisements. This verification system ensures that impression counts reflect genuine human engagement with the notice content.

20

### D. Streaming Radio[29]

59.     Streaming radio technology delivers audio content over internet connections to any connected device, providing an additional frequency-building medium that enhances message reinforcement when combined with television advertising. This approach creates multiple exposure opportunities across different audio consumption patterns.

60.     The streaming radio component features 30-second advertisements running for four weeks across specialized networks designed to reach specific demographic communities within Louisiana:

| NETWORK | DESCRIPTION |
|---|---|
| Audio Everywhere | Targeting Adults 50+, Catholics; Religious Spotify Playlists, and Religion/Spirituality Podcasts. |
| Unidos (Spanish) | Serves as the largest Hispanic American digital audio platform, reaching over 75% of online Hispanic audiences, ensuring comprehensive coverage of Latino Catholic communities within the Archdiocese's territory. |
| United | Delivers audio content to Black American audiences, reaching 75% of this demographic through its comprehensive network that includes exclusive access to Radio One, America's leading Black-owned audio publisher. |

## V.     Paid Media Delivery

61.     Signal evaluated the effectiveness and efficiency of the comprehensive media strategy by measuring television, newspaper, and online advertising performance against established target audiences. This analysis quantifies the estimated reach[30] of the media program

---

[29] Specific programming will depend upon availability at the time that media is purchased.
[30] Reach is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

and the projected frequency[31] of exposure across selected media vehicles, providing objective metrics for assessing notice adequacy.

62.     The Supplemental Notice Plan delivers substantial coverage across all target demographics, with performance metrics that demonstrate comprehensive notice penetration:

| TARGET AUDIENCE | REACH/FREQUENCY |
|---|---|
| Adults 50+ (New Orleans) | 95.3% / 6.2 |
| Adults 18+ (New Orleans) | 85.8% / 4.4 |
| Adults 50+ (Louisiana) | 89.5% / 5.2 |
| Adults 18+ (Louisiana) | 81.6% / 4.3 |

63.     These metrics reflect optimal balance between broad population coverage and sufficient message frequency to ensure notice recognition and retention among potential claimants. The reach and frequency performance for our primary target audience of Adults 50+ in New Orleans compares favorably to other high-profile bankruptcy proceedings involving unknown claimants:

| CASE | REACH/ FREQUENCY |
|---|---|
| *In re: Purdue Pharma L.P.*, Case No. 19-23649 *(*Bankr. S.D.N.Y.) | 95%/6.0 |
| *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343 (Bankr. D. Del.) | 96%/5.0 |
| *In re Mallinckrodt PLC.*, No. 20-12522 (Bankr. D. Del.) | 91%/6.0 |
| *In re Endo International PLC.*, No. 22-22549 (Bankr. S.D.N.Y.) | 90%/4.0 |
| *In re PG&E Corp.*, Case No. 19-30088 (Bankr. N.D. Cal.) | 95%/8.0 |
| *In re Garlock Sealing Tech. LLC*, Case No. 10-31607 (Bankr. W.D.N.C.) | 95%/4.4 |
| *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del.) | 91%/3.7 |
| *In re Babcock & Wilcox Co.*, Case No. 00-10992 (Bankr. E.D. La.) | 94%/4.4 |

64.     This comparative analysis demonstrates that the proposed media strategy meets or

---

[31] Frequency is the estimated average number of opportunities an audience member has to see a notice.

exceeds industry standards for comprehensive notice programs in complex bankruptcy proceedings involving unknown claimants, providing confidence in the plan's adequacy for ensuring due process compliance.

## VI. Community Outreach

65.     Beyond traditional paid media channels, Signal recommends implementing an institutional outreach program to leverage existing community networks and maximize notice dissemination. This approach recognizes that potential claimants may be more effectively reached through trusted institutional relationships than solely through mass media.

66.     The institutional notification strategy encompasses three critical community sectors:

| GROUP | ESTIMATED CONTACTS |
|---|---|
| Catholic Churches in Louisiana, Texas, and Mississippi | 530 |
| U.S. Correctional Facility Contacts (wardens, pastors, etc.) | 3,500 |
| Sexual Abuse Support Groups | 47 |

67.     This institutional approach acknowledges that potential claimants may maintain connections to faith communities, support networks, or institutional settings where direct outreach through trusted sources can provide more effective notice than traditional advertising alone.

## VII. Earned Media

68.     A strategic earned media program will amplify the paid media campaign and extend notice reach through editorial coverage and news reporting. Signal will distribute a comprehensive bilingual press release in English and Spanish through PR Newswire's Premier news circuit, targeting traditional media outlets including television, radio, newspapers, and magazines, as well as digital news platforms across the United States.

69.     The press release will emphasize the toll-free information number and Notice Website, providing journalists and news organizations with easily accessible resources for developing comprehensive coverage of the proceedings. This earned media approach leverages the credibility and reach of news organizations to provide additional notice opportunities beyond paid advertising placements.

## VIII.  Notice Website

70.     An informational website currently serves these Chapter 11 proceedings at https://www.donlinrecano.com/Clients/rcano/Static/SexualAbuseClaims. For the advertising campaign, Signal recommends utilizing the simplified landing page, www.NOLAchurchclaims.com, which provides an easily memorable URL optimized for media placement and verbal communication.

71.     This dedicated Notice Website will serve as the primary information hub for Sexual Abuse Claimants, presenting information in accessible, plain language format while linking to comprehensive resources on the Claims and Balloting Agent's website. Upon approval of the Supplemental Notice Plan and establishment of the bar date, the Notice Website will feature the Additional Debtors' Abuse Claims Bar Date Publication Notice, Additional Debtor's Abuse Claims Bar Date Notice, and Additional Debtors' Abuse Proof of Claim Form.

72.     Recognizing the multicultural composition of potential claimants, all notices will be available in English, Spanish, and Vietnamese, ensuring language accessibility across the primary linguistic communities within the affected population. All media components will direct potential claimants to this centralized resource for comprehensive case information.

## IX.     Toll-Free Telephone Support

73.     The Debtors established a toll-free phone number (877-476-4389) at the outset of

24

this Chapter 11 Case, which potential claimants will continue to be able to call for information about the bankruptcy. Once the Supplemental Notice Plan is approved, potential claimants will be able to call to request that an Additional Debtor's Abuse Claims Bar Date Package be mailed to them. Television, radio, and print ads will include the Debtor's toll-free phone number.

**THE FORM AND CONTENT OF THE NOTICES**

74.     Forms of the Additional Debtors' Abuse Claims Bar Date Notice and the Additional Debtors' Abuse Claims Bar Date Publication Notice are located in Plan Exhibits F and G, respectively.

75.     The Additional Debtors' Abuse Claims Bar Date Publication Notice is designed to capture the attention of potential claimants with a clear headline and plain language text, as well as provide important information regarding this Chapter 11 Case and the legal rights available to claimants with respect to Sexual Abuse Claims, and direct readers to the Notice Website and toll-free phone number.

76.     The Additional Debtors' Abuse Claims Bar Date Notice provides key information about the Chapter 11 Case in an easy-to-use question-and-answer format. The information provided in the Additional Debtors' Abuse Claims Bar Date Notice is drafted to allow potential claimants to easily understand their legal rights and how to properly file a Sexual Abuse Claim and to vote on the Joint Plan. The Additional Debtors' Abuse Claims Bar Date Notice will be available at the Notice Website.

**CONCLUSION**

77.     In my experience and opinion, the breadth, comprehensiveness, and efficacy of this Supplemental Notice Plan is well beyond what is typical in Chapter 11 noticing programs. The reach of potential claimants through television, streaming radio, newspapers, and online

advertisements as well as the press release will provide unknown and potential claimants—particularly unknown claimants—with multiple exposures to information about the Additional Debtors' Abuse Claims Bar Date and the Chapter 11 Case.

78. The Supplemental Notice Plan is broad, multi-faceted, and designed to reach the target audiences in a variety of ways. In total, the Supplemental Notice Plan is estimated to reach 95.3 percent of Adults 50+ in the New Orleans with an average estimated frequency of 6.2. This represents an optimal reach and frequency for the Supplemental Notice Plan, in addition to reaching a other audiences as described in detail above. When combined with the other methods of notice of the Additional Debtors' Abuse Claims Bar Date—including unmeasured methods, such as streaming radio and targeted online advertising—I believe that the overall effort will achieve even greater results.

79. It is my opinion that the reach of the target audiences and the number of exposure opportunities to the notice information through extensive notice and paid media will effectively and efficiently reach the target audiences and satisfy due process. The Supplemental Notice Plan is consistent with the standards employed by Signal and in similar noticing programs designed to reach unknown and potential claimants.

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  July 14, 2025
        Souderton, Pennsylvania

*Shannon Wheatman*
_____

Shannon R. Wheatman, Ph.D.
Partner, Signal Interactive Media