

September 12, 2025
Christopher Homes

**RE: Christopher Homes Portfolio Sale**

To Whom it May Concern at Christopher Homes:

This letter confirms our conversation to facilitate the funding in order for the owners of the Christopher Homes entities to post an initial letter of credit or receive funding up to the amount of $50,000,000 (less any prior sale proceeds received in conjunction with the Christopher Homes portfolio sale). This funding will be provided so that the owners of Christopher Homes entities may post a letter of credit as the plan dictates, but no earlier than December 7, 2025. As discussed, the letter of credit will be callable no earlier than March 31, 2026.

Additionally, this letter also confirms our conversation to facilitate additional funding in order for the owners of the Christopher Homes entities to post a second letter of credit or receive additional funding up to the amount of $20,000,000 (less any prior sale proceeds received in conjunction with the Christopher Homes portfolio sale not otherwise accounted for in the preceding paragraph). This additional funding will be provided so that the owners of Christopher Homes entities can post a second letter of credit no earlier than May 15, 2026. As discussed, the second letter of credit will be callable no earlier than July 15, 2026.


Thank you,

*[signature]*

Jesse Weatherston
Director or Finance

650 5th Avenue, 20th Floor  +1 (646) 584-9676
New York, New York 10019  hello@tredway.com

**PP Ex. 16**