UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LOUSTEAU | CIVIL ACTION |
| VERSUS | NO. 21-1457 |
| CONGREGATION OF HOLY CROSS SOUTHERN PROVINCE, INC., ET AL. | SECTION "H"(4) |

### AMENDED JUDGMENT

Considering the Order at Rec. Doc. 170, issued August 20, 2025;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiff, John Lousteau, and against Defendants, Congregation of Holy Cross Moreau Province, Inc. and Holy Cross College, Inc., in the amount of $2,375,000.00, as well as an award of pre-judgment interest as provided for by Louisiana law, as well as post-judgment interest as provided for by federal law.

Signed in New Orleans, Louisiana, this 21st day of August, 2025.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

PP Ex. 18