UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § § § | Section "A" |
| Debtor. | § § § § § | Chapter 11 |

**ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S,**
***EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Argent Institutional Trust Company, successor-in-interest to TMI Trust Company, as indenture trustee (the "Bond Trustee" or "Movant"), by and through counsel, files this *Ex Parte* Motion for Entry of an Order authorizing it to file the expert report of Roux, Inc., and its supporting documents (collectively the "Roux Report"), identified as Exhibit 20 to its witness and exhibit list, filed concurrently herewith, under seal (this "Motion to Seal").

In support of this Motion to Seal, Movant respectfully states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are §§ 105(a) and 107 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Section 14(A) of the Administrative Procedures Manual of the United States Bankruptcy Court for the Eastern District of Louisiana.

4. On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (this "Chapter 11 Case").

5. The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6. On August 3, 2020, the Court entered the Protective Order [ECF No. 305] to protect confidential information and documents in connection with this Chapter 11 Case. The Protective Order allows a "receiving party" to possess documents stamped confidential by a "producing party." "Receiving parties" include: (a) the Debtor, (b) Committee members and their attorneys, (c) United States Trustee and their representatives; (d) any of the Debtor's creditors or other constituents that are listed on the signature pages [t]hereto (either directly or through counsel), or (e) any other person or entities who consents. [ECF No. 305, at pp. 9-10].

7. On January 25, 2021, the Court entered the Amended Protective Order [ECF No. 729], which amended and superseded the Protective Order signed on August 3, 2020.

8. On May 24, 2021, the Court entered the Supplemental and Amended Protective Order [ECF No. 885] (the "Protective Order"), which supplemented the Amended Protective Order signed on January 25, 2021 to include additional confidentiality provisions protecting certain documents and information.

9. On October 18, 2021, the Court entered the Second Supplemental and Amended Protective Order [ECF No. 1120] to specifically add the Commercial Committee as a party to the Amended Protective Order and allow the Debtor's insurers to receive documents produced in discovery in this Chapter 11 Case.

10. On November 17, 2021, the Court entered its Order on Joint Motion to Supplement Claims Bar Date Order ("Supplemental Order") [Docket No. 1168].

11. In an abundance of caution, the Bond Trustee requests permission to file the Roux Report under seal because the information discussed therein was substantially based on documents and information produced to the Bond Trustee pursuant to the foregoing protective orders.

WHEREFORE, the Movant respectfully requests entry of an order in substantially the same form as the attached, authorizing the filing of the Roux Report under seal.

DATED: November 4. 2025

Respectfully submitted,

*/s/ Colleen A. Murphy*
Colleen A. Murphy
Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
　　　　Chris.Marks@gtlaw.com


Annette Jarvis
Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
　　　　Carson.Heninger@gtlaw.com

-and-

*/s/ David S. Rubin*
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*