# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | Chapter 11 |

## WITNESS AND EXHIBIT LIST OF CERTAIN ABUSE SURVIVORS' IN CONNECTION WITH THE CONFIRMATION HEARING COMMENCING ON MONDAY, NOVEMBER 17, 2025, AT 9:00 A.M.

Certain Abuse Survivors hereby submit this Witness and Exhibit List in connection with the following matters scheduled for evidentiary hearing commencing on Monday, November 17, 2025, at 9:00 a.m. CT (the "Confirmation Hearing")

### WITNESSES

1. Corporate Representative of United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company;

2. Any witness designated or called by any other party;

3. Any witness necessary to rebut any evidence or testimony;

4. Any witness necessary to authenticate any document; and

5. Any witness needed for impeachment.

### EXHIBITS

1. Any and all Objections to the Plan filed by United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company;

2. Any and all exhibits attached to the Deposition of the Corporate Representative of United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

3. Any and all Insurance policies of United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company included on Plan Supplement 7.2 [Rec. Doc. 4520-23]

4. Any and all Insurance policies of United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company produced during discovery in this matter;

5. Any exhibit listed by any other party; and

6. Any exhibit needed for impeachment or rebuttal.

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
909 Poydras St., Suite 1860
New Orleans, Louisiana 70112-4060
Office: 504-581-4892
Fax: 504-561-6024
soren@hkgclaw.com
jed@hkgclaw.com

-AND-

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN-DENENEA, L.L.C.**
3004 David Drive
Metairie, Louisiana 70003
Telephone: (504) 304-4582
Facsimile: (504) 304-4587
jdenenea@gmail.com

-AND-

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
trahant@trahantlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Witness and Exhibit List* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Soren E. Gisleson*
Soren E. Gisleson
