# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | CASE NO: 20-10846 |
| § | |
| THE ROMAN CATHOLIC CHURCH § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW § | |
| ORLEANS, § | COMPLEX CASE |
| § | |
| DEBTOR. § | SECTION A |
| § | |

## ORDER

Before the Court is *Argent Institutional Trust Company, as Indenture Trustee's,* Ex Parte *Motion for Leave To File Exhibit Under Seal* (the "Motion"), [ECF Doc. 4549], filed by Argent Institutional Trust Company, successor-in-interest to TMI Trust Company, as indenture trustee (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit 20 to *Argent Institutional Trust Company, as Indenture Trustee's, Witness and Exhibit List for Hearing on Confirmation of Joint Plan of Reorganization*, [ECF Doc. 4548], shall be filed and maintained under seal.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, November 5, 2025.

                                                MEREDITH S. GRABILL
                                   UNITED STATES BANKRUPTCY JUDGE