UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CHAPTER 11 |
| Debtor | |

## CERTIFICATE OF SERVICE

I have caused or will cause a true and correct copy of the following pleading to be served by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service by mail (if any, and who were not otherwise served via ECF) set forth on the attached mailing matrix via first-class United States mail, postage prepaid, within 3 days of the filing of this certificate.

**ECF DOC 4568 AND 4569**

                              **BUTLER SNOW LLP**

                              By: /s/David S. Rubin
                               David S. Rubin (La. 11525)
                              445 N. Blvd. Suite 300
                              Baton Rouge, Louisiana 70802
                              Tel: (225) 325-8700 | Fax: (225) 325-8800
                              David.Rubin@butlersnow.com