# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | CASE NO: 20-10846 |
| § | |
| THE ROMAN CATHOLIC CHURCH § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW § | |
| ORLEANS, § | COMPLEX CASE |
| § | |
| DEBTOR. § | SECTION A |

## ORDER

Before the Court is Ex Parte *Motion for Expedited Hearing on Debtor's Expedited Motion for Entry of an Order (1) Approving Deemer Settlement Agreement, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* (the "Motion To Expedite"), [ECF Doc. 4573], filed by the Debtor.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Debtor's Expedited Motion for Entry of an Order (1) Approving Deemer Settlement Agreement, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* (the "9019 Motion"), [ECF Doc. 4571], is set for hearing on **Monday, November 17, 2025, at 9:00 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any opposition to the 9019 Motion shall be filed and properly served **Friday, November 14, 2025, at Noon.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record as soon as practicable.

New Orleans, Louisiana, November 7, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE