**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | Section "A" |
| ORLEANS, § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

**NOTICE OF WITHDRAWAL OF ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND OPINIONS OF STOUT RISIUS ROSS, LLC AND RESERVATION OF RIGHTS**

Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), by and through undersigned counsel, and pursuant to an agreement with the Plan Proponents, hereby withdraws its *Motion in Limine to Exclude the Expert Report and Opinions of Stout Risius Ross, LLC* [ECF No. 4568] (the "Motion"), without prejudice to the Bond Trustee raising the objections and challenges to Stout's opinions and conclusions, as articulated in the Motion, at trial in this matter. For the avoidance of doubt, the Bond Trustee reserves and preserves all rights with respect to the Stout Report (as defined in the Motion) and the opinions of Stout being offered by the Plan Proponents until trial in this matter.

[Signature Page to Follow]

| | |
|---|---|
| DATED: November 9, 2025 | Respectfully submitted, |

*/s/ Colleen A. Murphy*
Colleen A. Murphy
Kevin J. Walsh
Charles W. Azano
Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
      Kevin.Walsh@gtlaw.com
      Chip.Azano@gtlaw.com
      Chris.Marks@gtlaw.com

-and-

*/s/ David S. Rubin*
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*
