UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

The Court held a hearing on October 16, 2025, to consider *Certain Abuse Survivors' Motion to Depose United States Fidelity & Guaranty Company, Affiliate of Travelers Indemnity Company* (the "Motion"), [ECF Doc. 4453], filed by counsel for Certain Abuse Survivors (the "Movant"); and the response to the Motion, [ECF Doc. 4476], filed by United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company. At the October 16, 2025, hearing the Court denied the Motion in part to the extent counsel for the Movant sought to include matters for examination 2–6 in its Notice of Rule 30(b)(6) Deposition of Travelers, [ECF Doc. 4364], and continued the Motion in part to October 21, 2025, to discuss the remaining relief requested. [ECF Doc. 4507]. Upon agreement of the parties, the Court continued the October 21, 2025, status conference to discuss the Motion to November 12, 2025. [ECF Doc. 4511].

For the reasons stated on the record at the November 12, 2025, status conference,

**IT IS ORDERED** that the remaining relief requested in the Motion is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that counsel for Certain Abuse Survivors is instructed to serve this Order by first-class U.S. Mail as within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy

Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, November 12, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE