**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on November 12, 2025, to consider *Travelers' Motion* in Limine *No. 1 To Exclude Testimony of Travelers' Corporate Representative* (the "Motion"), [ECF Doc. 4566], filed by United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers").

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that Travelers is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, November 12, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE