# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on November 12, 2025, to consider *Argent Institutional Trust Company, as Indenture Trustee's Motion in Limine To Exclude Evidence Concerning Formulation of the Plan* (the "Motion"), [ECF Doc. 4569], filed by Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"); and the opposition to the Motion (the "Opposition"), [ECF Doc. 4577], filed by the Debtor.

For the reasons stated on the record,

**IT IS ORDERED** that the hearing to consider the Motion and the Opposition is **CONTINUED** to **Monday, November 17, 2025, at 9:00 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Motion will be decided in the context of trial.

**IT IS FURTHER ORDERED** that the Bond Trustee is instructed to serve this Order by first-class U.S. Mail as within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, November 12, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE