# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | CHAPTER 11 |
| | COMPLEX CASE |
| DEBTOR. | SECTION A |

## ORDER[1]

The Court held pretrial conference on November 12, 2025.

For the reasons stated on the record and upon agreement by the parties,

**IT IS ORDERED** that Exhibit 20 to *Argent Institutional Trust Company, as Indenture Trustee's, Witness and Exhibit List for Hearing on Confirmation of Joint Plan of Reorganization*, [ECF Doc. 4548], is unsealed.

**IT IS FURTHER ORDERED** that the Argent Institutional Trust Company, successor-in-interest to TMI Trust Company, as indenture trustee is instructed to serve this Order by first-class U.S. Mail as within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, November 12, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

[1] This Order supersedes this Court's *Order* dated November 5, 2025, [ECF Doc. 4553], to unseal the Roux Expert Report listed as Exhibit 20 to Argent Institutional Trust Company's witness and exhibit list, [ECF Doc. 4548].