IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>    Debtor. | § § § § § § § § § | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ALL SAINTS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12579<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ANNUNCIATION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA | § § § § § § § § § | Case No. 25-12580<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ASCENSION OF OUR LORD ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | § § § § § § § § | Case No. 25-12581<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE VISITATION OF OUR LADY ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § § | Case No. 25-12582<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA | § § § § § § § § | Case No. 25-12583<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ASSUMPTION OF THE BLESSED VIRGIN ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12584<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12585<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12586<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12587<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12588<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12589<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12590 |
| CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § §  § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12591 |
| DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12592 |
| GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12593 |
| STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12594 |
| HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12595 |
| ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12596 |
| HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12597 |
| ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § | Section "A" |
| | § § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12598 |
| HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12599 |
| ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA | § § | Section "A" |
| | § § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12600 |
| HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § | Section "A" |
| | § § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12601 |
| ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § | |

In re:

IMMACULATE CONCEPTION ROMAN
CATHOLIC CHURCH, MARRERO,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12602

Section "A"

Chapter 11

In re:

IMMACULATE CONCEPTION ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12603

Section "A"

Chapter 11

In re:

ST. PIUS X ROMAN CATHOLIC
CHURCH, NEW ORLEANS, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12604

Section "A"

Chapter 11

In re:

MARY QUEEN OF PEACE ROMAN
CATHOLIC CHURCH, MANDEVILLE,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12605

Section "A"

Chapter 11

In re:

ST. PHILIP NERI ROMAN CATHOLIC
CHURCH, METAIRIE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12606

Section "A"

Chapter 11

In re:

MARY QUEEN OF VIETNAM ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12607

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12608<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12610<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12611<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12612<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12613<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12614<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § § § § § § § | Case No. 25-12615 |
| ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § § | Case No. 25-12616 |
| MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § § | Case No. 25-12617 |
| ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § § | Case No. 25-12618 |
| OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § § | Case No. 25-12619 |
| ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § § § | Case No. 25-12620 |
| ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | | Section "A" |
| | | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA | § § § § § § § § | Case No. 25-12627<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12628<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA | § § § § § § § § | Case No. 25-12629<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | § § § § § § § § | Case No. 25-12630<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA | § § § § § § § § | Case No. 25-12632<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | § § § § § § § § § | Case No. 25-12633<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA | § § § § § § § § | Case No. 25-12634<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA | § § § § § § § § | Case No. 25-12635<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA | § § § § § § § § | Case No. 25-12636<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § § § § § | Case No. 25-12637<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12638<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § § § | Case No. 25-12639<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12647<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12650<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12651<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12652<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12653<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12654<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12655<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | § § § § § § § § | Case No. 25-12657<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12658<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | § § § § § § § § | Case No.  25-12659<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12660<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | § § § § § § § § § | Case No. 25-12661<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12663

Section "A"

Chapter 11

In re:

ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12664

Section "A"

Chapter 11

In re:

ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12665

Section "A"

Chapter 11

In re:

ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12667

Section "A"

Chapter 11

In re:

ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12668

Section "A"

Chapter 11

In re:

ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12669

Section "A"

Chapter 11

{00384245-4}

| | | |
|---|---|---|
| In re:<br><br>ST. JEROME ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12670<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12671<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JANE DE CHANTAL ROMAN CATHOLIC CHURCH, ABITA SPRINGS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12672<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12673<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12674<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AUGUSTINE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12675<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12676 |
| ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12677 |
| ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12678 |
| ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12679 |
| ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12680 |
| ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12681 |
| ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA | § § § | Section "A" |
| | § § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12682<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12683<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12684<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12685<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12686<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12687<br><br>Section "A"<br><br>Chapter 11 |

{00384245-4}

| | | |
|---|---|---|
| In re:<br><br>ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § § § § § § | Case No. 25-12688<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § | Case No. 25-12689<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT, INC. | § § § § § § | Case No. 25-12690<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH | § § § § § § § | Case No. 25-12691<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>EPIPHANY, INC. | § § § § § § § | Case No. 25-12692<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH | § § § § § § § § | Case No. 25-12693<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12694 |
| THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12695 |
| IMMACULATE HEART OF MARY, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12696 |
| INCARNATE WORD, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12697 |
| THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12698 |
| ST. THERESA OF THE CHILD JESUS, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12699 |
| OUR LADY OF GOOD HARBOR, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12700 |
| ST. THERESA OF AVILA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12701 |
| OUR LADY OF GOOD COUNSEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12702 |
| ST. ROSE OF LIMA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No.  25-12703 |
| OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12704 |
| ST. RAYMOND'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12705 |
| OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re:<br><br>ST. PHILIP THE APOSTLE, INC. | § §<br>§<br>§<br>§<br>§ | Case No. 25-12706<br><br>Section "A"<br><br>Chapter 11 |
| | § §<br>§ | |
| In re:<br><br>OUR LADY STAR OF THE SEA, INC. | § §<br>§<br>§<br>§<br>§ | Case No. 25-12707<br><br>Section "A"<br><br>Chapter 11 |
| | § §<br>§ | |
| In re:<br><br>ST. MONICA, INC. | § §<br>§<br>§<br>§<br>§ | Case No. 25-12708<br><br>Section "A"<br><br>Chapter 11 |
| | § §<br>§ | |
| In re:<br><br>ST. ANN, NEW ORLEANS, LOUISIANA, INC. | § §<br>§<br>§<br>§<br>§ | Case No. 25-12709<br><br>Section "A"<br><br>Chapter 11 |
| | § §<br>§ | |
| In re:<br><br>ST. MAURICE, INC. | § §<br>§<br>§<br>§<br>§ | Case No. 25-12710<br><br>Section "A"<br><br>Chapter 11 |
| | § §<br>§ | |
| In re:<br><br>ST. BONAVENTURE, INC. | § §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12711<br><br>Section "A"<br><br>Chapter 11 |

{00384245-4}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12712 |
| ST. LOUISE DE MARILLAC, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12713 |
| ST. FRANCES XAVIER CABRINI, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12715 |
| ST. LAWRENCE THE MARTYR, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No.  25-12716 |
| ST. JULIAN EYMARD, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12717 |
| ST. FRANCIS DE SALLES, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12718 |
| ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

In re:                                     §
                                           §        Case No. 25-12719
ST. GABRIEL, INC.                          §
                                           §        Section "A"
                                           §
                                           §        Chapter 11
                                           §
                                           §
In re:                                     §
                                           §        Case No.  25-12720
ST. JOHN BOSCO, INC.                       §
                                           §        Section "A"
                                           §
                                           §        Chapter 11
                                           §
                                           §
In re:                                     §
                                           §        Case No. 25-12721
ST. GERTRUDE, INC.                         §
                                           §        Section "A"
                                           §
                                           §        Chapter 11
                                           §
                                           §
In re:                                     §
                                           §        Case No. 25-12723
ST. JAMES MAJOR, INC.                      §
                                           §        Section "A"
                                           §
                                           §        Chapter 11
                                           §
                                           §
In re:                                     §
                                           §        Case No. 25-12724
ST. HENRY'S, INC.                          §
                                           §        Section "A"
                                           §
                                           §        Chapter 11
                                           §
                                           §
In re:                                     §
                                           §        Case No. 25-12725
ST. HUBERT, INC.                           §
                                           §        Section "A"
                                           §
                                           §        Chapter 11
                                           §
                                           §

| | | |
|---|---|---|
| In re: | § | Case No.  25-12726 |
| ARCHDIOCESAN SPIRITUALITY CENTER | §<br>§<br>§ | Section "A" |
| | §<br>§ | Chapter 11 |
| In re: | §<br>§ | Case No. 25-12727 |
| CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS | §<br>§<br>§ | Section "A" |
| | §<br>§ | Chapter 11 |
| In re: | §<br>§ | Case No. 25-12728 |
| CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS | §<br>§<br>§ | Section "A" |
| | §<br>§ | Chapter 11 |
| In re: | §<br>§ | Case No. 25-12729 |
| CATHOLIC CHARITIES GROUP HOMES | §<br>§ | Section "A" |
| | §<br>§ | Chapter 11 |
| In re: | §<br>§ | Case No. 25-12730 |
| CLARION HERALD PUBLISHING COMPANY | §<br>§<br>§ | Section "A" |
| | §<br>§ | Chapter 11 |
| In re: | §<br>§ | Case No. 25-12731 |
| KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. | §<br>§<br>§ | Section "A" |
| | §<br>§<br>§ | Chapter 11 |

{00384245-4}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12732 |
| NOTRE DAME SEMINARY | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12733 |
| OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12734 |
| PACE GREATER NEW ORLEANS | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12735 |
| PADUA HOUSE | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12736 |
| PHILMAT, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12737 |
| PROJECT LAZARUS | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384245-4}

| | | |
|---|---|---|
| In re:<br><br>ROMAN CATHOLIC CENTER OF JESUS THE LORD | § § § § § § § | Case No. 25-12738<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | § § § § § § § | Case No.  25-12739<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | § § § § § § § | Case No. 25-12740<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JUDE COMMUNITY CENTER, INC. | § § § § § § § § | Case No. 25-12741<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL SPECIAL SCHOOL | § § § § § § § § | Case No. 25-12742<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESE CATHOLIC ACADEMY | § § § § § § § | Case No. 25-12743<br><br>Section "A"<br><br>Chapter 11 |



| | | |
|---|---|---|
| In re: | § | Case No. 25-12744 |
| THE SOCIETY FOR THE PROPAGATION | § | |
| OF THE FAITH, ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

**EX PARTE MOTION OF ADDITIONAL DEBTORS FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND GRANTING RELATED RELIEF**

The Additional Debtors[1], as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Additional Debtors</u>"), respectfully represent as follows in support of this motion (the "<u>Motion</u>"):[2]

## BACKGROUND

1.     On November 12, 2025 (the "<u>Petition Date</u>"), the Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "<u>Additional Debtors' Chapter 11 Cases</u>").

2.     The Additional Debtors' Chapter 11 Cases are filed under this Court's General Order Regarding Procedures for Complex Chapter 11 Cases, General Order 2019-4 [amended as of January 10, 2025] (the "<u>Guidelines</u>").   The Additional Debtors are proceeding as Rapid Prepackaged Chapter 11 Cases as defined in the Guidelines.

3.     The Additional Debtors continue to operate their businesses and manage their

---

[1] Due to the large number of debtor entities in these Additional Debtors Cases, for which the Additional Debtors will request joint administration, a complete list of the Additional Debtors is provided in **Exhibit B-1** to the *Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of October 27, 2025* [ECF Doc. 4518] (the "<u>Plan</u>").

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Second Amended Modified Disclosure Statement For the Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [ECF Doc. 4242].

{00384245-4}

properties as debtors in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established.

4.      The Additional Debtors are affiliates of The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese").

5.      The Disclosure Statement Order approved the adequacy and procedures as set forth in the *Second Amended Modified Disclosure Statement For the Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [ECF Doc. 4242] (the "Disclosure Statement") regarding the *Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025,* which subsequently was amended five times (collectively, the "Joint Plan") [ECF Docs. 4192 on July 30, 2025; ECF Doc. 4235 on August 6, 2025; ECF Doc. 4331 on September 8, 2025; ECF Doc. 4419 on September 23, 2025; and ECF Doc. 4518 on October 27, 2025].

6.      The settlement reached May 16, 2025, is the catalyst for the Joint Plan.  This settlement was negotiated and mediated through the participation of the Archdiocese, the Official Committee of Unsecured Creditors, and the Additional Debtors.  Under the Joint Plan, the impaired classes entitled to vote against the Additional Debtors include Class 3 (Known Abuse Claims) and Class 4 (Unknown Abuse Claims).  In summary, the proposed $230 million settlement in the Joint Plan was overwhelmingly approved by the clergy abuse survivors in a recent vote.  See

*Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of The Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and The Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [ECF Doc. 4543] (the "Voting Declaration").

### JURISDICTION

7.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

8.      By this Motion, pursuant to Rule 1015(b) of the Bankruptcy Rules, the Additional Debtors request entry of an order directing joint administration of Additional Debtor Cases for procedural purposes only.

9.      In addition, the Additional Debtors respectfully request that the Court maintain one file and one docket for all of the jointly administered cases under the case number assigned to the Debtor, 20-10846, and that the Additional Debtors' Chapter 11 Cases be jointly administered under the following consolidated caption:

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS,[3] | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

---

[3] This case is jointly administered with the Additional Debtors listed on Exhibit B-1 to the Joint Plan.

{00384245-4}

10.     The Additional Debtors further request the Court's direction that a notation substantially similar to the following language be entered on the docket maintained by the Clerk of the Court to reflect the joint administration of the Additional Debtors' Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the Additional Debtors Chapter 11 Cases. The docket in Case No. 20-10846 should be consulted for all matters affecting the Additional Debtors' Chapter 11 Cases.

## RELIEF REQUESTED SHOULD BE GRANTED

11.     As set forth in the Disclosure Statement, there are one hundred and fifty-six (156) Additional Debtors. Joint administration will allow for the efficient and convenient administration of the Additional Debtors' interrelated chapter 11 cases with the Archdiocese case, will yield significant cost savings, and will not prejudice the substantive rights of any party in interest.

12.     Bankruptcy Rule 1015(b) provides that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Additional Debtors are "affiliates" of each other as defined in section 101(2) of the Bankruptcy Code, and are also "affiliates" of the Archdiocese case. 11 U.S.C. $ 101(2). Thus, joint administration of the Additional Debtors' Chapter 11 Cases is appropriate under Bankruptcy Rule 1015(b) and, accordingly, this Court has the authority to grant the relief requested herein.

13.     Joint administration of these Additional Debtors' Chapter 11 Cases will save the Additional Debtors and the Debtor's estates substantial time and expense. The United States Trustee for the Eastern District of Louisiana and other parties in interest will similarly benefit from joint administration.

{00384245-4}

14.     The  United States Trustee does not object to the relief requested herein.

15.     Joint administration will not adversely affect the Additional Debtors' respective constituencies because this Motion only requests administrative, not substantive, consolidation.

## NO PRIOR REQUEST

16.     No previous request for the relief sought herein has been made by the Additional Debtors to this or any other Court.

**WHEREFORE** the Additional Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

November 13, 2025

Respectfully submitted:

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La Bar No. 36542
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
E-mail:ddraper@hellerdraper.com
E-mail:lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for the Additional Debtors*