IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | CASE NO. 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § | CHAPTER 11 COMPLEX CASE |
| Debtor. | § § | SECTION "A" |

**EMERGENCY MOTION FOR EMERGENCY HEARING AND FOR INTERIM AND FINAL RELIEF AUTHORIZING THE ADDITIONAL DEBTORS CONTINUED USE OF PREPETITION CREDIT CARDS**

The Additional Debtors, as debtors and debtors in possession (collectively, the "Additional Debtors"), by and through their undersigned counsel, hereby move (this "Motion") the Court to set an emergency hearing for an order seeking interim relief for entry of an order substantially in the form attached hereto as **Exhibit 1** pursuant to sections 105 and 363 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., as amended, the "Bankruptcy Code"), authorizing the Additional Debtors' continued use of prepetition credit cards. The United States Trustee does not object to hearing this matter on an emergency basis, and the Additional Debtors are seeking a setting as soon as the Court can be available for a telephonic hearing. In support of this Motion, the Additional Debtors respectfully state as follows:

**JURISDICTION AND PREDICATES**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. The statutory bases for the relief requested herein are sections 105(a), 363, 364, 507, 541, 1107 and 1108 of the Bankruptcy Code.

**BACKGROUND**

3. On November 12, 2025 (the "Petition Date"), the Additional Debtors filed

---

[1] This case is jointly administered with the Additional Debtors listed on Exhibit A.

{00384405-3}

voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Additional Debtors' Chapter 11 Cases").

4. The Additional Debtors' Chapter 11 Cases are filed under this Court's General Order Regarding Procedures for Complex Chapter 11 Cases, General Order 2019-4 [amended as of January 10, 2025] (the "Guidelines"). The Additional Debtors are proceeding as Rapid Prepackaged Chapter 11 Cases as defined in the Guidelines ("Rapid Prepack Rules").

5. The Additional Debtors continue to operate their businesses and manage their properties as debtors in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established.

6. The Additional Debtors are affiliates of The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese").

7. The Disclosure Statement Order approved the adequacy and procedures as set forth in the *Second Amended Modified Disclosure Statement For the Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [ECF Doc. 4242] (the "Disclosure Statement") regarding the *Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025,* which subsequently was amended five times and any subsequent amendments (collectively, the "Joint Plan") [ECF Docs. 4192 on July 30, 2025; ECF Doc. 4235 on August 6, 2025; ECF Doc. 4331 on September 8, 2025; ECF Doc. 4419 on September 23, 2025; and ECF

{00384405-3}

Doc. 4518 on October 27, 2025].

8. The settlement reached May 16, 2025, is the catalyst for the Joint Plan. This settlement was negotiated and mediated through the participation of the Archdiocese, the Official Committee of Unsecured Creditors, and the Additional Debtors. Under the Joint Plan, the impaired classes entitled to vote against the Additional Debtors include Class 3 (Known Abuse Claims) and Class 4 (Unknown Abuse Claims). In summary, the proposed $230 million settlement in the Joint Plan was overwhelmingly approved by the clergy abuse survivors in a recent vote. See *Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of The Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and The Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [ECF Doc. 4543] (the "Voting Declaration").

## PRELIMINARY STATEMENT

9. It is intended that the Additional Debtors (all 156) are only chapter 11 debtors during the confirmation hearings of the Joint Plan. The Joint Plan proposes filing the Notice of Occurrence of the Effective Date no later than three (3) days after the Effective Date. The Effective Date shall occur on or before the ninetieth (90th) calendar day after the Confirmation Date. See Section 11 of the Joint Plan. The Joint Plan proposes that on the Effective Date, the Joint Plan will be deemed to be substantially consummated under sections 1101 and 1127(b) of the Bankruptcy Code. See Joint Plan Section 14.5.

10. The relief requested herein is sought to prevent minimal disruption to the ministry, charitable work, and operations of the Additional Debtors. The goal is to prevent uncertainty and confusion among the Additional Debtors' employees, parishioners, persons who rely on the

{00384405-3}

services provided by the Archdiocesan Agencies, and ordinary course vendors including secured creditors. The Additional Debtors want to prevent any interruption in ministry and operations.

11. Section 105 of the Bankruptcy Code provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Courts have long recognized that the power granted by section 105(a) was expressly meant to be exercised to effectuate the rehabilitation of the debtor. See, e.g., *In re Ionosphere Clubs, Inc.,* 98 B.R. 174, 177 (Bankr. S.D.N.Y. 1989) (citing H.R. Rep. No. 595, 95th Cong., 1st Sess. 16 (1977)). The relief requested in this Motion is important to the successful reorganization or liquidation is justified under section 105(a) and the purpose of the Rapid Prepackage guidelines.

**RELIEF REQUESTED**
The Additional Debtors Should Be Granted the
Authority to Continue Using Prepetition Credit Cards.

12. For the reasons discussed in the Preliminary Statement, the Additional Debtors are seeking authorization from this Court to maintain and continue to use their prepetition (*i.e.* prior to November 12, 2025) credit cards, on a *nunc pro tunc* basis from the Petition Date forward for a period of 120 days.

13. The Additional Debtors are also seeking an order from this Court directed to all banking and financial institutions at which the Additional Debtors have credit card accounts and facilities are authorized to permit the continued use of those accounts and facilities effective as of the Petition Date and continuing forward without interruption. These banking financial institutions include, but are not limited to Hancock Whitney Bank, Regions Bank, Capital One, and JP Morgan Chase.

14. Further, the Additional Debtors are seeking the authority to continue and make all

{00384405-3}

payments for any prepetition outstanding bills, and to continue payments forward.

15. Concurrently, the Additional Debtors, in the ordinary course of the administration of their operations, maintained a number of accounts ("Bank Accounts"). The Additional Debtors are seeking an order from this Court directing all banking and financial institutions at which the Additional Debtors have accounts are authorized to honor all checks, debits, ACH, wire transfers, automated clearing house transfers, and other payment instructions issued by the Additional Debtors prior to the Petition Date.

16. This Court should retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of any order approving this Motion.

**BASIS FOR REQUESTED RELIEF**

17. Section 105 of the Bankruptcy Code provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Courts have long recognized that the power granted by section 105(a) was expressly meant to be exercised to effectuate the rehabilitation of the debtor. See, e.g., *In re Ionosphere Clubs, Inc.,* 98 B.R. 174, 177 (Bankr. S.D.N.Y. 1989) (citing H.R. Rep. No. 595, 95th Cong., 1st Sess. 16 (1977)). The relief requested in this Motion is important to the successful reorganization or liquidation and is justified under section 105(a).

18. The relief requested herein is within the sound business judgment of the Additional Debtors and should be permitted. Section 363(b) of the Bankruptcy Code permits a debtor, subject to court approval, to pay prepetition obligations where a sound business purpose exists for doing so. *See In re Ionosphere Clubs*, 98 B.R. at 175 (noting that section 363(b) provides "broad flexibility" to authorize a debtor to honor prepetition claims where supported by an appropriate

{00384405-3}

business justification).

**WHEREFORE,** the Additional Debtors respectfully request entry of an order granting the relief requested herein and such other or further relief as is just.

Dated: November 14, 2025

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Proposed Counsel for
The Additional Debtors*

{00384405-3}

# Exhibit A

The following bankruptcy cases are jointly administered with The Roman Catholic Church of the Archdiocese of New Orleans (Case No. 20-10846):

1. ALL SAINTS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25--12579);
2. ANNUNCIATION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA (Case No. 25-12580);
3. ASCENSION OF OUR LORD ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA (Case No. 25-12581);
4. THE VISITATION OF OUR LADY ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12582);
5. ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA (Case No. 25-12583);
6. ASSUMPTION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA (Case No. 25-12584);
7. BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12585);
8. BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12586);
9. THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN (Case No. 25-12587);
10. BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12588);
11. CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12589);
12. CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12590);
13. DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12591);
14. GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12592);
15. STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA (Case No. 25-12593);
16. HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA (Case No. 25-12594);
17. ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA (Case No. 25-12595);
18. HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA (Case No. 25-12596);
19. ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12597);
20. HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12598);
21. ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA (Case No. 25-12599);

{00384405-3}

22. HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12600);
23. ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12601);
24. IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12602);
25. IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12603);
26. ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 12604);
27. MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA (Case No. 25-12605);
28. ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12606);
29. MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12607);
30. ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12608);
31. MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA (Case No. 25-12610);
32. ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA (Case No. 25-12611);
33. MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12612);
34. ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12613);
35. MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12614);
36. ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12615);
37. MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12616);
38. ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA (Case No. 25-12617);
39. OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12618);
40. ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12619);
41. ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA (Case No. 25-12620)
42. OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA (Case No. 25-12621);
43. ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12622);
44. OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12623);

45. ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA (Case No. 25-12624);
46. OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12625);
47. ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12626);
48. OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA (Case No. 25-12627);
49. ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12628);
50. OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA (Case No. 25-12629);
51. OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12630);
52. OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA (Case No. 25-12632);
53. ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA (Case No. 25-12633);
54. OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA (Case No. 25-12634)
55. ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA (Case No. 25-12635);
56. OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA (Case No. 25-12636);
57. OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA (Case No. 25-12637);
58. ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12638);
59. OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12639);
60. ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12640);
61. RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12641);
62. ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12642);
63. SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA(Case No. 25-12644);
64. ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12645);
65. SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA (Case No. 25-12646);
66. ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12647);
67. ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12650);

68. ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12651);
69. ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA (Case No. 25-12652);
70. ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12653);
71. ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12654);
72. ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12655);
73. ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA (Case No. 25-12657);
74. ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12658);
75. ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA (Case No. 25-12659);
76. ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA (Case No. 25-12660);
77. ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA (Case No. 25-12661);
78. ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA (Case No. 25-12663);
79. ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA (Case No. 25-12664);
80. ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA (Case No. 25-12665);
81. ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA (Case No. 25-12667);
82. ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA (Case No. 25-12668);
83. ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12669);
84. ST. JEROME ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12670);
85. ST. ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, LULING, LOUISIANA (Case No. 25-12671);
86. ST. JANE DE CHANTAL ROMAN CATHOLIC CHURCH, ABITA SPRINGS, LOUISIANA (Case No. 25-12672);
87. ST ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12673);
88. ST. ANTHONY ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12674)
89. ST. AUGUSTINE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12675);
90. ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12676);

91. ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12677);
92. ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12678);
93. ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12679);
94. ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12680);
95. ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA (Case No. 25-12681);
96. ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12682);
97. ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12683);
98. ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12684
99. ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA (Case No. 25-12685);
100. ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12686);
101. ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12687);
102. ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12688);
103. ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12689);
104. BLESSED SACRAMENT, INC. (Case No. 25-12690);
105. THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH (Case No. 25-12691);
106. EPIPHANY, INC. (Case No. 25-12692);
107. THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH (Case No. 25-12693);
108. THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH (Case No. 25-12694);
109. IMMACULATE HEART OF MARY, INC. (Case No. 25-12695);
110. INCARNATE WORD, INC. (Case No. 25-12696);
111. THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH (Case No. 25-12697);
112. ST. THERESA OF THE CHILD JESUS, INC. (Case No. 25-12698);
113. OUR LADY OF GOOD HARBOR, INC. (Case No. 25-12699);
114. ST. THERESA OF AVILA, INC. (Case No. 25-12700);
115. OUR LADY OF GOOD COUNSEL, INC. (Case No. 25-12701);
116. ST. ROSE OF LIMA, INC. (Case No. 25-12702);
117. OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12703);
118. ST. RAYMOND'S, INC. (Case No. 25-12704);

-

119. OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12705);
120. ST. PHILIP THE APOSTLE, INC. (Case No. 25-12706);
121. OUR LADY STAR OF THE SEA, INC. (Case No. 25-12707);
122. ST. MONICA, INC. (Case No. 25-12708);
123. ST. ANN, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12709);
124. ST. MAURICE, INC. (Case No. 25-12710);
125. ST. BONAVENTURE, INC. (Case No. 25-12711);
126. ST. LOUISE DE MARILLAC, INC. (Case No. 25-12712);
127. ST. FRANCES XAVIER CABRINI, INC. (Case No. 25-12713);
128. ST. LAWRENCE THE MARTYR, INC. (Case No. 25-12715);
129. ST. JULIAN EYMARD, INC. (Case No. 25-12716);
130. ST. FRANCIS DE SALLES, INC. (Case No. 25-12717);
131. ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12718);
132. ST. GABRIEL, INC. (Case No. 25-12719);
133. ST. JOHN BOSCO, INC. (Case No. 25-12720);
134. ST. GERTRUDE, INC. (Case No. 25-12721);
135. ST. JAMES MAJOR, INC. (Case No. 25-12723);
136. ST. HENRY'S, INC. (Case No. 25-12724);
137. ST. HUBERT, INC.(Case No. 25-12725);
138. ARCHDIOCESAN SPIRITUALITY CENTER (Case No. 25-12726);
139. CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS (Case No. 25-12727);
140. CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS (Case No. 25-12728);
141. CATHOLIC CHARITIES GROUP HOMES (Case No. 25-12729);
142. CLARION HERALD PUBLISHING COMPANY (Case No. 25-12730);
143. KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. (Case No. 25-12731);
144. NOTRE DAME SEMINARY (Case No. 25-12732);
145. OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA (Case No. 25-12733);
146. PACE GREATER NEW ORLEANS (Case No. 25-12734);
147. PADUA HOUSE (Case No. 25-12735);
148. PHILMAT, INC. (Case No. 25-12736);
149. PROJECT LAZARUS (Case No. 25-12737);
150. ROMAN CATHOLIC CENTER OF JESUS THE LORD (Case No. 25-12738);
151. SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. (Case No. 25-12739);
152. SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA (25-12740);
153. ST. JUDE COMMUNITY CENTER, INC. (Case No. 25-12741);
154. ST. MICHAEL SPECIAL SCHOOL (Case No. 25-12742);
155. ST. THERESE CATHOLIC ACADEMY (Case No. 25-12743); and
156. THE SOCIETY FOR THE PROPAGATION OF THE FAITH, ARCHDIOCESE OF NEW ORLEANS (Case No. 25-12744).

# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | CASE NO. 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE | § | |
| ARCHDIOCESE OF NEW ORLEANS,[2] | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| Debtor. | § | |
| | § | SECTION "A" |
| | § | |

**ORDER GRANTING INTERIM RELIEF AUTHORIZING THE ADDITIONAL DEBTORS CONTINUED USE OF PREPETITION CREDIT CARDS**

Before the Court is the *Emergency Motion for Interim and Final Relief Authorizing the Additional Debtors' Continued Use of Prepetition Credit Cards,* (the "Motion") [ECF Doc. ] filed by the jointly administered debtors ("Additional Debtors").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED** on an interim basis pending final hearing.

**IT IS FURTHER ORDERED** that the Additional Debtors are authorized to maintain their credit cards, from the Petition Date forward and shall not be liable on account of complying with this Order.

**IT IS FURTHER ORDERED** that all banking and financial institutions at which the Additional Debtors have credit card accounts and facilities are directed to permit the continued use of those accounts and facilities effective as of the Petition Date and continuing forward without interruption, which banking and financial institutions include but are not limited to Hancock Whitney Bank, Regions Bank, Capital One, and JP Morgan Chase.

**IT IS FURTHER ORDERED** that this Court shall conduct a telephonic hearing], on _____ _____**AM (CST)** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, 7th Floor, New Orleans, Louisiana 70130. Parties in interest may participate in the status conference by telephone only (Dial-in, 1-504-517-1385;

---

[2] This case is jointly administered with the Additional Debtors listed on Exhibit A to the Motion.

{00384405-3}

Access Code 12961. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

{00384405-3}