UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | Section "A" |
| | § § | Chapter 11 |
| Debtor. | § | |

**THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA'S JOINDER AND BRIEF IN SUPPORT OF INSURANCE SETTLEMENTS AND BUYBACKS**

The Catholic Mutual Relief Society of America ("Catholic Mutual") submits this brief in support of the *Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Insurance Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief* [Dkt. No. 4181] (the "Insurance Settlement Motion") and in opposition the *United States Trustee's Objection to Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of The Bankruptcy Code and Bankruptcy Rule 9019 Approving Insurance Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief* [Dkt. No. 4560] (the "UST Objection").

Catholic Mutual also joins in, and adopt the arguments in reply to the UST Objection made in (1) section VI.C of *Brief In Support Of Sixth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of November 13, 2025*, (2) *U.S. Fire Insurance Company's and International Insurance Company's Memorandum of Law in Support of the 9019/363 Motion*, and (3) *Sparta Insurance Company's Statement in Support of the Fifth Amended Joint Chapter 11 Plan and the Motions for Orders Approving Insurance Settlement Agreements*.

## ARGUMENT

1. The Court should grant the Insurance Settlement Motion and overrule the UST Objection. The relief requested in the Insurance Settlement Motion, the buyback, release and other terms of the Catholic Mutual Settlement Agreement and the injunctive provisions of the Settlement Approval Order and "Acceptable Plan" referred to therein are essential terms of Catholic Mutual's settlement and its agreement to pay the Settlement Amount to the Settlement Trust.

2. The U.S. Trustee does not—and cannot—dispute that the insurance settlements at issue, including Catholic Mutual's settlement, satisfy the requirements of 11 U.S.C. § 363(f) and Fed. R. Bankr. P. 9019(a).

3. The UST Objection relies almost exclusively on *Harrington v. Purdue Pharma L.P.*, 603 U.S. 204 (2024) to oppose the Insurance Settlement Motion, but that decision does not address either section 363(f) or Bankruptcy Rule 9019. Thus, *Purdue Pharma* has no bearing on the ample statutory basis for the relief sought in the Insurance Settlement Motion.

4. Indeed, even after *Purdue Pharma*, bankruptcy courts throughout the country have denied similar objections by the United States Trustee and continued to approve insurance settlements and buybacks, as well as injunctions necessary to protect settling insurers as good faith purchasers of the policies they are buying back. *See*, *e.g.*, *In re Hopeman Bros., Inc.*, 667 B.R. 101, 106 (Bankr. E.D. Va. 2025); *In re Roman Catholic Diocese of Rockville Centre*, 665 B.R. 71, 86-87 (Bankr. S.D.N.Y. 2024) and the many other cases cited in the briefs adopted hereby.

5. Catholic Mutual has entered similar settlements with other diocesan debtors, which settlements were recently approved after *Purdue Pharma*. *See*, *e.g.*, *In re Roman Catholic Diocese of Syracuse*, No. 20-30663 (WAK), Dkt. No. 3094 (Bankr. N.D.N.Y. Oct. 16, 2025) (approving settlement and buyback with Catholic Mutual and several other carriers); *In re The Norwich Roman Catholic Diocesan Corporation*, No. 21-20687 (JJT), Dkt. No. 2049 (Bankr. D. Conn. June 13, 2025) (approving settlement and buyback with Catholic Mutual).

6. Further, all parties with interests in the Insurance Settlement Motion have consented to the relief sought. *See Purdue Pharma*, 603 U.S. at 226 ("Nothing in what we have said should be construed to call into question *consensual* third-party releases offered in connection with a bankruptcy reorganization plan") (original emphasis). All known insureds and co-insureds have agreed to the buybacks and released the Settling Insurers with the exception of "Preserved Coverage" (as defined in the Catholic Mutual Settlement Agreement) of 14 scheduled non-Abuse, personal injury or bodily injury claims that were timely asserted and tendered to Catholic Mutual for defense and indemnity.

7. After ample notice to all creditors and parties in interest, nearly every known Abuse Claimants as well as the Unknown Claims Representative, on behalf of the unknown abuse claimants he represents, voted in favor of the Plan and its injunctions, including the Supplemental Settling Insurer Injunction and the Insurance Settlement Agreements incorporated into the Plan. No creditor has objected to the Insurance Settlement Motion. Thus only the U.S. Trustee -- who has no economic stake in the outcome of this case -- has objected. Bankruptcies courts have consistently rejected the U.S. Trustee's similar arguments in other cases, and this Court should do likewise.

WHEREFORE, Catholic Mutual respectfully requests that the Court overrule the UST Objection, grant the Insurance Settlement Motion, confirm the Plan, and grant Catholic Mutual such other and further relief as it deems just and proper.

Dated: November 14, 2025

        Respectfully submitted,

        BIENVENU, FOSTER, RYAN & O'BANNON, LLC

        **/s/ John Waters**
By: _____
John W. Waters, Jr. (LA Bar No. 13258)
David. E. Walle (LA Bar No. 13199)
1100 Poydras Street, Suite 2870
New Orleans, LA 70163
T: 504.310.1500
F: 504.310.1501
E: jwaters@bfrob.com

ARENTFOX SCHIFF LLP

Everett J. Cygal (*pro hac vice*)
J. Mark Fisher (*pro hac vice*)
Daniel J. Schufreider (*pro hac vice*)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
T: 312.258.5500
F: 312.258.5600
E: everett.cygal@afslaw.com
   mark.fisher@afslaw.com
   daniel.schufreider@afslaw.com

*Counsel for The Catholic Mutual Relief Society of America*

AFSDOCS:304293393.3