IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1]<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 20-10846<br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11<br>COMPLEX CASE<br><br>SECTION "A" |

**DECLARATION OF DOUGLAS S. DRAPER IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE JOINT DISCLOSURE STATEMENT, (II) APPROVING THE SOLICITATION AND VOTING PROCEDURES WITH RESPECT TO CONFIRMATION OF THE JOINT PROPOSED CHAPTER 11 PLAN, (III) APPROVING BALLOTS AND NOTICES, AND (IV) GRANTING RELATED RELIEF**

I, Douglas S. Draper, submit this Declaration in support of the *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* (the "Prepack Scheduling Motion") [ECF Doc. 4621].

1. I am a member of Heller, Draper & Horn, LLC, which has represented the Additional Debtors throughout the bankruptcy case (the "ANO Case") of the Roman Catholic Church of the Archdiocese of New Orleans ("Debtor") and have overseen the filing of the Additional Debtors' bankruptcy cases listed on **Exhibit A**, attached hereto (the "Prepack Cases" and together with the ANO Case, the "Jointly Administered Cases"). I make the following declaration based on my own personal knowledge and familiarity with the Joint Plan (defined below) and solicitation and noticing procedures undertaken prior to filing the Prepack Cases.

---

[1] This case is jointly administered with the Additional Debtors listed on Exhibit A.

{00384400-1}

2. I make this Declaration to confirm that the Additional Debtors have complied with this Court's Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025] (the "Guidelines"). Specifically, the Prepack Cases and the solicitation of the *Fifth Amended Joint Chapter 11 Plan Of Reorganization for The Roman Catholic Church of The Archdiocese Of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of October 27, 2025* [ECF Doc. 4518] (as further amended, the "Joint Plan") was done in compliance with Section II(C) of the Guidelines, specific to prepackaged and rapid prepackaged cases.

3. The Prepack Cases fall within the definition of Rapid Pre-Packaged Cases contained in the Court's Guidelines.

4. The Joint Plan was solicited prior to the filing of the Prepack Cases and in accordance with sections 1125(g), 1126(b)(1), and 1126(b)(2) of the Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*) and consistent with this Court's *Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* [ECF Doc. 4253] (the "Disclosure Statement Order").

5. No further solicitation of the Joint Plan is contemplated.

6. The Additional Debtors have retained and seek Court approval to employ Donlin Recano & Company, LLC ("Donlin Recano") as the notice, claims, and voting agent for the Additional Debtors and recognize Donlin Recano as an agent of the Clerk of Court for purposes of noticing and solicitation on behalf of the Additional Debtors. A full description of the Additional Debtors' efforts to solicit and notice the Joint Plan on behalf of the Additional Debtors is detailed

{00384400-1}

in the *Declaration of Shannon R. Wheatman, Ph.D., of Signal Interactive Media Regarding Proof of Publication and Compliance with the Supplemental Notice Plan* [ECF Doc. 4545-8] (the "Wheatman Declaration").

7. The Additional Debtors have complied with the requirements of Federal Rule of Bankruptcy Procedure 3018(b), as supported by the *Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* (the "Voting Declaration"). The Joint Plan was transmitted to substantially all creditors and equity security holders of the same class and a reasonable amount of time was prescribed for such creditors to accept or reject the Joint Plan. The solicitation was in compliance with section 1126(b) of the Bankruptcy Code. The following deadlines were set in connection with the solicitation of the Joint Plan:

| Event | Date |
|---|---|
| Record Date | August 14, 2025, however if a Known Abuse Claim files a proof of Claim the Date is October 15, 2025 |
| Solicitation Deadline | Starting August 28, 2025, *provided however*, that Class 3 Ballots were distributed on a rolling basis to Known Abuse Claimants who filed Abuse Proofs of Claim against the Additional Debtors. |
| Deadline to File Plan Supplement | October 20, 2025 at 11:59 p.m., prevailing Eastern Time |
| Voting Deadline | October 29, 2025 |
| Confirmation Objection Deadline | October 30, 2025 |

{00384400-1}

| Pretrial Conference | November 12, 2025 at 9:30 am |
|---|---|
| Voting Tabulation Declaration | November 6, 2025 |
| Joint Confirmation Hearing | November 17, 2025 at 10:00 a.m., prevailing Eastern Time |

8. In an attempt to provide constructive notice to as many potential claimants as possible, the Additional Debtors also sent out a Notice Package that contained the following:

- a cover letter from the Additional Debtors explaining the contents of the Notice Package, an explanation of certain deadlines and to whom the deadlines apply, as well as instructions for what further action, if any, needed to be taken by the recipients of the Notice Package;
- the Additional Debtors' Abuse Claims Bar Date Notice that was sent to all known abuse claimants
- the Additional Debtors' Abuse Claims Bar Date Publication Notice
- the Additional Debtors' Abuse Proof of Claim Form
- the Additional Debtors' Non-Trade Claims Bar Date Publication Notice
- the Additional Debtors' Non-Trade Proof of Claim Form

9. The Additional Debtors do not seek any modification of the noticing requirements in the Bankruptcy Rules of this Court's Local Rules. All known creditors of the Additional Debtors received the Solicitation Package within the applicable deadlines to vote to accept or reject the Joint Plan and the Notice Package was mailed out to as wide an audience as possible based on the recommendations of Dr. Wheatman.

10. The Additional Debtors filed the Prepack Cases after the solicitation of votes had completed and after the voting deadline had expired.

11. No additional solicitation of the Joint Plan is needed. All classes of creditors for the Additional Debtors who are entitled to vote have voted to accept the Joint Plan.

{00384400-1}

12. The Additional Debtors seek entry of an order, consistent with the Court's prior entry of the Debtor's Disclosure Statement Order in the Debtor's chapter 11 case, that the requirements of Sections 1125(g), 1126(b)(1), and 1126(b)(2) of the Bankruptcy Code have been met, along with any other applicable requirements of Section 1125.

13. While the Additional Debtors maintain that the Disclosure Statement contained adequate information for creditors to vote to accept or reject the Joint Plan, the Additional Debtors anticipate that the United States Trustee for Region 5 may file an objection to the adequacy of the Disclosure Statement. No other objections are anticipated.

14. The Additional Debtors are filing contemporaneously herewith an *Ex Parte Motion of the Additional Debtors for a Due Process Order (Establishing December 2, 2025, as the Proof of Claim Deadline Approving Proof of Claim Form and Approving Form and Manner of Constructive Notice for Abuse Claims Against the Additional Debtors)* (the "Bar Date Motion"), which will request that the Court set December 2, 2025, as the proof of claim bar date.

15. Further, there is nothing in the Joint Plan includes the rejection of executory contracts and unexpired leases and there is no "cram-down" of any class of claims or interest that has voted not to accept the Joint Plan. The only Additional Debtor creditor classes entitled to vote (Classes 3 and 4) have voted overwhelmingly to accept the Joint Plan. All executory contracts of the Additional Debtors will ride-through the Prepack Cases unimpaired as if the Prepack Cases were never filed. Class 5 is the only impaired class of creditors that was not entitled to vote. Class 5 creditors consist of the Non-Debtor Catholic Entities and they have consented to waiving their claims.

{00384400-1}

16. Along with the Debtor and the Official Committee of Unsecured Creditors, the Additional Debtors are seeking that this Court confirm the Joint Plan pursuant to its authority under Sections 1125(e) and 1145 of the Bankruptcy Code.

17. Section 8.13 of the *Second Amended Modified Disclosure Statement For the Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [ECF Doc. 4242] (the "Disclosure Statement").and Section 10.1(a) of the Joint Plan disclose that the Pass-Through Parish Related Agreements will pass through the Prepack Cases unaffected as if the Prepack Cases were never filed. No other executory contracts of the Additional Debtors will be rejected.

18. The Additional Debtors anticipate that the Prepack Cases will remain open for a brief period of time post-confirmation pending the occurrence of the Effective Date.

19. In the Disclosure Statement, the Additional Debtors provided financial disclosures, which along with the Declaration of Christopher Linscott, demonstrates that the confirmation of the Joint Plan is not likely to be followed by a liquidation or further reorganization in compliance with section 1129(a)(11) of the Bankruptcy Code.

20. The Joint Plan is submitted in good faith and is the best option for the Additional Debtors to reorganize and pay the Abuse Survivors the maximum amount.

**I declare, under penalty of perjury, pursuant to the laws of the United States of America, the foregoing is true and correct, and that this declaration was executed on November 14, 2025.**

                                                                            */s/Douglas S. Draper*
                                                                            Douglas S. Draper

{00384400-1}

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Proposed Counsel for*
*The Additional Debtors*

{00384400-1}

# **Exhibit A**

The following bankruptcy cases are jointly administered with The Roman Catholic Church of the Archdiocese of New Orleans (Case No. 20-10846):

1. ALL SAINTS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25--12579);
2. ANNUNCIATION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA (Case No. 25-12580);
3. ASCENSION OF OUR LORD ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA (Case No. 25-12581);
4. THE VISITATION OF OUR LADY ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12582);
5. ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA (Case No. 25-12583);
6. ASSUMPTION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA (Case No. 25-12584);
7. BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12585);
8. BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12586);
9. THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN (Case No. 25-12587);
10. BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12588);
11. CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12589);
12. CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12590);
13. DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12591);
14. GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12592);
15. STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA (Case No. 25-12593);
16. HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA (Case No. 25-12594);
17. ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA (Case No. 25-12595);
18. HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA (Case No. 25-12596);
19. ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12597);
20. HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12598);

21. ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA (Case No. 25-12599);
22. HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12600);
23. ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12601);
24. IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12602);
25. IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12603);
26. ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 12604);
27. MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA (Case No. 25-12605);
28. ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12606);
29. MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12607);
30. ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12608);
31. MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA (Case No. 25-12610);
32. ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA (Case No. 25-12611);
33. MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12612);
34. ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12613);
35. MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12614);
36. ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12615);
37. MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12616);
38. ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA (Case No. 25-12617);
39. OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12618);
40. ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12619);
41. ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA (Case No. 25-12620)
42. OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA (Case No. 25-12621);
43. ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12622);

{00384400-1}

44. OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12623);
45. ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA (Case No. 25-12624);
46. OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12625);
47. ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12626);
48. OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA (Case No. 25-12627);
49. ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12628);
50. OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA (Case No. 25-12629);
51. OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12630);
52. OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA (Case No. 25-12632);
53. ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA (Case No. 25-12633);
54. OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA (Case No. 25-12634)
55. ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA (Case No. 25-12635);
56. OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA (Case No. 25-12636);
57. OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA (Case No. 25-12637);
58. ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12638);
59. OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12639);
60. ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12640);
61. RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12641);
62. ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12642);
63. SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA(Case No. 25-12644);
64. ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12645);
65. SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA (Case No. 25-12646);
66. ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12647);

{00384400-1}

67. ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12650);
68. ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12651);
69. ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA (Case No. 25-12652);
70. ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12653);
71. ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12654);
72. ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12655);
73. ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA (Case No. 25-12657);
74. ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12658);
75. ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA (Case No. 25-12659);
76. ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA (Case No. 25-12660);
77. ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA (Case No. 25-12661);
78. ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA (Case No. 25-12663);
79. ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA (Case No. 25-12664);
80. ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA (Case No. 25-12665);
81. ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA (Case No. 25-12667);
82. ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA (Case No. 25-12668);
83. ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12669);
84. ST. JEROME ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12670);
85. ST. ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, LULING, LOUISIANA (Case No. 25-12671);
86. ST. JANE DE CHANTAL ROMAN CATHOLIC CHURCH, ABITA SPRINGS, LOUISIANA (Case No. 25-12672);
87. ST ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12673);
88. ST. ANTHONY ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12674)
89. ST. AUGUSTINE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12675);

90. ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12676);
91. ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12677);
92. ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12678);
93. ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12679);
94. ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12680);
95. ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA (Case No. 25-12681);
96. ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12682);
97. ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12683);
98. ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12684
99. ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA (Case No. 25-12685);
100. ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12686);
101. ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12687);
102. ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12688);
103. ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12689);
104. BLESSED SACRAMENT, INC. (Case No. 25-12690);
105. THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH (Case No. 25-12691);
106. EPIPHANY, INC. (Case No. 25-12692);
107. THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH (Case No. 25-12693);
108. THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH (Case No. 25-12694);
109. IMMACULATE HEART OF MARY, INC. (Case No. 25-12695);
110. INCARNATE WORD, INC. (Case No. 25-12696);
111. THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH (Case No. 25-12697);
112. ST. THERESA OF THE CHILD JESUS, INC. (Case No. 25-12698);
113. OUR LADY OF GOOD HARBOR, INC. (Case No. 25-12699);
114. ST. THERESA OF AVILA, INC. (Case No. 25-12700);
115. OUR LADY OF GOOD COUNSEL, INC. (Case No. 25-12701);
116. ST. ROSE OF LIMA, INC. (Case No. 25-12702);

{00384400-1}

117. OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12703);
118. ST. RAYMOND'S, INC. (Case No. 25-12704);
119. OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12705);
120. ST. PHILIP THE APOSTLE, INC. (Case No. 25-12706);
121. OUR LADY STAR OF THE SEA, INC. (Case No. 25-12707);
122. ST. MONICA, INC. (Case No. 25-12708);
123. ST. ANN, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12709);
124. ST. MAURICE, INC. (Case No. 25-12710);
125. ST. BONAVENTURE, INC. (Case No. 25-12711);
126. ST. LOUISE DE MARILLAC, INC. (Case No. 25-12712);
127. ST. FRANCES XAVIER CABRINI, INC. (Case No. 25-12713);
128. ST. LAWRENCE THE MARTYR, INC. (Case No. 25-12715);
129. ST. JULIAN EYMARD, INC. (Case No. 25-12716);
130. ST. FRANCIS DE SALLES, INC. (Case No. 25-12717);
131. ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12718);
132. ST. GABRIEL, INC. (Case No. 25-12719);
133. ST. JOHN BOSCO, INC. (Case No. 25-12720);
134. ST. GERTRUDE, INC. (Case No. 25-12721);
135. ST. JAMES MAJOR, INC. (Case No. 25-12723);
136. ST. HENRY'S, INC. (Case No. 25-12724);
137. ST. HUBERT, INC.(Case No. 25-12725);
138. ARCHDIOCESAN SPIRITUALITY CENTER (Case No. 25-12726);
139. CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS (Case No. 25-12727);
140. CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS (Case No. 25-12728);
141. CATHOLIC CHARITIES GROUP HOMES (Case No. 25-12729);
142. CLARION HERALD PUBLISHING COMPANY (Case No. 25-12730);
143. KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. (Case No. 25-12731);
144. NOTRE DAME SEMINARY (Case No. 25-12732);
145. OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA (Case No. 25-12733);
146. PACE GREATER NEW ORLEANS (Case No. 25-12734);
147. PADUA HOUSE (Case No. 25-12735);
148. PHILMAT, INC. (Case No. 25-12736);
149. PROJECT LAZARUS (Case No. 25-12737);
150. ROMAN CATHOLIC CENTER OF JESUS THE LORD (Case No. 25-12738);
151. SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. (Case No. 25-12739);
152. SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA (25-12740);
153. ST. JUDE COMMUNITY CENTER, INC. (Case No. 25-12741);
154. ST. MICHAEL SPECIAL SCHOOL (Case No. 25-12742);
155. ST. THERESE CATHOLIC ACADEMY (Case No. 25-12743); and

{00384400-1}

156. THE SOCIETY FOR THE PROPAGATION OF THE FAITH, ARCHDIOCESE OF NEW ORLEANS (Case No. 25-12744).

{00384400-1}