## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § § § § § § § § | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | |
| Debtor. | |

### TWIN CITY FIRE INSURANCE COMPANY'S AND FIRST STATE INSURANCE COMPANY'S JOINDER IN U.S. FIRE INSURANCE COMPANY'S AND INTERNATIONAL INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF THE 9019/363 MOTION

Twin City Fire Insurance Company and First State Insurance Company (collectively, "Twin City"), settling high-level excess insurers, respectfully join in the arguments submitted by U.S. Fire Insurance Company and International Insurance Company in their reply ("Reply") submitted at Dkt No. 4632 in support of the 9019/363 Motion [Dkt. No. 4181][1] filed by the Archdiocese and Additional Debtors, and in response to the *United States Trustee's Objection to Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of The Bankruptcy Code and Bankruptcy Rule 9019 Approving Insurance Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief* (the "UST Sale Objection") [Dkt. 4560].

For the reasons set forth in the Reply and the other briefs and evidence submitted in support of the 9019/363 Motion, Twin City respectfully requests that the Court (i) overrule the UST Sale

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Third Amended Order Scheduling Trial and Pretrial Deadlines in Connection With (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, and (III) The Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* [Dkt. No. 4506] (the "Scheduling Order") or 9019/363 Motion (as defined therein) at Dkt. No. 4181.

1

Objection, grant the 9019/363 Motion, and (ii) award all other relief as is just, equitable, appropriate and consistent with the relief requested herein.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: November 14, 2025 | Respectfully Submitted: |
| | */s/ William L. Maloz III* |
| | Wilson L. Maloz III<br>Larzelere Picou Wells Simpson Lonero, LLC<br>Two Lakeway Center - Suite 500<br>3850 N. Causeway Boulevard<br>Metairie, LA 70002<br>Telephone: 504-834-6500<br>E-mail: wmaloz@lpwsl.com |
| | Joshua D. Weinberg<br>Ruggeri Parks Weinberg LLP<br>1875 K Street, NW, 8th Floor<br>Washington, D.C. 20006<br>Telephone: 202-469-7750<br>Email: jweinberg@ruggerilaw.com |
| | *Counsel for Twin City Fire Insurance Company and First State Insurance Company* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document and any corresponding attachments were served this 14th day of November, 2025 by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record receiving electronic notice by such system. I also certify that on this 14th day of November, 2025, I caused a copy of the foregoing document and corresponding attachments to be served by e-mail or first-class U.S. mail, as applicable, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], including on the Debtor, Debtor's counsel, the Additional Debtors (and their counsel), counsel for the Official Committee of Unsecured Creditors and Commercial Creditors' Committee, and the U.S. Trustee.

*/s/ Joshua Weinberg*