UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

FILED
2025 NOV 17 P 2:37
CLERK
UNITED STATES
BANKRUPTCY COURT

IN RE:

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF NEW
ORLEANS,

DEBTOR.[1]

§ CASE NO: 20-10846
§ CHAPTER 11
§ SECTION A
§ COMPLEX CASE

## NOTICE OF INTENT TO TESTIFY IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order Scheduling Trial and Pretrial Deadlines in Connection with (i) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (ii) Motions To Approve Settlements with Insurers, (iii) Certain Abuse Survivors' Motion To Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (iv) the Court's Order To Show Cause Issued Against the Debtor and Dated April 28, 2025,* issued by the Court on July 2, 2025, (the "Scheduling Order"), [ECF Doc. 4105], [ Mark Vath ] hereby provides notice of intent to testify in open court on Tuesday, December 2, 2025.

I certify that I have filed a proof of claim in the above-referenced case or in any bankruptcy case filed by the Apostolates as so identified in the Court's Scheduling Order and in pleadings filed in the Debtor's case.

Dated: 11/11/25

Mark Vath
PRINTED NAME

_____
SIGNATURE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Avenue, New Orleans, LA 70125.