UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2025 true and correct copies of the following documents were served via ECF notification on all parties receiving electronic service in this Bankruptcy Case and, on November 18, 2025, on all other parties requiring service under the Special Notice List, as set forth in the attached Exhibit 1, as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF Docket # 22], via first-class United States mail, postage prepaid:

i) *Order* (Docket No. 4651);

Dated: November 18, 2025

Respectfully submitted,

/s/ Craig M. Robinson_____
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

*Attorneys for Claimant J.H.*

[1]