

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor[1] | § | |
| | § | |

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation of St. Rita Roman Catholic Church of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond and St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12604], (xxvii) Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25- 12606], (xxix) Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater

RCCANO00646

Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-12630], (lii) Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St. Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul II Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John of The Cross Roman Catholic

RCCANO00646

Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation of Saints Peter and Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa of Avila, Inc., [No. 25-12700], (cxv) Our Lady of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25- 12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716], (cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St. Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean

RCCANO00646

Catholic Community of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center of Jesus The Lord, [No. 25-12738], (cli) School Food and Nutrition Services of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank of Greater New Orleans and Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society for The Propagation of The Faith, Archdiocese of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25- 12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25- 12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707,

RCCANO00646

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                  ) ss:
COUNTY OF NEW YORK     )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, New York 10281.

3. On the 19th day of November 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the following documents:

    a) Order (Docket No. 4660); and

    b) Order (Docket No. 4661),

to be served upon the parties, who will not receive notice through the Court's CM/ECF System, via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25- 12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of November 2025, New York, New York.

By _____
Sung Jae Kim

Sworn before me this
20th day of November 2025

_____
Notary Public

ROBIN ALEXANDRA CHARLES
Notary Public - State of New York
NO. 01CH0038923
Qualified in Kings County
My Commission Expires Jul 1, 2029

# EXHIBIT 1

Page # : 1 of 1

11/21/2025 10:52:42 AM

000051P002-1435S-646
AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087
MPSWEB@AMERIGROUP.COM

000119P002-1435S-646
BROWN RICE MARKETING LLC
MARK W BROWN
476 METAIRIE ROAD STE 202
METAIRIE LA 70005
MARK@BROWNRICEMARKETING.COM

000117P001-1435S-646
CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123
NEUVILLE@CDHNO.COM

000097P002-1435S-646
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364
DBALDONE@HOTMAIL.COM

000086P001-1435S-646
DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-646
ENTERGY
SEAN D MOORE  ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113
SMOORE6@entergy.com

000044P002-1435S-646
GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008
ERIC_PEARSON@AJG.COM

000124P002-1435S-646
JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440
JUDGE@HOGANMEDIATION.NET

000045P002-1435S-646
LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118
JENNIFER.SARPALIUS@LCMCHEALTH.ORG

000052P002-1435S-646
LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808
LUBAACCOUNTING@LUBAWC.COM

000109P001-1435S-646
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
RBERAN@MCCARTER.COM

000109P001-1435S-646
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
JKELLY@MCCARTER.COM

000120P001-1435S-646
METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124
HGORMAN@METROSTUDIO.NET

000095P001-1435S-646
PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067
JSTANG@PSZJLAW.COM

000110P002-1435S-646
RUSSELL POTTHARST
P O BOX 13281
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000064P001-1435S-646
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-646
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed : **17**

**EXHIBIT 2**

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

11/19/2025 06:02:44 PM

000049P002-1435S-646
ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

000102P003-1435S-646
ARGENT INSTITUTIONAL TRUST COMPANY
KEVIN M DOBRAVA, MANAGING DIRECTOR
FORMERLY TMI TRUST COMPANY
5901 PEACHTREE DUNWOODY RD
STE C-495
ATLANTA GA 30328

000084P001-1435S-646
ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

000055P002-1435S-646
BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

000164P001-1435S-646
BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

000161P001-1435S-646
BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

000087P002-1435S-646
BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

000023P001-1435S-646
CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

000057P004-1435S-646
CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

000162P001-1435S-646
COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS LA 70163

000026P001-1435S-646
DELL FINANCIAL SVC LP
MAIL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

000168P001-1435S-646
EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP II CITY PLAZA
400 CONVENTION ST
STE 1001
BATON ROUGE LA 70801

000032P001-1435S-646
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

041886P001-1435A-646
ERICA DANDRY CONSTANZA AND MONICA DANDRY HALL
BLUE WILLIAMS LLC
B. BOSSIER, E. ELLINGHAUSEN, C. GRACE III,
E BOYD L GILLEN; K PAU AND A SMIT
3421 N CAUSEWAY BLVD STE 900
METAIRIE LA 70002

000116P001-1435S-646
FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

000072P002-1435S-646
GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

000083P001-1435S-646
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

000028P002-1435S-646
HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

000029P002-1435S-646
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P001-1435S-646
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

000039P001-1435S-646
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

000009P001-1435S-646
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-646
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P003-1435S-646
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON DC 20004-2541

000012P001-1435S-646
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

000166P001-1435S-646
J S
2610 W SAM HOUSTON PKWY
#200
HOUSTON TX 77042

000022P001-1435S-646
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

000169P001-1435S-646
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
INTERNATIONAL INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000170P001-1435S-646<br>JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>UNITED STATES FIRE INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 | 000172P001-1435S-646<br>KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 | 000027P001-1435S-646<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000034P001-1435S-646<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 |
| 000002P001-1435S-646<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | 000005P001-1435S-646<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-646<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 000024P001-1435S-646<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 |
| 000008P001-1435S-646<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | 000040P001-1435S-646<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000050P002-1435S-646<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 000163P002-1435S-646<br>MICHAEL L DESHAZO ON BEHALF OF DEFENDANT<br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br>832 W BOSTON ST STE 6<br>COVINGTON LA 70433-2940 |
| 000167P001-1435S-646<br>MIGUEL A ELIAS ON BEHALF OF<br>INTERESTED PARTY FR JB<br>285 WEST ESPLANADE AVE<br>STE 303<br>KENNER LA 70065 | 000047P001-1435S-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031704P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031705P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031708P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031712P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031712S001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031713P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031713S001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031714P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031715P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031716P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031717P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031718P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031719P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| 031720P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031721P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031722P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031723P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031724P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031725P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031726P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031727P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031728P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031729P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031729S001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031730P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031731P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031737P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031739P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031741P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031741S001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031742P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031744P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031744S001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031745P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031746P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031751P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031757P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 031759P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031781P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031782P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031785P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| 031787P002-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031790P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 031958P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 032021P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041880P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041881P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041881S001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041882P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 041883P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 041884P001-1435A-646<br>NAME AND ADDRESS INTENTIONALLY OMITTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Of 35
**Exhibit Pages**

11/19/2025 06:02:44 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Of 35
**Exhibit Pages**

11/19/2025 06:02:44 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages
of 35

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Of 35
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Of 35
**Exhibit Pages**

11/19/2025 06:02:44 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Of 35
**Exhibit Pages**

| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Of 35
**Exhibit Pages**

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
of 35
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

The Roman Catholic Church of the Archdiocese of New Orleans
Of 35
US First Class Mail
**Exhibit Pages**

11/19/2025 06:02:44 PM

| | | | |
|---|---|---|---|
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |
| NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. | NAME AND ADDRESS INTENTIONALLY REDACTED. |

# The Roman Catholic Church of the Archdiocese of New Orleans
## US First Class Mail
## Exhibit Pages

NAME AND ADDRESS INTENTIONALLY REDACTED.

NAME AND ADDRESS INTENTIONALLY REDACTED.

041879P001-1435A-646
NAME INTENTIONALLY OMITTED
1100 POYDRAS ST SUITE 2810
NEW ORLEANS LA 70163

000036P001-1435S-646
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX 75202

000048P001-1435S-646
OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA 70121

000046P003-1435S-646
OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
1 OPTUM CIR
EDEN PRAIRIE MN 55344-2956

000096P003-1435S-646
PACHULSKI STANG ZIEHL & JONES LLP
JOSHUA M FRIED
1 SANSOME ST STE 3430
SAN FRANCISCO CA 94104-4436

000165P001-1435S-646
RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY
STATE OF LOUISIANA LOUISIANA CEMETERY BOARD
LOUISIANA DEPT OF JUSTICE
1885 NORTH THIRD ST
BATON ROUGE LA 70802

000021P002-1435S-646
SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1990
GRAY LA 70359-1990

000171P001-1435S-646
SWATI PARASHAR ON BEHALF OF DEBTOR
THE ROMAN CATHOLIC CHURCH
FOR THE ARCHDIOCESE OF NEW ORLEANS
JONES WALKER
811 MAIN ST, STE 2900
HOUSTON TX 77002

000025P001-1435S-646
THE BANK OF NEW YORK TRUST CO NA
601 POYDRAS ST
STE 2225
NEW ORLEANS LA 70130

031037P003-1435A-646
UNKNOWN TORT CLAIMANTS
MICHAEL ROBERT HOGAN REP
BOX 1375
EUGENE OR 97440

000003P001-1435S-646
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

000004P002-1435S-646
US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

000035P001-1435S-646
US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

000019P001-1435S-646
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

000020P001-1435S-646
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000006P001-1435S-646
US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

000037P001-1435S-646
VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER -CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

000053P004-1435S-646
WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047

000085P001-1435S-646
WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070

Records Printed : **721**