## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | |
| OF THE ARCHDIOCESE OF | CHAPTER 11 |
| NEW ORLEANS,[1] | COMPLEX CASE |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St.

Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25- 12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716], (cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St.

| **DEBTOR** | **SECTION "A"** |
| --- | --- |

Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25-12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12714, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

3

**FEE APPLICATION COVER SHEET**
**THIRTEENTH INTERIM FEE APPLICATION OF STEWART ROBBINS BROWN &
ALTAZAN LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE
PERIOD OF APRIL 1, 2025 THROUGH OCTOBER 31, 2025**

| Name of Applicant | Stewart Robbins Brown & Altazan, LLC | | |
|---|---|---|---|
| Name of Client | The Official Committee of Unsecured Commercial Creditors | | |
| Petition Date | May 1, 2020 | | |
| Retention Date | Effective to March 15, 2021 | | |
| Date of Order Approving Employment | May 20, 2021 [ECF Doc. 874] | | |
| Dates and Amounts of Compensation Approved in Previous Requests | Period Covered | Amounts | Docket |
| | 3.16.21 – 7.31.21 | Fees: $158,221.50 Expenses: $4,907.91 Total: $163,129.41 | 1143 |
| | 7.1.21[2] – 11.30.21 | Fees: $167,110.50 Expenses: $6,742.60 Total: $173,853.10 | 1250 |
| | 12.1.21 – 3.31.22 | Fees: $358,274.50 Expenses: $6,622.10 Total: $364,896.60 | 1551 |
| | 4.1.22 – 7.31.22 | Fees: $296,710.00 Expenses: $4,928.63 Total: $301,638.63 | 1904 |
| | 8.1.22 – 11.30.22 | Fees: $358,000.00 Expenses: $5,198.00 Total: $363,193.30 | 2152 |
| | 12.1.23 – 3.31.23 | Fees: $297,495.00 Expenses: $6,893.52 Total: $304,388.52 | 2375 |
| | 4.1.23 – 7.31.23 | Fees: $183,380.00 Expenses: $9,563.02 Total: $192,943.02 | 2638 |
| | 8.1.23 – 11.30.23 | Fees: $254,665.00 Expenses: $8,454.38 Total: $263,119.38 | 2823 |
| | 12.1.23 – 3.31.24 | Fees: $287,145.00 Expenses: $8,714.32 Total: $295,859.32 | 3172 |

---

[2] While the time-period overlaps slightly with its first interim fee application, SRBA only sought payment for additional, uncompensated work and expenses incurred during this time frame. *See* Doc. No. 1217, at note 2.

|  | 4.1.24 – 7.31.24 | Fees: $144,160.00 Expenses: $6,727.74 Total: $150,887.74 | 3639 |
|  | 8.1.24 – 11.30.24 | Fees: $203,790.00 Expenses: $7,709.75 Total: $211,499.75 | 3920 |
|  | 12.1.24 – 3.31.25 | Fees: $219,390.00 Expenses: $8,364.30 Total: $227,754.30 | 4286 |
| Time Period Covered by this Application | Apr. 1, 2025 through Oct. 31, 2025 (the "Interim Application Period") | | |
| Total Compensation Sought this Period | $1,040,065.00 | | |
| Total Expenses Sought this Period | $24,250.51 | | |
| Fee Application Type | Thirteenth Interim Fee Application | | |
| Total Amount Sought | $1,064,315.51 | | |

In the above captioned bankruptcy case (the "Bankruptcy Case"), Stewart Robbins Brown & Altazan, LLC ("SRBA") rendered services in favor of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") during the Interim Application Period. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Procedure in Complex Case Rules | |
|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| Inv. 1639 (5/19/25) | Apr. 1, 2025 – Apr. 30, 2025 | $108,340.00 | $2,532.04 | $86,672.00 | $2,532.04 |
| Inv. 1692 (7/1/25) | May 1, 2025 – May 31, 2025 | $83,480.00 | $1,986.21 | $66,784.00 | $1,986.21 |
| Inv. 1695 (7/17/25) | Jun. 1, 2025 – Jun. 30, 2025 | $147,705.00 | $3,096.67 | $118,164.00 | $3,096.67 |
| Inv. 1724 (8/15/25) | Jul. 1, 2025 – Jul. 31, 2025 | $222,580.00 | $4,372.33 | $178,065.60 | $4,372.33 |
| Inv. 1782 (9/17/25) | Aug. 1, 2025 – Aug. 31, 2025 | $253,810.00 | $5,191.84 | $203,048.00 | $5,191.84 |
| Inv. 1798 (10/13/25) | Sept. 1, 2025 – Sept. 30, 2025 | $139,060.00 | $3,889.30 | $111,248.00 | $3,889.30 |
| Inv. 1824 (11/11/25) | Oct. 1, 2025 – Oct. 31, 2025 | $85,090.00 | $3,182.12 | $0.00 | $0.00 |
| **TOTALS** | | **$1,040,065.00** | **$24,250.51** | **$763,981.60** | **$21,068.39** |

The SRBA professionals who rendered services in favor of the Commercial Committee during the Interim Application Period are:

| Professional | Title | Year Licensed | Blended Rate | Amount | Percent | Hours | Percent |
|---|---|---|---|---|---|---|---|
| Brandon A. Brown | Member | LA - 1998 | $650.00 | $162,110.00 | 15.59% | 249.40 | 13.42% |
| Brooke W. Altazan | Member | LA - 2009 | $549.93 | $461,175.00 | 44.34% | 838.60 | 45.14% |
| Kimberly A. Heard | Paralegal | n/a | $300.00 | $9,990.00 | 0.96% | 33.30 | 1.79% |
| Nicholas J. Smeltz | Associate | LA - 2019 | $450.00 | $109,485.00 | 10.53% | 243.30 | 13.10% |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | $650.00 | $118,495.00 | 11.39% | 182.30 | 9.81% |
| William S. Robbins | Member | LA - 1996 | $650.00 | $141,570.00 | 13.61% | 217.80 | 11.72% |
| Abigail W. Mock | Associate | LA - 2024 | $400.00 | $37,240.00 | 3.58% | 93.10 | 5.01% |
| **Total** | | | **$559.84** | **$1,040,065.00** | **100.00%** | **1,857.80** | **100.00%** |

The time and fees devoted to each ABA Bankruptcy Project Code during the Interim Application Period are as follows:

| ABA Bankruptcy Project Task Code | Amount | Percent | Hours | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | $8,975.00 | 0.86% | 14.90 | 0.80% | $602.35 |
| B130 Asset Disposition | $16,450.00 | 1.58% | 32.30 | 1.74% | $509.29 |
| B140 Relief from Stay/Adequate Protection Proceedings | $6,140.00 | 0.59% | 10.20 | 0.55% | $601.96 |
| B150 Meetings of and Communications with Creditors | $24,205.00 | 2.33% | 40.90 | 2.20% | $591.81 |
| B160 Fee/Employment Applications | $44,450.00 | 4.27% | 94.20 | 5.07% | $471.87 |
| B170 Fee/Employment Objections | $1,685.00 | 0.16% | 2.70 | 0.15% | $624.07 |
| B180 Avoidance Action Analysis | $60.00 | 0.01% | 0.20 | 0.01% | $300.00 |
| B190 Other Contested Matters | $33,795.00 | 3.25% | 63.40 | 3.41% | $533.04 |
| B220 Employee Benefits/Pensions | $6,145.00 | 0.59% | 11.10 | 0.60% | $553.60 |
| B310 Claims Administration and Objections | $5,145.00 | 0.49% | 9.20 | 0.50% | $559.24 |
| B320 Plan and Disclosure Statement | $893,015.00 | 85.86% | 1,578.70 | 84.98% | $565.66 |
| **Total** | **$1,040,065.00** | **100.00%** | **1,857.80** | **100.00%** | **$559.84** |

The expenses incurred during the Interim Application Period are comprised of the following:

| Expense | Amount |
|---|---|
| Copies | $2,005.00 |
| Everlaw | $11,310.28 |
| PACER | $117.50 |
| Mileage and Parking | $920.12 |
| Postage | $134.40 |
| Lexis | $2,212.88 |
| Transcript | $380.25 |
| Invoice No. 25-175 | $602.80 |
| Data Room | $3,182.88 |
| Invoice No. 25-190-1 | $243.10 |
| Invoice No. 25-190-3 | $366.30 |
| Project Manager | $2,775.00 |
| **Total** | **$24,250.51** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | |
| OF THE ARCHDIOCESE OF | CHAPTER 11 |
| NEW ORLEANS,[1] | COMPLEX CASE |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St.

Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716], (cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St.

2

**DEBTOR**                                                                    **SECTION "A"**

Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25-12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12714, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

**THIRTEENTH INTERIM FEE APPLICATION OF STEWART ROBBINS BROWN & ALTAZAN LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE <u>PERIOD OF APRIL 1, 2025 THROUGH OCTOBER 31, 2025</u>**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 18, 2025, AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST., COURTROOM B709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING CODE: "JUDGEGRABILL"). IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stewart Robbins Brown & Altazan, LLC ("<u>SRBA</u>"), counsel to the Official Committee of Unsecured Commercial Creditors (the "<u>Commercial Committee</u>") in the above captioned bankruptcy case (the "<u>Bankruptcy Case</u>"), hereby files this *Thirteenth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2025 through October 31, 2025* (the "<u>Interim Application</u>"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1

4

of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules") and the General Order 2019-4 Establishing Procedures for Complex Chapter 11 Cases (the "Complex Case Rules").

## RELIEF REQUESTED

By this Interim Application, which encapsulates the period between April 1, 2025 through October 31, 2025 (the "Interim Application Period"), SRBA seeks interim approval and allowance for the aggregate sum of $1,064,315.51, which is comprised of:

(i)     compensation for professionals in the amount of $1,040,065.00; and

(ii)    reimbursement of actual and necessary expenses in the sum of $24,250.51.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein include 11 U.S.C. §§ 330 and 331, Rules 2014 and 2016-1 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules, and § XIII of the Complex Case Rules.

## BACKGROUND

### I.      Bankruptcy Case Commencement & SRBA's Retention

3.      This Bankruptcy Case commenced on May 1, 2020 (the "Petition Date") by the filing of a voluntary chapter 11 petition by the Debtor.  That same date, this Court entered an order designating the Bankruptcy Case as a Complex Chapter 11 Case [ECF Doc. 18]. The Debtor continues to operate its business as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

4.      On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [ECF Doc. 772], appointing the Commercial

5

Committee (which was later supplemented by ECF Doc. 792). The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[2]

5.      On March 15, 2021, the Commercial Committee held a meeting and, among other things, selected SRBA to serve as counsel.

6.      On April 12, 2021, SRBA, as counsel to the Commercial Committee, filed that certain *Application for Approval of the Employment of Stewart Robbins Brown & Altazan, LLC as Counsel to the Official Committee of Unsecured Commercial Creditors, Effective as of March 15, 2021* (later amended by a filing on April 19, 2021) [ECF Docs. 817 & 833] (the "Retention Application").

7.      SRBA was retained effective March 15, 2021, by this Court's May 20, 2021 *Order on the Application for Approval of the Employment of Stewart Robbins Brown & Altazan, LLC as Counsel to the Official Committee of Unsecured Commercial Creditors, Effective as of March 15, 2021* [ECF Doc. 874] (the "Retention Order"). The Retention Order authorizes SRBA to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

## II.      SRBA's Prior Fee Applications and Awards

8.      On September 30, 2021, SRBA filed that certain *First Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of March 16, 2021 through July 31, 2021* [ECF Doc. 1067] (the "First

---

[2] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("TMI," who, later merged with Argent Institutional Trust Company "Argent") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity. After careful consideration, on April 7, 2021, the Commercial Committee determined to grant this request to become an *ex officio* member of the Commercial Committee. And to be clear, Argent was a non-voting member of the Commercial Committee and did not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee. On May 20, 2025, Argent was informed that it was removed from the Commercial Committee, effective May 19, 2025.

Interim Application") seeking a total of $163,129.41 for the period between March 16, 2021 through July 31, 2021 (the "Initial Period"), comprised of $158,221.50 in compensation and $4,907.91 in expenses.

9.     On October 14, 2021, the Debtor filed that certain *Debtor's Omnibus Limited Objection to First Interim Applications for Compensation Filed by Stewart Robbins Brown & Altazan LLC and Dundon Advisers, LLC* [ECF Doc. 1107] (the "Limited Objection"), noting with respect to the First Interim Application that the Debtor did "not have any particular concerns at this time."

10.     On October 27, 2021, the Court entered that certain *Order Granting First Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of March 16, 2021 through July 31, 2021* [ECF Doc. 1143] (the "First Interim Order") which: (a) noted the Limited Objection was withdrawn; and (b) for the Initial Period, awarded SRBA: fees in the amount of $158,221.50 and $4,907.91 in expenses, for a total of $163,129.41.

11.     On December 29, 2021, SRBA filed that certain *Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of July 1, 2021 through November 31, 2021* [ECF Doc. 1217] (the "Second Interim Application") seeking a total of $173,853.10 for the period between July 1, 2021 through November 30, 2021 (the "Second Period"), comprised of $167,110.50 in compensation and $6,742.60 in expenses.

12. On January 11, 2022, SRBA filed that certain *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [ECF Doc. 1236] (the "Rate Increase Notice"), advising as to the following revised billing rates:

| SRBA Professional | Original Rate Range | Revised Rate Range |
|---|---|---|
| Partners | $365.00 - $455.00 | $400.00 - $500.00 |
| Associates | $255.00 - $365.00 | $300.00 - $400.00 |
| Paraprofessionals | $150.00 | $150.00 - $200.00 |

13. On January 19, 2022, the Court entered that certain *Order Granting Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of July 1, 2021 through November 30, 2021* [ECF Doc. 1250] (the "Second Interim Order") which, for the Second Period, awarded SRBA fees in the amount of $167,110.50 and $6,742.60 in expenses, for a total of $173,853.10.

14. On April 28, 2022, SRBA filed that certain *Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1476] (the "Third Interim Application") seeking a total of $364,896.60 for the period between December 1, 2021 through March 31, 2022 (the "Third Period"), comprised of $358,274.50 in compensation and $6,622.10 in expenses.

15. On May 18, 2022, the Court entered that certain *Order Granting Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc.

1551] (the "Third Interim Order") which, for the Third Period, awarded SRBA fees in the amount of $358,274.50 and $6,622.10 in expenses, for a total of $364,896.60.

16.     On September 26, 2022, SRBA filed that certain *Fourth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2022 through July 31, 2022* [ECF Doc. 1812] (the "Fourth Interim Application") seeking a total of $301,638.63 for the period between April 1, 2022 through July 31, 2022 (the "Fourth Period"), comprised of $296,710.00 in compensation and $4,928.63 in expenses.

17.     On November 2, 2022, the Court entered that certain *Order* [ECF Doc. 1904] (the "Fourth Interim Order") granting the Fourth Interim Application and, for the Fourth Period, awarded SRBA fees in the amount of $296,710.00 and $4,928.63 in expenses, for a total of $301,638.63.

18.     On January 9, 2023, SRBA filed that certain *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [ECF Doc. 2013] (the "Second Rate Increase Notice"), advising as to the following revised billing rates:

| SRBA Professional | Original Rate Range | Revised Rate Range |
|---|---|---|
| Partners | $400.00 - $500.00 | $450.00 - $550.00 |
| Associates | $300.00 - $400.00 | $350.00 - $450.00 |
| Paraprofessionals | $150.00 – $200.00 | $200.00 - $250.00 |

19.     On January 20, 2023, SRBA filed that certain *Fifth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2022 through November 30, 2022* [ECF Doc. 2023] (the

"Fifth Interim Application") seeking a total of $363,193.30 for the period between August 1, 2022 through November 31, 2022 (the "Fifth Period"), comprised of $358,000.00 in compensation and $5,198.30 in expenses.

20.     On March 15, 2023, the Court entered that certain *Order* [ECF Doc. 2152] (the "Fifth Interim Order") granting the Fifth Interim Application and, for the Fifth Period, awarded SRBA fees in the amount of $358,000.00 and $5,198.30 in expenses, for a total of $363,193.30.

21.     On May 30, 2023, SRBA filed that certain *Sixth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2022 through March 31, 2023* [ECF Doc. 2302] (the "Sixth Interim Application") seeking a total of $304,388.52 for the period between December 1, 2022 through March 31, 2023 (the "Sixth Period"), comprised of $297,495.00 in compensation and $6,893.52 in expenses.

22.     On July 18, 2023, the Court entered that certain *Order* [ECF Doc. 2375] (the "Sixth Interim Order") granting the Sixth Interim Application and, for the Sixth Period, awarded SRBA fees in the amount of $297,495.00 and $6,893.52 in expenses, for a total of $304,388.52.

23.     On October 12, 2023, SRBA filed that certain *Seventh Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2023 through July 31, 2023* [ECF Doc. 2514] (the "Seventh Interim Application") seeking a total of $192,943.02 for the period between April 1, 2023 through July 31, 2023 (the "Seventh Period"), comprised of $183,380.00 in compensation and $9,563.02 in expenses.

24.     On November 13, 2023, the Court entered that certain *Order* [ECF Doc. 2638] (the "Seventh Interim Order") granting the Seventh Interim Application and, for the Seventh Period, awarded SRBA fees in the amount of $183,380.00 and $9,563.02 in expenses, for a total of $192,043.02.

25.     On January 10, 2024, SRBA filed that certain *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [Doc. No. 2784] advising that, within ten (10) business days of the instant filing, "SRBA will increase its hourly rates by the sum of $50.00 per hour and adopt the following revised standard billing structure:

| SRBA Professional | 2023 Rates (Highest) | 2024 Rates (Highest) |
|---|---|---|
| Partners | $550.00 | $600.00 |
| Associates | $350.00 | $400.00 |
| Paraprofessionals | $250.00 | $300.00 |

26.     On January 24, 2024, SRBA filed that certain *Eighth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2023 through November 30, 2023* [ECF Doc. 2799] (the "Eighth Interim Application") seeking a total of $263,119.38 for the period between August 1, 2023 through November 30, 2023 (the "Eighth Period"), comprised of $254,665.00 in compensation and $8,454.38 in expenses.

27.     On February 16, 2024, the Court entered that certain *Order* [ECF Doc. 2823] (the "Eighth Interim Order") granting the Eighth Interim Application and, for the Eighth Period, awarded SRBA fees in the amount of $254,665.00 and $8,454.38 in expenses, for a total of $263,119.38.

28.     On June 27, 2024, SRBA filed that certain *Ninth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2023 through March 31, 2024* [ECF Doc. 3125] (the "Ninth Interim Application") seeking a total of $295,859.32 for the period between December 1, 2023 through March 31, 2024 (the "Ninth Period"), comprised of $287,145.00 in compensation and $8,714.32 in expenses.

29.     On July 17, 2024, the Court entered that certain *Order* [ECF Doc. 3172] (the "Ninth Interim Order") granting the Ninth Interim Application and, for the Ninth Period, awarded SRBA fees in the amount of $287,145.00 and $8,714.32 in expenses, for a total of $295,859.32.

30.     On October 31, 2024, SRBA filed that certain *Tenth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2024 through July 31, 2024* [ECF Doc. 3445] (the "Tenth Interim Application") seeking a total of $150,887.74 for the period between April 1, 2024 through July 31, 2024 (the "Tenth Period"), comprised of $144,160.00 in compensation and $6,727.74 in expenses.

31.     On January 6, 2025, the Court entered that certain *Order* [ECF Doc. 3639] (the "Tenth Interim Order") granting the Tenth Interim Application and, for the Tenth Period, awarded SRBA fees in the amount of $144,160.00 and $6,727.74 in expenses, for a total of $150,887.74.

32.     On January 13, 2025, SRBA filed that certain *Amended Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [ECF Doc.

3654] advising that, within ten (10) business days of the instant filing, "SRBA will increase its hourly rates by the sum of $50.00 per hour and adopt the following revised standard billing structure:

| SRBA Professional | 2024 Rates (Highest) | 2025 Rates (Highest) |
|---|---|---|
| Partners | $600.00 | $650.00 |
| Associates | $400.00 | $450.00 |
| Paraprofessionals | $300.00 | $350.00 |

33. On February 28, 2025, SRBA filed that certain *Eleventh Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* [ECF Doc. 3787] (the "Eleventh Interim Application") seeking a total of $211,499.75 for the period between August 1, 2024 through November 30, 2024 (the "Eleventh Period"), comprised of $203,790.00 in compensation and $7,709.75 in expenses.

34. On April 21, 2025, the Court entered that certain *Order* [ECF Doc. 3920] (the "Eleventh Interim Order") granting the Eleventh Interim Application and, for the Eleventh Period, awarded SRBA fees in the amount of $203,790.00 and $7,709.75 in expenses, for a total of $211,499.75.

35. On July 31, 2025, SRBA filed that certain *Twelfth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2024 through March 31, 2025* [ECF Doc. 4198] (the "Twelfth Interim Application") seeking a total of $227,754.30 for the period between December 1, 2024 through March 31, 2025 (the "Twelfth Period"), comprised of $219,390.00 in compensation and $8,364.30 in expenses.

13

36.     On August 19, 2025, the Court entered that certain *Order* [ECF Doc. 4286] (the "Twelfth Interim Order") granting the Twelfth Interim Application and, for the Twelfth Period, awarded SRBA fees in the amount of $219,390.00 and $8,364.30 in expenses, for a total of $227,754.30.

37.     SRBA continues to reconcile the payments received from the Debtor during the Interim Application Period, including for certain of the monthly fee statements included in the Interim Application Period. At present, SRBA's books and record reflect an outstanding balance of amounts that have come due pursuant to the Court's prior interim orders or the monthly fee procedures previously. To ensure all payments received are appropriately applied, SRBA will continue its reconciliation efforts and will confer with the Debtor as necessary.

## COMPENSATION AND ITS SOURCE

38.     All services for which compensation is requested by SRBA were performed for or on behalf of the Commercial Committee.

39.     During the Interim Application Period, SRBA has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application. There is no agreement or understanding between SRBA and any other person other than the partners of SRBA for the sharing of compensation to be received for services rendered in this Bankruptcy Case.

40.     SRBA's individual fee statements for each month covered by the Interim Application Period are attached as **Exhibit "A"**. Each fee statement contains daily time logs describing the time spent by each attorney and paraprofessional for each month. The hourly rates set forth in the monthly fee statements are those customarily charged by SRBA for similar legal

services. SRBA's fees for services rendered by lawyers, paralegals, and other professionals are customary and usual in the legal community in which SRBA practices. To the best of SRBA's knowledge, this Interim Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Complex Case Rules. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Procedure in Complex Case Rules | |
|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| Inv. 1639 (5/19/25) | Apr. 1, 2025 – Apr. 30, 2025 | $108,340.00 | $2,532.04 | $86,672.00 | $2,532.04 |
| Inv. 1692 (7/1/25) | May 1, 2025 – May 31, 2025 | $83,480.00 | $1,986.21 | $66,784.00 | $1,986.21 |
| Inv. 1695 (7/17/25) | Jun. 1, 2025 – Jun. 30, 2025 | $147,705.00 | $3,096.67 | $118,164.00 | $3,096.67 |
| Inv. 1724 (8/15/25) | Jul. 1, 2025 – Jul. 31, 2025 | $222,580.00 | $4,372.33 | $178,065.60 | $4,372.33 |
| Inv. 1782 (9/17/25) | Aug. 1, 2025 – Aug. 31, 2025 | $253,810.00 | $5,191.84 | $203,048.00 | $5,191.84 |
| Inv. 1798 (10/13/25) | Sept. 1, 2025 – Sept. 30, 2025 | $139,060.00 | $3,889.30 | $111,248.00 | $3,889.30 |
| Inv. 1824 (11/11/25) | Oct. 1, 2025 – Oct. 31, 2025 | $85,090.00 | $3,182.12 | $0.00 | $0.00 |
| **TOTALS** | | **$1,040,065.00** | **$24,250.51** | **$763,981.60** | **$21,068.39** |

41.     The fee statements for each month covered by the Interim Application Period were circulated and no portion of the fees or expenses were objected to (provided, however, as of the date of filing this Interim Application, the objection deadline has not run with respect to Invoice No. 1824).

42.     The Commercial Committee has been provided the opportunity to review this Interim Application. The Commercial Committee approves of the Interim Application.

## ACTUAL AND NECESSARY EXPENSES

43.     During the Interim Application Period, SRBA incurred expenses in connection with its representation of the Commercial Committee totaling $24,250.51. These expenses are

15

summarized in **Exhibit "B"**. SRBA bills clients at $0.20 per page for photocopies. Additionally, the expenses incurred include the actual cost of automated research and courier service. Mileage is calculated at the rate accorded by the Internal Revenue Service. Conference call charges represent actual cost of conference calls. Automated research charges represent actual cost charged to SRBA. SRBA submits that all effort was made to keep out-of-pocket expenses at a minimum and that such expenses are reasonable based on the services provided by SRBA.

## SUMMARY OF SERVICES RENDERED

44.     The services rendered by SRBA during the Interim Application Period can be grouped into the categories set forth below. These categories are generally described in **Exhibit "C"**. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task codes.

### a.  **B110 Case Administration**

### **Fees: $8,975.00 | Total Hours: 14.90**

This category includes all matters related to coordination and compliance, including the preparation of schedules and statements, monthly operating and other reports, contacts with the United States Trustee (the "U.S. Trustee"), and creditor inquiries. During the Interim Application Period, SRBA analyzed issues related to the removal of ex-officio members from the Commercial Committee as well as issues regarding the data breach of BRG. Moreover, and in light of the resignation of the Commercial Committee's chairperson, SRBA analyzed issues related to this and the U.S. Trustee's reconstitution of the Commercial Committee. Similarly, SRBA advised the Commercial Committee regarding the election of a new chairperson. Additionally, during the Interim Application Period, SRBA analyzed the Monthly Operating Reports filed by the Debtor.

**b. B130 Asset Disposition**

**Fees: $16,450.00 | Total Hours: 32.30**

This category includes all matters related to sales, abandonment, and transaction work as to asset disposition. During the Interim Application Period, SRBA researched and analyzed certain assets that may be available to sell. Similarly, SRBA conferred with counsel for the Abuse Committee, Debtor, and Additional Debtors regarding the sale of Christopher Homes. SRBA also analyzed issues and reviewed documents concerning the Hope Haven sale and Oakmere lease.

**c. B140 Relief from Stay/Adequate Protection Proceedings**

**Fees: $6,140.00 | Total Hours: 10.20**

This category includes all matters related to the termination or continuation of automatic stay under 362 and motions for adequate protection. During the Interim Application Period, SRBA analyzed Traveler's motion for relief from the automatic stay relating to coverage disputes and the Abuse Committee's motion for relief from the automatic stay to allow certain abuse claims to proceed.

**d. B150 Meetings of and Communications with Creditors**

**Fees: $24,205.00 | Total Hours: 40.90**

This category includes all matters relating to preparing for and attending multiple meetings with the Commercial Committee. During the Interim Application Period, SRBA conducted monthly committee meetings and consulted with and reported substantive updates to the Commercial Committee regarding various matters arising in the Bankruptcy Case.

**e. B160 Fee/Employment Applications**

**Fees: $44,450.00 | Total Hours: 94.20**

17

This category includes all matters relating to the preparation of employment and fee applications for Commercial Committee professionals and motions to establish interim procedures.  During the Interim Application Period, SRBA prepared monthly fee statements and interim fee applications for itself, the Commercial Committee's financial adviser, Dundon Advisers, LLC ("Dundon"), and its pension analyst, Kroll, LLC ("Kroll"). SRBA also analyzed fee and employment pleadings filed by other Estate professionals and provided recommendations to the Commercial Committee regarding the employment of such professionals. SRBA also evaluated issues relating to the employment of a real estate valuation professional to aid Dundon's analysis in connection with plan confirmation matters.

### f.   B170 Fee/Employment Objections

### Fees: $1,685.00 | Total Hours: 2.70

This category includes all matters relating to the review of and objections to the employment and fee applications of others. During the Interim Application Period, SRBA spent *de-minimis* time reviewing fee and employment objections of other Estate professionals.

### g.   B180 Avoidance Action Analysis

### Fees: $60.00 | Total Hours: 0.20

This category includes the review of potential avoidance actions under Sections 544-549 of the Bankruptcy Code to determine whether adversary proceedings are warranted. During the Interim Application Period, SRBA spent *de-minimis* time related to avoidance action analysis.

### h.   B190 Other Contested Matters

### Fees: $33,795.00 | Total Hours: 63.40

This category includes all matters regarding the analysis and preparation of all motions, opposition to motions, and reply memoranda in support of motions, other than motions to assume

or reject executory contracts and unexpired leases.  During the Interim Application Period, SRBA reviewed and analyzed various contested pleadings filed in the Bankruptcy Case, such as a motion to reconstitute the Abuse Committee and a motion to dismiss the Bankruptcy Case. SRBA also successfully defended the Commercial Committee by moving to quash Argent's attempts to take a FED. R. CIV. P. 30(b)(6) deposition of the Commercial Committee in connection with plan confirmation matters.

### i.  B220 Employee Benefits/Pensions

**Fees: $6,145.00 | Total Hours: 11.10**

This category includes issues regarding severance, retention, 401k coverage, and continuance of pension plans. During the Interim Application Period, SRBA continued to coordinate with Kroll regarding various pension issues and supplied documentation and information to be used in Kroll's analysis.

### j.  B310 Claims Administration and Objections

**Fees: $5,145.00 | Total Hours: 9.20**

This category includes addressing specific claim inquiries, bar date motions, and analysis of, objections to, and allowance of claims.  During the Interim Application Period, SRBA analyzed a number of motions for leave to file late sexual abuse claims against the Debtor.

### k.  B320 Disclosure Statement and Plan

**Fees: $893,015.00 | Total Hours: 1,578.70**

This category includes all matters related to the disclosure statement, plan formulation, presentation, and confirmation, as well as compliance with the plan confirmation order, related orders, and rules. It also includes matters related to disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.  During the Interim

19

Application Period, SRBA moved at an accelerated pace to analyze and respond to matters arising in connection with plan confirmation proceedings. SRBA reviewed and analyzed several versions of the Plan Proponents' plan and disclosure statement, including research on issues such as unfair discrimination, feasibility, classification, the absolute priority rule, and liquidation and valuation issues. Throughout the Interim Application Period, SRBA communicated extensively with the Plan Proponents and the Commercial Committee's other professionals to, as efficiently and economically as possible, work toward resolution of the Commercial Committee's issues with the plan and disclosure statement.   While communications to resolve the Commercial Committee's plan and disclosure statement concerns remained on-going, SRBA continued all efforts to comply with the Court's scheduling order.   SRBA prepared and timely propounded written discovery upon each of the Plan Proponents and responded to written discovery propounded upon the Commercial Committee.   Although SRBA worked diligently to resolve discovery disputes and minimize the scope of both what the Commercial Committee was requesting and what was being requested of the Commercial Committee, the discovery requested of the Commercial Committee required significant review of documents to determine responsiveness and/or privileged nature. Also during the Interim Application Period, SRBA noticed a number of FED. R. CIV. P. 30(b)(6) depositions, although agreement was ultimately reached between the Commercial Committee and the Debtor to stand down on such efforts, and monitored depositions noticed by other parties in connection with plan confirmation proceedings.

## FACTORS SUPPORTING AWARD

45.    In *In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012), the Fifth Circuit ruled that the six factors found in 11 U.S.C. §330(a)(3) are to be considered when awarding compensation to

professionals. Under § 330, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

46.     Rejecting the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998), the Fifth Circuit adopted a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time in which they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015). All services rendered by SRBA satisfy the *Woerner* standard because they were reasonably likely to benefit the Debtor's estate at the time rendered.

47.     SRBA also believes that, as applied to the firm's services in this Bankruptcy Case, the following analysis of the § 330(a)(3) factors is appropriate:

a. **The Time and Labor Expended** - The charge for SRBA's services in this Bankruptcy Case for the Interim Application Period totals $1,040,065.00. The actual time expended by SRBA in the Interim Application Period is set forth in detail in **Exhibit "A"** attached hereto.  In addition, attached as **Exhibit "C"** is a breakdown by project of time expended on discrete matters during the progress of this Bankruptcy Case. SRBA believes the time spent performing legal services was commensurate with the factual and legal issues involved in the representation of Commercial Committee.

b. **The Rate Charged for Such Services.**   SRBA has applied for allowance of compensation for fees that reflect its billing rates charged to clients by SRBA and previously approved and/or set by courts in which SRBA has appeared. SRBA believes that its customary fees for services are equal to or below those of other firms in the national bankruptcy community and should be within the range of fees approved for attorneys of similar experience within this district.

c. **Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title.**  SRBA asserts that all services provided to the Commercial Committee were necessary to the administration of and/or beneficial to the Bankruptcy Case at the time the services were rendered. Where SRBA deemed the time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in some situations, did not put the time into its billing system.

d. **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.**  SRBA submits that the time put into this Bankruptcy Case is commensurate with the level of difficulty of the issues presented. When possible, particular projects have been handled by an associate or a partner with a lower billing rate.

e. **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field.**  SRBA believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, insolvency, and corporate reorganization. The firm has extensive experience in handling bankruptcy and insolvency matters on behalf of debtors in bankruptcy cases and has acted as counsel to other debtors and trustees in other cases. One of the SRBA lawyers who worked on this file has gone through the certification process and is certified.

48.     "The Fifth Circuit uses the 'lodestar' method to calculate attorneys fees." *Transamerican Natural Gas Corp. v. Zapata P'ship, Ltd. (In re Fender)*, 12 F.3d 480, 487 (5th Cir. 1994) (citation omitted). The lodestar is the number of hours reasonably expended multiplied by "the prevailing hourly rate in the community for similar work." *Id.* The request for fees is then adjusted upward or downward based on the iconic "*Johnson* factors." *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).  A detailed description of the application of each of these factors relevant to this Application is set forth below.

22

a. **The Novelty and Difficulty of Issues** - This Bankruptcy Case has presented issues of greater complexity than cases customarily brought before this Court.

b. **The Skills Required for Performance of Services** – SRBA's attorneys have appeared before courts in this district and throughout Louisiana in bankruptcy cases on behalf of debtors, creditors, trustees, and receivers for many years. SRBA believes and respectfully submits that it is highly regarded in the areas of bankruptcy law, commercial law, and the law of secured transactions in the State of Louisiana. SRBA's attorneys possess the experience, reputation, and ability to merit an award of the requested compensation and reimbursement.

c. **Preclusion from Other Employment** - While SRBA was not precluded from other employment during the Interim Application Period, the professionals who have devoted time to this Bankruptcy Case were prevented from working on other matters.

d. **The Customary Fees** - SRBA has applied for allowance of compensation for fees that reflect its billing rates charged to clients by SRBA. SRBA believes that its customary fees for services are equal to or below those of other firms in the national bankruptcy community and within the range of fees approved for attorneys of similar experience within the Louisiana bankruptcy courts.

e. **Contingent Nature of Fees** - These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the Bankruptcy Case, the availability of cash, review by the Office of the United States Trustee, Region 5, and the approval of the Court.

f. **Time Limitations and Other Circumstances** – This Bankruptcy Case has, at times, involved the usual filing deadlines for motion practice; however, during the Interim Application Period, SRBA had to act quickly to analyze issues and take the appropriate actions to advocate for the Commercial Committee and the constituency they represent.

g. **The Amount Involved and the Results Obtained** - SRBA submits that the amount sought is fully commensurate with the results obtained. SRBA respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Commercial Committee and were rendered to protect and preserve the interests of the Commercial Committee during the pendency of this Bankruptcy Case. As demonstrated herein, SRBA spent its time economically and without unnecessary duplication. The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved.

h. **Experience, Reputation and Ability** - The Commercial Committee selected SRBA based on its extensive experience and knowledge of the legal matters likely

to arise in the chapter 11 cases, and, in particular, SRBA's recognized expertise in the field of financial restructuring and bankruptcy.

i.   **The Undesirability of the Case** - This Bankruptcy Case was not undesirable.

j.   **The Nature and Length of the Professional Relationship with the Client** - SRBA has represented the Commercial Committee since March of 2021, but had no prior relationship with any Commercial Committee member prior to being engaged to represent the Commercial Committee.

k.   **Awards in Similar Cases** - SRBA avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Louisiana bankruptcy courts.

## CERTIFICATION OF COUNSEL

49.     By my signature on this Interim Application, I, Nicholas J. Smeltz, do hereby certify that (i) I have read this application; (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by SRBA and generally accepted by SRBA's clients.

## EXHIBITS TO INTERIM APPLICATON

50.     Additionally, attached to this Interim Application are the following:

•   **Exhibit A**: SRBA's monthly invoices previously circulated under the Complex Case Order.

•   **Exhibit B**: Aggregate amount of expenses requested in the Interim Application Period, categorized by type of expense.

•   **Exhibit C**: Aggregate amount of fees requested in the Interim Application Period, categorized by task code, as well as all time entries filtered by such codes.

•   **Exhibit D**: Aggregate valuation of services chart identifying the attorneys and paraprofessionals who rendered services during the Interim Application Period relating to

24

each category, along with the aggregate number of hours for each individual and the total billed amount.

- **Exhibit E**: The proposed order (the "<u>Proposed Order</u>") SRBA requests this Court enter.

**WHEREFORE**, SRBA respectfully requests that the Court enter the Proposed Order: (a) approving the Interim Application; (b) allowing compensation and reimbursement of expenses in the aggregate sum of $1,064,315.51, as the sum of (i) compensation in the amount of $1,040,065.00 and (ii) reimbursement of actual and necessary expenses in the amount of $24,250.51; (c) directing the Debtor to pay the aforementioned amounts; and (d) granting such other and further relief as this Court may deem just and proper.

Dated: November 25, 2025                    Respectfully Submitted,

                                                **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                    By:    */s/ Nicholas J. Smeltz*
                                           Paul D. Stewart, Jr. (LA. Bar # 24661)
                                           dstewart@stewartrobbins.com
                                           William S. Robbins (LA. Bar # 24627)
                                           wrobbins@stewartrobbins.com
                                           Brandon A. Brown (La. Bar #25592)
                                           bbrown@stewartrobbins.com
                                           Brooke W. Altazan (La. Bar #32796)
                                           baltazan@stewartrobbins.com
                                           Nicholas J. Smeltz (La. Bar #38895)
                                           nsmeltz@stewartrobbins.com
                                           301 Main St., Suite 1640
                                           Baton Rouge, LA 70801-0016
                                           Telephone: (225) 231-9998
                                           Facsimile: (225) 709-9467

                                           ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

# EXHIBIT A

## (Monthly Invoices)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

---

### FORTY-EIGHTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING APRIL 30, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

---

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Eighth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending April 30, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.      SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $86,672.00 (80% of $108,340.00) |
|---|---|
| Total Expenses: | $2,532.04 |
| Total: | $89,204.04 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as <u>Exhibit "A."</u>

4.      Pursuant to the Compensation Order, SRBA seeks payment of $89,204.04 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "<u>Professional Fee Notice Parties</u>"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:        May 20, 2025          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:      */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES
Time Period – April 1, 2025 – April 30, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

May 19, 2025

File #:  639-001
Invoice #:      1639

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 4/1/2025 | Attend mediation, communication with Dundon and Commercial Committee chair re: same | B320 | BWA | 8.20 | 550.00 | 4,510.00 |
| 4/1/2025 | Research analysis in preparation for memorandum re assets available for sale | B130 | AWM | 0.20 | 400.00 | 80.00 |
| 4/1/2025 | Prepare for and attend mediation (5.6); travel to and from NO for mediation (1.6 - 1/2 time) | B320 | BAB | 7.20 | 650.00 | 4,680.00 |
| 4/1/2025 | travel to/from and attend mediation | B320 | WSR | 7.20 | 650.00 | 4,680.00 |
| 4/2/2025 | Attention to response to committee composition motion | B190 | BWA | 0.40 | 550.00 | 220.00 |
| 4/2/2025 | Drafting Response to Motion by Creditor D.J.B. for Appointment to Committee of Creditors Doc. No. 3805 | B190 | AWM | 3.10 | 400.00 | 1,240.00 |
| 4/2/2025 | Prepare for and attend mediation (4.9); travel to and from NO for mediation (1.5 - 1/2 time) | B320 | BAB | 6.40 | 650.00 | 4,160.00 |
| 4/2/2025 | travel to/from and attend mediation | B320 | WSR | 6.40 | 650.00 | 4,160.00 |
| 4/2/2025 | Attend mediation and post-analysis of related issues | B320 | BWA | 7.00 | 550.00 | 3,850.00 |
| 4/2/2025 | Research analysis in preparation for memorandum re assets available for sale | B130 | AWM | 2.20 | 400.00 | 880.00 |
| 4/3/2025 | Review MOR and conduct ordinary course professional analysis (.30); Review and analyze Troutman's revised employment affidavit (.40) | B170 | BWA | 0.70 | 550.00 | 385.00 |
| 4/3/2025 | Analysis of mediation and communication with Commercial Committee voting members re: meeting re: same | B320 | BWA | 1.80 | 550.00 | 990.00 |
| 4/3/2025 | Analysis of law and begin redlining draft opposition to committee composition motion | B190 | BWA | 2.80 | 550.00 | 1,540.00 |
| 4/3/2025 | Review stipulation re: filing late sexual abuse claims | B310 | BWA | 0.30 | 550.00 | 165.00 |

| Date | Description | Task | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/3/2025 | Drafting Response to Motion by Creditor D.J.B. for Appointment to Committee of Creditors Doc. No. 3805 | B190 | AWM | 4.00 | 400.00 | 1,600.00 |
| 4/3/2025 | Research analysis in preparation for memorandum re assets available for sale | B130 | AWM | 1.10 | 400.00 | 440.00 |
| 4/3/2025 | analysis of committee issues following mediation (.6); review/analyze bond documents; re: default and other issues (5.5) | B320 | WSR | 6.10 | 650.00 | 3,965.00 |
| 4/3/2025 | Revise communication to comm ctee members re: mediation efforts (0.5); analysis of mediation and comments from parties present throughout, strategy moving forward (0.7) | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 4/4/2025 | Continued redlines to draft objection to committee composition motion | B190 | BWA | 2.30 | 550.00 | 1,265.00 |
| 4/4/2025 | Receipt and review of Donlin notice of address change | B110 | BWA | 0.10 | 550.00 | 55.00 |
| 4/4/2025 | Receipt and review of 16th monthly OCP fee statement filed by debtor | B170 | BAB | 0.30 | 650.00 | 195.00 |
| 4/4/2025 | Revise Response to Motion by Creditor D.J.B. for Appointment to Committee of Creditors Doc. No. 3805 (N/C) | B190 | AWM | 0.00 | 400.00 | 0.00 |
| 4/7/2025 | attend committee meeting regarding mediation issues | B150 | WSR | 0.40 | 650.00 | 260.00 |
| 4/7/2025 | analysis of plan treatment of constituency in light of mediation issues; additional review of bond default issues | B320 | WSR | 2.50 | 650.00 | 1,625.00 |
| 4/7/2025 | Review 16th statement re: professionals, analysis of same | B160 | BWA | 0.60 | 550.00 | 330.00 |
| 4/7/2025 | Continue revisions to response to committee composition motion, communication with Commercial Committee members re: same (1.50); Cursory review of UST objection to committee composition motion (.10) | B190 | BWA | 1.60 | 550.00 | 880.00 |
| 4/7/2025 | Lead Commercial Committee meeting with voting members re: mediation, post meeting analysis of same | B150 | BWA | 1.10 | 550.00 | 605.00 |
| 4/7/2025 | Review notice of appearance and related verified statement filed by sexual abuse claimants' counsel | B110 | BWA | 0.30 | 550.00 | 165.00 |
| 4/7/2025 | Research analysis in preparation for memorandum re assets available for sale | B130 | AWM | 2.20 | 400.00 | 880.00 |
| 4/7/2025 | Prepare for and participate in commercial committee meeting | B150 | BAB | 0.70 | 650.00 | 455.00 |
| 4/7/2025 | Analysis of current plan negotiations for issues affecting commercial creditors (.8); research regarding Committee duties to constituants relating to unfair discrimination issues (.8). | B320 | PDS | 1.60 | 650.00 | 1,040.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/7/2025 | Revise Objection to Motion by Creditor D.J.B. for Appointment to Committee of Creditors Doc. No. 3805 (N/C) | B190 | AWM | 0.00 | 400.00 | 0.00 |
| 4/7/2025 | Review and revise objection to motion to reconstitute abuse committee or alternatively appoint new committee filed by certain putative abuse creditors | B190 | BAB | 0.50 | 650.00 | 325.00 |
| 4/7/2025 | Review and analyze UST's objection to motion to reconstitute or appoint new committee | B190 | BAB | 0.30 | 650.00 | 195.00 |
| 4/8/2025 | Prepare agenda for Commercial Committee meeting (.60); Lead Commercial Committee meeting, post-analysis of same (.80) | B150 | BWA | 1.40 | 550.00 | 770.00 |
| 4/8/2025 | Review/analyze UST's objection to commercial committee composition motion | B190 | BWA | 0.30 | 550.00 | 165.00 |
| 4/8/2025 | Attention to needs related to pension issues, communication with pension experts re: pension claims treatment | B220 | BWA | 1.30 | 550.00 | 715.00 |
| 4/8/2025 | Attention to need for financial information/analysis, communication with Dundon re: plan issues | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 4/8/2025 | Research analysis in preparation for memorandum re assets available for sale | B130 | AWM | 4.10 | 400.00 | 1,640.00 |
| 4/8/2025 | Research analysis in preparation for memo re potential areas of dispute ahead of plan confirmation | B320 | AWM | 1.50 | 400.00 | 600.00 |
| 4/8/2025 | review and analyze plan confirmation issues (4.5); Telephone conference with Argent Counsel (.3); follow up analysis of plan confirmation issues (.5); | B320 | WSR | 5.30 | 650.00 | 3,445.00 |
| 4/8/2025 | attend committee meeting | B150 | WSR | 0.50 | 650.00 | 325.00 |
| 4/8/2025 | Analyze issues raised by Argent re: status of Argent classification issues, analysis of possible effects of lack of Argent consent to plan (1.0), brief research on unfair discrimination (0.7), analyze issues relating to committee participation in light of separate classification of constituents (0.6) | B320 | BAB | 2.30 | 650.00 | 1,495.00 |
| 4/8/2025 | communication with W. Robbins, B. Brown, and B. Altazan re plan developments with bond claims and Debtor/Abuse Committee strategy. | B320 | PDS | 0.50 | 650.00 | 325.00 |
| 4/8/2025 | Analyze needs re: pension FA in light of possible upcoming plan challenges | B220 | BAB | 1.20 | 650.00 | 780.00 |
| 4/9/2025 | Finalize Objection to Committee Motion; prepare Certificate of Service. | B190 | KAH | 0.30 | 300.00 | 90.00 |
| 4/9/2025 | Communications with H. Barlow re document production | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 4/9/2025 | additional review of confirmation issues | B320 | WSR | 1.50 | 650.00 | 975.00 |
| 4/9/2025 | Attention to SRBA prebill | B160 | BWA | 0.80 | 550.00 | 440.00 |

| 4/9/2025 | Communication with Dundon re: financial issues and related call (.50); Communication with Dundon and Debtor re: outstanding discovery (.50); Communication with Chambers re: status conference topics (.20) | B320 | BWA | 1.20 | 550.00 | 660.00 |
| 4/9/2025 | Draft and oversee filing of response to committee composition motion, communication with Debtor (1.0); Communication with Debtor, UST, and Abuse Committee re: continuance of hearing on committee composition motion (.70) | B190 | BWA | 1.70 | 550.00 | 935.00 |
| 4/9/2025 | Communication with Kroll re: pension issues and related call | B220 | BWA | 0.10 | 550.00 | 55.00 |
| 4/9/2025 | Communications with Kroll re: meeting | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 4/9/2025 | Research analysis in preparation for memorandum re assets available for sale (N/C) | B130 | AWM | 0.00 | 400.00 | 0.00 |
| 4/10/2025 | Revisions to March invoice. | B160 | KAH | 0.90 | 300.00 | 270.00 |
| 4/10/2025 | Prepare March 2025 MFS for SRBA | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 4/10/2025 | Prepare documents to send to Kroll | B220 | KAH | 0.30 | 300.00 | 90.00 |
| 4/10/2025 | Telephone conference with Dundon re: financial issues and analysis of same (1.30); Review Disclosure Statements and Plans, draft correspondence to Dundon re: plan issues (1.0) Attend Court's status conference re: plan issues and post-analysis of same (1.30); | B320 | BWA | 3.60 | 550.00 | 1,980.00 |
| 4/10/2025 | Review Survivors' objection to Jones Walker's recent fee application (.10); Attention to collecting invoices from Dundon and Kroll to prepare monthly fee statements (.40); Review SRBA monthly fee statement (.10) | B160 | BWA | 0.60 | 550.00 | 330.00 |
| 4/10/2025 | Meeting with Kroll re: pension issues and analysis of same (.60); Attention to updated documents for Kroll's analysis, communication with Kroll re: same (.90) | B220 | BWA | 1.50 | 550.00 | 825.00 |
| 4/10/2025 | Review proposed order submitted to chambers by Debtor on motions for leave to file late sexual abuse claims | B310 | BWA | 0.10 | 550.00 | 55.00 |
| 4/10/2025 | Communication with Debtor and chambers re: motion to continue hearing on committee composition motion, review filed motion and order entered by Court | B190 | BWA | 0.60 | 550.00 | 330.00 |
| 4/10/2025 | Analyze needs from Dundon re: plan feasibility analysis | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 4/10/2025 | Analysis of current plan negotiations for issues realting to commercial creditors, including without limitation bond claims and feasibility. | B320 | PDS | 1.10 | 650.00 | 715.00 |
| 4/10/2025 | Pulling Debtor's Monthly Operating Reports for Kroll | B220 | AWM | 0.30 | 400.00 | 120.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/10/2025 | conference with Dundon regarding feasibility issues (.6); analysis as to feasibility and other plan issues (2.1) | B320 | WSR | 2.70 | 650.00 | 1,755.00 |
| 4/10/2025 | Conference with pension valuation experts | B220 | WSR | 0.50 | 650.00 | 325.00 |
| 4/11/2025 | Research analysis in preparation for memo re potential areas of dispute ahead of plan confirmation | B320 | AWM | 2.60 | 400.00 | 1,040.00 |
| 4/11/2025 | review and analyze projections and related matters for plan issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 4/11/2025 | Communication with Dundon re: plan issues (1.20); Analysis of projected cash balance (.50) | B320 | BWA | 1.70 | 550.00 | 935.00 |
| 4/11/2025 | Review orders re: motions for leave to file late sexual abuse claims | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 4/11/2025 | Analyze debtor projections attached to DS in light of Argent comments on feasibility, analyze and update further needs for Dundon to assess | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 4/11/2025 | receipt and review of letter to FA re reporting and related communication with B. Altazan. | B320 | PDS | 0.70 | 650.00 | 455.00 |
| 4/11/2025 | Review and revise letter to Dundon re: plan feasibility analysis, parameters for same | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 4/14/2025 | Research analysis in preparation for memo re potential areas of dispute ahead of plan confirmation | B320 | AWM | 7.80 | 400.00 | 3,120.00 |
| 4/14/2025 | Draft correspondence to Judge Sontchi re: negotiation status and outstanding issues (2.50) and communication with voting Commercial Committee members re: same (.60) | B320 | BWA | 3.10 | 550.00 | 1,705.00 |
| 4/14/2025 | Correspondence from S. Gisleson re: meeting to discuss motion to dismiss, analysis of same | B190 | BWA | 0.40 | 550.00 | 220.00 |
| 4/14/2025 | Communications from counsel for certain abuse survivors re: impending filing of motion to dismiss (0.1); analyze issues with same, mediation progress, plan confection (0.5) | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 4/14/2025 | Review and analyze correspondence to mediator re: commercial committee position on present status of mediation | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 4/15/2025 | Research analysis in preparation for memo re potential areas of dispute ahead of plan confirmation | B320 | AWM | 3.20 | 400.00 | 1,280.00 |
| 4/15/2025 | Communication with S. Gisleson re: dismissal meeting | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 4/16/2025 | Finalize orders re: SRBA, Dundon and Kroll Fee Applications | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 4/16/2025 | Research analysis in preparation for memo re potential areas of dispute ahead of plan confirmation | B320 | AWM | 2.00 | 400.00 | 800.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 4/16/2025 | Standing call with Debtor (.40); Review Court's order scheduling status conference (.10) | B320 | BWA | 0.50 | 550.00 | 275.00 |
| 4/16/2025 | Review memo to record entered by Court re: fee applications, attention to finalizing proposed Commercial Committee professionals' proposed orders (.60); Review Court's order continuing hearing on Jones Walker fee applications (.10) | B160 | BWA | 0.70 | 550.00 | 385.00 |
| 4/16/2025 | Communication with Debtor's counsel re: Hope Haven PA | B130 | BWA | 0.30 | 550.00 | 165.00 |
| 4/16/2025 | Communication with S. Gisleson re: dismissal conference | B190 | BWA | 0.10 | 550.00 | 55.00 |
| 4/16/2025 | Communications with counsel for CAS re: motion to dismiss and conference to discuss | B190 | BAB | 0.10 | 650.00 | 65.00 |
| 4/17/2025 | review/analyze proposed orders granting: (a) SRBA eleventh interim fee application; (b) Dundon tenth interim fee application; and (c) Kroll second interim fee application prior to submission | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 4/17/2025 | Attend status conference, post-analysis of same (1.0); Correspondence to mediator re: outstanding issues (.10); Analysis of research re: potential confirmation conflicts (.90); Communication with Dundon re: financial analysis (.30) | B320 | BWA | 2.30 | 550.00 | 1,265.00 |
| 4/17/2025 | Task paralegal with calendaring omnibus hearings and associated deadlines through year end (.20); Attention to Certain Abuse Survivors composition and plan issues (.20) | B190 | BWA | 0.40 | 550.00 | 220.00 |
| 4/17/2025 | Attention to finalizing and submitting fee application orders (.40); Review order resetting hearing on fee applications (.10) | B160 | BWA | 0.50 | 550.00 | 275.00 |
| 4/17/2025 | Review and analyze research memo on committee obligations in multiple classification plan confirmation | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 4/17/2025 | Final revisions to Dundon feasiblity analysis letter | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 4/17/2025 | Revised research memo re plan dispute issues (N/C) | B320 | AWM | 0.00 | 400.00 | 0.00 |
| 4/21/2025 | Review status of appeals and related cases. | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 4/21/2025 | Prepare Dundon Advisers March monthly fee statement. | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 4/21/2025 | drafting memo re potential areas of dispute ahead of plan confirmation | B320 | AWM | 3.50 | 400.00 | 1,400.00 |
| 4/21/2025 | Review Court's fee application orders, attention to service of Commercial Committee professionals' orders (1.50); Attention to obtaining, finalizing (as to SRBA), and circulating March invoices for Commercial Committee professionals (1.90) | B160 | BWA | 3.40 | 550.00 | 1,870.00 |

| 4/22/2025 | Communications with H. Barlow re document production | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 4/22/2025 | tc with Mr. Kuebel and Mr. Knapp regarding Christoopher Homes and analysis of related property / plan issues | B130 | WSR | 0.80 | 650.00 | 520.00 |
| 4/22/2025 | Telephone conference with Abuse Committee counsel re: outstanding plan issues (.60); Communication with S. Gisleson re: scheduled meeting, internal communication re: same (1.0); Communication with Dundon re: discovery (.10) | B320 | BWA | 1.70 | 550.00 | 935.00 |
| 4/22/2025 | Attention to circulating March invoices for Commercial Committee professionals | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 4/22/2025 | Draft and send correspondence to D. Draper re: Christopher Homes, analysis of same | B130 | BWA | 0.30 | 550.00 | 165.00 |
| 4/22/2025 | Drafting memo re potential areas of dispute ahead of plan confirmation (N/C) | B320 | AWM | 0.00 | 400.00 | 0.00 |
| 4/22/2025 | emails regarding meeting with abuse claimants' counsel | B320 | WSR | 0.30 | 650.00 | 195.00 |
| 4/22/2025 | Telephone conference with counsel for abuse committee re: sale of non-debtor property and issues arising from same | B130 | BAB | 0.60 | 650.00 | 390.00 |
| 4/23/2025 | Communications with H. Barlow re document production | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 4/23/2025 | Review/analyze Hope Haven Purchase Agreement, communication with Debtor's counsel re: same | B130 | BWA | 1.80 | 550.00 | 990.00 |
| 4/23/2025 | Receipt and review of Mar MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 4/23/2025 | Drafting memo re potential areas of dispute ahead of plan confirmation (N/C) | B320 | AWM | 0.00 | 400.00 | 0.00 |
| 4/23/2025 | emails regarding additional materials / discovery (,3); analysis of plan, trustee and dismissal issue (.5) | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 4/23/2025 | Communication with Dundon and Debtor's counsel re: outstanding discovery | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 4/23/2025 | Emails from Mr. Gisleson | B190 | WSR | 0.20 | 650.00 | 130.00 |
| 4/23/2025 | Communication with S. Gisleson re cancelled meeting | B190 | BWA | 0.20 | 550.00 | 110.00 |
| 4/24/2025 | Review MOR re: ordinary course professional fees cap (.40); Receipt of Campos Munos Declaration (.10) | B160 | BWA | 0.50 | 550.00 | 275.00 |
| 4/24/2025 | Review motions for leave to file late sexual abuse claims | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 4/24/2025 | Communication with Kroll re: MORs necessary for analysis | B220 | BWA | 0.60 | 550.00 | 330.00 |
| 4/24/2025 | Receipt of Hope Haven sale information from the Debtor | B130 | BWA | 0.20 | 550.00 | 110.00 |
| 4/24/2025 | Communications with Kroll re the Debtor's March Monthly Operating Report | B220 | AWM | 0.10 | 400.00 | 40.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/24/2025 | Drafting memo re potential areas of dispute ahead of plan confirmation (N/C) | B320 | AWM | 0.00 | 400.00 | 0.00 |
| 4/24/2025 | Communication with Kroll and the Debtor re: outstanding information | B220 | BWA | 0.40 | 550.00 | 220.00 |
| 4/25/2025 | TC with Heather Barlow and analysis regarding feasibility | B320 | WSR | 0.60 | 650.00 | 390.00 |
| 4/25/2025 | Correspondence from Debtor's counsel re: Hope Haven sale | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 4/25/2025 | Drafting memo re potential areas of dispute ahead of plan confirmation (N/C) | B320 | AWM | 0.00 | 400.00 | 0.00 |
| 4/28/2025 | Review ordinary course professional declaration for Munos Camps, communication with Debtor's counsel re: same | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 4/28/2025 | Review Hope Haven appraisals, communication with Debtor's and Abuse Committee's counsel re: same | B130 | BWA | 1.90 | 550.00 | 1,045.00 |
| 4/28/2025 | Review/analyze Court's Order to Show Cause, telephone conference with Debtor's counsel re: same | B190 | BWA | 0.80 | 550.00 | 440.00 |
| 4/28/2025 | review Show Cause order | B320 | WSR | 0.20 | 650.00 | 130.00 |
| 4/28/2025 | Receipt and review of Court's order setting show cause hearing on dismissal | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 4/28/2025 | Analysis of Hope Haven purchase issues | B130 | WSR | 0.20 | 650.00 | 130.00 |
| 4/28/2025 | Telephone call with Mr. Kuebel re Hope Haven and other case issues | B190 | WSR | 0.50 | 650.00 | 325.00 |
| 4/29/2025 | Receipt and review of motion for leave filed by TB | B310 | BAB | 0.20 | 650.00 | 130.00 |
| 4/29/2025 | receipt and review of draft communication with Commercial Committee re OSC for dismisssal | B320 | PDS | 0.20 | 650.00 | 130.00 |
| 4/29/2025 | Draft and send correspondence to Commercial Committee re: Order to Show Cause (.70); Review Abuse Committee's motion to seal (.10); | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 4/29/2025 | Communication, including email and telphonic, with Abuse Committee counsel re: Hope Haven issues, analysis of same | B130 | BWA | 2.20 | 550.00 | 1,210.00 |
| 4/29/2025 | Review stipulation filed by Debtor as to motion for leave to file late SA claims, communication with chambers re: same (.20); Review Motion for Leave to file late SA claim (.20) | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 4/29/2025 | Communication with F. Elliot, Abuse Committee, UST, and Debtor re: Elliot's proposed withdrawal of committee composition motion (.90); Review Motions to Appear Pro Hoc and Notice of Appearance on behalf of BRG (.30); Review, preliminary analysis of BRG's Notice of Data Breach (.50) | B190 | BWA | 1.70 | 550.00 | 935.00 |

| 4/29/2025 | Correspondence from Debtor's counsel re: Campos employment | B160 | BWA | 0.10 | 550.00 | 55.00 |
|---|---|---|---|---|---|---|
| 4/29/2025 | Analysis of dismissal / confirmation issues | B320 | WSR | 2.20 | 650.00 | 1,430.00 |
| 4/29/2025 | Receipt and review of notice of security incident re: BRG, analyze information in notice and possble effects on confirmation and information subject to breach | B190 | BAB | 0.50 | 650.00 | 325.00 |
| 4/30/2025 | Reviewing and running a compare on the Abuse Committee's Motion to Unseal Document Doc. No.3967 | B190 | AWM | 0.30 | 400.00 | 120.00 |
| 4/30/2025 | Receipt and review of motions for leave filed by CP, KW | B310 | BAB | 0.20 | 650.00 | 130.00 |
| 4/30/2025 | Further analysis of BRG data breach and impact on proceedings, debtor comments re: same | B110 | BAB | 0.70 | 650.00 | 455.00 |
| 4/30/2025 | Review and analyze CAS motion to dismiss case, begin analysis of claims made therein, analyze commercial committee position re: same | B190 | BAB | 2.80 | 650.00 | 1,820.00 |
| 4/30/2025 | Receipt and review of motion for evidentiary hearing on motion to dismiss | B190 | BAB | 0.40 | 650.00 | 260.00 |
| 4/30/2025 | Prepare for, attend and post-analysis of standing call with Debtor | B320 | BWA | 1.10 | 550.00 | 605.00 |
| 4/30/2025 | Review Motions for Leave to file late sexual abuse claims | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 4/30/2025 | Review Notice of BRG breach, communication with Debtor, Commercial Committee, and Dundon re: same (1.70); Receipt, review, and analysis of Motion to Dismiss, Motion to Unseal, Motion for Evidentiary Hearing, and Motion for 2004 Exam filed by Certain Abuse Claimants (3.50); Attention to hearings on Certain Abuse Claimants' pleadings, review issued deficiencies (.60) | B190 | BWA | 5.80 | 550.00 | 3,190.00 |
| 4/30/2025 | Draft and send recommendation to Commercial Committee re: Campos employment | B160 | BWA | 1.20 | 550.00 | 660.00 |
| 4/30/2025 | Communications to/from Ms. Barlow regarding dismissal Show Cause | B320 | WSR | 0.20 | 650.00 | 130.00 |
| 4/30/2025 | Review and revise communication to comm ctee members re: Munoz Campos OCP declaration, possible objection bases for same | B150 | BAB | 0.10 | 650.00 | 65.00 |
| 4/30/2025 | Review BRG breach notice | B190 | WSR | 0.30 | 650.00 | 195.00 |
| 4/30/2025 | Analysis of property issues | B130 | WSR | 0.20 | 650.00 | 130.00 |
| | **Total** | | | **194.90** | | **$108,340.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 4.10 | 650.00 | 2,665.00 |
| AWM | Abigail W. Mock | 38.50 | 400.00 | 15,400.00 |
| BAB | Brandon A. Brown | 31.10 | 650.00 | 20,215.00 |
| BWA | Brooke W. Altazan | 78.60 | 550.00 | 43,230.00 |
| KAH | Kimberly A. Heard | 2.40 | 300.00 | 720.00 |
| NJS | Nicholas J. Smeltz | 0.10 | 450.00 | 45.00 |
| WSR | William S. Robbins | 40.10 | 650.00 | 26,065.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 1.60 | 625.00 | 1,000.00 |
| B130 | Asset Disposition | 18.40 | 479.89 | 8,830.00 |
| B150 | Meetings of and Communications with Creditors | 4.20 | 590.48 | 2,480.00 |
| B160 | Fee/Employment Applications | 10.50 | 510.95 | 5,365.00 |
| B170 | Fee/Employment Objections | 1.00 | 580.00 | 580.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 32.60 | 529.29 | 17,255.00 |
| B220 | Employee Benefits/Pensions | 6.30 | 555.56 | 3,500.00 |
| B310 | Claims Administration and Objections | 2.40 | 566.67 | 1,360.00 |
| B320 | Plan and Disclosure Statement (Including Business | 117.90 | 576.51 | 67,970.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 4/8/2025 | Mileage to/from New Orleans for mediation and parking on April 3, 2025 | 140.44 |
| 4/8/2025 | Mileage to/from New Orleans for medication and parking on April 1, 2025 | 132.40 |
| 4/8/2025 | Mileage to/from New Orleans for mediation and parking on April 2, 2025 | 132.40 |
| 4/30/2025 | Postage for April 2025 | 134.40 |
| 4/30/2025 | Everlaw for April 2025 | 1,712.00 |
| 4/30/2025 | Copies for April 2025 | 134.40 |
| 4/30/2025 | Lexis for April 2025 | 146.00 |
| | **Total DISBURSEMENTS** | **$2,532.04** |

| | **Total** | **$110,872.04** |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

---

### FORTY-NINTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING MAY 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Ninth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending May 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.       SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $66,784.00 (80% of $83,480.00) |
| Total Expenses: | $1,986.21 |
| Total: | $68,770.21 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $68,770.21 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:        July 1, 2025                        **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                    By:     */s/ Paul Douglas Stewart, Jr.*
                                            Paul D. Stewart (LA. Bar # 24661)
                                            dstewart@stewartrobbins.com
                                            William S. Robbins (La. #24627)
                                            wrobbins@stewartrobbins.com
                                            Brandon A. Brown (La. #25592)
                                            bbrown@stewartrobbins.com
                                            Brooke W. Altazan (La. # 32796)
                                            baltazan@stewartrobbins.com
                                            301 Main Street; Suite 1640
                                            Baton Rouge, LA 70801
                                            Telephone: (225) 231-9998
                                            Facsimile: (225) 709-9467

                                            *Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – May 1, 2025 – May 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

July 1, 2025

File #:  639-001
Invoice #:      1692

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|---|---|---|---|---|---|---|
| 5/1/2025 | Attend Court's status conference (2.0); Review Court's orders continuing status conference and scheduling new status conference (.20); Correspondence to Commercial Committee re: BRG issues from status conference (.40) | B320 | BWA | 2.60 | 550.00 | 1,430.00 |
| 5/1/2025 | Correspondence to Commercial Committee re: Survivors' motion to dismiss, et al (1.20); Review order granting motion to withdraw committee composition motion (.10) | B190 | BWA | 1.30 | 550.00 | 715.00 |
| 5/1/2025 | Receipt of motions for leave to file late SA claims | B310 | BWA | 0.20 | 550.00 | 110.00 |
| 5/1/2025 | Correspondence from Debtor's counsel re: Hope Haven | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 5/1/2025 | Review and revise comm ctee communication re: motion to dismiss | B190 | BAB | 0.40 | 650.00 | 260.00 |
| 5/2/2025 | Email from Dundon re CRI document production; upload to Everlaw | B130 | KAH | 0.20 | 300.00 | 60.00 |
| 5/2/2025 | Communication with Dundon re: documents received from Debtor | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 5/2/2025 | Cursory review of Survivor's motion to expedite hearing on dismissal and related motions, review Debtor's response | B190 | BWA | 0.80 | 550.00 | 440.00 |
| 5/5/2025 | Analysis of mediation efforts and case status | B320 | BWA | 0.50 | 550.00 | 275.00 |
| 5/5/2025 | Review motions for leave to file late sexual abuse claims | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 5/5/2025 | Review Hope Haven lease | B130 | BWA | 0.40 | 550.00 | 220.00 |
| 5/5/2025 | Review Court's order on Survivors' Motion for Expedited Hearing, analysis of same (.30); Prepare response to Motion to Seal filed by Survivors (1.0) | B190 | BWA | 1.30 | 550.00 | 715.00 |
| 5/5/2025 | Review Schubert's filed Verified Statement | B110 | BWA | 0.10 | 550.00 | 55.00 |
| 5/5/2025 | analysis of dismissal motion and Rule to Show Cause issues | B190 | WSR | 1.20 | 650.00 | 780.00 |

| 5/7/2025 | Communications with H. Barlow re Debtor's Document Production | B320 | AWM | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|---|
| 5/7/2025 | Standing call with Debtor, post-analysis of same (.50); Communication with Dundon and Debtor re: outstanding discovery requests (.30) | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 5/7/2025 | Review and analysis of UST's response to BRG breach | B110 | BWA | 0.50 | 550.00 | 275.00 |
| 5/7/2025 | Review and analyze UST reply re: BRG data breach issue | B190 | BAB | 0.70 | 650.00 | 455.00 |
| 5/7/2025 | emails from Dundon regarding discovery | B320 | WSR | 0.30 | 650.00 | 195.00 |
| 5/7/2025 | Analysis of dismissal issues | B190 | WSR | 0.40 | 650.00 | 260.00 |
| 5/8/2025 | File B. Altazan notice of appearance | B320 | KAH | 0.10 | 300.00 | 30.00 |
| 5/8/2025 | Receipt and review of correspondence from Kroll re: additional information for pension analysis | B220 | BWA | 0.30 | 550.00 | 165.00 |
| 5/8/2025 | Receive Kroll invoice, preliminary review | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 5/8/2025 | Attention to electronic appearance and attend Status Conference | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 5/8/2025 | attention to BRG Disclosure and case dismissal issues | B110 | WSR | 0.50 | 650.00 | 325.00 |
| 5/12/2025 | Prepare for Commercial Committee meeting | B150 | BWA | 0.30 | 550.00 | 165.00 |
| 5/12/2025 | Receipt and preliminary review of Hope Haven sale pleadings | B130 | BWA | 0.40 | 550.00 | 220.00 |
| 5/12/2025 | Review order on stipulation to file late filed sexual abuse claims | B310 | BWA | 0.10 | 550.00 | 55.00 |
| 5/12/2025 | Review Court's order continuing hearings on fee applications | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 5/12/2025 | review and analyze dismissal issues | B310 | WSR | 0.60 | 650.00 | 390.00 |
| 5/13/2025 | Prepare for and conduct Commercial Committee meeting, post-meeting analysis of issues | B150 | BWA | 4.60 | 550.00 | 2,530.00 |
| 5/13/2025 | Review SRBA pre-bill and other professionals' invoices | B160 | BWA | 1.40 | 550.00 | 770.00 |
| 5/13/2025 | Communication with Chambers re: status conference and review order cancelling same | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 5/13/2025 | Review and revise communication to comm ctee re: upcoming hearings and recommendations | B150 | BAB | 0.50 | 650.00 | 325.00 |
| 5/13/2025 | tc with Dundon regarding dismissal and other issues (.4); analysis of dismissal / plan issues (.5) | B190 | WSR | 0.90 | 650.00 | 585.00 |
| 5/14/2025 | Prepare responses to SAS' pleadings (.40); Review SAS's Notice of Agenda (.10) | B190 | BWA | 0.50 | 550.00 | 275.00 |

| Date | Description | Code | Atty | Hours | Rate | Amount |
|------|-------------|------|------|-------|------|--------|
| 5/14/2025 | Prepare for and attend standing call with Debtor's counsel (.60); Communication with chambers re: cancelled status conference, attention to same (.50); Review Court's Amended Order cancelling status conference (.10); Attention to plan issues, analysis of same (.50) | B320 | BWA | 1.70 | 550.00 | 935.00 |
| 5/14/2025 | Analysis of Commercial Committee composition | B110 | BWA | 2.30 | 550.00 | 1,265.00 |
| 5/14/2025 | Attention to Hope Haven sale status | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 5/14/2025 | review proposed preliminary response to MT dismiss (.3); review proposed response to Motion to Consider Sealed documents (.2 | B190 | WSR | 0.50 | 650.00 | 325.00 |
| 5/14/2025 | review and analyze Bylaws and issues pertaining to membership | B110 | WSR | 0.60 | 650.00 | 390.00 |
| 5/14/2025 | Review and revise response to abuse survivors' motion to dismiss, for evidentiary hearing, and for 2004 exam, and motion to consider whether materials should be sealed | B190 | BAB | 0.50 | 650.00 | 325.00 |
| 5/14/2025 | Review and analyze memo on removal of ex officio members under committee bylaws (0.6); analyze issues with removal of member and present position of Argent (1.0) | B110 | BAB | 1.60 | 650.00 | 1,040.00 |
| 5/15/2025 | Review, summarize Hope Haven sale pleadings and communication with chambers and Debtor's counsel re: expedited hearing on same | B130 | BWA | 1.70 | 550.00 | 935.00 |
| 5/15/2025 | Edits to responses to SAS's pleadings | B190 | BWA | 0.30 | 550.00 | 165.00 |
| 5/15/2025 | Attention to financial analysis needs related to potential confirmation issues | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 5/15/2025 | Communication with Commercial Committee re: meeting and responses to pleadings | B150 | BWA | 0.70 | 550.00 | 385.00 |
| 5/15/2025 | Communication with Kroll and Debtor's counsel re: needed pension information | B220 | BWA | 0.50 | 550.00 | 275.00 |
| 5/15/2025 | consider feasibility issues (.7); tc with Dundon regarding feasibility and other case issues (.3); | B320 | WSR | 1.00 | 650.00 | 650.00 |
| 5/15/2025 | Multiple communications with FA re: feasibility report status, issues | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 5/15/2025 | Compare versions of Sale Order for Hope Haven | B130 | AWM | 0.50 | 400.00 | 200.00 |
| 5/15/2025 | correspondence to committee regarding meeting | B150 | WSR | 0.20 | 650.00 | 130.00 |
| 5/16/2025 | Communication with Commercial Committee re: meeting | B150 | BWA | 0.50 | 550.00 | 275.00 |
| 5/16/2025 | Attention to and communication with Debtor's counsel re: outstanding invoice amounts | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 5/16/2025 | Debtor's communication with chambers re: proposed order on motion to expedite hearing (Hope Haven) | B130 | BWA | 0.20 | 550.00 | 110.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/19/2025 | Revisions to April invoice. | B160 | KAH | 0.90 | 300.00 | 270.00 |
| 5/19/2025 | Prepare April MFS for SRBA, Dundon and Kroll | B160 | KAH | 0.60 | 300.00 | 180.00 |
| 5/19/2025 | Commercial Committee meeting re: committee composition (.30), draft related correspondence and further communication with Commercial Committee (1.30) | B150 | BWA | 1.60 | 550.00 | 880.00 |
| 5/19/2025 | Review SAS' Motion to Continue Hearing on dismissal pleadings, communication with chambers re: same (.60); Monitor communication between Debtor's counsel, SAS' counsel, and chambers re: expedited hearing on Sontchi extension motion (.30) | B190 | BWA | 0.90 | 550.00 | 495.00 |
| 5/19/2025 | Receipt and review of email from Debtor's counsel re: pension questions | B220 | BWA | 0.30 | 550.00 | 165.00 |
| 5/19/2025 | meeting with committee regarding ex officio member (.4); review / review correspondence regarding same (.4) | B150 | WSR | 0.80 | 650.00 | 520.00 |
| 5/19/2025 | Communications with B. Altazan and W. Robbins re plan confirmation issues. | B320 | PDS | 1.30 | 650.00 | 845.00 |
| 5/19/2025 | analysis of settlement issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 5/19/2025 | Analyze issues with removal of Argent as ex officio member; review and revise letter to same re: same | B150 | BAB | 0.60 | 650.00 | 390.00 |
| 5/19/2025 | Prepare for and participate in comm ctee conference call re: Argent removal, other upcoming issues | B150 | BAB | 0.40 | 650.00 | 260.00 |
| 5/20/2025 | Finalize April monthly fee statements for circulation; emails with B. Altazan and W. Robbins related to same. | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 5/20/2025 | Draft and send recommendation to Commercial Committee re: numerous issues, including SAS' dismissal pleadings, Order to Show Cause, and Sontchi extension motion (2.40); Review email from chambers re: order expediting hearing on Sontchi motion (.10); Review Order granting motion to continue SAS pleadings (.10); Review amended order granting motion to continue SAS pleadings, and Correspondence from chambers re: same (.20) | B190 | BWA | 2.80 | 550.00 | 1,540.00 |
| 5/20/2025 | Communication with Commercial Committee members, counsel for Argent, the Debtor, Abuse Committee, and UCC re: Argent's ex officio status | B110 | BWA | 1.80 | 550.00 | 990.00 |
| 5/20/2025 | Communication with Dundon re: outstanding discovery (.10); Analysis of certain plan issues (.70) | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 5/20/2025 | Communication with Kroll re: pension issues | B220 | BWA | 0.40 | 550.00 | 220.00 |
| 5/20/2025 | Oversee finalization of monthly fee statements for Commercial Committee professionals | B160 | BWA | 0.50 | 550.00 | 275.00 |

| 5/20/2025 | Attention to Hope Haven pleadings changes | B130 | BWA | 0.40 | 550.00 | 220.00 |
|---|---|---|---|---|---|---|
| 5/20/2025 | Correspondence with H. Barlow re Debtor's Document Production | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 5/20/2025 | Analyze plan issues in light of information on upcoming plan deal and treatment of unsecured creditors | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 5/20/2025 | review of summary of plan discussion for commercial committee and related communications with B. Altazan. | B320 | PDS | 0.60 | 650.00 | 390.00 |
| 5/20/2025 | Analyzing revisions to Hope Haven Pleading | B130 | AWM | 0.50 | 400.00 | 200.00 |
| 5/20/2025 | review / revise correspondence to UST and others | B110 | WSR | 0.40 | 650.00 | 260.00 |
| 5/20/2025 | Final revisions to and analysis of Argent letter | B110 | BAB | 0.30 | 650.00 | 195.00 |
| 5/20/2025 | Analyze confidentiality issues relating to Argent removal and committee bylaws in light of parties' request for additional information | B110 | BAB | 0.30 | 650.00 | 195.00 |
| 5/20/2025 | Review and analyze Motion to Continue MT Dismiss and also opposition to mediator issues | B190 | WSR | 0.50 | 650.00 | 325.00 |
| 5/21/2025 | Correspondence to Commercial Committee members re: proposed Hope Haven sale | B130 | BWA | 1.20 | 550.00 | 660.00 |
| 5/21/2025 | Telephone conference with Dundon re: plan feasibility issues, post-analysis of same (1.50); Communication with Dundon and Debtor re: outstanding and needed discovery (.60); Communication with Debtor's counsel re: hearing on Sontchi extension, receipt of related motion and motion to expedite hearing on (.60) | B320 | BWA | 2.70 | 550.00 | 1,485.00 |
| 5/21/2025 | Analysis of order continuing hearing vs. Court's amended version | B190 | BWA | 0.30 | 550.00 | 165.00 |
| 5/21/2025 | analysis of various confirmation issues in light of recent developments (.8(); conference with Dundon regarding updated projections / reports (1.0) | B320 | WSR | 1.80 | 650.00 | 1,170.00 |
| 5/21/2025 | Communications with H. Barlow re Debtor's Document Production | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 5/21/2025 | Reviewing and analyzing the Court's Order Granting Motion To Continue Hearings [Docs. No. 4018 & 4019] | B190 | AWM | 0.20 | 400.00 | 80.00 |
| 5/21/2025 | Prepare for and participate in conference with Dundon re: feasibility model and explanation of same | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 5/21/2025 | Zoom call with Dundon re confirmation issues and reports (.8); Zoom call with B. Altazan, W. Robbins, and B. Brown re confirmation issues (.6); receipt and detailed review of model from Dundon (1.3). | B320 | PDS | 2.70 | 650.00 | 1,755.00 |

| Date | Description | | | | | |
|------|-------------|------|------|------|--------|----------|
| 5/22/2025 | Review order granting motion to expedite hearing on Perry/Sontchi (.10); Recommendation to Commercial Committee re: Perry/Sontchi extension motion (1.10); Review and analyze SAS' objection to Perry/Sontchi extension (.50); Communication with Dundon and the Debtor re: recently-filed MOU and related discovery (.60); Receipt of and cursory review of non-monetary agreements (.50) | B320 | BWA | 2.80 | 550.00 | 1,540.00 |
| 5/22/2025 | Analysis of bylaws and communication with Commercial Committee members re: proxy votes | B150 | BWA | 2.20 | 550.00 | 1,210.00 |
| 5/22/2025 | review settlement pleadings | B310 | WSR | 0.40 | 650.00 | 260.00 |
| 5/22/2025 | Analysis of plan term sheet | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 5/22/2025 | Analyze issues re: quorum requirements for committee votes, proxy participation | B150 | BAB | 0.90 | 650.00 | 585.00 |
| 5/22/2025 | receipt and detailed review of settlement term sheet and comparison to assumptions in current financial analysis and related communications with Dundon, B. Altazan, W. Robbins, and B. Brown (2.0); communication with Firm and Commercial Committee members re upcoming plan-related decisions and events (.2). | B320 | PDS | 2.20 | 650.00 | 1,430.00 |
| 5/23/2025 | Attend hearing on Perry/Sontchi term extension, post-conference analysis and formulation of next steps (1.90), Correspondence from Debtor's counsel to chambers re: proposed order (.10), Review Court's Order extending terms (.10); Communication with Debtor's counsel re: standing call scheduling (.20); Review Court's order scheduling status conference (.10); Communication with Dundon't re: plan projections, analysis of same (.50) | B320 | BWA | 2.90 | 550.00 | 1,595.00 |
| 5/23/2025 | Receipt of BRG's response to UST's questions related to data breach | B110 | BWA | 0.10 | 550.00 | 55.00 |
| 5/23/2025 | Review and analyze updated model from Dundon incorporating the proposed plan term sheet | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 5/23/2025 | Receipt and detailed review of updated financial analysis from Dundon and related communication with B. Altazan (2.0); draft/revise letter to Debtor, Apostolets, and Committee relating to treatment of commercial unsecured creditors and reltated communications with B.Altazan, W. Robbins, and B. Brown (3.2). | B320 | PDS | 5.20 | 650.00 | 3,380.00 |

| 5/27/2025 | Review/revise correspondence to counsel for Debtor, Apostolates, and Abuse Committee re: plan issues, analysis of related issues (3.80), draft correspondence to Commercial Committee re: same (.80); Communication with Debtor's counsel re: standing call, attention to rescheduling same (.60) | B320 | BWA | 5.20 | 550.00 | 2,860.00 |
|---|---|---|---|---|---|---|
| 5/27/2025 | Review BRG's response to UST's questions | B110 | BWA | 0.60 | 550.00 | 330.00 |
| 5/27/2025 | research / analysis regarding Absolute Priority and other plan issues | B320 | WSR | 1.20 | 650.00 | 780.00 |
| 5/27/2025 | Receipt and review of debtor's April MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 5/27/2025 | Analyze research on whether debtor is subject to absolute priority rule | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 5/27/2025 | Communication with B. Altazan, W. Robbins, and B. Brown re letter to Debtors, Apostolates, and Committee (.4); continued critical review of Commercial Committee financial analysis and MOR's (3.5). | B320 | PDS | 3.90 | 650.00 | 2,535.00 |
| 5/27/2025 | analysis of application of absolute priority rule in plan confirmation involving non profits | B320 | NJS | 4.50 | 450.00 | 2,025.00 |
| 5/27/2025 | analysis of Apostolates'' ability to qualify as small business debtors for subchapter V | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 5/28/2025 | Continued revisions to letter to counsel for Debtor/Apostolates/Abuse Committee re: plan issues, communication with Commercial Committee re: same (1.40); Prepare for (.30), attend (.70) and post-analysis of (.30) standing call; Telephone conference with Dundon re: plan issues (.40); Attention to setting up call with Abuse Committee (.20); | B320 | BWA | 3.30 | 550.00 | 1,815.00 |
| 5/28/2025 | analysis of plan, absolute priority, unfair discrimination and other confirmation and dismissal issues (.8(); emails from Dundon regarding same (.2); email to/from Mr. Kuebel regarding meeting (.1) | B320 | WSR | 1.10 | 650.00 | 715.00 |
| 5/28/2025 | Analyze issues raised by debtor's counsel re: plan terms, possible avenues to confirmation, upcoming filing of apostolates | B320 | BAB | 1.40 | 650.00 | 910.00 |
| 5/28/2025 | Critical analysis of Firm work product relating to plan confirmation issue and related communications with B. Altazan. | B320 | PDS | 3.30 | 650.00 | 2,145.00 |
| 5/28/2025 | Correspondence with Kroll re Debtor's April MOR | B220 | AWM | 0.10 | 400.00 | 40.00 |
| 5/28/2025 | Analyze issues with latest draft of letter to parties re: plan terms and comm ctee concerns, review and revise same | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 5/28/2025 | Review communication to comm ctee re: proposed correspondence to plan parties re: comm ctee concerns | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 5/28/2025 | continue research and analysis of absolute priority rule in bankruptcy cases involving non-profits | B320 | NJS | 1.60 | 450.00 | 720.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 5/29/2025 | Review, analyze absolute priority rule applicability (.80); Finalize communication to counsel for Debtor/Apostolates/Abuse Committee re: plan issues, consider holding (.90); Attention to setting up call with Abuse Committee re: plan issues (.60) | B320 | BWA | 2.30 | 550.00 | 1,265.00 |
| 5/29/2025 | review and analyze discrimination and absolute priority issues (2.7); tc with Mr. Kuebel regarding same and follow up emails to / from (.5) | B320 | WSR | 3.20 | 650.00 | 2,080.00 |
| 5/29/2025 | Continued detailed review of confirmation issues relating to Commercial Committee raised by Debtor, Apostolates, and Committee and related communications with B. Altazan and N. Smeltz. | B320 | PDS | 3.30 | 650.00 | 2,145.00 |
| 5/29/2025 | continue research and analysis for application of absolute priority rule for plan confirmation involving non-profits | B320 | NJS | 1.70 | 450.00 | 765.00 |
| 5/30/2025 | Attend status conference (2.80), analysis of same and next steps (.50); Communication with Abuse Committee re: rescheduling call (.80);Telephone conference with Abuse Committee re: plan issues (1.0) and post analysis of same (.80); Communication with Debtor's counsel re: rescheduling standing call (.40) | B320 | BWA | 6.30 | 550.00 | 3,465.00 |
| 5/30/2025 | Review BRG's amended declaration | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 5/30/2025 | attend heating / status conference (.8); analysis of claims and confirmation issues (2.3); conference with Abuse Committee counsel regarding confirmation / cramdown issues (1.0) | B320 | WSR | 4.10 | 650.00 | 2,665.00 |
| 5/30/2025 | Meeting with B. Altazan, W. Robbins, S. Bryant, and R. Kuebel re potential plan | B320 | AWM | 0.50 | 400.00 | 200.00 |
| 5/30/2025 | Attend portion of status conference to address plan and disclosure statement (1.5); Analyze confirmation strategy for primary issues relating to proposed plan and disclosure statement and related Zoom call with W. Robbins and B. Altazan to discuss Commercial Committee strategy and timeline (4.1). | B320 | PDS | 5.60 | 650.00 | 3,640.00 |
| **Total** | | | | **143.40** | | **$83,480.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 28.10 | 650.00 | 18,265.00 |
| AWM | Abigail W. Mock | 2.10 | 400.00 | 840.00 |
| BAB | Brandon A. Brown | 15.00 | 650.00 | 9,750.00 |
| BWA | Brooke W. Altazan | 67.10 | 550.00 | 36,905.00 |
| KAH | Kimberly A. Heard | 2.10 | 300.00 | 630.00 |
| NJS | Nicholas J. Smeltz | 8.80 | 450.00 | 3,960.00 |
| WSR | William S. Robbins | 20.20 | 650.00 | 13,130.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 9.60 | 593.75 | 5,700.00 |
| B130 | Asset Disposition | 5.70 | 514.91 | 2,935.00 |
| B150 | Meetings of and Communications with Creditors | 13.30 | 575.56 | 7,655.00 |
| B160 | Fee/Employment Applications | 4.50 | 450.00 | 2,025.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 13.50 | 585.56 | 7,905.00 |
| B220 | Employee Benefits/Pensions | 1.60 | 540.63 | 865.00 |
| B310 | Claims Administration and Objections | 1.70 | 608.82 | 1,035.00 |
| B320 | Plan and Disclosure Statement (Including Business | 93.50 | 592.09 | 55,360.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 4/30/2025 | Additional Lexis for April 2025 | 55.25 |
| 5/31/2025 | Pacer for May 2025 | 16.70 |
| 5/31/2025 | Lexis for May 2025 | 136.26 |
| 5/31/2025 | Copies for May 2025 | 66.00 |
| 5/31/2025 | Everlaw for May 2025 | 1,712.00 |
| | **Total DISBURSEMENTS** | **$1,986.21** |

| | | |
|---|---|---|
| | **Total** | **$85,466.21** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

**FIFTIETH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JUNE 30, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fiftieth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending June 30, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.       SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $118,164.00 (80% of $147,705.00) |
| Total Expenses: | $3,096.67 |
| Total: | $121,260.67 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $121,260.67 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:   July 18, 2025                    **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                    By:    */s/ Paul Douglas Stewart, Jr.*
                                           Paul D. Stewart (LA. Bar # 24661)
                                           dstewart@stewartrobbins.com
                                           William S. Robbins (La. #24627)
                                           wrobbins@stewartrobbins.com
                                           Brandon A. Brown (La. #25592)
                                           bbrown@stewartrobbins.com
                                           Brooke W. Altazan (La. # 32796)
                                           baltazan@stewartrobbins.com
                                           301 Main Street; Suite 1640
                                           Baton Rouge, LA 70801
                                           Telephone: (225) 231-9998
                                           Facsimile: (225) 709-9467

                                           *Counsel for the Official Committee of Unsecured*
                                           *Commercial Creditors of The Roman Catholic*
                                           *Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – June 1, 2025 – June 30, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

July 17, 2025

File #:  639-001
Invoice #:     1695

**RE:** Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 6/2/2025 | Review order scheduling status conference | B320 | BWA | 0.10 | 550.00 | 55.00 |
| 6/2/2025 | Correspondence from Kroll re pension issues | B220 | BWA | 0.10 | 550.00 | 55.00 |
| 6/3/2025 | Correspondence with H. Barlow re debtor's document production | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 6/3/2025 | Attention to outstanding discovery and communication with Dundon re: same | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 6/3/2025 | Communication with Kroll and team re catchup call | B220 | PDS | 0.10 | 650.00 | 65.00 |
| 6/3/2025 | Communication with Kroll team re: pension meeting, internal communications re: same | B220 | BWA | 0.60 | 550.00 | 330.00 |
| 6/4/2025 | analysis of confirmation / scheduling issues | B320 | WSR | 0.60 | 650.00 | 390.00 |
| 6/4/2025 | analysis of deadlines to file fee applications to provide adequate time for professional and committee review | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 6/4/2025 | Communications with Debtor re payment of hold-back and current fee due. | B160 | PDS | 0.40 | 650.00 | 260.00 |
| 6/4/2025 | Analysis of likely critical plan issues and Court's proposed litigation schedule and related communications with N. Smeltz, B. Altazan, B. Brown and W. Robbins. | B320 | PDS | 2.30 | 650.00 | 1,495.00 |
| 6/4/2025 | Standing call with Debtor, post-analysis of same (1.20); Attention to absolute priority rule research (.50) | B320 | BWA | 1.70 | 550.00 | 935.00 |
| 6/4/2025 | Attention to outstanding invoices | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 6/4/2025 | Analyze issues re: application of absolute priority rule to diocesan cases | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 6/4/2025 | continue research and analysis for application of absolute priority rule for plan confirmation involving non-profits | B320 | NJS | 1.90 | 450.00 | 855.00 |
| 6/5/2025 | analysis of dismissal issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 6/5/2025 | Communication with B. Altazan and W. Robbins re status conference and call with Debtor. | B320 | PDS | 0.20 | 650.00 | 130.00 |

| 6/5/2025 | Communication with L. Eagan, Debtor's counsel, Dundon, and Kroll re: outstanding invoices, analysis of same (2.0); Review MOR re: ordinary course professionals cap (.30) | B160 | BWA | 2.30 | 550.00 | 1,265.00 |
|---|---|---|---|---|---|---|
| 6/5/2025 | Communication with counsel for Abuse Committee and Debtor re: plan issues call (.40); Correspondence from S. Oppenheim re: proposed confirmation timeline (.20) | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 6/5/2025 | Review Certificate of No Objection, Memo to Record, and email from S. Oppenheim to chambers re: Hope Haven sale | B130 | BWA | 0.30 | 550.00 | 165.00 |
| 6/5/2025 | Analysis of next steps related to Order to Show Cause and dismissal pleadings (.40); Attention to Notice of Appearances for tomorrow's hearings (.30) | B320 | BWA | 0.70 | 550.00 | 385.00 |
| 6/6/2025 | attend status conference (1.0); analysis of plan treatment and litigation issues (2.3); analysis of SBE and related theories and applicabitlity (1.3); analysis of confirmation scheduling and evidenciiary issues (2.2) | B320 | WSR | 6.80 | 650.00 | 4,420.00 |
| 6/6/2025 | Attend status conference relating to confirmation litigation schedule (1.6) and related meeting with B. Altazan and W. Robbins (.6). | B320 | PDS | 2.20 | 650.00 | 1,430.00 |
| 6/6/2025 | Attend Court's status conference (1.50), analysis of issues related to same including the status of responses to Order to Show Cause and dismissal pleadings, thoughts on proposed scheduling order, and compilation of soft discovery (1.90); Analysis of SBE/alter ego/substantive consolidation issues (.50); Review Court's order scheduling status conference (.10); Communication with counsel for the Apostolates, Debtor, and Abuse Committee re: plan issues call (.40) | B320 | BWA | 4.40 | 550.00 | 2,420.00 |
| 6/6/2025 | Communication with Dundon, Kroll, and Lee Eagan re: outstanding invoices | B160 | BWA | 1.90 | 550.00 | 1,045.00 |
| 6/6/2025 | Review Sale Order re: Hope Haven (.10), Correspondence from Debtor's counsel re: segregation of sale proceeds (.10) | B130 | BWA | 0.20 | 550.00 | 110.00 |
| 6/6/2025 | Review motions for leave to file late sexual abuse claims | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 6/7/2025 | continue research and analysis for application of absolute priority rule for plan confirmation involving non-profits | B320 | NJS | 2.60 | 450.00 | 1,170.00 |
| 6/9/2025 | analysis of property / lease / ROFR issues | B130 | WSR | 0.30 | 650.00 | 195.00 |
| 6/9/2025 | continued analysis of dismissal issues (.8); analysis of claims valuation and other confirmation issues (.6) | B320 | WSR | 1.40 | 650.00 | 910.00 |
| 6/9/2025 | Analysis of Commercial Committee strategy and related timeline and assignments. | B320 | PDS | 1.30 | 650.00 | 845.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/9/2025 | Analyzing Order Granting Motion for Sale of Hope Haven Site | B130 | AWM | 0.30 | 400.00 | 120.00 |
| 6/9/2025 | Review motion for leave to file late sexual abuse claim | B310 | BWA | 0.20 | 550.00 | 110.00 |
| 6/9/2025 | Research and draft response to motion to dismiss case | B190 | BWA | 2.10 | 550.00 | 1,155.00 |
| 6/9/2025 | Prepare for Commercial Committee meeting | B150 | BWA | 1.00 | 550.00 | 550.00 |
| 6/9/2025 | Communication with Dundon re: claims and plan analysis, set up meeting for same (1.0); Analysis of soft discovery deadlines and needs (.50) | B320 | BWA | 1.50 | 550.00 | 825.00 |
| 6/9/2025 | Meeting with Kroll re: pension issues, post-analysis of same | B220 | BWA | 0.50 | 550.00 | 275.00 |
| 6/9/2025 | Attention to differences between proposed Hope Haven sale order and sale order actually entered | B130 | BWA | 0.30 | 550.00 | 165.00 |
| 6/9/2025 | continue analysis of applicability of absolute priority rule when a non-profit debtor seeks to confirm a plan | B320 | NJS | 0.60 | 450.00 | 270.00 |
| 6/9/2025 | conference with Pension experts regarding updates and other matters | B220 | WSR | 0.40 | 650.00 | 260.00 |
| 6/9/2025 | Conducting research re 11 USC 1112 Conversion or Dismissal of chapter 11 bankruptcy case | B320 | AWM | 2.50 | 400.00 | 1,000.00 |
| 6/9/2025 | Continue drafting motion to clarify/amend prior Commercial Committee orders | B320 | BWA | 2.80 | 550.00 | 1,540.00 |
| 6/10/2025 | continue analysis of applicability of absolute priority rule in plan confirmations involving a non-profit entity | B320 | NJS | 3.20 | 450.00 | 1,440.00 |
| 6/10/2025 | review and analyze committee duties / responsibilities (1.5); emails regarding scheduling issues (.3); prepare for and meet with Dundon regarding claims valuation (1.4); | B320 | WSR | 3.20 | 650.00 | 2,080.00 |
| 6/10/2025 | attend anticipated committee meeting (.3) | B150 | WSR | 0.30 | 650.00 | 195.00 |
| 6/10/2025 | Analysis of valuation issues relating to abuse claims in preparation for meeting with Dundon (2.7) and participation in related Zoom call (1.0); analysis of several confirmation issues confronting Commercial Committee (1.5) and related Zoom with W. Robbins, B. Brown, and B. Altazan (1.0); | B320 | PDS | 6.20 | 650.00 | 4,030.00 |
| 6/10/2025 | Attend Commercial Committee meeting (.20); Attention to future Commercial Committee meeting scheduling (.10) | B150 | BWA | 0.30 | 550.00 | 165.00 |
| 6/10/2025 | Communication with Abuse Committee and Debtor's counsel re: Oakmere lease pleadings | B130 | BWA | 0.70 | 550.00 | 385.00 |
| 6/10/2025 | Communication with L. Eagan re: outstanding invoices | B160 | BWA | 0.20 | 550.00 | 110.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 6/10/2025 | Analyze issues re: soft discovery needs for plan, motion to dismiss, timeline for confirmation | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 6/10/2025 | Continued conducting research re 11 USC 1112 Conversion or Dismissal of chapter 11 bankruptcy case (1.8); Drafting memo re 1112 research (3.0) | B320 | AWM | 4.80 | 400.00 | 1,920.00 |
| 6/10/2025 | Telephone conference with Dundon re: sexual abuse claims and plan issues (1.0); Analysis of potential plan issues and strategy session re: same (1.90); Communication with counsel for Debtor, UST, insurers, sexual abuse claimants, Apostolates, and Argent re: draft proposed timeline, and attention to Commercial Committee's own proposal (2.40); Attention to committee conflicts issues (.50); Communication with Debtor's counsel re: standing call (.30) | B320 | BWA | 6.10 | 550.00 | 3,355.00 |
| 6/10/2025 | Attention to 1112(b)(3) research | B190 | BWA | 0.10 | 550.00 | 55.00 |
| 6/11/2025 | review and analyze proposed timeline and related matters (1.2); analysis of dismissal and other confirmation issues (1.0) | B320 | WSR | 2.20 | 650.00 | 1,430.00 |
| 6/11/2025 | continue analysis of applicability of absolute priority rule to non-profits attempting to cramdown a chapter 11 plan | B320 | NJS | 4.60 | 450.00 | 2,070.00 |
| 6/11/2025 | zoom call with D. Stewart, W. Robbins, B. Brown, B. Altazan, and A. Mock re plan confirmation timeline | B320 | NJS | 0.30 | 450.00 | 135.00 |
| 6/11/2025 | Analysis of proposed plan confirmation schedule and draft/revise Comm Comm competing schedule and multiple related communications with B. Altazan, W. Robbins, and B. Brown (7.4); attend Zoom call to discuss litigation schedule with parties to case (.6). | B320 | PDS | 8.00 | 650.00 | 5,200.00 |
| 6/11/2025 | Conducting research re 11 USC 1102 and the Fiduciary Duty of Creditors' Committees (5.0); Drafting research memo on same (1.7) | B320 | AWM | 6.70 | 400.00 | 2,680.00 |
| 6/11/2025 | Draft response to dismissal motion and Order to Show Cause, telephone conference with Debtor's counsel re: same | B190 | BWA | 1.70 | 550.00 | 935.00 |
| 6/11/2025 | Communication with counsel for insurers, sexual abuse claimants re: proposed confirmation timeline, analysis of same and formulation of own proposed timeline (2.0); Draft correspondence to Commercial Committee re: confirmation timeline, communication with members re: same (1.20); Attention to soft discovery requests, task to associate and communication with Dundon re: same (1.20) | B320 | BWA | 4.40 | 550.00 | 2,420.00 |
| 6/11/2025 | Receipt of invoice from Dundon | B160 | BWA | 0.10 | 550.00 | 55.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 6/11/2025 | Review latest draft of proposed litigation timeline for submission to court | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 6/11/2025 | Revising citations for Commerical Committee's Notice Statement Regarding Proposed Scheduling Order | B320 | AWM | 0.40 | 400.00 | 160.00 |
| 6/12/2025 | zoom call with D. Stewart, B. Altazan, Rick Kuebel (Abuse Committee counsel), S. Bryant (Abuse Committee counsel), D. Draper (Apostalates counsel), M. Mintz (Debtor counsel), and S. Oppenheim (Debtor counsel) re plan of reorganization matters | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 6/12/2025 | emails regarding timeline. Review pleadings regarding same | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 6/12/2025 | Receipt and review of proposed response to status conference and related communications with B. Altazan (1.4); Zoom call with Debtor, Apostolets, and Committee re treatment of commercial creditors in forthcoming plan and related internal discussions (1.3). | B320 | PDS | 2.70 | 650.00 | 1,755.00 |
| 6/12/2025 | Draft "response" to Plan Proponents' submitted proposed confirmation timeline (3.70); Communication with counsel for insurers, Debtor re: proposed confirmation timeline (.40); Call with Debtor and Abuse Committee counsel re: plan issues, post-analysis of same (1.10); Direction to associate re: "soft" discovery requests (.50) Communication with counsel for Abuse Committee and other parties in interest re: soft discovery meeting, internal communications re: same (.70); Research re: Commercial Committee's fiduciary duties to constituents (.10); Attention to GUC inventory (.50) | B320 | BWA | 7.00 | 550.00 | 3,850.00 |
| 6/12/2025 | Receipt and review of motions to appear pro hac and related orders granting same | B110 | BWA | 0.60 | 550.00 | 330.00 |
| 6/12/2025 | Further analysis of soft discovery needs | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 6/12/2025 | analysis regarding discovery needed in connection with plan confirmation and pending motion to dismiss bankruptcy | B320 | NJS | 1.70 | 450.00 | 765.00 |
| 6/12/2025 | Continued drafting research memo re 11 USC 1102 Creditors' Committee's fiduciary duties (3.9); Revise Commercial Committee's Notice Statement Regarding Proposed Scheduling Order (0.8) | B320 | AWM | 4.70 | 400.00 | 1,880.00 |
| 6/13/2025 | draft/revise written discovery for plan confirmation and bankruptcy dismissal | B320 | NJS | 4.30 | 450.00 | 1,935.00 |
| 6/13/2025 | Prepare for (.7) and attend (1.6) status conference relating to confirmation and dismissal litigation schedule and related communications with B. Altazan (.4) and litigation parties (.1). | B320 | PDS | 2.80 | 650.00 | 1,820.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 6/13/2025 | Attention to filing Notices of Appearance (.30); Attend status conference (1.60), post-analysis of same and attention to next steps (1.0); Task to paralegal re: transcript request (.40); Draft Motion to Clarify/Amend Commercial Committee orders (1.50); Communication with Abuse Committee and parties-in-interest's counsel re: soft discovery call, consider same (.40); Receipt and review of Court's order to postpone responses (.20) | B320 | BWA | 5.40 | 550.00 | 2,970.00 |
| 6/13/2025 | Analyze issues raised during status conference by court and other parties re: commercial committee composition, litigation timelines | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 6/13/2025 | Attention to electronic appearances for status conference | B320 | KAH | 0.10 | 300.00 | 30.00 |
| 6/15/2025 | Communication with Dundon re: "soft discovery" requests | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 6/16/2025 | continue to draft/revise written discovery for plan confirmation and bankruptcy dismissal | B320 | NJS | 3.20 | 450.00 | 1,440.00 |
| 6/16/2025 | Multiple communications with B. Altazan regarding confirmation strategy (.2); analysis of Committee composition issues (.7). | B320 | PDS | 0.90 | 650.00 | 585.00 |
| 6/16/2025 | Multiple communications with Dundon re: claims analysis issues | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 6/16/2025 | Review Motion to Amend Oakmere lease and related order granting motion to expedite, communication with Debtor's counsel re: same (1.10); Attention to Hope Haven sale proceeds (.20) | B130 | BWA | 1.30 | 550.00 | 715.00 |
| 6/16/2025 | Review Motion for Leave to file late sexual abuse claim and related motion to amend same | B310 | BWA | 0.50 | 550.00 | 275.00 |
| 6/16/2025 | Communication with Kroll re: outstanding invoices | B160 | BWA | 0.20 | 550.00 | 110.00 |
| 6/16/2025 | Attention to soft discovery requests preparation | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 6/16/2025 | Communication with Commercial Committee members re: rescheduling meeting | B150 | BWA | 0.30 | 550.00 | 165.00 |
| 6/16/2025 | Listen to recording of Court hearing related to constituency issues, begin drafting Motion to Clarify (1.60); Attention to request for transcript of same hearing (.20) | B320 | BWA | 1.80 | 550.00 | 990.00 |
| 6/17/2025 | continue drafting/revising discovery requests concerning plan confirmation and | B320 | NJS | 4.50 | 450.00 | 2,025.00 |
| 6/17/2025 | Review and revisions to soft discovery requests | B320 | BAB | 1.40 | 650.00 | 910.00 |
| 6/17/2025 | Communication with Commercial Committee members re: re-scheduling meeting, schedule same | B150 | BWA | 0.40 | 550.00 | 220.00 |

| 6/17/2025 | Communication with Dundon re: soft discovery requests | B320 | BWA | 0.10 | 550.00 | 55.00 |
| 6/17/2025 | Research and draft motion to amend/clarify | B320 | BWA | 4.20 | 550.00 | 2,310.00 |
| 6/18/2025 | continue drafting/revising discovery requests re plan confirmation and abuse survivors motion to dismiss | B320 | NJS | 2.30 | 450.00 | 1,035.00 |
| 6/18/2025 | draft/revise twelfth interim fee application for SRBA | B160 | NJS | 2.50 | 450.00 | 1,125.00 |
| 6/18/2025 | Review of proposed Commercial Committee soft discovery requests (1.5); communications with B. Altazan re fire and lease issues (.4). | B320 | PDS | 1.90 | 650.00 | 1,235.00 |
| 6/18/2025 | Review and revise latest draft of soft discovery for confirmation | B320 | BAB | 1.50 | 650.00 | 975.00 |
| 6/18/2025 | Prepare for (.10) and attend (.80) standing call with Debtor, post-analysis of same (.70); Review/revise soft discovery requests (3.10) | B320 | BWA | 4.70 | 550.00 | 2,585.00 |
| 6/18/2025 | Communication with Debtor's counsel re: questions related to Oakmere lease, draft recommendation to Commercial Committee, communication with Commercial Committee members re: same (1.0); Communication with Debtor's counsel re: Hope Haven sale and fire (.30) | B130 | BWA | 1.30 | 550.00 | 715.00 |
| 6/18/2025 | Analyze issues raised by latest conference with debtor counsel as to status of plan and other outstanding issues | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 6/19/2025 | continue drafting/revising SRBA twelfth interim fee application | B160 | NJS | 1.20 | 450.00 | 540.00 |
| 6/19/2025 | Review of proposed Commercial Committee soft discovery requests (1.9) and motion relating to Comm Committee composition (.6). | B320 | PDS | 2.50 | 650.00 | 1,625.00 |
| 6/19/2025 | Communication with Commercial Committee members re: Oakmere recommendation (.10); Attention to 3200 Canal offer (.10) | B130 | BWA | 0.20 | 550.00 | 110.00 |
| 6/19/2025 | Review motion to clarify order on committee composition | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 6/19/2025 | Review insurer's response to Motion to Dismiss case (.20) | B190 | BWA | 0.20 | 550.00 | 110.00 |
| 6/20/2025 | continue revising discovery requests concerning plan confirmation and motion to dismiss | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 6/20/2025 | draft/revise Dundon eleventh interim fee application | B160 | NJS | 1.50 | 450.00 | 675.00 |
| 6/20/2025 | circulate soft discovery re plan confirmation and motion to dismiss to chambers and parties in interest | B320 | NJS | 0.20 | 450.00 | 90.00 |
| 6/20/2025 | review proposed Motion to Clarify | B320 | WSR | 0.80 | 650.00 | 520.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 6/20/2025 | Completed review and analysis of (i) soft discovery requests and (ii) motion relating to Comm Comm composition and related communications with firm. | B320 | PDS | 7.50 | 650.00 | 4,875.00 |
| 6/20/2025 | Review and revise latest draft version of soft discovery requests | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 6/20/2025 | Review and analyze latest draft of motion to clarify committee comp | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 6/20/2025 | Attention to finalizing and transmitting Commercial Committee's soft discovery, receipt of other parties' soft discovery, and Correspondence from mediator re: same | B320 | BWA | 1.90 | 550.00 | 1,045.00 |
| 6/20/2025 | Review and analyze mediator response to Comm Ctee soft discovery requests, analyze issues raised by mediator and possible response to mediator re: same | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 6/20/2025 | Consider revisions to motion to clarify | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 6/21/2025 | Analysis of correspondence from mediator re: soft discovery | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 6/23/2025 | Review invoices/payments made for preparation of fee application. | B160 | KAH | 0.40 | 300.00 | 120.00 |
| 6/23/2025 | review and analyze revised Motion regarding constituency of committee (.7); analysis regarding mediator inquiry (.5); analysis regarding discovery, impairment, cramdown and related issues (1.2) | B320 | WSR | 2.40 | 650.00 | 1,560.00 |
| 6/23/2025 | continue drafting/revising SRBA eleventh interim fee application | B160 | NJS | 1.50 | 450.00 | 675.00 |
| 6/23/2025 | continue drafting/revising Dundon Tenth interim fee application | B160 | NJS | 1.20 | 450.00 | 540.00 |
| 6/23/2025 | Analysis of soft discovery requests, communication from mediator, and motion re constituency and related Zoom call with W. Robbins, B. Brown, and B. Altazan (3.3); communication with B. Altazan re all-party discovery call (.2). | B320 | PDS | 3.50 | 650.00 | 2,275.00 |
| 6/23/2025 | Drafting summary of all soft document production requests to Commercial Committee | B320 | AWM | 0.80 | 400.00 | 320.00 |
| 6/23/2025 | Analysis of commercial committee plan strategy in light of comments by various parties at recent status conference | B320 | BAB | 1.40 | 650.00 | 910.00 |
| 6/23/2025 | Review and analyze latest draft of motion to clarify committee composition | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 6/23/2025 | Multiple communications with mediator re: conference to discuss plan issues | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 6/23/2025 | Attention to Dundon rate increase | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 6/23/2025 | Attention to soft discovery requests directed to Commercial Committee (.30); Communication with Judge Sontchi re: meeting (.30) | B320 | BWA | 0.60 | 550.00 | 330.00 |

| Date | Description | Code | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/23/2025 | Meeting with B. Altazan, W. Robbins, D. Stewart, and B. Brown re Commercial Committee Motion to Clarify | B320 | AWM | 0.30 | 400.00 | 120.00 |
| 6/23/2025 | Continue revising motion to clarify previous Commercial Committee orders, research and analysis of issues related to same, communication with Commercial Committee re: same | B320 | BWA | 6.90 | 550.00 | 3,795.00 |
| 6/24/2025 | Communication with Mediator and Firm re rescheduled call. | B320 | PDS | 0.10 | 650.00 | 65.00 |
| 6/24/2025 | Review latest draft of motion to clarify | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 6/24/2025 | Communication with Judge Sontchi's office and internally re: rescheduling call with mediator, analysis of topics to discuss | B320 | BWA | 1.00 | 550.00 | 550.00 |
| 6/24/2025 | review and analysis of committee constituency issues | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 6/24/2025 | Revising Commercial Committee's motion to clarify | B320 | AWM | 2.70 | 400.00 | 1,080.00 |
| 6/24/2025 | Continued revisions, research, and analysis of issues for motion to clarify and amend prior Commercial Committee orders | B320 | BWA | 6.90 | 550.00 | 3,795.00 |
| 6/24/2025 | Review and analyze remaining property sale issues | B130 | WSR | 0.30 | 650.00 | 195.00 |
| 6/25/2025 | analysis of Plan and dismissal issues (.5); review and revise MT clarify constituency (.4) | B320 | WSR | 0.90 | 650.00 | 585.00 |
| 6/25/2025 | review/analyze memorandum filed by Debtor and Apostolates re potential discovery related to upcoming plan confirmation and analysis of issues related to same | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 6/25/2025 | Attend Comm Committee meeting (.6); receipt and review of memorandum from Apostolets and related communications with W. Robbins, B. Brown, and B. Altazan (.9); final review of constituency motion (.7). | B320 | PDS | 2.20 | 650.00 | 1,430.00 |
| 6/25/2025 | Review and revise latest draft of motion to clarify in light of apostolate comments in Joint Response | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 6/25/2025 | Prepare for (.80), conduct (.40), and post-analysis of (.20) Commercial Committee meeting | B150 | BWA | 1.40 | 550.00 | 770.00 |
| 6/25/2025 | Prepare for upcoming hearing (.70); Review Notice of Agenda and Amended Notice of Agenda (.30); Communication with Debtor's counsel re: re-scheduling, standing call with Debtor's counsel and post-call analysis (.80); Communication with mediator's office re: meeting (.10) | B320 | BWA | 1.90 | 550.00 | 1,045.00 |
| 6/25/2025 | Review and analyze Joint Memorandum filed by debtor, apostolates, et al, analyze issues raised by same and revisions to lates draft of motion to clarify in light of same. | B320 | BAB | 1.10 | 650.00 | 715.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/25/2025 | Finalize clarification/amendment motion, review Apostolates/Debtor's Joint memo and revise motion in light of same | B320 | BWA | 3.50 | 550.00 | 1,925.00 |
| 6/26/2025 | attend hearings on various matters (.5); analysis of committee constituency issues (.4) | B320 | WSR | 0.90 | 650.00 | 585.00 |
| 6/26/2025 | Additional analysis regarding constiuency and confirmation issues following hearing | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 6/26/2025 | continue research and analysis of application of absolute priority rule in plan confirmation involving non profit entities. | B320 | NJS | 2.30 | 450.00 | 1,035.00 |
| 6/26/2025 | Attend and participate in litigation status conference and related communication with B. Altazan. | B320 | PDS | 3.00 | 650.00 | 1,950.00 |
| 6/26/2025 | Analyze issues with proposed discovery and associated deadlines for confirmation suggested by plan proponents | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 6/26/2025 | Analyze court comments with regard to comm ctee composition at status conference, analyze strategy moving forward | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 6/26/2025 | Attention to filing Notices of Appearance (.20); Attend hearing (2.70) and post-analysis of issues presented and next steps (1.10); Attention to transcript request of hearing (.50); Communication with parties re: expert report/discovery deadlines, and internal analysis re: same (.40); Attention to anticipated discovery responses (.10) | B320 | BWA | 5.00 | 550.00 | 2,750.00 |
| 6/26/2025 | Review Oakmere lease order | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 6/26/2025 | Review order continuing Jones Walker fee application hearings | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 6/26/2025 | Finalize motion for clarification/amend order; prepare notice of hearing; prepare certificate of service. | B320 | KAH | 0.50 | 300.00 | 150.00 |
| 6/26/2025 | Compilation of exhibits, oversee filing and service of motion to clarify | B320 | BWA | 0.70 | 550.00 | 385.00 |
| 6/27/2025 | Review and transcribes portions of 6.26.25 status conference audio. | B320 | KAH | 1.30 | 300.00 | 390.00 |
| 6/27/2025 | Review audio of hearing, analysis of withdrawing motion for clarification/amendment | B320 | BWA | 0.90 | 550.00 | 495.00 |
| 6/30/2025 | Prepare May monthly fee statements for Dundon and Kroll. | B160 | KAH | 0.40 | 300.00 | 120.00 |
| 6/30/2025 | review and analyze committee duties, objection, discovery and constiuency issues | B320 | WSR | 2.60 | 650.00 | 1,690.00 |

| Date | Description | | | | | Amount |
|------|-------------|---|---|---|---|-------:|
| 6/30/2025 | Receipt and review of proposed expert litigation schedule and related communications with B. Altazan, B. Brown, and A. Caine (1.3); communication with partners re confirmation strategy (1.1); review of memo relating to confirmation issues and follow up questions to confirmation team (1.9). | B320 | PDS | 4.30 | 650.00 | 2,795.00 |
| 6/30/2025 | continue analysis of application of absolute priority rule to non-profit debtors | B320 | NJS | 0.80 | 450.00 | 360.00 |
| 6/30/2025 | Analyze issues relating to upcoming plan and possible strategy for Commercial Committee on discovery, class treatments and other issues | B320 | BAB | 2.30 | 650.00 | 1,495.00 |
| 6/30/2025 | Analysis of discovery and obligations to constituents (2.30); Communication with parties re: expert report and discovery deadlines, analysis of same (1.10); Telephone conference with Debtor's counsel re: plan intentions (.40); Analysis of absolute priority rule applicability (.20) | B320 | BWA | 4.00 | 550.00 | 2,200.00 |
| 6/30/2025 | Review SRBA and Dundon invoices, communication with Dundon re: same (1.90); Communication with Debtor's counsel re: request to expedited hearing of Signal employment app (.20); Receipt of motion to employ Signal, motion for expedited hearing, and correspondence from Debtor's counsel to chambers re: same (.30) | B160 | BWA | 2.40 | 550.00 | 1,320.00 |
| | **Total** | | | **266.70** | | **$147,705.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|------------|---|------:|---------------:|-------:|
| PDS | Paul Douglas Stewart, Jr. | 52.10 | 650.00 | 33,865.00 |
| AWM | Abigail W. Mock | 23.30 | 400.00 | 9,320.00 |
| BAB | Brandon A. Brown | 17.60 | 650.00 | 11,440.00 |
| BWA | Brooke W. Altazan | 102.60 | 550.00 | 56,430.00 |
| KAH | Kimberly A. Heard | 2.70 | 300.00 | 810.00 |
| NJS | Nicholas J. Smeltz | 43.10 | 450.00 | 19,395.00 |
| WSR | William S. Robbins | 25.30 | 650.00 | 16,445.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|------|---|------:|---------------:|-------:|
| B110 | Case Administration | 0.60 | 550.00 | 330.00 |
| B130 | Asset Disposition | 5.30 | 552.83 | 2,930.00 |
| B150 | Meetings of and Communications with Creditors | 3.70 | 558.11 | 2,065.00 |
| B160 | Fee/Employment Applications | 17.20 | 493.02 | 8,480.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 4.10 | 550.00 | 2,255.00 |
| B220 | Employee Benefits/Pensions | 1.70 | 579.41 | 985.00 |
| B310 | Claims Administration and Objections | 1.10 | 550.00 | 605.00 |
| B320 | Plan and Disclosure Statement (Including Business | 233.00 | 558.18 | 130,055.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|-------:|

| Date | Description | Amount |
|---|---|---|
| 6/20/2025 | Transcript of hearing on 6/13/25, The Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846 | 380.25 |
| 6/30/2025 | Everlaw for June 2025 | 1,891.76 |
| 6/30/2025 | Pacer for June 2025 | 46.90 |
| 6/30/2025 | Copies for June 2025 | 273.40 |
| 6/30/2025 | Lexis for June 2025 | 504.36 |
| | **Total DISBURSEMENTS** | **$3,096.67** |

**Total**      **$150,801.67**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

---

## FIFTY-FIRST MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JULY 31 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

---

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fifty-First Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending July 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1. SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $178,065.60 (80% of $222,582.00) |
|---|---|
| Total Expenses: | $4,372.33 |
| Total: | $182,437.93 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $182,437.93 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:          September 17, 2025          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – July 1, 2025 – July 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

August 15, 2025

File #: 639-001
Invoice #:     1724

**RE:** Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 7/1/2025 | Revisions to SRBA May invoice; prepare monthly fee statement | B160 | KAH | 0.90 | 300.00 | 270.00 |
| 7/1/2025 | Finalize all May monthly fee statements for submission | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 7/1/2025 | continue analysis of absolute priority rule application to non-profit debtors | B320 | NJS | 2.30 | 450.00 | 1,035.00 |
| 7/1/2025 | Telephone conference with Mediator regarding discovery, constituency and other issues (.4); analysis and research regarding committee duties and responsibilities and equitable treatement / claims issues (2.5); review and analyze email from bond counsel regarding duties and constituency (.5); | B320 | WSR | 3.60 | 650.00 | 2,340.00 |
| 7/1/2025 | Review application to employ Signal, draft recommendation to Commercial Committee and communication with Commercial Committee re: same (1.30); Review Dundon invoicing, communication with Dundon re: same (.40); Attention to finalizing and circulating May monthly fee statements for Commercial Committee professionals (.40) | B160 | BWA | 2.10 | 550.00 | 1,155.00 |
| 7/1/2025 | Attention to information/analysis needed from experts (.50); Conference with mediator re: confirmation issues (.50); Communication with Argent re: call to discuss Argent's interests (.30); Attention to absolute priority rule applicability (.10); Communication with parties re: expert discovery timeline (.50); Research re: constituency obligations (1.50) | B320 | BWA | 3.40 | 550.00 | 1,870.00 |
| 7/1/2025 | Review motion for leave to file late sexual abuse claim | B310 | BWA | 0.10 | 0.00 | 0.00 |
| 7/1/2025 | draft/revise motion to withdraw motion to clarify committee constituency | B320 | NJS | 0.70 | 450.00 | 315.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 7/1/2025 | Analyze and draft recommendation to Commercial Committee re: withdrawing motion to clarify/amend, communication with Commercial Committee re: same (2.30); Review/revise motion to withdraw motion to clarify/amend (.70) | B320 | BWA | 3.00 | 550.00 | 1,650.00 |
| 7/1/2025 | Prepare for and participate in telephone conference with mediator re: plan issues | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 7/1/2025 | Review communication from counsel for Argent re: plan confirmation issues, analyze same | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 7/1/2025 | Communication with partners and Mediator re confirmation and related follow-up with B. Altazan (.8); multiple communications with A. Caine re discovery deadlines (.6); receipt, review and response to proposed communication with Commercial Committee relating to constituency motion (.3). | B320 | PDS | 1.70 | 650.00 | 1,105.00 |
| 7/1/2025 | Review and revise committee communication re: motion to clarify (0.3); analyze issues with withdrawal of same (0.2) | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 7/2/2025 | Standing call with Debtor (.70) and post analysis of same (.40); Communication with mediator re: confirmation issues (.30); Communication with Argent re: call to discuss confirmation issues, internal communication re: scheduling of same (.50); Communication with Dundon re: scheduling order (.20); Communication with Dundon re: information/analysis needed for confirmation (.10); Research re: committee's obligations to individual creditors (2.0) | B320 | BWA | 4.20 | 550.00 | 2,310.00 |
| 7/2/2025 | Update property spreadsheet re: Hope Haven sale closure | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 7/2/2025 | Review motions to expedite motion for leave to file late sexual abuse claims | B310 | BWA | 0.20 | 550.00 | 110.00 |
| 7/2/2025 | Attention to Dundon rate increase | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 7/2/2025 | continue research and analysis concerning application of absolute priority rule to non-profit debtors cramming down plan of reorganization | B320 | NJS | 4.40 | 450.00 | 1,980.00 |
| 7/2/2025 | analysis of Dundon application, employment order, local rules, and complex case procedures to analyze necessity to file notice of rate increase | B160 | NJS | 0.40 | 450.00 | 180.00 |
| 7/2/2025 | analysis and research regarding fiduciary duties, single member classes, and other confirmation issues | B320 | WSR | 2.70 | 650.00 | 1,755.00 |
| 7/2/2025 | Analyze discovery needs for upcoming plan confirmation efforts | B320 | BAB | 0.90 | 650.00 | 585.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/2/2025 | Communication with R. Kuebel and B. Altazan re forthcoming Chapter 11 Plan (.7); receipt and review of research materials and analysis relating to confirmation issues (2.4). | B320 | PDS | 3.10 | 650.00 | 2,015.00 |
| 7/2/2025 | Receipt, review and analysis of Order fixing deadlines for plan and disclosure statement matters, attention to timeline required under order | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 7/3/2025 | Receipt of Notice of Closing of Hope Haven | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 7/3/2025 | Internal communication re: Argent call, communication with Argent counsel re: same (.40); Receipt of draft plan from plan proponents (.10); Communication with Dundon re: scheduling order (.10) | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 7/3/2025 | continue research and analysis concerning application of absolute priority rule to non-profit debtors cramming down plan of reorganization | B320 | NJS | 4.40 | 450.00 | 1,980.00 |
| 7/3/2025 | correspondence regarding meeting with Argent counsel (.1); receive initial review of Ch 11 Plan (.5) | B320 | WSR | 0.60 | 650.00 | 390.00 |
| 7/3/2025 | Receipt and detailed review of draft plan. | B320 | PDS | 1.30 | 650.00 | 845.00 |
| 7/3/2025 | Attention to calendaring scheduling order deadlines | B320 | KAH | 1.00 | 300.00 | 300.00 |
| 7/7/2025 | Update property spreadsheet re: Hope Haven Notice of Closing | B130 | BWA | 0.10 | 550.00 | 55.00 |
| 7/7/2025 | Communication with Dundon and Kroll re: plan and expert related deadlines (1.0); Review and analyze draft plan (3.10), communication with experts re: information needed and analysis of same (1.0); Communication with Kroll re: recently-filed MOR (.20); | B320 | BWA | 5.30 | 550.00 | 2,915.00 |
| 7/7/2025 | Attention to associate's fee application status | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 7/7/2025 | continue research and analysis regarding applicability of absolute priority rule to non-profit debtor for plan confirmation | B320 | NJS | 2.00 | 450.00 | 900.00 |
| 7/7/2025 | review and analyze Ch 11 Plan GUC treatment and other provisions | B320 | WSR | 0.70 | 650.00 | 455.00 |
| 7/7/2025 | Receipt and review of May MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 7/7/2025 | Begin review and analysis of debtor's draft plan, analyze issues with classifications, treatments amongst CC constituents, funding mechanisms, other items | B320 | BAB | 2.30 | 650.00 | 1,495.00 |
| 7/7/2025 | Review Motions for Leave to file late sexual abuse claims (.20), filed stipulations (.40), and correspondence from Debtor's counsel to chambers re: proposed orders (.20); Review order granting motion to expedited hearing on motion for leave to file late SA claim (.10) | B310 | BWA | 0.90 | 550.00 | 495.00 |

| 7/7/2025 | Communication with C. Murphy re: response to motion to clarify and amend | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 7/7/2025 | Communications with Kroll re Debtor's May 2025 MOR | B220 | AWM | 0.10 | 400.00 | 40.00 |
| 7/7/2025 | Review communications to debtor's counsel re: draft plan circulation | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 7/8/2025 | Communication with Dundon re: confirmation needs, analysis of same (2.90); Communication with Kroll re: expert deadlines and scheduling order (.10); Communication with Commercial Committee re: scheduling order (.10) | B320 | BWA | 3.10 | 550.00 | 1,705.00 |
| 7/8/2025 | Prepare for and lead Commercial Committee meeting | B150 | BWA | 3.00 | 550.00 | 1,650.00 |
| 7/8/2025 | Review and revise draft SRBA and Dundon fee applications (1.0); Analysis of Dundon rate increase (.20) | B160 | BWA | 1.20 | 550.00 | 660.00 |
| 7/8/2025 | continue research and analysis regarding applicability of absolute priority rule to non-profit debtor for plan confirmation | B320 | NJS | 3.80 | 450.00 | 1,710.00 |
| 7/8/2025 | Analyze Dundon documentary needs and communications re: same | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/8/2025 | Review and revise motion to withdraw motion to clarify | B190 | BAB | 0.30 | 650.00 | 195.00 |
| 7/8/2025 | Review and analyze research memo re: application of absolute priority rule to non-profit entities | B320 | BAB | 1.40 | 650.00 | 910.00 |
| 7/8/2025 | Communication with M. Brown re: motion to withdraw (.20); Finalize and oversee filing of Motion to Withdraw motion to clarify and amend prior Commercial Committee orders (.90) | B320 | BWA | 1.10 | 550.00 | 605.00 |
| 7/8/2025 | analysis of plan and possible objection issues (1.5); tc with Dundon regarding expert reports and additional analysis (.8); | B320 | WSR | 2.30 | 650.00 | 1,495.00 |
| 7/8/2025 | Committee Meeting | B150 | WSR | 0.50 | 650.00 | 325.00 |
| 7/9/2025 | Telephone conference with Argent's counsel re: expert issues, research and analysis of same (3.20); Communication with Dundon re: plan analysis issues (.50); Communication with mediator re: draft plan and related issues (.20); Attention to standing call issues (.20); Receipt and review of Court's order granting motion to withdraw clarification motion (.10) | B320 | BWA | 4.20 | 550.00 | 2,310.00 |
| 7/9/2025 | continue revising SRBA twelfth interim fee application | B160 | NJS | 0.40 | 450.00 | 180.00 |
| 7/9/2025 | continue revising Dundon eleventh interim fee application | B160 | NJS | 0.10 | 450.00 | 45.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/2025 | conference call with counsel for Argent (.4); tc with abuse committee counsel regarding expert issues (.3); consider and analyze expert report disclosure and report issues (1.2); analysis of confirmation issues and defenses (1.3) | B320 | WSR | 3.20 | 650.00 | 2,080.00 |
| 7/9/2025 | Multiple communications with Dundon re: plan information needs, items for discussion on conference call | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 7/9/2025 | Prepare for and participate in telephone conference with counsel for Argent re: plan discovery issues and expert issues | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 7/10/2025 | Email communication from Argent re: experts, research and analysis re: committee's obligation to share experts and their work product with constituents (6.70); Conference with Dundon re: financial analysis needs (1.30); Communication with Debtor's counsel re: rescheduling standing call (.60) | B320 | BWA | 8.60 | 550.00 | 4,730.00 |
| 7/10/2025 | Attention to finalizing fee applications | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 7/10/2025 | analysis of financial analysis issues at play in various defenses and objections (1.8); tc with Dundon regarding same (1.0) | B320 | WSR | 2.80 | 650.00 | 1,820.00 |
| 7/10/2025 | zoom call with Dundon re upcoming plan confirmation issues | B320 | NJS | 1.20 | 450.00 | 540.00 |
| 7/10/2025 | Meeting with Dundon re plan issues | B320 | AWM | 1.00 | 400.00 | 400.00 |
| 7/11/2025 | Attend standing call with Debtor's counsel (.50); Research re: expert access and work product as to constituent (4.60); Communication with Debtor re: data room documents (.30); Communication with Dundon re: document requests, analysis of same (.70); Receipt of Argent's motions to estimate claims and for comfort order re: automatic stay application (.20) | B320 | BWA | 6.30 | 550.00 | 3,465.00 |
| 7/11/2025 | Review and analyze research memo re: obligation to share expert work product with constituents | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 7/11/2025 | Receipt and review of Argent motion to estimate abuse claims, analyze issues raised by same | B320 | BAB | 0.90 | 650.00 | 585.00 |
| 7/11/2025 | Receipt and review of Argent motion to determine applicability of automatic stay | B190 | BAB | 0.60 | 650.00 | 390.00 |
| 7/14/2025 | Attention to document production received from debtor; upload same. | B320 | KAH | 1.80 | 300.00 | 540.00 |
| 7/14/2025 | Review Argent's stay application motion and motion for claims estimation | B190 | BWA | 1.10 | 550.00 | 605.00 |

| Date | Description | Code | Staff | Hours | Rate | Amount |
|------|-------------|------|-------|-------|------|--------|
| 7/14/2025 | Review, analyze associate's absolute priority research memo (1.0); Attention to Debtor's document production and communication with Dundon re: same (.50); Communication with Dundon and associate re: discovery requests (.60); Receipt of hearing transcript and direction to paralegal re: same (.20) | B320 | BWA | 2.30 | 550.00 | 1,265.00 |
| 7/14/2025 | Attention to circulating fee applications for review/approval | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 7/14/2025 | Receipt and review of stipulations and orders re: motions for leave to file late sexual abuse claims | B310 | BWA | 0.80 | 550.00 | 440.00 |
| 7/14/2025 | Review and analyze Dundon responses on documentary needs from debtor | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 7/14/2025 | Analyze discovery needs re: DS and confirmation in light of Dundon responses, review prior versions of discovery and analyze updates needed | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 7/14/2025 | researching and revising memo regarding committee's obligation to share work product and privilege material with constituents | B190 | NJS | 4.10 | 450.00 | 1,845.00 |
| 7/15/2025 | Continue upload of Debtor document production; emails related to same. | B320 | KAH | 1.30 | 300.00 | 390.00 |
| 7/15/2025 | discussion with B. Altazan re committee constituents' entitlement to documents subject to privilege/work product | B190 | NJS | 0.50 | 450.00 | 225.00 |
| 7/15/2025 | analysis of further discovery needed in connection with plan confirmation | B320 | NJS | 0.50 | 450.00 | 225.00 |
| 7/15/2025 | Analysis of expert access and work product turnover to constituents (1.30); Draft recommendation to Commercial Committee and draft response to Argent re: same (3.30); Communication to Commercial Committee re: Argent requests (.10); Attention to data room documents and storage of same, communication with Dundon re: same (.90); Communication with Dundon re: claims inventory (.30); Receipt of filed Disclosure Statement and Plan, cursory review of same (.50) | B320 | BWA | 6.40 | 550.00 | 3,520.00 |
| 7/15/2025 | Communications with Dundon re: claims inventory, analyze needs for completion of same | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 7/15/2025 | continue analyzing and revising memo regarding committee's obligation to share work product and privilege material with constituents | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 7/15/2025 | Review and revise committee communication re: request to share experts | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 7/15/2025 | Review and analyze research memo re: committee obligation to share experts, analyze cases cited therein | B320 | BAB | 0.60 | 650.00 | 390.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/16/2025 | high level review of plan and disclosure statement filed | B320 | NJS | 1.20 | 450.00 | 540.00 |
| 7/16/2025 | continue revising discovery for plan confirmation | B320 | NJS | 0.50 | 450.00 | 225.00 |
| 7/16/2025 | Attention to Commercial Committee professionals' invoicing | B160 | BWA | 0.80 | 550.00 | 440.00 |
| 7/16/2025 | Initial brief review of plan and DS, analyze treatments of constituents, possible issues with DS | B320 | BAB | 2.30 | 650.00 | 1,495.00 |
| 7/16/2025 | Review and analyze motion to approve DS, form of ballots and voting procedures, analyze possible objections to same | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 7/16/2025 | teams call with (Dundon) re plan issues | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 7/16/2025 | Review and analyze filed Disclosure Statement (2.40); Send copy of Disclosure Statement and Plan to Dundon (.10); Correspondence from Debtor's counsel re: data room documents, attention to pulling in same to Everlaw (.50); Communication with Dundon re: claims (1.30); Communication with Debtor's counsel re: standing call (.60); Review Notice of No Matters for Hearing (.10); Correspondence from Commercial Committee member re: expert issues (.10) | B320 | BWA | 5.10 | 550.00 | 2,805.00 |
| 7/17/2025 | Emails with Dundon re financial document production; and claims production. | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 7/17/2025 | Revise SRBA June invoice; prepare monthly fee statements for SRBA and Dundon | B160 | KAH | 1.60 | 300.00 | 480.00 |
| 7/17/2025 | Review/revise SRBA invoice, review Dundon invoice, attention to monthly fee statements (1.40); Review order employing Signal (.10) | B160 | BWA | 1.50 | 550.00 | 825.00 |
| 7/17/2025 | Review/analyze filed Disclosure Statement (1.20) and Plan (4.10); Attention to data room documents and documents needed by Dundon (1.50); Communication with Dundon re: claims (.40); Communication with Debtor's counsel re: standing call (.40); Attention to property analysis needs (.30); Attention to Court's calendar, hearing schedule (.10) | B320 | BWA | 8.00 | 550.00 | 4,400.00 |
| 7/17/2025 | Critical review of Disclosure Statement, Plan, and exhibits thereto (3.6); related communications with Dundon (.1); B. Altazan (.3); | B320 | PDS | 4.00 | 650.00 | 2,600.00 |
| 7/17/2025 | analysis of Dundon employment application and order to assess ability to hire subcontractors and necessity for separate employment applications | B160 | NJS | 0.70 | 450.00 | 315.00 |
| 7/17/2025 | Analyze issues with use of subcontractor by expert for valuation purposes | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 7/18/2025 | Attention to finalizing invoices and monthly fee statements | B160 | BWA | 0.60 | 550.00 | 330.00 |

| Date | Description | Task | Timekeeper | Hours | Rate | Amount |
|------|-------------|------|------------|-------|------|--------|
| 7/18/2025 | Standing call with Debtor (.50) and post-analysis of same and related plan issue (1.00); Email to Argent re: expert issues (.10); Analysis of Argent's estimation and stay motions, task to associate re: same (.30); Cursory review of Argent's Motion to Dismiss (.50); Correspondence from Debtor's counsel re: Apostolates' document production index (.10) | B320 | BWA | 2.50 | 550.00 | 1,375.00 |
| 7/18/2025 | Continied critical review of Disclosure Statement, Plan, and exhibits thereto (3.7); related communications with B. Altazan (.3); standing call with Debtor re plan issues (.5) | B320 | PDS | 4.50 | 650.00 | 2,925.00 |
| 7/18/2025 | Reviewing and summarizing Argent's Stay Motion [Doc. No. 4135] and Estimation Motion [Doc. No. 4136] | B320 | AWM | 1.60 | 400.00 | 640.00 |
| 7/18/2025 | Review and analyze Argent motion to dismiss | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 7/20/2025 | Correspondence from Dundon re: constituency analysis | B320 | BWA | 0.10 | 550.00 | 55.00 |
| 7/20/2025 | Continued review of disclosure statement and plan and related motions relating to strategy for upcoming confirmation/dismissal process. | B320 | PDS | 4.20 | 650.00 | 2,730.00 |
| 7/21/2025 | Attention to spreadsheet outlining upcoming deadlines and proceedings; revisions to same. | B320 | KAH | 0.50 | 300.00 | 150.00 |
| 7/21/2025 | review MT Dismiss; review Plan and DS and analysis of new treatment; analysis of Dundon report | B320 | WSR | 1.70 | 650.00 | 1,105.00 |
| 7/21/2025 | Draft/revise initial considerations for objection to Disclosure Statement and related internal communications (3.0); detailed review of Argent motion to dismiss and analysis of points and authorities (2.4); detailed communication with Dundon re multiple financial analyses, deliverables, and discussion of Debtor and Additional Debtors' disclosure statement financials (1.5). | B320 | PDS | 6.90 | 650.00 | 4,485.00 |
| 7/21/2025 | analysis of disclosure statement issues | B320 | NJS | 0.80 | 450.00 | 360.00 |
| 7/21/2025 | draft/revise objection to disclosure statement | B320 | NJS | 1.10 | 450.00 | 495.00 |
| 7/21/2025 | Analyze issues to focus on for DS objection | B320 | BAB | 0.60 | 650.00 | 390.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/21/2025 | Review constituent claims inventory focusing on claims over $50k, analyze claims, communication with Dundon re: same (4.50); Analysis of plan and disclosure statement issues, communication with opposing counsel re: same (.50); Attention to scheduling order and imminent deadlines (.50); Communication with Dundon re: document productions and outstanding documents (.40); Attention to standing call arrangements (.20); Monitor communication with UST's counsel re: bond holder communication, analysis of same (.30) | B320 | BWA | 6.40 | 550.00 | 3,520.00 |
| 7/22/2025 | Constituent claims analysis with particular focus on class 7 claims over $50k, communication with Dundon re: same (6.10); Attention to rescheduling standing call in my absence (.30); Review and analyze order continuing Argent's motion to dismiss (.30); Communication with Dundon re: valuations and analysis (.40) | B320 | BWA | 7.10 | 550.00 | 3,905.00 |
| 7/22/2025 | Communication with opposing counsel re: real estate call | B130 | BWA | 0.50 | 550.00 | 275.00 |
| 7/22/2025 | Continued review of disclosure statement and plan and related motions relating to strategy for upcoming confirmation/dismissal process (1.5) and related communications with Dundon and B. Altazan (.4). | B320 | PDS | 2.10 | 650.00 | 1,365.00 |
| 7/22/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 5.80 | 450.00 | 2,610.00 |
| 7/22/2025 | circulating Dundon interim fee application to H. Barlow et al for review | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 7/22/2025 | Receipt and review of Court's order to continue hearing on motion to dismiss filed by argent | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 7/22/2025 | Communication regarding meeting with Debtor/ Abuse committee (.2); review and analyze plan issues (.7); call with Dundon regarding various Plan and DS issues (.3) | B320 | WSR | 1.20 | 650.00 | 780.00 |
| 7/23/2025 | Analysis of needed sexual abuse claim information (.20); Analysis of Disclosure Statement objection progress (.20) | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 7/23/2025 | Zoom with Debtors and Additional Debtors and related communications with N. Smeltz and B. Brown (.6); Zoom with Dundon re financial reporting (1.0). | B320 | PDS | 1.60 | 650.00 | 1,040.00 |
| 7/23/2025 | analysis of financial / feasibility issues (.8); conference with Dundon regarding claims valuation, feasibility and other confirmation issues (1.0) | B320 | WSR | 1.80 | 650.00 | 1,170.00 |
| 7/23/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 5.30 | 450.00 | 2,385.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/23/2025 | Analyze issues with DS, availability of additional notes covering feasibility and liquidation analyses | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/23/2025 | Prepare for and participate in telephone conference with Dundon re: needs for plan review and analysis | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 7/23/2025 | Meeting with Dundon Group re confirmation issues | B320 | AWM | 1.10 | 400.00 | 440.00 |
| 7/23/2025 | zoom call with Dundon re plan and disclosure statement issues | B160 | NJS | 1.10 | 450.00 | 495.00 |
| 7/24/2025 | Communication with counsel for Debtor and Abuse Committee re: real estate call | B130 | BWA | 0.20 | 550.00 | 110.00 |
| 7/24/2025 | Review order granting motion to expedite hearing on mediator motion (.10); Attention to Disclosure Statement objection issues and progress (.20) | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 7/24/2025 | Continued review of Disclosure Statement and related financial analyses (2.3); Zoom with W. Robbins, B. Brown, and N. Smeltz re Disclosure Statement (i) meet and confer and (ii) opposition (.6). | B320 | PDS | 3.00 | 650.00 | 1,950.00 |
| 7/24/2025 | review and analyze DS issues and other financial issues (1.8); review property of the estate / 363 / insurance information and forward order regarding same (.6) | B320 | WSR | 2.40 | 650.00 | 1,560.00 |
| 7/24/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 5.90 | 450.00 | 2,655.00 |
| 7/24/2025 | zoom with D. Stewart, W. Robbins and B. Brown re disclosure statement issues | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 7/24/2025 | Prepare for and participate in counsel conference re: meet and confer issues for DS objection | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 7/24/2025 | Receipt and review of debtor's June MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 7/24/2025 | Continue review and analysis of DS and outstanding issues with liquidation, feasibility analyses, other items | B320 | BAB | 1.60 | 650.00 | 1,040.00 |
| 7/25/2025 | Communication with Kroll re: reports | B220 | BWA | 0.30 | 550.00 | 165.00 |
| 7/25/2025 | Attention to Disclosure Statement objection issues | B320 | BWA | 0.70 | 550.00 | 385.00 |
| 7/25/2025 | Receipt and review of initial draft of disclosure statement objection and related discussion with N. Smeltz, W. Robbins and B. Brown (1.8); Zoom meet and confer with Plan Proponents (.4); receipt, review and revision to second draft objection to disclosure statement (3.3). | B320 | PDS | 5.50 | 650.00 | 3,575.00 |
| 7/25/2025 | Review and consider DS issues (.5); attend meet and confer regarding DS (.4); consider insurance/property of estate issues (.5) | B320 | WSR | 1.40 | 650.00 | 910.00 |
| 7/25/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 5.60 | 450.00 | 2,520.00 |

| 7/25/2025 | convenience claim analysis | B320 | NJS | 0.30 | 450.00 | 135.00 |
|---|---|---|---|---|---|---|
| 7/25/2025 | in depth review and analysis of disclosure statement | B320 | NJS | 1.80 | 450.00 | 810.00 |
| 7/25/2025 | Review initial draft of objection to DS, begin revising same | B320 | BAB | 4.40 | 650.00 | 2,860.00 |
| 7/25/2025 | Communications with Kroll re Debtor's June MOR | B220 | AWM | 0.10 | 400.00 | 40.00 |
| 7/25/2025 | circulating SRBA and Dundon interim fee applications to commercial committee for review prior to filing | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 7/26/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 4.50 | 450.00 | 2,025.00 |
| 7/26/2025 | Revisions to latest draft versions of objection to DS (multiple circlations and versions) | B320 | BAB | 5.60 | 650.00 | 3,640.00 |
| 7/27/2025 | Attention to and analysis of Disclosure Statement objection status and information from Plan Proponents | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 7/27/2025 | Receipt and review of multiple revised disclosure statement-related documents (2.4); revisions to draft objection to disclosure statement (.9). | B320 | PDS | 3.30 | 650.00 | 2,145.00 |
| 7/27/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 5.40 | 450.00 | 2,430.00 |
| 7/27/2025 | Communications with debtor's counsel re: confusing language in DS on certain proposed treatments of claimants | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 7/27/2025 | Review and analyze latest drafts of plan and DS circulated by plan proponents | B320 | BAB | 3.40 | 650.00 | 2,210.00 |
| 7/27/2025 | Continue revising and circulating DS objection | B320 | BAB | 4.10 | 650.00 | 2,665.00 |
| 7/28/2025 | Analysis of Disclosure Statement objection issues, review/revise objection, communication with Commercial Committee members re: same (4.70); Review objections to DS filed by UST, Certain Abuse Survivors, Argent, and Travelers (1.80); Communication with B. Knapp re: sexual abuse claims, review prior request (.20); Attention to upcoming confirmation deadlines, task to associate re: same (.40); Draft exhibit/witness list for DS hearing (.60); Review mediator extension motion and draft and send recommendation to Commercial Committee re: same (1.0); Analysis of constituent claims, communication with Dundon re: same (1.80) | B320 | BWA | 10.50 | 550.00 | 5,775.00 |
| 7/28/2025 | Zoom call with internal team regarding current state of discoosure statement objection and upcoming hearing (.5); review of and revisions to latest objection (.8); receipt and review of multiple disclosure statement objections (2.2). | B320 | PDS | 3.50 | 650.00 | 2,275.00 |

| 7/28/2025 | continue drafting/revising objection to disclosure statement | B320 | NJS | 6.00 | 450.00 | 2,700.00 |
|---|---|---|---|---|---|---|
| 7/28/2025 | finalizing exhibit for disclosure statement objection | B320 | NJS | 0.20 | 450.00 | 90.00 |
| 7/28/2025 | Conference with team re: DS objection, needs to finalize and transmit to committee (0.6); continue revising latest versions of DS objection (2.7) | B320 | BAB | 3.30 | 650.00 | 2,145.00 |
| 7/28/2025 | Communications with A. Caine re: Plan and DS documents re: abuse claims trust issues, review and analyze same and possible effects on CC constituency | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 7/28/2025 | Communications with Dundon re: needs for upcoming discovery requests | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 7/28/2025 | Analyze witness and exhibit needs for DS hearing, review and revise witness and exhibit list | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 7/28/2025 | Review, revise and finalize objection to DS | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 7/28/2025 | Analyze issues on property sales after discussion with debtor representative, and ability to fund plan | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 7/28/2025 | review and analysis of Disclosure Statement / objection issues (1.2); analysis regarding confirmation issues (1.3) | B320 | WSR | 2.50 | 650.00 | 1,625.00 |
| 7/28/2025 | Review and revise communication to CC re: DS objection | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 7/28/2025 | Review and revise communicaiton to CC re: mediation extension motion | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 7/28/2025 | Conference with Debtor and Abuse Committee counsel re new real estate matters (.5); follow up telephone call with R. Kuebel (.6) | B130 | WSR | 1.10 | 650.00 | 715.00 |
| 7/29/2025 | Continue claims inventory analysis, communication with Dundon re: same (4.80); Review Argent's estimation and stay motion, draft recommendation to CC (.90); Communication with B. Knapp re: sexual abuse claims, analysis of internal availability for call re: same (.50); Edit and oversee filing of CC's witness and exhibit list (.90); Review witness and exhibit lists filed by Certain Abuse Claimants, Argent, UST, and Debtor (.40); Communication with counsel for Debtor and Certain Abuse Survivor's re: subpoenas (.20); Communication with Debtor's counsel re: standing call (.20); Communication with Dundon re: discovery requests (.10); Analysis of expert needs (.10) | B320 | BWA | 8.10 | 550.00 | 4,455.00 |
| 7/29/2025 | analysis of DS objection and other confirmation issues | B320 | WSR | 0.70 | 650.00 | 455.00 |

| Date | Description | Task | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/29/2025 | draft/revise witness and exhibit list for hearing to consider adequacy of disclosure statement | B320 | NJS | 1.20 | 450.00 | 540.00 |
| 7/29/2025 | Review and analyze UST's objection to DS | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/29/2025 | Review and analyze Certain Abuse Survivors objection to DS | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 7/29/2025 | Review and analyze Argent objection to DS | B320 | BAB | 1.60 | 650.00 | 1,040.00 |
| 7/29/2025 | Review and analyze Traveler's objection to DS | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 7/29/2025 | Communications with Dundon re: discovery needs and status of response on same | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 7/29/2025 | Begin preparation for hearing on DS, review and revise outline for same | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 7/29/2025 | Receipt and review of witness and exhibit lists for hearing on DS filed by CAS, review subpoenas to be issued by same for certain witnesses, multiple communications between same and Debtor re: witnesses appearances | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/29/2025 | Review and revise exhibit list for DS objection, finalize same | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 7/29/2025 | Review witness and exhibit lists filed by Argent, UST, Plan proponents | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 7/29/2025 | Review and analyze latest version of claims population analysis, analyze unknown claims and which classes same would fall within if allowed | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/30/2025 | Prepare hearing binder for DS and related matters | B320 | KAH | 0.70 | 300.00 | 210.00 |
| 7/30/2025 | Draft and send communication to Kroll re: plan issues, analysis of same | B220 | BWA | 0.80 | 550.00 | 440.00 |
| 7/30/2025 | Review May and June MORs re: professional fees (.20); Attention to filing Commercial Committee fee applications (.20) | B160 | BWA | 0.40 | 550.00 | 220.00 |
| 7/30/2025 | Detailed review of objections to disclosure statements in prep for outline of strategy memorandum on confirmation issues for firm (6.0); communication with H. Barlow re valuations (.4); communication with H. Barlow, M. Dundon, N. Smeltz and B. Altazan re discovery requests (.5); | B320 | PDS | 6.90 | 650.00 | 4,485.00 |
| 7/30/2025 | continue revising summary of disclosure statement objection points for hearing preparation | B320 | NJS | 0.30 | 450.00 | 135.00 |
| 7/30/2025 | continue analysis of disclosure statement and plan | B320 | NJS | 3.60 | 450.00 | 1,620.00 |
| 7/30/2025 | correspondence to K. Heard re filing fee applications | B160 | NJS | 0.20 | 450.00 | 90.00 |

| Date | Description | Code | Init | Hours | Rate | Amount |
|------|-------------|------|------|-------|------|--------|
| 7/30/2025 | Prepare for and participate in telephone conference with Debtor's counsel re: objections to DS and possible resolutions to same | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/30/2025 | Continue preparation for hearing on DS | B320 | BAB | 3.80 | 650.00 | 2,470.00 |
| 7/30/2025 | Communications with Dundon re: claims analysis issues | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 7/30/2025 | Receipt and review of application for compensation filed by PSZJ | B170 | BAB | 0.80 | 650.00 | 520.00 |
| 7/30/2025 | Receipt and review of Stout fee app | B170 | BAB | 0.50 | 650.00 | 325.00 |
| 7/30/2025 | Receipt and review of reply filed by UCC to objections to DS | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/30/2025 | Receipt and review of multiple communications with Commercial Committee relating to Plan and Disclosure Statement issues and related communications with B. Altazan | B320 | PDS | 0.40 | 650.00 | 260.00 |
| 7/30/2025 | analysis of DS objection issues (1.6); review correspondence to committee regarding pending matters (.4); review plan related information (.8) | B320 | WSR | 2.80 | 650.00 | 1,820.00 |
| 7/30/2025 | Continue drafting and send recommendation to Commercial Committee re: Argent estimation and stay motions (1.0); Review objection to mediation motion (.20); Continue analysis of unsecured claims, communication with Dundon re: same (5.50); Communications with Debtor's and SA counsel re: disclosure statement issues, analysis of same (2.70); Communication with paralegal re: necessary notices of appearance for DS hearing (.20); Attention to insurance motion hearing set by clerk (.50) ; Communication with Dundon re: various analysis and discovery issues (.50); Analysis of expert needs (.20); Review Abuse Committee, Debtor, and Apostolates' reply to DS objections (.90) | B320 | BWA | 11.70 | 550.00 | 6,435.00 |
| 7/30/2025 | receipt and review of motion to approve settlements with insurers to fund plan of reorganization | B320 | NJS | 0.70 | 450.00 | 315.00 |
| 7/30/2025 | Review and analyze motion to sell/buy back insurance policies, analyze effect on plan and DS | B320 | BAB | 2.10 | 650.00 | 1,365.00 |
| 7/30/2025 | Review, analyze and revise communications to CC re: motion to estimate, motion to dismiss filed by Argent | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 7/30/2025 | Review and analyze opposition to motion to extend mediator appointments filed by CAS | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 7/31/2025 | Finalize SRBA and Dundon Fee Apps; prepare notices of hearing and certificate of service. | B160 | KAH | 0.90 | 300.00 | 270.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/31/2025 | analysis of insurance and other valuation issues (.5); review and analyze DS hearing and objection issues (.7); consider committee actions and communications regarding confirmation process (.5) | B320 | WSR | 1.70 | 650.00 | 1,105.00 |
| 7/31/2025 | Correspondence from Kroll re: pension issues | B220 | BWA | 0.10 | 550.00 | 55.00 |
| 7/31/2025 | Travel to and from hearing on DS (1.5 - half time), review Debtor's reply to objections to DS (0.6), review and analyze revised plan and DS filed by debtor late on 7-30 (1.4), attend hearing on DS (5.5) | B320 | BAB | 9.00 | 650.00 | 5,850.00 |
| 7/31/2025 | Travel to/from DS hearing (1/2 time), attend DS hearing, analysis of DS hearing issues, comments, and testimony for case moving forward | B320 | BWA | 10.10 | 550.00 | 5,555.00 |
| 7/31/2025 | travel to/from New Orleans for hearing on disclosure statement (1/2 billed) | B320 | NJS | 1.50 | 450.00 | 675.00 |
| 7/31/2025 | attend hearing on motion to approve disclosure statement and extend mediator appointment | B320 | NJS | 5.50 | 450.00 | 2,475.00 |
| | **Total** | | | 396.60 | | $222,580.00 |

### FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 52.00 | 650.00 | 33,800.00 |
| AWM | Abigail W. Mock | 3.90 | 400.00 | 1,560.00 |
| BAB | Brandon A. Brown | 75.00 | 650.00 | 48,750.00 |
| BWA | Brooke W. Altazan | 136.00 | 549.60 | 74,745.00 |
| KAH | Kimberly A. Heard | 9.20 | 300.00 | 2,760.00 |
| NJS | Nicholas J. Smeltz | 86.80 | 450.00 | 39,060.00 |
| WSR | William S. Robbins | 33.70 | 650.00 | 21,905.00 |

### TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 1.00 | 650.00 | 650.00 |
| B130 | Asset Disposition | 2.10 | 602.38 | 1,265.00 |
| B150 | Meetings of and Communications with Creditors | 3.50 | 564.29 | 1,975.00 |
| B160 | Fee/Employment Applications | 14.10 | 462.77 | 6,525.00 |
| B170 | Fee/Employment Objections | 1.30 | 650.00 | 845.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 6.60 | 493.94 | 3,260.00 |
| B220 | Employee Benefits/Pensions | 1.40 | 528.57 | 740.00 |
| B310 | Claims Administration and Objections | 2.00 | 522.50 | 1,045.00 |
| B320 | Plan and Disclosure Statement (Including Business | 364.60 | 565.76 | 206,275.00 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 7/14/2025 | Invoice No. 25-175 | 602.80 |
| 7/31/2025 | Copies for July 2025 | 671.00 |
| 7/31/2025 | Pacer for July 2025 | 13.70 |
| 7/31/2025 | Lexis for July 2025 | 247.19 |
| 7/31/2025 | Everlaw-Data Room for July 2025 | 916.32 |

| 7/31/2025 | Everlaw for July 2025 | 1,921.32 |
| | **Total DISBURSEMENTS** | **$4,372.33** |

|  | **Total** | **$226,952.33** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS**<br><br>Debtor. | **Case No. 20-10846**<br><br>**Chapter 11**<br><br>**Section A** |

---

### FIFTY-SECOND MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING AUGUST 31 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

---

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fifty-Second Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending August 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1. SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.     SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $203,048.00 (80% of $253,810.00) |
| Total Expenses: | $5,191.84 |
| Total: | $208,239.84 |

3.     SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.     Pursuant to the Compensation Order, SRBA seeks payment of $208,239.84 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.     No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.     In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:     October 2, 2025          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – August 1, 2025 – August 31, 2025**



**STEWART ROBBINS**
STEWART ROBBINS BROWN & ALTAZAN LLC

301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

September 17, 2025

File #:    639-001
Invoice #:      1782

**RE:** Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 8/1/2025 | continue drafting/revising discovery requests for plan confirmation matters | B320 | NJS | 4.40 | 450.00 | 1,980.00 |
| 8/1/2025 | Analysis of constituent claims under the Plan (5.90); Review order granting extension of mediators' terms (.10); Review Memo to the Record re: DS hearing (.10); Attention to discovery responses and communication with Dundon re: same (.40); Communication with opposing counsel re: DS revisions and resolutions (.20) | B320 | BWA | 6.70 | 550.00 | 3,685.00 |
| 8/1/2025 | Communication with Kroll re: pension issues | B220 | BWA | 0.10 | 550.00 | 55.00 |
| 8/1/2025 | Review and analyze discovery outline, analyze issues with additional discovery needs for confirmation | B320 | BAB | 2.20 | 650.00 | 1,430.00 |
| 8/1/2025 | Communications with M. Mintz re: revisions to DS | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/1/2025 | Communications with Debtor re amended disclosure statement (.1); receipt and review of constituancy analysis and related communications with B. Altazan (.8). | B320 | PDS | 0.90 | 650.00 | 585.00 |
| 8/1/2025 | Review and analyze latest draft of constituency claims spreadsheet | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/2/2025 | drafting Response to Argent's Estimation Motion | B320 | AWM | 1.80 | 400.00 | 720.00 |
| 8/3/2025 | Monitor communication re: DS revisions | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 8/3/2025 | continued drafting Response to Argent's Estimation Motion | B320 | AWM | 0.40 | 400.00 | 160.00 |
| 8/3/2025 | Review and analyze DS, objection by CC, draft and propose additional language for DS and communications with M. Mintz re: same | B320 | BAB | 3.40 | 650.00 | 2,210.00 |
| 8/4/2025 | tc with Mr. Knapp regarding additional proofs of claim (.3); analysis of various committee and confirmation issues; analysis of discovery issues (2.9) | B320 | WSR | 3.20 | 650.00 | 2,080.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 8/4/2025 | continued drafting Response to Argent's Estimation Motion | B320 | AWM | 2.00 | 400.00 | 800.00 |
| 8/4/2025 | communication with H. Barlow re meeting to discuss discovery for plan | B320 | NJS | 0.10 | 450.00 | 45.00 |
| 8/4/2025 | continue revising discovery to plan proponents for plan confirmation | B320 | NJS | 5.20 | 450.00 | 2,340.00 |
| 8/4/2025 | zoom call with H. Barlow and L. Rooney re discovery for plan confirmation | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 8/4/2025 | Analyze plan issues and CC position on present status of plan, possible avenues for treatment adjustments (2.3); analyze issues with treatments of CC constituencies (1.6) | B320 | BAB | 3.90 | 650.00 | 2,535.00 |
| 8/4/2025 | Telephone conference with M. Mintz re: discovery issues (0.4); analyze issues raised by same re: discovery to be propounded by plan proponents and needs to respond to same (1.3) | B320 | BAB | 1.70 | 650.00 | 1,105.00 |
| 8/4/2025 | Review communication from CC FA re: discussion with Debtor FA, analyze comments of debtor FA re: plan provisions | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 8/4/2025 | Strategy Zoom with W. Robbins, B. Brown, and B. Altazan re confimation issues (.9); review of and revisions to document requests (1.5); call with R. Kuebel re confirmation issues (.2); communications with Dundon re meeting with Debtor's FA (.2). | B320 | PDS | 2.80 | 650.00 | 1,820.00 |
| 8/4/2025 | Telephone conference with B. Knapp re: SA claims information (.30); review and revise associate's draft response to Argent's estimation motion (2.50); Communication with Dundon re: constituency claims (.50); Communication with chambers re: DS evidentiary hearing (.20); Attention to discovery issues, telephone conference with Debtor's counsel re: various issues including same (.60); Research and analysis re: Commercial Committee's duties and obligations under current plan structure (4.30) | B320 | BWA | 8.40 | 550.00 | 4,620.00 |
| 8/5/2025 | review and analyze discovery requests (.8); review and analyze response to claims estimation motion (.4); tc with Dundon (.5); analysis of plan objection issues (1.4) | B320 | WSR | 3.10 | 650.00 | 2,015.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 8/5/2025 | Review and revise discovery requests, communication with Commercial Committee re: same (3.0); Continued attention to response to Argent estimation motion, consider revised recommendation re: same (.50); Communication with Dundon re: claims issues (1.30); Communication with opposing counsel and chambers re: continued DS hearing, review order continuing same (.30); Attention to rescheduling standing call with Debtor (.20); DS hearing transcript request task to paralegal (.10); Prepare analysis and recommendation for Commercial Committee re: approach and position going forward (3.50) | B320 | BWA | 8.90 | 550.00 | 4,895.00 |
| 8/5/2025 | revising Response to Argent's Estimation Motion | B320 | AWM | 1.20 | 400.00 | 480.00 |
| 8/5/2025 | continue revising discovery to plan proponents for plan confirmation | B320 | NJS | 4.50 | 450.00 | 2,025.00 |
| 8/5/2025 | Review and analyze latest draft of plan proponent discovery after additional revisions by BWA, analyze further issues re: narrowing of scope to target liquidation and feasibility matters | B320 | BAB | 1.80 | 650.00 | 1,170.00 |
| 8/5/2025 | Analyze issues re: treatment of unsecured claims under plan, analyze formulas in plan determining payout amounts | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 8/5/2025 | Additional analysis of constituency claims and allocation to various classes between claims | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 8/5/2025 | Receipt and review of Order continuing evidentiary hearing on DS and modifying scheduling order | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/5/2025 | Review of, and revisions to, latest document requests to Plan Proponents and related communications with B. Altazan and N. Smeltz. | B320 | PDS | 1.30 | 650.00 | 845.00 |
| 8/5/2025 | revising discovery to certain abuse survivors in connection with motion to dismiss bankruptcy case | B320 | NJS | 0.70 | 450.00 | 315.00 |
| 8/5/2025 | Analyze and revise latest draft of CC reponses to Argent stay and estimation motions, analyze whether response is necessary or required | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 8/5/2025 | Review and revise communication to CC re: discovery to be issued | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 8/6/2025 | Order hearing transcript; emails to/from court and B. Altazan re same. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 8/6/2025 | Finalize discovery requests. | B320 | KAH | 0.50 | 300.00 | 150.00 |

| 8/6/2025 | tc with Dundon regarding claims and other valuation issues (.5); consider confidentiality issues raised by additional proofs of claim (.7); continued analysis of committee duties and related confirmation issues (2.6); | B320 | WSR | 3.80 | 650.00 | 2,470.00 |
|---|---|---|---|---|---|---|
| 8/6/2025 | Analysis of proposed strategy, compile information and research for Commercial Committee to determine path forward (3.20); Telephone conference with Debtor's counsel re: plan issues (.20); Final edits and finalize document requests (2.10); Preliminary review of document requests filed/emailed by opposing counsel (1.70); Attention to Dundon analysis issues (.30); Communication with opposing counsel re: revisions to DS (.60); Receipt and preliminary review of pleadings filed re: amended plan and DS (.50); Attention to claims issues/analysis (.30); Attention to transcript delays (.30); Task to associate re: real estate employment (.30) | B320 | BWA | 9.50 | 550.00 | 5,225.00 |
| 8/6/2025 | continue revising discovery to plan proponents | B320 | NJS | 2.40 | 450.00 | 1,080.00 |
| 8/6/2025 | Analyze latest drafts of discovery to plan proponents, additional needs for same | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 8/6/2025 | Analyze and review CC strategy re: plan confirmation, issues with plan classifications and treatments | B320 | BAB | 1.90 | 650.00 | 1,235.00 |
| 8/6/2025 | Communication from S. Oppenheim re: amended DS (0.1), begin review and analyze second amended DS (1.1) | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 8/6/2025 | Multiple communications with various counsel re: DS issues | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 8/6/2025 | analysis of RFP's of Commercial Committee, Debtors, Committee, and Certain Other Abuse Creditors and multiple communications with B. Altazan and W. Robbins (4.4); analysis of Commercial Committee strategy in prep for upcoming Committee meeting (3.3). | B320 | PDS | 7.70 | 650.00 | 5,005.00 |
| 8/6/2025 | draft/revise application to employ real estate professional | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 8/7/2025 | Pull multiple fee statements and forward to Debtor per request. | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 8/7/2025 | Conferences and analysis of committee duties and related confirmation issues (2.8); consider committee and constituency communications reqired in confirmaiotn process (.7); correspondence regarding committee meeting (.2) | B320 | WSR | 3.70 | 650.00 | 2,405.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 8/7/2025 | Review/begin formulating tasks and approach to responding to document requests received from Debtor, Abuse Committee, and Argent, preliminary analysis of same, prepare for hearing on pre-approval of requests, communication with Debtor and Abuse Committee counsel re: same (5.0); Communication with Dundon and Kroll re: amended plan and DS (.40); Communication with Dundon re: claims issues (.20); Continued analysis and preparation of information for Commercial Committee re: strategy going forward, communication with Commercial Committee re: meeting re: same (1.90); Review forwarded communication from BankPlus to UST re: withdrawal from CC, review/analyze ByLaws re: same (.90) | B320 | BWA | 8.40 | 550.00 | 4,620.00 |
| 8/7/2025 | Review BankPlus claim withdrawal | B310 | BWA | 0.10 | 550.00 | 55.00 |
| 8/7/2025 | Communication with Debtor's counsel re: outstanding monthly fee statements | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 8/7/2025 | reviewing committee bylaws | B320 | AWM | 0.70 | 400.00 | 280.00 |
| 8/7/2025 | Continue review and analysis of amended plan and DS (1.2); communications with M. Mintz re: same, possible revisions to ameliorate and CC objections (0.3) | B320 | BAB | 1.50 | 650.00 | 975.00 |
| 8/7/2025 | Preapre for and participate in discovery conference with debtor's counsel (0.8); analyze discovery issues, response issues post-conference (0.6) | B320 | BAB | 1.40 | 650.00 | 910.00 |
| 8/7/2025 | Review and analyze committee discovery requests to CC (0.6); communications with counsel for committee re: discovery conference (0.2); prepare for and participate in discovery conference with committee counsel (0.7); analyze discovery response and objection issues post-conference (0.7) | B320 | BAB | 2.20 | 650.00 | 1,430.00 |
| 8/7/2025 | Further analysis of CC strategy re: plan, treatments of constituents | B320 | BAB | 2.90 | 650.00 | 1,885.00 |
| 8/7/2025 | Call with W. Robbins to discuss confirmation strategy (.8); Call re discovery issues with N. Smeltz, B. Altazan, W. Robbins, and B. Brown (1.3). | B320 | PDS | 2.10 | 650.00 | 1,365.00 |
| 8/7/2025 | continue revising application to employ real estate professional | B160 | NJS | 1.50 | 450.00 | 675.00 |
| 8/7/2025 | review/analyze discovery propounded by Debtor, Abuse Committee, and Argent | B320 | NJS | 2.80 | 450.00 | 1,260.00 |
| 8/8/2025 | review and analyze Bylaws in light of member / chair withdrawal (1.0); | B150 | WSR | 1.00 | 650.00 | 650.00 |
| 8/8/2025 | consider various discovery and claims valuation issues and communications to /from Dundon regarding same (2.3) | B320 | WSR | 2.30 | 650.00 | 1,495.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 8/8/2025 | Travel to/from hearing to pre-approve discovery (1/2 time), prepare for, attend, and analyze next steps after hearing (10.80); Review Notice of Reconstitution of Commercial Committee and attention to Bylaws re: same (.30); Attention to information re: FEMA refunds from Dundon (.20); Review Order scheduling status conference (.10) | B320 | BWA | 11.40 | 550.00 | 6,270.00 |
| 8/8/2025 | Travel to and from NO for hearing on DS, discovery (1.6 - 1/2 time); attend hearing on DS and discovery issues (5.1); conference with committee counsel re: discovery issues (1.0) | B320 | BAB | 7.70 | 650.00 | 5,005.00 |
| 8/8/2025 | Receipt and initial review of latest amended DS document | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 8/8/2025 | attend/monitor (via telephone) hearing on motion to approve disclosure statement and discovery requests | B320 | NJS | 6.10 | 450.00 | 2,745.00 |
| 8/8/2025 | Receipt and review of UST's notice of appointment of CC members as reconstituted; analyze issues with committee composition in light of resignation of member, chairperson need | B110 | BAB | 0.30 | 650.00 | 195.00 |
| 8/8/2025 | Communications with B. Altazan and W. Robbins re election of chairperson and other related issues (.1); | B110 | PDS | 0.10 | 650.00 | 65.00 |
| 8/10/2025 | Draft and send revised recommendation to Commercial Committee re: Argent's estimation motion (1.0); Communication with Dundon re: transcript and DS objection, further attention to same (.40); Communication with Debtor re: standing call rescheduling, task to paralegal re: same (.30) | B320 | BWA | 1.70 | 550.00 | 935.00 |
| 8/10/2025 | Analyze CC position re: Argent stay, estimation motions, strategy re: same | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 8/11/2025 | Research, analyze, and prepare for Commercial Committee meeting (2.70); Search and consider privilege log for any communications responsive to discovery requests (4.60);Communication with Dundon re: plan issues (.30); Attention to insurance issues (.10); Analysis of and attention to issues re: retention of real estate expert (.90); Receipt and review of notice and email from Debtor re: DS order (.20); Receipt and review of amended scheduling order (.30) | B320 | BWA | 9.10 | 550.00 | 5,005.00 |
| 8/11/2025 | discussions with B. Altazan re outstanding discovery matters | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 8/11/2025 | analysis regarding confirmation issues (1.2); review and revise Deck for Committee meeting (2.6); communication regarding Dundon / BPO issues (.3) | B150 | WSR | 4.10 | 650.00 | 2,665.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 8/11/2025 | Analysis of remaining Argent discovery requests and search terms for same, begin search for responsive documents and analysis of same | B320 | BAB | 2.20 | 650.00 | 1,430.00 |
| 8/11/2025 | Review Debtor's notice of filing of second amended modified order on DS, review attachments thereto | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/11/2025 | Receipt and review of Amended Scheduling Order on confirmation, MTD | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/11/2025 | Revisions to deck for upcoming Commercial Committee presentation re confirmation (.8); analysis of insurance buy-backs, policy valuation issues and related communications with N. Smeltz, B. Altazan, W. Robbins, and B. Brown (2.9); communications with W. Robbins and B. Altazan re Dundon retention issues (.3). | B320 | PDS | 1.10 | 650.00 | 715.00 |
| 8/11/2025 | phone call with T. Rizvi (Dundon) re employment of real estate professional | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 8/11/2025 | analysis of issues concerning employment of real estate professional | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 8/11/2025 | Review and revise CC presentation deck, analyze issues re: same | B150 | BAB | 0.80 | 650.00 | 520.00 |
| 8/11/2025 | Analyze issues re: Dundon need for additional help with real estate valuation, issues with retention of real estate professional | B320 | BAB | 0.90 | 650.00 | 585.00 |
| 8/12/2025 | Review Amended Scheduling Order and DS Order re upcoming deadlines; update internal tracking spreadsheet | B320 | KAH | 0.90 | 300.00 | 270.00 |
| 8/12/2025 | Continue preparing for Commercial Committee meeting and communication with Commercial Committee re: same (.60); Continue searches and review of communications responsive to discovery requests (8.10); Draft "may call" witness list (2.10); Receipt and review of order cancelling status conference (.10); Receipt and review of order approving DS (.30) | B320 | BWA | 11.20 | 550.00 | 6,160.00 |
| 8/12/2025 | Review Motions for Leave to file late SA claims | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 8/12/2025 | draft/revise responses to Abuse Committee written discovery | B320 | NJS | 1.90 | 450.00 | 855.00 |
| 8/12/2025 | analysis of discovery requests that may require input from Dundon advisers and communications related to same | B320 | NJS | 1.70 | 450.00 | 765.00 |
| 8/12/2025 | Receipt and review of Order granting approval of DS and fixing deadlines | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/12/2025 | Attention to document search responsive to Argent discovery | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 8/12/2025 | prepare for committee call (.5); analysis of liquidation value issues (1.3) | B320 | WSR | 1.80 | 650.00 | 1,170.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/2025 | Review and revise latest draft of committee presentation deck on plan provisions | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 8/12/2025 | Receipt and review of Committee slides for upcoming meeting (.6); communications with B. Altazan, N. Smeltz, and W. Robbins re discovery issues (.4); search and review of email potentially responsive to discovery requests and related communications with firm (4.5). | B320 | PDS | 5.50 | 650.00 | 3,575.00 |
| 8/13/2025 | Prepare transcript request order form. | B320 | KAH | 0.10 | 300.00 | 30.00 |
| 8/13/2025 | Review data room documents in Everlaw; propose internal plan for possible document production logistics in response to discovery requests. | B320 | KAH | 0.40 | 300.00 | 120.00 |
| 8/13/2025 | Attention to document upload/Everlaw issues; emails with Everlaw support (.4); email to B. Altazan re same (.1); email to Dundon re Everlaw access (.1); email to Debtor Counsel re same (.2) | B320 | KAH | 0.80 | 300.00 | 240.00 |
| 8/13/2025 | Prepare for Commercial Committee meeting (1.0), lead Commercial Committee meeting (1.20) and communication with Commercial Committee members re: same (.40) | B150 | BWA | 2.60 | 550.00 | 1,430.00 |
| 8/13/2025 | Review/edit prebill (.40); Communication with Debtor's counsel re: prior fee statements, task to paralegal re: same (.30) | B160 | BWA | 0.70 | 550.00 | 385.00 |
| 8/13/2025 | Review multiple motions for leave to file late sexual abuse claims | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 8/13/2025 | Review, analyze order approving DS (.50); Analysis of discovery requests for communications, review communications and analysis of responsive documents, edits to privilege logs and review Court order as to discovery requests (3.40); Research re: duty to communication with constituents re: plan issues (1.0); Meeting with Debtor (.90), post-meeting analysis of same (.50); Attention to requesting transcript of prior hearing (.20); Attention to issues with Debtor's document production(s) (1.0); Review oppositions filed to Argent's estimation motion (.30) | B320 | BWA | 7.80 | 550.00 | 4,290.00 |
| 8/13/2025 | Meeting with SRBA team re Discovery Requests (.6); Conducting review of correspondence re discovery requests (.4); meeting with Debtor's counsel (.7) | B320 | AWM | 1.70 | 400.00 | 680.00 |
| 8/13/2025 | review/analyze discovery propounded upon commercial committee to determine scope of communications requested | B320 | NJS | 0.50 | 450.00 | 225.00 |
| 8/13/2025 | multiple communications with H. Barlow (Dundon) re information and documents needed from Dundon to respond to written discovery | B320 | NJS | 0.80 | 450.00 | 360.00 |

| Date | Description | Task | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/13/2025 | email to A. Caine and B. Knapp (Abuse Committee) re discussion of discovery propounded on Commercial Committee | B320 | NJS | 0.10 | 450.00 | 45.00 |
| 8/13/2025 | analysis of order granting/denying discovery requests | B320 | NJS | 1.30 | 450.00 | 585.00 |
| 8/13/2025 | review and analyze confirmation and expert report issues (1.8); review committee meeting materials (.4); attend committee meeting (1.0); tc with Dundon regarding valuation issues (.5); analysis of valuation issues in confirmation (.8); additional discovery analysis and review of SRBA specific (1.0) | B320 | WSR | 5.50 | 650.00 | 3,575.00 |
| 8/13/2025 | Review documents re: Argent production, analyze responsiveness of same | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 8/13/2025 | Receipt and review of Order on discovery requests, analyze same | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/13/2025 | Receipt, review and analysis of Debtor's opposition to Argent motion to estimate | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/13/2025 | Multiple communications with counsel for committee re: meeting on discovery, analyze needs for same | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/13/2025 | Prepare for and participate in commercial committee meeting | B150 | BAB | 1.20 | 650.00 | 780.00 |
| 8/13/2025 | Prepare for and participate in discovery meeting with debtor's counsel | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 8/13/2025 | Communication with team re discovery responses (.4); communication with B. Altazan re call with Debtor (.1); review of proposed witness list and other discovery items (.8). | B320 | PDS | 1.30 | 650.00 | 845.00 |
| 8/13/2025 | zoom meeting with B. Altazan, B. Brown, A. Mock, S. Oppenheim (Debtor), and M. Mintz (Debtor) re discovery requests | B320 | NJS | 0.80 | 450.00 | 360.00 |
| 8/13/2025 | Receipt and review of Apostolates objection to Argent motion to estimate claims, analyze same | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/14/2025 | Revisions to SRBA July 2025 invoice | B160 | KAH | 0.90 | 300.00 | 270.00 |
| 8/14/2025 | Prepare Dundon's July monthly fee statement | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 8/14/2025 | Prepare Kroll's July monthly fee statement | B160 | KAH | 0.20 | 300.00 | 60.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/14/2025 | Review documents and prepare responses to discovery requests directed to Commercial Committee (4.10); Draft, revise "may call" witness list (.70); Review Abuse Committee's objection to Argent's Estimation motion (.30); Telephone conference and email communication with Debtor's counsel re: depositions (.20); Conference call with Dundon re: plan issues and analysis of same (1.80); Conference call with Abuse Committee re: discovery and analysis of same (.80); Review Argent motion for comfort order re: stay (.30); Attention to FEMA amounts (.30) | B320 | BWA | 8.50 | 550.00 | 4,675.00 |
| 8/14/2025 | Review Commercial Committee's professionals invoices (1.10); Review Sexual Abuse Survivors' objection to Abuse Committee's fee application (.30) | B160 | BWA | 1.40 | 550.00 | 770.00 |
| 8/14/2025 | Call with Dundon group re discovery (.7); Call with Abuse Committee Counsel re discovery (.7) | B320 | AWM | 1.40 | 400.00 | 560.00 |
| 8/14/2025 | draft/revise responses to Debtor written discovery | B320 | NJS | 0.70 | 450.00 | 315.00 |
| 8/14/2025 | preparing for zoom call with Dundon re discovery and plan matters | B320 | NJS | 0.50 | 450.00 | 225.00 |
| 8/14/2025 | zoom call with D. Stewart, B. Brown, B. Altazan, W. Robbins, A. Mock, H. Barlow, L. Rooney, T. Rizvi, M. Whalen, M. Dundon re discovery and plan matters | B320 | NJS | 1.20 | 450.00 | 540.00 |
| 8/14/2025 | email to H. Barlow and M. Dundon re requested communications for written discovery | B320 | NJS | 0.70 | 450.00 | 315.00 |
| 8/14/2025 | zoom call with A. Caine, B. Knapp (Abuse Committee), W. Robbins, B. Brown, B. Altazan, and A. Mock re discovery propounded by Abuse Committee | B320 | NJS | 0.70 | 450.00 | 315.00 |
| 8/14/2025 | review and analyze expert report / discovery issues, including underlying claim issues (2.3); tc with Dundon regarding same (1.0); analysis of plan Class 7 treatment and other confirmation issues (1.0); tc with Abuse Committee counsel regarding discovery / underlying claim issues (.4) | B320 | WSR | 4.70 | 650.00 | 3,055.00 |
| 8/14/2025 | Attention to responses to debtor's discovery requests, review of same and review of possibly reponsive documents | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 8/14/2025 | Receipt and review of Committee's opposition to Argent motion to estimate | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/14/2025 | Review and analyze privilege log and documents underlying same, analyze additional bases for privilege on same | B320 | BAB | 0.70 | 650.00 | 455.00 |

| Date | Description | | Initials | Hours | Rate | Amount |
|------|-------------|---|----------|-------|------|--------|
| 8/14/2025 | Receipt, review and revisions to May Call Witness list and related communication with internal team (.4); multiple internal communications relating to Committee and Debtors' discovery requests (.3); Zoom call with Dundon to discuss expert reporting and followup with B. Altazan and W. Robbins (1.5). | B320 | PDS | 2.20 | 650.00 | 1,430.00 |
| 8/15/2025 | Finalize orders for SRBA and Dundon fee applications | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 8/15/2025 | Prepare SRBA July MFS | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 8/15/2025 | Review status of appeals and pending cases. | B180 | KAH | 0.20 | 300.00 | 60.00 |
| 8/15/2025 | Review Motion for Leave to file late sexual abuse claim | B310 | BWA | 0.20 | 550.00 | 110.00 |
| 8/15/2025 | Communication with opposing counsel re: deposition scheduling (.20); Attention to status of discovery responses (.20) | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 8/15/2025 | continue to draft/revise response to Debtor discovery requests | B320 | NJS | 1.80 | 450.00 | 810.00 |
| 8/15/2025 | draft/revise responses to Argent discovery requests | B320 | NJS | 1.30 | 450.00 | 585.00 |
| 8/15/2025 | communication to H. Barlow re information requested in Abuse Committee and Debtor discovery requests | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 8/15/2025 | continue drafting/revising responses to Committee discovery requests | B320 | NJS | 2.00 | 450.00 | 900.00 |
| 8/15/2025 | Communication with opposing counsel and internal team re discovery requests and may call witness list. | B320 | PDS | 0.70 | 650.00 | 455.00 |
| 8/17/2025 | Correspondence from Abuse Committee counsel re: deposition scheduling, analysis of same (.20); Communication with Dundon re: discovery (.10) | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 8/18/2025 | Finalize witness list. | B320 | KAH | 0.10 | 300.00 | 30.00 |
| 8/18/2025 | Revisions to "may call" witness list, oversee filing of same (1.0); Review other parties' filed "may call" lists (.70); Draft 30(b)(6) Notices and Deposition Notices (6.70); Revise discovery responses, attention to document review and communication with Dundon re: same (2.40); Communication with opposing counsel re: depositions, internal communication re: scheduling (.40); Receipt and preliminary review of hearing transcript (.20) | B320 | BWA | 11.40 | 550.00 | 6,270.00 |
| 8/18/2025 | Review Memo to the Record re: Commercial Committee fee applications | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 8/18/2025 | review/analyze material provided by Dundon with respect to discovery | B320 | NJS | 1.20 | 450.00 | 540.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/18/2025 | analysis of best course of action to conduct search for communications requested in written discovery | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 8/18/2025 | analysis of discovery issues and witness issues (1.6); correspondence regarding Dundon search issues (.2) | B320 | WSR | 1.80 | 650.00 | 1,170.00 |
| 8/18/2025 | Review, analysis and revisions to CC may call witness list in light of latest filings | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/18/2025 | Review and analyze Traveler's may call list | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/18/2025 | Review communication from A. Caine re: compiled list of witnesses listed on various may calls | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/18/2025 | Receipt and review of UST's may call list | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 8/18/2025 | Analysis of, and revisions to, May Call witness list and related internal communications (.6); communications with Dundon relating to discovery responses (.3); receipt, review and revisions to, RFP responses to plan proponents and Argent and related internal communications (.9); analysis of deposition list and related communications with B. Altazan (1.4). | B320 | PDS | 3.20 | 650.00 | 2,080.00 |
| 8/18/2025 | Receipt and review of CAS may call list | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/18/2025 | Receipt and review of Debtor's may call list | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/18/2025 | Review and analyze Argent may call witness list | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/19/2025 | Prepare certificate of service re orders granting srba and dundon fee apps. | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 8/19/2025 | revising Commerical Committee response to Discovery | B320 | AWM | 1.80 | 400.00 | 720.00 |
| 8/19/2025 | Review/revise discovery responses (2.90); Continue drafting 30(b)(6) notices (3.40); Communication with Dundon re: liquidation value and feasibility, including real estate valuations (.80); Communication from Commercial Committee members re: chair election, analysis of same (.40); Communication with Abuse Committee counsel re: sexual abuse claims, analysis of same (.70); Attention to necessary depositions (.10) | B320 | BWA | 8.30 | 550.00 | 4,565.00 |
| 8/19/2025 | Review Abuse Committee's reply to fee application | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 8/19/2025 | revising responses to committee discovery regarding plan confirmation | B320 | NJS | 1.10 | 450.00 | 495.00 |
| 8/19/2025 | revising responses to Debtor discovery concerning plan confirmation | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 8/19/2025 | revising responses to Argent discovery concerning plan confirmation | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 8/19/2025 | phone call with H. Barlow re written discovery | B320 | NJS | 0.50 | 450.00 | 225.00 |

| 8/19/2025 | analysis of discovery response issues; analysis of expert witness and other deposition issues | B320 | WSR | 1.50 | 650.00 | 975.00 |
|---|---|---|---|---|---|---|
| 8/19/2025 | Analyze issues re: committee chairperson selection | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/19/2025 | Receipt and review of Orders granting SRBA, Dundon fee apps | B160 | BAB | 0.20 | 650.00 | 130.00 |
| 8/19/2025 | Review and revise responses to Argent discovery requests | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/19/2025 | Analyze issues re: need for employment of additional appraisal help | B160 | BAB | 0.60 | 650.00 | 390.00 |
| 8/20/2025 | Attention to scheduling standing weekly call with Debtor. | B110 | KAH | 0.20 | 300.00 | 60.00 |
| 8/20/2025 | Prepare Certificates of Service for discovery responses to Debtor, Committee and Argent | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 8/20/2025 | Finalize discovery to submit to propounding parties | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 8/20/2025 | Review and revise discovery responses, oversee finalizing same (2.60); Analysis of need for real estate professionals and logistics of same, communication with Dundon re: same (2.70); Review and analyze Debtor's liq analysis, prepare 30(b)(6) notices in light of same (3.20); Standing call with Debtor's counsel (.60); Review Notice of Agenda (.10); Communication with opposing counsel and Dundon re: depositions (.60); Communication with Abuse Committee re: sexual abuse proofs of claim, analysis of same (.30); Preliminary review of responses to Commercial Committee's document requests (.40) | B320 | BWA | 10.50 | 550.00 | 5,775.00 |
| 8/20/2025 | Attention to Commercial Committee meeting scheduling, communication with Commercial Committee re: same | B150 | BWA | 0.50 | 550.00 | 275.00 |
| 8/20/2025 | review/analyze documents to determine whether privileged for discovery | B320 | NJS | 3.60 | 450.00 | 1,620.00 |
| 8/20/2025 | attention to application to employ real estate valuation expert | B160 | NJS | 0.60 | 450.00 | 270.00 |
| 8/20/2025 | revising discovery responses to Abuse Committee, Debtor, and Argent | B320 | NJS | 0.80 | 450.00 | 360.00 |
| 8/20/2025 | conference call with Debor's counsel (.6); analysis of discovery and confirmation issues (.7); emails regarding BPO / experts (.3) | B320 | WSR | 1.60 | 650.00 | 1,040.00 |
| 8/20/2025 | Review and revisions to multiple drafts of discovery responses to various propounding parties, analyze issues re: same | B320 | BAB | 1.70 | 650.00 | 1,105.00 |

| Date | Description | Code | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/2025 | Review communication from A. Caine re: depositions and compiled witness list, review list (0.3); analyze issues raised by counsel re: notices, 30b6 issues, other issues for purposes of discussion (0.8); review and analyze issues raised by S. Gisleson re: depositions (0.3) | B320 | BAB | 1.40 | 650.00 | 910.00 |
| 8/20/2025 | Receipt, review and analysis if committee's responses to CC's discovery requests | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 8/20/2025 | Receipt, review and analysis of Debtor's responses to CC discovery | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 8/20/2025 | Multiple communications with CC members re: chairperson selection | B150 | BAB | 0.20 | 650.00 | 130.00 |
| 8/20/2025 | phone calls with H. Barlow re discovery in connection with plan confirmation and retention of real estate professional | B320 | NJS | 0.60 | 450.00 | 270.00 |
| 8/20/2025 | phone call with potential real estate valuation expert re employment | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 8/20/2025 | Prepare for and particpate in CC conference call (0.5); telephone conference with Dundon re: expert analysis needed, communications with Dundon re: same (0.7) | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 8/20/2025 | Communications with Dundon and B. Altazan re need for employment of real estate professional (.3); | B160 | PDS | 0.30 | 650.00 | 195.00 |
| 8/21/2025 | Continue drafting and revising 30(b)(6) notices, communication with Dundon re: same (2.50); Draft deposition notices for individuals (.40); Analysis of sexual abuse claims information needs, communication with Abuse Committee re: same (1.0); Review discovery responses from plan proponents, communication with Kroll and Dundon re: same (.90); Attend and participate in hearing (1.70); Communication with opposing counsel re: deposition scheduling (.20); Analysis of real estate professional needs and logistics (.20); Review order denying estimation motion (.10) | B320 | BWA | 7.00 | 550.00 | 3,850.00 |
| 8/21/2025 | Communication with Commercial Committee re: meeting re: chair position, attention to scheduling same | B150 | BWA | 0.40 | 550.00 | 220.00 |
| 8/21/2025 | Review orders continuing fee applications | B160 | BWA | 0.20 | 550.00 | 110.00 |
| 8/21/2025 | continue drafting/revising application to employ real estate professional | B160 | NJS | 1.00 | 450.00 | 450.00 |
| 8/21/2025 | emails and analysis regarding Sexual Abuse Claims information in light of Court comments | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 8/21/2025 | Review of discovery responses, proposed discovery and related communications with B. Altazan (2.4); communications with M. Dundon re expert witness issues (.3). | B320 | PDS | 5.40 | 650.00 | 3,510.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 8/22/2025 | Attention to Debtor's document production; prepare for submission to Everlaw; emails related to same. | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 8/22/2025 | Analysis of and communication with Dundon re: logistics of real estate professional's employment (1.0); Review claims affected by class 7 treatment, communication with Dundon re: same (.90); Participate in all-party deposition call (1.30), email communication with parties (.20) and Commercial Committee professionals (.70); Continue drafting 30(b)(6) notices and general notice pleading for filing into record (1.70); Communication with Dundon re: sexual abuse claims (.30); Receipt of document production from Debtor, direct paralegal re: same and attention to outstanding issues with prior production(s) (.80) | B320 | BWA | 6.90 | 550.00 | 3,795.00 |
| 8/22/2025 | continue drafting/revising application to employ real estate valuation professional | B160 | NJS | 2.70 | 450.00 | 1,215.00 |
| 8/22/2025 | phone call with H. Barlow (Dundon) re retention of real estate professional, plan confirmation issues, and deposition topics for debtor | B320 | NJS | 0.50 | 450.00 | 225.00 |
| 8/22/2025 | Review and analyze updated spreadsheet of claims and classification participation | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 8/22/2025 | Communications with various counsel in advance of conference call on deposition scheduling, review CAS communication re: position on deposition scheduling items (0.6); participate in deposition scheduling conference with counsel for PII, analyze issues post-conference (1.6) | B320 | BAB | 2.20 | 650.00 | 1,430.00 |
| 8/22/2025 | Analysis of deposition issues and related communications with B. Altazan, S. Gisleson and A. Caine (.8); review of and revisions to multiple 30(b)(6) and other notices of deposition (1.7). | B320 | PDS | 2.50 | 650.00 | 1,625.00 |
| 8/22/2025 | communication to H. Barlow, M. Dundon, and B. Altazan re engagement of real estate professional | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 8/24/2025 | Analysis of logistics re: real estate professional employment | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 8/25/2025 | Attention to debtor document production; Everlaw organization and access for Dundon; emails with Dundon re same. | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 8/25/2025 | Finalize notices of depositions and notice of intent to take depositions | B320 | KAH | 0.70 | 300.00 | 210.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/25/2025 | Attention to Debtor's recent document production and communication with Dundon re: same (.60); Continued analysis of real estate related information needs and logistics of acquiring same (1.30); Communication with Dundon re: sexual abuse claims (.30); Finalize and oversee deposition notice filing (1.30), review deposition notices filed by other parties (.60); Communication with other parties re: deposition issues and plan proponents' proposed status report re: same (2.30), analysis of same (.80); Review filed deposition status report (.30); Attention to upcoming Commercial Committee meeting in light of hearing (.20); Task to associate re: deposition related research (.40) | B320 | BWA | 8.10 | 550.00 | 4,455.00 |
| 8/25/2025 | continue drafting/revising application to employ real estate valuation professionals | B160 | NJS | 1.20 | 450.00 | 540.00 |
| 8/25/2025 | Review and analyze Notice of Intent to Take Depositions filed by Argent | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/25/2025 | Receipt and review of Committee's notice to take deposition of V. Liuzza, analyze reason for same | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/25/2025 | Review and revise communication to S. Gisleson re: Kroll and status as pension expert for CC | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 8/25/2025 | Receipt and review of CAS notice to take depositions | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 8/25/2025 | Receipt and review of Debtor's notice of Argent 30b6 | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 8/25/2025 | review deposition issues (.3); initial analysis of property issues raised by Dundon (1.5) | B320 | WSR | 1.80 | 650.00 | 1,170.00 |
| 8/25/2025 | Final review of deposition notices and related communication with B. Altazan (1.1); communications with M. Dundon and related communications re real estate with W. Robbins and A. Mock (.4); preliminary review of multiple sets of discovery materials and related communications with B. Altazan and the entire group (1.3). | B320 | PDS | 2.80 | 650.00 | 1,820.00 |
| 8/25/2025 | phone call with potential real estate expert re engagement agreement and employment application | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 8/25/2025 | research and analysis regarding deposition time limits under Rule 30(d)(1) and ability to conduct remote depositions | B320 | NJS | 0.70 | 450.00 | 315.00 |

| 8/26/2025 | Communication with Dundon re: plan issues and deposition availability (1.20); Review/analyze research from associate re: deposition issues (.50); Communication with Kroll re: deposition availability (.30); Communication with opposing counsel re: deposition scheduling, internal communication and analysis re: same (.50); Communication with Dundon re: real estate issues and analysis of logistics re: same (2.20); Attend hearing (2.30); Review order scheduling status conference (.10) | B320 | BWA | 7.10 | 550.00 | 3,905.00 |
| 8/26/2025 | Communication with Commercial Committee re: chair election | B150 | BWA | 0.20 | 550.00 | 110.00 |
| 8/26/2025 | Review Argent's complaint, analysis of same | B190 | BWA | 0.50 | 550.00 | 275.00 |
| 8/26/2025 | analysis of outstanding matters with retention of real estate valuation professionals | B160 | NJS | 0.60 | 450.00 | 270.00 |
| 8/26/2025 | phone call with T. Rizvi (Dundon) re employment of real estate valuation professionals | B160 | NJS | 0.60 | 450.00 | 270.00 |
| 8/26/2025 | Prepare for and participate in CC meeting | B150 | BAB | 0.40 | 650.00 | 260.00 |
| 8/26/2025 | Analyze rulings of court from today's discovery hearings | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 8/26/2025 | review chairperson materials; attend committee meeting; analysis of discovery issues; analysis of expert / dundon appraisal / valuation issues; conference with Dundon regarding same | B320 | WSR | 2.60 | 650.00 | 1,690.00 |
| 8/26/2025 | Communications with B. Altazan re deposition hearing. | B320 | PDS | 0.30 | 650.00 | 195.00 |
| 8/26/2025 | Communications with B. Altazan, N. Smeltz, and Dundon re employment of real estate professionals. | B160 | PDS | 0.50 | 650.00 | 325.00 |
| 8/26/2025 | Review motion for leave to file late sexual abuse claim | B310 | BWA | 0.20 | 550.00 | 110.00 |
| 8/26/2025 | continue research and analysis regarding deposition time limits under Rule 30(d)(1) and ability to conduct remote depositions | B320 | NJS | 2.70 | 450.00 | 1,215.00 |
| 8/26/2025 | communication with potential real estate expert re application materials and availability for deposition (if necessary) | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 8/26/2025 | research and analysis regarding whether potential real estate expert constitutes a professional person under the bankruptcy code for purposes of employment | B160 | NJS | 2.00 | 450.00 | 900.00 |
| 8/26/2025 | communication with Dundon team re outstanding matters to employ real estate valuation professional | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 8/26/2025 | continue revising application to employ real estate valuation expert | B160 | NJS | 1.10 | 450.00 | 495.00 |

| Date | Description | Code | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/26/2025 | Receipt and review of complaint filed by Argent for subordination of claims of pension holders and additional debtors to Argent, analyze issues raised by same | B190 | BAB | 0.50 | 650.00 | 325.00 |
| 8/26/2025 | zoom call with W. Robbins, B. Altazan, T. Rizvi (Dundon), and H. Barlow (Dundon) re employment of real estate valuation professionals | B160 | NJS | 0.70 | 450.00 | 315.00 |
| 8/27/2025 | Analysis of real estate issues for liquidation/feasibility analysis, need for employment of additional professional(s), communication with Dundon re: same, and review/revise real estate professionals' employment application (6.50); Attention to privilege log status and setting internal deadlines (.50); Attention to expert deposition availability, 30(b)(6) designations, and communication with opposing counsel re: deposition scheduling (1.40); Standing call with Debtor (.40); | B320 | BWA | 8.80 | 550.00 | 4,840.00 |
| 8/27/2025 | phone call to M. Quijano (Chambers law clerk) re Court availability for hearing next week for employment application | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 8/27/2025 | Analyze issues re: real estate valuations | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 8/27/2025 | research and review property valuation issues, including effect of historical and similar restrictions (2.2); emails regarding discovery issue (.2); additional analysis of expert valuation issues (.7) | B320 | WSR | 3.10 | 650.00 | 2,015.00 |
| 8/27/2025 | Communications with B. Altazan re Dundon reporting (.2); communications with W. Robbins re real estate issues (.6); communications with parties re deposition issues (.3); | B320 | PDS | 1.10 | 650.00 | 715.00 |
| 8/27/2025 | analysis of issues and concerns with application to employ real estate expert | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 8/27/2025 | continue revising application to employ real estate professional | B160 | NJS | 3.10 | 450.00 | 1,395.00 |
| 8/27/2025 | communications with Dundon team re employment application for potential real estate valuation professional | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 8/27/2025 | communication to real estate expert re employment application | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 8/27/2025 | phone call with potential real estate expert re conflicts check | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 8/27/2025 | circulating conflicts list to potential real estate professional | B160 | NJS | 0.10 | 450.00 | 45.00 |

| Date | Description | Code | Staff | Hours | Rate | Amount |
|------|-------------|------|-------|-------|------|--------|
| 8/28/2025 | Continued work through of real estate issues, communication with Dundon, Commercial Committee, and potential professionals re: same (5.70); Review order re: deposition scheduling (.10); Communication with opposing counsel re: deposition scheduling (.10) | B320 | BWA | 5.90 | 550.00 | 3,245.00 |
| 8/28/2025 | continue analysis of issues for employment of real estate valuation professionals | B160 | NJS | 1.10 | 450.00 | 495.00 |
| 8/28/2025 | continue analysis of privilege log matters | B320 | NJS | 1.00 | 450.00 | 450.00 |
| 8/28/2025 | phone call with W. Robbins, B. Altazan, and T. Rizvi re real estate professional employment | B160 | NJS | 0.50 | 450.00 | 225.00 |
| 8/28/2025 | review proposed MT Employ property valuation experts (1.2); analyze underlying contracts and other valuation issues (2.4); tc's with Dundon regarding proposed BOV's (.6); analysis of expert and valuation issues advisable (1.9) | B320 | WSR | 6.10 | 650.00 | 3,965.00 |
| 8/28/2025 | review/analyze engagement agreement | B160 | NJS | 0.50 | 450.00 | 225.00 |
| 8/29/2025 | Continued attention to real estate issues related to hypothetical liquidation and feasibility and employment of professionals as to same, communication with Dundon, the Commercial Committee, and (with regard to expedited hearing on an employment application) opposing counsel (6.30); Communication with Abuse Committee and Dundon re: sexual abuse claims (.80); Communication with Dundon re: constituent claims (.20); Receipt of document production from Abuse Committee (.10); Begin preparing letter to constituents re: plan (1.50) | B320 | BWA | 8.90 | 550.00 | 4,895.00 |
| 8/29/2025 | continue analysis of emails for privilege log | B320 | NJS | 0.40 | 450.00 | 180.00 |
| 8/29/2025 | Review and revise communications with CC members re: Dundon needs re: additional info for RE valuations | B150 | BAB | 0.30 | 650.00 | 195.00 |
| 8/29/2025 | additional review and analysis of real estate valuation issues, including reviewing engagements and Dundon employment (1.5); tc's with Dundon regarding structures (.5); emails and analysis relating to same (1.8); emails and analysis regarding claims valuation issues (.5) | B320 | WSR | 4.30 | 650.00 | 2,795.00 |
| 8/29/2025 | email to potential real estate professional re availability next week for hearing | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 8/29/2025 | continue preparing employment materials for real estate valuation experts | B160 | NJS | 5.80 | 450.00 | 2,610.00 |
| 8/29/2025 | phone call with potential real estate expert re employment | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 8/29/2025 | phone call with T. Rizvi (Dundon) re employment of real estate valuation expert | B160 | NJS | 0.10 | 450.00 | 45.00 |

| 8/29/2025 | continue analysis of employment of real estate valuation expert | B160 | NJS | 0.20 | 450.00 | 90.00 |
|---|---|---|---|---|---|---|
| 8/29/2025 | revise communication to commercial committee re employment of real estate valuation expert | B160 | NJS | 0.40 | 450.00 | 180.00 |
| | **Total** | | | 453.40 | | **$253,810.00** |

### FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 41.80 | 650.00 | 27,170.00 |
| AWM | Abigail W. Mock | 11.00 | 400.00 | 4,400.00 |
| BAB | Brandon A. Brown | 67.10 | 650.00 | 43,615.00 |
| BWA | Brooke W. Altazan | 183.80 | 550.00 | 101,090.00 |
| KAH | Kimberly A. Heard | 7.40 | 300.00 | 2,220.00 |
| NJS | Nicholas J. Smeltz | 85.90 | 450.00 | 38,655.00 |
| WSR | William S. Robbins | 56.40 | 650.00 | 36,660.00 |

### TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.60 | 533.33 | 320.00 |
| B150 | Meetings of and Communications with Creditors | 11.70 | 618.38 | 7,235.00 |
| B160 | Fee/Employment Applications | 33.70 | 458.31 | 15,445.00 |
| B180 | Avoidance Action Analysis | 0.20 | 300.00 | 60.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 1.00 | 600.00 | 600.00 |
| B220 | Employee Benefits/Pensions | 0.10 | 550.00 | 55.00 |
| B310 | Claims Administration and Objections | 1.10 | 550.00 | 605.00 |
| B320 | Plan and Disclosure Statement (Including Business | 405.00 | 566.64 | 229,490.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 8/5/2025 | Mileage to/from New Orleans for hearing and parking | 121.00 |
| 8/8/2025 | Inv. No. 25-190-1<br>Archdiocese of New Orleans Hearing 7.31.25 | 243.10 |
| 8/18/2025 | Inv. No. 25-193-2 | 366.30 |
| 8/19/2025 | Mileage to/from New Orleans and parking for hearing on 7/31/2025 | 133.96 |
| 8/31/2025 | Pacer for August 2025 | 17.20 |
| 8/31/2025 | Lexis for August 2025 | 670.62 |
| 8/31/2025 | Copies for August 2025 | 255.40 |
| 8/31/2025 | Everlaw for August 2025 | 1,921.32 |
| 8/31/2025 | Everlaw-Data Room for August 2025 | 975.44 |
| 8/31/2025 | Project manager time | 487.50 |
| | **Total DISBURSEMENTS** | **$5,191.84** |

| | **Total** | **$259,001.84** |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

**FIFTY-THIRD MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fifty-Third Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending September 30, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.     SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $111,248.00 (80% of $139,060.00) |
| Total Expenses: | $3,889.30 |
| Total: | $115,137.30 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $115,137.30 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      October 16, 2025      **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – September 1, 2025 – September 30, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

October 13, 2025

File #:  639-001
Invoice #:      1798

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 9/1/2025 | attention to privilege issues for discovery | B320 | NJS | 0.20 | 450.00 | 90.00 |
| 9/2/2025 | Attention to Committee document production; emails with Everlaw team re upload | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 9/2/2025 | Attention to issues with 7.11.25 document production from Debtor and passwords related to same. | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 9/2/2025 | Receipt of Committee's abuse summary and documents/upload to Everlaw. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 9/2/2025 | consider multiple issues as to Dundon / contractor real estate valuation proposals, and review of declaration / notices required (2.4); multiple emails regarding Dundon contractors (.6); consider revised claims received from Abuse Committee counsel (.3) | B320 | WSR | 3.30 | 650.00 | 2,145.00 |
| 9/2/2025 | Analysis of Debtor vs Apostolate real estate (1.0); Substantial communication with Dundon and internally re: need for real estate expert, review/revise application to employ for same (6.30); Communication with opposing counsel and with potential experts re: deposition scheduling, analysis of issues related to same (.50); Communication with Debtor's counsel and paralegal re: documents missing from production, analysis of same (1.10); Manage document production database (.40); Communication with B. Knapp and Dundon re: sexual abuse claims, analysis of timing re: same (1.0) | B320 | BWA | 10.30 | 550.00 | 5,665.00 |
| 9/2/2025 | continue review and analysis of communications for privilege log. | B320 | NJS | 3.50 | 450.00 | 1,575.00 |
| 9/2/2025 | Reviewing ADNO Campus List re Debtor vs. Apostolate ownership | B320 | AWM | 1.00 | 400.00 | 400.00 |
| 9/3/2025 | continue analysis of privilege issues in connection with written discovery propounded upon Commercial Committee | B320 | NJS | 2.20 | 450.00 | 990.00 |
| 9/3/2025 | phone call with H. Barlow re discovery | B320 | NJS | 0.30 | 450.00 | 135.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 9/3/2025 | analysis and multiple communications regarding Dundon, contractors, BPO and valuation issues (1.3); analysis of new developments in amended Ch 11 Plan (1.5); Telephone conference with Dundon regarding claims issues and valuation (l7) | B320 | WSR | 3.50 | 650.00 | 2,275.00 |
| 9/3/2025 | Continue revisions to application to employ real estate expert, communication with Dundon and potential experts re: same and analysis of same (2.90); Standing call with Debtor, post-analysis of same (.50); Listen to audio of Friday's hearing (.20); Review Debtor's Notice of Addendum (.10); Review, analyze, and finalize privilege logs (2.60); Communication with A. Caine re: deposition schedule (.10); Analysis of outstanding plan issues (.80) Communication with Debtor re: scheduling follow-up call (.30); Communication with B. Knapp and Dundon re: SA claims (.70) | B320 | BWA | 8.20 | 550.00 | 4,510.00 |
| 9/3/2025 | Communications with A. Caine re: desposition scheduling | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 9/3/2025 | Prepare for and participate in telephone conference with debtor's counsel re: plan and case status (0.6); communications with debtor's counsel re: plan issues (0.2) | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 9/3/2025 | Multiple communications with Dundon re: claims summary valuation | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 9/3/2025 | Continue reviewing ADNO Campus List re Debtor vs. Additional Debtor ownership | B320 | AWM | 1.70 | 400.00 | 680.00 |
| 9/3/2025 | Review and analyze privilege log responsive to Argent requests, analyze communications sought to remain privileged and additional bases for same | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 9/4/2025 | Attention to Committee document production in Everlaw; provide Dundon with same; emails related to same. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 9/4/2025 | analysis of valuation and settlement issues; conference with Debtor counsel regarding revised Plan and settlement issues | B320 | WSR | 1.50 | 650.00 | 975.00 |
| 9/4/2025 | Follow-up call with Debtor's counsel, analysis of same (.50); Communication with counsel for parties in interest re: deposition scheduling (.30) Communication with Dundon re: deposition preparation (.30); Attention to document production management (.50); Receipt and preliminary review of Plan Proponent's expert reports (1.50) | B320 | BWA | 3.10 | 550.00 | 1,705.00 |
| 9/4/2025 | Communications with Dundon re valuation issues (.2) and A. Caine re depositions (.1). | B320 | PDS | 0.30 | 650.00 | 195.00 |
| 9/4/2025 | Receipt and review of Debtor's July MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 9/4/2025 | Prepare for and participate in telephone conference with debtor's counsel re: plan status, new amendments and structure of plan, possible resolution of CC issues, analysis of issues raised by debtor, and possible proposal from debtor to resolve CC issues (.5); communications with debtor's counsel re: tolling of discovery obligations in light of anticipated proposal and need for committee discussion and approval (0.4) | B320 | BAB | 0.90 | 650.00 | 585.00 |
| 9/5/2025 | analysis of privilege log issues and finalize same | B320 | NJS | 0.60 | 450.00 | 270.00 |
| 9/5/2025 | circulating privilege log to Argent counsel in connection with Commercial Committee's responses and objections to Argent's Requests for Production of Documents | B320 | NJS | 0.10 | 450.00 | 45.00 |
| 9/5/2025 | Communication with counsel for parties in interest re: deposition scheduling, analysis of same (1.10); Communication with Debtor's counsel re: class 7 treatment, analysis of same (2.40); Communication with Commercial Committee members re: scheduling meeting (.70); Attention to expert reporting (.10); Communication with Dundon re: real estate expert status (.10), deposition preparation (.10), and expert reports (.10); Communication with Debtor and chambers re: status conference (.20); Communication with associate re: privilege log for Debtor (.20) and Argent with CC's privilege log (.10); Communication with A. Caine (including telephone meeting) re: deposition schedule and attendance (.60); Correspondence from B. Knapp re: discovery responses and sexual abuse claims (.20) | B320 | BWA | 5.90 | 550.00 | 3,245.00 |
| 9/5/2025 | Receipt and preliminary review of expert reports from Plan Proponents (1.4); communications with A. caine and other litigants re depositions (.1). | B320 | PDS | 1.50 | 650.00 | 975.00 |
| 9/5/2025 | Analyze discovery needs in light of new settlements by CAS and possible resolution of CC issues | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 9/5/2025 | Multiple communications with Dundon re: discovery issues, status | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 9/5/2025 | analysis of proposed additional plan amendments (1.8); correspondence from Debtor counsel regarding same (.3); analysis of settlement possibilities and advisability (2.3); analysis of privilege log and discovery issues (.4) | B320 | WSR | 4.80 | 650.00 | 3,120.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 9/5/2025 | Communications with counsel for debtor re: proposal for amendments to certain treatments under plan (0.3); analyze issues with same, possible additional negotiation on other plan issues, debtor pushback on additional negotiations (.8) | B320 | BAB | 1.10 | 650.00 | 715.00 |
| 9/7/2025 | Telephone conference with H. Barlow re: status and expert reports | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 9/8/2025 | Attention to expert reports; upload to Everlaw; share with Dundon. | B320 | KAH | 0.10 | 300.00 | 30.00 |
| 9/8/2025 | Attention to plan proponents document production; prepare for Everlaw team upload; emails with B. Altazan and Everlaw representative. | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 9/8/2025 | Attention to supplemental abuse claims exhibits and revised spreadsheet; upload to Everlaw; share with H. Barlow. | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 9/8/2025 | continued analysis of settlement / plan amendment issues (2.8); tc with Debtor's counsel regarding same (.3); prepare for and meet with Committee (.5); follow up correspondence to Committee (.3); follow up correspondence to Debtor (.2) | B320 | WSR | 4.10 | 650.00 | 2,665.00 |
| 9/8/2025 | Communication with Commercial Committee members re: meeting, prepare for and conduct Commercial Committee meeting (3.10); Communication with Kroll re: MOR and status (.30); Communication with Dundon re: expert reports, internal attention to same (.70); Internal analysis of and communication with M. Mintz re: proposed class 7 treatment (1.30); Attention to document production management (.30); Communication with Dundon re: SA claims (.30); Preliminary review of redlined amended plan and request for status conference (.80); Communication with opposing counsel re: depositions (.10); Review order scheduling status conference (.10); Instruction to paralegal re: NOA for status conference (.10) | B320 | BWA | 7.10 | 550.00 | 3,905.00 |
| 9/8/2025 | email to Kroll re Debtor's July 2025 MOR | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 9/8/2025 | Settlement discussions with W. Robbins, B. Brown and B. Altazan and preparation for Commercial Committee meeting. | B320 | PDS | 2.20 | 650.00 | 1,430.00 |
| 9/8/2025 | Multiple communications with Kroll re: discovery status and expert needs from same | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 9/8/2025 | Receipt and review of amended plan, analyze redlines of same | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 9/8/2025 | Multiple communications with debtor's counsel, telephone conference with same re: resolution of CC issues | B320 | BAB | 0.30 | 650.00 | 195.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/8/2025 | Prepare for and participate in conference with CC members re: plan status, possible resolution of CC issues | B150 | BAB | 0.50 | 650.00 | 325.00 |
| 9/8/2025 | Review communication to debtor's counsel re: proposal to resolve CC issues | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 9/8/2025 | Review CC communication re: CC meeting, plan developments | B150 | BAB | 0.10 | 650.00 | 65.00 |
| 9/9/2025 | communications regarding discovery issues, including additional Argent requests as to Commercial Committee (.4); analysis and research of 30(b)(6) request issues (1.8) ; attend status conference (1.5) | B320 | WSR | 3.70 | 650.00 | 2,405.00 |
| 9/9/2025 | receipt and review of Argent's response to request for status conference | B320 | NJS | 0.20 | 450.00 | 90.00 |
| 9/9/2025 | attend (via telephone) status conference regarding amended plan and discovery | B320 | NJS | 0.50 | 450.00 | 225.00 |
| 9/9/2025 | research re ability to depose creditor committee | B320 | NJS | 0.20 | 450.00 | 90.00 |
| 9/9/2025 | Communication with opposing counsel re: depositions and scheduling, analysis and research of issues re: same (3.50); Review Argent's filed response (.40); Attention to document production issues (.30); Analysis of amended plan redlines, communication with M. Mintz re: same (1.20); Communication with Dundon re: status (.10); Prepare for and attend status conference, post-analysis of same (2.70) | B320 | BWA | 8.20 | 550.00 | 4,510.00 |
| 9/9/2025 | Prepare for and participate in telephone conference with debtor re: plan revisions and language in amended plan | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 9/9/2025 | Analyze issues raised by Argent request to add CC to 30b6 deponents list, Argent failure to include same in line with prior court orders, needs moving forward to quash same, analyze whether committee is subject to 30b6 | B320 | BAB | 1.00 | 650.00 | 650.00 |
| 9/9/2025 | Receipt, review and analysis of Argent "response" to motion for status conference, analyze same | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 9/9/2025 | Analyze amended plan language and possible interpretations of same, analyze possible alternative formulations to clarify intent of amended provisions | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 9/10/2025 | review proposed notice to Committee professionals, analysis of various discovery issues; analysis of committee rec letter issues | B320 | WSR | 0.90 | 650.00 | 585.00 |
| 9/10/2025 | Analyze issues re: service needs for determination letter | B320 | BAB | 0.60 | 650.00 | 390.00 |

| Date | Description | Code | Init | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/10/2025 | Standing call with Debtor, post call analysis of same (.90); Attention to Commercial Committee determination letter logistics/service (1.30); Assignment to associate re: response to Argent 30(b)(6) (.70); Research re: asserted privileges (3.2); Review order converting Argent's response to a Motion to Compel, attention to Commercial Committee 30(b)(6) related deadlines (.50); Communication with experts re: Commercial Committee's determinations (.70); Communication with parties in interest re: deposition attendance and scheduling (.40); Communication with C. Marks re: scheduling meet and confer (.10) | B320 | BWA | 7.80 | 550.00 | 4,290.00 |
| 9/10/2025 | Analyze needs and work flow on upcoming motions in light of yesterday's status conference, motion to quash on Argent 30b6, other issues | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 9/10/2025 | Analyze further needs from experts in light of CC determination to move forward with amended plan provisions | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 9/11/2025 | Pulling pleadings for B. Altazan review. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 9/11/2025 | research concerning potential deposition by Argent of Commercial Committee | B320 | NJS | 0.60 | 450.00 | 270.00 |
| 9/11/2025 | analysis of discovery and other issues, including issues relating to Argent anticipated requests | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 9/11/2025 | Communication with Dundon re: case status issues (1.10); Review and analyze plan revisions, communication with Debtor's counsel re: same (2.60); Continue mediation privilege research (1.60); Conduct research necessary for 30(b)(6) response (1.20); Review/analyze motion for leave to file late SA claim (.40); Communication with chambers and Abuse Committee counsel re: depositions (.20) | B320 | BWA | 7.10 | 550.00 | 3,905.00 |
| 9/11/2025 | Review and revise communication to Dundon re: plan settlement status and needs moving forward | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 9/11/2025 | Analyze language in plan and mechanisms thereunder by which pension claims are paid | B320 | BAB | 0.90 | 650.00 | 585.00 |
| 9/11/2025 | Receipt and review of motion for leave filed by DB | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 9/12/2025 | research and analysis regarding motion to quash anticipated 30(b)(6) deposition of commercial committee | B190 | NJS | 1.60 | 450.00 | 720.00 |
| 9/12/2025 | tc with Argent counsel regarding discovery / depo issues (.5); analysis of issues arising in 30(b)(6) request (.7); analysis of additional plan issues (.6) | B320 | WSR | 1.80 | 650.00 | 1,170.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/2025 | Meet and confer with Argent re: privilege log (.30) Analyze need for order re: service of constituent letter and begin drafting pleading (3.60); Communication with Debtor's counsel re: plan issues, review and analyze amended plan in light of same (1.50); Analyze issues for 30(b)(6) response, communication with associate re: same (1.20); Review motion for leave to file late SA claim (.40); Review motion to redact and order granting same (.40); Communication with Dundon re: case issues (.10); | B320 | BWA | 7.50 | 550.00 | 4,125.00 |
| 9/12/2025 | Prepare for and participate in telephone conference with debtor's counsel re: plan language | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 9/12/2025 | Analyze confidentiality issues with CC representative testifying at possible 30b6 | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 9/12/2025 | Prepare for and participate in conference with counsel for Argent re: privilege log, determination letter (0.3); analyze Argent request for determination letter to be issued to it rather than individual bondholders (.3) | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 9/13/2025 | draft/revise motion to quash/for protective order against anticipated 30(b)(6) deposition of commercial committee | B190 | NJS | 4.00 | 450.00 | 1,800.00 |
| 9/15/2025 | analysis of deposition and other discovery issues (.3); analysis of Argent request regarding committee letter (.5) | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 9/15/2025 | Communication with Debtor's counsel re: plan revisions, analysis of same (1.90); Review correspondence from Abuse Committee counsel re: deposition scheduling, calendar same and assign to associates (1.40); Continued analysis and drafting of Argent service motion (2.90); Review CAS' motion to withdraw motion to dismiss (.30) | B320 | BWA | 6.50 | 550.00 | 3,575.00 |
| 9/15/2025 | Review and revise prebill | B160 | BWA | 1.00 | 550.00 | 550.00 |
| 9/15/2025 | Review and revise proposed correspondence to debtor's counsel re: plan revisions requested by CC | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 9/16/2025 | review and analyze proposed communication to committee and proposed motion regarding Argent communication | B320 | WSR | 1.00 | 650.00 | 650.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 9/16/2025 | Communication with A. Caine re: deposition scheduling, internal scheduling re: same (.90); Draft Commercial Committee correspondence to voting constituents (1.40); Continue drafting and editing Argent service motion and related motion for expedited hearing (3.90), communication with Commercial Committee members and counsel for Argent, UST, and Debtor re: same (1.60); Review order granting motion to withdraw motion to dismiss (.10); Communication with Dundon re: status (.30) | B320 | BWA | 8.20 | 550.00 | 4,510.00 |
| 9/16/2025 | Review communication with CC members re: discovery issues | B150 | BAB | 0.20 | 650.00 | 130.00 |
| 9/16/2025 | Further revisions to latest drafts of motion to approve service of CC determination letter | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 9/17/2025 | Revisions to August invoice. | B160 | KAH | 2.20 | 300.00 | 660.00 |
| 9/17/2025 | Prepare SRBA August MFS | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 9/17/2025 | review and revise proposed motion regarding notice to constituents and related correspondence (.4); analysis of additional discovery and confirmation issues (.5) | B320 | WSR | 0.90 | 650.00 | 585.00 |
| 9/17/2025 | Draft Commercial Committee's plan determination letter to constituents (.70); Standing call with Debtor (.40); Communication with Debtor's counsel re: expedited hearing on Argent service motion (.20); Communication with Donlin Recano and Debtor's counsel re: constituent service list, analysis of next steps re: same (.70); Review, analyze 30(b)(6) Notices filed by other parties in interest & directed at other parties in interest for Commercial Committee impact (2.30); Review & analyze Argent's 30(b)(6) Notice directed at Commercial Committee and communication with associate re: same (1.80); Review Certain Abuse Survivors' amended witness list (.30); Review filed stipulation re: motion to file late SA claim and proposed order submitted to chambers (.40); Attention to plan revisions (.30) | B320 | BWA | 7.10 | 550.00 | 3,905.00 |
| 9/17/2025 | Attention to August invoices from Commercial Committee professionals (.50) and July monthly fee statements (.60) | B160 | BWA | 1.10 | 550.00 | 605.00 |
| 9/17/2025 | Receipt and review of notice of deposition of Argent filed by Committee | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 9/17/2025 | Receipt and review of Traveler's notices of deposition on debtor, committee, NDCE, additional debtors | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 9/17/2025 | Analyze status of requested plan amendments | B320 | BAB | 0.10 | 650.00 | 65.00 |

| Date | Description | | | | | |
|------|-------------|------|------|------|--------|----------|
| 9/17/2025 | Receipt and review of Argent notice of 30b6 of Additional Debtors, Debtor, Commercial Committee, Committee | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 9/18/2025 | Finalize MT Approve Service and MF Expedited Hearing; prepare Certificate of Service | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 9/18/2025 | Prepare certificate of service re order granting expedited hearing on motion to approve service. | B320 | KAH | 0.10 | 300.00 | 30.00 |
| 9/18/2025 | analysis of argent discovery and related issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 9/18/2025 | Attention to 30(b)(6) Notice topics directed to other parties but implicating Commercial Committee, communication with Debtor's counsel re: same & analysis of next steps (1.0); Communication with Commercial Committee members re: Argent service motion (.60); Finalize and oversee filing and service of Argent service motion (.70); Review order granting motion to expedite Argent service motion (.10); Review and revise motion to quash Argent's 30(b)(6) of the Commercial Committee (5.20); Review Travelers' motion to take deposition (.20) | B320 | BWA | 7.80 | 550.00 | 4,290.00 |
| 9/18/2025 | Review stipulations re: motions for leave to file late SA claims | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 9/18/2025 | Review and analyze Traveler's notice to take deposition of trust advisory committee | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 9/18/2025 | Analyze issues re: topics to be covered in debtor's 30b6 deposition | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 9/18/2025 | Revisions to motion to approve service of CC determination letter, motion to exp hrg on same | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 9/19/2025 | Analysis of motion to quash issues | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 9/19/2025 | Research and draft motion to quash Argent's 30(b)(6) Notice of the Commercial Committee (7.70); Review objections to 30(b)(6) notices filed by other parties (.70); Correspondence from Debtor's counsel re: amended plan (.10); Receipt and review of Order setting Traveler's motion to take deposition for hearing (.10) and Travelers' letter filed into the record (.10) | B320 | BWA | 8.70 | 550.00 | 4,785.00 |
| 9/19/2025 | Communications with debtor's counsel re: revised plan language, analyze proposed revisions to plan | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 9/19/2025 | comparison of constituency list service list | B320 | AWM | 4.20 | 400.00 | 1,680.00 |

| Date | Description | Code | Atty | Hours | Rate | Amount |
|------|-------------|------|------|-------|------|--------|
| 9/22/2025 | Continue research and drafting motion to quash Argent's 30(b)(6) notice, communication with C. Marks and Commercial Committee re: same (4.90); Attend hearings (4.70); Review redlined amended plan draft (.50); Review orders setting Argent's 30(b)(6) for hearing and scheduling status conference (.40) | B320 | BWA | 10.50 | 550.00 | 5,775.00 |
| 9/22/2025 | Correspondence from Dundon re: August invoicing | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 9/22/2025 | creating constituency list | B320 | AWM | 2.20 | 400.00 | 880.00 |
| 9/22/2025 | Further analysis of proposed plan revisions and potential further needs of clarification | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 9/22/2025 | Review and revise latest draft of motion to quash Argent notice of CC deposition | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 9/22/2025 | Review communication to CC members re: motion to quash | B150 | BAB | 0.20 | 650.00 | 130.00 |
| 9/23/2025 | Finalize MT Quash Argent Depo Notice; prepare Certificate of Service | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 9/23/2025 | analysis of Argent requests and other discovery issues (.7); review / revise MT Quash (1.6); communications regarding deposition issues (.3) | B320 | WSR | 2.60 | 650.00 | 1,690.00 |
| 9/23/2025 | Communication with Dundon re: invoice and rates | B160 | BWA | 0.40 | 550.00 | 220.00 |
| 9/23/2025 | Research and draft communication to voting constituents re: plan determination (1.10); Finalize Motion to Quash Argent's 30(b)(6) notice, oversee filing, edit, and oversee filing of amended motion (3.80); Communication with C. Marks re: withdrawal of 30(b)(6) notice (.20); Telephone conference with Debtor's counsel re: status of issues (.40); Communication with counsel for Abuse Committee and UST re: depositions and remote attendance (.90); Receipt and review of responsive pleadings to Argent's Motion to Compel and Travelers' motion to take depositions (2.0); Correspondence from M. Mintz to C. Marks re: terms of plan agreement (.10); Receipt and review of orders on scope and continuance (.10), deposition schedule (.30); Receipt of Amended Plan and related Notice (.20) | B320 | BWA | 9.10 | 550.00 | 5,005.00 |
| 9/23/2025 | Review and analyze motion for relief from stay filed by Traveler's re: coverage disputes, analyze issues and whether CC needs to take position on same | B140 | BAB | 1.70 | 650.00 | 1,105.00 |
| 9/23/2025 | Multiple communications with A. Caine re: deposition attendance issues | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 9/23/2025 | Receipt and review of latest version of amended plan filed by debtor and redline of same | B320 | BAB | 0.50 | 650.00 | 325.00 |

| Date | Description | Code | Init. | Hours | Rate | Amount |
|------|-------------|------|-------|-------|------|--------|
| 9/23/2025 | Attention to Commercial Committee constituency service list for constituency letter | B320 | AWM | 1.50 | 400.00 | 600.00 |
| 9/23/2025 | Review final revisions to latest draft version of motion to quash Argent deposition notice to CC | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 9/24/2025 | Finalize CONO for MF Approval of Service; prepare Certificate of Service | B320 | KAH | 0.30 | 300.00 | 90.00 |
| 9/24/2025 | additional review and analysis of Argent discovery and other issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 9/24/2025 | Standing call with Debtor's counsel (.70); Analysis of service list for constituency letter, communication with Debtor's counsel re: same (1.10); Draft certificate of no objection and oversee filing re: Argent service motion (.80); Email to C. Marks re: withdrawal of Argent's 30(b)(6) notice (.10); Telephone conference with clerk and chambers re: hearing on motion to quash (.30); Review Notice of Agenda and Amended Notice of Agenda (.20); Review Court's hearing entries (.20); Draft letter to voting constituents (4.50) | B320 | BWA | 7.90 | 550.00 | 4,345.00 |
| 9/24/2025 | Attention to professionals' invoicing | B160 | BWA | 0.20 | 550.00 | 110.00 |
| 9/25/2025 | Prepare Dundon's August MFS; emails with Dundon and B. Altazan re same; revise SRBA and Kroll MFS | B160 | KAH | 0.40 | 300.00 | 120.00 |
| 9/25/2025 | Prepare certificate of service re order granting motion to approve service | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 9/25/2025 | analysis of discovery issues at hearing | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 9/25/2025 | Review memo to record re: Argent service motion and subsequent order (.40); Prepare for ,travel to/from, attend, and analyze hearing on Argent's 30(b)(6) notice to Commercial Committee (6.60); Communication with chambers and Debtor's counsel re: scheduling order (.20) | B320 | BWA | 7.20 | 550.00 | 3,960.00 |
| 9/25/2025 | Attention to invoicing and monthly fee statements for professionals, communication with professionals re: same | B160 | BWA | 0.70 | 550.00 | 385.00 |
| 9/25/2025 | Review and analyze debtor's August MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 9/25/2025 | Review and analyze application to employ claims abuse reviewer, analyze terms, whether employment is premature | B170 | BAB | 0.40 | 650.00 | 260.00 |
| 9/25/2025 | Receipt, review and analysis of Committee's motion for relief from stay to allow certain abuse claims to proceed in accordance with stipulated relief | B140 | BAB | 0.40 | 650.00 | 260.00 |
| 9/26/2025 | Review amended scheduling order; updates to calendar. | B320 | KAH | 0.40 | 300.00 | 120.00 |
| 9/26/2025 | emails from Abuse Committee and others regarding deposition and discovery issues; email from SRBA to committee members | B320 | WSR | 0.30 | 650.00 | 195.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/26/2025 | Review order withdrawing Argent's 30(b)(6) of Commercial Committee, communication with Commercial Committee re: same (.70); Review amended scheduling order (.40); Review minute entry rescheduling hearing (.10), communication with chambers and Debtor's counsel re: same (.20); Communication with parties in interest re: deposition scheduling, analysis of same and update calendar (.50); Review order continuing hearing on Travelers deposition motion (.20) | B320 | BWA | 2.10 | 550.00 | 1,155.00 |
| 9/26/2025 | Communication with Dundon re: various fee application issues | B160 | BWA | 0.70 | 550.00 | 385.00 |
| 9/26/2025 | Running compare on Order Granting Commercial Committee's Motion for Approval of Service | B320 | AWM | 0.30 | 400.00 | 120.00 |
| 9/26/2025 | Communications with CC members re: Argent depo notice status | B150 | BAB | 0.20 | 650.00 | 130.00 |
| 9/29/2025 | analysis of constituent letter contents and related issues | B150 | WSR | 1.80 | 650.00 | 1,170.00 |
| 9/29/2025 | Draft correspondence to constituents (4.20); Review order continuing hearing on motion to compel (.10); Review order re: deposition schedule (.10); Review order resolving 30(b)(6) objections for Commercial Committee issues (.50); Analysis of constituent service list, task to associate (.60) | B320 | BWA | 5.50 | 550.00 | 3,025.00 |
| 9/30/2025 | Revisions to Dundon's August monthly fee statement | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 9/30/2025 | review motion to depose and other pleadings | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 9/30/2025 | Updates to internal confirmation deadline related spreadsheet | B320 | KAH | 0.40 | 300.00 | 120.00 |
| 9/30/2025 | Review/revise constituent letter (1.80); Review, analyze Arsenault employment application (.80); Review motion to approve stay relief (.40); Review SA's motion to depose travelers (.40); Review Notice of Intent to Testify, task to paralegal (.30); Continued analysis of service list for constituent letter (.40) | B320 | BWA | 4.10 | 550.00 | 2,255.00 |
| 9/30/2025 | Review, finalize monthly fee statements | B160 | BWA | 0.70 | 550.00 | 385.00 |
| 9/30/2025 | Review stipulation and proposed order for motion for leave to file late SA claim | B310 | BWA | 0.40 | 550.00 | 220.00 |
| | **Total** | | | **250.10** | | **$139,060.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 4.00 | 650.00 | 2,600.00 |
| AWM | Abigail W. Mock | 11.00 | 400.00 | 4,400.00 |
| BAB | Brandon A. Brown | 24.30 | 650.00 | 15,795.00 |
| BWA | Brooke W. Altazan | 156.10 | 550.00 | 85,855.00 |
| KAH | Kimberly A. Heard | 6.70 | 300.00 | 2,010.00 |
| NJS | Nicholas J. Smeltz | 14.00 | 450.00 | 6,300.00 |
| WSR | William S. Robbins | 34.00 | 650.00 | 22,100.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 1.00 | 650.00 | 650.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 2.10 | 650.00 | 1,365.00 |
| B150 | Meetings of and Communications with Creditors | 3.00 | 650.00 | 1,950.00 |
| B160 | Fee/Employment Applications | 7.90 | 455.06 | 3,595.00 |
| B170 | Fee/Employment Objections | 0.40 | 650.00 | 260.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 5.60 | 450.00 | 2,520.00 |
| B310 | Claims Administration and Objections | 0.70 | 550.00 | 385.00 |
| B320 | Plan and Disclosure Statement (Including Business | 229.40 | 559.44 | 128,335.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/30/2025 | Mileage to/from NOLA courthouse and parking for hearings on 9/26/2025 | 129.96 |
| 9/30/2025 | Everlaw for September 2025 | 1,921.32 |
| 9/30/2025 | Everlaw-Data Room for September 2025 | 1,152.79 |
| 9/30/2025 | Lexis for September 2025 | 404.43 |
| 9/30/2025 | Pacer for September 2025 | 23.00 |
| 9/30/2025 | Copies for September 2025 | 257.80 |
| | **Total DISBURSEMENTS** | **$3,889.30** |

| | **Total** | **$142,949.30** |
|---|---|---|

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

### FIFTY-FOURTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING OCTOBER 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fifty-Fourth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending October 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.      SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.       SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $68,072.00 (80% of $85,090.00) |
| Total Expenses: | $3,182.12 |
| Total: | $71,254.12 |

3.       SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.       Pursuant to the Compensation Order, SRBA seeks payment of $71,254.12 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.       No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.       In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      November 18, 2025      **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:      */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – October 1, 2025 – October 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

November 11, 2025

File #:  639-001
Invoice #:     1824

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 10/1/2025 | Review court's amended deposition order/update internal calendar | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 10/1/2025 | review and analyze proposed transfer of Oakmere Drive property | B130 | WSR | 0.50 | 650.00 | 325.00 |
| 10/1/2025 | communications regarding discovery issues (.3) | B320 | WSR | 0.30 | 650.00 | 195.00 |
| 10/1/2025 | Review and analyze stipulation motion (.50); Standing call with Debtor's counsel (.40); Attention to Commercial Committee correspondence and notice parties, including communication with Debtor's counsel re: same (1.70); Review Argent's privilege designation challenge motion and the Abuse Committee's response to same (.70); Review Court's amended deposition order, analysis of same (.40) | B320 | BWA | 3.70 | 550.00 | 2,035.00 |
| 10/1/2025 | Correspondence from Debtor's counsel re: sale of Oakmere Dr., analysis of same | B130 | BWA | 0.30 | 550.00 | 165.00 |
| 10/1/2025 | review / revise proposed letter to constituency | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 10/2/2025 | Finalize and circulate August monthly fee statements | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 10/2/2025 | Finalize Response to Argent's Challenges to Plan Proponents Privilege Designations; prepare Certificate of Service. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 10/2/2025 | review discovery / privilege issues raised in Argent / Debtor dispute | B320 | WSR | 0.40 | 650.00 | 260.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 10/2/2025 | Continued analysis of Argent's privilege log motion and underlying entries, communication with opposing counsel and Commercial Committee, draft and oversee filing of response (5.90); Finalize draft constituent letter, communication with Commercial Committee members re: same (2.90); Review stay stipulation motion, and Arsenault employment motion, draft recommendation to Commercial Committee re: same (3.20); Correspondence from Abuse Committee counsel re: depositions (.10) | B320 | BWA | 12.10 | 550.00 | 6,655.00 |
| 10/2/2025 | Attention to and analysis of Commercial Committee's professionals' invoicing | B160 | BWA | 0.90 | 550.00 | 495.00 |
| 10/2/2025 | Review and revise draft of Response to Argent privilge challenge | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 10/2/2025 | Analyze issues with privilege designations of CC communications with plan proponents, review and analyze subject communications, analyze basis for objecting to challenge | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 10/2/2025 | Review and revise multiple drafts of letter to CC voting constituents | B320 | BAB | 1.50 | 650.00 | 975.00 |
| 10/2/2025 | additional review / revisions to Constituency letter and analysis of questions and issues related to same | B320 | WSR | 2.50 | 650.00 | 1,625.00 |
| 10/2/2025 | Communication with B. Altazan re privilege issue. | B320 | PDS | 0.20 | 650.00 | 130.00 |
| 10/3/2025 | review and analyze Arsenault Application and proposed report to Committee regarding same and other pending matters (.5); receive / review discovery / privilege order (.2) | B320 | WSR | 0.70 | 650.00 | 455.00 |
| 10/3/2025 | Receipt and review of Order on Argent challenge to privilege designations | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 10/3/2025 | analyze issues with Arsenault application | B320 | BAB | 0.50 | 650.00 | 325.00 |
| 10/3/2025 | analyze issues re: Travelers stay motion | B140 | BAB | 0.30 | 650.00 | 195.00 |
| 10/3/2025 | Attention to and analysis of Arsenault Application and other stay relief motion, including communication with opposing counsel and Commercial Committee (1.70); Communication with Dufrene, counsel for Abuse Committee and Debtor re: Dufrene's account question, analysis of same (.60); Prepare for hearing, review and analyze Court's order re: Argent's privilege log challenges (.80); Review amended deposition scheduling order (.30) | B320 | BWA | 3.40 | 550.00 | 1,870.00 |
| 10/3/2025 | Review Travelers' motion for stay relief, draft recommendation to Commercial Committee | B140 | BWA | 1.10 | 550.00 | 605.00 |

| Date | Description | | | | | |
|------|-------------|------|------|------|--------|----------|
| 10/6/2025 | Recommendation to Commercial Committee re: Arsenault application, analysis of same (1.10); Communication with B. Knapp re: deposition attendance (.30); Communication with Commercial Committee re: constituency communication (.10); Communication with opposing counsel and court reporter re: deposition transcripts (.80); Communication with Ducote re: account information (.40) | B320 | BWA | 2.70 | 550.00 | 1,485.00 |
| 10/6/2025 | Communications with committee counsel re: deposition participation | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 10/6/2025 | Analyze need for deposition transcripts of upcoming depositions, communications with court reporter re: same | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 10/6/2025 | Review latest draft of communication to CC re: Arsenault application and analyze issues in application and possible bases for objection | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 10/7/2025 | Review memo to record re: motion for leave to file late sexual abuse claim | B310 | BWA | 0.10 | 550.00 | 55.00 |
| 10/7/2025 | analysis of Argent confirmation issues | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 10/7/2025 | Multiple communications with CC members re: CC position on plan and letter to constituents | B150 | BAB | 0.20 | 650.00 | 130.00 |
| 10/7/2025 | Monitor remotely depositions of Dirk Wild (2.9) and Fr. Patrick Carr (1.80); Communication with Dufrene and Abuse Committee counsel re: Dufrene account (.30); Communication with B. Knapp and A. McIlwain re: deposition attendance (.60); Communication with court reporter and abuse committee counsel re: deposition transcripts, analyze need for same (.50); Review and analyze motion for continuance of hearing and order granting same (.20); Communication with Commercial Committee members re: constituency letter (.20); Communication with M. Mintz re: standing call scheduling (.20); Review/analyze Travelers' opposition to CAS' motion to depose travelers (.4) | B320 | BWA | 6.10 | 550.00 | 3,355.00 |
| 10/7/2025 | Review and analyze opposition to motion to depose Travelers | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 10/8/2025 | analysis of deposition and Plan amendment issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 10/8/2025 | Attention to finalizing CC recommendation letter and service issues of same | B320 | BAB | 0.60 | 650.00 | 390.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 10/8/2025 | Monitor remotely deposition of Stout (4.20); Standing call with Debtor's counsel, analysis of same (.80); Communication with court reporter re: deposition transcripts (.70); Attention to finalizing and sending out correspondence to Commercial Committee constituents re plan, communication with Commercial Committee members and Donlin Recano re same (2.40); Communication with Debtor's counsel re: Deemer counsel's proposed revisions to the plan, preliminary analysis of same (.50) | B320 | BWA | 8.60 | 550.00 | 4,730.00 |
| 10/8/2025 | Review pre-bill and attention to other Commercial Committee professionals' invoicing | B160 | BWA | 1.40 | 550.00 | 770.00 |
| 10/9/2025 | Review order approving stipulation on motion for leave to file late sexual abuse POC | B310 | BWA | 0.10 | 550.00 | 55.00 |
| 10/9/2025 | Communications from counsel for Class 8 claimant re: plan language and effect of same, analyze proposed plan revisions to clarify treatment of non-abuse PI claims, comment on same | B320 | BAB | 1.70 | 650.00 | 1,105.00 |
| 10/9/2025 | Receipt and review of National Union joinder to objection to MRS | B140 | BAB | 0.20 | 650.00 | 130.00 |
| 10/9/2025 | Receipt and review of Traveler's response to objections to MRS | B140 | BAB | 0.30 | 650.00 | 195.00 |
| 10/9/2025 | Review and analyze Committee's objection to Traveler's MRS | B140 | BAB | 0.70 | 650.00 | 455.00 |
| 10/9/2025 | Receipt and review of Committee declaration in support of MRS objection | B140 | BAB | 0.30 | 650.00 | 195.00 |
| 10/9/2025 | Receipt and review of Debtor's joinder to Committee objection | B140 | BAB | 0.20 | 650.00 | 130.00 |
| 10/9/2025 | Monitor remotely deposition of McEnery (3.10); Communication with opposing counsel and chambers re: revised deposition schedule, review third amended order scheduling depositions and update calendar & assignments re: same (1.10); Communication with court reporter re: deposition transcript (.20); Review, analyze and revise Deemer's proposed revisions to plan (1.30) | B320 | BWA | 5.70 | 550.00 | 3,135.00 |
| 10/9/2025 | Receipt and review of objection by Sparta to motion for relief from stay filed by Travelers | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 10/9/2025 | Review objections to Travelers Motion for Relief from Stay filed by Sparta, National Union, Abuse Committee, and the Debtor, and Travelers' response to stay relief request. | B140 | BWA | 1.50 | 550.00 | 825.00 |

| Date | Description | Task | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2025 | Monitor remotely deposition of Archbishop (2.60); Communication with A. McIlwain re: deposition access (.20); Review memo to record re: Arsenault employment motion, email from Abuse Committee counsel with proposed order re: same (.30); Attention to amended deposition order (.40); Communication with M. Mintz re: Deemer comments/redlines (.40) | B320 | BWA | 3.90 | 550.00 | 2,145.00 |
| 10/13/2025 | Revise September invoice; prepare monthly fee statements for SRBA and Kroll | B160 | KAH | 1.40 | 300.00 | 420.00 |
| 10/13/2025 | Prepare for Commercial Committee meeting | B150 | BWA | 0.80 | 550.00 | 440.00 |
| 10/13/2025 | Attention to Commercial Committee professionals' invoices and MFS preparation | B160 | BWA | 0.90 | 550.00 | 495.00 |
| 10/13/2025 | Analysis of status, potential response to Plan | B320 | BWA | 1.80 | 550.00 | 990.00 |
| 10/13/2025 | Analyze whether CC should draft and file confirmation support memo, issues potentially raised by same | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 10/14/2025 | Communication with Commercial Committee members re: today's meeting (.20); Lead Commercial Committee meeting (.30) | B150 | BWA | 0.50 | 550.00 | 275.00 |
| 10/14/2025 | Continued attention to invoice collection and review | B160 | BWA | 0.40 | 550.00 | 220.00 |
| 10/14/2025 | Analyze need for attendance and monitoring of Arsenault and Massey depositions | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 10/14/2025 | Receipt and review of joinder by DJB to Committee opposition to Traveler's MRS | B140 | BAB | 0.10 | 650.00 | 65.00 |
| 10/14/2025 | Communication with court reporter re: deposition transcript (.20); Attention to current deposition schedule, communication with Abuse Committee re: same (.90); Review order approving Arsenault employment (.30) | B320 | BWA | 1.40 | 550.00 | 770.00 |
| 10/14/2025 | Review joinder filed by CAS to Travelers' stay motion | B140 | BWA | 0.40 | 550.00 | 220.00 |
| 10/15/2025 | Prepare Dundon's Sept monthly fee statement | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 10/15/2025 | Standing call with Debtor's counsel (.50); Analysis of and communication with M. Brown re: solicitation packages (.90); Communication with counsel for Debtor and CAS re: revisions to scheduling order, analysis of same (.40); Communication with Debtor's counsel re: proposed revisions to the plan (.10); Review Notice of Agenda for tomorrow's hearing (.30); Review amended agenda for tomorrow's hearing, Correspondence from S. Oppenheim to chambers re: same (.40) | B320 | BWA | 2.60 | 550.00 | 1,430.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 10/15/2025 | Review, analyze CAS' joinder with/oppositions to Travelers' stay relief motion (1.20); Review amended proposed order submitted by Abuse Committee as to their stay relief stipulation (.40) | B140 | BWA | 1.60 | 550.00 | 880.00 |
| 10/15/2025 | Attention to monthly fee statements for Commercial Committee professionals' | B160 | BWA | 0.60 | 550.00 | 330.00 |
| 10/15/2025 | Receipt and review of joinder by DL to Committee objection to MRS | B140 | BAB | 0.10 | 650.00 | 65.00 |
| 10/15/2025 | Receipt and review of notice of proposed order on Committee motion for relief from stay, review and analyze proposed order | B140 | BAB | 0.60 | 650.00 | 390.00 |
| 10/15/2025 | Review oppositions filed by certain abuse creditors re: Traveler's MRS | B140 | BAB | 0.20 | 650.00 | 130.00 |
| 10/15/2025 | Review of joinder by CAS to committee objection | B140 | BAB | 0.10 | 650.00 | 65.00 |
| 10/16/2025 | Attention to NOA for hearing (.20); Attend omnibus hearing (2.30); communication with chambers and Debtor's counsel re: amended scheduling order in light of hearing (.20); Review order denying Travelers' motion to take deposition (.10); Analysis of and communication with M. Brown re: solicitation package questions (.50) | B320 | BWA | 3.30 | 550.00 | 1,815.00 |
| 10/16/2025 | Finalizing monthly fee statements | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 10/16/2025 | Review joinder to opposition to Travelers' stay relief motion | B140 | BWA | 0.20 | 550.00 | 110.00 |
| 10/16/2025 | Joinder by creditor in opposition to Traveler's MRS | B140 | BAB | 0.10 | 650.00 | 65.00 |
| 10/17/2025 | Review order continuing stay relief motions (Travelers & Abuse Committee) | B140 | BWA | 0.10 | 550.00 | 55.00 |
| 10/17/2025 | Review third amended scheduling order, cursory compare of previously scheduled deadlines (.50); Review order re: motion to depose Travelers (.10) | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 10/20/2025 | Attention to amended scheduling order; update confirmation deadline spreadsheet and calendar | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 10/20/2025 | email to S. Ruben requesting link to attend Don Massey deposition virtually | B320 | NJS | 0.10 | 450.00 | 45.00 |
| 10/20/2025 | Attention to upcoming deadlines and calendar corrections given recent amended scheduling order | B320 | BWA | 0.50 | 550.00 | 275.00 |
| 10/21/2025 | Travel to/from and attend deposition of Lee Eagan, analysis of same (6.0); Communication with Travelers' counsel re: deposition links (.20); Review order continuing status conference (.10) | B320 | BWA | 6.30 | 550.00 | 3,465.00 |

| Date | Description | Task | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/2025 | Attend (remotely) Linscott deposition (4.0); Standing call with Debtor's counsel (.40); Communication with M. Mintz and B. Schwab re: plan clarification (.50); Communication with Travelers' counsel re: deposition credentials (.10) | B320 | BWA | 5.00 | 550.00 | 2,750.00 |
| 10/22/2025 | Review and analyze proposed revisions to plan language in sections 8.4 and 8.6 | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 10/23/2025 | attend via zoom deposition of Don Massey | B320 | NJS | 3.70 | 450.00 | 1,665.00 |
| 10/23/2025 | Remotely attend deposition of BDO (3.80); Telephone conferences and email communication with B. Schwab and M. Mintz re: edits to plan, analysis of and drafting redlines re: same (2.20); Communication with Abuse Committee counsel re: deposition schedule (.20) | B320 | BWA | 6.20 | 550.00 | 3,410.00 |
| 10/23/2025 | Telephone conference with counsel for non-abuse PI claimant re: plan language and issues with same (0.9); review and revise proposed plan language to address concerns raised (0.8) | B320 | BAB | 1.70 | 650.00 | 1,105.00 |
| 10/24/2025 | prepare summary of Don Massey deposition testimony | B320 | NJS | 0.80 | 450.00 | 360.00 |
| 10/24/2025 | Communication with associate re: deposition notes (.60); Communication with Debtor's counsel and B. Schwab re: redlines to plan (1.60); Receipt and review of email from Abuse Committee to chambers re: deposition schedule changes, analysis of calendaring and assignments to associates (.50) | B320 | BWA | 2.70 | 550.00 | 1,485.00 |
| 10/24/2025 | Communications with B. Schwab re: proposed plan language | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 10/24/2025 | Review and analyze draft fifth amended plan and supplements thereto | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 10/26/2025 | Attention to circulated plan revisions, communication with Commercial Committee members re: same | B320 | BWA | 1.20 | 550.00 | 660.00 |
| 10/27/2025 | Communication with counsel and chambers re: deposition schedule and logistics (.70); Receipt and cursory review/analysis of amended plan and supplements, communication with Debtor's counsel re: same (1.80) | B320 | BWA | 2.50 | 550.00 | 1,375.00 |
| 10/27/2025 | Receipt and review of Sep MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 10/27/2025 | Review filed amended plan and redlines thereto | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 10/28/2025 | Pull together plan supplements and fifth plan into binders for B. Altazan | B320 | KAH | 0.40 | 300.00 | 120.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 10/28/2025 | Review amended plan, communication with Commercial Committee members re: same (1.30); Communication with B. Schwab and M. Mintz re: plan revisions, analysis of same (.90); Communication with chambers and opposing counsel re: status conference request, review emergency motion and analysis of same (1.2) Review and analysis of LA SOS correspondence filed into the record (.20); Review amended deposition schedule order, attention to calendared dates (.20); Prepare witness/exhibit list for confirmation (1.0) | B320 | BWA | 4.80 | 550.00 | 2,640.00 |
| 10/28/2025 | review proposed confirmation Witness / Exhibit list (.3); analysis of confirmation issues (.3) | B320 | WSR | 0.60 | 650.00 | 390.00 |
| 10/28/2025 | Review and revise draft of witness and exhibit list | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 10/28/2025 | Multiple communications re: request for status conference by Argent, scheduling of same | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 10/29/2025 | monitoring Richard Arsenault Deposition | B320 | AWM | 1.00 | 400.00 | 400.00 |
| 10/29/2025 | Review/analyze plan supplements, communication with other attorneys re: proposed redlines re: same (7.60); Review order scheduling Argent's requested scheduling conference (.10); Review Additional Debtor's motion for status conference, order granting same (.40); Communication with chambers re: deposition attendance (.10); Remotely attend deposition of Abuse Committee rep (1.20) | B320 | BWA | 9.30 | 550.00 | 5,115.00 |
| 10/29/2025 | analysis of additional plan provisions and insurance settlement | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 10/29/2025 | Review proposed amended plan language on insurance coverage in light of insurer and debtor concerns, analyze Catholic Mutual sale agreement | B320 | BAB | 1.70 | 650.00 | 1,105.00 |
| 10/30/2025 | attend hearing on Argent requests (.4); analysis of direct action / revised plan issues (.3) | B320 | WSR | 0.70 | 650.00 | 455.00 |
| 10/30/2025 | Analyze debtor position on proposed amended plan language | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 10/30/2025 | Attend remotely deposition of Roux (3.40); Telephone conference with Debtor's counsel re: plan revisions and updates, analysis of same (.90); Attention to NOA for status conference (.10); Review responses filed to Argent's motion for status conference (.60); Communication with Abuse Committee counsel re: deposition schedule and access information (.60); Attend status conference (1.80) | B320 | BWA | 7.40 | 550.00 | 4,070.00 |

| Date | Description | Task | Earner | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2025 | monitored 30b6 deposition of Debtor and Additional Debtor | B320 | AWM | 2.30 | 400.00 | 920.00 |
| 10/31/2025 | Telephone conference and multiple emails with Debtor's counsel re: plan revisions and other updates, analysis of same (1.10); Review amended deposition order (.10); Review order re: Argent's discovery requests (.20) | B320 | BWA | 1.40 | 550.00 | 770.00 |
| 10/31/2025 | review and analyze additional direct action / amended plan / schedules issues | B320 | WSR | 0.30 | 650.00 | 195.00 |
| 10/31/2025 | Receipt and review of order following status conference denying requests for additional discovery and re-solicitation | B320 | BAB | 0.10 | 650.00 | 65.00 |
| | **Total** | | | **152.70** | | **$85,090.00** |

### FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 0.20 | 650.00 | 130.00 |
| AWM | Abigail W. Mock | 3.30 | 400.00 | 1,320.00 |
| BAB | Brandon A. Brown | 19.30 | 650.00 | 12,545.00 |
| BWA | Brooke W. Altazan | 114.40 | 550.00 | 62,920.00 |
| KAH | Kimberly A. Heard | 2.80 | 300.00 | 840.00 |
| NJS | Nicholas J. Smeltz | 4.60 | 450.00 | 2,070.00 |
| WSR | William S. Robbins | 8.10 | 650.00 | 5,265.00 |

### TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.50 | 650.00 | 325.00 |
| B130 | Asset Disposition | 0.80 | 612.50 | 490.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 8.10 | 589.51 | 4,775.00 |
| B150 | Meetings of and Communications with Creditors | 1.50 | 563.33 | 845.00 |
| B160 | Fee/Employment Applications | 6.30 | 478.57 | 3,015.00 |
| B310 | Claims Administration and Objections | 0.20 | 550.00 | 110.00 |
| B320 | Plan and Disclosure Statement (Including Business | 135.30 | 558.24 | 75,530.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 7/31/2025 | Project manager time to matter | 1,537.50 |
| 9/30/2025 | Project manager time to matter | 750.00 |
| 10/28/2025 | Mileage to/from New Orleans for depositions and parking | 129.96 |
| 10/31/2025 | Lexis for October 2025 | 48.77 |
| 10/31/2025 | Copies for October 2025 | 347.00 |
| 10/31/2025 | Everlaw for October 2025 | 230.56 |
| 10/31/2025 | Everlaw-Data Room for October 2025 | 138.33 |
| | **Total DISBURSEMENTS** | **$3,182.12** |

| | **Total** | **$88,272.12** |
|---|---|---|

# EXHIBIT B

## (Aggregate Expenses)

| Expense | Amount |
|---|---|
| Copies | $2,005.00 |
| Everlaw | $11,310.28 |
| PACER | $117.50 |
| Mileage and Parking | $920.12 |
| Postage | $134.40 |
| Lexis | $2,212.88 |
| Transcript | $380.25 |
| Invoice No. 25-175 | $602.80 |
| Data Room | $3,182.88 |
| Invoice No. 25-190-1 | $243.10 |
| Invoice No. 25-190-3 | $366.30 |
| Project Manager | $2,775.00 |
| **Total** | **$24,250.51** |

# EXHIBIT C

## (Aggregate Fees by Task Code)

| ABA Bankruptcy Project Task Code | Amount | Percent | Hours | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | $8,975.00 | 0.86% | 14.90 | 0.80% | $602.35 |
| B130 Asset Disposition | $16,450.00 | 1.58% | 32.30 | 1.74% | $509.29 |
| B140 Relief from Stay/Adequate Protection Proceedings | $6,140.00 | 0.59% | 10.20 | 0.55% | $601.96 |
| B150 Meetings of and Communications with Creditors | $24,205.00 | 2.33% | 40.90 | 2.20% | $591.81 |
| B160 Fee/Employment Applications | $44,450.00 | 4.27% | 94.20 | 5.07% | $471.87 |
| B170 Fee/Employment Objections | $1,685.00 | 0.16% | 2.70 | 0.15% | $624.07 |
| B180 Avoidance Action Analysis | $60.00 | 0.01% | 0.20 | 0.01% | $300.00 |
| B190 Other Contested Matters | $33,795.00 | 3.25% | 63.40 | 3.41% | $533.04 |
| B220 Employee Benefits/Pensions | $6,145.00 | 0.59% | 11.10 | 0.60% | $553.60 |
| B310 Claims Administration and Objections | $5,145.00 | 0.49% | 9.20 | 0.50% | $559.24 |
| B320 Plan and Disclosure Statement | $893,015.00 | 85.86% | 1,578.70 | 84.98% | $565.66 |
| **Total** | **$1,040,065.00** | **100.00%** | **1,857.80** | **100.00%** | **$559.84** |

# EXHIBIT D

## (Aggregate Valuation of Services Chart)

| Professional | Title | Year Licensed | Blended Rate | Amount | Percent | Hours | Percent |
|---|---|---|---|---|---|---|---|
| Brandon A. Brown | Member | LA - 1998 | $650.00 | $162,110.00 | 15.59% | 249.40 | 13.42% |
| Brooke W. Altazan | Member | LA - 2009 | $549.93 | $461,175.00 | 44.34% | 838.60 | 45.14% |
| Kimberly A. Heard | Paralegal | n/a | $300.00 | $9,990.00 | 0.96% | 33.30 | 1.79% |
| Nicholas J. Smeltz | Associate | LA - 2019 | $450.00 | $109,485.00 | 10.53% | 243.30 | 13.10% |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | $650.00 | $118,495.00 | 11.39% | 182.30 | 9.81% |
| William S. Robbins | Member | LA - 1996 | $650.00 | $141,570.00 | 13.61% | 217.80 | 11.72% |
| Abigail W. Mock | Associate | LA - 2024 | $400.00 | $37,240.00 | 3.58% | 93.10 | 5.01% |
| **Total** | | | **$559.84** | **$1,040,065.00** | **100.00%** | **1,857.80** | **100.00%** |

1

# **EXHIBIT E**

# **(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF
NEW ORLEANS,[1]

CASE NO. 20-10846
(JOINTLY ADMINISTERED)

CHAPTER 11
COMPLEX CASE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St.

1

Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25- 12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716], (cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St.

2

**DEBTOR**                                            **SECTION "A"**

Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25-12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

3

---

**ORDER**

---

Before the Court is the *Thirteenth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2025 through October 31, 2025* [ECF Doc. _____] (the "Interim Application") filed by Stewart Robbins Brown & Altazan, LLC ("SRBA"). The Court finds that the Interim Application was properly served in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules, incorporated appropriate notice language and no objection has been filed by any party. After reviewing the Interim Application, the Court has determined the services and expenses indicated in the Interim Application were reasonable, actually rendered, and necessary to represent the interests of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that SRBA is allowed and awarded, on an interim basis, for the period of April 1, 2025 through October 31, 2025 (the "Interim Application Period"), fees in the amount of $1,040,065.00 and expenses in the amount of $24,250.51, totaling $1,064,315.51 (the "Award") incurred in connection with its representation of the Commercial Committee.

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the Award to SRBA promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to SRBA for its fees and expenses incurred representing the Commercial Committee during the Interim Application Period as authorized under Section XV(C) of the *Procedures for*

4

*Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana.*

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.