**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS | § § § § § | CHAPTER 11 SECTION A |
| DEBTOR | | |

**CORRESPONDENCE RECEIVED BY COURT[1]**

# FILED UNDER SEAL

---

[1] This sealed document has been placed in the sealed cabinet.