## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | |
| OF THE ARCHDIOCESE OF | CHAPTER 11 |
| NEW ORLEANS,[1] | COMPLEX CASE |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-

12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St. Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25- 12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25- 12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716],

(cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St. Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25- 12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

3

**DEBTOR**                                        **SECTION "A"**

---

### FEE APPLICATION COVER SHEET
### TWELFTH INTERIM FEE APPLICATION OF DUNDON ADVISERS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE PERIOD OF <u>APRIL 1, 2025 THROUGH OCTOBER 31, 2025</u>

---

| Name of Applicant | Dundon Advisers, LLC | | |
|---|---|---|---|
| Name of Client | The Official Committee of Unsecured Commercial Creditors | | |
| Petition Date | May 1, 2020 | | |
| Retention Date | Effective to April 14, 2021 | | |
| Date of Order Approving Employment | May 21, 2021 [ECF Doc. 881] | | |
| Dates and Amounts of Compensation Approved in Previous Requests | Dates | Amounts | Docket |
| | 4.14.21 – 8.31.21 | Fees: $174,120.00<br>Expenses: $61.48<br>Total: $174,181.48 | 1144 |
| | 9.1.21 – 11.30.21 | Fees: $39,098.00[2]<br>Expenses: $0.00<br>Total: $39,098.00 | 1248 |
| | 12.1.21 – 3.31.22 | Fees: $245,869.00<br>Expenses: $0.00<br>Total: $245,869.00 | 1552 |
| | 4.1.22 – 7.31.22 | Fees: $63,691.00<br>Expenses: $0.00<br>Total: $63,691.00 | 1903 |
| | 8.1.22 – 11.30.22 | Fees: $68,604.50<br>Expenses: $0.00<br>Total: $68,604.50 | 2153 |
| | 12.1.22 – 3.31.23 | Fees: $149,851.50<br>Expenses: $7,741.18<br>Total: $157,592.68 | 2376 |
| | 4.1.23 – 7.31.23 | Fees: $51,672.00<br>Expenses: $0.00<br>Total: $51,672.00 | 2639 |
| | 8.1.23 – 3.31.24 | Fees: $116,005.50<br>Expenses: $5,250.00<br>Total: $121,255.50 | 3276 |

---

[2] This includes $12,205.00 in sums held back in ECF Doc. 1144.

| | 4.1.24 – 7.31.24 | Fees: $4,307.00<br>Expenses: $0.00<br>Total: $4,307.00 | 3640 |
|---|---|---|---|
| | 8.1.24 – 11.30.24 | Fees: $8,808.50<br>Expenses: $0.00<br>Total: $8,808.50 | 3921 |
| | 12.1.24 – 3.31.25 | Fees: $24,839.00<br>Expenses: $0.00<br>Total: $24,839.00 | 4287 |
| Time Period Covered by this Application | April 1, 2025 through October 31, 2025 (the "Interim Application Period") | | |
| Total Compensation Sought this Period | $293,031.50 | | |
| Total Expenses Sought this Period | $0.00 | | |
| Fee Application Type | Twelfth Interim Fee Application | | |
| Total Amount Sought | $293,031.50 | | |

In the above captioned Chapter 11 case, Dundon Advisers, LLC ("Dundon") rendered services in favor of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") during the Interim Application Period. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved Per Procedure in Complex Case Rules | |
|---|---|---|---|---|---|
| Invoice Date | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| 5/13/25 | Apr. 1, 2025 – Apr. 30, 2025 | $10,057.50 | $0.00 | $8,046.00 | $0.00 |
| 6/11/25 | May 1, 2025 – May 31, 2025 | $72,909.00 | $0.00 | $58,327.20 | $0.00 |
| 7/16/25 | Jun. 1, 2025 – Jun. 30, 2025 | $6,549.00 | $0.00 | $5,239.20 | $0.00 |
| 8/10/25 | Jul. 1, 2025 – Jul. 31, 2025 | $62,117.00 | $0.00 | $49,693.60 | $0.00 |
| 9/30/25 | Aug. 1, 2025 – Aug. 31, 2025 | $99,037.00 | $0.00 | $79,229.60 | $0.00 |
| 10/14/25 | Sept. 1, 2025 – Sept. 30, 2025 | $42,067.00 | $0.00 | $33,653.60 | $0.00 |
| 11/14/25 | Oct. 1, 2025 – Oct. 31, 2025 | $295.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | | **$293,031.50** | **$0.00** | **$234,189.20** | **$0.00** |

The Dundon professionals who rendered services in favor of the Commercial Committee during the Interim Application Period are:

| Professional | Title | Max Rate | Hours | Amount |
|---|---|---|---|---|
| Alec Rovitz | Senior Associate | $485.00 | 76.30 | $37,005.50 |
| Heather Barlow | Managing Director | $960.00 | 171.40 | $101,126.00 |
| Jordan Olsen | Senior Associate | $495.00 | 8.40 | $4,158.00 |
| Joshua Nahas | Managing Director | $960.00 | 3.50 | $2,065.00 |
| Lee Rooney | Managing Director | $960.00 | 118.10 | $69,679.00 |
| Matthew Dundon | Principal | $1,090.00 | 4.10 | $2,419.00 |
| Michael Whalen | Director | $755.00 | 99.20 | $58,528.00 |
| Tabish Rizvi | Managing Director | $890.00 | 21.40 | $12,626.00 |
| Ty Chung | Associate | $350.00 | 15.50 | $5,425.00 |
| | | | | |
| | **Total Gross** | | **517.90** | **$415,771.00** |
| | **Rate Cap ($590.00/hr)** | | | **($122,739.50)** |
| | **Net Fees** | | | **$293,031.50** |

The time and fees devoted to each Project Code during the Interim Application Period are as follows:

| Activity Detail | Hours | Gross Fees | Reductions | Net Fees |
|---|---|---|---|---|
| Business Analysis | 182.50 | $158,228.50 | $51,803.00 | $106,425.50 |
| Case Administration | 23.70 | $15,571.50 | $3,634.50 | $11,937.00 |
| Claims Analysis | 104.20 | $94,125.00 | $34,351.00 | $59,774.00 |
| Committee Member/Professional Meetings & Communications | 55.10 | $49,200.00 | $16,931.00 | $32,269.00 |
| Investigations | 3.60 | $3,456.00 | $1,332.00 | $2,124.00 |
| Plan and Disclosure Statement | 141.30 | $88,067.00 | $11,990.00 | $76,077.00 |
| Retention and Fee Applications | 2.00 | $1,920.00 | $740.00 | $1,180.00 |
| Debtor Professional and Client Meeting | 5.00 | $4,723.00 | $1,773.00 | $2,950.00 |
| Debtor/Lender Professional and Staff Meetings | 0.50 | $480.00 | $185.00 | $295.00 |
| **Total** | **517.90** | **$415,771.00** | **$122,739.50** | **$293,031.50** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | |
| OF THE ARCHDIOCESE OF | CHAPTER 11 |
| NEW ORLEANS,[1] | COMPLEX CASE |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-

12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St. Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12656], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25- 12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716],

2

(cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St. Gertrude, Inc., [No. 25-12721], (cxxxv) St James Major, Inc., [No. 25-12723], (cxxxvi) St Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25- 12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25- 12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

3

**DEBTOR**                                                              **SECTION "A"**

---

**TWELFTH INTERIM FEE APPLICATION OF DUNDON ADVISERS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE PERIOD OF APRIL 1, 2025 THROUGH OCTOBER 31, 2025**

---

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 18, 2025, AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST., COURTROOM B709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING CODE: "JUDGEGRABILL"). IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Dundon Advisers, LLC ("Dundon"), financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby files this *Twelfth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors*

4

*for the Period of April 1, 2025 through October 31, 2025* (the "<u>Interim Application</u>"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "<u>Local Rules</u>"), the General Order 2019-4 Establishing Procedures for Complex Chapter 11 Cases (the "<u>Complex Case Rules</u>"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "<u>UST Guidelines</u>").

## RELIEF REQUESTED

By this Interim Application, which encapsulates the period between April 1, 2025 through October 31, 2025 (the "<u>Interim Application Period</u>"), Dundon seeks interim approval and allowance for the aggregate sum of $293,031.50, which is comprised of:

(i)     Compensation for professionals in the amount of $293,031.50; and

(ii)    Reimbursement of actual and necessary expenses in the amount of $0.00.

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested in this Interim Application include 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2014 and 2016, Rule 2016-1 of the Local Rules, and § XIII of the Complex Case Rules.

## BACKGROUND

### I.     Case Commencement & Dundon's Retention

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned Bankruptcy Case. That same date, this Court entered an order designating the case as a Complex Chapter 11 Case [ECF Doc. 18]. The Archdiocese continues to operate and maintain their non-profit organization and manage their properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [Docket No. 772], appointing the Commercial Committee pursuant to section 1102 of the Bankruptcy Code, followed by a *Supplemental Notice of Appointment of Unsecured Commercial Creditor's Committee to Designate Name* [Docket No. 792]. The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[2]

5.      On May 7, 2021, the Commercial Committee selected Dundon to act as its professional financial advisor and filed that certain *Application for Entry of an Order Authorizing the Retention and Employment of Dundon Advisers, LLC, as Financial Advisor to the Official*

---

[2] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("TMI," who, later merged with Argent Institutional Trust Company "Argent") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity. After careful consideration, on April 7, 2021, the Commercial Committee determined to grant this request to become an *ex officio* member of the Commercial Committee. And to be clear, Argent was a non-voting member of the Commercial Committee and did not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee. On May 20, 2025, Argent was informed that it was removed from the Commercial Committee, effective May 19, 2025.

*Committee of Unsecured Commercial Creditors Effective as of April 14, 2021* (the "Application to Employ") [Docket No. 854].

6.　　On May 21, 2021, the Court entered an *Order Authorizing the Employment and Retention of Dundon Advisers, LLC, as Financial Advisor to the Official Committee of Unsecured Commercial Creditors* (the "Retention Order") [Docket No. 881]. The Retention Order approved Dundon's employment as financial advisor to the Commercial Committee in all matters relating to the investigation of assets, liabilities and financial condition of the Debtor, review of financial disclosures required by the Court and/or the Bankruptcy Code.

## II.　　Dundon's Prior Fee Applications and Awards

7.　　On September 30, 2021, Stewart Robbins Brown & Altazan ("SRBA") filed that certain *First Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of April 14, 2021 through August 31, 2021* [ECF Doc. 1068] (the "First Interim Application") which sought interim approval and allowance of $196,325.00 for Dundon's fees and $61.48 for expenses incurred by Dundon for the period of April 14, 2021 through and including August 31, 2021 (the "First Application Period").

8.　　On October 27, 2021, the Court entered that certain *Agreed Order Awarding Dundon Advisors, LLC Interim Compensation for the Period of April 14, 2021 through August 31, 2021* [ECF Doc. 1144] (the "First Application Order") which overruled certain objections to the First Interim Application and awarded Dundon for the First Application Period "interim fees in the amount of $174,120.00 and expenses in the amount of $61.48, totaling $174,181.48 (the "Interim Award"), which Interim Award is inclusive of the agreed-upon (a) holdback of $12,205.00 (the "Holdback Amount") and (b) write-off of $10,000.00 between Dundon, the

Trustee, and the Committee."

9.       The First Application Order further provided "in connection with the next interim fee application to be filed by Dundon in this matter, (a) Dundon reserves all rights to seek allowance and payment of the Holdback Amount in connection with such interim application and (b) the Trustee reserves any and all rights to object to allowance and payment of the Holdback Amount."

10.      On December 29, 2021, SRBA filed that certain *Second Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of September 1, 2021 through November 30, 2021* [ECF Doc. 1218] (the "Second Interim Application") which sought interim approval and allowance of $39,098.00 for Dundon's fees (including the Holdback Amount provided in the First Interim Order) and $0.00 for expenses incurred by Dundon for the period of September 1, 2021 through and including November 30, 2021 (the "Second Application Period").

11.      On January 19, 2022, the Court entered that certain *Order Granting Second Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of September 1, 2021 through November 30, 2021* [ECF Doc. 1248] (the "Second Application Order") which awarded Dundon for the Second Application Period fees totaling $39,098.00 for Dundon's fees (including the Holdback Amount provided in the First Interim Order) and $0.00 for expenses.

12.      On April 28, 2022, SRBA filed that certain *Third Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement*

*of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1477] (the "Third Interim Application") which sought interim approval and allowance of $245,869.00 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of December 1, 2021 through and including March 31, 2022 (the "Third Application Period").

13.    On May 18, 2022, the Court entered that certain *Order Granting Third Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1552] (the "Third Application Order") which awarded Dundon for the Third Application Period fees totaling $245,869.00 for Dundon's fees and $0.00 for expenses.

14.    On September 26, 2022, SRBA filed that certain *Fourth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1813] (the "Fourth Interim Application") which sought interim approval and allowance of $63,691.00 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of April 1, 2022 through and including July 31, 2022 (the "Fourth Application Period").

15.    On November 1, 2022, the Court entered that certain *Order* [ECF Doc. 1903] granting the Fourth Interim Application and, for the Fourth Application Period, awarded Dundon fees in the amount of $63,691.00 and $0.00 for expenses.

16.    On January 20, 2023, SRBA filed that certain *Fifth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement*

*of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2022 through November 30, 2022* [ECF Doc. 2024] (the "Fifth Interim Application") which sought interim approval and allowance of $68,604.50 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of August 1, 2022 through and including November 30, 2022 (the "Fifth Application Period").

17.     On March 15, 2023, the Court entered that certain *Order* [ECF Doc. 2153] granting the Fifth Interim Application and, for the Fifth Application Period, awarded Dundon fees in the amount of $68,604.50 and $0.00 for expenses.

18.     On May 30, 2023, SRBA filed that certain *Sixth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2022 through March 31, 2023* [ECF Doc. 2304] (the "Sixth Interim Application") which sought interim approval and allowance of $149,851.50 for Dundon's fees and $7,741.18 for expenses incurred by Dundon for the period of December 1, 2022 through and including March 31, 2023 (the "Sixth Application Period").

19.     On July 18, 2023, the Court entered that certain *Order* [ECF Doc. 2376] granting the Sixth Interim Application and, for the Sixth Application Period, awarded Dundon fees in the amount of $149,851.50 and $7,741.18 for expenses.

20.     On October 12, 2023, SRBA filed that certain *Seventh Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2023 through July 31, 2023* [ECF Doc. 2515] (the "Seventh Interim Application") which sought interim approval and allowance of $51,672.50 for Dundon's fees and

$0.00 for expenses incurred by Dundon for the period of April 1, 2023 through and including July 31, 2023 (the "Seventh Application Period").

21.     On November 13, 2023, the Court entered that certain *Order* [ECF Doc. 2639] granting the Seventh Interim Application and, for the Seventh Application Period, awarded Dundon fees in the amount of $51,672.50 and $0.00 for expenses.

22.     On July 24, 2024, Dundon[3] filed that certain *Eighth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2023 through March 31, 2024* [ECF Doc. 3183] (the "Eighth Interim Application") which sought interim approval and allowance of $116,005.50 for Dundon's fees and $5,250.00 for expenses incurred by Dundon for the period of August 1, 2023 through and including March 31, 2024 (the "Eighth Application Period").

23.     On August 16, 2024, the Court entered that certain *Order* [ECF Doc. 3276] granting the Eighth Interim Application and, for the Eighth Application Period, awarded Dundon fees in the amount of $116,005.50 and $5,250.00 for expenses.

24.     On October 31, 2024, SRBA filed that certain *Ninth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2024 through July 31, 2024* [ECF Doc. 3447] (the "Ninth Interim Application") which sought interim approval and allowance of $4,307.00 for Dundon's fees and

---

[3] The delay in filing the Eighth Interim Application was the result of Dundon discovering that one of its employees, Thomas Short ("Short"), may have breached applicable protective order(s) of the Court. In particular, Dundon used this time to investigate this matter and provide information to other parties (e.g., the Commercial Committee, Abuse Committee, United States Trustee). Dundon deleted Short's time on and after the earliest discovered date that Short may have breached the protective order. Similarly, Dundon retained Louis M. Phillips with the law firm of Kelly Hart Pitre as counsel, who filed the Eighth Interim Application.

$0.00 for expenses incurred by Dundon for the period of April 1, 2024 through and including July 31, 2024 (the "Ninth Application Period").

25.     On January 6, 2025, the Court entered that certain *Order* [ECF Doc. 3640] granting the Ninth Interim Application and, for the Ninth Application Period, awarded Dundon fees in the amount of $4,307.00 and $0.00 for expenses.

26.     On February 28, 2025, Dundon filed that certain *Tenth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* [ECF Doc. 3789] (the "Tenth Interim Application") which sought interim approval and allowance of $8,808.50 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of August 1, 2024 through and including November 30, 2024 (the "Tenth Application Period").

27.     On April 21, 2025, the Court entered that certain *Order* [Doc. No. 3921] granting the Tenth Interim Application and, for the Tenth Application Period, awarded Dundon fees in the amount of $8,808.50 and $0.00 for expenses.

28.     On July 31, 2025, Dundon filed that certain *Eleventh Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2024 through March 31, 2025* [ECF Doc. 4200] (the "Eleventh Interim Application") which sought interim approval and allowance of $24,839.00 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of December 1, 2024 through and including March 31, 2025 (the "Eleventh Application Period").

29.     On August 19, 2025, the Court entered that certain *Order* [Doc. No. 4287] granting

the Eleventh Interim Application and, for the Eleventh Application Period, awarded Dundon fees in the amount of $24,839.00 and $0.00 for expenses.

30.     Dundon continues to reconcile the payments received from the Debtor during the Interim Application Period, including for certain of the monthly fee statements included in the Interim Application Period. At present, Dundon's books and record reflect an outstanding balance of amounts that have come due pursuant to the Court's prior interim orders or the monthly fee procedures previously. To ensure all payments received are appropriately applied, Dundon will continue its reconciliation efforts and will confer with the Debtor as necessary.

## COMPENSATION AND ITS SOURCE

31.     All services for which compensation is requested by Dundon were performed for or on behalf of the Commercial Committee.

32.     During the period covered by this Interim Application, Dundon has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application. There is no agreement or understanding between Dundon and any other person other than the partners of Dundon for the sharing of compensation to be received for services rendered in this chapter 11 case.

33.     Dundon's individual fee statements for each month covered by the Interim Application Period are attached hereto as **Exhibit** "**A**". Each fee statement contains daily time logs describing the time spent by each professional for each month. The hourly rates set forth in the monthly fee statements are those customarily charged by Dundon for similar services. Dundon's fees for services rendered by financial advisors and other professionals are customary and usual in the community in which Dundon practices. Moreover, Dundon has capped the rates of its senior

13

personnel at a significant discount to the Estate, which discount is reflected in the monthly fee statements. To the best of Dundon's knowledge, this Interim Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Complex Case Rules, and the UST Guidelines. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| | Invoices Circulated | | | Approved Per Procedure in Complex Case Rules | |
|---|---|---|---|---|---|
| Invoice Date | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| 5/13/25 | Apr. 1, 2025 – Apr. 30, 2025 | $10,057.50 | $0.00 | $8,046.00 | $0.00 |
| 6/11/25 | May 1, 2025 – May 31, 2025 | $72,909.00 | $0.00 | $58,327.20 | $0.00 |
| 7/16/25 | Jun. 1, 2025 – Jun. 30, 2025 | $6,549.00 | $0.00 | $5,239.20 | $0.00 |
| 8/10/25 | Jul. 1, 2025 – Jul. 31, 2025 | $62,117.00 | $0.00 | $49,693.60 | $0.00 |
| 9/30/25 | Aug. 1, 2025 – Aug. 31, 2025 | $99,037.00 | $0.00 | $79,229.60 | $0.00 |
| 10/14/25 | Sept. 1, 2025 – Sept. 30, 2025 | $42,067.00 | $0.00 | $33,653.60 | $0.00 |
| 11/14/25 | Oct. 1, 2025 – Oct. 31, 2025 | $295.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | | **$293,031.50** | **$0.00** | **$234,189.20** | **$0.00** |

34.     The fee statements for each month covered by the Interim Application Period were circulated and no portion of the fees or expenses were objected to (provided, however, as of the date of filing this Interim Application, the objection deadline has not run with respect to the November 14, 2025 invoice above).

35.     The Commercial Committee has been provided the opportunity to review this Interim Application. The Commercial Committee approves of the Interim Application.

## SUMMARY OF SERVICES RENDERED

36.     During the Interim Application Period, Dundon assisted the Commercial Committee's legal counsel, as needed, with financial analysis of plan and confirmation issues.  For

example, Dundon reviewed and analyzed, among other things, Monthly Operating Reports and the Debtor's financial statements to prepare and refine cash flow projections (and the assumptions underlying those projections) for purposes of analyzing the feasibility of the multiple versions of the Plan Proponents' proposed chapter 11 plans. Similarly, in conjunction with a liquidation value analysis, Dundon reviewed and analyzed the real estate values asserted by the Plan Proponents, as well as the claims asserted against the Debtor to develop and reconcile the total claims pool to be used in their financial analyses. Dundon also worked closely with SRBA during the Interim Application Period to discuss matters of strategy, additional documentation and information to request in discovery to aid its financial analyses, and whether additional professionals are needed to aid Dundon's efforts.

37.     The services rendered by Dundon during the Interim Application Period can be grouped into the task categories generally described in attached **Exhibit** "**B**". Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task groups.

### FACTORS SUPPORTING AWARD

38.     In *In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012), the Fifth Circuit ruled that the six factors found in 11 U.S.C. § 330(a)(3) are to be considered when awarding compensation to professionals. Under § 330, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

15

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

39.     Rejecting the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998), the Fifth Circuit adopted a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time in which they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015). All services rendered by Dundon satisfy the *Woerner* standard because they were reasonably likely to benefit the Debtor's estate at the time rendered.

40.     Dundon also believes that as applied to its services in this chapter 11 case, the following analysis of § 330(a)(3) factors are appropriate:

a.     **The Time and Labor Expended** - The charge for Dundon's services in this case for the Interim Application Period totals $415,771.00; however, with the capped rate the amount is $293,031.50. The actual time expended by Dundon in the Interim Application Period is set forth in detail in **Exhibit "A"** attached hereto. In addition, attached as **Exhibit "B"** is a breakdown by project of time expended on discrete matters during the progress of this case. Dundon believes the time spent performing financial advising services was commensurate with the financial issues involved in its employment by the Commercial Committee.

b.     **The Rate Charged for Such Services.** Dundon has applied for allowance of compensation for fees that reflect its billing rates charged to clients by Dundon and previously approved and/or set by courts in which Dundon has appeared. Dundon believes that its customary fees for services are equal to or below those of other firms in the national financial advising community and should be within the range of fees approved for financial advisors of similar experience within this district.

c.     **Whether the services were necessary to the administration of, or beneficial at**

16

**the time at which the service was rendered toward the completion of, a case under this title.** Dundon asserts that all services provided to the Commercial Committee were necessary to the administration of and/or beneficial to the bankruptcy case at the time the services were rendered. Where Dundon deemed the time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in some situations, did not put the time into its billing system.

d.  **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed**. Dundon submits that the time put into this case is commensurate with the level of difficulty of the issues presented. When possible, particular projects have been handled by an associate or a director with a lower billing rate.

e.  **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy restructuring.** Dundon believes and respectfully submits that its financial advisors are highly regarded as experts in the areas of bankruptcy, insolvency, and corporate reorganization. Dundon has extensive experience in handling bankruptcy and insolvency matters in bankruptcy cases and has acted as a financial advisor to other debtors and trustees in other cases.

41.   "The Fifth Circuit uses the 'lodestar' method to calculate fees." *Transamerican Natural Gas Corp. v. Zapata P'ship, Ltd. (In re Fender)*, 12 F.3d 480, 487 (5th Cir. 1994) (citation omitted). The lodestar is the number of hours reasonably expended multiplied by "the prevailing hourly rate in the community for similar work." *Id.* The request for fees is then adjusted upward or downward based on the iconic "*Johnson* factors." *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). A detailed description of the application of each of these factors relevant to this Application is set forth below:

a.  **The Novelty and Difficulty of Issues** – This case has presented issues of greater complexity than cases customarily brought before this Court.

b.  **The Skills Required for Performance of Services** – Dundon's financial advisers have appeared before various courts and throughout the country in bankruptcy cases on behalf of debtors, creditors, trustees, and creditor committees as a financial advisor for many years. Dundon believes and respectfully submits that it is highly regarded in the areas of asset management, restructuring advisory, and credit origination and transaction services. Dundon's financial advisers possess the experience, reputation, and ability to merit an award of the requested compensation

17

and reimbursement.

c.   **Preclusion from Other Employment** – While Dundon was not precluded from other employment during this application period, the professionals who have devoted time to this case were prevented from working on other matters.

d.   **Contingent Nature of Fees** – These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the case, the availability of cash, review by the Office of the United States Trustee, Region 5, and the approval of the Court.

e.   **Time Limitations and Other Circumstances** – This Bankruptcy Case has, at times, involved the usual filing deadlines for motion practice; however, and especially during the Interim Application Period, there are many times which have required Dundon to act quickly to analyze financial issues arising in this Bankruptcy Case.

f.   **The Amount Involved and the Results Obtained** – Dundon submits that the amount sought is fully commensurate with the results obtained. Dundon respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Commercial Committee and were rendered to protect and preserve the interests of the Commercial Committee during the pendency of the chapter 11 case. As demonstrated herein, Dundon spent its time economically and without unnecessary duplication. The services were performed in an effective and efficient manner commensurate within the complexity, exigency, and importance of the issues involved.

g.   **Experience, Reputation, and Ability** – The Commercial Committee selected Dundon based on its extensive experience and knowledge of restricting advisory likely to arise in the chapter 11 case, and, in particular, Dundon's recognized expertise in the field of financial restructuring and bankruptcy.

h.   **The Undesirability of the Case** – This case was not undesirable.

i.   **The Nature and Length of the Professional Relationship with the Client** - Dundon has rendered services in favor of the Commercial Committee since April 14, 2021.

j.   **Awards in Similar Cases** – Dundon avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Louisiana bankruptcy courts.

## CERTIFICATION

42.     By my signature on this Interim Application, I, Matthew Dundon, do hereby certify that (i) I have read this application; (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by Dundon and generally accepted by Dundon's clients.

## EXHIBITS TO INTERIM APPLICATION

43.     Additionally, attached to this Interim Application are the following:

a.  **Exhibit A**: Dundon's monthly fee statements previously circulated under the Complex Case Order.

b.  **Exhibit B**:  Aggregate amount of fees requested in the Interim Application Period, categorized by task.

c.  **Exhibit C**: Aggregate valuation of services chart identifying the financial advisors and paraprofessionals who rendered financial advising services during the Interim Application Period relating to each category, along with the aggregate number of hours for each individual and the total billed amount.

d.  **Exhibit D**: The proposed order (the "Proposed Order") Dundon requests this Court enter.

**WHEREFORE**, Dundon respectfully requests that the Court enter the Proposed Order: (a) approving the Interim Application; (b) allowing compensation and reimbursement of expenses in the aggregate sum of $293,031.50, as the sum of (i) compensation in the sum of $293,031.50; (ii) reimbursement of actual and necessary expenses in the sum of $0.00; (c) directing the Debtor to pay the outstanding balance of the aforementioned amounts; and (d) grant such other and further relief as this Court may deem just and proper.

19

Dated:  November 25, 2025                  Respectfully Submitted,

                                           **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                By:        */s/ Nicholas J. Smeltz*
                                           Paul D. Stewart, Jr. (LA. Bar # 24661)
                                           dstewart@stewartrobbins.com
                                           William S. Robbins (LA. Bar # 24627)
                                           wrobbins@stewartrobbins.com
                                           Brandon A. Brown (La. Bar #25592)
                                           bbrown@stewartrobbins.com
                                           Brooke W. Altazan (La. Bar # 32796)
                                           baltazan@stewartrobbins.com
                                           Nicholas J. Smeltz (La. Bar #38895)
                                           nsmeltz@stewartrobbins.com
                                           301 Main St., Suite 1640
                                           Baton Rouge, LA 70801-0016
                                           Telephone: (225) 231-9998
                                           Facsimile: (225) 709-9467

                                           ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

                                By:        */s/ Matthew Dundon*
                                           Matthew Dundon
                                           Dundon Advisers LLC

**EXHIBIT A**

**DUNDON'S MONTHLY FEE STATEMENTS**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | Section "A" |
| **Debtor.** | Chapter 11 |

**FORTY-THIRD MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2025 THROUGH APRIL 30, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Third Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Third Monthly Fee Statement") for the period of April 1, 2025 through April 30, 2025 (the "Forty-Third Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Third Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Third Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Third Statement Period; and (ii) reimbursement of

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Third Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Third Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2025 – April 30, 2025 |
| Amount of Compensation Requested: | $10,057.50 |
| Net 20% Hold Back: | $2,011.50 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $8,046.00 |

3.      Dundon's invoices covering the Forty-Third Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Third Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $8,046.00 from the Debtors for the Forty-Third Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $10,057.50.  Dundon did not incur any expenses in the Forty-Third Statement Period.

5.      No fees in this Forty-Third Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Forty-Third Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Third Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Third Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  May 20, 2025                    Respectfully submitted,

                                        **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                        By:     */s/ Paul Douglas Stewart, Jr.*
                                Paul D. Stewart (La. Bar # 24661)
                                Baton Rouge, LA 70801-0016
                                Telephone: (225) 231-9998
                                Facsimile: (225) 709-9467
                                dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC APRIL 1, 2025 THROUGH APRIL 30, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**　　　　Archdiocese of New Orleans
　　　　　　　　　　Official Committee of Commercial Creditors

## INVOICE

**Date:**　　　　05/13/2025

**Services**

| | |
|---|---|
| 1 Services 04/01/2025-04/30/2025 | $11,903.50 |
| 2 Voluntary Discount with Rate Caps | ($1,846.00) |
| 2 Net Services after voluntary reduction | $10,057.50 |
| 3 Holdback (20%) | ($2,011.50) |
| 4 80% Fees due from this period      $590.00 BHR | $8,046.00 |
| 5 Expenses – | $0.00 |
| **6     Total Now Payable - thank you!** | **$8,046.00** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

## Dundon Advisers LLC - Time Entry

Date Start: 4/1/2025 | Date End: 4/30/2025 | Clients: Archdiocese of New Orleans

| Date | Professional | Activity | Description | Total Time | Hourly Rate | Billable Amt |
|------|--------------|----------|-------------|-----------|-------------|--------------|
| 04/15/2025 | Alec Rovitz | Business Analysis | Analyze filed MORs re: leading up to Plan filing | 2.1 | $485.00 | $1,018.50 |
| 04/15/2025 | Alec Rovitz | Business Analysis | Review filed POR's re: ending estate cash | 1.3 | $485.00 | $630.50 |
| 04/15/2025 | Alec Rovitz | Business Analysis | Review Debtors Disclosure statements | 1.1 | $485.00 | $533.50 |
| 04/15/2025 | Alec Rovitz | Business Analysis | Correspond with Dundon team re: ending cash balance | 0.3 | $485.00 | $145.50 |
| 04/15/2025 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Barlow) re: case updates | 0.4 | $485.00 | $194.00 |
| 04/15/2025 | Alec Rovitz | Business Analysis | Review all expenses and filed dockets re: estate cash | 2.2 | $485.00 | $1,067.00 |
| 04/15/2025 | Alec Rovitz | Business Analysis | Prepare sources and uses excel support | 0.5 | $485.00 | $242.50 |
| 04/15/2025 | Alec Rovitz | Business Analysis | QC sources and uses references | 0.4 | $485.00 | $194.00 |
| 04/17/2025 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Barlow) re: feasibility analysis | 0.3 | $485.00 | $145.50 |
| 04/23/2025 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (Barlow) re: ending cash flow through exhibit | 0.1 | $485.00 | $48.50 |
| 04/23/2025 | Alec Rovitz | Business Analysis | Prepare ending cash exhibit | 1.8 | $485.00 | $873.00 |
| 04/23/2025 | Alec Rovitz | Business Analysis | Review ending Plan cash projections | 0.9 | $485.00 | $436.50 |
| 04/24/2025 | Alec Rovitz | Business Analysis | Update presentation for counsel re: Plan cash | 0.1 | $485.00 | $48.50 |
| 04/24/2025 | Alec Rovitz | Business Analysis | Participate on call with Dundon team (HB) re: open case issues | 0.4 | $485.00 | $194.00 |
| 04/30/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team re: DS work-streams | 0.2 | $485.00 | $97.00 |
| 04/01/2025 | Heather Barlow | Debtor Professional and Client Meeting | Mediation discussion with Counsel | 0.2 | $590.00 | $118.00 |
| 04/02/2025 | Heather Barlow | Debtor Professional and Client Meeting | Mediation discussion re W Robbins. | 0.5 | $590.00 | $295.00 |
| 04/08/2025 | Heather Barlow | Committee Member/Professional Meetings & Communications | CCC call re mediation update | 0.5 | $590.00 | $295.00 |
| 04/10/2025 | Heather Barlow | Business Analysis | Discussion with counsel re case related items.  Follow up analysis | 0.9 | $590.00 | $531.00 |
| 04/15/2025 | Heather Barlow | Business Analysis | Work with A Rovitz re: analysis | 0.5 | $590.00 | $295.00 |
| 04/17/2025 | Heather Barlow | Business Analysis | Review request of counsel and discuss same with M Dundon | 1.3 | $590.00 | $767.00 |
| 04/23/2025 | Heather Barlow | Business Analysis | Work on counsel related requests. Discussion with L Rooney re: same | 1.4 | $590.00 | $826.00 |
| 04/24/2025 | Heather Barlow | Business Analysis | Review financials and discussion with A Rovitz re deck and codes development.  Discussion with C Linscott and L Eagan re: document requirements | 1.3 | $590.00 | $767.00 |
| 04/25/2025 | Heather Barlow | Committee Member/Professional Meetings & Communications | Discussion with W Robbins regarding: Model related requirements | 0.5 | $590.00 | $295.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19.2 | $11,903.50 | Standard Billing | 19.20 | $10,057.50 |
| | | 80% | $8,046.00 |
| | | 20% | $2,011.50 |
| | | 100% | $10,057.50 |
| | | BHR | $523.83 |
| | | Voluntary Reduction | $1,846.00 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **In re** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | **Section "A"** |
| **Debtor.** | **Chapter 11** |

## FORTY-FOURTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2025 THROUGH MAY 31, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Fourth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Fourth Monthly Fee Statement") for the period of May 1, 2025 through May 31, 2025 (the "Forty-Fourth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Fourth Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Fourth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Fourth Statement Period; and (ii) reimbursement

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Fourth Statement Period.

2.     Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Fourth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2025 – May 31, 2025 |
| Amount of Compensation Requested: | $72,909.00 |
| Net 20% Hold Back: | $14,581.80 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $58,327.20 |

3.     Dundon's invoices covering the Forty-Fourth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Fourth Statement Period are attached hereto as **Exhibit "A"**.

4.     Pursuant to the Compensation Order, Dundon seeks payment of $58,327.20 from the Debtors for the Forty-Fourth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $72,909.00.  Dundon did not incur any expenses in the Forty-Fourth Statement Period.

5.      No fees in this Forty-Fourth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Forty-Fourth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Fourth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Fourth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  July 1, 2025                           Respectfully submitted,

                                               **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                               By:      */s/ Paul Douglas Stewart, Jr.*
                                        Paul D. Stewart (La. Bar # 24661)
                                        Baton Rouge, LA 70801-0016
                                        Telephone: (225) 231-9998
                                        Facsimile: (225) 709-9467
                                        dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC MAY 1, 2025 THROUGH MAY 31, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**          Archdiocese of New Orleans
                        Official Committee of Commercial Creditors

## INVOICE

**Date:**          06/11/2025

**Services**
| | |
|---|---|
| 1 Services 05/01/2025-05/31/2025 | **$80,839.00** |
| 2 Voluntary Discount with Rate Caps | **($7,930.00**) |
| 2 Net Services after voluntary reduction | $**72,909.00** |
| 3 Holdback (20%) | **($14,581.80**) |
| 4 80% Fees due from this period          $540.07 BHR | **$58,327.20** |
| 5 Expenses – | $0.00 |
| **6    Total Now Payable - thank you!** | **$58,327.20** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

## Dundon Advisers LLC - Time Entry

Date Start: 5/1/2025 | Date End: 5/31/2025 | Clients: Archdiocese of New Orleans

| Entry Date | Professional | Activity | Description | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| 05/01/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team re: DS projections | 0.1 | $485.00 | $48.50 |
| 05/01/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare cash flow model infrastructure | 2.9 | $485.00 | $1,406.50 |
| 05/01/2025 | Alec Rovitz | Plan and Disclosure Statement | Review filed MORs re: 2 year look back | 1.2 | $485.00 | $582.00 |
| 05/01/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (LR) re: CF forecasting | 0.5 | $485.00 | $242.50 |
| 05/01/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team re: historical MORs | 0.1 | $485.00 | $48.50 |
| 05/01/2025 | Lee Rooney | Business Analysis | Telecon with A. Rovitz re: liquidation analysis | 0.6 | $590.00 | $354.00 |
| 05/02/2025 | Alec Rovitz | Plan and Disclosure Statement | Review monthly financial expenditure trends by line item | 1.8 | $485.00 | $873.00 |
| 05/02/2025 | Heather Barlow | Business Analysis | Review financials for counsel and send to EL | 1.6 | $590.00 | $944.00 |
| 05/04/2025 | Alec Rovitz | Plan and Disclosure Statement | Update historical I/S, B/S re: roll forward financials | 2.8 | $485.00 | $1,358.00 |
| 05/06/2025 | Alec Rovitz | Plan and Disclosure Statement | Update historical I/S, B/S re: roll forward financials | 3.0 | $485.00 | $1,455.00 |
| 05/06/2025 | Alec Rovitz | Plan and Disclosure Statement | Update cash flow model re: historicals | 2.0 | $485.00 | $970.00 |
| 05/07/2025 | Alec Rovitz | Plan and Disclosure Statement | Update cash flow model re: historical MOR inputs | 2.8 | $485.00 | $1,358.00 |
| 05/07/2025 | Alec Rovitz | Plan and Disclosure Statement | Review Debtors portfolio and financial documents received from counsel | 1.2 | $485.00 | $582.00 |
| 05/07/2025 | Alec Rovitz | Plan and Disclosure Statement | Review Debtors assumptions on Plan projections against historical data | 2.1 | $485.00 | $1,018.50 |
| 05/07/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare assumptions around historical I/S and balance sheet line items | 2.4 | $485.00 | $1,164.00 |
| 05/07/2025 | Alec Rovitz | Plan and Disclosure Statement | Update cash flow model re: yearly summations | 0.4 | $485.00 | $194.00 |
| 05/07/2025 | Alec Rovitz | Plan and Disclosure Statement | Review Debtor document production re: portfolio A &B | 2.0 | $485.00 | $970.00 |
| 05/08/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (LR, HB) re: cash flow model | 1.5 | $485.00 | $727.50 |
| 05/08/2025 | Alec Rovitz | Plan and Disclosure Statement | Update cash flow model re: Dundon comments from internal call | 2.5 | $485.00 | $1,212.50 |
| 05/08/2025 | Alec Rovitz | Plan and Disclosure Statement | Update draft cash flow model re: historical cash flow statement | 2.9 | $485.00 | $1,406.50 |
| 05/08/2025 | Heather Barlow | Business Analysis | Review counsel requested work product (0.8) and discuss with L Rooney and A Rovitz (1.4) | 2.2 | $590.00 | $1,298.00 |
| 05/08/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with H. barlow re: projections | 1.5 | $590.00 | $885.00 |
| 05/09/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB, LR) re: model walk through | 0.7 | $485.00 | $339.50 |
| 05/09/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (MW) re: model progression | 0.3 | $485.00 | $145.50 |
| 05/09/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare updated reconciliation of historical MOR data re: balancing errors in model | 2.8 | $485.00 | $1,358.00 |
| 05/09/2025 | Alec Rovitz | Plan and Disclosure Statement | Update draft 3-statement model and projections | 3.0 | $485.00 | $1,455.00 |
| 05/09/2025 | Alec Rovitz | Plan and Disclosure Statement | QA internal model revisions by Dundon team re: call preparation | 1.1 | $485.00 | $533.50 |
| 05/09/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB) re: model status | 0.6 | $485.00 | $291.00 |
| 05/09/2025 | Heather Barlow | Business Analysis | Review counsel requested work product with L Rooney 0.5 and A Rovitz 1.0 | 1.5 | $590.00 | $885.00 |
| 05/09/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with H. Barlow and A. Rovitz re: proj model | 1.4 | $590.00 | $826.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2025 | Michael Whalen | Plan and Disclosure Statement | Call with A. Rovitz discussing roll forward of 3-statement model to sanity check Debtors DS projections | 0.4 | $590.00 | $236.00 |
| 05/09/2025 | Michael Whalen | Plan and Disclosure Statement | Create assumptions and create CF statement for 3 statement model based on historical MORs | 2.4 | $590.00 | $1,416.00 |
| 05/09/2025 | Michael Whalen | Plan and Disclosure Statement | Complete reconciliation of BS and IS from MORs to extrapolate CF statement and create 3-statement roll forward for purposes of sanity check on DS | 3.1 | $590.00 | $1,829.00 |
| 05/10/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate in internal working session with Dundon team (MW) re: model preparation | 0.7 | $485.00 | $339.50 |
| 05/10/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team re: model draft | 0.2 | $485.00 | $97.00 |
| 05/10/2025 | Alec Rovitz | Plan and Disclosure Statement | Update model re: internal comments | 3.2 | $485.00 | $1,552.00 |
| 05/10/2025 | Heather Barlow | Business Analysis | Review of counsel request work product.  Discussions with A Rovitz (0.4), L Rooney (0.1) and M Whalen (0.7) | 1.2 | $590.00 | $708.00 |
| 05/10/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with M. Whalen, A. Rovitz, and H. Barlow re: plan model | 1.5 | $590.00 | $885.00 |
| 05/10/2025 | Michael Whalen | Plan and Disclosure Statement | Complete and finalize dynamic 3-statement historical financial model and begin roll forward for comparison purposes with Plan and DS | 4.1 | $590.00 | $2,419.00 |
| 05/10/2025 | Michael Whalen | Business Analysis | Call with A. Rovitz discussing historical financial assumptions and adjustments to MORs | 0.8 | $590.00 | $472.00 |
| 05/10/2025 | Michael Whalen | Business Analysis | Call with H. Barlow discussing progress on financial model and findings | 0.5 | $590.00 | $295.00 |
| 05/10/2025 | Michael Whalen | Business Analysis | Investigate adjustments to MOR financials to update into model for balancing purposes | 2.1 | $590.00 | $1,239.00 |
| 05/11/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB, LR, MW) re: model walkthrough | 0.5 | $485.00 | $242.50 |
| 05/11/2025 | Alec Rovitz | Plan and Disclosure Statement | Update model re: cash flow statement reconciliation | 1.1 | $485.00 | $533.50 |
| 05/11/2025 | Heather Barlow | Business Analysis | Review financial model with M Whalen A Rovitz and L Rooney. Discussion with L Rooney re same | 1.1 | $590.00 | $649.00 |
| 05/11/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with H. Barlow and others re: plan projections/model | 1.0 | $590.00 | $590.00 |
| 05/11/2025 | Michael Whalen | Plan and Disclosure Statement | Call with H. Barlow, L. Rooney, and A. Rovitz discussing forecast model | 0.5 | $590.00 | $295.00 |
| 05/11/2025 | Michael Whalen | Plan and Disclosure Statement | Roll forward monthly IS and BS in financial model using NWC assumptions | 4.7 | $590.00 | $2,773.00 |
| 05/11/2025 | Michael Whalen | Plan and Disclosure Statement | Call A. Rovitz discussing inital roll forward of IS | 0.2 | $590.00 | $118.00 |
| 05/11/2025 | Michael Whalen | Plan and Disclosure Statement | Investigate and fix historical financials for modeling purposes | 2.3 | $590.00 | $1,357.00 |
| 05/12/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (MW) re: model plugs | 0.4 | $485.00 | $194.00 |
| 05/12/2025 | Alec Rovitz | Plan and Disclosure Statement | Update working draft model re: MOR amendments | 1.6 | $485.00 | $776.00 |
| 05/12/2025 | Heather Barlow | Business Analysis | Continued model discussion with M Whalen re: model | 0.5 | $590.00 | $295.00 |
| 05/12/2025 | Michael Whalen | Plan and Disclosure Statement | Continue work on 3 statement model and document go forward assumptions | 3.1 | $590.00 | $1,829.00 |
| 05/12/2025 | Michael Whalen | Plan and Disclosure Statement | Finalize 5 year forward cash flow statement based on roll forward of historicals | 2.8 | $590.00 | $1,652.00 |
| 05/12/2025 | Michael Whalen | Plan and Disclosure Statement | Model discussion with H. Barlow walking through assumptions | 0.5 | $590.00 | $295.00 |
| 05/13/2025 | Alec Rovitz | Plan and Disclosure Statement | Update working model re: balance sheet schedules | 1.0 | $485.00 | $485.00 |
| 05/13/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on internal working session with Dundon team (MW) re: balance sheet balancing | 1.1 | $485.00 | $533.50 |
| 05/13/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare summary of model assumptions sheet | 0.9 | $485.00 | $436.50 |
| 05/13/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB, LR, MW) re: model walk-through | 1.0 | $485.00 | $485.00 |
| 05/13/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (MW) re: plan projection juxtaposition | 0.8 | $485.00 | $388.00 |
| 05/13/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare DS assumption commentary | 2.2 | $485.00 | $1,067.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/13/2025 | Heather Barlow | Committee Member/Professional Meetings & Communications | Attend weekly UCC Call re: case progress and next steps | 0.9 | $590.00 | $531.00 |
| 05/13/2025 | Heather Barlow | Business Analysis | Team review of the model and assumptions prepared for counsel | 1.0 | $590.00 | $590.00 |
| 05/13/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with H. Barlow, M. Whalen, and A. Rovitz re: model | 1.1 | $590.00 | $649.00 |
| 05/13/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with H. Barlow and committee counsel | 0.5 | $590.00 | $295.00 |
| 05/13/2025 | Michael Whalen | Plan and Disclosure Statement | Call with H. Barlow, L. Rooney, and A. Rovitz discussing findings and output of model | 1.1 | $590.00 | $649.00 |
| 05/13/2025 | Michael Whalen | Plan and Disclosure Statement | Follow up call with A. Rovitz discussing outstanding items in model | 0.7 | $590.00 | $413.00 |
| 05/13/2025 | Michael Whalen | Plan and Disclosure Statement | Stress test assumptions in model and feasibility | 0.9 | $590.00 | $531.00 |
| 05/14/2025 | Alec Rovitz | Plan and Disclosure Statement | Update model re: global comments | 0.7 | $485.00 | $339.50 |
| 05/14/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB, LR) re: claims toggle | 0.7 | $485.00 | $339.50 |
| 05/14/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team re: model comments | 0.1 | $485.00 | $48.50 |
| 05/14/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare Plan projection write up | 1.7 | $485.00 | $824.50 |
| 05/14/2025 | Heather Barlow | Business Analysis | Model discussion with team prepared for counsel | 1.2 | $590.00 | $708.00 |
| 05/14/2025 | Heather Barlow | Business Analysis | Review model for counsel | 0.7 | $590.00 | $413.00 |
| 05/14/2025 | Michael Whalen | Plan and Disclosure Statement | Follow up call with team to discuss and compare model to disclosure statement | 1.2 | $590.00 | $708.00 |
| 05/14/2025 | Michael Whalen | Plan and Disclosure Statement | Call with A. Rovitz on model assumptions | 0.2 | $590.00 | $118.00 |
| 05/15/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB) re: toggle walk-through | 0.2 | $485.00 | $97.00 |
| 05/15/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB) re: Plan projection write up | 0.4 | $485.00 | $194.00 |
| 05/15/2025 | Alec Rovitz | Plan and Disclosure Statement | Update model re: assumption tweaks | 0.2 | $485.00 | $97.00 |
| 05/15/2025 | Heather Barlow | Business Analysis | Review counsel work product. Discuss with Team. | 0.7 | $590.00 | $413.00 |
| 05/15/2025 | Michael Whalen | Plan and Disclosure Statement | Call with H. Barlow discussing output of model and report in preparation for call with counsel | 0.4 | $590.00 | $236.00 |
| 05/15/2025 | Michael Whalen | Plan and Disclosure Statement | Review of latest version of model following call with H. Barlow | 0.7 | $590.00 | $413.00 |
| 05/17/2025 | Michael Whalen | Business Analysis | Review latest model and track dependents to ensure accuracy | 1.1 | $590.00 | $649.00 |
| 05/20/2025 | Alec Rovitz | Plan and Disclosure Statement | Update model re: ending cash tweaks | 0.2 | $485.00 | $97.00 |
| 05/20/2025 | Alec Rovitz | Plan and Disclosure Statement | Revise Plan projection write up re: updated model | 0.3 | $485.00 | $145.50 |
| 05/20/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team (MW) re: model review | 0.3 | $485.00 | $145.50 |
| 05/20/2025 | Heather Barlow | Business Analysis | Model and strategy discussions with professionals | 1.4 | $590.00 | $826.00 |
| 05/20/2025 | Heather Barlow | Business Analysis | Discussion with L Rooney re: ANO model | 0.6 | $590.00 | $354.00 |
| 05/20/2025 | Lee Rooney | Claims Analysis | Review of plan model with internal call | 2.2 | $590.00 | $1,298.00 |
| 05/20/2025 | Michael Whalen | Business Analysis | Call with A. Rovitz discussing findings in advance of call with counsel | 0.4 | $590.00 | $236.00 |
| 05/20/2025 | Michael Whalen | Business Analysis | Review and edit memorandum, trace dependents in model, and analyze comparison to ensure accuracy | 1.9 | $590.00 | $1,121.00 |
| 05/21/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate in internal working session with Dundon team (LR, MW, HB) re: model review | 0.8 | $485.00 | $388.00 |
| 05/21/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with CCC counsel re: model walk through | 0.9 | $485.00 | $436.50 |

| 05/21/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team re: model materials for distribution | 0.2 | $485.00 | $97.00 |
| 05/21/2025 | Heather Barlow | Business Analysis | Team model review for counsel with L Rooney and M Whalen and others | 1.0 | $590.00 | $590.00 |
| 05/21/2025 | Heather Barlow | Committee Member/Professional Meetings & Communications | Meet with counsel and team to review work product deliverable | 0.9 | $590.00 | $531.00 |
| 05/21/2025 | Lee Rooney | Business Analysis | Review, editing of model in preparation of presentation | 1.5 | $590.00 | $885.00 |
| 05/21/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with H. Barlow and others re: Plan model | 0.9 | $590.00 | $531.00 |
| 05/21/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with committee counsel to review feasibility model | 0.8 | $590.00 | $472.00 |
| 05/21/2025 | Michael Whalen | Business Analysis | Call with H. Barlow, L. Rooney, and A. Rovitz discussing model and preparing for call with lawyers | 0.9 | $590.00 | $531.00 |
| 05/21/2025 | Michael Whalen | Plan and Disclosure Statement | Analyze model, comparing PP&E and beginning cash balance to DS numbers | 1.1 | $590.00 | $649.00 |
| 05/21/2025 | Michael Whalen | Committee Member/Professional Meetings & Communications | Call with counsel discussing model and plan projections with A. Rovitz, L. Rooney, and H. Barlow | 0.9 | $590.00 | $531.00 |
| 05/21/2025 | Michael Whalen | Business Analysis | Review of final version of model prior to sending externally | 0.5 | $590.00 | $295.00 |
| 05/22/2025 | Alec Rovitz | Plan and Disclosure Statement | Prepare model update re: MOU terms | 1.1 | $485.00 | $533.50 |
| 05/22/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (MW) re: model update | 0.2 | $485.00 | $97.00 |
| 05/22/2025 | Alec Rovitz | Plan and Disclosure Statement | Review memorandum of understanding | 0.2 | $485.00 | $97.00 |
| 05/22/2025 | Alec Rovitz | Plan and Disclosure Statement | Participate on call with Dundon team (HB) re: model update per the MOU | 0.4 | $485.00 | $194.00 |
| 05/22/2025 | Alec Rovitz | Plan and Disclosure Statement | Correspond with Dundon team re: model update explanation | 0.2 | $485.00 | $97.00 |
| 05/22/2025 | Heather Barlow | Business Analysis | Review updated counsel request -- discuss with team | 0.4 | $590.00 | $236.00 |
| 05/22/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon re: plan model | 0.6 | $590.00 | $354.00 |
| 05/22/2025 | Michael Whalen | Business Analysis | Review update to financial model sent by A. Rovitz to integrate current term sheet | 0.8 | $590.00 | $472.00 |
| | | | | 135.0 | | $72,909.00 | $80,839.00 | $7,930.00 |

| | | |
|---|---|---|
| 80% | $58,327.20 | Discount |
| 20% | $14,581.80 | |
| 100% | $72,909.00 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.**[1] | Section "A" |
| **Debtor.** | Chapter 11 |

**FORTY-FIFTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2025 THROUGH JUNE 30, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Firth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Fifth Monthly Fee Statement") for the period of June 1, 2025 through June 30, 2025 (the "Forty-Fifth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Fifth Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Fifth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Fifth Statement Period; and (ii) reimbursement of

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Fifth Statement Period.

2.       Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Fifth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2025 – June 30, 2025 |
| Amount of Compensation Requested: | $6,549.00 |
| Net 20% Hold Back: | $1,309.80 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $5,239.20 |

3.       Dundon's invoices covering the Forty-Fifth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Fifth Statement Period are attached hereto as **Exhibit "A"**.

4.       Pursuant to the Compensation Order, Dundon seeks payment of $5,239.20 from the Debtors for the Forty-Fifth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $6,549.00.  Dundon did not incur any expenses in the Forty-Fifth Statement Period.

5.      No fees in this Forty-Fifth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Forty-Fifth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Fifth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Fifth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  July 18, 2025                    Respectfully submitted,

                                         **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:        */s/ Paul Douglas Stewart, Jr.*
                                         Paul D. Stewart (La. Bar # 24661)
                                         Baton Rouge, LA 70801-0016
                                         Telephone: (225) 231-9998
                                         Facsimile: (225) 709-9467
                                         dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC
JUNE 1, 2025 THROUGH JUNE 30, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**      Archdiocese of New Orleans
                    Official Committee of Commercial Creditors

### INVOICE

**Date:**      07/16/2025

**Services**

| | |
|---|---:|
| 1 Services 06/01/2025-06/30/2025 | **$9,435.00** |
| 2 Voluntary Discount with Rate Caps | **($2,886.00**) |
| 2 Net Services after voluntary reduction | $**6,549.00** |
| 3 Holdback (20%) | **($1,309.80**) |
| 4 80% Fees due from this period          $590.00 BHR | **$5,239.20** |
| 5 Expenses – | $0.00 |
| **6     Total Now Payable - thank you!** | **$5,239.20** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

## Dundon Advisers LLC - Time Entry

Date Start: 6/1/2025 | Date End: 6/30/2025 | Clients: Archdiocese of New Orleans

| Entry Date | Professional | Activity | Description | Total Time | Billable Amt | Voluntary reduced hourly rate | Voluntary Reduced Billing | Voluntary Reduction |
|---|---|---|---|---|---|---|---|---|
| 06/03/2025 | Heather Barlow | Business Analysis | Correspond with counsel re: business analysis and next steps | 0.30 | $255.00 | $590.00 | $177.00 | -$78.00 |
| 06/09/2025 | Lee Rooney | Claims Analysis | Tort claim research, updating of claims model at request of counsel | 4.30 | $3,655.00 | $590.00 | $2,537.00 | -$1,118.00 |
| 06/10/2025 | Lee Rooney | Claims Analysis | Claims review | 1.00 | $850.00 | $590.00 | $590.00 | -$260.00 |
| 06/10/2025 | Heather Barlow | Claims Analysis | Claim review with L Rooney for counsel | 1.00 | $850.00 | $590.00 | $590.00 | -$260.00 |
| 06/10/2025 | Heather Barlow | Claims Analysis | Discussion with counsel re: financial support for CCC counsel | 1.00 | $850.00 | $590.00 | $590.00 | -$260.00 |
| 06/12/2025 | Lee Rooney | Claims Analysis | Claims review to prepare for call | 1.30 | $1,105.00 | $590.00 | $767.00 | -$338.00 |
| 06/13/2025 | Lee Rooney | Claims Analysis | Telecon with H. Barlow re: claims | 0.50 | $425.00 | $590.00 | $295.00 | -$130.00 |
| 06/13/2025 | Heather Barlow | Claims Analysis | Discussion with L Rooney re: Discovery requirements for workstreams and counsel. | 0.50 | $425.00 | $590.00 | $295.00 | -$130.00 |
| 06/16/2025 | Heather Barlow | Claims Analysis | Discussion with M Dundon re: case workstreams | 0.20 | $170.00 | $590.00 | $118.00 | -$52.00 |
| 06/25/2025 | Lee Rooney | Committee Member/Professional Meetings & Communications | Telecon with committee counsel and H. Barlow | 0.50 | $425.00 | $590.00 | $295.00 | -$130.00 |
| 06/25/2025 | Heather Barlow | Committee Member/Professional Meetings & Communications | Meeting with counsel B Altazan, D Stewart and CCC re: workstreams and next steps | 0.50 | $425.00 | $590.00 | $295.00 | -$130.00 |
| | | | | 11.10 | $9,435.00 | | $6,549.00 | -$2,886.00 |

| | |
|---|---|
| 80% | $5,239.20 |
| 20% | $1,309.80 |
| 100% | $6,549.00 |
| BHR | $590.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | Section "A" |
| **Debtor.** | Chapter 11 |

**FORTY-SIXTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2025 THROUGH JULY 31, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Sixth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Sixth Monthly Fee Statement") for the period of July 1, 2025 through July 31, 2025 (the "Forty-Sixth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Sixth Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Sixth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Sixth Statement Period; and (ii) reimbursement of

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Sixth Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Sixth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2025 – July 31, 2025 |
| Amount of Compensation Requested: | $62,117.00 |
| Net 20% Hold Back: | $12,423.40 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $49,693.60 |

3.      Dundon's invoices covering the Forty-Sixth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Sixth Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $49,693.60 from the Debtors for the Forty-Sixth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $62,117.00.  Dundon did not incur any expenses in the Forty-Sixth Statement Period.

5.     No fees in this Forty-Sixth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.     No fees in this Forty-Sixth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.     Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Sixth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.     Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Sixth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  September 17, 2025                              Respectfully submitted,

                                                   **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:     */s/ Paul Douglas Stewart, Jr.*
                                      Paul D. Stewart (La. Bar # 24661)
                                      Baton Rouge, LA 70801-0016
                                      Telephone: (225) 231-9998
                                      Facsimile: (225) 709-9467
                                      dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC JULY 1, 2025 THROUGH JULY 31, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**    Archdiocese of New Orleans
Official Committee of Commercial Creditors

**INVOICE**

**Date:**        08/10/2025

**Services**

| | |
|---|---:|
| 1 Services 07/01/2025-07/31/2025 | **$98,572.00** |
| 2 Voluntary Discount with Rate Caps | (**$36,455.00**) |
| 2 Net Services after voluntary reduction | $**62,117.00** |
| 3 Holdback (20%) | (**$12,423.40**) |
| 4 80% Fees due from this period        $571.45 BHR | **$49,693.60** |
| 5 Expenses – | $0.00 |
| **6    Total Now Payable - thank you!** | **$49,693.60** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

# Dundon Advisers LLC - Time Entry

Date Start: 7/1/2025 | Date End: 7/31/2025 | Clients: Archdiocese of New Orleans

| Entry Date | Professional | Activity | Description | Total Time | Hourly Rate | Billable Amt | Voluntary reduced rate | Voluntary reduced Amount | Voluntary Reduction |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/2025 | Heather Barlow | Claims Analysis | Discussion with B Altazan (0.1) and W Robbins (0.7) re claims and other work streams. CCC Call (0.4) | 1.2 | $960.00 | $1,152.00 | $590.00 | $708.00 | $444.00 |
| 07/09/2025 | Heather Barlow | Claims Analysis | Discussion with M Dundon and L Rooney re scope and workstreams | 1.5 | $960.00 | $1,440.00 | $590.00 | $885.00 | $555.00 |
| 07/09/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: plan draft | 0.6 | $960.00 | $576.00 | $590.00 | $354.00 | $222.00 |
| 07/09/2025 | Matthew Dundon | Claims Analysis | Discussion with H. Barlow and L Rooney re scope and workstreams | 1.5 | $1,090.00/hr | $1,635.00 | $590.00 | $885.00 | $750.00 |
| 07/10/2025 | Matthew Dundon | Plan and Disclosure Statement | Participation in meeting with Committee counsel discussion Dundon work flow. | 0.9 | $1,090.00/hr | $981.00 | $590.00 | $531.00 | $450.00 |
| 07/10/2025 | Heather Barlow | Business Analysis | Call with Counsel re: PoR revisions and analyses. W Robbins and M Dundon and others | 1.0 | $960.00 | $960.00 | $590.00 | $590.00 | $370.00 |
| 07/10/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: tort claims | 0.6 | $960.00 | $576.00 | $590.00 | $354.00 | $222.00 |
| 07/10/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with Committee counsel re: upcoming case strategy with H. Barlow and M. Dundon | 0.9 | $960.00 | $864.00 | $590.00 | $531.00 | $333.00 |
| 07/10/2025 | Tabish Rizvi | Plan and Disclosure Statement | Participate on call with H. Barlow about real estate valuation for testimony, including reviewing information on insurance | 0.8 | $960.00 | $768.00 | $590.00 | $472.00 | $296.00 |
| 07/10/2025 | Tabish Rizvi | Plan and Disclosure Statement | Participate on call with H. Barlow about today's call with UCC counsel | 0.1 | $960.00 | $96.00 | $590.00 | $59.00 | $37.00 |
| 07/11/2025 | Heather Barlow | Business Analysis | Review data for counsel re: Revised PoR | 2.1 | $960.00 | $2,016.00 | $590.00 | $1,239.00 | $777.00 |
| 07/11/2025 | Heather Barlow | Business Analysis | Research financial data re: requested analyses for confirmation and strategy | 2.6 | $960.00 | $2,496.00 | $590.00 | $1,534.00 | $962.00 |
| 07/11/2025 | Heather Barlow | Business Analysis | Continued research financial data re: requested analyses for confirmation and strategy | 3.1 | $960.00 | $2,976.00 | $590.00 | $1,829.00 | $1,147.00 |
| 07/11/2025 | Lee Rooney | Business Analysis | Review of portfolio assets | 2.3 | $960.00 | $2,208.00 | $590.00 | $1,357.00 | $851.00 |
| 07/11/2025 | Michael Whalen | Claims Analysis | Work with A. Rovitz on mapping of scheduled and filed claims for the purpose of reconciling total claims pool | 1.2 | $755.00 | $906.00 | $590.00 | $708.00 | $198.00 |
| 07/11/2025 | Michael Whalen | Claims Analysis | Continue working with A. Rovitz reconciling superseded scheduled claims | 0.3 | $755.00 | $226.50 | $590.00 | $177.00 | $49.50 |
| 07/11/2025 | Tabish Rizvi | Plan and Disclosure Statement | Outline and prepare correspondence for team to send to UCC counsel via email about approach to real estate valuation for testimony | 0.3 | $960.00 | $288.00 | $590.00 | $177.00 | $111.00 |
| 07/11/2025 | Matthew Dundon | Business Analysis | Review and response to real estate information presentation format. | 0.5 | $1,090.00/hr | $545.00 | $590.00 | $295.00 | $250.00 |
| 07/13/2025 | Lee Rooney | Claims Analysis | Review of claims analysis, research into secured claim | 2.6 | $960.00 | $2,496.00 | $590.00 | $1,534.00 | $962.00 |
| 07/15/2025 | Lee Rooney | Claims Analysis | Telecon with H. Barlow and A. Rovitz re: claims | 1.3 | $960.00 | $1,248.00 | $590.00 | $767.00 | $481.00 |
| 07/15/2025 | Michael Whalen | Claims Analysis | Work with juniors and A. rovitz on reconciling claim pool | 0.4 | $755.00 | $302.00 | $590.00 | $236.00 | $66.00 |
| 07/16/2025 | Heather Barlow | Business Analysis | Discussion with L Eagan and L Rooney re: ANO -- PoR -- Claims FEMA and related items | 0.5 | $960.00 | $480.00 | $590.00 | $295.00 | $185.00 |
| 07/16/2025 | Heather Barlow | Claims Analysis | Initial Claims call with B Altazan and L Rooney and others | 1.0 | $960.00 | $960.00 | $590.00 | $590.00 | $370.00 |
| 07/16/2025 | Heather Barlow | Retention and Fee Applications | Prepare hours for June 2025 for counsel | 0.4 | $960.00 | $384.00 | $590.00 | $236.00 | $148.00 |
| 07/16/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with Committee counsel with H. Barlow re: claims | 0.9 | $960.00 | $864.00 | $590.00 | $531.00 | $333.00 |
| 07/16/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: case administration | 0.8 | $960.00 | $768.00 | $590.00 | $472.00 | $296.00 |

| Date | Name | Category | Description | Hours | Rate | Amount | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/16/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow and A. Rovitz re: claims analysis | 2.1 | $960.00 | $2,016.00 | $590.00 | $1,239.00 | $777.00 |
| 07/16/2025 | Lee Rooney | Claims Analysis | Review of claims analysis, debtors' version of ap as of 6.30 | 3.1 | $960.00 | $2,976.00 | $590.00 | $1,829.00 | $1,147.00 |
| 07/16/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with L. Eagan re: claims analysis | 0.3 | $960.00 | $288.00 | $590.00 | $177.00 | $111.00 |
| 07/17/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: claims deck | 1.2 | $960.00 | $1,152.00 | $590.00 | $708.00 | $444.00 |
| 07/18/2025 | Heather Barlow | Claims Analysis | Discussions L Rooney analysis new PoR impact and review DS and PoR | 2.4 | $960.00 | $2,304.00 | $590.00 | $1,416.00 | $888.00 |
| 07/18/2025 | Lee Rooney | Claims Analysis | Claims review | 1.1 | $960.00 | $1,056.00 | $590.00 | $649.00 | $407.00 |
| 07/19/2025 | Heather Barlow | Claims Analysis | Review new claims analysis with L Rooney. Discuss PoR issues and workstreams | 1.0 | $960.00 | $960.00 | $590.00 | $590.00 | $370.00 |
| 07/19/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: claims analysis | 1.7 | $960.00 | $1,632.00 | $590.00 | $1,003.00 | $629.00 |
| 07/19/2025 | Lee Rooney | Claims Analysis | Review of filed claims | 2.9 | $960.00 | $2,784.00 | $590.00 | $1,711.00 | $1,073.00 |
| 07/19/2025 | Lee Rooney | Committee Member/Professional Meetings & | Review of scheduled claims | 2.4 | $960.00 | $2,304.00 | $590.00 | $1,416.00 | $888.00 |
| 07/19/2025 | Lee Rooney | Claims Analysis | Analysis of claims, placement of claims in classes | 1.8 | $960.00 | $1,728.00 | $590.00 | $1,062.00 | $666.00 |
| 07/19/2025 | Lee Rooney | Plan and Disclosure Statement | Review of plan classes | 1.5 | $960.00 | $1,440.00 | $590.00 | $885.00 | $555.00 |
| 07/20/2025 | Heather Barlow | Claims Analysis | Work with L Rooney on Analysis for Counsel | 1.0 | $960.00 | $960.00 | $590.00 | $590.00 | $370.00 |
| 07/20/2025 | Lee Rooney | Claims Analysis | Analysis of claims, editing of deck for counsel | 3.9 | $960.00 | $3,744.00 | $590.00 | $2,301.00 | $1,443.00 |
| 07/20/2025 | Lee Rooney | Claims Analysis | Telecon with H. Barlow re: claims deck | 1.8 | $960.00 | $1,728.00 | $590.00 | $1,062.00 | $666.00 |
| 07/20/2025 | Michael Whalen | Committee Member/Professional Meetings & | Call with H. Barlow on upcoming workstreams and status of case | 0.7 | $755.00 | $528.50 | $590.00 | $413.00 | $115.50 |
| 07/21/2025 | Heather Barlow | Plan and Disclosure Statement | Review PoR and DS and prepare analyses requested by counsel review with M Whalen and discuss claims with L Rooney. Oversee T Chung financial review | 3.4 | $960.00 | $3,264.00 | $590.00 | $2,006.00 | $1,258.00 |
| 07/22/2025 | Heather Barlow | Plan and Disclosure Statement | Continued analyses in support of counsel with L Rooney and Ty chung and M Whalen | 2.7 | $960.00 | $2,592.00 | $590.00 | $1,593.00 | $999.00 |
| 07/22/2025 | Lee Rooney | Claims Analysis | Editing of claims, review of MOR | 2.1 | $960.00 | $2,016.00 | $590.00 | $1,239.00 | $777.00 |
| 07/22/2025 | Lee Rooney | Claims Analysis | Claims review | 2.6 | $960.00 | $2,496.00 | $590.00 | $1,534.00 | $962.00 |
| 07/22/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: claims | 0.6 | $960.00 | $576.00 | $590.00 | $354.00 | $222.00 |
| 07/22/2025 | Michael Whalen | Case Administration | Provide support to T. chung for financial exhibits in advance of call | 0.2 | $755.00 | $151.00 | $590.00 | $118.00 | $33.00 |
| 07/22/2025 | Michael Whalen | Committee Member/Professional Meetings & | Call with H. Barlow disucssing liquidation analysis and requested support | 0.7 | $755.00 | $528.50 | $590.00 | $413.00 | $115.50 |
| 07/22/2025 | Michael Whalen | Business Analysis | Review and provide feedback on additionally requested documents | 0.2 | $755.00 | $151.00 | $590.00 | $118.00 | $33.00 |
| 07/22/2025 | Ty Chung | Plan and Disclosure Statement | Excel data input and analysis | 1.7 | $350.00 | $595.00 | $350.00 | $595.00 | $0.00 |
| 07/22/2025 | Ty Chung | Case Administration | Excel input of balance sheets for all other debtor entities, excel input of feasibility report. | 5.2 | $350.00 | $1,820.00 | $350.00 | $1,820.00 | $0.00 |
| 07/22/2025 | Ty Chung | Plan and Disclosure Statement | Excel analysis and input for Liquidation Analysis of additional debtors | 0.5 | $350.00 | $175.00 | $350.00 | $175.00 | $0.00 |
| 07/23/2025 | Heather Barlow | Business Analysis | Review analysis prepared for counsel - discuss workstreams with team | 2.2 | $960.00 | $2,112.00 | $590.00 | $1,298.00 | $814.00 |

| Date | Name | Category | Description | Hours | Rate | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/23/2025 | Heather Barlow | Business Analysis | Review analysis prepared for counsel re next steps D Stewart W Robbins et al | 1.0 | $960.00 | $960.00 | $590.00 | $590.00 | $370.00 |
| 07/23/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with SRBA re: plan workstreams | 1.0 | $960.00 | $960.00 | $590.00 | $590.00 | $370.00 |
| 07/23/2025 | Michael Whalen | Committee Member/Professional Meetings & | Call with H. Barlow, L. Rooney, T. Chung, and counsel discussing liquidation analysis and document request | 1.0 | $755.00 | $755.00 | $590.00 | $590.00 | $165.00 |
| 07/23/2025 | Michael Whalen | Business Analysis | Review of documents sent by H. Barlow prior to call with counsel | 0.4 | $755.00 | $302.00 | $590.00 | $236.00 | $66.00 |
| 07/23/2025 | Ty Chung | Committee Member/Professional Meetings & | Meeting with counsel to discuss valuation tactics and how to sort claims. | 1.0 | $350.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 07/24/2025 | Heather Barlow | Plan and Disclosure Statement | Analysis and research for counsel | 2.1 | $960.00 | $2,016.00 | $590.00 | $1,239.00 | $777.00 |
| 07/25/2025 | Heather Barlow | Claims Analysis | Discussion re counsel workstreams | 2.1 | $960.00 | $2,016.00 | $590.00 | $1,239.00 | $777.00 |
| 07/25/2025 | Heather Barlow | Claims Analysis | Discussion re appeals and other with ED | 0.5 | $960.00 | $480.00 | $590.00 | $295.00 | $185.00 |
| 07/29/2025 | Heather Barlow | Business Analysis | Review diligence items and PoR and DS for counsel requests continued.  Discussion with M Whalen and L Rooney re same | 3.4 | $960.00 | $3,264.00 | $590.00 | $2,006.00 | $1,258.00 |
| 07/29/2025 | Lee Rooney | Claims Analysis | Claims review, schedules review | 4.1 | $960.00 | $3,936.00 | $590.00 | $2,419.00 | $1,517.00 |
| 07/29/2025 | Lee Rooney | Committee Member/Professional Meetings & | Telecon with H. Barlow re: ANO claims, workstreams | 1.2 | $960.00 | $1,152.00 | $590.00 | $708.00 | $444.00 |
| 07/29/2025 | Matthew Dundon | Plan and Disclosure Statement | Review and discussion with colleagues regarding counsel requests for information requests. | 0.3 | $1,090.00/hr | $327.00 | $590.00 | $177.00 | $150.00 |
| 07/30/2025 | Matthew Dundon | Plan and Disclosure Statement | Review and edit of information request and further diligence materials for Committee counsel | 0.9 | $1,090.00/hr | $981.00 | $590.00 | $531.00 | $450.00 |
| 07/30/2025 | Heather Barlow | Business Analysis | Review diligence items and PoR and DS for counsel requests continued.  Discussion with M Whalen and L Rooney re same Discussion with D Stewart re: | 5.1 | $960.00 | $4,896.00 | $590.00 | $3,009.00 | $1,887.00 |
| 07/30/2025 | Heather Barlow | Claims Analysis | Discussion re CVA analysis | 0.3 | $960.00 | $288.00 | $590.00 | $177.00 | $111.00 |
| 07/30/2025 | Michael Whalen | Business Analysis | Review files sent by H. Barlow to begin request for information regarding valuation | 0.7 | $755.00 | $528.50 | $590.00 | $413.00 | $115.50 |
| 07/31/2025 | Heather Barlow | Business Analysis | Discussion with L Rooney re: workstreams and analysis | 2.4 | $960.00 | $2,304.00 | $590.00 | $1,416.00 | $888.00 |
| 07/31/2025 | Lee Rooney | Claims Analysis | Review of claims, unlisted | 0.8 | $960.00 | $768.00 | $590.00 | $472.00 | $296.00 |
| | | | | 108.7 | | $98,572.00 | | $62,117.00 | $36,455.00 |

| | |
|---|---|
| 80% | $49,693.60 |
| 20% | $12,423.40 |
| 100% | $62,117.00 |
| BHR | $571.45 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.**[1] | Section "A" |
| **Debtor.** | Chapter 11 |

## FORTY-SEVENTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2025 THROUGH AUGUST 31, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Seventh Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Seventh Monthly Fee Statement") for the period of August 1, 2025 through August 31, 2025 (the "Forty-Seventh Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Seventh Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Seventh Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Seventh Statement Period; and (ii) reimbursement

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Seventh Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Seventh Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2025 – August 31, 2025 |
| Amount of Compensation Requested: | $99,037.00 |
| Net 20% Hold Back: | $19,807.40 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $79,229.60 |

3.      Dundon's invoices covering the Forty-Seventh Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Seventh Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $79,229.60 from the Debtors for the Forty-Seventh Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $99,037.00.  Dundon did not incur any expenses in the Forty-Seventh Statement Period.

5.      No fees in this Forty-Seventh Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Forty-Seventh Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Seventh Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Seventh Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  October 2, 2025                          Respectfully submitted,

                                                 **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                 By:     */s/ Paul Douglas Stewart, Jr.*
                                         Paul D. Stewart (La. Bar # 24661)
                                         Baton Rouge, LA 70801-0016
                                         Telephone: (225) 231-9998
                                         Facsimile: (225) 709-9467
                                         dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**     Archdiocese of New Orleans
Official Committee of Commercial Creditors

## INVOICE

**Date:**     9/30/2025

**Services**

| | |
|---|---|
| 1 Services 08/01/2025-08/31/2025 | **$150,480.50** |
| 2 Voluntary Discount with Rate Caps | **($51,443.50**) |
| 2 Net Services after voluntary reduction | $**99,037.00** |
| 3 Holdback (20%) | **(\$19,807.40**) |
| 4 80% Fees due from this period          $575.46 BHR | **$79,229.60** |
| 5 Expenses – | $0.00 |
| **6    Total Now Payable - thank you!** | **$79,229.60** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | **Section "A"** |
| **Debtor.** | **Chapter 11** |

**FORTY-EIGHTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Eighth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Eighth Monthly Fee Statement") for the period of September 1, 2025 through September 30, 2025 (the "Forty-Eighth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Eighth Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Eighth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Eighth Statement Period; and (ii) reimbursement

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Eighth Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Eighth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2025 – September 30, 2025 |
| Amount of Compensation Requested: | $42,067.00 |
| Net 20% Hold Back: | $8,413.40 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $33,653.60 |

3.      Dundon's invoices covering the Forty-Eighth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Eighth Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $33,653.60 from the Debtors for the Forty-Eighth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $42,067.00.  Dundon did not incur any expenses in the Forty-Eighth Statement Period.

5.      No fees in this Forty-Eighth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Forty-Eighth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Eighth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Eighth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  October 16, 2025                    Respectfully submitted,

                                            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                            By:     */s/ Paul Douglas Stewart, Jr.*
                                    Paul D. Stewart (La. Bar # 24661)
                                    Baton Rouge, LA 70801-0016
                                    Telephone: (225) 231-9998
                                    Facsimile: (225) 709-9467
                                    dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

| | |
|---|---|
| **Engagement** | Archdiocese of New Orleans |
| | Official Committee of Commercial Creditors |

### INVOICE

**Date:**      10/14/2025

**Services**

| | |
|---|---:|
| 1 Services 09/01/2025-09/30/2025 | **$64,061.00** |
| 2 Voluntary Discount with Rate Caps | (**$21,994.00**) |
| 2 Net Services after voluntary reduction | $**42,067.00** |
| 3 Holdback (20%) | (**$8,413.40**) |
| 4 80% Fees due from this period          $590.00 BHR | **$33,653.60** |
| 5 Expenses – | $0.00 |
| **6    Total Now Payable - thank you!** | **$33,653.60** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.**[1] | **Section "A"** |
| **Debtor.** | **Chapter 11** |

**FORTY-NINTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Ninth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Forty-Ninth Monthly Fee Statement") for the period of October 1, 2025 through October 31, 2025 (the "Forty-Ninth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Forty-Ninth Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Forty-Ninth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Forty-Ninth Statement Period; and (ii) reimbursement

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Forty-Ninth Statement Period.

2.     Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Forty-Ninth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2025 – October 31, 2025 |
| Amount of Compensation Requested: | $295.00 |
| Net 20% Hold Back: | $59.00 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $236.00 |

3.     Dundon's invoices covering the Forty-Ninth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Forty-Ninth Statement Period are attached hereto as **Exhibit "A"**.

4.     Pursuant to the Compensation Order, Dundon seeks payment of $236.00 from the Debtors for the Forty-Ninth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $295.00.  Dundon did not incur any expenses in the Forty-Ninth Statement Period.

5.      No fees in this Forty-Ninth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Forty-Ninth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Forty-Ninth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Forty-Ninth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  November 18, 2025          Respectfully submitted,

                              **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Paul Douglas Stewart, Jr.*
          Paul D. Stewart (La. Bar # 24661)
          Baton Rouge, LA 70801-0016
          Telephone: (225) 231-9998
          Facsimile: (225) 709-9467
          dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**          Archdiocese of New Orleans
                        Official Committee of Commercial Creditors

**INVOICE**

**Date:**          11/14/2025

**Services**
**1 Services 10/01/2025-10/31/2025**                                       **$480.00**

**2 Voluntary Discount with Rate Caps**                                    **($185.00)**

**2 Net Services after voluntary reduction**                               **$295.00**

**3 Holdback (20%)**
**($59.00)**

**4 80% Fees due from this period          $590.00 BHR**                   **$236.00**

**5 Expenses –**                                                           **$0.00**

| 6    Total Now Payable - thank you! | $236.00 |
|---|---|

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

## Dundon Advisers LLC - Time Entry

Date Start: 10/1/2025 | Date End: 10/31/2025 | Clients: Archdiocese of New Orleans

| Entry Date | Professional | Activity | Description | Billable Time | Hourly Rate | Billable Amt | Voluntarily Capped Hourly Rate | Voluntarily Reduced Billable Amount | Voluntary Discount |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2025 | Heather Barlow | Retention and Fee Applications | Review time entries and prepare for counsel | 0.5 | $960.00/hr | $480.00 | $590.00 | $295.00 | |
| | | | | **0.5** | | **$480.00** | | **$295.00** | **$185.00** |

| | | |
|---|---|---|
| 80% | $236.00 |
| 20% | $59.00 |
| 100% | $295.00 |
| BHR | $590.00 |

**EXHIBIT B**

**AGGREGATE FEES BY TASK**

| Activity Detail | Hours | Gross Fees | Reductions | Net Fees |
|---|---|---|---|---|
| Business Analysis | 182.50 | $158,228.50 | $51,803.00 | $106,425.50 |
| Case Administration | 23.70 | $15,571.50 | $3,634.50 | $11,937.00 |
| Claims Analysis | 104.20 | $94,125.00 | $34,351.00 | $59,774.00 |
| Committee Member/Professional Meetings & Communications | 55.10 | $49,200.00 | $16,931.00 | $32,269.00 |
| Investigations | 3.60 | $3,456.00 | $1,332.00 | $2,124.00 |
| Plan and Disclosure Statement | 141.30 | $88,067.00 | $11,990.00 | $76,077.00 |
| Retention and Fee Applications | 2.00 | $1,920.00 | $740.00 | $1,180.00 |
| Debtor Professional and Client Meeting | 5.00 | $4,723.00 | $1,773.00 | $2,950.00 |
| Debtor/Lender Professional and Staff Meetings | 0.50 | $480.00 | $185.00 | $295.00 |
| **Total** | **517.90** | **$415,771.00** | **$122,739.50** | **$293,031.50** |

**EXHIBIT C**

**AGGREGATE VALUATION OF SERVICES CHART**

| Professional | Title | Max Rate | Hours | Amount |
|---|---|---|---|---|
| Alec Rovitz | Senior Associate | $485.00 | 76.30 | $37,005.50 |
| Heather Barlow | Managing Director | $960.00 | 171.40 | $101,126.00 |
| Jordan Olsen | Senior Associate | $495.00 | 8.40 | $4,158.00 |
| Joshua Nahas | Managing Director | $960.00 | 3.50 | $2,065.00 |
| Lee Rooney | Managing Director | $960.00 | 118.10 | $69,679.00 |
| Matthew Dundon | Principal | $1,090.00 | 4.10 | $2,419.00 |
| Michael Whalen | Director | $755.00 | 99.20 | $58,528.00 |
| Tabish Rizvi | Managing Director | $890.00 | 21.40 | $12,626.00 |
| Ty Chung | Associate | $350.00 | 15.50 | $5,425.00 |
| | | | | |
| | **Total Gross** | | **517.90** | **$415,771.00** |
| | **Rate Cap ($590.00/hr)** | | | **($122,739.50)** |
| | **Net Fees** | | | **$293,031.50** |

1

**EXHIBIT D**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF
NEW ORLEANS,[1]

CASE NO. 20-10846
(JOINTLY ADMINISTERED)

CHAPTER 11
COMPLEX CASE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St.

1

Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25-12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716], (cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St.

2

Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25-12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

## ORDER

Before the Court is the *Twelfth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2025 through October 31, 2025* [Doc. No. ___] (the "Interim Application"). The Court finds that the Interim Application was properly served in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules, incorporated appropriate notice language and no objection has been filed by any party. After reviewing the Interim Application, the Court has determined the services and expenses indicated in the Interim Application were reasonable, actually rendered, and necessary to represent the interests of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause:

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that Dundon Advisers, LLC ("Dundon") is allowed and awarded, on an interim basis, for the period of April 1, 2025 through October 31, 2025 (the "Interim Application Period"), fees in the amount of $293,031.50 and expenses in the amount of $0.00, totaling $293,031.50 (the "Award") incurred in connection with its financial advising of the Commercial Committee.

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the Award to Dundon promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to Dundon for its fees and expenses incurred in connection with its financial advising of the Commercial Committee during the Interim Application Period as authorized under Section XV(C) of the *Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy*

4

*Court for the Eastern District of Louisiana.*

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that Dundon is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, this _____ day of _____, 2025

_____
**THE HONORABLE MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**