UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | CHAPTER 11 |
| | SECTION A |
| DEBTOR.[1] | COMPLEX CASE |

**NOTICE OF INTENT TO TESTIFY IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Second Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (i) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (ii) Motions To Approve Settlements with Insurers, and (iii) the Court's Order To Show Cause Issued Against the Debtor and Dated April 28, 2025*, issued by the Court on September 26, 2025, (the "Scheduling Order"), [ECF Doc. 4443], Kenneth Delaune hereby provides notice of intent to testify in open court on Tuesday, December 2, 2025.

I certify that I have filed a proof of claim in the above-referenced case or in any bankruptcy case filed by the Apostolates as so identified in the Court's Scheduling Order and in pleadings filed in the Debtor's case.

Dated: 11/24/2025

Kenneth Delaune
PRINTED NAME

*Kenneth Delaune (Nov 24, 2025 18:40:50 CST)*
SIGNATURE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Avenue, New Orleans, LA 70125.