# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Stout Risius Ross, LLC (fka The Claro Group, LLC) filed the *Tenth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2025 Through October 31, 2025* [Docket No. 4711] (the "Application") on November 25, 2025.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **December 18, 2025** at **1:30 P.M. Central Standard Time.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-504-517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

LA:4903-7877-2604.1 05067.002

You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

Dated: November 25, 2025	Respectfully submitted,

/s/ Andrew W. Caine
James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
Andrew W. Caine (CA Bar No.110345) – *admitted pro hac vice*
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
           acaine@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

      I hereby caused a true and correct copy of the foregoing *Notice of Hearing* to be served on November 25, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on November 25, 2025.

      */s/ Nancy H. Brown*
      Nancy H. Brown