# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: <br><br> **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, <br>                         Debtor.[1] | Case No. 20-10846 <br><br> Section "A" <br><br> Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the following documents to be served on November 25, 2025, on all parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List maintained by Donlin Recano & Co., Inc. (as set forth on the attached Exhibit A), via first-class United States mail, postage prepaid:

Sixteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2025 Through October 31, 2025 [Docket No. 4709]

Notice of Hearing [Docket No. 4710] (re: Docket No. 4709)

Tenth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2025 Through October 31, 2025 [Docket No. 4711]

Notice of Hearing [Docket No. 4712] (re: Docket No. 4711)

Executed this 25th day of November, 2025 at Los Angeles, California.

                                                  */s/ Nancy H. Brown*
                                                  Nancy H. Brown

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4904-4522-9178.1 05067.001

# **EXHIBIT "A"**

LA:4904-4522-9178.1 05067.001

# The Roman Catholic Church of the Archdiocese of New Orleans

ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087

ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

AVA LAW GROUP INC
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS MT 59101

AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
REAGAN CHARLESTON THOMAS
17 EAST MAIN ST., STE 200
PENSACOLA FL 32502

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

BROWN RICE MARKETING LLC
MARK W BROWN
476 METAIRIE ROAD STE 202
METAIRIE LA 70005

BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS LA 70163

CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123

DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE, ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364

DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

NAME AND ADDRESS INTENTIONALLY OMITTED

DENTONS US LLP
NATALIE LIMBER
601 SOUTH FIGUEROA ST., STE 2500
LOS ANGELES CA 90017-570

DENTONS US LLP
LEANNE SUNDERLAND
303 PEACHTREE ST., NE STE 5300
ATLANTA GA 30308-3265

DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123

EDGAR STEWART SPIELMAN ON BEHALF OF CREDITOR CAPITAL ONE NATIONAL ASSOC.
HINSHAW AND CULBERTSON LLP
II CITY PLAZA
400 CONVENTION ST., STE 1001
BATON ROUGE LA 70801

ENTERGY
SEAN D MOORE ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008

GEORGE G ANGELUS, PLC
GEORGE G ANGELUS
700 CAMP ST.
NEW ORLEANS LA 70130

GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE STE 3100
CHICAGO IL 60601

| | | |
|---|---|---|
| GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 | GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW CORP)<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 |
| HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 |
| HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD., SUITE 300<br>BATON ROUGE LA 70802 | HELLER DRAPER PATRICK HORN ET AL.<br>LESLIE A COLLINS; GRETA M BROUPHY<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130-6103 |
| HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130 | INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20004-2541 | INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220, M/S 31<br>NEW ORLEANS LA 70112 | J S<br>2610 W SAM HOUSTON PKWY<br>#200<br>HOUSTON TX 77042 |
| JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY INTERNATIONAL INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 | JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY UNITED STATES FIRE INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 |
| JUDGE MICHAEL HOGAN<br>PO BOX 1375<br>EUGENE OR 97440 | KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 |
| LAW OFFICE OF MIGUEL A ELIAS<br>MIGUEL A ELIAS<br>4224 WILLIAMS BLVD<br>KENNER LA 70065 | LAW OFFICES OF FRANK J D'AMICO JR<br>FRANK J D'AMICO JR<br>4608 RYE STREET<br>METAIRIE LA 70006 | LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118 |
| | LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005 |

| | | |
|---|---|---|
| LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 |
| LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 |
| MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | METROSTUDIO LLC<br>HEATHER GORMAN<br>6501 SPANISH FORT BLVD<br>NEW ORLEANS LA 70124 |
| MICHAEL L DESHAZO ON BEHALF OF DEFENDANT<br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br>832 W BOSTON ST., STE 6<br>COVINGTON LA 70433-2940 | MIGUEL A ELIAS ON BEHALF OF INTERESTED PARTY FR JB<br>285 WEST ESPLANADE AVE., STE 303<br>KENNER LA 70065 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>600 S MAESTRI PLACE STE 840-T<br>NEW ORLEANS LA 70130 | OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 |
| OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>1 OPTUM CIR<br>EDEN PRAIRIE MN 55344-2956 | PROSKAUER ROSE LLP<br>TIMOTHY KARCHER<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | PROSKAUER ROSE LLP<br>PAUL POSSINGER<br>70 WEST MADISON, STE 3800<br>CHICAGO IL 60602 |
| RUSSELL POTTHARST<br>P O BOX 13281<br>LOS ANGELES CA 90013 | RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY STATE OF LOUISIANA LOUISIANA CEMETERY BOARD<br>LOUISIANA DEPT OF JUSTICE<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802 | SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1990<br>GRAY LA 70359-1990 |
| SWATI PARASHAR ON BEHALF OF DEBTOR THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS<br>JONES WALKER<br>811 MAIN ST, STE 2900<br>HOUSTON TX 77002 | THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | |
| THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |

| | | |
|---|---|---|
| US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 |
| US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 |
| WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802 | WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 |