VICTIM IMPACT STATEMENT OF RANDOLPH ANGELIN

In the Name of God, the Most Compassionate, the Most Merciful.

Your Honor,

Thank you for allowing this statement to be entered into the official record.

I stand before this Court not only as an individual who has endured harm, but as a survivor who has chosen truth, dignity, and accountability over silence and fear. The impact of the abuse I suffered has shaped every corner of my life. It altered the course of my relationships, my trust, my sense of safety, and the foundation upon which my faith and identity were built.

The harm did not end on the day the abuse occurred. It has echoed across the years — affecting my emotional well-being, my mental health, my daily functioning, and my ability to move freely through the world without the burden of memories I did not choose. It has taken strength, counseling, prayer, and years of internal work to reclaim even portions of the peace that was stolen from me.

Despite the weight of this trauma, I stand here today with clarity:

The responsibility for this harm belongs to the person who committed it — not to me.

I am not here out of vengeance or spite.

I am here to affirm truth, to protect others from suffering what I have suffered, and to ensure the Court understands the true impact of these actions on my life.

I have rebuilt myself piece by piece.

I have risen from silence into voice.

And I stand today not as a victim, but as a survivor who chooses purpose over pain.

My hope is that the Court recognizes the seriousness of this crime and the lifelong effects it imposes on those who endure it. No sentence can erase what happened, but accountability helps restore the balance that injustice disrupts. It signals to survivors everywhere that their pain matters, their truth matters, and their lives matter.

I respectfully request that this statement be entered into the record in full.

Thank you, Your Honor, for your time, your hearing, and your consideration.

*Randolph Angelin*
December 3, 2025