IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>　　　　　　　　　Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### SUPPLEMENTAL STATEMENT OF LINDA LEE STONEBREAKER

　　Thank you in advance for considering my request Regarding the non-monetary, specifically transparency and accountability of the archdiocese. Despite my accusations being deemed credible by the ANO of kidnapping and sexual abuse by father Monsignor Louis LeBourgeois. The ANO has paid for my weekly mental health therapy since 2015 to present day. I am not allowed to see my abusers internal investigation abuse file that has all my information in file. In addition to monsignor Louis LeBourgeois, history and file with previous accusations of crimes and wrongdoing. Due to the fact that only two of LeBourgeois victims have come forward.

　　There is a large demographic of survivors that I am one of, that is not represented in the two largest pool of boy survivors of Hecker, and Brignac but that doesn't mean my abuse was less and I deserved less accountability.

　　All named abuser files should be made publicly available not just files with more than three victims that have come forward.

　　My trauma is compounding as you continue to protect the abuser posthumously.

　　Please consider adjusting this particular aspect of the non-monetary agreement.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Thank you

　　　　　　　　　　　　　　　　　　　　　　　　　　　Linda Lee Stonebreaker

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.