# VICTIM IMPACT STATEMENT OF RICKY MOUNT

Your Honor,

Thank you for allowing me to provide my statement to the Court.

As a survivor of abuse by the Archdiocese and after 52 years, it still is imbedded in my brain what that priest did to me, and at the time not knowing he was also molesting my brother Henry. Being an altar boy for two years at the time I didn't know until 4 years later that the abuse I experienced also happened to Henry.

Yes I may have only been abused once, but once or 2 years is the same abuse, heartache, etc. Until 6 years ago I had never told a soul after 45 years of living with this.

I remember it was the day before my 11th birthday this happened and at 13 I started doing drugs at any and every level. Quaaludes, acid (LSD) AND COCAINE, but at the same time how in the hell I became a great athlete in basketball and baseball but I have no clue how I functioned in practice.

One relationship after the other failed, lots of trust issues, I have never been to a SHRINK, BUT I should have. Long story short here I am 63, and being well respected, well liked, and well loved by every single person I encounter, but still no tolerance or patience for bullshit people or excuses.

One dollar won't and can't fix the scars and the pain I still deal with today, but I'm one tough soldier, good thing. GOD BLESS EACH AND EVERY ONE OF THE VICTIMS, PAY US WHAT WE DESERVE AND LET US MOVE ON, IM SICK OF THIS ON MY BRAIN EVERY DAY.

THANK YOU ALL

*Ricky Mount*

Ricky Mount