UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| In re: | § | Case No. 25-12579 |
| | § | |
| ALL SAINTS ROMAN CATHOLIC | § | Section "A" |
| CHURCH, NEW ORLEANS, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12580 |
| | § | |
| ANNUNCIATION OF THE BLESSED | § | Section "A" |
| VIRGIN MARY ROMAN CATHOLIC | § | |
| CHURCH, BOGALUSA, LOUISIANA | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12581 |
| | § | |
| ASCENSION OF OUR LORD ROMAN | § | Section "A" |
| CATHOLIC CHURCH, LAPLACE, | § | |
| LOUISIANA | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12582 |
| | § | |
| THE VISITATION OF OUR LADY | § | Section "A" |
| ROMAN CATHOLIC CHURCH, | § | |
| MARRERO, LOUISIANA | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12583 |
| | § | |
| ASSUMPTION OF MARY ROMAN | § | Section "A" |
| CATHOLIC CHURCH, AVONDALE, | § | |
| LOUISIANA | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12584 |
| ASSUMPTION OF THE BLESSED VIRGIN ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | § § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12585 |
| BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12586 |
| BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12587 |
| THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12588 |
| BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12589 |
| CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>CORPUS CHRISTI-EPIPHANY ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12590<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>DIVINE MERCY ROMAN CATHOLIC<br>CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12591<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>GOOD SHEPHERD ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12592<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>STS. PETER AND PAUL ROMAN<br>CATHOLIC CHURCH, PEARL RIVER,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12593<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC<br>CHURCH, FRANKLINTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12594<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THOMAS ROMAN CATHOLIC<br>CHURCH, POINTE A LA HACHE,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12595<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12596<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12597<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12598<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12599<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12600<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12601<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12602<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12603<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12604<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12605<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12606<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12607<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. PETER'S ROMAN CATHOLIC
CHURCH, COVINGTON, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12608

Section "A"

Chapter 11

In re:

MARY, HELP OF CHRISTIANS ROMAN
CATHOLIC CHURCH, HARVEY,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12610

Section "A"

Chapter 11

In re:

ST. PETER ROMAN CATHOLIC
CHURCH, RESERVE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12611

Section "A"

Chapter 11

In re:

MATER DOLOROSA ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12612

Section "A"

Chapter 11

In re:

ST. PETER CLAVER ROMAN CATHOLIC
CHURCH, NEW ORLEANS, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12613

Section "A"

Chapter 11

In re:

MOST HOLY NAME OF JESUS ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12614

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12615<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12616<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12617<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12618<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12619<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12620<br><br>Section "A"<br><br>Chapter 11 |

| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | § § § § § § § | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | § § § § § § § | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | § § § § § § § | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12627<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12628<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12629<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12630<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12632<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12633<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12634<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12635<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12636<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12637<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12638<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12639<br><br>Section "A"<br><br>Chapter 11 |

{00384470-8}

| | | |
|---|---|---|
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12647 |
| ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br><br>Chapter 11 |
| In re: | § | Case No. 25-12650 |
| ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br><br>Chapter 11 |
| In re: | § | Case No. 25-12651 |
| ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br><br>Chapter 11 |
| In re: | § | Case No. 25-12652 |
| ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br><br>Chapter 11 |
| In re: | § | Case No. 25-12653 |
| ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br><br>Chapter 11 |
| In re: | § | Case No. 25-12654 |
| ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12655<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12657<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12658<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12659<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12660<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12661<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. JOHN PAUL II ROMAN CATHOLIC
CHURCH, WAGGAMAN, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12663

Section "A"

Chapter 11

In re:

ST. ANSELM ROMAN CATHOLIC
CHURCH, MADISONVILLE,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12664

Section "A"

Chapter 11

In re:

ST. JOHN OF THE CROSS ROMAN
CATHOLIC CHURCH, LACOMBE,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12665

Section "A"

Chapter 11

In re:

ST. ANTHONY OF BARATARIA ROMAN
CATHOLIC CHURCH, LAFITTE,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12667

Section "A"

Chapter 11

In re:

ST. JOAN OF ARC ROMAN CATHOLIC
CHURCH, LAPLACE, LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12668

Section "A"

Chapter 11

In re:

ST. JOACHIM ROMAN CATHOLIC
CHURCH, MARRERO, LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12669

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re: | § | Case No. 25-12670 |
| ST. JEROME ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12671 |
| ST. ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12672 |
| ST. JANE DE CHANTAL ROMAN CATHOLIC CHURCH, ABITA SPRINGS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12673 |
| ST ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12674 |
| ST. ANTHONY ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12675 |
| ST. AUGUSTINE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |

{00384470-8}

| | | |
|---|---|---|
| In re:<br><br>ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12676<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12677<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12678<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12679<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12680<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12681<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12682<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12683<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12684<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12685<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12686<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12687<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. CLETUS ROMAN CATHOLIC
CHURCH, GRETNA, LOUISIANA

§
§
§
§
§
§

Case No. 25-12688

Section "A"

Chapter 11

In re:

ST. CLEMENT OF ROME ROMAN
CATHOLIC CHURCH, METAIRIE,
LOUISIANA

§
§
§
§
§
§

Case No. 25-12689

Section "A"

Chapter 11

In re:

BLESSED SACRAMENT, INC.

§
§
§
§
§
§

Case No. 25-12690

Section "A"

Chapter 11

In re:

THE CONGREGATION OF THE HOLY
TRINITY ROMAN CATHOLIC CHURCH

§
§
§
§
§
§

Case No. 25-12691

Section "A"

Chapter 11

In re:

EPIPHANY, INC.

§
§
§
§
§
§

Case No. 25-12692

Section "A"

Chapter 11

In re:

THE CONGREGATION OF THE
ANNUNCIATION ROMAN CATHOLIC
CHURCH

§
§
§
§
§
§
§

Case No. 25-12693

Section "A"

Chapter 11

{00384470-8}

| | | |
|---|---|---|
| In re:<br><br>THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12694<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE HEART OF MARY, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12695<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>INCARNATE WORD, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12696<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12697<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESA OF THE CHILD JESUS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12698<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF GOOD HARBOR, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12699<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. THERESA OF AVILA, INC.

§
§
§
§
§
§
§

Case No. 25-12700

Section "A"

Chapter 11

In re:

OUR LADY OF GOOD COUNSEL, INC.

§
§
§
§
§
§
§
§

Case No. 25-12701

Section "A"

Chapter 11

In re:

ST. ROSE OF LIMA, INC.

§
§
§
§
§
§
§

Case No. 25-12702

Section "A"

Chapter 11

In re:

OUR LADY OF LOURDES, NEW
ORLEANS, LOUISIANA, INC.

§
§
§
§
§
§
§

Case No.  25-12703

Section "A"

Chapter 11

In re:

ST. RAYMOND'S, INC.

§
§
§
§
§
§
§

Case No. 25-12704

Section "A"

Chapter 11

In re:

OUR LADY OF THE SACRED HEART,
NEW ORLEANS, LOUISIANA, INC.

§
§
§
§
§
§
§
§

Case No. 25-12705

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re: | § | Case No. 25-12706 |
| ST. PHILIP THE APOSTLE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12707 |
| OUR LADY STAR OF THE SEA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12708 |
| ST. MONICA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12709 |
| ST. ANN, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12710 |
| ST. MAURICE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12711 |
| ST. BONAVENTURE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

{00384470-8}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12712 |
| ST. LOUISE DE MARILLAC, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12713 |
| ST. FRANCES XAVIER CABRINI, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12715 |
| ST. LAWRENCE THE MARTYR, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No.  25-12716 |
| ST. JULIAN EYMARD, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12717 |
| ST. FRANCIS DE SALLES, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12718 |
| ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

In re:                                          §
                                                §    Case No. 25-12719
ST. GABRIEL, INC.                               §
                                                §    Section "A"
                                                §
                                                §    Chapter 11
                                                §
                                                §
In re:                                          §
                                                §    Case No.  25-12720
ST. JOHN BOSCO, INC.                            §
                                                §    Section "A"
                                                §
                                                §    Chapter 11
                                                §
                                                §
In re:                                          §
                                                §    Case No. 25-12721
ST. GERTRUDE, INC.                              §
                                                §    Section "A"
                                                §
                                                §    Chapter 11
                                                §
                                                §
In re:                                          §
                                                §    Case No. 25-12723
ST. JAMES MAJOR, INC.                           §
                                                §    Section "A"
                                                §
                                                §    Chapter 11
                                                §
                                                §
In re:                                          §
                                                §    Case No. 25-12724
ST. HENRY'S, INC.                               §
                                                §    Section "A"
                                                §
                                                §    Chapter 11
                                                §
                                                §
In re:                                          §
                                                §    Case No. 25-12725
ST. HUBERT, INC.                                §
                                                §    Section "A"
                                                §
                                                §    Chapter 11
                                                §
                                                §

In re:

ARCHDIOCESAN SPIRITUALITY
CENTER

§
§
§
§
§
§

Case No.  25-12726

Section "A"

Chapter 11

In re:

CATHOLIC CHARITIES ARCHDIOCESE
OF NEW ORLEANS

§
§
§
§
§
§

Case No. 25-12727

Section "A"

Chapter 11

In re:

CATHOLIC CHARITIES CHILDREN'S
DAY CARE CENTERS

§
§
§
§
§
§

Case No. 25-12728

Section "A"

Chapter 11

In re:

CATHOLIC CHARITIES GROUP HOMES

§
§
§
§
§
§

Case No. 25-12729

Section "A"

Chapter 11

In re:

CLARION HERALD PUBLISHING
COMPANY

§
§
§
§
§
§

Case No. 25-12730

Section "A"

Chapter 11

In re:

KOREAN CATHOLIC COMMUNITY OF
NEW ORLEANS, INC.

§
§
§
§
§
§
§

Case No. 25-12731

Section "A"

Chapter 11

In re:

NOTRE DAME SEMINARY

§
§
§
§
§
§
§

Case No. 25-12732

Section "A"

Chapter 11

In re:

OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12733

Section "A"

Chapter 11

In re:

PACE GREATER NEW ORLEANS

§
§
§
§
§
§
§

Case No. 25-12734

Section "A"

Chapter 11

In re:

PADUA HOUSE

§
§
§
§
§
§
§

Case No. 25-12735

Section "A"

Chapter 11

In re:

PHILMAT, INC.

§
§
§
§
§
§
§

Case No. 25-12736

Section "A"

Chapter 11

In re:

PROJECT LAZARUS

§
§
§
§
§
§
§
§

Case No. 25-12737

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>ROMAN CATHOLIC CENTER OF JESUS THE LORD | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12738<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12739<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12740<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JUDE COMMUNITY CENTER, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12741<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL SPECIAL SCHOOL | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12742<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESE CATHOLIC ACADEMY | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12743<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12744 |
| | § | |
| THE SOCIETY FOR THE PROPAGATION | § | |
| OF THE FAITH, ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

### MOTION FOR ENTRY OF A FINAL DECREE CLOSING EACH OF THE REORGANIZED ADDITIONAL DEBTORS' CHAPTER 11 CASES

TO THE HON. MEREDITH S. GRABILL, UNITED STATES BANKRUPTCY JUDGE:

Each of the Reorganized Additional Debtors that are in this jointly administered Chapter 11 case with The Roman Catholic Church of the Archdiocese of New Orleans (the "Reorganized Debtor") submits this motion (the "Motion") for entry of a final decree, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), seeking to close each Chapter 11 case as fully administered because the confirmed plan is substantially consummated, and in support of the Motion, each Reorganized Additional Debtor avers as follows:

### JURISDICTION AND AUTHORITY

1.      The Court has jurisdiction and authority to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.      Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The basis for the relief requested herein is section 105(a), 350(a) and 1101(2) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3022-1 and Rule 9013-1 of the Local Bankruptcy Rules for the Eastern District of Louisiana (the "Local Rules").

{00384470-8}

## BACKGROUND

**A. The Bankruptcy Filings and Confirmation of the Plan**

5.        On November 12, 2025 (the "Petition Date"), the Reorganized Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Additional Debtors' Chapter 11 Cases").

6.        The Reorganized Additional Debtors' Chapter 11 Cases are filed under this Court's General Order Regarding Procedures for Complex Chapter 11 Cases, General Order 2019-4 [amended as of January 10, 2025] (the "Guidelines").  The Reorganized Additional Debtors filed the cases before this Court and employed the cases as Rapid Prepackaged Chapter 11 Cases as defined in the Guidelines.

7.        During the pendency of the Additional Debtors' Chapter 11 Cases, the Reorganized Additional Debtors continued to operate their businesses and managed their properties as debtors in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established.

8.        Hearings were held from November 17 to December 4, 2025 regarding confirmation of the joint plan proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, as amended, as the *Seventh Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 1, 2025* and any subsequent amendments [ECF Doc. 4738] (the "Joint Plan").

9.      On November 13, 2025, the Court entered an order [ECF Doc. 4603] approving the *Ex Parte Motion of Additional Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases and Granting Related Relief* [ECF Doc. 4602].

10.     On December 8, 2025, the Court entered the *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF Doc. 4767] (the "Confirmation Order").

11.     The Notice of Effective Date will be filed by each of the Reorganized Additional Debtors on December 16, 2025.

12.     Pursuant to Section 14.29 of the Joint Plan, as soon as practicable after the Effective Date, when the Reorganized Additional Debtors deem it appropriate, they can seek authority to close the Additional Debtors' Chapter 11 Cases.

**B. Claims Against the Reorganized Additional Debtors**

13.     A bar date of December 2, 2025, was established and notice was provided to the claimants in:  (i) Class 3 – Known Abuse Claims; (ii) Class 4 – Unknown Abuse Claims; and (iii) Class 10 – Additional Debtors' Non-Trade Unsecured Claims as defined in the Joint Plan.

14.     The Joint Plan provides for a pass-through of all claims other than the claims in Classes 3 and 4 against the Additional Debtors.  The Reorganized Additional Debtors and the Reorganized Debtor are jointly funding $130,000,000.00 into the Settlement Trust to pay the Abuse Claimants and executing a $70,000,000 note in favor of the Settlement Trust.  In addition, the Reorganized Additional Debtors will be parties to the non-monetary protections set forth in the Joint Plan.

15.     The Joint Plan has been substantially consummated by various actions taken in furtherance of the Joint Plan.

## RELIEF REQUESTED

16.     Through this Motion, the Reorganized Additional Debtors request that this Court enter a final decree closing each Additional Debtors' Chapter 11 Cases as fully administered.  11 U.S.C. § 350(a), and Fed. R. Bankr. P. 3022.

17.     Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Bankruptcy Rule 3022, which implements section 350 of the Bankruptcy Code, further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

18.     The Advisory Committee Note to Bankruptcy Rule 3022 provides, in pertinent part:

Factors that the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or [its successor] has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

The court should not keep the case open only because of the possibility that the court's jurisdiction may be involved in the future. A final decree closing the case . . . does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to § 350(b) of the Code.

Fed. R. Bankr. P. 3022.

19.     Courts in the Fifth Circuit "have looked to the advisory committee's notes on Bankruptcy Rule 3022 in seeking guidance as to the meaning of 'fully administered.'" *In re JCP*

*Props., Ltd.*, 540 B.R. 596, 605 (Bankr. S.D. Tex. 2015). According to the 1991 Advisory Committee Note to Bankruptcy Rule 3022, factors that the court should consider in determining whether an estate has been fully administered include: (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been fully resolved. *See* Fed. R. Bankr. P. 3022, Advisory Committee Notes (1991); and *In re JMP-Newcor International, Inc.*, 225 B.R. 462, 465 (N.D. Ill. 1998).

20.     Section 1101(2) of the Bankruptcy Code defines "substantial consummation" as when the following has occurred: (a) transfer of property as proposed by the plan; (b) assumption by the debtor or the successor of the business or management of all the property under the plan; and (c) commencement of plan distributions. *See,* 11 U.S.C. 1101(2).

21.     Courts generally use the six factors listed in the Advisory Committee Note to determine whether a case has been fully administered. See, *In re Aquatic Dev. Group, Inc*., 352 F.3d 671, 676 (2d Cir. 2003); *In re Kliegl Bros. Universal Elec. Stage Lighting Co., Inc*., 238 B.R. 531, 542 (Bankr. E.D.N.Y. 1999). The six factors, however, are merely guidelines that aid a court's determination, and each of the factors need not be present before a court enters a final decree. See *Kliegl Bros*., 238 B.R. at 542; see also *Walnut Assocs. v. Saidel*, 164 B.R. 487 (E.D. Pa. 1994).

22.     Entry of a final decree will provide a significant benefit in the form of discontinuing fees owed pursuant to section 1930(a)(6) of the Bankruptcy Code, which requires that quarterly fees be paid until a debtor's case is closed.

23.     The Reorganized Additional Debtors respectfully submit that the relevant factors weigh strongly in favor of closing the Additional Debtors' Chapter 11 Cases because the Joint Plan has been substantially consummated.

24.     The Reorganized Additional Debtors shall file a joint final operations report and shall pay to the United States Trustee any outstanding final quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6), on or before February 20, 2026.

## CONCLUSION

**WHEREFORE** the Reorganized Additional Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 11, 2025

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Counsel for The Additional Debtors*