UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| In re: | § | |
| | § | Case No. 25-12579 |
| ALL SAINTS ROMAN CATHOLIC | § | |
| CHURCH, NEW ORLEANS, LOUISIANA | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12580 |
| ANNUNCIATION OF THE BLESSED | § | |
| VIRGIN MARY ROMAN CATHOLIC | § | Section "A" |
| CHURCH, BOGALUSA, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12581 |
| ASCENSION OF OUR LORD ROMAN | § | |
| CATHOLIC CHURCH, LAPLACE, | § | Section "A" |
| LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12582 |
| THE VISITATION OF OUR LADY | § | |
| ROMAN CATHOLIC CHURCH, | § | Section "A" |
| MARRERO, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12583 |
| ASSUMPTION OF MARY ROMAN | § | |
| CATHOLIC CHURCH, AVONDALE, | § | Section "A" |
| LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12584 |
| ASSUMPTION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br>Chapter 11 |
| In re: | §<br>§ | Case No. 25-12585 |
| BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§ | Section "A"<br>Chapter 11 |
| In re: | §<br>§ | Case No. 25-12586 |
| BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§ | Section "A"<br>Chapter 11 |
| In re: | §<br>§ | Case No. 25-12587 |
| THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | §<br>§<br>§ | Section "A"<br>Chapter 11 |
| In re: | §<br>§ | Case No. 25-12588 |
| BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§ | Section "A"<br>Chapter 11 |
| In re: | §<br>§ | Case No. 25-12589 |
| CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§ | Section "A"<br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12590 |
| CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12591 |
| DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12592 |
| GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12593 |
| STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12594 |
| HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12595 |
| ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC<br>CHURCH, LULING, LOUISIANA | § § § § § § § | Case No. 25-12596<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH,<br>NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12597<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY NAME OF MARY ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § § | Case No. 25-12598<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH,<br>HARAHAN, LOUISIANA | § § § § § § § § | Case No. 25-12599<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY SPIRIT ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12600<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RAYMOND AND ST. LEO THE<br>GREAT ROMAN CATHOLIC CHURCH,<br>NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12601<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § | Case No. 25-12602<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12603<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12604<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § § § § § | Case No. 25-12605<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12606<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12607<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12608<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12610<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12611<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12612<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12613<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12614<br><br>Section "A"<br><br>Chapter 11 |

{00384527-1}

| | | |
|---|---|---|
| In re:<br><br>ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12615<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § | Case No. 25-12616<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | § § § § § § § | Case No. 25-12617<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § | Case No. 25-12618<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12619<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | § § § § § § § § | Case No. 25-12620<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |

{00384527-1}

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12627<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12628<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12629<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12630<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12632<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12633<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12634 |
| OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA | § § § § § | Section "A" Chapter 11 |
| In re: | § § | Case No. 25-12635 |
| ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA | § § § § | Section "A" Chapter 11 |
| In re: | § § | Case No. 25-12636 |
| OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA | § § § § | Section "A" Chapter 11 |
| In re: | § § | Case No. 25-12637 |
| OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § | Section "A" Chapter 11 |
| In re: | § § | Case No. 25-12638 |
| ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" Chapter 11 |
| In re: | § § | Case No. 25-12639 |
| OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § | Section "A" Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |

{00384527-1}

| | | |
|---|---|---|
| In re:<br><br>ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12647<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12650<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12651<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12652<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12653<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12654<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12655 |
| ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12657 |
| ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12658 |
| ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No.  25-12659 |
| ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12660 |
| ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § | Case No. 25-12661 |
| ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12663<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12664<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12665<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12667<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12668<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12669<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. JEROME ROMAN CATHOLIC<br>CHURCH, KENNER, LOUISIANA | § § § § § § § | Case No. 25-12670<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF PADUA ROMAN<br>CATHOLIC CHURCH, LULING,<br>LOUISIANA | § § § § § § § § | Case No.  25-12671<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JANE DE CHANTAL ROMAN<br>CATHOLIC CHURCH, ABITA SPRINGS,<br>LOUISIANA | § § § § § § § § § | Case No. 25-12672<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST ANTHONY OF PADUA ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § § | Case No. 25-12673<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY ROMAN CATHOLIC<br>CHURCH, GRETNA, LOUISIANA | § § § § § § § § | Case No.  25-12674<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AUGUSTINE ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § § | Case No. 25-12675<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | § § § § § § § | Case No. 25-12676<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § § | Case No. 25-12677<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12678<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12679<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12680<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA | § § § § § § § § § | Case No. 25-12681<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12682<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12683<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12684<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12685<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12686<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12687<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. CLETUS ROMAN CATHOLIC<br>CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12688<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CLEMENT OF ROME ROMAN<br>CATHOLIC CHURCH, METAIRIE,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12689<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12690<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE HOLY<br>TRINITY ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12691<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>EPIPHANY, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12692<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE<br>ANNUNCIATION ROMAN CATHOLIC<br>CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12693<br><br>Section "A"<br><br>Chapter 11 |

{00384527-1}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12694 |
| THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12695 |
| IMMACULATE HEART OF MARY, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12696 |
| INCARNATE WORD, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12697 |
| THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12698 |
| ST. THERESA OF THE CHILD JESUS, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12699 |
| OUR LADY OF GOOD HARBOR, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

{00384527-1}

| | | |
|---|---|---|
| In re:<br><br>ST. THERESA OF AVILA, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12700<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF GOOD COUNSEL, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12701<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ROSE OF LIMA, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12702<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12703<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RAYMOND'S, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12704<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12705<br><br>Section "A"<br><br>Chapter 11 |

{00384527-1}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12706 |
| ST. PHILIP THE APOSTLE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12707 |
| OUR LADY STAR OF THE SEA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12708 |
| ST. MONICA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12709 |
| ST. ANN, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12710 |
| ST. MAURICE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12711 |
| ST. BONAVENTURE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

In re:                                              §
                                                    §   Case No. 25-12712
ST. LOUISE DE MARILLAC, INC.                        §
                                                    §   Section "A"
                                                    §
                                                    §   Chapter 11
                                                    §
                                                    §
In re:                                              §
                                                    §   Case No. 25-12713
ST. FRANCES XAVIER CABRINI, INC.                    §
                                                    §   Section "A"
                                                    §
                                                    §   Chapter 11
                                                    §
                                                    §
In re:                                              §
                                                    §   Case No. 25-12715
ST. LAWRENCE THE MARTYR, INC.                       §
                                                    §   Section "A"
                                                    §
                                                    §   Chapter 11
                                                    §
                                                    §
In re:                                              §
                                                    §   Case No.  25-12716
ST. JULIAN EYMARD, INC.                             §
                                                    §   Section "A"
                                                    §
                                                    §   Chapter 11
                                                    §
                                                    §
In re:                                              §
                                                    §   Case No. 25-12717
ST. FRANCIS DE SALLES, INC.                         §
                                                    §   Section "A"
                                                    §
                                                    §   Chapter 11
                                                    §
                                                    §
In re:                                              §
                                                    §   Case No. 25-12718
ST. JOHN THE BAPTIST, NEW                           §
ORLEANS, LOUISIANA, INC.                            §   Section "A"
                                                    §
                                                    §   Chapter 11
                                                    §
                                                    §

| | | |
|---|---|---|
| In re: | § | Case No. 25-12719 |
| ST. GABRIEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12720 |
| ST. JOHN BOSCO, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12721 |
| ST. GERTRUDE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12723 |
| ST. JAMES MAJOR, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12724 |
| ST. HENRY'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12725 |
| ST. HUBERT, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384527-1}

| | | |
|---|---|---|
| In re:<br><br>ARCHDIOCESAN SPIRITUALITY CENTER | § § § § § § | Case No. 25-12726<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS | § § § § § § § | Case No. 25-12727<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS | § § § § § § | Case No. 25-12728<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CATHOLIC CHARITIES GROUP HOMES | § § § § § § § | Case No. 25-12729<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CLARION HERALD PUBLISHING COMPANY | § § § § § § § | Case No. 25-12730<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. | § § § § § § § | Case No. 25-12731<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>NOTRE DAME SEMINARY | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12732 <br><br> Section "A" <br><br> Chapter 11 |
| In re:<br><br>OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12733 <br><br> Section "A" <br><br> Chapter 11 |
| In re:<br><br>PACE GREATER NEW ORLEANS | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12734 <br><br> Section "A" <br><br> Chapter 11 |
| In re:<br><br>PADUA HOUSE | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12735 <br><br> Section "A" <br><br> Chapter 11 |
| In re:<br><br>PHILMAT, INC. | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12736 <br><br> Section "A" <br><br> Chapter 11 |
| In re:<br><br>PROJECT LAZARUS | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12737 <br><br> Section "A" <br><br> Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12738 |
| ROMAN CATHOLIC CENTER OF JESUS THE LORD | § §§ | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12739 |
| SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12740 |
| SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12741 |
| ST. JUDE COMMUNITY CENTER, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12742 |
| ST. MICHAEL SPECIAL SCHOOL | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12743 |
| ST. THERESE CATHOLIC ACADEMY | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

In re:                                          §
                                                §       Case No. 25-12744
THE SOCIETY FOR THE PROPAGATION                 §
OF THE FAITH, ARCHDIOCESE OF NEW                §       Section "A"
ORLEANS                                         §
                                                §       Chapter 11
                                                §
                                                §

### ORDER OF FINAL DECREE

Came for consideration was the *Motion for Entry of a Final Decree closing Each of the Reorganized Additional Debtors' Chapter 11 Cases* (the "<u>Motion</u>") as filed by each of the captioned Reorganized Additional Debtors that are in this jointly administered Chapter 11 case with The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Reorganized Debtor</u>").

Considering the record and pleadings, the applicable law; and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, that pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. Proc. 3022, each Reorganized Debtor's case is closed as fully administered.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

{00384527-1}