UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| In re: | § | |
| | § | Case No. 25-12579 |
| ALL SAINTS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| In re: | § | |
| | § | Case No. 25-12580 |
| ANNUNCIATION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| In re: | § | |
| | § | Case No. 25-12581 |
| ASCENSION OF OUR LORD ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| In re: | § | |
| | § | Case No. 25-12582 |
| THE VISITATION OF OUR LADY ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| In re: | § | |
| | § | Case No. 25-12583 |
| ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384526-1}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12584 |
| ASSUMPTION OF THE BLESSED VIRGIN ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12585 |
| BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12586 |
| BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12587 |
| THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12588 |
| BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12589 |
| CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § § | Section "A" |
| | § § § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12590<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12591<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12592<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12593<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12594<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12595<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12596<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12597<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12598<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12599<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12600<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12601<br><br>Section "A"<br><br>Chapter 11 |

{00384526-1}

| | | |
|---|---|---|
| In re: | § | Case No.  25-12602 |
| IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § | Section "A"  Chapter 11 |
| In re: | § § | Case No. 25-12603 |
| IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A"  Chapter 11 |
| In re: | § § | Case No. 25-12604 |
| ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A"  Chapter 11 |
| In re: | § § | Case No. 25-12605 |
| MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § | Section "A"  Chapter 11 |
| In re: | § § | Case No. 25-12606 |
| ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A"  Chapter 11 |
| In re: | § § | Case No. 25-12607 |
| MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § | Section "A"  Chapter 11 |

{00384526-1}

| | | |
|---|---|---|
| In re:<br><br>ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12608<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12610<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12611<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12612<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12613<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12614<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12615<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12616<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12617<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12618<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12619<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12620<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12627<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12628<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12629<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12630<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12632<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12633<br><br>Section "A"<br><br>Chapter 11 |

{00384526-1}

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF PROMPT SUCCOR<br>ROMAN CATHOLIC CHURCH,<br>WESTWEGO, LOUISIANA | § § § § § § § | Case No. 25-12634<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARK ROMAN CATHOLIC<br>CHURCH, AMA, LOUISIANA | § § § § § § § § | Case No. 25-12635<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE HOLY ROSARY<br>ROMAN CATHOLIC CHURCH,<br>HAHNVILLE, LOUISIANA | § § § § § § § § | Case No. 25-12636<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE LAKE ROMAN<br>CATHOLIC CHURCH, MANDEVILLE,<br>LOUISIANA | § § § § § § § § | Case No. 25-12637<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARIA GORETTI ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § § | Case No. 25-12638<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE ROSARY ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § § § | Case No. 25-12639<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12647<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12650<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12651<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12652<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12653<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12654<br><br>Section "A"<br><br>Chapter 11 |

{00384526-1}

| | | |
|---|---|---|
| In re: | § § § | Case No. 25-12655 |
| ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12657 |
| ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12658 |
| ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12659 |
| ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12660 |
| ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12661 |
| ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

| | | |
|---|---|---|
| In re:<br><br>ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12663<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12664<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12665<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12667<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12668<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12669<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. JEROME ROMAN CATHOLIC
CHURCH, KENNER, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12670

Section "A"

Chapter 11

In re:

ST. ANTHONY OF PADUA ROMAN
CATHOLIC CHURCH, LULING,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12671

Section "A"

Chapter 11

In re:

ST. JANE DE CHANTAL ROMAN
CATHOLIC CHURCH, ABITA SPRINGS,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12672

Section "A"

Chapter 11

In re:

ST ANTHONY OF PADUA ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12673

Section "A"

Chapter 11

In re:

ST. ANTHONY ROMAN CATHOLIC
CHURCH, GRETNA, LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12674

Section "A"

Chapter 11

In re:

ST. AUGUSTINE ROMAN CATHOLIC
CHURCH, NEW ORLEANS, LOUISIANA

§
§
§
§
§
§
§
§
§

Case No. 25-12675

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12676<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12677<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12678<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12679<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12680<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12681<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12682<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12683<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12684<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12685<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12686<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12687<br><br>Section "A"<br><br>Chapter 11 |

{00384526-1}

In re:

ST. CLETUS ROMAN CATHOLIC
CHURCH, GRETNA, LOUISIANA

§
§
§
§
§
§

Case No. 25-12688

Section "A"

Chapter 11

In re:

ST. CLEMENT OF ROME ROMAN
CATHOLIC CHURCH, METAIRIE,
LOUISIANA

§
§
§
§
§
§

Case No. 25-12689

Section "A"

Chapter 11

In re:

BLESSED SACRAMENT, INC.

§
§
§
§
§
§

Case No. 25-12690

Section "A"

Chapter 11

In re:

THE CONGREGATION OF THE HOLY
TRINITY ROMAN CATHOLIC CHURCH

§
§
§
§
§
§

Case No. 25-12691

Section "A"

Chapter 11

In re:

EPIPHANY, INC.

§
§
§
§
§
§

Case No. 25-12692

Section "A"

Chapter 11

In re:

THE CONGREGATION OF THE
ANNUNCIATION ROMAN CATHOLIC
CHURCH

§
§
§
§
§
§
§

Case No. 25-12693

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12694<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE HEART OF MARY, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12695<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>INCARNATE WORD, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12696<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12697<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESA OF THE CHILD JESUS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12698<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF GOOD HARBOR, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12699<br><br>Section "A"<br><br>Chapter 11 |

{00384526-1}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12700 |
| ST. THERESA OF AVILA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12701 |
| OUR LADY OF GOOD COUNSEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12702 |
| ST. ROSE OF LIMA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No.  25-12703 |
| OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12704 |
| ST. RAYMOND'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12705 |
| OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384526-1}

In re:                                            §
                                                  §     Case No. 25-12706
ST. PHILIP THE APOSTLE, INC.                      §
                                                  §     Section "A"
                                                  §
                                                  §     Chapter 11
                                                  §
                                                  §
In re:                                            §
                                                  §     Case No. 25-12707
OUR LADY STAR OF THE SEA, INC.                    §
                                                  §     Section "A"
                                                  §
                                                  §     Chapter 11
                                                  §
                                                  §
In re:                                            §
                                                  §     Case No. 25-12708
ST. MONICA, INC.                                  §
                                                  §     Section "A"
                                                  §
                                                  §     Chapter 11
                                                  §
                                                  §
In re:                                            §
                                                  §     Case No. 25-12709
ST. ANN, NEW ORLEANS, LOUISIANA,                  §
INC.                                              §     Section "A"
                                                  §
                                                  §     Chapter 11
                                                  §
                                                  §
In re:                                            §
                                                  §     Case No. 25-12710
ST. MAURICE, INC.                                 §
                                                  §     Section "A"
                                                  §
                                                  §     Chapter 11
                                                  §
                                                  §
In re:                                            §
                                                  §     Case No. 25-12711
ST. BONAVENTURE, INC.                             §
                                                  §     Section "A"
                                                  §
                                                  §     Chapter 11
                                                  §
                                                  §

In re:                                             §                    Case No. 25-12712
ST. LOUISE DE MARILLAC, INC.                       §
                                                   §                    Section "A"
                                                   §
                                                   §                    Chapter 11
                                                   §
                                                   §
In re:                                             §                    Case No. 25-12713
ST. FRANCES XAVIER CABRINI, INC.                   §
                                                   §                    Section "A"
                                                   §
                                                   §                    Chapter 11
                                                   §
                                                   §
In re:                                             §                    Case No. 25-12715
ST. LAWRENCE THE MARTYR, INC.                      §
                                                   §                    Section "A"
                                                   §
                                                   §                    Chapter 11
                                                   §
                                                   §
In re:                                             §                    Case No.  25-12716
ST. JULIAN EYMARD, INC.                            §
                                                   §                    Section "A"
                                                   §
                                                   §                    Chapter 11
                                                   §
                                                   §
In re:                                             §                    Case No. 25-12717
ST. FRANCIS DE SALLES, INC.                        §
                                                   §                    Section "A"
                                                   §
                                                   §                    Chapter 11
                                                   §
                                                   §
In re:                                             §                    Case No. 25-12718
ST. JOHN THE BAPTIST, NEW                          §
ORLEANS, LOUISIANA, INC.                           §                    Section "A"
                                                   §
                                                   §                    Chapter 11
                                                   §
                                                   §

{00384526-1}

| In re:<br><br>ST. GABRIEL, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12719<br><br>Section "A"<br><br>Chapter 11 |
|---|---|---|
| In re:<br><br>ST. JOHN BOSCO, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12720<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. GERTRUDE, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12721<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JAMES MAJOR, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12723<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. HENRY'S, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12724<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. HUBERT, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12725<br><br>Section "A"<br><br>Chapter 11 |

{00384526-1}

In re:

ARCHDIOCESAN SPIRITUALITY CENTER

§
§
§
§
§
§
§

Case No.  25-12726

Section "A"

Chapter 11

In re:

CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS

§
§
§
§
§
§
§

Case No. 25-12727

Section "A"

Chapter 11

In re:

CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS

§
§
§
§
§
§
§

Case No. 25-12728

Section "A"

Chapter 11

In re:

CATHOLIC CHARITIES GROUP HOMES

§
§
§
§
§
§
§

Case No. 25-12729

Section "A"

Chapter 11

In re:

CLARION HERALD PUBLISHING COMPANY

§
§
§
§
§
§
§

Case No. 25-12730

Section "A"

Chapter 11

In re:

KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC.

§
§
§
§
§
§
§

Case No. 25-12731

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>NOTRE DAME SEMINARY | §<br>§<br>§<br>§<br>§ | Case No. 25-12732<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12733<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PACE GREATER NEW ORLEANS | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12734<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PADUA HOUSE | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12735<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PHILMAT, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12736<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PROJECT LAZARUS | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12737<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12738 |
| ROMAN CATHOLIC CENTER OF JESUS THE LORD | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No.  25-12739 |
| SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12740 |
| SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12741 |
| ST. JUDE COMMUNITY CENTER, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12742 |
| ST. MICHAEL SPECIAL SCHOOL | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12743 |
| ST. THERESE CATHOLIC ACADEMY | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12744 |
| | § | |
| THE SOCIETY FOR THE PROPAGATION | § | |
| OF THE FAITH, ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| | § | |

### EX PARTE MOTION FOR EXPEDITED HEARING

Now into Court, through undersigned counsel, comes each of the Reorganized Additional Debtors that are in this jointly administered Chapter 11 case with The Roman Catholic Church of the Archdiocese of New Orleans, who move this Court (the "***Motion***") to set an expedited hearing on the *Motion for Entry of a Final Decree Closing Each of the Reorganized Additional Debtors' Chapter 11 Cases* (the "***Motions for Final Decree***").  The Reorganized Additional Debtors respectfully request that this Court set and expedited hearing for the Motions for Final Decree on December 18, 2025, at 1:30 PM and set the objection deadline to consider the entry of an order closing each Chapter 11 case as fully administered because the confirmed plan is substantially consummated.

**WHEREFORE**, the Reorganized Additional Debtors pray that this Court grant an expedited hearing on the *Motion for Entry of a Final Decree Closing Each of the Reorganized Additional Debtors' Chapter 11 Cases* and for all other relief as is just and equitable.

Dated: December 11, 2025

{00384526-1}

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Counsel for The Additional Debtors*