UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| In re: | § | |
| | § | Case No. 25-12579 |
| ALL SAINTS ROMAN CATHOLIC | § | |
| CHURCH, NEW ORLEANS, LOUISIANA | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12580 |
| ANNUNCIATION OF THE BLESSED | § | |
| VIRGIN MARY ROMAN CATHOLIC | § | Section "A" |
| CHURCH, BOGALUSA, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12581 |
| ASCENSION OF OUR LORD ROMAN | § | |
| CATHOLIC CHURCH, LAPLACE, | § | Section "A" |
| LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12582 |
| THE VISITATION OF OUR LADY | § | |
| ROMAN CATHOLIC CHURCH, | § | Section "A" |
| MARRERO, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12583 |
| ASSUMPTION OF MARY ROMAN | § | |
| CATHOLIC CHURCH, AVONDALE, | § | Section "A" |
| LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re:<br><br>ASSUMPTION OF THE BLESSED VIRGIN ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12584<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12585<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12586<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12587<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12588<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12589<br><br>Section "A"<br><br>Chapter 11 |

| | § | |
|---|---|---|
| In re: | § | Case No. 25-12590 |
| CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12591 |
| DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § § | Case No. 25-12592 |
| GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12593 |
| STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12594 |
| HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12595 |
| ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |

| In re: | § | Case No. 25-12596 |
| HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12597 |
| ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12598 |
| HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12599 |
| ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12600 |
| HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12601 |
| ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § § | Case No. 25-12602<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § § | Case No. 25-12603<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § § | Case No. 25-12604<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § § § § § § | Case No. 25-12605<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § § | Case No. 25-12606<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § § | Case No. 25-12607<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12608<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12610<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12611<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12612<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12613<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12614<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12615 |
| ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12616 |
| MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12617 |
| ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12618 |
| OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12619 |
| ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |
| In re: | § § § | Case No. 25-12620 |
| ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | § § § | Section "A" |
| | § § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | § § § § § § § | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | § § § § § § § § | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | § § § § § § § § | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12627<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12628<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12629<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12630<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12632<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12633<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA | § § § § § § § | Case No. 25-12634<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA | § § § § § § § | Case No. 25-12635<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA | § § § § § § § | Case No. 25-12636<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § § § § | Case No. 25-12637<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12638<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12639<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12647<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § § | Case No. 25-12650<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12651<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA | § § § § § § § § | Case No. 25-12652<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § § § § § § § | Case No. 25-12653<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § § § | Case No. 25-12654<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12655<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12657<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12658<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12659<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12660<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12661<br><br>Section "A"<br><br>Chapter 11 |

{00384546-2}

| | | |
|---|---|---|
| In re:<br><br>ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA | § § § § § § § § | Case No. 25-12663<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA | § § § § § § § § § | Case No. 25-12664<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | § § § § § § § § § | Case No. 25-12665<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA | § § § § § § § § § | Case No. 25-12667<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | § § § § § § § § | Case No. 25-12668<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § § § | Case No. 25-12669<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. JEROME ROMAN CATHOLIC
CHURCH, KENNER, LOUISIANA

§
§
§
§
§
§

Case No. 25-12670

Section "A"

Chapter 11

In re:

ST. ANTHONY OF PADUA ROMAN
CATHOLIC CHURCH, LULING,
LOUISIANA

§
§
§
§
§
§
§

Case No.  25-12671

Section "A"

Chapter 11

In re:

ST. JANE DE CHANTAL ROMAN
CATHOLIC CHURCH, ABITA SPRINGS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12672

Section "A"

Chapter 11

In re:

ST ANTHONY OF PADUA ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12673

Section "A"

Chapter 11

In re:

ST. ANTHONY ROMAN CATHOLIC
CHURCH, GRETNA, LOUISIANA

§
§
§
§
§
§

Case No.  25-12674

Section "A"

Chapter 11

In re:

ST. AUGUSTINE ROMAN CATHOLIC
CHURCH, NEW ORLEANS, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12675

Section "A"

Chapter 11

In re:

ST. GENEVIEVE ROMAN CATHOLIC
CHURCH, SLIDELL, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12676

Section "A"

Chapter 11

In re:

ST. BENEDICT ROMAN CATHOLIC
CHURCH, COVINGTON, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12677

Section "A"

Chapter 11

In re:

ST. FRANCIS XAVIER ROMAN
CATHOLIC CHURCH, METAIRIE,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12678

Section "A"

Chapter 11

In re:

ST. BENILDE ROMAN CATHOLIC
CHURCH, METAIRIE, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12679

Section "A"

Chapter 11

In re:

ST. FRANCIS OF ASSISI ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12680

Section "A"

Chapter 11

In re:

ST. BERNARD ROMAN CATHOLIC
CHURCH ST. BERNARD, LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12681

Section "A"

Chapter 11

| | | |
|---|---|---|
| In re:<br><br>ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12682<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12683<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12684<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA | § § § § § § § § | Case No. 25-12685<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No.  25-12686<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § § | Case No. 25-12687<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12688<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12689<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12690<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12691<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>EPIPHANY, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12692<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12693<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | § § § § § § § § | Case No. 25-12694<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE HEART OF MARY, INC. | § § § § § § § § | Case No. 25-12695<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>INCARNATE WORD, INC. | § § § § § § § § | Case No. 25-12696<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | § § § § § § § § § | Case No. 25-12697<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESA OF THE CHILD JESUS, INC. | § § § § § § § § | Case No. 25-12698<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF GOOD HARBOR, INC. | § § § § § § § § | Case No. 25-12699<br><br>Section "A"<br><br>Chapter 11 |

{00384546-2}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12700 |
| ST. THERESA OF AVILA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12701 |
| OUR LADY OF GOOD COUNSEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12702 |
| ST. ROSE OF LIMA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No.  25-12703 |
| OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12704 |
| ST. RAYMOND'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12705 |
| OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re:<br>ST. PHILIP THE APOSTLE, INC. | § § § § § § | Case No. 25-12706<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>OUR LADY STAR OF THE SEA, INC. | § § § § § § | Case No. 25-12707<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. MONICA, INC. | § § § § § § | Case No. 25-12708<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. ANN, NEW ORLEANS, LOUISIANA, INC. | § § § § § § | Case No. 25-12709<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. MAURICE, INC. | § § § § § § | Case No. 25-12710<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. BONAVENTURE, INC. | § § § § § § § | Case No. 25-12711<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. LOUISE DE MARILLAC, INC.

§
§
§
§
§
§

Case No. 25-12712

Section "A"

Chapter 11

In re:

ST. FRANCES XAVIER CABRINI, INC.

§
§
§
§
§
§
§

Case No. 25-12713

Section "A"

Chapter 11

In re:

ST. LAWRENCE THE MARTYR, INC.

§
§
§
§
§
§
§
§

Case No. 25-12715

Section "A"

Chapter 11

In re:

ST. JULIAN EYMARD, INC.

§
§
§
§
§
§
§

Case No.  25-12716

Section "A"

Chapter 11

In re:

ST. FRANCIS DE SALLES, INC.

§
§
§
§
§
§
§
§

Case No. 25-12717

Section "A"

Chapter 11

In re:

ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC.

§
§
§
§
§
§
§
§

Case No. 25-12718

Section "A"

Chapter 11

In re:

ST. GABRIEL, INC.

§
§
§
§
§
§

Case No. 25-12719

Section "A"

Chapter 11

In re:

ST. JOHN BOSCO, INC.

§
§
§
§
§
§

Case No.  25-12720

Section "A"

Chapter 11

In re:

ST. GERTRUDE, INC.

§
§
§
§
§
§

Case No. 25-12721

Section "A"

Chapter 11

In re:

ST. JAMES MAJOR, INC.

§
§
§
§
§
§

Case No. 25-12723

Section "A"

Chapter 11

In re:

ST. HENRY'S, INC.

§
§
§
§
§
§

Case No. 25-12724

Section "A"

Chapter 11

In re:

ST. HUBERT, INC.

§
§
§
§
§
§
§

Case No. 25-12725

Section "A"

Chapter 11

{00384546-2}

| | | |
|---|---|---|
| In re: | § | Case No.  25-12726 |
| ARCHDIOCESAN SPIRITUALITY CENTER | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12727 |
| CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12728 |
| CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12729 |
| CATHOLIC CHARITIES GROUP HOMES | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12730 |
| CLARION HERALD PUBLISHING COMPANY | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12731 |
| KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12732 |
| NOTRE DAME SEMINARY | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12733 |
| OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12734 |
| PACE GREATER NEW ORLEANS | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12735 |
| PADUA HOUSE | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12736 |
| PHILMAT, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12737 |
| PROJECT LAZARUS | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re:<br><br>ROMAN CATHOLIC CENTER OF JESUS THE LORD | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12738<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12739<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12740<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JUDE COMMUNITY CENTER, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12741<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL SPECIAL SCHOOL | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12742<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESE CATHOLIC ACADEMY | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12743<br><br>Section "A"<br><br>Chapter 11 |

In re:

THE SOCIETY FOR THE PROPAGATION
OF THE FAITH, ARCHDIOCESE OF NEW
ORLEANS

§
§
§
§
§
§
§
§
§

Case No. 25-12744

Section "A"

Chapter 11

## <u>NOTICE OF EFFECTIVE DATE</u>

**NOW INTO COURT**, through undersigned counsel, comes each of the captioned Reorganized Additional Debtors that are in this jointly administered Chapter 11 case with The Roman Catholic Church of the Archdiocese of New Orleans who give notice of the effective date for the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* (the "<u>Plan</u>") [ECF Doc. 4762].

**PLEASE TAKE NOTICE** that the Court issued the *Order Confirming* the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF Doc. 4767] and the *Memorandum Opinion Supplementing Confirmation Order* [ECF Doc. 4768] (collectively, the "<u>Confirmation Order</u>").

**PLEASE TAKE NOTICE** that, pursuant to Article 11 of the Plan, and the terms of the Confirmation Order, the Effective Date is **DECEMBER 16, 2025.**

Dated: December 16, 2025

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Counsel for The Additional Debtors*