UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>      Debtor. | § § § § § § § § | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ALL SAINTS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12579<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ANNUNCIATION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA | § § § § § § § § | Case No. 25-12580<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ASCENSION OF OUR LORD ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | § § § § § § § § | Case No. 25-12581<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE VISITATION OF OUR LADY ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § § § § | Case No. 25-12582<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA | § § § § § § § § | Case No. 25-12583<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re:<br><br>ASSUMPTION OF THE BLESSED VIRGIN ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12584<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12585<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12586<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12587<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12588<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12589<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12590<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12591<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12592<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12593<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12594<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12595<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC<br>CHURCH, LULING, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12596<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH,<br>NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12597<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY NAME OF MARY ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12598<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH,<br>HARAHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12599<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY SPIRIT ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12600<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RAYMOND AND ST. LEO THE<br>GREAT ROMAN CATHOLIC CHURCH,<br>NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12601<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12602<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12603<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12604<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12605<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12606<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12607<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § | Case No. 25-12608<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | § § § § § § § § | Case No. 25-12610<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | § § § § § § § § | Case No. 25-12611<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12612<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12613<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12614<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12615<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § § § | Case No. 25-12616<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | § § § § § § § § | Case No. 25-12617<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12618<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12619<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | § § § § § § § § § | Case No. 25-12620<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re: | § § § § § § | Case No. 25-12627 |
| OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § | Case No. 25-12628 |
| ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § | Case No. 25-12629 |
| OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § | Case No. 25-12630 |
| OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § | Case No. 25-12632 |
| OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA | | Section "A" |
| | | Chapter 11 |
| In re: | § § § § § § § | Case No. 25-12633 |
| ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | | Section "A" |
| | | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF PROMPT SUCCOR<br>ROMAN CATHOLIC CHURCH,<br>WESTWEGO, LOUISIANA | § § § § § § § | Case No. 25-12634<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARK ROMAN CATHOLIC<br>CHURCH, AMA, LOUISIANA | § § § § § § § | Case No. 25-12635<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE HOLY ROSARY<br>ROMAN CATHOLIC CHURCH,<br>HAHNVILLE, LOUISIANA | § § § § § § § | Case No. 25-12636<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE LAKE ROMAN<br>CATHOLIC CHURCH, MANDEVILLE,<br>LOUISIANA | § § § § § § § | Case No. 25-12637<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARIA GORETTI ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § | Case No. 25-12638<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE ROSARY ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § | Case No. 25-12639<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re:<br><br>ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12647<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12650<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12651<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12652<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12653<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12654<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § § § | Case No. 25-12655 |
| ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12657 |
| ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | § § § | Section "A" |
| | § § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12658 |
| ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
|  In re: | § § | Case No.  25-12659 |
| ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | § § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12660 |
| ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12661 |
| ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | § § § | Section "A" |
| | § § § | Chapter 11 |
| | § § | |

| | | |
|---|---|---|
| In re:<br><br>ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12663<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12664<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12665<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12667<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12668<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12669<br><br>Section "A"<br><br>Chapter 11 |

In re:

ST. JEROME ROMAN CATHOLIC
CHURCH, KENNER, LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12670

Section "A"

Chapter 11

In re:

ST. ANTHONY OF PADUA ROMAN
CATHOLIC CHURCH, LULING,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12671

Section "A"

Chapter 11

In re:

ST. JANE DE CHANTAL ROMAN
CATHOLIC CHURCH, ABITA SPRINGS,
LOUISIANA

§
§
§
§
§
§
§

Case No. 25-12672

Section "A"

Chapter 11

In re:

ST ANTHONY OF PADUA ROMAN
CATHOLIC CHURCH, NEW ORLEANS,
LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12673

Section "A"

Chapter 11

In re:

ST. ANTHONY ROMAN CATHOLIC
CHURCH, GRETNA, LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12674

Section "A"

Chapter 11

In re:

ST. AUGUSTINE ROMAN CATHOLIC
CHURCH, NEW ORLEANS, LOUISIANA

§
§
§
§
§
§
§
§

Case No. 25-12675

Section "A"

Chapter 11

{00384549-1}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12676 |
| ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12677 |
| ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12678 |
| ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12679 |
| ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12680 |
| ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12681 |
| ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |

| In re: | § | Case No. 25-12682 |
| ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § | Section "A" Chapter 11 |
| In re: | § § § | Case No. 25-12683 |
| ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § | Section "A" Chapter 11 |
| In re: | § § § | Case No. 25-12684 |
| ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § | Section "A" Chapter 11 |
| In re: | § § § | Case No. 25-12685 |
| ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA | § § § § § | Section "A" Chapter 11 |
| In re: | § § § | Case No.  25-12686 |
| ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § | Section "A" Chapter 11 |
| In re: | § § § | Case No. 25-12687 |
| ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § | Section "A" Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12688<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12689<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12690<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12691<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>EPIPHANY, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12692<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12693<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | § § § § § § § § § | Case No. 25-12694<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE HEART OF MARY, INC. | § § § § § § § § | Case No. 25-12695<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>INCARNATE WORD, INC. | § § § § § § § | Case No. 25-12696<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | § § § § § § § | Case No. 25-12697<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESA OF THE CHILD JESUS, INC. | § § § § § § § | Case No. 25-12698<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF GOOD HARBOR, INC. | § § § § § § § § | Case No. 25-12699<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12700 |
| ST. THERESA OF AVILA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12701 |
| OUR LADY OF GOOD COUNSEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12702 |
| ST. ROSE OF LIMA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No.  25-12703 |
| OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12704 |
| ST. RAYMOND'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12705 |
| OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

| In re:<br>ST. PHILIP THE APOSTLE, INC. | § § § § § § | Case No. 25-12706<br><br>Section "A"<br><br>Chapter 11 |
|---|---|---|
| In re:<br>OUR LADY STAR OF THE SEA, INC. | § § § § § § | Case No. 25-12707<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. MONICA, INC. | § § § § § § | Case No. 25-12708<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. ANN, NEW ORLEANS, LOUISIANA, INC. | § § § § § § | Case No. 25-12709<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. MAURICE, INC. | § § § § § § | Case No. 25-12710<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. BONAVENTURE, INC. | § § § § § § § | Case No. 25-12711<br><br>Section "A"<br><br>Chapter 11 |

{00384549-1}

| | | |
|---|---|---|
| In re:<br><br>ST. LOUISE DE MARILLAC, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12712<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCES XAVIER CABRINI, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12713<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LAWRENCE THE MARTYR, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12715<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JULIAN EYMARD, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12716<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS DE SALLES, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12717<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12718<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12719 |
| ST. GABRIEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No.  25-12720 |
| ST. JOHN BOSCO, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12721 |
| ST. GERTRUDE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12723 |
| ST. JAMES MAJOR, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12724 |
| ST. HENRY'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | Case No. 25-12725 |
| ST. HUBERT, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | |

| | | |
|---|---|---|
| In re:<br><br>ARCHDIOCESAN SPIRITUALITY CENTER | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12726<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12727<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12728<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CATHOLIC CHARITIES GROUP HOMES | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12729<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CLARION HERALD PUBLISHING COMPANY | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12730<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12731<br><br>Section "A"<br><br>Chapter 11 |

| In re: | § | |
|---|---|---|
| NOTRE DAME SEMINARY | § | Case No. 25-12732 |
| | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA | § | Case No. 25-12733 |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| PACE GREATER NEW ORLEANS | § | Case No. 25-12734 |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| PADUA HOUSE | § | Case No. 25-12735 |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| PHILMAT, INC. | § | Case No. 25-12736 |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| PROJECT LAZARUS | § | Case No. 25-12737 |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re:<br><br>ROMAN CATHOLIC CENTER OF JESUS THE LORD | § § § § § § § | Case No. 25-12738<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | § § § § § § § | Case No.  25-12739<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | § § § § § § § | Case No. 25-12740<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JUDE COMMUNITY CENTER, INC. | § § § § § § § | Case No. 25-12741<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL SPECIAL SCHOOL | § § § § § § § | Case No. 25-12742<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESE CATHOLIC ACADEMY | § § § § § § § § | Case No. 25-12743<br><br>Section "A"<br><br>Chapter 11 |

| | |
|---|---|
| In re: | § |
| | § Case No. 25-12744 |
| THE SOCIETY FOR THE PROPAGATION | § |
| OF THE FAITH, ARCHDIOCESE OF NEW | § Section "A" |
| ORLEANS | § |
| | § Chapter 11 |
| | § |
| | § |

**DECLARATION IN SUPPORT OF THE ENTRY OF A FINAL DECREE**

I, the Very Reverand Patrick Carr, Authorized Agent for 1793 Group, Inc., hereby declare under penalty of perjury:

1.      I am the person that is duly authorized to act on behalf of each of the Reorganized Additional Debtors in this captioned proceeding.

2.      Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.

3.      On November 12, 2025 (the "Petition Date"), the Reorganized Additional Debtors[1] filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Additional Debtors' Chapter 11 Cases").

4.      The Reorganized Additional Debtors' Chapter 11 Cases are filed under this Court's General Order Regarding Procedures for Complex Chapter 11 Cases, General Order 2019-4 [amended as of January 10, 2025] (the "Guidelines").  The Reorganized Additional Debtors filed the cases before this Court and employed the cases as Rapid Prepackaged Chapter 11 Cases as defined in the Guidelines.

---

[1] As defined in the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [Doc. No. 4762].

{00384549-1}

5.     During the pendency of the Additional Debtors' Chapter 11 Cases, the Reorganized Additional Debtors continued to operate their businesses and managed their properties as debtors in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established.

6.     On November 21, 2025, this Court issued the *Order* [ECF Doc. 4681] granting the *Additional Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Heller, Draper & Horn, L.L.C. as Bankruptcy Counsel for the Additional Debtors Nunc Pro Tunc to their Petition Date* [ECF Doc. 4624], providing that the firm of Heller, Draper & Horn, L.L.C. (the "<u>Firm</u>") will be compensated for services rendered at a fixed rate of $200,000.00 through confirmation of a plan.

7.     On December 8, 2025, filed was the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* (the "<u>Plan</u>") [ECF Doc. 4762].

8.     On December 8, 2025, this Court issued the *Order Confirming* the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF Doc. 4767] and the *Memorandum Opinion Supplementing Confirmation Order* [ECF Doc. 4768] (collectively, the "<u>Confirmation Order</u>").

9.      On December 11, 2025, each Reorganized Additional Debtor filed a *Motion for Entry of a Final Decree Closing Each of the Reorganized Additional Debtors' Chapter 11 Cases* (the "Motion for Final Decree").

10.     The Firm is in receipt of and the Reorganized Additional Debtors have paid the $200,000.00 flat fee to the Firm.

11.     Pursuant to the terms of the Plan at Section 5.3(a)(ii), the Reorganized Additional Debtors have executed and delivered to counsel, Troutman Pepper Locke, LLP, for the Official Committee of Unsecured Creditors, for the benefit of the Settlement Trust, the First Settlement Trust Promissory Note in the principal amount of $20 million.

12.     Pursuant to the terms of the Plan at Section 5.3(a)(iv), the Reorganized Additional Debtors have executed and delivered to counsel, Troutman Pepper Locke, LLP, for the Official Committee of Unsecured Creditors, for the benefit of the Settlement Trust the Settlement Trust, the Second Settlement Trust Promissory Note in the principal amount of $50 million.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  December 17, 2025

_____
Very. Rev. Patrick Carr

{00384549-1}