# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| In re: | § | |
| | § | Case No. 25-12579 |
| ALL SAINTS ROMAN CATHOLIC | § | |
| CHURCH, NEW ORLEANS, LOUISIANA | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12580 |
| ANNUNCIATION OF THE BLESSED | § | |
| VIRGIN MARY ROMAN CATHOLIC | § | Section "A" |
| CHURCH, BOGALUSA, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12581 |
| ASCENSION OF OUR LORD ROMAN | § | |
| CATHOLIC CHURCH, LAPLACE, | § | Section "A" |
| LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | |
| | § | Case No. 25-12582 |
| THE VISITATION OF OUR LADY | § | |
| ROMAN CATHOLIC CHURCH, | § | Section "A" |
| MARRERO, LOUISIANA | § | |
| | § | Chapter 11 |
| | § | |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12583<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ASSUMPTION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12584<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12585<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12586<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12587<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12588<br><br>Section "A"<br><br>Chapter 11 |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § § § § § § | Case No. 25-12589<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12590<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA | § § § § § § § | Case No. 25-12591<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12592<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA | § § § § § § § | Case No. 25-12593<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA | § § § § § § § § | Case No. 25-12594<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12595<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12596<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12597<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12598<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12599<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12600<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12601 |
| ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12602 |
| IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12603 |
| IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12604 |
| ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12605 |
| MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA | § § § § | Section "A" |
| | § | Chapter 11 |
| In re: | § § | Case No. 25-12606 |
| ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § § | Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12607<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § § | Case No. 25-12608<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA | § § § § § § § | Case No. 25-12610<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | § § § § § § § § | Case No. 25-12611<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12612<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12613<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12614<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12615<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § § | Case No. 25-12616<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA | § § § § § § § § | Case No. 25-12617<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12618<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12619<br><br>Section "A"<br><br>Chapter 11 |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12620<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12621<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12622<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12623<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12624<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12625<br><br>Section "A"<br><br>Chapter 11 |

{00384527-2}

| | | |
|---|---|---|
| In re:<br>ST. MARY'S ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12626<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>OUR LADY OF LOURDES ROMAN<br>CATHOLIC CHURCH, VIOLET,<br>LOUISIANA | § § § § § § § | Case No. 25-12627<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>ST. MARY MAGDALEN ROMAN<br>CATHOLIC CHURCH, METAIRIE,<br>LOUISIANA | § § § § § § § | Case No. 25-12628<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>OUR LADY OF PERPETUAL HELP<br>ROMAN CATHOLIC CHURCH, BELLE<br>CHASSE, LOUISIANA | § § § § § § § | Case No. 25-12629<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>OUR LADY OF PERPETUAL HELP<br>ROMAN CATHOLIC CHURCH, KENNER,<br>LOUISIANA | § § § § § § § | Case No. 25-12630<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br>OUR LADY OF PROMPT SUCCOR<br>ROMAN CATHOLIC CHURCH,<br>CHALMETTE, LOUISIANA | § § § § § § § § | Case No. 25-12632<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. MARTHA ROMAN CATHOLIC<br>CHURCH, HARVEY, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12633<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF PROMPT SUCCOR<br>ROMAN CATHOLIC CHURCH,<br>WESTWEGO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12634<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARK ROMAN CATHOLIC<br>CHURCH, AMA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12635<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE HOLY ROSARY<br>ROMAN CATHOLIC CHURCH,<br>HAHNVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12636<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF THE LAKE ROMAN<br>CATHOLIC CHURCH, MANDEVILLE,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12637<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARIA GORETTI ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12638<br><br>Section "A"<br><br>Chapter 11 |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12639<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12640<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12641<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12642<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12644<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12645<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>SACRED HEART OF JESUS ROMAN<br>CATHOLIC CHURCH, NORCO,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12646<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. KATHARINE DREXEL ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12647<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES LE THI THANH ROMAN<br>CATHOLIC CHURCH, MARRERO,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12650<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPHINE BAKHITA ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12651<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. AGNES ROMAN CATHOLIC<br>CHURCH, JEFFERSON, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12652<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH'S ROMAN CATHOLIC<br>CHURCH, GRETNA, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12653<br><br>Section "A"<br><br>Chapter 11 |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12654<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12655<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12657<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12658<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12659<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12660<br><br>Section "A"<br><br>Chapter 11 |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12661<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12663<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA | §<br>§<br>§<br>§<br>§ | Case No. 25-12664<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA | §<br>§<br>§<br>§<br>§ | Case No. 25-12665<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12667<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12668<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. JOACHIM ROMAN CATHOLIC<br>CHURCH, MARRERO, LOUISIANA | § § § § § § | Case No. 25-12669<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JEROME ROMAN CATHOLIC<br>CHURCH, KENNER, LOUISIANA | § § § § § § § | Case No. 25-12670<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY OF PADUA ROMAN<br>CATHOLIC CHURCH, LULING,<br>LOUISIANA | § § § § § § § | Case No.  25-12671<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JANE DE CHANTAL ROMAN<br>CATHOLIC CHURCH, ABITA SPRINGS,<br>LOUISIANA | § § § § § § § | Case No. 25-12672<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST ANTHONY OF PADUA ROMAN<br>CATHOLIC CHURCH, NEW ORLEANS,<br>LOUISIANA | § § § § § § § | Case No. 25-12673<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. ANTHONY ROMAN CATHOLIC<br>CHURCH, GRETNA, LOUISIANA | § § § § § § § | Case No.  25-12674<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. AUGUSTINE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § | Case No. 25-12675<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA | § § § § § § § § | Case No. 25-12676<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA | § § § § § § § § | Case No. 25-12677<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12678<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § § § § § § | Case No. 25-12679<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA | § § § § § § § § | Case No. 25-12680<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>ST. BERNARD ROMAN CATHOLIC<br>CHURCH ST. BERNARD, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12681<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. EDWARD THE CONFESSOR ROMAN<br>CATHOLIC CHURCH, METAIRIE,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12682<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CATHERINE OF SIENA ROMAN<br>CATHOLIC CHURCH, METAIRIE,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12683<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DOMINIC'S ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12684<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. CHARLES BORROMEO ROMAN<br>CATHOLIC CHURCH, DESTREHAN,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12685<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. DAVID ROMAN CATHOLIC<br>CHURCH, NEW ORLEANS, LOUISIANA | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  25-12686<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12687 |
| ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12688 |
| ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12689 |
| ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12690 |
| BLESSED SACRAMENT, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12691 |
| THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12692 |
| EPIPHANY, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12693<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12694<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>IMMACULATE HEART OF MARY, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12695<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>INCARNATE WORD, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12696<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12697<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. THERESA OF THE CHILD JESUS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12698<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12699 |
| OUR LADY OF GOOD HARBOR, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12700 |
| ST. THERESA OF AVILA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12701 |
| OUR LADY OF GOOD COUNSEL, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12702 |
| ST. ROSE OF LIMA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No.  25-12703 |
| OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12704 |
| ST. RAYMOND'S, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384527-2}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12705 |
| OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. | § § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12706 |
| ST. PHILIP THE APOSTLE, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12707 |
| OUR LADY STAR OF THE SEA, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12708 |
| ST. MONICA, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12709 |
| ST. ANN, NEW ORLEANS, LOUISIANA, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12710 |
| ST. MAURICE, INC. | § § | Section "A" |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| In re: | § | Case No. 25-12711 |
| ST. BONAVENTURE, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12712 |
| ST. LOUISE DE MARILLAC, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12713 |
| ST. FRANCES XAVIER CABRINI, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12715 |
| ST. LAWRENCE THE MARTYR, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No.  25-12716 |
| ST. JULIAN EYMARD, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12717 |
| ST. FRANCIS DE SALLES, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384527-2}

| | | |
|---|---|---|
| In re: | § | Case No. 25-12718 |
| ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. | § § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12719 |
| ST. GABRIEL, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12720 |
| ST. JOHN BOSCO, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12721 |
| ST. GERTRUDE, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12723 |
| ST. JAMES MAJOR, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |
| In re: | § § | Case No. 25-12724 |
| ST. HENRY'S, INC. | § § | Section "A" |
| | § § | Chapter 11 |
| | § § | |

| In re: | § | Case No. 25-12725 |
|---|---|---|
| ST. HUBERT, INC. | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No.  25-12726 |
| ARCHDIOCESAN SPIRITUALITY CENTER | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12727 |
| CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12728 |
| CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12729 |
| CATHOLIC CHARITIES GROUP HOMES | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |
| In re: | § | Case No. 25-12730 |
| CLARION HERALD PUBLISHING COMPANY | § | |
| | § | Section "A" |
| | § | |
| | § | Chapter 11 |
| | § | |

{00384527-2}

| | | |
|---|---|---|
| In re:<br><br>KOREAN CATHOLIC COMMUNITY OF<br>NEW ORLEANS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12731<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>NOTRE DAME SEMINARY | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12732<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>OUR LADY OF MOUNT CARMEL LATIN<br>MASS COMMUNITY, COVINGTON,<br>LOUISIANA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12733<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PACE GREATER NEW ORLEANS | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12734<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PADUA HOUSE | §<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12735<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>PHILMAT, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 25-12736<br><br>Section "A"<br><br>Chapter 11 |

| | | |
|---|---|---|
| In re:<br><br>PROJECT LAZARUS | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12737<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ROMAN CATHOLIC CENTER OF JESUS THE LORD | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12738<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. | § <br> § <br> § <br> § <br> § <br> § | Case No.  25-12739<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12740<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. JUDE COMMUNITY CENTER, INC. | § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12741<br><br>Section "A"<br><br>Chapter 11 |
| In re:<br><br>ST. MICHAEL SPECIAL SCHOOL | § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 25-12742<br><br>Section "A"<br><br>Chapter 11 |

| | |
|---|---|
| In re: | § Case No. 25-12743 |
| ST. THERESE CATHOLIC ACADEMY | § § Section "A" |
| | § § Chapter 11 |
| | § § |
| In re: | § § Case No. 25-12744 |
| THE SOCIETY FOR THE PROPAGATION OF THE FAITH, ARCHDIOCESE OF NEW ORLEANS | § § Section "A" |
| | § § Chapter 11 |
| | § § |

### ORDER OF FINAL DECREE

Came for consideration was the *Motion for Entry of a Final Decree closing Each of the Reorganized Additional Debtors' Chapter 11 Cases* (the "Motion") as filed by each of the captioned Reorganized Additional Debtors[1] that are in this jointly administered Chapter 11 case with The Roman Catholic Church of the Archdiocese of New Orleans.

Considering the record and pleadings, the applicable law; and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED** as stated herein.

**IT IS FURTHER ORDERED**, that pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. Proc. 3022, each Reorganized Additional Debtor's case is closed as fully administered.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system

---

[1] As defined in the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [Doc. No. 4762].

pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a

certificate of service to that effect within three (3) days.