**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | ) ) ) | |
| | ) | Section "A" |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

*EX PARTE* **MOTION TO WITHDRAW**
**TRAVELERS' MOTION FOR RELIEF FROM STAY TO FILE**
**COMPLAINT FOR DECLARATORY JUDGMENT**

United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers"), by and through its undersigned counsel, respectfully moves on an *ex parte* basis, for entry of an order in substantially similar form to the proposed order attached hereto as **Exhibit A** (the "Proposed Order") withdrawing *Travelers' Motion for Relief from Stay to File Complaint for Declaratory Judgment* [Doc. No. 4404] (the "Motion") without prejudice from the record of the above-captioned bankruptcy case. Travelers submits that the instant motion is appropriately filed *ex parte* pursuant to the Court's Standing Order 2008-2 and Local Bankruptcy Rule 9013-1(D)(8).

WHEREFORE, Travelers requests that this Court enter the Proposed Order: (i) withdrawing the Motion without prejudice; and (ii) for such other relief as this Court may deem appropriate.

Dated: December 17, 2025

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Patrick C. Maxcy*
Patrick C. Maxcy (IL #6275469)
M. Keith Moskowitz (IL #6274101)
DENTONS US LLP

233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for United States Fidelity & Guaranty Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion to Withdraw will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

                                                                                 */s/ Patrick C. Maxcy*

                                                                                 Patrick C. Maxcy

## **EXHIBIT A**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | |
| ORLEANS, ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## ORDER

**(Related Doc. No. 4404)**

Before the Court is the *Ex Parte Motion to Withdraw Travelers' Motion for Relief from Stay to File Complaint for Declaratory Judgment* [Doc. No. __] (the "Motion") filed by United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers").

Considering the record and pleadings, the applicable law, and finding good cause:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that *Travelers' Motion for Relief from Stay to File Complaint for Declaratory Judgment* [Doc. No. 4404] filed by Travelers is **WITHDRAWN** without prejudice.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation and/or interpretation of this Order.

**IT IS FURTHER ORDERED** that Travelers is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, this _____ day of _____, 2025.

                                                                               _____

                                                                               MEREDITH S. GRABILL

                                                                               UNITED STATES BANKRUPTCY JUDGE