UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes T.J.C. and C.E.C., who respectfully requests that this Honorable Court permit the filing of certain documents under seal.

T.J.C. and C.E.C. filed a Motion to Docket Delivered Proofs of Claim, or Alternatively to Allow Late Claims. (R. Doc. 4829). Movant seeks to seal limited documents, specifically Exhibits 1-A (R. Doc. 4829-2) and 1-C (R. Doc. 4829-4), which contain Proofs of Claim in this matter, and are highly confidential, private, and sensitive information which the Court rules require significant redaction or sealing.

This Court has authority to seal documents under 11 U.S.C. § 107(b), which mandates protection of "scandalous or defamatory matter." This Court also has authority under Fed. R. Bankr. P. 9018 to seal materials to protect privacy interests and ensure the fair administration of justice. Proofs of Claim, and the full names of Sexual Abuse Survivors, are generally considered matters to be sealed in this case.

WHEREFORE, movants T.J.C. and C.E.C. pray this Court will permit the filing of Exhibits 1-A (R. Doc. 4829-2) and 1-C (R. Doc. 4829-4) under seal.

**Respectfully submitted:**

**SLATER SLATER SCHULMAN, L.L.P.**

*/s/ Daniel A. Meyer*

        Daniel A. Meyer (La. Bar # 33278)
        6023 Magazine Street
        New Orleans, Louisiana 70118
        Telephone: (504) 334-8522
        Facsimile: (212) 922-0907
        Email: dmeyer@sssfirm.com
        *Attorney for T.J.C. and C.E.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this January 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

        */s/ Daniel A. Meyer*
        Daniel A. Meyer