UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                                                                  CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                                  SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

DEBTOR                                                                                                                           CHAPTER 11

**ORDER**

      Before the Court is the Ex Parte Motion to File Documents Under Seal by Creditors T.J.C. and C.E.C. (R. Doc. 4830).

      Considering the record and pleadings, the applicable law, and finding good cause, IT IS ORDERED that the Motion to Seal is GRANTED. IT IS FURTHER ORDERED that the Court shall enter under seal an unredacted copy of T.J.C. and C.E.C's Exhibits 1-A (R. Doc. 4829-2) and 1-C (R. Doc. 4829-4).

      New Orleans, Louisiana, _____, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE