**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, JANUARY 22, 2026, AT 1:30 P.M.**

The above-captioned reorganized debtor, the Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Reorganized Debtor**"), hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, January 22, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

#110676573v2

## UNCONTESTED MATTERS

1. *N.M.'s Expedited Motion for Leave to File N.M.'s Sexual Abuse Survivor Proof of Claim* **[ECF No. 4583]**

   | | |
   |---|---|
   | **Movant:** | N.M. |
   | **Nature of Matter:** | Motion for Leave to File Proof of Claim |
   | **Response Deadline:** | November 19, 2025, at 5:00 p.m. |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4688. |
   | **Responses:** | None. |

2. *J.H.'s Expedited Motion for Leave to File J.H.'s Sexual Abuse Survivor Proof of Claim* **[ECF No. 4647]**

   | | |
   |---|---|
   | **Movant:** | J.H. |
   | **Nature of Matter:** | Motion for Leave to File Proof of Claim |
   | **Response Deadline:** | November 19, 2025, at 5:00 p.m. |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4688. |
   | **Responses:** | None. |

3. *R.L.S.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* **[ECF No. 4741]**

   | | |
   |---|---|
   | **Movant:** | R.L.S. |
   | **Nature of Matter:** | Motion for Leave to File Proof of Claim |
   | **Response Deadline:** | January 15, 2026 |
   | **Status:** | This matter is going forward. |
   | **Responses:** | None. |

4. *G.B's Motion for Leave to File Sexual Abuse Survivor Proof of Claim* **[ECF No. 4743]**

   | | |
   |---|---|
   | **Movant:** | G.B. |
   | **Nature of Matter:** | Motion for Leave to File Proof of Claim |
   | **Response Deadline:** | January 15, 2026 |
   | **Status:** | This matter is going forward. |
   | **Responses:** | None. |

#110676573v2

**CONTESTED MATTERS**

5. *Eleventh Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2023 Through February 29, 2024* **[ECF No. 2927**]

| | |
|---|---|
| **Movant:** | Jones Walker LLP |
| **Nature of Matter:** | Interim Application for Compensation |
| **Response Deadline:** | April 18, 2024 |
| **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4811. |

**Responses/Related Filings:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Eleventh Interim Application for Allowances of Compensation and Reimbursement [Rec. Doc. 2927]* **[ECF No. 2943]**

6. *Twelfth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from March 1, 2024 Through June 30, 2024* **[ECF No. 3240]**

| | |
|---|---|
| **Movant:** | Jones Walker LLP |
| **Nature of Matter:** | Interim Application for Compensation |
| **Response Deadline:** | September 9, 2024 |
| **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4811. |

**Responses/Related Filings:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Twelfth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3240]* **[ECF No. 3363]**

7. *Thirteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 through October 31, 2024* **[ECF No. 3525**]

| | |
|---|---|
| **Movant:** | Jones Walker LLP |
| **Nature of Matter:** | Interim Application for Compensation |
| **Response Deadline:** | January 9, 2025 |
| **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4811. |

**Responses/Related Filings:**

#110676573v2

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Thirteenth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3525]* **[ECF No. 3648]**

8. *Fourteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2024 Through February 28, 2025* **[ECF No. 3864]**

| | |
|---|---|
| **Movant:** | Jones Walker LLP |
| **Nature of Matter:** | Interim Application for Compensation |
| **Response Deadline:** | April 10, 2025 |
| **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4811. |

**Responses/Related Filings:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Fourteenth Interim Application for Allowances of Compensation and Reimbursement [Rec. Doc. 3864]* **[ECF No. 3891]**

9. *Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through June 30, 2025* **[ECF No. 4184]**

| | |
|---|---|
| **Movant:** | Pachulski Stang Ziehl & Jones LLP |
| **Nature of Matter:** | Interim Application for Compensation |
| **Response Deadline:** | August 14, 2025 |
| **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4811. |

**Responses/Related Filings:**

- *Certain Abuse Survivors' Consolidated Objections to Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Fourteenth and Fifteenth Interim Applications for Allowance of Compensation and Reimbursement of Expenses [Rec. Docs. 4184 & 4205]* **[ECF No. 4264]**

- *Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Reply in Support of Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through June 30, 2025, and Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025* **[ECF No. 4288]**

10. *Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025* **[ECF No. 4205]**

> **Movant:** Troutman Pepper Locke LLP
> **Nature of Matter:** Interim Application for Compensation
> **Response Deadline:** August 14, 2025
> **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4811.
>
> **Responses/Related Filings:**
>
> - *Certain Abuse Survivors' Consolidated Objections to Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Fourteenth and Fifteenth Interim Applications for Allowance of Compensation and Reimbursement of Expenses [Rec. Docs. 4184 & 4205]* **[ECF No. 4264]**
>
> - *Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Reply in Support of Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period of March 1, 2025 Through June 30, 2025, and Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025* **[ECF No. 4288]**

11. *Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief* **[ECF No. 4432]**

> **Movant:** The Official Committee of Unsecured Creditors
> **Nature of Matter:** Motion for Relief from Stay
> **Response Deadline:** October 9, 2025
> **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4807.
>
> **Responses/Related Filings:**
>
> - *Notice of Filing Amended Proposed Order With Respect to Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief* **[ECF No. 4436]**

#110676573v2

- *Travelers' Limited Objection and Response to Official Committee of Unsecured Creditors' Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief* **[ECF No. 4480]**

12. *Motion for Entry of an Order Under 11 U.S.C. §§ 105, 363, 364, 507, 541, 1107, and 1108 Authorizing (I) the Additional Debtors Continued Use of Prepetition Bank Accounts, Banking Institutions and Credit Cards, (II) Financial and Banking Institutions To Honor Prepetition Transactions Including Payroll and Related Expenses; and (III) for Related Relief* **[ECF No. 4618]**

| | |
|---|---|
| **Movants:** | Additional Debtors |
| **Nature of Matter:** | Motion to Continue Use of Pre-Petition Bank Accounts |
| **Response Deadline:** | November 14, 2025 |
| **Status:** | This matter is set for a final hearing in accordance with the Order entered at ECF No. 4675. |

**Responses/Related Filings:**

- *United States Trustee's Omnibus Objection to "First Day" Motions Filed by the Additional Debtors* **[ECF No. 4638]**

13. *Motion for Entry of an Order Granting the Additional Debtors Relief from: (I) 11 U.S.C. § 521(a)(1)(B) and Federal Rule of Bankruptcy Procedure 1007 Requiring Filing Schedules and Statements, (II) Waiving the Initial Debtor Interviews with the Office of the United States Trustee; and (III) Waiving the Solicitation of an Official Unsecured Creditors' Committee* **[ECF No. 4620]**

| | |
|---|---|
| **Movants:** | Additional Debtors |
| **Nature of Matter:** | Motion for Relief From Filing Schedules and Statements |
| **Response Deadline:** | November 14, 2025 |
| **Status:** | This matter is set for a final hearing in accordance with the Order entered at ECF No. 4661. |

**Responses/Related Filings:**

- *United States Trustee's Omnibus Objection to "First Day" Motions Filed by the Additional Debtors* **[ECF No. 4638]**

14. *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* **[ECF No. 4621]**

| | |
|---|---|
| **Movants:** | Additional Debtors |
| **Nature of Matter:** | Motion to Approve Adequacy of Joint Disclosure Statement |

**Response Deadline:** November 14, 2025
**Status:** This matter is set for a final hearing in accordance with the Order entered at ECF No. 4676.

**Responses/Related Filings:**

- *Memorandum in Support of Motion For Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* **[ECF No. 4637]**

- *United States Trustee's Omnibus Objection to "First Day" Motions Filed by the Additional Debtors* **[ECF No. 4638]**

15. Oral Argument – Standing to object to Interim Fee Applications and forthcoming Final Fee Applications

**Opening Brief Deadline:** January 8, 2026
**Response Brief Deadline:** January 15, 2026
**Status:** This issue is set for oral argument in accordance with the Order entered at ECF No. 4811.

**Briefs/Related Filings:**

- *Brief of Jones Walker LLP Regarding Standing of Certain Abuse Survivors to Object to Professional Fee Claims* **[ECF No. 4824]**

- *United States Trustee's Statement Regarding the Issue of Standing* **[ECF No. 4825]**

- *Troutman Pepper Locke LLP and Pachulski Stang Ziehl & Jones LLP's Joint Brief Regarding Standing to Object to Fee Applications* **[ECF No. 4826]**

- *Certain Abuse Survivors' Memorandum in Support of Standing to Object to Interim and Final Fee Applications* **[ECF No. 4827]**

- *Troutman Pepper Locke LLP and Pachulski Stang Ziehl & Jones LLP's Response to Certain Abuse Survivors' Memorandum in Support of Standing to Object to Interim and Final Fee Applications* **[ECF No. 4832]**

- *Certain Abuse Survivors' Reply Memorandum in Support of Standing to Object to Interim and Final Fee Applications* **[ECF No. 4833]**

- *Reply Brief of Jones Walker LLP Regarding Standing of Certain Abuse Survivors to Object to Professional Fee Claims* **[ECF No. 4835]**

7

Dated: January 21, 2026          Respectfully submitted,

/s/ Samantha A. Oppenheim
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify, on January 21, 2026, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

/s/ Samantha A. Oppenheim
Samantha A. Oppenheim