UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | Case No. 20-10846<br><br>(Jointly Administered)<br><br>CHAPTER 11<br>COMPLEX CASE<br><br>SECTION A |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the (1) *Settlement Trustee's Motion for Entry of an Order (I) Approving (A) Omnibus Claims Objection Procedures and Form of Notice, and (B) Filing of Substantive Omnibus Claim Objections; (II) Waiving The Requirements of Bankruptcy Rule 3007(e)(6); and (III) Granting Related Relief* [ECF Doc. No. 4851], (2) *Ex Parte Motion of Settlement Trustee for Authorization to File the Declaration of Yan Fayerman Under Seal* [ECF Doc. No. 4852, 4852-1 ]*,* and (3) *Notice of Hearing* [ECF Doc. No. 4853] were served, on January 29, 2026, upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system and on January 29, 2026, by U.S. Mail on all other parties requiring service under the Special Notice List, as set forth in the Court's May 1, 2020 *Ex Parte Order Authorizing Debtor to Limit Notice and Establishing Notice Procedures* [ECF Doc. No. 22].

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

250811953v2

| | |
|---|---|
| Dated: January 29, 2026 | Respectfully submitted,<br><br>TROUTMAN PEPPER LOCKE, LLP<br><br>*By: Bradley C. Knapp*<br>Omer F. Kuebel, III (La #21682)<br>Bradley C. Knapp (La #35867)<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5111<br>Facsimile: (504) 558-5200<br>Email: rick.kuebel@troutman.com<br>brad.knapp@troutman.com<br><br>**-and-**<br><br>W. Steven Bryant (*admitted pro hac vice*)<br>Texas Bar. No. 24027413<br>Federal I.D. No. 32913<br>300 Colorado St., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 305-4726<br>Facsimile: (512) 305-4800<br>Email: steven.bryant@troutman.com<br><br>***Co-Counsel to the Official Committee of Unsecured Creditors*** |

250811953v2