UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | Case No. 20-10846<br><br>(Jointly Administered)<br><br>CHAPTER 11<br>COMPLEX CASE<br><br>SECTION A |

## NOTICE OF APPEARANCE

NOW INTO COURT comes Jonathan Pedersen, who files this *Notice of Appearance and Request for Service* in the above captioned case. Counsel hereby enters his appearance as counsel for Donald C. Massey, Settlement Trustee pursuant to section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

Furthermore, we respectfully request that all notices and/or pleadings issued or filed in the above-referenced case be forwarded to Mr. Pedersen at:

> Jonathan C. Pedersen
> Reed & Pedersen
> 516 N. Columbia Street
> Covington, Louisiana 70433
> Telephone: (985) 893-3607
> jcp@reedandpedersen.com

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

Dated: February 5, 2026

Respectfully submitted,

By: Jonathan Pedersen
Jonathan C. Pedersen (La. Bar No. 32290)
Reed & Pedersen
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Email: jcp@reedandpedersen.com

**Counsel to Donald C. Massey, Settlement Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Jonathan Pedersen
Jonathan Pedersen