UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § | SECTION A |

## ORDER

Before the Court are three motions to compel document production, filed under seal by C.C., [ECF Docs. 4701 & 4841], and A.C., [ECF Doc. 4842], (collectively, the "Motions To Compel"). The Motions To Compel seek relief from Louisiana Department of Children & Family Services ("LDCFS"). The Court reviewed the Motions To Compel and sealed those motions out of an abundance of caution, given the personally identifying information contained therein.

Considering the record and pleadings,

**IT IS ORDERED** that the Court shall hold a hearing to consider the Motions To Compel on a special setting on **Tuesday, March 17, 2026, at 3:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a *Notice of Occurrence of the Effective Date* of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

709, New Orleans, Louisiana, 70130. The movants and a representative of the LDCFS must appear **IN PERSON** at the hearing.

**IT IS FURTHER ORDERED** that C.C. and A.C. are instructed to serve the **Motions To Compel** and **this Order** by certified first-class U.S. Mail within three days on the Louisiana Department of Children & Family Services at the address listed below and file a certificate of service into the record:

**Louisiana Department of Children & Family Services**
**1450 Poydras St., 16th Floor**
**New Orleans, LA 70112**

New Orleans, Louisiana, February 5, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE