UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**ARCHDIOCESE OF NEW ORLEANS**
Debtors

**Bankruptcy Case:**

CASE NO: 20-10846
CHAPTER 11
SECTION "A"

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I mailed a copy of the following document(s):

- **P-4860** Order Setting Hearing on Sealed Motions to Compel Document Production. Signed on February 5, 2026 (RE: related document(s)4701 Motion to Compel filed by Creditor C.C., 4841 Motion to Compel, 4842 Motion to Compel) Hearing scheduled for 3/17/2026 at 03:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Nunnery, J.) (Entered: 02/05/2026)

via regular US Mail, postage paid, to the parties at the addresses on the sealed motions.

**A.C.**
**SEALED**
**Westwego, LA XXXXX**

**C.C.**
**SEALED**
**Saint Gabriel, LA XXXXX**

S/ Jennifer Nunnery
Jennifer Nunnery
Deputy Clerk