**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br><br>Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### EX PARTE MOTION FOR EXPEDITED HEARING ON MOTION TO DOCKET TIMELY SUBMITTED ADDITIONAL DEBTORS PROOF OF CLAIM, OR ALTERNATIVELY, TO ALLOW AS LATE CLAIM

**COMES NOW** Claimant O.R., ("O.R." or "Claimant"), by and through undersigned counsel, who respectfully moves this Court to set the Motion to Docket Timely Submitted Additional Debtors Proof of Claim, or Alternatively, to Allow as Late Claim [Doc. No. 4862] (the "Motion") for expedited hearing on February 19, 2026 at 1:30 p.m. In support of such request, Claimant respectfully submits the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is governed by 11 U.S.C. § 105(a) and the applicable Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

4. This Motion for Expedited Hearing is governed by Rule 9013-1(C) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana.

//

## REQUEST FOR EXPEDITED RELIEF

5. The Motion, filed contemporaneously herewith, requests that the Court enter an order (a) directing that O.R.'s Additional Debtors Proof of Claim be docketed as timely filed as of its original November 26, 2025, submission date, or (b) in the alternative, allowing O.R.'s Additional Debtors Proof of Claim as a late-filed claim. The factual and legal bases for this relief are set forth in detail in the Motion.

6. Good cause exists for an expedited hearing because the manner in which the Claim is docketed and treated as to the Additional Debtors will directly affect its administration under the Allocation Protocol. Unless the timeliness and docketing issues identified in the Motion are resolved promptly, there is a substantial risk that O.R.'s Additional Debtors claim will be treated as untimely in the administrator's records, in tension with the Late Claim Notice Letter and the Independent Claims Reviewer's treatment of the claim, creating confusion and potential prejudice to Claimant in the ongoing administration of abuse claims.

7. Claimant only learned on January 27, 2026, that the claims administrator had no record of Claimant's original November 26, 2025 Additional Debtor Claim submission. Claimant has acted promptly to investigate the discrepancy, confer with the administrator and the Independent Claims Reviewer, and bring this discrete record clarification issue before the Court at the earliest practicable opportunity, warranting a short, expedited setting consistent with the Court's practice of addressing timesensitive matters on an accelerated basis in Complex Cases.-clarification issue before the Court at the earliest practicable opportunity, warranting a short, expedited setting consistent with the Court's practice of addressing time-sensitive matters on an accelerated basis in Complex Cases.

8. An expedited hearing will not unduly prejudice any party in interest. The Motion presents a narrow, fact specific issue concerning the treatment and timing of a single survivor's Additional Debtors claim that can be resolved on the existing written record and the requested relief does not alter overall settlement amounts or materially impact the Debtor or Additional Debtors beyond ensuring proper treatment of one claim.

**WHEREFORE**, Claimant O.R. respectfully requests that this Court enter an order: (a) granting this Ex Parte Motion for Expedited Hearing; (b) setting the Motion [Doc. No. 4862] for hearing on February 19, 2026, at 1:30 p.m.; (c) prescribing any shortened notice and response periods and service requirements applicable to the expedited hearing; and (d) granting such other and further relief as is just and proper.

Dated: February 5, 2026

Respectfully submitted,

_/s/ Reagan Charleston Thomas_
Reagan Charleston Thomas (LA Bar #38522)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 E Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
Email: sateam@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

_/s/ Reagan Charleston Thomas_