UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                          CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                                            SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

                                                                                                CHAPTER 11
DEBTOR

## G.M.G.'S NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE/NOTICE

PLEASE TAKE NOTICE that William H. Arata of Arata Law Offices, LLC, appears, pursuant to Federal Rule of Bankruptcy Procedure 9010, as counsel for G.M.G., mover/interested party/creditor, seeking leave to file Motion for Leave to File Sexual Abuse Survivor Proof of Claim, Docket No. 4865. Mr. Arata hereby files this Notice of Appearance pursuant to Bankruptcy Rules 2002 and 9007 to request copies of all notices, pleadings, applications, motions, complaints, petitions, orders, proofs of claim, and other documents filed or made in this matter be served upon the undersigned counsel at the following office address and/or email via ECF system:

> WILLIAM H. ARATA (23431)
> Arata Law Office, LLC
> 216 Austin Street
> Bogalusa, LA 70427
> Phone: (985) 735-1368
> Facsimile: (985) 732-7282
> Email: info@aratalaw.net
> *Attorney for Claimant, G.M.G.*

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal,

[1]

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise filed in this action. Further, G.M.G., mover/interested party/creditor, specifically requests that undersigned counsel be added to the Master Service List and Master Creditor Mailing Matrix.

        Respectfully submitted,

        /s/ William H. Arata
        WILLIAM H. ARATA (23431)
        Arata Law Office, LLC
        216 Austin Street
        Bogalusa, LA 70427
        Phone: (985) 735-1368
        Facsimile: (985) 732-7282
        Email: info@aratalaw.net
        *Attorney for Claimant, G.M.G.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

        /s/ William H. Arata
        WILLIAM H. ARATA

[2]