**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, FEBRUARY 19, 2026, AT 1:30 P.M.**

The above-captioned reorganized debtor, the Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Reorganized Debtor**"), hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, February 19, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

#110748408v1

## UNCONTESTED MATTERS

1. *Motion to Docket Timely Submitted Additional Debtors Proof of Claim, or Alternatively, to Allow as Late Claim* **[ECF No. 4862]**

   | | |
   |---|---|
   | **Movant:** | O.R. |
   | **Nature of Matter:** | Motion to Docket or Allow Late Claim |
   | **Response Deadline:** | February 18, 2026, at 12:00 p.m. |
   | **Status:** | This matter is going forward on an expedited basis in accordance with the Order entered at ECF No. 4864. |
   | **Responses:** | None. |

## CONTESTED MATTERS

2. *Eleventh Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2023 Through February 29, 2024* **[ECF No. 2927]**

   | | |
   |---|---|
   | **Movant:** | Jones Walker LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | April 18, 2024 |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4847. |

   **Responses/Related Filings:**

   - *Certain Abuse Survivors' Objection to Jones Walker, LLP's Eleventh Interim Application for Allowances of Compensation and Reimbursement [Rec. Doc. 2927]* **[ECF No. 2943]**

3. *Twelfth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from March 1, 2024 Through June 30, 2024* **[ECF No. 3240]**

   | | |
   |---|---|
   | **Movant:** | Jones Walker LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | September 9, 2024 |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4847. |

   **Responses/Related Filings:**

   - *Certain Abuse Survivors' Objection to Jones Walker, LLP's Twelfth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3240]* **[ECF No. 3363]**

4. *Thirteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in*

#110748408v1

*Possession, for the Period from July 1, 2024 through October 31, 2024* **[ECF No. 3525**]

> **Movant:** Jones Walker LLP
> **Nature of Matter:** Interim Application for Compensation
> **Response Deadline:** January 9, 2025
> **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4847.
> **Responses/Related Filings:**
>
> - *Certain Abuse Survivors' Objection to Jones Walker, LLP's Thirteenth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3525]* **[ECF No. 3648]**

5. *Fourteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2024 Through February 28, 2025* **[ECF No. 3864]**

> **Movant:** Jones Walker LLP
> **Nature of Matter:** Interim Application for Compensation
> **Response Deadline:** April 10, 2025
> **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4847.
> **Responses/Related Filings:**
>
> - *Certain Abuse Survivors' Objection to Jones Walker, LLP's Fourteenth Interim Application for Allowances of Compensation and Reimbursement [Rec. Doc. 3864]* **[ECF No. 3891]**

6. *Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through June 30, 2025* **[ECF No. 4184]**

> **Movant:** Pachulski Stang Ziehl & Jones LLP
> **Nature of Matter:** Interim Application for Compensation
> **Response Deadline:** August 14, 2025
> **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4847.
> **Responses/Related Filings:**
>
> - *Certain Abuse Survivors' Consolidated Objections to Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Fourteenth and Fifteenth Interim Applications for Allowance of Compensation and Reimbursement of Expenses [Rec. Docs. 4184 & 4205]* **[ECF No. 4264]**

- *Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Reply in Support of Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period of March 1, 2025 Through June 30, 2025, and Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025* **[ECF No. 4288]**

7. *Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025* **[ECF No. 4205]**

   | | |
   |---|---|
   | **Movant:** | Troutman Pepper Locke LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | August 14, 2025 |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4847. |

   **Responses/Related Filings:**

   - *Certain Abuse Survivors' Consolidated Objections to Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Fourteenth and Fifteenth Interim Applications for Allowance of Compensation and Reimbursement of Expenses [Rec. Docs. 4184 & 4205]* **[ECF No. 4264]**

   - *Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Reply in Support of Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period of March 1, 2025 Through June 30, 2025, and Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025* **[ECF No. 4288]**

[*Certificate of Service Follows*]

Dated: February 18, 2026

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

**CERTIFICATE OF SERVICE**

    I hereby certify, on February 18, 2026, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim