**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED FOR
OMNIBUS HEARING ON THURSDAY, FEBRUARY 19, 2026, AT 1:30 P.M.**

The above-captioned reorganized debtor, the Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Reorganized Debtor**"), hereby files this Notice of **<u>Amended</u>** Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, February 19, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

#110750028v1

## <u>UNCONTESTED MATTERS</u>

1. *Motion to Docket Timely Submitted Additional Debtors Proof of Claim, or Alternatively, to Allow as Late Claim* **[ECF No. 4862]**

| | |
|---|---|
| **Movant:** | O.R. |
| **Nature of Matter:** | Motion to Docket or Allow Late Claim |
| **Response Deadline:** | February 18, 2026, at 12:00 p.m. |
| **Status:** | This matter is going forward on an expedited basis in accordance with the Order entered at ECF No. 4864. |

**Related Filings:**

- *Corrected [Proposed] Order Granting Motion to Docket Timely Submitted Additional Debtors Proof of Claim, or Alternatively, to Allow as Late Claim* **[ECF No. 4868]**

Dated: February 18, 2026

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

*[Certificate of Service Follows]*

#110750028v1

## CERTIFICATE OF SERVICE

I hereby certify, on February 18, 2026, that a true and correct copy of the foregoing Notice of Amended Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim

#110750028v1