**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § § § § | **(Jointly Administered)** |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtor**.[1] | § § | **SECTION A** |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the *Order (I) Approving (A) Omnibus Claims Objection Procedures and Form of Notice, and (B) Filing of Substantive Omnibus Claim Objections; (II) Waiving the Requirement of Bankruptcy Rule 3007 (E)(6); and (III) Granting Relate Relief* [ECF Doc. No 4875], was served on February 20, 2026, by U.S. Mail on all parties requiring service under the Special Notice List, as set forth in the Court's May 1, 2020 *Ex Parte Order Authorizing Debtor to Limit Notice and Establishing Notice Procedures* [ECF Doc. No. 22].

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Dated: February 20, 2026 | Respectfully submitted,<br><br>TROUTMAN PEPPER LOCKE, LLP<br><br>*By: Bradley C. Knapp*<br>Omer F. Kuebel, III (La #21682)<br>Bradley C. Knapp (La #35867)<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5111<br>Facsimile: (504) 558-5200<br>Email: rick.kuebel@troutman.com<br>brad.knapp@troutman.com<br><br>**-and-**<br><br>W. Steven Bryant (*admitted pro hac vice*)<br>Texas Bar. No. 24027413<br>Federal I.D. No. 32913<br>300 Colorado St., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 305-4726<br>Facsimile: (512) 305-4800<br>Email: steven.bryant@troutman.com<br><br>***Counsel to Donald C. Massey,***<br>***Settlement Trustee*** |

325735955v1