**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS,[1] | § | COMPLEX CASE |
| | § | |
| DEBTORS. | § | SECTION A |
| | § | |

## ORDER GRANTING MOTION TO DOCKET TIMELY SUBMITTED ADDITIONAL DEBTORS PROOF OF CLAIM, OR ALTERNATIVELY, TO ALLOW AS LATE CLAIM

The Court held a hearing on February 19, 2026, to consider the *Motion To Docket Timely Submitted Additional Debtors Proof of Claim, or Alternatively, To Allow as Late Claim* (the "Motion"), [ECF Doc. 4862], filed by Claimant O.R. ("O.R.").

Considering the record, pleadings, and the applicable law, and for the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED** as follows:

1.     The Proof of Claim submitted by O.R. relating to the Additional Debtors shall be deemed filed and docketed as of November 26, 2025, the date of its original submission through the designated electronic claims portal.

2.     The claims administrator and claims agent (Angeion Group/Donlin Recano) are hereby directed to update the claims register accordingly to reflect that O.R.'s Additional Debtors Proof of Claim was filed as of November 26, 2025.

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly

3.      This Order shall not affect the classification, allowance, or adjudication of O.R.'s claim on the merits, which shall remain subject to the established procedures of these Chapter 11 proceedings.

**IT IS FURTHER ORDERED** that counsel for O.R. is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, February 26, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.