**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

**ORDER APPROVING**
**FIFTEENTH INTERIM AND FINAL APPLICATION OF JONES WALKER LLP, AS COUNSEL FOR THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the application [ECF No. ____] (the "**Application**") of Jones Walker LLP ("**Jones Walker**") for final allowance of compensation for services rendered and reimbursement of expenses incurred; proper and adequate notice of the Application and hearing thereon has been given, and no further notice is required; and the Court having reviewed the Application and having found that the professional services provided by Jones Walker (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1. The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

2. Jones Walker is allowed final compensation in the amount of $17,290,624.50 for services rendered and $533,736.99 as reimbursement for actual, reasonable, and necessary expenses incurred during the period of May 1, 2020 through December 26, 2025 (the "**Final Fee Period**");

#110929577v2

3. The Reorganized Debtor is authorized and directed to pay Jones Walker the unpaid balance of allowed fees for legal services rendered and expenses incurred during the Final Fee Period, promptly upon entry of this Order; and

4. This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this ____ day of _____, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

#110929577v2