# EXHIBIT A

## SUMMARY CHARTS—FIFTEENTH INTERIM FEE PERIOD

### Summary of Total Hours and Fees by Timekeeper[1]

| Name | Title | Practice Area | Year of Admission | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $489.06 | 523.3 | $255,927.00 |
| Rudolph R. Ramelli | Partner | Tax | 1978 | $400.00 | 2.4 | $960.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 3.7 | $1,110.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $400.00 | 941.8 | $376,720.00 |
| Elizabeth J. Futrell | Partner | Litigation | 1981 | $490.00 | 137.0 | $67,130.00 |
| Curtis R. Hearn | Partner | Corporate | 1984 | $400.00 | 4.3 | $1,720.00 |
| Sidney F. Lewis V | Partner | Labor & Employment | 1985 | $400.00 | 1.6 | $640.00 |
| Jeffrey R. Barber | Partner | Bankruptcy | 1987 | $400.00 | 233.7 | $93,480.00 |
| Andrew R. Lee | Partner | Litigation | 1991 | $400.00 | 11.9 | $4,760.00 |
| Kelly R. Lewis | Partner | Tax | 2001 | $400.00 | 4.0 | $1,600.00 |
| Amy G. Scafidel | Partner | Corporate | 2001 | $400.00 | 0.6 | $240.00 |
| Raedtha A. Vasquez | Partner | Tax | 2002 | $400.00 | 1.0 | $400.00 |
| Alexander N. Breckinridge | Partner | Litigation | 2007 | $400.00 | 37.2 | $14,880.00 |
| Avery B. Pardee | Partner | Litigation | 2007 | $400.00 | 0.2 | $80.00 |
| Benjamin P. Woodruff | Partner | Corporate | 2007 | $400.00 | 3.1 | $1,240.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $490.00 | 1,668.6 | $817,614.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 10.8 | $4,320.00 |
| Allison B. Kingsmill | Partner | Litigation | 2015 | $400.00 | 702.6 | $281,040.00 |
| T. Gregory E. Schafer | Special Counsel | Litigation | 1996 | $300.00 | 3.2 | $960.00 |
| Nicole G. Helmstetter | Special Counsel | Bankruptcy | 2010 | $486.45 | 151.9 | $73,892.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $300.00 | 1,790.8 | $537,240.00 |
| Tyler M. Andrews | Associate | Corporate | 2019 | $250.00 | 5.9 | $1,475.00 |
| Caroline M. Lee (f/k/a Caroline V. McCaffrey) | Associate | Bankruptcy | 2020 | $300.00 | 39.5 | $11,850.00 |

---

[1] As previously stated, the statistics provided in this summary chart do not reflect the voluntary fee reduction of $50,856.00.

| Name | Title | Department | Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Elizabeth W. De Leon | Associate | Bankruptcy | 2021 | $250.00 | 0.9 | $225.00 |
| Timothy P. Scanlan | Associate | Litigation | 2021 | $250.00 | 4.8 | $1,200.00 |
| Emily D. Vorhoff | Associate | Corporate | 2022 | $250.00 | 4.7 | $1,175.00 |
| Madeline M. Freese | Associate | Litigation | 2023 | $250.00 | 17.3 | $4,325.00 |
| Sage L. Knapp | Associate | Bankruptcy | 2023 | $250.00 | 180.9 | $45,225.00 |
| Dakota J. Stephens | Associate | Litigation | 2023 | $250.00 | 1.3 | $325.00 |
| Michael T. Stewart | Associate | Corporate | 2023 | $250.00 | 5.8 | $1,450.00 |
| L. Davis Williams | Associate | Litigation | 2023 | $250.00 | 30.7 | $7,675.00 |
| Kathryn E. Schimmel | Associate | Litigation | 2024 | $250.00 | 16.2 | $4,050.00 |
| Patrick M. Van Burkleo | Associate | Litigation | 2024 | $250.00 | 42.5 | $10,625.00 |
| Madelyn C. Graves | Associate | Litigation | 2025 | $250.00 | 21.1 | $5,275.00 |
| Sheldon D. Johnson | Associate | Litigation | 2025 | $250.00 | 10.2 | $2,550.00 |
| Salome A. Rivera | Associate | Bankruptcy | 2025 | $250.00 | 51.8 | $12,950.00 |
| Bonnie Boudreaux | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 89.0 | $15,130.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $170.00 | 1.1 | $187.00 |
| Michelle Green | Paralegal | Litigation | N/A | $170.00 | 2.1 | $357.00 |
| Melissa E. Hollinger | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 27.5 | $4,675.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 259.2 | $44,064.00 |
| A.M. Welbourne | Paralegal | Litigation | N/A | $205.00 | 11.2 | $2,296.00 |
| Stephanie A. Zolli | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 7.3 | $1,241.00 |
| Law Clerks | N/A | N/A | N/A | $170.00 | 1.0 | $170.00 |
| **TOTAL** | | | | | **7,065.7** | **$2,714,448.00** |

#110929577v2

## Summary of Compensation by Project Category[2]

| Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| B120 | Asset Analysis and Recovery | 9.6 | $4,067.00 |
| B130 | Asset Disposition | 78.4 | $24,793.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.2 | $60.00 |
| B210 | Business Operations | 24.6 | $9,957.00 |
| B110 | Case Administration | 1,065.1 | $411,555.00 |
| B310 | Claims Administration and Objections | 197.9 | $75,337.00 |
| B160 | Fee/Employment Applications | 346.7 | $109,827.00 |
| B170 | Fee/Employment Objections | 5.6 | $2,190.00 |
| B230 | Financing/Cash Collections | 3.1 | $1,240.00 |
| B410 | General Bankruptcy Advice/Opinions | 18.0 | $4,146.00 |
| B190 | Other Contested Matters | 1,084.9 | $383,937.00 |
| B320 | Plan and Disclosure Statement | 4,192.9 | $1,673,949.00 |
| B250 | Real Estate | 21.9 | $7,760.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 16.8 | $5,630.00 |
| | **TOTAL** | **7,065.7** | **$2,714,448.00** |

## Expense Summary

| Category | Amount |
|---|---|
| Color Imaging | $886.50 |
| Copy Service | $2,771.60 |
| Court Fees | $1,205.38 |
| Court Record Fees | $272.30 |
| Delivery Services | $1,493.59 |
| Deposition Transcripts | $1,006.50 |
| Filing Fees | $500.00 |
| Lexis Legal Research | $17,474.50 |
| Litigation Support | $1,055.45 |
| Long Distance and Conference Calls | $531.43 |
| Meals | $4,691.04 |
| Other | $5.68 |
| Overtime | $176.32 |
| Relativity Data Hosting | $59,952.13 |
| Trial Transcripts | $12,397.65 |
| **TOTAL** | **$104,420.07** |

---

[2] The statistics provided in this summary chart do not reflect the voluntary fee reduction of $50,856.00.

3

#110929577v2