# EXHIBIT B

## SUMMARY CHARTS—FINAL FEE PERIOD

### Summary of Total Hours and Fees by Timekeeper[1]

| Name | Title | Practice Area | Year of Admission | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| David F. Edwards | Partner | Tax | 1972 | $400.00 | 0.5 | $200.00 |
| Pauline F. Hardin | Partner | Litigation | 1974 | $400.00 | 15.1 | $6,040.00 |
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $489.27 | 3,705.7 | $1,813,094.00 |
| Robert B. Bieck, Jr. | Partner | Litigation | 1977 | $400.00 | 0.6 | $240.00 |
| Rudolph R. Ramelli | Partner | Tax | 1978 | $400.00 | 12.3 | $4,920.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 382.8 | $114,840.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $338.33 | 5,095.9 | $1,724,090.00 |
| H. Mark Adams | Partner | Labor & Employment | 1981 | $300.00 | 18.1 | $5,430.00 |
| Elizabeth J. Futrell | Partner | Litigation | 1981 | $490.00 | 4,453.2 | $2,182,068.00 |
| Richard J. Tyler | Partner | Litigation | 1981 | $400.00 | 1.5 | $600.00 |
| Covert J. Geary | Partner | Litigation | 1984 | $400.00 | 161.4 | $64,560.00 |
| Curtis R. Hearn | Partner | Corporate | 1984 | $400.00 | 43.8 | $17,520.00 |
| Sidney F. Lewis V | Partner | Labor & Employment | 1985 | $400.00 | 1.6 | $640.00 |
| Jefferson R. Tillery | Partner | Maritime | 1986 | $300.00 | 486.1 | $145,830.00 |
| Robert L. Walsh | Partner | Litigation | 1986 | $400.00 | 14.9 | $5,960.00 |
| Jeffrey R. Barber | Partner | Bankruptcy | 1987 | $400.00 | 247.0 | $98,800.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 1,339.8 | $401,940.00 |
| Andrew R. Lee | Partner | Litigation | 1991 | $400.00 | 11.9 | $4,760.00 |
| Carmen M. Rodriguez | Partner | Litigation | 1993 | $400.00 | 0.3 | $120.00 |
| Timothy P. Brechtel | Partner | Tax | 1996 | $400.00 | 47.4 | $18,960.00 |
| Jennifer A. Kogos | Partner | Labor & Employment | 1998 | $400.00 | 1.3 | $520.00 |
| Ryan E. Johnson | Partner | Litigation | 1999 | $400.00 | 0.2 | $80.00 |
| Christopher M. Wappel | Partner | Litigation | 2000 | $400.00 | 0.2 | $80.00 |
| Seth A. Levine | Partner | Corporate | 2001 | $400.00 | 9.1 | $3,640.00 |
| Kelly R. Lewis | Partner | Tax | 2001 | $400.00 | 4.0 | $1,600.00 |
| Meredith M. Maxwell | Partner | Corporate | 2001 | $400.00 | 6.4 | $2,560.00 |
| Amy G. Scafidel | Partner | Corporate | 2001 | $400.00 | 0.6 | $240.00 |
| Raedtha A. Vasquez | Partner | Tax | 2002 | $400.00 | 1.0 | $400.00 |
| Alexander N. Breckinridge | Partner | Litigation | 2007 | $400.00 | 56.4 | $22,560.00 |
| Avery B. Pardee | Partner | Litigation | 2007 | $394.48 | 14.5 | $5,720.00 |
| B. Trevor Wilson | Partner | Tax | 2007 | $400.00 | 17.7 | $7,080.00 |
| Benjamin P. Woodruff | Partner | Corporate | 2007 | $400.00 | 3.1 | $1,240.00 |

---

[1] As previously stated, the statistics provided in this summary chart do not reflect the $60,000.00 reduction in fees pursuant to the First Interim Fee Order or the voluntary fee reduction of $254,842.50.

#110929577v2

| Name | Title | Department | Year | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $442.72 | 8,337.7 | $3,691,244.00 |
| Kaytie M. Pickett | Partner | Litigation | 2009 | $400.00 | 6.1 | $2,440.00 |
| Mary Margaret Spell | Partner | Labor & Employment | 2009 | $300.00 | 34.3 | $10,290.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $399.77 | 1,954.7 | $781,440.00 |
| Joseph E. Bain | Partner | Bankruptcy | 2010 | $400.00 | 6.9 | $2,760.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 333.5 | $133,400.00 |
| Graham H. Ryan | Partner | Litigation | 2011 | $400.00 | 11.1 | $4,440.00 |
| Madeleine Fischer | Special Counsel | Litigation | 1975 | $300.00 | 319.6 | $95,880.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 135.3 | $40,590.00 |
| T. Gregory E. Schafer | Special Counsel | Litigation | 1996 | $300.00 | 3.2 | $960.00 |
| Nicole G. Helmstetter | Special Counsel | Bankruptcy | 2010 | $486.45 | 151.9 | $73,892.00 |
| Stacey M. Buchanan | Associate | Bankruptcy | 2009 | $250.00 | 19.8 | $4,950.00 |
| Heather K. Trosclair | Associate | Litigation | 2013 | $250.00 | 3.5 | $875.00 |
| Michael A. Foley | Associate | Labor & Employment | 2014 | $250.00 | 29.7 | $7,425.00 |
| Elise M. Henry | Associate | Litigation | 2014 | $250.00 | 11.6 | $2,900.00 |
| Allison B. Kingsmill | Associate / Partner[2] | Litigation | 2015 | $298.34 | 4,470.8 | $1,333,835.00 |
| Vanessa W. Graf | Associate | Corporate | 2016 | $250.00 | 0.5 | $125.00 |
| Lucas H. Self | Associate | Bankruptcy | 2016 | $250.69 | 798.8 | $200,250.00 |
| Henry S. Rauschenberger | Associate | Litigation | 2017 | $250.00 | 29.2 | $7,300.00 |
| Madison M. Tucker | Associate | Bankruptcy | 2017 | $250.00 | 21.5 | $5,375.00 |
| Leslie Lacoste | Associate | Corporate | 2018 | $250.00 | 60.8 | $15,200.00 |
| Robert Mahtook | Associate | Corporate | 2018 | $250.00 | 26.4 | $6,600.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $272.93 | 10,375.1 | $2,831,710.00 |
| T.C. Wicker | Associate | Litigation | 2018 | $250.00 | 10.8 | $2,700.00 |
| Tyler M. Andrews | Associate | Corporate | 2019 | $250.00 | 5.9 | $1,475.00 |
| Olivia K. Greenberg (f/k/a Olivia K. O'Brien) | Associate | Litigation | 2019 | $250.00 | 513.7 | $128,425.00 |
| Matthew B. Johnson | Associate | Corporate | 2019 | $250.00 | 37.3 | $9,325.00 |
| Gabrielle A. Ramirez | Associate | Bankruptcy | 2019 | $250.00 | 14.8 | $3,700.00 |
| Jacob J. Pritt | Associate | Labor & Employment | 2019 | $253.57 | 16.8 | $4,260.00 |
| Emily Gauthier | Associate | Corporate | 2020 | $250.00 | 1.3 | $325.00 |
| Hobie A. Hotard | Associate | Tax | 2020 | $250.00 | 10.4 | $2,600.00 |
| Caroline M. Lee (f/k/a Caroline V. McCaffrey) | Associate | Bankruptcy | 2020 | $258.91 | 2,664.2 | $689,790.00 |
| Andrew C. Rayford | Associate | Litigation | 2020 | $250.00 | 228.8 | $57,200.00 |
| Elizabeth W. De Leon | Associate | Bankruptcy | 2021 | $249.80 | 245.0 | $61,200.00 |

---

[2] Ms. Kingsmill was promoted from "Associate" to "Partner" effective January 1, 2023.

#110929577v2

| Name | Title | Department | Year | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Eric Morvant | Associate | Litigation | 2021 | $250.00 | 1.1 | $275.00 |
| Timothy P. Scanlan | Associate | Litigation | 2021 | $250.00 | 4.8 | $1,200.00 |
| Marisa Del Turco | Associate | Litigation | 2022 | $250.00 | 55.5 | $13,875.00 |
| Swati Parashar | Associate | Bankruptcy | 2022 | $250.00 | 236.7 | $59,175.00 |
| Emily D. Vorhoff | Associate | Corporate | 2022 | $250.00 | 4.7 | $1,175.00 |
| Madeline M. Freese | Associate | Litigation | 2023 | $250.00 | 49.4 | $12,350.00 |
| Parker Hufft | Associate | Corporate | 2023 | $250.00 | 23.8 | $5,950.00 |
| Sage L. Knapp | Associate | Bankruptcy | 2023 | $250.00 | 180.9 | $45,225.00 |
| Dakota J. Stephens | Associate | Litigation | 2023 | $250.00 | 1.3 | $325.00 |
| Michael T. Stewart | Associate | Corporate | 2023 | $250.00 | 5.8 | $1,450.00 |
| Marion Strauss | Associate | Litigation | 2023 | $250.00 | 9.2 | $2,300.00 |
| L. Davis Williams | Associate | Litigation | 2023 | $250.00 | 30.7 | $7,675.00 |
| Tamra J. Manfredo | Associate | Corporate | 2024 | $250.00 | 44.2 | $11,050.00 |
| Kathryn E. Schimmel | Associate | Litigation | 2024 | $250.00 | 16.2 | $4,050.00 |
| Patrick M. Van Burkleo | Associate | Litigation | 2024 | $250.00 | 52.0 | $13,000.00 |
| Madelyn C. Graves | Associate | Litigation | 2025 | $250.00 | 21.1 | $5,275.00 |
| Sheldon D. Johnson | Associate | Litigation | 2025 | $250.00 | 10.2 | $2,550.00 |
| Salome A. Rivera | Associate | Bankruptcy | 2025 | $250.00 | 51.8 | $12,950.00 |
| Amanda N. Bladsacker | Paralegal | Litigation | N/A | $170.00 | 0.2 | $34.00 |
| Bonnie Boudreaux | Paralegal | eDiscovery & Data Solutions | N/A | $169.92 | 400.7 | $68,087.50 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $159.00 | 43.5 | $6,916.50 |
| Jessica L. Breaux | Paralegal | Corporate | N/A | $175.00 | 1.0 | $175.00 |
| Constance DeMesme | Paralegal | Litigation | N/A | $170.00 | 299.0 | $50,830.00 |
| Michelle Green | Paralegal | Litigation | N/A | $170.00 | 4.3 | $731.00 |
| Tammy E. Hale | Paralegal | Litigation | N/A | $175.00 | 0.8 | $140.00 |
| Melissa E. Hollinger | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 33.8 | $5,746.00 |
| Melanie B. Salinas | Paralegal | Litigation | N/A | $170.00 | 11.0 | $1,870.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $169.73 | 2,115.5 | $359,072.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $159.71 | 61.1 | $9,758.50 |
| Ryan P. Smith | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 8.4 | $1,428.00 |
| Daniel J. Vogel | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 2.5 | $425.00 |
| Aaron D. Washington | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 39.0 | $6,630.00 |
| A.M. Welbourne | Paralegal | Litigation | N/A | $205.00 | 11.2 | $2,296.00 |
| Stephanie A. Zolli | Paralegal | eDiscovery & Data Solutions | N/A | $170.00 | 20.3 | $3,451.00 |
| Law Clerks | N/A | N/A | N/A | $170.00 | 98.9 | $16,813.00 |
| **TOTAL** | | | | | **50,996.0** | **$17,605,467.00** |

#110929577v2

**Summary of Compensation by Project Category[3]**

| Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| B120 | Asset Analysis and Recovery | 416.9 | $143,979.00 |
| B130 | Asset Disposition | 1,427.5 | $435,397.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 17.1 | $4,674.00 |
| B180 | Avoidance Action Analysis | 0.2 | $98.00 |
| B260 | Board of Directors Matters | 1.9 | $931.00 |
| B210 | Business Operations | 894.3 | $388,067.00 |
| B110 | Case Administration | 10,877.5 | $3,520,196.00 |
| B310 | Claims Administration and Objections | 7,320.2 | $2,300,206.00 |
| B220 | Employee Benefits/Pensions | 80.7 | $31,782.00 |
| B160 | Fee/Employment Applications | 2,643.3 | $791,207.00 |
| B170 | Fee/Employment Objections | 470.3 | $138,929.00 |
| B230 | Financing/Cash Collections | 20.2 | $8,971.00 |
| B410 | General Bankruptcy Advice/Opinions | 1,090.6 | $320,380.00 |
| B150 | Meetings of and Communications with Creditors | 6.9 | $3,066.00 |
| B430 | Other | 3.1 | $775.00 |
| B190 | Other Contested Matters | 15,724.8 | $5,338,636.00 |
| B320 | Plan and Disclosure Statement | 9,065.5 | $3,871,684.00 |
| B250 | Real Estate | 210.5 | $79,931.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 702.2 | $216,711.00 |
| B420 | Restructurings | 22.3 | $9,847.00 |
| | **TOTAL** | **50,996.0** | **$17,605,467.00** |

---

[3] This summary chart does not reflect the $60,000.00 reduction in fees pursuant to the First Interim Fee Order or the voluntary fee reduction of $254,842.50.

4

**Expense Summary**

| Category | Amount |
|---|---:|
| Binding | $64.00 |
| Color Imaging | $2,283.00 |
| Copy Service | $7,158.10 |
| Court Fees | $25,672.63 |
| Court Record Fees | $10,140.00 |
| Delivery Services | $2,212.10 |
| Deposition Transcripts | $18,482.69 |
| Discovery-Related Expenses | $276.36 |
| Filing Fees | $562.00 |
| Lexis Legal Research | $121,852.55 |
| Litigation Support | $30,317.46 |
| Long Distance and Conference Calls | $2,546.09 |
| Meals | $16,140.12 |
| Notary | $10.00 |
| Other | $37,597.51 |
| Other Professionals | $1,958.69 |
| Out of Town Travel | $665.41 |
| Overtime | $176.32 |
| Relativity Data Hosting | $223,493.60 |
| Trial Exhibits | $112.95 |
| Trial Transcripts | $32,015.41 |
| **TOTAL** | **$533,736.99** |

#110929577v2