# EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The blended hourly rate for Jones Walker's timekeepers who billed time to the Debtor during the Final Fee Period was approximately $345.23 per hour (the "**Debtor Blended Rate**").[1]

The non-bankruptcy blended hourly rate for Jones Walker's timekeepers during the 12-month period from January 1, 2025 to and including December 31, 2025 (the "**Comparable Period**") was, in the aggregate, approximately $480.35 per hour (the "**Non-Bankruptcy Blended Rate**").[2]

A comparison of these rates is as follows:

| Category of Timekeeper | Total Hours (Billed to the Debtor) | Total Fees (Billed to the Debtor) | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|---|---|
| Partners | 28,279.6 | $11,858,706.00 | $419.34 | $557.22 |
| Special Counsel | 610.0 | $211,322.00 | $346.43 | $408.02 |
| Associates | 18,955.2 | $5,001,035.00 | $263.83 | $367.81 |
| Paralegals | 3,052.3 | $517,591.00 | $169.57 | $219.17 |
| Law Clerks | 98.9 | $16,813.00 | $170.00 | $198.81 |
| **Aggregate** | **50,996.0** | **$17,605,467.00** | **$345.23** | **$480.35** |

When compared against the Non-Bankruptcy Blended Rate, Jones Walker's discount resulted in a voluntary fee reduction of at least **$6.8 million** during the Final Fee Period. Jones Walker notes that this comparison is conservative, as the customary rates for bankruptcy timekeepers are considerably higher than those for non-bankruptcy timekeepers.

---

[1] Jones Walker calculated the blended rate for timekeepers who billed to the Debtor by dividing the total dollar amount billed by such timekeepers during the Final Fee Period by the total number of hours billed by such timekeepers during the Final Fee Period. This calculation does not reflect the $60,000.00 reduction in fees pursuant to the First Interim Fee Order or the voluntary fee reduction of $254,842.50.

[2] Jones Walker calculated the Non-Bankruptcy Blended Hourly Rate by dividing the total dollar amount billed by non-bankruptcy timekeepers during the Comparable Period by the total number of hours billed by non-bankruptcy timekeepers during the Comparable Period.

#110929577v2