# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

### FIRST INTERIM APPLICATION OF JONES WALKER LLP
### FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
### EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION,
### FOR THE PERIOD FROM MAY 1, 2020 THROUGH SEPTEMBER 30, 2020

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 17, 2020, AT 1:30 P.M., BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-888-684-8852; ACCESS CODE: 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4129543.7}

**EXHIBIT**

**D**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

**SUMMARY SHEET FOR FIRST INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR THE PERIOD FROM MAY 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor and Debtor-in-Possession |
| Petition Date: | May 1, 2020 |
| Retention Date: | June 19, 2020 *nunc pro tunc* to May 1, 2020 |
| Time Period Covered by this Application: | May 1, 2020 – September 30, 2020 |
| Total Fees Sought to be Allowed in this Application: | $2,092,461.00 |
| Total Expenses Sought to be Allowed in this Application: | $76,168.58 |
| Total Fees Approved by Interim Order to Date: | $0.00 |
| Total Expenses Approved by Interim Order to Date: | $0.00 |
| Total Fees Paid Pursuant to Prior Fee Statements: | $1,450,214.40 |
| Total Expenses Paid Pursuant to Prior Fee Statements: | $60,130.42 |
| Blended Rate in this Application for all Attorneys: | $347.78 |
| Blended Rate in this Application for all Timekeepers: | $344.04 |
| Number of Professionals in this Application : | 29 |
| If Applicable, Number of Professionals Included in this Application but not Included in Staffing Plan: | 12 |
| Number of Professionals Billing Fewer than 15 Hours in Connection with this Application: | 8 |
| Are Any Rates Higher than Those Approved or Disclosed at Retention? | Yes.  This issue is addressed in footnote 1 to Exhibit A. |
| Remaining Balance of Pre-Petition Retainer: | $101,390.94 |

This is a(n): ___ monthly _X_ interim ___ final application

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA  70125.

COMES NOW, Jones Walker LLP ("Jones Walker"), pursuant to §§ 105(a), 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"), *General Order 2019-4,* section XIII, which establishes procedures for Professional Retention, Compensation, and Reimbursement of Expenses (the "Complex Case Procedures"), and the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor* [Doc. 170] (the "Retention Order"), and who hereby submits this application (the "Application"), seeking interim approval and allowance of compensation and reimbursement of expenses incurred as counsel to the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), for the period from May 1, 2020 through September 30, 2020. In support of this Application, Jones Walker respectfully represents as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.     On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5.　　　The Official Committee of Unsecured Creditors (the "Committee") was appointed on May 20, 2020 [ECF No. 94], and was reconstituted on June 10, 2020 [ECF No. 151]

6.　　　The Debtor retained Jones Walker as its counsel *nunc pro tunc* to the Petition Date, pursuant to the Retention Order, which was entered on June 19, 2020.  [Doc. 170].

7.　　　The Retention Order authorizes Jones Walker to apply for compensation for professional services rendered and reimbursement of expenses incurred in compliance with §§ 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, the Complex Case Procedures, and any other applicable procedures and orders of the Court. The Retention Order also directs Jones Walker to make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the UST Guidelines.

8.　　　As further explained in the *Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. 75] (the "Retention Application"), at engagement, Jones Walker agreed to be compensated on an hourly basis at rates disclosed in its Retention Application.

9.　　　Prior to the Petition Date, as of March 9, 2020, Jones Walker held a retainer of $250,000.00.  During the course of Jones Walker's pre-petition representation of the Debtor, Jones Walker submitted invoices to the Debtor, and applied $148,609.06 of the retainer to certain invoiced fees and expenses.  After applying the retainer against certain fees and expenses earned and incurred prior to the Petition Date, the balance of the retainer is approximately $101,390.94. Jones Walker requests that the remainder of the retainer held by Jones Walker be applied to the outstanding balance of fees and expenses incurred during the First Interim Fee Period.

## REQUEST FOR APPROVAL OF FEES AND EXPENSES

10.　　　This Application covers the period from May 1, 2020 through September 30, 2020 (the "First Interim Fee Period").  By this Application, Jones Walker seeks interim approval and

allowance of fees in the amount of $2,092,461.00 and reimbursement of expenses in the amount of $76,168.58.  The total number of hours expended during the First Interim Fee Period for which compensation is sought is approximately 6,082.10 hours.

## PRIOR MONTHLY FEE STATEMENTS

11.    In accordance with this Court's Complex Case Procedures, Jones Walker has submitted to the Debtor and to other Professional Fee Notice Parties (as defined in the Complex Case Procedures) three monthly fee statements (each a "Monthly Fee Statement").

12.    The Complex Case Procedures authorizes the Debtor to pay Jones Walker 80% of fees and 100% of expenses identified in each Monthly Fee Statement to which no objection has been served.  The applicable objection periods have expired in connection with Jones Walker's First and Second Monthly Fee Statements.  Although the UST's office served an objection to Jones Walker's First Monthly Fee Statement, the parties continue to work through those issues.  To the extent necessary, Jones Walker will provide the Court with a supplement to this Application in advance of the noticed hearing date.  The objection period relating to Jones Walker's Third Monthly Fee Statement will expire on December 7, 2020.

13.    The following is a summary of the amounts requested by Jones Walker and paid by the Debtor pursuant to Monthly Fee Statements relating to the First Interim Fee Period:

| Monthly Fee Statement (Period) | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid |
|---|---|---|---|---|
| First Monthly Fee Statement (5/1/2020 – 6/30/2020) | $651,542.00 (80% of $814,427.50) | $25,452.06 | $651,542.00 | $25,452.06 |

| | | | | |
|---|---|---|---|---|
| Second Monthly Fee Statement (7/1/2020 – 8/31/2020) | $798,672.40 (80% of $998,340.50) | $43,347.95 | $798,672.40 | $34,678.36[2] |
| Third Monthly Fee Statement (9/1/2020 – 9/30/2020) | $223,754.40 (80% of $279,693.00) | $7,368.57 | $0.00 | $0.00 |

## FEES AND EXPENSES

14.    Jones Walker is handling this Chapter 11 Case and approximately 31 other proceedings on behalf of the Debtor (the "Litigation Matters").

15.    Attached hereto as **Exhibit A** are summary sheets for each of the Litigation Matters and this Chapter 11 Case.[3]  Each summary sheet contains the following:

   a.   A list of the Jones Walker professionals performing legal services on behalf of the Debtor during the First Interim Fee Period, along with their respective titles, practice areas, years of admission, hourly billing rates, total hours billed, and total fees billed;

   b.   A breakdown, by project category, of the services rendered and compensation sought by Jones Walker during the First Interim Fee Period; and

   c.   An itemization of expenses incurred and for which reimbursement sought, by expense category, during the First Interim Fee Period.

16.    Attached hereto as **Exhibit B** are customary and comparable compensation disclosures for the First Interim Fee Period.

---

[2] The Debtor inadvertently reimbursed Jones Walker for 80%, rather than 100%, of expenses requested under Jones Walker's Second Monthly Fee Statement.  Pursuant to the Complex Case Procedures, the Debtor may pay Jones Walker the remaining 20% balance of expenses requested prior to the noticed hearing date.

[3] The Litigation Matters are depicted on Exhibit A as matters 1-31, while the work performed in connection with this Chapter 11 Case is depicted as matter 32, which is titled "Post-Petition Reorganization Advices."

17.     Attached hereto as **Exhibit C** is a budget and staffing plan for the First Interim Fee Period.

18.     Attached hereto as **Exhibit D** is a copy of the First Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from May 1, 2020 through June 30, 2020, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.

19.     Attached hereto as **Exhibit E** is a copy of the Second Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from July 1, 2020 through August 31, 2020, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.[4]

20.     Attached hereto as **Exhibit F** is a copy of the Third Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from September 1, 2020 through September 30, 2020, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.

21.     Finally, attached hereto as **Exhibit G** is a proposed order granting the relief requested herein.

## SUMMARY OF SERVICES RENDERED TO THE DEBTOR
## DURING THE FIRST INTERIM FEE PERIOD

---

[4] Exhibit D to the Second Monthly Fee Statement has been amended in an attempt to correct certain time entries that contained what appeared to be block billing.

22.     During the First Interim Fee Period, Jones Walker devoted a considerable amount of time to advising the Debtor concerning all aspects of its operations as a debtor-in-possession under the Bankruptcy Code and its compliance with the Bankruptcy Code and the chapter 11 operating guidelines established by the UST.

23.     Among other things, Jones Walker prepared and filed monthly operating reports, addressed multiple follow-up questions regarding such reports from both the UST and the Committee, and assembled and communicated additional information requested by the UST, the Committee, insurance carriers, and other parties in interest. Jones Walker also advised the Debtor regarding its rights, duties and obligations with respect to certain prepetition and post-petition accounts payable, and the scope of its authority to make prepetition payments pursuant to Court order.

24.     With respect to the Litigation Matters, Jones Walker, among other things, conducted a review of abuse claims that have been asserted against the Debtor and assisted with the removal of 36 abuse claim lawsuits that were filed against the Debtor in state court. After removal, Jones Walker prepared a *Notice of Proceeding Subject to Automatic Reference to Bankruptcy Judge Pursuant to Local Rule 83.41* in each removed abuse action, indicating that District Court Local Rule 83.4.1 mandates the automatic transfer of each action for all purposes other than trial of any personal injury tort claims that may be asserted.

25.     Additionally, Jones Walker advised the Debtor regarding the scope of the automatic stay, including with respect to ongoing actions against parishes and other Catholic entities. Specifically, Jones Walker advised the Debtor regarding the extent to which the automatic stay arising as a result of this Chapter 11 Case would be effective to stay the continued prosecution of

litigation against parishes and other Catholic entities who are co-defendants with the Debtor in a number of lawsuits asserting abuse claims.

26.     Notably, Jones Walker spent considerable time objecting to motions for relief from the automatic stay.  During the First Interim Compensation Period, Merle Noullet filed *a Motion for Partial Relief from the Automatic Stay* [ECF No. 131] seeking a modification of the stay to permit Ms. Noullet to conduct discovery and prosecute her claims against the Debtor and its insurers in a slip-and-fall lawsuit pending in the 22 Judicial District Court for the Parish of St. Tammany, State of Louisiana.  Jones Walker's professionals conducted legal research, briefed the issues, and successfully argued that Ms. Noullet's motion for relief from the stay should be denied. Further, J.W. Doe and James Doe filed motions for relief from the automatic stay [ECF Nos. 378 & 380] seeking to prosecute their abuse claims against the Debtor and its co-defendants in order to obtain a determination of liability and damages or in the alternative, to conduct written discovery and take depositions of defendants and witnesses over the age of 70.  Again, Jones Walker's professionals spent extensive time conducting legal research, briefing the issues, and objecting to the motions.

27.     Furthermore, Jones Walker's professionals spent a significant amount of time developing and negotiating  a claim process and prepared a comprehensive claim bar date motion, and order with model proof of claim forms and a comprehensive confidentiality protocol and media campaign.  Specifically, Jones Walker submitted the *Ex Parte Motion for and Order Establishing Deadlines for Filing Proofs of Claims; Approving Proof of Claim Form; and Approving Form and Manner of Notice Thereof* [ECF No. 200] (the "Bar Date Motion") on July 1, 2020, which was heavily negotiated through the end of September.  The Court subsequently set

the bar dates accordingly and the Debtor has continued working on complying with the Court's Bar Date order.

28.     Jones Walker also expended a significant amount of time assisting the Debtor in reviewing information relating to historical insurance policies, or evidence of the existence of such policies.  Once policies were identified, Jones Walker interfaced with co-counsel from Blank Rome, LLP in connection with the preparation of a global coverage availability analysis.  Jones Walker's professionals also spent time addressing various other issues that may impact the availability of insurance coverage or otherwise augment the Debtor's bankruptcy estate.

29.     Throughout the First interim Fee Period, Jones Walker participated in planning and strategy conferences, coordinated tasks among Jones Walker professionals to ensure efficiency and to avoid duplication of efforts, and communicated with other parties in interest regarding case management issues.  Jones Walker also participated in regularly scheduled meetings with the Debtor's leadership and other professionals to coordinate with respect to open business and legal issues facing the Debtor.  Specifically, Jones Walker advised the Debtor with respect to accounting, cash flow, fundraising and collection issues, communications with parishes and parishioners, labor and employment matters related to the Chapter 11 Case, and investment activities in connection with the Chapter 11 Case, among other business operational matters.

30.     Additionally, Jones Walker engaged in regular discussions with counsel for the Committee regarding a wide variety of issues and responded to multiple inquiries concerning this Chapter 11 Case.

31.     Jones Walker also drafted and submitted to the Court and the UST retention applications under § 327 of the Bankruptcy Code and Monthly Fee Statements.  Jones Walker also

assisted the Debtor's other professionals with the submission of their respective Monthly Fee Statements.

32. Further, the Committee filed a *Motion to Dismiss Chapter 11 Case* (the "Motion to Dismiss") on July 3, 2020. Jones Walker's professionals spent significant time drafting and filing an objection (the "Objection") to the Motion to Dismiss [ECF No. 345]. Specifically, Jones Walker's professionals spent substantial time analyzing data and reports, research, compiling information, communicating with the Debtor, and reviewing relevant documents to prepare for the Objection.

33. Finally, Jones Walker's professionals are continuing to strategize on issues related to matters involving the preparation of a disclosure statement and plan.

34. All of the services for which compensation is requested by Jones Walker were performed for, or on behalf of, the Debtor, and not on behalf of any creditor, examiner, trustee, or any other entity. In addition, Jones Walker has not entered into any agreements to fix fees or to share compensation as prohibited by 18 U.S.C. § 155 and 11 U.S.C. § 504.

## REASONABLENESS OF FEES AND EXPENSES

35. As set forth in the charts attached hereto as **Exhibit A** and further detailed in the itemized time records attached hereto as **Exhibits D-F**, the professionals of Jones Walker expended a total of 6,082.10 hours during the First Interim Fee Period. Jones Walker has charged hourly rates for work of this character. The reasonable value of the services rendered by Jones Walker to the Debtor during the First Interim Fee Period is $2,092,461.00.

36. In accordance with the factors enumerated in § 330 of the Bankruptcy Code, Jones Walker respectfully submits that the foregoing amounts requested are fair and reasonable given (a) the complexity of this Chapter 11 Case, (b) the time expended, (c) the nature and extent of the

services rendered, (d) the value of such services, and (e) the costs of comparable services other for

non-bankruptcy cases.  Moreover, Jones Walker has reviewed the requirements set forth in Local

Rule 2016-1 and believes this Application complies with such Rule.

## ACTUAL AND NECESSARY DISBURSEMENTS

37.     As set forth in **Exhibit A**, a total of $76,168.58 of actual, necessary expenses were

incurred by Jones Walker during the First Interim Fee Period.  Jones Walker's disbursement

policies pass through all expenses at actual cost or an estimated actual cost when the actual cost is

difficult to determine.

## FACTORS TO BE CONSIDERED IN AWARDING ATTORNEY'S FEES

38.     Bankruptcy Code § 330 authorizes the Court to award professional persons

employed pursuant to Bankruptcy Code § 327 reasonable compensation for actual and necessary

services rendered and reimbursement for actual and necessary expenses incurred. *See* 11 U.S.C. §

330.  Specifically, Bankruptcy Code § 330(a) provides:

(1)     After notice to the parties in interest and the United States Trustee and a
hearing, and subject to sections 326, 328, and 329, the court may award to a
trustee, a consumer privacy ombudsman appointed under section 332, an
examiner, an ombudsman appointed under section 333, or a professional
person employed under section 327 or 1103-

(A)     reasonable compensation for actual, necessary services rendered by
the trustee, examiner, ombudsman, professional person, or attorney
and by any paraprofessional person employed by any such person;
and

(B)     reimbursement for actual, necessary expenses . . .

* * *

(3)     In determining the amount of reasonable compensation to be awarded to an
examiner, trustee under chapter 11, or professional person, the court shall
consider the nature, the extent, and the value of such services, taking into
account all relevant factors, including-

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(1) and (a)(3).

39.     The Fifth Circuit traditionally has used the lodestar method to calculate reasonable attorneys' fees. *See Combs v. City of Huntington Texas,* 829 F.3d 388, 392 (5th Cir. 2016); *see also In re Fender,* 12 F.3d 480, 487 (5th Cir. 1994). The lodestar is derived by multiplying the number of hours an attorney would reasonably spend for the same type of work by the prevailing hourly rate in the community. *See Shipes v. Trinity Indus.*, 987 F.2d 311, 319 (5th Cir. 1993). A court then may adjust the lodestar up or down based on the factors contained in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974). *See Am. Benefit Life Ins. Co. v. Braddock (In re First Colonial Corp. of Am.)*, 544 F.2d 1291, 1298 (5th Cir. 1977) (applying the *Johnson* factors in the bankruptcy context). The *Johnson* factors include: (1) time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill required to perform the professional services properly; (4) the preclusion of other employment by the professional due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards

in similar cases. *See Johnson*, 488 F.2d at 717-19; *see also In re ASARCO LLC*, No. 05-21207,

2011 WL 2975691, at *7 (Bankr. S.D. Tex. July 20, 2011) (applying the *Johnson* factors).

40.    As more fully set forth below, Jones Walker respectfully submits that the *Johnson*

factors and the elements governing awards of compensation pursuant to Bankruptcy Code §§ 330

and 331 justify the allowance of the fees and expenses incurred in its representation of the Debtor

during the First Interim Fee Period.

**APPLICATION OF THE *JOHNSON* FACTORS**

41.    The professional services rendered by Jones Walker during the First Interim Fee

Period required a high degree of professional competence and expertise. Jones Walker submits

that the services rendered to the Debtor were performed efficiently and effectively, and that the

results obtained have provided tangible, identifiable, and material benefits to the Debtor's estate.

## I.   **The Time and Labor Required.**

42.    As stated above, Jones Walker's professionals have expended 6,082.10 hours

during the First Interim Fee Period in the representation of the Debtor. All of the time spent was

necessary and appropriate for the representation of the Debtor in this Chapter 11 Case. This is

especially true when considering the nature and urgency of the issues and tasks that arose in this

Chapter 11 Case, including, among other things, the time and skill required to advise the Debtor

in connection with issues on an as needed, and at times expedited, basis.

43.    Jones Walker's representation of the Debtor has required it to balance the need to

provide quality services with the need to act quickly and to represent the Debtor in an effective,

efficient and timely manner. Jones Walker submits that the hours spent were reasonable given the

size and complexity of this case, and the significant, and often times urgent, legal issues raised.

## II.   **The Novelty and Difficulty of the Questions Involved.**

44. This Chapter 11 Case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Doc. 18]. As such, Jones Walker's services to the Debtor involve intricate, novel, and difficult questions.

**III.**     **The Skill Required to Perform the Professional Services Properly.**

45. Jones Walker believes that its recognized expertise has facilitated the resolution of certain matters in connection with this Chapter 11 Case and benefited the Debtor's estate. Due to the nature and complexity of the legal issues presented in this case, Jones Walker was required to exhibit a high degree of legal skill. Additionally, Jones Walker's strong working relationship with various interested parties enabled Jones Walker to work with such professionals towards resolution of many salient issues. Jones Walker respectfully submits that its professionals have provided significant benefits to the Debtor during the First Interim Fee Period.

**IV.**     **The Preclusion of Other Employment by the Professional Due to Acceptance of the Case.**

46. Given the size of the firm, Jones Walker's representation of the Debtor did not preclude its acceptance of new clients.

47. The rates charged by Jones Walker in this Chapter 11 Case are substantially similar to the rates charged by Jones Walker in connection with non-bankruptcy work. The professional fees sought herein are based upon Jones Walker's hourly rates for services of this kind.

48. Jones Walker respectfully submits that the professional fees sought herein are not unusual given the magnitude and complexity of this case and the time expended in attending to the representation of the Debtor, and are commensurate with fees Jones Walker has been awarded in other cases, as well as with professional fees charged by other attorneys of comparable experience.

**VI.**     **Whether the Fee is Fixed or Contingent.**

49.     Pursuant to Bankruptcy Code §§ 330 and 331, all fees sought by professionals employed under Bankruptcy Code § 327 are contingent pending final approval by this Court, and are subject to adjustment dependent upon the services rendered and the results obtained.  The collective efforts of the various parties in interest and their respective professionals, including Jones Walker, have contributed to the resolution of many issues in this case in a relatively short period of time.

## VII.     Time Limitations Imposed by the Client or the Circumstances.

50.     As previously set forth herein, Jones Walker was often required to attend to certain issues arising in this Chapter 11 Case on an expedited basis.

## VIII.     The Amount Involved and the Results Obtained.

51.     Jones Walker submits that the fees requested in this Application are reasonable and appropriate when considering the results obtained on behalf of the Debtor.

## IX.     The Experience, Reputation and Ability of the Professionals.

52.     Jones Walker believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, litigation, and corporate matters.  Jones Walker's attorneys, over many years, have appeared in bankruptcy courts throughout the United States providing legal representation to trustees, debtors, secured creditors, and unsecured creditors in proceedings under the Bankruptcy Code.  Further, Jones Walker has a sophisticated bankruptcy and restructuring practice and is playing or has played a major role representing debtors in other cases.

53.     Jones Walker's experience enabled it to perform the services described herein competently and expeditiously.  In addition to its expertise in the area of reorganization, Jones Walker called upon the expertise of its partners and associates in other practice areas to perform

the wide ranging scope of the legal work necessitated by this Chapter 11 Case, including, corporate work and litigation.

**X.** **The Undesirability of the Case.**

54. This matter was not undesirable for Jones Walker.

**XI.** **The Nature and Length of the Professional Relationship with the Client.**

55. Jones Walker was appointed to serve as counsel to the Debtor on June 19, 2020, *nunc pro tunc* to the Petition Date.

**XII.** **Awards in Similar Cases.**

56. Jones Walker respectfully submits that the foregoing amounts requested are fair and reasonable based on the customary compensation charged by comparably skilled practitioners at Jones Walker and other firms in comparable bankruptcy and non-bankruptcy cases. The services provided in connection with the fees requested by Jones Walker during the First Interim Fee Period are more fully described in the invoices attached hereto as **Exhibits D-F**.

**NO PRIOR REQUEST**

57. Except for the submission of the Monthly Fee Statements, no prior application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, Jones Walker respectfully requests that the Court enter an Order (i) approving and allowing on an interim basis compensation in the amount of $2,092,461.00 for the reasonable and necessary legal services that Jones Walker rendered to the Debtor during the First Interim Fee Period, and reimbursement of actual and necessary expenses incurred in the sum of $76,168.58; (ii) permitting Jones Walker to apply the remaining balance of its pre-petition retainer to the balance of allowed fees and expenses incurred during the First Interim Fee Period, which has not previously been paid pursuant to the Complex Case Procedures; (iii) directing that Jones

Walker be paid, from the Debtor's estate, the remaining unpaid balance of allowed fees and

expenses; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: November 25, 2020   Respectfully submitted,

         */s/ Laura F. Ashley* _____
         R. PATRICK VANCE
         ELIZABETH J. FUTRELL
         MARK A. MINTZ
         LAURA F. ASHLEY
         Jones Walker LLP
         201 St. Charles Avenue, 51st Floor
         New Orleans, LA 70170
         Telephone: (504) 582-8000
         Facsimile: (504) 589-8260
         Email: pvance@joneswalker.com
           efutrell@joneswalker.com
           mmintz@joneswalker.com
           lashley@joneswalker.com

         **ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATION OF COMPLIANCE

I, Laura F. Ashley, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury

that the following is true and accurate to the best of my knowledge and belief:

(A)  I am a partner with the applicant firm, Jones Walker LLP.

(B)  I personally performed many of the services rendered by Jones Walker LLP as attorney to the Debtor and am familiar with the other work performed on behalf of the Debtor by the professionals at Jones Walker LLP.

(C)  I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-1, the Complex Case Procedures, and the UST Guidelines and submit that this Application substantially complies with the same.

Dated: November 25, 2020
New Orleans, Louisiana

         */s/ Laura F. Ashley*_____
         Laura F. Ashley

{N4129543.7}        18

# EXHIBIT A

1. **J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
   **File Number: 174906-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 12.20 | $3,660.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.90 | $270.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 2.30 | $690.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $300.00 | 2.80 | $840.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 25.60 | $6,400.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 4.40 | $1,100.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 3.30 | $511.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.60 | $403.00 |
| **TOTAL** | | | | | **54.40** | **$13,964.50** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 16.40 | $4,523.00 |
| B310 | Claims Administration & Objections | 3.50 | $875.00 |
| B160 | Fee/Employment Applications | 2.80 | $840.00 |
| B410 | General Bankruptcy Advice | 2.30 | $690.00 |
| B190 | Other Contested Matters | 27.50 | $6,561.50 |
| B430 | Other | 1.90 | $475.00 |
| **TOTAL** | | **54.40** | **$13,964.50** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E106 | Computer Legal Research | $234.00 |
| E112 | Court Fees | $417.80 |
| **TOTAL** | | **$651.80** |

## 2. JOHN ROE I, ET AL V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

### File Number: 174931-01

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 2.60 | $780.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.20 | $60.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.70 | $510.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.60 | $400.00 |
| Lucas H. Self | Associate | Bankruptcy | 2016 | $300.00[1] | 11.00 | $3,300.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.40 | $850.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.20 | $341.00 |
| **TOTAL** | | | | | 23.30 | $6,334.00 |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 10.10 | $2,541.00 |
| B310 | Claims Administration & Objections | 1.00 | $250.00 |
| B190 | Other Contested Matters | 12.20 | $3,543.00 |
| **TOTAL** | | **23.30** | **$6,334.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $814.00 |
| **TOTAL** | | **$814.00** |

---

[1] Jones Walker recognizes that the hourly billing rate for Mr. Self in connection with this Litigation Matter is inconsistent with the rate disclosed for Mr. Self on Jones Walker's Retention Application. Jones Walker intends to engage in further discussions regarding this issue with the UST's office and may supplement this Application before the hearing date.

3. **JOHN DOE V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 174932-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 2.00 | $600.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 3.30 | $990.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 1.80 | $540.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.60 | $180.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 6.60 | $1,650.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 5.30 | $1,325.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 7.40 | $1,147.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.30 | $201.50 |
| **TOTAL** | | | | | **28.30** | **$6,633.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 9.30 | $2,496.50 |
| B410 | General Bankruptcy Advice | 1.80 | $540.00 |
| B190 | Other Contested Matters | 17.20 | $3,597.00 |
| **TOTAL** | | **28.30** | **$6,633.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $415.00 |
| E118 | Litigation Support | $700.00 |
| **TOTAL** | | **$1,115.00** |

**4. JAMES DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.**
**File Number: 174933-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $300.00 | 7.50 | $2,250.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 40.40 | $12,120.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 6.60 | $1,980.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 49.00 | $14,700.00 |
| Madeleine Fischer | Special Counsel | Litigation | 1975 | $300.00 | 28.00 | $8,400.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.90 | $475.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 72.30 | $18,075.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 6.60 | $1,023.00 |
| TOTAL | | | | | 213.20 | $59,206.00 |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 65.10 | $17,903.00 |
| B310 | Claims Administration & Objections | 0.50 | $150.00 |
| B410 | General Bankruptcy Advice | 49.00 | $14,700.00 |
| B190 | Other Contested Matters | 98.60 | $26,453.00 |
| TOTAL | | 213.20 | $59,206.00 |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E106 | Computer Legal Research | $148.50 |
| E112 | Court Fees | $19.70 |
| TOTAL | | $168.20 |

**5.  A.A. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
**File Number: 174935-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|--------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 1.30 | $390.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.40 | $120.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 0.60 | $180.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 8.40 | $2,100.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.10 | $775.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.10 | $325.50 |
| **TOTAL** | | | | | **16.80** | **$4,073.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 7.20 | $1,700.50 |
| B310 | Claims Administration & Objections | 6.60 | $1,650.00 |
| B190 | Other Contested Matters | 2.40 | $543.00 |
| B140 | Relief from Stay/Adequate Protection | 0.60 | $180.00 |
| **TOTAL** | | **16.80** | **$4,073.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $418.00 |
| **TOTAL** | | **$418.00** |

**6. TOM DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
**File Number: 174936-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.50 | $150.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 2.00 | $500.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 4.30 | $1,075.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.50 | $232.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.40 | $217.00 |
| **TOTAL** | | | | | **10.10** | **$2,294.50** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 5.50 | $1,287.00 |
| B190 | Other Contested Matters | 4.60 | $1,007.50 |
| **TOTAL** | | **10.10** | **$2,294.50** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $824.80 |
| **TOTAL** | | **$824.80** |

**7. CJ DOE V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 174997-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 1.20 | $360.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.40 | $120.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.80 | $450.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 2.20 | $550.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.30 | $201.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.10 | $325.50 |
| **TOTAL** | | | | | **9.30** | **$2,097.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 6.20 | $1,445.50 |
| B190 | Other Contested Matters | 3.10 | $651.50 |
| **TOTAL** | | **9.30** | **$2,097.00** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $410.90 |
| **TOTAL** | | **$410.90** |

8. **LINDA LEE STONEBREAKER V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 175050-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 3.60 | $1,080.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.70 | $210.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 0.20 | $60.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 2.60 | $650.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 1.30 | $325.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.40 | $217.00 |
| **TOTAL** | | | | | **10.70** | **$2,725.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 6.90 | $1,822.00 |
| B310 | Claims Administration & Objections | 0.60 | $150.00 |
| B410 | General Bankruptcy Advice | 0.20 | $60.00 |
| B190 | Other Contested Matters | 3.00 | $693.00 |
| **TOTAL** | | **10.70** | **$2,725.00** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $420.60 |
| **TOTAL** | | **$420.60** |

**9. JOSEPH MESSINA, JR. V. UNION CARBIDE CORPORATION, ET AL.**
**File Number: 175256-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 2.70 | $810.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 0.30 | $75.00 |
| **TOTAL** | | | | | **3.00** | **$885.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 3.00 | $885.00 |
| **TOTAL** | | **3.00** | **$885.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $67.10 |
| **TOTAL** | | **$67.10** |

### 10. CIVIL DISTRICT COURT MATTERS – GENERAL
File Number: 175340-01

#### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|--------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 12.20 | $3,660.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 34.40 | $8,600.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 80.00 | $20,000.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.20 | $186.00 |
| **TOTAL** | | | | | **127.80** | **$32,446.00** |

#### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 56.70 | $14,785.00 |
| B310 | Claims Administration & Objections | 0.30 | $75.00 |
| B190 | Other Contested Matters | 70.80 | $17,586.00 |
| **TOTAL** | | **127.80** | **$32,446.00** |

#### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E106 | Computer Legal Research | $163.50 |
| E112 | Court Fees | $1,336.10 |
| E107 | Delivery Services | $50.84 |
| E115 | Deposition Transcripts | $400.00 |
| **TOTAL** | | **$1,950.44** |

**11. JOHN ROE II V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 175776-01**

**SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL**

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 1.30 | $390.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.20 | $360.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 2.00 | $500.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 8.30 | $2,075.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.50 | $232.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.10 | $325.50 |
| **TOTAL** | | | | | **16.50** | **$3,913.00** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 8.30 | $2,005.50 |
| B310 | Claims Administration & Objections | 0.60 | $150.00 |
| B190 | Other Contested Matters | 7.60 | $1,757.50 |
| **TOTAL** | | **16.50** | **$3,913.00** |

**EXPENSE SUMMARY**

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $404.10 |
| **TOTAL** | | **$404.10** |

## 12. JOHN ROE IV V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS

**File Number: 175778-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 1.40 | $420.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.20 | $60.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.50 | $450.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.00 | $250.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 5.80 | $1,450.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 0.20 | $31.00 |
| **TOTAL** | | | | | **10.40** | **$2,707.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 7.10 | $1,911.00 |
| B190 | Other Contested Matters | 3.30 | $796.50 |
| **TOTAL** | | **10.40** | **$2,707.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $37.70 |
| **TOTAL** | | **$37.70** |

{N4129623.4}

**13. JOHN DOE (#2) V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 175790-01**

**SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL**

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.60 | $180.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.80 | $240.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.50 | $450.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 5.60 | $1,400.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.00 | $750.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.90 | $139.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.30 | $356.50 |
| **TOTAL** | | | | | **14.70** | **$3,516.00** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 8.20 | $1,976.50 |
| B190 | Other Contested Matters | 6.50 | $1,539.50 |
| **TOTAL** | | **14.70** | **$3,516.00** |

**EXPENSE SUMMARY**

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $814.00 |
| **TOTAL** | | **$814.00** |

## 14. FF DOE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

**File Number: 175980-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.30 | $90.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.20 | $60.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 201 | $250.00 | 0.80 | $200.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 1.10 | $275.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.60 | $248.00 |
| **TOTAL** | | | | | **4.30** | **$963.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 1.90 | $515.00 |
| B190 | Other Contested Matters | 2.40 | $448.00 |
| **TOTAL** | | **4.30** | **$963.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $414.00 |
| **TOTAL** | | **$414.00** |

### 15. LON DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL
### File Number: 175981-01

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.50 | $150.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.70 | $210.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 3.30 | $825.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 0.80 | $200.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.30 | $201.50 |
| **TOTAL** | | | | | **7.30** | **$1,709.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 3.40 | $791.50 |
| B310 | Claims Administration & Objections | 2.10 | $525.00 |
| B190 | Other Contested Matters | 1.80 | $393.00 |
| **TOTAL** | | **7.30** | **$1,709.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $407.00 |
| **TOTAL** | | **$407.00** |

{N4129623.4}

**16. WEST ROE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 176055-01**

**SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL**

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.30 | $90.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.40 | $420.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 0.40 | $100.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 0.90 | $225.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.50 | $232.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.60 | $248.00 |
| **TOTAL** | | | | | **6.20** | **$1,345.50** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 4.30 | $1,013.00 |
| B190 | Other Contested Matters | 1.90 | $332.50 |
| **TOTAL** | | **6.20** | **$1,345.50** |

**EXPENSE SUMMARY**

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $414.00 |
| **TOTAL** | | **$414.00** |

**17. BOB ROE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 176079-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.60 | $180.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.60 | $180.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.40 | $350.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 1.00 | $250.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.50 | $232.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.60 | $248.00 |
| **TOTAL** | | | | | **7.00** | **$1,530.50** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 3.70 | $848.00 |
| B190 | Other Contested Matters | 2.90 | $582.50 |
| L430 | Other | 0.40 | $100.00 |
| **TOTAL** | | **7.00** | **$1,530.50** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $415.20 |
| **TOTAL** | | **$415.20** |

18. **JANE AND JOHN DOE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 176080-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 2.80 | $700.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.20 | $800.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| **TOTAL** | | | | | **6.80** | **$1,696.50** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 1.50 | $400.00 |
| B310 | Claims Administration & Objections | 0.40 | $100.00 |
| B190 | Other Contested Matters | 4.10 | $996.50 |
| L430 | Other | 0.80 | $200.00 |
| **TOTAL** | | **6.80** | **$1,696.50** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $404.00 |
| E102 | Delivery Services | $25.42 |
| **TOTAL** | | **$429.42** |

## 19. ED ROE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

### File Number: 176118-01

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.30 | $90.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.20 | $360.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 3.40 | $850.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 0.40 | $100.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.90 | $139.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.60 | $248.00 |
| **TOTAL** | | | | | **7.90** | **$1,817.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 3.60 | $828.00 |
| B310 | Claims Administration & Objections | 1.50 | $375.00 |
| B190 | Other Contested Matters | 2.80 | $614.50 |
| **TOTAL** | | **7.90** | **$1,817.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $414.00 |
| **TOTAL** | | **$414.00** |

## 20. JEFF ROE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

**File Number: 176119-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|--------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.30 | $90.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.30 | $90.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.20 | $360.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 0.40 | $100.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 0.90 | $225.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.50 | $232.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.10 | $170.50 |
| **TOTAL** | | | | | **5.70** | **$1,268.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 3.80 | $935.50 |
| B190 | Other Contested Matters | 1.90 | $332.50 |
| **TOTAL** | | **5.70** | **$1,268.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $14.50 |
| **TOTAL** | | **$14.50** |

## 21. RAYMOND ROE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

**File Number: 176201-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.30 | $90.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.40 | $420.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.90 | $475.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 1.60 | $400.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.10 | $325.50 |
| **TOTAL** | | | | | **8.00** | **$1,833.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 5.50 | $1,265.50 |
| B190 | Other Contested Matters | 2.50 | $568.00 |
| **TOTAL** | | **8.00** | **$1,833.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $14.00 |
| **TOTAL** | | **$14.00** |

**22. JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS (JOHN DOE EDLA)**

**File Number: 176379-01**

**SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL**

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|--------------------|--------------------|-------------------|
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.70 | $210.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 4.10 | $1,230.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 4.00 | $1,000.00 |
| **TOTAL** | | | | | **8.80** | **$2,440.00** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

| Code | Project Category | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 1.30 | $360.00 |
| B410 | General Bankruptcy Advice | 5.70 | $1,540.00 |
| B140 | Relief from Stay/Adequate Protection | 1.80 | $540.00 |
| | **TOTAL** | **8.80** | **$2,440.00** |

**EXPENSE SUMMARY**

| Code | Expense Category | Amount |
|------|-----------------|--------|
| E112 | Court Fees | $0.80 |
| | **TOTAL** | **$0.80** |

### 23. FR. KENNETH HAMILTON V. THE ARCHDIOCESE, ET AL
### File Number: 176384-01

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 0.60 | $150.00 |
| **TOTAL** | | | | | **0.70** | **$180.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.30 | $80.00 |
| B190 | Other Contested Matters | 0.40 | $100.00 |
| **TOTAL** | | **0.70** | **$180.00** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $1.60 |
| **TOTAL** | | **$1.60** |

**24. JOHN DOE (⬛⬛⬛⬛⬛⬛⬛⬛) V. THE ARCHDIOCESE**
  **File Number: 176387-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 2.30 | $690.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 0.60 | $150.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.10 | $775.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| **TOTAL** | | | | | **6.60** | **$1,751.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 4.00 | $1,130.00 |
| B190 | Other Contested Matters | 2.60 | $621.50 |
| **TOTAL** | | **6.60** | **$1,751.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $406.00 |
| E107 | Delivery Services | $25.42 |
| **TOTAL** | | **$431.42** |

{N4129623.4}

**25. IN RE:** ▮▮▮▮▮▮▮▮▮▮
**File Number: 176753-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 0.40 | $100.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 2.20 | $550.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 1.20 | $186.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 0.90 | $139.50 |
| **TOTAL** | | | | | **5.20** | **$1,125.50** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 3.40 | $789.50 |
| B190 | Other Contested Matters | 1.80 | $336.00 |
| **TOTAL** | | **5.20** | **$1,125.50** |

## EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $419.00 |
| **TOTAL** | | **$419.00** |

**26. JOHN DOE (⬛⬛⬛⬛⬛⬛⬛⬛) V. THE ARCHDIOCESE OF NEW ORLEANS**
**File Number: 177165-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|--------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 2.40 | $720.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 4.60 | $1,150.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.50 | $875.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| **TOTAL** | | | | | **11.10** | **$2,881.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 4.50 | $1,260.00 |
| B190 | Other Contested Matters | 6.60 | $1,621.50 |
| **TOTAL** | | **11.10** | **$2,881.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|------------------|--------|
| E112 | Court Fees | $406.00 |
| E107 | Delivery Services | $25.42 |
| **TOTAL** | | **$431.42** |

{N4129623.4}

## 27. EMPLOYMENT ISSUES RELATED TO COVID-19
### File Number: 177433-01

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| H. Mark Adams | Partner | Labor & Employment | 1981 | $300.00 | 18.10 | $5,430.00 |
| Mary Margaret Spell | Partner | Labor & Employment | 2009 | $300.00 | 0.40 | $120.00 |
| Jacob J. Pritt | Associate | Labor & Employment | 2019 | $300.00 | 1.20 | $360.00 |
| **TOTAL** | | | | | **19.70** | **$5,910.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 1.10 | $330.00 |
| B210 | Business Operations | 18.60 | $5,580.00 |
| **TOTAL** | | **19.70** | **$5,910.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| **TOTAL** | | **$0.00** |

## 28. BRAD ROE V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS

**File Number: 177939-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 1.10 | $330.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 0.40 | $100.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 1.80 | $450.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.20 | $186.00 |
| **TOTAL** | | | | | **5.20** | **$1,232.50** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 4.50 | $1,086.00 |
| B190 | Other Contested Matters | 0.70 | $146.50 |
| **TOTAL** | | **5.20** | **$1,232.50** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $16.80 |
| **TOTAL** | | **$16.80** |

## 29. JB DOE V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS

**File Number: 177940-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|--------------|-------------------|---------------------|--------------------|--------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 0.70 | $210.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.20 | $60.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 1.90 | $570.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 5.30 | $1,325.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 1.40 | $217.00 |
| **TOTAL** | | | | | **9.80** | **$2,472.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 4.80 | $1,127.00 |
| B410 | General Bankruptcy Advice | 3.10 | $775.00 |
| B190 | Other Contested Matters | 1.90 | $570.00 |
| | **TOTAL** | **9.80** | **$2,472.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|-----------------|--------|
| E112 | Court Fees | $424.00 |
| | **TOTAL** | **$424.00** |

## 30. B.B. DOE V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, ET AL

**File Number: 175386-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|--------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 1.00 | $300.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 2.40 | $720.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 0.30 | $90.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 4.30 | $1,075.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 1.20 | $300.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.60 | $93.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.00 | $310.00 |
| **TOTAL** | | | | | **11.90** | **$2,918.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 4.60 | $1,030.00 |
| B310 | Claims Administration & Objections | 2.20 | $550.00 |
| B410 | General Bankruptcy Advice | 1.20 | $360.00 |
| B190 | Other Contested Matters | 2.70 | $618.00 |
| B140 | Relief from Stay/Adequate Protection | 1.20 | $360.00 |
| **TOTAL** | | **11.90** | **$2,918.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|-----------------|--------|
| E112 | Court Fees | $414.00 |
| **TOTAL** | | **$414.00** |

{N4129623.4}

**31. JOHN ROE III V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**

**File Number: 175777-01**

**SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL**

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 2.40 | $720.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 0.10 | $30.00 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 1.70 | $510.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 1.00 | $250.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 2.10 | $525.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $155.00 | 0.90 | $139.50 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $155.00 | 2.00 | $310.00 |
| **TOTAL** | | | | | **10.20** | **$2,484.50** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 8.30 | $2,095.00 |
| B190 | Other Contested Matters | 1.90 | $389.50 |
| **TOTAL** | | **10.20** | **$2,484.50** |

**EXPENSE SUMMARY**

| Code | Expense Category | Amount |
|---|---|---|
| E112 | Court Fees | $428.50 |
| **TOTAL** | | **$428.50** |

**32. POST-PETITION REORGANIZATION ADVICES**
**File Number: 176960-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $490.00 | 522.60 | $256,074.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 381.40 | $114,420.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 154.50 | $46,350.00 |
| Elizabeth J. Futrell | Partner | Bankruptcy | 1981 | $490.00 | 599.10 | $293,559.00 |
| Jefferson R. Tillery | Partner | Maritime | 1986 | $300.00 | 62.80 | $18,840.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 304.40 | $91,320.00 |
| Jeffrey R. Barber | Partner | Bankruptcy | 1987 | $400.00 | 0.80 | $320.00 |
| Seth A. Levine | Partner | Corporate | 2001 | $400.00 | 9.10 | $3,640.00 |
| B. Trevor Wilson | Partner | Tax | 2007 | $400.00 | 5.70 | $2,280.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $400.00 | 974.60 | $389,840.00 |
| Mary Margaret Spell | Partner | Labor & Employment | 2009 | $300.00 | 29.20 | $8,760.00 |
| Joseph E. Bain | Partner | Bankruptcy | 2010 | $400.00 | 0.60 | $240.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 38.10 | $15,240.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $400.00 | 567.30 | $226,920.00 |
| Madeleine Fischer | Special Counsel | Litigation | 1975 | $300.00 | 172.60 | $51,780 |
| Virginia W. Gundlach | Special Counsel | Litigation | 1987 | $300.00 | 116.70 | $35,010.00 |
| Stacey Moore Buchanan | Associate | Bankruptcy | 2009 | $250.00 | 4.70 | $1,175.00 |
| Heather K. Trosclair | Associate | Litigation | 2013 | $250.00 | 3.50 | $875.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 225.30 | $56,325.00 |
| Lucas H. Self | Associate | Bankruptcy | 2016 | $250.00 | 691.50 | $172,875.00 |
| Leslie Lacoste | Associate | Corporate | 2018 | $250.00 | 57.00 | $14,250.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 400.40 | $100,100.00 |
| Gabrielle A. Ramirez | Associate | Bankruptcy | 2019 | $250.00 | 14.80 | $3,700.00 |
| Jacob J. Pritt | Associate | Labor & Employment | 2019 | $250.00 | 15.60 | $3,900.00 |
| Aaron D. Washington | Practice Support Specialist | Information Technology | N/A | $170.00 | 2.20 | $374.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $170.00 | 5.20 | $884.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 37.40 | $6,358.00 |
| Law Clerks, N.O. | N/A | N/A | N/A | $170.00 | 4.10 | $697.00 |
| **TOTAL** | | | | | **5,401.20** | **$1,916,106.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Fees |
|---|---|---|
| B120 – Asset Analysis and Recovery | 69.20 | $25,372.00 |
| B130 – Asset Disposition | 57.10 | $23,626.00 |
| B210 – Business Operations | 247.70 | $113,658.00 |
| B110 – Case Administration | 2,030.10 | $764,129.00 |
| B310 – Claims Administration & Objections | 485.10 | $157,476.00 |
| B220 – Employee Benefit/Pensions | 53.80 | $21,897.00 |
| B160 – Fee/Employment Applications | 167.30 | $58,146 |
| B170 – Fee/Employment Objections | 2.70 | $1,251.00 |
| B230 – Financing/Cash Collections | 8.90 | $4,145.00 |
| B410 – General Bankruptcy Advice | 542.00 | $156,389.00 |
| B150 – Meetings/Communications with Creditors | 6.60 | $2,919.00 |
| B190 – Other Contested Matters | 1,428.30 | $479,415.00 |
| B320 – Plan & Disclosure Statement | 159.10 | $67,259.00 |
| B250 – Real Estate | 12.80 | $3,500.00 |
| B140 – Relief from Stay/Adequate Protection | 114.10 | $29,707.00 |
| B420 – Restructuring | 16.40 | $7,217.00 |
| **TOTAL** | **5,401.20** | **$1,916,106.00** |

## EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Computer Legal Research | $15,404.10 |
| Court Fees | $5,815.70 |
| Copying | $370.60 |
| Delivery Services | $25.42 |
| Deposition Transcripts | $7,102.56 |
| Litigation Support | $2,126.30 |
| Long Distance | $210.78 |
| Trial Transcripts | $3,178.60 |
| Other | $28,748.22 |
| **TOTAL** | **$62,982.28** |

{N4129623.4}

## EXHIBIT B

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Total Hours<br>Billed in this Application | Total Fees<br>Billed in this Application | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | Billed in this Application | Billed by Firm During First Interim Fee Period<br>(5/1/2020 – 9/30/2020)<br>(Excluding Bankruptcy Engagements)[1] |
| Partners | 3,852.70 | $1,528,553.00 | $396.75 | $411.00 |
| Special Counsel | 335.90 | $100,770.00 | $300.00 | $344.00 |
| Associates | 1,771.60 | $443,510.00 | $250.34 | $282.00 |
| Paralegals | 121.90 | $19,628.00 | $161.01 | $158.00 |
| **AGGREGATE:** | 6,082.10 | $2,092,461.00 | $344.04 | |

---

[1] While Jones Walker used reasonable efforts to separate Bankruptcy and Restructuring matters from other practice group matters, it is possible that there is some overlap between these practice groups and the billings reported herein.

# EXHIBIT C

**BUDGET**

| Code | Project Category | Hours Budgeted | Compensation Budgeted |
|------|------------------|----------------|------------------------|
| B120 | Asset Analysis and Recovery | 65.00 | $22,100.00 |
| B130 | Asset Disposition | 50.00 | $17,000.00 |
| B210 | Business Operations | 250.00 | $85,000.00 |
| B110 | Case Administration | 2,250.00 | $765,000.00 |
| B310 | Claims Administration & Objections | 500.00 | $170,000.00 |
| B220 | Employee Benefit/Pensions | 50.00 | $17,000.00 |
| B160 | Fee/Employment Applications | 175.00 | $59,500.00 |
| B170 | Fee/Employment Objections | 15.00 | $5,100.00 |
| B230 | Financing/Cash Collections | 10.00 | $3,400.00 |
| B410 | General Bankruptcy Advice | 575.00 | $195,500.00 |
| N/A | Litigation Matters[1] | 750.00 | $255,000.00 |
| B150 | Meetings/Communications with Creditors | 10.00 | $3,400.00 |
| B190 | Other Contested Matters | 1,500.00 | $510,000.00 |
| B320 | Plan & Disclosure Statement | 150.00 | $51,000.00 |
| B250 | Real Estate | 10.00 | $3,400.00 |
| B140 | Relief from Stay/Adequate Protection | 120.00 | $40,800.00 |
| B420 | Restructuring | 20.00 | $6,800.00 |
| | **TOTAL** | 6,500.00 | $2,210,000.00 |

---

[1] The term Litigation Matters refers to the 31 proceedings referenced in the Application and identified on Exhibit A thereto. For purposes of simplicity, this Budget treats all Litigation Matters as a single project category and does not include a further breakdown of hours and compensation budgeted within the Litigation Matters category.

**STAFFING PLAN**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work on the Chapter 11 Case and Litigation Matters During the First Interim Fee Period | Average Hourly Rate |
|---|---|---|
| Partners | 8 | $445.00 |
| Special Counsel | 2 | $350.00 |
| Associates | 4 | $260.00 |
| Paralegals | 3 | $162.50 |
| **TOTAL** | **17** | |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**

**Debtor**. [1]

Case No. 20-10846

Section "A"

Chapter 11

---

## FIRST STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD MAY 1, THROUGH JUNE 30, 2020

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2020 through June 30, 2020 |
| Amount of Compensation Requested: | $814,427.50 |
| Net of 20% Holdback: | $651,542.00 |
| Amount of Expenses Requested: | $25,452.06 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $676,994.06 |

This is an: X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.


**EXHIBIT D**

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 170] (the "<u>Retention Order</u>"), and the Chapter 11 Complex Case Order*, section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("<u>Jones Walker</u>") hereby submits this statement (the "<u>Fee Statement</u>") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "<u>Debtor</u>"), for the period from May 1, 2020 through June 30, 2020 (the "<u>Fee Period</u>"). By this First Statement, Jones Walker seeks payment in the amount of $651,542.00, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

### SERVICES RENDERED AND EXPENSES INCURRED

1. Jones Walker is handling this Chapter 11 Bankruptcy Proceeding and approximately 32 other proceedings on behalf of the Debtor (the "<u>Litigation Matters</u>"). As such, attached as **Exhibit A** is a summary of the Litigation Matters which includes a breakdown by matter of the following:

**EXHIBIT D**

a.  summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, (d) amount of fees earned by each Jones Walker professional, and (e) year of bar admission for each attorney;

b.  a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c.  a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2.  Attached as **Exhibit B** is a summary of this chapter 11 bankruptcy proceeding (the "Chapter 11 Bankruptcy Proceeding") which includes a breakdown of the following:

a.  summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, (d) amount of fees earned by each Jones Walker professional, and (e) year of bar admission for each attorney;

b.  a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c.  a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

**EXHIBIT D**

3.      Finally, attached hereto as **Exhibit C** are the itemized time records of Jones Walker professionals for the Litigation Matters for the Fee Period and summary materials related thereto. Attached as **Exhibit D** are the itemized time records of Jones Walker professionals for this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibits C and D also includes a summary of the services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

## NOTICE

4.      Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) counsel for the Unsecured Creditors' Committee; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

5.      Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email,  hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the

**EXHIBIT D**

extent such an objection is not resolved, it shall be preserved and scheduled for consideration at

the next interim fee application hearing.

Dated:  New Orleans, Louisiana                    Respectfully submitted,
       September 3, 2020

                                        /s/ Laura F. Ashley
                                        R. PATRICK VANCE (#13008)
                                        ELIZABETH J. FUTRELL (#05863)
                                        MARK A. MINTZ (#31878)
                                        LAURA F. ASHLEY (#32820)
                                        Jones Walker LLP
                                        201 St. Charles Avenue, 51st Floor
                                        New Orleans, LA   70170
                                        Telephone: (504) 582-8000
                                        Facsimile:  (504) 589-8260
                                        Email:  pvance@joneswalker.com
                                        Email:  efutrell@joneswalker.com
                                        Email:  mmintz@joneswalker.com
                                        Email:  lashley@joneswalker.com

                                        **ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT D**

1. **J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL
   FILE NUMBER: 174906-01**

**Compensation by Professional Person for the Hourly Services
for the Period from May 1, 2020 Through June 30, 2020**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 4.70 | 1,410.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .40 | 120.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 2.30 | 690.00 |
| Laura F. Ashley | Partner | 300.00 | 2.80 | 840.00 |
| Allison Kingsmill | Associate | 250.00 | 20.10 | 5,025.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 4.40 | 1,100.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 3.30 | 511.50 |
| Scott M. Sigl | Paralegal | 155.00 | 2.60 | 403.00 |
| **TOTAL** | | | **40.90** | **$10,189.50** |

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B160 | Fee/Emplmt Applications | 2.80 | 840.00 |
| B110 | Case Administration | 8.40 | 2,123.00 |
| B190 | Other Contested Matters | 22.00 | 5,186.50 |
| | **Total Administration** | 33.20 | 8,149.50 |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | 3.50 | 875.00 |
| | **Total Claims and Plan** | 3.50 | 875.00 |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advice | 2.30 | 690.00 |
| | **Total Bankruptcy-Related Advice** | 2.30 | 690.00 |
| L430 | | 1.90 | 475.00 |
| | **Total** | 1.90 | 475.00 |
| | **TOTAL** | **40.90** | **$10,189.50** |

**EXHIBIT D**

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E106 | Computer Research | 234.00 |
| E112 | Court Fees | 417.80 |
| | **TOTAL** | **$651.80** |

**TOTAL FEES AND COSTS:  $10,841.30**

EXHIBIT D

2. **JOHN ROE I, ET AL V THE ROMAN CATHOLIC CHURCH OF THE
   ARCHDIOCESE OF NEW ORLEANS
   FILE NO.: 174931-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from April 30, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D. Wegmann | Partner | 300.00 | 2.60 | 780.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .20 | 60.00 |
| Allison Kingsmill | Associate | 250.00 | 1.60 | 400.00 |
| Lucas H. Self | Associate | 300.00 | 11.00 | 3,300.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.40 | 850.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.70 | 510.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 2.20 | 341.00 |
| **TOTAL** | | | **23.30** | **$6,334.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 10.10 | 2,541.00 |
| B190 | Other Contested Matters | 12.20 | 3,543.00 |
| | **Total Administration** | 22.30 | 6,084.00 |
| | **Claims And Plan** | | |
| B310 | Claims/Admn/Objections | 1.00 | 250.00 |
| | **Total Claims And Plan** | 1.00 | 250.00 |
| | **TOTAL** | **23.30** | **$6,334.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 814.00 |
| | **TOTAL** | **$814.00** |

**TOTAL FEES AND COSTS:  $7,148.00**


**EXHIBIT D**

3. **JOHN DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
   **FILE NO.: 174932-01**

   ### Compensation by Professional Person for the Hourly Services
   ### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Rate | Hours |
|------|----------|------|------|-------|
| Edward D Wegmann | Partner | 300.00 | 2.00 | 600.00 |
| Joseph J Lowenthal | Partner | 300.00 | 3.30 | 990.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 1.80 | 540.00 |
| Allison Kingsmill | Associate | 250.00 | 6.60 | 1,650.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 5.30 | 1,325.00 |
| Virginia W. Gundlach | Partner | 300.00 | .60 | 180.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 7.40 | 1,147.00 |
| Scott M. Sigl | Paralegal | 155.00 | 1.30 | 201.50 |
| **TOTAL** | | | **28.30** | **$6,633.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 9.30 | 2,496.50 |
| **B190** | **Other Contested Matters** | **17.20** | **3,597.00** |
| | **Total Administration** | **26.50** | **6,093.50** |
| | **Bankruptcy-Related Advice** | | |
| **B410** | General Bankruptcy Advice | 1.80 | 540.00 |
| | **Total Bankruptcy-Related Advice** | **1.80** | **540.00** |
| | **TOTAL** | **28.30** | **$6,633.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 415.00 |
| E118 | Litigation Support | 700.00 |
| | **TOTAL** | **$1,115.00** |

**TOTAL FEES AND COSTS:  $7,748.50**


EXHIBIT D

4. **JAMES DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET
   AL**
   **FILE NO.: 174933-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 2.40 | 720.00 |
| Joseph J Lowenthal | Partner | 300.00 | .20 | 60.00 |
| Allison Kingsmill | Associate | 250.00 | 1.90 | 475.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .60 | 150.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 1.10 | 170.50 |
| **TOTAL** | | | **7.10** | **$1,758.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 4.60 | 1,190.50 |
| **B190** | Other Contested Matters | 2.50 | 568.00 |
| | **Total Administration** | 7.10 | 1,758.50 |
| | **TOTAL** | **7.10** | **$1,758.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 14.00 |
| | **TOTAL** | **$14.00** |

**TOTAL FEES AND COSTS: $1,772.50**



**5. A. DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
**FILE NO.: 174935-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 1.30 | 390.00 |
| Joseph J Lowenthal | Partner | 300.00 | .40 | 120.00 |
| Wayne G. Zeringue, Jr | Partner | 300.00 | .60 | 180.00 |
| Allison Kingsmill | Associate | 250.00 | 8.40 | 2,100.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.10 | 775.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 2.10 | 325.50 |
| **TOTAL** | | | **16.80** | **$4,073.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 7.20 | 1,700.50 |
| B140 | RELIEF FROM STAY/PROTEC | .60 | 80.00 |
| B190 | Other Contested Matters | 2.40 | 543.00 |
| | **Total Administration** | 10.20 | 2,423.50 |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | 6.60 | 1,650.00 |
| | **Total Claims and Plan** | 6.60 | 1,650.00 |
| | **TOTAL** | **16.80** | **$4,073.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 418.00 |
| | **TOTAL** | **$418.00** |

**TOTAL FEES AND COSTS: $4,491.50**



6. **TOM DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL FILE NO.     174936-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward D Wegmann | Partner | 300.00 | .50 | 150.00 |
| Joseph J Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Partner | 250.00 | 2.00 | 500.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 4.30 | 1,075.00 |
| Virginia W. Gundlach | Associate | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Partner | 155.00 | 1.50 | 232.50 |
| Scott M. Sigl | Paralegal | 155.00 | 1.40 | 217.00 |
| **TOTAL** | | | **10.10** | **$2,294.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| **B110** | Case Administration | 5.50 | 1,287.00 |
| **B190** | Other Contested Matters | 4.60 | 1,007.50 |
| | **Total Administration** | **10.10** | **$2,294.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| E112 | Court Fees | 824.80 |
| | **TOTAL** | **$824.80** |

**TOTAL FEES AND COSTS:  $3,119.30**


**EXHIBIT D**

7. **CJ DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
   **FILE NO.: 174997-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 1.20 | 360.00 |
| Joseph J Lowenthal | Partner | 300.00 | .40 | 120.00 |
| Allison Kingsmill | Partner | 250.00 | 1.80 | 450.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 2.20 | 550.00 |
| Virginia W. Gundlach | Associate | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Partner | 155.00 | 1.30 | 201.50 |
| Scott M. Sigl | Paralegal | 155.00 | 2.10 | 325.50 |
| **TOTAL** | | | **9.30** | **$2,097.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 6.20 | 1,445.50 |
| B190 | Other Contested Matters | 3.10 | 651.50 |
| | **Total Administration** | **9.30** | **2,097.00** |
| | **TOTAL** | **9.30** | **$2,097.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 410.90 |
| | **TOTAL** | **$410.90** |

**TOTAL FEES AND COSTS: $2,507.90**

{N4048656.2}



8. **LINDA LEE STONEBREAKER V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
   **FILE NO.     175050-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 3.60 | 1,080.00 |
| Joseph J Lowenthal | Partner | 300.00 | .70 | 210.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | .20 | 60.00 |
| Allison Kingsmill | Associate | 250.00 | 2.60 | 650.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 1.30 | 325.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 1.40 | 217.00 |
| **TOTAL** | | | **10.70** | **$2,725.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 6.90 | 1,822.00 |
| B190 | Other Contested Matters | 3.00 | 693.00 |
| | **Total Administration** | **9.90** | **2,515.00** |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | .60 | 150.00 |
| | **Total Claims and Plan** | **.60** | **150.00** |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advice | .20 | 60.00 |
| | **Total Bankruptcy-Related Advice** | **20** | **60.00** |
| | **TOTAL** | **10.70** | **$2,725.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | $420.60 |
| | **TOTAL** | **$420.60** |

**TOTAL FEES AND COSTS:  $3,145.60**


EXHIBIT D

9. **JOSEPH MESSINA , JR. V. UNION CARBIDE CORPORATION, ET AL.**
   **FILE NO.       175256-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Joseph J Lowenthal | Partner | 300.00 | 2.70 | 810.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .30 | 75.00 |
| **TOTAL** | | | **3.00** | **$885.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B210** | Case Administration | 3.00 | 885.00 |
| | **Total Administration** | **3.00** | **885.00** |
| | **TOTAL** | **3.00** | **$885.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 67.10 |
| | **TOTAL** | **$67.10** |

**TOTAL FEES AND COSTS:  $952.10**



**EXHIBIT D**

### 10. CIVIL DISTRICT COURT MATTERS – GENERAL
### FILE NO.    175340-01

**Compensation by Professional Person for the Hourly Services
for the Period from May 1, 2020 Through June 30, 2020**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 12.20 | 3,660.00 |
| Allison Kingsmill | Associate | 250.00 | 34.40 | 8,600.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 80.00 | 20,000.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.20 | 186.00 |
| **TOTAL** | | | **127.80** | **$32,446.00** |

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Task Code Summary** | **2.20** | **550.0** |
| | **Total** | **2.20** | **550.00** |
| | **Administration** | | |
| B110 | Case Administration | 54.50 | 14,235.00 |
| B190 | Other Contested Matters | 70.80 | 17,586.00 |
| | **Total Administration** | **125.30** | **31,821.00** |
| | **Claims And Plan** | | |
| B310 | Claims/Admn/Objections | .30 | 75.00 |
| | **Total Claims And Plan** | **.30** | **75.00** |
| | **TOTAL** | **127.80** | **$32,446.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E106 | Computer Legal Research | 163.50 |
| E107 | Delivery Services | 50.84 |
| E112 | Court Fees | 1,336.10 |
| E115 | Deposition Transcripts | 400.00 |
| | **TOTAL** | **$1,950.44** |

**TOTAL FEES AND COSTS:  $34,396.44**

{N4048656.2}


**EXHIBIT D**

**11. JOHN ROE II V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NO.    175776-01**

### Compensation by Professional Person for the Hourly Services for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 1.30 | 390.00 |
| Joseph J Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | 2.00 | 500.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 8.30 | 2,075.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.20 | 360.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.50 | 232.50 |
| Scott M. Sigl | Paralegal | 155.00 | 2.10 | 325.50 |
| **TOTAL** | | | **16.50** | **$3,913.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 8.30 | 2,005.50 |
| B190 | Other Contested Matters | 7.60 | 1,757.50 |
| | **Total Administration** | **15.90** | **3,763.00** |
| | **Claims And Plan** | | |
| B310 | Claims/Admn/Objections | .60 | 150.00 |
| | **Total Claims And Plan** | **.60** | **150.00** |
| | **TOTAL** | **16.50** | **$3,913.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 404.10 |
| | **TOTAL** | **$404.10** |

**TOTAL FEES AND COSTS:  $4,317.10**



## 12. JOHN ROE IV V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS
### FILE NO.: 175778-01

### Compensation by Professional Person for the Hourly Services for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D. Wegmann | Partner | 300.00 | 1.40 | 420.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .20 | 60.00 |
| Allison Kingsmill | Associate | 250.00 | 1.00 | 250.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 5.80 | 1,450.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.50 | 450.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .30 | 46.50 |
| Scott M. Sigl | Paralegal | 155.00 | .20 | 31.00 |
| **TOTAL** | | | **10.40** | **$2,707.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 7.10 | 1,911.00 |
| B190 | Other Contested Matters | 3.30 | 796.50 |
| | **Total Administration** | 10.40 | 2,707.50 |
| | **TOTAL** | **10.40** | **$2,707.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 37.70 |
| | **TOTAL** | **$37.70** |

**TOTAL FEES AND COSTS:  $2,745.20**

{N4048656.2}



**EXHIBIT D**

**13. JOHN DOE (#2) V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NO.    175790-01**

### Compensation by Professional Person for the Hourly Services for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .60 | 180.00 |
| Joseph J Lowenthal | Partner | 300.00 | .80 | 240.00 |
| Allison Kingsmill | Associate | 250.00 | 5.60 | 1,400.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.00 | 750.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.50 | 450.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .90 | 139.50 |
| Scott M. Sigl | Paralegal | 155.00 | 2.30 | 356.50 |
| **TOTAL** | | | 14.70 | $3,516.00 |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 8.20 | 1,976.50 |
| **B190** | Other Contested Matters | 6.50 | 1,539.50 |
| | **Total Administration** | 14.70 | 3,516.00 |
| | **TOTAL** | 14.70 | $3,516.00 |

### Disbursement Summary

| E112 | COURT FEES | 814.00 |
|------|------------|--------|
| | **TOTAL** | $814.00 |

**TOTAL FEES AND COSTS:  $4,330.00**


EXHIBIT D

**14. FF DOE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NO.      175980-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .30 | 90.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .20 | 60.00 |
| Allison Kingsmill | Associate | 250.00 | .80 | 200.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 1.10 | 275.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.60 | 248.00 |
| **TOTAL** | | | **4.30** | **$963.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 1.90 | 515.00 |
| B190 | Other Contested Matters | 2.40 | 448.00 |
| | **Total Administration** | **4.30** | **963.00** |
| | **TOTAL** | **4.30** | **$963.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 414.00 |
| | **TOTAL** | **$414.00** |

**TOTAL FEES AND COSTS:  $1,377.00**


EXHIBIT D

**15. LON DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL FILE NO. 175981-01**

### Compensation by Professional Person for the Hourly Services for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .50 | 150.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | 3.30 | 825.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .80 | 200.00 |
| Virginia W. Gundlach | Partner | 300.00 | .70 | 210.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 1.30 | 201.50 |
| **TOTAL** | | | **7.30** | **$1,709.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 3.40 | 791.50 |
| B190 | Other Contested Matters | 1.80 | 393.00 |
| | **Total Administration** | 5.20 | 1,184.50 |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | 2.10 | 525.00 |
| | **Total Claims and Plan** | 2.10 | **525.00** |
| | **TOTAL** | 7.30 | **$1,709.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 407.00 |
| | **TOTAL** | **$407.00** |

**TOTAL FEES AND COSTS:  $2,116.50**


EXHIBIT D

**16. WEST ROE V THE ROMAN CATHOLIC CHURCH OF THE**
  **ARCHDIOCESE OF NEW ORLEANS**
  **FILE NO.     176055-0**

**Compensation by Professional Person for the Hourly Services**
**for the Period from May 1, 2020 Through June 30, 2020**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward D Wegmann | Partner | 300.00 | .30 | 90.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | .40 | 100.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .90 | 225.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.40 | 420.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.50 | 232.50 |
| Scott M. Sigl | Paralegal | 155.00 | 1.60 | 248.00 |
| **TOTAL** | | | 6.20 | $1,345.50 |

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| **B110** | Case Administration | 4.30 | 1,013.00 |
| **B190** | Other Contested Matters | 1.90 | 332.50 |
| | **Total Administration** | 6.20 | 1,345.50 |
| | **TOTAL** | 6.20 | $1,345.50 |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| **E112** | Court Fees | 414.80 |
| | **TOTAL** | $414.00 |

**TOTAL FEES AND COSTS: $1,759.50**


**EXHIBIT D**

**17. BOB ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NO.     176079-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .60 | 180.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .60 | 180.00 |
| Allison Kingsmill | Associate | 250.00 | 1.40 | 350.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 1.00 | 250.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.50 | 232.50 |
| Scott M. Sigl | Paralegal | 155.00 | 1.60 | 248.00 |
| **TOTAL** | | | 7.00 | **$1,530.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 3.70 | 848.00 |
| **B190** | Other Contested Matters | 2.90 | 582.50 |
| | **Total Administration** | 6.60 | 1,430.50 |
| **L430** | | .40 | **100.00** |
| | **Total** | **.40** | **100.00** |
| | **TOTAL** | **7.00** | **1,530.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 415.20 |
| | **TOTAL** | **$415.20** |

**TOTAL FEES AND COSTS:      $1,945.70**

{N4048656.2}


**EXHIBIT D**

**18. JANE AND JOHN DOE V THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF NEW ORLEANS
FILE NO.       176080-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .10 | 30.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | 2.80 | 700.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.20 | 800.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .30 | 46.50 |
| **TOTAL** | | | **6.80** | **$1,696.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 1.50 | 400.00 |
| B190 | Other Contested Matters | 4.10 | 996.50 |
| | **Total Administration** | **5.60** | **1,396.50** |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | .40 | 100.00 |
| | **Total Claims and Plan** | **.40** | **100.00** |
| L430 | | .80 | 200.00 |
| | **Total** | **.80** | **200.00** |
| | **TOTAL** | **6.80** | **$1,696.50** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E102 | Delivery Services | 25.42 |
| E112 | Court Fees | 404.00 |
| | **TOTAL** | **$429.42** |

**TOTAL FEES AND COSTS:  $2,125.92**


EXHIBIT D

**19. ED ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NO.      176118-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward D Wegmann | Partner | 300.00 | .30 | 90.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | 3.40 | 850.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .40 | 100.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.20 | 360.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .90 | 139.50 |
| Scott M. Sigl | Paralegal | 155.00 | 1.60 | 248.00 |
| **TOTAL** | | | 7.90 | $1,817.50 |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| B110 | Case Administration | 3.60 | 828.00 |
| B190 | Other Contested Matters | 2.80 | 614.50 |
| | **Total Administration** | **6.40** | **1,442.50** |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | 1.50 | 375.00 |
| | **Total Claims and Plan** | **1.50** | **375.00** |
| | **TOTAL** | **7.90** | **$1,817.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| E112 | Court Fees | 414.00 |
| | **TOTAL** | **$414.0** |

**TOTAL CURRENT FEES AND COSTS:  $2,231.50**



EXHIBIT D

## 20. JEFF ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS
### FILE NO.    176119-01

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .30 | 90.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .30 | 90.00 |
| Allison Kingsmill | Associate | 250.00 | .40 | 100.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .90 | 225.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.20 | 360.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.50 | 232.50 |
| Scott M. Sigl | Paralegal | 155.00 | 1.10 | 170.50 |
| **TOTAL** | | | **5.70** | **$1,268.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 3.80 | 935.50 |
| **B190** | Other Contested Matters | 1.90 | 332.50 |
| | **Total Administration** | **5.70** | **1,268.00** |
| | **TOTAL** | **5.70** | **$1,268.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 14.50 |
| | **TOTAL** | **$14.50** |

## TOTAL FEES AND COSTS:  $1,282.50


EXHIBIT D

**21. RAYMOND ROE V THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS
FILE NO.        176201-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .30 | 90.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | 1.90 | 475.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 1.60 | 400.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.40 | 420.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 2.10 | 325.50 |
| **TOTAL** | | | **8.00** | **$1,833.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 5.50 | 1,265.50 |
| **B190** | Other Contested Matters | 2.50 | 568.00 |
| | **Total Administration** | **8.00** | **1,833.50** |
| | **TOTAL** | **8.00** | **$1,833.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 14.00 |
| | **TOTAL** | **$14.00** |

**TOTAL FEES AND COSTS:  $1,847.50**



**22. JOHN DOE I, ET AL V THE ARCHDIOCESE OF NEW ORLEANS (JOHN DOE EDLA)**
**FILE NO.    176379-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Joseph J. Lowenthal | Partner | 300.00 | .70 | 210.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 4.10 | 1,230.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 4.00 | 1,000.00 |
| **TOTAL** | | | 8.80 | **$2,440.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 1.30 | 360.00 |
| B140 | Relief from Stay | 1.80 | 540.00 |
| | **Total Administration** | 3.10 | 900.00 |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advice | 5.70 | 1,540.00 |
| | **Total Bankruptcy-Related Advice** | 5.70 | 1,540.00 |
| | **TOTAL** | 8.80 | **$2,440.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | .80 |
| | **TOTAL** | **$0.80** |

**TOTAL FEES AND COSTS:  $2,440.80**



### 23. FR. KENNETH HAMILTON V. THE ARCHDIOCESE, ET AL
### FILE NO.    176384-01

#### Compensation by Professional Person for the Hourly Services
#### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Samantha A. Oppenheim | Associate | 250.00 | .60 | 150.00 |
| **TOTAL** | | | .70 | **$180.00** |

#### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | .30 | 80.00 |
| B190 | Other Contested Matters | .40 | 100.00 |
| | **Total Administration** | **.70** | **180.00** |
| | **TOTAL** | **.70** | **$180.00** |

#### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 1.60 |
| | **TOTAL** | **$1.60** |

**TOTAL FEES AND COSTS:  $181.60**

{N4048656.2}





**24. JOHN DOE ( ██████████ ) V. THE ARCHDIOCESE**
**FILE NO.    176387-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 2.30 | 690.00 |
| Allison Kingsmill | Associate | 250.00 | .60 | 150.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.10 | 775.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .30 | 46.50 |
| **TOTAL** | | | **6.60** | **$1,751.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 4.00 | 1,130.00 |
| **B190** | Other Contested Matters | 2.60 | 621.50 |
| | **Total Administration** | **6.60** | **1,751.50** |
| | **TOTAL** | **6.60** | **$1,751.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E107 | Delivery Services | 25.42 |
| **E112** | Court Fees | 406.00 |
| | **TOTAL** | **$431.42** |

**CURRENT FEES AND COSTS:  $2,182.92**



**EXHIBIT D**

**25. IN RE:** ███████████

**FILE NO.** **176753-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | .10 | 30.00 |
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Allison Kingsmill | Associate | 250.00 | .40 | 100.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 2.20 | 550.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | 1.20 | 186.00 |
| Scott M. Sigl | Paralegal | 155.00 | .90 | 139.50 |
| **TOTAL** | | | **5.20** | **$1,125.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 3.40 | 789.50 |
| **B190** | Other Contested Matters | 1.80 | 336.00 |
| | **Total Administration** | **5.20** | **1,125.50** |
| | **TOTAL** | **5.20** | **$1,125.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 419.00 |
| | **TOTAL** | **$419.00** |

**TOTAL FEES AND COSTS: $1,544.50**



**EXHIBIT D**


**26. JOHN DOE (** ▮▮▮▮▮▮▮▮▮▮ **) V THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NO.     177165-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 2.40 | 720.00 |
| Allison Kingsmill | Associate | 250.00 | 4.60 | 1,150.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.50 | 875.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .30 | 46.50 |
| **TOTAL** | | | 11.10 | **$2,881.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 4.50 | 1,260.00 |
| **B190** | Other Contested Matters | 6.60 | 1,621.50 |
| | **Total Administration** | **11.10** | **2,881.50** |
| | **TOTAL** | **11.10** | **$2,881.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E107** | Delivery Services | 25.42 |
| **E112** | Court Fees | 406.00 |
| | **TOTAL** | **$431.42** |

**TOTAL FEES AND COSTS:  $3,312.92**

**EXHIBIT D**

### 27. EMPLOYMENT ISSUES RELATED TO COVID-19
###      FILE NO.     177433-01

**Compensation by Professional Person for the Hourly Services**
**for the Period from May 1, 2020 Through June 30, 2020**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| H. Mark Adams | Partner | 300.00 | 5.90 | 1,770.00 |
| **TOTAL** | | | **5.90** | **$1,770.00** |

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 1.10 | 330.00 |
| | **Total Administration** | **1.10** | **330.00** |
| . | **Operations** | | |
| B210 | Business Operations | 4.80 | 1,440.00 |
| | **Total Operations** | **4.80** | **1,440.00** |
| | **TOTAL** | **5.90** | **$1,770.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| | **TOTAL** | **$0.00** |

**TOTAL FEES AND COSTS:  $1,770.00**


EXHIBIT D

## 28. BRAD ROE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS
### FILE NO. 177939-01

### Compensation by Professional Person for the Hourly Services for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Edward D Wegmann | Partner | 300.00 | 1.10 | 330.00 |
| Allison Kingsmill | Associate | 250.00 | .40 | 100.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 1.80 | 450.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .30 | 46.50 |
| Scott M. Sigl | Paralegal | 155.00 | 1.20 | 186.00 |
| **TOTAL** | | | **5.20** | **$1,232.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| B110 | Case Administration | 4.50 | 1,086.00 |
| B190 | Other Contested Matters | .70 | 146.50 |
| | **Total Administration** | **5.20** | **1,232.50** |
| | **TOTAL** | **5.20** | **$1,232.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| E112 | Court Fees | $16.80 |
| | **TOTAL** | **$16.80** |

**TOTAL FEES AND COSTS: $1,249.30**



### 29. JB DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS
### FILE NO. 177940-01

**Compensation by Professional Person for the Hourly Services**
**for the Period from May 1, 2020 Through June 30, 2020**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Joseph J. Lowenthal | Partner | 300.00 | .20 | 60.00 |
| Edward D Wegmann | Partner | 300.00 | .70 | 210.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 1.90 | 570.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 5.30 | 1325.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Scott M. Sigl | Paralegal | 155.00 | 1.40 | 217.00 |
| **TOTAL** | | | **9.80** | **$2,472.00** |

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 4.80 | 1,127.00 |
| B190 | Other Contested Matters | 3.10 | 775.00 |
| | **Total Administration** | **7.90** | 1,902.00 |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advi | 1.90 | 570.00 |
| | **Total Bankruptcy-Related Advi** | **1.90** | **570.00** |
| | **TOTAL** | 9.80 | $2,472.00 |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| DSS | Court Record Fees | 10.00 |
| E112 | Court Fees | 400.00 |
| FF | Filing Fees | 14.00 |
| | **TOTAL** | **$424.00** |

**AND COSTS:  $2,896.00**



### 30. B.B. DOE V. THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, ET AL
### FILE NO. 175386-01

**Compensation by Professional Person for the Hourly Services
for the Period from May 1, 2020 Through June 30, 2020**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Edward D Wegmann | Partner | 300.00 | 1.00 | 300.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 2.40 | 720.00 |
| Allison Kingsmill | Associate | 250.00 | 4.30 | 1075.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 1.20 | 300.00 |
| Virginia W. Gundlach | Partner | 300.00 | .30 | 90.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .60 | 93.00 |
| Scott M. Sigl | Paralegal | 155.00 | 2.00 | 310.00 |
| **TOTAL** | | | **11.90** | **$2,918.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E112** | Court Fees | 400.00 |
| **FF** | Filing Fees | 14.00 |
| | **TOTAL** | **$414.00** |

**TOTAL FEES AND COSTS:  $3,332.00**


EXHIBIT D

**31. JOHN ROE III V THE ROMAN CATHOLIC CHURCH FOR THE
ARCHDIOCESE OF NEW ORLEANS
FILE NO.      175777-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Joseph J. Lowenthal | Partner | 300.00 | .10 | 30.00 |
| Edward D Wegmann | Partner | 300.00 | 2.40 | 720.00 |
| Allison Kingsmill | Associate | 250.00 | 1.00 | 250.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 2.10 | 525.00 |
| Virginia W. Gundlach | Partner | 300.00 | 1.70 | 510.00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .90 | 139.50 |
| Scott M. Sigl | Paralegal | 155.00 | 2.00 | 310.00 |
| **TOTAL** | | | **10.20** | **$2,484.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| **B110** | Case Administration | 8.30 | 2,095.00 |
| **B190** | OTHER CONTESTED MATTERS | 1.90 | 389.50 |
| | **Total Administration** | **10.20** | **2,484.50** |
| | **TOTAL** | **10.20** | **$2,484.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| **E112** | Court Fees | 428.50 |
| | **TOTAL** | **428.50** |

**TOTAL FEES AND COSTS:  $2,913.00**


EXHIBIT D

**POST-PETITION REORGANIZATION ADVICES**
**File No.: 176960-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from May 1, 2020 Through June 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 10.70 | 3,210.00 |
| Elizabeth J Futrell | Sr. Partner | 490.00 | 233.90 | 114,611.00 |
| Joseph J Lowenthal | Partner | 300.00 | 37.10 | 11,130.00 |
| Jeffrey R. Barber | Partner | 400.00 | .80 | 320.00 |
| Jefferson R. Tillery | Partner | 300.00 | 4.20 | 1,260.00 |
| R Patrick Vance | Sr. Partner | 490.00 | 239.90 | 117,551.00 |
| Seth A. Levine | Partner | 400.00 | 9.10 | 3,640.00 |
| Wayne G. Zeringue,Jr | Partner | 300.00 | 126.00 | 37,800.00 |
| B. Trevor Wilson, | Paralegal | 400.00 | 5.70 | 2,280.00 |
| Joseph E. Bain | Partner | 400.00 | .60 | 240.00 |
| Jeffrey P. Good | Partner | 400.00 | 38.10 | 15,240.00 |
| Laura F. Ashley | Partner | 400.00 | 206.70 | 82,680.00 |
| Mark A. Mintz | Partner | 400.00 | 406.80 | 162,720.00 |
| Mary Margaret Spell | Partner | 300.00 | 15.00 | 4,500.00 |
| Allison Kingsmill | Associate | 250.00 | 18.90 | 4,725.00 |
| Gabrielle A. Ramirez | Associate | 250.00 | 14.80 | 3,700.00 |
| Heather K. Trosclair | Associate | 250.00 | 3.50 | 875.00 |
| Jacob J. Pritt | Associate | 250.00 | 15.60 | 3,900.00 |
| Lucas H. Self | Associate | 250.00 | 193.90 | 48,475.00 |
| Leslie Lacoste | Associate | 250.00 | 9.80 | 2,450.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 103.80 | 25,950.00 |
| Stacey Moore Buchanan | Associate | 250.00 | 4.70 | 1,175.00 |
| Madeleine Fischer | Special Counsel | 300.00 | 101.00 | 30,300.00 |
| Virginia W. Gundlach | Partner | 300.00 | 72.20 | 21,660.00 |
| Aaron D. Washington | Paralegal | 170.00 | 2.20 | 374.00 |
| Camille T. Bourg, Jr. | Paralegal | 170.00 | 5.20 | 884.00 |
| Georgette M. Shahien | Paralegal | 170.00 | 6.40 | 1,088.00 |
| Law Clerks, No | | 170.00 | 4.10 | 697.00 |
| **TOTAL** | | | **1,890.70** | **$703,435.00** |

{N4073309.1}

**EXHIBIT D**

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| B110 | Case Administration | 887.20 | 338,459.00 |
| B120 | Asset Analysis/Recovery | 63.30 | 23,192.00 |
| B130 | Asset Disposition | 51.50 | 20,882.00 |
| B140 | Relief From Stay/Protec | 22.40 | 5,360.00 |
| B150 | Mtgs/Comm. W/ Creditors | 6.60 | 2,919.00 |
| B160 | Fee/Emplmt Applications | 61.10 | 19,192.00 |
| B170 | Fee/Emplmt Objections | .40 | 196.00 |
| B190 | Other Contested Matters | 173.40 | 61,714.00 |
| | **Total Administration** | **1,265.90** | **471,914.00** |
| | **Operations** | | |
| B210 | Business Operations | 110.90 | 51,457.00 |
| B220 | Employee Benefit/Pension | 53.80 | 21,897.00 |
| B230 | Financing/Cash Collecti | 8.30 | 3,851.00 |
| B250 | Real Estate | 2.00 | 800.00 |
| | **Total Operations** | **175.00** | **78,005.00** |
| | **Claims And Plan** | | |
| B310 | Claims/Admn/Objections | 128.40 | 45,525.00 |
| B320 | Plan Disclosure Stmt | 71.70 | 32,582.00 |
| | **Total Claims and Plan** | **200.10** | **78,107.00** |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advi | 239.60 | 71,279.00 |
| B420 | Restructuring | 10.10 | 4,130.00 |
| | **Total Bankruptcy-Related Advice** | **249.70** | **75,409.00** |
| | **TOTALS** | **1,890.70** | **$703,435.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E101 | Copying | 34.00 |
| E105 | Long Distance | 105.24 |
| E106 | Computer Legal Research | 7,868.10 |
| E107 | Delivery Services | 25.42 |
| E112 | Court Fees | 3,586.65 |
| E116 | Trial Transcripts | 750.55 |
| E118 | Litigation Support | 50.00 |
| | **TOTAL** | **$12,419.96** |

**TOTAL FEES AND COSTS: $715,851.81**

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038553
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  BRAD ROE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF
               NEW ORLEANS

                    FILE NO. 177939-01


FOR PROFESSIONAL SERVICES RENDERED:

|         |        | TASK | ACT. |                                                                              |          |            |
|---------|--------|------|------|------------------------------------------------------------------------------|----------|------------|
| DATE    | INIT.  | CODE | CODE | DESCRIPTION                                                                  | HOURS    | FEES       |
| 05/12/20 | EDW   | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF ENROLLMENT OF COUNSEL FOR PLAINTIFF AND REVIEWED STATUS. | .20 | 60.00 |
| 05/13/20 | EDW   | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE UPDATES REGARDING PLEADINGS FILED, ACTIONS TAKEN BY THE CLERK, AND NOTICES FROM THE COURT. | .30 | 90.00 |
| 05/18/20 | EDW   | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/19/20 | EDW   | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND ORDERS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/19/20 | AK    | B190 | A105 | WORKED ON NOTICE OF COMPLIANCE WITH MS. OPPENHEIM. | .40 | 100.00 |
| 05/19/20 | SAO   | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2 (1.1); PREPARE EXHIBITS 1 AND 2 TO THE SAME (0.3). | 1.40 | 350.00 |



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01

05/19/20 VWG    B110   A105   DRAFTING NOTICE OF AUTOMATIC          .30          90.00
                              REFERRAL.

05/19/20 CTB    B190   A110   REVIEW AND PREPARE EXHIBIT            .30          46.50
                              FOR ELECTRONIC SUBMISSION TO
                              CLERK OF COURT FOR THE PARISH
                              OF ORLEANS.

05/21/20 JJL    B110   A103   REVIEW CASE STATUS AND               .10          30.00
                              PLEADINGS

05/22/20 EDW    B110   A106   RECEIVED AND REVIEWED                .10          30.00
                              MULTIPLE NOTICES AND FILINGS
                              FROM EASTERN DISTRICT,
                              LOUISIANA.

05/22/20 SAO    B110   A103   REVIEW, REVISE, AND FINALIZE         .40         100.00
                              NOTICE OF AUTOMATIC REFERENCE
                              TO BANKRUPTCY COURT.

05/26/20 EDW    B110   A104   REVIEWED ACTION TAKEN BY THE         .10          30.00
                              COURT REGARDING PENDING
                              MOTIONS.

06/01/20 SMS    B110   A111   RECEIVE AND REVIEW COURT'S           .10          15.50
                              INITIAL CASE ASSIGNMENT OF
                              MATTER TO JUDGE JANE MILAZZO,
                              AND UPDATE TO CASEMAP FOR
                              HANDLING ATTORNEYS' ACCESS
                              AND REVIEW.

06/01/20 SMS    B110   A111   RECEIVE AND REVIEW COURT'S           .10          15.50
                              DIRECTIVE OF THE CLERK
                              REGARDING COMPLIANCE WITH
                              28-1447(B), AND UPDATE TO
                              CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS    B110   A111   RECEIVE AND REVIEW                   .20          31.00
                              PLAINTIFF'S MOTION TO ENROLL
                              AS CO-COUNSEL OF RECORD, AND
                              UPDATE TO CASEMAP FOR
                              HANDLING ATTORNEYS' ACCESS
                              AND REVIEW.

06/01/20 SMS    B110   A111   RECEIVE AND REVIEW COURT'S           .10          15.50
                              ORDER GRANTING PLAINTIFF'S
                              MOTION TO ENROLL AS
                              CO-COUNSEL OF RECORD, AND
                              UPDATE TO CASEMAP FOR

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01

                        HANDLING ATTORNEYS' ACCESS
                        AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW             .20         31.00
                        PLAINTIFF'S STATEMENT ON
                        NOTICE OF REMOVAL, AND UPDATE
                        TO CASEMAP FOR HANDLING
                        ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW             .20         31.00
                        ARCHDIOCESE OF NEW ORLEANS'
                        NOTICE OF COMPLIANCE WITH
                        28-1447(B), AND UPDATE TO
                        CASEMAP FOR HANDLING
                        ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW             .20         31.00
                        ARCHDIOCESE OF NEW ORLEANS'
                        NOTICE OF PROCEEDING SUBJECT
                        TO AUTOMATIC REFERENCE TO
                        BANKRUPTCY JUDGE PURSUANT TO
                        LOCAL RULE 83.4.1, AND UPDATE
                        TO CASEMAP FOR HANDLING
                        ATTORNEYS' ACCESS AND REVIEW.

06/03/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICE   .10         30.00
                        FROM EASTERN DISTRICT,
                        LOUISIANA REGARDING TRANSFER
                        OF CASE TO MAGISTRATE JUDGE
                        CURRAULT.

06/03/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S     .10         15.50
                        ORDER REASSIGNING MATTER TO
                        MAGISTRATE JUDGE MICHAEL
                        NORTH, AND UPDATE TO CASEMAP
                        FOR HANDLING ATTORNEYS'
                        ACCESS AND REVIEW.
                                                       --------    -----------
                        TOTALS                            5.20      $1,232.50
                                                       ========    ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01


|                              | ------THIS BILL------- |  | --CUMULATIVE TOTALS--- |  |
|------------------------------|-------|-----------|-------|-----------|
| TASK CODE SUMMARY            | HOURS | FEES      | HOURS | FEES      |
| ADMINISTRATION               |       |           |       |           |
| B110    CASE ADMINISTRATION  | 4.50  | 1,086.00  | 4.50  | 1,086.00  |
| B190    OTHER CONTESTED MATTERS | .70 | 146.50   | .70   | 146.50    |
| TOTAL ADMINISTRATION         | 5.20  | 1,232.50  | 5.20  | 1,232.50  |
|                              |       |           |       |           |
| TOTALS                       | 5.20  | 1,232.50  | 5.20  | 1,232.50  |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    5
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 1.10 | 330.00 | 1.10 | 330.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | .40 | 100.00 | .40 | 100.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 1.80 | 450.00 | 1.80 | 450.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .30 | 46.50 | .30 | 46.50 |
| SCOTT M. SIGL | 155.00 | 1.20 | 186.00 | 1.20 | 186.00 |
| TOTALS | | 5.20 | 1,232.50 | 5.20 | 1,232.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    6
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01


COSTS INCURRED:


05/19/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE      2.00
         # 2020-03463
06/15/20 COURT RECORD FEES /PACER PACER MAY 2020              0.80
05/08/20 FILING FEES - CDC BILLING MAY 2020 - CASE #         14.00
         2020-03463

                         TOTAL COSTS:                    $16.80

                 COST SUMMARY

   E112   COURT FEES                        16.80
                                    --------------
           TOTAL DISBURSEMENTS             $16.80


                   TOTAL FEES AND COSTS:    $1,249.30

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01


FILE NAME:  BRAD ROE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF
            NEW ORLEANS



        * * *   R E M I T T A N C E   C O P Y   * * *


                 TOTAL FEES:                          $1,232.50

                 TOTAL COSTS:                            $16.80

                 LESS CREDITS:                           $0.00
                                                    ------------
            TOTAL CURRENT FEES AND COSTS DUE       $1,249.30

                 TOTAL PRIOR INVOICES DUE:              $0.00
                                                    -----------


                 TOTAL AMOUNT DUE:                 $1,249.30
                                                    ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
            Iberia Bank
            New Orleans, Louisiana
            ABA Number:  265270413
            Account Number:  20000247731
            Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS         OR OUR CREDIT MANAGER AT (504)582-8220.
                     ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400



   *********************************************************************

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE    9
JULY 22, 2020
INVOICE NO.: 1038553
FILE NUMBER: 177939-01


FILE NAME:  BRAD ROE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




          * * *   A C C O U N T I N G   C O P Y   * * *




               TOTAL FEES:                    $1,232.50

               TOTAL COSTS:                      $16.80

               LESS CREDITS:                      $0.00
                                            -------------
          TOTAL CURRENT FEES AND COSTS DUE    $1,249.30

             TOTAL PRIOR INVOICES DUE:           $0.00
                                            -----------

               TOTAL AMOUNT DUE:             $1,249.30
                                            ==========

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL        INVOICE NO. 1038586
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


      RE:  POST-PETITION - JOHN ROE I, ET AL V THE ROMAN CATHOLIC
          CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

          FILE NO. 174931-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/01/20 | AK | B310 | A103 | REVISED NOTICE OF REMOVAL AND ATTACHMENTS TO FILE IN FEDERAL COURT. | .60 | 150.00 |
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN ROE I CASE. | 1.60 | 400.00 |
| 05/04/20 | EDW | B110 | A103 | WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |
| 05/04/20 | AK | B310 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   2
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/06/20 | LHS | B190 | A103 | RESEARCH AND COMPOSE MEMORANDUM REGARDING THE EFFECT OF A DEFAULT JUDGMENT ON CASE PROCEEDINGS.. | 6.70 | 2,010.00 |
| 05/07/20 | EDW | B110 | A104 | CONTINUED REVIEW OF NOTICES FROM COURT AND COMPLIANCE WITH SAME. | .20 | 60.00 |
| 05/08/20 | EDW | B110 | A104 | CONTINUED WORK ON HANDLING REMOVAL AND COMPLIANCE. | .30 | 90.00 |
| 05/11/20 | EDW | B110 | A104 | JOHN DOE: REVIEWED STATUS REGARDING COMPLIANCE WITH REMOVAL PROCEDURE AND NOTICES FROM CLERK'S OFFICE REGARDING SAME. | .30 | 90.00 |
| 05/11/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/12/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF ENROLLMENT OF COUNSEL FOR PLAINTIFF AND REVIEWED STATUS. | .20 | 60.00 |
| 05/12/20 | VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL | 1.00 | 300.00 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ORDER GRANTING PLAINTIFF'S MOTION TO ENROLL COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/14/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND ORDERS FROM EASTERN DISTRICT, LOUISIANA REGARDING REMOVAL AND PLEADINGS. | .10 | 30.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED STATEMENT OF REMOVAL FILED BY PLAINTIFF | .10 | 30.00 |
| 05/15/20 | AK | B190 | A103 | FINALIZED NOTICE OF COMPLIANCE TO BE FILED WITH COURT. | .30 | 75.00 |
| 05/15/20 | AK | B190 | A103 | FINALIZED MOTION TO WITHDRAW TO BE FILED WITH COURT. | .30 | 75.00 |
| 05/15/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 (0.8) AND MOTION TO WITHDRAW AS COUNSEL FOR CATHOLIC CHARITIES (0.4). | 1.20 | 300.00 |
| 05/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLES NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .40 | 120.00 |
| 05/20/20 | VWG | B110 | A103 | DRAFTING MOTION TO WITHDRAW RALPH AUCOIN OF THE DENACHUAD FIRM. | .30 | 90.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    4
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01

| | | | | | |
|---|---|---|---|---|---|
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 JJL | B110 | A104 | RECEIVED AND REVIEWED AUTOMATIC REFERENCE TO BANKRUPTCY COURT | .10 | 30.00 |
| 05/22/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .60 | 150.00 |
| 05/26/20 EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |
| 05/27/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/27/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE WENDY VITTER, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/27/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DIRECTIVE OF THE CLERK REGARDING COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/27/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER OF RECUSAL OF JUDGE WENDY VITTER, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/27/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR | .10 | 15.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    5
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01

|  |  |  |  | HANDLING ATTORNEYS' ACCESS AND REVIEW. |  |  |
|---|---|---|---|---|---|---|
| 05/28/20 | LHS | B190 | A104 | REVIEW SPECIAL COUNSEL APPLICATION FOR CONFORMITY WITH US TRUSTEE GUIDELINES. | .40 | 120.00 |
| 05/28/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT ON ARCHDIOCESE OF NEW ORLEANS' NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/28/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/28/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO WITHDRAW RALPH AUCOIN, SR. AS CO-COUNSEL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/28/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO WITHDRAW RALPH AUCOIN, SR. AS CO-COUNSEL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/28/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LOCAL RULE 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/06/20 | LHS | B190 | A104 | REVIEW SCOPE OF DISCOVERY IN DIOCESE BANKRUPTCIES. | 3.90 | 1,170.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    6
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01

```
                                            --------    -----------
                          TOTALS               23.30    $6,334.00
                                            ========    ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01


|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| --- | --- | --- | --- | --- | --- |
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
| | ADMINISTRATION | | | | |
| B110 | CASE ADMINISTRATION | 10.10 | 2,541.00 | 10.10 | 2,541.00 |
| B190 | OTHER CONTESTED MATTERS | 12.20 | 3,543.00 | 12.20 | 3,543.00 |
| | TOTAL ADMINISTRATION | 22.30 | 6,084.00 | 22.30 | 6,084.00 |
| | CLAIMS AND PLAN | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 1.00 | 250.00 | 1.00 | 250.00 |
| | TOTAL CLAIMS AND PLAN | 1.00 | 250.00 | 1.00 | 250.00 |
| | TOTALS | 23.30 | 6,334.00 | 23.30 | 6,334.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------  HOURS | FEES | --CUMULATIVE TOTALS---  HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 2.60 | 780.00 | 2.60 | 780.00 |
| JOSEPH J LOWENTHAL | 300.00 | .20 | 60.00 | .20 | 60.00 |
| ALLISON KINGSMILL | 250.00 | 1.60 | 400.00 | 1.60 | 400.00 |
| LUCAS H. SELF | 300.00 | 11.00 | 3,300.00 | 11.00 | 3,300.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 3.40 | 850.00 | 3.40 | 850.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.70 | 510.00 | 1.70 | 510.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .60 | 93.00 | .60 | 93.00 |
| SCOTT M. SIGL | 155.00 | 2.20 | 341.00 | 2.20 | 341.00 |
| TOTALS | | 23.30 | 6,334.00 | 23.30 | 6,334.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   9
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01


COSTS INCURRED:


05/01/20 COURT FEES - EDWARD D WEGMANN - FILING FEE -         400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/01/20 COURT FEES - EDWARD D WEGMANN - FILING FEE -         400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE #          14.00
         2018-11369

                              TOTAL COSTS:            $814.00

                   COST SUMMARY

   E112   COURT FEES                        814.00
                                      --------------
            TOTAL DISBURSEMENTS            $814.00

                              TOTAL FEES AND COSTS:    $7,148.00

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE  10
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01


FILE NAME:  POST-PETITION - JOHN ROE I, ET AL V THE ROMAN CATHOLIC
            CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS



        * * *   R E M I T T A N C E   C O P Y   * * *


            TOTAL FEES:                        $6,334.00

            TOTAL COSTS:                         $814.00

            LESS CREDITS:                          $0.00
                                            ------------
        TOTAL CURRENT FEES AND COSTS DUE        $7,148.00

            TOTAL PRIOR INVOICES DUE:              $0.00
                                            -----------


            TOTAL AMOUNT DUE:                   $7,148.00
                                            ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                Iberia Bank
                New Orleans, Louisiana
                ABA Number:  265270413
                Account Number:  20000247731
                Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  11
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


     ***********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  12
JULY 22, 2020
INVOICE NO.: 1038586
FILE NUMBER: 174931-01


FILE NAME:  POST-PETITION - JOHN ROE I, ET AL V THE ROMAN CATHOLIC



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




          * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                    $6,334.00

                    TOTAL COSTS:                     $814.00

                    LESS CREDITS:                      $0.00
                                              -------------
                 TOTAL CURRENT FEES AND COSTS DUE   $7,148.00

                     TOTAL PRIOR INVOICES DUE:         $0.00
                                              -----------


                    TOTAL AMOUNT DUE:              $7,148.00
                                              =============

EXHIBIT D

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | JOHN ROE I v. THE ARCHDIOCESE | May 1, 2020 |
| FILE NO. | 174933-01 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| EDWARD D. WEGMANN | $400.00 |
| | MAIL CHECK |
| | RETURN CHECK TO WEGMANN ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| FILING FEE - NOTICE OF REMOVAL | EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9750 | | | $400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☑ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

## RECEIVED

### MAY 01 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Hamric, Tammy**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 2:50 PM |
| **To:** | Hamric, Tammy |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4457088
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284380
Approval Code: 144832
Card Number: ************4003
Date/Time: 05/01/2020 03:49:29 ET


NOTE: This is an automated message. Please do not reply

EXHIBIT D

ᾱ

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | JOHN ROE I v. THE ARCHDIOCESE | May 1, 2020 |
| FILE NO. | 174933-01 | | |

| PAYABLE TO: PLY TH | AMOUNT $400.00 |
|---|---|
| EDWARD D. WEGMANN | MAIL CHECK ☐ |
| | RETURN CHECK TO WEGMANN ✓ |
| PAYMENT FOR: FILING FEE – NOTICE OF REMOVAL | NAME EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 1750 | | | $400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✓ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

### MAY 0 1 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

Hamric, Tammy

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 2:50 PM |
| **To:** | Hamric, Tammy |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4457088
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284380
Approval Code: 144832
Card Number: ************4003
Date/Time: 05/01/2020 03:49:29 ET


NOTE: This is an automated message. Please do not reply

EXHIBIT D

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | | DATE | |
|---|---|---|---|---|---|
| | | JOHN ROE I v. THE ARCHDIOCESE | | May 1, 2020 | |
| FILE NO. | 174931-01 | | | | |

| PAYABLE TO: | AMOUNT | $400.00 |
|---|---|---|
| EDWARD D. WEGMANN | MAIL CHECK | ☐ |
| | RETURN CHECK TO WEGMANN | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| FILING FEE - NOTICE OF REMOVAL | EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9750 | | | $400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✓ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

### MAY 01 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Hamric, Tammy**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 3:14 PM |
| **To:** | Hamric, Tammy |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4457088
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284479
Approval Code: 169761
Card Number: ************4003
Date/Time: 05/01/2020 04:13:34 ET

NOTE: This is an automated message. Please do not reply

**EXHIBIT D**

1237   48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038588
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


　　　RE:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
　　　　　 INDEMNITY, INC., ET AL

　　　　　　　FILE NO. 174933-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/04/20 | EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/07/20 | EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |
| 05/07/20 | EDW | B110 | A104 | CONTINUED REVIEW OF NOTICES FROM COURT AND COMPLIANCE WITH SAME. | .20 | 60.00 |



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    2
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01

| | | | | | |
|---|---|---|---|---|---|
| 05/08/20 EDW | B110 | A104 | CONTINUED WORK ON HANDLING REMOVAL AND COMPLIANCE. | .30 | 90.00 |
| 05/11/20 EDW | B110 | A104 | REVIEWED STATUS REGARDING COMPLIANCE WITH REMOVAL PROCEDURE AND NOTICES FROM CLERK'S OFFICE REGARDING SAME. | .30 | 90.00 |
| 05/14/20 AK | B190 | A103 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/15/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |
| 05/15/20 AK | B190 | A103 | FINALIZED NOTICE OF COMPLIANCE TO BE FILED WITH COURT. | .30 | 75.00 |
| 05/15/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .20 | 50.00 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLES NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   3
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01

| | | | | | |
|---|---|---|---|---|---|
| 05/22/20 JJL | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE FILINGS IN THE USDC RELATED TO CASE STATUS. | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .40 | 100.00 |
| 05/26/20 EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |
| 06/01/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DOCKET CORRECTION ENTRY ON ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT ON NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LR 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    4
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE JANE MILAZZO, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

```
                                    --------    -----------
                       TOTALS          7.10      $1,758.50
                                    ========    ===========
```

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   5
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 4.60 | 1,190.50 | 4.60 | 1,190.50 |
| B190    OTHER CONTESTED MATTERS | 2.50 | 568.00 | 2.50 | 568.00 |
| TOTAL ADMINISTRATION | 7.10 | 1,758.50 | 7.10 | 1,758.50 |
| TOTALS | 7.10 | 1,758.50 | 7.10 | 1,758.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 2.40 | 720.00 | 2.40 | 720.00 |
| JOSEPH J LOWENTHAL | 300.00 | .20 | 60.00 | .20 | 60.00 |
| ALLISON KINGSMILL | 250.00 | 1.90 | 475.00 | 1.90 | 475.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | .60 | 150.00 | .60 | 150.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .60 | 93.00 | .60 | 93.00 |
| SCOTT M. SIGL | 155.00 | 1.10 | 170.50 | 1.10 | 170.50 |
| TOTALS | | 7.10 | 1,758.50 | 7.10 | 1,758.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01


COSTS INCURRED:


05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-01371

                              TOTAL COSTS:              $14.00

                    COST SUMMARY

   E112   COURT FEES                      14.00
                                   ---------------
          TOTAL DISBURSEMENTS            $14.00


                         TOTAL FEES AND COSTS:    $1,772.50


**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


        * * *   R E M I T T A N C E   C O P Y   * * *


                TOTAL FEES:                      $1,758.50

                TOTAL COSTS:                        $14.00

                LESS CREDITS:                        $0.00
                                              ------------
            TOTAL CURRENT FEES AND COSTS DUE    $1,772.50

                TOTAL PRIOR INVOICES DUE:           $0.00
                                              -----------


                TOTAL AMOUNT DUE:               $1,772.50
                                              ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                Iberia Bank
                New Orleans, Louisiana
                ABA Number:  265270413
                Account Number:  20000247731
                Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


    **********************************************************************



EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  10
JULY 22, 2020
INVOICE NO.: 1038588
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




          * * *   A C C O U N T I N G   C O P Y   * * *




               TOTAL FEES:                      $1,758.50

               TOTAL COSTS:                        $14.00

               LESS CREDITS:                        $0.00
                                              -------------
               TOTAL CURRENT FEES AND COSTS DUE   $1,772.50

               TOTAL PRIOR INVOICES DUE:           $0.00
                                              -----------

               TOTAL AMOUNT DUE:                 $1,772.50
                                              ============
```

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038589
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  POST-PETITION - A. A. DOE V ARCHDIOCESE OF NEW ORLEANS
               INDEMNITY, INC., ET AL

               FILE NO. 174935-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/01/20 | SAO | B110 | A104 | FILE AA DOE NOTICE OF REMOVAL, STATE COURT RECORD, NOTICES OF CONSENT, CIVIL COVER SHEET, AND MOTION FOR LEAVE TO SEAL EXHIBIT. | 1.70 | 425.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH FR. SEILER REGARDING CANCELLATION OF DEPOSITION. | .10 | 30.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/06/20 | AK | B190 | A103 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |
| 05/07/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. O'BRIAN REGARDING STATUS OF MSGR. MULDOWNEY DEPOSITION. | .10 | 30.00 |
| 05/08/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON REGARDING MSGR. MULDOWNEY DEPOSITION CANCELLATION. | .10 | 30.00 |
| 05/08/20 | JJL | B110 | A108 | READ CORRESPONDENCE FROM SCRANTON DIOCESE'S ATTORNEY REGARDING JUNE 25, 2020 DEPOSITION OF FATHER MULDOWNEY | .10 | 30.00 |
| 05/08/20 | JJL | B110 | A108 | READ REPLY FROM SOREN GISLESON CONFIRMING BANKRUPTCY POSTPONING DEPOSITION OF FATHER MULDOWNEY INDEFINITELY | .10 | 30.00 |
| 05/08/20 | WGZ | B140 | A107 | EMAILS WITH PLAINTIFF'S COUNSEL AND COUNSEL FOR SCRANTON ARCHDIOCESE REGARDING CANCELLATION OF DEPOSITION IN PENNSYLVANIA DUE TO AUTOMATIC STAY. | .60 | 180.00 |
| 05/08/20 | SMS | B110 | A111 | DRAFT AND DISSEMINATE MEMORANDUM TO HANDLING ATTORNEYS REGARDING TASKS TO BE HANDLED IN THE UPCOMING WEEK. | .30 | 46.50 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF REMOVAL AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   3
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01

| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT NOTIFICATION THAT MATTER IS ASSIGNED TO JUDGE IVAN LEMELLE AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER OF RECUSAL OF JUDGE IVAN LEMELLE AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DOCKET ENTRY CORRECTION REGARDING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/14/20 | AK | B190 | A103 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    4
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/15/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .30 | 75.00 |
| 05/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLES NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S CORRECTION OF DOCKET ENTRY REGARDING ARCHDIOCESE OF NEW ORLEANS NOTICE OF COMPLIANCE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/20/20 | VWG | B110 | A103 | DRAFTING MOTION TO WITHDRAW RALPH AUCOIN OF THE DENACHUAD FIRM. | .30 | 90.00 |
| 05/22/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM USDC | .10 | 30.00 |
| 05/22/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | 1.10 | 275.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   5
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01

05/26/20 EDW   B110  A104   REVIEWED ACTION TAKEN BY THE       .10       30.00
                           COURT REGARDING PENDING
                           MOTIONS.

05/26/20 AK    B310  A103   PREPARED CHRONOLOGY OF            2.10      525.00
                           DOCUMENTS PRODUCED TO
                           PLAINTIFFS IN A.A. DOE IN
                           ORDER TO PREPARE FOR
                           POTENTIAL DISCOVERY.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW                .20       31.00
                           ARCHDIOCESE OF NEW ORLEANS
                           INDEMNITY, INC.'S EX PARTE
                           MOTION TO WITHDRAW RALPH J.
                           AUCOIN, SR. AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW                .20       31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF PROCEEDING SUBJECT
                           TO AUTOMATIC REFERENCE TO
                           BANKRUPTCY JUDGE PURSUANT TO
                           LOCAL RULE 83.4.1, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S        .10       15.50
                           ORDER GRANTING ARCHDIOCESE OF
                           NEW ORLEANS INDEMNITY, INC.'S
                           EX PARTE MOTION TO WITHDRAW
                           RALPH J. AUCOIN, SR. AS
                           CO-COUNSEL OF RECORD, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/27/20 AK    B310  A103   PREPARED CHRONOLOGY OF            2.30      575.00
                           DOCUMENTS PRODUCED TO
                           PLAINTIFFS IN A.A. DOE IN
                           ORDER TO PREPARE FOR
                           POTENTIAL DISCOVERY.

05/28/20 AK    B310  A103   PREPARED CHRONOLOGY OF            2.20      550.00
                           DOCUMENTS PRODUCED TO
                           PLAINTIFFS IN A.A. DOE IN
                           ORDER TO PREPARE FOR
                           POTENTIAL DISCOVERY.

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01


                                             --------   -----------
                          TOTALS                16.80   $4,073.50
                                             ========   ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01


|  |  | ------THIS BILL------- | --CUMULATIVE TOTALS--- |
| TASK CODE SUMMARY |  | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|---|
| ADMINISTRATION |  |  |  |  |  |
| B110 | CASE ADMINISTRATION | 7.20 | 1,700.50 | 7.20 | 1,700.50 |
| B140 | RELIEF FROM STAY/PROTEC | .60 | 180.00 | .60 | 180.00 |
| B190 | OTHER CONTESTED MATTERS | 2.40 | 543.00 | 2.40 | 543.00 |
| TOTAL ADMINISTRATION |  | 10.20 | 2,423.50 | 10.20 | 2,423.50 |
|  |  |  |  |  |  |
| CLAIMS AND PLAN |  |  |  |  |  |
| B310 | CLAIMS/ADMN/OBJECTIONS | 6.60 | 1,650.00 | 6.60 | 1,650.00 |
| TOTAL CLAIMS AND PLAN |  | 6.60 | 1,650.00 | 6.60 | 1,650.00 |
|  |  |  |  |  |  |
| TOTALS |  | 16.80 | 4,073.50 | 16.80 | 4,073.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01

|                          |        | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
| ATTORNEY SUMMARY         | RATE   | HOURS | FEES | HOURS | FEES |
| ------------------------ | ------ | ----- | -------- | -------- | -------- |
| EDWARD D WEGMANN         | 300.00 | 1.30  | 390.00   | 1.30     | 390.00   |
| JOSEPH J LOWENTHAL       | 300.00 | .40   | 120.00   | .40      | 120.00   |
| WAYNE G. ZERINGUE,JR     | 300.00 | .60   | 180.00   | .60      | 180.00   |
| ALLISON KINGSMILL        | 250.00 | 8.40  | 2,100.00 | 8.40     | 2,100.00 |
| SAMANTHA A. OPPENHEIM    | 250.00 | 3.10  | 775.00   | 3.10     | 775.00   |
| VIRGINIA W. GUNDLACH     | 300.00 | .30   | 90.00    | .30      | 90.00    |
| CAMILLE T. BOURG, JR.    | 155.00 | .60   | 93.00    | .60      | 93.00    |
| SCOTT M. SIGL            | 155.00 | 2.10  | 325.50   | 2.10     | 325.50   |
| TOTALS                   |        | 16.80 | 4,073.50 | 16.80    | 4,073.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020              4.00
05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -   400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-06200

                        TOTAL COSTS:            $418.00

                 COST SUMMARY

   E112    COURT FEES                    418.00
                                   --------------
           TOTAL DISBURSEMENTS          $418.00

                        TOTAL FEES AND COSTS:    $4,491.50

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01


FILE NAME:  POST-PETITION - A. A. DOE V ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


       * * *   R E M I T T A N C E   C O P Y   * * *


                 TOTAL FEES:                      $4,073.50

                 TOTAL COSTS:                       $418.00

                 LESS CREDITS:                        $0.00
                                             ------------
         TOTAL CURRENT FEES AND COSTS DUE     $4,491.50

            TOTAL PRIOR INVOICES DUE:             $0.00
                                             -----------


            TOTAL AMOUNT DUE:                  $4,491.50
                                             ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  11
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
               WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                WASHINGTON, DC (DOWNTOWN) (202)434-4660
                  THE WOODLANDS, TX (281)296-4400


  ***********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
JULY 22, 2020
INVOICE NO.: 1038589
FILE NUMBER: 174935-01


FILE NAME:  POST-PETITION - A. A. DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



             * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                      $4,073.50

                    TOTAL COSTS:                      $418.00

                    LESS CREDITS:                       $0.00
                                                 -------------
                    TOTAL CURRENT FEES AND COSTS DUE   $4,491.50

                    TOTAL PRIOR INVOICES DUE:           $0.00
                                                 -----------

                    TOTAL AMOUNT DUE:                 $4,491.50
                                                 ============

EXHIBIT D

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | May 11, 2020 |
| FILE NO. | 174935-01 | File Title: AA Doe v. RCCANO | |

| PAYABLE TO: | | AMOUNT | $400.00 |
|---|---|---|---|
| Virginia Gundlach | | MAIL CHECK | |
| | | RETURN CHECK TO: Ginger Gundlach | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fees - Notice of Removal USDC/LAED Tracking #ALAEDC-8283215 | Ginger Gundlach |
| | SIGNATURE |
| | *Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9640 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

EXHIBIT D

## Gundlach, Ginger

| | |
|---|---|
| **From:** | Zeringue, Wayne |
| **Sent:** | Friday, May 1, 2020 10:16 AM |
| **To:** | Gundlach, Ginger |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Pay documention

Wayne G. Zeringue Jr. | Partner
Jones Walker LLP
D: 504.582.8682 | M: 504.905.8553
wzeringue@joneswalker.com


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Friday, May 1, 2020 1:27 AM
To: Zeringue, Wayne <wzeringue@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to
cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8283215
Approval Code: 01542D
Card Number: ************9733
Date/Time: 05/01/2020 02:27:17 ET


NOTE: This is an automated message. Please do not reply

*AH Doe*
*17493501*

1

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038591
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - TOM DOE V ARCHDIOCESE OF NEW ORLEANS
     INDEMNITY, INC., ET AL

FILE NO. 174936-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR TOM DOE CASE. | .50 | 125.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/10/20 | SAO | B190 | A103 | PREPARE MOTION TO SUPPLEMENT EXHIBIT A AND TO FILE EXHIBIT UNDER SEAL. | 1.10 | 275.00 |
| 05/13/20 | AK | B190 | A103 | REVIEWED AND FINALIZED STATE COURT PLEADINGS TO FILE WITH MOTION TO SUPPLEMENT. | .40 | 100.00 |
| 05/14/20 | AK | B190 | A103 | EDITED AND REVISED MOTION TO SUPPLEMENT. | .80 | 200.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|------|------|------|
| 05/15/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .00 | .00 |
| 05/18/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLES NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL AND FOR LEAVE TO FILE THE SAME UNDER SEAL. | 1.30 | 325.00 |
| 05/18/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2. | .90 | 225.00 |
| 05/18/20 | CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. FILE PLEADINGS WITH CLERK OF COURT. | .60 | 93.00 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT TO JUDGE LANCE AFRICK, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW THE DIRECTIVE OF THE CLERK REGARDING COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW THE PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW THE ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL, AND UPDATE TO | .20 | 31.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    3
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01

|            |     |      |      | CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. |     |        |
|------------|-----|------|------|------|-----|--------|
| 05/18/20   | SMS | B110 | A111 | RECEIVE AND REVIEW THE ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/19/20   | VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/19/20   | SMS | B110 | A111 | RECEIVE AND REVIEW THE COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO SUPPLEMENT EX A TO NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/22/20   | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20   | JJL | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM USDC | .10 | 30.00 |
| 05/22/20   | AK  | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20   | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .40 | 100.00 |
| 05/22/20   | CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |
| 05/26/20   | EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    4
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01


| Date | Initials | B | A | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/01/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LR 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .30 | 46.50 |
| 06/01/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DOCKET CORRECTION ENTRY ON ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LR 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/03/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE FROM EASTERN DISTRICT, LOUISIANA REGARDING TRANSFER OF CASE TO MAGISTRATE JUDGE CURRAULT. | .10 | 30.00 |
| 06/03/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER REASSIGNING MATTER TO MAGISTRATE JUDGE MICHAEL NORTH, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/29/20 | SAO | B110 | A105 | DISCUSSION WITH MR. MINTZ REGARDING JUDGE AFRICK'S ORDER STAYING AND ADMINISTRATIVELY CLOSING THE TOM DOE CASE. | .10 | 25.00 |
| | | | | TOTALS | 10.10 | $2,294.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01


| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 5.50 | 1,287.00 | 5.50 | 1,287.00 |
| B190 | OTHER CONTESTED MATTERS | 4.60 | 1,007.50 | 4.60 | 1,007.50 |
| TOTAL ADMINISTRATION | | 10.10 | 2,294.50 | 10.10 | 2,294.50 |
| TOTALS | | 10.10 | 2,294.50 | 10.10 | 2,294.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    6
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
|  |  | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .50 | 150.00 | .50 | 150.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | 2.00 | 500.00 | 2.00 | 500.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 4.30 | 1,075.00 | 4.30 | 1,075.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.50 | 232.50 | 1.50 | 232.50 |
| SCOTT M. SIGL | 155.00 | 1.40 | 217.00 | 1.40 | 217.00 |
| TOTALS |  | 10.10 | 2,294.50 | 10.10 | 2,294.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   7
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020          10.80
05/05/20 COURT FEES - HEATHER K. TROSCLAIR - COURT COSTS  400.00
         - LOUISIANA EASTERN DISTRICT COURT - 05/04/20
05/06/20 COURT FEES - HEATHER K. TROSCLAIR - COURT COSTS  400.00
         - LOUISIANA EASTERN DISTRICT COURT - 05/05/20
05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE #       14.00
         2019-08552

                            TOTAL COSTS:           $824.80

                  COST SUMMARY

   E112    COURT FEES                    824.80
                                    --------------
           TOTAL DISBURSEMENTS          $824.80


                      TOTAL FEES AND COSTS:    $3,119.30


**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   8
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01


FILE NAME:  POST-PETITION - TOM DOE V ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $2,294.50

                    TOTAL COSTS:                    $824.80

                    LESS CREDITS:                     $0.00
                                                 ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $3,119.30

                    TOTAL PRIOR INVOICES DUE:          $0.00
                                                 -----------


                    TOTAL AMOUNT DUE:              $3,119.30
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                BATON ROUGE, LA (225)248-2000
                 BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                NEW ORLEANS, LA (504)582-8000
                  NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                TALLAHASSEE, FL (850)425-7800
         WASHINGTON, DC (CAPITOL HILL) (202)203-1000
          WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400



   ****************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038591
FILE NUMBER: 174936-01


FILE NAME:  POST-PETITION - TOM DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




         * * *   A C C O U N T I N G   C O P Y   * * *




              TOTAL FEES:                    $2,294.50

              TOTAL COSTS:                     $824.80

              LESS CREDITS:                      $0.00
                                          ------------
              TOTAL CURRENT FEES AND COSTS DUE   $3,119.30

                 TOTAL PRIOR INVOICES DUE:        $0.00
                                          -----------


              TOTAL AMOUNT DUE:             $3,119.30
                                          ============


Error Loading Image at position 248069
                      MEMORANDUM IN OPPOSITION.
05/14/20 AK   B190  A103  PREPARED NOTICE OF COMPLIANCE.     .80        200.00
05/15/20 EDW  B110  A104  RECEIVED AND REVIEWED              .10         30.00
                          MULTIPLE NOTICES AND ORDERS
                          REGARDING CASE ADMINISTRATION
                          AND REMOVAL.
05/15/20 JJL  B110  A104  RECEIVED AND REVIEWED              .10         30.00
                          PLAINTIFF'S STATEMENT
                          REGARDING NOTICE OF REMOVAL
05/15/20 SAO  B110  A103  REVIEW, REVISE, AND FINALIZE       .40        100.00
                          NOTICE OF COMPLIANCE WITH
                          LOCAL RULE 3.2
05/15/20 SMS  B110  A111  RECEIVE AND REVIEW                 .20         31.00
                          ARCHDIOCESE OF NEW ORLEANS'
                          NOTICE OF COMPLIANCE WITH 28
                          USC 1447(B), AND UPDATE TO

EXHIBIT D

|          |     |      |      | CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | | |
|----------|-----|------|------|----------------------------------------------------|---|---|
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S NOTICE OF INITIAL CASE ASSIGNMENT TO JUDGE ELDON FALLON, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL        INVOICE NO. 1038593
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


            RE:  POST-PETITION - CJ DOE V THE ROMAN CATHOLIC CHURCH FOR
                 THE ARCHDIOCESE OF NEW ORLEANS

                      FILE NO. 174997-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/01/20 | SAO | B110 | A103 | FILE CJ DOE NOTICE OF REMOVAL, STATE COURT RECORD, NOTICES OF CONSENT, CIVIL COVER SHEET, AND MOTION FOR LEAVE TO SEAL EXHIBIT. | 1.40 | 350.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/06/20 | AK | B190 | A104 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01

| | | | | | |
|---|---|---|---|---|---|
| 05/07/20 CTB | B190 | A110 | PREPARE EXHIBITS FOR MEMORANDUM IN OPPOSITION. | .40 | 62.00 |
| 05/14/20 AK | B190 | A103 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/15/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |
| 05/15/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2 | .40 | 100.00 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S NOTICE OF INITIAL CASE ASSIGNMENT TO JUDGE ELDON FALLON, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   3
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S CORRECTION OF DOCKET ENTRY REGARDING ARCHDIOCESE OF NEW ORLEANS' NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S CORRECTION OF DOCKET ENTRY REGARDING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DIRECTIVE OF THE CLERK REGARDING COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S NOTICE OF DEFICIENT DOCUMENT REGARDING SALESIAN SOCIETY'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   4
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01

| Date | Init | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/18/20 | SMS | B110 | A111 | RECEIVE AND REVIEW SALESIAN SOCIETY'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/20/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND PLEADINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/20/20 | SMS | B110 | A111 | RECEIVE AND REVIEW SALESIAN SOCIETY'S STATEMENT ON ARCHDIOCESE OF NEW ORLEANS' NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/21/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED STATEMENT OF SALESIAN SOCIETY REGARDING REMOVAL | .10 | 30.00 |
| 05/22/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICE OF AND FILINGS IN USDC. | .10 | 30.00 |
| 05/22/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .40 | 100.00 |
| 05/22/20 | CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT. | .30 | 46.50 |
| 05/26/20 | EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |
| 06/03/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE FROM EASTERN DISTRICT, LOUISIANA REGARDING TRANSFER OF CASE TO MAGISTRATE JUDGE CURRAULT. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01

| | | | | | |
|---|---|---|---|---|---|
| 06/03/20 JJL | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM COURT REASSIGNING CASE TO NEW FEDERAL MAGISTRATE | .10 | 30.00 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER REASSIGNING MATTER TO MAGISTRATE JUDGE DONNA CURRAULT, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LOCAL RULE 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

                                               --------    -----------
                              TOTALS              9.30      $2,097.00
                                               ========    ===========

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01


| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 6.20 | 1,445.50 | 6.20 | 1,445.50 |
| B190    OTHER CONTESTED MATTERS | 3.10 | 651.50 | 3.10 | 651.50 |
| TOTAL ADMINISTRATION | 9.30 | 2,097.00 | 9.30 | 2,097.00 |
| TOTALS | 9.30 | 2,097.00 | 9.30 | 2,097.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    7
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01


|                         |        | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
| ATTORNEY SUMMARY        | RATE   | HOURS | FEES     | HOURS | FEES     |
| ----                    | ----   | ----- | -------- | ----- | -------- |
| EDWARD D WEGMANN        | 300.00 | 1.20  | 360.00   | 1.20  | 360.00   |
| JOSEPH J LOWENTHAL      | 300.00 | .40   | 120.00   | .40   | 120.00   |
| ALLISON KINGSMILL       | 250.00 | 1.80  | 450.00   | 1.80  | 450.00   |
| SAMANTHA A. OPPENHEIM   | 250.00 | 2.20  | 550.00   | 2.20  | 550.00   |
| VIRGINIA W. GUNDLACH    | 300.00 | .30   | 90.00    | .30   | 90.00    |
| CAMILLE T. BOURG, JR.   | 155.00 | 1.30  | 201.50   | 1.30  | 201.50   |
| SCOTT M. SIGL           | 155.00 | 2.10  | 325.50   | 2.10  | 325.50   |
|                         |        | ----- | -------- | ----- | -------- |
| TOTALS                  |        | 9.30  | 2,097.00 | 9.30  | 2,097.00 |

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01




COSTS INCURRED:


05/06/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE      10.00
         # 2018-12393
06/15/20 COURT RECORD FEES /PACER PACER MAY 2020              0.90
05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL

                              TOTAL COSTS:             $410.90

                 COST SUMMARY

   E112   COURT FEES                        410.90
                                   --------------
         TOTAL DISBURSEMENTS             $410.90


                      TOTAL FEES AND COSTS:    $2,507.90
```

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01


FILE NAME:  POST-PETITION - CJ DOE V THE ROMAN CATHOLIC CHURCH FOR
            THE ARCHDIOCESE OF NEW ORLEANS



         * * *   R E M I T T A N C E   C O P Y   * * *


            TOTAL FEES:                        $2,097.00

            TOTAL COSTS:                         $410.90

            LESS CREDITS:                          $0.00
                                             ------------
         TOTAL CURRENT FEES AND COSTS DUE     $2,507.90

            TOTAL PRIOR INVOICES DUE:             $0.00
                                             -----------


            TOTAL AMOUNT DUE:                 $2,507.90
                                             =============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
            Iberia Bank
            New Orleans, Louisiana
            ABA Number:  265270413
            Account Number:  20000247731
            Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   10
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                 BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                  NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


   ************************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  11
JULY 22, 2020
INVOICE NO.: 1038593
FILE NUMBER: 174997-01


FILE NAME:  POST-PETITION - CJ DOE V THE ROMAN CATHOLIC CHURCH FOR



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



         * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                      $2,097.00

                    TOTAL COSTS:                       $410.90

                    LESS CREDITS:                        $0.00
                                                 ------------
                 TOTAL CURRENT FEES AND COSTS DUE    $2,507.90

                    TOTAL PRIOR INVOICES DUE:           $0.00
                                                 -----------


                    TOTAL AMOUNT DUE:               $2,507.90
                                                 ============

EXHIBIT D

## Gundlach, Ginger

**From:** Zeringue, Wayne
**Sent:** Friday, May 1, 2020 10:28 AM
**To:** Gundlach, Ginger
**Subject:** FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Payment documentation

Wayne G. Zeringue Jr. | Partner
Jones Walker LLP
D: 504.582.8682 | M: 504.905.8553
wzeringue@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Friday, May 1, 2020 5:49 AM
To: Zeringue, Wayne <wzeringue@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8283318
Approval Code: 07654D
Card Number: ************9733
Date/Time: 05/01/2020 06:49:21 ET

NOTE: This is an automated message. Please do not reply

*C J DOC
17499701*

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF    JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL            INVOICE NO. 1038597
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


RE:  POST-PETITION - LINDA LEE STONEBREAKER V. THE ROMAN CATHOLIC
     CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS

FILE NO. 175050-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/01/20 | AK | B310 | A103 | REVISED NOTICE OF REMOVAL AND ATTACHMENTS TO FILE IN FEDERAL COURT. | .60 | 150.00 |
| 05/04/20 | EDW | B110 | A103 | WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING REMOVAL AND CORRECTION OF DOCKET ENTRIES. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   2
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01

| 05/05/20 CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/07/20 EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |
| 05/07/20 EDW | B110 | A104 | CONTINUED REVIEW OF NOTICES FROM COURT AND COMPLIANCE WITH SAME. | .20 | 60.00 |
| 05/08/20 EDW | B110 | A104 | CONTINUED WORK ON HANDLING REMOVAL AND COMPLIANCE. | .30 | 90.00 |
| 05/11/20 EDW | B110 | A104 | JOHN DOE:  REVIEWED STATUS REGARDING COMPLIANCE WITH REMOVAL PROCEDURE AND NOTICES FROM CLERK'S OFFICE REGARDING SAME. | .30 | 90.00 |
| 05/14/20 AK | B190 | A103 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/15/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |
| 05/15/20 AK | B190 | A103 | FINALIZED NOTICE OF COMPLIANCE TO BE FILED WITH COURT. | .30 | 75.00 |
| 05/15/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .20 | 50.00 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   3
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01


05/18/20 EDW   B110  A104   RECEIVED AND REVIEWED              .20       60.00
                           MULTIPLE NOTICES FROM EASTERN
                           DISTRICT, LOUISIANA REGARDING
                           FILINGS AND ORDERS.

05/20/20 VWG   B110  A103   DRAFTING MOTION TO WITHDRAW         .30       90.00
                           RALPH AUCOIN OF THE DENACHUAD
                           FIRM.

05/22/20 EDW   B110  A106   RECEIVED AND REVIEWED              .10       30.00
                           MULTIPLE NOTICES AND FILINGS
                           FROM EASTERN DISTRICT,
                           LOUISIANA.

05/22/20 JJL   B110  A104   RECEIVED AND REVIEWED              .10       30.00
                           MULTIPLE NOTICES AND FILINGS
                           FROM USDC.

05/22/20 SAO   B110  A103   REVIEW, REVISE, AND FINALIZE       .70      175.00
                           NOTICE OF AUTOMATIC REFERENCE
                           TO BANKRUPTCY COURT.

05/26/20 EDW   B110  A104   REVIEWED ACTION TAKEN BY THE       .10       30.00
                           COURT REGARDING PENDING
                           MOTIONS.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S         .10       15.50
                           INITIAL CASE ASSIGNMENT OF
                           MATTER TO JUDGE GREG GUIDRY,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S         .20       31.00
                           DIRECTIVE OF THE CLERK
                           REGARDING COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S         .10       15.50
                           DOCKET CORRECTION ENTRY OF
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF REMOVAL, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   4
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/26/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT REGARDING NEW ORLEANS' NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/26/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO WITHDRAW RALPH AUCOIN, SR. AS CO-COUNSEL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/29/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER REGARDING CHANGE IN COUNSEL OF RECORD. | .10 | 30.00 |
| 05/29/20 | AK | B190 | A104 | REVIEWED ORDER GRANTING MOTION TO WITHDRAW MR. AUCOIN AS COUNSEL. | .10 | 25.00 |
| 05/29/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO WITHDRAW RALPH AUCOIN, SR. AS CO-COUNSEL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/06/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED CATHOLIC MUTUAL'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT | .30 | 90.00 |
| 06/06/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED ELECTRONIC NOTICE OF MOTION FOR SUMMARY JUDGMENT FILED BY CATHOLIC MUTUAL. | .20 | 60.00 |
| 06/06/20 | SAO | B190 | A104 | REVIEW CATHOLIC MUTUAL'S MOTION FOR SUMMARY JUDGMENT. | .30 | 75.00 |
| 06/07/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MOTION FOR SUMMARY JUDGMENT FILED BY CATHOLIC MUTUAL. | .40 | 120.00 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   5
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01


06/08/20 EDW   B110  A104   RECEIVED AND REVIEWED MOTION       .10       30.00
                           TO WITHDRAW MOTION FOR
                           SUMMARY JUDGMENT FILED BY
                           CATHOLIC MUTUAL.

06/08/20 JJL   B110  A104   RECEIVED AND REVIEWED MOTION       .10       30.00
                           BY CATHOLIC MUTUAL TO
                           WITHDRAW MOTION FOR SUMMARY
                           JUDGMENT

06/08/20 AK    B190  A104   REVIEWED MOTION FOR SUMMARY        .30       75.00
                           JUDGMENT.

06/08/20 SAO   B190  A104   RECEIPT AND REVIEW OF             .10       25.00
                           CATHOLIC MUTUAL'S EX PARTE
                           MOTION TO WITHDRAW MOTION FOR
                           SUMMARY JUDGMENT.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC       .20       31.00
                           MUTUAL'S MOTION TO WITHDRAW
                           ITS RE-FILED MOTION FOR
                           SUMMARY JUDGMENT, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/10/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICE      .10       30.00
                           OF ORDER GRANTING MOTION TO
                           WITHDRAW MOTION FOR SUMMARY
                           JUDGMENT.

06/10/20 JJL   B110  A104   RECEIVED AND REVIEWED ORDER       .10       30.00
                           GRANTING WITHDRAWAL OF
                           CATHOLIC MUTUAL'S MOTION FOR
                           SUMMARY JUDGMENT

06/10/20 AK    B190  A104   REVIEWED ORDER GRANTING           .10       25.00
                           MOTION TO WITHDRAW MOTION FOR
                           SUMMARY JUDGMENT.

06/10/20 SMS   B110  A111   ORDER GRANTING CATHOLIC           .10       15.50
                           MUTUAL'S UNOPPOSED MOTION TO
                           WITHDRAW ITS RE-FILED MOTION
                           FOR SUMMARY JUDGMENT, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

                                               --------    -----------
                      TOTALS                     10.70      $2,725.00
                                               ========    ===========
```



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    6
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 6.90 | 1,822.00 | 6.90 | 1,822.00 |
| B190 | OTHER CONTESTED MATTERS | 3.00 | 693.00 | 3.00 | 693.00 |
| | TOTAL ADMINISTRATION | 9.90 | 2,515.00 | 9.90 | 2,515.00 |
| CLAIMS AND PLAN | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | .60 | 150.00 | .60 | 150.00 |
| | TOTAL CLAIMS AND PLAN | .60 | 150.00 | .60 | 150.00 |
| BANKRUPTCY-RELATED ADVICE | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | .20 | 60.00 | .20 | 60.00 |
| | TOTAL BANKRUPTCY-RELATED ADVI | .20 | 60.00 | .20 | 60.00 |
| | TOTALS | 10.70 | 2,725.00 | 10.70 | 2,725.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01

| ATTORNEY SUMMARY | RATE | THIS BILL<br>HOURS | FEES | CUMULATIVE TOTALS<br>HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 3.60 | 1,080.00 | 3.60 | 1,080.00 |
| JOSEPH J LOWENTHAL | 300.00 | .70 | 210.00 | .70 | 210.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | .20 | 60.00 | .20 | 60.00 |
| ALLISON KINGSMILL | 250.00 | 2.60 | 650.00 | 2.60 | 650.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 1.30 | 325.00 | 1.30 | 325.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .60 | 93.00 | .60 | 93.00 |
| SCOTT M. SIGL | 155.00 | 1.40 | 217.00 | 1.40 | 217.00 |
| TOTALS | | 10.70 | 2,725.00 | 10.70 | 2,725.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020               6.60
05/01/20 COURT FEES - EDWARD D WEGMANN - FILING FEE -       400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-08551

                          TOTAL COSTS:              $420.60

                  COST SUMMARY

  E112    COURT FEES                    420.60
                                  --------------
          TOTAL DISBURSEMENTS          $420.60

                          TOTAL FEES AND COSTS:    $3,145.60

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   9
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01


FILE NAME:  POST-PETITION - LINDA LEE STONEBREAKER V. THE ROMAN CATHOLIC
            CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS


        * * *   R E M I T T A N C E   C O P Y   * * *

                TOTAL FEES:                         $2,725.00

                TOTAL COSTS:                          $420.60

                LESS CREDITS:                           $0.00
                                                  ------------
            TOTAL CURRENT FEES AND COSTS DUE       $3,145.60

                TOTAL PRIOR INVOICES DUE:              $0.00
                                                  -----------


                TOTAL AMOUNT DUE:                  $3,145.60
                                                  ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                      ATLANTA, GA (404)870-7500
                   BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ************************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  11
JULY 22, 2020
INVOICE NO.: 1038597
FILE NUMBER: 175050-01


FILE NAME:  POST-PETITION - LINDA LEE STONEBREAKER V. THE ROMAN CATHOLIC



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




        * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                    $2,725.00

                    TOTAL COSTS:                     $420.60

                    LESS CREDITS:                      $0.00
                                                 -------------
           TOTAL CURRENT FEES AND COSTS DUE     $3,145.60

               TOTAL PRIOR INVOICES DUE:            $0.00
                                                 -----------


                    TOTAL AMOUNT DUE:            $3,145.60
                                                 ============


<span style="color:red">EXHIBIT D</span>

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | STONEBREAKER v. THE ARCHDIOCESE | May 1, 2020 |
| FILE NO. | 175050-01 | | |

PAYABLE TO:

EDWARD D. WEGMANN

**AMOUNT** $400.00

MAIL CHECK ☐

RETURN CHECK TO ✓
WEGMANN

PAYMENT FOR:
FILING FEE - NOTICE OF REMOVAL

NAME
EDWARD D. WEGMANN

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9750 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✓ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

MAY 01 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT D**

**Hamric, Tammy**

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Friday, May 1, 2020 2:20 PM |
| To: | Hamric, Tammy |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have
any questions or you wish to cancel this payment, please contact: Financial Unit at
504-589-7785.

Account Number: 4457088
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284292
Approval Code: 169908
Card Number: ***********4003
Date/Time: 05/01/2020 03:19:51 ET

NOTE: This is an automated message. Please do not reply

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038618
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - JOSEPH MESSINA , JR. V. UNION CARBIDE
     CORPORATION, ET AL.

FILE NO. 175256-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | SAO | B110 | A103 | FINALIZE NOTICE OF SUGGESTION OF BANKRUPTCY. | .30 | 75.00 |
| 05/14/20 | JJL | B110 | A108 | READ CORRESPONDENCE FROM PLAINTIFF ATTORNEY REGARDING CALL TO DISCUSS BANKRUPTCY | .10 | 30.00 |
| 05/14/20 | JJL | B110 | A108 | FORWARD TO BANKRUPTCY COUNSEL AND READ REPLY | .10 | 30.00 |
| 05/14/20 | JJL | B110 | A108 | REPLY TO PLAINTIFF ATTORNEY REGARDING AVAILABLE FOR CALL | .10 | 30.00 |
| 05/18/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF ATTORNEY WITH SECOND SUPPLEMENTAL AND AMENDED PETITION NAMING PARISH CHURCH AS DEFENDANT | .10 | 30.00 |
| 05/18/20 | JJL | B110 | A104 | REVIEWED AMENDED PETITION | .20 | 60.00 |
| 05/18/20 | JJL | B110 | A106 | CORRESPONDENCE TO SUSAN ZERINGUE REGARDING PARISH | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01

| 05/18/20 JJL | B110 | A106 | READ RESPONSE FROM SUSAN ZERINGUE | .10 | 30.00 |
| 05/18/20 JJL | B110 | A105 | DISCUSSED WITH MINTZ REGARDING PARISH REPRESENTATION | .10 | 30.00 |
| 05/20/20 JJL | B110 | A104 | RECEIVED AND REVIEWED RESPONSIVE PLEADING BY USF&G AS ALLEGED INSURER OF NORTH AMERICAN ASBESTOS CORP. | .10 | 30.00 |
| 05/20/20 JJL | B110 | A106 | READ CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING PARISH AND ARCHDIOCESE'S RESPONSE TO PLAINTIFF'S DISCOVERY | .10 | 30.00 |
| 05/20/20 JJL | B110 | A106 | CORRESPONDENCE TO SUSAN ZERINGUE WITH ARCHDIOCESE'S DISCOVERY RESPONSES | .10 | 30.00 |
| 05/21/20 JJL | B110 | A106 | TELEPHONE CALL TO SUSAN ZERINGUE TO DISCUSS AMENDED PETITION | .30 | 90.00 |
| 05/22/20 JJL | B110 | A108 | RECEIVED AND REVIEWED PLAINTIFF'S MOTION FOR STATUS CONFERENCE | .10 | 30.00 |
| 05/29/20 JJL | B110 | A104 | RECEIVED AND REVIEWED TAYLOR-SEIDENBACH'S ANSWER TO PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED PETITION | .10 | 30.00 |
| 05/29/20 JJL | B110 | A104 | RECEIVED AND REVIEWED GUARD LINE'S ANSWER TO ORIGINAL AND FIRST AMENDED PETITIONS | .10 | 30.00 |
| 05/29/20 JJL | B110 | A104 | RECEIVED AND REVIEWED GUARD LINE'S DISCOVERY TO PLAINTIFF | .10 | 30.00 |
| 06/05/20 JJL | B110 | A106 | READ CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING POTENTIAL REMOVAL | .10 | 30.00 |
| 06/05/20 JJL | B110 | A106 | CONSIDER OPTIONS/STRATEGY | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01

| Date | | | | Description | Hours | Amount |
|------|---|---|---|-------------|-------|--------|
| 06/05/20 | JJL | B110 | A106 | REPLY TO SUSAN ZERINGUE AGAINST REMOVAL | .10 | 30.00 |
| 06/05/20 | JJL | B110 | A106 | READ RESPONSE FROM SUSAN ZERINGUE | .10 | 30.00 |
| 06/05/20 | JJL | B110 | A106 | READ RESPONSE FROM MINTZ REGARDING NO REMOVAL | .10 | 30.00 |
| 06/19/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED WESTCHESTER DISCOVERY TO PLAINTIFF; INTERROGATORIES, REQUEST FOR PRODUCTIONS AND REQUEST FOR ADMISSIONS | .10 | 30.00 |

```
                                        --------    -----------
                        TOTALS              3.00        $885.00
                                        ========    ===========
```

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   4
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01


| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| --- | ---: | ---: | ---: | ---: |
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110   CASE ADMINISTRATION | 3.00 | 885.00 | 3.00 | 885.00 |
| TOTAL ADMINISTRATION | 3.00 | 885.00 | 3.00 | 885.00 |
| TOTALS | 3.00 | 885.00 | 3.00 | 885.00 |



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    5
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| JOSEPH J LOWENTHAL | 300.00 | 2.70 | 810.00 | 2.70 | 810.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | .30 | 75.00 | .30 | 75.00 |
| TOTALS | | 3.00 | 885.00 | 3.00 | 885.00 |



EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01




COSTS INCURRED:


05/28/20 COURT FEES - CLERK OF COURT - 19TH JDC - FILING      67.10
         FEE

                              TOTAL COSTS:               $67.10

                 COST SUMMARY

  E112   COURT FEES                        67.10
                                    --------------
         TOTAL DISBURSEMENTS              $67.10

                              TOTAL FEES AND COSTS:      $952.10
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01


FILE NAME:  POST-PETITION - JOSEPH MESSINA , JR. V. UNION CARBIDE
            CORPORATION, ET AL.


          * * *   R E M I T T A N C E   C O P Y   * * *

                    TOTAL FEES:                     $885.00

                    TOTAL COSTS:                     $67.10

                    LESS CREDITS:                     $0.00
                                                ------------
              TOTAL CURRENT FEES AND COSTS DUE      $952.10

                  TOTAL PRIOR INVOICES DUE:          $0.00
                                                -----------


                  TOTAL AMOUNT DUE:                 $952.10
                                                ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                    PHOENIX, AZ (602)366-7889
                   TALLAHASSEE, FL (850)425-7800
              WASHINGTON, DC (CAPITOL HILL) (202)203-1000
               WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


*******************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038618
FILE NUMBER: 175256-01


FILE NAME:  POST-PETITION - JOSEPH MESSINA , JR. V. UNION CARBIDE



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  JOSEPH J LOWENTHAL



&ast; &ast; &ast;    A C C O U N T I N G   C O P Y   &ast; &ast; &ast;



```
                    TOTAL FEES:                     $885.00

                    TOTAL COSTS:                     $67.10

                    LESS CREDITS:                     $0.00
                                                 -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $952.10

                       TOTAL PRIOR INVOICES DUE:      $0.00
                                                 -----------

                    TOTAL AMOUNT DUE:                $952.10
                                                 =============
```

EXHIBIT D

Stevenson, Twila

| | |
|---|---|
| **From:** | ClerkConnect <clerkConnect@softwareservices.net> |
| **Sent:** | Monday, May 4, 2020 8:43 AM |
| **To:** | Gambrell, Tina |
| **Cc:** | Library |
| **Subject:** | [EXTERNAL] Clerk Connect E-Filing |

# Suit#687430

# E-Filing Submission#18656

# Your Reference# 175256-00

# Documents Filed

**Type**

MTN WITHOUT ORD-CIV    View Stamped PDF

EXHIBIT-CV    View Stamped PDF

VENDOR ID___10152___

VOUCHER ID_____

**MAY 2 8 2020**

# Clerk Filing Fees

| Description | Amount |
|---|---|
| Base Fee | 55.00 |
| Additional Advance | 60.00 |

G/L#_____
File_____
Sep. Ck._____Y_____N

| Description | Amount |
|---|---|
| Total Paid To Clerk | 60.00 |
| Convenience Fee (Non-Clerk) | 2.10 |
| Filing Service Fee (Non-Clerk) | 5.00 |
| Total Paid | 67.10 |

Payment Reference#200501171692767AB703C20050117169
Payment Confirmation#2689495

```
5-1-20
VISA
charge to 17256-00
EBR $60.00
VPS EBR $7.10

Total $67.10
```

1

**EXHIBIT D**

1237      48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038599
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - JOHN ROE II V THE ROMAN CATHOLIC CHURCH
     OF THE ARCHDIOCESE OF NEW ORLEANS

FILE NO. 175776-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | AK | B310 | A103 | REVISED NOTICE OF REMOVAL AND ATTACHMENT TO FILE IN FEDERAL COURT. | .60 | 150.00 |
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN ROE II CASE. | .70 | 175.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/06/20 | AK | B190 | A103 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   2
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01

| | | | | | |
|---|---|---|---|---|---|
| 05/10/20 | SAO | B190 | A103 | PREPARE RENEWED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL (1.3), MEMORANDUM IN SUPPORT (1.9), NOTICE OF REQUEST TO SEAL EXHIBIT (0.2), PROPOSED ORDER (0.3), AND EXHIBITS 1-2 (0.2); REVIEW AND REVISE THE SAME (0.8). | 4.70 | 1,175.00 |
| 05/12/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF ENROLLMENT OF COUNSEL FOR PLAINTIFF AND REVIEWED STATUS. | .20 | 60.00 |
| 05/12/20 | SAO | B110 | A103 | FINAL EDITS TO RENEWED MOTION FOR LEAVE TO SEAL EXHIBIT A TO NOTICE OF REMOVAL. | .30 | 75.00 |
| 05/12/20 | VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | .80 | 240.00 |
| 05/13/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED AMENDED MOTION TO SEAL FILED BY THE ARCHDIOCESE. | .20 | 60.00 |
| 05/13/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE UPDATES REGARDING PLEADINGS FILED, ACTIONS TAKEN BY THE CLERK, AND NOTICES FROM THE COURT. | .30 | 90.00 |
| 05/13/20 | SAO | B110 | A110 | FINALIZE AND FILE RENEWED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL. | .80 | 200.00 |
| 05/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 (1.5) AND MOTION TO WITHDRAW AS CO-COUNSEL FOR CATHOLIC CHARITIES (0.3). | 1.80 | 450.00 |
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   3
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .40 | 120.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE CATHOLIC CHARITIES' MOTION TO WITHDRAW AND EXHIBIT FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. FILE PLEADINGS WITH CLERK OF COURT. | .60 | 93.00 |
| 05/20/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND PLEADINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 JJL | B110 | A104 | REVIEWED MULTIPLE PLEADINGS FILED IN USDC | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |
| 06/01/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/01/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE NANETTE BROWN, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    4
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


06/01/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            DIRECTIVE OF THE CLERK
                            REGARDING COMPLIANCE WITH
                            28-1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER DENYING ARCHDIOCESE OF
                            NEW ORLEANS' MOTION FOR LEAVE
                            TO FILE EXHIBIT UNDER SEAL,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW                 .20        31.00
                            PLAINTIFF'S MOTION TO ENROLL
                            AS CO-COUNSEL OF RECORD, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW                 .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            RENEWED MOTION FOR LEAVE TO
                            FILE EXHIBIT UNDER SEAL, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER GRANTING PLAINTIFF'S
                            MOTION TO ENROLL AS
                            CO-COUNSEL OF RECORD, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' RENEWED MOTION
                            FOR LEAVE TO FILE EXHIBIT
                            UNDER SEAL, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


06/01/20 SMS   B110  A111   RECEIVE AND REVIEW                   .20        31.00
                           PLAINTIFF'S STATEMENT ON
                           NOTICE OF REMOVAL, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC         .20        31.00
                           CHARITIES' EX PARTE MOTION TO
                           WITHDRAW AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW                   .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                           ORDER GRANTING CATHOLIC
                           CHARITIES' EX PARTE MOTION TO
                           WITHDRAW AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

06/01/20 SMS   B110  A111   RECEIVE AND REVIEW                   .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF PROCEEDING SUBJECT
                           TO AUTOMATIC REFERENCE TO
                           BANKRUPTCY JUDGE PURSUANT TO
                           LOCAL RULE 83.4.1, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/03/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICE        .10        30.00
                           FROM EASTERN DISTRICT,
                           LOUISIANA REGARDING TRANSFER
                           OF CASE TO MAGISTRATE JUDGE
                           CURRAULT.

06/03/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                           ORDER REASSIGNING MATTER TO
                           MAGISTRATE JUDGE DONNA
                           CURRAULT, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


                                                   --------   -----------
                                      TOTALS          16.50    $3,913.00
                                                   ========   ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE SUMMARY | | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 8.30 | 2,005.50 | 8.30 | 2,005.50 |
| B190 | OTHER CONTESTED MATTERS | 7.60 | 1,757.50 | 7.60 | 1,757.50 |
| | TOTAL ADMINISTRATION | 15.90 | 3,763.00 | 15.90 | 3,763.00 |
| | | | | | |
| CLAIMS AND PLAN | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | .60 | 150.00 | .60 | 150.00 |
| | TOTAL CLAIMS AND PLAN | .60 | 150.00 | .60 | 150.00 |
| | | | | | |
| | TOTALS | 16.50 | 3,913.00 | 16.50 | 3,913.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    8
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 1.30 | 390.00 | 1.30 | 390.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | 2.00 | 500.00 | 2.00 | 500.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 8.30 | 2,075.00 | 8.30 | 2,075.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.20 | 360.00 | 1.20 | 360.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.50 | 232.50 | 1.50 | 232.50 |
| SCOTT M. SIGL | 155.00 | 2.10 | 325.50 | 2.10 | 325.50 |
| TOTALS | | 16.50 | 3,913.00 | 16.50 | 3,913.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     9
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020             4.10
05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -   400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/04/20 -
         NOTICE OF REMOVAL

                          TOTAL COSTS:          $404.10

               COST SUMMARY

   E112    COURT FEES                    404.10
                                   --------------
         TOTAL DISBURSEMENTS            $404.10


                    TOTAL FEES AND COSTS:    $4,317.10

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


FILE NAME:  POST-PETITION - JOHN ROE II V THE ROMAN CATHOLIC CHURCH
            OF THE ARCHDIOCESE OF NEW ORLEANS



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                      $3,913.00

                    TOTAL COSTS:                       $404.10

                    LESS CREDITS:                        $0.00
                                                   ------------
                TOTAL CURRENT FEES AND COSTS DUE     $4,317.10

                    TOTAL PRIOR INVOICES DUE:            $0.00
                                                   -----------


                    TOTAL AMOUNT DUE:               $4,317.10
                                                   ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE  11
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  12
JULY 22, 2020
INVOICE NO.: 1038599
FILE NUMBER: 175776-01


FILE NAME:  POST-PETITION - JOHN ROE II V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                      $3,913.00

                    TOTAL COSTS:                       $404.10

                    LESS CREDITS:                        $0.00
                                                 -------------
                    TOTAL CURRENT FEES AND COSTS DUE   $4,317.10

                    TOTAL PRIOR INVOICES DUE:            $0.00
                                                 -----------

                    TOTAL AMOUNT DUE:                  $4,317.10
                                                 =============

EXHIBIT D

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE<br>Client: RCCANO<br>File Title: John Roell v. RCCANO | DATE<br>May 11, 2020 |
|---|---|---|---|
| FILE NO. | 175776-01 | | |

| PAYABLE TO:<br><br>Virginia Gundlach | AMOUNT<br>$400.00 |
|---|---|
| | MAIL CHECK |
| | RETURN CHECK TO<br>Ginger Gundlach ✔ |

| PAYMENT FOR:<br>Filing Fees - Notice of Removal<br>USDC/LAED Tracking #ALAEDC-8286087 | NAME<br>Ginger Gundlach |
|---|---|
| | SIGNATURE<br>*Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER<br>9670 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT<br>$400.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✔] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

## Gundlach, Ginger

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 1:13 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 5594739
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286087
Approval Code: 09842D
Card Number: ************9733
Date/Time: 05/04/2020 02:13:27 ET

NOTE: This is an automated message. Please do not reply

John Roell
1757601

1

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF    JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038600
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - JOHN ROE IV V THE ROMAN CATHOLIC CHURCH
     FOR THE ARCHDIOCESE OF NEW ORLEANS

FILE NO. 175778-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW AND REVISE REMOVAL PLEADINGS FOR JOHN ROE IV CASE. | .50 | 125.00 |
| 05/04/20 | EDW | B110 | A107 | COMMUNICATIONS WITH ANTHONY DOUGHERTY, COUNSEL FOR HAROLD EHLINGER, REGARDING CONSENT TO REMOVAL. | .30 | 90.00 |
| 05/04/20 | EDW | B110 | A103 | DRAFTED CONSENT TO REMOVAL FOR HAROLD EHLINGER. | .30 | 90.00 |
| 05/04/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONSENT TO REMOVAL. | .20 | 60.00 |
| 05/05/20 | AK | B190 | A103 | WORKED ON NOTICE OF REMOVAL AND EXHIBITS TO FILE WITH FEDERAL COURT. | .00 | .00 |
| 05/05/20 | SAO | B190 | A103 | UPDATE AND FINALIZE REMOVAL PLEADINGS FOR JOHN ROE IV CASE (0.9); UPDATE AND FINALIZE STATE COURT NOTICE OF FILING REMOVAL FOR THE SAME (0.3). | 1.20 | 300.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/20 AK | B190 | A103 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |
| 05/06/20 SAO | B190 | A103 | UPDATE CAPTIONS ON REMOVAL PLEADINGS FOR SUBMISSION TO EDLA CLERK'S OFFICE. | .80 | 200.00 |
| 05/07/20 EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |
| 05/08/20 JJL | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE BROWN DENYING MOTION TO FILE UNDER SEAL BUT MAINTAIN CONFIDENTIALITY UNTIL COMPLIANCE WITH LOCAL RULE. | .10 | 30.00 |
| 05/12/20 VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | .80 | 240.00 |
| 05/12/20 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .40 | 120.00 |
| 05/19/20 SAO | B110 | A103 | DRAFT, REVIEW, AND REVISE NOTICE OF COMPLIANCE WITH LR 3.2. | 2.40 | 600.00 |
| 05/19/20 SAO | B110 | A103 | PREPARE MOTION TO WITHDRAW AS CO-COUNSEL FOR CATHOLIC CHARITIES. | .50 | 125.00 |
| 05/19/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01

| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 JJL | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF FILING FOR AUTOMATIC REFERENCE TO BANKRUPTCY COURT | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 SAO | B110 | A103 | - B110 A103 - - REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .40 | 100.00 |
| 05/22/20 CTB | B190 | A111 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |

```
                                              --------   -----------
                               TOTALS           10.40     $2,707.50
                                              ========   ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01

|                        | ------THIS BILL------- | --CUMULATIVE TOTALS--- |
| TASK CODE SUMMARY      | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|
| ADMINISTRATION |  |  |  |  |
| B110    CASE ADMINISTRATION | 7.10 | 1,911.00 | 7.10 | 1,911.00 |
| B190    OTHER CONTESTED MATTERS | 3.30 | 796.50 | 3.30 | 796.50 |
| TOTAL ADMINISTRATION | 10.40 | 2,707.50 | 10.40 | 2,707.50 |
| TOTALS | 10.40 | 2,707.50 | 10.40 | 2,707.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 1.40 | 420.00 | 1.40 | 420.00 |
| JOSEPH J LOWENTHAL | 300.00 | .20 | 60.00 | .20 | 60.00 |
| ALLISON KINGSMILL | 250.00 | 1.00 | 250.00 | 1.00 | 250.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 5.80 | 1,450.00 | 5.80 | 1,450.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.50 | 450.00 | 1.50 | 450.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .30 | 46.50 | .30 | 46.50 |
| SCOTT M. SIGL | 155.00 | .20 | 31.00 | .20 | 31.00 |
| TOTALS | | 10.40 | 2,707.50 | 10.40 | 2,707.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01


COSTS INCURRED:


05/01/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE     23.00
         # 2019-11173
06/15/20 COURT RECORD FEES /PACER PACER MAY 2020              0.70
05/06/20 FILING FEES - CDC BILLING MAY 2020 - CASE #         14.00
         2019-11173

                           TOTAL COSTS:                $37.70

                COST SUMMARY

   E112   COURT FEES                        37.70
                                     --------------
          TOTAL DISBURSEMENTS              $37.70

                         TOTAL FEES AND COSTS:     $2,745.20

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01


FILE NAME:  POST-PETITION - JOHN ROE IV V THE ROMAN CATHOLIC CHURCH
            FOR THE ARCHDIOCESE OF NEW ORLEANS



         * * *   R E M I T T A N C E   C O P Y   * * *


                 TOTAL FEES:                        $2,707.50

                 TOTAL COSTS:                          $37.70

                 LESS CREDITS:                          $0.00
                                                   ------------
             TOTAL CURRENT FEES AND COSTS DUE      $2,745.20

                 TOTAL PRIOR INVOICES DUE:             $0.00
                                                   -----------


                 TOTAL AMOUNT DUE:                 $2,745.20
                                                   ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                 Iberia Bank
                 New Orleans, Louisiana
                 ABA Number:  265270413
                 Account Number:  20000247731
                 Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400



    ****************************************************************


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038600
FILE NUMBER: 175778-01


FILE NAME:  POST-PETITION - JOHN ROE IV V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



              TOTAL FEES:                    $2,707.50

              TOTAL COSTS:                      $37.70

              LESS CREDITS:                      $0.00
                                         -------------
              TOTAL CURRENT FEES AND COSTS DUE  $2,745.20

              TOTAL PRIOR INVOICES DUE:          $0.00
                                         -----------

              TOTAL AMOUNT DUE:               $2,745.20
                                         =============



EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038601
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - JOHN DOE (#2) V THE ROMAN CATHOLIC CHURCH
FOR THE ARCHDIOCESE OF NEW ORLEANS

FILE NO. 175790-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | AK | B190 | A103 | FINALIZED AND PREPARED NOTICE OF REMOVAL FOR FILING AND EXHIBITS FOR FILING. | .70 | 175.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/12/20 | VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | .80 | 240.00 |
| 05/14/20 | AK | B190 | A103 | REVISED AND EDITED MOTION TO SUPPLEMENT. | .60 | 150.00 |
| 05/14/20 | AK | B190 | A103 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01

| | | | | | |
|---|---|---|---|---|---|
| 05/15/20 JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |
| 05/15/20 JJL | B110 | A108 | RECEIVED AND REVIEWED SPECIAL MASTER'S MOTION TO CIVIL DISTRICT COURT JUDGE FOR APPROVAL OF FEE APPLICATION | .10 | 30.00 |
| 05/15/20 JJL | B110 | A108 | READ RESPONSE FROM GISLESON TO JUDGE GILL-JEFFERSON REGARDING BLAMING ARCHDIOCESE COUNSEL FOR DELAY IN PAYING | .10 | 30.00 |
| 05/15/20 JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM TREY PAULSEN REGARDING SPECIAL MASTER FEE. | .10 | 30.00 |
| 05/15/20 AK | B190 | A103 | FINALIZED NOTICE OF COMPLIANCE TO BE FILED WITH COURT. | .30 | 75.00 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DOCKET CORRECTION ENTRY REGARDING CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/17/20 SAO | B110 | A103 | PREPARE AMENDED NOTICE OF COMPLIANCE WITH LR 3.2. | 1.10 | 275.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED REVIEW STATEMENT REGARDING REMOVAL FILED BY LAMOTHE FIRST CASE | .10 | 30.00 |
| 05/18/20 | JJL | B110 | A104 | READ STATEMENT FILED BY FRANK LAMOTHE REGARDING REMOVAL OF SECOND CASE | .10 | 30.00 |
| 05/18/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED STATEMENT REGARDING REMOVAL FILED BY KRISTI SCHUBERT IN THIRD CASE | .10 | 30.00 |
| 05/18/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED FILING BY FRANK LAMOTHE WITH STATEMENT REGARDING REMOVAL IN FOURTH CASE | .10 | 30.00 |
| 05/18/20 | AK | B190 | A103 | WORKED ON MOTION FOR LEAVE TO FILE AMENDED NOTICE OF COMPLIANCE AND PROPOSED ORDER. | 1.40 | 350.00 |
| 05/18/20 | AK | B190 | A103 | WORKED ON AND FINALIZED MOTION TO WITHDRAW ATTORNEYS OF RECORD. | .20 | 50.00 |
| 05/18/20 | AK | B190 | A103 | EDITED AMENDED NOTICE OF COMPLIANCE. | .40 | 100.00 |
| 05/18/20 | AK | B190 | A104 | REVIEWED LOCAL RULES REGARDING FILING AMENDED AND/OR SUPPLEMENTAL NOTICES OF COMPLIANCE. | .10 | 25.00 |
| 05/18/20 | AK | B190 | A104 | REVIEWED CLERK'S DIRECTIVE REGARDING REMOVAL IN ORDER TO PREPARE MOTION FOR LEAVE. | .10 | 25.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     4
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE MOTION FOR LEAVE TO AMEND NOTICE OF COMPLIANCE. | 1.20 | 300.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .40 | 120.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/19/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND ORDERS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/20/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND PLEADINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE TO BE FILED UNDER SEAL. | .60 | 150.00 |
| 05/22/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .70 | 175.00 |
| 05/22/20 CTB | B190 | A111 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |
| 06/01/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE MICHAEL NORTH, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/01/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01

06/01/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S            .10         15.50
                            DIRECTIVE OF THE CLERK
                            REGARDING COMPLIANCE WITH
                            28-1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S            .10         15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' RENEWED MOTION
                            FOR LEAVE TO FILE EXHIBIT
                            UNDER SEAL, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110   A111   RECEIVE AND REVIEW                   .50         77.50
                            PLAINTIFF'S RULE 9027(E)(3)
                            STATEMENTS, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S            .10         15.50
                            ORDER GRANTING CATHOLIC
                            CHARITIES' EX PARTE MOTION TO
                            WITHDRAW AS CO-COUNSEL OF
                            RECORD, AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW.

06/01/20 SMS   B110   A111   RECEIVE AND REVIEW                   .20         31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            EX PARTE MOTION FOR LEAVE TO
                            FILE AMENDED AND SUPPLEMENTAL
                            NOTICE OF COMPLIANCE WITH
                            28-1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/01/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S            .10         15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' EX PARTE MOTION
                            FOR LEAVE TO FILE AMENDED AND
                            SUPPLEMENTAL NOTICE OF
                            COMPLIANCE WITH 28-1447(B),
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    6
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01

| Date | | | | Description | Hours | Amount |
|------|--|--|--|-------------|-------|--------|
| 06/01/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' AMENDED AND SUPPLEMENTAL NOTICE OF COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/01/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LR 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

```
                                                   --------   -----------
                                      TOTALS         14.70    $3,516.00
                                                   ========   ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    7
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 8.20 | 1,976.50 | 8.20 | 1,976.50 |
| B190    OTHER CONTESTED MATTERS | 6.50 | 1,539.50 | 6.50 | 1,539.50 |
| TOTAL ADMINISTRATION | 14.70 | 3,516.00 | 14.70 | 3,516.00 |
| TOTALS | 14.70 | 3,516.00 | 14.70 | 3,516.00 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .60 | 180.00 | .60 | 180.00 |
| JOSEPH J LOWENTHAL | 300.00 | .80 | 240.00 | .80 | 240.00 |
| ALLISON KINGSMILL | 250.00 | 5.60 | 1,400.00 | 5.60 | 1,400.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 3.00 | 750.00 | 3.00 | 750.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.50 | 450.00 | 1.50 | 450.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .90 | 139.50 | .90 | 139.50 |
| SCOTT M. SIGL | 155.00 | 2.30 | 356.50 | 2.30 | 356.50 |
| TOTALS | | 14.70 | 3,516.00 | 14.70 | 3,516.00 |

EXHIBIT D

Case 20-01084 Doc 4-4 Filed 02/27/20 Entered 02/27/20 11:06:30 Exhibit D - Interim Walkers First Application Page 222 of 1159

Case 20-10846 Doc 856-4 Filed 07/27/20 Entered 07/27/20 17:16:50 Exhibit D - First Interim Fee Application Statement Page 168 of 623

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01




COSTS INCURRED:


05/04/20 COURT FEES - EDWARD D WEGMANN - FILING FEE -       400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/04/20 -
         NOTICE OF REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-11429

                          TOTAL COSTS:              $814.00

                 COST SUMMARY

   E112   COURT FEES                      814.00
                                    --------------
           TOTAL DISBURSEMENTS           $814.00


                          TOTAL FEES AND COSTS:   $4,330.00
```

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01


FILE NAME:  POST-PETITION - JOHN DOE (#2) V THE ROMAN CATHOLIC CHURCH
            FOR THE ARCHDIOCESE OF NEW ORLEANS



       * * *   R E M I T T A N C E   C O P Y   * * *


               TOTAL FEES:                      $3,516.00

               TOTAL COSTS:                       $814.00

               LESS CREDITS:                        $0.00
                                              ------------
            TOTAL CURRENT FEES AND COSTS DUE    $4,330.00

               TOTAL PRIOR INVOICES DUE:           $0.00
                                              -----------


               TOTAL AMOUNT DUE:               $4,330.00
                                              ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
              201 St. Charles Ave. - 50th Floor
              New Orleans, Louisiana 70170-5100


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                   Iberia Bank
                   New Orleans, Louisiana
                   ABA Number:  265270413
                   Account Number:  20000247731
                   Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM
```



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  11
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
              WASHINGTON, DC (CAPITOL HILL) (202)203-1000
               WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


     ********************************************************************



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
JULY 22, 2020
INVOICE NO.: 1038601
FILE NUMBER: 175790-01


FILE NAME:  POST-PETITION - JOHN DOE (#2) V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




        * * *    A C C O U N T I N G    C O P Y    * * *




                TOTAL FEES:                      $3,516.00

                TOTAL COSTS:                       $814.00

                LESS CREDITS:                        $0.00
                                            -------------
             TOTAL CURRENT FEES AND COSTS DUE   $4,330.00

                TOTAL PRIOR INVOICES DUE:            $0.00
                                            -----------

                TOTAL AMOUNT DUE:               $4,330.00
                                            =============

EXHIBIT D

⎧⎫

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE JOHN DOE v. ARCHDIOCESE | DATE May 4, 2020 |
|---|---|---|---|
| FILE NO. | 175790-01 | | |

| PAYABLE TO: EDWARD D. WEGMANN | AMOUNT $400.00 |
|---|---|
| | MAIL CHECK |
| | RETURN CHECK TO WEGMANN ✓ |
| PAYMENT FOR: REIMBURSEMENT FOR FILING FEE - NOTICE OF REMOVAL | NAME EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9750 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $400.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☑ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

# RECEIVED

## MAY 0 4 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Hamric, Tammy**

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Friday, May 1, 2020 4:12 PM |
| To: | Hamric, Tammy |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4721613
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284683
Approval Code: 168473
Card Number: ************4003
Date/Time: 05/01/2020 05:11:36 ET

NOTE: This is an automated message. Please do not reply

1

EXHIBIT D

൮

- [ ] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE<br>**Client: RCCANO**<br>**File Title: John Doe v. RCCANO** | DATE<br>**May 11, 2020** |
|---|---|---|---|
| FILE NO. | 174932-01 | | |

| PAYABLE TO:<br><br>**Virginia Gundlach** | AMOUNT | $400.00 |
|---|---|---|
| | MAIL CHECK | [ ] |
| | **RETURN CHECK TO**<br>Ginger Gundlach | ✔ |

| PAYMENT FOR:<br>Filing Fees – Notice of Removal<br>USDC/LAED Tracking #ALAEDC-8283283 | NAME<br>**Ginger Gundlach** |
|---|---|
| | SIGNATURE<br>*Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER<br>9640 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT<br>$400.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✔] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 1:28 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to
cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 5594739
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286153
Approval Code: 04438D
Card Number: ************9733
Date/Time: 05/04/2020 02:28:14 ET

NOTE: This is an automated message. Please do not reply

John Doe (19-11429)
File: 17579001

1

**EXHIBIT D**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Client: RCCANO** | **May 11, 2020** |
| FILE NO. | 175790-01 | **File Title: John Doe v. RCCANO** | |

| PAYABLE TO: | AMOUNT |
|---|---|
| | **$400.00** |
| **Virginia Gundlach** | MAIL CHECK |
| | **RETURN CHECK TO** Ginger Gundlach ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fees - Notice of Removal USDC/LAED Tracking #ALAEDC-8286153 | Ginger Gundlach |
| | SIGNATURE *Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 6 4 0 | | | **$400.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✔ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

### RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 1:28 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 5594739
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286153
Approval Code: 04438D
Card Number: ************9733
Date/Time: 05/04/2020 02:28:14 ET

NOTE: This is an automated message. Please do not reply

John Doe (19-11429)
File: 17579001

1

**EXHIBIT D**

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038602
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  POST-PETITION - LON DOE V ARCHDIOCESE OF NEW ORLEANS
               INDEMNITY, INC., ET AL

               FILE NO. 175981-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | AK | B310 | A104 | FINALIZED NOTICE OF REMOVAL, STATE COURT RECORD, AND MOTION TO SEAL TO BE FILED IN FEDERAL COURT. | 2.10 | 525.00 |
| 05/04/20 | AK | B190 | A104 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/14/20 | AK | B190 | A103 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   2
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01

| | | | | | |
|---|---|---|---|---|---|
| 05/15/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .20 | 50.00 |
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/19/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/20/20 VWG | B110 | A103 | DRAFTING MOTION TO WITHDRAW RALPH AUCOIN OF THE DENACHUAD FIRM. | .40 | 120.00 |
| 05/21/20 JJL | B110 | A104 | REVIEW MULTIPLE PLEADINGS REGARDING STATUS | .10 | 30.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 SAO | B110 | A103 | - B110 A103 - - REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .60 | 150.00 |
| 05/26/20 EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |
| 05/26/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE SUSIE MORGAN, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01


05/26/20 SMS   B110   A111   RECEIVE AND REVIEW                  .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            MOTION FOR LEAVE TO FILE
                            EXHIBIT UNDER SEAL, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/26/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' MOTION FOR LEAVE
                            TO FILE EXHIBIT UNDER SEAL,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/26/20 SMS   B110   A111   RECEIVE AND REVIEW                  .20        31.00
                            PLAINTIFF'S STATEMENT
                            REGARDING NEW ORLEANS' NOTICE
                            OF REMOVAL, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110   A111   RECEIVE AND REVIEW                  .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            EX PARTE MOTION TO WITHDRAW
                            RALPH AUCOIN, SR. AS
                            CO-COUNSEL, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110   A111   RECEIVE AND REVIEW                  .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            NOTICE OF PROCEEDING SUBJECT
                            TO AUTOMATIC REFERENCE TO
                            BANKRUPTCY JUDGE PURSUANT TO
                            LOCAL RULE 83.4.1, AND UPDATE
                            TO CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/29/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' EX PARTE MOTION
                            TO WITHDRAW RALPH AUCOIN, SR.
                            AS CO-COUNSEL, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

                                                             --------    -----------
                            TOTALS                              7.30      $1,709.50


**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    4
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01

                                                        ========    ===========

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE     5
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110      CASE ADMINISTRATION | 3.40 | 791.50 | 3.40 | 791.50 |
| B190      OTHER CONTESTED MATTERS | 1.80 | 393.00 | 1.80 | 393.00 |
| TOTAL ADMINISTRATION | 5.20 | 1,184.50 | 5.20 | 1,184.50 |
| CLAIMS AND PLAN | | | | |
| B310      CLAIMS/ADMN/OBJECTIONS | 2.10 | 525.00 | 2.10 | 525.00 |
| TOTAL CLAIMS AND PLAN | 2.10 | 525.00 | 2.10 | 525.00 |
| TOTALS | 7.30 | 1,709.50 | 7.30 | 1,709.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    6
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------HOURS | FEES | --CUMULATIVE TOTALS---HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | .50 | 150.00 | .50 | 150.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | 3.30 | 825.00 | 3.30 | 825.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | .80 | 200.00 | .80 | 200.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .70 | 210.00 | .70 | 210.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .60 | 93.00 | .60 | 93.00 |
| SCOTT M. SIGL | 155.00 | 1.30 | 201.50 | 1.30 | 201.50 |
| TOTALS | | 7.30 | 1,709.50 | 7.30 | 1,709.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01


COSTS INCURRED:


05/07/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEES      400.00
         - LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #           7.00
         2019-11575

                           TOTAL COSTS:           $407.00

                 COST SUMMARY

   E112   COURT FEES                      407.00
                                   --------------
          TOTAL DISBURSEMENTS           $407.00

                      TOTAL FEES AND COSTS:    $2,116.50

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01


FILE NAME:   POST-PETITION - LON DOE V ARCHDIOCESE OF NEW ORLEANS
             INDEMNITY, INC., ET AL


           * * *   R E M I T T A N C E   C O P Y   * * *


                 TOTAL FEES:                        $1,709.50

                 TOTAL COSTS:                         $407.00

                 LESS CREDITS:                          $0.00
                                               ------------
           TOTAL CURRENT FEES AND COSTS DUE      $2,116.50

              TOTAL PRIOR INVOICES DUE:              $0.00
                                               -----------


              TOTAL AMOUNT DUE:                  $2,116.50
                                               ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    9
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                     MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                    PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


    *********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   10
JULY 22, 2020
INVOICE NO.: 1038602
FILE NUMBER: 175981-01


FILE NAME:  POST-PETITION - LON DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:      LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $1,709.50

                    TOTAL COSTS:                     $407.00

                    LESS CREDITS:                      $0.00
                                                 -------------
              TOTAL CURRENT FEES AND COSTS DUE    $2,116.50

                  TOTAL PRIOR INVOICES DUE:          $0.00
                                                 -----------

                    TOTAL AMOUNT DUE:             $2,116.50
                                                 ============

EXHIBIT D

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE Client: RCCANO File Title: Lon Doe v. RCCANO | DATE May 6, 2020 |
|---|---|---|---|
| FILE NO. | 175981-01 | | |

| PAYABLE TO: Virginia Gundlach | AMOUNT $400.00 |
|---|---|
| | MAIL CHECK |
| | RETURN CHECK TO Tana Scoby ☑ |

| PAYMENT FOR: Filing Fees - Notice of Removal USDC-LAED Tracking #ALAEDC-8284540 | NAME Ginger Gundlach |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9640 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $400.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☑ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

### RECEIVED
MAY 06 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

*Lin Doe*

## Scoby, Tana

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 3:35 PM |
| **To:** | Scoby, Tana |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4506289
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284540
Approval Code: 02905D
Card Number: ************9733
Date/Time: 05/01/2020 04:34:30 ET

NOTE: This is an automated message. Please do not reply

H8576
175981-01

11 9 xD 154

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL       INVOICE NO. 1038603
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - WEST ROE V THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF NEW ORLEANS

FILE NO. 176055-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR WEST ROE CASE. | .30 | 75.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/12/20 | VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | .80 | 240.00 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   2
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01

| | | | | | |
|---|---|---|---|---|---|
| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 05/17/20 SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 (0.4) AND MOTION TO WITHDRAW AS CO-COUNSEL FOR CATHOLIC CHARITIES (0.2). | .60 | 150.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE CATHOLIC CHARITIES' MOTION TO WITHDRAW AND EXHIBIT FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. FILE PLEADINGS WITH CLERK OF COURT. | .60 | 93.00 |
| 05/19/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 JJL | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE FILINGS FROM USDC | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10      15.50
                           INITIAL CASE ASSIGNMENT OF
                           MATTER TO JUDGE WENDY VITTER,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10      15.50
                           ORDER OF RECUSAL OF JUDGE
                           WENDY VITTER, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10      15.50
                           DIRECTIVE OF THE CLERK
                           REGARDING COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10      15.50
                           ORDER TRANSFERRING MATTER TO
                           DIVISION F, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW                  .20      31.00
                           PLAINTIFF'S STATEMENT ON
                           NOTICE OF REMOVAL, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC         .20      31.00
                           CHARITIES' EX PARTE MOTION TO
                           WITHDRAW AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

06/09/20 SMS   B110  A111   RECEIVE AND REVIEW                  .20      31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     4
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01


06/09/20 SMS    B110  A111    RECEIVE AND REVIEW COURT'S           .10          15.50
                              ORDER GRANTING CATHOLIC
                              CHARITIES' EX PARTE MOTION TO
                              WITHDRAW AS CO-COUNSEL OF
                              RECORD, AND UPDATE TO CASEMAP
                              FOR HANDLING ATTORNEYS'
                              ACCESS AND REVIEW.

06/09/20 SMS    B110  A111    RECEIVE AND REVIEW                   .20          31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              NOTICE OF PROCEEDING SUBJECT
                              TO AUTOMATIC REFERENCE TO
                              BANKRUPTCY JUDGE PURSUANT TO
                              LOCAL RULE 83.4.1, AND UPDATE
                              TO CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

                                                            --------    -----------
                              TOTALS                            6.20     $1,345.50
                                                            ========    ===========

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    5
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110   CASE ADMINISTRATION | 4.30 | 1,013.00 | 4.30 | 1,013.00 |
| B190   OTHER CONTESTED MATTERS | 1.90 | 332.50 | 1.90 | 332.50 |
| TOTAL ADMINISTRATION | 6.20 | 1,345.50 | 6.20 | 1,345.50 |
| TOTALS | 6.20 | 1,345.50 | 6.20 | 1,345.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    6
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
|  |  | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .30 | 90.00 | .30 | 90.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | .40 | 100.00 | .40 | 100.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | .90 | 225.00 | .90 | 225.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.40 | 420.00 | 1.40 | 420.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.50 | 232.50 | 1.50 | 232.50 |
| SCOTT M. SIGL | 155.00 | 1.60 | 248.00 | 1.60 | 248.00 |
| TOTALS |  | 6.20 | 1,345.50 | 6.20 | 1,345.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01


COSTS INCURRED:


05/07/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -      400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/04/20 -
         NOTICE OF REMOVAL
05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE #          14.00
         2019-12228

                            TOTAL COSTS:              $414.00

                    COST SUMMARY

   E112   COURT FEES                       414.00
                                     --------------
             TOTAL DISBURSEMENTS           $414.00

                        TOTAL FEES AND COSTS:      $1,759.50

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   8
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01


FILE NAME:  POST-PETITION - WEST ROE V THE ROMAN CATHOLIC CHURCH
            OF THE ARCHDIOCESE OF NEW ORLEANS



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                       $1,345.50

                    TOTAL COSTS:                         $414.00

                    LESS CREDITS:                          $0.00
                                                      ------------
                    TOTAL CURRENT FEES AND COSTS DUE   $1,759.50

                        TOTAL PRIOR INVOICES DUE:          $0.00
                                                      -----------


                    TOTAL AMOUNT DUE:                  $1,759.50
                                                      ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
             201 St. Charles Ave. - 50th Floor
             New Orleans, Louisiana 70170-5100


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM
```



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ***********************************************************************



EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038603
FILE NUMBER: 176055-01


FILE NAME:  POST-PETITION - WEST ROE V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR
```

```
       * * *   A C C O U N T I N G   C O P Y   * * *



              TOTAL FEES:                    $1,345.50

              TOTAL COSTS:                     $414.00

              LESS CREDITS:                      $0.00
                                          -------------
              TOTAL CURRENT FEES AND COSTS DUE  $1,759.50

                 TOTAL PRIOR INVOICES DUE:       $0.00
                                          -----------

              TOTAL AMOUNT DUE:              $1,759.50
                                          =============
```

EXHIBIT D

176055-01

OPERATING ✓
TRUST
BARONNE TITLE
BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE Client: RCCANO File Title: West Roe v. RCCANO | | DATE May 6, 2020 |
|---|---|---|---|---|
| FILE NO. | 176005-01 | | | |

| PAYABLE TO: Virginia Gundlach | AMOUNT $400.00 |
|---|---|
| | MAIL CHECK |
| | RETURN CHECK TO Tana Scoby ✓ |
| PAYMENT FOR: Filing Fees - Notice of Removal USDC-LAED Tracking #ALAEDC-8286030 | NAME Ginger Gundlach |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9690 | | | $400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✓] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

MAY 06 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

EXHIBIT D

**Scoby, Tana**

*West Rec*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 12:49 PM |
| **To:** | Scoby, Tana |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4506289
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286030
Approval Code: 07864D
Card Number: ***********9733
Date/Time: 05/04/2020 01:49:28 ET

NOTE: This is an automated message. Please do not reply

48574
176055-01

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038604
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  POST-PETITION - BOB ROE V THE ROMAN CATHOLIC CHURCH OF THE
               ARCHDIOCESE OF NEW ORLEANS

               FILE NO. 176079-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | L430 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR BOB ROE CASE. | .40 | 100.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | JJL | B110 | A108 | TELEPHONE CALL TO STEPHANIE KALL, INTAKE CLERK, REGARDING ARCHDIOCESE FILING | .20 | 60.00 |
| 05/05/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED ORDER REGARDING INITIAL CASE ASSIGNMENT TO JUDGE VITTER | .10 | 30.00 |
| 05/05/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED ORDER OF RECUSAL BY JUDGE VITTER AND ASSIGNMENT TO JUDGE AFRICK. | .10 | 30.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01

05/05/20 CTB    B190  A110   PREPARE CONFIRMATION OF                 .20        31.00
                            SUBMISSION TO STATE COURT.

05/06/20 AK     B190  A103   WORKED ON AND FINALIZED                 .60       150.00
                            SEALED DOCUMENTS TO SEND TO
                            CLERK OF COURT IN SUPPORT OF
                            MOTION TO SEAL.

05/12/20 EDW    B110  A104   RECEIVED AND REVIEWED NOTICE            .20        60.00
                            OF ENROLLMENT OF COUNSEL FOR
                            PLAINTIFF AND REVIEWED STATUS.

05/12/20 SMS    B110  A111   RECEIVE AND REVIEW ORDER               .10        15.50
                            GRANTING PLAINTIFF'S MOTION
                            TO ENROLL COUNSEL OF RECORD,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/12/20 SMS    B110  A111   RECEIVE AND REVIEW                     .20        31.00
                            PLAINTIFF'S MOTION TO ENROLL
                            AS CO-COUNSEL OF RECORD, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/15/20 JJL    B110  A104   RECEIVED AND REVIEWED                  .10        30.00
                            PLAINTIFF'S STATEMENT
                            REGARDING REMOVAL/REMAND
                            FILED IN USDC

05/17/20 SAO    B110  A103   PREPARE NOTICE OF COMPLIANCE           .60       150.00
                            WITH LR 3.2 (0.4) AND MOTION
                            TO WITHDRAW AS CO-COUNSEL FOR
                            CATHOLIC CHARITIES (0.2).

05/18/20 EDW    B110  A104   RECEIVED AND REVIEWED                  .20        60.00
                            MULTIPLE NOTICES FROM EASTERN
                            DISTRICT, LOUISIANA REGARDING
                            FILINGS AND ORDERS.

05/18/20 VWG    B110  A103   DRAFTING NOTICE OF AUTOMATIC           .30        90.00
                            REFERRAL.

05/18/20 CTB    B190  A110   REVIEW AND PREPARE MOTION TO           .60        93.00
                            WITHDRAW, NOTICE OF
                            COMPLIANCE AND EXHIBITS FOR
                            ELECTRONIC SUBMISSION TO USDC
                            CLERK OF COURT. FILE
                            PLEADINGS WITH CLERK OF COURT.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01


05/18/20 SMS   B110   A111   RECEIVE AND REVIEW                    .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            EX PARTE MOTION FOR LEAVE TO
                            FILE EXHIBIT UNDER SEAL, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/18/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S            .10        15.50
                            NOTIFICATION OF INITIAL CASE
                            ASSIGNMENT TO JUDGE SUSIE
                            MORGAN, AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW.

05/18/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S            .10        15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' EX PARTE MOTION
                            FOR LEAVE TO FILE EXHIBIT
                            UNDER SEAL, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/18/20 SMS   B110   A111   RECEIVE AND REVIEW THE               .10        15.50
                            DIRECTIVE OF THE CLERK
                            REGARDING COMPLIANCE WITH
                            28-1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/18/20 SMS   B110   A111   RECEIVE AND REVIEW THE               .20        31.00
                            PLAINTIFF'S STATEMENT
                            REGARDING NOTICE OF REMOVAL,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/18/20 SMS   B110   A111   RECEIVE AND REVIEW CATHOLIC          .20        31.00
                            CHARITIES' EX PARTE MOTION TO
                            WITHDRAW AS CO-COUNSEL OF
                            RECORD, AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW.

05/18/20 SMS   B110   A111   RECEIVE AND REVIEW                   .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            NOTICE OF COMPLIANCE WITH
                            28-1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   4
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01

                         ATTORNEYS' ACCESS AND REVIEW.

05/19/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICES        .10        30.00
                           AND ORDERS FROM EASTERN
                           DISTRICT, LOUISIANA.

05/19/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S           .10        15.50
                           ORDER GRANTING CATHOLIC
                           CHARITIES' EX PARTE MOTION TO
                           WITHDRAW AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

05/22/20 AK    B190  A103   WORKED ON NOTICE OF                  .40       100.00
                           PROCEEDING SUBJECT TO
                           AUTOMATIC REFERENCE TO
                           BANKRUPTCY JUDGE.

05/22/20 CTB   B190  A110   CONFORM AND FILE NOTICE OF           .30        46.50
                           AUTOMATIC REFERENCE WITH
                           CLERK OF COURT

06/03/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICE         .10        30.00
                           FROM EASTERN DISTRICT,
                           LOUISIANA REGARDING TRANSFER
                           OF CASE TO MAGISTRATE JUDGE
                           CURRAULT.

06/03/20 JJL   B110  A104   RECEIVED AND REVIEWED USDC          .10        30.00
                           ORDER REASSIGNING CASE TO NEW
                           MAGISTRATE

06/03/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S           .10        15.50
                           ORDER REASSIGNING MATTER TO
                           MAGISTRATE JUDGE DONNA
                           CURRAULT, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

                                              --------   -----------
                         TOTALS                   7.00    $1,530.50
                                              ========   ===========

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    5
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01


|                  |                            | ------THIS BILL------- |          | --CUMULATIVE TOTALS--- |          |
|------------------|----------------------------|------------------------|----------|------------------------|----------|
| TASK CODE        | SUMMARY                    | HOURS                  | FEES     | HOURS                  | FEES     |
| ADMINISTRATION   |                            |                        |          |                        |          |
| B110             | CASE ADMINISTRATION        | 3.70                   | 848.00   | 3.70                   | 848.00   |
| B190             | OTHER CONTESTED MATTERS    | 2.90                   | 582.50   | 2.90                   | 582.50   |
|                  | TOTAL ADMINISTRATION       | 6.60                   | 1,430.50 | 6.60                   | 1,430.50 |
| L430             |                            | .40                    | 100.00   | .40                    | 100.00   |
|                  | TOTAL                      | .40                    | 100.00   | .40                    | 100.00   |
|                  | TOTALS                     | 7.00                   | 1,530.50 | 7.00                   | 1,530.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
|  |  | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .60 | 180.00 | .60 | 180.00 |
| JOSEPH J LOWENTHAL | 300.00 | .60 | 180.00 | .60 | 180.00 |
| ALLISON KINGSMILL | 250.00 | 1.40 | 350.00 | 1.40 | 350.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 1.00 | 250.00 | 1.00 | 250.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.50 | 232.50 | 1.50 | 232.50 |
| SCOTT M. SIGL | 155.00 | 1.60 | 248.00 | 1.60 | 248.00 |
| TOTALS |  | 7.00 | 1,530.50 | 7.00 | 1,530.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020             1.20
05/07/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -   400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/04/20 -
         NOTICE OF REMOVAL
05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-12224

                         TOTAL COSTS:              $415.20

                 COST SUMMARY

   E112    COURT FEES                      415.20
                                     --------------
          TOTAL DISBURSEMENTS             $415.20

                         TOTAL FEES AND COSTS:     $1,945.70

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   8
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01


FILE NAME:  POST-PETITION - BOB ROE V THE ROMAN CATHOLIC CHURCH OF THE
            ARCHDIOCESE OF NEW ORLEANS



          * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $1,530.50

                    TOTAL COSTS:                     $415.20

                    LESS CREDITS:                      $0.00
                                                 ------------
              TOTAL CURRENT FEES AND COSTS DUE   $1,945.70

                  TOTAL PRIOR INVOICES DUE:          $0.00
                                                 -----------


                  TOTAL AMOUNT DUE:              $1,945.70
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
           WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ****************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  10
JULY 22, 2020
INVOICE NO.: 1038604
FILE NUMBER: 176079-01


FILE NAME:  POST-PETITION - BOB ROE V THE ROMAN CATHOLIC CHURCH OF THE



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                TOTAL FEES:                    $1,530.50

                TOTAL COSTS:                     $415.20

                LESS CREDITS:                      $0.00
                                           -------------
          TOTAL CURRENT FEES AND COSTS DUE    $1,945.70

             TOTAL PRIOR INVOICES DUE:           $0.00
                                           -----------

                TOTAL AMOUNT DUE:             $1,945.70
                                           =============

EXHIBIT D

$\checkmark$ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
| --- | --- | --- | --- |
| | | Client: RCCANO | May 6, 2020 |
| FILE NO. | 176079-01 | File Title:  Bob Roe v. RCCANO | |

| PAYABLE TO: | AMOUNT |
| --- | --- |
| Virginia Gundlach | $400.00 |

MAIL CHECK ☐

RETURN CHECK TO:
Tana Scoby  ✔

| PAYMENT FOR: | NAME |
| --- | --- |
| Filing Fees - Notice of Removal | Ginger Gundlach |
| USDC-LAED Tracking #ALAEDC-8286102 | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| --- | --- | --- | --- |
| 9640 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

MAY 06 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Scoby, Tana**

*Bob Roe*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 1:16 PM |
| **To:** | Scoby, Tana |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4506289
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286102
Approval Code: 06069D
Card Number: ************9733
Date/Time: 05/04/2020 02:15:35 ET

NOTE: This is an automated message. Please do not reply

*48576*
*1760779-01*

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038605
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


RE:  POST-PETITION - JANE AND JOHN DOE V THE ROMAN CATHOLIC
CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

FILE NO. 176080-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | AK | B310 | A103 | REVISED NOTICE OF REMOVAL AND ATTACHMENT TO FILE IN FEDERAL COURT. | .40 | 100.00 |
| 05/03/20 | SAO | L430 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JANE AND JOHN DOE, CASE NO. 19-11521. | .80 | 200.00 |
| 05/05/20 | AK | B190 | A103 | REVIEWED AND REVISED STATE COURT NOTICE OF REMOVAL. | 1.20 | 300.00 |
| 05/05/20 | SAO | B190 | A103 | UPDATE AND FINALIZE DOCUMENTS FOR STATE COURT NOTICE OF FILING REMOVAL FOR SEALED CASE, JANE AND JOHN DOE. | .70 | 175.00 |
| 05/05/20 | SAO | B190 | A110 | DRAFT COVER LETTER AND FORMAT SEALED REMOVAL DOCUMENTS TO BE SUBMITTED TO EDLA CLERK'S OFFICE FOR SEALED CASE, JANE AND JOHN DOE. | .70 | 175.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2. | 1.00 | 250.00 |

<span style="color:red">EXHIBIT D</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 AK | B190 | A104 | WORKED ON AND FINALIZED NOTICE OF COMPLIANCE TO BE FILED UNDER SEAL. | .60 | 150.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. | .30 | 46.50 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 JJL | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT COURT. | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE TO BE FILED UNDER SEAL. | .60 | 150.00 |

```
                                          --------   -----------
                          TOTALS            6.80      $1,696.50
                                          ========   ===========
```

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01
```

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| **ADMINISTRATION** | | | | |
| B110    CASE ADMINISTRATION | 1.50 | 400.00 | 1.50 | 400.00 |
| B190    OTHER CONTESTED MATTERS | 4.10 | 996.50 | 4.10 | 996.50 |
| TOTAL ADMINISTRATION | 5.60 | 1,396.50 | 5.60 | 1,396.50 |
| | | | | |
| **CLAIMS AND PLAN** | | | | |
| B310    CLAIMS/ADMN/OBJECTIONS | .40 | 100.00 | .40 | 100.00 |
| TOTAL CLAIMS AND PLAN | .40 | 100.00 | .40 | 100.00 |
| | | | | |
| L430 | .80 | 200.00 | .80 | 200.00 |
| TOTAL | .80 | 200.00 | .80 | 200.00 |
| | | | | |
| TOTALS | 6.80 | 1,696.50 | 6.80 | 1,696.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .10 | 30.00 | .10 | 30.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | 2.80 | 700.00 | 2.80 | 700.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 3.20 | 800.00 | 3.20 | 800.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .30 | 46.50 | .30 | 46.50 |
| TOTALS | | 6.80 | 1,696.50 | 6.80 | 1,696.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   5
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01


COSTS INCURRED:


05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -      400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/06/20 FILING FEES - CDC BILLING MAY 2020 - CASE #            4.00
         2019-11521
05/05/20 DELIVERY SERVICES - FEDEX SENT BY TAMMY HAMRIC,      25.42
         TO CLERK OF COURT CIVIL DISTRICT COURT

                              TOTAL COSTS:              $429.42

                  COST SUMMARY

   E107    DELIVERY SERVICES                    25.42
   E112    COURT FEES                          404.00
                                        ---------------
           TOTAL DISBURSEMENTS                $429.42


                        TOTAL FEES AND COSTS:      $2,125.92

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   6
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01


FILE NAME:  POST-PETITION - JANE AND JOHN DOE V THE ROMAN CATHOLIC
            CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS


            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $1,696.50

                    TOTAL COSTS:                     $429.42

                    LESS CREDITS:                      $0.00
                                                 ------------
            TOTAL CURRENT FEES AND COSTS DUE       $2,125.92

                TOTAL PRIOR INVOICES DUE:             $0.00
                                                 -----------


                    TOTAL AMOUNT DUE:              $2,125.92
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                        ATLANTA, GA (404)870-7500
                    BATON ROUGE, LA (225)248-2000
                     BIRMINGHAM, AL (205)244-5200
                      HOUSTON, TX (713)437-1800
                      JACKSON, MS (601)949-4900
                     LAFAYETTE, LA (337)593-7600
                       MIAMI, FL (305)679-5700
                       MOBILE, AL (251)432-1414
                    NEW ORLEANS, LA (504)582-8000
                      NEW YORK, NY (646)512-8101
                      PHOENIX, AZ (602)366-7889
                    TALLAHASSEE, FL (850)425-7800
               WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                WASHINGTON, DC (DOWNTOWN) (202)434-4660
                   THE WOODLANDS, TX (281)296-4400


     ******************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JULY 22, 2020
INVOICE NO.: 1038605
FILE NUMBER: 176080-01


FILE NAME:  POST-PETITION - JANE AND JOHN DOE V THE ROMAN CATHOLIC



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                       $1,696.50

                    TOTAL COSTS:                        $429.42

                    LESS CREDITS:                         $0.00
                                                   -------------
                    TOTAL CURRENT FEES AND COSTS DUE   $2,125.92

                       TOTAL PRIOR INVOICES DUE:         $0.00
                                                   -----------


                    TOTAL AMOUNT DUE:                  $2,125.92
                                                   =============



**EXHIBIT D**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | May 11, 2020 |
| FILE NO. | 176080-01 | File Title: Jane and John Doe v. RCCANO | |

| PAYABLE TO: | AMOUNT |
|---|---|
| **Virginia Gundlach** | **$400.00** |

MAIL CHECK

**RETURN CHECK TO** ✔
Ginger Gundlach

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fees - Notice of Removal | Ginger Gundlach |
| USDC/LAED Tracking #ALAEDC-8284393 | SIGNATURE |
| | *Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9670 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✔ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 2:51 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284393
Approval Code: 03424D
Card Number: ************9733
Date/Time: 05/01/2020 03:51:14 ET

NOTE: This is an automated message. Please do not reply

Jane + John Doe
17608001

1

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038606
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - JEFF ROE V THE ROMAN CATHOLIC CHURCH
             OF THE ARCHDIOCESE OF NEW ORLEANS

                  FILE NO. 176119-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JEFF ROE CASE. | .30 | 75.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/08/20 | JJL | B110 | A104 | RECEIVED ORDER OF RECUSAL FROM JUDGE ZAINEY AND REASSIGNMENT TO JUDGE BROWN | .10 | 30.00 |
| 05/11/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF REMOVAL AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    2
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01


05/11/20 SMS   B110  A111   RECEIVE AND REVIEW                  .10        15.50
                            ARCHDIOCESE OF NEW ORLEANS'
                            MOTION FOR LEAVE TO FILE
                            EXHIBIT UNDER SEAL AND UPDATE
                            TO CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT            .10        15.50
                            NOTIFICATION THAT MATTER IS
                            ASSIGNED TO JUDGE IVAN
                            LEMELLE AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER OF RECUSAL OF JUDGE
                            IVAN LEMELLE AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER OF RECUSAL OF JUDGE
                            WENDY VITTER AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER OF RECUSAL OF JUDGE JAY
                            ZAINEY AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS' MOTION FOR LEAVE
                            TO FILE EXHIBIT UNDER SEAL
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/12/20 VWG   B110  A103   DRAFTED MOTION TO SUBSTITUTE        .80       240.00
                            COUNSEL.

05/12/20 SMS   B110  A111   RECEIVE AND REVIEW                  .20        31.00
                            PLAINTIFF'S MOTION TO ENROLL
                            AS CO-COUNSEL OF RECORD, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE     3
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01

| | | | | | |
|---|---|---|---|---|---|
| 05/14/20 JJL | B110 | A104 | RECEIVED AND REVIEWED STATEMENT BY PLAINTIFF REGARDING REMOVAL | .10 | 30.00 |
| 05/17/20 SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 (0.4) and MOTION TO WITHDRAW AS CO-COUNSEL FOR CATHOLIC CHARITIES (0.2). | .60 | 150.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .40 | 120.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE MOTION TO WITHDRAW, NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. FILE PLEADINGS WITH CLERK OF COURT. | .60 | 93.00 |
| 05/21/20 JJL | B110 | A104 | REVIEWED AND ANALYZED MULTIPLE PLEADINGS AND NOTICES FROM FEDERAL DISTRICT COURT. | .10 | 30.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |
| 05/28/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01

```
                                                    --------   -----------
                                      TOTALS            5.70    $1,268.00
                                                    ========   ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    5
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 3.80 | 935.50 | 3.80 | 935.50 |
| B190    OTHER CONTESTED MATTERS | 1.90 | 332.50 | 1.90 | 332.50 |
| TOTAL ADMINISTRATION | 5.70 | 1,268.00 | 5.70 | 1,268.00 |
| TOTALS | 5.70 | 1,268.00 | 5.70 | 1,268.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .30 | 90.00 | .30 | 90.00 |
| JOSEPH J LOWENTHAL | 300.00 | .30 | 90.00 | .30 | 90.00 |
| ALLISON KINGSMILL | 250.00 | .40 | 100.00 | .40 | 100.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | .90 | 225.00 | .90 | 225.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.20 | 360.00 | 1.20 | 360.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.50 | 232.50 | 1.50 | 232.50 |
| SCOTT M. SIGL | 155.00 | 1.10 | 170.50 | 1.10 | 170.50 |
| TOTALS | | 5.70 | 1,268.00 | 5.70 | 1,268.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020                 0.50
05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE #            14.00
         2019-12237

                              TOTAL COSTS:                  $14.50

                    COST SUMMARY

     E112    COURT FEES                      14.50
                                      --------------
              TOTAL DISBURSEMENTS            $14.50

                         TOTAL FEES AND COSTS:    $1,282.50

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01


FILE NAME:  POST-PETITION - JEFF ROE V THE ROMAN CATHOLIC CHURCH
            OF THE ARCHDIOCESE OF NEW ORLEANS



            * * *   R E M I T T A N C E   C O P Y   * * *


                  TOTAL FEES:                      $1,268.00

                  TOTAL COSTS:                        $14.50

                  LESS CREDITS:                        $0.00
                                                 ------------
            TOTAL CURRENT FEES AND COSTS DUE      $1,282.50

                  TOTAL PRIOR INVOICES DUE:           $0.00
                                                 -----------


                  TOTAL AMOUNT DUE:               $1,282.50
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                  Iberia Bank
                  New Orleans, Louisiana
                  ABA Number:  265270413
                  Account Number:  20000247731
                  Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                   ATLANTA, GA (404)870-7500
                BATON ROUGE, LA (225)248-2000
                 BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                  MOBILE, AL (251)432-1414
                NEW ORLEANS, LA (504)582-8000
                  NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


     ***********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
JULY 22, 2020
INVOICE NO.: 1038606
FILE NUMBER: 176119-01


FILE NAME:  POST-PETITION - JEFF ROE V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




        * * *   A C C O U N T I N G   C O P Y   * * *




                TOTAL FEES:                      $1,268.00

                TOTAL COSTS:                        $14.50

                LESS CREDITS:                        $0.00
                                              -------------
                TOTAL CURRENT FEES AND COSTS DUE   $1,282.50

                   TOTAL PRIOR INVOICES DUE:        $0.00
                                              -----------

                TOTAL AMOUNT DUE:                 $1,282.50
                                              =============



**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038607
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

          RE:  POST-PETITION - RAYMOND ROE V THE ROMAN CATHOLIC CHURCH
               OF THE ARCHDIOCESE OF NEW ORLEANS

               FILE NO. 176201-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR RAYMOND ROE CASE. | .60 | 150.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/12/20 | VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | .80 | 240.00 |
| 05/12/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    2
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


05/13/20 SMS    B110   A111   RECEIVE AND REVIEW ORDER                 .10          15.50
                               GRANTING PLAINTIFF'S MOTION
                               TO ENROLL COUNSEL OF RECORD,
                               AND UPDATE TO CASEMAP FOR
                               HANDLING ATTORNEYS' ACCESS
                               AND REVIEW.

05/14/20 AK     B190   A103   PREPARED MOTION TO WITHDRAW.            .70         175.00

05/14/20 AK     B190   A103   PREPARED NOTICE OF COMPLIANCE.         .80         200.00

05/15/20 SAO    B110   A103   REVIEW, REVISE, AND FINALIZE           .60         150.00
                               NOTICE OF COMPLIANCE WITH
                               LOCAL RULE 3.2.

05/18/20 EDW    B110   A104   RECEIVED AND REVIEWED                  .20          60.00
                               MULTIPLE NOTICES FROM EASTERN
                               DISTRICT, LOUISIANA REGARDING
                               FILINGS AND ORDERS.

05/18/20 VWG    B110   A103   DRAFTING NOTICE OF AUTOMATIC           .30          90.00
                               REFERRAL.

05/19/20 VWG    B110   A103   DRAFTING NOTICE OF AUTOMATIC           .30          90.00
                               REFERRAL.

05/22/20 EDW    B110   A106   RECEIVED AND REVIEWED                  .10          30.00
                               MULTIPLE NOTICES AND FILINGS
                               FROM EASTERN DISTRICT,
                               LOUISIANA.

05/22/20 JJL    B110   A104   RECEIVED AND REVIEWED                  .10          30.00
                               MULTIPLE NOTICES AND FILINGS
                               FROM EASTERN DISTRICT COURT.

05/22/20 AK     B190   A103   WORKED ON NOTICE OF                    .40         100.00
                               PROCEEDING SUBJECT TO
                               AUTOMATIC REFERENCE TO
                               BANKRUPTCY JUDGE.

05/22/20 SAO    B110   A103   REVIEW, REVISE, AND FINALIZE           .40         100.00
                               NOTICE OF AUTOMATIC REFERENCE
                               TO BANKRUPTCY COURT.

06/02/20 SMS    B110   A111   RECEIVE AND REVIEW                     .20          31.00
                               ARCHDIOCESE OF NEW ORLEANS'
                               MOTION FOR LEAVE TO FILE
                               EXHIBIT UNDER SEAL, AND
                               UPDATE TO CASEMAP FOR
                               HANDLING ATTORNEYS' ACCESS

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   3
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01

                     AND REVIEW.

| Date | Tkpr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE IVAN LEMELLE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DOCKET CORRECTION ENTRY ON ARCHDIOCESE OF NEW ORLEANS' NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER OF RECUSAL OF JUDGE IVAN LEMELLE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT ON NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/02/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


06/02/20 SMS    B110   A111   RECEIVE AND REVIEW                     .20        31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              NOTICE OF COMPLIANCE WITH
                              28-1447(B), AND UPDATE TO
                              CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

06/02/20 SMS    B110   A111   RECEIVE AND REVIEW COURT'S             .10        15.50
                              DOCKET CORRECTION ENTRY ON
                              CATHOLIC CHARITIES' MOTION TO
                              WITHDRAW AS CO-COUNSEL AND
                              UPDATE TO CASEMAP FOR
                              HANDLING ATTORNEYS' ACCESS
                              AND REVIEW.

06/02/20 SMS    B110   A111   RECEIVE AND REVIEW COURT'S             .10        15.50
                              DOCKET CORRECTION ENTRY ON
                              ARCHDIOCESE OF NEW ORLEANS
                              NOTICE OF COMPLIANCE WITH
                              28-1447(B), AND UPDATE TO
                              CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

06/02/20 SMS    B110   A111   RECEIVE AND REVIEW                     .20        31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              NOTICE OF PROCEEDING SUBJECT
                              TO AUTOMATIC REFERENCE TO
                              BANKRUPTCY JUDGE PURSUANT TO
                              LOCAL RULE 83.4.1, AND UPDATE
                              TO CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

                                                                 --------   -----------
                                 TOTALS                             8.00    $1,833.50
                                                                 ========   ===========

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    5
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110      CASE ADMINISTRATION | 5.50 | 1,265.50 | 5.50 | 1,265.50 |
| B190      OTHER CONTESTED MATTERS | 2.50 | 568.00 | 2.50 | 568.00 |
| TOTAL ADMINISTRATION | 8.00 | 1,833.50 | 8.00 | 1,833.50 |
| | | | | |
| TOTALS | 8.00 | 1,833.50 | 8.00 | 1,833.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


|                            |        | ----------THIS BILL---------- |        | --CUMULATIVE TOTALS--- |        |
| ATTORNEY SUMMARY           | RATE   | HOURS   | FEES     | HOURS   | FEES     |
|----------------------------|--------|---------|----------|---------|----------|
| EDWARD D WEGMANN           | 300.00 | .30     | 90.00    | .30     | 90.00    |
| JOSEPH J LOWENTHAL         | 300.00 | .10     | 30.00    | .10     | 30.00    |
| ALLISON KINGSMILL          | 250.00 | 1.90    | 475.00   | 1.90    | 475.00   |
| SAMANTHA A. OPPENHEIM      | 250.00 | 1.60    | 400.00   | 1.60    | 400.00   |
| VIRGINIA W. GUNDLACH       | 300.00 | 1.40    | 420.00   | 1.40    | 420.00   |
| CAMILLE T. BOURG, JR.      | 155.00 | .60     | 93.00    | .60     | 93.00    |
| SCOTT M. SIGL              | 155.00 | 2.10    | 325.50   | 2.10    | 325.50   |
|                    TOTALS  |        | 8.00    | 1,833.50 | 8.00    | 1,833.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   7
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


COSTS INCURRED:

05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-12233

                              TOTAL COSTS:             $14.00

                 COST SUMMARY

  E112   COURT FEES                         14.00
                                   ---------------
         TOTAL DISBURSEMENTS                $14.00

                         TOTAL FEES AND COSTS:      $1,847.50

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


FILE NAME:  POST-PETITION - RAYMOND ROE V THE ROMAN CATHOLIC CHURCH
            OF THE ARCHDIOCESE OF NEW ORLEANS



          * * *   R E M I T T A N C E   C O P Y   * * *


                TOTAL FEES:                        $1,833.50

                TOTAL COSTS:                          $14.00

                LESS CREDITS:                          $0.00
                                                  ------------
            TOTAL CURRENT FEES AND COSTS DUE      $1,847.50

                TOTAL PRIOR INVOICES DUE:             $0.00
                                                  -----------


                TOTAL AMOUNT DUE:                 $1,847.50
                                                  ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                Iberia Bank
                New Orleans, Louisiana
                ABA Number:  265270413
                Account Number:  20000247731
                Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


    ***********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   10
JULY 22, 2020
INVOICE NO.: 1038607
FILE NUMBER: 176201-01


FILE NAME:  POST-PETITION - RAYMOND ROE V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                      $1,833.50

                    TOTAL COSTS:                        $14.00

                    LESS CREDITS:                        $0.00
                                                  -------------
                    TOTAL CURRENT FEES AND COSTS DUE   $1,847.50

                      TOTAL PRIOR INVOICES DUE:          $0.00
                                                  -----------


                    TOTAL AMOUNT DUE:                 $1,847.50
                                                  =============

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038608
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - JOHN DOE I, ET AL V THE ARCHDIOCESE OF
             NEW ORLEANS (JOHN DOE EDLA)

             FILE NO. 176379-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | FINALIZE NOTICE OF SUGGESTION OF BANKRUPTCY. | .20 | 50.00 |
| 05/05/20 | WGZ | B140 | A106 | CORRESPONDENCE REGARDING AUTOMATIC STAY. | .40 | 120.00 |
| 05/05/20 | WGZ | B140 | A105 | EMAILS WITH S. OPPENHEIM AND J. LOWENTHAL REGARDING AUTOMATIC STAY. | .30 | 90.00 |
| 05/05/20 | SAO | B110 | A110 | FILE NOTICE OF SUGGESTION OF BANKRUPTCY (0.2); SERVE THE SAME BY EMAIL ON ALL KNOWN COUNSEL FOR PARTIES TO THE PROCEEDING (0.2). | .40 | 100.00 |
| 05/05/20 | SAO | B410 | A105 | CALLS WITH MR. LOWENTHAL REGARDING SCOPE OF THE AUTOMATIC STAY (0.4); CALLS WITH MR. MINTZ REGARDING THE SAME (0.3); EMAIL CORRESPONDENCES TO MR. LOWENTHAL AND MR. MINTZ REGARDING THE SAME (0.7). | 1.40 | 350.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01

| 05/06/20 | WGZ | B140 | A104 | ANALYSIS OF RESEARCH REGARDING STAY OF AUTOMATIC STAY TO DEPOSITIONS/DISCOVERY. | .60 | 180.00 |

| 05/06/20 | WGZ | B410 | A105 | EMAILS REGARDING COORDINATING REMOVALS OF CIVIL DISTRICT COURT MATTERS. | .90 | 270.00 |

| 05/06/20 | WGZ | B410 | A106 | EMAILS WITH ARCHDIOCESE'S GENERAL COUNSEL REGARDING NATIONAL ADVERTISING WITH RESPECT TO CLAIMS. | .30 | 90.00 |

| 05/06/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH ARCHDIOCESE'S GENERAL COUNSEL REGARDING ADVERTISING. | .20 | 60.00 |

| 05/06/20 | WGZ | B140 | A105 | CONFERENCES WITH J. LOWENTHAL AND L. ASHLEY REGARDING STAY OF PROCEEDINGS AS TO ALL DEFENDANTS. | .50 | 150.00 |

| 05/06/20 | SAO | B410 | A105 | EMAIL CORRESPONDENCE TO MR. LOWENTHAL AND MR. MINTZ REGARDING AUTOMATIC STAY (0.6); CALL WITH MR. LOWENTHAL AND MR. MINTZ REGARDING THE SAME (0.7). | 1.30 | 325.00 |

| 05/06/20 | SAO | B410 | A108 | CALL WITH MR. LOWENTHAL AND MR. PAULSEN REGARDING AUTOMATIC STAY AND STRATEGY REGARDING THE SAME. | .20 | 50.00 |

| 05/07/20 | SAO | B410 | A108 | EMAIL CORRESPONDENCES FROM AND TO MR. PAULSEN REGARDING THE AUTOMATIC STAY. | .20 | 50.00 |

| 05/18/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED FILING BY FELICIA PEAT TO EXTEND SUBMISSION DEADLINE | .10 | 30.00 |

| 05/18/20 | JJL | B110 | A108 | CORRESPONDENCE TO TREY PAULSEN AND WAYNE ZERINGUE | .20 | 60.00 |

| 05/18/20 | JJL | B110 | A108 | REVIEWED RESPONSE FROM TREY PAULSEN | .10 | 30.00 |

| 05/18/20 | JJL | B110 | A108 | RESPOND TO TREY PAULSEN | .10 | 30.00 |

EXHIBIT D

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/18/20 | WGZ | B410 | A105 | EMAIL WITH T. PAULSEN AND J. LOWENTHAL REGARDING 12(B) MOTIONS. | .30 | 90.00 |
| 05/18/20 | SAO | B410 | A105 | EMAIL TO MR. LOWENTHAL AND MR. MINTZ REGARDING PLAINTIFFS' MOTION TO CONTINUE SUBMISSION DATE ON DIOCESE OF LAFAYETTE AND BISHOP DESHOTEL'S RULE 12 MOTIONS. | .30 | 75.00 |
| 05/19/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING PLAINTIFF'S MOTION TO RESET SUBMISSION DATE REGARDING OPPOSITION TO DIOCESE AND BISHOP'S MOTION | .10 | 30.00 |
| 05/19/20 | WGZ | B410 | A105 | EMAILS WITH T. PAULSEN AND J. LOWENTHAL REGARDING FILING RESPONSIVE PLEADINGS. | .30 | 90.00 |
| 05/19/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED ORDER GRANTING PLAINTIFF'S MOTION TO RE-SET SUBMISSION ON RULE 12 MOTIONS. | .30 | 90.00 |
| 05/20/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED STATEMENT REGARDING REMOVAL FILED BY KRISTI SCHUBERT | .10 | 30.00 |

```
                                   TOTALS      8.80    $2,440.00
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01


|                    |                         | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|--------------------|-------------------------|------|-----------|------|-----------|
| TASK CODE SUMMARY  |                         | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION     |                         |      |           |      |           |
| B110               | CASE ADMINISTRATION     | 1.30 | 360.00 | 1.30 | 360.00 |
| B140               | RELIEF FROM STAY/PROTEC | 1.80 | 540.00 | 1.80 | 540.00 |
|                    | TOTAL ADMINISTRATION    | 3.10 | 900.00 | 3.10 | 900.00 |
| BANKRUPTCY-RELATED ADVICE |                  |      |           |      |           |
| B410               | GENERAL BANKRUPTCY ADVI | 5.70 | 1,540.00 | 5.70 | 1,540.00 |
|                    | TOTAL BANKRUPTCY-RELATED ADVI | 5.70 | 1,540.00 | 5.70 | 1,540.00 |
|                    | TOTALS                  | 8.80 | 2,440.00 | 8.80 | 2,440.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| JOSEPH J LOWENTHAL | 300.00 | .70 | 210.00 | .70 | 210.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 4.10 | 1,230.00 | 4.10 | 1,230.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 4.00 | 1,000.00 | 4.00 | 1,000.00 |
| TOTALS | | 8.80 | 2,440.00 | 8.80 | 2,440.00 |



<span style="color:red">EXHIBIT D</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01


COSTS INCURRED:

06/15/20 COURT RECORD FEES /PACER PACER MAY 2020                 0.80

                                 TOTAL COSTS:                  $0.80

                  COST SUMMARY

   E112   COURT FEES                        0.80
                                   ---------------
           TOTAL DISBURSEMENTS             $0.80

                             TOTAL FEES AND COSTS:       $2,440.80

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    7
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01


FILE NAME:  POST-PETITION - JOHN DOE I, ET AL V THE ARCHDIOCESE OF
            NEW ORLEANS (JOHN DOE EDLA)



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                      $2,440.00

                    TOTAL COSTS:                         $0.80

                    LESS CREDITS:                        $0.00
                                                    ------------
            TOTAL CURRENT FEES AND COSTS DUE        $2,440.80

                 TOTAL PRIOR INVOICES DUE:              $0.00
                                                    -----------


                 TOTAL AMOUNT DUE:                  $2,440.80
                                                    ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
              201 St. Charles Ave. - 50th Floor
              New Orleans, Louisiana 70170-5100


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM
```



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    8
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
          WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


    ********************************************************************



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    9
JULY 22, 2020
INVOICE NO.: 1038608
FILE NUMBER: 176379-01


FILE NAME:  POST-PETITION - JOHN DOE I, ET AL V THE ARCHDIOCESE OF



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



       * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $2,440.00

                    TOTAL COSTS:                       $0.80

                    LESS CREDITS:                      $0.00
                                                  -------------
                  TOTAL CURRENT FEES AND COSTS DUE   $2,440.80

                    TOTAL PRIOR INVOICES DUE:         $0.00
                                                  -----------


                    TOTAL AMOUNT DUE:              $2,440.80
                                                  =============

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038609
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


RE:  POST-PETITION - JOHN DOE ( ███████ ) V. THE ARCHDIOCESE

FILE NO. 176387-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN DOE, CASE NO. 19-10827. | .90 | 225.00 |
| 05/04/20 | EDW | B110 | A103 | WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |
| 05/05/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING REMOVAL AND CORRECTION OF DOCKET ENTRIES. | .30 | 90.00 |
| 05/05/20 | SAO | B190 | A103 | UPDATE AND FINALIZE DOCUMENTS FOR STATE COURT NOTICE OF FILING REMOVAL FOR SEALED CASE, JOHN DOE (CDC 19-10827). | .90 | 225.00 |
| 05/05/20 | SAO | B190 | A110 | DRAFT COVER LETTER AND FORMAT SEALED REMOVAL DOCUMENTS TO BE SUBMITTED TO EDLA CLERK'S OFFICE FOR SEALED CASE, JOHN DOE (CDC 19-10827). | .80 | 200.00 |
| 05/07/20 | EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/07/20 | EDW | B110 | A104 | CONTINUED REVIEW OF NOTICES FROM COURT AND COMPLIANCE WITH SAME. | .20 | 60.00 |
| 05/08/20 | EDW | B110 | A104 | CONTINUED WORK ON HANDLING REMOVAL AND COMPLIANCE. | .30 | 90.00 |
| 05/11/20 | EDW | B110 | A104 | JOHN DOE:  REVIEWED STATUS REGARDING COMPLIANCE WITH REMOVAL PROCEDURE AND NOTICES FROM CLERK'S OFFICE REGARDING SAME. | .30 | 90.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .50 | 125.00 |
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 | CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. | .30 | 46.50 |
| 05/22/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 | AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE TO BE FILED UNDER SEAL. | .60 | 150.00 |
| 05/26/20 | EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |

```
                                        --------   -----------
                          TOTALS          6.60       $1,751.50
                                        ========   ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01


|              |                          | ------THIS BILL------- |          | --CUMULATIVE TOTALS--- |          |
| TASK CODE    | SUMMARY                  | HOURS    | FEES     | HOURS    | FEES     |
|              |                          | -------- | -------- | -------- | -------- |
| ADMINISTRATION |                        |          |          |          |          |
| B110         | CASE ADMINISTRATION      | 4.00     | 1,130.00 | 4.00     | 1,130.00 |
| B190         | OTHER CONTESTED MATTERS  | 2.60     | 621.50   | 2.60     | 621.50   |
| TOTAL        | ADMINISTRATION           | 6.60     | 1,751.50 | 6.60     | 1,751.50 |
|              | TOTALS                   | 6.60     | 1,751.50 | 6.60     | 1,751.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 2.30 | 690.00 | 2.30 | 690.00 |
| ALLISON KINGSMILL | 250.00 | .60 | 150.00 | .60 | 150.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 3.10 | 775.00 | 3.10 | 775.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .30 | 46.50 | .30 | 46.50 |
| TOTALS | | 6.60 | 1,751.50 | 6.60 | 1,751.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   5
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01


COSTS INCURRED:


05/12/20 COURT FEES - EDWARD D WEGMANN - FILING FEE -      400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/04/20 -
         NOTICE OF REMOVAL - TRACKING #ALAEDC-8285903
05/06/20 FILING FEES - CDC BILLING MAY 2020 - CASE #         6.00
         2019-10827
05/05/20 DELIVERY SERVICES - FEDEX SENT BY TAMMY HAMRIC,    25.42
         TO CLERK OF COURT CIVIL DISTRICT COURT

                              TOTAL COSTS:           $431.42

                   COST SUMMARY

    E107   DELIVERY SERVICES                25.42
    E112   COURT FEES                      406.00
                                        --------------
           TOTAL DISBURSEMENTS           $431.42


                         TOTAL FEES AND COSTS:    $2,182.92


**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01


FILE NAME:  POST-PETITION - JOHN DOE (████████) V. THE ARCHDIOCESE



            * * *   R E M I T T A N C E   C O P Y   * * *


                  TOTAL FEES:                        $1,751.50

                  TOTAL COSTS:                         $431.42

                  LESS CREDITS:                          $0.00
                                                    ------------
                  TOTAL CURRENT FEES AND COSTS DUE   $2,182.92

                  TOTAL PRIOR INVOICES DUE:              $0.00
                                                    -----------


                  TOTAL AMOUNT DUE:                  $2,182.92
                                                    ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                  **JONES WALKER LLP**
           **201 St. Charles Ave. - 50th Floor**
           **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                  Iberia Bank
                  New Orleans, Louisiana
                  ABA Number:  265270413
                  Account Number:  20000247731
                  Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   7
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    *********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038609
FILE NUMBER: 176387-01


FILE NAME:  POST-PETITION - JOHN DOE (  ██████████  ) V. THE ARCHDIOCESE



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *



                TOTAL FEES:                    $1,751.50

                TOTAL COSTS:                     $431.42

                LESS CREDITS:                      $0.00
                                            -------------
                TOTAL CURRENT FEES AND COSTS DUE  $2,182.92

                TOTAL PRIOR INVOICES DUE:          $0.00
                                            -----------

                TOTAL AMOUNT DUE:              $2,182.92
                                            =============

**EXHIBIT D**

- [ ] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | ARCHDIOCESE adv. JOHN DOE (19-10827) | May 5, 2020 |
| FILE NO. | 176387-01 | | |

| PAYABLE TO: | | AMOUNT | $400.00 |
|---|---|---|---|
| EDWARD D. WEGMANN | | MAIL CHECK | [ ] |
| | | RETURN CHECK TO WEGMANN | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT FOR FILING FEE - NOTICE OF REMOVAL | EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 7 5 0 | | | $400.00 |

FORM A-8 (REV. 03/11)[1]

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✓] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

### MAY 12 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Hamric, Tammy**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 11:58 AM |
| **To:** | Hamric, Tammy |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4721613
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8285903
Approval Code: 164234
Card Number: ***********4003
Date/Time: 05/04/2020 12:58:03 ET


NOTE: This is an automated message. Please do not reply

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038610
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - IN RE: ███████████

FILE NO. 176753-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR CC DOE CASE. | .30 | 75.00 |
| 05/04/20 | SAO | B190 | A110 | SERVE STATE COURT NOTICE OF FILING NOTICE OF REMOVAL ON ALL KNOWN COUNSEL FOR PARTIES TO THE PROCEEDING. | .20 | 50.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 FOR CC DOE CASE. . | 1.30 | 325.00 |
| 05/18/20 | VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |

<span style="color:red">EXHIBIT D</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01

| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT (CC DOE 20-2983). FILE PLEADINGS WITH CLERK OF COURT. | .60 | 93.00 |
| 05/21/20 JJL | B110 | A104 | REVIEW MULTIPLE PLEADINGS AND NOTICES FILED IN USDC | .10 | 30.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .40 | 100.00 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE JAY ZAINEY, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S DIRECTIVE OF THE CLERK REGARDING COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER TRANSFERRING CASE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT ON NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    3
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01

```
06/08/20 SMS    B110   A111   RECEIVE AND REVIEW              .20        31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              NOTICE OF COMPLIANCE WITH
                              28-1447(B), AND UPDATE TO
                              CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

06/08/20 SMS    B110   A111   RECEIVE AND REVIEW              .20        31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              NOTICE OF PROCEEDING SUBJECT
                              TO AUTOMATIC REFERENCE TO
                              BANKRUPTCY JUDGE PURSUANT TO
                              LOCAL RULE 83.4.1, AND UPDATE
                              TO CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.
                                                         --------   -----------
                                    TOTALS                 5.20     $1,125.50
                                                         ========   ===========
```

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110   CASE ADMINISTRATION | 3.40 | 789.50 | 3.40 | 789.50 |
| B190   OTHER CONTESTED MATTERS | 1.80 | 336.00 | 1.80 | 336.00 |
| TOTAL ADMINISTRATION | 5.20 | 1,125.50 | 5.20 | 1,125.50 |
| TOTALS | 5.20 | 1,125.50 | 5.20 | 1,125.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .10 | 30.00 | .10 | 30.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | .40 | 100.00 | .40 | 100.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 2.20 | 550.00 | 2.20 | 550.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.20 | 186.00 | 1.20 | 186.00 |
| SCOTT M. SIGL | 155.00 | .90 | 139.50 | .90 | 139.50 |
| TOTALS | | 5.20 | 1,125.50 | 5.20 | 1,125.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01


COSTS INCURRED:


05/13/20  COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -     400.00
          LOUISIANA EASTERN DISTRICT COURT - 05/08/20 -
          NOTICE OF REMOVAL
05/04/20  FILING FEES - CDC BILLING MAY 2020 -                  5.00
          SUBSCRIPTION
05/05/20  FILING FEES - CDC BILLING MAY 2020 - CASE #          14.00
          2020-02983

                                TOTAL COSTS:            $419.00

                   COST SUMMARY

    E112    COURT FEES                        419.00
                                        --------------
            TOTAL DISBURSEMENTS              $419.00

                          TOTAL FEES AND COSTS:    $1,544.50

<span style="color:red">EXHIBIT D</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01


FILE NAME:  POST-PETITION - IN RE: ██████████


          * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $1,125.50

                    TOTAL COSTS:                     $419.00

                    LESS CREDITS:                      $0.00
                                                 ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $1,544.50

                      TOTAL PRIOR INVOICES DUE:         $0.00
                                                 -----------


                    TOTAL AMOUNT DUE:                $1,544.50
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01

WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


    *********************************************************************



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   9
JULY 22, 2020
INVOICE NO.: 1038610
FILE NUMBER: 176753-01


FILE NAME:  POST-PETITION - IN RE: ████████████



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




          * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                    $1,125.50

                    TOTAL COSTS:                     $419.00

                    LESS CREDITS:                      $0.00
                                               -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $1,544.50

                    TOTAL PRIOR INVOICES DUE:          $0.00
                                               -----------

                    TOTAL AMOUNT DUE:             $1,544.50
                                               ============


EXHIBIT D

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Client: RCCANO** | **May 11, 2020** |
| FILE NO. | 176753-01 | **File Title: CC Doe v. RCCANO** | |

| PAYABLE TO: | AMOUNT **$400.00** |
|---|---|
| **Virginia Gundlach** | MAIL CHECK ☐ |
| | **RETURN CHECK TO** Ginger Gundlach ✔ |

| PAYMENT FOR: | NAME **Ginger Gundlach** |
|---|---|
| Filing Fees - Notice of Removal USDC/LAED Tracking #ALAEDC-8294307 | SIGNATURE *Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 6 4 0 | | | **$400.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | Zeringue, Wayne |
| **Sent:** | Friday, May 8, 2020 11:39 AM |
| **To:** | Gundlach, Ginger; Hamric, Tammy |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Wayne G. Zeringue Jr. | Partner
Jones Walker LLP
D: 504.582.8682 | M: 504.905.8553
wzeringue@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Friday, May 8, 2020 10:50 AM
To: Zeringue, Wayne <wzeringue@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8294307
Approval Code: 08718D
Card Number: ************9733
Date/Time: 05/08/2020 11:49:57 ET

NOTE: This is an automated message. Please do not reply

*Jeff Rpq
VIU N4oI
C C Doe
17675301*

1

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL            INVOICE NO. 1038611
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - JOHN DOE (██████████) V THE ARCHDIOCESE
     OF NEW ORLEANS

FILE NO. 177165-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN DOE, CASE NO. 20-1986. | 1.40 | 350.00 |
| 05/04/20 | EDW | B110 | A103 | RE: JOHN DOE (EDLA 20-1366): WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |
| 05/05/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING REMOVAL AND CORRECTION OF DOCKET ENTRIES. | .30 | 90.00 |
| 05/05/20 | AK | B190 | A103 | REVIEWED AND REVISED STATE COURT NOTICE OF REMOVAL. | 1.30 | 325.00 |
| 05/05/20 | SAO | B190 | A103 | UPDATE AND FINALIZE DOCUMENTS FOR STATE COURT NOTICE OF FILING REMOVAL FOR SEALED CASE, JOHN DOE. | .90 | 225.00 |
| 05/05/20 | SAO | B190 | A110 | DRAFT COVER LETTER AND FORMAT SEALED REMOVAL DOCUMENTS TO BE SUBMITTED TO EDLA CLERK'S OFFICE FOR SEALED CASE, JOHN DOE (CDC 20-1986). | .80 | 200.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


| | | | | | |
|---|---|---|---|---|---|
| 05/07/20 EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |
| 05/07/20 EDW | B110 | A104 | CONTINUED REVIEW OF NOTICES FROM COURT AND COMPLIANCE WITH SAME. | .20 | 60.00 |
| 05/08/20 EDW | B110 | A104 | CONTINUED WORK ON HANDLING REMOVAL AND COMPLIANCE. | .30 | 90.00 |
| 05/11/20 EDW | B110 | A104 | JOHN DOE:  REVIEWED STATUS REGARDING COMPLIANCE WITH REMOVAL PROCEDURE AND NOTICES FROM CLERK'S OFFICE REGARDING SAME. | .30 | 90.00 |
| 05/14/20 AK | B190 | A103 | PREPARED MOTION TO WITHDRAW. | .60 | 150.00 |
| 05/14/20 AK | B190 | A103 | WORKED ON NOTICE OF COMPLIANCE. | .60 | 150.00 |
| 05/15/20 AK | B190 | A103 | FINALIZED NOTICE OF COMPLIANCE TO BE FILED WITH COURT. | .30 | 75.00 |
| 05/17/20 SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2. | .40 | 100.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 AK | B190 | A104 | WORKED ON AND FINALIZED NOTICE OF COMPLIANCE TO BE FILED UNDER SEAL. | .60 | 150.00 |
| 05/18/20 AK | B190 | A104 | WORKED ON AND FINALIZED NOTICE OF COMPLIANCE TO BE FILED UNDER SEAL. | .60 | 150.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. | .30 | 46.50 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE TO BE FILED UNDER SEAL. | .60 | 150.00 |

```
                                             --------   -----------
                           TOTALS              11.10     $2,881.50
                                             ========   ===========
```

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   4
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


                                 ------THIS BILL-------   --CUMULATIVE TOTALS---
TASK CODE SUMMARY                   HOURS         FEES       HOURS         FEES
                                 --------  -----------   --------  -----------
    ADMINISTRATION
    B110     CASE ADMINISTRATION     4.50     1,260.00       4.50     1,260.00
    B190     OTHER CONTESTED MATTERS 6.60     1,621.50       6.60     1,621.50
       TOTAL ADMINISTRATION         11.10     2,881.50      11.10     2,881.50

                                 --------  -----------   --------  -----------
             TOTALS                 11.10     2,881.50      11.10     2,881.50
                                 ========  ===========   ========  ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 2.40 | 720.00 | 2.40 | 720.00 |
| ALLISON KINGSMILL | 250.00 | 4.60 | 1,150.00 | 4.60 | 1,150.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 3.50 | 875.00 | 3.50 | 875.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .30 | 46.50 | .30 | 46.50 |
| TOTALS | | 11.10 | 2,881.50 | 11.10 | 2,881.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   6
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


COSTS INCURRED:


| | | |
|---|---|---|
| 05/03/20 | COURT RECORD FEES - CDC BILLING MAY 2020 - CASE # 2020-01986 | 2.00 |
| 05/12/20 | COURT FEES - EDWARD D WEGMANN - FILING FEE - LOUISIANA EASTERN DISTRICT COURT - 05/04/20 - NOTICE OF REMOVAL - TRACKING #ALAEDC-8287111 | 400.00 |
| 05/06/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2020-01986 | 4.00 |
| 05/05/20 | DELIVERY SERVICES - FEDEX SENT BY TAMMY HAMRIC, TO CLERK OF COURT CIVIL DISTRICT COURT | 25.42 |

                              TOTAL COSTS:          $431.42

                    COST SUMMARY

    E107    DELIVERY SERVICES              25.42
    E112    COURT FEES                    406.00
                                    --------------
            TOTAL DISBURSEMENTS         $431.42


                    TOTAL FEES AND COSTS:    $3,312.92

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   7
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


FILE NAME:  POST-PETITION - JOHN DOE (          ) V THE ARCHDIOCESE
            OF NEW ORLEANS



         * * *   R E M I T T A N C E   C O P Y   * * *


                TOTAL FEES:                        $2,881.50

                TOTAL COSTS:                         $431.42

                LESS CREDITS:                          $0.00
                                              ------------
          TOTAL CURRENT FEES AND COSTS DUE       $3,312.92

               TOTAL PRIOR INVOICES DUE:             $0.00
                                              -----------


               TOTAL AMOUNT DUE:                 $3,312.92
                                              ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number: 265270413
                    Account Number: 20000247731
                    Account Name: Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                BATON ROUGE, LA (225)248-2000
                 BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                  MOBILE, AL (251)432-1414
                NEW ORLEANS, LA (504)582-8000
                  NEW YORK, NY (646)512-8101
                 PHOENIX, AZ (602)366-7889
                TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


   ***********************************************************************


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    9
JULY 22, 2020
INVOICE NO.: 1038611
FILE NUMBER: 177165-01


FILE NAME:  POST-PETITION - JOHN DOE (███████████) V THE ARCHDIOCESE



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $2,881.50

                    TOTAL COSTS:                     $431.42

                    LESS CREDITS:                      $0.00
                                                 -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $3,312.92

                       TOTAL PRIOR INVOICES DUE:       $0.00
                                                  -----------

                    TOTAL AMOUNT DUE:               $3,312.92
                                                 =============

<span style="color:red">**EXHIBIT D**</span>

┌─────────────────────────────┐
│  OPERATING                  │
│  TRUST                      │
│  BARONNE TITLE              │
│  BARONNE TITLE OF ALABAMA LLC │
└─────────────────────────────┘

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
| --- | --- | --- | --- |
| FILE NO. | 177165-01 | ARCHDIOCESE adv. JOHN DOE (20-1986) | May 5, 2020 |

| PAYABLE TO: | | AMOUNT | $400.00 |
| --- | --- | --- | --- |
| EDWARD D. WEGMANN | | MAIL CHECK | |
| | | RETURN CHECK TO WEGMANN | ✓ |

| PAYMENT FOR: | NAME |
| --- | --- |
| REIMBURSEMENT FOR FILING FEE - NOTICE OF REMOVAL | EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| --- | --- | --- | --- |
| 9750 | | | $400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✓ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

### RECEIVED

MAY 12 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Hamric, Tammy**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 5:04 PM |
| **To:** | Hamric, Tammy |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4457088
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8287111
Approval Code: 123115
Card Number: ***********4003
Date/Time: 05/04/2020 06:03:35 ET


NOTE: This is an automated message. Please do not reply

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL        INVOICE NO. 1038612
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - EMPLOYMENT ISSUES RELATED TO COVID-19

                FILE NO. 177433-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 06/03/20 | HMA | B110 | A105 | TELEPHONE CALL WITH M. SPELL REGARDING RESIGNATION OF COO AND ADVICE REGARDING RETURN OF CONFIDENTIAL DATA. | .20 | 60.00 |
| 06/03/20 | HMA | B110 | A106 | CORRESPONDENCE WITH M. SPELL AND MS. ZERINGUE REGARDING ADVICE FOR OBTAINING RETURN OF CONFIDENTIAL INFO AND LAPTOP. | .20 | 60.00 |
| 06/19/20 | HMA | B110 | A104 | REVIEW AND ANALYSIS OF SPREADSHEET AND RELATED CORRESPONDENCE FROM MS. ZERINGUE REGARDING CHANGES IN RETAINED, FURLOUGHED, AND PARTIALLY FURLOUGHED EMPLOYEE STATUS AND POTENTIAL WARN NOTICE IMPLICATIONS. | .30 | 90.00 |
| 06/19/20 | HMA | B110 | A105 | CONSULT WITH M. SPELL TO EVALUATE APPLICABILITY OF ADDITIONAL WARN NOTICE REQUIREMENT. | .20 | 60.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01


06/19/20 HMA   B110  A104  ADVISE REGARDING              .20      60.00
                           APPLICABILITY OF WARN ACT TO
                           SEASONAL WORKERS.

06/23/20 HMA   B210  A104  ANALYSIS OF FACTUAL AND LEGAL  .90     270.00
                           ISSUES REGARDING POTENTIAL
                           SUPPLEMENTAL WARN NOTICE
                           REQUIREMENT.

06/24/20 HMA   B210  A104  REVIEW AND ANALYSIS OF         .30      90.00
                           RESEARCH REGARDING POTENTIAL
                           NEED FOR
                           ADDITIONAL/SUPPLEMENTAL WARN
                           NOTICES.

06/24/20 HMA   B210  A104  COLLABORATING WITH M. SPELL    .30      90.00
                           REGARDING NECESSARY FACT
                           DEVELOPMENT AND INFO REQUEST
                           TO CLIENT TO ADVISE REGARDING
                           POTENTIAL WARN ACT ISSUES.

06/24/20 HMA   B210  A105  CORRESPONDENCE WITH MS.        .20      60.00
                           ZERINGUE AND JW TEAM
                           REGARDING EMPLOYEE ISSUES.

06/25/20 HMA   B210  A104  REVIEW AND ANALYSIS OF         .40     120.00
                           EMPLOYEE STATUS INFO
                           SPREADSHEETS FORWARDED BY MS.
                           ZERINGUE TO ID THOSE TO BE
                           IMPACTED BY SECOND WAVE
                           REDUCTIONS.

06/25/20 HMA   B210  A105  CORRESPONDENCE WITH MS.        .40     120.00
                           ZERINGUE AND MS. SPELL
                           REGARDING ANALYSIS AND
                           ADDITIONAL INFO NEEDED.

06/26/20 HMA   B210  A106  CORRESPONDENCE WITH MS.        .60     180.00
                           ZERINGUE AND MS. SPELL
                           REGARDING FACT DEVELOPMENT TO
                           ASSESS APPLICABILITY OF WARN
                           ACT.

06/26/20 HMA   B210  A104  REVIEW AND ANALYSIS OF ADMIN   .50     150.00
                           AND CAMP ABBEY EMPLOYEE
                           SPREADSHEETS.

06/26/20 HMA   B210  A105  TELEPHONE CALL WITH MS. SPELL  .50     150.00
                           REGARDING WARN ANALYSIS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01

| | | | | | |
|---|---|---|---|---|---|
| 06/29/20 HMA | B210 | A104 | REVIEW AND COMMENT ON DRAFT<br>NOTICES TO EMPLOYEES<br>REGARDING CHANGE OF STATUS. | .20 | 60.00 |
| 06/29/20 HMA | B210 | A106 | ADVISE REGARDING LIABILITY<br>FOR PANDEMIC UNEMPLOYMENT<br>BENEFITS AND RELATED ISSUES. | .20 | 60.00 |
| 06/30/20 HMA | B210 | A105 | COLLABORATE WITH M. SPELL ON<br>ADVICE REGARDING WARN AND PUA<br>NOTICES TO EMPLOYEES. | .30 | 90.00 |

```
                                              --------    -----------
                           TOTALS               5.90       $1,770.00
                                              ========    ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01


|  |  | ------THIS BILL------- |  | --CUMULATIVE TOTALS--- |  |
|---|---|---|---|---|---|
| TASK CODE SUMMARY |  | HOURS | FEES | HOURS | FEES |
| **ADMINISTRATION** |  |  |  |  |  |
| B110 | CASE ADMINISTRATION | 1.10 | 330.00 | 1.10 | 330.00 |
|  | TOTAL ADMINISTRATION | 1.10 | 330.00 | 1.10 | 330.00 |
|  |  |  |  |  |  |
| **OPERATIONS** |  |  |  |  |  |
| B210 | BUSINESS OPERATIONS | 4.80 | 1,440.00 | 4.80 | 1,440.00 |
|  | TOTAL OPERATIONS | 4.80 | 1,440.00 | 4.80 | 1,440.00 |
|  |  |  |  |  |  |
|  | TOTALS | 5.90 | 1,770.00 | 5.90 | 1,770.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    5
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| H MARK ADAMS, HM | 300.00 | 5.90 | 1,770.00 | 5.90 | 1,770.00 |
| TOTALS | | 5.90 | 1,770.00 | 5.90 | 1,770.00 |



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01


                              TOTAL COSTS:                    $0.00


                              TOTAL FEES AND COSTS:       $1,770.00



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01


FILE NAME:  POST-PETITION - EMPLOYMENT ISSUES RELATED TO COVID-19



          * * *   R E M I T T A N C E   C O P Y   * * *


              TOTAL FEES:                      $1,770.00

              TOTAL COSTS:                         $0.00

              LESS CREDITS:                        $0.00
                                             ------------
          TOTAL CURRENT FEES AND COSTS DUE    $1,770.00

              TOTAL PRIOR INVOICES DUE:            $0.00
                                             -----------


          TOTAL AMOUNT DUE:                   $1,770.00
                                             ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

               Iberia Bank
               New Orleans, Louisiana
               ABA Number:  265270413
               Account Number:  20000247731
               Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    **********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038612
FILE NUMBER: 177433-01


FILE NAME:  POST-PETITION - EMPLOYMENT ISSUES RELATED TO COVID-19



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *



                 TOTAL FEES:                      $1,770.00

                 TOTAL COSTS:                         $0.00

                 LESS CREDITS:                        $0.00
                                             -------------
                 TOTAL CURRENT FEES AND COSTS DUE    $1,770.00

                    TOTAL PRIOR INVOICES DUE:         $0.00
                                             -----------

                 TOTAL AMOUNT DUE:                $1,770.00
                                             =============

EXHIBIT D

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038613
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  JB DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF
               NEW ORLEANS

               FILE NO. 177940-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/11/20 | WGZ | B410 | A105 | EMAILS REGARDING REMOVAL OF SUIT FROM CIVIL DISTRICT COURT. | .50 | 150.00 |
| 05/11/20 | SAO | B190 | A105 | EMAIL CORRESPONDENCES TO AND FROM MS. GUNDLACH TO DISCUSS STATUS OF JB DOE CASE AND STRATEGY REGARDING REMOVAL OF THE SAME. | .40 | 100.00 |
| 05/12/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF ENROLLMENT OF COUNSEL FOR PLAINTIFF AND REVIEWED STATUS. | .20 | 60.00 |
| 05/12/20 | WGZ | B410 | A105 | EMAILS REGARDING REMOVAL. | .40 | 120.00 |
| 05/12/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH S. ZERINGUE. | .20 | 60.00 |
| 05/12/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH G. GUNDLACH. | .20 | 60.00 |
| 05/12/20 | SAO | B190 | A110 | FILE REMOVAL DOCUMENTS IN EDLA AND CDC FOR JB DOE CASE (1.1); SERVE THE SAME BY EMAIL ON ALL KNOWN COUNSEL AND BY MAIL ON UNREPRESENTED | 1.40 | 350.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   2
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01

                       PARTIES (0.3).

05/13/20 WGZ   B410  A106   EMAILS FROM S. ZERINGUE          .20        60.00
                           REGARDING REMOVAL.

05/13/20 WGZ   B410  A108   ELECTRONIC NOTICE REGARDING      .20        60.00
                           RECUSAL OF JUDGE.

05/13/20 WGZ   B410  A108   RECEIVED AND REVIEWED            .20        60.00
                           ELECTRONIC NOTIFICATIONS FROM
                           DISTRICT COURT REGARDING
                           INITIAL CASE ASSIGNMENT TO
                           JUDGE.

05/13/20 SAO   B190  A110   REVIEW PETITION FOR DAMAGES      .40       100.00
                           FILED IN JB DOE CASE.

05/13/20 SAO   B190  A110   SUPPLEMENT JB DOE NOTICE OF      .90       225.00
                           REMOVAL FILING TO INCLUDE
                           PETITION FOR DAMAGES.

05/18/20 EDW   B110  A104   RECEIVED AND REVIEWED            .20        60.00
                           MULTIPLE NOTICES FROM EASTERN
                           DISTRICT, LOUISIANA REGARDING
                           FILINGS AND ORDERS.

05/18/20 SMS   B110  A111   RECEIVE AND REVIEW               .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           SUPPLEMENT TO NOTICE OF
                           REMOVAL, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/18/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S       .10        15.50
                           INITIAL CASE ASSIGNMENT TO
                           JUDGE SARAH VANCE, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/18/20 SMS   B110  A111   RECEIVE AND REVIEW THE           .10        15.50
                           DIRECTIVE OF THE CLERK
                           REGARDING COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01


05/18/20 SMS   B110  A111  RECEIVE AND REVIEW COURT'S            .20        31.00
                           CORRECTION OF DOCKET ENTRY
                           REGARDING ARCHDIOCESE OF NEW
                           ORLEANS' SUPPLEMENT TO NOTICE
                           OF REMOVAL, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/18/20 SMS   B110  A111  RECEIVE AND REVIEW COURT'S            .10        15.50
                           ORDER REALLOTTING CASE TO
                           ANOTHER SECTION, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/19/20 SAO   B110  A103  PREPARE NOTICE OF COMPLIANCE          .90       225.00
                           WITH LOCAL RULE 3.2.

05/19/20 VWG   B110  A105  DRAFTING NOTICE OF AUTOMATIC          .30        90.00
                           REFERRAL.

05/22/20 EDW   B110  A106  RECEIVED AND REVIEWED                 .10        30.00
                           MULTIPLE NOTICES AND FILINGS
                           FROM EASTERN DISTRICT,
                           LOUISIANA.

05/22/20 JJL   B110  A104  RECEIVED AND REVIEWED ORDER           .10        30.00
                           ALLOWING DUGAN AND SCALIA TO
                           WITHDRAW AS COUNSEL FOR
                           PLAINTIFF

05/22/20 JJL   B110  A104  RECEIVED AND REVIEWED NOTICE          .10        30.00
                           OF COMPLIANCE FILED BY
                           ARCHDIOCESE

05/22/20 SAO   B110  A103  REVIEW AND FINALIZE NOTICE OF         .40       100.00
                           COMPLIANCE WITH LOCAL RULE
                           3.2.

05/22/20 SAO   B110  A103  REVIEW, REVISE, AND FINALIZE          .90       225.00
                           NOTICE OF AUTOMATIC REFERENCE
                           TO BANKRUPTCY COURT.

05/22/20 SMS   B110  A111  RECEIVE AND REVIEW                    .20        31.00
                           PLAINTIFF'S MOTION TO
                           WITHDRAW AS CO-COUNSEL, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   4
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01

| | | | | | |
|---|---|---|---|---|---|
| 05/26/20 EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS CO-COUNSEL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LOCAL RULE 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/08/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/12/20 EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. CHAPMAN REGARDING REPRESENTATION AND ADDITION TO DISTRIBUTION LIST. | .10 | 30.00 |

```
                                              --------    -----------
                              TOTALS              9.80     $2,472.00
                                              ========    ===========
```

<span style="color:red">EXHIBIT D</span>

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    5
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01


                                ------THIS BILL-------  --CUMULATIVE TOTALS---
TASK CODE SUMMARY                HOURS         FEES      HOURS         FEES
                                --------  -----------   --------  -----------
  ADMINISTRATION
   B110     CASE ADMINISTRATION    4.80     1,127.00      4.80     1,127.00
   B190     OTHER CONTESTED MATTERS 3.10      775.00      3.10       775.00
      TOTAL ADMINISTRATION         7.90     1,902.00      7.90     1,902.00

  BANKRUPTCY-RELATED ADVICE
   B410     GENERAL BANKRUPTCY ADVI 1.90      570.00      1.90       570.00
      TOTAL BANKRUPTCY-RELATED ADVI 1.90      570.00      1.90       570.00

                                --------  -----------   --------  -----------
              TOTALS               9.80     2,472.00      9.80     2,472.00
                                ========  ===========   ========  ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01

| ATTORNEY SUMMARY | ----------THIS BILL---------- | | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | RATE | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | .70 | 210.00 | .70 | 210.00 |
| JOSEPH J LOWENTHAL | 300.00 | .20 | 60.00 | .20 | 60.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 1.90 | 570.00 | 1.90 | 570.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 5.30 | 1,325.00 | 5.30 | 1,325.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| SCOTT M. SIGL | 155.00 | 1.40 | 217.00 | 1.40 | 217.00 |
| TOTALS | | 9.80 | 2,472.00 | 9.80 | 2,472.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020              10.00
05/26/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -     400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/12/20 -
         NOTICE OF REMOVAL
05/12/20 FILING FEES - CDC BILLING MAY 2020 - CASE #          14.00
         2020-03456

                         TOTAL COSTS:           $424.00

                 COST SUMMARY

   E112    COURT FEES                     424.00
                                    --------------
          TOTAL DISBURSEMENTS            $424.00


                    TOTAL FEES AND COSTS:     $2,896.00

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01


FILE NAME:  JB DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF
            NEW ORLEANS



          * * *   R E M I T T A N C E   C O P Y   * * *


               TOTAL FEES:                        $2,472.00

               TOTAL COSTS:                         $424.00

               LESS CREDITS:                         $0.00
                                                 ------------
          TOTAL CURRENT FEES AND COSTS DUE       $2,896.00

             TOTAL PRIOR INVOICES DUE:              $0.00
                                                 -----------


             TOTAL AMOUNT DUE:                   $2,896.00
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    9
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                   ATLANTA, GA (404)870-7500
                BATON ROUGE, LA (225)248-2000
                 BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                  MOBILE, AL (251)432-1414
                NEW ORLEANS, LA (504)582-8000
                  NEW YORK, NY (646)512-8101
                 PHOENIX, AZ (602)366-7889
                TALLAHASSEE, FL (850)425-7800
          WASHINGTON, DC (CAPITOL HILL) (202)203-1000
           WASHINGTON, DC (DOWNTOWN) (202)434-4660
              THE WOODLANDS, TX (281)296-4400


    ******************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038613
FILE NUMBER: 177940-01


FILE NAME:  JB DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



              * * *   A C C O U N T I N G   C O P Y   * * *



            TOTAL FEES:                      $2,472.00

            TOTAL COSTS:                       $424.00

            LESS CREDITS:                        $0.00
                                         -------------
            TOTAL CURRENT FEES AND COSTS DUE   $2,896.00

               TOTAL PRIOR INVOICES DUE:          $0.00
                                         -----------


            TOTAL AMOUNT DUE:                 $2,896.00
                                         ============



EXHIBIT D

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Client RCCANO**<br>**File Title:  J B DOE v. RCCANO** | **May 24, 2020** |
| FILE NO. | 177940-01 | | |

| PAYABLE TO: | | AMOUNT | |
|---|---|---|---|
| **Virginia Gundlach** | | | $400.00 |
| | | MAIL CHECK | ☐ |
| | | **RETURN CHECK TO**<br>Ginger Gundlach | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fees - Notice of Removal<br>USDC-LAED Tracking #ALAEDC-8300178 | Ginger Gundlach |
| | SIGNATURE |
| | VWb |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☑ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

MAY 26 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT D**

## Gundlach, Ginger

| | |
|---|---|
| **From:** | Oppenheim, Samantha |
| **Sent:** | Tuesday, May 12, 2020 5:39 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Ginger,

Below is the payment confirmation from the JB Doe removal filing.  I finally figured out how to include my email address instead of Wayne's during the payment process.

Thanks again for all of your help!
Samantha

Samantha A. Oppenheim  |  Associate
Jones Walker LLP
D: 504.582.8641
soppenheim@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, May 12, 2020 4:40 PM
To: Oppenheim, Samantha <soppenheim@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

  Account Number: 4449528
  Court: LOUISIANA EASTERN DISTRICT COURT
  Amount: $400.00
  Tracking Id: ALAEDC-8300178
  Approval Code: 00462D
  Card Number: ************9733
  Date/Time: 05/12/2020 05:40:15 ET

NOTE: This is an automated message. Please do not reply

*177940-01*

*JB Doe*

1

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL        INVOICE NO. 1038617
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
             INDEMNITY, INC., ET AL

             FILE NO. 174906-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 04/30/20 | AK | B310 | A103 | REVISED NOTICE OF REMOVAL AND NOTICE OF CONSENT. | .00 | NO CHARGE |
| 05/01/20 | EDW | B110 | A103 | REVIEWED WORKED ON OUTSTANDING DISCOVERY AND RELATED ISSUES. | 1.50 | 450.00 |
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/01/20 | AK | B310 | A104 | REVIEWED AND FINALIZED NOTICE OF REMOVAL AND STATE COURT RECORD TO FILE IN FEDERAL COURT. | 1.20 | 300.00 |
| 05/01/20 | SAO | L430 | A110 | FILE JW DOE NOTICE OF REMOVAL, VOLUMINOUS STATE COURT RECORD, NOTICES OF CONSENT, CIVIL COVER SHEET, AND MOTION FOR LEAVE TO SEAL EXHIBIT. | 1.90 | 475.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   2
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01

| | | | | | |
|---|---|---|---|---|---|
| 05/04/20 CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 EDW | B110 | A106 | TELEPHONE CONFERENCE WITH MS. ZERINGUE REGARDING PRESS INQUIRY REGARDING FR. HECKER AND ISSUES REGARDING HANDLING BY THE ARCHDIOCESE. | .30 | 90.00 |
| 05/05/20 EDW | B110 | A104 | REVIEWED CHRONOLOGY AND DOCUMENTS REGARDING CLAIMS AGAINST FR. HECKER AND HANDLING. | .80 | 240.00 |
| 05/05/20 AK | B190 | A104 | REVIEWED ANALYZED STATE COURT RECORD FILED WITH COURT IN ORDER TO PREPARE MOTION TO SUPPLEMENT NOTICE OF REMOVAL. | 1.60 | 400.00 |
| 05/05/20 CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/06/20 JJL | B110 | A105 | DISCUSS WITH LAURA ASHLEY DEPOSITIONS OF SEILER AND THE ARCHBISHOP SCHEDULED FOR MAY 13, 2020, AND MAY 20, 2020, AND WHAT STEPS, IF ANY, NEED TO BE TAKEN | .30 | 90.00 |
| 05/06/20 WGZ | B410 | A107 | EMAIL FROM PLAINTIFF'S COUNSEL REGARDING SPECIAL MASTER'S INVOICE. | .20 | 60.00 |
| 05/06/20 WGZ | B410 | A107 | EMAIL FROM T. PAULSEN REGARDING SPECIAL MASTER'S INVOICE. | .20 | 60.00 |
| 05/06/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE'S GENERAL COUNSEL REGARDING SPECIAL MASTER'S INVOICE. | .30 | 90.00 |
| 05/06/20 AK | B190 | A104 | REVIEWED ANALYZED STATE COURT RECORD FILED WITH COURT IN ORDER TO PREPARE MOTION TO SUPPLEMENT NOTICE OF REMOVAL. | .60 | 150.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   3
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01

| 05/07/20 | AK | B310 | A103 | WORKED ON CHRONOLOGY OF DOCUMENTS PRODUCED TO PLAINTIFFS DURING DISCOVERY. | 2.30 | 575.00 |
|---|---|---|---|---|---|---|
| 05/08/20 | WGZ | B410 | A105 | CONFERENCE WITH J. LOWENTHAL REGARDING SAME. | .20 | 60.00 |
| 05/08/20 | WGZ | B410 | A105 | EMAILS REGARDING SAME. | .20 | 60.00 |
| 05/08/20 | WGZ | B410 | A105 | TELEPHONE CALL WITH M. MINTZ REGARDING PAYMENT OF SPECIAL MASTER'S INVOICE. | .20 | 60.00 |
| 05/08/20 | SMS | B110 | A111 | DRAFT AND DISSEMINATE MEMORANDUM TO HANDLING ATTORNEYS REGARDING TASKS TO BE HANDLED IN THE UPCOMING WEEK. | .30 | 46.50 |
| 05/10/20 | SAO | B190 | A103 | PREPARE MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL. | .80 | 200.00 |
| 05/11/20 | EDW | B110 | A106 | REVIEWED ISSUES REGARDING HECKER TIMELINE AND KNOWLEDGE OF THE ARCHDIOCESE. | .80 | 240.00 |
| 05/11/20 | EDW | B110 | A106 | ELECTRONIC MEMO TO MS. ZERINGUE WITH UPDATE REGARDING HECKER. | .10 | 30.00 |
| 05/11/20 | AK | B190 | A103 | REVISED AND EDITED MOTION TO SUPPLEMENT. | .70 | 175.00 |
| 05/11/20 | AK | B190 | A103 | WORKED ON CHRONOLOGY OF DOCUMENTS TO PREPARE FOR DISCOVERY. | 2.20 | 550.00 |
| 05/11/20 | AK | B190 | A103 | WORKED ON CHRONOLOGY OF EMAILS REGARDING LAWRENCE HECKER IN ORDER TO PREPARE FOR DISCOVERY. | 1.10 | 275.00 |
| 05/12/20 | AK | B190 | A103 | PREPARED CHRONOLOGY FOR DOCUMENTS TO PREPARE FOR DISCOVERY. | 2.70 | 675.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01

| 05/12/20 | AK  | B190 | A103 | WORKED ON CHRONOLOGY OF PRIVILEGED DOCUMENTS TO PREPARE FOR DISCOVERY. | 2.80 | 700.00 |
| 05/13/20 | AK  | B190 | A103 | WORKED ON NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/13/20 | AK  | B190 | A103 | REVIEWED DOCKET REPORT AND LIST OF ENROLLED ATTORNEYS AND CONTACT INFORMATION IN ORDER TO PREPARE NOTICE OF COMPLIANCE. | .60 | 150.00 |
| 05/13/20 | AK  | B190 | A104 | REVIEWED AND FINALIZED STATE COURT PLEADINGS TO FILE WITH MOTION TO SUPPLEMENT. | .70 | 175.00 |
| 05/13/20 | AK  | B190 | A104 | REVIEWED AND FINALIZED STATE COURT PLEADINGS TO FILE WITH MOTION TO SUPPLEMENT. | .70 | 175.00 |
| 05/13/20 | SAO | B190 | A103 | FINAL EDITS TO MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL. | .60 | 150.00 |
| 05/13/20 | CTB | B190 | A110 | REVIEW AND CONFORM EXHIBITS A-8 & A-9 TO MOTION TO SUPPLEMENT FOR ELECTRONIC SUBMISSION TO COURT CLERK. | 1.20 | 186.00 |
| 05/14/20 | AK  | B190 | A104 | REVIEWED SEALED DOCUMENTS TO FILE WITH MOTION TO SUPPLEMENT. | .60 | 150.00 |
| 05/14/20 | AK  | B190 | A104 | WORKED WITH MR. GUNN AND MS. OPPENHEIM ON COMPILING SEALED DOCUMENTS TO FILE WITH MOTION TO SUPPLEMENT. | .30 | 75.00 |
| 05/14/20 | AK  | B190 | A104 | PREPARED NOTICE OF COMPLIANCE. | .80 | 200.00 |
| 05/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   5
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01

| | | | | | |
|---|---|---|---|---|---|
| 05/15/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .40 | 100.00 |
| 05/15/20 CTB | B190 | A110 | REVIEW AND CONFORM EXHIBITS A-10, A-11, & A-12 TO MOTION TO SUPPLEMENT FOR ELECTRONIC SUBMISSION TO COURT CLERK. | 1.50 | 232.50 |
| 05/18/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLES NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 SAO | B190 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .70 | 175.00 |
| 05/26/20 EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |
| 05/26/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. WATERS REGARDING REQUEST FOR PLEADINGS AND DOCUMENTS. | .20 | 60.00 |
| 05/27/20 LFA | B160 | A103 | CONTINUED DRAFTING AND REVISING BLANK ROME FEE APPLICATION AND EXHIBITS. | 2.80 | 840.00 |
| 06/01/20 WGZ | B410 | A107 | EMAILS WITH T. PAULSEN REGARDING PRE-PETTION INVOICES WTH RESPECT TO EXPERT WITNESS. | .40 | 120.00 |
| 06/01/20 WGZ | B410 | A104 | REVIEWED FILE REGARDING SAME. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    6
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01


06/01/20 WGZ   B410   A104   CONSIDERATION OF POTENTIAL              .30          90.00
                            PAYMENT IN VIEW OF STAY ORDER
                            ISSUED WITH RESPECT TO
                            CHAPTER 11 PROCEEDINGS.

06/02/20 SMS   B110   A111   RECEIVE AND REVIEW                      .20          31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            MOTION FOR LEAVE TO FILE
                            EXHIBIT UNDER SEAL, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/02/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                            INITIAL CASE ASSIGNMENT OF
                            MATTER TO JUDGE SARAH VANCE,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/02/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                            ORDER REALLOTTING CASE, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

06/02/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                            DIRECTIVE OF THE CLERK
                            REGARDING COMPLIANCE WITH
                            28-1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/02/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                            DOCKET CORRECTION ENTRY ON
                            ARCHDIOCESE OF NEW ORLEANS'
                            NOTICE OF REMOVAL, AND UPDATE
                            TO CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

06/02/20 SMS   B110   A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                            DOCKET CORRECTION ENTRY ON
                            ARCHDIOCESE OF NEW ORLEANS'
                            MOTION FOR LEAVE TO FILE
                            EXHIBIT UNDER SEAL, AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01

| | | | | | |
|---|---|---|---|---|---|
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT ON NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO SUPPLEMENT EXHIBIT A TO THEIR NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .50 | 77.50 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S CORRECTION OF DOCKET ENTRY REGARDING ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO SUPPLEMENT EXHIBIT A TO THEIR NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/02/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO SUPPLEMENT EXHIBIT A TO THEIR NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    8
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01


06/02/20 SMS    B110   A111   RECEIVE AND REVIEW                      .20           31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              EX PARTE MOTION TO WITHDRAW
                              RALPH AUCOIN, SR. AS
                              CO-COUNSEL OF RECORD, AND
                              UPDATE TO CASEMAP FOR
                              HANDLING ATTORNEYS' ACCESS
                              AND REVIEW.

06/02/20 SMS    B110   A111   RECEIVE AND REVIEW                      .20           31.00
                              ARCHDIOCESE OF NEW ORLEANS'
                              NOTICE OF PROCEEDING SUBJECT
                              TO AUTOMATIC REFERENCE TO
                              BANKRUPTCY JUDGE PURSUANT TO
                              LOCAL RULE 83.4.1, AND UPDATE
                              TO CASEMAP FOR HANDLING
                              ATTORNEYS' ACCESS AND REVIEW.

                                                                 --------    -----------
                              TOTALS                                40.90     $10,189.50
                                                                 ========    ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01


| TASK CODE SUMMARY | ------THIS BILL------- HOURS | FEES | --CUMULATIVE TOTALS--- HOURS | FEES |
|---|---|---|---|---|
| **ADMINISTRATION** | | | | |
| B110      CASE ADMINISTRATION | 8.40 | 2,123.00 | 8.40 | 2,123.00 |
| B160      FEE/EMPLMT APPLICATIONS | 2.80 | 840.00 | 2.80 | 840.00 |
| B190      OTHER CONTESTED MATTERS | 22.00 | 5,186.50 | 22.00 | 5,186.50 |
| TOTAL ADMINISTRATION | 33.20 | 8,149.50 | 33.20 | 8,149.50 |
| **CLAIMS AND PLAN** | | | | |
| B310      CLAIMS/ADMN/OBJECTIONS | 3.50 | 875.00 | 3.50 | 875.00 |
| TOTAL CLAIMS AND PLAN | 3.50 | 875.00 | 3.50 | 875.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | |
| B410      GENERAL BANKRUPTCY ADVI | 2.30 | 690.00 | 2.30 | 690.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | 2.30 | 690.00 | 2.30 | 690.00 |
| L430 | 1.90 | 475.00 | 1.90 | 475.00 |
| TOTAL | 1.90 | 475.00 | 1.90 | 475.00 |
| TOTALS | 40.90 | 10,189.50 | 40.90 | 10,189.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 4.70 | 1,410.00 | 4.70 | 1,410.00 |
| JOSEPH J LOWENTHAL | 300.00 | .40 | 120.00 | .40 | 120.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 2.30 | 690.00 | 2.30 | 690.00 |
| LAURA F. ASHLEY | 300.00 | 2.80 | 840.00 | 2.80 | 840.00 |
| ALLISON KINGSMILL | 250.00 | 20.10 | 5,025.00 | 20.10 | 5,025.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 4.40 | 1,100.00 | 4.40 | 1,100.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 3.30 | 511.50 | 3.30 | 511.50 |
| SCOTT M. SIGL | 155.00 | 2.60 | 403.00 | 2.60 | 403.00 |
| TOTALS | | 40.90 | 10,189.50 | 40.90 | 10,189.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  11
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01


COSTS INCURRED:


06/15/20 COURT RECORD FEES /PACER PACER MAY 2020            3.80
05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -  400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #       14.00
         2019-03947
05/13/20 LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON         62.25
05/18/20 LEXIS LEGAL RESEARCH - GUNDLACH, GINGER           29.70
05/28/20 LEXIS LEGAL RESEARCH - GUNDLACH, GINGER          142.05

                        TOTAL COSTS:            $651.80

                    COST SUMMARY

   E106    COMPUTER LEGAL RESEARCH            234.00
   E112    COURT FEES                         417.80
                                      ---------------
           TOTAL DISBURSEMENTS             $651.80


                    TOTAL FEES AND COSTS:    $10,841.30

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


        * * *   R E M I T T A N C E   C O P Y   * * *


               TOTAL FEES:                      $10,189.50

               TOTAL COSTS:                        $651.80

               LESS CREDITS:                         $0.00
                                               ------------
          TOTAL CURRENT FEES AND COSTS DUE     $10,841.30

               TOTAL PRIOR INVOICES DUE:            $0.00
                                               -----------


          TOTAL AMOUNT DUE:                    $10,841.30
                                               ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
          **201 St. Charles Ave. - 50th Floor**
          **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  13
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                     ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
           WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400



    ***********************************************************************


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  14
JULY 22, 2020
INVOICE NO.: 1038617
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *    A C C O U N T I N G    C O P Y    * * *



          TOTAL FEES:                    $10,189.50

          TOTAL COSTS:                     $651.80

          LESS CREDITS:                     $0.00
                                      -------------
          TOTAL CURRENT FEES AND COSTS DUE  $10,841.30

          TOTAL PRIOR INVOICES DUE:          $0.00
                                      -----------

          TOTAL AMOUNT DUE:               $10,841.30
                                      ============

EXHIBIT D

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **Client: RCCANO** **File Title: JW Doe v. RCCANO** | DATE **May 11, 2020** |
|---|---|---|---|
| FILE NO. | 174906-01 | | |

| PAYABLE TO: **Virginia Gundlach** | AMOUNT **$400.00** |
|---|---|
| | MAIL CHECK ☐ |
| | RETURN CHECK TO: Ginger Gundlach ✔ |

| PAYMENT FOR: Filing Fees - Notice of Removal USDC/LAED Tracking #ALAEDC-8283314 | NAME Ginger Gundlach |
|---|---|
| | SIGNATURE *Virginia W. Gundlach* |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9 6 4 9 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$400.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | Kingsmill, Allison |
| **Sent:** | Thursday, May 7, 2020 2:30 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | Fwd: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Allison B. Kingsmill
*Associate Attorney*
Jones Walker LLP
D: 504.582.8252  F: 504.589.8252
akingsmill@joneswalker.com

Begin forwarded message:

> **From:** "do_not_reply@psc.uscourts.gov" <do_not_reply@psc.uscourts.gov>
> **Date:** May 1, 2020 at 4:51:35 AM CDT
> **To:** "Kingsmill, Allison" <akingsmill@joneswalker.com>
> **Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT**
> **Reply-To:** <Financial_Unit@laed.uscourts.gov>
>
> Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.
>
> Account Number: 4721613
> Court: LOUISIANA EASTERN DISTRICT COURT
> Amount: $400.00
> Tracking Id: ALAEDC-8283314
> Approval Code: 03812D
> Card Number: ************9733
> Date/Time: 05/01/2020 05:51:26 ET
>
> NOTE: This is an automated message. Please do not reply

JW DOE
17490601

1

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038592
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  POST-PETITION - JOHN DOE V THE ROMAN CATHOLIC CHURCH
               FOR THE ARCHDIOCESE OF NEW ORLEANS

               FILE NO. 174932-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 04/30/20 | AK | B310 | A104 | FINALIZED NOTICE OF REMOVAL AND STATE COURT RECORD TO FILE IN FEDERAL COURT. | .00 | NO CHARGE |
| 04/30/20 | AK | B310 | A104 | REVIEWED AND FINALIZED STATE COURT RECORD TO FILE IN FEDERAL COURT WITH NOTICE OF REMOVAL. | .00 | NO CHARGE |
| 05/01/20 | AK | B190 | A104 | FILED NOTICE OF REMOVAL AND ATTACHMENTS IN FEDERAL COURT. | 2.00 | 500.00 |
| 05/04/20 | AK | B190 | A104 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | AK | B190 | A104 | REVIEWED AND FINALIZED SEALED DOCUMENTS TO FILE WITH MOTION TO SEAL. | .60 | 150.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/05/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING REMOVAL AND CORRECTION OF DOCKET ENTRIES. | .30 | 90.00 |
| 05/05/20 | EDW | B110 | A108 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM SPECIAL MASTER GILL-JEFFERSON WITH SIGNED REPORT AND RECOMMENDATIONS AND BILLING. | .30 | 90.00 |
| 05/05/20 | JJL | B110 | A108 | READ CORRESPONDENCE FROM TREY PAULSEN REGARDING APPLICATION OF SUGGESTION OF BANKRUPTCY TO ARCHBISHOP | .10 | 30.00 |
| 05/05/20 | JJL | B110 | A105 | DISCUSS DEPOSITIONS ISSUE WITH ZERINGUE | .20 | 60.00 |
| 05/05/20 | JJL | B110 | A105 | DISCUSSIONS WITH OPPENHEIM AND MINTZ REGARDING RESPONSIVE PLEADINGS BY ARCHBISHOP | .30 | 90.00 |
| 05/05/20 | JJL | B110 | A108 | READ FURTHER CORRESPONDENCE FROM TREY PAULSEN REGARDING MOTION TO DISMISS | .60 | 180.00 |
| 05/05/20 | JJL | B110 | A108 | TELEPHONE CALL FROM USDC-LAED CLERK REGARDING FILING BY ARCHDIOCESE | .20 | 60.00 |
| 05/05/20 | JJL | B110 | A108 | TELEPHONE CALL FROM ELLEN STALL WITH EASTERN DISTRICT REGARDING FILING IN JOHN DOE CASE | .10 | 30.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/06/20 | JJL | B110 | A105 | DISCUSSIONS WITH BANKRUPTCY COUNSEL REGARDING RESPONSIVE PLEADING | .60 | 180.00 |
| 05/06/20 | JJL | B110 | A108 | CONFERENCE CALL WITH TREY PAULSEN LITIGATION ISSUES | .50 | 150.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/20 AK | B190 | A104 | REVIEWED STATE COURT PLEADINGS FILED WITH COURT IN ORDER TO PREPARE MOTION TO SUPPLEMENT NOTICE OF REMOVAL. | 1.70 | 425.00 |
| 05/06/20 AK | B190 | A104 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |
| 05/07/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON TO SPECIAL MASTER GILL-JEFFERSON REGARDING BANKRUPTCY. | .10 | 30.00 |
| 05/07/20 JJL | B110 | A108 | REVIEWED MEMORANDUM RESPONSIVE PLEADING ISSUES. | .20 | 60.00 |
| 05/07/20 AK | B190 | A104 | REVIEWED ANALYZED STATE COURT RECORD FILED WITH COURT IN ORDER TO PREPARE MOTION TO SUPPLEMENT NOTICE OF REMOVAL. | .60 | 150.00 |
| 05/08/20 JJL | B110 | A108 | READ CORRESPONDENCE FROM TREY PAULSEN REGARDING TRAVELERS AND GILL-JEFFERSON'S INVOICE. | .10 | 30.00 |
| 05/08/20 JJL | B110 | A105 | READ RESPONSE FROM MINTZ | .10 | 30.00 |
| 05/08/20 JJL | B110 | A108 | CORRESPONDENCE TO TREY PAULSEN RE TRAVELERS | .10 | 30.00 |
| 05/08/20 JJL | B110 | A108 | READ CORRESPONDENCE FROM TREY PAULSEN REGARDING PAYMENT | .10 | 30.00 |
| 05/10/20 SAO | B190 | A103 | PREPARE MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL. | 2.30 | 575.00 |
| 05/11/20 AK | B190 | A103 | REVISED AND EDITED MOTION TO SUPPLEMENT. | .70 | 175.00 |
| 05/13/20 SAO | B190 | A103 | FINAL EDITS TO MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL. | .30 | 75.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/14/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. DENENEA REGARDING REMOVAL AND STATUS AT CIVIL DISTRICT COURT. | .10 | 30.00 |
| 05/14/20 | WGZ | B410 | A107 | EMAIL FROM PLAINTIFF'S COUNSEL REGARDING CONTINUANCE OF HEARING ON PLAINTIFF'S OBJECTION TO SPECIAL MASTER'S RULING. | .30 | 90.00 |
| 05/14/20 | SAO | B110 | A103 | PREPARE SEALED DOCUMENTS AND COVER LETTER TO BE SUBMITTED TO THE EDLA IN CONNECTION WITH MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL. | 1.30 | 325.00 |
| 05/14/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/14/20 | CTB | B190 | A110 | REVIEW AND CONFORM EXHIBITS A-8 THROUGH A-21 TO MOTION TO SUPPLEMENT FOR ELECTRONIC SUBMISSION TO COURT CLERK. | 6.50 | 1,007.50 |
| 05/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND ORDERS REGARDING CASE ADMINISTRATION AND REMOVAL. | .10 | 30.00 |
| 05/15/20 | WGZ | B410 | A108 | EMAIL FROM CLERK OF COURT REGARDING HEARING ON PLAINTIFF'S OBJECTION TO SPECIAL MASTER'S RULING. | .30 | 90.00 |
| 05/15/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LOCAL RULE 3.2. | .40 | 100.00 |
| 05/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF NEW ORLEANS' MOTION TO SUPPLEMENT EXHIBIT A TO NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   5
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

| 05/15/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28 USC 1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

| 05/18/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLES NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |

| 05/18/20 VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |

| 05/20/20 VWG | B110 | A103 | DRAFTING MOTION TO WITHDRAW RALPH AUCOIN OF THE DENACHUAD FIRM. | .30 | 90.00 |

| 05/22/20 EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |

| 05/22/20 JJL | B110 | A104 | RECEIVED AND REVIEWED FILING OF NOTICE FOR AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE | .10 | 30.00 |

| 05/22/20 SAO | B190 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT. | .60 | 150.00 |

| 05/22/20 CTB | B190 | A110 | PREPARE NOTICES FOR MANDATORY SERVICE UPON OPPOSING COUNSEL. | .30 | 46.50 |

| 05/26/20 EDW | B110 | A104 | REVIEWED ACTION TAKEN BY THE COURT REGARDING PENDING MOTIONS. | .10 | 30.00 |

| 05/26/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT OF MATTER TO JUDGE SUSIE MORGAN, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                           DOCKET CORRECTION ENTRY OF
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF REMOVAL, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                           ORDER GRANTING ARCHDIOCESE OF
                           NEW ORLEANS' MOTION TO FILE
                           EXHIBIT UNDER SEAL, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW               .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           SUPPLEMENT TO NOTICE OF
                           REMOVAL, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW               .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           EX PARTE MOTION TO WITHDRAW
                           RALPH AUCOIN, SR. AS
                           CO-COUNSEL, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW               .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF PROCEEDING SUBJECT
                           TO AUTOMATIC REFERENCE TO
                           BANKRUPTCY JUDGE PURSUANT TO
                           LOCAL RULE 83.4.1, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/26/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10        15.50
                           ORDER GRANTING ARCHDIOCESE OF
                           NEW ORLEANS' EX PARTE MOTION
                           TO WITHDRAW RALPH AUCOIN, SR.
                           AS CO-COUNSEL, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    7
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 06/01/20 | WGZ | B410 | A105 | EMAILS REGARDING SPECIAL MASTER'S BILLING ON DISCOVERY MATTERS REGARDING SAINTS DOCUMENTS. | .60 | 180.00 |
| 06/03/20 | WGZ | B410 | A108 | EMAILS FROM JUDGE GILL-JEFFERSON REGARDING INVOICES FOR SPECIAL MASTER BILLINGS. | .30 | 90.00 |
| 06/04/20 | EDW | B110 | A107 | REVIEWED COMMUNICATIONS WITH MR. GISLESON REGARDING PAYMENT OF SPECIAL MASTER COSTS. | .10 | 30.00 |
| 06/04/20 | EDW | B110 | A107 | ELECTRONIC MEMO TO JUDGE GILL JEFFERSON REGARDING PAYMENT OF SPECIAL MASTER COSTS. | .10 | 30.00 |
| 06/04/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GULOTTA REGARDING SPECIAL MASTER COSTS. | .10 | 30.00 |
| 06/04/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. PAULSEN REGARDING SPECIAL MASTER. | .10 | 30.00 |
| 06/04/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM JUDGE GILL JEFFERSON REGARDING INVOICE ISSUES. | .10 | 30.00 |
| 06/10/20 | EDW | B110 | A104 | CONTINUED ANALYSIS OF PRE-BANKRUPTCY DEBTS AND POSSIBLE RE-ALLOCATION OF SPECIAL MASTER COSTS. | .10 | 30.00 |
| 06/30/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BULLOCK REGARDING DEATH OF DEFENDANT GEORGE BRIGNAC. | .10 | 30.00 |
| 06/30/20 | WGZ | B410 | A107 | EMAIL FROM COUNSEL FOR GEORGE BRIGNAC. | .30 | 90.00 |

|  | | | | TOTALS | 28.30 | $6,633.50 |

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01
```

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 9.30 | 2,496.50 | 9.30 | 2,496.50 |
| B190    OTHER CONTESTED MATTERS | 17.20 | 3,597.00 | 17.20 | 3,597.00 |
|    TOTAL ADMINISTRATION | 26.50 | 6,093.50 | 26.50 | 6,093.50 |
| CLAIMS AND PLAN | | | | |
| B310    CLAIMS/ADMN/OBJECTIONS | .00 | .00 | .00 | .00 |
|    TOTAL CLAIMS AND PLAN | .00 | .00 | .00 | .00 |
| BANKRUPTCY-RELATED ADVICE | | | | |
| B410    GENERAL BANKRUPTCY ADVI | 1.80 | 540.00 | 1.80 | 540.00 |
|    TOTAL BANKRUPTCY-RELATED ADVI | 1.80 | 540.00 | 1.80 | 540.00 |
|        TOTALS | 28.30 | 6,633.50 | 28.30 | 6,633.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    9
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
|  |  | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 2.00 | 600.00 | 2.00 | 600.00 |
| JOSEPH J LOWENTHAL | 300.00 | 3.30 | 990.00 | 3.30 | 990.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 1.80 | 540.00 | 1.80 | 540.00 |
| ALLISON KINGSMILL | 250.00 | 6.60 | 1,650.00 | 6.60 | 1,650.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 5.30 | 1,325.00 | 5.30 | 1,325.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .60 | 180.00 | .60 | 180.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 7.40 | 1,147.00 | 7.40 | 1,147.00 |
| SCOTT M. SIGL | 155.00 | 1.30 | 201.50 | 1.30 | 201.50 |
| TOTALS |  | 28.30 | 6,633.50 | 28.30 | 6,633.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01


COSTS INCURRED:


06/07/20 COURT RECORD FEES - CDC BILLING JUNE 2020 -         1.00
         CASE # 2018-10864
05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEES    400.00
         - LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2018-10864
05/31/20 RELATIVITY DATA HOSTING MAY 2020                  350.00
06/30/20 RELATIVITY DATA HOSTING JUNE 2020                 350.00

                         TOTAL COSTS:          $1,115.00

                COST SUMMARY

    E112    COURT FEES                      415.00
    E118    LITIGATION SUPPORT              700.00
                                     ---------------
         TOTAL DISBURSEMENTS          $1,115.00


                    TOTAL FEES AND COSTS:    $7,748.50

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   11
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01


FILE NAME:  POST-PETITION - JOHN DOE V THE ROMAN CATHOLIC CHURCH
            FOR THE ARCHDIOCESE OF NEW ORLEANS


        * * *   R E M I T T A N C E   C O P Y   * * *


                TOTAL FEES:                        $6,633.50

                TOTAL COSTS:                       $1,115.00

                LESS CREDITS:                          $0.00
                                                 ------------
            TOTAL CURRENT FEES AND COSTS DUE      $7,748.50

                TOTAL PRIOR INVOICES DUE:             $0.00
                                                 -----------


                TOTAL AMOUNT DUE:                  $7,748.50
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


**********************************************************************



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  13
JULY 22, 2020
INVOICE NO.: 1038592
FILE NUMBER: 174932-01


FILE NAME:  POST-PETITION - JOHN DOE V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




          *  *  *    A C C O U N T I N G   C O P Y   *  *  *




               TOTAL FEES:                    $6,633.50

               TOTAL COSTS:                   $1,115.00

               LESS CREDITS:                      $0.00
                                          -------------
               TOTAL CURRENT FEES AND COSTS DUE  $7,748.50

               TOTAL PRIOR INVOICES DUE:          $0.00
                                          -----------


               TOTAL AMOUNT DUE:             $7,748.50
                                          ============

EXHIBIT D

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | May 11, 2020 |
| FILE NO. | 174932-01 | File Title: John Doe v. RCCANO | |

PAYABLE TO:

**Virginia Gundlach**

AMOUNT **$400.00**

MAIL CHECK

RETURN CHECK TO
Ginger Gundlach ✔

PAYMENT FOR:
Filing Fees – Notice of Removal
USDC/LAED Tracking #ALAEDC-8283283

NAME
Ginger Gundlach

SIGNATURE
*Virginia W. Gundlach*

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9640 | | | **$400.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✔ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT D**

## Hale, Tammy

| | |
|---|---|
| **From:** | Trosclair, Heather |
| **Sent:** | Monday, May 4, 2020 4:27 PM |
| **To:** | Hale, Tammy |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Mrs. Tammy, will you please process this reimbursement request for Matter No. 17493601? Thank you!

Heather Kirk Trosclair  |  Associate
Jones Walker LLP
D: 504.582.8579
htrosclair@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, May 4, 2020 4:01 PM
To: Trosclair, Heather <htrosclair@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

   Account Number: 4449528
   Court: LOUISIANA EASTERN DISTRICT COURT
   Amount: $400.00
   Tracking Id: ALAEDC-8286793
   Approval Code: 01706C
   Card Number: ***********8143
   Date/Time: 05/04/2020 05:00:56 ET


NOTE: This is an automated message. Please do not reply

1

EXHIBIT D


# Cost Summary Report

### Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 5/31/2020
**Due Date:** 6/30/2020
**Matter Number:** 17493200

**Matter Name:** John Doe v Roman Catholic Church Archdiocese N.O.

Billed to: Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 28.25 GB | Flat Fee - $350 | Flat Fee - $350 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | n/a | $0 |
| | | | **Balance Due** | $350.00 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

(Monthly Cost Summary Report.1)

Error Loading Image at position 190799
OR OUR CREDIT MANAGER AT (504)582-8220.


**EXHIBIT D**

Stevenson, Twila

| | |
|---|---|
| **From:** | Library |
| **Sent:** | Tuesday, June 16, 2020 6:23 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | FW: [EXTERNAL] Clerk's Office Remote Access   Printing 6/7/20 1 print charged to 174 932 01 |

## Charge to 174932-01

**Twila Stevenson**    Library Administrative Assistant
Jones Walker LLP
D. 504 582 8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, June 7, 2020 2:02 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

### Receipt

| | |
|---|---|
| Transaction Date | 6/7/2020 2:01:31 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Judgment Consent |
| Copy Type | Uncertified |
| Pages | 3 at $1.00 per page |
| Total Cost | $1.00 |
| Account Balance | $4,390.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

EXHIBIT D


```
                BIRMINGHAM, AL (205)244-5200
                HOUSTON, TX (713)437-1800
                JACKSON, MS (601)949-4900
                LAFAYETTE, LA (337)593-7600
                 MIAMI, FL (305)679-5700
                MOBILE, AL (251)432-1414
               NEW ORLEANS, LA (504)582-8000
                NEW YORK, NY (646)512-8101
                PHOENIX, AZ (602)366-7889
               TALLAHASSEE, FL (850)425-7800
          WASHINGTON, DC (CAPITOL HILL) (202)203-1000
           WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400
    ************************************************************
```

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038594
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - B.B. DOE V. THE ROMAN CATHOLIC CHURCH FOR
             THE ARCHDIOCESE OF NEW ORLEANS, ET AL

             FILE NO. 175386-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 04/30/20 | AK | B310 | A103 | REVISED MOTION TO SEAL AND MEMO IN SUPPORT. | .00 | NO CHARGE |
| 04/30/20 | AK | B310 | A103 | REVIEWED AND FINALIZED STATE COURT RECORD TO FILE IN FEDERAL COURT WITH NOTICE OF REMOVAL. | .00 | NO CHARGE |
| 05/01/20 | EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS AND FILED REMOVALS. | .50 | 150.00 |
| 05/01/20 | AK | B310 | A103 | FILED NOTICE OF REMOVAL AND ATTACHMENTS IN FEDERAL COURT. | 2.20 | 550.00 |
| 05/04/20 | WGZ | B140 | A107 | EMAILS WITH CO-DEFENSE COUNSEL REGARDING AUTOMATIC STAY. | .30 | 90.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01


05/05/20 WGZ   B140  A107   TELEPHONE CALL WITH               .40        120.00
                           CO-DEFENSE COUNSEL REGARDING
                           STAY OF PROCEEDINGS.

05/05/20 CTB   B190  A110   PREPARE CONFIRMATION OF           .20         31.00
                           SUBMISSION TO STATE COURT.

05/06/20 AK    B190  A103   WORKED ON AND FINALIZED           .60        150.00
                           SEALED DOCUMENTS TO SEND TO
                           CLERK OF COURT IN SUPPORT OF
                           MOTION TO SEAL.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW               .20         31.00
                           ARCHDIOCESE OF NEW ORLEANS
                           NOTICE OF REMOVAL, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW               .20         31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           MOTION FOR LEAVE TO FILE
                           EXHIBIT UNDER SEAL, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S        .10         15.50
                           DOCKET CORRECTION ENTRY
                           REGARDING THE ARCHDIOCESE OF
                           NEW ORLEANS' NOTICE OF
                           REMOVAL, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S        .10         15.50
                           ORDER GRANTING THE
                           ARCHDIOCESE OF NEW ORLEANS'
                           MOTION FOR LEAVE TO FILE
                           EXHIBIT UNDER SEAL, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S        .10         15.50
                           NOTIFICATION OF INITIAL CASE
                           ASSIGNMENT OF MATTER TO JUDGE
                           CARL BARBIER, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.
```

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   3
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01


05/11/20 SMS   B110  A111   RECEIVE AND REVIEW SALESIAN           .20        31.00
                           SOCIETY'S NOTICE OF
                           APPEARANCE AND REQUEST FOR
                           NOTICE, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

05/11/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S           .10        15.50
                           DOCKET CORRECTION ENTRY
                           REGARDING THE SALESIAN
                           SOCIETY'S NOTICE OF
                           APPEARANCE AND REQUEST FOR
                           NOTICE, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

05/13/20 WGZ   B140  A107   EMALS REGARDING CONTINUANCE          .50       150.00
                           OF HEARINGS ON EXCEPTIONS OF
                           LASALLSIANS AND EXCEPTIONS OF
                           JAMES HURLEY.

05/14/20 AK    B190  A103   PREPARED NOTICE OF COMPLIANCE.       .80       200.00

05/15/20 EDW   B110  A104   RECEIVED AND REVIEWED               .10        30.00
                           MULTIPLE NOTICES AND ORDERS
                           REGARDING CASE ADMINISTRATION
                           AND REMOVAL.

05/15/20 WGZ   B410  A107   EMAILS WITH COUNSEL FOR              .30        90.00
                           CO-DEFENDANT HURLEY.

05/15/20 AK    B190  A103   FINALIZED NOTICE OF                  .30        75.00
                           COMPLIANCE TO BE FILED WITH
                           COURT.

05/15/20 SAO   B110  A103   REVIEW, REVISE, AND FINALIZE         .30        75.00
                           BB DOE NOTICE OF COMPLIANCE
                           WITH LOCAL RULE 3.2.

05/15/20 SMS   B110  A111   RECEIVE AND REVIEW                   .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF COMPLIANCE WITH 28
                           USC 1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01

05/18/20 EDW   B110  A104   RECEIVED AND REVIEWED                .20        60.00
                           MULTIPLE NOTICES FROM EASTERN
                           DISTRICT, LOUISIANA REGARDING
                           FILINGS AND ORDERS.

05/18/20 WGZ   B410  A107   EMAILS AND TELEPHONE CALLS           .50       150.00
                           WITH ATTORNEY FOR HURLEY.

05/18/20 VWG   B110  A103   DRAFTING NOTICE OF AUTOMATIC         .30        90.00
                           REFERRAL.

05/18/20 SMS   B110  A111   RECEIVE AND REVIEW                  .20        31.00
                           PLAINTIFF'S STATEMENT
                           REGARDING NOTICE OF REMOVAL,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/18/20 SMS   B110  A111   RECEIVE AND REVIEW DEFENDANT        .20        31.00
                           JAMES HURLEY'S STATEMENT
                           REGARDING NOTICE OF REMOVAL,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

05/20/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICES       .10        30.00
                           AND PLEADINGS FROM EASTERN
                           DISTRICT, LOUISIANA.

05/20/20 WGZ   B410  A104   REVIEW AND ANALYSIS OF              .40       120.00
                           STATEMENT REGARDING REMOVAL
                           FILED BY SALESIANS.

05/22/20 EDW   B110  A106   RECEIVED AND REVIEWED              .10        30.00
                           MULTIPLE NOTICES AND FILINGS
                           FROM EASTERN DISTRICT,
                           LOUISIANA.

05/22/20 JJL   B110  A104   REVIEWED MULTIPLE PLEADINGS        .10        30.00
                           FROM USDC

05/22/20 SAO               - B110 A103 - - REVIEW,            .90       225.00
                           REVISE, AND FINALIZE NOTICE
                           OF AUTOMATIC REFERENCE TO
                           BANKRUPTCY COURT.

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   5
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01

| 06/08/20 | SMS | B110 | A111 | RECEIVE AND REVIEW SALESIAN SOCIETY'S STATEMENT ON NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/08/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LOCAL RULE 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

TOTALS                     11.90     $2,918.00

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| | | .90 | 225.00 | .90 | 225.00 |
| | TOTAL | .90 | 225.00 | .90 | 225.00 |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 3.70 | 805.00 | 3.70 | 805.00 |
| B140 | RELIEF FROM STAY/PROTEC | 1.20 | 360.00 | 1.20 | 360.00 |
| B190 | OTHER CONTESTED MATTERS | 2.70 | 618.00 | 2.70 | 618.00 |
| | TOTAL ADMINISTRATION | 7.60 | 1,783.00 | 7.60 | 1,783.00 |
| CLAIMS AND PLAN | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 2.20 | 550.00 | 2.20 | 550.00 |
| | TOTAL CLAIMS AND PLAN | 2.20 | 550.00 | 2.20 | 550.00 |
| BANKRUPTCY-RELATED ADVICE | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 1.20 | 360.00 | 1.20 | 360.00 |
| | TOTAL BANKRUPTCY-RELATED ADVI | 1.20 | 360.00 | 1.20 | 360.00 |
| | TOTALS | 11.90 | 2,918.00 | 11.90 | 2,918.00 |

EXHIBIT D

Case 20-10846 Doc 856-54 Filed 12/11/20 Entered 12/11/20 07:26:50 Exhibit First Interim
Fee Application Late Contracts Page 400 of 1159

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 1.00 | 300.00 | 1.00 | 300.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 2.40 | 720.00 | 2.40 | 720.00 |
| ALLISON KINGSMILL | 250.00 | 4.30 | 1,075.00 | 4.30 | 1,075.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 1.20 | 300.00 | 1.20 | 300.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .60 | 93.00 | .60 | 93.00 |
| SCOTT M. SIGL | 155.00 | 2.00 | 310.00 | 2.00 | 310.00 |
| TOTALS | | 11.90 | 2,918.00 | 11.90 | 2,918.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01


COSTS INCURRED:


05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OD REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #        14.00
         2019-10149

                            TOTAL COSTS:              $414.00

                  COST SUMMARY

   E112   COURT FEES                     414.00
                                    --------------
           TOTAL DISBURSEMENTS          $414.00

                       TOTAL FEES AND COSTS:    $3,332.00

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    9
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01


FILE NAME:  POST-PETITION - B.B. DOE V. THE ROMAN CATHOLIC CHURCH FOR
            THE ARCHDIOCESE OF NEW ORLEANS, ET AL



          * * *   R E M I T T A N C E   C O P Y   * * *


                 TOTAL FEES:                        $2,918.00

                 TOTAL COSTS:                         $414.00

                 LESS CREDITS:                          $0.00
                                                   ------------
                 TOTAL CURRENT FEES AND COSTS DUE   $3,332.00

                    TOTAL PRIOR INVOICES DUE:           $0.00
                                                   -----------


                 TOTAL AMOUNT DUE:                  $3,332.00
                                                   ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                 Iberia Bank
                 New Orleans, Louisiana
                 ABA Number:  265270413
                 Account Number:  20000247731
                 Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
               WASHINGTON, DC (DOWNTOWN) (202)434-4660
                  THE WOODLANDS, TX (281)296-4400


    **************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  11
JULY 22, 2020
INVOICE NO.: 1038594
FILE NUMBER: 175386-01


FILE NAME:  POST-PETITION - B.B. DOE V. THE ROMAN CATHOLIC CHURCH FOR



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



         * * *   A C C O U N T I N G   C O P Y   * * *



                TOTAL FEES:                    $2,918.00

                TOTAL COSTS:                     $414.00

                LESS CREDITS:                      $0.00
                                            -------------
              TOTAL CURRENT FEES AND COSTS DUE   $3,332.00

                TOTAL PRIOR INVOICES DUE:          $0.00
                                            -----------


                TOTAL AMOUNT DUE:              $3,332.00
                                            =============

EXHIBIT D

Case 2:20-cv-04354 Doc 4356854 Filed 02/27/20 Entered 02/27/20 07:06:30 Exhibit First Interim
Fee Application Rate Page 405 of 1159 851 of 623

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE Client: RCCANO File Title: BB Doe v. RCCANO | DATE May 11, 2020 |
|---|---|---|---|
| FILE NO. | 175386-01 | | |

| PAYABLE TO: | | AMOUNT | $400.00 |
|---|---|---|---|
| **Virginia Gundlach** | | MAIL CHECK | ☐ |
| | | RETURN CHECK TO: Ginger Gundlach | ✔ |

| PAYMENT FOR: Filing Fees – Notice of Removal USDC/LAED Tracking #ALAEDC-8283295 | NAME: Ginger Gundlach |
|---|---|
| | SIGNATURE *Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9670 | | | $400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT D**

ARCHDIOCESE OF NEW ORLEANS

                              FILE NO. 175777-01
FOR PROFESSIONAL SERVICES RENDERED:

|  |  | TASK | ACT. |  |  |  |
|---|---|---|---|---|---|---|
| DATE | INIT. | CODE | CODE | DESCRIPTION | HOURS | FEES |
| ------ | ---- | ---- | ---- | ----------- | -------- | ---------- |
| 04/30/20 | AK | B310 | A103 | REVISED NOTICE OF REMOVAL AND NOTICE OF CONSENT. | .00 | NO CHARGE |
| 05/01/20 | EDW | B110 | A104 | SEARCHED FOR CONTACT INFORMATION REGARDING BROTHER EHLINGER, INCLUDING ONLINE AND LEXIS PEOPLE SEARCH. | .80 | 240.00 |
| 05/01/20 | EDW | B110 | A108 | TELEPHONE CALL TO BROTHER EHLINGER REGARDING CASE AND REPRESENTATION. | .20 | 60.00 |
| 05/01/20 | EDW | B110 | A108 | TELEPHONE CALL TO BROTHER EHLINGER REGARDING CASE AND REPRESENTATION. | .20 | 60.00 |
| 05/01/20 | EDW | B110 | A104 | SEARCHED FOR CONTACT INFORMATION FOR BROTHER EHLINGER, INCLUDING ONLINE AND LEXIS PEOPLE SEARCH. | .80 | 240.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01

| 05/04/20 CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |

| 05/05/20 CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |

| 05/06/20 AK | B190 | A103 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |

| 05/11/20 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

| 05/12/20 VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | 1.00 | 300.00 |

| 05/12/20 SMS | B110 | A111 | RECEIVE AND REVIEW ORDER GRANTING PLAINTIFF'S MOTION TO ENROLL COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

| 05/14/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES AND ORDERS FROM EASTERN DISTRICT, LOUISIANA REGARDING REMOVAL AND PLEADINGS. | .10 | 30.00 |

| 05/15/20 SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE AND MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD FOR CATHOLIC CHARITIES (1.1); REVIEW, REVISE, AND FINALIZE THE SAME (0.4). | 1.50 | 375.00 |

| 05/18/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01


05/18/20 VWG   B110  A103   DRAFTING NOTICE OF AUTOMATIC          .40       120.00
                           REFERRAL.

05/19/20 VWG   B110  A103   DRAFTING NOTICE OF AUTOMATIC          .30        90.00
                           REFERRAL.

05/22/20 EDW   B110  A106   RECEIVED AND REVIEWED                 .10        30.00
                           MULTIPLE NOTICES AND FILINGS
                           FROM EASTERN DISTRICT,
                           LOUISIANA.

05/22/20 JJL   B110  A104   REVIEWED MULTIPLE PLEADINGS           .10        30.00
                           UNITED STATES DISTRICT COURT

05/22/20 SAO   B110  A103   - B110 A103 - - REVIEW,               .60       150.00
                           REVISE, AND FINALIZE NOTICE
                           OF AUTOMATIC REFERENCE TO
                           BANKRUPTCY COURT.

05/22/20 CTB   B190  A110   CONFORM AND FILE NOTICE OF            .30        46.50
                           AUTOMATIC REFERENCE WITH
                           CLERK OF COURT.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW                    .20        31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           MOTION FOR LEAVE TO FILE
                           EXHIBIT UNDER SEAL, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S            .10        15.50
                           INITIAL CASE ASSIGNMENT OF
                           MATTER TO JUDGE MARTIN
                           FELDMAN, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S            .10        15.50
                           DIRECTIVE OF THE CLERK
                           REGARDING COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S            .10        15.50
                           CORRECTION OF DOCKET ENTRY
                           REGARDING ARCHDIOCESE OF NEW
                           ORLEANS' NOTICE OF REMOVAL,
                           AND UPDATE TO CASEMAP FOR

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   4
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01

                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                           CORRECTION OF DOCKET ENTRY
                           REGARDING ARCHDIOCESE OF NEW
                           ORLEANS' MOTION FOR LEAVE TO
                           FILE EXHIBIT UNDER SEAL, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S              .10          15.50
                           ORDER GRANTING ARCHDIOCESE OF
                           NEW ORLEANS' MOTION FOR LEAVE
                           TO FILE EXHIBIT UNDER SEAL,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW                     .20          31.00
                           PLAINTIFF'S STATEMENT ON
                           NOTICE OF REMOVAL, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC           .20          31.00
                           CHARITIES' EX PARTE MOTION TO
                           WITHDRAW AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S             .10          15.50
                           ORDER GRANTING CATHOLIC
                           CHARITIES' EX PARTE MOTION TO
                           WITHDRAW AS CO-COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

06/08/20 SMS   B110  A111   RECEIVE AND REVIEW                     .20          31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           NOTICE OF COMPLIANCE WITH
                           28-1447(B), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    5
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/08/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S CORRECTION OF DOCKET ENTRY REGARDING ARCHDIOCESE OF NEW ORLEANS' NOTICE OF COMPLIANCE WITH 28-1447(B), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/08/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LOCAL RULE 83.4.1, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

```
                                        --------    -----------
                        TOTALS             10.20     $2,484.50
                                        ========    ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    6
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| --- | --- | ---: | ---: | ---: | ---: |
| | | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 8.30 | 2,095.00 | 8.30 | 2,095.00 |
| B190 | OTHER CONTESTED MATTERS | 1.90 | 389.50 | 1.90 | 389.50 |
| | TOTAL ADMINISTRATION | 10.20 | 2,484.50 | 10.20 | 2,484.50 |
| CLAIMS AND PLAN | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | .00 | .00 | .00 | .00 |
| | TOTAL CLAIMS AND PLAN | .00 | .00 | .00 | .00 |
| | TOTALS | 10.20 | 2,484.50 | 10.20 | 2,484.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 2.40 | 720.00 | 2.40 | 720.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | 1.00 | 250.00 | 1.00 | 250.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 2.10 | 525.00 | 2.10 | 525.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.70 | 510.00 | 1.70 | 510.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .90 | 139.50 | .90 | 139.50 |
| SCOTT M. SIGL | 155.00 | 2.00 | 310.00 | 2.00 | 310.00 |
| TOTALS | | 10.20 | 2,484.50 | 10.20 | 2,484.50 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   8
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01


COSTS INCURRED:


| | | |
|---|---|---|
| 06/15/20 COURT RECORD FEES /PACER PACER MAY 2020 | 0.50 |
| 05/13/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE - LOUISIANA EASTERN DISTRICT COURT - 05/04/20 - NOTICE OF REMOVAL | 400.00 |
| 05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-11171 | 14.00 |
| 05/05/20 FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-11169 | 14.00 |

                              TOTAL COSTS:           $428.50

               COST SUMMARY

  E112   COURT FEES                     428.50
                                --------------
          TOTAL DISBURSEMENTS          $428.50


                    TOTAL FEES AND COSTS:    $2,913.00

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01


FILE NAME:  POST-PETITION - JOHN ROE III V THE ROMAN CATHOLIC CHURCH
            FOR THE ARCHDIOCESE OF NEW ORLEANS



        * * *   R E M I T T A N C E   C O P Y   * * *


                TOTAL FEES:                      $2,484.50

                TOTAL COSTS:                       $428.50

                LESS CREDITS:                        $0.00
                                               ------------
            TOTAL CURRENT FEES AND COSTS DUE   $2,913.00

                TOTAL PRIOR INVOICES DUE:           $0.00
                                               -----------


                TOTAL AMOUNT DUE:              $2,913.00
                                               ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
             201 St. Charles Ave. - 50th Floor
             New Orleans, Louisiana 70170-5100


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                Iberia Bank
                New Orleans, Louisiana
                ABA Number:  265270413
                Account Number:  20000247731
                Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM
```



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                     MOBILE, AL (251)432-1414
                   NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                    PHOENIX, AZ (602)366-7889
                   TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                   THE WOODLANDS, TX (281)296-4400


     *******************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  11
JULY 22, 2020
INVOICE NO.: 1038596
FILE NUMBER: 175777-01


FILE NAME:  POST-PETITION - JOHN ROE III V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



            * * *    A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $2,484.50

                    TOTAL COSTS:                     $428.50

                    LESS CREDITS:                      $0.00
                                              -------------
              TOTAL CURRENT FEES AND COSTS DUE    $2,913.00

                  TOTAL PRIOR INVOICES DUE:          $0.00
                                              -----------


                    TOTAL AMOUNT DUE:             $2,913.00
                                              =============

EXHIBIT D



☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | May 11, 2020 |
| FILE NO. | 175777-01 | File Title: John Roe III v. RCCANO | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Virginia Gundlach | $400.00 |
| | MAIL CHECK ☐ |
| | **RETURN CHECK TO** Ginger Gundlach ✔ |

| PAYMENT FOR: | NAME Ginger Gundlach |
|---|---|
| Filing Fees - Notice of Removal USDC/LAED Tracking #ALAEDC-8287210 | SIGNATURE *Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 6 4 0 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

## Gundlach, Ginger

| | |
|---|---|
| **From:** | Kingsmill, Allison |
| **Sent:** | Monday, May 4, 2020 6:41 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Payment receipt for filing today.

Allison B. Kingsmill | Associate
Jones Walker LLP
D: 504.582.8252
akingsmill@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, May 4, 2020 6:40 PM
To: Kingsmill, Allison <akingsmill@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4721613
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8287210
Approval Code: 08089D
Card Number: ************9733
Date/Time: 05/04/2020 07:39:36 ET

NOTE: This is an automated message. Please do not reply

John Roe III
17577701

1

EXHIBIT D

Case 20-01064 Doc 4-4 Filed 02/25/20 Entered 02/25/20 17:16:30 Exhibit D First Interim Walkers First Application for Sta te 419 of 623

Case 20-10846 Doc 856-5 Filed 02/12/21 Entered 02/12/21 07:06:30 Exhibit Exhibits im Walkers First Monthly Fee Statement Page 365 of 623

1237     48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF   JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038565
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - CIVIL DISTRICT COURT MATTERS - GENERAL

FILE NO. 175340-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | AK | B190 | A103 | REVISED MOTION TO SEAL AND MEMO IN SUPPORT. | 2.80 | 700.00 |
| 05/01/20 | SAO | B110 | A105 | DRAFT EXTENDED CORRESPONDENCE TO UPDATE MR. ZERINGUE, MS. GUNDLACH, AND MS. KINGSMILL REGARDING STATUS OF OVERNIGHT FILINGS AND RELATED ISSUES. | 1.60 | 400.00 |
| 05/01/20 | SAO | B110 | A108 | MULTIPLE CONFERENCES, CALLS, AND EMAIL CORRESPONDENCES WITH MS. KINGSMILL REGARDING NOTICES OF REMOVAL AND FILING LOGISTICS (3.2); MULTIPLE CONFERENCES, CALLS, AND EMAIL CORRESPONDENCES WITH MS. GUNDLACH REGARDING THE SAME (1.1). | 4.30 | 1,075.00 |
| 05/01/20 | SAO | B110 | A103 | FINALIZE REMOVAL PLEADINGS FOR JOHN DOE, CASE NO. 19-03716 (1.9); CORRESPONDENCES TO AND FROM MR. BORDELON AND MR. GUNN REGARDING THE SAME (0.3). | 2.20 | 550.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| Date | Init | Code | Code | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 05/01/20 | SAO | B110 | A105 | CALLS WITH MR. MINTZ REGARDING REMOVAL STATUS AND UPDATES. | .20 | 50.00 |
| 05/01/20 | SAO | B110 | A108 | CORRESPONDENCES WITH EDLA CLERK'S OFFICE REGARDING NEED TO SUPPLEMENT STATE COURT RECORDS IN CONNECTION WITH JOHN DOE AND J.W. DOE NOTICES OF REMOVAL DUE TO DATA LIMITATIONS DURING FILING. | .50 | 125.00 |
| 05/02/20 | AK | B190 | A103 | REVISED NOTICE OF REMOVAL AND ATTACHMENTS TO FILE IN FEDERAL COURT. | .70 | 175.00 |
| 05/03/20 | SAO | B110 | A104 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN DOE, CASE NO. 19-10038. | 1.10 | 275.00 |
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN DOE, CASE NO. 19-10040. | 1.20 | 300.00 |
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN DOE, CASE NO. 19-11446. | 1.90 | 475.00 |
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR JOHN A. DOE CASE. | .40 | 100.00 |
| 05/04/20 | EDW | B110 | A103 | RE: JOHN DOE (EDLA 20-1368): WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |
| 05/04/20 | EDW | B110 | A103 | RE: JOHN DOE (EDLA 20-1374): WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |
| 05/04/20 | EDW | B110 | A103 | RE: JOHN A. DOE (EDLA 20-1349): WORKED ON COMPLETION OF REMOVAL PLEADINGS AND COMPLIANCE WITH COURT PROCEDURE. | .50 | 150.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| 05/04/20 | AK | B190 | A103 | WORKED ON LETTER TO CLERK REGARDING MOTION TO SEAL. | .50 | 125.00 |
|---|---|---|---|---|---|---|
| 05/04/20 | AK | B190 | A103 | REVIEWED LOCAL COURT RULES REGARDING FILING DOCUMENTS UNDER SEAL. | .30 | 75.00 |
| 05/04/20 | AK | B190 | A103 | COMMUNICATED WITH CLERK'S OFFICE REGARDING SEALED DOCUMENTS. | .20 | 50.00 |
| 05/04/20 | AK | B190 | A103 | RESEARCHED CASES REGARDING CONSENT OF DEFENDANTS FOR REMOVAL PURPOSES. | .80 | 200.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | AK | B190 | A103 | REVISED AND EDITED CIVIL COVER SHEETS TO FILE WITH NOTICES OF REMOVAL. | .70 | 175.00 |
| 05/04/20 | AK | B190 | A104 | WORKED ON SERVICE OF STATE COURT NOTICES OF REMOVAL. | 1.10 | 275.00 |
| 05/04/20 | SAO | B190 | A103 | REVIEW, REVISE, AND FINALIZE ADDITIONAL REMOVAL DOCUMENTS. | 3.80 | 950.00 |
| 05/04/20 | SAO | B190 | A105 | MULTIPLE CALLS AND EMAIL CORRESPONDENCES WITH MS. KINGSMILL TO DISCUSS REMOVAL OF REMAINING ABUSE CASES (3.4); MULTIPLE CALLS AND EMAIL CORRESPONDENCES WITH MS. GUNDLACH REGARDING THE SAME (1.7). | 5.10 | 1,275.00 |
| 05/04/20 | SAO | B190 | A108 | MULTIPLE EMAIL CORRESPONDENCES TO AND FROM DENECHAUD AND BRADLEY MURCHISON CO-COUNSEL REGARDING STATUS OF REMOVALS. | 1.10 | 275.00 |
| 05/04/20 | SAO | B190 | A110 | REVIEW DOCKET SHEET TO CHECK FOR CASE STATUS UPDATES OF REMOVED CASES (0.8); REVIEW EMAILS TO MAKE SURE ALL KNOWN COUNSEL FOR PARTIES TO EACH REMOVED ACTION HAVE BEEN SERVED (1.1). | 1.90 | 475.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


05/05/20 EDW   B110   A104   JOHN DOE (EDLA 20-1374)              .30        90.00
                             REVIEWED ISSUES REGARDING
                             REMOVAL AND CORRECTION OF
                             DOCKET ENTRIES.

05/05/20 AK    B190   A103   REVIEWED AND FILED STATE            .80       200.00
                             COURT NOTICES OF REMOVAL IN
                             SEALED CASES.

05/05/20 AK    B190   A104   REVIEWED AND FINALIZED SEALED      1.20       300.00
                             DOCUMENTS TO SEND TO CLERK OF
                             COURT.

05/05/20 AK    B190   A104   WORKED ON SERVICE OF STATE        1.30       325.00
                             COURT NOTICES OF REMOVAL.

05/05/20 AK    B190   A104   WORKED ON AND FINALIZED          1.40       350.00
                             SEALED DOCUMENTS TO SEND TO
                             CLERK OF COURT IN SUPPORT OF
                             MOTION TO SEAL.

05/05/20 SAO   B190   A105   EMAIL CORRESPONDENCE TO MS.        .40       100.00
                             KINGSMILL REGARDING CASE
                             ACTIVITY AND STATUS OF
                             REMOVED ABUSE CASES.

05/05/20 SAO   B190   A110   COMPILE LIST OF ALL REMOVED      1.20       300.00
                             CLERGY ABUSE CASES,
                             CONSISTING OF CASE NAME, CDC
                             AND EDLA CASE NUMBERS, MATTER
                             NUMBER, ASSIGNED JUDGE, AND
                             ACTION TAKEN BY THE COURT
                             THUS FAR.

05/05/20 SAO   B190   A105   CALL WITH MS. KINGSMILL           .70       175.00
                             REGARDING REMAINING REMOVAL
                             ACTION ITEMS, INCLUDING
                             FINALIZING STATE NOTICES OF
                             FILING OF REMOVAL FOR SEALED
                             CASES AND PREPARING SEALED
                             DOCUMENTS TO BE SUBMITTED TO
                             EDLA CLERK'S OFFICE (0.5);
                             CALL WITH MS. GUNDLACH
                             REGARDING THE SAME (0.2).

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   5
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


05/05/20 SAO   B190  A105   DRAFT EXTENDED EMAIL                 .40        100.00
                           CORRESPONDENCE TO MR. VANCE
                           REGARDING STATUS OF REMOVED
                           ABUSE CASES AND JUDGE
                           ASSIGNMENTS.

05/05/20 SAO   B190  A108   CALL WITH EDLA CLERK'S OFFICE        .20         50.00
                           REGARDING PROCEDURE FOR
                           SUBMITTING SEALED DOCUMENTS.

05/05/20 SAO   B190  A105   CALL WITH MR. LOWENTHAL             .20         50.00
                           REGARDING PROCEDURE FOR
                           SUBMITTING SEALED DOCUMENTS
                           TO THE EDLA CLERK'S OFFICE
                           (0.1); EMAIL CORRESPONDENCES
                           WITH MR. LOWENTHAL REGARDING
                           THE SAME (0.1).

05/05/20 SAO   B190  A103   UPDATE AND FINALIZE DOCUMENTS      1.40        350.00
                           FOR STATE COURT NOTICE OF
                           FILING REMOVAL FOR SEALED
                           CASES, JOHN DOE, CDC 19-10038
                           (0.4); JOHN DOE, CDC 19-10040
                           (0.4); JOHN DOE, CDC 19-11446
                           (0.6).

05/05/20 SAO   B190  A110   PREPARE COVER LETTER AND          2.00        500.00
                           FORMAT SEALED REMOVAL
                           DOCUMENTS TO BE SUBMITTED TO
                           THE EDLA CLERK'S OFFICE IN
                           CONNECTION WITH THE FOLLOWING
                           CASES: JOHN DOE, CDC 19-10038
                           (0.7); JOHN DOE, CDC 19-10040
                           (0.6); JOHN DOE, CDC 19-11446
                           (0.7).

05/05/20 SAO   B190  A110   REVIEW DOCKET OF ALL REMOVED      1.60        400.00
                           ABUSE CASES TO UPDATE LIST OF
                           CASE ACTIVITY AND JUDGE
                           ASSIGNMENTS.

05/06/20 AK    B190  A104   WORKED ON AND FINALIZED           1.30        325.00
                           SEALED DOCUMENTS TO SEND TO
                           CLERK OF COURT IN SUPPORT OF
                           MOTION TO SEAL.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    6
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/20 AK | B190 | A104 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | .60 | 150.00 |
| 05/06/20 AK | B190 | A104 | WORKED ON AND FINALIZED SEALED DOCUMENTS TO SEND TO CLERK OF COURT IN SUPPORT OF MOTION TO SEAL. | 2.20 | 550.00 |
| 05/06/20 SAO | B190 | A110 | REVIEW DOCKET OF ALL REMOVED ABUSE CASES TO UPDATE WORKING LIST OF CASE STATUS AND JUDGE ASSIGNMENTS. | 2.40 | 600.00 |
| 05/06/20 SAO | B190 | A108 | CALL FROM EDLA CLERK'S OFFICE REGARDING SEALED DOCUMENTS SUBMITTED IN CONNECTION WITH REMOVED ABUSE ACTIONS. | .20 | 50.00 |
| 05/06/20 SAO | B190 | A105 | CALL WITH MS. KINGSMILL REGARDING REMAINING REMOVAL ACTIONS ITEMS. | .40 | 100.00 |
| 05/06/20 SAO | B190 | A105 | DRAFT EMAIL TO MR. VANCE REGARDING STATUS OF REMOVED ABUSE ACTIONS AND JUDGE ASSIGNMENTS. | .50 | 125.00 |
| 05/06/20 SAO | B190 | A110 | ASSIST MS. KINGSMILL WITH PREPARING SEALED EXHIBITS TO NOTICES OF REMOVAL FOR SUBMISSION TO THE EDLA CLERK'S OFFICE. | 2.10 | 525.00 |
| 05/07/20 EDW | B110 | A104 | WORKED ON COMPLETION OF REMOVALS AND COMPLIANCE WITH COURT PROCEDURE. | .30 | 90.00 |
| 05/07/20 EDW | B110 | A104 | CONTINUED REVIEW OF NOTICES FROM COURT AND COMPLIANCE WITH SAME. | .20 | 60.00 |
| 05/07/20 AK | B190 | A104 | REVIEWED AND ANALYZED ORDERS GRANTING MOTION TO SEAL. | .40 | 100.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/07/20 | SAO | B190 | A105 | MULTIPLE EMAIL CORRESPONDENCES WITH MR. VANCE, MR. MINTZ, MR. ZERINGUE, AND MS. GUNDLACH REGARDING NEWLY FILED CASES, BRAD ROE AND JB DOE. | .70 | 175.00 |
| 05/07/20 | SAO | B190 | A103 | PREPARE REMOVAL PLEADINGS FOR BRAD ROE CASE. | .90 | 225.00 |
| 05/07/20 | SAO | B190 | A105 | CALLS AND EMAILS WITH MS. GUNDLACH REGARDING REMAINING REMOVAL ACTION ITEMS AND UPDATES (1.3); CALLS WITH MS. KINGSMILL REGARDING THE SAME (0.2). | 1.50 | 375.00 |
| 05/07/20 | SAO | B190 | A108 | EMAIL CORRESPONDENCE WITH EDLA CLERK'S OFFICE REGARDING ACCESS TO SEALED CASES (0.1); CALL WITH EDLA CLERK'S OFFICE REGARDING THE SAME (0.2); CALL WITH JUDGE ZAINEY'S CASE MANAGER REGARDING THE SAME (0.2). | .50 | 125.00 |
| 05/07/20 | SAO | B190 | A110 | REVIEW DOCKET OF ALL REMOVED CASES TO UPDATE MASTER LIST OF CASE ACTIVITY AND JUDGE ASSIGNMENTS. | 2.70 | 675.00 |
| 05/08/20 | EDW | B110 | A104 | CONTINUED WORK ON HANDLING REMOVAL AND COMPLIANCE. | .30 | 90.00 |
| 05/08/20 | AK | B190 | A102 | RESEARCHED CASES REGARDING MOTIONS TO SEAL AND GOOD CAUSE FOR SEALING DOCUMENTS IN FEDERAL COURT. | 2.10 | 525.00 |
| 05/08/20 | AK | B190 | A103 | WORKED ON NOTICE OF REMOVAL. | 1.40 | 350.00 |
| 05/08/20 | AK | B190 | A102 | REVIEWED LOCAL RULES REGARDING MOTION TO SEAL IN ORDER TO PREPARE MOTION TO SEAL. | .30 | 75.00 |
| 05/08/20 | AK | B190 | A105 | WORKED WITH MS. OPPENHEIM ON ISSUES REGARDING NOTICE OF REMOVAL AND MOTION TO SEAL. | .30 | 75.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | | | | | |
|---|---|---|---|---|---|
| 05/08/20 SAO | B190 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL DOCUMENTS FOR BRAD ROE CASE. | .80 | 200.00 |
| 05/08/20 SAO | B190 | A105 | EMAIL CORRESPONDENCE TO MS. GUNDLACH REGARDING MOTION TO DISMISS FILED IN BRAD ROE CASE. | .30 | 75.00 |
| 05/08/20 SAO | B190 | A111 | FILE REMOVAL DOCUMENTS IN EDLA AND CDC FOR BRAD ROE CASE (0.9); SERVE THE SAME BY EMAIL ON ALL KNOWN COUNSEL FOR PARTIES TO THE PROCEEDING (0.2). | 1.10 | 275.00 |
| 05/08/20 SAO | B190 | A103 | PREPARE REMOVAL DOCUMENTS FOR JB DOE CASE. | 1.30 | 325.00 |
| 05/08/20 SAO | B190 | A105 | MULTIPLE CALLS AND EMAIL CORRESPONDENCES WITH MS. GUNDLACH REGARDING STRATEGY AND ISSUES RELATED TO REMOVING JB DOE CASE (1.3); CALLS WITH MS. KINGSMILL REGARDING THE SAME (0.6). | 1.90 | 475.00 |
| 05/09/20 SAO | B190 | A103 | REVIEW AND REVISE JB DOE REMOVAL DOCUMENTS. | .70 | 175.00 |
| 05/09/20 SAO | B190 | A102 | RESEARCH CASE LAW GOVERNING MOTIONS TO SEAL EXHIBITS IN THE EDLA. | 1.40 | 350.00 |
| 05/10/20 SAO | B190 | A103 | PREPARE MOTION TO SUPPLEMENT EXHIBIT A IN JOHN DOE CDC 19-11446/EDLA 20-1374. | .30 | 75.00 |
| 05/11/20 EDW | B110 | A104 | JOHN DOE:  REVIEWED STATUS REGARDING COMPLIANCE WITH REMOVAL PROCEDURE AND NOTICES FROM CLERK'S OFFICE REGARDING SAME. | .30 | 90.00 |
| 05/11/20 AK | B190 | A103 | PREPARED LETTER TO COUNSEL REGARDING SEALED DOCUMENTS. | .30 | 75.00 |
| 05/11/20 AK | B190 | A104 | REVIEWED AND REVISED MOTION TO SEAL DOCUMENTS. | 2.20 | 550.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/11/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. GUNDLACH REGARDING REMAINING REMOVAL ACTION ITEMS, INCLUDING NOTICES OF COMPLIANCE WITH EDLA LR 3.2. | .20 | 50.00 |
| 05/11/20 | SAO | B110 | A108 | EMAIL CORRESPONDENCES FROM AND TO CO-COUNSEL OF DENECHAUD, MR. GUNN, REGARDING NOTICES OF COMPLIANCE WITH EDLA LR 3.2. | .20 | 50.00 |
| 05/11/20 | SAO | B110 | A105 | CALL WITH MS. KINGSMILL REGARDING MOTIONS TO SUPPLEMENT EXHIBITS, PROCEDURE FOR RECEIVING NOTICE IN SEALED CASES, AND NOTICES OF COMPLIANCE WITH LR 3.2 (0.6); DRAFT EXTENDED EMAIL TO MS. KINGSMILL REGARDING THE SAME (0.7). | 1.30 | 325.00 |
| 05/12/20 | AK | B190 | A101 | WORKED WITH MS. OPPENHEIM ON PREPARING MOTIONS TO WITHDRAW. | .30 | 75.00 |
| 05/12/20 | SAO | B110 | A105 | DRAFT EMAIL TO MS. KINGSMILL REGARDING REMOVAL ACTION ITEMS, INCLUDING MOTIONS TO SUPPLEMENT EXHIBIT A TO NOTICES OF REMOVAL AND NOTICES OF COMPLIANCE WITH LR 3.2. | .40 | 100.00 |
| 05/12/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. GUNDLACH REGARDING REMOVAL ACTION ITEMS, INCLUDING NOTICES OF COMPLIANCE WITH LR 3.2 AND SUBSTITUTION OF COUNSEL FOR CATHOLIC CHARITIES (0.3); DRAFT EXTENDED EMAIL TO MS. GUNDLACH REGARDING THE SAME (1.4). | 1.70 | 425.00 |
| 05/12/20 | SAO | B110 | A103 | REVIEW AND REVISE MOTIONS TO WITHDRAW AS CO-COUNSEL OF RECORD FOR CATHOLIC CHARITIES. | 1.70 | 425.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS   PAGE  10
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | | | | | |
|---|---|---|---|---|---|
| 05/12/20 | SAO | B110 | A105 | DRAFT EXTENDED EMAIL TO MS. GUNDLACH AND MS. KINGSMILL REGARDING REMAINING REMOVAL ACTION ITEMS, INCLUDING MOTIONS TO WITHDRAW AS CO-COUNSEL OF RECORD FOR CATHOLIC CHARITIES AND NOTICES OF COMPLIANCE WITH LR 3.2. | 1.10 | 275.00 |
| 05/13/20 | EDW | B110 | A104 | DOE V. ST. PAUL'S: RECEIVED AND REVIEWED MULTIPLE UPDATES REGARDING PLEADINGS FILED, ACTIONS TAKEN BY THE CLERK, AND NOTICES FROM THE COURT. | .30 | 90.00 |
| 05/13/20 | AK | B190 | A104 | REVIEWED FEDERAL RULES OF BANKRUPTCY IN ORDER TO PREPARE NOTICES OF COMPLIANCE. | .30 | 75.00 |
| 05/13/20 | AK | B190 | A101 | WORKED WITH MR. BOURG TO PREPARE MOTION TO SUPPLEMENT AND EXHIBITS. | .30 | 75.00 |
| 05/13/20 | AK | B190 | A103 | EDITED AND REVISED MOTIONS TO WITHDRAW. | .60 | 150.00 |
| 05/13/20 | AK | B190 | A103 | REVIEWED AND ANALYZED STATE COURT NOTICE OF REMOVAL IN ORDER TO FILE NOTICES OF COMPLIANCE. | .60 | 150.00 |
| 05/13/20 | AK | B190 | A104 | REVIEWED COURT LOCAL RULES AND STATUTES REGARDING NOTICES OF COMPLIANCE. | .40 | 100.00 |
| 05/13/20 | AK | B190 | A101 | WORKED WITH MS. OPPENHEIM ON PREPARING NOTICES OF COMPLIANCES. | .30 | 75.00 |
| 05/13/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCE WITH MS. GUNDLACH REGARDING NOTICES OF COMPLIANCE WITH LR 3.2 (0.1); CALL REGARDING THE SAME (0.1). | .20 | 50.00 |
| 05/13/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. KINGSMILL REGARDING NOTICES OF COMPLIANCE WITH LR 3.2 AND RELATED ISSUES (0.5); EMAIL CORRESPONDENCE TO MS. | .80 | 200.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  11
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | KINGSMILL REGARDING THE SAME (0.3). |  |  |
| 05/14/20 | SAO | B110 | A105 | EMAIL TO MS. GUNDLACH REGARDING MOTIONS TO SUPPLEMENT EXHIBIT A TO NOTICES OF REMOVAL, NOTICES OF COMPLIANCE WITH LR 3.2, AND MOTIONS TO WITHDRAW AS CO-COUNSEL OF RECORD FOR CATHOLIC CHARITIES. | .60 | 150.00 |
| 05/14/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCE TO MS. KINGSMILL REGARDING PLAINTIFFS' STATEMENTS REGARDING NOTICES OF REMOVAL. | .20 | 50.00 |
| 05/15/20 | AK | B190 | A104 | REVIEWED DOCKET REPORTS TO DETERMINE ENROLLED ATTORNEYS IN VARIOUS CASES. | .30 | 75.00 |
| 05/15/20 | AK | B190 | A104 | REVIEWED LOCAL RULES REGARDING MOTION TO WITHDRAW. | .20 | 50.00 |
| 05/15/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. KINGSMILL REGARDING NOTICES OF COMPLIANCE, MOTIONS TO WITHDRAW, AND RELATED ISSUES (0.6); EMAIL CORRESPONDENCES WITH MS. KINGSMILL REGARDING THE SAME (0.5). | 1.10 | 275.00 |
| 05/15/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICES OF COMPLIANCE WITH LOCAL RULE 3.2 FOR NEAL ALAN POLLET CASE. | .20 | 50.00 |
| 05/15/20 | SAO | B110 | A108 | EMAIL CORRESPONDENCE TO MR. PAULSEN OF BRADLEY MURCHISON REGARDING STATUS OF REMOVED CASES. | .50 | 125.00 |
| 05/15/20 | SAO | B110 | A110 | REVIEW DOCKET ACTIVITY OF ALL REMOVED ABUSE CASES TO UPDATE LIST OF CASE ACTIVITY, INCLUDING BANKRUPTCY RULE 9027(E)(3) STATEMENTS AND RECENT ORDERS. | 2.10 | 525.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  12
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/20 | SAO | B110 | A105 | DRAFT EXTENDED EMAIL TO MS. KINGSMILL REGARDING STATUS OF NOTICES OF COMPLIANCE, MOTIONS TO WITHDRAW, MOTIONS TO SUPPLEMENT, AND BANKRUPTCY RULE 9027(E)(3) STATEMENTS. | .60 | 150.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 FOR JOHN A. DOE CASE. | 1.60 | 400.00 |
| 05/17/20 | SAO | B110 | A105 | DRAFT EXTENDED EMAIL CORRESPONDENCE TO MS. GUNDLACH AND MS. KINGSMILL REGARDING ACTION ITEMS RELATING TO NOTICES OF COMPLIANCE. | .90 | 225.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 FOR JOHN DOE 19-10038/20-1362. | .70 | 175.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 FOR JOHN DOE 19-10040/20-1366. | .70 | 175.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH LR 3.2 FOR JOHN DOE 19-11446/20-1374. | .50 | 125.00 |
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | AK | B190 | A104 | WORKED ON AND FINALIZED NOTICE OF COMPLIANCE TO BE FILED UNDER SEAL. | .60 | 150.00 |
| 05/18/20 | AK | B190 | A104 | REVIEWED REVISED COURT ORDERS REGARDING FILING DOCUMENTS UNDER SEAL DURING COVID-19. | .20 | 50.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   13
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE NOTICE OF COMPLIANCE WITH LR 3.2 FOR JOHN DOE CDC 19-11446/EDLA 20-1374. | .90 | 225.00 |
| 05/18/20 SAO | B110 | A103 | REVIEW AND FINALIZE NOTICE OF COMPLIANCE WITH LR 3.2 FOR JOHN A. DOE CASE. | 1.10 | 275.00 |
| 05/18/20 SAO | B110 | A110 | PREPARE DOCUMENTS TO BE SUBMITTED TO THE EDLA CLERK'S OFFICE UNDER SEAL BY EMAIL IN CONNECTION WITH NOTICES OF COMPLIANCE UNDER LR 3.2. | 2.20 | 550.00 |
| 05/18/20 SAO | B110 | A110 | COORDINATE SERVICE OF NOTICES OF COMPLIANCE BY EMAIL UPON NON-RECIPIENTS OF ECF NOTIFICATIONS. | 1.40 | 350.00 |
| 05/18/20 SAO | B110 | A105 | EMAIL TO MS. GUNDLACH AND MS. KINGSMILL REGARDING REMOVAL UPDATES AND REMAINING ACTION ITEMS. | .40 | 100.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT (JOHN DOE 19-10038). | .40 | 62.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT (JOHN DOE 19-10040). | .40 | 62.00 |
| 05/18/20 CTB | B190 | A110 | REVIEW AND PREPARE NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT (JOHN DOE 19-11446). | .40 | 62.00 |
| 05/19/20 SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. GUNDLACH REGARDING NOTICES OF COMPLIANCE AND AUTOMATIC REFERENCE (0.4); EMAIL CORRESPONDENCES TO MS. GUNDLACH REGARDING THE SAME (0.8). | 1.20 | 300.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  14
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/20/20 | AK | B190 | A104 | REVIEWED DOCKETS IN CASES PENDING BEFORE JUDGE FELDMAN IN ORDER TO DETERMINE ABILITY TO REFER CASES. | .20 | 50.00 |
| 05/21/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. GUNDLACH TO DISCUSS REMOVAL UPDATES AND REMAINING ACTION ITEMS. | .20 | 50.00 |
| 05/22/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 | AK | B190 | A103 | REVIEWED AND REVISED NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE TO BE FILED IN ALL REMOVED CASES. | .70 | 175.00 |
| 05/22/20 | AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE TO BE FILED UNDER SEAL. | .60 | 150.00 |
| 05/22/20 | AK | B190 | A103 | REVIEWED AND FINALIZED NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PREPARED BY THE DENECHAUD FIRM. | .10 | 25.00 |
| 05/22/20 | AK | B190 | A103 | WORKED ON MOTIONS TO WITHDRAW RALPH AUCOIN IN REMOVED CASES. | .20 | 50.00 |
| 05/22/20 | SAO | | | - B110 A105 - - TELEPHONE CONFERENCES WITH MS. KINGSMILL REGARDING NOTICE OF AUTOMATIC REFERENCE ISSUES (0.9); EMAIL CORRESPONDENCES TO MS. KINGSMILL REGARDING THE SAME (0.4). | 1.30 | 325.00 |
| 05/22/20 | SAO | | | - B110 A103 - - REVIEW, REVISE, AND FINALIZE NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT FOR JOHN DOE, CASE NO. 20-1328. | .50 | 125.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   15
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


05/22/20 SAO              - B110 A103 - - REVIEW,           .40      100.00
                         REVISE, AND FINALIZE NOTICE
                         OF AUTOMATIC REFERENCE TO
                         BANKRUPTCY COURT FOR JOHN A.
                         DOE CASE.

05/26/20 AK    B110  A104  REVIEWED ORDER GRANTING          .10       25.00
                         MOTION TO WITHDRAW.

05/26/20 AK    B110  A104  REVIEWED NOTICES OF AUTOMATIC    .90      225.00
                         REFERENCE TO BANKRUPTCY JUDGE
                         FILED IN REMOVED CASES.

05/26/20 AK    B110  A104  REVIEWED MOTIONS TO WITHDRAW     .20       50.00
                         FILED IN REMOVED CASES.

05/26/20 AK    B110  A104  REVIEWED PARTIAL EXCEPTION OF    .30       75.00
                         NO CAUSE OF ACTION FILED
                         BEFORE CASES WERE REMOVED TO
                         FEDERAL COURT.

05/28/20 AK    B110  A104  REVIEWED NOTICES REGARDING       .20       50.00
                         MOTIONS TO REMAND AND
                         AUTOMATIC REFERENCE TO
                         BANKRUPTCY COURT.

05/28/20 AK    B190  A103  REVIEWED TERMS OF PROTECTIVE     .70      175.00
                         ORDER ISSUED IN REMOVED CASES
                         BY STATE COURT JUDGES.

06/01/20 EDW   B110  A104  REVIEWED STATUS AND ISSUES      1.30      390.00
                         REGARDING PENDING LITIGATION
                         AND ACTION ITEMS.

06/01/20 EDW   B110  A104  REVIEWED ISSUES AND DATA         .50      150.00
                         REGARDING ARCHIVED DISCOVERY.

06/01/20 EDW   B110  A104  REVIEWED ISSUES REGARDING        .50      150.00
                         HANDLING OF STATE COURT
                         LITIGATION AND PENDING
                         MATTERS THAT WERE REMOVED.

06/02/20 EDW   B110  A104  REVIEWED ISSUES REGARDING        .50      150.00
                         PENDING LITIGATION AND
                         INSURANCE QUESTIONS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   16
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | | | | | |
|---|---|---|---|---|---|
| 06/02/20 EDW | B110 | A104 | REVIEWED OUTSTANDING DISCOVERY ISSUES AND PREPARATION FOR ADDITIONAL DISCOVERY. | 1.30 | 390.00 |
| 06/03/20 AK | B110 | A104 | REVIEWED ORDERS REASSIGNING CASES TO MAGISTRATE JUDGE. | .10 | 25.00 |
| 06/15/20 EDW | B110 | A104 | .RECEIVED AND REVIEWED MOTION TO REMAND AND PARTIAL MOTION TO DISMISS. | .50 | 150.00 |
| 06/15/20 AK | B310 | A104 | REVIEWED MOTION TO DISMISS FILED BY PLAINTIFFS. | .10 | 25.00 |
| 06/15/20 AK | B310 | A104 | REVIEWED MOTION TO REMAND FILED BY PLAINTIFFS. | .10 | 25.00 |
| 06/15/20 AK | B310 | A107 | DISCUSSED WITH MR. GUNN MOTION TO DISMISS AND MOTION TO REMAND FILED BY PLAINTIFFS. | .10 | 25.00 |
| 06/16/20 AK | B110 | A104 | REVIEWED NOTICES OF REMOVAL. | .50 | 125.00 |
| 06/17/20 EDW | B110 | A104 | SD DOE:  RECEIVED AND REVIEWED NEW SUIT REGARDING GEORGE BRIGNAC AND REMOVAL PLEADINGS. | .50 | 150.00 |
| 06/17/20 EDW | B110 | A104 | JL DOE:  RECEIVED AND REVIEWED NEW SUIT REGARDING BERNARD SCHMALTZ AND REMOVAL PLEADINGS. | .50 | 150.00 |
| 06/17/20 EDW | B110 | A104 | GW DOE:  RECEIVED AND REVIEWED NEW SUIT REGARDING BERNARD SCHMALTZ AND REMOVAL PLEADINGS. | .50 | 150.00 |
| 06/17/20 AK | B110 | A104 | REVIEWED NOTICES OF REMOVAL. | .50 | 125.00 |
| 06/18/20 EDW | B110 | A104 | REVIEWED PRODUCTION OF ADDITIONAL MATERIALS FOR DISCOVERY BY THE ARCHDIOCESE | .50 | 150.00 |
| 06/18/20 EDW | B110 | A104 | SD DOE:  RECEIVED AND REVIEWED NOTICES FROM THE CLERK OF COURT. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   17
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | | | | | |
|---|---|---|---|---|---|
| 06/18/20 EDW | B110 | A104 | JL DOE:  RECEIVED AND REVIEWED NOTICES FROM THE CLERK OF COURT. | .10 | 30.00 |
| 06/18/20 EDW | B110 | A104 | WG DOE:  RECEIVED AND REVIEWED NOTICES FROM THE CLERK OF COURT. | .10 | 30.00 |
| 06/18/20 EDW | B110 | A104 | TELEPHONE CALL FROM DR. LEUMAS REGARDING SALESIANS' DISCOVERY. | .30 | 90.00 |
| 06/18/20 AK | B110 | A104 | REVIEWED ORDER OF RECUSAL. | .10 | 25.00 |
| 06/18/20 AK | B110 | A104 | REVIEWED DIRECTIVE OF CLERK REGARDING NOTICE OF REMOVAL. | .10 | 25.00 |
| 06/18/20 AK | B110 | A104 | REVIEWED ORDER OF RECUSAL. | .10 | 25.00 |
| 06/18/20 AK | B110 | A104 | REVIEWED DIRECTIVE OF CLERK REGARDING NOTICE OF REMOVAL. | .10 | 25.00 |
| 06/18/20 AK | B110 | A104 | REVIEWED DIRECTIVE OF CLERK REGARDING NOTICE OF REMOVAL. | .10 | 25.00 |
| 06/19/20 EDW | B110 | A104 | SD DOE:  RECEIVED AND REVIEWED ORDER OF RECUSAL BY JUDGE LEMELLE. | .10 | 30.00 |
| 06/19/20 EDW | B110 | A104 | REVIEWED ADDITIONAL DISCOVERY AND PRODUCTION. | .80 | 240.00 |
| 06/19/20 EDW | B110 | A104 | REVIEWED STATUS REGARDING LITIGATION MATTERS. | .40 | 120.00 |
| 06/19/20 AK | B110 | A104 | REVIEWED NOTICES OF REMOVAL. | .10 | 25.00 |
| 06/29/20 AK | B110 | A104 | REVIEWED STATE COURT PLEADINGS FILED IN CASE IN ORDER TO FILE WITH COURT IN COMPLIANCE WITH COURT ORDER. | .80 | 200.00 |

```
                                         --------    -----------
                       TOTALS             127.80     $32,446.00
                                         ========    ===========
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  18
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01

| | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE SUMMARY | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- |
| | 2.20 | 550.00 | 2.20 | 550.00 |
| TOTAL | 2.20 | 550.00 | 2.20 | 550.00 |
| | | | | |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 54.50 | 14,235.00 | 54.50 | 14,235.00 |
| B190    OTHER CONTESTED MATTERS | 70.80 | 17,586.00 | 70.80 | 17,586.00 |
| TOTAL ADMINISTRATION | 125.30 | 31,821.00 | 125.30 | 31,821.00 |
| | | | | |
| CLAIMS AND PLAN | | | | |
| B310    CLAIMS/ADMN/OBJECTIONS | .30 | 75.00 | .30 | 75.00 |
| TOTAL CLAIMS AND PLAN | .30 | 75.00 | .30 | 75.00 |
| | | | | |
| TOTALS | 127.80 | 32,446.00 | 127.80 | 32,446.00 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  19
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
| --- | --- | --- | --- | --- | --- |
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 12.20 | 3,660.00 | 12.20 | 3,660.00 |
| ALLISON KINGSMILL | 250.00 | 34.40 | 8,600.00 | 34.40 | 8,600.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 80.00 | 20,000.00 | 80.00 | 20,000.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.20 | 186.00 | 1.20 | 186.00 |
| TOTALS | | 127.80 | 32,446.00 | 127.80 | 32,446.00 |



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   20
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


COSTS INCURRED:


| | | |
|---|---|---|
| 05/03/20 | COURT RECORD FEES - CDC BILLING MAY 2020 - CASE # 2019-11446 | 7.00 |
| 05/07/20 | COURT RECORD FEES - CDC BILLING MAY 2020 - CASE # 2020-03463 | 18.00 |
| 05/13/20 | COURT RECORD FEES - CDC BILLING MAY 2020 - CASE # 2020-03456 | 18.00 |
| 06/15/20 | COURT RECORD FEES /PACER PACER MAY 2020 | 55.10 |
| 05/07/20 | COURT FEES - VIRGINIA W GUNDLACH - FILING FEE - LOUISIANA EASTERN DISTRICT COURT - 05/04/20 - NOTICE OF REMOVAL | 400.00 |
| 05/13/20 | COURT FEES - VIRGINIA W GUNDLACH - FILING FEE - LOUISIANA EASTERN DISTRICT COURT - 05/01/20 - NOTICE OF REMOVAL | 400.00 |
| 05/26/20 | COURT FEES - EDWARD D WEGMANN - FILING FEES - LOUISIANA EASTERN DISTRICT COURT - 05/04/20 - NOTICE OF REMOVAL | 400.00 |
| 05/12/20 | DEPOSITION TRANSCRIPTS - EDWARD D WEGMANN - FILING FEE - LOUISIANA EASTERN DISTRICT COURT - 05/04/20 - NOTICE OF REMOVAL - TRACKING #ALAEDC-8287152 | 400.00 |
| 05/04/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-11670 | 12.00 |
| 05/05/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-11537 | 12.00 |
| 05/06/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-10040 | 4.00 |
| 05/06/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-10038 | 4.00 |
| 05/06/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-11446 | 6.00 |
| 05/13/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 29.85 |
| 06/04/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 133.65 |
| 05/05/20 | DELIVERY SERVICES - FEDEX SENT BY TAMMY HAMRIC, TO CLERK OF COURT CIVIL DISTRICT COURT | 25.42 |
| 05/05/20 | DELIVERY SERVICES - FEDEX SENT BY TAMMY HAMRIC, TO CLERK OF COURT CIVIL DISTRICT COURT | 25.42 |

                              TOTAL COSTS:          $1,950.44

                    COST SUMMARY

| | | |
|---|---|---|
| E106 | COMPUTER LEGAL RESEARCH | 163.50 |
| E107 | DELIVERY SERVICES | 50.84 |
| E112 | COURT FEES | 1,336.10 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  21
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


   E115    DEPOSITION TRANSCRIPTS                  400.00
                                          --------------
             TOTAL DISBURSEMENTS              $1,950.44


                        TOTAL FEES AND COSTS:      $34,396.44
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  22
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


FILE NAME:  POST-PETITION - CIVIL DISTRICT COURT MATTERS - GENERAL



          * * *    R E M I T T A N C E    C O P Y    * * *


                    TOTAL FEES:                    $32,446.00

                    TOTAL COSTS:                    $1,950.44

                    LESS CREDITS:                       $0.00
                                                 ------------
              TOTAL CURRENT FEES AND COSTS DUE    $34,396.44

                    TOTAL PRIOR INVOICES DUE:          $0.00
                                                 -----------


                    TOTAL AMOUNT DUE:             $34,396.44
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  23
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


    ********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  24
JULY 22, 2020
INVOICE NO.: 1038565
FILE NUMBER: 175340-01


FILE NAME:  POST-PETITION - CIVIL DISTRICT COURT MATTERS - GENERAL



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $32,446.00

                    TOTAL COSTS:                    $1,950.44

                    LESS CREDITS:                       $0.00
                                                 -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $34,396.44

                        TOTAL PRIOR INVOICES DUE:        $0.00
                                                 -----------

                    TOTAL AMOUNT DUE:              $34,396.44
                                                 ============



EXHIBIT D

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | May 6, 2020 |
| FILE NO. | 175340-01 | File Title: John Doe (████) v. RCCANO | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Virginia Gundlach | $400.00 |

MAIL CHECK

RETURN CHECK TO:
Tana Scoby ☑

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fees - Notice of Removal USDC-LAED Tracking #ALAEDC-8286457 | Ginger Gundlach |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9640 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☑ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

## RECEIVED

MAY 06 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Scoby, Tana**

*John Doe 5m*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 2:53 PM |
| **To:** | Scoby, Tana |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4506289
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286457
Approval Code: 09162D
Card Number: ************9733
Date/Time: 05/04/2020 03:53:05 ET

NOTE: This is an automated message. Please do not reply

1

48576
175340-01

**EXHIBIT D**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 175340-01 | ARCHDIOCESE adv. JOHN DOE (19-10040) | May 5, 2020 |

| PAYABLE TO: | AMOUNT | $400.00 |
|---|---|---|
| EDWARD D. WEGMANN | MAIL CHECK | |
| | RETURN CHECK TO WEGMANN | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT FOR FILING FEE - NOTICE OF REMOVAL | EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 7 5 0 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✓] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

MAY 12 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

EXHIBIT D

**Hamric, Tammy**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 5:19 PM |
| **To:** | Hamric, Tammy |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4457088
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8287152
Approval Code: 168674
Card Number: ************4003
Date/Time: 05/04/2020 06:19:21 ET

NOTE: This is an automated message. Please do not reply

**EXHIBIT D**

- [ ] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE<br>Client: RCCANO<br>File Title: Brad Roe v. RCCANO | DATE<br>May 11, 2020 |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO:<br><br>**Virginia Gundlach** | AMOUNT **$400.00** |
|---|---|
| | MAIL CHECK [ ] |
| | RETURN CHECK TO<br>Ginger Gundlach ✔ |

| PAYMENT FOR:<br>Filing Fees - Notice of Removal<br>USDC/LAED Tracking #ALAEDC-8284304 | NAME<br>Ginger Gundlach |
|---|---|
| | SIGNATURE<br>*Virginia W. Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 6 4 0 | | | **$400.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✔] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

### RECEIVED
MAY 13 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 2:21 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284304
Approval Code: 03740D
Card Number: ************9733
Date/Time: 05/01/2020 03:21:24 ET

NOTE: This is an automated message. Please do not reply

BRAD Poc
1753400/

1

**EXHIBIT D**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | ARCHDIOCESE | May 26, 2020 |
| FILE NO. | 175340-01 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| EDWARD D. WEGMANN | $400.00 |

MAIL CHECK ☐

RETURN CHECK TO WEGMANN ✓

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT FOR FILING FEES NOTICE OF REMOVAL | EDWARD D. WEGMANN |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9750 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✓ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

MAY 26 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

Business Platinum Card®                    EDWARD WEGMANN

## Card Activity from Nov 26, 2019 to May 26

### Transactions
9 Transactions

| DATE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| May 4 | CLERK USDC/EDLA<br>500 POYDRAS ST<br>ROOM C-15 | CLERK USDC/EDLA<br>Will appear on your Jun 3, 2020 statement as<br>COURTS/USDC LA-E 000NEW ORLEANS LA | | $400.00 |
| | NEW ORLEANS<br>LA<br>70130 | CARD<br>EDWARD WEGMANN | | |
| | | MEMBERSHIP REWARDS POINTS<br>1X on Other purchases | 400 | |
| | | ADDITIONAL INFORMATION<br>99999990126ALAEDC-8286985 70130<br>CONVENIENCE PURCHASE | | |
| May 4 | CLERK USDC/EDLA<br>500 POYDRAS ST<br>ROOM C-15 | CLERK USDC/EDLA<br>Will appear on your Jun 3, 2020 statement as<br>COURTS/USDC LA-E 000NEW ORLEANS LA | | $400.00 |
| | NEW ORLEANS<br>LA<br>70130 | CARD<br>EDWARD WEGMANN | | |
| | | MEMBERSHIP REWARDS POINTS<br>1X on Other purchases | 400 | |
| | | ADDITIONAL INFORMATION<br>99999990126ALAEDC-8287111 70130<br>CONVENIENCE PURCHASE | | |

11.00 in    ‹

EXHIBIT D

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038566
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  POST-PETITION - FF DOE V THE ROMAN CATHOLIC CHURCH
               OF THE ARCHDIOCESE OF NEW ORLEANS

               FILE NO. 175980-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/03/20 | SAO | B110 | A103 | REVIEW, REVISE, AND FINALIZE REMOVAL PLEADINGS FOR FF DOE CASE. | .50 | 125.00 |
| 05/04/20 | AK | B190 | A103 | WORKED ON STATE COURT NOTICE OF REMOVAL. | .40 | 100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/15/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL | .10 | 30.00 |
| 05/17/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE PURSUANT TO LR 3.2. | .60 | 150.00 |

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MULTIPLE NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING FILINGS AND ORDERS. | .20 | 60.00 |
| 05/18/20 | VWG | B110 | A103 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/18/20 | CTB | B190 | A110 | REVIEW AND PREPARE MOTION TO WITHDRAW, NOTICE OF COMPLIANCE AND EXHIBITS FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT. FILE PLEADINGS WITH CLERK OF COURT. | .70 | 108.50 |
| 05/21/20 | JJL | B110 | A104 | REVIEW CASE STATUS OF PLEADINGS FILED IN FEDERAL COURT. | .10 | 30.00 |
| 05/22/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 | AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 | CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT | .30 | 46.50 |

|  | TOTALS | 4.30 | $963.00 |
|--|--------|------|---------|

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    3
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01


|                |                           | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE SUMMARY |                         | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| ADMINISTRATION |                           |       |        |       |        |
| B110 | CASE ADMINISTRATION              | 1.90  | 515.00 | 1.90  | 515.00 |
| B190 | OTHER CONTESTED MATTERS          | 2.40  | 448.00 | 2.40  | 448.00 |
|   TOTAL ADMINISTRATION |                  | 4.30  | 963.00 | 4.30  | 963.00 |
|        | TOTALS                         | 4.30  | 963.00 | 4.30  | 963.00 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- HOURS | FEES | --CUMULATIVE TOTALS--- HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | .30 | 90.00 | .30 | 90.00 |
| JOSEPH J LOWENTHAL | 300.00 | .20 | 60.00 | .20 | 60.00 |
| ALLISON KINGSMILL | 250.00 | .80 | 200.00 | .80 | 200.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 1.10 | 275.00 | 1.10 | 275.00 |
| VIRGINIA W. GUNDLACH | 300.00 | .30 | 90.00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | 155.00 | 1.60 | 248.00 | 1.60 | 248.00 |
| TOTALS | | 4.30 | 963.00 | 4.30 | 963.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    5
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01


COSTS INCURRED:


| Date | Description | Amount |
|---|---|---|
| 05/07/20 | COURT FEES - VIRGINIA W GUNDLACH - FILING FEE - LOUISIANA EASTERN DISTRICT COURT - 05/04/20 - NOTICE OF REMOVAL | 400.00 |
| 05/05/20 | FILING FEES - CDC BILLING MAY 2020 - CASE # 2019-11587 | 14.00 |

                                    TOTAL COSTS:              $414.00

                      COST SUMMARY

   E112    COURT FEES                          414.00
                                         --------------
            TOTAL DISBURSEMENTS              $414.00


                         TOTAL FEES AND COSTS:      $1,377.00

<span style="color:red">**EXHIBIT D**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01


FILE NAME:  POST-PETITION - FF DOE V THE ROMAN CATHOLIC CHURCH
            OF THE ARCHDIOCESE OF NEW ORLEANS


          * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                      $963.00

                    TOTAL COSTS:                     $414.00

                    LESS CREDITS:                      $0.00
                                                  ------------
               TOTAL CURRENT FEES AND COSTS DUE    $1,377.00

                    TOTAL PRIOR INVOICES DUE:         $0.00
                                                  -----------


                    TOTAL AMOUNT DUE:              $1,377.00
                                                  ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
                **201 St. Charles Ave. - 50th Floor**
                **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400



    ***********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
JULY 22, 2020
INVOICE NO.: 1038566
FILE NUMBER: 175980-01


FILE NAME:  POST-PETITION - FF DOE V THE ROMAN CATHOLIC CHURCH



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



         * * *   A C C O U N T I N G   C O P Y   * * *



              TOTAL FEES:                      $963.00

              TOTAL COSTS:                     $414.00

              LESS CREDITS:                      $0.00
                                          -------------
           TOTAL CURRENT FEES AND COSTS DUE   $1,377.00

              TOTAL PRIOR INVOICES DUE:          $0.00
                                          -----------

              TOTAL AMOUNT DUE:              $1,377.00
                                          =============


EXHIBIT D

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
| --- | --- | --- | --- |
| | | Client: RCCANO | May 6, 2020 |
| FILE NO. | 175980-01 | File Title: FF Doe v. RCCANO | |

| PAYABLE TO: | | AMOUNT | $400.00 |
| --- | --- | --- | --- |
| Virginia Gundlach | | MAIL CHECK | ☐ |
| | | RETURN CHECK TO | ☑ |
| | | Tana Scoby | |

| PAYMENT FOR: | NAME |
| --- | --- |
| Filing Fees - Notice of Removal | Ginger Gundlach |
| USDC-LAED Tracking #ALAEDC-8286202 | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| --- | --- | --- | --- |
| 9670 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☑ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

### RECEIVED

MAY 06 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Scoby, Tana**

*FF Doc*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, May 4, 2020 1:41 PM |
| **To:** | Scoby, Tana |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4506289
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8286202
Approval Code: 03639D
Card Number: ************9733
Date/Time: 05/04/2020 02:41:21 ET

NOTE: This is an automated message. Please do not reply

1

*48576*
*175980-01*

<span style="color:red">**EXHIBIT D**</span>

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038567
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


            RE:  POST-PETITION - ED ROE V THE ROMAN CATHOLIC CHURCH OF
                 THE ARCHDIOCESE OF NEW ORLEANS

                     FILE NO. 176118-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | AK | B310 | A103 | FINALIZED NOTICE OF REMOVAL, STATE COURT RECORD, AND MOTION TO SEAL TO BE FILED IN FEDERAL COURT. | 1.50 | 375.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS. | .40 | 62.00 |
| 05/05/20 | CTB | B190 | A110 | PREPARE CONFIRMATION OF SUBMISSION TO STATE COURT. | .20 | 31.00 |
| 05/11/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO ENROLL AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 05/12/20 | VWG | B110 | A103 | DRAFTED MOTION TO SUBSTITUTE COUNSEL. | .80 | 240.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01


05/12/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S           .10        15.50
                            ORDER GRANTING ARCHDIOCESE OF
                            NEW ORLEANS MOTION FOR LEAVE
                            TO FILE EXHIBIT UNDER SEAL,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW.

05/12/20 SMS   B110  A111   RECEIVE AND REVIEW ORDER            .10        15.50
                            GRANTING PLAINTIFF'S MOTION
                            TO ENROLL COUNSEL OF RECORD,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW., AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/14/20 AK    B190  A103   PREPARED NOTICE OF COMPLIANCE.      .80       200.00

05/14/20 AK    B190  A103   PREPARED MOTION TO WITHDRAW.        .70       175.00

05/15/20 SAO   B110  A103   REVIEW, REVISE, AND FINALIZE        .40       100.00
                            NOTICE OF COMPLIANCE WITH
                            LOCAL RULE 3.2.

05/15/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC         .20        31.00
                            CHARITIES' EX PARTE MOTION TO
                            WITHDRAW AS CO-COUNSEL OF
                            RECORD, AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW.

05/15/20 SMS   B110  A111   RECEIVE AND REVIEW                  .20        31.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            NOTICE OF COMPLIANCE WITH 28
                            USC 1447(B), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

05/18/20 EDW   B110  A104   RECEIVED AND REVIEWED              .20        60.00
                            MULTIPLE NOTICES FROM EASTERN
                            DISTRICT, LOUISIANA REGARDING
                            FILINGS AND ORDERS.

05/18/20 VWG   B110  A103   DRAFTING NOTICE OF AUTOMATIC        .40       120.00
                            REFERRAL TO BANKRUPTCY COURT

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01


| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/22/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED MULTIPLE NOTICES AND FILINGS FROM EASTERN DISTRICT, LOUISIANA. | .10 | 30.00 |
| 05/22/20 | JJL | B110 | A104 | REVIEWED MULTIPLE PLEADINGS FILED IN USDC | .10 | 30.00 |
| 05/22/20 | AK | B190 | A103 | WORKED ON NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE. | .40 | 100.00 |
| 05/22/20 | CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT. | .30 | 46.50 |
| 06/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S INITIAL CASE ASSIGNMENT TO JUDGE CARL BARBIER, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 06/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S STATEMENT ON NOTICE OF REMOVAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 06/15/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING CATHOLIC CHARITIES' EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01


06/15/20 SMS     B110   A111    RECEIVE AND REVIEW                    .20         31.00
                                ARCHDIOCESE OF NEW ORLEANS'
                                NOTICE OF PROCEEDING SUBJECT
                                TO AUTOMATIC REFERENCE TO
                                BANKRUPTCY JUDGE PURSUANT TO
                                LOCAL RULE 83.4.1, AND UPDATE
                                TO CASEMAP FOR HANDLING
                                ATTORNEYS' ACCESS AND REVIEW.

                                              --------   -----------
                                TOTALS            7.90    $1,817.50
                                              ========   ===========
```

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    5
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01
```

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| **ADMINISTRATION** | | | | |
| B110    CASE ADMINISTRATION | 3.60 | 828.00 | 3.60 | 828.00 |
| B190    OTHER CONTESTED MATTERS | 2.80 | 614.50 | 2.80 | 614.50 |
| TOTAL ADMINISTRATION | 6.40 | 1,442.50 | 6.40 | 1,442.50 |
| **CLAIMS AND PLAN** | | | | |
| B310    CLAIMS/ADMN/OBJECTIONS | 1.50 | 375.00 | 1.50 | 375.00 |
| TOTAL CLAIMS AND PLAN | 1.50 | 375.00 | 1.50 | 375.00 |
| TOTALS | 7.90 | 1,817.50 | 7.90 | 1,817.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   6
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- HOURS | FEES | --CUMULATIVE TOTALS--- HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | .30 | 90.00 | .30 | 90.00 |
| JOSEPH J LOWENTHAL | 300.00 | .10 | 30.00 | .10 | 30.00 |
| ALLISON KINGSMILL | 250.00 | 3.40 | 850.00 | 3.40 | 850.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | .40 | 100.00 | .40 | 100.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 1.20 | 360.00 | 1.20 | 360.00 |
| CAMILLE T. BOURG, JR. | 155.00 | .90 | 139.50 | .90 | 139.50 |
| SCOTT M. SIGL | 155.00 | 1.60 | 248.00 | 1.60 | 248.00 |
| TOTALS | | 7.90 | 1,817.50 | 7.90 | 1,817.50 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   7
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01


COSTS INCURRED:


05/07/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 05/01/20 -
         NOTICE OF REMOVAL
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #         14.00
         2019-12226

                           TOTAL COSTS:            $414.00

                 COST SUMMARY

   E112   COURT FEES                       414.00
                                    --------------
           TOTAL DISBURSEMENTS            $414.00

                           TOTAL FEES AND COSTS:     $2,231.50

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01


FILE NAME:  POST-PETITION - ED ROE V THE ROMAN CATHOLIC CHURCH OF
            THE ARCHDIOCESE OF NEW ORLEANS



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                        $1,817.50

                    TOTAL COSTS:                         $414.00

                    LESS CREDITS:                          $0.00
                                                      ------------
                    TOTAL CURRENT FEES AND COSTS DUE   $2,231.50

                        TOTAL PRIOR INVOICES DUE:          $0.00
                                                      -----------


                    TOTAL AMOUNT DUE:                  $2,231.50
                                                      ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    9
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01

WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                     ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                     MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                    PHOENIX, AZ (602)366-7889
                   TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


  ***********************************************************************



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
JULY 22, 2020
INVOICE NO.: 1038567
FILE NUMBER: 176118-01


FILE NAME:  POST-PETITION - ED ROE V THE ROMAN CATHOLIC CHURCH OF



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $1,817.50

                    TOTAL COSTS:                     $414.00

                    LESS CREDITS:                      $0.00
                                                 -------------
               TOTAL CURRENT FEES AND COSTS DUE    $2,231.50

                    TOTAL PRIOR INVOICES DUE:         $0.00
                                                 -----------

                    TOTAL AMOUNT DUE:              $2,231.50
                                                 =============


EXHIBIT D

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | May 6, 2020 |
| FILE NO. | 176118-01 | File Title: Ed Roe v. RCCANO | |

| PAYABLE TO: | AMOUNT | $400.00 |
|---|---|---|
| Virginia Gundlach | MAIL CHECK | |
| | RETURN CHECK TO | ☑ |
| | Tana Scoby | |

PAYMENT FOR:
Filing Fees - Notice of Removal
USDC-LAED Tracking #ALAEDC-8284679

NAME
Ginger Gundlach

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9670 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☑ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

### RECEIVED

MAY 06 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Scoby, Tana**

*Ed Roe*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, May 1, 2020 4:13 PM |
| **To:** | Scoby, Tana |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4506289
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8284679
Approval Code: 07309D
Card Number: ************9733
Date/Time: 05/01/2020 05:12:43 ET

NOTE: This is an automated message. Please do not reply

1

48576
176118-01

**EXHIBIT D**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JULY 22, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1038568
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


          RE:  POST-PETITION - FR. KENNETH HAMILTON V. THE ARCHDIOCESE,
          ET AL

               FILE NO. 176384-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FORM ATTORNEY FOR SOCIETY REGARDING JOINT DEFENSE AGREEMENT | .10 | 30.00 |
| 05/03/20 | SAO | B110 | A103 | FINALIZE NOTICE OF SUGGESTION OF BANKRUPTCY. | .20 | 50.00 |
| 05/04/20 | SAO | B190 | A110 | FILE NOTICE OF SUGGESTION OF BANKRUPTCY (0.2); SERVE THE SAME BY EMAIL ON ALL KNOWN COUNSEL FOR PARTIES TO THE PROCEEDING (0.1). | .30 | 75.00 |
| 05/04/20 | SAO | B190 | A105 | EMAIL CORRESPONDENCE WITH MR. LOWENTHAL REGARDING NOTICE OF SUGGESTION OF BANKRUPTCY. | .10 | 25.00 |
| | | | | TOTALS | .70 | $180.00 |

EXHIBIT D

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JULY 22, 2020
INVOICE NO.: 1038568
FILE NUMBER: 176384-01
```

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | .30 | 80.00 | .30 | 80.00 |
| B190 | OTHER CONTESTED MATTERS | .40 | 100.00 | .40 | 100.00 |
| TOTAL ADMINISTRATION | | .70 | 180.00 | .70 | 180.00 |
| | TOTALS | .70 | 180.00 | .70 | 180.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JULY 22, 2020
INVOICE NO.: 1038568
FILE NUMBER: 176384-01


```
                            ----------THIS BILL----------    --CUMULATIVE TOTALS---
ATTORNEY SUMMARY            RATE       HOURS           FEES    HOURS           FEES
                           -----    --------    -----------  --------    -----------
   JOSEPH J LOWENTHAL      300.00        .10          30.00       .10          30.00
   SAMANTHA A. OPPENHEIM   250.00        .60         150.00       .60         150.00
                                    --------    -----------  --------    -----------
                  TOTALS                 .70         180.00       .70         180.00
                                    ========    ===========  ========    ===========
```



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JULY 22, 2020
INVOICE NO.: 1038568
FILE NUMBER: 176384-01


COSTS INCURRED:

06/15/20 COURT RECORD FEES /PACER PACER MAY 2020               1.60

                              TOTAL COSTS:              $1.60

              COST SUMMARY

   E112    COURT FEES                      1.60
                                 ---------------
              TOTAL DISBURSEMENTS          $1.60

                     TOTAL FEES AND COSTS:       $181.60

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    5
JULY 22, 2020
INVOICE NO.: 1038568
FILE NUMBER: 176384-01


FILE NAME:  POST-PETITION - FR. KENNETH HAMILTON V. THE ARCHDIOCESE,
            ET AL


         * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $180.00

                    TOTAL COSTS:                     $1.60

                    LESS CREDITS:                    $0.00
                                                ------------
            TOTAL CURRENT FEES AND COSTS DUE     $181.60

                TOTAL PRIOR INVOICES DUE:          $0.00
                                                -----------


                TOTAL AMOUNT DUE:                $181.60
                                                ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM


EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   6
JULY 22, 2020
INVOICE NO.: 1038568
FILE NUMBER: 176384-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                 BIRMINGHAM, AL (205)244-5200
                  HOUSTON, TX (713)437-1800
                  JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                   MIAMI, FL (305)679-5700
                  MOBILE, AL (251)432-1414
                NEW ORLEANS, LA (504)582-8000
                  NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400



     ******************************************************************



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
JULY 22, 2020
INVOICE NO.: 1038568
FILE NUMBER: 176384-01


FILE NAME:  POST-PETITION - FR. KENNETH HAMILTON V. THE ARCHDIOCESE,


BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



         * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $180.00

                    TOTAL COSTS:                     $1.60

                    LESS CREDITS:                    $0.00
                                                ------------
                    TOTAL CURRENT FEES AND COSTS DUE    $181.60

                    TOTAL PRIOR INVOICES DUE:        $0.00
                                                -----------

                    TOTAL AMOUNT DUE:               $181.60
                                                ============

EXHIBIT D

Case 2020bk10846 Doc 4356854 Filed 02/27/20 Entered 02/27/20 17:05:30 Exhibit D First Interim
Walkers First Application for Late Month Page 480 of 159 426 of 623

1237     48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF AUGUST 26, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL        INVOICE NO. 1042790
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION REORGANIZATION ADVICES

            FILE NO. 176960-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 05/01/20 | EJF | B110 | A108 | MEMOS RE CASH MANAGEMENT MOTION AND INTERIM ORDER (.8); REVIEW ORDERS (.1); CONFERENCE CALLS WITH MS. ZUNIGA RE SAME (.2); MEMOS TO AND FROM MR. MINTZ RE FIRST DAY HEARINGS (.1) | 1.20 | 588.00 |
| 05/01/20 | JJL | B110 | A105 | DISCUSS WITH MARK MINTZ BAR DATE MOTION. | .40 | 120.00 |
| 05/01/20 | JJL | B110 | A106 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MARK MINTZ TO THE CLIENT AND SUSAN ZERINGUE REGARDING  FILING BAR DATE AND REVIEW RESPONSES. | .20 | 60.00 |
| 05/01/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF COUNSEL IN JOHN AND JANE DOE CASE REGARDING SETTLEMENT. | .10 | 30.00 |
| 05/01/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM VANCE REGARDING DETAILED CONVERSATION WITH FORD ELSAESSER REGARDING BANKRUPTCY STATUS. | .20 | 60.00 |



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| 05/01/20 JJL | B110 | A106 | CORRESPONDENCE TO SUSAN ZERINGUE REGARDING CORRESPONDENCE FROM PLAINTIFF'S COUNSEL IN JOHN AND JANE DOE REGARDING CASE STATUS. | .10 | 30.00 |
|---|---|---|---|---|---|
| 05/01/20 JJL | B110 | A108 | READ REPLY FROM THE CLIENT REGARDING ELSAESSER | .10 | 30.00 |
| 05/01/20 RPV | B410 | A108 | INTERVIEW POTENTIAL EXPERT. | 3.00 | 1,470.00 |
| 05/01/20 RPV | B410 | A106 | EMAILS FROM/TO CLIENT AND TEAM REGARDING INTERVIEW OF POTENTIAL EXPERT. | 1.00 | 490.00 |
| 05/01/20 RPV | B230 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING CALLS WITH APOSTATE ENTITIES. | .50 | 245.00 |
| 05/01/20 RPV | B170 | A103 | FILED NOTICE OF APPEARANCE. | .20 | 98.00 |
| 05/01/20 RPV | B310 | A104 | REVIEWED STATUS OF REMOVALS FROM STATE COURT. | .50 | 245.00 |
| 05/01/20 RPV | B210 | A104 | EMAILS FROM MS. ZERINGUE AND MR. MINTZ REGARDING PATIRNO SETTLEMENT FUNDS AND WHITNEY. | .50 | 245.00 |
| 05/01/20 RPV | B210 | A104 | RECEIVED AND REVIEWED NUMEROUS ORDERS ON FILED FIRST DAY MOTIONS. | 1.00 | 490.00 |
| 05/01/20 WGZ | B410 | A106 | CONFERENCE WITH JONES WALKER LITIGATION TEAM REGARDING FIRST DAY FILINGS AND REMOVALS/ CONFERENCE WITH ARCHDIOCESE'S COUNSEL AND PRINCIPALS. | 4.00 | 1,200.00 |
| 05/01/20 JPG | B130 | A103 | WORK ON SCHEDULE OF REAL ESTATE OWNED BY RCCANO AND POPULATE RCCANO PROPERTY REPORT (3.0); REVIEW OF ORLEANS AND JEFFERSON PARISH PROPERTY SEARCHES (3.0); UPDATE REPORTS BASED ON SAME; CORRESPONDENCE REGARDING BANKRUPTCY FILING (.50). | 6.50 | 2,600.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   3
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| 05/01/20 LFA | B110 | A106 | MULTIPLE CORRESPONDENCES WITH MS. ZERINGUE, MR. MINTZ, MR. SELF AND THE CLIENT REGARDING BANKRUPTCY FILINGS AND NEXT STEPS. | 2.50 | 1,000.00 |
| 05/01/20 LFA | B110 | A103 | REVISED AND FINALIZED ORDERS TO SUBMIT TO COURT. | 2.00 | 800.00 |
| 05/01/20 MAM | B110 | A104 | REVIEW OF FIRST DAY PLEADINGS AS FILED (4.8). CONFERENCES AND CORRESPONDENCE REGARDING THE SAME (4.0)). CONFERENCES WITH THE US TRUSTEE REGARDING THE FIRST DAY MOTIONS (1.0). | 9.80 | 3,920.00 |
| 05/01/20 HKT | B410 | A111 | FILED NOTICES OF REMOVAL. | 1.50 | 375.00 |
| 05/01/20 LHS | B190 | A103 | DRAFT VERIFICATION OF ELECTRONIC SIGNATURE. | .90 | 225.00 |
| 05/01/20 LHS | B110 | A104 | REVIEW UPCOMING DEADLINES FOR THE CASE, | 1.10 | 275.00 |
| 05/01/20 LHS | B190 | A102 | REVIEW LOCAL RULES FOR AGENDA OF HEARING. | .60 | 150.00 |
| 05/01/20 LHS | B190 | A103 | DRAFT AGENDA OF HEARING FOR FIRST DAY MOTIONS. | 1.40 | 350.00 |
| 05/01/20 VWG | B110 | A105 | OVERSEEING AND COMMUNICATING WITH ASSISTANTS REGARDING THE FILING AND SERVICE OF NOTICES OF REMOVAL IN CONNECTION WITH 14 CASES REMOVED FROM STATE TO FEDERAL COURT. | 8.00 | 2,400.00 |
| 05/01/20 GMS | B110 | A103 | CONVERT COMPOSITE PLEADINGS TO PDF AND UNITIZE SAME BY PLEADING DOCUMENT (1.1); REVISE SELECTED MEMORANDUM IN SUPPORT AND CONVERT AND EXTRACT AND REPLACE ORIGINAL PDF COPIES (2.0). | 3.10 | 527.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/02/20 EJF | B110 | A103 | REVIEW SUGGESTED CHANGES TO INTERIM CASH MANAGEMENT ORDER (.3); MEMOS TO AND FROM MR. MINTZ RE SAME (.8); MEMOS TO AND FROM MS. LANGSTON RE SAME (.1); PREPARE FOR FIRST DAY HEARINGS (.8); CONFERENCE WITH MR. MINTZ RE CASH MANAGEMENT ISSUES (.1); | 2.10 | 1,029.00 |
| 05/02/20 RPV | B410 | A108 | INTERVIEW POTENTIAL EXPERT. | 2.50 | 1,225.00 |
| 05/02/20 RPV | B110 | A104 | RECEIVED AND REVIEWED MEDIA COVERAGE (.2); EMAIL FROM MR. KEARNEY REGARDING SAME (.3). | .50 | 245.00 |
| 05/02/20 RPV | B230 | A102 | REVIEWED RESEARCH REGARDING PPP LOANS AND DISPUTES. | 1.00 | 490.00 |
| 05/02/20 RPV | B190 | A106 | EMAIL FROM/TO AND TELEPHONE CONVERSATION WITH THE CLIENT REGARDING STATE COURT LEGAL ISSUE. | .50 | 245.00 |
| 05/02/20 RPV | B230 | A104 | REVIEWED CASH MANAGEMENT PROPOSAL AND EMAILS FROM MS. FUTRELL AND MR. MINTZ REGARDING SAME. | .50 | 245.00 |
| 05/02/20 JPG | B250 | A103 | CONTINUED PREPARATION OF SCHEDULES OF REAL ESTATE OWNED BY RCCANO. | 2.00 | 800.00 |
| 05/02/20 MAM | B110 | A104 | WORK ON FIRST DAY MOTION HEARING INFORMATION (3.50). CONFERENCE WITH MR. VANCE AND MR. ELSONAER (2.0) REGARDING STRATEGY. | 5.50 | 2,200.00 |
| 05/02/20 SAO | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS  ARGUMENT RE ABUSE CLAIMS. | .50 | 125.00 |
| 05/02/20 M F | B110 | A104 | REVIEWED TRAVELERS UPDATED RESERVATION OF RIGHTS LETTER AND ELECTRONIC MEMO TO J. LOWENTHAL REGARDING INITIAL IMPRESSIONS OF CERTAIN OF THE ENUMERATED RESERVATIONS | .50 | 150.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/03/20 | EJF | B110 | A103 | REVIEW SUGGESTED CHANGES TO INTERIM CASH MANAGEMENT ORDER AND INTERIM INSURANCE MOTION. | .80 | 392.00 |
| 05/03/20 | EJF | B110 | A106 | CONFERENCE CALLS WITH MR. MINTZ REGARDING FIRST DAY HEARINGS. | .30 | 147.00 |
| 05/03/20 | EJF | B110 | A104 | PREPARE FOR FIRST DAY HEARINGS. | 3.20 | 1,568.00 |
| 05/03/20 | EJF | B110 | A106 | CONFERENCE CALLS WITH MS. ZUNIGA RE FIRST DAY ISSUES. | .80 | 392.00 |
| 05/03/20 | JJL | B110 | A105 | TELEPHONE CALL FROM MINTZ REGARDING "APPEARANCE" OF DENENEA GROUP LAWYERS AND STRATEGY, INCLUDING DISCUSSIONS REGARDING OBJECTIONS TO FIRST DAY MOTIONS. | .30 | 90.00 |
| 05/03/20 | RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING NOTICE OF APPEARANCE, AGENDA, TORT CLAIMANTS' ISSUES AND RELATED MATTERS. | .70 | 343.00 |
| 05/03/20 | RPV | B110 | A104 | EMAILS REGARDING HEARING AGENDA. | .20 | 98.00 |
| 05/03/20 | RPV | B110 | A108 | EMAIL FROM MR. RUBIN REGARDING HIS REPRESENTATION. | .10 | 49.00 |
| 05/03/20 | RPV | B210 | A105 | REVIEWED OBJECTIONS TO FIRST DAY MOTIONS WITH MR. MINTZ. | 1.00 | 490.00 |
| 05/03/20 | RPV | B190 | A102 | RESEARCH REGARDING LEGAL ISSUES IN OTHER DIOCESEAN CASES THAT MIGHT AFFECT THIS CASE. | 2.50 | 1,225.00 |
| 05/03/20 | LFA | B110 | A104 | REVISED AGENDA FOR FIRST DAY HEARINGS. | .40 | 160.00 |
| 05/03/20 | LFA | B110 | A108 | MULTIPLE CORRESPONDENCES WITH TRUSTEE'S OFFICE REGARDING FIRST DAY MOTIONS. | .40 | 160.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/03/20 LFA | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS FIRST DAY HEARING. | .40 | 160.00 |
| 05/03/20 MAM | B110 | A104 | WORK ON FIRST DAY MOTION HEARINGS (4.50); CONFERENCE WITH MS. FUTRELL REGARDING THE SAME (1.1); CONFERENCE WITH MS. BERGERON REGARDING THE SAME (.5); CORRESPONDENCE WITH MR. BOLDISSAR REGARDING PROPOSED EDITS TO FIRST DAY ORDERS (.5); CONFERENCE WITH R. VANCE REGARDING RESPONSES TO PROPOSED EDITS (1.0). | 7.60 | 3,040.00 |
| 05/03/20 LHS | B190 | A102 | RESEARCH DEBTOR GIVING LOANS TO PARISHES IN THE ORDINARY COURSE OF BUSINESS. | 3.10 | 775.00 |
| 05/04/20 EJF | B110 | A103 | CONTINUE REVIEW OF PROPOSED CHANGES (.7), DRAFTING PROPOSED ADDITIONS (1.8),CIRCULATING MEMOS REGARDING THE SAME (.3). | 2.80 | 1,372.00 |
| 05/04/20 EJF | B110 | A106 | MEETING WITH CLIENT RE FIRST DAY HEARINGS. | .50 | 245.00 |
| 05/04/20 EJF | B110 | A101 | PREPARE FOR FIRST DAY HEARINGS. | 1.80 | 882.00 |
| 05/04/20 EJF | B110 | A109 | ATTEND FIRST DAY HEARINGS. | 4.50 | 2,205.00 |
| 05/04/20 EJF | B110 | A103 | REVISED ORDERS; MEMOS REGARDING THE SAME. | 1.30 | 637.00 |
| 05/04/20 EJF | B110 | A107 | CONFERENCE CALL WITH MR. RUBIN. | .30 | 147.00 |
| 05/04/20 JJL | B110 | A105 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MARK MINTZ WITH OBJECTIONS BY TRAHANT AND DENENEA GROUP. | .10 | 30.00 |
| 05/04/20 JJL | B110 | A105 | REVIEWED OBJECTIONS BY TRAHANT AND DENENEA GROUP, INCLUDING NOTICE MOTION. | .70 | 210.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    7
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/04/20 JJL | B110 | A107 | READ CORRESPONDENCE FROM BORDELON WITH QUESTION REGARDING REMOVED CASES. | .10 | 30.00 |
| 05/04/20 JJL | B110 | A105 | REVIEWED MINTZ TALKING POINTS. | .10 | 30.00 |
| 05/04/20 JJL | B110 | A108 | REVIEWED CORRESPONDENCE FROM TREY PAULSEN REGARDING REMOVAL STATUS. | .10 | 30.00 |
| 05/04/20 JJL | B110 | A108 | REVIEWED EXHIBIT "A", LETTER FROM SOREN GISLESON TO ALL STAKEHOLDERS. | .20 | 60.00 |
| 05/04/20 JRT | B120 | A104 | ASSIST WITH WORK ON REMOVAL AND LEGAL THEORIES REGARDING SAME AND ASSIST MS. FISCHER WITH SAME. | 1.50 | 450.00 |
| 05/04/20 RPV | B310 | A108 | TELEPHONE CALL FROM SEWERAGE AND WATER BOARD REGARDING ACCOUNTS. | .30 | 147.00 |
| 05/04/20 RPV | B310 | A105 | OFFICE CONFERENCE WITH MS. LAURA ASHLEY REGARDING SEWERAGE AND WATER BOARD ACCOUNTS. | .10 | 49.00 |
| 05/04/20 RPV | B190 | A109 | COURT HEARING FOR FIRST DAY MOTIONS. | 2.50 | 1,225.00 |
| 05/04/20 RPV | B210 | A104 | REVIEWED OBJECTIONS TO FIRST DAY MOTION AND PREPARING FOR HEARING ON MOTIONS. | 2.10 | 1,029.00 |
| 05/04/20 RPV | B230 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING VARIOUS ISSUES AFFECTING HIS CLIENTS RIGHTS AND CLAIMS. | .50 | 245.00 |
| 05/04/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. ZERINGUE REGARDING FIRST DAY MOTION ISSUES. | .30 | 147.00 |
| 05/04/20 RPV | B410 | A106 | MEMORANDUM TO CLIENT AND JW TEAM REGARDING FIRST DAY MOTION HEARING AND FOLLOW UP PROJECTS. | .80 | 392.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/04/20 RPV | B230 | A107 | EMAIL FROM AND TO MR. WHEELER REGARDING CALL FROM BOND HOLDER. | .20 | 98.00 |
| 05/04/20 RPV | B230 | A105 | POST FIRST DAY MOTION HEARING CONFERENCES WITH JW TEAM REGARDING EMAILS, DOCUMENTS AND DRAFT ORDERS FOR INSURANCE, DONLIN EMPLOYMENT, BUDGET, CASH COLLATERAL AND CASH MANAGEMENT PLEADINGS. | 2.30 | 1,127.00 |
| 05/04/20 RPV | B150 | A105 | EMAILS FROM/TO JW TEAM REGARDING FORMATION OF UCC. | .30 | 147.00 |
| 05/04/20 RPV | B230 | A105 | EMAIL FROM/TO MS. FUTRELL REGARDING CALL FROM BONDHOLDER. | .10 | 49.00 |
| 05/04/20 RPV | B310 | A106 | EMAIL FROM/TO MS. ZERINGUE REGARDING STATE COURT LEGAL ISSUES. | .10 | 49.00 |
| 05/04/20 RPV | B110 | A106 | EMAIL FROM/TO MS. ZERINGUE REGARDING FIRST DAY MOTION HEARING. | .10 | 49.00 |
| 05/04/20 RPV | B110 | A104 | RECEIVED AND REVIEWED NOTICES OF APPEARANCE BY MULTIPLE VARIOUS PARTIES | .50 | 245.00 |
| 05/04/20 RPV | B310 | A106 | REVIEWED CLAIM ANALYSIS AND EMAILS FROM/TO MS. ZERINGUE REGARDING CLAIM ISSUES WITH CREDITOR. | 1.30 | 637.00 |
| 05/04/20 WGZ | B410 | A106 | EMAILS WITH ARCHDIOCESE AND JW TEAM REGARDING STRATEGY FOR FIRST DAY MOTIONS. | .50 | 150.00 |
| 05/04/20 WGZ | B410 | A106 | EMAILS REGARDING REVIEW APPEARANCES OF COUNSEL. | .40 | 120.00 |
| 05/04/20 WGZ | B410 | A104 | REVIEW DOCUMENTS AND EXHIBITS FILED IN OPPOSITION TO FIRST DAY MOTIONS. | .90 | 270.00 |
| 05/04/20 WGZ | B410 | A104 | ANALYSIS OF REDLINE EDITS SUBMITTED WITH OPPOSITIONS. | .50 | 150.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/04/20 WGZ | B410 | A106 | PARTICIPATE IN CONFERENCE CALL WITH ARCHDIOCESE REPRESENTATIVES. | .60 | 180.00 |
| 05/04/20 WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING OBJECTIONS PRESENTED WITH RESPECT TO FIRST DAY MOTIONS. | .60 | 180.00 |
| 05/04/20 WGZ | B410 | A109 | ATTENDANCE AT TELEPHONE CONFERENCE OF FIRST DAY MOTIONS. | 1.80 | 540.00 |
| 05/04/20 WGZ | B410 | A106 | POST-MOTION MEETING WITH ARCHDIOCESE REPRESENTATIVES. | .90 | 270.00 |
| 05/04/20 WGZ | B410 | A108 | NUMEROUS EMAILS FROM COURTS REGARDING REMOVALS AND FILINGS IN FEDERAL COURT. | .50 | 150.00 |
| 05/04/20 WGZ | B410 | A105 | COORDINATING SERVICE OF REMOVALS. | .30 | 90.00 |
| 05/04/20 WGZ | B410 | A104 | STRATEGY FOR CLAIMS VALUATION AND PRESCRIPTION ISSUES. | .80 | 240.00 |
| 05/04/20 JPG | B120 | A104 | REVIEW OF MARKET AREA ANALYSES FROM MR. MCENERY. | .50 | 200.00 |
| 05/04/20 LFA | B110 | A101 | PREPARED FOR FIRST DAY HEARINGS. | 2.00 | 800.00 |
| 05/04/20 LFA | B110 | A109 | ATTENDED FIRST DAY HEARINGS FOR FIRST DAY FILINGS. | 3.50 | 1,400.00 |
| 05/04/20 LFA | B110 | A103 | REVISED AND FINALIZED INTERIM ORDERS TO UPLOAD TO THE COURT. | 2.00 | 800.00 |
| 05/04/20 MAM | B110 | A109 | APPEAR FOR AND ATTEND FIRST DAY HEARINGS. | 2.50 | 1,000.00 |
| 05/04/20 MAM | B110 | A101 | FINALIZE DOCUMENTS FOR FIRST DAY PLEADINGS (1.0); REVISE THE SAME (2.5).  CONFERENCE WITH CLIENT REGARDING THE SAME.  (1.0).  CONFERENCE WITH MR. BOLDISSAR REGARDING PLEADINGS.  (1.5). CONFERENCE WITH MR. DRAPER REGARDING THE SAME. (.5). CONFERENCE WITH | 7.50 | 3,000.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   10
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|            |       |      |      | MS. GEORGE REGARDING THE SAME (.5) CONFERENCE WITH MR. WAGUESPACK REGARDING THE SAME (.5). |      |          |
|------------|-------|------|------|---|------|----------|
| 05/04/20 | HKT | B410 | A111 | PREPARED AND FILED REMOVAL PLEADINGS TRANSFERRING ABUSE CASES FROM CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS TO FEDERAL COURT IN THE EASTERN DISTRICT OF LOUISIANA. | 1.00 | 250.00 |
| 05/04/20 | LHS | B190 | A102 | RESEARCH GROUNDS FOR DISMISSING BANKRUPTCY PETITION. | 2.50 | 625.00 |
| 05/04/20 | LHS | B190 | A102 | RESEARCH CASES INVOLVING CHURCH LOAN PROGRAMS POST-PETITION. | 2.30 | 575.00 |
| 05/04/20 | LHS | B190 | A104 | REVIEW COMPLEX CASE PROCEDURES. | .20 | 50.00 |
| 05/04/20 | LHS | B130 | A104 | CREATE LIST OF UTILITY ACCOUNTS. | .40 | 100.00 |
| 05/04/20 | M F | B310 | A102 | RESEARCH AND ANALYZE AUTHORITIES ON PRESCRIPTION DEFENSE OF CONTRA NON VALENTUM. | 4.60 | 1,380.00 |
| 05/04/20 | VWG | B110 | A105 | MONITORING AND COORDINATING REMOVAL OF CASES, SERVICES AND FILING NOTICES OF REMOVAL IN STATE COURT CASES. | 7.00 | 2,100.00 |
| 05/04/20 | CTB | B190 | A110 | REVIEW AND PREPARE REMOVAL NOTICE AND EXHIBIT FOR ELECTRONIC SUBMISSION TO CLERK OF COURT FOR THE PARISH OF ORLEANS RE NEAL ALAN POLLET. | .40 | 68.00 |
| 05/05/20 | EJF | B110 | A103 | MEMOS TO AND FROM MR. MINTZ REGARDING CASH COLLATERAL ISSUES. | .20 | 98.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  11
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/05/20 EJF | B110 | A103 | ADDITIONAL REVISIONS TO ORDERS. | 1.80 | 882.00 |
|---|---|---|---|---|---|
| 05/05/20 EJF | B110 | A107 | MEMOS TO AND FROM MR. BOLDIOSSAR RE INTERIM CASH MANAGEMENT AND INSURANCE ORDERS (.8); MEMOS TO AND FROM MR. RUBIN RE INTERIM CASH MANAGEMENT ORDER (.1); TELEPHONE FROM AND MEMOS TO AND FROM MR. WAUGESPACK RE INTERIM CASH MANAGEMENT ORDER (.1); MEMOS TO AND FROM MS. LANGSTON RE INTERIM CASH MANAGEMENT ORDER (.2); MEMOS TO VARIOUS COUNSEL RE CHANGES TO THE SAME (.1); TELEPHONE CALL WITH MR. DRAPER RE SAME (.3); MEMO TO CHAMBERS RE SAME (.1); | 1.70 | 833.00 |
| 05/05/20 JJL | B110 | A108 | CORRESPONDENCE TO RICHARD BORDELON RESPONDING TO REQUEST FOR INFORMATION. | .10 | 30.00 |
| 05/05/20 JJL | B110 | A108 | CONFERENCE CALL WITH RICHARD BORDELON AND WAYNE ZERINGUE REGARDING NEXT STEPS. | .30 | 90.00 |
| 05/05/20 JJL | B110 | A108 | REVIEWED CORRESPONDENCE FROM FATHER SEILER. | .10 | 30.00 |
| 05/05/20 JJL | B110 | A108 | RECEIVED CALL FROM EASTERN DISTRICT OF LOUISIANA REGARDING FILING IN BOB ROE. | .10 | 30.00 |
| 05/05/20 JRT | B190 | A101 | WORK WITH FISCHER ON STRATEGY TO PRESENT LEGAL DEFENSES TO JUDGE IN BANKRUPTCY COURT. | 1.50 | 450.00 |
| 05/05/20 RPV | B110 | A108 | EMAILS FROM/TO JUDGE'S CLERK REGARDING ORDERS. | .30 | 147.00 |
| 05/05/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MS.OPPENHEIM REGARDING REMOVED CASES AND REVIEWED ASSIGNMENTS OF CASE. | .30 | 147.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   12
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/05/20 RPV   B190   A105   OFFICE CONFERENCE AND EMAIL          .20       98.00
                             FROM/TO MS. FUTRELL REGARDING
                             CALL WITH BOND HOLDER.

05/05/20 RPV   B310   A107   TELEPHONE CONVERSATION WITH          .50      245.00
                             MR. CAPITELLI REGARDING
                             CREDITOR CLAIM.

05/05/20 RPV   B210   A108   TELEPHONE CONVERSATION WITH          .70      343.00
                             MR. DRAPER ET AL REGARDING
                             VARIOUS MATTERS INCLUDING
                             FIRST DAY MOTION HEARING AND
                             RELATED ISSUES.

05/05/20 RPV   B210   A105   SEVERAL TELEPHONE                   2.00      980.00
                             CONVERSATIONS WITH MR. MINTZ
                             TO REVIEW DOCUMENTS AND
                             PROPOSED ORDERS REGARDING
                             INSURANCE, CASH
                             MANAGEMENT,CASH COLLATERAL,
                             BUDGET, EMPLOYMENT,
                             UTILITIES, FILING UNDER SEAL
                             AND RELATED MATTERS.

05/05/20 RPV   B410   A106   TELEPHONE CONVERSATION WITH          .80      392.00
                             AND EMAIL FROM/TO THE CLIENT
                             AND MS. ZERINGUE REGARDING
                             FIRST DAY MOTION HEARING AND
                             RELATED LEGAL ISSUES.

05/05/20 RPV   B210   A108   TELEPHONE CONVERSATIONS WITH        1.20      588.00
                             MR. DRAPER REGARDING STATUS
                             OF FIRST DAY ORDERS AND
                             RELATED LEGAL ISSUES.

05/05/20 RPV   B110   A106   TELEPHONE CONVERSATION WITH          .80      392.00
                             AND EMAIL FROM/TO MS.
                             ZERINGUE AND THE CLIENT
                             REGARDING VARIOUS MATTERS
                             INCLUDING THE STATUS OF COURT
                             ORDERS, INQUIRY FROM THE
                             PRESS AND SCHEDULES

05/05/20 SAL   B420   A104   CONFERENCE REGARDING LOAN            .20       80.00
                             MATTERS.

05/05/20 WGZ   B410   A105   EMAILS WITH G. GUNDLACH             .50      150.00
                             REGARDING SERVICE OF NOTICES.

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   13
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/05/20 | WGZ | B410 | A106 | TELEPHONE CALLS WITH ARCHDIOCESE'S GENERAL COUNSEL REGARDING MEDIA REQUEST FOR INFORMATION. | .80 | 240.00 |
| 05/05/20 | WGZ | B410 | A104 | REVIEW FILE REGARDING DISCOVERY RESPONSES. | .50 | 150.00 |
| 05/05/20 | WGZ | B410 | A104 | ANALYSIS OF PREVIOUSLY FILED MOTIONS IN CIIVL DISTRICTCOURT REGARDING PUBLIC RELATIONS ISSUE. | 1.00 | 300.00 |
| 05/05/20 | WGZ | B410 | A106 | CONFERENCES WITH ARCHDIOCESE'S GENERAL COUNSEL. | .50 | 150.00 |
| 05/05/20 | WGZ | B410 | A102 | ANALYSIS OF RESEARCH REGARDING PRESCRIPTION. | .60 | 180.00 |
| 05/05/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH M. FISCHER. | .30 | 90.00 |
| 05/05/20 | WGZ | B410 | A105 | EMAILS REGARDING COURT NOTICES OF REMOVALS OF PROCEEDINGS FROM CIVIL DISTRICT COURT TO FEDERAL COURT IN NUMEROUS MATTERS. | .60 | 180.00 |
| 05/05/20 | WGZ | B410 | A105 | EMAILS WITH M. MINTZ REGARDING BANKRUPTCY RULES RELATED TO EMPLOYMENT APPLICATIONS. | .50 | 150.00 |
| 05/05/20 | LFA | B110 | A103 | CONTINUED REVISING AND FINALIZING INTERIM ORDERS. | 2.50 | 1,000.00 |
| 05/05/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING EMPLOYMENT APPLICATIONS AND OCP MOTION. | 4.00 | 1,600.00 |
| 05/05/20 | LFA | B110 | A105 | MULTIPLE CORRESPONDENCES WITH MR. MINTZ AND MS. FUTRELL REGARDING ORDERS, FILINGS, AND EMPLOYMENT APPLICATIONS. | .80 | 320.00 |
| 05/05/20 | MAM | B110 | A109 | APPEAR AT CONTINUED HEARING ON FIRST DAY MOTIONS AND ARGUE AT THE SAME. | .50 | 200.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   14
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/05/20 | MAM | B110 | A101 | REVISE AND EDIT FIRST DAY ORDERS (5.20). COMMUNICATION WITH MR. BOLDISSAR (1.2), MR. WAGUESPACK (.8), CLIENT REPRESENTATIVES (1.4) AND INTERNALLY (1.3), AND UNITED STATES TRUSTEE (.4) REGARDING THE SAME. | 10.30 | 4,120.00 |
| 05/05/20 | HKT | B410 | A111 | PREPARED AND FILED REMOVAL PLEADINGS TRANSFERRING ABUSE CASES FROM CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS TO FEDERAL COURT INT HE EASTERN DISTRICT OF LOUISIANA. | 1.00 | 250.00 |
| 05/05/20 | LHS | B130 | A104 | REVISE APPLICATION TO EMPLOY DONLIN RECANO. | .20 | 50.00 |
| 05/05/20 | LHS | B110 | A103 | UPDATE POTENTIAL PARTIES IN INTEREST LIST. | 1.20 | 300.00 |
| 05/05/20 | LHS | B110 | A104 | REVIEW CONFLICTS CHECKS TO ASSIST WITH PARTY IN INTEREST LIST. | .60 | 150.00 |
| 05/05/20 | LHS | B190 | A102 | RESEARCH GROUNDS FOR DISMISSING BANKRUPTCY PETITION. | 2.80 | 700.00 |
| 05/05/20 | M F | B310 | A102 | CONTINUED RESEARCH ON PRESCRIPTION. | 4.30 | 1,290.00 |
| 05/05/20 | VWG | B110 | A105 | MONITORING AND COORDINATING REMOVAL OF CASES, SERVICES AND FILING NOTICES OF REMOVAL IN STATE COURT CASES. | 3.00 | 900.00 |
| 05/05/20 | CTB | B190 | A110 | REVIEW DOCKET AND PREPARE CONFIRMATIONS OF SUBMISSION TO STATE COURT (.5). CONTACT ORLEANS PARISH CLERK OF COURT TO CONFIRM PROCEDURE, DURING LOCK DOWN, FOR FILING SEALED DOCUMENTS (.5). DRAFT EMAIL TO A KINGSMILL RE FILING SEALED DOCUMENTS (.5). | 1.50 | 255.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   15
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/05/20 GMS | B140 | A101 | PREPARE SEALED DOCUMENTS FOR FILLING. | 2.00 | 340.00 |
|---|---|---|---|---|---|
| 05/06/20 EJF | B150 | A107 | CONFERENCE CALL WITH MR. RUBIN. | .30 | 147.00 |
| 05/06/20 EJF | B150 | A107 | CONFERENCE CALL WITH COUNSEL FOR CREDITOR RE STATUS OF CASE. | .50 | 245.00 |
| 05/06/20 EJF | B210 | A103 | REVISE MEMO RE DEPOSIT ISSUES. | .20 | 98.00 |
| 05/06/20 EJF | B210 | A106 | REVIEW MEMOS RE CASH MANAGEMENT RELATED ISSUES (.5); MEMOS AND FROM CLIENT RE RECENT DEVELOPMENTS IN CASE (.1). | .60 | 294.00 |
| 05/06/20 EJF | B210 | A106 | CONFERENCE CALL WITH THE CLIENT REGARDING CASH MANAGEMENT ISSUES (.3); REVIEW MEMO FROM THE CLIENT AND DRAFT RESPONSES TO THE SAME (.8). | 1.10 | 539.00 |
| 05/06/20 EJF | B110 | A105 | MEMOS TO MR. MINTZ AND MR. VANCE RE SAME (.1). | .10 | 49.00 |
| 05/06/20 EJF | B210 | A102 | RESEARCH ADDITIONAL CASH MANAGEMENT ISSUE. | 1.80 | 882.00 |
| 05/06/20 EJF | B110 | A105 | REVIEW AND SEND EMAILS RE IDI ISSUES. | .20 | 98.00 |
| 05/06/20 EJF | B210 | A102 | RESEARCH ISSUES RELATED TO INSURED CLAIMS. | 1.10 | 539.00 |
| 05/06/20 JJL | B110 | A105 | DISCUSS WITH MARK MINTZ STRATEGIC ISSUES RELATED TO PRESCRIPTION DEFENSE, DISCOVERY AND DECLARATORY JUDGMENT ACTION. | 1.30 | 390.00 |
| 05/06/20 JJL | B110 | A106 | READ CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING CALAMARI PENSION INFORMATION IN PAPER. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  16
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/06/20 JRT   B190  A105   INTERNAL DISCUSSION REGARDING     1.20        360.00
                           STRATEGY.

05/06/20 RPV   B410  A106   EMAILS FROM MS. ZERINGUE AND       .50        245.00
                           OTHERS REGARDING LAW FIRM
                           ADVERTISEMENTS CONCERNING
                           BANKRUPTCY AND REVIEWED SAME.

05/06/20 RPV   B190  A105   EMAILS FROM AND TO                 .20         98.00
                           MS.OPPENHEIM REGARDING STATUS
                           OF REMOVED CASES AND ASSIGNED
                           JUDGES.

05/06/20 RPV   B410  A106   TELEPHONE CONVERSATION WITH        .50        245.00
                           AND EMAILS FROM AND TO MS,
                           ZERINGUE REGARDING BOARD
                           MEETINGS.

05/06/20 RPV   B230  A104   RECEIVED AND REVIEWED CASH         .20         98.00
                           COLLATERAL ORDER.

05/06/20 RPV   B230  A104   EMAILS FROM MS. FUTRELL, MS.       .20         98.00
                           MOSKOWITZ AND MR. MINTZ
                           REGARDING CASH COLLATERAL
                           ORDER.

05/06/20 RPV   B210  A104   RECEIVED AND REVIEWED INTERIM      .20         98.00
                           CASH MANAGEMENT ACCOUNT ORDER.

05/06/20 RPV   B410  A106   TELEPHONE CONVERSATION WITH        .50        245.00
                           MS. ZERINGUE REGARDING
                           INTERIM CASH MANAGEMENT
                           ACCOUNT ORDER AND REVIEWED
                           EMAILS REGARDING SAME.

05/06/20 RPV   B410  A104   NUMEROUS EMAILS FROM MR.           .30        147.00
                           MINTZ AND MS. ZUNIGA
                           REGARDING INITIAL
                           DOCUMENTS/INFORMATION THAT
                           MUST BE FORWARDED TO US
                           TRUSTEE.

05/06/20 RPV   B110  A104   RECEIVED AND REVIEWED MEDIA        .50        245.00
                           COVERAGE REPORT.

05/06/20 RPV   B310  A106   TELEPHONE CONFERENCES WITH        1.00        490.00
                           AND EMAILS FROM AND MS.
                           ZERINGUE REGARDING RETIRED
                           PRIESTS PENSIONS AND EXPENSES.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   17
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


05/06/20 RPV   B210  A104   RECEIVED AND REVIEWED INTERIM          .10        49.00
                           ORDER APPOINTING DONLIN,
                           RECANO & COMPANY, INC. AS
                           CLAIMS AND NOTICING AGENT FOR
                           THE DEBTOR.

05/06/20 RPV   B310  A104   EMAILS FROM MS. FUTRELL AND            .20        98.00
                           MS. ZERINGUE REGARDING STATUS
                           OF RESIGNATION OF HANCOCK AS
                           TRUSTEE AND POSSIBLE
                           REPLACEMENT.

05/06/20 RPV   B230  A106   TELEPHONE CONVERSATION WITH            .50       245.00
                           AND EMAILS FROM AND TO THE
                           CLIENT REGARDING DEPOSIT AND
                           LOAN FUND.

05/06/20 RPV   B210  A104   REVIEWED REVISIONS REGARDING          .10        49.00
                           DONLIN RECANO ORDER.

05/06/20 RPV   B210  A104   EMAILS FROM MS. ASHLEY AND            .20        98.00
                           BOLDISSAR REGARDING REVISIONS
                           TO DONLIN RECANO ORDER.

05/06/20 RPV   B410  A105   TELEPHONE CONVERSATIONS WITH          .80       392.00
                           MR. MINTZ REGARDING VARIOUS
                           ISSUES INCLUDING SCHEDULES,
                           SOFA, INITIAL DEBTOR'S
                           MEETING WITH UST, PAYMENTS TO
                           CREDITORS, FIRST DAY ORDERS,
                           UCC, PLANNING AND RELATED
                           ISSUES.

05/06/20 RPV   B410  A108   TELEPHONE CONVERSATIONS WITH          .80       392.00
                           MR. DRAPER REGARDING BANK
                           ACCOUNTS, CORPORATE STATUS OF
                           NON-DEBTOR CATHOLIC ENTITIES
                           AND RELATED MATTERS.

05/06/20 WGZ   B410  A105   EMAILS WITH LITIGATION TEAM           .40       120.00
                           REGARDING PRESCRIPTION ISSUES.

05/06/20 LFA   B110  A108   CALLS WITH UTILITY COMPANIES          .60       240.00
                           REGARDING UTILITY MOTION AND
                           NEXT STEPS.

05/06/20 MAM   B310  A103   REVISE AND EDIT FINAL ORDERS.        3.50     1,400.00

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  18
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/20 MAM | B310 | A101 | RESEARCH REGARDING CLAIMS ISSUES (1.5); COMMUNICATION WITH CLIENT REGARDING THE SAME (.90). | 2.40 | 960.00 |
| 05/06/20 LHS | B110 | A108 | CALL THE CLERK OF COURT REGARDING DECLARATION OF ELECTRONIC FILING (0.1); EMAIL MR. MINTZ AND MS. ASHLEY REGARDING SAME (0.2). | .30 | 75.00 |
| 05/06/20 SAO | B410 | A101 | REVIEW RESEARCH MEMOS TO PREPARE FOR MEETING REGARDING PRESCRIPTION. | 1.70 | 425.00 |
| 05/06/20 SAO | B190 | A103 | DRAFT CONSOLIDATED SUMMARY OF PRESCRIPTION ARGUMENTS FOR MR. MINTZ. | 1.80 | 450.00 |
| 05/06/20 M F | B310 | A102 | CONTINUED RESEARCH ON BEST ARGUMENTS FOR PRESCRIPTION. | 2.30 | 690.00 |
| 05/06/20 VWG | B110 | A105 | ORGANIZING POST-PETITION REMOVAL MANAGEMENT. | 3.00 | 900.00 |
| 05/07/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CASE ADMINISTRATION AND SCHEDULE. | .30 | 90.00 |
| 05/07/20 EJF | B320 | A103 | WORK ON DRAFT OF DISCLOSURE STATEMENT. | 3.50 | 1,715.00 |
| 05/07/20 EJF | B210 | A106 | MEMO REGARDING INSURANCE CLAIMS UNDER INTERIM ORDER. | .30 | 147.00 |
| 05/07/20 EJF | B110 | A107 | MEMOS RE UTILITY ISSUES. | .10 | 49.00 |
| 05/07/20 EJF | B110 | A105 | MEMOS REGARDING 2017 BOND CLAIM. | .40 | 196.00 |
| 05/07/20 JJL | B310 | A105 | CONFERENCE CALL WITH MARK MINTZ AND PAT VANCE TO DISCUSS LITIGATION STRATEGY AND ISSUE OF PRESCRIPTION. | .80 | 240.00 |
| 05/07/20 JJL | B110 | A108 | READ CORRESPONDENCE FROM SOREN GISLESON REGARDING PAYMENTS TO PRIESTS. | .20 | 60.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   19
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/07/20 JJL | B110 | A106 | READ RESPONSE FROM SUSAN ZERINGUE ABOUT RESPONSE TO PLAINTIFF ATTORNEY. | .10 | 30.00 |
| 05/07/20 JJL | B310 | A105 | CALL WITH MARK MINTZ REGARDING PLAINTIFF'S DEMANDS REGARDING PRIESTS PENSION PAYMENTS. | .30 | 90.00 |
| 05/07/20 JJL | B110 | A106 | TELEPHONE CALL FROM STACIE BROWNELL REGARDING CONVERSATION WITH PLAINTIFF COUNSEL. | .20 | 60.00 |
| 05/07/20 RPV | B410 | A105 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING SCHEDULES, D&L ACCOUNT AND RELATED MATTERS. | .50 | 245.00 |
| 05/07/20 RPV | B410 | A105 | EMAILS TO AND FROM MR. MINTZ REGARDING PAYMENT QUESTIONS FROM CLIENT. | .40 | 196.00 |
| 05/07/20 RPV | B410 | A104 | RECEIVED AND REVIEWED ANO DEPOSIT AND LOAN FUND POLICIES. | .60 | 294.00 |
| 05/07/20 RPV | B120 | A104 | RECEIVED AND REVIEWED DONATION DOCUMENTS. | .60 | 294.00 |
| 05/07/20 RPV | B190 | A104 | RECEIVED AND REVIEWED REMOVAL DOCUMENTS FOR BRAD ROE MATTER. | .30 | 147.00 |
| 05/07/20 RPV | B190 | A105 | EMAILS FROM AND TO MS. GUNDLACH, MS. OPPENHEIM AND MR. MINTZ REGARDING BRAD ROE REMOVAL DOCUMENTS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME. | .60 | 294.00 |
| 05/07/20 RPV | B310 | A105 | EMAIL FROM MS. ZERINGUE CONCERNING LETTER FROM ORILLION LEVENSKY CONCERNING CLAIM. | .20 | 98.00 |
| 05/07/20 RPV | B160 | A102 | RESEARCH REGARDING UCC FEE ISSUES. | .80 | 392.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   20
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/07/20 | RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING VARIOUS MATTERS INCLUDING D AND L ACCOUNT AND CORPORATE ISSUES. | .50 | 245.00 |
| 05/07/20 | RPV | B190 | A105 | TELEPHONE CONVERSATIONS WITH JW TEAM ( MINTZ, LOWENTHAL, FISCHER, OPPENHEIM AND ZERINGUE) REGARDING LEGAL ISSUES REGARDING CERTAIN CLAIMS. | 1.00 | 490.00 |
| 05/07/20 | RPV | B410 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING PAYMENT OF CERTAIN CLAIMS, STATE COURT LEGAL ISSUES, UCC AND RELATED MATTERS. | .50 | 245.00 |
| 05/07/20 | WGZ | B410 | A105 | EMAILS COORDINATING REMOVALS. | .40 | 120.00 |
| 05/07/20 | JPG | B120 | A106 | DISCUSSIONS REGARDING PROPERTY SCHEDULE WITH THE CLIENT. | .30 | 120.00 |
| 05/07/20 | JPG | B120 | A106 | CORRESPONDENCE WITH THE CLIENT AND MR. MCENERY REGARDING PROPERTY SCHEDULE. | .20 | 80.00 |
| 05/07/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING EMPLOYMENT APPLICATIONS INCLUDING EXHIBITS TO SAME. | 4.00 | 1,600.00 |
| 05/07/20 | LFA | B110 | A104 | REVIEWED COMPLEX DISCLOSURE REQUIREMENTS FOR EMPLOYMENT APPLICATIONS. | 2.00 | 800.00 |
| 05/07/20 | MAM | B110 | A101 | GATHER DOCUMENTS FOR IDI (2.0);   CONFERENCE WITH MS. ZERINGUE, THE CLIENT REGARDIING THE SAME (1.0); CORRESPONDENCE WITH US TRUSTEE REGARDING THE SAME. (1.00). | 4.00 | 1,600.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  21
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/07/20 MAM | B310 | A101 | PLAN AND PREPARE FOR CALL WITH MR. LOWENTHAL. MR. VANCE, MS FISCHER, AND MR ZERINGUE REGARDING REMOVED CASES (.80.  ATTEND THE SAME (.6). | 1.40 | 560.00 |
| 05/07/20 MAM | B310 | A101 | RECEIPT AND REVIEW OF CORRESPONDENCE FROM MR. GISLESON (.5)  RESPOND TO SAME (.5). | 1.00 | 400.00 |
| 05/07/20 LHS | B190 | A104 | PULL AND REVIEW DOCUMENTS RELATING TO THE CHURCH LOAN FUND. | 1.70 | 425.00 |
| 05/07/20 LHS | B110 | A104 | REVIEW AND DOCKET DEADLINES. | .40 | 100.00 |
| 05/07/20 SAO | B190 | A105 | CALL WITH MR. VANCE, MR. MINTZ, MR. ZERINGUE, MR. LOWENTHAL, AND MS. FISCHER REGARDING STRATEGY FOR HANDLING PRESCRIPTION AND RELATED LITIGATION. | .70 | 175.00 |
| 05/07/20 M F | B190 | A104 | MEETING WITH MEMBERS OF BANKRUPTCY AND LITIGATION TEAM REGARDING ISSUES INVOLVING STRATEGY FOR FEDERAL COURT CASES. | .80 | 240.00 |
| 05/07/20 M F | B310 | A102 | CONTINUED RESEARCHING AND ANALYZING PRESCRIPTION CASES. | 3.30 | 990.00 |
| 05/07/20 VWG | B110 | A105 | E-MAILS WITH MS. OPPENHEIM REGARDING TWO NEW SUITS AND REMOVAL (1.0); TELEPHONE CALL WITH MR. ZERINGUE REGARDING REMOVAL (1.5); E-MAILS WITH MR. VANCE AND MR. MINTZ REGARDING REMOVAL; DRAFT REMOVAL PLEADINGS FOR BRAD ROE (1.5). | 4.00 | 1,200.00 |
| 05/08/20 EJF | B110 | A106 | REVIEW AND SEND MEMOS REGARDING CLAIMS. | .20 | 98.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  22
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/08/20 EJF | B310 | A105 | MEMOS FROM (.2) AND TO (.5) MR. VANCE REGARDING CLAIM ISSUE. | .70 | 343.00 |
| 05/08/20 EJF | B310 | A104 | REVISE CORRESPONDENCE. | .10 | 49.00 |
| 05/08/20 EJF | B210 | A104 | REVIEW DOCUMENTS RE BUSINESS OPERATION ISSUES. | 2.80 | 1,372.00 |
| 05/08/20 EJF | B210 | A103 | DRAFT MEMO REGARDING OPERATIONAL ISSUES. | 1.50 | 735.00 |
| 05/08/20 JJL | B110 | A106 | REVIEWED MINTZ'S DRAFT LETTER TO GISLESON. | .10 | 30.00 |
| 05/08/20 JJL | B110 | A108 | REVIEWED LEE THE CLIENT'S COMMENTS. | .10 | 30.00 |
| 05/08/20 JJL | B110 | A106 | REVIEWED SUSAN ZERINGUE'S COMMENTS. | .10 | 30.00 |
| 05/08/20 RPV | B110 | A106 | EMAILS FROM MR. THE CLIENT, MR. KEARNEY, MR. MINTZ, MS. FUTRELL AND MS. ZERINGUE REGARDING RESPONDS TO INDIVIDUAL CREDITOR INQUIRIES. | .50 | 245.00 |
| 05/08/20 RPV | B410 | A106 | EMAIL FROM MS. ZERINGUE REGARDING THE DIOCESE OF HOUMA THIBODEAUX SEPARATION AND CLAIM ARISING AFTER SEPARATION. | .20 | 98.00 |
| 05/08/20 RPV | B310 | A108 | EMAILS FROM MR. MINTZ AND MS. ZUNIGA REGARDING SETTLEMENT PAYMENT AND OUTSTANDING CLAIM. | .20 | 98.00 |
| 05/08/20 RPV | B310 | A107 | EMAILS TO AND FROM MR. CAPITELLI REGARDING ISSUES RAISED BY POTENTIAL CLAIMANT AND RESEARCH REGARDING SAME. | .50 | 245.00 |
| 05/08/20 RPV | B310 | A104 | RECEIVED AND REVIEWED TOP 20 REVISED LIST. | .10 | 49.00 |
| 05/08/20 RPV | B310 | A106 | EMAILS FROM MS. ZERINGUE, MS. ZUNIGA, MR. LOGAN AND MR. MINTZ REGARDING REVISED TOP 20 LIST. | .30 | 147.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  23
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/08/20 | RPV | B160 | A107 | TELEPHONE CONVERSATION WITH MR. GENNARDO REGARDING SETTLEMENT ISSUE AND OCP PROCESS. | .30 | 147.00 |
| 05/08/20 | RPV | B160 | A105 | EMAIL FROM/TO MS. LAURA ASHLEY REGARDING OCP ISSUES. | .20 | 98.00 |
| 05/08/20 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING SETTLEMENT MOTION FOR CLAIM, IDI MEETING WITH UST, TOP 20 LIST OF CREDITORS, CREDITOR PAYMENTS, LETTER TO COUNSEL AND RELATED MATTERS. | .80 | 392.00 |
| 05/08/20 | RPV | B130 | A108 | TELEPHONE CONVERSATION WITH MR. SIEGEL REGARDING OFFER TO PURCHASE PARISH PROPERTY. | .80 | 392.00 |
| 05/08/20 | RPV | B130 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING CALL FROM MR. SIEGEL REGARDING PROPOSED PURCHASE OF PARISH PROPERTY. | .50 | 245.00 |
| 05/08/20 | RPV | B230 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING DONATIONS AND D&L ISSUES. | .50 | 245.00 |
| 05/08/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED FINANCIAL STATEMENTS. | .20 | 98.00 |
| 05/08/20 | RPV | B190 | A105 | EMAILS FROM MS. GUNDLACH AND MS. OPPENHEIM REGARDING BRAD ROE REMOVAL. | .50 | 245.00 |
| 05/08/20 | RPV | B410 | A103 | RECEIVED AND REVIEWED BALANCE SHEET AND P&L STATEMENT FOR PARISH. | .50 | 245.00 |
| 05/08/20 | RPV | B110 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ AND EMAIL FROM/TO MS. ZUNIGA REGARDING INITIAL DEBTOR INTERVIEW INFORMATION. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   24
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | B | A | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/08/20 | RPV | B110 | A105 | EMAILS TO AND FROM MS. FUTRELL AND EMAIL FROM/TO AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DEPOSIT AND LOAN FUND. | .50 | 245.00 |
| 05/08/20 | RPV | B190 | A107 | EMAILS TO AND FROM MR. BORDELON, MR. MINTZ, MS. FUTRELL AND MS. ZERINGUE REGARDING COURT ORDER TO RELEASE SETTLEMENT FUNDS. | 1.00 | 490.00 |
| 05/08/20 | RPV | B310 | A106 | EMAIL FROM AND OFFICE CONFERENCE WITH MS. ZERINGUE REGARDING PAYMENT OF CLAIM. | .20 | 98.00 |
| 05/08/20 | WGZ | B410 | A104 | ANALYSIS OF COVERAGE ISSUES. | .40 | 120.00 |
| 05/08/20 | WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING INSURANCE COVERAGE ISSUES. | .40 | 120.00 |
| 05/08/20 | WGZ | B410 | A108 | RECEIVED AND REVIEWED NOTICES FROM COURT REGARDING REMOVAL RE BRAD ROE. | .20 | 60.00 |
| 05/08/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH M. MINTZ REGARDING BILLING GUIDELINES. | .30 | 90.00 |
| 05/08/20 | WGZ | B410 | A106 | EMAIL FROM S. ZERINGUE REGARDING INSURANCE COVERAGE ISSUES. | .30 | 90.00 |
| 05/08/20 | WGZ | B410 | A105 | EMAIL FROM S. OPPENHEIM REGARDING REMOVAL RE: BRAD ROE. | .20 | 60.00 |
| 05/08/20 | WGZ | B410 | A105 | TELEPHONE CALL TO G. GUNDLACH REGARDING MOTION TO DISMISS. | .20 | 60.00 |
| 05/08/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING EMPLOYMENT APPLICATIONS AND OCP MOTION. | 4.00 | 1,600.00 |
| 05/08/20 | MAM | B110 | A101 | PREPARE AND WORK ON DOCUMENTS FOR IDI (5.6); CONFERENCES WITH CLIENT REGARDING THE SAME (1.5) CONFERENCE WITH MR. ZERINGUE REGARDING THE | 7.90 | 3,160.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  25
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

                         SAME (.8).

05/08/20 LHS   B120  A104  PULL AND REVIEW CHURCH LOAN      1.10      275.00
                           DOCUMENTS.

05/08/20 LHS   B110  A103  RESEARCH STANDARD REGARDING      1.40      350.00
                           FEE INCREASES IN BANKRUPTCY,

05/08/20 LHS   B190  A103  DRAFT MEMORANDUM REGARDING       2.70      675.00
                           CHURCH LOAN FUND ISSUE.

05/08/20 SAO   B110  A108  EMAIL CORRESPONDENCES WITH        .20       50.00
                           MS. WAGNER OF DONLIN RECANO
                           REGARDING ADDITION TO
                           STATEMENT OF AFFAIRS AND
                           LIABILITY SCHEDULE.

05/08/20 M F   B310  A102  CONTINUED RESEARCHING AND        3.60    1,080.00
                           ANALYZING PRESCRIPTION
                           INCLUDING CONTRA NON
                           VALENTUM, CONTINUING TORT,
                           AND SIMILAR THEORIES.

05/08/20 VWG   B110  A105  E-MAIL COMMUNICATIONS WITH       3.80    1,140.00
                           MR. VANCE, MR. ZERINGUE, MS.
                           OPPENHEIM REGARDING REMOVAL
                           OF BRAD ROE AND JB DOE (2.0);
                           CALL TO MS. ZERINGUE; E-MAIL
                           TO MR. SIGL REGARDING POST
                           REMOVAL MANAGEMENT OF CASES
                           (1.8).

05/09/20 RPV   B410  A105  REVIEWED PLANNING MEMO TO         .20       98.00
                           CLIENT.

05/09/20 RPV   B310  A106  EMAIL FROM AND TO MS.             .20       98.00
                           ZERINGUE REGARDING STATUS OF
                           ISSUES WITH POTENTIAL
                           CLAIMANT.

05/09/20 WGZ   B410  A106  CONFERENCE WITH S. ZERINGUE       .90      270.00
                           REGARDING STRATEGY WITH
                           RESPECT TO LIABILITIES OF
                           ARCHDIOCESE AND BUDGETARY
                           MATTERS.

05/09/20 JPG   B120  A105  DISCUSS PROPERTY SCHEDULE         .20       80.00
                           WITH MR. MINTZ.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   26
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/09/20 | JPG | B120 | A108 | PHONE CALL WITH MR. MCENERY REGARDING PROPERTY SCHEDULE AND MARKET ANALYSIS. | .30 | 120.00 |
| 05/09/20 | MAM | B110 | A106 | PREPARE AND SEND CORRESPONDENCE TO CLIENT REGARDING UPCOMING DEADLINES AND US TRUSTEE REQUIREMENTS. | 3.00 | 1,200.00 |
| 05/10/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING EMPLOYMENT APPLICATIONS AND OCP MOTION. | 3.20 | 1,280.00 |
| 05/10/20 | LHS | B110 | A103 | COMPOSE MEMORANDUM REGARDING FEE INCREASES IN BANKRUPTCY. | 1.60 | 400.00 |
| 05/11/20 | EJF | B210 | A104 | REVIEW DOCUMENTS. | 3.50 | 1,715.00 |
| 05/11/20 | EJF | B110 | A103 | DRAFT MOTION FOR AUTHORITY TO PAY (.8) AND PROPOSED ORDER (.3). | 1.10 | 539.00 |
| 05/11/20 | EJF | B110 | A105 | MEMOS REGARDING MOTION FOR AUTHORITY. | .10 | 49.00 |
| 05/11/20 | EJF | B110 | A106 | MEMOS TO AND FROM CLIENT REGARDING MOTION FOR AUTHORITY. | .10 | 49.00 |
| 05/11/20 | EJF | B110 | A104 | REVIEW SCHEDULE INFORMATION. | .10 | 49.00 |
| 05/11/20 | EJF | B110 | A105 | MEMOS REGARDING POTENTIAL ISSUES WITH THE SAME. | .10 | 49.00 |
| 05/11/20 | EJF | B320 | A104 | REVIEW DISCLOSURE STATEMENTS AND PLANS RE PLAN ISSUE. | 1.60 | 784.00 |
| 05/11/20 | EJF | B320 | A105 | CONFERENCE WITH MR. VANCE (.1) AND EMAIL TO MR. VANCE (.1) RE PLAN ISSUE. | .20 | 98.00 |
| 05/11/20 | JJL | B110 | A106 | RECEIVED AND REVIEWED SUSAN ZERINGUE CORRESPONDENCE REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 05/11/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM TREY PAULSEN REGARDING SKIP HARRISON'S INVOICE. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  27
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/11/20 JJL   B110  A108   REVIEWED SKIP HARRISON'S           .10        30.00
                           INVOICE.

05/11/20 JJL   B110  A108   REPLY TO TREY PAULSEN              .10        30.00
                           REGARDING INVOICE.

05/11/20 JJL   B110  A105   RECEIVED AND REVIEWED             .20        60.00
                           CORRESPONDENCE FROM MINTZ
                           WITH REVISION OF LETTER TO
                           GISLESON.

05/11/20 JJL   B110  A105   TELEPHONE CALL FROM MINTZ         .20        60.00
                           REGARDING POTENTIAL DISCOVERY.

05/11/20 JJL   B110  A105   REPLY TO TEAM REGARDING           .10        30.00
                           GISLESON LETTER

05/11/20 JJL   B110  A106   READ CORRESPONDENCE FROM          .10        30.00
                           SUSAN ZERINGUE APPROVING
                           RESPONSE TO GISLESON LETTER.

05/11/20 RPV   B110  A105   EMAILS FROM MR. MINTZ             .20        98.00
                           REGARDING REVISION TO TOP 20
                           UNSECURED CREDITORS, COURT
                           APPROVAL FOR DISTRIBUTION OF
                           SETTLEMENT FUNDS AND STATUS
                           OF ISSUES WITH US TRUSTEE.

05/11/20 RPV   B120  A104   REVIEWED FINANCIAL STATEMENTS     .50       245.00
                           FOR ARCHDIOCESE.

05/11/20 RPV   B110  A106   REVIEWED RESPONSES FROM THE       .20        98.00
                           CLIENT REGARDING DEPOSIT AND
                           LOAN FUND ISSUES

05/11/20 RPV   B110  A105   EMAILS FROM MS. ZERINGUE, MS.     .30       147.00
                           FISCHER, MR. LOWENTHAL, MR.
                           ZERINGUE AND MR. MINTZ
                           REGARDING DRAFT OF RESPONSE
                           TO GISLESONS DEMAND LETTER.

05/11/20 RPV   B110  A106   REVIEWED MEMO CREDITOR            .50       245.00
                           OBLIGATIONS.

05/11/20 RPV   B190  A106   EMAILS FROM MS. MCDONALD AND      .30       147.00
                           MR. KEARNEY REGARDING
                           RESPONSE TO MR. VARGAS
                           CONCERNING LAWRENCE HECKER.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  28
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/11/20 RPV   B110  A106   EMAILS FROM MS. FUTRELL AND        .20        98.00
                           MS. ZERINGUE REGARDING MOTION
                           FOR AUTHORITY TO CONTINUE TO
                           PAY PSYCHOLOGICAL THERAPY FOR
                           ABUSE VICTIMS.

05/11/20 RPV   B110  A105   EMAILS FROM AND TO MS. ASHLEY      .20        98.00
                           AND MR. MINTZ REGARDING
                           POSSIBLE REFUND ISSUES.

05/11/20 RPV   B190  A105   EMAIL FROM AND TO MS.             .20        98.00
                           GUNDLACH REGARDING JB DOE
                           CASE AND REMOVAL.

05/11/20 RPV   B120  A104   RECEIVED AND REVIEWED LIST OF     .20        98.00
                           IMMOVABLE PROPERTY.

05/11/20 RPV   B110  A104   RECEIVED AND REVIEWED ORDER       .20        98.00
                           ON DEBTOR'S EXPEDITED MOTION
                           FOR ORDER (A) PROHIBITING
                           UTILITIES FROM ALTERING,
                           REFUSING OR DISCONTINUING
                           SERVICES TO, OR
                           DISCRIMINATING AGAINST, THE
                           DEBTOR ON ACCOUNT OF
                           PREPETITION AMOUNTS DUE, (B)
                           ESTABLISHING PROCEDURES FOR
                           ADEQUATE ASSURANCE FOR
                           DETERMINING REQUESTS, AND (C)
                           SCHEDULING FINAL HEARING

05/11/20 RPV   B110  A106   EMAILS FROM MS. ZERINGUE AND      .20        98.00
                           MR. MINTZ REGARDING CREDITOR
                           PAYMENTS.

05/11/20 RPV   B110  A104   RECEIVED AND REVIEWED USCCB       .50       245.00
                           DIOCESAN FINANCIAL MANAGEMENT.

05/11/20 RPV   B110  A105   EMAIL FROM AND OFFICE             .20        98.00
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING USCCB DIOCESAN
                           FINANCIAL MANAGEMENT (A GUIDE
                           TO BEST PRACTICES).

05/11/20 RPV   B310  A107   TELEPHONE CONVERSATION WITH      1.50       735.00
                           MR. CAPITELLI REGARDING
                           POTENTIAL CLAIMANT AND
                           REVIEWED DOCUMENTS RELATED TO
                           POTENTIAL CLAIM.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  29
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/11/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING CREDITOR PAYMENT OBLIGATIONS. | .50 | 245.00 |
| 05/11/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING REFUND ISSUES | .30 | 147.00 |
| 05/11/20 RPV | B110 | A105 | TELEPHONE CONVERSATION WITH MR. ZERINGUE REGARDING CREDITOR PAYMENT OBLIGATIONS. | .30 | 147.00 |
| 05/11/20 RPV | B110 | A106 | TELEPHONE CONVERSATIONS WITH THE CLIENT REGARDING CREDITOR PAYMENT OBLIGATIONS AND RELATED MATTERS. | .30 | 147.00 |
| 05/11/20 RPV | B110 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING CREDITOR PAYMENT OBLIGATIONS, 341 MEETINGS, SCHEDULES AND SOFA, MAILING MAITRIX AND RELATED MATTERS. | .50 | 245.00 |
| 05/11/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING MAILING MAITRIX ISSUES. | .20 | 98.00 |
| 05/11/20 RPV | B110 | A105 | TELEPHONE CONVERSATION WITH MS. FUTRELL REGARDING CREDITOR PAYMENT OBLIGATIONS, PLAN AND RELATED ISSUES. | .60 | 294.00 |
| 05/11/20 WGZ | B410 | A105 | TELEPHONE CALL WITH P. VANCE REGARDING PRESCRIPTION ISSUES. | .40 | 120.00 |
| 05/11/20 WGZ | B410 | A106 | RECEIVE AND REVIEW SEVERAL ELECTRONIC NOTICES FROM EASTERN DISTRICT OF LOUISIANA COURT REGARDING ENROLLMENT OF ADDITIONAL COUNSEL IN REMOVED MATTERS PREVIOUSLY PENDING IN CIVIL DISTRICT COURT. | .60 | 180.00 |
| 05/11/20 WGZ | B410 | A105 | EMAILS WITH M. FISCHER REGARDING EXCEPTIONS OF NO CAUSE OF ACTION. | .40 | 120.00 |
| 05/11/20 WGZ | B410 | A104 | ANALYSIS OF CHARTER. | 1.00 | 300.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   30
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/11/20 WGZ | B410 | A104 | ANALYSIS OF PARTIAL EXCEPTIONS. | 1.00 | 300.00 |
| 05/11/20 WGZ | B410 | A105 | TELEPHONE CALLS AND EMAILS WITH M. MINTZ REGARDING SUSTENANCE ISSUES. | .50 | 150.00 |
| 05/11/20 WGZ | B410 | A104 | ANALYSIS OF DEMAND LETTER FROM PLAINTIFF'S COUNSEL REGARDING SUSTENANCE ISSUES. | .30 | 90.00 |
| 05/11/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH S. ZERINGUE REGARDING SUSTENANCE ISSUES. | .40 | 120.00 |
| 05/11/20 JPG | B120 | A104 | WORK ON SCHEDULE OF REAL ESTATE. | 1.00 | 400.00 |
| 05/11/20 LFA | B110 | A104 | REVIEWED AND ANALYZED PARTY-IN-INTEREST LIST AND SCHEDULES TO ASSIST IN DRAFTING JW DECLARATION. | 4.30 | 1,720.00 |
| 05/11/20 MAM | B110 | A106 | TELEPHONE CONFERENCE WITH THE CLIENT REGARDING IDI. | .50 | 200.00 |
| 05/11/20 MAM | B110 | A106 | CONFERENCES REGARDING SECOND MOTIONS (.5). PLAN FOR AND PREPARE FOR IDI (.5). CONFERENCE WITH MS. GEORGE REGARDING THE SAME (.80). WORK ON SCHEDULES (1.2). CONFERENCE WITH MR. VANCE ON FIRST DAY ORDERS (.5). CONFERENCE WITH THE CLIENT REGARDING REFUND PAYMENTS (.5). | 3.50 | 1,400.00 |
| 05/11/20 LHS | B110 | A103 | CREATED AMENDED EXHIBIT FOR UTILITY MOTION WITH NEW UTILITY PROVIDERS. | .50 | 125.00 |
| 05/11/20 LHS | B110 | A103 | UPDATE POTENTIAL PARTIES IN INTEREST LIST. | .80 | 200.00 |
| 05/11/20 M F | B310 | A103 | DRAFTED PRESCRIPTION TABLE FOR USE IN ARGUMENTS ON PRESCRIPTION AGAINST CLAIMANTS. | 1.40 | 420.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   31
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/11/20 M F | B310 | A105 | GATHERED DOCUMENTS REGARDING DEFENSES TO CLAIMS UNDER THE CHARTER AND ELECTRONIC MEMO TO P. VANCE EXPLAINING EVOLUTION OF THIS DEFENSE FOR USE IN NEGOTIATIONS. | .30 | 90.00 |

05/11/20 VWG  B110  A105  RECEIVED AND REVIEWED E-MAIL                .50      150.00
                          FROM MS. OPPENHEIM REGARDING
                          REMOVAL OF JB DOE (.3) E-MAIL
                          TO MS. ZERINGUE REGARDING
                          ISSUES WITH JB DOE REMOVAL
                          (.2).

05/12/20 EJF  B210  A104  REVIEW DOCUMENTS RE BUSINESS               .80      392.00
                          OPERATION ISSUE.

05/12/20 EJF  B320  A104  WORK ON PLAN AND PLAN ISSUES.             6.80    3,332.00

05/12/20 EJF  B310  A104  REVIEW CLAIMS.                            .30      147.00

05/12/20 JJL  B110  A108  RECEIVED AND REVIEWED                     .10       30.00
                          CORRESPONDENCE FROM BORDELON
                          REGARDING PLAINTIFF
                          VOLUNTARILY DISMISSING WITH
                          PREJUDICE REMOVED CASES.

05/12/20 JJL  B110  A104  REVIEW ANALYSIS REGARDING                 .10       30.00
                          DISMISSAL OF ARCHDIOCESE FROM
                          CASE.

05/12/20 RPV  B410  A106  MEET WITH CLIENTS TO DISCUSS             1.50      735.00
                          STATUS OF CASE AND PLANNING.

05/12/20 RPV  B110  A105  OFFICE CONFERENCES WITH MR.             1.00      490.00
                          MINTZ REGARDING MEETING WITH
                          CLIENTS, STATUS MEMOS,
                          MEETING WITH UST, CHECK
                          CLEARANCE PROCESS, FORMATION
                          OF UCC AND RELATED MATTERS.

05/12/20 RPV  B120  A108  TELEPHONE CONVERSATION WITH              .80      392.00
                          MR. DRAPER REGARDING
                          COMMUNICATIONS WITH PASTORS
                          REGARDING ASSET DISPOSITION
                          AND RELATED MATTERS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   32
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/12/20 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH FR. BENOIT REGARDING PAYMENT ISSUES. | .50 | 245.00 |
| 05/12/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH MS. HEBERT REGARDING CHECK CLEARANCE PROCESS. | .30 | 147.00 |
| 05/12/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING VARIOUS MATTERS INCLUDING MEETING WITH CLIENTS, CHECK CLEARING PROCESS, MEETING WITH UST, FORMATION OF UCC AND COMMUNICATION ISSUES. | .80 | 392.00 |
| 05/12/20 RPV | B110 | A104 | REVIEWED FINAL LIST OF TOP 20 UNSECURED CREDITORS. | .10 | 49.00 |
| 05/12/20 RPV | B110 | A106 | EMAILS FROM AND TO MS, ZERINGUE REGARDING HEALTH INSURANCE ISSUE. | .30 | 147.00 |
| 05/12/20 RPV | B120 | A105 | RECEIVED AND REVIEWED INVESTMENT MANAGEMENT AGREEMENT AND OFFICE CONFERENCE WITH MS. FUTRELL REGARDING SAME. | .50 | 245.00 |
| 05/12/20 RPV | B190 | A107 | NUMEROUS EMAILS FROM AND TO MR. MINTZ AND MR. BORDELON REGARDING PREPARATION OF SETTLEMENT DOCUMENTS. | .50 | 245.00 |
| 05/12/20 RPV | B110 | A105 | EMAIL FROM MS. FUTRELL REGARDING COMMITTEE INFORMATION. | .10 | 49.00 |
| 05/12/20 RPV | B190 | A106 | EMAILS FROM AND TO MR. ZERINGUE AND MR. BORDELON REGARDING ██████████ LAWSUIT. | .50 | 245.00 |
| 05/12/20 RPV | B110 | A106 | EMAILS FROM AND TO MS. ZERINGUE AND OTHERS REGARDING REVISIONS TO REAL ESTATE LETTER. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  33
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tmk | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/12/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED ELECTRONIC NOTICES OF ENROLLMENT OF ADDITIONAL COUNSEL IN MATTERS REMOVED TO FEDERAL DISTRICT COURT. | .60 | 180.00 |
| 05/12/20 | LFA | B110 | A104 | REVIEWED AND ANALYZED PARTY-IN-INTEREST LIST AND SCHEDULES TO ASSIST IN DRAFTING JW DECLARATION. | 5.50 | 2,200.00 |
| 05/12/20 | MAM | B110 | A109 | PREPARE FOR AND ATTEND IDI (2.0); CONFERENCES REGARDING THE SAME (.5). | 2.50 | 1,000.00 |
| 05/12/20 | MAM | B110 | A105 | CONFERENCE WITH MR. VANCE REGARDING STRATEGY. | 1.00 | 400.00 |
| 05/12/20 | MAM | B110 | A106 | VARIOUS EMAILS WITH CLIENT REGARDING IDI AD COMMITTEE ISSUES.  (2.50). CONFERENCE WITH MR. LANDRY ABOUT FIRST BANK CLAIM (1.5). CONFERENCE WITH THE CLIENT ABOUT PAYMENT ISSUES (.5). | 4.50 | 1,800.00 |
| 05/12/20 | LHS | B160 | A103 | REVIEW TRUSTEE GUIDELINES FOR FEE APPLICATIONS TO ENSURE CONFORMITY. | .50 | 125.00 |
| 05/12/20 | LHS | B130 | A104 | REVIEW FINANCIAL INFORMATION REGARDING DEBTOR'S INVESTMENT ACCOUNTS. | 3.40 | 850.00 |
| 05/12/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCE WITH MS. GUNDLACH REGARDING NOTICES OF SUGGESTION OF BANKRUPTCY FOR CASES IN WHICH JW IS NOT ENROLLED. | .40 | 100.00 |
| 05/13/20 | EJF | B220 | A104 | REVIEW PRIEST PLAN INFORMATION AND MATERIALS, INCLUDING FINANCIAL STATEMENTS (.8), ACTUARIAL REPORTS (.3), AND OTHER RELATED DOCUMENTS (.8). | 2.10 | 1,029.00 |
| 05/13/20 | EJF | B220 | A102 | RESEARCH CHURCH PLAN ISSUES. | 3.70 | 1,813.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  34
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/13/20 | EJF | B220 | A106 | CONFERENCE RE PRIEST PLAN ISSUES. | .50 | 245.00 |
| 05/13/20 | EJF | B220 | A106 | MEMOS TO AND FROM MS. ZUNIGA RE PRIEST PLAN ISSUES. | .30 | 147.00 |
| 05/13/20 | EJF | B110 | A104 | REVIEW AND REVISE EX PARTE MOTION AND ORDER. | .10 | 49.00 |
| 05/13/20 | RPV | B120 | A105 | EMAIL FROM AND TO MR. GOOD AND MR. MINTZ REGARDING LAND ASSESSMENT. | .30 | 147.00 |
| 05/13/20 | RPV | B230 | A105 | EMAIL FROM MR. MINTZ REGARDING BANK'S POSITION CONCERNING SCHOOL TUITION FINANCING AGREEMENTS. | .20 | 98.00 |
| 05/13/20 | RPV | B190 | A105 | EMAILS FROM MS. ZERINGUE AND MS. GUNDLACH REGARDING PREPARATION OF REMOVAL PAPERS FOR DESHAZIO. | .20 | 98.00 |
| 05/13/20 | RPV | B110 | A105 | EMAILS FROM MS. FUTRELL AND MS. ZERINGUE REGARDING HEALTH INSURANCE ISSUES. | .20 | 98.00 |
| 05/13/20 | RPV | B190 | A105 | EMAIL FROM MS. GUNDLACH REGARDING STATUS OF MOTIONS TO WITHDRAW FROM REPRESENTING CATHOLIC CHARITIES. | .20 | 98.00 |
| 05/13/20 | RPV | B110 | A106 | TELEPHONE CONVERSATIONS WITH MS. ZERINGUE REGARDING CREDITOR ISSUES. | .50 | 245.00 |
| 05/13/20 | RPV | B110 | A104 | REVIEWED MEMORANDUM TO CLIENT REGARDING STATUS OF CASE. | .10 | 49.00 |
| 05/13/20 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING INQUIRIES AND STATUS OF CREDITOR. | .20 | 98.00 |
| 05/13/20 | RPV | B320 | A102 | RESEARCH REGARDING PLAN AND DISCLOSURE STATEMENT ISSUES. | 2.50 | 1,225.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  35
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/13/20 RPV | B190 | A104 | RECEIVED AND REVIEWED RELATOR'S SECOND AMENDED COMPLAINT AND EMAILS REGARDING SAME. | 1.50 | 735.00 |
| 05/13/20 WGZ | B410 | A108 | EMAILS FROM DISTRICT COURT REGARDING ADDITIONAL REQUIREMENTS FOR PROCESSING REMOVALS. | .30 | 90.00 |
| 05/13/20 BTW | B410 | A102 | RESEARCH REGARDING EMPLOYEE BENEFIT ISSUE. | .50 | 200.00 |
| 05/13/20 JPG | B120 | A104 | REVIEW AND ANALYZE PROPERTY RECORDS ON OUR LADY OF VISITATION PROPERTY. | 1.60 | 640.00 |
| 05/13/20 LFA | B110 | A108 | CORRESPONDENCES WITH MS. ZUNIGA REGARDING DECLARATION, NEEDED INFORMATION AND SCHEDULES ATTACHED TO SAME. | .40 | 160.00 |
| 05/13/20 LFA | B110 | A103 | CONTINUED REVISING CRI AND JW APPLICATION, DECLARATION AND EXHIBITS. | 4.20 | 1,680.00 |
| 05/13/20 MAM | B110 | A103 | DRAFT AND REVISE AND FILE MOTIONS TO EXTEND TIME TO FILE SCHEDULES AND MOTION TO RESET DATE FOR FILING MONTHLY OPERATING REPORTS (3.5). CONFERENCES REGARDING THE SAME (1.7). | 5.20 | 2,080.00 |
| 05/13/20 MAM | B150 | A108 | RECEIPT AND REVIEW OF FIRST BANK AND TRUST DOCUMENTS (2.0).  CONFERENCE WITH MR. LANDRY REGARDING THE SAME (1.5). | 3.50 | 1,400.00 |
| 05/13/20 MAM | B120 | A108 | CONFERENCE CALL REGARDING SCHEDULES AND SCHEDULE PREPARATION. | 1.50 | 600.00 |
| 05/13/20 MMS | B220 | A106 | CONFER WITH S. ZERINGUE REGARDING BENEFITS QUESTION. | .40 | 120.00 |
| 05/13/20 MMS | B220 | A102 | CONFER WITH M. MINTZ REGARDING BENEFITS QUESTION. | .60 | 180.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   36
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/13/20 | LHS | B160 | A102 | RESPOND TO QUESTION FROM MS. ASHLEY REGARDING APPLICABILITY OF BANKRUPTCY RULE 5002 TO FEE APPLICATION. | .30 | 75.00 |

| 05/13/20 | LHS | B190 | A103 | REVIEW POTENTIAL DISMISSAL OF BANKRUPTCY CASE UNDER SECTION 1112. | 2.20 | 550.00 |

| 05/13/20 | SMB | B110 | A102 | RESEARCH POLICE POWERS EXCEPTION OF AUTOMATIC STAY RE: QUI TAM CLAIMS | 4.70 | 1,175.00 |

| 05/13/20 | VWG | B110 | A105 | RECEIVED AND REVIEWED RENEWED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL AND APPROVED SAME FOR FILING (.5); E-MAIL TO MR. MINTZ AND MR. VANCE REGARDING MOTIONS TO SUBSTITUTE AND RECEIVED APPROVAL FOR FILING (.2); E-MAIL TO MS. OPPENHEIM; E-MAIL FROM MR. ZERINGUE REGARDING REMOVAL OF JB DOE; CALLED CLERK OF COURT REGARDING SUPPLEMENTATION OF NOTICE OF REMOVAL (.3); RECEIVED AND REVIEWED FILED SUPPLEMENT TO NOTICE OF REMOVAL (.2); RECEIVED AND REVIEWED E-MAIL FROM MS. ZERINGUE REGARDING REMOVAL OF THEOBOLD CASE (.3). | 1.50 | 450.00 |

| 05/14/20 | EDW | B110 | A104 | REVIEWED INVOICES FROM VENDORS THAT ARE OUTSTANDING TO THE ARCHDIOCESE FROM VENDORS IN LITIGATION PRE-BANKRUPTCY AND REVIEWED WHETHER PAYMENTS MADE OR HOW TO GET THEM PAID. | .50 | 150.00 |

| 05/14/20 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. PAULSEN, COUNSEL FOR TRAVELERS, REGARDING BANKRUPTCY ISSUES AND OUTSTANDING MATTERS. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  37
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/14/20 EJF   B150  A107  CONFERENCE CALL WITH               .20      98.00
                          CREDITOR'S COUNSEL RE CASE
                          ADMISSION ISSUES.

05/14/20 EJF   B110  A104  REVIEW EMAIL FROM MR. HOWELL       .10      49.00
                          (.1); REVIEW ORDER SETTING
                          HEARING (.1).

05/14/20 EJF   B220  A104  REVIEW AUDITS AND REPORTS RE      1.80     882.00
                          PENSION LIABILITY AND PLAN
                          ISSUES.

05/14/20 EJF   B220  A103  WORK ON MEMO REGARDING           4.50   2,205.00
                          PENSION RELATED ISSUES.

05/14/20 EJF   B110  A105  CONFERENCE CALLS WITH CLIENT     1.20     588.00
                          REGARDING MOTION FOR
                          RECONSIDERATION.

05/14/20 EJF   B110  A106  CONFERENCE CALLS WITH MR.         .30     147.00
                          VANCE AND MR. MINTZ REGARDING
                          MOTION TO RECONSIDER.

05/14/20 JJL   B110  A106  RECEIVED AND REVIEWED            .10      30.00
                          CORRESPONDENCE FROM DENECHAUD
                          FIRM REGARDING UPDATED CLAIMS
                          SPREADSHEET.

05/14/20 JJL   B110  A106  REVIEWED UPDATED CLAIMS          .10      30.00
                          SPREADSHEET.

05/14/20 RPV   B410  A106  EMAIL FROM AND TO MS.            .20      98.00
                          ZERINGUE REGARDING AGREEMENT
                          FOR ABANDONMENT FOR POINT AU
                          FER ISLAND.

05/14/20 RPV   B110  A105  EMAIL FROM AND OFFICE            .20      98.00
                          CONFERENCE WITH MS. FUTRELL
                          REGARDING STATUS OF UNSECURED
                          CREDITORS COMMITTEE.

05/14/20 RPV   B110  A105  RECEIVED AND REVIEWED ORDER      .10      49.00
                          GRANTING EX PARTE MOTION TO
                          SET DUE DATE FOR MONTHLY
                          OPERATING REPORTS AND OFFICE
                          CONFERENCE WITH MR. MINTZ
                          REGARDING SAME.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  38
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/14/20 RPV    B110   A105   RECEIVED AND REVIEWED ORDER          .20        98.00
                              GRANTING MOTION TO EXTEND
                              TIME TO FILE SCHEDULES OF
                              ASSETS AND LIABILITIES AND
                              STATEMENT OF FINANCIAL
                              AFFAIRS AND OFFICE CONFERENCE
                              WITH MR. MINTZ REGARDING SAME.

05/14/20 RPV    B110   A105   EMAILS FROM AND OFFICE               .20        98.00
                              CONFERENCE WITHMS. FUTRELL
                              REGARDING DRAFT MOTION AND
                              ORDER FOR COUNSELING/THERAPY.

05/14/20 RPV    B110   A105   EMAILS FROM AND OFFICE               .20        98.00
                              CONFERENCE WITH MR. MINTZ
                              REGARDING BAR DATE.

05/14/20 RPV    B190   A105   RECEIVED AND REVIEWED NOTICE         .50       245.00
                              OF EXPEDITED HEARING FOR
                              RECONSIDERATION OF WAGE
                              MOTION ORDER AND OFFICE
                              CONFERENCE WITH MR. MINTZ
                              REGARDING SAME.

05/14/20 RPV    B190   A105   OFFICE CONFERENCE WITH MR.           .80       392.00
                              MINTZ AND MS. FUTRELL
                              REGARDING RESPONSE TO
                              EXPEDITED HEARING FOR
                              RECONSIDERATION OF WAGE
                              MOTION ORDER.

05/14/20 RPV    B190   A106   OFFICE CONFERENCE WITH A.            .50       245.00
                              AYMOND AND MS. ZERINGUE
                              REGARDING HEARING FOR
                              RECONSIDERATION OF WAGE
                              MOTION ORDER.

05/14/20 RPV    B190   A106   OFFICE CONFERENCE WITH MS.           .80       392.00
                              ZERINGUE AND JW TEAM
                              REGARDING RESPONSE TO
                              EXPEDITED HEARING FOR
                              RECONSIDERATION OF WAGE
                              MOTION ORDER.

05/14/20 RPV    B190   A105   OFFICE CONFERENCE WITH MR.           .20        98.00
                              MINTZ REGARDING REPORT TO
                              ARCHBISHOP AYMOND REGARDING
                              RESPONSE TO EXPEDITED HEARING
                              TO RECONSIDER WAGE MOTION
                              ORDER.

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  39
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| 05/14/20 RPV | B190 | A106 | OFFICE CONFERENCE WITH THE CLIENT REGARDING BONDS AND HEARING FOR RECONSIDERATION OF WAGE MOTION ORDER. | .20 | 98.00 |
| 05/14/20 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH DOJ LAWYERS, MESSRS. BRIAN AND RALPH CAPITELLI, MS. ZERINGUE AND MR. MINTZ REGARDING CLAIM AND POSSIBLE RESOLUTION. | .80 | 392.00 |
| 05/14/20 RPV | B190 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING CALL WITH DOJ LAWYERS. | .20 | 98.00 |
| 05/14/20 RPV | B190 | A107 | TELEPHONE CONVERSATION WITH MESSRS. BRIAN AND RALPH CAPITELLI REGARDING CALL WITH DOJ LAWYERS AND POSSIBLE CLAIM RESOLUTION ISSUES. | .60 | 294.00 |
| 05/14/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER, MS. COLLINS AND FR. POCHE REGARDING COMMUNICATION ISSUES, FORMATION OF UCC, PROPERTY ISSUES, SCHEDULES AND RELATED MATTERS. | .50 | 245.00 |
| 05/14/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING UCC FORMATION AND RELATED ISSUES. | .30 | 147.00 |
| 05/14/20 WGZ | B410 | A105 | STRATEGY REGARDING SUSTENANCE PAYMENTS. | .30 | 90.00 |
| 05/14/20 WGZ | B410 | A104 | ANALYSIS OF COURT'S RULING SETTING HEARING ON SUSTENANCE PAYMENT ISSUES. | .30 | 90.00 |
| 05/14/20 WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING SUSTENANCE PAYMENT ISSUES. | .40 | 120.00 |
| 05/14/20 WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH M. MINTZ REGARDING SUSTENANCE PAYMENTS. | .30 | 90.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   40
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


05/14/20 WGZ   B410  A106   EMAIL FROM S. ZERINGUE              .20        60.00
                           REGARDING SAME.

05/14/20 WGZ   B410  A104   ANALYSIS OF CLAIM VALUATION.        .60       180.00

05/14/20 WGZ   B410  A106   CONFERENCE WITH S. ZERINGUE         .60       180.00
                           REGARDING PRESCRIPTION AND
                           CLAIM VALUATION.

05/14/20 WGZ   B410  A106   REVIEW CORRESPONDENCE OF J.         .30        90.00
                           HOWELL WITH ARCHDIOCESE
                           REGARDING PAYMENT OF
                           SUSTENANCE.

05/14/20 WGZ   B410  A106   EMAIL FROM THE CLIENT               .40       120.00
                           REGARDING PRESCRIPTION AND
                           INSURANCE ISSUES.

05/14/20 WGZ   B410  A107   RECEIVED AND REVIEWED               .60       180.00
                           STATEMENTS REGARDING REMOVAL
                           FROM PLAINTIFFS ON SEVERAL
                           MATTERS PENDING IN FEDERAL
                           COURT.

05/14/20 BTW   B410  A102   RESEARCH REGARDING EMPLOYEE         .60       240.00
                           BENEFIT ISSUE.

05/14/20 LFA   B110  A103   CONTINUED REVISING CRI AND JW      3.60     1,440.00
                           APPLICATION, DECLARATION AND
                           EXHIBITS.

05/14/20 LFA   B110  A104   REVIEWED AND ANALYZED             4.80     1,920.00
                           PARTY-IN-INTEREST LIST AND
                           SCHEDULES TO ASSIST IN
                           DRAFTING JW DECLARATION.

05/14/20 MAM   B310  A106   RECEIPT AND REVIEW OF LETTER      4.50     1,800.00
                           FROM MR. HOWELL AND ORDER
                           FROM THE COURT (.5);
                           CONFERENCE WITH MR. VANCE AND
                           MS. FUTRELL AND MS. ZERINGE
                           REGARDING THE SAME (2.0).
                           CORRESPONDENCE TO ARCHBISHOP
                           REGARDING THE SAME (2.0).

05/14/20 LHS   B160  A103   EDIT AND REVISE APPLICATION       4.60     1,150.00
                           TO EMPLOY JONES WALKER LLP
                           (1.5); DECLARATION (1.2);
                           FINAL ORDER (0.8); DEBTOR
                           DECLARATION (0.7); BACKGROUND

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  41
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

                          EXHIBITS (0.4).

05/14/20 LHS   B160  A103   REVISE APPLICATION TO EMPLOY      3.10        775.00
                            CRI (1.3); REVISE PROPOSED
                            ORDER (0.5); REVISE
                            DECLARATION (1.3).

05/14/20 VWG   B110  A107   EMAIL TO MR. DESHAZIO              .30         90.00
                            REGARDING REMOVAL OF THE
                            THEOBOLD CASE AND REQUEST FOR
                            INFORMATION.

05/14/20 VWG   B110  A104   REVIEWED STATE COURT RECORD      1.00        300.00
                            FOR INFORMATION REGARDING
                            COUNSEL AND SERVICE.

05/14/20 VWG   B110  A103   NOTICE OF REMOVAL AND STATE      1.50        450.00
                            COURT NOTICE OF REMOVAL IN
                            THE THEOBOLD CASE.

05/14/20 GMS   B140  A105   COMMUNICATIONS WITH MS.           .10         17.00
                            KINGSMILL CONCERNING NEED FOR
                            EXHIBITS TO OPPOSITION TO
                            ARCHDIOCESE CONFIDENTIALITY.

05/15/20 EJF   B110  A106   MEMO TO CLIENT REGARDING          .10         49.00
                            DRAFT OR RESPONSE.

05/15/20 EJF   B110  A106   CONFERENCE CALLS WITH CLIENT     1.90        931.00
                            REGARDING PAYMENT ISSUES
                            (1.3); MEMOS TO CLIENT
                            REGARDING ACTUARIAL REPORT
                            AND RELATED ISSUES (.6);

05/15/20 EJF   B110  A105   CONFERENCES WITH MR. MINTZ        .00          .00
                            AND MR. VANCE RE RESPONSE TO
                            MOTION TO RECONSIDER (.5) (NO
                            CHARGE).

05/15/20 EJF   B110  A104   REVIEW DOCUMENTS TO PREPARE      1.40        686.00
                            RESPONSE TO MOTION TO
                            RECONSIDER.

05/15/20 EJF   B220  A103   DRAFT AND REVISE RESPONSE TO     5.20      2,548.00
                            MOTION TO RECONSIDER.

05/15/20 EJF   B110  A106   MEMOS TO AND FROM MS. ZUNIGA      .30        147.00
                            REGARDING INFORMATION.
```

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   42
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/20 | JJL | B110 | A105 | TELEPHONE CALL FROM MINTZ FOR ANALYSIS OF HOWELL LETTER AND PLAINTIFF COUNSEL'S NEXT STEPS INCLUDING DEPOSITION OR WRITTEN DISCOVERY TO ARCHDIOCESE. | .40 | 120.00 |
| 05/15/20 | JJL | B110 | A105 | DISCUSSION OF HIRING ROME BLANK LAWYER WITH PAT VANCE. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A105 | CORRESPONDENCES WITH  PAT VANCE REGARDING HAVING INSURERS COMMENT ON PROOF OF CLAIM. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A105 | DISCUSSION WITH MINTZ REGARDING SIDLEY AUSTIN/BOY SCOUTS ISSUE. | .30 | 90.00 |
| 05/15/20 | JJL | B110 | A106 | TELEPHONE CALL FROM SUSAN ZERINGUE DISCUSS INSURERS AND STRATEGY. | .30 | 90.00 |
| 05/15/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM RICHARD BORDELON REGARDING SUGGESTED LANGUAGE REGARDING DISMISSAL BY ███████. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A106 | READ RESPONSE FROM VANCE REGARDING DISMISSAL. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM THE CLIENT REGARDING INSURANCE AND CLAIM PAYMENTS. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A108 | REVIEWED UPDATED/REVISED SPREADSHEET FROM THE CLIENT. | .20 | 60.00 |
| 05/15/20 | JJL | B110 | A106 | RECEIVED AND REVIEWED CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING INSURANCE. | .10 | 30.00 |
| 05/15/20 | JJL | B110 | A106 | REPLY TO SUSAN ZERINGUE REGARDING NEW ROR LETTERS AND CALLS WITH INSURERS. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   43
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/15/20 JJL | B110 | A106 | READ RESPONSE FROM SUSAN ZERINGUE REGARDING CALL. | .10 | 30.00 |
| 05/15/20 JJL | B110 | A104 | READ PLAINTIFF'S STATEMENT REGARDING NOTICE OF REMOVAL IN CC DOE. | .10 | 30.00 |
| 05/15/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DAMAGES ANALYSIS. | .50 | 245.00 |
| 05/15/20 RPV | B190 | A107 | EMAIL FROM AND TO MR. BORDELON REGARDING SUGGESTED LANGUAGE FOR MOTION TO DISMISS. | .30 | 147.00 |
| 05/15/20 RPV | B190 | A106 | EMAILS FROM MS. ZERINGUE, THE CLIENT AND MS. FUTRELL REGARDING DEFINED BENEFIT PLAN FOR RETIRED PRIESTS. | .50 | 245.00 |
| 05/15/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT FOR THE RESPONSE FOR REHEARING. | .50 | 245.00 |
| 05/15/20 RPV | B190 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING DRAFT FOR THE RESPONSE FOR REHEARING. | .10 | 49.00 |
| 05/15/20 RPV | B190 | A105 | OFFICE CONFERENCES WITH MS. FUTRELL REGARDING RESPONSE TO RECONSIDERATION TO WAGE MOTION ORDER. | .80 | 392.00 |
| 05/15/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH CREDITOR'S LAWYER REGARDING UCC. | .20 | 98.00 |
| 05/15/20 RPV | B110 | A106 | EMAIL FROM/TO CLIENT AND JW TEAM REGARDING UCC FORMATION. | .20 | 98.00 |
| 05/15/20 RPV | B190 | A108 | INTERVIEW  POTENTIAL EXPERT. | 1.00 | 490.00 |
| 05/15/20 RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING CALL FROM CREDITOR'S LAWYER REGARDING HEARING FOR RECONSIDERATION OF WAGE MOTION ORDER, ENGAGEMENT OF EXPERT AND RELATED MATTERS. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  44
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING PARISH ISSUES. | .30 | 147.00 |
| 05/15/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED JUDGMENT AND TRANSCRIPT IN STATE COURT CASE. | .50 | 245.00 |
| 05/15/20 | RPV | B190 | A104 | EMAILS FROM AND TO MS. FISCHER AND MR. ZERINGUE REGARDING EXCEPTION AND REPLIES FILED IN STATE COURT CASE AND REVIEWED SAME. | 2.00 | 980.00 |
| 05/15/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED MOTION FROM SPECIAL MASTER REGARDING PAYMENT OF FEES. | .40 | 120.00 |
| 05/15/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCES WITH JONES WALKER TEAM REGARDING PAYMENT OF SPECIAL MASTER'S FEES. | .00 | .00 |
| 05/15/20 | WGZ | B410 | A104 | ANALYSIS OF PRESCRIPTION ISSUES. | 1.00 | 300.00 |
| 05/15/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED MULTIPLE ELECTRONIC FILINGS OF STATEMENTS OF PLAINTIFFS REGARDING REMOVAL. | 1.00 | 300.00 |
| 05/15/20 | LFA | B110 | A103 | REVISED AND FINALIZED APPLICATIONS TO EMPLOY AND EXHIBITS TO SAME. | 2.00 | 800.00 |
| 05/15/20 | MAM | B110 | A106 | CONFERENCES WITH MS. ZERINGUE AND THE CLIENT REGARDING ADMIN ISSUES AND CHECK PAYING. | 1.30 | 520.00 |
| 05/15/20 | MAM | B160 | A103 | REVISE AND EDIT JONES WALKER APPLICATION AND CRI APPLICATION. | 4.50 | 1,800.00 |
| 05/15/20 | MAM | B110 | A108 | CONFERENCE WITH MR. VANCE AND MR. ELASSNERL REGARDING STRATEGY. | 1.00 | 400.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS   PAGE  45
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/15/20 | AK | B190 | A101 | WORKED WITH MR. MINTZ ON STRATEGY FOR FILING MOTION TO QUASH. | .50 | 125.00 |
| 05/15/20 | AK | B190 | A104 | REVIEWED CORRESPONDENCE WITH PLAINTIFF'S COUNSEL IN ORDER TO PREPARE MOTION TO QUASH. | .20 | 50.00 |
| 05/15/20 | LHS | B190 | A104 | REVIEW PROSE MOTION TO RECONSIDER WAGE ORDER. | .50 | 125.00 |
| 05/15/20 | LHS | B160 | A103 | MAKE EDITS TO CRI APPLICATION (0.5); MAKE EDITS TO JONES WALKER DECLARATION (0.4). | .90 | 225.00 |
| 05/15/20 | LHS | B160 | A103 | FINALIZE APPLICATION TO EMPLOY JONES WALKER LLP FOR FILING. | 2.50 | 625.00 |
| 05/15/20 | SAO | B310 | A105 | CALL WITH MS. FISCHER REGARDING POST-PETITION CHART OF ABUSE CASES (0.1); EMAIL CORRESPONDENCE TO MS. FISCHER REGARDING THE SAME (0.4). | .50 | 125.00 |
| 05/15/20 | M F | B310 | A103 | DRAFTING MEMORANDUM REGARDING DEFENSES TO FRAUDULENT CONCEALMENT CLAIMS. | 2.50 | 750.00 |
| 05/15/20 | VWG | B110 | A104 | REVIEWED COMPLIANCE FORMS AND DISCUSSIONS WITH MS. OPPENHEIM. | 2.00 | 600.00 |
| 05/15/20 | CTB | B190 | A103 | CONFORMED NOTICES OF COMPLIANCE AND ASSOCIATED EXHIBITS FOR ELECTRONIC SUBMISSION TO THE USDC EDLA CLERK OF COURT. | 2.00 | 340.00 |
| 05/15/20 | CTB | B190 | A110 | FILE COMPLIANCE NOTICES AND ASSOCIATED EXHIBITS. | .50 | 85.00 |
| 05/16/20 | EJF | B220 | A102 | RESEARCH BENEFIT AND PENSION ISSUES. | .80 | 392.00 |
| 05/16/20 | EJF | B220 | A103 | DRAFT MEMO REGARDING THE SAME. | .70 | 343.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  46
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init. | Task | Act. | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/16/20 | RPV | B190 | A105 | EMAIL FROM AND TO MS. OPPENHEIM REGARDING DRAFT OF NOTICE OF AUTOMATIC REFERENCE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME. | .30 | 147.00 |
| 05/16/20 | RPV | B190 | A105 | EMAIL FROM AND TO AND OFFICE CONFERENCE WITHMR. MINTZ REGARDING INFORMATION CONCERNING SETTLEMENT AND REMOVED CASES. | .50 | 245.00 |
| 05/16/20 | RPV | B190 | A105 | EMAILS FROM AND TO MS. OPPENHEIM REGARDING BANKRUPTCY RULE 9027(E)(3) STATEMENTS AND DRAFT OF AUTOMATIC REFERENCE. | .50 | 245.00 |
| 05/16/20 | MAM | B310 | A105 | CONFERENCE WITH MS. OPPENHEIM AND MR. VANCE REGARDING JURISDICTIONAL QUESTIONS. | 1.50 | 600.00 |
| 05/16/20 | LHS | B160 | A103 | FINALIZE AND FILE APPLICATION TO EMPLOY CRI AS FINANCIAL ADVISORS TO THE DEBTOR. | 1.20 | 300.00 |
| 05/16/20 | SAO | B110 | A105 | TELEPHONE CONFERENCES WITH MR. MINTZ REGARDING PLAINTIFFS' BANKRUPTCY RULE 9027(E)(3) STATEMENTS AND THE ARCHDIOCESE'S NOTICE OF AUTOMATIC REFERENCE (0.8); EXTENDED EMAIL CORRESPONDENCE TO MR. MINTZ AND MR. VANCE REGARDING THE SAME (0.9). | 1.70 | 425.00 |
| 05/16/20 | SAO | B110 | A105 | DRAFT EXTENDED EMAIL TO MS. GUNDLACH REGARDING NOTICE OF AUTOMATIC REFERENCE PURSUANT TO LOCAL RULE 83.4.1 (0.8); CALLS WITH MS. GUNDLACH REGARDING THE SAME (0.6). | 1.40 | 350.00 |
| 05/16/20 | SAO | B110 | A102 | RESEARCH REGARDING NOTICE OF AUTOMATIC REFERENCE TO THE BANKRUPTCY COURT. | 1.20 | 300.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   47
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/16/20 | SAO | B110 | A103 | DRAFT NOTICE OF AUTOMATIC REFERENCE TO THE BANKRUPTCY COURT (1.9). REVIEW AND REVISE THE SAME (2.3). | 4.20 | 1,050.00 |
| 05/16/20 | M F | B310 | A103 | CONTINUED DRAFTING MEMORANDUM ON DEFENSES TO FRAUDULENT CONCEALMENT CLAIMS. | 3.50 | 1,050.00 |
| 05/16/20 | VWG | B110 | A103 | REVIEWED MEMORANDUM ON BANKRUPTCY JURISDICTION AND ABSTENTION (1.0); MULTIPLE E-MAILS WITH MS. OPPENHEIM REGARDING AUTOMATIC REFERRAL TO BANKRUPTCY COURT (1.0); REVISED DRAFT NOTICE OF AUTOMATIC REFERRAL (1.0); RESEARCH RELATED TO REFERRAL TO BANKRUPTCY COURT (3.0). | 6.00 | 1,800.00 |
| 05/17/20 | EJF | B220 | A103 | DRAFT MEMO RE BENEFIT ISSUES. | .80 | 392.00 |
| 05/17/20 | EJF | B220 | A102 | RESEARCH RE BENEFIT ISSUES. | .70 | 343.00 |
| 05/17/20 | RPV | B190 | A105 | EMAILS FROM AND TO MS. FUTRELL AND MR. MINTZ REGARDING RESPONSE TO HOWELL'S MOTION. | .40 | 196.00 |
| 05/17/20 | RPV | B190 | A105 | EMAILS FROM MR. MINTZ, MS. GUNDLACH AND MS. OPPENHEIM REGARDING NOTICE OF AUTOMATIC REFERENCE. | .30 | 147.00 |
| 05/17/20 | RPV | B110 | A108 | EMAILS FROM MR. MINTZ AND MS. ZUNIGA REGARDING STATUS OF SCHEDULES AND SOFA. | .30 | 147.00 |
| 05/17/20 | MAM | B310 | A105 | CONFERENCE AD CORRESPONDENCE WITH MS. FUTRELL REGARDING PRIEST RETIREMENT PAYMENTS (1.2). CONFERENCE AND RESEARCH ON JURISDICTION ISSUES (1.2). | 2.40 | 960.00 |
| 05/17/20 | AK | B190 | A102 | RESEARCHED CASES AND FEDERAL RULES REGARDING CONDUCTING DISCOVERY FOR CONTESTED MATTERS. | 2.10 | 525.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   48
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/17/20 | AK  | B190 | A103 | WORKED ON MOTION TO QUASH AND PROTECTIVE ORDER. | 1.80 | 450.00 |
|----------|-----|------|------|---|------|--------|
| 05/17/20 | SAO | B110 | A103 | REVIEW AND REVISE NOTICE OF AUTOMATIC REFERENCE TO THE BANKRUPTCY COURT. | .70 | 175.00 |
| 05/17/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ REGARDING AUTOMATIC REFERENCE AND ABSTENTION ISSUES. | .20 | 50.00 |
| 05/17/20 | M F | B310 | A103 | CONTINUED DRAFTING MEMORANDUM ON CASES UNDER THIRD CATEGORY OF CONTRA NON VALENTUM. | 3.20 | 960.00 |
| 05/18/20 | EJF | B220 | A104 | REVIEW DOCUMENTS RE EMPLOYEE BENEFIT ISSUES. | 2.50 | 1,225.00 |
| 05/18/20 | EJF | B110 | A106 | CONFERENCE CALL WITH CLIENT RE RESPONSE AND RELATED ISSUES (.7); MEMOS TO AND FROM CLIENT REGARDING THE SAME (.5). | 1.20 | 588.00 |
| 05/18/20 | EJF | B220 | A106 | CONFERENCE CALL WITH MR. EGAN RE EMPLOYEE BENEFIT ISSUES. | .20 | 98.00 |
| 05/18/20 | EJF | B110 | A106 | RESEARCH EMPLOYEE BENEFITS ISSUE (1.8); MEMOS RE SAME (.8). | 2.60 | 1,274.00 |
| 05/18/20 | EJF | B110 | A103 | REVISIONS TO RESPONSE. | 1.20 | 588.00 |
| 05/18/20 | EJF | B110 | A104 | REVIEW OTHER RESPONSES. | 1.40 | 686.00 |
| 05/18/20 | EJF | B110 | A106 | CONFERENCES WITH MR. MINTZ AND MR. VANCE (NO CHARGE) (.8). | .00 | .00 |
| 05/18/20 | JJL | B110 | A104 | CONFERENCE WITH MINTZ REGARDING MANDATORY ABSTENTION. | .50 | 150.00 |
| 05/18/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH MS. SCHMERGEL REGARDING DOJ ISSUES | .20 | 98.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   49
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/18/20 RPV   B190  A107  TELEPHONE CONVERSATION WITH         .20        98.00
                          MR. CAPITELLI REGARDING CALL
                          FROM MS. SCHMERGEL REGARDING
                          DOJ ISSUES AND CALL.

05/18/20 RPV   B190  A105  OFFICE CONFERENCE WITH MR.          .50       245.00
                          MINTZ REGARDING FINAL VERSION
                          OF RESPONSE TO REHEARING ON
                          WAGE ORDER.

05/18/20 RPV   B190  A105  OFFICE CONFERENCE WITH MS.          .80       392.00
                          FUTRELL AND MR. MINTZ
                          REGARDING RESPONSE TO
                          REHEARING ON WAGE MOTION.

05/18/20 RPV   B190  A106  TELEPHONE CONVERSATION WITH         .80       392.00
                          MS. ZERINGUE, MR. MINTZ AND
                          MS. FUTRELL REGARDING
                          RESPONSE TO REHEARING ON WAGE
                          ORDER.

05/18/20 RPV   B190  A106  TELEPHONE CONVERSATION WITH         .20        98.00
                          A. AYMOND REGARDING RESPONSE
                          TO REHEARING ON WAGE ORDER.

05/18/20 RPV   B190  A106  TELEPHONE CONVERSATION WITH         .20        98.00
                          MS. ZERINGUE REGARDING
                          RESPONSE TO REHEARING ON WAGE
                          ORDER.

05/18/20 RPV   B190  A103  REVISED RESPONSE TO REHEARING     1.50       735.00
                          ON WAGE ORDER.

05/18/20 RPV   B190  A107  TELEPHONE CONVERSATION WITH         .10        49.00
                          MR. BORDELON REGARDING
                          OBJECTION TO REHEARING ON
                          WAGE ORDER.

05/18/20 RPV   B190  A104  REVIEWED CALAMARI'S MOTION          .50       245.00
                          FOR RECONSIDERATION.

05/18/20 RPV   B190  A104  RECEIVED AND REVIEWED DRAFT         .30       147.00
                          OF NOTICE OF PROCEEDING TO
                          AUTOMATIC REFERENCE.

05/18/20 RPV   B190  A105  EMAIL FROM MS. GUNDLACH             .10        49.00
                          REGARDING DRAFT OF NOTICE OF
                          PROCEEDING TO AUTOMATIC
                          REFERENCE.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  50
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/20 | RPV | B190 | A104 | REVIEWED ARCHDIOCESE POLICY MANUAL AND CLERGY BENEFIT LETTER. | .50 | 245.00 |
| 05/18/20 | RPV | B130 | A108 | EMAIL FROM MR. SIEGAL REGARDING POTENTIAL PROPERTY TRANSACTION. | .10 | 49.00 |
| 05/18/20 | RPV | B190 | A104 | REVIEWED RESPONSES FILED BY TWO GROUPS OF ABUSE SURVIVORS TO REHEARING ON WAGE ORDER. | 1.00 | 490.00 |
| 05/18/20 | WGZ | B410 | A104 | REVIEW AND ANALYZE OBJECTIONS OF ABUSE VICTIM SURVIVORS TO MOTION TO RECONSIDER ORDERS AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES, SALARIES, ETC. | .70 | 210.00 |
| 05/18/20 | WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING SAME. | .40 | 120.00 |
| 05/18/20 | WGZ | B410 | A104 | REVIEW AND ANALYSIS RESPONSE OF AD HOC COMMITTEE TO MOTION FOR RECONSIDERATION FILED BY G. HOWELL. | .30 | 90.00 |
| 05/18/20 | WGZ | B410 | A104 | ANALYSIS OF EXHIBITS FILED UNDER SEAL IN CONNECTION WITH ABUSE CLAIMANTS' OBJECTION TO MOTION FOR RE-CONSIDERATION REGARDING PAYMENT OF WAGES AND SALARIES. | .90 | 270.00 |
| 05/18/20 | WGZ | B410 | A103 | COORDINATING NOTICE OF COMPLIANCE IN CC DOE AND OTHER MATTERS OF THE ARCHDIOCESE. | .50 | 150.00 |
| 05/18/20 | BTW | B410 | A102 | RESEARCH REGARDING EMPLOYEE BENEFIT ISSUE. | .70 | 280.00 |
| 05/18/20 | JPG | B120 | A104 | REVIEW OF SCHEDULE A TO SCHEDULES. | .80 | 320.00 |
| 05/18/20 | LFA | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS SCHEDULES AND GLOBAL NOTES TO SAME. | .50 | 200.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  51
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/18/20 LFA    B110   A103   REVIEWED DRAFT OF SCHEDULES       2.00        800.00
                              AND DRAFTED GLOBAL NOTES TO
                              SAME.

05/18/20 MAM    B310   A105   CONFERENCE WITH MR. LOWENTHAL      .40        160.00
                              REGARDING JURISDICTION ISSUES

05/18/20 MAM    B110   A106   CONFERENCE WITH THE CLIENT         .30        120.00
                              REGARDING SCHEDULES AND SOFA

05/18/20 MAM    B110   A105   CONFERENCE REGARDING MATTERS     10.10      4,040.00
                              RELATED TO INSURANCE MATTERS.
                              REVISE AND EDIT THE SAME.
                              CORRESPONDENCE REGARDING THE
                              MOTIONS.

05/18/20 MMS    B220   A102   CONFER WITH M. MINTZ              .20         60.00
                              REGARDING RESEARCH.

05/18/20 LHS    B190   A103   REVIEWED COMPLEX CASE            1.10        275.00
                              PROCEDURES REQUIREMENT (0.2);
                              DRAFT NOTICE OF HEARING (0.9).

05/18/20 LHS    B190   A103   EMAILS WITH THE CLERK OF          .30         75.00
                              COURT REGARDING THE FILING OF
                              SCHEDULE 1 AND 2 OF MINTZ
                              DECLARATION.

05/18/20 SAO    B110   A105   TELEPHONE CONFERENCE WITH MS.    2.70        675.00
                              GUNDLACH REGARDING AUTOMATIC
                              REFERENCE ISSUES (0.9); DRAFT
                              EXTENDED EMAIL CORRESPONDENCE
                              TO MS. GUNDLACH REGARDING THE
                              SAME (1.8).

05/18/20 SAO    B310   A105   TELEPHONE CONFERENCE WITH MS.     .10         25.00
                              FISCHER REGARDING
                              PRESCRIPTION ISSUE.

05/18/20 M F    B310   A103   CONTINUED DRAFTING MEMORANDUM    3.60      1,080.00
                              EXAMINING LEGAL DEFENSES TO
                              PLAINTIFFS' CLAIMS TO BE USED
                              IN EVALUATING SAME FOCUSING
                              ON REPRESSED MEMORY
                              PLAINTIFFS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   52
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/18/20 | VWG | B110 | A105 | E-MAIL AND TELEPHONE COMMUNICATIONS WITH MS. OPPENHEIM REGARDING VARIOUS FILINGS; TELEPHONE TO CLERK OF COURT REGARDING REMOVING RALPH AUCOIN FROM PLEADINGS (1.0); EMAIL TO MR. BOURG REGARDING EXHIBITS (.3). | 1.30 | 390.00 |
| 05/18/20 | CTB | B190 | A110 | REVIEW AND PREPARE EXHIBIT FOR ELECTRONIC SUBMISSION TO USDC CLERK OF COURT RE JOHN A DOE. | .30 | 51.00 |
| 05/19/20 | EJF | B110 | A104 | REVIEW DRAFT OF SOFA. | 1.80 | 882.00 |
| 05/19/20 | EJF | B110 | A106 | MEMOS RE SOFA-RELATED ISSUES. | .80 | 392.00 |
| 05/19/20 | EJF | B110 | A106 | MEMOS TO AND FROM MR. EGAN REGARDING ISSUES RELATED TO SCHEDULES. | .50 | 245.00 |
| 05/19/20 | EJF | B110 | A104 | REVIEW DRAFT SCHEDULES. | 1.20 | 588.00 |
| 05/19/20 | EJF | B220 | A104 | RESEARCH RE PENSION ISSUES. | 1.50 | 735.00 |
| 05/19/20 | EJF | B220 | A104 | REVIEW VERSIONS OF MANUALS AND RELATED DOCUMENTS. | 1.50 | 735.00 |
| 05/19/20 | EJF | B220 | A105 | MEMOS TO AND FROM MR. WILSON AND OTHERS REGARDING THE SAME (.5); MEMOS TO AND FROM MR. VANCE AND MR. MINTZ RE SAME (.2). | .70 | 343.00 |
| 05/19/20 | EJF | B220 | A106 | CONFERENCE WITH MR. EGAN RE EMPLOYMENT ISSUES. | .20 | 98.00 |
| 05/19/20 | EJF | B220 | A105 | CONFERENCE WITH MR VANCE RE EMPLOYMENT ISSUES (.2) (NO CHARGE). | .00 | .00 |
| 05/19/20 | EJF | B220 | A107 | MEMOS RE EMPLOYEE BENEFIT INFORMATION. | .20 | 98.00 |
| 05/19/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED 24-PAGE FILING BY CALAMARI IN BANKRUPTCY COURT. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  53
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/19/20 | JJL | B110 | A105 | TELEPHONE CALL FROM FISCHER REGARDING HOUMA-THIBODAUX DIOCESE AND USF&G. | .30 | 90.00 |
| 05/19/20 | JJL | B110 | A104 | REVIEWED NOTES REGARDING CALL WITH CATHOLIC MUTUAL AND TRAVELERS. | .30 | 90.00 |
| 05/19/20 | JJL | B110 | A108 | CORRESPONDENCE TO M. BASS AT ARMOUR RISK. | .10 | 30.00 |
| 05/19/20 | JJL | B110 | A105 | READ CORRESPONDENCE FROM MINTZ REGARDING DISCUSSION WITH BLANK ROME ATTORNEY. | .10 | 30.00 |
| 05/19/20 | JJL | B110 | A106 | READ CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING DATA/DOCUMENTS. | .10 | 30.00 |
| 05/19/20 | JJL | B110 | A106 | READ FOLLOW-UP FROM SUSAN ZERINGUE. | .10 | 30.00 |
| 05/19/20 | RPV | B190 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING CALL FROM MS. SCHMERGEL REGARDING DOJ ISSUES AND EMPLOYEE PAYMENT ISSUE. | .30 | 147.00 |
| 05/19/20 | RPV | B110 | A105 | TELEPHONE CONVERSATION WITH MS. FUTRELL REGARDING EMPLOYEE PAY ISSUES. | .50 | 245.00 |
| 05/19/20 | RPV | B110 | A107 | TELEPHONE CONVERSATION WITH MR. MURRAY, MS. FISCHER AND MR. MINTZ REGARDING INSURANCE ISSUES AND ENGAGEMENT. | 1.00 | 490.00 |
| 05/19/20 | RPV | B190 | A104 | REVIEWED RETIREMENT POLICY. | .50 | 245.00 |
| 05/19/20 | RPV | B120 | A106 | EMAILS TO AND FROM MS. ZERINGUE REGARDING POTENTIAL SALE OF PROPERTY. | .30 | 147.00 |
| 05/19/20 | RPV | B190 | A106 | EMAILS FROM MS. ZERINGUE REGARDING INSURANCE ISSUES AND CLAIM. | .30 | 147.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   54
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 05/19/20 RPV | B110 | A105 | EMAILS AMONG JW TEAM REGARDING HIRING SPECIAL COUNSEL AND INSURANCE ISSUES. | .50 | 245.00 |
| 05/19/20 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER GRANTING EX PARTE MOTION OF CERTAIN ABUSE VICTIM-SURVIVORS FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 107 AND BANKRUPTCY RULE 9018 AUTHORIZING PARTIAL FILING UNDER SEAL. | .10 | 49.00 |
| 05/19/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER AND HIS TEAM REGARDING VARIOUS MATTERS INCLUDING UCC, SCHEDULES, UPCOMING HEARINGS AND MEETING OF CREDITORS. | .50 | 245.00 |
| 05/19/20 WGZ | B410 | A104 | ANALYSIS OF NOTICES OF COMPLIANCE TO PERFECT REMOVAL. | .30 | 90.00 |
| 05/19/20 WGZ | B410 | A107 | EMAILS WITH R. BORDELON AND P. VANCE REGARDING DISMISSAL OF CLAIMS OF ███████. | .40 | 120.00 |
| 05/19/20 WGZ | B410 | A105 | EMAILS WITH M. MINTZ, S. ZERINGUE, THE CLIENT AND OTHERS REGARDING INSURANCE. | .50 | 150.00 |
| 05/19/20 WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE. | .30 | 90.00 |
| 05/19/20 BTW | B410 | A102 | RESEARCH REGARDING EMPLOYEE BENEFIT ISSUES. | 2.40 | 960.00 |
| 05/19/20 LFA | B110 | A103 | CONTINUED REVIEWING AND REVISING SCHEDULES, SOFA AND GLOBAL NOTES. | 3.50 | 1,400.00 |
| 05/19/20 LFA | B110 | A104 | REVIEWED LIST OF NEW UTILITY PROVIDERS AND AMENDED FILING REGARDING SAME. | .60 | 240.00 |
| 05/19/20 MAM | B110 | A108 | PREPARE FOR AND ATTEND MEETING WITH JIM MURRAY REGARDING INSURANCE MATTERS. | 1.50 | 600.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  55
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tmk | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/19/20 | MAM | B110 | A101 | RECEIPT AND REVIEW OF STATEMENTS FROM COUNSEL REGARDING INSURANCE MATTERS (1.0);RESEARCH REGARDING THE SAME.  CONFERENCES REGARDING THE SAME (3.5). | 4.50 | 1,800.00 |
| 05/19/20 | MAM | B110 | A101 | PLAN AND PREPARE FOR HEARING ON PENSION MATTERS. | 2.50 | 1,000.00 |
| 05/19/20 | MMS | B220 | A106 | CONFER WITH S. ZERINGUE REGARDING BENEFITS ISSUE. | .20 | 60.00 |
| 05/19/20 | MMS | B220 | A106 | CONFER WITH THE CLIENT REGARDING WARN NOTICE TO PARTIALLY FURLOUGHED EMPLOYEES AND UNEMPLOYMENT INSURANCE. | .60 | 180.00 |
| 05/19/20 | MMS | B220 | A102 | CONFER WITH THE CLIENT REGARDING UNEMPLOYMENT ISSUE, EVALUATE STRATEGY REGARDING SAME, AND VARIOUS COMMUNICATIONS WITH S. ZERINGUE REGARDING SAME. | 1.80 | 540.00 |
| 05/19/20 | M F | B190 | A106 | REVIEWED ELECTRONIC MEMO FROM S. ZERINGUE WITH INFORMATION REGARDING PAST INSURANCE POLICIES. | .20 | 60.00 |
| 05/19/20 | M F | B190 | A106 | FURTHER EXCHANGE OF EMAIL WITH S. ZERINGUE REGARDING MISSING POLICIES. | .30 | 90.00 |
| 05/19/20 | M F | B190 | A106 | ELECTRONIC MEMO FROM S. ZERINGUE REGARDING POSSIBLE ADDITIONAL INSURED ON EARLY 1980S USF&G POLICIES. | .20 | 60.00 |
| 05/19/20 | M F | B190 | A104 | REVIEWED TWO LENGTHY USF&G POLICIES AND DETERMINED THAT THERE WAS AN ADDITIONAL INSURED UNDER EACH. | 1.30 | 390.00 |
| 05/19/20 | M F | B190 | A106 | DRAFTED TWO EMAILS TO S. ZERINGUE EACH ADDRESSING HER QUESTION ABOUT A SEPARATE USF&G POLICY WITH RESULTS OF REVIEW AND ANALYSIS AND | .50 | 150.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  56
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|  |  |  |  | ATTACHING PERTINENT EXCERPTS OF EACH TO SUPPORT CONCLUSION. |  |  |
|---|---|---|---|---|---|---|
| 05/19/20 | M F | B110 | A107 | CONFERENCE WITH P. VANCE, M. MINTZ, & J. MURRAY REGARDING WORKING WITH ARCHDIOCESE INSURERS TO GET CONTRIBUTIONS IN BANKRUPTCY PROCEEDINGS AND J. MURRAY'S PAST EXPERIENCE. | 1.00 | 300.00 |
| 05/19/20 | VWG | B110 | A105 | DRAFTING NOTICE OF AUTOMATIC REFERRAL. | .30 | 90.00 |
| 05/19/20 | VWG | B110 | A105 | E-MAIL AND TELEPHONE COMMUNICATIONS WITH MS. OPPENHEIM REGARDING NOTICES OF COMPLIANCE AND MOTIONS TO WITHDRAW AS CO-COUNSEL FOR CATHOLIC CHARITIES. | .50 | 150.00 |
| 05/20/20 | EJF | B220 | A102 | RESEARCH EMPLOYEE BENEFITS ISSUES. | 3.80 | 1,862.00 |
| 05/20/20 | EJF | B110 | A106 | MEMOS RE SCHEDULES AND SOFA. | .50 | 245.00 |
| 05/20/20 | EJF | B110 | A104 | REVISIONS TO SOFA AND SCHEDULES NOTES. | .40 | 196.00 |
| 05/20/20 | EJF | B220 | A105 | CONFERENCES WITH MR. VANCE (.3) AND MR. MINTZ (.4) (NO CHARGE) RE HEARING ON MOTION TO RECONSIDER. | .00 | .00 |
| 05/20/20 | EJF | B110 | A109 | ATTEND HEARING ON MOTION TO RECONSIDER AND COMMUNICATIONS WITH MR. MINTZ RE SAME. | 1.10 | 539.00 |
| 05/20/20 | EJF | B220 | A104 | REVIEW DOCUMENTS RELATED TO PENSION. | .70 | 343.00 |
| 05/20/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED APPOINTMENT OF UNSECURED CREDITORS COMMITTEE. | .10 | 30.00 |
| 05/20/20 | RPV | B210 | A105 | OFFICE CONFERENCES WITH AND EMAIL FROM/TO MS. FUTRELL REGARDING RESPONSE TO REPLY BRIEF FILED BY CALAMARI AND OPPOSITION FILED BY ABUSE VICTIMS GROUPS. | 1.00 | 490.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  57
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


05/20/20 RPV    B190  A104   REVIEWED REPLY BRIEF FILED BY        .50        245.00
                             CALAMARI TO REHEARING MOTION
                             REGARDING WAGE ORDER.

05/20/20 RPV    B190  A106   TELEPHONE CONVERSATIONS WITH         .70        343.00
                             CLIENT REGARDING REHEARING ON
                             WAGE ORDER MOTION.

05/20/20 RPV    B190  A105   OFFICE CONFERENCES WITH AND         1.50        735.00
                             EMAIL FROM/TO MR. MINTZ
                             REGARDING REHEARING MOTION
                             FOR WAGE ORDER.

05/20/20 RPV    B190  A106   TELEPHONE CONVERSATIONS WITH         .80        392.00
                             MS. ZERINGUE REGARDING
                             REHEARING ON WAGE ORDER.

05/20/20 RPV    B190  A109   ATTEND HEARING ON REHEARING        1.70        833.00
                             MOTION FOR WAGE ORDER.

05/20/20 RPV    B190  A106   TELEPHONE CONVERSATION WITH          .50        245.00
                             CLIENTS AND MR. MINTZ POST
                             HEARING ON REHEARING ON WAGE
                             ORDER.

05/20/20 RPV    B190  A105   EMAIL TO AND FROM MS.                .30        147.00
                             OPPENHEIM REGARDING
                             SUPPLEMENTED LIST OF THE
                             LAWSUITS FILED ON BEHALF OF
                             CREDITORS.

05/20/20 RPV    B110  A106   EMAIL FROM AND TO MS.                .30        147.00
                             ZERINGUE REGARDING COMMITTEE
                             FORMATION.

05/20/20 RPV    B110  A104   REVIEWED EX PARTE MOTION FOR         .10         49.00
                             ORDER AUTHORIZING LIMITED
                             DISCLOSURE OF SEALED RECORD
                             AND EXHIBITS.

05/20/20 RPV    B110  A104   REVIEWED NOTICE OF                   .10         49.00
                             APPOINTMENT OF UNSECURED
                             CREDITOR'S COMMITTEE.

05/20/20 RPV    B110  A105   EMAILS FROM AND OFFICE               .50        245.00
                             CONFERENCE WITH MS. FUTRELL
                             AND MR. MINTZ REGARDING
                             PAYMENT OF THERAPY CLAIMS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  58
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/20/20 RPV | B190 | A107 | EMAIL FROM MR. BORDELON REGARDING SUGGESTED LANGUAGE FOR THE MOTION TO DISMISS. | .10 | 49.00 |
| 05/20/20 RPV | B110 | A108 | EMAIL FROM AND TO MS. SCHMERGEL REGARDING SCHEDULES AND SOFA. | .30 | 147.00 |
| 05/20/20 WGZ | B410 | A106 | EMAIL FROM THE CLIENT REGARDING HEARING BEFORE TRUSTEE. | .30 | 90.00 |
| 05/20/20 WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING STRATEGY FOR HEARING BEFORE JUDGE GRABILL. | .50 | 150.00 |
| 05/20/20 WGZ | B410 | A105 | EMAIL FROM M. MINTZ REGARDING INFORMATION BEFORE HEARING WITH JUDGE GRABILL REGARDING RECONSIDERATION OF MOTION WITH RESPECT TO WAGES AND SALARIES. | .30 | 90.00 |
| 05/20/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH S. ZERINGUE REGARDING SAME. | .20 | 60.00 |
| 05/20/20 WGZ | B410 | A101 | PREPARATION FOR HEARING BEFORE TRUSTEE AND CREDITORS. | .90 | 270.00 |
| 05/20/20 BTW | B410 | A102 | RESEARCH EMPLOYEE BENEFIT ISSUES. | .60 | 240.00 |
| 05/20/20 LFA | B110 | A104 | REVISED AND REVIEWED SCHEDULES, SOFA, AND GLOBAL NOTES. | 4.60 | 1,840.00 |
| 05/20/20 MAM | B110 | A109 | PLAN AND PREPARE FOR HEARING (2.5).  APPEAR AND ARGUE AT HEARING (1.5). CONFERENCE WITH CLIENT REGARDING THE SAME (1.5). | 5.50 | 2,200.00 |
| 05/20/20 MMS | B220 | A106 | CONFER WITH S. ZERINGUE REGARDING HEALTH PLAN. | .20 | 60.00 |
| 05/20/20 LHS | B110 | A104 | PHONE CALL WITH MS. OPPENHEIM REGARDING POTENTIAL PENDING LITIGATION. | .20 | 50.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   59
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


05/20/20 LHS    B110   A104   REVIEW CONFLICTS CHECKS FOR            .40        100.00
                              INFORMATION REGARDING PENDING
                              LITIGATION.

05/20/20 SAO    B310   A103   PREPARE LIST FOR MR. VANCE OF         1.90        475.00
                              LAWSUITS FILED ON BEHALF OF
                              UNSECURED CREDITORS
                              COMMITTEE MEMBERS.

05/20/20 VWG    B110   A105   DRAFTING MOTION TO WITHDRAW            .30         90.00
                              RALPH AUCOIN OF THE DENACHUAD
                              FIRM.

05/21/20 EJF    B110   A105   MEMOS RE SOFAS AND SCHEDULES.          .50        245.00

05/21/20 EJF    B110   A104   REVIEW AMENDED WAGE ORDER.             .10         49.00

05/21/20 EJF    B110   A106   MEMOS TO AND FROM CLIENT              .20         98.00
                              REGARDING AMENDED WAGE ORDER.

05/21/20 EJF    B210   A103   WORK ON THERAPY MOTION (2.8)         3.20      1,568.00
                              AND ORDER GRANTING THE SAME
                              (.3).

05/21/20 EJF    B220   A105   REVIEW PENSION AND RETIREE           1.20        588.00
                              BENEFIT ISSUES.

05/21/20 EJF    B210   A106   MEMOS TO AND FROM CLIENT              .30        147.00
                              REGARDING THERAPY MOTION AND
                              RELATED ISSUES.

05/21/20 RPV    B110   A106   EMAIL FROM MS. ZERINGUE               .10         49.00
                              REGARDING REVIEW OF THERAPY
                              MOTION.

05/21/20 RPV    B410   A104   REVIEWED MEMO TO CLIENT               .20         98.00
                              REGARDING UPDATE ON MATTERS.

05/21/20 RPV    B110   A106   EMAILS FROM MS. ZERINGUE, THE         .50        245.00
                              CLIENT AND MR. GENNARDO
                              REGARDING LIST OF PROPERTIES
                              AND REVIEWED LIST.

05/21/20 RPV    B190   A107   EMAILS FROM AND TO MR.                .20         98.00
                              BORDELON, MS. ZERINGUE AND
                              MR. MINTZ REGARDING STATUS OF
                              CONSENTS FOR SETTLEMENT.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   60
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/21/20 | RPV | B190 | A107 | EMAIL FROM MR. CAPITELLI REGARDING STATUS OF SETTLEMENT TALKS. | .10 | 49.00 |
| 05/21/20 | RPV | B110 | A104 | REVIEWED REVISED THERAPY MOTION. | .10 | 49.00 |
| 05/21/20 | RPV | B210 | A105 | EMAIL FROM AND TO MS. FUTRELL REGARDING DRAFT OF THERAPY MOTION AND AMENDED WAGE ORDER. | .20 | 98.00 |
| 05/21/20 | RPV | B110 | A104 | REVIEWED AMENDED ORDER AUTHORIZING THE DEBTOR TO (A) TO PAY ALL OUTSTANDING REGARDING-PETITION WAGES, SALARIES, OTHER ACCRUED COMPENSATION, EXPENSE REIMBURSEMENTS, BENEFITS, AND RELATED AMOUNT; AND (B) CONTINUE SPECIFIED BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS SIGNED ON MAY 21, 2020. | .10 | 49.00 |
| 05/21/20 | RPV | B160 | A104 | REVIEWED DRAFT RETENTION LETTER FOR DIOCESES. | .10 | 49.00 |
| 05/21/20 | RPV | B110 | A105 | EMAILS FROM MS. FUTRELL AND MS. ASHLEY REGARDING DRAFT SCHEDULES AND SOFA. | .20 | 98.00 |
| 05/21/20 | RPV | B190 | A108 | TELEPHONE CALL FROM MR. DRAPER REGARDING HEARING. | .20 | 98.00 |
| 05/21/20 | RPV | B110 | A106 | EMAIL FROM/TO MS. ZERINGUE REGARDING UCC ISSUES. | .20 | 98.00 |
| 05/21/20 | RPV | B210 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING BANK REQUEST FOR COURT ORDER. | .20 | 98.00 |
| 05/21/20 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING AMENDED WAGE ORDER, SCHEDULES, THERAPY PAYMENT MOTION AND RELATED MATTERS. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   61
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/21/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING WAGE ORDER HEARING , BANK ISSUE AND SCHEDULES. | .50 | 245.00 |
| 05/21/20 WGZ | B410 | A106 | EMAIL FROM S. ZERINGUE REGARDING MOTION FOR AUTHORIZATION TO MAKE THERAPY PAYMENTS. | .30 | 90.00 |
| 05/21/20 WGZ | B410 | A104 | ANALYSIS OF MEMORANDUM IN SUPPORT OF THERAPY PAYMENT MOTION. | .60 | 180.00 |
| 05/21/20 WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING THERAPY PAYMENT MOTION. | .30 | 90.00 |
| 05/21/20 BTW | B410 | A102 | RESEARCH REGARDING EMPLOYEE BENEFITS ISSUE. | .30 | 120.00 |
| 05/21/20 JPG | B120 | A108 | CORRESPONDENCE WITH MR. MINTZ AND DONLIN RECANO ON SCHEDULES. | .50 | 200.00 |
| 05/21/20 JPG | B120 | A103 | PREPARATION OF SCHEDULES OF REAL ESTATE AND REVIEW OF UNDERLYING DATA ON SAME. | 8.70 | 3,480.00 |
| 05/21/20 LFA | B110 | A108 | CALL WITH DONLIN TO REVIEW AND REVISE SCHEDULES, SOFA AND GLOBAL NOTES. | 2.00 | 800.00 |
| 05/21/20 LFA | B110 | A104 | CONTINUED REVIEWING AND ANALYZING SCHEDULES. | 2.00 | 800.00 |
| 05/21/20 LFA | B160 | A103 | CORREPONDENCES WITH MR. MINTZ REGARDING RETENTION OF BLANK ROME. | .40 | 160.00 |
| 05/21/20 LFA | B160 | A102 | RESEARCHED RETENTION OF SPECIAL COUNSEL UNDER THE BANKRUPTCY CODE AND UST GUIDELINES TO ASSIST IN DRAFTING RETENTION APPLICATION. | 2.50 | 1,000.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  62
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/21/20 MAM | B110 | A108 | WORK ON SCHEDULES (2.5). CONFERENCE WITH DRC ET AL REGARDING THE SAME (1.0). | 3.50 | 1,400.00 |
| 05/21/20 MAM | B110 | A103 | WORK ON MEMO TO LEADERSHIP REGARDING STATUS. | 1.20 | 480.00 |
| 05/21/20 MAM | B110 | A103 | WORK ON AMENDMENTS TO SCHEDULES. | 4.90 | 1,960.00 |
| 05/21/20 MMS | B220 | A104 | ANALYZE ISSUES REGARDING RESEARCH INTO BENEFITS ISSUE. | .60 | 180.00 |
| 05/21/20 LHS | B190 | A103 | REVIEW CASES REGARDING DISMISSAL OF BANKRUPTCY PROCEEDINGS. | 1.30 | 325.00 |
| 05/22/20 EJF | B110 | A106 | REVIEW REVISED SCHEDULES AND SOFA. | 1.30 | 637.00 |
| 05/22/20 EJF | B110 | A105 | MEMOS RE REVISIONS TO THE SAME. | .30 | 147.00 |
| 05/22/20 EJF | B110 | A106 | REVIEW MEMO RE OCP MOTION (.1); MEMOS REGARDING ADDITIONS TO THE SAME (.1). | .20 | 98.00 |
| 05/22/20 EJF | B110 | A103 | FURTHER REVISIONS TO THERAPY PLEADINGS. | 1.80 | 882.00 |
| 05/22/20 EJF | B110 | A106 | MEMOS TO AND FROM CLIENT REGARDING THERAPY PLEADINGS (.2); CONFERENCE CALLS WITH CLIENT RE SAME (.6); | .80 | 392.00 |
| 05/22/20 RPV | B190 | A105 | EMAILS FROM AND TO MS. GUNDLACH AND MR. MINTZ REGARDING REMOVAL UPDATES & REMAINING ACTION ITEMS WITH RESPECT TO CASES REMOVED TO FEDERAL DISTRICT COURT. | .50 | 245.00 |
| 05/22/20 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING SCHEDULES, PAYMENTS, MOTION AND RELATED ISSUES. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   63
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/22/20 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING SCHEDULES, PAYMENTS, MOTIONS, UCC AND RELATED MATTERS. | .50 | 245.00 |
| 05/22/20 RPV | B190 | A105 | EMAIL FROM/TO MS. OPPENHEIM REGARDING NOTICE OF REFERRALS IN REMOVED CASES. | .20 | 98.00 |
| 05/22/20 RPV | B110 | A105 | EMAIL FROM/TO MR. MINTZ AND MS. FUTRELL REGARDING UCC ISSUES. | .30 | 147.00 |
| 05/22/20 RPV | B210 | A106 | EMAILS FROM/TO CLIENT AND JW TEAM REGARDING EMPLOYEE ISSUES. | .50 | 245.00 |
| 05/22/20 RPV | B160 | A106 | EMAILS FROM/TO CLIENT AND JW TEAM REGARDING ENGAGEMENT OF PROFESSIONALS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME. | .50 | 245.00 |
| 05/22/20 RPV | B110 | A103 | REVIEWED THERAPY MOTION AND REVISED SAME. | .30 | 147.00 |
| 05/22/20 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH DOJ COUNSEL REGARDING SETTLEMENT TERMS. | .50 | 245.00 |
| 05/22/20 RPV | B190 | A107 | TELEPHONE CONVERSATION WITH MR. CAPITELLI REGARDING DOJ TERMS FOR SETTLEMENT. | .30 | 147.00 |
| 05/22/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING REMOVALS, REFERENCES AND SCHEDULES. | .50 | 245.00 |
| 05/22/20 RPV | B110 | A104 | RECEIVED AND REVIEWED INITIAL DRAFTS OF THE SCHEDULES AND STATEMENTS. | 1.00 | 490.00 |
| 05/22/20 WGZ | B410 | A101 | COORDINATING NOTICE OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT IN SEVERAL MATTERS INCLUDING LON DOE, JAMES DOE, RAYMOND ROE, POLLETT, STONEBREAKER, JOHN ROE I, J.W. DOE. AND OTHERS. | .60 | 180.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   64
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 05/22/20 WGZ | B410 | A103 | EDIT AND REVISIONS TO MOTION TO AUTHORIZE PAYMENT OF THERAPY. | 1.50 | 450.00 |
| 05/22/20 WGZ | B410 | A105 | EMAILS AND TELEPHONE CALLS WITH L. FUTRELL. | .80 | 240.00 |
| 05/22/20 WGZ | B410 | A106 | EMAILS AND TELEPHONE CONFERENCES WITH S. ZERINGUE. | .70 | 210.00 |
| 05/22/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH S. ZERINGUE AND L. FUTRELL. | .30 | 90.00 |
| 05/22/20 JPG | B120 | A103 | CONTINUED PREPARATION OF SCHEDULES OF REAL ESTATE HOLDINGS. | 7.80 | 3,120.00 |
| 05/22/20 JPG | B120 | A103 | REVISE NOTES TO SCHEDULES. | .30 | 120.00 |
| 05/22/20 JPG | B120 | A108 | CORRESPONDENCE ON NOTES TO SCHEDULE. | .20 | 80.00 |
| 05/22/20 LFA | B110 | A104 | REVIEWED AND FINALIZED SCHEDULES FOR FILING. | 4.00 | 1,600.00 |
| 05/22/20 LFA | B110 | A103 | DRAFTED APPLICATION TO EMPLOY BLANK ROME. | 2.70 | 1,080.00 |
| 05/22/20 MAM | B310 | A105 | WORK ON SCHEDULES AND FINALIZE AND FILE SAME. | 3.50 | 1,400.00 |
| 05/22/20 MAM | B160 | A107 | CONFERENCE AND CORRESPONDENCE WITH CLIENT AND DENACHAUD LAW FIRM REGARDING OCP SCHEDULE. | 1.30 | 520.00 |
| 05/22/20 MAM | B110 | A106 | MEMO TO CLIENT REGARDING CASE STATUS. | 1.50 | 600.00 |
| 05/22/20 CTB | B190 | A110 | CONFORM AND FILE NOTICE OF AUTOMATIC REFERENCE WITH CLERK OF COURT RE JOHN A DOE. | .30 | 51.00 |
| 05/23/20 RPV | B110 | A104 | REVIEWED QUESTIONS FROM REPORTER AND PROPOSED RESPONSES. | .50 | 245.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  65
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/23/20 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CALL FROM REPORTER REGARDING BANKRUPTCY SCHEDULES ISSUES. | .50 | 245.00 |
| 05/23/20 | MAM | B110 | A106 | CONFERENCES AND CORRESPONDENCE REGARDING MATTERS RELATED TO SCHEDULES. | 1.40 | 560.00 |
| 05/23/20 | MAM | B110 | A107 | CORRESPONDENCE TO COUNSEL REGARDING WEEK JUST PAST AND REVIEW. | .80 | 320.00 |
| 05/23/20 | MAM | B110 | A101 | RESEARCH REGARDING REFUND MOTIONS. | .80 | 320.00 |
| 05/23/20 | JJP | B220 | A102 | BEGAN CONDUCTING LEGAL RESEARCH CONCERNING EMPLOYMENT ISSUES. | .40 | 100.00 |
| 05/24/20 | RPV | B190 | A105 | EMAILS FROM/TO MS. GUNDLACH REGARDING REFERRAL NOTICES FILED IN REMOVED CASES. | .40 | 196.00 |
| 05/24/20 | RPV | B160 | A107 | EMAIL FROM COUNSEL REGARDING SCOPE OF ENGAGEMENT FOR DEBTOR. | .20 | 98.00 |
| 05/25/20 | EJF | B210 | A106 | MEMO TO CLIENT REGARDING REFUND MOTION. | .20 | 98.00 |
| 05/25/20 | EJF | B210 | A104 | REVIEW INFORMATION ABOUT DEPOSITS FOR DIFFERENT SCHOOLS AND CAMPS. | 1.20 | 588.00 |
| 05/25/20 | EJF | B210 | A103 | DRAFT CHART SUMMARIZING DEPOSITS RE REFUND MOTION. | 1.20 | 588.00 |
| 05/25/20 | EJF | B210 | A103 | DRAFT REFUND PLEADINGS. | 2.20 | 1,078.00 |
| 05/25/20 | EJF | B210 | A102 | RESEARCH REFUND AND PRIORITY CLAIM ISSUES. | 1.50 | 735.00 |
| 05/25/20 | RPV | B110 | A105 | EMAILS FROM MS. FUTRELL AND MR. MINTZ REGARDING REFUND OF CERTAIN DEPOSITS. | .20 | 98.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  66
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 05/25/20 | RPV | B110 | A106 | EMAIL FROM THE CLIENT REGARDING PROVIDING INFORMATION FOR MOTION SEEKING AUTHORITY TO REFUND CERTAIN DEPOSITS. | .10 | 49.00 |
| 05/25/20 | RPV | B110 | A106 | EMAILS FROM MR. MINTZ, THE CLIENT AND MS. ZERINGUE REGARDING CANON LAW OBLIGATIONS. | .30 | 147.00 |
| 05/25/20 | RPV | B110 | A106 | EMAIL FROM THE CLIENT REGARDING ST. TAMMANY CATHOLIC CEMETERY. | .10 | 49.00 |
| 05/25/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND LEE REGARDING ST. TAMMANY CATHOLIC CEMETERY; WITH MESSRS. GOOD AND MINTZ REGARDING SCHEDULES; WITH MS. FUTRELL AND MR. MINTZ REGARDING REFUND MOTION; AND WITH MR. MINTZ REGARDING RESEARCH. | .80 | 320.00 |
| 05/25/20 | MAM | B110 | A103 | CONFERENCES REGARDING MOTION TO PAY REFUNDS (1.0), CONFERENCES REGARDING SCHEDULES (1.0), RESEARCH ON CORPORATE GOVERNANCE ISSUES (1.2) | 3.20 | 1,280.00 |
| 05/25/20 | JJP | B220 | A102 | CONDUCTED LEGAL RESEARCH CONCERNING 11 U.S.C. SECTION 1114 OF THE BANKRUPTCY CODE (1.0); CONDUCTED LEGAL RESEARCH TO DETERMINE A ABILITY TO MODIFY PLAN PAYMENTS (2.0). | 3.00 | 750.00 |
| 05/25/20 | LL | B410 | A105 | DISCUSSED RESEARCH PROJECT ON NON PROFIT LAW WITH MARK MINTZ. | .30 | 75.00 |
| 05/25/20 | LL | B410 | A102 | RESEARCHED NONPROFIT CORPORATION LAW. | 2.20 | 550.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  67
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/25/20 | M F | B120 | A104 | REVIEWED AND ANALYZED ADDITIONAL HISTORICAL INSURANCE INFORMATION LOCATING SEVERAL ADDITIONAL POLICIES AND EVIDENCE OF POLICIES | 6.10 | 1,830.00 |
| 05/26/20 | EJF | B210 | A103 | DRAFT AND REVISE PLEADINGS RELATED TO REFUND MOTION. | 5.80 | 2,842.00 |
| 05/26/20 | EJF | B210 | A102 | RESEARCH ISSUES RELATED TO REFUND MOTION. | 2.80 | 1,372.00 |
| 05/26/20 | JJL | B110 | A104 | READ CORRESPONDENCE FROM RICHARD BORDELON AND ADDITIONAL CORRESPONDENCE FROM WAYNE ZERINGUE REGARDING MOTION TO DISMISS LANGUAGE IN ████████ ████████ CASE. | .20 | 60.00 |
| 05/26/20 | JJL | B110 | A104 | RESPOND REGARDING APPROVAL OF LANGUAGE. | .10 | 30.00 |
| 05/26/20 | JJL | B110 | A105 | CALL FROM MINTZ WITH UPDATE REGARDING UNSECURED CREDITORS COMMITTEE COUNSEL SELECTION, STRATEGY REGARDING PLAINTIFF'S ANTICIPATED MOTION TO REMAND. | .60 | 180.00 |
| 05/26/20 | JJL | B110 | A105 | REVIEWED UPDATED SPREADSHEET REGARDING EVIDENCE OF POLICY COVERAGES FOR ARCHDIOCESE FOR ABUSE LITIGATION AND COMPARE WITH PRIOR NOTES REGARDING COVERAGE. | .60 | 180.00 |
| 05/26/20 | RPV | B110 | A106 | EMAILS TO TEAM AND CLIENT REGARDING 341 HEARING ISSUES. | .80 | 392.00 |
| 05/26/20 | RPV | B210 | A108 | EMAILS FROM AND MR. SEIGEL REGARDING POSSIBLE PURCHASE OF PROPERTY. | .30 | 147.00 |
| 05/26/20 | RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING VARIOUS MATTERS INCLUDING SCHEDULES, 341 MEETING AND RELATED ISSUES. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   68
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/26/20 RPV | B320 | A102 | RESEARCH PLAN ISSUES. | 1.50 | 735.00 |
| 05/26/20 RPV | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF APPOINTMENT OF UNREDACTED UNSECURED CREDITOR'S COMMITTEE. | .10 | 49.00 |
| 05/26/20 RPV | B170 | A105 | EMAIL FROM MR. MINTZ REGARDING MR. MURRAYS ENGAGEMENT LETTER. | .10 | 49.00 |
| 05/26/20 RPV | B110 | A104 | RECEIVED AND REVIEWED EX PARTE ORDER AUTHORIZING LIMITED DISCLOSURE OF SEALED RECORDS. | .10 | 49.00 |
| 05/26/20 RPV | B110 | A108 | CALL WITH UCC COUNSEL AND MR. MINTZ REGARDING VARIOUS ISSUES INCLUDING SCHEDULES, DOCUMENT PRODUCTION AND PAYMENTS TO RETIRED PRIESTS AND RELATED MATTERS. | 1.00 | 490.00 |
| 05/26/20 RPV | B150 | A101 | PREPARING FOR CALL WITH UCC COUNSEL. | .50 | 245.00 |
| 05/26/20 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING ISSUES RAISED IN CALL WITH UCC COUNSEL. | .30 | 147.00 |
| 05/26/20 RPV | B110 | A101 | PREPARING FOR 341 MEETING. | 1.00 | 490.00 |
| 05/26/20 RPV | B160 | A107 | EMAILS FROM MESSRS. GENNARDO AND MINTZ REGARDING SPECIAL COUNSEL DESIGNATION. | .40 | 196.00 |
| 05/26/20 WGZ | B410 | A104 | ANALYSIS OF SCOPE OF ISSUES FOR 341 HEARING. | .90 | 270.00 |
| 05/26/20 WGZ | B410 | A104 | ANALYSIS OF WORDING REGARDING DISMISSAL. | .30 | 90.00 |
| 05/26/20 WGZ | B410 | A105 | EMAILS REGARDING SAME. | .10 | 30.00 |
| 05/26/20 WGZ | B410 | A104 | ANALYSIS OF INSURANCE POLICY DOCUMENTATION. | .80 | 240.00 |
| 05/26/20 WGZ | B410 | A106 | EMAIL FROM S. ZERINGUE REGARDING INSURANCE ISSUES. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  69
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Initials | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/26/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED SEVERAL ELECTRONIC NOTICES FROM COURT REGARDING WITHDRAWAL AS COUNSEL OF RECORD. | .30 | 90.00 |
| 05/26/20 | WGZ | B410 | A106 | RESPONDING TO EMAIL FROM ARCHDIOCESE'S REPRESENTATIVE WITH ANALYSIS OF POTENTIAL TOPICS OF INQUIRY AT 341 HEARING. | 1.00 | 300.00 |
| 05/26/20 | WGZ | B410 | A107 | EMAILS WITH R. BORDELON AND J. LOWENTHAL REGARDING DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE. | .30 | 90.00 |
| 05/26/20 | WGZ | B410 | A101 | PREPARATION FOR 341 HEARING. | .60 | 180.00 |
| 05/26/20 | LFA | B110 | A105 | CORRESPONDENCE WITH MR. MINTZ REGARDING UPDATES AND NEXT STEPS. | .40 | 160.00 |
| 05/26/20 | LFA | B160 | A103 | CONTINUED DRAFTING AND REVISING APPLICATION AND EXHIBITS. | 2.50 | 1,000.00 |
| 05/26/20 | MAM | B110 | A101 | PREPARE FOR MEETING OF CREDITORS (5.8).  REVIEW SCHEDULES RELATED TO THE SAME (1.0). CONFERENCES REGARDING THE SAME (1.5) . | 9.30 | 3,720.00 |
| 05/26/20 | LHS | B190 | A103 | REVIEW AND REVISE DRAFT REFUND MOTION (1.5); INCLUDE ADDITIONAL ARGUMENTS IN THE MOTION (0.6). | 2.10 | 525.00 |
| 05/26/20 | LL | B410 | A102 | RESEARCHED NON-PROFIT CORPORATION LAW. | .40 | 100.00 |
| 05/26/20 | M F | B120 | A106 | EXCHANGE OF EMAIL CORRESPONDENCE WITH S. ZERINGUE REGARDING ADDITIONAL INSURANCE POLICIES LOCATED IN RECENT MATERIALS RECEIVED. | .40 | 120.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  70
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/26/20 GMS | B140 | A107 | COMMUNICATIONS WITH COUNSEL TO CATHOLIC MUTUAL CONCERNING REQUEST FROM OUTSIDE COUNSEL FOR ACCESS TO PRIOR SERVICE OF PLEADINGS. | .10 | 17.00 |
| 05/26/20 GMS | B140 | A105 | COMMUNICATIONS WITH ATTORNEYS ADVISING OF REQUEST RECEIVED FROM MR. WATERS, COUNSEL TO CATHOLIC MUTUAL. | .20 | 34.00 |
| 05/26/20 GMS | B140 | A105 | COMMUNICATIONS WITH MR. SIGL CONFIRMING PLEADING THAT WAS SERVED THROUGH SHAREFILE ON SPECIFIED DATE IN PREPARATION OF MAKING SAME AVAILABLE TO MR. WATERS. | .10 | 17.00 |
| 05/26/20 GMS | B140 | A110 | UPLOAD PLEADING PREVIOUSLY SERVED THROUGH SHAREFILE AND REMOVED DUE TO EXPIRATION OF RETENTION PERIOD. | .10 | 17.00 |
| 05/26/20 GMS | B140 | A107 | COMMUNICATIONS WITH COUNSEL TO CATHOLIC MUTUAL THROUGH SHAREFILE PROVIDING LINK TO PLEADINGS REQUESTED. | .10 | 17.00 |
| 05/27/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING CHANGES TO REFUND MOTION AND RELATED CHART. | 1.50 | 735.00 |
| 05/27/20 EJF | B210 | A103 | ADDITIONS AND REVISIONS TO REFUND PLEADINGS. | 3.50 | 1,715.00 |
| 05/27/20 EJF | B210 | A102 | COMPLETE RESEARCH RELATED TO REFUND MOTION. | 2.30 | 1,127.00 |
| 05/27/20 JJL | B110 | A105 | DISCUSS WITH MINTZ REGARDING PREPARATION OF ARCHDIOCESE CREDITOR'S SECTION 341 MEETING. | .50 | 150.00 |
| 05/27/20 JJL | B110 | A108 | REVIEWED STANG QUESTIONING FROM SANTA FE CREDITORS MEETING. | 1.30 | 390.00 |
| 05/27/20 JJL | B110 | A101 | PREPARE NOTES FOR MEETING. | .60 | 180.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   71
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/27/20 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE, THE CLIENT AND MR. MINTZ REGARDING VARIOUS ISSUES INCLUDING EMPLOYMENT ISSUES, SETTLEMENTS, 341 MEETING AND RELATED MATTERS. | 1.50 | 735.00 |
| 05/27/20 | RPV | B310 | A102 | RESEARCH LEGAL ISSUES REGARDING CERTAIN CREDITORS CLAIMS | 4.00 | 1,960.00 |
| 05/27/20 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING TUITION LOANS, BAR DATE AND COMMITTEE DOCUMENT REQUESTS. | .30 | 147.00 |
| 05/27/20 | RPV | B110 | A104 | REVIEWED MEETING OF CREDITORS OPENING STATEMENT. | .50 | 245.00 |
| 05/27/20 | RPV | B110 | A105 | EMAILS FROM AND TO MR. MINTZ REGARDING MEETING OF CREDITORS OPENING STATEMENT. | .30 | 147.00 |
| 05/27/20 | RPV | B190 | A106 | EMAILS TO AND FROM MS. ZERINGUE REGARDING ZACH ROE LAWSUIT. | .20 | 98.00 |
| 05/27/20 | RPV | B210 | A104 | REVIEWED REVISED REFUND MOTION. | .10 | 49.00 |
| 05/27/20 | RPV | B190 | A106 | EMAIL FROM MR. MINTZ AND MS. ZERINGUE REGARDING SERVICE OF JB DOE LAWSUIT. | .20 | 98.00 |
| 05/27/20 | RPV | B190 | A104 | REVIEWED JB DOE LAWSUIT. | .50 | 245.00 |
| 05/27/20 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING DRAFT OF REFUND MOTION. | .20 | 98.00 |
| 05/27/20 | RPV | B110 | A108 | EMAILS FROM MR. DAVID RUBIN AND MS. FUTRELL REGARDING INDENTURE TRUSTEE FEE AGREEMENT. | .20 | 98.00 |
| 05/27/20 | RPV | B320 | A102 | RESEARCH PLAN ISSUES. | .50 | 245.00 |
| 05/27/20 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING 341 ISSUES. | .50 | 245.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   72
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/27/20 | WGZ | B410 | A106 | TELEPHONE CONVERSATION WITH ARCHDIOCESE'S COUNSEL REGARDING 341 HEARING. | .30 | 90.00 |
| 05/27/20 | WGZ | B410 | A106 | EMAILS WITH ARCHDIOCESE'S COUNSEL AND J. W. KEAN REGARDING MEETING WITH WITNESSES PRIOR TO 341 HEARING. | .60 | 180.00 |
| 05/27/20 | WGZ | B410 | A101 | STRATEGY FOR 341 HEARING MEETING. | .70 | 210.00 |
| 05/27/20 | WGZ | B410 | A101 | PREPARATION FOR 341 HEARING MEETNG WITH REVIEW OF FINANCIAL SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS. | 2.60 | 780.00 |
| 05/27/20 | WGZ | B410 | A104 | ANALYSIS OF 341 HEARING TRANSCRIPT OF PROCEEDINGS AT CREDITORS' MEETING FOR OTHER ARCHDIOCESE PROCEEDING. | 1.90 | 570.00 |
| 05/27/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND SELF REGARDING MEETING OF CREDITORS REPRESENTATIVE; AND WITH MESSRS. MINTZ AND SELF REGARDING DRAFT ARCHDIOCESE OF NEW ORLEANS ENGAGEMENT LETTER. | .50 | 200.00 |
| 05/27/20 | MAM | B110 | A101 | PLAN AND PREPARE FOR MEETING OF CREDITORS (6.0). CONFERENCES REGARDING EMPLOYMENT ISSUES AND MEETING OF CREDITORS (3.5). CONFERENCE WITH COMMITTEE REGARDING ISSUES (3.0). | 12.30 | 4,920.00 |
| 05/27/20 | MMS | B220 | A102 | REVIEW RESEARCH FINDINGS AND EVALUATE STRATEGY. | .50 | 150.00 |
| 05/27/20 | MMS | B220 | A106 | REVIEW EMAIL FROM THE CLIENT REGARDING SEVERANCE PACKAGES. | .20 | 60.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  73
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/27/20 JJP   B220  A102   CONDUCTED ADDITIONAL RESEARCH      5.80      1,450.00
                           CONCERNING WHO COUNTS AS A
                           RETIRED EMPLOYEE UNDER
                           SECTION 1114 OF THE
                           BANKRUPTCY CODE AND ISSUES
                           RELATED TO SAME( 2.0);
                           DRAFTED MEMORANDUM CONCERNING
                           APPLICABLE LAW (2.5);
                           ANALYZED EMPLOYEE BENEFIT
                           PLANS TO DETERMINE
                           APPLICABILITY AND NECESSITY
                           OF PAYING BENEFITS AND
                           RELATED COLLATERAL ISSUES AS
                           WELL AS PAYMENT OF MEDICAL
                           BENEFITS (1.3).

05/27/20 LHS   B190  A102   REVIEW MEETING OF CREDITORS       10.10      2,525.00
                           ISSUE (8.1); SUMMARIZE
                           FINDINGS FOR MR. MINTZ AND
                           MS. ASHLEY (2.0).

05/27/20 LL    B410  A102   RESEARCHED NON-PROFIT             1.80        450.00
                           CORPORATION LAW IN LOUISIANA.

05/27/20 SAO   B320  A105   EMAIL CORRESPONDENCE WITH MR.      .10         25.00
                           MINTZ REGARDING DIOCESE OF
                           ST. CLOUD, MN'S UPCOMING
                           BANKRUPTCY FILING AND
                           CONSENSUAL PLAN.

05/27/20 M F   B310  A103   CONTINUED DRAFTING MEMORANDUM      .60        180.00
                           REGARDING DEFENSES FOR USE IN
                           NEGOTIATIONS WITH PLAINTIFF
                           COUNSEL.

05/27/20 M F   B310  A106   ELECTRONIC MEMO FROM S.           .10         30.00
                           ZERINGUE REQUESTING STATUS
                           UPDATE ON RESEARCH MEMORANDUM
                           REGARDING DEFENSES.

05/27/20 M F   B310  A106   ELECTRONIC MEMO TO S.             .20         60.00
                           ZERINGUE UPDATING HER ON
                           PORTIONS OF MEMORANDUM ON
                           DEFENSES ALREADY DRAFTED AND
                           OUTLINE OF REMAINDER.

05/27/20 VWG   B320  A102   LEGAL RESEARCH RELATED TO         2.00        600.00
                           NON-DEBTORS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  74
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 05/28/20 EDW | B110 | A104 | REVIEWED STATUS REGARDING EXPERT ENGAGEMENTS. | .30 | 90.00 |
|---|---|---|---|---|---|
| 05/28/20 EJF | B210 | A103 | REVISE AND FINALIZE PLEADINGS RELATED TO REFUND MOTION. | 1.80 | 882.00 |
| 05/28/20 EJF | B310 | A103 | MEMOS TO AND FROM MR. MINTZ REGARD CLAIMS ISSUES. | .50 | 245.00 |
| 05/28/20 EJF | B110 | A107 | CONFERENCE CALL WITH MR. MINTZ RE PREPARATIONS FOR 341 MEETING (.2) NO CHARGE. | .00 | .00 |
| 05/28/20 JJL | B110 | A109 | ATTENDED MEETING FOR PREPARATION FOR CREDITORS 341 CONFERENCE. | 4.00 | 1,200.00 |
| 05/28/20 JJL | B110 | A105 | SUBSEQUENT CALL WITH CO-COUNSEL MINTZ REGARDING OPENING STATEMENT FOR TOMORROW'S MEETING. | .30 | 90.00 |
| 05/28/20 JJL | B110 | A108 | READ CORRESPONDENCE FROM THE CLIENT WITH UPDATED Q&A FOR 341 CONFERENCE. | .40 | 120.00 |
| 05/28/20 RPV | B110 | A101 | PREPARING FOR 341 MEETING BY REVIEW OF TRANSCRIPTS OF SECTION 341 MEETINGS IN OTHER CASES AND REVIEWED, REVISED AND DRAFTED INSERTS FOR OPENING STATEMENT FOR 341 MEETING. | 4.00 | 1,960.00 |
| 05/28/20 RPV | B190 | A107 | TELEPHONE CONVERSATION WITH MESSRS. BRIAN AND RALPH CAPITELLI REGARDING SETTLEMENT TERMS WITH DOJ AND REVIEWED EMAIL TO DOJ REGARDING SAME. | .80 | 392.00 |
| 05/28/20 RPV | B190 | A106 | EMAIL FROM/TO AND TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING RECENTLY FILED LAWSUIT AND ACCOUNTS RECEIVABLE AND PAYABLE ISSUES. | .70 | 343.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  75
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

05/28/20 RPV   B190  A107   EMAIL FROM MR. CAPITELLI              .20       98.00
                           REGARDING SETTLEMENT TERMS
                           WITH DOJ.

05/28/20 RPV   B110  A105   EMAILS FROM MS. FUTRELL               .20       98.00
                           REGARDING INDENTURE TRUSTEE
                           FEE AGREEMENT AND
                           SUBSTITUTION FROM MR. RUBIN.

05/28/20 RPV   B210  A104   RECEIVED AND REVIEWED FINAL           .20       98.00
                           VERSION OF MOTION FOR ENTRY
                           OF AN ORDER, PURSUANT TO
                           SECTIONS 105, 504(A)(7),
                           363(B), AND 549(A)(2)(B) OF
                           THE BANKRUPTCY CODE,
                           AUTHORIZING THE DEBTOR TO
                           RETURN CERTAIN PRE-PETITION
                           DEPOSITS, INCLUDING DEPOSITS
                           FOR EVENTS THAT ARE CANCELED,
                           RESCHEDULED, OR OTHERWISE
                           ALTERED DUE TO THE COVID-19
                           PANDEMIC AND NOTICE OF
                           HEARING.

05/28/20 RPV   B110  A108   COMMUNICATIONS WITH MR.              .50      245.00
                           DRAPER REGARDING NEW
                           LITIGATION AND 341 MEETING.

05/28/20 WGZ   B410  A101   PARTICIPATE IN 341 HEARING          4.00    1,200.00
                           PREPARATION CONFERENCE WITH
                           JW TEAM AND ARCHDIOCESE TEAM
                           PRIOR TO THE HEARING.

05/28/20 WGZ   B410  A106   CONFERENCE WITH ARCHDIOCESE'S        .50      150.00
                           REPRESENTATIVES.

05/28/20 WGZ   B410  A106   CONFERENCE WITH ARCHDIOCESE'S        .30       90.00
                           COUNSEL.

05/28/20 WGZ   B410  A104   ANALYSIS OF TRANSCRIPT OF 341       2.20      660.00
                           HEARING IN DIOCESE OF GUAM
                           PROCEEDINGS.

05/28/20 LFA   B160  A105   CORRESPONDENCES WITH MR.             .40      160.00
                           MURRAY REGARDING EMPLOYMENT
                           APPLICATION.

05/28/20 LFA   B160  A103   REVISED AND FINALIZED BLANK         2.00      800.00
                           ROME EMPLOYMENT APPLICATION.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  76
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/28/20 MAM | B110 | A101 | WITNESS PREP FOR MEETING OF CREDITORS. | 6.70 | 2,680.00 |
| 05/28/20 LHS | B160 | A103 | REVIEW AND REVISE APPLICATION TO RETAIN SPECIAL COUNSEL. | 2.50 | 625.00 |
| 05/28/20 LHS | B160 | A103 | REVISE SPECIAL COUNSEL DECLARATION. | 1.20 | 300.00 |
| 05/28/20 LHS | B160 | A103 | REVIEW CARR DECLARATION FOR SPECIAL COUNSEL APPLICATION (0.2); REVIEW PROPOSED ORDER FOR SAME (0.2). | .40 | 100.00 |
| 05/28/20 LL | B410 | A102 | RESEARCHED NON-PROFIT CORPORATION LAW IN LOUISIANA. | 3.10 | 775.00 |
| 05/28/20 M F | B310 | A103 | DRAFTED PORTION OF MEMORANDUM ON "CONTINUING TORT IN CONTEXT OF ALLEGED PRE-ABUSE CONCEALMENT | 2.50 | 750.00 |
| 05/28/20 VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING ISSUES RELATED TO NON-DEBTORS. | 4.50 | 1,350.00 |
| 05/29/20 EJF | B320 | A103 | DRAFT DISCLOSURE STATEMENT. | 3.80 | 1,862.00 |
| 05/29/20 RPV | B110 | A109 | 341 MEETING | 4.00 | 1,960.00 |
| 05/29/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING 341 MEETING AND AMENDMENTS TO SCHEDULES. | .50 | 245.00 |
| 05/29/20 RPV | B110 | A105 | OFFICE CONFERENCE WITH MS. FUTRELL REGARDING AMENDMENT TO SCHEDULES, 341 MEETING AND RELATED ISSUES. | .50 | 245.00 |
| 05/29/20 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING 341 MEETING, AMENDMENT OF SCHEDULES, MOTIONS AND RELATED ISSUES. | .50 | 245.00 |
| 05/29/20 RPV | B210 | A106 | EMAIL FROM THE CLIENT REGARDING OFFER TO PURCHASE PROPERTIES. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   77
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/29/20 | WGZ | B410 | A109 | PARTICIPATION IN 341 HEARING OF CREDITORS. | 4.10 | 1,230.00 |
| 05/29/20 | WGZ | B410 | A106 | POST-MEETING CONFERENCE WITH ARCHDIOCESE'S TEAM AND JW TEAM. | .80 | 240.00 |
| 05/29/20 | WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE'S COUNSEL. | .50 | 150.00 |
| 05/29/20 | WGZ | B410 | A101 | CONTINUE PREPARATION FOR 341 HEARING WITH CREDITORS. | .60 | 180.00 |
| 05/29/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH ARCHDIOCESE'S COUNSEL. | .30 | 90.00 |
| 05/29/20 | WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE'S REPRESENTATIVE. | .40 | 120.00 |
| 05/29/20 | LFA | B110 | A101 | PREPARED FOR AND ATTENDED THE MEETING OF CREDITORS. | 3.00 | 1,200.00 |
| 05/29/20 | MAM | B110 | A109 | PREPARED FOR AND ATTENDED THE MEETING OF CREDITORS. | 6.90 | 2,760.00 |
| 05/29/20 | MAM | B110 | A105 | CONFERENCE WITH MR.VANCE REGARDING MEETING OF CREDITORS. | 1.00 | 400.00 |
| 05/29/20 | LL | B410 | A105 | SENT SUMMARY ON NON-PROFIT CORPORATION LAW TO MARK MINTZ. | .60 | 150.00 |
| 05/29/20 | M F | B310 | A102 | RESEARCH ON ACKNOWLEDGMENT AND RENUNCIATION AS DEFENSES BY PLAINTIFFS AGAINST PRESCRIPTION FOR PURPOSES OF NEGOTIATIONS WITH CLAIMANTS | 1.60 | 480.00 |
| 05/29/20 | M F | B310 | A103 | DRAFTED PORTION OF ANALYSIS MEMORANDUM ON ACKNOWLEDGMENT FOR PURPOSE OF NEGOTIATION WITH CLAIMANTS | 1.60 | 480.00 |
| 05/29/20 | VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING LITIGATION ISSUES. | 3.30 | 990.00 |
| 05/29/20 | VWG | B320 | A104 | REVIEWED AND ANALYZED THE ZACARIAS CASES. | 1.50 | 450.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   78
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/30/20 | RPV | B190 | A105 | EMAILS FROM AND TO MS. FISCHER REGARDING RETENTION OF MR, MURRAY AND MATERIALS FOR HIS REVIEW. | .20 | 98.00 |
| 05/30/20 | M F | B110 | A106 | ELECTRONIC MEMO TO S. ZERINGUE REGARDING MATERIALS TO PROVIDE TO J. MURRAY. | .10 | 30.00 |
| 05/30/20 | M F | B310 | A102 | ADDITIONAL RESEARCH ON THE SUBJECT OF RENUNCIATION FOR MEMORANDUM ON DEFENSES. | .70 | 210.00 |
| 05/30/20 | M F | B310 | A103 | DRAFTED PORTION OF MEMORANDUM REGARDING RENUNCIATION OF PRESCRIPTION. | 1.10 | 330.00 |
| 05/31/20 | RPV | B190 | A105 | EMAIL FROM MS. FISCHER REGARDING DATA RE INSURANCE POLICIES AND CLAIMS. | .20 | 98.00 |
| 05/31/20 | MAM | B110 | A106 | CONFERENCES REGARDING TUITION LOAN PROGRAM. | 1.00 | 400.00 |
| 05/31/20 | M F | B120 | A108 | SELECTED DOCUMENTS WITH NEEDED DATA FOR INSURANCE PROCEEDS AND SENT TO J. MURRAY WITH EXPLANATORY EMAIL. | .50 | 150.00 |
| 05/31/20 | M F | B310 | A102 | RESEARCH ON NATURAL OBLIGATIONS FOR MEMORANDUM ON DEFENSES. | .70 | 210.00 |
| 05/31/20 | M F | B310 | A103 | DRAFTED SECTION OF MEMORANDUM DISCUSSING DEFENSE TO PRESCRIPTION OF NATURAL OBLIGATIONS. | 1.70 | 510.00 |
| 06/01/20 | EJF | B110 | A105 | CONFERENCE CALL RE SECOND DAY MOTIONS AND FINAL HEARINGS. | .80 | 392.00 |
| 06/01/20 | EJF | B150 | A107 | CONFERENCE CALL WITH COUNSEL TO CREDITORS' COMMITTEE RE REFUND MOTION AND THERAPY MOTION. | .20 | 98.00 |
| 06/01/20 | EJF | B210 | A106 | MEMO TO CLIENT REGARDING UPDATE ON THERAPY AND REFUND MOTIONS. | .20 | 98.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   79
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/01/20 EJF    B220   A105   MEMOS TO AND FROM MS. SPELL          .10          49.00
                              REGARDING PENSION RELATED
                              ISSUES.

06/01/20 RPV    B210   A106   EMAIL FROM MR. GOOD, MS.             .20          98.00
                              ZERINGUE AND MR. MINTZ
                              REGARDING AGREEMENT TO
                              PURCHASE.

06/01/20 RPV    B160   A104   RECEIVED AND REVIEWED               .10          49.00
                              EXPEDITED APPLICATION TO
                              EMPLOY BLANK ROME LLP AS
                              SPECIAL INSURANCE AND MOTION
                              TO EXPEDITE HEARING ON SAME.

06/01/20 RPV    B210   A104   REVIEWED LIST OF PARISH             .20          98.00
                              SERVICE AGREEMENTS.

06/01/20 RPV    B210   A107   EMAILS FROM CO-COUNSEL              .20          98.00
                              REGARDING PARISH SERVICE
                              AGREEMENTS.

06/01/20 RPV    B210   A105   EMAIL FROM MS. FUTRELL              .10          49.00
                              REGARDING THERAPY MOTION AND
                              THE CREDITORS' COMMITTEE.

06/01/20 RPV    B230   A105   EMAIL FROM MS. FUTRELL              .10          49.00
                              REGARDING INTERIM ORDERS RE
                              CASH MANAGEMENT/ACCOUNTS AND
                              INSURANCE.

06/01/20 RPV    B210   A106   EMAILS FROM MESSRS, MINTZ AND       .10          49.00
                              THE CLIENT REGARDING SAVE OUR
                              CEMETERIES, INC. (NPO), TOUR
                              OPERATOR AGREEMENT.

06/01/20 RPV    B190   A107   EMAIL FROM MR. WILLIAMS             .20          98.00
                              REGARDING RECOMMENDATION TO
                              DOJ REGARDING CLAIMS.

06/01/20 RPV    B190   A107   REVIEWED DRAFT OF ███████           .10          49.00
                              PARTIAL MOTION TO DISMISS.

06/01/20 RPV    B310   A104   RECEIVED AND REVIEWED ATMOS         .10          49.00
                              ENERGY CORPORATION PROOF OF
                              CLAIM.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  80
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/01/20 RPV   B110  A104   RECEIVED AND REVIEWED              .10        49.00
                           VERIFIED STATEMENT OF CERTAIN
                           UNSECURED CREDITORS UNDER
                           BANKRUPTCY RULE 2019.

06/01/20 RPV   B150  A107   EMAIL FROM MR. RUBIN               .10        49.00
                           REGARDING INDENTURE TRUSTEE
                           FOR ANOLA BONDS.

06/01/20 RPV   B110  A105   EMAIL FROM MS. FUTRELL             .10        49.00
                           REGARDING INSIDERS
                           COMPENSATION MOTION.

06/01/20 RPV   B110  A105   OFFICE CONFERENCE WITH JW         1.20       588.00
                           TEAM REGARDING VARIOUS ISSUES
                           INCLUDING LEGAL DEFENSES,
                           FINAL HEARING FOR FIRST DAY
                           MOTIONS, UCC DEMANDS,
                           INSURANCE REVIEW, PENDING
                           LITIGATION AND RELATED
                           MATTERS.

06/01/20 WGZ   B410  A105   EMAIL FROM L. FUTRELL              .20        60.00
                           REGARDING ARCHDIOCESE PAYMENT
                           OF THERAPY TO CLAIMANTS.

06/01/20 WGZ   B410  A101   PREPARE FOR CONFERENCE WITH        .40       120.00
                           JW TEAM REGARDING TORT SUITS.

06/01/20 WGZ   B410  A104   STRATEGY FOR RESPONSE TO           .50       150.00
                           CREDITORS' COMMITTEE'S
                           REQUEST FOR DETAILS
                           CONCERNING THERAPY ISSUES.

06/01/20 WGZ   B410  A105   TELEPHONE CONFERENCE WITH JW      1.00       300.00
                           TEAM REGARDING TORT SUITS.

06/01/20 WGZ   B410  A106   CONFERENCE WITH S. ZERINGUE        .50       150.00
                           REGARDING STRATEGY WITH
                           RESPECT TO TORT LITIGATION.

06/01/20 WGZ   B410  A106   CONFERENCE WITH S. ZERINGUE        .40       120.00
                           REGARDING PAYMENT OF THERAPY
                           TO CLAIMANTS.

06/01/20 WGZ   B410  A104   REVIEW AND ANALYSIS OF             .50       150.00
                           THERAPY MOTION.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  81
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/01/20 JPG   B120  A105   STATUS UPDATE CONFERENCE          1.00        400.00
                           REGARDING BANKRUPTCY FILING
                           MATTERS.

06/01/20 JPG   B120  A104   REVIEW OF PROPERTY RECORDS         .50        200.00
                           FOR PARCEL A OF THE SETON
                           PARC SUBDIVISION IN REGARD TO
                           PROPOSED SALE.

06/01/20 JPG   B120  A105   PHONE CALL WITH MR. MINTZ          .20         80.00
                           REGARDING PROPERTY MATTERS.

06/01/20 JPG   B120  A108   CORRESPONDENCE WITH               .10         40.00
                           ABSTRACTOR ON FURTHER
                           RESEARCH.

06/01/20 LFA   B110  A108   CORRESPONDENCES WITH MS.          1.40        560.00
                           ZUNIGA AND MESSRS. ENTWISLE
                           AND MINTZ REGARDING PARISH
                           SERVICES AGREEMENT; AND WITH
                           MR SELF REGARDING MOTION TO
                           EXPEDITE ARCHDIOCESE OF NEW
                           ORLEANS CASE NO. 20-10846,
                           BLANK ROME; WITH MS FUTRELL
                           AND MR. EAGEN REGARDING
                           INTERIM ORDERS RE CASH
                           MANAGEMENT/ACCOUNTS AND
                           INSURANCE; WITH MR. SELF
                           REGARDING APPLICATION TO
                           EMPLOY; WITH MS. ZUNIGA AND
                           MR. MOSBY REGARDING ROMAN
                           CATHOLIC CHURCH - CLECO
                           POWER, LLC UTILITY CHARGES.

06/01/20 LFA   B110  A105   CALL WITH MR. MINTZ, MR.          2.50      1,000.00
                           VANCE AND MS. FUTRELL TO
                           DISCUSS STATUS OF MOTIONS,
                           ORDERS, AND ITEMS NEEDING
                           ATTENTION.

06/01/20 LFA   B110  A104   REVIEWED SOFA TO ASSIST WITH      1.50        600.00
                           MAKING CHANGES TO SAME PER
                           MOC.

06/01/20 LFA   B160  A103   REVISED AND FINALIZED BLANK       1.20        480.00
                           ROME APPLICATION AND MOTION
                           TO EXPEDITE.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  82
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/01/20 | MAM | B110 | A105 | PREPARE FOR JONES WALKER INTERNAL CALL. | 1.20 | 480.00 |
| 06/01/20 | MAM | B110 | A106 | CONFERENCE WITH THE CLIENT REGARDING TUITION LOAN PROGRAM. | .30 | 120.00 |
| 06/01/20 | MAM | B110 | A101 | WORK ON SALE MOTION CORRESPONDENCE WITH COUNSEL REGARDING THE SAME (6.3). CORRESPONDENCE WITH CLIENT REGARDING THE SAME (.9). | 7.20 | 2,880.00 |
| 06/01/20 | MMS | B220 | A104 | CONFER WITH THE CLIENT REGARDING SEVERANCE. | .10 | 30.00 |
| 06/01/20 | MMS | B110 | A104 | CONFERENCE WITH JONES WALKER TEAM REGARDING EMPLOYMENT ISSUES. | 1.20 | 360.00 |
| 06/01/20 | AK | B410 | A105 | PARTICIPATED IN MEETING TO DETERMINE STRATEGY FOR RESPONDING TO INFORMAL DISCOVERY REQUESTS AND PREPARE PROTECTIVE ORDER. | 1.20 | 300.00 |
| 06/01/20 | LHS | B160 | A103 | DRAFT MOTION TO EXPEDITE (0.8); REVIEW LOCAL RULES FOR FILING MOTION TO EXPEDITE (0.2); COMMUNICATE WITH COURT REGARDING MOTION TO EXPEDITE (0.1). | 1.10 | 275.00 |
| 06/01/20 | LHS | B160 | A103 | FINALIZE APPLICATION TO EMPLOY BLANK ROME FOR FILING. | 1.90 | 475.00 |
| 06/01/20 | LHS | B190 | A101 | ATTEND CONFERENCE CALL REGARDING UPCOMING BANKRUPTCY FILINGS. | 1.00 | 250.00 |
| 06/01/20 | LL | B410 | A102 | CONFERENCED WITH JONES WALKER TEAM REGARDING CORPORATE LAW. | 1.10 | 275.00 |
| 06/01/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH JONES WALKER TEAM REGARDING CASE UPDATES AND STRATEGY RELATING TO REMOVAL, AUTOMATIC REFERENCE, AND REMAND ISSUES. | 1.20 | 300.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   83
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/01/20 M F    B110  A105  CONFERENCE WITH JONES WALKER      1.10      330.00
                            TEAM REGARDING INSURANCE
                            ISSUES.

06/01/20 M F    B310  A103  DRAFTING PORTION OF DEFENSE       3.30      990.00
                            MEMORANDUM ON PLAINTIFFS'
                            "EQUITY" THEORY.

06/01/20 VWG    B110  A105  CONFERENCE WITH JONES WALKER      1.10      330.00
                            TEAM REGARDING TORT CLAIMS.

06/01/20 VWG    B110  A104  REVIEWED MEMORANDUM REGARDING      .80      240.00
                            PRESCRIPTION ISSUES.

06/02/20 EJF    B210  A107  REVIEW VARIOUS AGREEMENTS.         .80      392.00

06/02/20 EJF    B210  A105  MEMO TO (.2) AND FROM (.1)         .30      147.00
                            CLIENT REGARDING THE SAME.

06/02/20 EJF    B210  A104  DRAFT MEMO REGARDING               .70      343.00
                            AGREEMENTS.

06/02/20 EJF    B210  A106  MEMOS TO AND FROM CLIENT           .80      392.00
                            REGARDING MOTION (.3);
                            CONFERENCE CALL WITH CLIENT
                            REGARDING THE SAME (.5).

06/02/20 EJF    B220  A105  MEMOS TO AND FROM MS. SPELL        .10       49.00
                            RE PENSION AND RELATED ISSUES.

06/02/20 EJF    B110  A103  WORK ON FINAL CASH                 .50      245.00
                            MANAGEMENT/ACCOUNT ORDER.

06/02/20 EJF    B310  A103  WORK ON DRAFT OF FINAL             .40      196.00
                            INSURANCE ORDER.

06/02/20 EJF    B110  A104  REVIEW RESEARCH MEMO RELATED       .50      245.00
                            TO PENDING MOTION.

06/02/20 EJF    B210  A106  MEMOS FROM CLIENT REGARDING        .20       98.00
                            CONTRACT ISSUE.

06/02/20 RPV    B130  A104  RECEIVED AND REVIEWED DRAFT        .40      196.00
                            OF MOTION TO SELL PROPERTY.

06/02/20 RPV    B310  A104  EMAIL FROM MR. MINTZ               .10       49.00
                            REGARDING QUESTIONS
                            CONCERNING PERSONAL INJURY
                            CLAIM AND REVIEWED SUPPORTING
                            DOCUMENTS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  84
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


| 06/02/20 | RPV | B160 | A107 | EMAIL FROM MR. GENNARDO REGARDING SPECIAL COUNSEL DESIGNATION. | .10 | 49.00 |
| 06/02/20 | RPV | B210 | A106 | EMAIL FROM MS. ZERINGUE REGARDING THERAPY MOTION AND THE CREDITORS' COMMITTEE ISSUES. | .30 | 147.00 |
| 06/02/20 | RPV | B190 | A106 | EMAIL FROM MS. ZERINGUE REGARDING REVIEW OF BRAD ROE LAWSUIT. | .20 | 98.00 |
| 06/02/20 | RPV | B210 | A106 | EMAILS FROM MS. FUTRELL AND MR. ZERINGUE REGARDING THERAPY MOTION AND THE CREDITORS' COMMITTEE ISSUES. | .40 | 196.00 |
| 06/02/20 | RPV | B310 | A104 | REVIEWED LEGAL RESEARCH REGARDING CERTAIN CLAIMS. | .50 | 245.00 |
| 06/02/20 | RPV | B210 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING VARIOUS ISSUES INCLUDING 341 MEETING, ASSETS AND LIABILITIES. | .50 | 245.00 |
| 06/02/20 | RPV | B210 | A105 | EMAIL FROM MS. SPELL REGARDING EMPLOYMENT ISSUE. | .10 | 49.00 |
| 06/02/20 | RPV | B210 | A106 | EMAIL FROM MS. ZERINGUE REGARDING TERMINATION PROPOSAL REGARDING SAVE OUR CEMETERIES, INC. | .20 | 98.00 |
| 06/02/20 | RPV | B190 | A105 | EMAILS TO AND FROM MR. MINTZ REGARDING STATUS OF DOCUMENT PRODUCTION AND RELATED MATTERS. | .50 | 245.00 |
| 06/02/20 | WGZ | B410 | A105 | DRAFT EMAIL TO JW TEAM REGARDING STRATEGY WITH RESPECT TO PRESCRIPTION ISSUES ON TORT CLAIMS. | 1.20 | 360.00 |
| 06/02/20 | WGZ | B410 | A104 | ANALYSIS OF STONEBREAKER PETITION REGARDING PAYMENT OF THERAPY. | .50 | 150.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  85
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/02/20 WGZ | B410 | A106 | EMAIL TO ARCHDIOCESE'S COUNSEL REGARDING STRATEGY CONCERNING THERAPY ISSUES. | .80 | 240.00 |
| 06/02/20 WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH L. FUTURELL REGARDING THERAPY. | .40 | 120.00 |
| 06/02/20 WGZ | B410 | A104 | ANALYSIS OF CHARTER REGARDING PASTORAL COUNSELING. | .60 | 180.00 |
| 06/02/20 WGZ | B410 | A106 | EMAILS WITH S. ZERINGUE. | .30 | 90.00 |
| 06/02/20 WGZ | B410 | A104 | STRATEGY REGARDING THERAPY ISSUES. | .30 | 90.00 |
| 06/02/20 WGZ | B410 | A104 | ANALYSIS OF BRAD ROE PETITION. | .40 | 120.00 |
| 06/02/20 WGZ | B410 | A104 | STRATEGY REGARDING CLAIMS IN BRAD ROE MATTER. | .40 | 120.00 |
| 06/02/20 WGZ | B410 | A104 | ANALYSIS OF RESEARCH REGARDING PRESCRIPTION. | .60 | 180.00 |
| 06/02/20 WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING TORT CLAIMS. | .30 | 90.00 |
| 06/02/20 WGZ | B410 | A106 | EMAIL FROM S. ZERINGUE REGARDING BRAD ROE PETITION. | .20 | 60.00 |
| 06/02/20 JPG | B120 | A102 | RESEARCH REGARDING OWNERSHIP OF 306 ST. MARY STREET IN MADISONVILLE, LOUISIANA. | .80 | 320.00 |
| 06/02/20 LFA | B110 | A108 | CORRESPONDENCES WITH ROMMEL MAPA AND MR. VOORHIES REGARDING RCCANO CALL LOG; WITH MSES. ZERINGUE AND FUTRELL REGARDING PARISH SERVICE AGREEMENTS LISTED BY PARISH; WITH MS MANGHAM REGARDING IN RE ROMAN CATHOLIC ARCHDIOCESE OF NEW ORLEANS CASE NO. 20-10846 PROPOSED ORDER MOTION TO EXPEDITE [DKT. 124; WITH MR. SELF AND SUNG KIM REGARDING EXHIBIT, AMENDED EXHIBIT AND SPECIAL SERVICE LIST. | 1.30 | 520.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  86
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/02/20 MAM   B130  A101   DRAFT, REVISE AND FINALIZE       12.50      5,000.00
                           SALE MOTION (9.5); CONFERENCE
                           WITH UCC REGARDING THE SAME
                           (1.0). CONFERENCE WITH CLIENT
                           REGARDING THE SAME (2.0).

06/02/20 MMS   B220  A104   REVIEW LEGAL RESEARCH              .50        150.00
                           MEMORANDUM REGARDING EMPLOYEE
                           BENEFITS.

06/02/20 MMS   B220  A104   EVALUATE ISSUES REGARDING         .20         60.00
                           SEVERANCE PAYMENTS.

06/02/20 JJP   B220  A102   CONDUCTED FURTHER REVIEW OF      1.30        325.00
                           ARCHDIOCESE POLICY MANUAL TO
                           ASSIST WITH RETIREMENT
                           PAYMENTS ISSUES WITH PRIESTS
                           (.7); DRAFTED ADDITIONAL
                           SECTIONS OF RESEARCH
                           MEMORANDUM CONCERNING SUCH
                           PAYMENTS (.6).

06/02/20 LHS   B110  A101   PREPARE UPDATED UTILITY           .90        225.00
                           PROVIDER LOG FOR FILING AND
                           SERVICE.

06/02/20 LHS   B160  A103   REVISE CARR DECLARATION AND       .40        100.00
                           PREPARE FOR FILING.

06/02/20 LHS   B160  A104   REVIEW UST COMMENTS ON            .20         50.00
                           APPLICATION TO EMPLOY.

06/02/20 M F   B310  A103   DRAFTING PORTION OF DEFENSE       .90        270.00
                           MEMORANDUM REGARDING
                           PLAINTIFFS' WAIVER DEFENSE.

06/03/20 EDW   B110  A104   REVIEWED ISSUES REGARDING         .80        240.00
                           REMOVAL AND OUTSTANDING STATE
                           COURT ISSUES.

06/03/20 EJF   B130  A103   REVISE SALE MOTION.              1.20        588.00

06/03/20 EJF   B130  A105   MEMOS TO AND FROM MR. MINTZ       .20         98.00
                           RE SALE MOTION.

06/03/20 EJF   B150  A107   CONFERENCE CALL WITH              .50        245.00
                           SUBSTITUTE INDENTURE
                           TRUSTEE'S COUNSEL (.4); MEMOS
                           TO AND FROM THE SAME (.1).

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  87
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/03/20 EJF   B150  A107  MEMOS FROM AND TO INSURER RE        .10        49.00
                          PREMIUM ISSUE.

06/03/20 EJF   B150  A106  MEMOS TO AND FROM CLIENT            .10        49.00
                          REGARDING PREMIUM ISSUE.

06/03/20 EJF   B210  A106  CONFERENCE CALL WITH CLIENT         .40       196.00
                          REGARDING INSURANCE RELATED
                          ISSUES.

06/03/20 EJF   B210  A106  CONFERENCE CALL WITH CLIENT         .20        98.00
                          REGARDING CASH MANAGEMENT AND
                          ACCOUNT ISSUES.

06/03/20 EJF   B310  A103  DRAFT MOTION FOR AUTHORITY TO      2.20     1,078.00
                          PAY CLAIM.

06/03/20 EJF   B110  A105  CONFERENCE CALL WITH MR.            .40       196.00
                          MINTZ RE RESPONSES TO
                          INFORMAL DISCOVERY REQUESTS
                          AND RELATED MATTERS.

06/03/20 EJF   B310  A103  CONFERENCE CALL WITH MR.            .30       147.00
                          DRAPER RE FIRST DAY MOTION
                          ISSUES.

06/03/20 EJF   B150  A107  REVIEW MEMO FROM COUNSEL TO         .10        49.00
                          THE CREDITORS' COMMITTEE RE
                          FIRST DAY AND SECOND DAY
                          MOTIONS.

06/03/20 EJF   B310  A104  REVIEW DOCUMENTS RELATED TO        2.60     1,274.00
                          THE 2017 BONDS, INCLUDING THE
                          LOAN AGREEMENT, INDENTURE,
                          OFFER, AND MORE.

06/03/20 RPV   B210  A106  EMAILS FROM MS. FUTRELL AND         .30       147.00
                          THE CLIENT REGARDING INTEREST
                          PAYMENT ON THE BONDS.

06/03/20 RPV   B190  A105  EMAIL FROM MS. FUTRELL             .20        98.00
                          REGARDING CHARTER.

06/03/20 RPV   B210  A106  EMAILS FROM MR. ZERINGUE, MS.       .50       245.00
                          FUTRELL AND MS. ZERINGUE
                          REGARDING THERAPY PAYMENTS.

06/03/20 RPV   B190  A104  RECEIVED AND REVIEWED NEW           .50       245.00
                          TORT CLAIM PETITION.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  88
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/03/20 RPV | B210 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING VARIOUS ISSUES INCLUDING DOCUMENT REQUESTS, LITIGATION AND PLAN ISSUES. | 1.00 | 490.00 |
|---|---|---|---|---|---|
| 06/03/20 RPV | B210 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING DISPOSITION OF PROPERTY. | .50 | 245.00 |
| 06/03/20 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING EMPLOYMENT ISSUE. | .50 | 245.00 |
| 06/03/20 RPV | B210 | A108 | TELEPHONE CONVERSATIONS WITH THE CLIENT REGARDING EMPLOYMENT ISSUE. | .50 | 245.00 |
| 06/03/20 RPV | B210 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING, SECOND DAY HEARING AGENDA, SALE OF PROPERTY, EMPLOYMENT ISSUE AND RELATED MATTERS. | 1.20 | 588.00 |
| 06/03/20 RPV | B130 | A107 | EMAIL FROM MR. BOLDISSAR REGARDING QUESTIONS REGARDING MOTION TO SELL PROPERTY. | .10 | 49.00 |
| 06/03/20 RPV | B130 | A106 | EMAILS FROM AND TO MS. ZERINGUE REGARDING SALE OF PROPERTY. | .20 | 98.00 |
| 06/03/20 RPV | B190 | A107 | EMAIL FROM MS. SCHMERGEL REGARDING SETTLEMENT DISCUSSIONS. | .10 | 49.00 |
| 06/03/20 RPV | B210 | A106 | EMAIL FROM MS. ZERINGUE REGARDING EMPLOYEE ISSUES. | .20 | 98.00 |
| 06/03/20 RPV | B190 | A106 | EMAILS FROM AND TO MS. GUNDLACH AND MS. ZERINGUE REGARDING REMOVAL OF NEW MATTER. | .50 | 245.00 |
| 06/03/20 RPV | B210 | A108 | EMAIL FROM MR. MANILOFF REGARDING REPRESENTATION OF GUARDIAN LIFE INSURANCE COMPANY OF AMERICA AND CONTINUING EMPLOYEE COVERAGE. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  89
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/03/20 RPV   B130  A105  EMAIL FROM MR. GOOD REGARDING        .10      49.00
                          RESEARCH CONCERNING OWNERSHIP
                          OF PROPERTY

06/03/20 RPV   B210  A106  EMAILS FROM MS. ROLFE, MS.           .20      98.00
                          FUTRELL, THE CLIENT AND MR,
                          TURNER REGARDING EXCESS
                          WORKERS' COMP.

06/03/20 RPV   B310  A104  RECEIVED AND REVIEWED QUI TAM        .50     245.00
                          COMPLAINT.

06/03/20 RPV   B190  A107  RECEIVED AND REVIEWED DRAFT          .20      98.00
                          OF ███████████ PARTIAL MOTION
                          TO DISMISS.

06/03/20 RPV   B190  A107  EMAIL FROM MR. BORDELON              .10      49.00
                          REGARDING ███████████ PARTIAL
                          MOTION TO DISMISS.

06/03/20 WGZ   B410  A104  EMAILS WITH S. ZERINGUE AND          .50     150.00
                          P. VANCE REGARDING ZACK ROE
                          PETITION.

06/03/20 WGZ   B410  A105  EMAILS AND TELEPHONE CALLS           .30      90.00
                          WITH G. GUNDLACH REGARDING
                          ZACK ROE MATTER.

06/03/20 WGZ   B410  A104  ANALYSIS OF PETITION AND             .50     150.00
                          STRATEGY REGARDING SAME.

06/03/20 WGZ   B410  A106  CONFERENCE WITH S. ZERINGUE          .40     120.00
                          REGARDING ZACK ROE CLAIMS.

06/03/20 WGZ   B410  A104  RECEIVED AND REVIEWED SEVERAL        .30      90.00
                          ELECTRONIC NOTICES REGARDING
                          RE-ASSIGNMENT OF CASES FROM
                          MAGISTRATE WILKINSON TO
                          MAGISTRATE CURRAULT.

06/03/20 WGZ   B410  A106  EMAILS WITH S. ZERINGUE AND          .60     180.00
                          JW TEAM REGARDING THERAPY
                          ISSUES.

06/03/20 WGZ   B410  A105  CONFERENCE WITH D. WEGMANN           .30      90.00
                          REGARDING SPECIAL MASTER'S
                          INVOICES.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  90
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/03/20 WGZ   B410  A104   ANALYSIS AND STRATEGY                .70      210.00
                           REGARDING ZACK ROE MATTER.

06/03/20 WGZ   B410  A106   TELEPHONE CONFERENCE WITH S.         .40      120.00
                           ZERINGUE REGARDING ZACK ROE
                           MATTER.

06/03/20 WGZ   B410  A107   EMAIL REGARDING EVALUATION OF        .20       60.00
                           CLAIMS.

06/03/20 WGZ   B410  A104   STRATEGY REGARDING EVALUATION        .30       90.00
                           OF CLAIMS.

06/03/20 JPG   B120  A102   CONFIRM 306 ST. MARY STREET          .20       80.00
                           IN MADISONVILLE NOT SOLD BY
                           RCCANO.

06/03/20 JPG   B120  A106   EMAIL REGARDING OWNERSHIP OF         .40      160.00
                           306 ST. MARY STREET IN
                           MADISONVILLE.

06/03/20 LFA   B110  A108   CORRESPONDENCES WITH MESSRS.        2.50    1,000.00
                           MINTZ AND VANCE REGARDING
                           THINGS TO CONSIDER.; AND WITH
                           MR MANILOFF REGARDING IN RE:
                           THE ROMAN CATHOLIC CHURCH OF
                           THE ARCHDIOCESE OF NEW
                           ORLEANS, CASE NO. 20-10846
                           (BANKR. E.D. LA.) -- THE
                           GUARDIAN LIFE INSURANCE
                           COMPANY OF AMERICA; AND WITH
                           MR. MINTZ REGARDING ANDO,
                           20-10846 - UST COMMENTS TO
                           THE APPLICATIONS TO EMPLOY;
                           AND WITH MS. FUTRELL AND MR.
                           MINTZ REGARDING IN RE: THE
                           ROMAN CATHOLIC CHURCH OF THE
                           ARCHDIOCESE OF NEW ORLEANS,
                           CASE NO. 20-10846 (BANKR.
                           E.D. LA.) -- THE GUARDIAN
                           LIFE INSURANCE COMPANY OF
                           AMERICA; AND WITH MR. PAGE
                           AND MSES. ROLFE AND FUTRELL
                           REGARDING ARCHDIOCESE OF NEW
                           ORLEANS / SAFETY NATIONAL -
                           EXCESS WORKERS' COMP.; AND
                           WITH MS ZERINGUE AND MR,
                           MINTZ REGARDING INITIAL
                           INFORMATION REQUESTS; AND
                           WITH MESSRS. MINTZ AND SELF

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   91
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|  |  |  |  | REGARDING ANDO, 20-10846 -<br>UST COMMENTS TO THE<br>APPLICATIONS TO EMPLOY; AND<br>WITH MR. CAPITELLI REGARDING<br>ARCHDIOCESE. |  |  |
|---|---|---|---|---|---|---|
| 06/03/20 | MAM | B130 | A101 | FINALIZE AND FILE SALE MOTION<br>(5.0). CORRESPONDENCE<br>REGARDING THE SAME (1.9).<br>CORRESPONDENCE REGARDING<br>DISCOVERY MATTERS (1.0).<br>CORRESPONDENCE TO CLIENT<br>REGARDING DAILY ACTIVITIES<br>(1.0). | 8.90 | 3,560.00 |
| 06/03/20 | MMS | B220 | A104 | CONFER WITH S. ZERINGUE<br>REGARDING EMPLOYEE<br>RESIGNATION ISSUE. | .40 | 120.00 |
| 06/03/20 | MMS | B220 | A104 | CONFER WITH JW TEAM REGARDING<br>BENEFITS ISSUE. | .20 | 60.00 |
| 06/03/20 | JJP | B220 | A102 | CONDUCTED ADDITIONAL LEGAL<br>RESEARCH CONCERNING CHURCH<br>PLANS AND ERISA AND ISSUES OF<br>CONTRACT INTERPRETATION UNDER<br>LOUISIANA LAW (1.0);<br>CONDUCTED FURTHER REVIEW OF<br>RELEVANT ARCHDIOCESE POLICY<br>MANUALS (1.0). REVISED DRAFT<br>OF MEMORANDUM CONCERNING<br>LEGAL ISSUES SURROUNDING<br>WITHHOLDING OF MONTHLY<br>PAYMENTS FROM PRIESTS NO<br>LONGER IN GOOD STANDING (.8). | 2.80 | 700.00 |
| 06/03/20 | LHS | B110 | A102 | RESEARCH ORDINARY COURSE<br>PROFESSIONALS IN CONNECTION<br>WITH PAYMENT OF LEGAL<br>SERVICES. | 4.40 | 1,100.00 |
| 06/03/20 | LHS | B110 | A101 | REVIEW EXCLUSIVITY PERIOD FOR<br>BANKRUPTCY CASE. | .20 | 50.00 |
| 06/03/20 | SAO | B110 | A105 | REVIEW EMAIL CORRESPONDENCES<br>FROM MR. VANCE AND MS.<br>ZERINGUE REGARDING STRATEGY<br>FOR HANDLING ZACH ROE LAWSUIT<br>(0.2); TELEPHONE CONFERENCE<br>WITH MS. GUNDLACH REGARDING | .30 | 75.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   92
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

                              THE SAME (0.1).

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/20 | M F | B310 | A104 | BEGAN ANALYZING PLEADINGS FOR SECTION OF DEFENSE MEMORANDUM ON POST-ABUSE FRAUDULENT JOINDER. | 1.80 | 540.00 |
| 06/03/20 | VWG | B110 | A104 | RECEIVED AND REVIEWED COMMUNICATION FROM MS. ZERINGUE REGARDING THE ZACK ROE CASE. | 1.00 | 300.00 |
| 06/03/20 | VWG | B110 | A104 | RECEIVED AND REVIEWED COMMUNICATION FROM MS. VANCE. | .20 | 60.00 |
| 06/04/20 | EDW | B110 | A104 | REVIEWED COMMITTEE REQUEST FOR INFORMATION AND DOCUMENTS. | .30 | 90.00 |
| 06/04/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING PROTECTIVE ORDER IN BANKRUPTCY ACTION. | .50 | 150.00 |
| 06/04/20 | EJF | B110 | A106 | CONFERENCE CALL WITH CLIENT RE FINAL HEARINGS ON FIRST DAY MOTIONS AND OTHER MATTERS SCHEDULED FOR JUNE 18TH. | 1.30 | 637.00 |
| 06/04/20 | EJF | B310 | A106 | CONFERENCE CALL WITH CLIENT REGARDING CLAIMS ISSUE. | .10 | 49.00 |
| 06/04/20 | EJF | B320 | A102 | RESEARCH REGARDING PLAN RELATED ISSUES. | 3.80 | 1,862.00 |
| 06/04/20 | EJF | B130 | A106 | CONFERENCE CALL WITH MR. MINTZ RE ASSET SALE AND OTHER ISSUES (.3) (NO CHARGE). | .00 | .00 |
| 06/04/20 | EJF | B210 | A105 | MEMOS TO AND FROM CLIENT REGARD ACCOUNT ISSUE. | .10 | 49.00 |
| 06/04/20 | JJL | B110 | A105 | TELEPHONE CALL FROM MINTZ REGARDING PLAINTIFF'S INFORMAL DISCOVERY REQUESTS AND PROTECTIVE ORDER FOR BANKRUPTCY COURT BASED ON OUR PROTECTIVE ORDERS IN STATE COURT AND ISSUES BASED FROM PLAINTIFF'S COUNSEL. | .40 | 120.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  93
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/04/20 JJL   B110  A104   RECEIVED AND REVIEWED            .40      120.00
                            INFORMAL DISCOVERY REQUESTS.

06/04/20 JJL   B110  A105   TELEPHONE CALL FROM MINTZ        .60      180.00
                            REGARDING INSURANCE REQUESTS
                            BY UCC AND OBJECTIONS.

06/04/20 JJL   B110  A105   READ CORRESPONDENCE FROM         .10       30.00
                            FISCHER REGARDING ROR LETTERS.

06/04/20 RPV   B190  A106   TELEPHONE CONVERSATION WITH     1.50      735.00
                            MS. ZERINGUE, THE CLIENT, MR.
                            MINTZ AND MS. FUTRELL
                            REGARDING VARIOUS MATTERS
                            INCLUDING DOCUMENT REQUEST
                            FROM UCC, SECOND DAY HEARING
                            STATUS OF MOTIONS AND ORDER
                            AND OTHER LITIGATION.

06/04/20 RPV   B190  A107   TELEPHONE CONVERSATION WITH      .40      196.00
                            MR. BOLDISSAR REGARDING DOJ
                            SETTLEMENT.

06/04/20 RPV   B130  A104   RECEIVED AND REVIEWED            .20       98.00
                            EXPEDITED MOTION FOR SALE OF
                            PROPERTY FREE AND CLEAR OF
                            LIENS AND NOTICE OF HEARING
                            ON SAME.

06/04/20 RPV   B210  A106   EMAIL FROM MS. ZERINGUE          .10       49.00
                            REGARDING DRAFT RESPONSE TO
                            FAMILIES REQUESTING CAMP
                            REFUNDS.

06/04/20 RPV   B190  A104   RECEIVED AND REVIEWED MOTION     .30      147.00
                            FOR RELIEF FROM STAY FILED BY
                            MERLE NOULLET.

06/04/20 RPV   B210  A106   EMAILS FROM MS. ZERINGUE AND     .20       98.00
                            MS. ASHLEY REGARDING PAYMENTS
                            OF WAGES AND INSURANCE.

06/04/20 RPV   B190  A106   EMAILS FROM AND TO MS.           .40      196.00
                            ZERINGUE AND MR. MINTZ
                            REGARDING SALE OF PROPERTY
                            AND LITIGATION ISSUES

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  94
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tmkr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/04/20 | RPV | B190 | A107 | EMAILS FROM MR. MURRAY AND MS FISCHER REGARDING REVIEW OF DATA REGARDING INSURANCE POLICIES AND CLAIMS. | .30 | 147.00 |
| 06/04/20 | RPV | B190 | A107 | EMAIL TO AND FROM MS. SCHMERGEL REGARDING UCC AND SETTLEMENT TALKS. | .40 | 196.00 |
| 06/04/20 | RPV | B190 | A106 | EMAILS TO AND FROM MS. ZERINGUE, MS. FUTRELL AND MR. MINTZ REGARDING MOTION FOR RELIEF FROM STAY FILED BY MERLE NOULLET. | .50 | 245.00 |
| 06/04/20 | WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING STRATEGY WITH RESPECT TO SPECIAL MASTER'S BILLING. | .50 | 150.00 |
| 06/04/20 | WGZ | B410 | A107 | EMAILS WITH T. PAULSEN. | .30 | 90.00 |
| 06/04/20 | WGZ | B410 | A105 | EMAILS REGARDING PROTECTIVE ORDERS WITH JW TEAM. | .30 | 90.00 |
| 06/04/20 | WGZ | B410 | A108 | ADDITIONAL EMAILS FROM SPECIAL MASTER. | .30 | 90.00 |
| 06/04/20 | WGZ | B410 | A106 | EMAILS WITH M. FISCHER, J. LOWENTHAL AND S. ZERINGUE REGARDING INSURANCE ISSUES. | .40 | 120.00 |
| 06/04/20 | WGZ | B410 | A105 | TELEPHONE CALL TO J. LOWENTHAL REGARDING INSURANCE ISSUES. | .40 | 120.00 |
| 06/04/20 | WGZ | B410 | A106 | FURTHER EMALS WITH M. FISCHER AND S. ZERINGUE REGARDING INSURANCE ISSUES. | .40 | 120.00 |
| 06/04/20 | WGZ | B410 | A104 | ANALYSIS OF CREDITORS' COMMITTEE DOCUMENT REQUEST. | .50 | 150.00 |
| 06/04/20 | WGZ | B410 | A105 | EMAILS WITH M. MINTZ REGARDING DOCUMENT REQUEST. | .50 | 150.00 |
| 06/04/20 | WGZ | B410 | A107 | EMAIL FROM PLAINTIFF'S COUNSEL REGARDING SPECIAL MASTER'S BILLING. | .20 | 60.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  95
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/04/20 JPG | B120 | A105 | DISCUSS SALE OF ST. ELIZABETH PROPERTY WITH MR. MINTZ. | .20 | 80.00 |
| 06/04/20 JPG | B120 | A108 | EMAIL TO MR. JUSTICE REGARDING APPRAISAL OF ST. ELIZABETH PROPERTY. | .20 | 80.00 |
| 06/04/20 LFA | B110 | A104 | CORRESPONDENCES WITH MR MINTZ AND SUNG KIM REGARDING THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS; U. S. BANKRUPTCY COURT (EDLA) CASE NUMBER 20-10846; WITH MR. MINTZ, MR. SELF AND MS. BERGERON REGARDING ANDO, 20-10846 - UST COMMENTS TO THE APPLICATIONS TO EMPLOY; WITH MESSRS. MINTZ AND SELF REGARDING COMPENSATION DISCLOSURE; WITH MS FUTRELL REGARDING ARCHDIOCESE- MOTION TO PAY INSIDERS; AND WITH MR. CARRERE REGARDING BANKRUPTCY - NOTICE OF INTENTION TO PAY CLAIMS. | 2.00 | 800.00 |
| 06/04/20 MAM | B110 | A101 | WORK ON DISCOVERY ISSUES (5.0).  RECEIPT AND REVIEW OF DISCOVERY REQUESTS CONFERENCES REGARDING THE SAME (2.9). | 7.90 | 3,160.00 |
| 06/04/20 AK | B110 | A103 | REVIEWED PROTECTIVE ORDERS ENTERED BY STATE COURT JUDGES IN ORDER TO PREPARE PROTECTIVE ORDER FOR BANKRUPTCY COURT. | .40 | 100.00 |
| 06/04/20 LHS | B160 | A103 | UPDATE CRI APPLICATION AND SUPPORTING DOCUMENTS TO CONFORM WITH UST COMMENTS. | 1.70 | 425.00 |
| 06/04/20 LHS | B110 | A101 | CALL WITH MS. ASHLEY REGARDING RESEARCH INTO CLAIM SETTLEMENT. | .10 | 25.00 |
| 06/04/20 LHS | B160 | A103 | REVISE DISCLOSURE STATEMENT REGARDING KHAN CASE. | .50 | 125.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  96
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

```
06/04/20 LHS   B190  A102  RESEARCH EMPLOYMENT OF LEGAL        1.60        400.00
                           ORDINARY COURSE PROFESSIONALS.

06/04/20 SAO   B110  A104  REVIEW AND ANALYZE ZACH ROE          .90        225.00
                           PETITION FOR DAMAGES IN
                           CONNECTION WITH POSSIBLE
                           REMOVAL.

06/04/20 SAO   B110  A102  RESEARCH FIFTH CIRCUIT CASE         3.10        775.00
                           LAW REGARDING RELATED-TO
                           JURISDICTION IN CONNECTION
                           WITH CLAIMS ASSERTED AGAINST
                           NON-DEBTORS.

06/04/20 SAO   B110  A103  DRAFT MEMO TO MS. GUNDLACH,         2.90        725.00
                           MR. VANCE, AND MS. ZERINGUE
                           REGARDING STRATEGY FOR
                           HANDLING ZACH ROE LAWSUIT.

06/04/20 M F   B310  A107  ELECTRONIC MEMO FROM J.              .10         30.00
                           MURRAY, INSURANCE EXPERT,
                           REGARDING WHAT HAS BEEN
                           RECEIVED WHAT IS NEEDED

06/04/20 M F   B310  A107  ELECTRONIC MEMO TO J. MURRAY,        .10         30.00
                           INSURANCE EXPERT, REGARDING
                           ADDITIONAL MATERIALS HE NEEDS

06/04/20 M F   B310  A106  ELECTRONIC MEMO TO S.                .10         30.00
                           ZERINGUE REGARDING INSURANCE
                           RESERVATION OF RIGHTS LETTERS
                           NEED TO LOCATE.

06/04/20 M F   B310  A104  REVIEWED SELECTED INSURANCE          .80        240.00
                           DOCUMENTS FOR INSURANCE
                           EXPERT J. MURRAY.

06/04/20 M F   B310  A103  BEGAN DRAFTING SECTIONS OF          3.90      1,170.00
                           DEFENSE MEMORANDUM ON
                           POST-ABUSE FRAUDULENT
                           CONCEALMENT.

06/04/20 VWG   B110  A104  RECEIVED AND REVIEWED E-MAIL        1.50        450.00
                           FROM MS. OPPENHEIMER
                           REGARDING RESEARCH OF ISSUES
                           RELATED TO ZACH ROE CASE.
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   97
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/04/20 VWG | B110 | A105 | COMMUNICATION WITH MS. OPPENHEIM REGARDING ISSUES RELATED TO ZACH ROE CASE. | .30 | 90.00 |
| 06/04/20 VWG | B110 | A105 | COMMUNICATION WITH MR. ZERINGUE REGARDING ZACH ROE CASE. | .30 | 90.00 |
| 06/04/20 VWG | B110 | A105 | COMMUNICATION WITH MR. ZERINGUE REGARDING ZACH ROE CASE. | .30 | 90.00 |
| 06/04/20 VWG | B110 | A105 | DRAFTED E-MAIL TO MR. ZERINGUE AND BANKRUPTCY TEAM REGARDING RECOMMENDATIONS RE: ZACK ROE. | .50 | 150.00 |
| 06/05/20 EDW | B110 | A104 | REVIEWED AND REVISED DRAFTS OF PROTECTIVE ORDER. | 1.30 | 390.00 |
| 06/05/20 EDW | B110 | A104 | COMMUNICATIONS WITH MR. MINTZ REGARDING PROTECTIVE ORDER ISSUES. | .30 | 90.00 |
| 06/05/20 EJF | B210 | A104 | REVIEW DOCUMENTS RELATED TO THE 2017 BONDS, INCLUDING THE LOAN AGREEMENT (1.2), INDENTURE (.8), OFFICIAL STATEMENT (1.0), AND RELATED FINANCIAL STATEMENTS (.8); | 3.80 | 1,862.00 |
| 06/05/20 EJF | B210 | A103 | WORK ON MOTION RELATED TO 2017 BONDS. | 1.80 | 882.00 |
| 06/05/20 EJF | B110 | A103 | REVISE MISCELLANEOUS ORDERS FOR JUNE 18TH HEARING. | .50 | 245.00 |
| 06/05/20 EJF | B110 | A107 | MEMO TO COMMITTEE COUNSEL RE MISCELLANEOUS ORDERS (.1); REVIEW EMAILS FROM COMMITTEE COUNSEL RE REQUEST FOR INFORMATION (.2). | .30 | 147.00 |
| 06/05/20 JJL | B110 | A105 | CALL WITH WAYNE ZERINGUE REGARDING INSURANCE ROR'S. | .10 | 30.00 |
| 06/05/20 JJL | B110 | A105 | REVIEWED FILE REGARDING ROR'S AND FORWARD TO FISCHER. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   98
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

```
06/05/20 JJL   B110  A105   TELEPHONE CALL FROM FISCHER        .20        60.00
                            REGARDING ROR'S FROM
                            ARCHDIOCESE INSURERS.

06/05/20 JJL   B110  A104   ADD COMMENTS REGARDING "EYES       .20        60.00
                            ONLY" PROVISION REGARDING P.O.

06/05/20 RPV   B190  A108   TELEPHONE CALLS FROM MR.           .80       392.00
                            DRAPER REGARDING DEPOSIT AND
                            LOAN FUND ISSUES.

06/05/20 RPV   B190  A108   TELEPHONE CALLS FROM MR.          1.00       490.00
                            DRAPER REGARDING LITIGATION
                            AND FINANCIAL ISSUES.

06/05/20 RPV   B210  A105   OFFICE CONFERENCES WITH MR.       1.20       588.00
                            MINTZ REGARDING VARIOUS
                            MATTERS INCLUDING JUNE 18
                            HEARINGS ISSUES, BAR DATE,
                            PROOF OF CLAIM FORM,
                            INSURANCE, SALE OF PROPERTY,
                            SETTLEMENTS, OTHER LITIGATION
                            AND LIFT STAY MOTION.

06/05/20 RPV   B190  A108   REVIEWED ADDITIONAL DOCUMENT       .50       245.00
                            REQUEST FROM UCC.

06/05/20 RPV   B190  A105   EMAILS FROM/TO MR. MINTZ ,         .70       343.00
                            MS. LAURA ASHLEY AND MS.
                            FUTRELL REGARDING ADDITIONAL
                            DOCUMENT REQUEST FROM UCC.

06/05/20 RPV   B190  A104   REVIEWED BACKGROUND                .50       245.00
                            INFORMATION REGARDING HOPE
                            HAVEN AND MADONNA MANOR.

06/05/20 RPV   B190  A106   EMAILS TO CLIENT REGARDING         .80       392.00
                            HOPE HAVEN AND MADONNA MANOR
                            LITIGATION.

06/05/20 RPV   B190  A104   RECEIVED AND REVIEWED NOTICE       .20        98.00
                            OF REMOVAL FILED IN THEOBOLD
                            MATTER.

06/05/20 RPV   B190  A105   EMAIL FROM MS. GUNDLACH            .10        49.00
                            REGARDING NOTICE OF REMOVAL
                            FILED IN THEOBOLD MATTER.
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  99
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/05/20 RPV   B190   A104   REVIEWED MOTION TO LIFT STAY          .30      147.00
                            FILED REGARDING SLIP AND FALL
                            MATTER.

06/05/20 RPV   B190   A105   EMAILS FROM MS. GUNLACH AND           .20       98.00
                            MS. ZERINGUE REGARDING ZACH
                            ROE MATTER.

06/05/20 RPV   B190   A104   RECEIVED AND REVIEWED CHUCK           .20       98.00
                            ROE LAWSUIT.

06/05/20 RPV   B310   A105   OFFICE CONFERENCE WITH AND            .50      245.00
                            EMAIL TO/FROM MR. MINTZ
                            REGARDING MOTION FOR AN ORDER
                            TO ESTABLISH BAR DATE AND
                            SUPPORTING EXHIBITS.

06/05/20 RPV   B190   A105   EMAILS FROM MS. ZERINGUE AND          .20       98.00
                            MS. GUNDLACH REGARDING
                            REMOVING CHUCK ROE LAWSUIT.

06/05/20 WGZ   B410   A105   EMAILS WITH G. GUNDLACH.              .30       90.00

06/05/20 WGZ   B410   A105   TELEPHONE CALLS WITH G.               .30       90.00
                            GUNDLACH.

06/05/20 WGZ   B410   A106   EMAILS WITH JW TEAM AND               .40      120.00
                            ARCHDIOCESE REGARDING ZACH
                            ROE MATTER.

06/05/20 WGZ   B410   A105   EMAILS WITH J. LOWENTHAL AND          .40      120.00
                            M. FISCHER REGARDING
                            RESERVATION OF RIGHTS LETTERS
                            RECEIVED FROM INSURERS.

06/05/20 WGZ   B410   A106   CONFERENCE WITH S. ZERINGUE           .30       90.00
                            REGARDING INSURANCE AND
                            RESERVATION OF RIGHTS.

06/05/20 WGZ   B410   A104   ANALYSIS OF ZACK ROE PETITION         .50      150.00
                            AND STRATEGY REGARDING SAME.

06/05/20 LFA   B110   A104   SCHEDULE AND SOFAS TO ASSIST         2.00      800.00
                            WITH UNDERSTANDING
                            TRANSACTIONS.

06/05/20 LFA   B110   A106   CORRESPONDENCES WITH UST              .40      160.00
                            OFFICE REGARDING EDITS TO
                            APPLICATIONS.

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 100
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/05/20 | LFA | B110 | A104 | .CORRESPONDENCES WITH MR. MINTZ AND MR WEGMANN REGARDING IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, CASE NO. 20-10846 (BANKR. E.D. LA.) DRAFT PROTECTIVE ORDER; WITH THE CLIENT REGARDING PROTECTIVE ORDER. | 1.00 | 400.00 |
| 06/05/20 | LFA | B160 | A103 | REVISED AND FINALIZED REVISIONS TO RETENTION APPLICATIONS AND EXHIBITS. | 1.50 | 600.00 |
| 06/05/20 | LFA | B210 | A106 | MULTIPLE CORRESPONDENCES WITH MS. ZERINGUE REGARDING FILED MOTIONS AND OPTIONS IN CONNECTION WITH SAME. | .60 | 240.00 |
| 06/05/20 | LFA | B410 | A104 | REVIEWED INFORMAL DISCOVERY REQUESTS. | .50 | 200.00 |
| 06/05/20 | LFA | B410 | A102 | RESEARCHED ISSUES RELATED TO INFORMAL DISCOVERY REQUESTS. | 2.00 | 800.00 |
| 06/05/20 | MAM | B110 | A101 | CONFERENCES REGARDING DISCOVERY REQUESTS (2.0). WORK ON THE SAME (1.7).  WORK ON PROTECTIVE ORDER (5.5). | 9.20 | 3,680.00 |
| 06/05/20 | AK | B110 | A102 | RESEARCHED CASES REGARDING PROTECTIVE ORDERS AND FINANCIALLY SENSITIVE INFORMATION. | .40 | 100.00 |
| 06/05/20 | AK | B110 | A103 | REVISED DRAFT PROTECTIVE ORDER. | .70 | 175.00 |
| 06/05/20 | AK | B110 | A102 | RESEARCHED BANKRUPTCY RULES AND CASES REGARDING PROTECTIVE ORDERS IN ORDER TO PREPARE PROTECTIVE ORDER FOR BANKRUPTCY COURT. | .90 | 225.00 |
| 06/05/20 | AK | B110 | A102 | RESEARCHED FEDERAL RULES OF CIVIL PROCEDURE REGARDING PROTECTIVE ORDERS IN ORDER TO PREPARE PROTECTIVE ORDER FOR BANKRUPTCY COURT. | .30 | 75.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 101
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/05/20 AK | B110 | A104 | REVIEWED DISCOVERY REQUESTS IN ORDER TO PREPARE PROTECTIVE ORDER FOR BANKRUPTCY COURT. | .10 | 25.00 |
| 06/05/20 AK | B110 | A102 | RESEARCHED CASES REGARDING ATTORNEY'S EYES ONLY DESIGNATIONS FOR PROTECTIVE ORDERS IN ORDER TO PREPARE PROTECTIVE ORDER FOR BANKRUPTCY COURT. | .70 | 175.00 |
| 06/05/20 AK | B110 | A103 | WORKED ON PROTECTIVE ORDER TO FILE IN BANKRUPTCY PROCEEDING. | 5.20 | 1,300.00 |
| 06/05/20 AK | B110 | A104 | REVIEWED LANGUAGE OF VARIOUS PROTECTIVE ORDERS IN ORDER TO PREPARE PROTECTIVE ORDER FOR BANKRUPTCY COURT. | 1.30 | 325.00 |
| 06/05/20 LHS | B110 | A101 | CALL WITH MS. OPPENHEIM REGARDING SIMILAR BANKRUPTCY CASES. | .10 | 25.00 |
| 06/05/20 LHS | B110 | A102 | REVIEW SCOPE OF DISCOVERY IN DIOCESE BANKRUPTCIES. | 2.40 | 600.00 |
| 06/05/20 SAO | B190 | A103 | REVIEW AND REVISE REMOVAL PLEADINGS FOR THEOPOLD CASE PENDING IN THE 22ND JDC. | 1.40 | 350.00 |
| 06/05/20 SAO | B110 | A105 | EMAIL CORRESPONDENCES TO AND FROM MS. GUNDLACH REGARDING RESEARCH AND STRATEGY FOR HANDLING THE ZACH ROE LAWSUIT PENDING IN CDC (0.3); TELEPHONE CONFERENCES WITH MS. GUNDLACH REGARDING THE SAME (0.3). | .60 | 150.00 |
| 06/05/20 SAO | B110 | A104 | REVIEW MATERIALS FROM MS. ZERINGUE REGARDING CATHOLIC CHARITIES IN CONNECTION WITH ANALYSIS OF ZACH ROE LAWSUIT. | .30 | 75.00 |
| 06/05/20 SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MR. SELF REGARDING PLEADINGS DATABASE FOR CATHOLIC DIOCESES IN BANKRUPTCY (0.2); EMAIL CORRESPONDENCES TO AND | .50 | 125.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 102
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | FROM MR. SELF REGARDING THE SAME (0.3). |  |  |
| 06/05/20 SAO | B140 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ REGARDING DISCOVERY REQUESTS IN CONNECTION WITH MERLE NOULLET'S PARTIAL MOTION TO MODIFY THE AUTOMATIC STAY (0.1); REVIEW EMAIL CORRESPONDENCE FROM MR. MINTZ IN CONNECTION WITH THE SAME (0.3). | .40 | 100.00 |
| 06/05/20 M F | B120 | A106 | ELECTRONIC MEMO FROM S. ZERINGUE REGARDING QUESTIONS ON NOTIFYING INSURERS OF NEW CLAIMS | .10 | 30.00 |
| 06/05/20 M F | B120 | A107 | ELECTRONIC MEMO TO J. MURRAY REGARDING INSURANCE DOCUMENTS INCLUDING RESERVATION OF RIGHTS LETTERS. | .20 | 60.00 |
| 06/05/20 VWG | B110 | A102 | REVIEW STATE COURT PLEADINGS FILED IN ZACK ROE IN PREPARATION FOR FILING REMOVAL. | 1.50 | 450.00 |
| 06/05/20 VWG | B110 | A103 | DRAFTING NOTICE OF REMOVAL FOR THEOBOLD CASE. | 1.50 | 450.00 |
| 06/05/20 VWG | B110 | A103 | DRAFTING STATE COURT NOTICE OF REMOVAL. | .30 | 90.00 |
| 06/05/20 VWG | B110 | A103 | DRAFTING CIVIL COVER SHEET. | .30 | 90.00 |
| 06/05/20 VWG | B110 | A103 | DRAFTING NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE. | .30 | 90.00 |
| 06/05/20 VWG | B110 | A103 | DRAFTING E-MAIL TO MR. DESHAZO REGARDING FILINGS FOR THEOBOLD CASE. | .30 | 90.00 |
| 06/05/20 ADW | B210 | A110 | CREATE FTP LOCATION AND UPLOAD DOCUMENTS FOR SECURE DOCUMENT DISTRIBUTION. | .20 | 34.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 103
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/06/20 EJF | B140 | A105 | REVIEW EMAILS RE INSURANCE ISSUES (.1) (NO CHARGE); | .00 | .00 |
| 06/06/20 JJL | B110 | A105 | DISCUSS WITH MARK MINTZ ST TAMMANY LAWSUIT AND INSURANCE ISSUE WITH UCC (.3); DISCUSS WITH FISCHER ADVICES REGARDING SAME (.3). | .60 | 180.00 |
| 06/06/20 RPV | B130 | A105 | EMAIL FROM/TO MR, MINTZ REGARDING COMPLYING 363 SALE MOTION. | .20 | 98.00 |
| 06/06/20 RPV | B190 | A104 | RECEIVED AND REVIEWED CATHOLIC MUTUAL'S MOTION FOR SUMMARY JUDGMENT FILED IN STONEBREAKER MATTER. | .30 | 147.00 |
| 06/06/20 RPV | B190 | A105 | EMAILS FROM JW TEAM REGARDING CATHOLIC MUTUAL'S FILING OF MOTION FOR SUMMARY JUDGMENT FILED IN STONEBREAKER MATTER. | .40 | 196.00 |
| 06/06/20 RPV | B210 | A106 | EMAILS FROM/TO MR. ENTWISLE, MS. ZERINGUE, THE CLIENT, MR. MINTZ, MS. ASHLEY AND MS. FUTRELL REGARDING BOND ISSUES. | .30 | 147.00 |
| 06/06/20 RPV | B210 | A105 | EMAILS AMONG JW TEAM REGARDING INSURANCE REQUEST FROM THE UCC. | .20 | 98.00 |
| 06/06/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT PROTECTIVE ORDER AND EMAILS REGARDING SAME. | .50 | 245.00 |
| 06/06/20 WGZ | B410 | A104 | ANALYSIS OF CATHOLIC MUTUAL'S MOTION FOR SUMMARY JUDGMENT AND STRATEGY REGARDING SAME. | .70 | 210.00 |
| 06/06/20 MAM | B110 | A101 | WORK ON PROTECTIVE ORDER (2.0).  CORRESPONDENCE REGARDING THE SAME (.2). RESEARCH REGARDING DISCOVERY (1.0). | 3.20 | 1,280.00 |
| 06/06/20 AK | B110 | A104 | REVIEWED FINAL PROTECTIVE ORDER SENT TO COUNSEL TO FILE IN BANKRUPTCY PROCEEDING. | .30 | 75.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 104
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/06/20 M F | B120 | A104 | REVIEWED ELECTRONIC MEMO FROM M. MINTZ REGARDING INSURANCE QUESTION FROM UCC AFFECTING CURRENT LIABILITY POLICY. | .20 | 60.00 |
|---|---|---|---|---|---|
| 06/06/20 M F | B120 | A104 | ANALYZED CURRENT ARCHDIOCESE LIABILITY POLICY TO RESPOND TO INSURANCE QUESTION FROM UCC. | .70 | 210.00 |
| 06/06/20 M F | B120 | A107 | DRAFTED ELECTRONIC MEMO TO INSURANCE TEAM WITH INITIAL THOUGHTS ON UCC INSURANCE QUESTION. | .30 | 90.00 |
| 06/06/20 M F | B120 | A104 | REVIEWED UNDERLYING PLEADING REGARDING UCC INSURANCE QUESTION. | .20 | 60.00 |
| 06/06/20 M F | B120 | A107 | DRAFTED SUPPLEMENTAL ELECTRONIC MEMO TO INSURANCE TEAM REGARDING ADDITIONAL OBSERVATION ON UCC INSURANCE QUESTION. | .10 | 30.00 |
| 06/06/20 M F | B120 | A105 | EXCHANGE OF EMAIL WITH P. VANCE REGARDING INSURANCE MOTION FOR SUMMARY JUDGMENT FILED IN ONE OF THE PENDING CASES. | .10 | 30.00 |
| 06/06/20 M F | B120 | A104 | COMPARED STONEBREAKER PLEADINGS WITH CURRENT CATHOLIC MUTUAL INSURANCE POLICY. | .20 | 60.00 |
| 06/06/20 M F | B120 | A107 | ELECTRONIC MEMO TO INSURANCE COUNSEL REGARDING BACKGROUND FACTS ON STONEBREAKER CASE REGARDING INSURANCE COVERAGE. | .10 | 30.00 |
| 06/06/20 M F | B310 | A103 | DRAFTED PORTION OF DEFENSES MEMORANDUM REGARDING MANDATORY REPORTING LAWS AS PART OF FRAUDULENT CONCEALMENT. | 2.10 | 630.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 105
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/06/20 | M F | B310 | A103 | DRAFTED PORTION OF DEFENSES MEMORANDUM REGARDING GENERAL LAW OF NEGLIGENCE (2315) AS BASIS FOR DUTY AS TO FRAUDULENT CONCEALMENT. | 1.30 | 390.00 |
| 06/07/20 | EDW | B110 | A104 | REVIEWED STATUS REGARDING DISCOVERY AND PROPOSED PROTECTIVE ORDER. | .30 | 90.00 |
| 06/07/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING CATHOLIC MUTUAL'S FILING OF MOTION FOR SUMMARY JUDGMENT IN STONEBREAKER AND POSSIBLE VIOLATION OF THE STAY. | .30 | 90.00 |
| 06/07/20 | EJF | B140 | A107 | REVIEW EMAILS RE INSURANCE RELATED ISSUES. | .10 | 49.00 |
| 06/07/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED 2 EMAILS FROM JIM MURRAY REGARDING INSURANCE COVERAGE ISSUES. | .20 | 60.00 |
| 06/07/20 | RPV | B190 | A107 | EMAIL FROM MR. MURRAY REGARDING REVIEW OF MOTION FOR SUMMARY JUDGMENT FROM CATHOLIC MUTUAL. | .30 | 147.00 |
| 06/07/20 | RPV | B190 | A107 | EMAIL FROM MR. MURRAY REGARDING REQUEST FROM THE UCC FOR INSURANCE CERTIFICATE. | .20 | 98.00 |
| 06/07/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION FOR SUMMARY JUDGMENT FROM CATHOLIC MUTUAL. | .40 | 196.00 |
| 06/07/20 | RPV | B190 | A105 | EMAIL FROM MR. MINTZ REGARDING REVIEW OF MOTION FOR SUMMARY JUDGMENT FROM CATHOLIC MUTUAL. | .20 | 98.00 |
| 06/07/20 | WGZ | B410 | A105 | EMAILS REGARDING CATHOLIC MUTUAL'S SUMMARY JUDGMENT MOTION. | .50 | 150.00 |
| 06/07/20 | WGZ | B410 | A106 | EMAIL FROM S. ZERINGUE REGARDING SUIT IN CHUCK ROE MATTER. | .30 | 90.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 106
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/07/20 WGZ | B410 | A104 | ANALYSIS OF CHUCK ROE SUIT. | .40 | 120.00 |
| 06/07/20 WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING CHUCK ROE SUIT. | .30 | 90.00 |
| 06/07/20 WGZ | B410 | A105 | EMAILS REGARDING BAR DATE MOTIONS AND PROOF OF CLAIMS. | .30 | 90.00 |
| 06/07/20 LFA | B410 | A102 | RESEARCHED TURNOVER OF INFORMATION RELATED TO DISCOVERY REQUEST. | 2.00 | 800.00 |
| 06/07/20 LFA | B110 | A104 | REVIEWED TRANSACTIONS IN SOFA TO ASSIST WITH DRAFTING MOTION TO PAY INSIDERS AND CORRECTIONS TO SOFA. | 2.60 | 1,040.00 |
| 06/07/20 MAM | B110 | A101 | CONFERENCE WITH MS. CANTOR REGARDING FIRST DAY MOTIONS. CORRESPONDENCE WITH TEAM REGARDING THE SAME. | 2.40 | 960.00 |
| 06/07/20 LHS | B190 | A102 | SUMMARIZE SCOPE OF DISCOVERY FOR MS. ASHLEY. | 1.20 | 300.00 |
| 06/07/20 LHS | B110 | A102 | RESEARCH EXECUTORY SERVICE AGREEMENTS WITH PROFESSIONALS. | 1.00 | 250.00 |
| 06/07/20 M F | B310 | A104 | REVIEWED-ANALYZED PLEADINGS/ARGUMENTS ON THE CHARTER PLUS CANON LAW. | 1.10 | 330.00 |
| 06/07/20 M F | B310 | A103 | DRAFTED SECTION OF DEFENSE MEMORANDUM ON THE CHARTER-CANON LAW. | .70 | 210.00 |
| 06/08/20 EDW | B110 | A104 | REVIEWED PRE-BANKRUPTCY OBLIGATIONS AND ISSUES REGARDING SAME. | .00 | .00 |
| 06/08/20 EJF | B210 | A106 | CONFERENCE CALL WITH CLIENT REGARDING 2017 BONDS AND ISSUES RELATED TO THE SAME (.6); MEMO TO CLIENTS REGARDING THE SAME (.1); | .70 | 343.00 |
| 06/08/20 EJF | B130 | A104 | REVIEW DOCUMENTS RELATED TO PROPOSED ASSET SALES. | .70 | 343.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 107
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 06/08/20 | EJF | B130 | A106 | MEMOS TO (.4) AND FROM CLIENTS (.1) REGARDING THE SAME. | .50 | 245.00 |
| 06/08/20 | EJF | B210 | A106 | CONFERENCE CALL WITH CLIENT REGARDING CASH MANAGEMENT AND ACCOUNT ISSSUES. | .30 | 147.00 |
| 06/08/20 | EJF | B210 | A104 | REVIEW INFORMATION RELATED TO THE SAME. | .70 | 343.00 |
| 06/08/20 | EJF | B320 | A103 | REVISE DISCLOSURE STATEMENT. | 2.20 | 1,078.00 |
| 06/08/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED ADDITIONAL CORRESPONDENCE FROM JIM MURRAY AND MINTZ REGARDING CATHOLIC MUTUAL'S SUMMARY JUDGMENT. | .10 | 30.00 |
| 06/08/20 | JJL | B110 | A104 | DISCUSS WITH MINTZ STRATEGY REGARDING PROACTIVE DECLARATORY ACTION RECOMMENDED AGAINST IT AS TO TRAVELERS. | .30 | 90.00 |
| 06/08/20 | RPV | B110 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DISCUSSIONS WITH COUNSEL FOR UCC REGARDING CASH COLLATERAL MOTION, CASH MANAGEMENT MOTION AND INSURANCE MOTION. | .80 | 392.00 |
| 06/08/20 | RPV | B110 | A105 | EMAIL FROM AND OFFICE CONFERENCES WITH MR. MINTZ REGARDING INSURANCE ISSUES, SETTLEMENTS, REMOVALS, PRODUCTION OF DOCUMENTS, AMENDMENT OF SCHEDULES AND RELATED MATTERS. | .90 | 441.00 |
| 06/08/20 | RPV | B190 | A105 | TELEPHONE CONVERSATION WITH THE CLIENT, MS. ZERINGUE AND JW TEAM REGARDING INSURANCE ISSUES, SALE OF PROPERTY, BOND ISSUES, PRODUCTION OF DOCUMENTS, DEPOSIT AND LOAN ACCOUNT AND RELATED MATTERS | .70 | 343.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 108
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/08/20 RPV   B190  A107   TELEPHONE CONVERSATION WITH          .50      245.00
                           MR. DRAPER REGARDING DEPOSIT
                           AND LOAN ACCOUNT.

06/08/20 RPV   B210  A106   EMAILS TO/FROM MR. MINTZ, THE        .50      245.00
                           CLIENT AND MS. FUTRELL
                           REGARDING LOAN DOCUMENTS AND
                           DEPOSIT AND LOAN FUND.

06/08/20 RPV   B190  A106   EMAIL FROM AND TO MS.                .30      147.00
                           OPPENHEIM AND MR. ZERINGUE
                           REGARDING CATHOLIC MUTUAL'S
                           EX PARTE MOTION TO WITHDRAW
                           ITS MOTION FOR SUMMARY
                           JUDGMENT IN STONEBREAKER.

06/08/20 RPV   B190  A106   EMAILS FROM MR. MINTZ, MS.           .40      196.00
                           ZERINGUE AND MS. OPPENHEIM
                           REGARDING REMOVAL OF RECENTLY
                           FILED LAWSUITS.

06/08/20 RPV   B110  A105   EMAILS FROM AND TO CO-COUNSEL        .40      196.00
                           REGARDING PROCEEDINGS MEMO
                           FROM THE UST TRUSTEE.

06/08/20 WGZ   B410  A106   TELEPHONE CALLS WITH S.              .40      120.00
                           ZERINGUE REGARDING INSURANCE
                           ISSUES.

06/08/20 WGZ   B410  A104   REVIEW AND ANALYSIS OF              .90      270.00
                           MEMORANDUM IN SUPPORT OF
                           CATHOLIC MUTUAL'S MOTION FOR
                           SUMMARY JUDGMENT ON COVERAGE.

06/08/20 WGZ   B410  A104   ANALYSIS OF POLICY PROVISIONS        .60      180.00
                           CITED BY CATHOLIC MUTUAL.

06/08/20 WGZ   B410  A105   EMAILS WITH BANKRUPTCY TEAM          .40      120.00
                           REGARDING INSURANCE ISSUES.

06/08/20 WGZ   B410  A105   EMAILS WITH JW TEAM REGARDING        .40      120.00
                           CATHOLIC MUTUALS POSITION ON
                           INSURANCE COVERAGE.

06/08/20 WGZ   B410  A104   RECEIVED AND REVIEWED               .20       60.00
                           CATHOLIC MUTUAL'S MOTION TO
                           WITHDRAW SUMMARY JUDGMENT
                           MOTION.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 109
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/08/20 | WGZ | B410 | A105 | EMAILS WITH INSURANCE TEAM REGARDING WITHDRAWAL OF MOTION. | .30 | 90.00 |
|---|---|---|---|---|---|---|
| 06/08/20 | WGZ | B410 | A105 | PARITICAPTE IN TELEPHONE CONFERENCE WITH INSURANCE TEAM TO DISCUSS INSURANCE ISSUES. | .80 | 240.00 |
| 06/08/20 | JPG | B120 | A108 | CORRESPONDENCE WITH MR. JUSTICE (MCENERY CO) REGARDING APPRAISAL OF ST. ELIZABETH'S. | .30 | 120.00 |
| 06/08/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. VANCE AND MINTZ REGARDING NOTES ON DISCUSSION WITH MR. MURRAY; WITH MR MURRAY REGARDING ANDO, 20-10846 - UST COMMENTS TO THE APPLICATIONS TO EMPLOY AND CORRESPONDENCES WITH MR. SELF AND SUNG KIM REGARDING DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR AND AMENDED APPLICATION; AND WITH MR ENTWISLE REGARDING MOTION TO PAY INSIDERS. | 2.00 | 800.00 |
| 06/08/20 | LFA | B110 | A104 | REVIEWED DOCUMENTS TO ASSIST WITH DISCOVERY PRODUCTION. | 2.50 | 1,000.00 |
| 06/08/20 | LFA | B110 | A104 | WORKED ON MOTION TO EMPLOY D&D. | .90 | 360.00 |
| 06/08/20 | LFA | B110 | A104 | REVIEWED DISCOVERY. | .50 | 200.00 |
| 06/08/20 | MAM | B110 | A101 | CONFERENCE REGARDING BONDING ISSUES. CONFERENCE REGARDING DISCOVERY MATTERS. CORRESPONDENCE REGARDING PROCEDURAL FILINGS. | 4.50 | 1,800.00 |
| 06/08/20 | MAM | B110 | A101 | CONFERENCES REGARDING SETTLEMENTS AND RESEARCH REGARDING THE SAME. | 4.50 | 1,800.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 110
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/08/20 | LHS | B160 | A103 | FINALIZE AMENDED APPLICATION TO EMPLOY JONES WALKER FOR FILING. | 1.40 | 350.00 |
|---|---|---|---|---|---|---|
| 06/08/20 | LHS | B160 | A103 | FINALIZE AMENDED EXHIBITS FOR APPLICATION TO EMPLOY CRI FOR FILING. | 2.30 | 575.00 |
| 06/08/20 | LHS | B160 | A103 | DRAFT DISCLOSURE OF COMPENSATION FORM. | 1.30 | 325.00 |
| 06/08/20 | SAO | B110 | A102 | BEGIN RESEARCHING AND PREPARING SPREADSHEET OF ACTIVE BANKRUPTCY CASES IN WHICH LINDA CANTOR AND JIM STANG ARE INVOLVED. | 1.80 | 450.00 |
| 06/08/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE AND EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING PROCEDURE FOR MANAGING CALENDAR AND DOCKETING OF THIS CHAPTER 11 CASE AND THE REMOVED CASES. | .40 | 100.00 |
| 06/08/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ AND MR. VANCE REGARDING POST-PETITION REMOVALS AND POSSIBLE STAY VIOLATION ISSUES. | 1.20 | 300.00 |
| 06/08/20 | SAO | B140 | A102 | REVIEW AND ANALYZE SUPPLEMENTAL PLEADINGS IN SUPPORT OF STAY MOTION IN CONNECTION WITH THE DIOCESE OF BUFFALO CHAPTER 11 CASE. | .50 | 125.00 |
| 06/08/20 | M F | B110 | A105 | TELEPHONE CONFERENCE WITH INSURANCE TEAM REGARDING INSURANCE ISSUES. | .80 | 240.00 |
| 06/08/20 | M F | B310 | A102 | ADDITIONAL RESEARCH ON MANDATORY REPORTING LAWS. | 1.30 | 390.00 |
| 06/08/20 | M F | B310 | A103 | SUPPLEMENTED PREVIOUS PORTION OF DEFENSE MEMORANDUM ON SUBJECT OF MANDATORY REPORTING LAWS. | 1.50 | 450.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 111
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 06/08/20 | M F | B310 | A102 | RESEARCH ON DEFENSE MEMORANDUM ON CAUSATION RE FRAUDULENT CONCEALMENT CLAIM. | 1.10 | 330.00 |
| 06/08/20 | ADW | B210 | A110 | CREATE FTP LOCATION AND USER ACCOUNTS FOR SECURE DOCUMENT DISTRIBUTION. | .60 | 102.00 |
| 06/09/20 | EJF | B320 | A104 | DRAFT DISCLOSURE STATEMENT. | 2.50 | 1,225.00 |
| 06/09/20 | JJL | B110 | A105 | DISCUSS WITH MINTZ SENDING PROPOSED BAR DATE MOTION TO INSURERS; PROOF OF CLAIM; MOTION TO EXTEND THE STAY. | .50 | 150.00 |
| 06/09/20 | JJL | B110 | A104 | REVIEW DRAFT EMAIL TO BE SENT TO INSURERS. | .30 | 90.00 |
| 06/09/20 | JJL | B110 | A105 | DISCUSS RECIPIENTS WITH MINTZ. | .30 | 90.00 |
| 06/09/20 | JJL | B110 | A108 | READ CORRESPONDENCE FROM JAMES MURRAY REGARDING TRAVELERS AND CATHOLIC MUTUAL. | .20 | 60.00 |
| 06/09/20 | JJL | B110 | A108 | FORWARD CORRESPONDENCE TO TRAVELERS, CATHOLIC MUTUAL, AND BEDIVERE. | .10 | 30.00 |
| 06/09/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM CHERYL HARPER IN RESPONSE TO LETTER. | .10 | 30.00 |
| 06/09/20 | JJL | B110 | A108 | TELEPHONE CALL FROM JOHN WATERS, COUNSEL FOR CATHOLIC MUTUAL. | .20 | 60.00 |
| 06/09/20 | RPV | B130 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING SALE OF PROPERTY. | .50 | 245.00 |
| 06/09/20 | RPV | B130 | A105 | TELEPHONE CONVERSATION WITH MS. FUTRELL REGARDING SALE OF PROPERTY ISSUES, AMENDMENT OF SCHEDULES AND DEPOSIT AND LOAN FUND. | .50 | 245.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 112
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/09/20 RPV | B130 | A107 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING SALE OF PROPERTY ISSUES, DEPOSIT AND LOAN FUND AND PARISH SERVICE AGREEMENTS. | .50 | 245.00 |
| 06/09/20 RPV | B130 | A106 | EMAIL TO MS. ZERINGUE REGARDING SALE OF PROPERTY ISSUES, BOND INDENTURE AND RELATED MATTERS. | .50 | 245.00 |
| 06/09/20 RPV | B130 | A106 | EMAILS TO AND FROM MS. FUTRELL, THE CLIENT AND MR. MINTZ REGARDING BOND INDENTURE AND RELATED MATTERS. | .50 | 245.00 |
| 06/09/20 RPV | B190 | A105 | EMAILS FROM MS. OPPENHEIM REGARDING STATUS OF PREPARATION OF REMOVALS. | .30 | 147.00 |
| 06/09/20 RPV | B130 | A106 | EMAIL FROM MR. ENTWISLE REGARDING SALE AND THE 2017 BONDS. | .10 | 49.00 |
| 06/09/20 RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER SETTING OMNIBUS HEARING DATES. | .10 | 49.00 |
| 06/09/20 WGZ | B410 | A105 | EMAILS WITH JW INSURANCE TEAM REGARDING BAR DATE MOTION AND EXHIBITS. | .40 | 120.00 |
| 06/09/20 WGZ | B410 | A104 | ANALYSIS OF SAME. | .60 | 180.00 |
| 06/09/20 WGZ | B410 | A105 | CONFERENCES AND EMAILS WITH J. LOWENTHAL REGARDING INSURER'S INPUT WITH REGARD TO BAR DATE MOTION. | .40 | 120.00 |
| 06/09/20 WGZ | B410 | A106 | EMAILS FROM S. ZERINGUE REGARDING PRESCRIPTION. | .30 | 90.00 |
| 06/09/20 WGZ | B410 | A106 | TELEPHONE CALL WITH S. ZERINGUE. | .20 | 60.00 |
| 06/09/20 WGZ | B410 | A107 | EMAIL FROM T. PAULSEN REGARDING SUITS FILED IN CIVIL DISTRICT COURT. | .20 | 60.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS   PAGE 113
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 06/09/20 | JPG | B120 | A104 | REVIEW OF EXISTING MATERIALS ON ST. ELIZABETH'S VALUATION IN CONNECTION WITH SALE. | .40 | 160.00 |
| 06/09/20 | JPG | B120 | A108 | PHONE CALL WITH MR. JUSTICE REGARDING VALUATION OF ST. ELIZABETH'S. | .20 | 80.00 |
| 06/09/20 | JPG | B120 | A105 | DISCUSS ST. ELIZABETH'S SALE WITH MR. MINTZ. | .20 | 80.00 |
| 06/09/20 | JPG | B120 | A108 | EMAIL TO MR. JUSTICE ON VALUATION OF ST. ELIZABETH'S. | .10 | 40.00 |
| 06/09/20 | JPG | B120 | A104 | REVIEW OF ST. ELIZABETH'S VALUATION FROM MCENERY CO. | .30 | 120.00 |
| 06/09/20 | LFA | B160 | A103 | FINALIZED AMENDED CRI RETENTION APPLICATION FOR FILING. | .60 | 240.00 |
| 06/09/20 | LFA | B110 | A104 | REVIEWED DOCUMENTS TO ASSIST WITH UCC DISCOVERY PRODUCTION. | 3.50 | 1,400.00 |
| 06/09/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MR, SELF AND SUNG KIM REGARDING AMENDED EXHIBITS; WITH MR. SELF REGARDING RETENTION OF ATTORNEYS FOR PARISH AND WITH MR. MINTZ REGARDING D&D LIST OF SERVICES AND PREPARATION OF APPLICATION; WITH MR. MINTZ AND MIS MANGHAM REGARDING STIPULATION TO EXTEND RESPONSE DATE FOR JUNE 18TH HEARIGS; WITH MS. FISCHER AND MESSRS. LOWENTHAL AND MINTZ REGARDING BAR DATE MOTION. | 1.20 | 480.00 |
| 06/09/20 | MAM | B130 | A101 | NEGOTIATIONS REGARDING SALE ORDER AND WORK ON THE SAME. | 4.50 | 1,800.00 |
| 06/09/20 | MAM | B120 | A101 | WORK ON REVISIONS TO SCHEDULES. | 3.90 | 1,560.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 114
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tmkr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/09/20 | LHS | B190 | A103 | DRAFT MEMORANDUM REGARDING THE HIRING OF ATTORNEYS AS ORDINARY COURSE PROFESSIONALS FOR THIRD PARTIES UNDER THE BANKRUPTCY CODE. | 5.30 | 1,325.00 |
| 06/09/20 | LHS | B190 | A103 | DRAFT MEMORANDUM REGARDING TREATMENT OF ATTORNEY CONTRACTS AS EXECUTOR Y CONTRACTS. | 1.20 | 300.00 |
| 06/09/20 | SAO | B110 | A102 | CONTINUE RESEARCHING AND PREPARING SPREADSHEET OF ACTIVE BANKRUPTCY CASES INVOLVING JIM STANG OR LINDA CANTOR. | 2.10 | 525.00 |
| 06/09/20 | SAO | B110 | A103 | PREPARE NOTICE OF REMOVAL PLEADINGS FOR S.D. DOE CASE, CDC NO. 2020-04477. | 1.60 | 400.00 |
| 06/09/20 | SAO | B110 | A103 | PREPARE NOTICE OF REMOVAL PLEADINGS FOR J.L. DOE CASE, CDC NO. 2020-04481. | 1.30 | 325.00 |
| 06/09/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCES FROM AND TO MR. VANCE AND MR. MINTZ REGARDING STRATEGY FOR HANDLING POST-PETITION LAWSUITS FILED BY W.G. DOE, KENDRA LAFRANCE, AND CARRIE KINARD. | .60 | 150.00 |
| 06/09/20 | SAO | B110 | A104 | REVIEW AND ANALYZE PETITION FOR DAMAGES FILED BY WG DOE IN THE 24TH JDC. | .50 | 125.00 |
| 06/09/20 | SAO | B140 | A104 | REVIEW DEFICIENCY NOTICE REGARDING NOTICE OF HEARING ON MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY AND AMENDED NOTICE OF HEARING ON THE SAME. | .20 | 50.00 |
| 06/09/20 | SAO | B110 | A104 | REVIEW ORDER SETTING OMNIBUS HEARING DATES. | .10 | 25.00 |

EXHIBIT D

Case 2:20-bk-10846 Doc 456-4 Filed 02/27/20 Entered 02/27/20 11:06:50 Exhibit D - Jones Walkers First Monthly Fee Statement Page 540 of 623

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 115
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01
```

| Date | Tkpr | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/09/20 | SAO | B110 | A104 | REVIEW AND ANALYZE GENERAL ORDER 2019-4 REGARDING PROCEDURES FOR COMPLEX CHAPTER 11 CASES. | .60 | 150.00 |
| 06/09/20 | SAO | B110 | A105 | EMAIL EXCHANGES WITH JONES WALKER'S BANKRUPTCY TEAM REGARDING ORDER SETTING OMNIBUS HEARING DATES (0.6), MERLE NOULLET'S AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY (0.1), AND EXTENSION OF COMMITTEE'S DEADLINE TO RESPOND TO MOTIONS SET FOR HEARING ON JUNE 18, 2020 (0.2). | .90 | 225.00 |
| 06/09/20 | M F | B120 | A105 | EXCHANGE OF EMAIL WITH INSURANCE TEAM REGARDING DRAFT CLAIM FORM/INSURERS. | .20 | 60.00 |
| 06/09/20 | L C | B410 | A102 | CALL WITH LUKE SELF ABOUT THE ASSIGNMENT TO RESEARCH CASES TO FIND OTHER DIOCESES TOTAL ASSETS AND LIABILITIES IN ORDER TO CREATE A COMPARATIVE CHART TO SEE HOW OTHER DIOCESES FARED DURING BANKRUPTCY. | .30 | 51.00 |
| 06/10/20 | EDW | B110 | A104 | REVIEWED AND ANALYZED PROTECTIVE ORDER FOR POSSIBLE APPLICATION IN ARCHDIOCESE CASE. | 1.80 | 540.00 |
| 06/10/20 | EJF | B110 | A103 | REVISIONS TO FINAL ORDERS. | .70 | 343.00 |
| 06/10/20 | EJF | B110 | A105 | MEMOS TO AND FROM MR. MINTZ REGARDING FINAL ORDERS. | .10 | 49.00 |
| 06/10/20 | EJF | B150 | A107 | MEMO FROM COUNSEL TO THE SUCCESSOR TRUSTEE (NO CHARGE). | .00 | .00 |
| 06/10/20 | EJF | B310 | A106 | MEMO TO CLIENT REGARDING SUCCESSOR INDENTURE TRUSTEE. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 116
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/10/20 JJL    B110  A108   RECEIVED AND REVIEWED              .10       30.00
                            CORRESPONDENCE FROM BEN ADAMS
                            RESPONDING TO CORRESPONDENCE
                            REGARDING BAR MOTION AND
                            PROOF OF CLAIM.

06/10/20 JJL    B110  A105   DISCUSS WITH MINTZ MULTIPLE         .50      150.00
                            ISSUES REGARDING PROTECTIVE
                            ORDER AND
                            DISCOVERY/DEPOSITIONS.

06/10/20 JJL    B110  A104   REVIEWED JIM MURRAY'S               .20       60.00
                            INSURANCE CHART.

06/10/20 RPV    B150  A104   RECEIVED AND REVIEWED NOTICE        .10       49.00
                            OF APPOINTMENT OF
                            RECONSTITUTED CREDITOR'S
                            COMMITTEE.

06/10/20 RPV    B130  A106   EMAILS FROM MR. MINTZ AND MS.       .10       49.00
                            LACOMBE REGARDING REVISED
                            LANGUAGE TO SALE AGREEMENT OF
                            REAL ESTATE.

06/10/20 RPV    B310  A106   EMAILS FROM MR. ENTWISLE, MS.       .30      147.00
                            ZUNIGA AND MS. ZERINGUE
                            REGARDING PAYMENTS FOR
                            CONTRACTS.

06/10/20 RPV    B310  A104   RECEIVED AND REVIEWED NOTICE        .10       49.00
                            OF SUCCESSOR INDENTURE
                            TRUSTEE.

06/10/20 RPV    B150  A105   EMAILS FROM MS, FUTRELL             .10       49.00
                            REGARDING NOTICE OF SUCCESSOR
                            INDENTURE TRUSTEE.

06/10/20 RPV    B210  A106   EMAILS FROM MS. FISCHER AND         .10       49.00
                            MS. ZERINGUE REGARDING OF
                            SUBROGATION AGREEMENT.

06/10/20 RPV    B190  A105   EMAIL FROM MS. OPPENHEIM            .20       98.00
                            REGARDING NOTICES OF REMOVAL
                            AND SUGGESTIONS OF BANKRUPTCY
                            AND PREPARATION OF SAME.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 117
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/10/20 RPV | B230 | A108 | EMAILS FROM MESSRS. WAGUESPACK AND MINTZ REGARDING REVIEW OF DRAFT FINAL CASH COLLATERAL ORDER. | .10 | 49.00 |
| 06/10/20 RPV | B310 | A104 | REVIEWED BP SETTLEMENT DOCUMENTS. | .50 | 245.00 |
| 06/10/20 RPV | B190 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ AND MR. WEGMANN REGARDING REVIEW OF PROTECTIVE ORDER. | .10 | 49.00 |
| 06/10/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING RECEIPT OF CLAIMS BUYERS AND RELATED MATTERS. | .30 | 147.00 |
| 06/10/20 RPV | B310 | A108 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING AMENDMENT OF SCHEDULES, CASH COLLATERAL MOTION, JUNE 18 HEARING ISSUES AND RELATED MATTERS. | .80 | 392.00 |
| 06/10/20 WGZ | B410 | A106 | EMAILS FROM S. ZERINGUE REGARDING SUITS FILED IN CIVIL DISTRICT COURT. | .30 | 90.00 |
| 06/10/20 WGZ | B410 | A107 | EMAIL FROM T. PAULSEN REGARDING SUITS IN CIVIL DISTRICT COURT. | .30 | 90.00 |
| 06/10/20 WGZ | B410 | A107 | EMAILS FROM R. BORDELON REGARDING SAME. | .50 | 150.00 |
| 06/10/20 WGZ | B410 | A105 | EMAILS WITH LITIGATION TEAM REGARDING PROTECTIVE ORDER. | .40 | 120.00 |
| 06/10/20 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND WEGMANN REGARDING BOY SCOUTS PROTECTIVE ORDER; WITH MR. MINTZ REGARDING DRAFT CASH COLLATERAL ORDER; WITH MS. FUTRELL REGARDING INSURANCE ACTUAL SPEND ON PREPETITION CLAIMS COMPARED TO PROJECTIONS IN INSURANCE MOTION AND IMPORTANT RCCANO MESSAGE ABOUT ORDERS SUBMITTED TO THE BANKRUPTCY | .80 | 320.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 118
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|            |     |      |      |                                                                                                                             |      |          |
|------------|-----|------|------|-----------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     |      |      | COURT.                                                                                                                       |      |          |
| 06/10/20   | LFA | B110 | A108 | CORRESPONDENCE WITH MS. CANTOR AND MR. MINTZ REGARDING ARCHDIOCESE OF NEW ORLEANS - ORDERS ON DONLIN RECANO AND MOTION TO FILE UNDER SEAL. | .20  | 80.00    |
| 06/10/20   | LFA | B110 | A103 | DRAFTED MOTION TO EMPLOY D&D.                                                                                                | 2.00 | 800.00   |
| 06/10/20   | LFA | B110 | A103 | REVIEWED DOCUMENTS TO ASSIST IN DOCUMENT PRODUCTION TO COMMITTEE.                                                            | 1.50 | 600.00   |
| 06/10/20   | MAM | B110 | A101 | CONFERENCES AND RESEARCH REGARDING SECOND DAY HEARINGS AND ORDERS REGARDING THE SAME ( 8.0); WORK ON ORDERS (1.2).          | 9.20 | 3,680.00 |
| 06/10/20   | AK  | B110 | A104 | REVIEWED PROTECTIVE ORDER IN ORDER TO ENTER IN BANKRUPTCY PROCEEDING.                                                        | 1.80 | 450.00   |
| 06/10/20   | LHS | B110 | A101 | REVIEW FILED MOTIONS FOR HEARING ON JUNE 18, 2020.                                                                          | 1.70 | 425.00   |
| 06/10/20   | LHS | B110 | A104 | MEETING WITH MS. LUTHER TO GO OVER BANKRUPTCY CLAIMS RESEARCH.                                                              | .40  | 100.00   |
| 06/10/20   | SAO | B140 | A102 | RESEARCH POTENTIAL GROUNDS FOR OBJECTING TO DISCOVERY REQUESTS SERVED IN CONNECTION WITH MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY. | 1.70 | 425.00   |
| 06/10/20   | SAO | B140 | A104 | REVIEW AND ANALYZE MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY (0.6) AND DISCOVERY REQUESTS IN CONNECTION WITH THE SAME (0.9). | 1.50 | 375.00   |
| 06/10/20   | SAO | B110 | A103 | PREPARE NOTICE OF REMOVAL PLEADINGS FOR W.G. DOE CASE, 24TH JDC NO. 807-155.                                                 | 1.60 | 400.00   |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 119
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/10/20 SAO | B110 | A103 | PREPARE SUGGESTION OF BANKRUPTCY FOR KENDRA LAFRANCE CASE, CDC NO. 2020-03848. | .30 | 75.00 |
| 06/10/20 SAO | B110 | A103 | PREPARE SUGGESTION OF BANKRUPTCY FOR CARRIE KINARD CASE, CDC NO. 2020-04597. | .30 | 75.00 |
| 06/10/20 SAO | B110 | A105 | EXTENDED EMAIL CORRESPONDENCE TO MR. MINTZ AND MR. VANCE REGARDING POST-PETITION REMOVALS AND SUGGESTIONS OF BANKRUPTCY. | .90 | 225.00 |
| 06/10/20 M F | B120 | A107 | BRIEF REVIEW OF SAMPLE CHART FOR INSURANCE RECOVERY. | .10 | 30.00 |
| 06/10/20 M F | B120 | A104 | ELECTRONIC MEMO FROM S. ZERINGUE REGARDING INDEMNITY AGREEMENT FOR SIR - SUBROGATION CLAIM. | .10 | 30.00 |
| 06/10/20 M F | B120 | A102 | BRIEF RESEARCH REGARDING SUBROGATION CLAIM ISSUE. | .30 | 90.00 |
| 06/10/20 M F | B120 | A105 | CONFERRED WITH L. FUTRELL REGARDING INDEMNITY AGREEMENT-SUBROGATION ISSUE. | .20 | 60.00 |
| 06/10/20 M F | B120 | A106 | ELECTRONIC MEMO TO S. ZERINGUE RESPONDING TO INDEMNITY-SUBROGATION QUESTION. | .10 | 30.00 |
| 06/11/20 EDW | B110 | A104 | TELEPHONE CALL FROM MS. LEUMAS REGARDING PROTECTIVE ORDER ISSUES. | .30 | 90.00 |
| 06/11/20 EJF | B110 | A105 | CONFERENCE WITH MR. MINTZ REGARDING SECOND DAY HEARINGS AND RELATED MATTERS. | .40 | 196.00 |
| 06/11/20 EJF | B210 | A105 | MEMO TO (.3) AND FROM MR. MINTZ (.1) REGARDING CASH MANAGEMENT RELATED ISSUES. | .40 | 196.00 |
| 06/11/20 EJF | B110 | A104 | REVIEW FILING REGARDING RECONSTITUTED COMMITTEE. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 120
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/11/20 | EJF | B110 | A106 | MEMO TO CLIENT REGARDING THE SAME. | .10 | 49.00 |
| 06/11/20 | EJF | B210 | A105 | CONFERENCE CALL WITH MS. FISCHER RE INSURANCE ISSUE; | .20 | 98.00 |
| 06/11/20 | EJF | B210 | A105 | MEMOS TO AND FROM CLIENT REGARDING INSURANCE ISSUES; | .20 | 98.00 |
| 06/11/20 | JRB | B410 | A105 | CONFERENCE CALL WITH M. MINTZ RE POSSIBLE AMENDMENTS NEEDED TO SCHEDULES REGARDING VARIOUS ASSETS AND CLAIMS. | .60 | 240.00 |
| 06/11/20 | RPV | B210 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING AMENDMENTS TO SCHEDULES, INSIDER PAYMENT MOTION, DEPOSIT AND LOAN FUND, UCC ISSUES AND RELATED MATTERS. | .60 | 294.00 |
| 06/11/20 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE AND MS. GUNDLACH REGARDING REMOVAL ISSUES. | .50 | 245.00 |
| 06/11/20 | RPV | B190 | A106 | EMAIL FROM/TO MS. ZERINGUE AND MS. GUNDLACH REGARDING REMOVAL ISSUES. | .30 | 147.00 |
| 06/11/20 | RPV | B120 | A104 | REVIEWED REAL ESTATE RECORDS REGARDING PROPERTY IN SCHEDULES. | .50 | 245.00 |
| 06/11/20 | RPV | B170 | A105 | EMAIL FROM MS. ASHLEY REGARDING REVIEW OF JW RETENTION ORDER AND SUGGESTED REVISIONS. | .10 | 49.00 |
| 06/11/20 | RPV | B120 | A105 | EMAIL FROM AND TO MR. GOOD REGARDING REAL ESTATE RECORDS REGARDING PROPERTY IN SCHEDULES. | .30 | 147.00 |
| 06/11/20 | RPV | B210 | A105 | EMAIL FROM MS. FUTRELL REGARDING REVIEW OF CASH MANAGEMENT/ACCOUNT ORDER | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 121
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/11/20 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING DEPOSIT AND LOAN FUND ISSUES. | .40 | 196.00 |
| 06/11/20 SAL | B420 | A104 | CONFERENCES WITH MR. MINTZ REGARDING PLEDGE AGREEMENT (.5); REVIEW STUDENT FINANCING AGREEMENTS (.5); REVIEW MULTIPLE CORRESPONDENCE WITH MR. LANDRY (.4); REVIEW AND COMMENT ON PLEDGE AGREEMENT (1.0); EXCHANGE MULTIPLE CORRESPONDENCE WITH MR. MINTZ REGARDING SAME (.4); REVIEW AND EXCHANGE MULTIPLE CORRESPONDENCE WITH MR. LANDRY REGARDING SAME (.3); CONFERENCE WITH MR. LANDRY REGARDING SAME (.4). | 3.50 | 1,400.00 |
| 06/11/20 WGZ | B410 | A105 | EMAILS WITH BANKRUPTCY TEAM REGARDING REMOVAL ISSUES. | .50 | 150.00 |
| 06/11/20 WGZ | B410 | A106 | EMAILS WITH S. ZERINGUE REGARDING SAME. | .30 | 90.00 |
| 06/11/20 JPG | B120 | A104 | REVIEW RECORDS REGARDING BARATARIA PROPERTY (HOPE HAVEN ADULT DAY HEALTH CARE CENTER / MADONNA MANOR). | .40 | 160.00 |
| 06/11/20 JPG | B120 | A105 | EMAIL TO MR. VANCE REGARDING OWNERSHIP OF BARATARIA PROPERTY (HOPE HAVEN ADULT DAY HEALTH CARE CENTER / MADONNA MANOR). | .20 | 80.00 |
| 06/11/20 JPG | B120 | A108 | CORRESPONDENCE WITH ABSTRACTOR ON IN PERSON COURTHOUSE RESEARCH. | .10 | 40.00 |
| 06/11/20 LFA | B110 | A103 | CONTINUED WORKING ON DOCUMENT PRODUCTION FOR COMMITTEE. | 3.00 | 1,200.00 |
| 06/11/20 LFA | B110 | A108 | CORRESPONDENCES WITH MS. ZUNIGA REGARDING MOTION TO PAY INSIDERS; WITH MR. MINTZ REGARDING ORDERS; WITH MS. FUTRELL REGARDING PARISH | .90 | 360.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 122
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

SERVICE AGREEMENTS LISTED BY
PARISH AND RECONSTITUTED
CREDITORS' COMMITTEE WITH
TMI, AS INDENTURE TRUSTEE;
AND WITH MS. SHAHIEN
REGARDING INITIAL REQUESTS.

| Date | | | | Description | Hours | Amount |
|------|---|---|---|-------------|-------|--------|
| 06/11/20 | MAM | B110 | A101 | MEETING WITH CLIENT REGARDING SCHEDULES AND CHANGES THERETO (3.5). WORK ON CHANGES TO THE SAME (6.5). RECEIPT AND REVIEW OF REVISED ORDERS (1.1). CONFERENCES REGARDING THE SAME (1.1). | 12.20 | 4,880.00 |
| 06/11/20 | LHS | B190 | A102 | RESEARCH BAD FAITH STANDARD FOR DISMISSAL OF BANKRUPTCY PROCEEDING. | 2.80 | 700.00 |
| 06/11/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCES FROM MS. GUNDLACH AND MR. VANCE REGARDING POST-PETITION REMOVALS (0.2); TELEPHONE CONFERENCE WITH MS. GUNDLACH REGARDING THE SAME (0.1); EMAIL CORRESPONDENCE TO MS. GUNDLACH REGARDING THE SAME (0.4). | .70 | 175.00 |
| 06/11/20 | M F | B120 | A106 | REVIEWED ELECTRONIC MEMO FROM S. ZERINGUE REGARDING NEW CASES/NOTICE TO INSURERS. | .20 | 60.00 |
| 06/11/20 | VWG | B110 | A106 | CONFERENCE CALL WITH MR. VANCE AND MS. ZERINGUE REGARDING LITIGATION ISSUES. | .50 | 150.00 |
| 06/12/20 | EJF | B110 | A107 | CONFERENCE CALL WITH COMMITTEE COUNSEL REGARDING ORDERS FOR MOTIONS SET FOR JUNE 18TH HEARING. | 1.00 | 490.00 |
| 06/12/20 | EJF | B110 | A103 | REVISE FINAL INSURANCE ORDER. | .70 | 343.00 |
| 06/12/20 | EJF | B110 | A103 | REVISE CASH MANAGEMENT FINAL ORDER. | .80 | 392.00 |
| 06/12/20 | EJF | B210 | A103 | REVIEW PROPOSED CHANGES TO THERAPY ORDER. | .20 | 98.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 123
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/12/20 EJF   B210  A107   REVIEW EMAILS RE REVISIONS TO          .10        49.00
                           THERAPY ORDER.

06/12/20 JJL   B110  A105   DISCUSS WITH M. FISCHER               1.30       390.00
                           CATHOLIC MUTUAL COVERAGE
                           POSITION REGARDING WHISTLE
                           BLOWER SUIT, REVIEW DENIAL
                           AND SUBSEQUENT ROR LETTER.

06/12/20 JRB   B410  A104   ANALYZE POSSIBLE SCHEDULE             .20         80.00
                           AMENDMENT ISSUES.

06/12/20 RPV   B310  A102   RESEARCH REGARDING CLAIM              .70        343.00
                           OBJECTION

06/12/20 RPV   B130  A108   EMAILS FROM MR. MINTZ AND MS.         .20         98.00
                           LECOMBE REGARDING DRAFT OF
                           AGREEMENT TO PURCHASE AND
                           SELL ST. ELIZABETH CAMPUS.

06/12/20 RPV   B190  A105   EMAILS FROM MESSRS. MINTZ AND         .20         98.00
                           ZERINGUE REGARDING ANALYSIS
                           OF BASIS FOR REMOVAL OF STATE
                           COURT CASE.

06/12/20 RPV   B110  A104   EMAILS FROM MS. FUTRELL AND           .70        343.00
                           MR. MINTZ REGARDING AND
                           REVIEW OF PROPOSED EDITS TO
                           ORDERS SCHEDULED FOR JUNE 18
                           HEARING INCLUDING INSURANCE,
                           CASH MANAGEMENT, CASH
                           COLLATERAL, THERAPY MOTION,
                           JW EMPLOYMENT, DEPOSIT AND
                           LOAN FUND AND RELATED MATTERS.

06/12/20 RPV   B110  A104   OFFICE CONFERENCES WITH MR.          1.30        637.00
                           MINTZ REGARDING CALL WITH UCC
                           LAWYERS REGARDING PROPOSED
                           EDITS TO ORDERS SCHEDULED FOR
                           JUNE 18 HEARING INCLUDING
                           INSURANCE, CASH MANAGEMENT,
                           CASH COLLATERAL, THERAPY
                           MOTION, JW EMPLOYMENT,
                           DEPOSIT AND LOAN FUND AND
                           RELATED MATTERS.

06/12/20 RPV   B210  A108   TELEPHONE CONVERSATION WITH           .30        147.00
                           MR. DRAPER REGARDING CASH
                           MANAGEMENT ORDER AND D&L FUND.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 124
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/12/20 SAL | B420 | A104 | REVIEW REVISED CHRISTOPHER HOMES PLEDGE AGREEMENT (.5); CONFERENCE WITH MR. MINTZ REGARDING SAME (.4); REVISE PLEDGE AGREEMENT (.5); EXCHANGE CORREDPONDENCE REGARDING SAME (.5). | 1.90 | 760.00 |
| 06/12/20 WGZ | B410 | A105 | EMAILS AND TELEPHONE CALLS REGARDING REMOVAL STRATEGY. | .60 | 180.00 |
| 06/12/20 WGZ | B410 | A104 | EMAILS AND STRATEGY REGARDING THERAPY ORDER. | .50 | 150.00 |
| 06/12/20 WGZ | B410 | A104 | ANALYSIS OF THERAPY ORDER. | .30 | 90.00 |
| 06/12/20 WGZ | B410 | A106 | PHONE CALLS WITH ARCHDIOCESE'S COUNSEL REGARDING THERAPY MOTION AND ORDER STRATEGY. | .40 | 120.00 |
| 06/12/20 WGZ | B410 | A105 | EMAILS AND TELEPHONE CALLS WITH M. MINTZ REGARDING ELEVEN PENDING MOTIONS AND POSITION OF CREDITOR'S COMMITTEE REGARDING SAME. | .80 | 240.00 |
| 06/12/20 WGZ | B410 | A105 | EMAILS WITH INSURANCE TEAM REGARDING STRATEGY. | .50 | 150.00 |
| 06/12/20 LFA | B110 | A105 | CORRESPONDENCES WITH MS. FUTRELL REGARDING THE INSURANCE FINAL ORDER AND THE CASH MANAGEMENT FINAL ORDER; WITH MS. FUTRELL AND MR.MINTZ REGARDING ARCHDIOCESE OF NEW ORLEANS - COMMENTS TO FINAL INSURANCE ORDER; WITH MS. ZUNIGA REGARDING INSIDER'S MOTION RESPONSES; WITH MR. ENTWISLE REGARDING ARCHDIOCESE- MOTION TO PAY INSIDERS; WITH MS. FUTRELL AND MESSRS. VANCE AND MINTZ REGARDING CASH MANAGEMENT ORDER. | 1.00 | 400.00 |
| 06/12/20 LFA | B110 | A103 | CONTINUED DRAFTING MOTION TO PAY INSIDERS. | 1.30 | 520.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 125
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/12/20 | LFA | B110 | A103 | CONTINUED DRAFTING MOTION TO RETAIN D&D AS SPECIAL COUNSEL. | 1.50 | 600.00 |
| 06/12/20 | MAM | B110 | A101 | VARIOUS CONFERENCES REGARDING REVISED ORDERS (3.4); WORK ON AND REVISE SAME (11.5). | 14.90 | 5,960.00 |
| 06/12/20 | LHS | B190 | A102 | DRAFT MEMORANDUM REGARDING DISMISSAL OF BANKRUPTCY ACTION. | 4.70 | 1,175.00 |
| 06/12/20 | SAO | B140 | A102 | CONTINUE RESEARCHING POTENTIAL GROUNDS FOR OBJECTING TO DISCOVERY REQUESTS SERVED IN CONNECTION WITH MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY. | 1.80 | 450.00 |
| 06/12/20 | SAO | B140 | A103 | BEGIN DRAFTING RESPONSES TO MERLE NOULLETT'S DISCOVERY REQUESTS. | .60 | 150.00 |
| 06/12/20 | SAO | B110 | A108 | EMAIL EXCHANGES WITH MS. ZERINGUE REGARDING STRATEGY FOR HANDLING POST-PETITION LAWSUITS. | .20 | 50.00 |
| 06/12/20 | SAO | B110 | A103 | CONTINUE PREPARING REMOVAL PLEADINGS FOR POST-PETITION ABUSE LAWSUITS. | 3.30 | 825.00 |
| 06/12/20 | M F | B120 | A106 | REVIEWED EMAIL FROM S. ZERINGUE REGARDING INSURANCE COVERAGE QUESTION IN QUI TAM SUIT PROPOSED FOR SETTLEMENT. | .40 | 120.00 |
| 06/12/20 | M F | B120 | A104 | REVIEWED BACKGROUND DOCUMENTATION TO OPINE ON COVERAGE ISSUE INCLUDING TWO LENGTHY COMPLAINTS, DENIAL LETTER, RESERVATION OF RIGHTS LETTER, ACTUAL INSURANCE POLICY. | 2.20 | 660.00 |
| 06/12/20 | M F | B120 | A102 | CONDUCT ELECTRONIC LEGAL RESEARCH INTO TWO COVERAGE ISSUES AS REQUESTED BY S. ZERINGUE. | 1.00 | 300.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 126
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/12/20 | M F | B120 | A105 | CONFERRED WITH J. LOWENTHAL REGARDING ANALYSIS OF COVERAGE ISSUES RAISED BY INSURER IN QUI TAM SUIT. | 1.30 | 390.00 |
| 06/12/20 | M F | B120 | A103 | DRAFTED COVERAGE OPINION REGARDING QUI TAM SETTLEMENT INSURANCE COVERAGE QUESTIONS. | 1.50 | 450.00 |
| 06/12/20 | L C | B410 | A102 | RESEARCHED BANKRUPTCY CASES TO COMPILE A COMPARATIVE CHART OF OTHER DIOCESES TO DETERMINE HOW THE CLIENT WILL FARE. | .80 | 136.00 |
| 06/13/20 | EJF | B130 | A105 | REVIEW MEMOS REGARDING FINAL ORDERS (NO CHARGE) (.2); | .00 | .00 |
| 06/13/20 | EJF | B110 | A105 | FINALIZE FINAL ORDERS FOR JUNE 18TH HEARING DATE. | .60 | 294.00 |
| 06/13/20 | EJF | B110 | A105 | MEMOS TO MR. MINTZ REGARDING FINAL ORDERS FOR JUNE 18TH HEARING. | .20 | 98.00 |
| 06/13/20 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING CASH MANAGEMENT MOTION. | .30 | 147.00 |
| 06/13/20 | RPV | B110 | A104 | REVIEWED LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ENTRY OF THE FINAL ORDER ON EXPEDITED MOTION FOR INTERIM AND FINAL ORDER (A) AUTHORIZING POSTPETITION USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO LENDER, (C) MODIFYING THE AUTOMATIC STAY, (D) SCHEDULING A FINAL HEARING, AND (E) GRANTING RELATED RELIEF. | .50 | 245.00 |
| 06/13/20 | RPV | B110 | A105 | EMAILS FROM MS. FUTRELL AND MR, MINTZ REGARDING THERAPY ORDER OBJECTION. | .30 | 147.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 127
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 06/13/20 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING COMMITTEE ISSUES. | .20 | 98.00 |
| 06/13/20 | WGZ | B410 | A106 | CONFERENCE WITH S. ZERINGUE REGARDING THERAPY ORDER. | .40 | 120.00 |
| 06/13/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH S. ZERINGUE AND M. MINTZ REGARDING THERAPY ORDER. | .50 | 150.00 |
| 06/13/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH M. MINTZ REGARDING PENDING MOTIONS. | .50 | 150.00 |
| 06/13/20 | LFA | B110 | A105 | CORRESPONDENCES WITHE MR. MINTZ REGARDING THURSDAY HEARINGS AND INSURANCE CHART, ORDER STATUS AND INTELLIGENCE FROM COMMITTEE; WITH MR. MINTZ AND MS. ZUNIGA GOOD NEWS; WITH MESSRS. MINTZ AND SELF REGARDING DIOCESE RESEARCH; WITH MESSRS. VANCE AND MINTZ REGARDING CASH MANAGEMENT; AND WITH MR. MINTZ AND MS. FUTRELL REGARDING CASH COLLATERAL. | 1.30 | 520.00 |
| 06/13/20 | MAM | B110 | A101 | CORRESPONDENCE REGARDING OBJECTIONS TO SECOND DAY HEARINGS (2.0).  RECEIPT AD REVIEW OF THE SAME (1.0). | 3.00 | 1,200.00 |
| 06/13/20 | LHS | B190 | A102 | RESEARCH FINANCIAL ADVISOR FEES IN BANKRUPTCIES FOR COMPARABLE CASES. | 2.30 | 575.00 |
| 06/14/20 | JPG | B120 | A106 | UPDATE EMAIL TO MR. EAGEN REGARDING COURTHOUSE RESEARCH. | .20 | 80.00 |
| 06/14/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MR. MURRAY, BLANKROME REGARDING THURSDAY HEARINGS AND INSURANCE CHART; AND WITH MR. MINTZ REGARDING STATEMENT OF ACCOUNT. | .50 | 200.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 128
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/14/20 | LHS | B190 | A102 | RESEARCH RATES OF RETENTION FOR FINANCIAL ADVISORS TO UCC COMMITTEES IN COMPARABLE BANKRUPTCY CASES. | 2.60 | 650.00 |
| 06/14/20 | L C | B410 | A102 | RESEARCHED BANKRUPTCY CASES OF OTHER DIOCESE TO FIND THEIR TOTAL ASSETS AND LIABILITIES UPON FILING TO PUT TOGETHER A COMPARATIVE LIST OF HOW OTHER DIOCESE HAVE FARED. | 3.00 | 510.00 |
| 06/15/20 | EJF | B210 | A103 | EMAIL TO CHAMBERS REGARDING ENTRY OF THERAPY ORDER. | .10 | 49.00 |
| 06/15/20 | EJF | B110 | A105 | MEMOS TO AND FROM MR. MINTZ REGARDING FINAL ORDERS. | .10 | 49.00 |
| 06/15/20 | RPV | B210 | A108 | TELEPHONE CALL FROM MR. DRAPER REGARDING DEPOSIT AND LOAN FUND AND RELATED MATTERS. | .30 | 147.00 |
| 06/15/20 | RPV | B110 | A106 | OFFICE CONFERENCE WITH THE CLIENT AND MR. MINTZ REGARDING AMENDMENT OF SCHEDULES, OBJECTION TO CLAIM AND RELATED MATTERS. | .60 | 294.00 |
| 06/15/20 | RPV | B190 | A108 | TELEPHONE CALL FROM MR. DRAPER REGARDING REMOVAL ISSUE. | .20 | 98.00 |
| 06/15/20 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING BAR DATE, MEDIATION AND INSURANCE ISSUES. | .40 | 196.00 |
| 06/15/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. SELF REGARDING MOTION TO APPROVE COMPROMISE WITH DOJ. | .50 | 245.00 |
| 06/15/20 | RPV | B310 | A104 | RECEIVED SEVERAL PROOFS OF CLAIM FILED BY HOME BANK. | .20 | 98.00 |
| 06/15/20 | RPV | B190 | A105 | EMAIL FROM MS. FISCHER REGARDING NEW SUITS AND COVERAGE CLAIMS. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 129
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/15/20 RPV | B190 | A106 | EMAILS TO AND FROM MS. OPPENHEIM, MS. KINGSMILL AND MS. ZERINGUE REGARDING PARTIAL MOTION TO DISMISS AND MOTION FOR REMAND IN OTHER LITIGATION. | .30 | 147.00 |
| 06/15/20 RPV | B190 | A104 | REVIEWED DRAFTS OF NOTICES OF REMOVAL. | .50 | 245.00 |
| 06/15/20 RPV | B190 | A105 | EMAIL FROM MS. GUNDLACH REGARDING OTHER LITIGATION MATTERS. | .20 | 98.00 |
| 06/15/20 RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER AUTHORIZING THE (I) PAYMENT OF CERTAIN PREPETITION INVOICES FOR PSYCHOLOGICAL COUNSEL OR THERAPY, AND (II) CONTINUATION OF ITS PREPETITION PRACTICE OF PAYING FOR CERTAIN PSYCHOLOGICAL COUNSELING OR THERAPY. | .10 | 49.00 |
| 06/15/20 RPV | B310 | A106 | EMAILS TO AND FROM THE CLIENT REGARDING CLAIM OBJECTION ISSUES. | .20 | 98.00 |
| 06/15/20 RPV | B120 | A102 | RESEARCH INSURANCE COVERAGE ISSUES. | .50 | 245.00 |
| 06/15/20 SAL | B420 | A104 | MULTIPLE CONFERENCES AND CORRESPONDENCE REGARDING PLEDGE AGREEMENT FOR CHRISTOPHER HOMES (1.0); REVIEW AND REVISE SAME (1.1). | 2.10 | 840.00 |
| 06/15/20 WGZ | B410 | A104 | ANALYSIS OF NUMEROUS MOTIONS SET FOR HEARING ON JUNE 18, 2020. | 1.50 | 450.00 |
| 06/15/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REGARDING CREDITOR'S COMMITTEE'S POSITION ON MOTIONS. | 1.00 | 300.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 130
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tkpr | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 06/15/20 | WGZ | B410 | A104 | STRATEGY REGARDING MOVING OF CASES IN 24TH JUDICIAL DISTRICT COURT. | .60 | 180.00 |
| 06/15/20 | JPG | B120 | A108 | CORRESPONDENCE WITH ABSTRACTOR ON PROPERTY SEARCHES. | .20 | 80.00 |
| 06/15/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING JUNE 18 HEARINGS AND GRANTING OF REFUND MOTION AND THERAPY MOTION; AND WITH MR SELF REGARDING RESEARCH. | .80 | 320.00 |
| 06/15/20 | LFA | B110 | A103 | REVISED AND FINALIZED ORDERS FOR HEARING. | 1.00 | 400.00 |
| 06/15/20 | LFA | B110 | A103 | DRAFTED MOTION AND ORDER CONTINUING SALE DATE. | 1.00 | 400.00 |
| 06/15/20 | MAM | B110 | A101 | FINALIZE ORDERS AND SEND TO COURT (2.5). CORRESPONDENCE WITH COURT AND UCC REGARDING THE SAME (1.0).  WORK ON MOTION TO CONTINUE (1.0). WORK ON SALE MOTION (2.2). | 6.70 | 2,680.00 |
| 06/15/20 | LHS | B190 | A105 | CALL WITH MR. VANCE REGARDING PROPOSED SETTLEMENT WITH DOJ. | .20 | 50.00 |
| 06/15/20 | LHS | B190 | A104 | REVIEW COMMUNICATIONS REGARDING PROPPED SETTLEMENT WITH THE DEPARTMENT OF JUSTICE. | .90 | 225.00 |
| 06/15/20 | LHS | B120 | A104 | SUMMARIZE FINDINGS REGARDING THE EXPENSES INCURRED FOR COMMITTEE EXPERTS IN BANKRUPTCY. | 3.10 | 775.00 |
| 06/15/20 | SAO | B110 | A103 | CONTINUE PREPARING REMOVAL PLEADINGS FOR POST-PETITION ABUSE LAWSUITS. | 4.20 | 1,050.00 |
| 06/15/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. GUNDLACH TO DISCUSS REMOVAL OF POST-PETITION ABUSE LAWSUITS AND RELATED ISSUES (0.4); DRAFT EXTENDED EMAIL | 1.30 | 325.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 131
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| | | | TO MS. GUNDLACH REGARDING THE SAME (0.9). | | |
| 06/15/20 SAO | B110 | A104 | RECEIPT AND REVIEW OF PLAINTIFF'S MOTION FOR REMAND AND PARTIAL MOTION TO DISMISS IN JOHN DOE SEALED CASE (CDC NO. 19-10040/EDLA NO. 20-1368). | .40 | 100.00 |
| 06/15/20 SAO | B110 | A105 | TELEPHONE CONFERENCES AND EMAIL EXCHANGES WITH MS. GUNDLACH, MR. MINTZ, AND MR. VANCE REGARDING PLAINTIFF'S MOTION FOR REMAND AND PARTIAL MOTION TO DISMISS FILED IN JOHN DOE SEALED CASE (CDC NO. 19-10040/EDLA NO. 20-1368). | .60 | 150.00 |
| 06/15/20 SAO | B110 | A104 | REVIEW ORDER GRANTING THERAPY MOTION (0.1); REVIEW MEMO TO RECORD REGARDING THERAPY MOTION AND REFUND MOTION (0.1). | .20 | 50.00 |
| 06/15/20 M F | B120 | A106 | TELEPHONE CALL FROM S. ZERINGUE REGARDING INSURANCE COVERAGE QUESTION AND POTENTIAL SETTLEMENT OF QUI TAM SUIT AGAINST ARCHDIOCESE | .20 | 60.00 |
| 06/15/20 VWG | B110 | A105 | CALL WITH MS. OPPENHEIM REGARDING REMOVAL OF THREE CASES FILED AGAINST THE ARCHDIOCESE. | .30 | 90.00 |
| 06/15/20 VWG | B110 | A105 | REVIEWED NOTICES OF REMOVAL (.5); E-MAIL TO MS. ZERINGUE, MR. VANCE REGARDING REMOVAL (.3). | .80 | 240.00 |
| 06/16/20 EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING OUTSTANDING DISCOVERY. | .80 | 240.00 |
| 06/16/20 EJF | B320 | A102 | RESEARCH IMPAIRMENT AND REINSTATEMENT ISSUES FOR PLAN. | 5.20 | 2,548.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 132
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/16/20 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ, MS. FUTRELL AND MS. ZERINGUE REGARDING ORDER AUTHORIZING THE DEBTOR TO RETURN CERTAIN PRE-PETITION DEPOSITS, INCLUDING DEPOSITS FOR EVENTS THAT ARE CANCELED, RESCHEDULED OR OTHERWISE ALTERED DUE TO THE COVID-19 PANDEMIC. | .20 | 98.00 |
| 06/16/20 | RPV | B110 | A106 | REVIEWED MEMO TO CLIENT REGARDING UPDATE ON PENDING MATTERS. | .10 | 49.00 |
| 06/16/20 | RPV | B190 | A106 | EMAIL FROM MS. ZERINGUE REGARDING NEW CLAIM | .10 | 49.00 |
| 06/16/20 | RPV | B190 | A106 | EMAILS FROM MS. ZERINGUE AND MS. GUNDLACH REGARDING REMOVAL OF POST-PETITION LAWSUITS. | .30 | 147.00 |
| 06/16/20 | RPV | B110 | A106 | OFFICE CONFERENCE WITH MS. ZERINGUE AND THE CLIENT REGARDING VARIOUS MATTERS INCLUDING REMOVALS, CLAIM OBJECTIONS, INSURANCE, AMENDMENT OF SCHEDULES, BAR DATE AND RELATED MATTERS. | 2.00 | 980.00 |
| 06/16/20 | RPV | B190 | A106 | EMAILS FROM MS. OPPENHEIM AND MS. ZERINGUE REGARDING REVIEW OF NEW MATTER. | .20 | 98.00 |
| 06/16/20 | SAL | B420 | A104 | REVIEW AND EXCHANGE MULTIPLE CORRESPONDENCE REGARDING PLEDGE AGREEMENT BY CHRISTPOHER HOMES. | .60 | 240.00 |
| 06/16/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCES WITH JW BANKRUPTCY TEAM REGARDING SAME. | .80 | 240.00 |
| 06/16/20 | WGZ | B410 | A106 | TELEPHONE CALLS AND EMAILS WITH ARCHDIOCESE REGARDING SAME. | 1.00 | 300.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 133
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/16/20 | WGZ | B410 | A106 | CONFERENCE AND EMAIL FROM S. ZERINGUE REGARDING THERAPY MOTION. | .60 | 180.00 |
| 06/16/20 | WGZ | B410 | A104 | STRATEGY AND WORK ON REMOVALS OF SUITS FILED IN CIVIL DISTRICT COURT. | 1.00 | 300.00 |
| 06/16/20 | WGZ | B410 | A104 | STRATEGY REGARDING CREDITOR'S COMMITTEE'S COMMENTS ON MOTIONS SET ON JULY 18, 2020. | .70 | 210.00 |
| 06/16/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MS. ZERINGUE AND MR. MINTZ REGARDING REFUND MOTION; WITH MESSSR. MINTZ AND BOLDISSAR AND MS. MANGHAM REGARDING MOTION TO SELL PROPERTY;WITH MS. ZERINGUE AND MR MINTZ REGARDING MEMO FOR JUNE 16, 2020; AND WITH MR. GENNARDO REGARDING INSIDER/AFFILIATE INFORMATION. | 1.00 | 400.00 |
| 06/16/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MURRAY AND MINTZ REGARDING THURSDAY HEARINGS AND INSURANCE CHART; WITH MS. FUTRELL REGARDING REFUND MOTION; WITH MR. MINTZ REGARDING DEFINITION OF INSIDERS VS. AFFILIATES; AND WITH MR MURRAY REGARDING ANDO, 20-10846 - UST COMMENTS TO THE APPLICATIONS TO EMPLOY; AND WITH MR. MINTZ REGARDING HEARING AGENDA. | .70 | 280.00 |
| 06/16/20 | LFA | B110 | A103 | DRAFTED AND REVISED AGENDA OF MATTERS SET FOR HEARING ON JUNE 18, 2020. | 3.50 | 1,400.00 |
| 06/16/20 | MAM | B130 | A106 | CONFERENCE REGARDING SALE MOTION (2.0). CONFERENCE WITH CLIENT AND OPPOSING COUNSEL REGARDING THE SAME (2.5). | 4.50 | 1,800.00 |
| 06/16/20 | MAM | B110 | A106 | CORRESPONDENCE TO CLIENT REGARDING CASE STATUS | 1.50 | 600.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 134
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/16/20 | LHS | B190 | A104 | REVIEW CASE HISTORY AND BACKGROUND REGARDING DEBTOR'S DISPUTE WITH THE DEPARTMENT OF JUSTICE. | 3.50 | 875.00 |
| 06/16/20 | SAO | B110 | A105 | EMAIL EXCHANGES WITH MS. GUNDLACH REGARDING REMOVAL OF POST-PETITION ABUSE CASES (0.5); TELEPHONE CONFERENCES WITH MS. GUNDLACH REGARDING THE SAME (0.3). | .80 | 200.00 |
| 06/16/20 | SAO | B110 | A104 | REVIEW ORDER GRANTING THE DEBTOR'S REFUND MOTION. | .10 | 25.00 |
| 06/17/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING PRE-PETITION DEBTS AND OUTSTANDING LITIGATION ISSUES. | 2.00 | 600.00 |
| 06/17/20 | EJF | B110 | A105 | CONFERENCE CALLS WITH MR. MINTZ RE FIRST DAY ORDERS AND HEARING. | .30 | 147.00 |
| 06/17/20 | EJF | B320 | A103 | DRAFT AND REVISE DISCLOSURE STATEMENT AND PLAN; | 4.80 | 2,352.00 |
| 06/17/20 | JJL | B110 | A104 | REVIEW FILE REGARDING RESPONSES FROM INSURERS REGARDING PROPOSED BAR DATE MOTION. | .30 | 90.00 |
| 06/17/20 | JJL | B110 | A104 | CORRESPONDENCE TO BEN ADAMS REGARDING BAR DATE MOTION. | .10 | 30.00 |
| 06/17/20 | JJL | B110 | A104 | CORRESPONDENCE TO CHERYL HARPER REGARDING BAR DATE MOTION. | .10 | 30.00 |
| 06/17/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FROM DAVID DOLENDI, BEDIVERE COUNSEL, WITH EDITS/COMMENTS TO BAR DATE MOTION. | .40 | 120.00 |
| 06/17/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED NEW JL DOE SUIT. | .20 | 60.00 |
| 06/17/20 | JJL | B110 | A104 | REVIEWED NEW SD DOE SUIT. | .20 | 60.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 135
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/17/20 JJL | B110 | A104 | REVIEWED NEW WD DOE SUIT. | .20 | 60.00 |
| 06/17/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING JUNE 18 HEARINGS STATUS | .20 | 98.00 |
| 06/17/20 RPV | B110 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING REMOVAL ISSUES, INSURANCE, BAR DATE, JUNE 18 HEARINGS STATUS, SALE OF PROPERTY, CASH COLLATERAL ORDER AND CLAIMS OBJECTION | 1.50 | 735.00 |
| 06/17/20 RPV | B190 | A105 | EMAIL FROM MS, OPPENHEIM REGARDING STATUS OF REMOVALS. | .20 | 98.00 |
| 06/17/20 SAL | B420 | A104 | REVIEW AND EXCHANGE MULTIPLE CORRESPONDENCE REGARDING PLEDGE AGREEMENT BY CHRISTOPHER HOMES (.2); REVIEW FINAL AGREEMENT (.4). | .60 | 240.00 |
| 06/17/20 WGZ | B410 | A104 | RECEIVED AND REVIEWED NUMEROUS ELECTRONIC NOTICES OF FILINGS IN FEDERAL COURT WITH RESPECT TO REMOVAL OF VARIOUS MATTERS. | .70 | 210.00 |
| 06/17/20 WGZ | B410 | A105 | EMAILS AND STRATEGY WITH BANKRUPTCY TEAM REGARDING REMOVALS. | .40 | 120.00 |
| 06/17/20 WGZ | B410 | A107 | RECEIVED AND REVIEWED BEDEVERE'S COMMENTS ON BAR MOTION. | .60 | 180.00 |
| 06/17/20 LFA | B110 | A103 | CONTINUED REVISING AGENDA BASED ON REVISIONS RECEIVED FROM MR. MINTZ. | 2.00 | 800.00 |
| 06/17/20 LFA | B110 | A108 | MULTIPLE CORRESPONDENCES WITH UST OFFICE, MR. SELF AND MR. MINTZ REGARDING EDITS TO PROPOSED ORDERS. | .50 | 200.00 |
| 06/17/20 LFA | B110 | A103 | REVISED PROPOSED ORDERS AND SUBMITTED TO COURT. | 1.50 | 600.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 136
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/17/20 LFA   B110  A108   CORRESPONDENCES WITH MS.            2.50       1,000.00
                           VOORHIES AND MR. MINTZ
                           REGARDING APPROVAL OF
                           EMPLOYMENT OF DONLIN RECANO;
                           WITH MR. MINTZ REGARDING
                           ARCHDIOCESE OF NEW ORLEANS
                           (BAR DATE MOTION); WITH MR.
                           SELF REGARDING (CH 11)
                           20-10846 NOTICE OF AGENDA
                           (COMPLEX CASE) AND 1:45
                           FILING; WITH MS FUTRELL AND
                           MR. MINTZ REGARDING ACTS OF
                           GUARANTY OF TERM NOTE AND
                           INTERIM ORDERS RE CASH
                           MANAGEMENT/ACCOUNTS AND
                           INSURANCE; AND WITH MS
                           LANGSTON AND MR. MINTZ
                           REGARDING BANK ACCOUNTS
                           SUBJECT TO THE CASH
                           MANAGEMENT ORDER; WITH MR.
                           MURRAY REGARDING ANDO,
                           20-10846 - UST COMMENTS TO
                           THE APPLICATIONS TO EMPLOY;
                           AND WITH MS. FUTRELL
                           REGARDING COMPLEX CASE
                           PROCEDURES ; AND WITH MS.
                           BERGERON, USTP, REGARDING HER
                           REVIEW OF THE ORDERS SENT TO
                           MS. LANGSTON AND COMMENTS TO
                           THE ORDERS INVOLVING THE
                           PROFESSIONALS: AND WITH MR.
                           MINTZ REGARDING HWB RESPONSE
                           TO UCC CASH COLLATERAL
                           OBJECTION.

06/17/20 MAM   B110  A101   WORK ON NEGOTIATIONS FOR           12.30       4,920.00
                           FINAL ORDERS (9.0);. VARIOUS
                           COMMUNICATIONS REGARDING THE
                           SAME (3.3).

06/17/20 MMS   B210  A104   CONFER WITH S. ZERINGUE             .30          90.00
                           REGARDING FURLOUGHED
                           EMPLOYEES.

06/17/20 LHS   B190  A102   REVIEW APPLICABLE CASE LAW         4.10       1,025.00
                           FOR SETTLING CLAIM ON
                           CONTESTED MATTER IN THE FIFTH
                           CIRCUIT.

EXHIBIT D

Case 20-01084 Doc 4-6 Filed 12/22/20 Entered 12/22/20 17:06:30 Exhibit D - Jones
Walkers First Monthly Fee Statement Page 616 of 623
Case 2:20-cv-03834 Doc 4-6 Filed 02/27/20 Entered 02/27/20 17:16:00 Exhibit D - First Interim
Fee Application Page 616 of 1159
Case 2:20-cv-03834 Doc 4-6 Filed 02/27/20 Entered 02/27/20 17:16:00 Exhibit D - First Interim
Fee Application Page 562 of 623

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 137
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/17/20 LHS   B190  A103   FINALIZE NOTICE OF AGENDA FOR      1.20      300.00
                           HEARING ON JUNE 18TH FOR
                           FILING.

06/17/20 SAO   B110  A105   EMAIL CORRESPONDENCES WITH          .40      100.00
                           MS. GUNDLACH REGARDING
                           POSSIBLE RESPONSE OF NO
                           OPPOSITION TO PLAINTIFF'S
                           PARTIAL MOTION TO DISMISS IN
                           EDLA CASE NO. 20-1368 (0.3);
                           TELEPHONE CONFERENCE WITH MS.
                           GUNDLACH REGARDING THE SAME
                           (0.1).

06/17/20 SAO   B110  A103   FINAL EDITS TO REMOVAL             1.40      350.00
                           PLEADINGS AND NOTICES OF
                           AUTOMATIC REFERENCE FOR SD
                           DOE, JL DOE, AND WG DOE ABUSE
                           CASES.

06/17/20 SAO   B110  A111   FILE REMOVAL PLEADINGS AND         1.20      300.00
                           NOTICES OF AUTOMATIC
                           REFERENCE FOR SD DOE, JL DOE,
                           AND WG DOE ABUSE CASES IN THE
                           EDLA.

06/17/20 SAO   B110  A111   FILE NOTICES OF FILING             .90      225.00
                           REMOVAL IN CDC FOR SD DOE AND
                           JL DOE ABUSE CASES (0.6);
                           FILE NOTICE OF FILING REMOVAL
                           IN THE 24TH JDC FOR WG DOE
                           ABUSE CASE (0.3).

06/17/20 SAO   B110  A111   SERVE COPIES OF REMOVAL           1.20      300.00
                           PLEADINGS AND NOTICES OF
                           AUTOMATIC REFERENCE FILED IN
                           SD DOE, JL DOE, AND WG DOE
                           ABUSE CASES ON ALL PARTIES BY
                           EMAIL OR U.S. MAIL.

06/17/20 SAO   B110  A105   DRAFT EMAIL TO UPDATE JONES        .40      100.00
                           WALKER'S BANKRUPTCY TEAM AND
                           MS. ZERINGUE REGARDING
                           TODAY'S REMOVALS.

06/17/20 SAO   B110  A104   REVIEW NOTICE OF AGENDA FOR        .10       25.00
                           TELEPHONIC HEARING ON MOTIONS
                           SCHEDULED FOR JUNE 18, 2020.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 138
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/17/20 SAO | B230 | A104 | REVIEW HANCOCK WHITNEY'S RESPONSE TO THE UCC'S LIMITED OBJECTION TO CASH COLLATERAL MOTION. | .20 | 50.00 |
| 06/17/20 SAO | B110 | A103 | PREPARE LIMITED RESPONSE TO PLAINTIFF'S PARTIAL MOTION TO DISMISS IN SEALED EDLA CASE NO. 20-1368. | .40 | 100.00 |
| 06/17/20 GMS | B140 | A107 | COMMUNICATIONS WITH MS. LEUMAS CONCERNING UPLOAD LINK. | .20 | 34.00 |
| 06/18/20 EJF | B110 | A109 | ATTEND HEARINGS. | 1.80 | 882.00 |
| 06/18/20 EJF | B210 | A102 | RESEARCH ISSUES RELATED TO CHARITABLE CONTRIBUTIONS HELD FOR OTHERS. | 4.80 | 2,352.00 |
| 06/18/20 EJF | B110 | A106 | MEMOS REGARDING SCHEDULES AND SOFA ISSUES. | .30 | 147.00 |
| 06/18/20 EJF | B110 | A104 | REVIEW SCHEDULES AND SOFA RE AMENDMENTS NEEDED. | .90 | 441.00 |
| 06/18/20 JJL | B110 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FROM BEN ADAMS AT TRAVELERS REGARDING BAR DATE MOTION. | .10 | 30.00 |
| 06/18/20 JJL | B110 | A105 | TELEPHONE CALL TO MINTZ REGARDING TRAVELERS' COMMENTS TO BE COMING. | .20 | 60.00 |
| 06/18/20 JJL | B110 | A104 | RECEIVED AND REVIEWED TRAVELERS' EDITS AND COMMENTS FOR BAR DATE MOTION. | .50 | 150.00 |
| 06/18/20 JJL | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF REMOVAL AND RECUSAL BY JUDGE LEMELLE OF NEW CASE. | .10 | 30.00 |
| 06/18/20 JJL | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF REMOVAL AND RECUSAL OF JUDGE VANCE IN SECOND NEW CASE. | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 139
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/18/20 RPV | B210 | A108 | EMAILS FROM AND TO MR. DRAPER CONCERNING DIVINE MERCY CHURCH SALE. | .30 | 147.00 |
|---|---|---|---|---|---|
| 06/18/20 RPV | B210 | A106 | EMAIL FROM/TO MS. ZERINGUE AND MR. MINTZ REGARDING ARTICLE CONCERNING DIVINE MERCY PARISH SALE. | .30 | 147.00 |
| 06/18/20 RPV | B210 | A108 | EMAILS FROM MR. DRAPER REGARDING DEPOSIT AND LOAN FUND ORDER. | .20 | 98.00 |
| 06/18/20 RPV | B310 | A104 | RECEIVED AND REVIEWED NUMEROUS PROOFS OF CLAIM FILED BY JEFFERSON PARISH DEPARTMENT OF WATER. | .20 | 98.00 |
| 06/18/20 RPV | B210 | A104 | REVIEWED THE FINAL CASH COLLATERAL ORDER AND BUDGET ALONG WITH A REDLINE VERSION. | .30 | 147.00 |
| 06/18/20 RPV | B190 | A106 | EMAILS FROM MR. MINTZ, MS. ZERINGUE AND THE CLIENT REGARDING DIOCESE OF ST. CLOUD, MINNESOTA BANKRUPTCY. | .30 | 147.00 |
| 06/18/20 RPV | B230 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING EMAIL FROM MR. HANNAN AND FITCH RATINGS. | .50 | 245.00 |
| 06/18/20 RPV | B320 | A104 | REVIEWED FITCH RATINGS FOR ARCHDIOCESE | 1.00 | 490.00 |
| 06/18/20 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING REMOVAL ISSUES | .50 | 245.00 |
| 06/18/20 RPV | B110 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING COURT HEARING ISSUES AND OUTCOME INCLUDING EMPLOYMENT MOTIONS, CASH COLLATERAL ORDER, CASH MANAGEMENT ORDER, SALE OF PROPERTY, BAR DATE AND PROOF OF CLAIM STATUS. | .80 | 392.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 140
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/18/20 | SAL | B420 | A104 | EXCHANGE CORRESPONDENCE WITH MR. LANDRY REGARDING CHRISTOPHER HOMES PLEDGE AGREEMENT. | .20 | 80.00 |
| 06/18/20 | WGZ | B410 | A105 | EMAILS WITH JW BANKRUPTCY TEAM REGARDING REMOVAL OF CIVIL DISTRICT COURT SUITS TO FEDERAL COURT. | .60 | 180.00 |
| 06/18/20 | WGZ | B410 | A105 | EMAILS WITH JW BANKRUPTCY TEAM REGARDING INSURERS' REPONSES TO BAR DATE MOTION. | .40 | 120.00 |
| 06/18/20 | WGZ | B410 | A104 | ANALYSIS OF EXHIBITS TO BAR DATE MOTIONS. | .80 | 240.00 |
| 06/18/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH M. MINTZ REGARDING BAR DATE MOTION STRATEGY. | .40 | 120.00 |
| 06/18/20 | WGZ | B410 | A104 | CONFERENCE WITH ARCHDIOCESE REGARDING BAR DATE MOTIONS AND STRATEGY. | .60 | 180.00 |
| 06/18/20 | WGZ | B160 | A105 | EMAILS AND TELEPHONE CALLS WITH M. MINTZ REGARDING FEE EMPLOYMENT APPLICATIONS. | .40 | 120.00 |
| 06/18/20 | WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REGARDING MOTIONS SET BEFORE JUDGE GRABEL ON JUNE 18, 2020. | 1.00 | 300.00 |
| 06/18/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MS. FUTRELL AND KIM SUNG REGARDING DONLIN RECANO FILING CERTIFICATES OF SERVICE; WITH MR. MINTZ REGARDING MEMO TO THE RECORD; WITH MS. ZERINGUE AND MS. OPPENHEIM AND THE CLIENT AND MR. MINTZ REGARDING DIOCESE OF ST. CLOUD, MINNESOTA; WITH MR. GENNARDO REGARDING CHART OF AFFILIATES; WITH MR. MINTZ REGARDING EMAIL TO JUDGE GRABILL AND REVISED CASH MANAGEMENT ORDER AND MEMO FOR JUNE 18, 2020. | 1.00 | 400.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 141
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/18/20 | LFA | B110 | A106 | CORRESPONDED WITH MR. GENNARDO REGARDING D&D SERVICES TO BE PROVIDED TO THE DEBTOR. | .50 | 200.00 |
| 06/18/20 | LFA | B110 | A103 | REVIEWED AND REVISED RESEARCH ON ARCHDIOCESE SETTLEMENTS. | 1.00 | 400.00 |
| 06/18/20 | LFA | B110 | A109 | PREPARED FOR AND ATTENDED HEARING. | 2.00 | 800.00 |
| 06/18/20 | MAM | B110 | A101 | PREPARE FOR HEARING ON SECOND DAY MOTIONS (4.0). WORK ON MATTERS RELATED TO THE SAME (1.0). REVISE AND EDIT ORDERS RELATED TO THE SAME (1.0). APPEAR FOR AND ATTEND HEARING ON THE SAME (1.5). COMMUNICATION WITH CLIENT REGARDING THE SAME (1.3). | 8.80 | 3,520.00 |
| 06/18/20 | GAR | B410 | A102 | DISCUSS AND RESEARCH POTENTIAL PRIVILEGE ISSUES WITH MARK MINTZ. | .60 | 150.00 |
| 06/18/20 | LHS | B190 | A103 | DRAFT MOTION TO SETTLE MATTER PURSUANT TO RULE 9019. | 5.20 | 1,300.00 |
| 06/18/20 | LHS | B410 | A104 | REVIEW AND REVISE CHART OF SETTLEMENTS IN BANKRUPTCY CASES. | 1.50 | 375.00 |
| 06/18/20 | LHS | B410 | A104 | REVIEW REQUIRED INFORMATION FROM THE MEETING OF CREDITORS. | .20 | 50.00 |
| 06/18/20 | SAO | B110 | A104 | REVIEW LEMELLE AND VANCE RECUSAL ORDERS IN S.D. DOE CASE. | .10 | 25.00 |
| 06/18/20 | SAO | B110 | A110 | GATHER ALL PLEADINGS FILED IN THE DIOCESE OF ST. CLOUD, MN CHAPTER 11 CASE FOR JONES WALKER TEAM'S REVIEW. | 1.20 | 300.00 |
| 06/18/20 | SAO | B110 | A105 | EMAIL EXCHANGES WITH MS. ASHLEY REGARDING DEADLINE TO SUBMIT ADDITIONAL INFORMATION TO UST AND TO FILE AMENDED SCHEDULES. | .40 | 100.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 142
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/18/20 SAO   B110  A103   FINALIZE AND FILE RESPONSE TO        .30       75.00
                           PLAINTIFF'S PARTIAL MOTION TO
                           DISMISS IN EDLA CASE NO.
                           20-1368.

06/18/20 SAO   B110  A104   REVIEW THE CLERK'S DIRECTIVES        .20       50.00
                           REGARDING REMOVAL IN S.D.
                           DOE, J.L. DOE, AND W.G. DOE.

06/18/20 SAO   B110  A104   REVIEW MEMO TO RECORD OF            .30       75.00
                           HEARING HELD ON JUNE 18, 2020
                           (0.2); REVIEW MEMO TO RECORD
                           OF STATUS CONFERENCE HELD ON
                           JUNE 18, 2020 (0.1).

06/19/20 EJF   B210  A106   MEMOS TO AND FROM CLIENT            .80      392.00
                           REGARDING THE SAME.

06/19/20 EJF   B210  A103   DRAFT MOTION FOR AUTHORITY        5.80    2,842.00
                           AND PROPOSED ORDER.

06/19/20 JJL   B110  A105   RECEIVED AND REVIEWED              .10       30.00
                           CORRESPONDENCE FROM MINTZ
                           REGARDING ISSUES.

06/19/20 JJL   B110  A105   TELEPHONE CONVERSATION WITH        .60      180.00
                           MINTZ REGARDING BEDIVERE AND
                           TRAVELERS' COMMENTS REGARDING
                           BAR DATE MOTION AND STRATEGY.

06/19/20 JJL   B110  A105   TELEPHONE CONVERSATION             .40      120.00
                           CHAIRED BY MARK MINTZ
                           REGARDING STATUS AND NEXT
                           STEPS WITH BANKRUPTCY AND
                           LITIGATION TEAMS.

06/19/20 JJL   B110  A108   RECEIVED AND REVIEWED              .30       90.00
                           CORRESPONDENCE FROM CHERYL
                           HARPER REGARDING CATHOLIC
                           MUTUAL'S COMMENTS TO BAR DATE
                           MOTION.

06/19/20 RPV   B210  A108   TELEPHONE CONVERSATIONS WITH       .80      392.00
                           MR. DRAPER REGARDING DEPOSIT
                           AND LOAN ORDER AND PROPOSED
                           SALE OF REAL ESTATE.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 143
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 06/19/20 | RPV | B110 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING SALE OF REAL ESTATE ISSUES. | .80 | 392.00 |
| 06/19/20 | RPV | B110 | A105 | TELEPHONE CONVERSATION WITH JW TEAM REGARDING STATUS OF PROJECTS AND ASSIGNMENT OF TASKS. | .50 | 245.00 |
| 06/19/20 | RPV | B110 | A105 | OFFICE CONFERENCE WITH AND EMAIL FROM MR. MINTZ REGARDING ASSIGNMENTS AND DEADLINES. | .30 | 147.00 |
| 06/19/20 | RPV | B210 | A104 | EMAILS FROM MS. ZERINGUE AND MR. BORDELON REGARDING PROMISE HEALTHCARE DOCUMENTS AND REVIEWED SAME. | .50 | 245.00 |
| 06/19/20 | RPV | B120 | A105 | EMAIL FROM MS. FUTRELL REGARDING RESEARCH CONCERNING SECOND COLLECTIONS ISSUE. | .10 | 49.00 |
| 06/19/20 | JPG | B120 | A105 | INTERNAL CALL REGARDING STATUS OF BANKRUPTCY PROCEEDINGS. | .40 | 160.00 |
| 06/19/20 | JPG | B120 | A108 | CORRESPONDENCE WITH ABSTRACT COMPANY ON STATUS. | .10 | 40.00 |
| 06/19/20 | JPG | B120 | A108 | CORRESPONDENCE WITH DONLIN RECANO REGARDING REVISED SCHEDULES. | .10 | 40.00 |
| 06/19/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MR MINTZ REGARDING RCCANO - ASSIGNMENTS AND DEADLINES. | .20 | 80.00 |
| 06/19/20 | MAM | B110 | A101 | CONFERENCES WITH MS. ZERINGUE AND MR. VANCE REGARDING SALE OF PROPERTY (2.5).  WORK ON MOTION REGARDING THE SAME (2.5).  CONFERENCES WITH TEAM REGARDING NEXT STEPS (1.2). | 6.20 | 2,480.00 |
| 06/19/20 | MMS | B210 | A104 | CONFER WITH S. ZERINGUE REGARDING EMPLOYEE TERMINATIONS AND ANALYZE ISSUES REGARDING SAME. | 1.00 | 300.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 144
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/19/20 AK | B310 | A104 | REVIEWED PROTECTIVE ORDER IN BOY SCOUT CASE. | .20 | 50.00 |
| 06/19/20 AK | B310 | A105 | WORKED ON STRATEGY FOR PREPARING PROTECTIVE ORDER AND RESPONDING TO INFORMAL DISCOVERY REQUESTS. | .80 | 200.00 |
| 06/19/20 LHS | B410 | A105 | PARTICIPATE IN CONFERENCE CALL REGARDING UPCOMING BANKRUPTCY MOTIONS. | .40 | 100.00 |
| 06/19/20 LL | B410 | A105 | CONFERENCED WITH JONES WALKER TEAM REGARDING REAL ESTATE. | .30 | 75.00 |
| 06/19/20 SAO | B110 | A105 | TELEPHONE CONFERENCE WITH JONES WALKER BANKRUPTCY TEAM TO DISCUSS STATUS OF REMOVED CASES, POTENTIAL STAY VIOLATIONS, AND UPCOMING MOTIONS. | .40 | 100.00 |
| 06/19/20 SAO | B140 | A102 | FURTHER RESEARCH REGARDING POTENTIAL GROUNDS FOR OBJECTING TO MERLE NOULLET'S DISCOVERY REQUESTS PROPOUNDED IN CONNECTION WITH HER MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY. | 3.80 | 950.00 |
| 06/19/20 SAO | B140 | A103 | RESUME DRAFTING RESPONSES AND OBJECTIONS TO MERLE NOULETT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS (2.9); REVIEW AND REVISE THE SAME (0.8). | 3.70 | 925.00 |
| 06/19/20 SAO | B160 | A104 | REVIEW ORDER APPROVING EMPLOYMENT OF JONES WALKER, ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF CRI, AND ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BLANK ROME. | .20 | 50.00 |
| 06/19/20 SAO | B230 | A104 | REVIEW AND ANALYZE FINAL ORDER AUTHORIZING USE OF POST-PETITION CASH COLLATERAL. | .50 | 125.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 145
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/19/20 | SAO | B230 | A104 | REVIEW FINAL ORDER AUTHORIZING MAINTENANCE OF BANK ACCOUNTS AND CONTINUED USE OF CASH MANAGEMENT SYSTEM. | .20 | 50.00 |
| 06/19/20 | M F | B110 | A105 | TEAM MEETING INCLUDING INSURANCE ISSUES. | .40 | 120.00 |
| 06/19/20 | VWG | B110 | A105 | COMMUNICATION WITH JW TEAM REGARDING LITIGATION MATTERS. | .50 | 150.00 |
| 06/20/20 | RPV | B210 | A106 | EMAIL FROM MR. MINTZ REGARDING DOCUMENT PRODUCTION | .10 | 49.00 |
| 06/20/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. GENNARDO AND SELF REGARDING ARCHDIOCESE- BANKRUPTCY AND NEEDED INFORMATION. | .50 | 200.00 |
| 06/20/20 | LHS | B410 | A104 | REVIEW CASE LAW TO SEE IF ENTITIES RELATED TO THE DEBTOR WERE AFFILIATES UNDER THE BANKRUPTCY CODE. | 5.80 | 1,450.00 |
| 06/20/20 | SAO | B110 | A105 | EMAIL EXCHANGES WITH JONES WALKER BANKRUPTCY TEAM REGARDING PLANNED AND CONTEMPLATED MOTIONS. | .30 | 75.00 |
| 06/20/20 | M F | B310 | A103 | CONTINUED DRAFTING MEMORANDUM ADDRESSING DEFENSES TO POST-ABUSE FRAUDULENT CONCEALMENT ALLEGATIONS | 1.40 | 420.00 |
| 06/21/20 | LFA | B110 | A108 | CORRESPONDENCES WITH KIM SUNG REGARDING (CH 11) 20-10846 GENERIC ORDER AND WITH MESSRS. GENNARDO AND SELF REGARDING ARCHDIOCESE- BANKRUPTCY. | .80 | 320.00 |
| 06/21/20 | LFA | B110 | A102 | FURTHER RESEARCHED AFFILIATES AND INSIDERS IN BANKRUPTCY TO ASSIST WITH AMENDING SCHEDULES AND SOFA. | 3.00 | 1,200.00 |
| 06/21/20 | MAM | B110 | A101 | WORK ON MOTION TO SELL | 5.30 | 2,120.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 146
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/21/20 LHS | B410 | A104 | REVIEW WHETHER ENTITIES RELATED TO THE DEBTOR WERE INSIDERS UNDER THE BANKRUPTCY CODE (6.2); SUMMARIZE FINDINGS FOR MS. ASHELY (1.1). | 7.30 | 1,825.00 |
| 06/21/20 M F | B310 | A103 | CONTINUED DRAFTING MEMORANDUM ON POST-ABUSE FRAUDULENT JOINDER | .40 | 120.00 |
| 06/22/20 EJF | B130 | A103 | REVIEW AND REVISE SALE PLEADINGS. | 1.30 | 637.00 |
| 06/22/20 EJF | B130 | A105 | MEMOS TO AND FROM MR. MINTZ REGARDING SALE PLEADINGS. | .20 | 98.00 |
| 06/22/20 EJF | B210 | A102 | RESEARCH BUSINESS OPERATION AND PAYMENT ISSUES. | 4.60 | 2,254.00 |
| 06/22/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING THE SAME. | .20 | 98.00 |
| 06/22/20 EJF | B160 | A106 | MEMO TO MR. MINTZ REGARDING OCP PROFESSIONALS. | .20 | 98.00 |
| 06/22/20 JJL | B110 | A104 | DETAILED REVIEW AND COMPARISON OF TRAVELERS' AND BEDIVERE'S PROPOSED EDITS TO EXHIBIT "A" - PROOF OF CLAIM. | 1.80 | 540.00 |
| 06/22/20 JJL | B110 | A104 | REVIEW AND CONSIDER BEDIVERE'S PROPOSED EDITS TO EXHIBIT "G" - PROOF OF CLAIM. | .80 | 240.00 |
| 06/22/20 JJL | B110 | A104 | REVISE EXHIBIT "A" REGARDING SUGGESTIONS AND EDITS MADE BY INSURER. | 1.60 | 480.00 |
| 06/22/20 RPV | B160 | A104 | RECEIVED AND REVIEWED DECLARATION OF JAMES M. ADAMS IN SUPPORT OF APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 147
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

06/22/20 RPV   B130  A104   RECEIVED AND REVIEWED MOTION        .10        49.00
                           TO CONTINUE HEARING ON MOTION
                           FOR SALE OF PROPERTY FREE AND
                           CLEAR OF LIENS.

06/22/20 RPV   B130  A105   TELEPHONE CONVERSATIONS WITH        .50       245.00
                           MR. MINTZ REGARDING SALE
                           MOTION.

06/22/20 RPV   B160  A104   RECEIVED AND REVIEWED              .10        49.00
                           APPLICATION TO EMPLOY
                           PACHULSKI STANG ZIEHL & JONES
                           LLP AS CO-COUNSEL FOR THE
                           OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS.

06/22/20 RPV   B160  A104   RECEIVED AND REVIEWED              .10        49.00
                           APPLICATION TO EMPLOY LOCKE
                           LORD LLP AS CO-COUNSEL FOR
                           THE OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS.

06/22/20 RPV   B110  A106   EMAILS FROM MS. ZERINGUE           .10        49.00
                           REGARDING REVIEW OF OCP LISTS.

06/22/20 RPV   B210  A105   EMAILS FROM MESSRS. MINTZ          .10        49.00
                           REGARDING POST PETITION
                           HANDLING OF SECOND
                           COLLECTIONS.

06/22/20 RPV   B110  A105   EMAIL FROM MR. MINTZ AND MS.       .30       147.00
                           LAURA ASHLEY REGARDING
                           AMENDMENT TO SCHEDULES

06/22/20 RPV   B130  A108   EMAILS FROM MS. LACOMBE            .10        49.00
                           REGARDING SALE MOTION.

06/22/20 RPV   B110  A104   RECEIVED AND REVIEWED FINAL        .10        49.00
                           ORDER AUTHORIZING THE ROMAN
                           CATHOLIC CHURCH FOR THE
                           ARCHDIOCESE OF NEW ORLEANS TO
                           FILE PORTIONS OF THE
                           SCHEDULES AND SOFA, THE
                           MASTER CREDITOR MAILING
                           MATRIX, AND OTHER PLEADINGS
                           AND DOCUMENTS UNDER SEAL.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 148
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tmkr | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/22/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED FINAL ORDER AUTHORIZING THE DEBTOR TO (A) CONTINUE INSURANCE COVERAGE ENTERED INTO PREPETITION AND SATISFY PREPETITION OBLIGATIONS RELATED THERETO, AND (B) RENEW, AMEND, SUPPLEMENT, EXTEND, OR PURCHASE INSURANCE POLICIES (RE: RELATED DOCUMENT(S)[6] GENERIC MOTION. | .10 | 49.00 |
| 06/22/20 | BTW | B210 | A102 | RESEARCH REGARDING CHARITABLE CONTRIBUTIONS. | .60 | 240.00 |
| 06/22/20 | LFA | B110 | A103 | REVISED MEMO REGARDING AFFILATES AND INSIDER MEMO TO ASSIST WITH AMENDING SCHEDULES. | 1.50 | 600.00 |
| 06/22/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING INSIDER COMPENSATION MOTION. | 2.80 | 1,120.00 |
| 06/22/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MS. FUTRELL AND SUNG KIM REGARDING CERTIFICATE OF SERVICE; WITH MR. MINTZ REGARDING CONFLICT WAIVER; AND WITH MR. GENNARDO REGARDING LIST OF ARCHDIOCESE AFFILIATED AND NON-AFFILIATED ENTITIES; WITH MESSRS. THE CLIENT AND N\MINTZ AND MSES. ZERINGUE AND FUTRELL REGARDING OCP LIST AND PARISH SERVICE AGREEMENTS; WITH MR. SELF REGARDING CHURCH ENTITIES/AFFILIATES; WITH MR. MINTZ REGARDING PROPOSED ORDER ON THE MOTION TO CONTINUE THE SALE HEARING: AND WITH MS. ZUNIGA AND MR. SELF REGARDING INSIDER COMPENSATION MOTION. | 2.00 | 800.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 149
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/22/20 | MAM | B110 | A101 | WORK ON MOTION TO SELL (6.5). VARIOUS EMAILS AND CORRESPONDENCE REGARDING THE SAME (2.0). PREPARE MOTION TO CONTINUE AND FILE THE SAME (.4). | 8.90 | 3,560.00 |
| 06/22/20 | GAR | B410 | A104 | REVIEW DOCUMENTS TO ASSIST WITH RESEARCH. | .40 | 100.00 |
| 06/22/20 | GAR | B410 | A102 | CONTINUE RESEARCH REGARDING SCOPE OF THE ATTORNEY-CLIENT PRIVILEGE. | 2.10 | 525.00 |
| 06/22/20 | LHS | B410 | A103 | REVIEW AND REVISE SUMMARY REGARDING WHETHER CERTAIN ENTITIES ARE INSIDERS OR AFFILIATES OF THE DEBTOR. | 1.00 | 250.00 |
| 06/22/20 | SAO | B110 | A110 | GATHER FIRST DAY MOTIONS FILED IN THE DIOCESE OF SYRACUSE, NY CHAPTER 11 CASE FOR JONES WALKER BANKRUPTCY TEAM'S REVIEW. | .60 | 150.00 |
| 06/22/20 | SAO | B110 | A104 | REVIEW FINAL ORDER GRANTING THE DEBTOR'S MOTION TO CONTINUE INSURANCE COVERAGE. | .10 | 25.00 |
| 06/22/20 | SAO | B110 | A104 | REVIEW FINAL ORDER AUTHORIZING THE ARCHDIOCESE TO FILE CERTAIN DOCUMENTS UNDER SEAL. | .10 | 25.00 |
| 06/22/20 | SAO | B160 | A104 | REVIEW APPLICATION TO EMPLOY LOCKE LORD LLP AS CO-COUNSEL FOR THE COMMITTEE. | .20 | 50.00 |
| 06/22/20 | SAO | B160 | A104 | REVIEW APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE COMMITTEE. | .20 | 50.00 |
| 06/22/20 | M F | B310 | A103 | CONTINUED DRAFTING MEMORANDUM ON DEFENSES TO POST-ABUSE FRAUDULENT CONCEALMENT. | 4.70 | 1,410.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 150
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/22/20 ADW | B210 | A110 | CREATE FTP LOCATION AND UPLOAD DOCUMENTS FOR SECURE DOCUMENT DISTRIBUTION. | .90 | 153.00 |
|---|---|---|---|---|---|
| 06/23/20 EDW | B110 | A104 | LEADINGS REGARDING PROPOSED BAR DATE. | .00 | .00 |
| 06/23/20 EJF | B320 | A103 | WORK ON DRAFT TO PLAN AND RELATED DOCUMENTS. | 3.20 | 1,568.00 |
| 06/23/20 EJF | B110 | A105 | CONFERENCE CALL WITH MR. MINTZ RE CASE ADMINISTRATION ISSUES (.2) (NO CHARGE). | .00 | .00 |
| 06/23/20 EJF | B110 | A105 | REVIEW MEMO FROM MR. MINTZ RE FINANCIAL ADVISORS. | .10 | 49.00 |
| 06/23/20 JJL | B110 | A105 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MINTZ REGARDING EDITS/COMMENTS BY TRAVELERS AND BEDIVERE TO EXHIBITS TO BAR DATE MOTION | .10 | 30.00 |
| 06/23/20 JJL | B110 | A105 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MINTZ TO COMMITTEE COUNSEL WITH DRAFT BAR DATE MOTIONS | .10 | 30.00 |
| 06/23/20 RPV | B310 | A104 | REVIEWED DRAFT OF BAR DATE PLEADINGS AND EXHIBITS. | .50 | 245.00 |
| 06/23/20 RPV | B310 | A105 | EMAIL FROM MR. MINTZ REGARDING BAR DATE PLEADINGS, | .10 | 49.00 |
| 06/23/20 RPV | B160 | A104 | REVIEWED NOTICE OF HEARING FILED BY UCC ON THE APPLICATIONS TO EMPLOY. | .10 | 49.00 |
| 06/23/20 RPV | B210 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION FOR AUTHORITY TO SELL IMMOVABLE PROPERTY. | .20 | 98.00 |
| 06/23/20 RPV | B190 | A104 | REVIEWED NEW PETITION AND NOTICE OF SUGGESTION OF BANKRUPTCY. | .20 | 98.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 151
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/23/20 RPV | B190 | A105 | EMAILS FROM AND TO AND OFFICE CONFERENCE WITH MS. GUNDLACH REGARDING REVIEW AND FILING OF NOTICE OF SUGGESTION OF BANKRUPTCY IN NEW LITIGATION. | .30 | 147.00 |
| 06/23/20 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING AMENDMENTS TO SCHEDULES | .40 | 196.00 |
| 06/23/20 WGZ | B210 | A105 | CONFERENCE WITH ARCHDIOCESE COUNSEL REGARDING INSURANCE ISSUES. | .50 | 150.00 |
| 06/23/20 WGZ | B410 | A104 | WORKING ON BILLING AND TIMEKEEPING MATTERS. | .70 | 210.00 |
| 06/23/20 WGZ | B210 | A105 | EMAILS AND TELEPHONE CALLS WITH MS. FISCHER REGARDING INSURANCE. | .40 | 120.00 |
| 06/23/20 JPG | B120 | A105 | PHONE CALL WITH MR. MINTZ ON REAL ESTATE STATUS. | .20 | 80.00 |
| 06/23/20 JPG | B120 | A106 | EMAIL TO THE CLIENT REGARDING STATUS OF LAND RECORDS RESEARCH. | .20 | 80.00 |
| 06/23/20 LFA | B110 | A103 | CONTINUED DRAFTING APPLICATION TO EMPLOY D&D AND ALL CORRESPONDING EXHIBITS. | 3.00 | 1,200.00 |
| 06/23/20 LFA | B110 | A103 | CONTINUED DRAFTING INSIDER MOTION AND ALL CORRESPONDING EXHIBITS. | 2.70 | 1,080.00 |
| 06/23/20 LFA | B110 | A105 | T/C WITH MR. MINTZ REGARDING AFFILIATE AND INSIDER STATUS. | .50 | 200.00 |
| 06/23/20 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND SELF REGARDING MOTION TO PAY INSIDERS, WITH MR. GENNARDO REGARDING APPLICATION TO EMPLOY; WITH MR. MINTZ REGARDING BAR DATE PLEADINGS AND FINANCIAL ADVISORS; AND WITH MS. ZUNIGA REGARDING INSIDER COMPENSATION. | 1.00 | 400.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 152
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 06/23/20 | MAM | B110 | A101 | ATTEND MEETING AT ARCHDIOCESE REGARDING SCHEDULES AND LITIGATION STRATEGY. CONFERENCE WITH MS. ZUNIGA AND THE CLIENT REGARDING THE SAME.  WORK ON MOTION FOR OCP. | 7.80 | 3,120.00 |
| 06/23/20 | MMS | B210 | A104 | ANALYZE AREAS OF RESEARCH NEEDED FOR WARN ACT REVIEW AND REVIEW RESEARCH REGARDING SAME. | .50 | 150.00 |
| 06/23/20 | MMS | B210 | A104 | PREPARE EMAIL TO S. ZERINGUE REGARDING EMPLOYEE TERMINATIONS. | .50 | 150.00 |
| 06/23/20 | MMS | B210 | A106 | CONFER WITH S. ZERINGUE REGARDING EMPLOYEE TERMINATIONS. | .50 | 150.00 |
| 06/23/20 | GAR | B410 | A102 | RESEARCH AND REVIEW ISSUES REGARDING SCOPE OF PRIVILEGE. | 1.90 | 475.00 |
| 06/23/20 | GAR | B410 | A103 | DRAFT MEMORANDUM ANALYZING HOW COMMUNICATIONS THAT ARE PROTECTED BY PRIVILEGE UNDER THE FEDERAL RULES OF CIVIL PROCEDURE AND FIFTH CIRCUIT COMMON LAW. | 1.60 | 400.00 |
| 06/23/20 | GAR | B410 | A102 | FINALIZE RESEARCH REGARDING SCOPE OF THE ATTORNEY-CLIENT PRIVILEGE ISSUES, INCLUDING REVIEW OF THE FEDERAL RULES OF CIVIL PROCEDURE AND FEDERAL COMMON LAW, TO ANALYZE THE EXTENT OF PROTECTION FOR ALL COMMUNICATIONS. | 2.20 | 550.00 |
| 06/23/20 | JJP | B210 | A102 | CONDUCTED LEGAL RESEARCH TO DETERMINE WARN ACT ISSUES. | 2.30 | 575.00 |
| 06/23/20 | LHS | B410 | A104 | REVIEW OTHER BANKRUPTCIES FOR FILINGS OF MOTIONS TO PAY INSIDERS (2.3); SUMMARIZE FINDINGS FOR MS. ASHLEY (0.4). | 2.70 | 675.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 153
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/23/20 | LHS | B410 | A103 | REVISE AND ADD ADDITIONAL INFORMATION TO THE MOTION TO PAY INSIDERS (2.4); REVISE PROPOSED ORDER (0.7); REVIEW LOCAL RULES AND COMPLEX CASE PROCEDURES TO ENSURE CONFORMITY THEREWITH (0.8) | 3.90 | 975.00 |
| 06/23/20 | LHS | B410 | A103 | CALL WITH GEORGETTE TO DISCUSS DISCOVERY FOR BANKRUPTCY AND RELATED CASES (0.2); REVIEW MATERIALS PRODUCED AND PRODUCTION HISTORY FOR THE CASE (2.0); CREATE CHART FOR DISCOVERY PRODUCED (1.1) | 3.30 | 825.00 |
| 06/23/20 | SAO | B110 | A103 | CONTINUE WORKING ON POST-PETITION REMOVALS. | 2.10 | 525.00 |
| 06/23/20 | SAO | B130 | A104 | REVIEW ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO SELL IMMOVABLE PROPERTY. | .10 | 25.00 |
| 06/23/20 | SAO | B160 | A104 | REVIEW NOTICE OF HEARING OF APPLICATIONS SCHEDULED FOR TELEPHONIC HEARING ON JULY 16, 2020. | .10 | 25.00 |
| 06/23/20 | SAO | B130 | A105 | CORRESPONDENCE WITH JONES WALKER BANKRUPTCY TEAM REGARDING ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO SELL IMMOVABLE PROPERTY. | .20 | 50.00 |
| 06/23/20 | M F | B120 | A106 | ELECTRONIC MEMO TO S. ZERINGUE SEEKING ADDITIONAL MISSING INSURANCE INFORMATION REGARDING PAST EXCESS POLICIES | .20 | 60.00 |
| 06/23/20 | M F | B120 | A107 | ADDITIONAL ELECTRONIC MEMO TO BLANK ROME COUNSEL REGARDING MISSING INSURANCE INFORMATION | .10 | 30.00 |
| 06/23/20 | M F | B120 | A107 | ELECTRONIC MEMO FROM BLANK ROME ATTORNEY REGARDING IMPORT OF ADDITIONAL LOCATED DOCUMENTS | .10 | 30.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 154
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/23/20 | M F | B120 | A106 | SECOND ELECTRONIC MEMO TO S. ZERINGUE REGARDING EVIDENCE CONCERNING MISSING EXCESS POLICIES. | .10 | 30.00 |
| 06/23/20 | M F | B310 | A103 | CONTINUED DRAFTING MEMORANDUM ON FRAUDULENT CONCEALMENT DEFENSES (POST-ABUSE CONCEALMENT). | 3.10 | 930.00 |
| 06/23/20 | M F | B120 | A107 | REVIEWED ELECTRONIC MEMO FROM J. CARTER (BLANK ROME) SEEKING SPECIFIC INSURANCE INFORMATION REGARDING INSURANCE POLICIES IN PLACE | .10 | 30.00 |
| 06/23/20 | M F | B120 | A107 | ELECTRONIC MEMO TO J. CARTER FORWARDING INSURANCE INFORMATION HE REQUESTED | .20 | 60.00 |
| 06/23/20 | GMS | B140 | A105 | COMMUNICATIONS WITH MR. SELF CONCERNING DISCOVERY HISTORY IN ANO LITIGATION RE ABUSE CLAIMS; DRAFT SUMMARY WITH LINKS TO NETWORK DIRECTORY LOCATIONS OF KNOWN PRODUCTIONS. | .40 | 68.00 |
| 06/24/20 | EJF | B320 | A107 | CONFERENCE CALL WITH COUNSEL FOR CREDITOR REGARDING PLAN RELATED ISSUES AND PAYMENT DEFAULTS. | .40 | 196.00 |
| 06/24/20 | EJF | B320 | A105 | MEMO TO MESSRS. MINTZ AND VANCE RE PLAN RELATED ISSUES AND PAYMENT DEFAULTS. | .20 | 98.00 |
| 06/24/20 | EJF | B320 | A106 | MEMO TO CLIENT RE PLAN RELATED ISSUES (.5); MEMO FROM CLIENT RE SAME (.1). | .60 | 294.00 |
| 06/24/20 | EJF | B320 | A103 | DRAFT DISCLOSURE STATEMENT INSERTS. | 2.80 | 1,372.00 |
| 06/24/20 | JJL | B110 | A106 | RECEIVED AND REVIEWED CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING CORRESPONDENCE FROM BEDIVERE AND READ SUSIE'S RESPONSE. | .10 | 30.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 155
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 06/24/20 | JJL | B110 | A106 | RECEIVED AND REVIEWED FOLLOW-UP CORRESPONDENCE FROM SUSAN ZERINGUE. | .10 | 30.00 |
| 06/24/20 | RPV | B190 | A104 | RECEIVED RESEARCH MEMO | .50 | 245.00 |
| 06/24/20 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING MAY MONTHLY OPERATING REPORT. | .10 | 49.00 |
| 06/24/20 | RPV | B190 | A105 | EMAILS AMONG JW TEAM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REMOVAL OF SUITS AGAINST CATHOLIC CHARITIES. | .50 | 245.00 |
| 06/24/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH POTENTIAL EXPERT AND MR. MINTZ REGARDING VARIOUS ISSUES INCLUDING BAR DATE AND MEDIATION | 1.50 | 735.00 |
| 06/24/20 | RPV | B310 | A106 | EMAILS FROM MS. FUTRELL, MR. MINTZ AND CLIENT REGARDING BOND ISSUES AND PAYMENTS. | .50 | 245.00 |
| 06/24/20 | RPV | B310 | A104 | REVIEWED RESEARCH ON DEFENSES TO CLAIMS | 1.50 | 735.00 |
| 06/24/20 | RPV | B310 | A106 | EMAILS FROM AND TO MS. ZERINGUE REGARDING DOJ SETTLEMENT AND INSURANCE REVIEW. | .50 | 245.00 |
| 06/24/20 | RPV | B210 | A105 | REVIEWED EMAIL FROM MS. ASHLEY REGARDING WAGE ISSUE AND REVIEW OF MOTION. | .20 | 98.00 |
| 06/24/20 | RPV | B110 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING VARIOUS ISSUES INCLUDING REMOVAL OF CASES, AMENDMENT OF SCHEDULES, BAR DATE, PRODUCTION OF DOCUMENTS AND CLAIMS | .70 | 343.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 156
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/24/20 | LFA | B110 | A108 | T/C WITH MR. GENNARDO AND MR. BORDELON AND MR. MINTZ REGARDING EMPLOYMENT APPLICATION AND CONFLICTS DISCLOSURES. | 1.00 | 400.00 |
| 06/24/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING D&D EMPLOYMENT APPLICATION AND EXHIBITS INCLUDING DECLARATION AND PROPOSED ORDER. | 3.80 | 1,520.00 |
| 06/24/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MS. ZUNIGA AND MESSRS. THE CLIENT AND SELF REGARDING INSIDER'S MOTION RESPONSES; AND WITH THE CLIENT AND MS. FUTRELL REGARDING UPDATE ON THE 2017 BONDS; WITH MSES. ZERINGUE, FUTRELL AND SPELL AND MESSRS. MINTZ, ADAMS AND SELF REGARDING WAGE ISSUE; WITH MESSRS. GENNARDO, SELF, MINTZ AND GUNN AND MS. ZERINGUE REGARDING APPLICATION TO EMPLOY; AND WITH MS. FUTRELL AND MR. MINTZ REGARDING MONTHLY OPERATING REPORT. | 2.40 | 960.00 |
| 06/24/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MS. ZUNIGA REGARDING INSIDER MOTION AND REVISIONS TO SAME. | .50 | 200.00 |
| 06/24/20 | MAM | B110 | A101 | WORK ON OCP MOTION (1.0). CONFERENCE WITH THE CLIENT AND MS. ZUINGA REGARDING THE SAME (1.8). PREPARE AND PRODUCE DOCUMENT RELATED TO INSURANCE AND CASH MANAGEMENT MOTION (8.9);CONFERENCE WITH COMMITTEE REGARDING DISCOVERY ISSUES (.6). | 12.30 | 4,920.00 |
| 06/24/20 | MMS | B210 | A104 | CONFER WITH S. ZERINGUE REGARDING LAYOFF OF EMPLOYEES AND PREPARE LIST OF INFORMATION NEEDED TO ANALYZE SAME. | 1.20 | 360.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 157
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/24/20 GAR   B410   A102   FINALIZE RESEARCH REGARDING          1.40        350.00
                             SCOPE OF PRIVILEGE.

06/24/20 GAR   B410   A103   DRAFT MEMORANDUM ANALYZING           2.20        550.00
                             PRIVILEGED COMMUNICATIONS
                             UNDER FEDERAL COMMON LAW.

06/24/20 GAR   B410   A102   CONTINUE RESEARCH REGARDING          2.40        600.00
                             SCOPE OF PRIVILEGE BASED ON
                             VARYING THEORIES OF LAW.

06/24/20 LHS   B410   A103   UPDATE CHART ON DISCOVERY             .80        200.00
                             PRODUCED.

06/24/20 LHS   B410   A104   RESEARCH TREATMENT OF                2.90        725.00
                             SEVERANCE POLICY AS PAYMENT
                             IN THE ORDINARY COURSE OF
                             BUSINESS (2.3); SUMMARIZE
                             FINDINGS FOR MS. ASHLEY (0.6)

06/24/20 LHS   B410   A103   INCORPORATE DEBTOR'S CHANGES          .30         75.00
                             INTO MOTION TO PAY INSIDERS.

06/24/20 LHS   B160   A103   REVISE APPLICATION TO EMPLOY         5.30      1,325.00
                             DENECHAUD AS SPECIAL COUNSEL
                             (1.7); DRAFT SCHEDULES TO
                             EMPLOYMENT APPLICATION (1.2);
                             REVISE DEBTOR DECLARATION
                             (0.5); REVISE DENECHAUD
                             DECLARATION (1.3); DRAFT
                             PROPOSED ORDER (0.6).

06/24/20 SAO   B140   A105   TELEPHONE CONFERENCE WITH MR.         .20         50.00
                             MINTZ REGARDING RESPONSE TO
                             MERLE NOULLET'S LIFT STAY
                             MOTION.

06/24/20 SAO   B110   A105   TELEPHONE CONFERENCE WITH MR.         .70        175.00
                             MINTZ TO DISCUSS STRATEGY IN
                             CONNECTION WITH REMOVAL
                             ISSUES (0.2); TELEPHONE
                             CONFERENCE WITH MS. GUNDLACH
                             REGARDING THE SAME (0.1);
                             EMAIL EXCHANGES WITH JONES
                             WALKER BANKRUPTCY TEAM
                             REGARDING THE SAME (0.4).

06/24/20 SAO   B110   A103   CONTINUE WORKING ON                 1.60        400.00
                             POST-PETITION REMOVALS.

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 158
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/24/20 | M F | B310 | A103 | REVISIONS TO FIRST DRAFT OF MEMORANDUM ON FRAUDULENT CONCEALMENT | 2.90 | 870.00 |
| 06/24/20 | ADW | B210 | A110 | CREATE FTP LOCATION AND USER ACCOUNTS FR SECURE DOCUMENT DISTRIBUTION. | .20 | 34.00 |
| 06/25/20 | EJF | B110 | A105 | MEMOS TO AND FROM MS. ASHLEY RE ORDER (NO CHARGE). | .00 | .00 |
| 06/25/20 | EJF | B320 | A105 | DRAFT DISCLOSURE STATEMENT INSERTS. | 2.80 | 1,372.00 |
| 06/25/20 | JJL | B110 | A105 | TELEPHONE CALL FROM MINTZ REGARDING STRATEGY QUESTIONS. | .30 | 90.00 |
| 06/25/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED JIM MURRAY INSURANCE COVERAGE CHART. | .20 | 60.00 |
| 06/25/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS AND NOTICE OF HEARING ON SAME AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME. | .20 | 98.00 |
| 06/25/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED MOTION TO PAY CERTAIN INSIDERS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME. | .20 | 98.00 |
| 06/25/20 | RPV | B190 | A108 | EMAILS FROM MR. DESHAZO, MR. MINTZ, MS. OPPENHEIM AND MS. GUNDLACH REGARDING REMOVALS. | .50 | 245.00 |
| 06/25/20 | RPV | B190 | A104 | REVIEWED DRAFT SETTLEMENT AGREEMENT WITH DOJ. | .40 | 196.00 |
| 06/25/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED FINAL ORDER APPOINTING DONLIN, RECANO & COMPANY, INC. AS CLAIMS AND NOTICING AGENT FOR THE DEBTOR AND EMAIL FROM/TO MR. MINTZ REGARDING SAME. | .20 | 98.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 159
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/25/20 RPV | B120 | A104 | REVIEWED FIRST DRAFT OF THE INSURANCE COVERAGE CHART | .20 | 98.00 |
| 06/25/20 RPV | B210 | A106 | EMAILS FROM AND TO MR. MINTZ AND MS. ZERINGUE REGARDING PAYMENT TO HANCOCK WHITNEY BANK. | .50 | 245.00 |
| 06/25/20 RPV | B110 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING REMOVAL OF CASES AND AMENDMENT OF SCHEDULES. | .50 | 245.00 |
| 06/25/20 RPV | B110 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING AMENDMENT OF SCHEDULES AND REMOVAL OF CASES. | .50 | 245.00 |
| 06/25/20 RPV | B110 | A105 | OFFICE CONFERENCE WITH MS. FUTRELL REGARDING AMENDMENT OF SCHEDULES AND MONTHLY OPERATING REPORT. | .30 | 147.00 |
| 06/25/20 LFA | B110 | A103 | CONTINUED REVISING AND FINALIZING EMPLOYMENT APPLICATION AND EXHIBITS. | 1.40 | 560.00 |
| 06/25/20 LFA | B110 | A103 | REVISED ORDINARY COURSE PROFESSIONAL MOTION AND EXHIBITS. | 3.70 | 1,480.00 |
| 06/25/20 LFA | B110 | A103 | REVISED AND FINALIZED INSIDER MOTION. | 1.80 | 720.00 |
| 06/25/20 LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. MINTZ, SELF AND CALDERONE AND SUNG KIM REGARDING NOTICING; AND WITH MS. ZUNIGA, MESSRS. MINTZ, SELF REGARDING THE MONTHLY OPERATING REPORT; AND WITH MS. ZUNIGA AND MR. SELF REGARDING INSIDER'S MOTION RESPONSES; WITH MR. GENNARDO REGARDING APPLICATION TO EMPLOY DENECHAUD; AND WITH MR. SELF REGARDING OCP LIST,AND WITH MESSRS. MINTZ, GUNN, GENNARDO AND BODELO REGARDING OCP MOTION; AND WITH MS. ZUNIGA AND MR. SELF | 2.20 | 880.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 160
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|  |  |  |  | REGARDING CHARTS IN MOTION TO PAY INSIDER |  |  |
|---|---|---|---|---|---|---|
| 06/25/20 | MAM | B110 | A101 | WORK ON MONTHLY OPERATING REPORTS AND FINALIZE AND FILE THE SAME (5.0). FINALIZE AND FILE OCP MOTION AS WELL AS INSIDER COMP MOTION (5.20). | 10.20 | 4,080.00 |
| 06/25/20 | MMS | B210 | A104 | REVIEW SPREADSHEET OF EMPLOYEES FROM S. ZERINGUE. | .20 | 60.00 |
| 06/25/20 | MMS | B210 | A104 | CONFER WITH S. ZERINGUE REGARDING LAYOFF DATA. | .20 | 60.00 |
| 06/25/20 | LHS | B410 | A103 | REVISE AND EDIT MOTION TO PAY PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS. | 2.10 | 525.00 |
| 06/25/20 | LHS | B160 | A104 | PULL FINAL ORDER TO EMPLOY DONLIN RECANO SUBMITTED TO THE COURT. | .20 | 50.00 |
| 06/25/20 | LHS | B410 | A103 | INCORPORATE CLIENT UPDATE AND CHANGES TO MOTION TO PAY INSIDERS. | 1.90 | 475.00 |
| 06/25/20 | LHS | B160 | A103 | CREATE EXHIBIT B TO ORDINARY COURSE PROFESSIONAL MOTION. | .80 | 200.00 |
| 06/25/20 | LHS | B160 | A103 | FINALIZE AND PREPARE MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS FOR FILING. | 1.60 | 400.00 |
| 06/25/20 | LHS | B410 | A103 | FINALIZE AND PREPARE MOTION TO PAY CERTAIN INSIDERS FOR FILING. | 1.30 | 325.00 |
| 06/25/20 | LHS | B410 | A103 | PREPARE FIRST MONTHLY OPERATING REPORT FOR FILING. | 1.20 | 300.00 |
| 06/25/20 | LHS | B410 | A103 | DRAFT NOTICE OF HEARING FOR MOTION TO PAY CERTAIN INSIDERS AND APPLICATION TO EMPLOY ORDINARY COURSE PROFESSIONALS. | .70 | 175.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 161
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/25/20 SAO | B160 | A104 | REVIEW FINAL ORDER APPOINTING DONLIN RECANO AS CLAIMS AND NOTICING AGENT. | .10 | 25.00 |
| 06/25/20 SAO | B110 | A105 | EMAIL EXCHANGES WITH MR. MINTZ REGARDING STRATEGY IN CONNECTION WITH REMOVAL ISSUES (0.3); TELEPHONE CONFERENCES WITH MS. GUNDLACH REGARDING THE SAME (0.2); EXTENDED EMAIL EXCHANGES WITH MS. GUNDLACH REGARDING THE SAME (1.3). | 1.80 | 450.00 |
| 06/26/20 EJF | B320 | A103 | DRAFT INSERTS TO DISCLOSURE STATEMENT. | 3.20 | 1,568.00 |
| 06/26/20 RPV | B110 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING AMENDMENTS TO SCHEDULES AND PROCESS FOR SEALING PORTIONS OF ORIGINAL SCHEDULES. | 1.20 | 588.00 |
| 06/26/20 RPV | B110 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING AMENDMENTS TO SCHEDULES AND PROCESS FOR SEALING PORTIONS OF ORIGINAL SCHEDULES. | .70 | 343.00 |
| 06/26/20 RPV | B110 | A106 | TELEPHONE CONVERSATIONS WITH CLIENT REGARDING AMENDMENTS TO SCHEDULES AND PROCESS FOR SEALING PORTIONS OF ORIGINAL SCHEDULES. | .60 | 294.00 |
| 06/26/20 RPV | B190 | A104 | EMAILS FROM MR. CAPITELLI REGARDING REVISIONS TO SETTLEMENT DRAFT. | .20 | 98.00 |
| 06/26/20 WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING PRESCRIPTION ISSUES. | .80 | 240.00 |
| 06/26/20 WGZ | B410 | A104 | ANALYSIS OF RESEARCH REGARDING PRESCRIPTION. | 1.70 | 510.00 |
| 06/26/20 MAM | B110 | A101 | CONFERENCES REGARDING AMENDMENTS TO SCHEDULES. | 4.50 | 1,800.00 |

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 162
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/26/20 MMS | B210 | A104 | VARIOUS COMMUNICATIONS WITH S. ZERINGUE AND EVALUATE STRATEGY REGARDING LAYOFFS AND POTENTIAL ISSUES REGARDING SAME. | 1.60 | 480.00 |
| 06/26/20 MMS | B210 | A104 | REVIEW CORRESPONDENCE FROM ARCHBISHOP TO STAFF REGARDING POTENTIAL LAYOFFS. | .10 | 30.00 |
| 06/26/20 LHS | B410 | A104 | WORK WITH IT AND THE COURT TO FIX REDACTIONS ON MONTHLY OPERATING REPORT. | 2.70 | 675.00 |
| 06/26/20 SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH JONES WALKER BANKRUPTCY TEAM REGARDING REMOVAL ISSUES. | .30 | 75.00 |
| 06/26/20 SAO | B110 | A103 | PREPARE REMAINING NOTICES OF SUGGESTION OF BANKRUPTCY FOR CASES PENDING AGAINST THE ARCHDIOCESE IN LOUISIANA STATE COURTS. | 3.60 | 900.00 |
| 06/26/20 SAO | B110 | A103 | DRAFT MEMO TO MS. GUNDLACH REGARDING IMPLICATIONS OF ANOI BEING SERVED WITH THE PETITION IN CC DOE. | .90 | 225.00 |
| 06/26/20 SAO | B110 | A104 | REVIEW FILED VERSIONS OF MOTION FOR AUTHORITY TO APPROVE COMPENSATION AND PAYMENTS TO INSIDERS (0.1) AND MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS (0.2). | .30 | 75.00 |
| 06/26/20 VWG | B110 | A105 | COMMUNICATION WITH MS. OPPENHEIM REGARDING NOTICES OF SUGGESTION OF BANKRUPTCY. | .30 | 90.00 |
| 06/26/20 ADW | B210 | A110 | CREATE FTP LOCATION AND UPLOAD DOCUMENTS FOR DISTRIBUTION. | .30 | 51.00 |
| 06/27/20 MAM | B110 | A101 | CORRESPONDENCE REGARDING SCOPE OF STAY | 2.50 | 1,000.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 163
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Tmk | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/27/20 | LHS | B410 | A103 | APPLY NEW REDACTIONS TO THE MONTHLY OPERATING REPORT. | 3.10 | 775.00 |
| 06/28/20 | LHS | B410 | A103 | APPLY NEW REDACTIONS TO THE FIRST MONTHLY OPERATING REPORT. | 3.40 | 850.00 |
| 06/29/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES FROM EASTERN DISTRICT, LOUISIANA REGARDING CASES ADMINISTRATIVELY STAYED. | .30 | 90.00 |
| 06/29/20 | EJF | B110 | A103 | DRAFT AND REVISE EXTENSION MOTION (1.7) AND ACCOMPANYING ORDER (.3); | 2.00 | 980.00 |
| 06/29/20 | EJF | B320 | A103 | BEGIN DRAFT OF EXCLUSIVITY MOTION. | .80 | 392.00 |
| 06/29/20 | EJF | B110 | A105 | MEMOS TO AND FROM MR. MINTZ RE EXTENSION MOTION. | .20 | 98.00 |
| 06/29/20 | RPV | B110 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING HOWELL EMAIL, COMMUNICATIONS WITH UCC COUNSEL, AMENDMENT OF SCHEDULES, BAR DATE AND RELATED MATTERS | 1.00 | 490.00 |
| 06/29/20 | RPV | B190 | A104 | REVIEWED CORRESPONDENCE FROM GERARD HOWELL TO MR. MINTZ AND TO ARCHBISHOP PIERRE. | .50 | 245.00 |
| 06/29/20 | RPV | B190 | A106 | EMAILS AND TELEPHONE CONFERENCES WITH MS. ZERINGUE REGARDING CORRESPONDENCE FROM GERARD HOWELL TO MR. MINTZ AND TO ARCHBISHOP PIERRE AND DRAFTED RESPONSE TO ARCHBISHOP PIERRE. | 2.50 | 1,225.00 |
| 06/29/20 | RPV | B190 | A103 | REVIEWED ORDERS RECEIVED IN THE DISTRICT COURT REMOVALS. | .30 | 147.00 |
| 06/29/20 | RPV | B310 | A104 | REVIEWED PROOF OF CLAIM FILED BY U.S. BANK, N.A. D/B/A U.S. BANK EQUIPMENT FINANCE. | .10 | 49.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 164
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| 06/29/20 | WGZ | B410 | A104 | STRATEGY AND RESEARCH REGARDING DEFENSES TO LAWSUITS IN CIVIL DISTRICT COURT AND TO CLAIMS. | 1.40 | 420.00 |
|---|---|---|---|---|---|---|
| 06/29/20 | WGZ | B410 | A102 | REVIEW RESEARCH REGARDING DEFENSES TO CLAIMS AND SUITS. | 1.50 | 450.00 |
| 06/29/20 | WGZ | B410 | A104 | STRATEGY REGARDING DEFENSES TO CLAIMS AND SUITS. | 1.00 | 300.00 |
| 06/29/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH ARCHDIOCESE COUNSEL. | .30 | 90.00 |
| 06/29/20 | LFA | B110 | A104 | REVIEWED INVOICES TO ASSIST WITH FEE STATEMENT. | 2.50 | 1,000.00 |
| 06/29/20 | MAM | B110 | A101 | WORK ON BAR DATE MOTION (5.0).  WORK ON REVISED SCHEDULES (2.2).  VARIOUS EMAILS REGARDING THE SAME (.3). | 7.50 | 3,000.00 |
| 06/29/20 | MMS | B210 | A104 | CONFER WITH S. ZERINGUE REGARDING POTENTIAL LAYOFFS AND REVIEW DRAFT COMMUNICATIONS TO EMPLOYEES REGARDING SAME. | .40 | 120.00 |
| 06/29/20 | LHS | B410 | A103 | FINALIZE NEW REDACTIONS ON MAY MANLY OPERATING REPORT AND SUBMIT SAME TO THE COURT. | .40 | 100.00 |
| 06/29/20 | LHS | B110 | A103 | UPDATE DISCOVERY PRODUCTION LIST. | .30 | 75.00 |
| 06/29/20 | LHS | B190 | A103 | DRAFT PROPOSED ORDER FOR MOTION TO SETTLE BANKRUPTCY CASE. | 1.00 | 250.00 |
| 06/29/20 | SAO | B110 | A103 | PREPARE NOTICE OF COMPLIANCE WITH CLERK'S REMOVAL DIRECTIVE AND EXHIBIT(S) THERETO IN S.D. DOE (0.8), J.L. DOE (0.6), AND W.G. DOE (1.3). | 2.70 | 675.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 165
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/29/20 | SAO | B140 | A103 | DRAFT RESPONSE TO MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY. | 4.60 | 1,150.00 |
| 06/29/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. KINGSMILL TO DISCUSS INQUIRY FROM JUDGE AFRICK'S CHAMBERS REGARDING SUBMISSION OF STATE COURT RECORD DOCUMENTS IN JOHN DOE, EDLA CASE NO. 20-1362. | .20 | 50.00 |
| 06/29/20 | SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. KINGSMILL REGARDING ORDER STAYING JOHN DOE, EDLA CASE NO. 20-1362 AND ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL THE RECORD (0.2); EMAIL CORRESPONDENCE TO MR. MINTZ REGARDING THE SAME (0.4). | .60 | 150.00 |
| 06/29/20 | VWG | B110 | A104 | REVIEWED AND PREPARED FOR FILING NINE NOTICES OF SUGGESTION OF BANKRUPTCY. | 1.30 | 390.00 |
| 06/29/20 | VWG | B320 | A104 | REVIEWED CASES REGARDING NON-DEBTOR RELEASES. | 2.00 | 600.00 |
| 06/29/20 | CTB | B190 | A110 | PREPARE COPY OF CITATION FOR ATTACHMENT AS EXHIBIT. | .20 | 34.00 |
| 06/30/20 | EDW | B110 | A104 | REVIEWED ORDERS IN LITIGATION MATTERS REGARDING EXHIBITS FILED UNDER SEAL AND STAY. | .30 | 90.00 |
| 06/30/20 | EJF | B310 | A107 | MEMOS FROM AND CALL FROM INDENTURE TRUSTEE'S COUNSEL. | .20 | 98.00 |
| 06/30/20 | EJF | B110 | A105 | CONFERENCE WITH MR. MINTZ REGARDING POTENTIAL MOTION TO DISMISS (.2) (NO CHARGE). | .00 | .00 |
| 06/30/20 | EJF | B320 | A103 | DRAFT EXTENSION OF EXCLUSIVITY PLEADINGS. | 2.60 | 1,274.00 |
| 06/30/20 | EJF | B320 | A102 | RESEARCH PLAN ISSUES. | 1.80 | 882.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 166
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/30/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM RICHARD BULLOCK REGARDING DEATH OF GEORGE BRIGNAC. | .10 | 30.00 |
| 06/30/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED JUDGE AFRICK'S LIMITATION OF MOTION TO SEAL FEDERAL COURT RECORD AND CONFIRMATION NO DISCLOSURES INADVERTENT. | .10 | 30.00 |
| 06/30/20 | RPV | B190 | A104 | REVIEWED CASES REGARDING MOTION TO DISMISS. | .50 | 245.00 |
| 06/30/20 | RPV | B190 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING HIS CALL WITH UCC COUNSEL REGARDING MOTION TO DISMISS AND BAR DATE COMMENTS. | .50 | 245.00 |
| 06/30/20 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING UCC COUNSEL'S COMMUNICATION REGARDING MOTION TO DISMISS. | .50 | 245.00 |
| 06/30/20 | RPV | B310 | A104 | REVIEWED SEVERAL PROOFS OF CLAIM FOR THE LOUISIANA DEPARTMENT OF REVENUE. | .10 | 49.00 |
| 06/30/20 | RPV | B110 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING AMENDMENTS TO SCHEDULES, REDACTIONS TO MONTHLY OPERATING REPORT, CALL WITH UCC COUNSEL AND RELATED MATTERS. | 1.00 | 490.00 |
| 06/30/20 | RPV | B110 | A106 | TELEPHONE CONVERSATIONS WITH MS ZERINGUE REGARDING VARIOUS MATTERS INCLUDING COMMUNICATIONS WITH APOSTOLIC NUNCIO AND THREATS OF UCC. | .80 | 392.00 |
| 06/30/20 | RPV | B110 | A108 | TELEPHONE CALLS FROM MR . DRAPER REGARDING AMENDMENTS TO SCHEDULES AND RELATED MATTERS. | .50 | 245.00 |
| 06/30/20 | RPV | B420 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING PLAN ISSUES. | 1.00 | 490.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 167
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 06/30/20 WGZ | B410 | A105 | CONFERENCE WITH ARCHDIOCESE COUNSEL REGARDING STRATEGY AND DEFENSES. | .50 | 150.00 |
| 06/30/20 JEB | B110 | A104 | ANALYSIS OF STRATEGY REGARDING COMMITTEE'S THREAT OF DISMISSING CASE AS BAD FAITH FILING. | .60 | 240.00 |
| 06/30/20 LFA | B110 | A105 | CORRESPONDENCES WITH MR, MINTZ REGARDING BAR DATE MOTION. | .40 | 160.00 |
| 06/30/20 LFA | B110 | A103 | REVISED BAR DATE MOTION AND EXHIBITS. | 2.50 | 1,000.00 |
| 06/30/20 LFA | B160 | A103 | REVIEWED JW INVOICES TO ASSIST IN PREPARING FEE STATEMENT. | 3.80 | 1,520.00 |
| 06/30/20 MAM | B110 | A101 | WORK ON REVISED SCHEDULES AND FINALIZE AND FILE THE SAME (6.4). FINALIZE AND FILE MOTION TO REDACT MONTHLY OPERATING REPORTS (2.9). CONFERENCE WITH CLIENT AND COMMITTEE REGARDING BAR DATE MOTION (.6). | 9.90 | 3,960.00 |
| 06/30/20 MMS | B210 | A104 | CONFER WITH S. ZERINGUE REGARDING CHANGE OF STATUS FORM. | .30 | 90.00 |
| 06/30/20 MMS | B210 | A104 | PERFORM RESEARCH REGARDING NOTIFICATION REQUIRED FOR UNEMPLOYMENT COMPENSATION. | .30 | 90.00 |
| 06/30/20 LHS | B410 | A103 | FINALIZE AND FILE AMENDED SOFA (0.5); FINALIZE AND FILE AMENDED SCHEDULES (0.6). | 1.10 | 275.00 |
| 06/30/20 LHS | B410 | A103 | PHONE CALL WITH MARK MINTZ TO DISCUSS ADDITIONAL REDACTIONS TO MONTHLY OPERATING REPORT (0.1); APPLY ADDITIONAL REDACTIONS TO MONTHLY OPERATING REPORT (2.8); COMMUNICATE WITH THE CLERK'S OFFICER REGARDING REDACTIONS (0.1); DRAFT MOTION TO REDACT | 5.10 | 1,275.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 168
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

|            |     |      |      |                                                                                                                                                                  |        |            |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|------------|
|            |     |      |      | (0.7); DRAFT PROPOSED ORDER TO REDACT (0.5); PREPARE AND FINALIZE SAME FOR FILING (0.9)                                                                           |        |            |
| 06/30/20   | LHS | B190 | A103 | SUMMARIZE CASE LAW REGARDING DISMISSAL OF A BANKRUPTCY CASE.                                                                                                      | 2.10   | 525.00     |
| 06/30/20   | SAO | B110 | A105 | CALL WITH MS. GUNDLACH REGARDING SUGGESTIONS OF BANKRUPTCY.                                                                                                       | .10    | 25.00      |
| 06/30/20   | SAO | B110 | A105 | CALL WITH MS. GUNDLACH REGARDING IMPLICATIONS OF GEORGE BRIGNAC'S DEATH ON SD DOE AND WG DOE NOTICES OF COMPLIANCE (0.1); EMAIL EXCHANGES WITH MS. GUNDLACH REGARDING THE SAME (0.4). | .50    | 125.00     |
| 06/30/20   | SAO | B310 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ TO DISCUSS VALUATION OF CLAIMS RESEARCH.                                                                                      | .20    | 50.00      |
| 06/30/20   | VWG | B110 | A103 | DRAFT SERVICE LETTERS FOR NOTICES OF BANKRUPTCY.                                                                                                                  | 1.00   | 300.00     |

                                        TOTALS          1,890.70     $703,435.00

**EXHIBIT D**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 169
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 887.20 | 338,459.00 | 887.20 | 338,459.00 |
| B120 | ASSET ANALYSIS/RECOVERY | 63.30 | 23,192.00 | 63.30 | 23,192.00 |
| B130 | ASSET DISPOSITION | 51.50 | 20,882.00 | 51.50 | 20,882.00 |
| B140 | RELIEF FROM STAY/PROTEC | 22.40 | 5,360.00 | 22.40 | 5,360.00 |
| B150 | MTGS/COMM. W/ CREDITORS | 6.60 | 2,919.00 | 6.60 | 2,919.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 61.10 | 19,192.00 | 61.10 | 19,192.00 |
| B170 | FEE/EMPLMT OBJECTIONS | .40 | 196.00 | .40 | 196.00 |
| B190 | OTHER CONTESTED MATTERS | 173.40 | 61,714.00 | 173.40 | 61,714.00 |
| | TOTAL ADMINISTRATION | 1,265.90 | 471,914.00 | 1,265.90 | 471,914.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | 110.90 | 51,457.00 | 110.90 | 51,457.00 |
| B220 | EMPLOYEE BENEFIT/PENSIO | 53.80 | 21,897.00 | 53.80 | 21,897.00 |
| B230 | FINANCING/CASH COLLECTI | 8.30 | 3,851.00 | 8.30 | 3,851.00 |
| B250 | REAL ESTATE | 2.00 | 800.00 | 2.00 | 800.00 |
| | TOTAL OPERATIONS | 175.00 | 78,005.00 | 175.00 | 78,005.00 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 128.40 | 45,525.00 | 128.40 | 45,525.00 |
| B320 | PLAN DISCLOSURE STMT | 71.70 | 32,582.00 | 71.70 | 32,582.00 |
| | TOTAL CLAIMS AND PLAN | 200.10 | 78,107.00 | 200.10 | 78,107.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 239.60 | 71,279.00 | 239.60 | 71,279.00 |
| B420 | RESTRUCTURING | 10.10 | 4,130.00 | 10.10 | 4,130.00 |
| | TOTAL BANKRUPTCY-RELATED ADVI | 249.70 | 75,409.00 | 249.70 | 75,409.00 |
| | TOTALS | 1,890.70 | 703,435.00 | 1,890.70 | 703,435.00 |

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 170
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 10.70 | 3,210.00 | 10.70 | 3,210.00 |
| ELIZABETH J FUTRELL | 490.00 | 233.90 | 114,611.00 | 233.90 | 114,611.00 |
| JOSEPH J LOWENTHAL | 300.00 | 37.10 | 11,130.00 | 37.10 | 11,130.00 |
| JEFFREY R. BARBER | 400.00 | .80 | 320.00 | .80 | 320.00 |
| JEFFERSON R. TILLERY | 300.00 | 4.20 | 1,260.00 | 4.20 | 1,260.00 |
| R PATRICK VANCE | 490.00 | 239.90 | 117,551.00 | 239.90 | 117,551.00 |
| SETH A. LEVINE | 400.00 | 9.10 | 3,640.00 | 9.10 | 3,640.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 126.00 | 37,800.00 | 126.00 | 37,800.00 |
| B. TREVOR WILSON, B.T. | 400.00 | 5.70 | 2,280.00 | 5.70 | 2,280.00 |
| JOSEPH E. BAIN | 400.00 | .60 | 240.00 | .60 | 240.00 |
| JEFFREY P. GOOD | 400.00 | 38.10 | 15,240.00 | 38.10 | 15,240.00 |
| LAURA F. ASHLEY | 400.00 | 206.70 | 82,680.00 | 206.70 | 82,680.00 |
| MARK A. MINTZ | 400.00 | 406.80 | 162,720.00 | 406.80 | 162,720.00 |
| MARY MARGARET SPELL | 300.00 | 15.00 | 4,500.00 | 15.00 | 4,500.00 |
| ALLISON KINGSMILL | 250.00 | 18.90 | 4,725.00 | 18.90 | 4,725.00 |
| GABRIELLE A. RAMIREZ | 250.00 | 14.80 | 3,700.00 | 14.80 | 3,700.00 |
| HEATHER K. TROSCLAIR | 250.00 | 3.50 | 875.00 | 3.50 | 875.00 |
| JACOB J. PRITT | 250.00 | 15.60 | 3,900.00 | 15.60 | 3,900.00 |
| LUCAS H. SELF | 250.00 | 193.90 | 48,475.00 | 193.90 | 48,475.00 |
| LESLIE LACOSTE | 250.00 | 9.80 | 2,450.00 | 9.80 | 2,450.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 103.80 | 25,950.00 | 103.80 | 25,950.00 |
| STACEY MOORE BUCHANAN | 250.00 | 4.70 | 1,175.00 | 4.70 | 1,175.00 |
| MADELEINE FISCHER | 300.00 | 101.00 | 30,300.00 | 101.00 | 30,300.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 72.20 | 21,660.00 | 72.20 | 21,660.00 |
| AARON D. WASHINGTON | 170.00 | 2.20 | 374.00 | 2.20 | 374.00 |
| CAMILLE T. BOURG, JR. | 170.00 | 5.20 | 884.00 | 5.20 | 884.00 |
| GEORGETTE M. SHAHIEN | 170.00 | 6.40 | 1,088.00 | 6.40 | 1,088.00 |
| LAW CLERKS, NO | 170.00 | 4.10 | 697.00 | 4.10 | 697.00 |
| TOTALS | | 1,890.70 | 703,435.00 | 1,890.70 | 703,435.00 |

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 171
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


COSTS INCURRED:


```
06/19/20 COPYING                                              34.00
05/01/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE       7.00
         # 2018-12393
05/13/20 COURT RECORD FEES - JEFFNET BILLING MAY 2020          9.75
05/17/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE       4.00
         # 2019-11169
05/17/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE       6.00
         # 2019-10040
05/18/20 COURT RECORD FEES - CDC BILLING MAY 2020 - CASE      12.00
         # 2019-08552
05/18/20 COURT RECORD FEES /PACER APRIL 2020                  97.20
06/15/20 COURT RECORD FEES /PACER PACER MAY 2020              38.20
06/15/20 COURT RECORD FEES /PACER PACER MAY 2020             221.00
06/15/20 COURT RECORD FEES - CDC BILLING JUNE 2020 -          17.00
         CASE # 2020-04343
06/28/20 COURT RECORD FEES - JEFFNET BILLING                  0.75
         6/26-7/14/20
06/10/20 COURT FEES - MARK A. MINTZ - FILING FEE -         1717.00
         LOUISIANA EASTERN BANKRUPTCY COURT - 05/01/20
06/10/20 COURT FEES - MARK A. MINTZ - FILING FEE -          181.00
         LOUISIANA EASTERN BANKRUPTCY COURT - 06/04/20
06/18/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 06/17/20 -
         NOTICE OF REMOVAL - TRACKING ID #ALAEDC-8360664
06/18/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 06/17/20 -
         NOTICE OF REMOVAL - TRACKING ID #ALAEDC-8360588
06/18/20 COURT FEES - VIRGINIA W GUNDLACH - FILING FEE -    400.00
         LOUISIANA EASTERN DISTRICT COURT - 06/17/20 -
         NOTICE OF REMOVAL - TRACKING ID #ALAEDC-8360523
05/27/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT    577.15
         HEARING - 05/04 - 05/05/20
05/29/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT     45.90
         OF HEARING - 05/20/20
06/24/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT    127.50
         OF HEARING - 06/18/20
06/26/20 LITIGATION SUPPORT - RVM ENTERPRISE, INC. -         50.00
         FORENSICS
05/04/20 FILING FEES - CDC BILLING MAY 2020 - CASE #         14.00
         2018-12393
06/17/20 FILING FEES - CDC BILLING JUNE 16-25, 2020 -        18.00
         CASE # 2020-04477
06/17/20 FILING FEES - CDC BILLING JUNE 16-25, 2020 -        10.00
         CASE # 2020-04481
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 172
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01

```
06/17/20 FILING FEES - JEFFNET BILLING - 6/4-6/18/20        0.75
06/18/20 FILING FEES - JEFFNET BILLING - 6/4-6/18/20       33.00
05/04/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION    11.62
         ORIGINATED BY MARK A. MINTZ
05/07/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     4.68
         ORIGINATED BY MARK A. MINTZ
05/07/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     7.70
         ORIGINATED BY MARK A. MINTZ
05/13/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     2.91
         ORIGINATED BY ELIZABETH JONES FUTRELL
05/15/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     5.39
         ORIGINATED BY MARK A. MINTZ
05/19/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     8.38
         ORIGINATED BY MARK A. MINTZ
05/27/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     8.59
         ORIGINATED BY MARK A. MINTZ
06/01/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION    36.53
         ORIGINATED BY MARK A. MINTZ
06/08/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     8.78
         ORIGINATED BY MARK A. MINTZ
06/08/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     8.26
         ORIGINATED BY MARK A. MINTZ
06/26/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     2.40
         ORIGINATED BY MARK A. MINTZ
05/03/20 LEXIS LEGAL RESEARCH - SELF, LUCAS                73.65
05/07/20 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE         59.40
05/07/20 LEXIS LEGAL RESEARCH - SELF, LUCAS               340.95
05/07/20 LEXIS LEGAL RESEARCH - SELF, LUCAS               423.75
05/13/20 LEXIS LEGAL RESEARCH - BUCHANAN, STACEY          220.80
05/13/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH         89.10
05/13/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH         14.85
05/13/20 LEXIS LEGAL RESEARCH - SELF, LUCAS               475.20
05/18/20 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE        321.90
05/18/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH        246.45
05/18/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA        29.85
05/18/20 LEXIS LEGAL RESEARCH - SELF, LUCAS               184.95
05/25/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH        258.60
05/25/20 LEXIS LEGAL RESEARCH - LACOSTE, LESLIE            89.10
05/28/20 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE         14.85
05/28/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH        155.85
05/28/20 LEXIS LEGAL RESEARCH - LACOSTE, LESLIE            59.40
05/28/20 LEXIS LEGAL RESEARCH - SELF, LUCAS               694.35
06/04/20 LEXIS LEGAL RESEARCH - ASHLEY, LAURA              29.70
06/04/20 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE         44.55
06/04/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH        215.55
06/04/20 LEXIS LEGAL RESEARCH - SELF, LUCAS               310.05
06/11/20 LEXIS LEGAL RESEARCH - ASHLEY, LAURA              29.70
06/11/20 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE         14.85
06/11/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH         14.85
06/11/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA       277.95
```

EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 173
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


06/11/20 LEXIS LEGAL RESEARCH - SELF, LUCAS                 608.55
06/28/20 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE          103.95
06/28/20 LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH         1396.95
06/28/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA         163.35
06/28/20 LEXIS LEGAL RESEARCH - RAMIREZ, GABRIELLE          468.30
06/28/20 LEXIS LEGAL RESEARCH - SELF, LUCAS                 436.80
05/05/20 DELIVERY SERVICES - FEDEX SENT BY TAMMY HAMRIC,     25.42
         TO CLERK OF COURT CIVIL DISTRICT COURT

                              TOTAL COSTS:          $12,419.96

                   COST SUMMARY

    E101   COPYING                          34.00
    E105   LONG DISTANCE                    105.24
    E106   COMPUTER LEGAL RESEARCH        7,868.10
    E107   DELIVERY SERVICES                25.42
    E112   COURT FEES                     3,586.65
    E116   TRIAL TRANSCRIPTS               750.55
    E118   LITIGATION SUPPORT               50.00
                                    --------------
       TOTAL DISBURSEMENTS          $12,419.96


                   TOTAL FEES AND COSTS:    $715,854.96

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 174
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



           * * *    R E M I T T A N C E   C O P Y   * * *


                  TOTAL FEES:                    $703,435.00

                  TOTAL COSTS:                    $12,419.96

                  LESS CREDITS:                        $0.00
                                                 ------------
              TOTAL CURRENT FEES AND COSTS DUE   $715,854.96

                  TOTAL PRIOR INVOICES DUE:           $0.00
                                                 -----------


                  TOTAL AMOUNT DUE:              $715,854.96
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
              201 St. Charles Ave. - 50th Floor
              New Orleans, Louisiana 70170-5100


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM
```



EXHIBIT D

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 175
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
              WASHINGTON, DC (CAPITOL HILL) (202)203-1000
               WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


      ****************************************************************

**EXHIBIT D**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 176
AUGUST 26, 2020
INVOICE NO.: 1042790
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $703,435.00

                    TOTAL COSTS:                    $12,419.96

                    LESS CREDITS:                        $0.00
                                                   ------------
               TOTAL CURRENT FEES AND COSTS DUE    $715,854.96

                    TOTAL PRIOR INVOICES DUE:           $0.00
                                                   -----------

                    TOTAL AMOUNT DUE:              $715,854.96
                                                   ============
```



**EXHIBIT D**

OPERATING ✓

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advices** | May 27, 2020 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $577.15 |
|---|---|---|
| **Janice Russel Transcripts**<br>**1418 Red Fox Circle**<br>**Severance, CO   80550** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Hearing - May 4-5, 2020 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $577.15 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- ✓ TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**


**EXHIBIT D**

## JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE          5/22/2020

INVOICE NO.   **20-97**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  **DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church for the   Archdiocese of New Orleans USBC, ED-NO, Case No. 20-10846 | | |
| Transcript of hearing held on 5/4/20 | 108 | 523.80 |
| Transcript of hearing held on 5/5/20 | 11 | 53.35 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $577.15 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                                              5/22/2020

_____DATE_____

**EXHIBIT D**

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Roman Catholic Church, Archdiocese of New Orleans** | May 29, 2020 |
| FILE NO. | 176960-01 | **Post Petition Reorganization Advices** | |

| PAYABLE TO: | AMOUNT | $45.90 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 Red Fox Circle**<br>**Severance, CO 80550** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of May 20, 2020 Hearing | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $45.90 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



EXHIBIT D

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        5/29/2020

INVOICE NO.  **20-101-1**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

**TERMS:  DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church for the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Copy of transcript of hearing held on 5/20/20 | 51 | 45.90 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $45.90 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell* _____ DATE 5/29/2020 _____



**EXHIBIT D**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Advices | June 10, 2020 |

| PAYABLE TO: | AMOUNT | $1,717.00 |
|---|---|---|
| Mark A. Mintz | MAIL CHECK | |
| | RETURN CHECK TO Hazel - Ext. 8231 | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| Reimbursement of Filing Fee | Mark A. Mintz |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 6671 | | | $1,717.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☑ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

## RECEIVED

JUN 10 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

## Stewart, Hazel

| | |
|---|---|
| **From:** | Mintz, Mark |
| **Sent:** | Thursday, June 4, 2020 9:32 PM |
| **To:** | Stewart, Hazel |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN BANKRUPTCY COURT |

I need this one submitted for reimbursement

Mark A. Mintz  |  Partner
Jones Walker LLP
D: 504.582.8368
mmintz@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Friday, May 1, 2020 2:35 AM
To: Mintz, Mark <mmintz@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN BANKRUPTCY COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Robert Seuzeneau at (504) 589-7861.

Account Number: 4442214
Court: LOUISIANA EASTERN BANKRUPTCY COURT
Amount: $1,717.00
Tracking Id: A7029402
Approval Code: 164002
Card Number: ***********3024
Date/Time: 05/01/2020 03:35:27 ET

NOTE: This is an automated message. Please do not reply

1

**EXHIBIT D**

OPERATING ✓
TRUST
BARONNE TITLE
BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Advices | June 10, 2020 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $181.00 |
|---|---|---|
| Mark A. Mintz | MAIL CHECK | |
| | RETURN CHECK TO Hazel - Ext. 8231 | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| Reimbursement of Filing Fee | Mark A. Mintz |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 6671 | | | $181.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✓ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

## RECEIVED

JUN 10 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Stewart, Hazel**

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Thursday, June 4, 2020 9:31 PM |
| To: | Stewart, Hazel |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN BANKRUPTCY COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Robert Seuzeneau at (504) 589-7861.

Account Number: 4442214
Court: LOUISIANA EASTERN BANKRUPTCY COURT
Amount: $181.00
Tracking Id: A7062965
Approval Code: 111586
Card Number: ************3024
Date/Time: 06/04/2020 10:31:12 ET

NOTE: This is an automated message. Please do not reply

EXHIBIT D

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Library |
| **Sent:** | Tuesday, June 16, 2020 6:14 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | FW: [EXTERNAL] Clerk's Office Remote Access   Printing 6/15/20 17 pages charged to 17696001 |

## Charge to 17696001

**Twila Stevenson**   Library Administrative Assistant
Jones Walker LLP
D. 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, June 15, 2020 11:28 AM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 6/15/2020 11:27:54 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-04343 |
| Case Number | 2020-04343 |
| Case Title | ROE, CHUCK versus CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS |
| Pleading Type | Petition for Damages |
| Copy Type | Uncertified |
| Pages | 1-17 at $1.00 per page |
| Total Cost | $17.00 |
| Account Balance | $3,273.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1



**EXHIBIT D**

176940-01

## REQUEST FOR CHECK DISBURSEMENT

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Client: RCCANO | June 18, 2020 |
| FILE NO. | 177940-01 | File Title: W.G. DOE v RCCANO | |

PAYABLE TO:

**VIRGINIA GUNDLACH**

AMOUNT $400.00

MAIL CHECK

**RETURN CHECK TO**
Ginger Gundlach ✓

PAYMENT FOR:
Filing Fees - Notice of Removal
USDC-LAED Tracking #ALAEDC-8360664

NAME
Ginger Gundlach

SIGNATURE
*Ginger Gundlach*

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 6 4 0 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✓] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

JUN 18 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | Oppenheim, Samantha |
| **Sent:** | Wednesday, June 17, 2020 3:49 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

W.G. Doe

Samantha A. Oppenheim  |  Associate
Jones Walker LLP
D: 504.582.8641
soppenheim@joneswalker.com


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, June 17, 2020 3:49 PM
To: Oppenheim, Samantha <soppenheim@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to
cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8360664
Approval Code: 05557D
Card Number: ***********9733
Date/Time: 06/17/2020 04:48:51 ET


NOTE: This is an automated message. Please do not reply

**EXHIBIT D**

176960-01

□ OPERATING

□ TRUST

□ BARONNE TITLE

□ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|---|
| FILE NO. | 177040-01 | Client: RCCANO<br>File Title: J.L. DOE v RCCANO | | June 18, 2020 |

| PAYABLE TO: | AMOUNT | $400.00 |
|---|---|---|
| **VIRGINIA GUNDLACH** | MAIL CHECK | |
| | RETURN CHECK TO<br>Ginger Gundlach | ✓ |

| PAYMENT FOR:<br>Filing Fees - Notice of Removal<br>USDC-LAED Tracking #ALAEDC-8360588 | NAME<br>Ginger Gundlach |
|---|---|
| | SIGNATURE<br>*Ginger Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9640 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- □ TRUST CHECK
- □ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- □ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- □ ARBITRATORS/MEDIATORS - E121
- ✓ COURT FEES - E112
- □ DELIVERY SERVICES/MESSENGERS - E107
- □ DEPOSITION TRANSCRIPTS - E115
- □ EXPERTS - E119

- □ LOCAL COUNSEL - E122
- □ MEALS - E111
- □ OTHER PROFESSIONALS - E123
- □ OUTSIDE PRINTING - E102
- □ PRIVATE INVESTIGATORS - E120
- □ SUBPOENA FEES - E113
- □ TRIAL EXHIBITS - E117
- □ TRIAL TRANSCRIPTS - E116
- □ WITNESS FEES - E114

## RECEIVED

JUN 18 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | Oppenheim, Samantha |
| **Sent:** | Wednesday, June 17, 2020 3:34 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

J.L. Doe

Samantha A. Oppenheim | Associate
Jones Walker LLP
D: 504.582.8641
soppenheim@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, June 17, 2020 3:32 PM
To: Oppenheim, Samantha <soppenheim@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8360588
Approval Code: 06251D
Card Number: ************9733
Date/Time: 06/17/2020 04:32:08 ET

NOTE: This is an automated message. Please do not reply

1

**EXHIBIT D**

*17696001*

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Client: RCCANO** | **June 18, 2020** |
| FILE NO. | ~~177940-04~~ | **File Title: S.D. DOE v RCCANO** | |

| PAYABLE TO: | AMOUNT | $400.00 |
|---|---|---|
| **VIRGINIA GUNDLACH** | MAIL CHECK | |
| | **RETURN CHECK TO.** Ginger Gundlach | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fees - Notice of Removal | Ginger Gundlach |
| USDC-LAED Tracking #ALAEDC-8360523 | SIGNATURE *Ginger Gundlach* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9640 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☑ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

### RECEIVED

JUN 18 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**

**Gundlach, Ginger**

| | |
|---|---|
| **From:** | Oppenheim, Samantha |
| **Sent:** | Wednesday, June 17, 2020 3:14 PM |
| **To:** | Gundlach, Ginger |
| **Subject:** | FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

S.D. Doe

Samantha A. Oppenheim  |  Associate
Jones Walker LLP
D: 504.582.8641
soppenheim@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, June 17, 2020 3:13 PM
To: Oppenheim, Samantha <soppenheim@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8360523
Approval Code: 09422D
Card Number: ************9733
Date/Time: 06/17/2020 04:13:13 ET

NOTE: This is an automated message. Please do not reply

1

**EXHIBIT D**

OPERATING ✓
TRUST
BARONNE TITLE
BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | **June 24, 2020** |
| FILE NO. | 176960-01 | | |

PAYABLE TO:

**JANICE RUSSELL TRANSCRIPTS**
**1418 RED FOX CIRCLE**
**SEVERANCE, CO  80550**

AMOUNT          **$127.50**

MAIL CHECK ✓

**RETURN CHECK TO**

PAYMENT FOR:
Transcript of Hearing held June 18, 2020

NAME
**Mark A. Mintz**

SIGNATURE

---

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | N/B | **$127.50** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

✓ TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT D**

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com
Tax No. 436686971

**INVOICE**

DATE          6/23/2020

INVOICE NO.   **20-113**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 49th Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church for the   Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846  Transcript of hearing held on 6/18/20 | 30 | 127.50 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $127.50 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial
Conference of the United States.

_Janice Russell_                                    DATE 6/23/2020

EXHIBIT D

| 06/12/2020 | 6336013 | 24th Civil Deposit D1 BAR:031302 CSE:807334 RECEIPT:206123497 | -$400.00 | 17816200 |

| | Civil Deposit | | -$400.00 | |

| | | NA Total | -$800.00 | |

**Reference: NONE**

| Date | Receipt | | | Amount | |
|---|---|---|---|---|---|
| 06/09/2020 | 6331920 | 24th Civil Deposit D1 BAR:031302 CSE:807180 RECEIPT:20691135 | | -$400.00 | credit applied |

| | Civil Deposit | | -$400.00 | |

| | | NONE Total | -$400.00 | |

**Reference: NONE**

| Date | Receipt | | | Amount | |
|---|---|---|---|---|---|
| 06/10/2020 | 6333958 | 24th Civil Deposit P1 BAR:037834 CSE:806079 RECEIPT:206107174 | | -$26.00 | 16468100 |

| | Civil Deposit | | -$26.00 | |

| 06/18/2020 | 6342197 | 24th Civil Deposit D3 BAR:018516 CSE:807155 RECEIPT:206189072 | -$33.00 | 17696001 |

| | Civil Deposit | | -$33.00 | |

| | | NONE Total | -$59.00 | |

| | Total All Transactions | $2,771.40 |

-$300.00
-$90.00

New total of all transactions for 6-4-20 - 2-18-20

$3,161.40



**EXHIBIT D**

| 06/04/2020 | 6328280 | ECert Copy WALKER01 CASE;806079 P1 bFILE PETITIONb:; | -$12.50 |
| | ECERTIFIED COPIES (CIVIL) | -$12.50 | |
| | | 164020000 Total | -$12.50 |

Reference: 1642000

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/04/2020 | 6328298 | ECert Copy WALKER01 CASE;806079 P1 bFI; F FXHIBIT b:C QUOTE; | -$5.75 |
| | ECERTIFIED COPIES (CIVIL) | -$5.75 | |
| | | 1642000 Total | -$5.75 |

Reference: 17551400

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/04/2020 | 6328296 | IMAGE PRINT WALKER02 CASE;796660 P2 bINCOMING E-FILEb:E-FILE DOCUMENT | -$1.50 |
| | CIVIL IMAGE COPY 24TH | -$1.50 | |
| | | 17551400 Total | -$1.50 |

Reference: 17696001

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/17/2020 | 6341507 | IMAGE PRINT WALKER01 CASE;807155 P1 bCIVIL CASE COVER SHEET - LA RS 13: | -$0.75 |
| | CIVIL IMAGE COPY 24TH | -$0.75 | |
| | | 17696001 Total | -$0.75 |

Reference: 17698600

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/18/2020 | 6343526 | IMAGE PRINT WALKER02 CASE;802883 D1 INCOMING E-FILEb:E-FILE DOCUMENT | -$6.75 |
| | CIVIL IMAGE COPY 24TH | -$6.75 | |
| | | 17698600 Total | -$6.75 |

Reference: 17751400

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/10/2020 | 6333732 | IMAGE PRINT WALKER02 CASE;785016 P1 bFILE MOTION WO DATEb:NON-SHARING P (24Civil) | -$4.50 |
| | CIVIL IMAGE COPY 24TH | -$4.50 | |
| 06/10/2020 | 6333741 | IMAGE PRINT WALKER02 CASE;785016 P1 bFILE MOTION WO DATEb:AMENDED NONSH (24Civil) | -$3.75 |
| | CIVIL IMAGE COPY 24TH | -$3.75 | |



**EXHIBIT D**

- [ ] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 09000 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **WEGMANN CLIENT PENDING** | **June 26, 2020** |
| FILE NO. | 017819-00 | | |

| PAYABLE TO: | | AMOUNT |
|---|---|---|
| **RVM ENTERPRISES INC.** | | **$50.00** |
| | MAIL CHECK | ✓ |
| | RETURN CHECK TO | |

| PAYMENT FOR: | NAME |
|---|---|
| INVOICE NO. CINV33641 | **EDWARD D. WEGMANN** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 6 6 9 3 | | | $50.00 |

FORM A-8 (REV. 03/11)

OK AB

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

JUN 26 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT D**



**RVM Enterprises, Inc.**
525 Washington Blvd.
Suite 910
Jersey City, NJ 07310
United States

Voice: 212-693-1525
Email: accounts.receivable@rvminc.com

# INVOICE

INVOICE NUMBER: CINV33641
Date: 05/31/2020

Bill To:
Jones Walker LLP
Dirk Weggman
201 St. Charles Avenue
New Orleans, LA 70170
USA

| PROJECT NAME | MATTER NUMBER | PAYMENT TERMS |
|---|---|---|
| JWA2019002 - Mobile Kits | | Net 30 |
| SALES REP | | DUE DATE |
| Dean Felicetti | | 06/30/2020 |
| PROJECT MANAGER | CONTENTS | REQUESTOR |
| | May Services | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Forensics <br> ---------------------------- | | |
| 1.00 | Online data storage size: up to 50GB | 50.00 | 50.00 |

| | |
|---|---|
| SUBTOTAL | $50.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| TOTAL | $50.00 |

REMIT PAYMENT TO RVM ENTERPRISES INC.
FEDERAL TAX ID: # 22-3056525

WIRE/ACH PAYMENTS TO:
BANK OF AMERICA
SWIFT CODE: BOFAUS3N
WIRE ABA / ROUTING: 026009593
ACH ABA: 021000322
ACCOUNT # 4830 3909 9515

1 of 1


EXHIBIT D

| 07/01/2020 | 6358372 | IMAGE PRINT WALKER02 CASE:795850 P1 bFILE | -$0.75 |
| | | EXHIBIT b:A PICTURE OF CEILIN | |
| CIVIL IMAGE COPY 24TH | | | -$0.75 |

| 07/01/2020 | 6358374 | IMAGE PRINT WALKER02 CASE:795850 P1 bFILE | -$13.50 |
| | | EXHIBIT b:B DEPOSITION OF MAR | |
| CIVIL IMAGE COPY 24TH | | | -$13.50 |

| | | **174208-00  Total** | **-$18.75** |

**Reference: 17420800**

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 07/01/2020 | 6359116 | IMAGE PRINT WALKER02 CASE:795850 D1 bISSUE | -$1.50 |
| | | NOTICE OF TRIAL b | |
| CIVIL IMAGE COPY 24TH | | | -$1.50 |

| | | **17420800  Total** | **-$1.50** |

**Reference: 17696001**

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/28/2020 | 6353253 | IMAGE PRINT WALKER01 CASE:807155 P1 | -$0.75 |
| | | bRETURNb:SHERIFF JEFFERSON PARISH - | |
| CIVIL IMAGE COPY 24TH | | | -$0.75 |

| | | **17696001  Total** | **-$0.75** |

**Reference: 177514-00**

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 07/08/2020 | 6366593 | IMAGE PRINT WALKER01 CASE:785016 D2 bFILE | -$51.00 |
| | | ANSWER ANDb:EXCEPTIONSANSWERA | |
| CIVIL IMAGE COPY 24TH | | | -$51.00 |

| | | **177514-00  Total** | **-$51.00** |

**Reference: 17844400**

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/30/2020 | 6355375 | 24th Civil EFILE Deposit P1 BAR:024777 CSE:807829 | -$400.00 |
| | | RECEIPT:206305149 | |
| Civil Deposit | | | -$400.00 |

| | | **17844400  Total** | **-$400.00** |

**Reference: NONE**

| Date | Receipt | | Amount |
| --- | --- | --- | --- |
| 06/29/2020 | 6353599 | 24th Civil Deposit D1 BAR:031302 CSE:753341 | -$70.00 |
| | | RECEIPT:206290418 | |
| Civil Deposit | | | -$70.00 |

| | | **NONE  Total** | **-$70.00** |



## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **In re:** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| **Debtor.** [1] | Chapter 11 |

### SECOND STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD JULY 1, THROUGH AUGUST 31, 2020

| **Name of Applicant:** | **Jones Walker LLP** |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2020 through August 31, 2020 |
| Amount of Compensation Requested: | $998,340.50 |
| Net of 20% Holdback: | $798,672.40 |
| Amount of Expenses Requested: | $43,347.95 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $842,020.35 |

This is an: X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.


EXHIBIT E

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 170] (the "Retention Order"), and the Chapter 11 Complex Case Order*, section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("Jones Walker") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from July 1, 2020 through August 31, 2020 (the "Fee Period"). By this Second Statement, Jones Walker seeks payment in the amount of $842,020.35, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Jones Walker is handling this Chapter 11 Bankruptcy Proceeding and approximately 32 other proceedings on behalf of the Debtor (the "Litigation Matters"). As such, attached as **Exhibit A** is a summary of the Litigation Matters which includes a breakdown by matter of the following:

**EXHIBIT E**

a. summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, (d) amount of fees earned by each Jones Walker professional, and (e) year of bar admission for each attorney;

b. a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c. a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2. Attached as **Exhibit B** is a summary of this chapter 11 bankruptcy proceeding (the "Chapter 11 Bankruptcy Proceeding") which includes a breakdown of the following:

a. summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, (d) amount of fees earned by each Jones Walker professional, and (e) year of bar admission for each attorney;

b. a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c. a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.



3.    Finally, attached hereto as **Exhibit C** are the itemized time records of Jones Walker professionals for the Litigation Matters for the Fee Period and summary materials related thereto. Attached as **Exhibit D** are the itemized time records of Jones Walker professionals for this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibits C and D also includes a summary of the services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

**NOTICE**

4.    Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) counsel for the Unsecured Creditors' Committee; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

5.    Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

6.    To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the

**EXHIBIT E**

extent such an objection is not resolved, it shall be preserved and scheduled for consideration at

the next interim fee application hearing.

Dated:  New Orleans, Louisiana
        October 23, 2020

Respectfully submitted,

 */s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**


EXHIBIT E

# EXHIBIT A


EXHIBIT E

## 1. J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL
### FILE NUMBER: 174906-01

### Compensation by Professional Person for the Hourly Services
### for the Period from July 1, 2020 through August 31, 2020

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward D Wegmann | Partner | 300.00 | 7.50 | 2,250.50 |
| Joseph J. Lowenthal | Partner | 300.00 | .50 | 150.00 |
| Wayne G. Zeringue, Jr. | Partner | 0.00 | 0.00 | 0.00 |
| Laura F. Ashley | Partner | 0.00 | 0.00 | 0.00 |
| Allison Kingsmill | Associate | 250.00 | 5.50 | 1,375.00 |
| Samantha A. Oppenheim | Associate | 0.00 | 0.00 | 0.00 |
| Virginia W. Gundlach | Partner | 0.00 | 0.00 | 0.00 |
| Camille T. Bourg, Jr. | Paralegal | 0.00 | 0.00 | 0.00 |
| Scott M. Sigl | Paralegal | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | | **13.50** | **$3,775.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| B160 | Fee/Emplmt Applications | 0.00 | 0.00 |
| B110 | Case Administration | 8.00 | 2,400.00 |
| B190 | Other Contested Matters | 5.50 | 1,375.00 |
| | **Total Administration** | 13.50 | 3,775.00 |
| | | | |
| | **Claims and Plan** | | |
| B310 | Claims/Admn/Objections | 0.00 | 0.00 |
| | **Total Claims and Plan** | 0.00 | 0.00 |
| | | | |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advice | 0.00 | 0.00 |
| | **Total Bankruptcy-Related Advice** | 0.00 | 0.00 |
| L430 | | 0.00 | 0.00 |
| | **Total** | 0.00 | 0.00 |
| | **TOTAL** | **13.50** | **3,775.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| E106 | Computer Research | 0.00 |
| E112 | Court Fees | 0.00 |
| | **TOTAL** | **0.00** |

### TOTAL FEES AND COSTS:  $3,775.00

{N4103889.1}

**EXHIBIT E**

**2. JAMES DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.
FILE NO.: 174933-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from July 1, 2020 through August 31, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D. Wegmann | Partner | 300.00 | 38.00 | 11,400.00 |
| Joseph J. Lowenthal | Partner | 300.00 | 6.40 | 1,920.00 |
| R. Patrick Vance | Partner | 300.00 | 7.50 | 2,250.00 |
| Wayne G. Zeringue | Partner | 300.00 | 49.00 | 14,700.00 |
| Allison Kingsmill | Associate | 0.0 | .00 | .00 |
| Samantha A. Oppenheim | Associate | 250.00 | 71.70 | 17,925.00 |
| Madeleine Fischer | Special Counsel | 300.00 | 28.00 | 8,400.00 |
| Virginia W. Gundlach | Partner | 300.00 | .00 | .00 |
| Camille T. Bourg, Jr. | Paralegal | 155.00 | .00 | .00 |
| Scott M. Sigl | Paralegal | 155.00 | 5.50 | 852.50 |
| **TOTAL** | | | **206.10** | **57,447.50** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 60.50 | 16,712.50 |
| **B190** | Other Contested Matters | 96.10 | 25,885.00 |
| | **Total Administration** | 156.60 | 42,5907.50 |
| | | | |
| | **Claims and Plan** | | |
| **B310** | Claims/Adm/Objections | .50 | 150.00 |
| | **Total Claims and Plan** | .50 | 150.00 |
| | | | |
| | **Bankruptcy-Related Advice** | | |
| **B410** | General Bankruptcy advice | 49.00 | 14,700.00 |
| | **Total Bankruptcy-Related Advice** | 49.00 | 14,700.00 |
| | **TOTAL** | **206.10** | **57,447.50** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E106** | Computer Legal Research | 148.50 |
| **E112** | Court Fees | 5.70 |
| | **TOTAL** | **$154.20** |

**TOTAL FEES AND COSTS: $57,601.70**



### 3. EMPLOYMENT ISSUES RELATED TO COVID-19
### FILE NO. 177433-01

**Compensation by Professional Person for the Hourly Services**
**for the Period from July 1, 2020 through August 31, 2020**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| H. Mark Adams | Partner | 300.00 | 12.20 | 3,660.00 |
| Mary Margaret Spell | Partner | 300.00 | .40 | 120.00 |
| Jacob J. Pritt | Associate | 300.00 | 1.20 | 360.00 |
| **TOTAL** | | | 13.80 | 4,140.00 |

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Administration | | |
| B110 | Case Administration | .00 | .00 |
| | **Total Administration** | **.00** | **.00** |
| | | | |
| . | Operations | | |
| B210 | Business Operations | 13.80 | 4,140.00 |
| | **Total Operations** | **13.80** | **4,140.00** |
| | | | |
| | **TOTAL** | **13.80** | **4,140.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| | **TOTAL** | **$0.00** |

**TOTAL FEES AND COSTS: $4,140.00**



EXHIBIT E

**EXHIBIT B**



**4. ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS POST PETITION ADVICES
FILE NUMBER: 176960-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from July 1, 2020 through August 31, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 309.40 | 92,820.00 |
| Elizabeth J. Futrell | Partner | 490.00 | 297.00 | 145,530.00 |
| Joseph J. Lowenthal | Partner | 300.00 | 101.30 | 30,390.00 |
| Jefferson R. Tillery | Partner | 300.00 | 45.20 | 13,560.00 |
| R. Patrick Vance | Partner | 490.00 | 210.20 | 102,998.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 167.30 | 50,190.00 |
| Mark A. Mintz | Partner | 400.00 | 449.10 | 179,640.00 |
| Laura F. Ashley | Partner | 400.00 | 232.70 | 93,080.00 |
| Mary Margaret Spell | Partner | 300.00 | 14.20 | 4,260.00 |
| Allison Kingsmill | Associate | 250.00 | 206.40 | 51,600.00 |
| Lucas H. Self | Associate | 250.00 | 331.00 | 82,750.00 |
| Leslie LaCoste | Associate | 250.00 | 47.20 | 11,800.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 171.60 | 42,900.00 |
| Madeleine Fischer | Partner | 300.00 | 71.60 | 21,480.00 |
| Virginia W. Gundlach | Partner | 300.00 | 15.70 | 4,710.00 |
| Georgette M. Shahien. | Paralegal | 170.00 | 31.00 | 5,270.00 |
| **TOTAL** | | | **2,700.90** | **932,978.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Administration | | |
| **B100** | Case Administration | 881.30 | 330,426.00 |
| **B120** | Asset Analysis/Recovery | 5.90 | 2,180.00 |
| **B130** | Asset Disposition | 5.60 | 2,744.00 |
| **B140** | Relief from Stay/Protec | 29.40 | 8,700.00 |
| **B150** | Mtgs/Comm. w/Creditors | .00 | .00 |
| **B160** | Fee/Emplmt Applications | 95.70 | 34,730.00 |
| **B170** | Fee/Emplmt Objections | .50 | 173.00 |
| **B190** | Other Contested Matters | 1,028.00 | 346,299.00 |
| | **Total Administration** | **2,046.40** | **725,252.00** |
| | **Operations** | | |
| **B210** | Business Operations | 84.30 | 36,574.00 |
| **B220** | Employee Benefit/Pension | .00 | .00 |
| **B230** | Financing/Cash Collections | .60 | 294.00 |
| **B250** | Real Estate | 10.80 | 2,700.00 |
| | **Total Operations** | **95.90** | **39,568.00** |

{N4107214.1}



**EXHIBIT E**

|       | Claims and Plan                  |          |            |
|-------|----------------------------------|----------|------------|
| B310  | Claims/Admn/Objections           | 260.60   | 77,342.00  |
| B320  | Plan Disclosure Statement        | 42.50    | 17,746.00  |
|       | **Total Claims and Plan**        | **303.10** | **95,088.00** |
|       | **Bankruptcy-Related Advice**    |          |            |
| B410  | General Bankruptcy Advice        | 254.50   | 72,580.00  |
| B420  | Restructuring                    | 1.00     | 490.00     |
|       | **Total Bankruptcy-Related Advice** | **255.50** | **73,070.00** |
|       | **TOTALS**                       | **2,700.90** | **932,978.00** |

### Disbursement Summary

| Code  | Expenses (by Category)   | Amount       |
|-------|--------------------------|--------------|
| E105  | Long Distance            | 105.54       |
| E106  | Computer Research        | 5,237.25     |
| E112  | Court Fees               | 1,745.10     |
| E115  | Deposition Transcripts   | 5,617.83     |
| E116  | Trial Transcripts        | 518.50       |
| E118  | Litigation Support       | 1,443.53     |
| E124  | Other                    | 28,526.00    |
|       | **TOTAL**                | **$43,193.75** |

**TOTAL FEES AND COSTS: $976,171.75**

{N4107214.1}

**EXHIBIT E**

# EXHIBIT C


EXHIBIT E

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF  OCTOBER 16, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1049494
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
             INDEMNITY, INC., ET AL

             FILE NO. 174906-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 07/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED DOCUMENTS PRODUCED BY DRA/SOP. | .20 | 60.00 |
| 07/02/20 | JJL | B110 | A104 | CORRESPONDENCE FROM IAN GUN WITH MEDICAL RECORDS. | .50 | 150.00 |
| 07/03/20 | EDW | B110 | A104 | COMMUNICATIONS WITH MR. GISLESON AND MR. PAULSEN REGARDING SPECIAL MASTER FEES. | .30 | 90.00 |
| 07/14/20 | EDW | B110 | A104 | REVIEWED JW DOE MOTION TO REMAND. | .80 | 240.00 |
| 07/15/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION FOR CONTEMPT. | .50 | 150.00 |
| 07/15/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING VIOLATION OF PROTECTIVE ORDER AND POSSIBLE SANCTIONS. | .80 | 240.00 |
| 07/15/20 | EDW | B110 | A104 | REVIEWED PLEADINGS REGARDING HISTORY AND PROTECTIVE ORDER AND DOCUMENTS UNDER SEAL. | .80 | 240.00 |
| 07/15/20 | EDW | B110 | A104 | REVIEWED HISTORY REGARDING MOTION TO DE-CLASSIFY. | .50 | 150.00 |



EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


07/15/20 AK    B190  A103  WORKED ON MOTION FOR             1.80        450.00
                          SANCTIONS AND CONTEMPT.

07/15/20 AK    B190  A102  RESEARCHED CASES REGARDING        .60        150.00
                          VIOLATION OF PROTECTIVE ORDER.

07/15/20 AK    B190  A102  RESEARCHED CASES REGARDING        .90        225.00
                          MOTION FOR CONTEMPT.

07/16/20 EDW   B110  A104  REVIEWED ISSUES REGARDING         .80        240.00
                          CONTEMPT OF COURT AND
                          VIOLATION OF PROTECTIVE ORDER.

07/16/20 EDW   B110  A105  COMMUNICATIONS WITH CLIENT        .20         60.00
                          REGARDING CONTEMPT OF COURT.

07/16/20 AK    B190  A103  WORKED ON MOTION FOR             2.20        550.00
                          SANCTIONS AND CONTEMPT.

07/18/20 EDW   B110  A104  REVIEWED MOTION TO REMAND AND    2.00        600.00
                          REVIEWED AND REVISED
                          OPPOSITION TO MOTION TO
                          REMAND.

07/20/20 EDW   B110  A108  RECEIVED AND REVIEWED             .30         90.00
                          ELECTRONIC MEMO FROM SPECIAL
                          MASTER REGARDING FEE PAYMENT
                          ISSUE AND REVIEWED PAYMENT
                          OPTIONS AS A RESULT OF
                          BANKRUPTCY.

07/20/20 EDW   B110  A107  COMMUNICATIONS WITH MR.           .30         90.00
                          GISLESON REGARDING PAYMENT OF
                          SPECIAL MASTER FEES.

                                                        --------    -----------
                               TOTALS                      13.50     $3,775.00
                                                        ========    ===========

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


                          ------THIS BILL-------   --CUMULATIVE TOTALS---
TASK CODE SUMMARY            HOURS        FEES       HOURS          FEES
                          --------  -----------   --------   -----------
    ADMINISTRATION
    B110     CASE ADMINISTRATION    8.00    2,400.00    16.40     4,523.00
    B160     FEE/EMPLMT APPLICATIONS  .00        .00     2.80       840.00
    B190     OTHER CONTESTED MATTERS 5.50    1,375.00    27.50     6,561.50
         TOTAL ADMINISTRATION      13.50    3,775.00    46.70    11,924.50

    CLAIMS AND PLAN
    B310     CLAIMS/ADMN/OBJECTIONS   .00        .00     3.50       875.00
         TOTAL CLAIMS AND PLAN       .00        .00     3.50       875.00

    BANKRUPTCY-RELATED ADVICE
    B410     GENERAL BANKRUPTCY ADVI  .00        .00     2.30       690.00
         TOTAL BANKRUPTCY-RELATED ADVI .00       .00     2.30       690.00

    L430                             .00        .00     1.90       475.00
         TOTAL                       .00        .00     1.90       475.00

                          --------  -----------   --------   -----------
         TOTALS           13.50    3,775.00    54.40    13,964.50
                          ========  ===========   ========   ===========
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    4
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 7.50 | 2,250.00 | 12.20 | 3,660.00 |
| JOSEPH J LOWENTHAL | 300.00 | .50 | 150.00 | .90 | 270.00 |
| WAYNE G. ZERINGUE,JR | .00 | .00 | .00 | 2.30 | 690.00 |
| LAURA F. ASHLEY | .00 | .00 | .00 | 2.80 | 840.00 |
| ALLISON KINGSMILL | 250.00 | 5.50 | 1,375.00 | 25.60 | 6,400.00 |
| SAMANTHA A. OPPENHEIM | .00 | .00 | .00 | 4.40 | 1,100.00 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 3.30 | 511.50 |
| SCOTT M. SIGL | .00 | .00 | .00 | 2.60 | 403.00 |
| TOTALS | | 13.50 | 3,775.00 | 54.40 | 13,964.50 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    5
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


                              TOTAL COSTS:                    $0.00


                              TOTAL FEES AND COSTS:       $3,775.00

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   6
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


        * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                      $3,775.00

                    TOTAL COSTS:                         $0.00

                    LESS CREDITS:                        $0.00
                                                   ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $3,775.00


BALANCE DUE ON PRIOR INVOICES:

   DATE       INVOICE NO.        BALANCE
07/22/20      1038617          $2037.90


                    TOTAL PRIOR INVOICES DUE:       $2,037.90
                                                   -----------


                    TOTAL AMOUNT DUE:               $5,812.90
                                                   ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        **JONES WALKER LLP**
                **201 St. Charles Ave. - 50th Floor**
                **New Orleans, Louisiana 70170-5100**

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE    7
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                 THE WOODLANDS, TX (281)296-4400


   ****************************************************************



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    9
OCTOBER 16, 2020
INVOICE NO.: 1049494
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:      LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



              * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $3,775.00

                    TOTAL COSTS:                        $0.00

                    LESS CREDITS:                       $0.00
                                                  -------------
                    TOTAL CURRENT FEES AND COSTS DUE    $3,775.00


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
07/22/20       1038617          $2037.90


                    TOTAL PRIOR INVOICES DUE:       $2,037.90
                                                  -----------


                    TOTAL AMOUNT DUE:               $5,812.90
                                                  ==========

EXHIBIT E

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF OCTOBER 16, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1049411
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
INDEMNITY, INC., ET AL

FILE NO. 174933-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 07/07/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MOTION TO REMAND PLEADINGS FILED BY PLAINTIFF. | .80 | 240.00 |
| 07/07/20 | SAO | B190 | A105 | DRAFT EMAIL TO JONES WALKER TEAM SUMMARIZING PRELIMINARY RESEARCH REGARDING MANDATORY ABSTENTION ARGUMENT. | 1.40 | 350.00 |
| 07/07/20 | SAO | B190 | A104 | REVIEW AND ANALYZE MOTION TO REMAND AND EXHIBITS THERETO. | 1.10 | 275.00 |
| 07/07/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION TO REMAND, NOTATE SUBMISSION DATE AND ACCOMPANYING DEADLINES, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .70 | 108.50 |
| 07/07/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 13 OF THEIR MOTION TO REMAND, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   2
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/07/20 SMS   B110  A111   RECEIVE AND REVIEW                     .10        15.50
                            PLAINTIFF'S REQUEST FOR ORAL
                            ARGUMENT, AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW.

07/08/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH           .30        90.00
                            MR. GISLESON AND THE COURT.

07/08/20 EDW   B110  A106   TELEPHONE CALL FROM MS.               .10        30.00
                            ZERINGUE REGARDING PROTECTIVE
                            ORDER VIOLATIONS QUESTIONS.

07/08/20 EDW   B110  A104   REVIEWED PROTECTIVE ORDER            1.50       450.00
                            ISSUES AND PRIOR DISCOVERY.

07/08/20 SAO   B190  A105   DISCUSSION WITH MR. MINTZ             .30        75.00
                            REGARDING STRATEGY FOR
                            RESPONDING TO MOTION TO
                            REMAND (0.1); REVIEW EMAIL
                            CORRESPONDENCES FROM MR.
                            MINTZ REGARDING THE SAME
                            (0.2).

07/08/20 SAO   B190  A104   REVIEW AND ANALYZE FACTUAL            .90       225.00
                            BACKGROUND AND STATE COURT
                            PROCEDURAL HISTORY TO ASSIST
                            WITH OPPOSING MOTION TO
                            REMAND.

07/09/20 EDW   B110  A104   REVIEWED ISSUES REGARDING           2.00       600.00
                            PLAINTIFF'S MOTION TO FILE
                            DOCUMENTS UNDER SEAL AND
                            VIOLATION OF PROTECTIVE ORDER.

07/09/20 EDW   B110  A107   REVIEWED EMAILS FROM MR.             .30        90.00
                            GISLESON WITH THE COURT.

07/09/20 EDW   B110  A106   ELECTRONIC MEMO TO MS.               .10        30.00
                            ZERINGUE REGARDING PROTECTIVE
                            ORDER ISSUES.

07/09/20 EDW   B110  A104   REVIEWED AND REVISED MOTION          .90       270.00
                            TO REFER TO BANKRUPTCY COURT.

07/09/20 JJL   B110  A104   RECEIVED ORDER ALLOWING             .10        30.00
                            PLAINTIFF TO FILE EXHIBIT
                            UNDER SEAL

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/09/20 | SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING STRATEGY FOR RESPONDING TO MOTION TO REMAND. | .20 | 50.00 |
| 07/09/20 | M F | B190 | A104 | INITIAL REVIEW AND ANALYSIS OF MOTION TO REMAND JAMES DOE CASE AND EXHIBITS THERETO | 1.30 | 390.00 |
| 07/09/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 07/10/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING FAILURE TO COMPLY WITH RULES. | .30 | 90.00 |
| 07/10/20 | JJL | B190 | A104 | REVIEWED MULTIPLE DRAFTS OF MOTION TO REFER MATTER TO BANKRUPTCY COURT IN JAMES DOE MATTER. | .80 | 240.00 |
| 07/10/20 | SAO | B110 | A103 | PREPARE MOTION TO ENROLL MARK MINTZ AS ADDITIONAL COUNSEL OF RECORD AND PROPOSED ORDER REGARDING THE SAME. | .40 | 100.00 |
| 07/10/20 | SAO | B110 | A103 | REVIEW AND REVISE MOTION TO REFER MATTER TO BANKRUPTCY COURT. | 1.90 | 475.00 |
| 07/10/20 | SAO | B190 | A103 | PREPARE MOTION TO EXPEDITE CONSIDERATION OF MOTION TO REFER MATTER TO BANKRUPTCY COURT (1.9); PREPARE PROPOSED ORDER REGARDING THE SAME (0.2). | 2.10 | 525.00 |
| 07/11/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING OPPOSITION TO MOTION TO SEAL. | .80 | 240.00 |
| 07/11/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO REMAND. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/11/20 EDW   B110  A104   REVIEWED AND REVISED              1.50        450.00
                           OPPOSITION TO MOTION TO REFER
                           TO BANKRUPTCY COURT.

07/11/20 EDW   B110  A104   RECEIVED AND REVIEWED              .50        150.00
                           COMMUNICATIONS FROM COUNSEL
                           REGARDING ISSUES INVOLVING
                           MOTION TO REFER AND
                           OPPOSITION TO MOTION TO SEAL.

07/11/20 JJL   B110  A104   REVIEWED REPLIES FROM RICHARD      .20         60.00
                           BORDELON AND SEPARATELY TREY
                           PAULSEN APPROVING MOTION TO
                           REFER FOR FILING.

07/11/20 SAO   B110  A103   FURTHER REVISIONS TO MOTION       1.20        300.00
                           TO REFER MATTER TO BANKRUPTCY
                           COURT.

07/11/20 SAO   B110  A103   BEGIN PREPARING MOTION TO          .60        150.00
                           CONTINUE SUBMISSION DATE OF
                           PLAINTIFF'S MOTION TO REMAND,
                           OR IN THE ALTERNATIVE, TO
                           EXPEDITE CONSIDERATION OF
                           MOTION TO REFER.

07/12/20 EDW   B110  A104   REVIEWED AND WORKED ON ISSUES      .50        150.00
                           REGARDING MOTION TO REFER.

07/12/20 JJL   B110  A104   REVIEWED MULTIPLE DRAFTS OF        .90        270.00
                           MOTION TO REFER WITH COMMENTS
                           FROM CLIENT AND TEAM.

07/12/20 SAO   B110  A103   CONTINUE DRAFTING MOTION AND      3.80        950.00
                           MEMO IN SUPPORT TO CONTINUE
                           SUBMISSION DATE OF
                           PLAINTIFF'S MOTION TO REMAND,
                           OR IN THE ALTERNATIVE, TO
                           EXPEDITE CONSIDERATION OF
                           MOTION TO REFER.

07/12/20 SAO   B110  A103   PREPARE EX PARTE MOTION TO         .70        175.00
                           EXPEDITE CONSIDERATION OF
                           MOTION TO CONTINUE SUBMISSION
                           DATE OF MOTION TO REMAND, OR
                           IN THE ALTERNATIVE, TO
                           EXPEDITE CONSIDERATION OF
                           MOTION TO REFER (0.6);
                           PREPARED PROPOSED ORDER IN
                           CONNECTION WITH THE SAME

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   5
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

                          (0.1).

07/12/20 SAO   B110  A105  EMAIL CORRESPONDENCES TO          .70       175.00
                           JONES WALKER TEAM REGARDING
                           MOTION TO CONTINUE SUBMISSION
                           DATE OF PLAINTIFF'S MOTION TO
                           REMAND, OR IN THE
                           ALTERNATIVE, TO EXPEDITE
                           CONSIDERATION OF MOTION TO
                           REFER.

07/12/20 SAO   B110  A103  FINALIZE AND FILE MOTION TO      1.80       450.00
                           REFER MATTER TO BANKRUPTCY
                           COURT (0.5), MOTION TO
                           CONTINUE SUBMISSION DATE OF
                           MOTION TO REMAND OR TO
                           EXPEDITE CONSIDERATION OF
                           MOTION TO REFER (0.6), MOTION
                           TO EXPEDITE CONSIDERATION OF
                           MOTION TO CONTINUE (0.4), AND
                           MOTION TO ENROLL MARK MINTZ
                           AS ADDITIONAL COUNSEL OF
                           RECORD (0.3).

07/13/20 JJL   B110  A104  REVIEWED THREE SEPARATE           .20        60.00
                           FILINGS REGARDING MOTION TO
                           REFER TO BANKRUPTCY COURT
                           FILED BY ARCHDIOCESE.

07/13/20 JJL   B110  A104  READ CORRESPONDENCE FROM          .10        30.00
                           SOREN GISELSON TO JUDGE'S
                           CLERK REGARDING ARCHDIOCESE
                           MOTIONS.

07/13/20 M F   B190  A103  WORKING ON DRAFT OF             6.10     1,830.00
                           OPPOSITION TO MOTION TO
                           REMAND IN JAMES DOE CASE

07/13/20 M F   B190  A103  BEGAN WORKING ON DRAFT OF       3.00       900.00
                           OPPOSITION TO MOTION TO
                           REMAND IN JAMES DOE CASE

07/13/20 M F   B190  A103  CONTINUED TO DRAFT LEGAL        3.10       930.00
                           ARGUMENTS FOR OPPOSITION TO
                           MOTION TO REMAND IN JAMES DOE
                           CASE

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS   PAGE  6
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| | | | | | |
|---|---|---|---|---|---|
| 07/13/20 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .10 | 15.50 |
| 07/13/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS MOTION TO REFER MATTER TO BANKRUPTCY COURT, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .30 | 46.50 |
| 07/13/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' MOTION TO CONTINUE SUBMISSION DATE AND HEARING DATE OF PLAINTIFF'S MOTION TO REMAND, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .40 | 62.00 |
| 07/13/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION TO CONTINUE SUBMISSION DATE AND HEARING DATE OF PLAINTIFF'S MOTION TO REMAND, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .30 | 46.50 |
| 07/13/20 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS' EX PARTE MOTION TO ENROLL MARK MINTZ AS ADDITIONAL COUNSEL OF RECORD, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .20 | 31.00 |
| 07/14/20 EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING MOTION TO REMAND. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    7
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/14/20 SAO    B110   A104   RECEIVE AND REVIEW ORDER              .10         25.00
                              GRANTING MOTION TO ENROLL
                              MARK MINTZ AS ADDITIONAL
                              COUNSEL OF RECORD.

07/14/20 M F    B190   A107   TELEPHONE CONFERENCE WITH             .70        210.00
                              CATHOLIC MUTUAL ATTORNEYS (AT
                              THEIR REQUEST) AND JONES
                              WALKER TEAM REGARDING MOTION
                              TO REMAND JAMES DOE CASE

07/14/20 M F    B190   A103   JAMES DOE CASE - COMPLETED           5.50      1,650.00
                              FIRST DRAFT OF INSERTS FOR
                              OPPOSITION TO MOTION TO REMAND

07/14/20 M F    B190   A103   CONTINUED TO DRAFT AND REVISE        2.50        750.00
                              FIRST DRAFT OF INSERTS FOR
                              OPPOSITION TO MOTION TO REMAND

07/14/20 M F    B190   A103   COMPLETED AND FINALIZED FIRST        3.00        900.00
                              DRAFT OF INSERTS OF LAW
                              ARGUMENT FOR OPPOSITION TO
                              MOTION TO REMAND

07/15/20 EDW    B110   A104   REVIEWED DRAFTS AND INSERTS           .50        150.00
                              REGARDING OPPOSITION TO
                              REMAND REGARDING STATE COURT
                              LITIGATION.

07/15/20 EDW    B110   A104   ELECTRONIC MEMO TO MS.                .10         30.00
                              ZERINGUE REGARDING JAMES DOE
                              VIOLATION OF PROTECTIVE ORDER.

07/15/20 JJL    B110   A104   REVIEWED INSERTS REGARDING            .50        150.00
                              OPPOSITION TO PLAINTIFF'S
                              MOTION TO REMAND.

07/15/20 JJL    B110   A104   REVIEWED CORRESPONDENCE               .10         30.00
                              REGARDING PLAINTIFF'S
                              DISCOVERY AND ABSENTIA
                              DOCTRINE ISSUES.

07/15/20 JJL    B110   A104   RECEIVED AND REVIEWED COURT           .10         30.00
                              SETTING HEARING ON
                              PLAINTIFF'S MOTION TO REMAND
                              AND ARCHDIOCESE MOTION TO
                              REFER FOR JULY 29TH.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/15/20 SAO   B110  A104  REVIEW ORDER GRANTING MOTION        .10        25.00
                           TO EXPEDITE AND DENYING
                           MOTION TO CONTINUE MOTION TO
                           REMAND, OR IN THE
                           ALTERNATIVE, TO EXPEDITE
                           CONSIDERATION OF MOTION TO
                           REFER.

07/15/20 SAO   B110  A105  EMAIL CORRESPONDENCES TO            .20        50.00
                           JONES WALKER TEAM REGARDING
                           ORDER DENYING MOTION TO
                           CONTINUE MOTION TO REMAND, OR
                           IN THE ALTERNATIVE, FOR
                           EXPEDITED CONSIDERATION OF
                           MOTION TO REFER.

07/16/20 SAO   B190  A103  DRAFT MANDATORY ABSTENTION         2.10       525.00
                           SECTION OF MEMORANDUM IN
                           OPPOSITION TO MOTION TO
                           REMAND.

07/16/20 SAO   B190  A103  DRAFT PERMISSIVE                   2.70       675.00
                           ABSTENTION/EQUITABLE REMAND
                           SECTION OF MEMORANDUM IN
                           OPPOSITION TO MOTION TO
                           REMAND.

07/16/20 M F   B190  A103  SELECTED EXHIBITS FOR             1.10       330.00
                           INCLUSION WITH OPPOSITION TO
                           MOTION TO REMAND

07/17/20 SAO   B190  A103  CONTINUE DRAFTING MANDATORY       2.80       700.00
                           ABSTENTION SECTION OF
                           MEMORANDUM IN OPPOSITION TO
                           MOTION TO REMAND.

07/17/20 SAO   B190  A103  CONTINUE DRAFTING PERMISSIVE      2.60       650.00
                           ABSTENTION/EQUITABLE REMAND
                           SECTION OF MEMORANDUM IN
                           OPPOSITION TO MOTION TO
                           REMAND.

07/17/20 SAO   B190  A103  PREPARE AND INCORPORATE           2.40       600.00
                           EXHIBITS TO MEMORANDUM IN
                           OPPOSITION TO MOTION TO
                           REMAND.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| 07/17/20 SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ TO DISCUSS STRATEGY FOR MEMORANDUM IN OPPOSITION TO MOTION TO REMAND (0.2); EMAIL CORRESPONDENCE TO MR. MINTZ AND MR. FISCHER REGARDING THE SAME (0.2). | .40 | 100.00 |
| 07/17/20 SAO | B190 | A103 | DRAFT BACKGROUND SECTIONS OF MEMORANDUM IN OPPOSITION TO MOTION TO REMAND. | 3.90 | 975.00 |
| 07/17/20 M F | B190 | A105 | CONFERRED WITH M. MINTZ REGARDING REVISIONS TO OPPOSITION TO MOTION TO REMAND | .10 | 30.00 |
| 07/17/20 M F | B190 | A105 | SEPARATELY CONFERRED WITH J. LOWENTHAL REGARDING REVISIONS TO OPPOSITION TO MOTION TO REMAND | .10 | 30.00 |
| 07/18/20 SAO | B190 | A105 | TELEPHONE CONFERENCES WITH MR. MINTZ TO DISCUSS REVISIONS TO MEMORANDUM IN OPPOSITION TO MOTION TO REMAND (0.8); EMAIL EXCHANGES WITH JONES WALKER TEAM REGARDING THE SAME (0.4). | 1.20 | 300.00 |
| 07/18/20 SAO | B190 | A102 | RESEARCH FIFTH CIRCUIT CASE LAW REGARDING FEDERAL COURT AUTHORITY TO ADJUDICATE THE DEFENSE OF PRESCRIPTION. | .80 | 200.00 |
| 07/18/20 SAO | B190 | A103 | REVIEW COMMENTS FROM MR. MINTZ, MS. FISCHER, AND MR. WEGMANN (1.3); REVISE MEMORANDUM IN OPPOSITION TO MOTION TO REMAND TO INCORPORATE THE SAME (3.9). | 5.20 | 1,300.00 |
| 07/18/20 M F | B190 | A103 | EDITS TO OPPOSITION TO MOTION TO REMAND | 1.10 | 330.00 |
| 07/19/20 SAO | B190 | A103 | CONTINUE REVIEWING, REVISING, AND CONDENSING MEMORANDUM IN OPPOSITION TO MOTION TO REMAND. | 2.10 | 525.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

07/19/20 M F   B190  A103   ADDITIONAL REVISION TO            .20        60.00
                           OPPOSITION TO MOTION TO REMAND

07/20/20 EDW   B110  A103   DRAFTED AND REVISED DRAFTS OF     2.50       750.00
                           OPPOSITION TO MOTION TO
                           REMAND.

07/20/20 EDW   B110  A105   RECEIVED AND REVIEWED             .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           ZERINGUE REGARDING POINTS TO
                           ADDRESS IN OPPOSITION TO
                           MOTION TO REMAND.

07/20/20 EDW   B110  A104   REVIEWED ISSUE REGARDING          .20        60.00
                           DISCHARGE FOR FRAUD OR
                           CONTRACT CLAIM.

07/20/20 JJL   B110  A104   REVIEW CLIENTS' EDITS TO          .20        60.00
                           MOTION TO REMAND.

07/20/20 SAO   B190  A104   REVIEW AND DRAFT RESPONSE TO      .90       225.00
                           MS. ZERINGUE'S COMMENTS TO
                           MEMORANDUM IN OPPOSITION TO
                           MOTION TO REMAND.

07/20/20 SAO   B190  A103   EDIT MEMORANDUM IN OPPOSITION    3.80       950.00
                           TO MOTION TO REMAND PER
                           COMMENTS FROM MR. VANCE, MS.
                           FUTRELL, MR. WEGMANN, AND MS.
                           ZERINGUE.

07/20/20 M F   B190  A104   REVIEWED SUGGESTED EDITS FOR      .20        60.00
                           MOTION TO REMAND

07/20/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S        .10        15.50
                           ORDER GRANTING ARCHDIOCESE OF
                           NEW ORLEANS' EX PARTE MOTION
                           TO ENROLL AS COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.

07/20/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S        .10        15.50
                           ORDER DENYING ARCHDIOCESE OF
                           NEW ORLEANS' MOTION TO
                           CONTINUE SUBMISSION DATE OF
                           PLAINTIFF'S MOTION TO REMAND,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  11
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/21/20 EDW   B110  A104   REVIEWED REMOVAL AND                .40       120.00
                           JURISDICTION ISSUE IN
                           CONNECTION WITH OPPOSITION TO
                           MOTION TO REMAND.

07/21/20 EDW   B110  A104   RECEIVED AND REVIEWED              .50       150.00
                           CATHOLIC MUTUAL'S OPPOSITION
                           TO MOTION TO REMAND.

07/21/20 EDW   B110  A104   CONTINUED REVIEW AND EDITS TO      .80       240.00
                           DRAFT OPPOSITION TO MOTION TO
                           REMAND.

07/21/20 EDW   B110  A104   REVIEWED JAMES DOE'S              .50       150.00
                           OPPOSITION TO MOTION TO REFER.

07/21/20 JJL   B190  A103   WORK ON MANDATORY ABSTENTION      .60       180.00
                           ARGUMENT.

07/21/20 JJL   B190  A104   RECEIVED AND REVIEWED             .30        90.00
                           CATHOLIC MUTUAL OPPOSITION TO
                           PLAINTIFF'S MOTION TO REMAND.

07/21/20 JJL   B190  A104   RECEIVED AND REVIEWED             .30        90.00
                           PLAINTIFF'S OPPOSITION TO
                           REFER TO BANKRUPTCY COURT.

07/21/20 WGZ   B410  A104   REVIEW, ANALYZE, REVISE AND      1.90       570.00
                           EDIT OPPOSITION TO MOTION TO
                           REMAND.

07/21/20 WGZ   B410  A104   REVIEW PLEADINGS AND             1.40       420.00
                           PROCEEDINGS IN STATE COURT TO
                           REFUTE ASSERTIONS MADE IN
                           MOTION TO REMAND.

07/21/20 WGZ   B410  A104   REVIEW AND ANALYSIS OF            .40       120.00
                           CAHOLIC MUTUAL'S MEMORANDUM
                           IN OPPOSITION TO JAMES DOE'S
                           MOTION TO REMAND.

07/21/20 SAO   B190  A103   DRAFT EMAIL MEMORANDUM TO MR.     .90       225.00
                           MINTZ REGARDING DIVERSITY
                           JURISDICTION ISSUE AND FORUM
                           DEFENDANT RULE IN CONNECTION
                           WITH PLAINTIFF'S MOTION TO
                           REMAND.

**EXHIBIT E**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/21/20 SAO   B190  A103  REVIEW AND REVISE MEMORANDUM     2.10      525.00
                           IN OPPOSITION TO MOTION TO
                           REMAND PER FINAL COMMENTS
                           FROM MR. MINTZ AND MR.
                           ZERINGUE.

07/21/20 SAO   B190  A104  REVIEW AND ANALYZE              .30       75.00
                           PLAINTIFF'S OPPOSITION TO
                           MOTION TO REFER MATTER TO
                           BANKRUPTCY COURT.

07/21/20 SAO   B190  A104  REVIEW AND ANALYZE CATHOLIC     .20       50.00
                           MUTUAL'S OPPOSITION TO
                           PLAINTIFF'S MOTION TO REMAND.

07/21/20 SAO   B190  A103  FINALIZE AND FILE MEMORANDUM    .70      175.00
                           IN OPPOSITION TO MOTION TO
                           REMAND AND EXHIBITS THERETO.

07/21/20 SMS   B110  A111  RECEIVE AND REVIEW              .20       31.00
                           ARCHDIOCESE OF NEW ORLEANS'
                           EX PARTE MOTION TO ENROLL AS
                           ADDITIONAL COUNSEL OF RECORD,
                           AND UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

07/21/20 SMS   B110  A111  RECEIVE AND REVIEW CATHOLIC     .30       46.50
                           MUTUAL'S RESPONSE IN
                           OPPOSITION TO PLAINTIFF'S
                           MOTION TO REMAND, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

07/21/20 SMS   B110  A111  RECEIVE AND REVIEW             .20       31.00
                           PLAINTIFF'S OPPOSITION TO
                           MOTION TO REFER MATTER TO
                           BANKRUPTCY COURT, AND UPDATE
                           TO CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

07/22/20 SMS   B110  A111  RECEIVE AND REVIEW COURT'S      .10       15.50
                           ORDER GRANTING ARCHDIOCESE OF
                           NEW ORLEANS' MOTION TO ENROLL
                           AS ADDITIONAL COUNSEL OF
                           RECORD, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  13
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

```
07/23/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            GISLESON REGARDING FILING OF
                            REPLY BRIEFS.

07/23/20 JJL   B190  A104   RECEIVED AND REVIEWED            .10        30.00
                            CORRESPONDENCE FROM SOREN
                            GISELSON REQUESTING CONSENT
                            TO FILE REPLY.

07/23/20 JJL   B190  A104   RECEIVED AND REVIEWED            .10        30.00
                            CORRESPONDENCE FROM CATHOLIC
                            MUTUAL.

07/24/20 EDW   B110  A101   BEGAN PREPARATION FOR ORAL      3.20       960.00
                            ARGUMENT ON MOTION TO REMAND
                            AND THE ARCHDIOCESE'S MOTION
                            TO REFER, INCLUDING REVIEW OF
                            ISSUES REGARDING STATE COURT
                            LITIGATION.

07/24/20 EDW   B110  A108   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM JUDGE
                            BARBIER'S CLERK REGARDING
                            ORAL ARGUMENT PROCEDURE.

07/24/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            GISLESON REGARDING ORAL
                            ARGUMENT.

07/24/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            WATERS REGARDING ORAL
                            ARGUMENT.

07/24/20 SAO   B190  A101   PROVIDE MR. ZERINGUE WITH       1.30       325.00
                            INFORMATION REGARDING THE
                            REMOVED ABUSE ACTIONS IN
                            PREPARATION FOR ORAL ARGUMENT
                            ON PLAINTIFF'S MOTION TO
                            REMAND.

07/26/20 EDW   B110  A103   REVIEWED DRAFT OF REPLY IN       .40       120.00
                            SUPPORT OF MOTION TO REFER.

07/26/20 JJL   B110  A104   RECEIVED AND REVIEWED DRAFTS     .70       210.00
                            OF REPLY MEMORANDUM IN
                            SUPPORT OF MOTION TO REFER
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  14
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| | | | | | |
|---|---|---|---|---|---|
| 07/26/20 JJL | B110 | A104 | REVIEWED DRAFT MEMORANDUM IN SUPPORT OF MOTION TO EXTEND THE EXCLUSIVE PERIOD FOR FILING | .20 | 60.00 |
| 07/26/20 SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ TO DISCUSS REPLY MEMORANDUM IN SUPPORT OF MOTION TO REFER MATTER TO BANKRUPTCY COURT. | .20 | 50.00 |
| 07/26/20 SAO | B190 | A103 | PREPARE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO REFER AND PROPOSED ORDER. | .70 | 175.00 |
| 07/26/20 SAO | B190 | A103 | REVIEW AND REVISE REPLY MEMORANDUM IN SUPPORT OF MOTION TO REFER MATTER TO BANKRUPTCY COURT. | 2.40 | 600.00 |
| 07/27/20 EDW | B110 | A104 | CONTINUED REVIEW OF COMMENTS REGARDING REPLY BRIEF AND RESPONSE TO SAME. | 1.80 | 540.00 |
| 07/27/20 EDW | B110 | A101 | PREPARING FOR HEARING ON MOTION TO REFER AND MOTION TO REMAND. | 2.50 | 750.00 |
| 07/27/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE FROM JUDGE BARBIER REGARDING ORAL ARGUMENT. | .10 | 30.00 |
| 07/27/20 JJL | B110 | A104 | REVIEWED AND ANALYZED ADDITIONAL REVISIONS TO REPLY MEMORANDUM IN SUPPORT OF MOTION TO REFER | .40 | 120.00 |
| 07/27/20 JJL | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE BARBIER LIMITING HEARING TO TWO ATTORNEYS EACH SIDE | .10 | 30.00 |
| 07/27/20 JJL | B110 | A104 | READ REPLY MEMORANDUM BY PLAINTIFF IN SUPPORT OF MOTION TO REMAND | .40 | 120.00 |

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  15
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/27/20 RPV   B190  A104  RECEIVED AND REVIEWED REPLY      .50      150.00
                           TO RESPONSE TO MOTION FILED
                           BY JAMES DOE REGARDING MOTION
                           TO REMAND TO STATE COURT AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME

07/27/20 WGZ   B410  A103  WORKING ON REPLY MEMORANDUM     1.80      540.00
                           IN FURTHER SUPPORT OF MOTION
                           TO REFER JAMES DOE TO
                           BANKRUPTCY COURT.

07/27/20 WGZ   B410  A105  ANALYSIS OF STATE COURT         1.00      300.00
                           PLEADINGS AND ISSUES AND
                           PROCEEDINGS RELATIVE TO
                           REMOVAL MOTION.

07/27/20 WGZ   B410  A105  SPREPARING ORAL ARGUMENT FOR    1.00      300.00
                           HEARING ON MOTION TO REMAND.

07/27/20 WGZ   B410  A103  CONTINUE WORKING ON EDITS AND   1.90      570.00
                           REVISIONS TO REPLY MEMORANDUM.

07/27/20 WGZ   B410  A104  ANALYSIS OF JAMES DOE'S REPLY    .80      240.00
                           ON MOTION TO REMAND.

07/27/20 SAO   B190  A103  REVISE REPLY MEMORANDUM IN      1.10      275.00
                           SUPPORT OF MOTION TO REFER
                           PER COMMENTS FROM MR.
                           ZERINGUE.

07/27/20 SAO   B190  A101  GATHER PLEADINGS AND             .90      225.00
                           DOCUMENTS FOR MR. ZERINGUE TO
                           REVIEW IN PREPARATION FOR
                           ORAL ARGUMENT ON THE MOTION
                           TO REMAND AND MOTION TO REFER.

07/27/20 SAO   B190  A104  REVIEW AND ANALYZE               .30       75.00
                           PLAINTIFF'S REPLY MEMORANDUM
                           IN SUPPORT OF MOTION TO
                           REMAND.

07/27/20 SAO   B190  A103  FINALIZE AND FILE REPLY          .80      200.00
                           MEMORANDUM IN SUPPORT OF
                           MOTION TO REFER.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   16
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/27/20 SAO    B190  A108   DRAFT EMAIL TO MR. KEARNEY           .30          75.00
                             REGARDING MOTIONS SET FOR
                             ORAL ARGUMENT ON WEDNESDAY,
                             JULY 29, 2020.

07/28/20 EDW    B110  A101   ASSISTED IN PREPARATION FOR        2.80         840.00
                             HEARING ON MOTION TO REMAND
                             AND MOTION TO DEFER,
                             INCLUDING REVIEW OF ORAL
                             ARGUMENT OUTLINE.

07/28/20 EDW    B110  A104   REVIEWED COMMUNICATIONS WITH        .20          60.00
                             JUDGE BARBIER REGARDING ORAL
                             ARGUMENT.

07/28/20 RPV    B190  A104   REVIEWED REPLY TO RESPONSE TO       .20          60.00
                             MOTION TO REFER.

07/28/20 WGZ    B410  A101   REVIEWING MEMORANDUM ON           1.50         450.00
                             MOTION TO REMAND AND MOTION
                             TO REFER AND PREPARING FOR
                             ORAL ARGUMENT ON MOTION TO
                             REMAND AND MOTION TO REFER.

07/28/20 WGZ    B410  A104   ANALYSIS OF LOUISIANA CIVIL       1.00         300.00
                             CODE OF PROCEDURE EXCEPTIONS
                             OF PRESCRIPTION.

07/28/20 WGZ    B410  A104   REVIEW FEDERAL RULES OF CIVIL      .50         150.00
                             PROCEDURE REGARDING
                             CONSOLIDATION OF CASES.

07/28/20 WGZ    B410  A104   ANALYSIS OF LOUISIANA            1.00         300.00
                             JURISPRUDENCE REGARDING
                             PEREMPTORY EXCEPIONS OF
                             PRESCRIPTION REGARDING
                             PREPARATION FOR ORAL ARGUMENT.

07/28/20 WGZ    B410  A102   REVIEW LEGAL RESEARCH FOR         .90         270.00
                             ARGUMENT BEFORE JUDGE BARBIER
                             REGARDING EQUITABLE REMAND.

07/28/20 WGZ    B410  A105   COMMUNICATIONS WITH S.           .60         180.00
                             OPPENHEIM VIA TELEPHONE CALLS
                             AND EMAILS REGARDING
                             ADDITIONAL STATE COURT
                             PROCEEDINGS.

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   17
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01
```

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/28/20 | WGZ | B410 | A107 | CONFERENCE WITH CATHOLIC MUTUAL REGARDING ORAL ARGUMENT. | .80 | 240.00 |
| 07/28/20 | WGZ | B410 | A101 | PREPARE FOR ORAL ARGUMENT. | 2.00 | 600.00 |
| 07/28/20 | SAO | B190 | A102 | RESEARCH THE "UNCLEAN HANDS" MAXIM AND FEDERAL DISTRICT COURT CASE LAW INTERPRETING THE PEREMPTORY EXCEPTION OF PRESCRIPTION TO ASSIST MR. ZERINGUE PREPARE FOR ORAL ARGUMENT. | 2.20 | 550.00 |
| 07/28/20 | SAO | B110 | A103 | DRAFT MEMO TO ARCHBISHOP AYMOND REGARDING TOMORROW'S ORAL ARGUMENT. | 1.10 | 275.00 |
| 07/29/20 | EDW | B110 | A109 | PREPARING FOR AND ATTENDED VIA ZOOM HEARING ON MOTION TO REMAND AND MOTION TO DEFER. | 3.00 | 900.00 |
| 07/29/20 | EDW | B110 | A104 | REVIEWED ISSUES RAISED BY JUDGE BARBIER REGARDING MOTION TO DEFER. | .50 | 150.00 |
| 07/29/20 | WGZ | B410 | A101 | CONTINUE TO PREPARE FOR ORAL ARGUMENT BEFORE JUDGE BARBIER ON MOTION TO REFER AND MOTION TO REMAND. | 3.00 | 900.00 |
| 07/29/20 | WGZ | B410 | A105 | MEETING WITH D. WEGMANN REGARDING ORAL ARGUMENT. | .50 | 150.00 |
| 07/29/20 | WGZ | B410 | A105 | MEETING WITH J. TILLERY REGARDING ORAL ARGUMENT. | .50 | 150.00 |
| 07/29/20 | WGZ | B410 | A109 | PARTICIPATE IN ORAL ARGUMENT BEFORE JUDGE BARBIER. | 2.00 | 600.00 |
| 07/29/20 | WGZ | B410 | A106 | POST-HEARING PHONE CONFERENCE WITH ARCHDIOCESE REGARDING ORAL ARGUMENT. | .50 | 150.00 |
| 07/29/20 | WGZ | B410 | A106 | ADDITIONAL POST-HEARING CONFERENCE WITH ARCHDIOCESE REGARDING ORAL ARGUMENT AND STRATEGY FOR FUTURE BRIEFING. | 1.00 | 300.00 |

<span style="color:red">**EXHIBIT E**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   18
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| 07/30/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MINUTE ENTRY REGARDING PROCEDURE ON MOTION TO REMAND AND MOTION TO DEFER. | .10 | 30.00 |
|---|---|---|---|---|---|
| 07/30/20 WGZ | B410 | A104 | STRATEGY REGARDING ADDRESSING QUESTIONS RAISED BY JUDGE BARBIER AT HEARING. | .90 | 270.00 |
| 07/30/20 WGZ | B410 | A103 | WORKING ON MEMORANDUM REQUESTED BY JUDGE BARBIER. | 1.00 | 300.00 |
| 07/30/20 WGZ | B410 | A104 | ANALYSIS OF EXCEPTION OF PRESCRIPTION ISSUES FOR FURTHER BRIEFING. | 1.40 | 420.00 |
| 07/30/20 SAO | B190 | A104 | RECEIVE AND REVIEW MINUTE ENTRY ORDERING SUPPLEMENTAL BRIEFING IN CONNECTION WITH THE MOTION TO REMAND AND MOTION TO REFER. | .10 | 25.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED TRANSCRIPT OF HEARING. | .50 | 150.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED ISSUES AND PREPARATION FOR POST-HEARING BRIEF. | .80 | 240.00 |
| 07/31/20 RPV | B190 | A104 | RECEIVED AND REVIEWED TRANSCRIPT OF JULY 29 HEARING. | 1.00 | 300.00 |
| 07/31/20 WGZ | B410 | A103 | WORKING ON POST-HEARING MEMORANDUM TO BE SUBMITTED TO JUDGE BARBIER. | .70 | 210.00 |
| 07/31/20 WGZ | B410 | A105 | STRATEGY REGARDING POST-HEARING MEMORANDUM. | 1.50 | 450.00 |
| 07/31/20 WGZ | B410 | A104 | CONTINUE ANALYSIS OF LOUISIANA CODE OF CIVIL PROCEDURE AND JURISPRUDENCE REGARDING CIVIL PROCEDURE ARTICLES CONCERNING EVIDENTIARY HEARINGS ON PRESCRIPTION ISSUES RAISED BY EXCEPTIONS FOR POST-HEARING BRIEFINGS. | 3.60 | 1,080.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  19
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


07/31/20 SAO   B190  A105   EMAIL CORRESPONDENCES WITH        .40        100.00
                           MR. ZERINGUE REGARDING
                           DIVERSITY AS AN INDEPENDENT
                           BASIS FOR FEDERAL SUBJECT
                           MATTER JURISDICTION (0.2) AND
                           PRESCRIPTION CASE LAW (0.2)
                           IN CONNECTION WITH
                           SUPPLEMENTAL BRIEF ON THE
                           MOTIONS TO REMAND AND TO
                           REFER.

07/31/20 SAO   B190  A104   REVIEW AND ANALYZE TRANSCRIPT    1.30        325.00
                           OF JULY 29, 2020 ORAL
                           ARGUMENT.

08/01/20 EDW   B110  A104   REVIEWED PRESCRIPTION ISSUE       .20         60.00
                           RESEARCH AND DRAFTED INSERT
                           FOR BRIEF.

08/01/20 WGZ   B410  A105   STRATEGY AND EMAILS TO JW        1.00        300.00
                           BANKRUPTCY TEAM REGARDING
                           POST-HEARING BRIEF.

08/02/20 WGZ   B410  A103   WORKING ON POST-HEARING BRIEF    2.00        600.00
                           ON MOTION TO REMAND.

08/02/20 SAO   B190  A105   TELEPHONE CONFERENCE WITH MR.     .50        125.00
                           MINTZ TO DISCUSS SUPPLEMENTAL
                           BRIEFING IN CONNECTION WITH
                           THE MOTION TO REFER AND
                           MOTION TO REMAND.

08/02/20 SAO   B190  A103   BEGIN REVIEWING AND REVISING      .90        225.00
                           POST HEARING MEMORANDUM IN
                           SUPPORT OF MOTION TO REFER
                           AND OPPOSITION TO MOTION TO
                           REMAND.

08/03/20 EDW   B110  A104   REVIEWED REVISED DRAFT OF         .50        150.00
                           POST-HEARING MEMO AND ISSUES
                           RAISED.

08/03/20 EDW   B110  A104   REVIEWED ADDITIONAL ISSUES        .50        150.00
                           REGARDING PRESCRIPTION
                           EXCEPTION UNDER LOUISIANA LAW.

08/03/20 EDW   B110  A104   REVIEWED UPDATES REGARDING        .20         60.00
                           BRIEFING.

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   20
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


08/03/20 EDW   B110  A103  REVIEWED AND REVISED              2.00        600.00
                           POST-HEARING MEMORANDUM.

08/03/20 WGZ   B410  A103  WORKING ON POST-HEARING BRIEF     2.70        810.00
                           REGARDING MOTION TO REMAND.

08/03/20 WGZ   B410  A106  CONFERENCE WITH ARCHDIOCESE       1.20        360.00
                           REPRESENTATIVE.

08/03/20 WGZ   B410  A107  TELEPHONE CONFERENCE WITH          .30         90.00
                           COUNSEL FOR CATHOLIC MUTUAL.

08/03/20 WGZ   B410  A102  ANALYSIS OF FEDERAL RULES OF      1.20        360.00
                           CIVIL PROCEDURE REGARDING
                           DISTRICT COURT'S CONTINUED
                           INVOLVEMENT AND CASE LAW
                           REGARDING POST-HEARING BRIEF.

08/03/20 WGZ   B410  A103  STRATEGY AND WORK ON POST         1.80        540.00
                           HEARING BRIEF.

08/04/20 EDW   B110  A103  CONTINUED WORK ON                  .80        240.00
                           POST-HEARING MEMORANDUM.

08/04/20 WGZ   B410  A103  FINAL EDITS, REVISIONS AND        1.00        300.00
                           REVIEW OF POST-HEARING BRIEF.

08/04/20 SAO   B190  A103  REVISE POST-HEARING               2.40        600.00
                           MEMORANDUM PER COMMENTS FROM
                           MR. ZERINGUE, MR. VANCE, AND
                           MR. MINTZ.

08/05/20 EDW   B110  A104  REVIEWED ISSUES AND DRAFTS         .30         90.00
                           REGARDING FINAL POST-HEARING
                           BRIEF.

08/05/20 EDW   B110  A104  RECEIVED AND REVIEWED JAMES        .30         90.00
                           DOE'S POST-HEARING BRIEF.

08/05/20 RPV   B190  A104  RECEIVED AND REVIEWED             .50        150.00
                           SUPPLEMENTAL MEMORANDUM FILED
                           BY JAMES DOE, IN IN SUPPORT
                           OF MOTION TO REMAND.

08/05/20 SAO   B190  A103  REVISE POST-HEARING               .80        200.00
                           MEMORANDUM PER COMMENTS FROM
                           MR. BORDELON.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   21
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 08/05/20 | SAO | B190 | A104 | ANALYZE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF REMAND. | .90 | 225.00 |
| 08/05/20 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .50 | 77.50 |
| 08/05/20 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S POST HEARING MEMORANDUM IN SUPPORT OF MOTION TO REFER MATTER TO BANKRUPTCY COURT, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .30 | 46.50 |
| 08/06/20 | RPV | B310 | A108 | TELEPHONE CALL FROM CREDITOR'S LAWYER REGARDING CLAIM AND RELATED MATTERS | .50 | 150.00 |
| 08/06/20 | WGZ | B410 | A104 | TELEPHONE CONFERENCE WITH CLIENT REGARDING ISSUE ON MOTION TO REMAND. (.2) STRATEGY REGARDING REMAND ISSUES. (.6) | .80 | 240.00 |
| 08/06/20 | WGZ | B410 | A104 | ANALYSIS OF PLAINTIFF'S POST-HEARING MEMORANDUM. | .80 | 240.00 |
| 08/06/20 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING SAME. | .30 | 90.00 |
| 08/07/20 | RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING CALL FROM CREDITORS LAWYER, CALL FROM CLIENT REGARDING DOCUMENTS, OPPOSITION BRIEF TO MOTION TO DISMISS, DEPOSITIONS, BAR DATE AND RELATED MATTERS | 1.00 | 300.00 |
| 08/10/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING MOTION TO DISMISS | .30 | 90.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  22
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

08/10/20 RPV   B190  A106   TELEPHONE CONVERSATIONS WITH        .50        150.00
                           CLIENT REGARDING ABUSE VICTIM
                           CLAIM ISSUE

08/10/20 RPV   B190  A104   REVIEWED ABUSE VICTIM CLAIM        1.00        300.00
                           FILE AND LETTER TO CLAIMANT
                           REGARDING SAME

08/10/20 RPV   B190  A105   OFFICE CONFERENCES WITH MR.         .70        210.00
                           MINTZ REGARDING MOTION TO
                           DISMISS, WITNESS PREPARATION,
                           BAR DATE NOTICE AND RELATED
                           MATTERS

08/10/20 RPV   B190  A104   REVIEWED DOCUMENTS IN               .80        240.00
                           CONNECTION WITH COUHIG CLAIM
                           AND EMAIL FROM/TO MR. MINTZ
                           AND UCC COUNSEL REGARDING SAME

08/10/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC         .20         31.00
                           MUTUAL'S EXPARTE MOTION FOR
                           ADMISSION OF J. MARK FISHER
                           TO PRACTICE PRO HAC VICE, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

08/10/20 SMS   B110  A111   RECEIVE AND REVIEW COURT'S          .10         15.50
                           NOTICE OF DEFICIENT DOCUMENT
                           REGARDING CATHOLIC MUTUAL'S
                           EXPARTE MOTION FOR ADMISSION
                           OF J. MARK FISHER TO PRACTICE
                           PRO HAC VICE, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

08/10/20 SMS   B110  A111   RECEIVE AND REVIEW CATHOLIC         .20         31.00
                           MUTUAL'S REVISED EXPARTE
                           MOTION FOR ADMISSION OF J.
                           MARK FISHER TO PRACTICE PRO
                           HAC VICE, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

08/11/20 EDW   B110  A104   RECEIVED AND REVIEWED ORDER         .40        120.00
                           AND REASONS DENYING MOTION TO
                           REFER AND MOTION TO REMAND.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  23
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


08/11/20 RPV   B190  A104  RECEIVED AND REVIEWED ORDER          .50        150.00
                           AND REASONS ON MOTION TO
                           REFER MATTER TO BANKRUPTCY
                           COURT AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           .

08/11/20 WGZ   B410  A104  ANALYSIS OF JUDGE'S DECISION         .40        120.00
                           REGARDING MOTION TO REMAND.

08/11/20 WGZ   B410  A106  CONFERENCE WITH CLIENT SAME.         .40        120.00

08/11/20 SAO   B110  A104  REVIEW CATHOLIC MUTUAL'S             .10         25.00
                           CORRECTED EX PARTE MOTION FOR
                           ADMISSION OF J. MARK FISHER
                           PRO HAC VICE.

08/11/20 SAO   B190  A104  REVIEW ORDER AND REASONS             .30         75.00
                           DENYING MOTION TO REFER AND
                           MOTION TO REMAND.

08/20/20 EDW   B110  A104  RECEIVED AND REVIEWED PRO HAC        .20         60.00
                           VICE MOTIONS FILED BY DAVID
                           SPECTOR, EVERETTE CYGAL AND
                           DANIEL SCHUFREIDER FOR
                           CATHOLIC MUTUAL.

08/20/20 SAO   B110  A104  REVIEW CATHOLIC MUTUAL'S             .10         25.00
                           MOTION FOR ADMISSION OF DAVID
                           M. SPECTOR TO PRACTICE, PRO
                           HAC VICE.

08/20/20 SMS   B110  A111  RECEIVE AND REVIEW CATHOLIC          .30         46.50
                           MUTUAL'S EX PARTE MOTION FOR
                           ADMISSION OF DANIEL J.
                           SCHUFREIDER TO PRACTICE PRO
                           HAC VICE, AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW.

08/20/20 SMS   B110  A111  RECEIVE AND REVIEW CATHOLIC          .20         31.00
                           MUTUAL'S EX PARTE MOTION FOR
                           ADMISSION OF DAVID SPECTOR TO
                           PRACTICE PRO HAC VICE, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  24
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01

| Date | Initials | | | Description | Hours | Amount |
|------|----------|--|--|-------------|-------|--------|
| 08/20/20 | SMS | B110 | A111 | RECEIVE AND REVIEW CATHOLIC MUTUAL'S EX PARTE MOTION FOR ADMISSION OF EVERETT CYGAL TO PRACTICE PRO HAC VICE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW. | .30 | 46.50 |
| 08/24/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED TWO ORDERS GRANTING PRO HAC ADMISSION FOR CATHOLIC CHARITIES. | .10 | 30.00 |
| | | | | TOTALS | 206.10 | $57,447.50 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  25
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


|                                        | ------THIS BILL------- |            | --CUMULATIVE TOTALS--- |            |
|----------------------------------------|-----------|------------|----------|------------|
| TASK CODE SUMMARY                      | HOURS     | FEES       | HOURS    | FEES       |
| **ADMINISTRATION**                     |           |            |          |            |
| B110    CASE ADMINISTRATION            | 60.50     | 16,712.50  | 65.10    | 17,903.00  |
| B190    OTHER CONTESTED MATTERS        | 96.10     | 25,885.00  | 98.60    | 26,453.00  |
| TOTAL ADMINISTRATION                   | 156.60    | 42,597.50  | 163.70   | 44,356.00  |
| **CLAIMS AND PLAN**                    |           |            |          |            |
| B310    CLAIMS/ADMN/OBJECTIONS         | .50       | 150.00     | .50      | 150.00     |
| TOTAL CLAIMS AND PLAN                  | .50       | 150.00     | .50      | 150.00     |
| **BANKRUPTCY-RELATED ADVICE**          |           |            |          |            |
| B410    GENERAL BANKRUPTCY ADVI        | 49.00     | 14,700.00  | 49.00    | 14,700.00  |
| TOTAL BANKRUPTCY-RELATED ADVI          | 49.00     | 14,700.00  | 49.00    | 14,700.00  |
| TOTALS                                 | 206.10    | 57,447.50  | 213.20   | 59,206.00  |

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE  26
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01
```

|  | | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| ATTORNEY SUMMARY | RATE | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 38.00 | 11,400.00 | 40.40 | 12,120.00 |
| JOSEPH J LOWENTHAL | 300.00 | 6.40 | 1,920.00 | 6.60 | 1,980.00 |
| R PATRICK VANCE | 300.00 | 7.50 | 2,250.00 | 7.50 | 2,250.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 49.00 | 14,700.00 | 49.00 | 14,700.00 |
| ALLISON KINGSMILL | .00 | .00 | .00 | 1.90 | 475.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 71.70 | 17,925.00 | 72.30 | 18,075.00 |
| MADELEINE FISCHER | 300.00 | 28.00 | 8,400.00 | 28.00 | 8,400.00 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | .60 | 93.00 |
| SCOTT M. SIGL | 155.00 | 5.50 | 852.50 | 6.60 | 1,023.00 |
| TOTALS | | 206.10 | 57,447.50 | 213.20 | 59,206.00 |

**EXHIBIT E**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  27
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01




COSTS INCURRED:


08/20/20 COURT RECORD FEES /PACER JULY 2020              5.70
07/27/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA     89.10
07/30/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA     44.55
08/05/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA     14.85

                                 TOTAL COSTS:          $154.20


              COST SUMMARY

   E106    COMPUTER LEGAL RESEARCH           148.50
   E112    COURT FEES                          5.70
                                         --------------
           TOTAL DISBURSEMENTS              $154.20


                          TOTAL FEES AND COSTS:    $57,601.70
```

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  28
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL



        * * *   R E M I T T A N C E   C O P Y   * * *


                TOTAL FEES:                        $57,447.50

                TOTAL COSTS:                          $154.20

                LESS CREDITS:                           $0.00
                                                  ------------
                TOTAL CURRENT FEES AND COSTS DUE   $57,601.70


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
 07/22/20       1038588         $351.70


                TOTAL PRIOR INVOICES DUE:           $351.70
                                                  -----------


                TOTAL AMOUNT DUE:                  $57,953.40
                                                  ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:
```

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  29
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   30
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                        ATLANTA, GA (404)870-7500
                     BATON ROUGE, LA (225)248-2000
                      BIRMINGHAM, AL (205)244-5200
                       HOUSTON, TX (713)437-1800
                       JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                        MIAMI, FL (305)679-5700
                       MOBILE, AL (251)432-1414
                     NEW ORLEANS, LA (504)582-8000
                       NEW YORK, NY (646)512-8101
                       PHOENIX, AZ (602)366-7889
                     TALLAHASSEE, FL (850)425-7800
               WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400



    ****************************************************************


EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  31
OCTOBER 16, 2020
INVOICE NO.: 1049411
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




         * * *   A C C O U N T I N G   C O P Y   * * *




              TOTAL FEES:                    $57,447.50

              TOTAL COSTS:                      $154.20

              LESS CREDITS:                       $0.00
                                          -------------
         TOTAL CURRENT FEES AND COSTS DUE    $57,601.70


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
07/22/20       1038588           $351.70


              TOTAL PRIOR INVOICES DUE:        $351.70
                                          -----------


              TOTAL AMOUNT DUE:             $57,953.40
                                          ============

EXHIBIT E

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF OCTOBER 16, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1049412
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


RE:  POST-PETITION - EMPLOYMENT ISSUES RELATED TO COVID-19

FILE NO. 177433-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 07/07/20 | HMA | B210 | A106 | REVIEW EMPLOYEE STATUS CHANGE SPREADSHEET AND RELATED CORRESPONDENCE FROM MS. ZERINGUE. | .20 | 60.00 |
| 07/07/20 | HMA | B210 | A105 | CORRESPONDENCE WITH M. SPELL REGARDING ANALYSIS OF STATUS CHANGES AND POTENTIAL WARN NOTICE REQUIREMENT. | .20 | 60.00 |
| 07/08/20 | HMA | B210 | A105 | COLLABORATING WITH MS. SPELL ON REVIEW, ANALYSIS AND ADVICE REGARDING EMPLOYEE STATUS CHANGES AND RELATED BENEFITS CONTINUATION AND POTENTIAL WARN ACT ISSUES. | .50 | 150.00 |
| 07/09/20 | HMA | B210 | A105 | COLLABORATING WITH M. SPELL AND A. GLASER ON ADVICE REGARDING IMPACT OF EMPLOYEE STATUS CHANGES ON BENEFITS. | .20 | 60.00 |
| 07/10/20 | HMA | B210 | A105 | CORRESPONDENCE REGARDING IMPACT OF EMPLOYEE STATUS CHANGES ON BENEFITS. | .20 | 60.00 |

<span style="color:red">**EXHIBIT E**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


07/10/20 HMA   B210  A104   COLLABORATION WITH M. SPELL         1.50       450.00
                           AND J. PRITT ON ANALYSIS AND
                           ADVICE REGARDING POTENTIAL
                           WARN NOTICE REQUIREMENTS.

07/13/20 HMA   B210  A106   TELEPHONE CALL WITH MS.             1.00       300.00
                           ZERINGUE, MR. ENTWHISTLE, AND
                           MS. SPELL REGARDING SECOND
                           ROUND OF STAFF REDUCTIONS,
                           EVALUATION OF APPLICABILITY
                           OF WARN NOTICE REQUIREMENT,
                           RELATED RISKS AND COST OF
                           COMPLIANCE, AND PREPARATION
                           OF NOTICES.

07/13/20 HMA   B210  A104   COLLABORATING WITH MS. SPELL         .90       270.00
                           ON PREPARATION OF NOTICES.

07/13/20 HMA   B210  A105   CORRESPONDENCE WITH MS.              .70       210.00
                           ZERINGUE AND MS. HEIL
                           REGARDING WARN ADVICE AND
                           NOTICES.

07/14/20 HMA   B210  A106   CORRESPONDENCE WITH CLIENT           .20        60.00
                           HR/LEGAL TEAM REGARDING
                           CHANGES TO STAFF REDUCTIONS
                           AND EFFECT ON WARN NOTICES TO
                           EMPLOYEES AND GOVERNMENT
                           OFFICIALS.

07/14/20 HMA   B210  A105   COLLABORATING WITH MS. SPELL         .40       120.00
                           ON PREPARATION OF NOTICES.

07/15/20 HMA   B210  A106   CORRESPONDENCE WITH CLIENT           .30        90.00
                           HR/LEGAL TEAM REGARDING
                           CHANGES TO STAFF REDUCTION
                           SCHEDULE AND INFO NEEDED FOR
                           TERMINATION NOTICES.

07/15/20 HMA   B210  A106   ADVISE MS. ZERINGUE REGARDING        .30        90.00
                           NOTICE TO PART-TIME/PARTIALLY
                           FURLOUGHED EMPLOYEES.

07/15/20 HMA   B210  A105   COLLABORATING WITH MS. SPELL         .30        90.00
                           ON CONTENT OF NOTICES AND
                           RELATED ADVICE TO CLIENT.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   3
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01

```
07/16/20 HMA   B210  A105   COLLABORATING WITH MS. SPELL        .60      180.00
                            ON WARN NOTICES AND RELATED
                            ADVICE TO CLIENT.

07/16/20 HMA   B210  A105   COMMUNICATE (MULTIPLE EMAILS)       .60      180.00
                            WITH CLIENT HR/LEGAL TEAM
                            REGARDING REVISED RIF
                            SCHEDULE AND TERMINATION
                            NOTICES.

07/18/20 HMA   B210  A105   CORRESPONDENCE WITH M. SPELL,       .40      120.00
                            L, FUTRELL, AND M. MINTZ
                            REGARDING EMPLOYEE MATTERS.

07/22/20 HMA   B210  A106   CORRESPONDENCE WITH MS.             .30       90.00
                            ZERINGUE AND MS. MCDONALD
                            REGARDING CORRECTING
                            INACCURACIES IN WWL-TV ONLINE
                            NEWS STORY.

07/22/20 HMA   B210  A106   COLLABORATING WITH M. SPELL         .30       90.00
                            ON ADVICE REGARDING RESPONSE
                            TO REQUEST FOR COMMENT FROM
                            WWL-TV REGARDING NEWS STORY
                            ON LAYOFFS.

07/23/20 HMA   B210  A106   TELEPHONE CALL WITH MS.             .30       90.00
                            ZERINGUE REGARDING
                            RESTRUCTURING AND COVID-19
                            ISSUES.

07/23/20 HMA   B210  A105   INTERNAL CORRESPONDENCE            .20       60.00
                            REGARDING SCOPE OF ADA
                            EXEMPTION OF RELIGIOUS
                            ORGANIZATIONS.

07/23/20 HMA   B210  A104   REVIEW RESEARCH AND DOL            .30       90.00
                            OPINION LETTER REGARDING
                            SCOPE OF ADA EXEMPTION OF
                            RELIGIOUS ORGANIZATIONS.

07/23/20 HMA   B210  A106   TELEPHONE CALL AND                 .30       90.00
                            CORRESPONDENCE WITH MS.
                            ZERINGUE REGARDING ADVICE
                            REGARDING SCOPE OF ADA
                            EXEMPTION OF RELIGIOUS
                            ORGANIZATIONS AND COVID-19
                            PAID LEAVE REQUIREMENTS UNDER
                            FFCRA.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


07/23/20 MMS   B210  A104   EVALUATE APPLICABILITY OF          .40        120.00
                            AMERICANS WITH DISABILITIES
                            ACT TO SCHOOLS.

07/23/20 JJP   B210  A102   CONDUCTED LEGAL RESEARCH TO        1.20        360.00
                            DETERMINE WHETHER AND TO WHAT
                            EXTENT RELIGIOUS
                            ORGANIZATIONS ARE EXEMPT FROM
                            MAKING CERTAIN ACCOMMODATIONS
                            FOR EMPLOYEES UNDER THE
                            AMERICANS WITH DISABILITIES
                            ACT.

07/24/20 HMA   B210  A105   ADVISE MS. ZERINGUE ON            .20         60.00
                            PROPOSED NOTICE TO RETAINED
                            EMPLOYEES.

07/28/20 HMA   B210  A106   ADVISE MS. ZERINGUE REGARDING    1.60        480.00
                            CRAFTING NOTICES OF COVID-19
                            EXPOSURE IN ANTICIPATION OF
                            SCHOOL RE-OPENINGS AND
                            PROVIDE SAMPLE NOTICES.

08/09/20 HMA   B210  A104   REVIEW AND COMMENT ON            .20         60.00
                            REPRESENTATION REGARDING
                            FURLOUGHS AND LAYOFFS FOR
                            BANKRUPTCY SCHEDULES.

                                                           --------   -----------
                            TOTALS                           13.80      $4,140.00
                                                           ========   ===========

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    5
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01
```

|  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE SUMMARY | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|
| ADMINISTRATION |  |  |  |  |
| B110    CASE ADMINISTRATION | .00 | .00 | 1.10 | 330.00 |
| TOTAL ADMINISTRATION | .00 | .00 | 1.10 | 330.00 |
|  |  |  |  |  |
| OPERATIONS |  |  |  |  |
| B210    BUSINESS OPERATIONS | 13.80 | 4,140.00 | 18.60 | 5,580.00 |
| TOTAL OPERATIONS | 13.80 | 4,140.00 | 18.60 | 5,580.00 |
|  |  |  |  |  |
| TOTALS | 13.80 | 4,140.00 | 19.70 | 5,910.00 |

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


                            ----------THIS BILL----------   --CUMULATIVE TOTALS---
ATTORNEY SUMMARY            RATE    HOURS          FEES       HOURS          FEES
                            -----  --------   -----------   --------   -----------
   H MARK ADAMS, HM        300.00    12.20      3,660.00      18.10      5,430.00
   MARY MARGARET SPELL     300.00      .40        120.00        .40        120.00
   JACOB J. PRITT          300.00     1.20        360.00       1.20        360.00
                                   --------   -----------   --------   -----------
             TOTALS                  13.80      4,140.00      19.70      5,910.00
                                   ========   ===========   ========   ===========
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


                              TOTAL COSTS:                 $0.00


                              TOTAL FEES AND COSTS:    $4,140.00

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


FILE NAME:  POST-PETITION - EMPLOYMENT ISSUES RELATED TO COVID-19



           * * *   R E M I T T A N C E   C O P Y   * * *


                       TOTAL FEES:                          $4,140.00

                       TOTAL COSTS:                             $0.00

                       LESS CREDITS:                            $0.00
                                                          ------------
                       TOTAL CURRENT FEES AND COSTS DUE   $4,140.00


BALANCE DUE ON PRIOR INVOICES:

   DATE      INVOICE NO.        BALANCE
07/22/20      1038612          $354.00



                       TOTAL PRIOR INVOICES DUE:       $354.00
                                                      -----------


                       TOTAL AMOUNT DUE:              $4,494.00
                                                     ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:
```

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**



EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    9
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  10
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                   ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
             WASHINGTON, DC (CAPITOL HILL) (202)203-1000
              WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


   ************************************************************


EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   11
OCTOBER 16, 2020
INVOICE NO.: 1049412
FILE NUMBER: 177433-01


FILE NAME:  POST-PETITION - EMPLOYMENT ISSUES RELATED TO COVID-19



BILLING ATTY:      LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



            * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                          $4,140.00

                    TOTAL COSTS:                             $0.00

                    LESS CREDITS:                            $0.00
                                                        ------------
                    TOTAL CURRENT FEES AND COSTS DUE    $4,140.00


BALANCE DUE ON PRIOR INVOICES:

   DATE         INVOICE NO.         BALANCE
 07/22/20        1038612           $354.00


                    TOTAL PRIOR INVOICES DUE:            $354.00
                                                        -----------


                    TOTAL AMOUNT DUE:                   $4,494.00
                                                        ==========


EXHIBIT E

**EXHIBIT D**


EXHIBIT E

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF  OCTOBER 20, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1049776
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


      RE:  POST-PETITION REORGANIZATION ADVICES

            FILE NO. 176960-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 07/01/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ISSUES AND COMMUNICATIONS REGARDING PROTECTIVE ORDER IN BANKRUPTCY COURT. | .40 | 120.00 |
| 07/01/20 | EDW | B110 | A104 | REVIEWED NOTICES REGARDING REMOVAL. | .30 | 90.00 |
| 07/01/20 | EJF | B210 | A106 | MEMOS TO AND FROM (.2) AND CONFERENCE CALL WITH (.1) CLIENT REGARDING ACCOUNT ISSUES; | .30 | 147.00 |
| 07/01/20 | EJF | B210 | A107 | MEMOS TO UST AND COMMITTEE RE ACCOUNT OPENING; | .10 | 49.00 |
| 07/01/20 | EJF | B210 | A104 | REVIEW PLEADINGS RE ACCOUNT ISSUE; | .10 | 49.00 |
| 07/01/20 | EJF | B210 | A102 | REVIEW CASES RE BAD FAITH FILING ISSUES; | 2.80 | 1,372.00 |
| 07/01/20 | JJL | B110 | A108 | READ CORRESPONDENCE FROM TRAVELERS' COUNSEL REGARDING UST'S COMMENTS AND SUGGESTIONS | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   2
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

```
07/01/20 JJL   B110  A108   READ CORRESPONDENCE FROM            .10        30.00
                            BEDIVERE'S COUNSEL REGARDING
                            UST'S COMMENTS

07/01/20 JJL   B110  A106   READ THE CLIENT'S COMMENTS          .20        60.00
                            REGARDING PLAINTIFF
                            ATTORNEY'S ATTEMPT TO
                            EXPAND/ELIMINATE PROTECTIVE
                            ORDERS REGARDING CONFIDENTIAL
                            DOCUMENTS

07/01/20 JJL   B110  A104   READ NOTICES REGARDING             .20        60.00
                            FILINGS IN FEDERAL COURT CASES

07/01/20 JJL   B110  A105   TELEPHONE CALL FROM MINTZ          .30        90.00
                            REGARDING US TRUSTEE'S
                            OBJECTIONS REGARDING
                            TRAVELERS'/BEDIVERE'S
                            ADDITIONS TO PROOF OF CLAIM

07/01/20 JJL   B110  A105   TELEPHONE CALL FROM MINTZ          .20        60.00
                            REGARDING CALL FROM SOREN
                            GISLESON REGARDING
                            CONFIDENTIAL DOCUMENTS

07/01/20 JJL   B110  A108   CORRESPONDENCE TO TRAVELERS        .30        90.00
                            AND SEPARATELY BEDIVERE
                            REGARDING ATTORNEY FOR UST
                            EDITS TO MOTION

07/01/20 RPV   B190  A105   OFFICE CONFERENCE WITH MR.        1.00       490.00
                            MINTZ AND MS. FUTRELL
                            REGARDING POSSIBLE MOTION TO
                            DISMISS

07/01/20 RPV   B110  A105   OFFICE CONFERENCES WITH MR.        .50       245.00
                            MINTZ REGARDING BAR DATE
                            MOTION, CALL WITH UST'S
                            OFFICE AND RELATED MATTERS

07/01/20 RPV   B110  A105   TELEPHONE CONVERSATION WITH        .50       245.00
                            CLIENT REGARDING SCHEDULES
                            AND DISCLOSURES

07/01/20 RPV   B110  A105   TELEPHONE CONVERSATIONS WITH       .80       392.00
                            MR. DRAPER REGARDING
                            SCHEDULES, MOTION TO SEAL AND
                            RELATED MATTERS
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/01/20 RPV | B110 | A104 | RECEIVED AND REVIEWED BAR DATE MOTION AND EXHIBITS. | .50 | 245.00 |
| 07/01/20 RPV | B210 | A104 | EMAILS FROM THE CLIENT, MS. MCDONALD AND MR. MINTZ REGARDING INTERVIEW REQUEST | .30 | 147.00 |
| 07/01/20 RPV | B310 | A104 | REVIEWED PROOF OF CLAIM FILED BY GRAYBAR ELECTRIC COMPANY, INC. | .10 | 49.00 |
| 07/01/20 RPV | B190 | A105 | EMAILS FROM MS. GUNDLACH REGARDING REMOVAL ISSUES. | .20 | 98.00 |
| 07/01/20 RPV | B190 | A105 | EMAIL FROM MS. GUNDLACH REGARDING STATUS OF FILING NOTICES OF SUGGESTION OF BANKRUPTCY IN STATE COURT CASES. | .10 | 49.00 |
| 07/01/20 RPV | B210 | A105 | EMAILS FROM MS. FUTRELL AND MR. MINTZ REGARDING BOND PAYMENT OBLIGATIONS | .20 | 98.00 |
| 07/01/20 RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO REDACT. | .10 | 49.00 |
| 07/01/20 LFA | B110 | A103 | FINALIZED BAR DATE MOTION AND EXHIBITS. | 5.30 | 2,120.00 |
| 07/01/20 LFA | B110 | A107 | CORRESPONDED WITH US TRUSTEE REGARDING REVISIONS TO BAR DATE MOTION AND EXHIBITS. | .70 | 280.00 |
| 07/01/20 LFA | B110 | A104 | CALL WITH MR. MINTZ TO DISCUSS COMMITTEE AND CONVERSATIONS REGARDING NEXT STEPS AND PREPARING FOR SAME. | 1.00 | 400.00 |
| 07/01/20 MAM | B110 | A101 | FINALIZE AND PREPARE MOTION FOR BAR DATE AND FILING OF THE SAME. | 12.30 | 4,920.00 |
| 07/01/20 LHS | B410 | A103 | EDIT AND FINALIZE BAR DATE MOTIONS FOR FILING | 3.20 | 800.00 |
| 07/01/20 LHS | B410 | A103 | REVIEW NOTICE AND LOCAL RULES FOR GOVERNMENTAL BAR DATE. | 1.20 | 300.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    4
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/01/20 LHS   B410  A103  INCORPORATE EDITS TO BAR DATE      1.80         450.00
                          MOTION AND EXHIBITS.

07/01/20 LHS   B410  A103  ADD DISCUSSION OF COMPLEX           .70         175.00
                          CASE PROCEDURES TO BAR DATE
                          MOTION.

07/01/20 LHS   B410  A103  CALL WITH THE COURT TO              .10          25.00
                          DISCUSS UPDATED SCHEDULES.

07/01/20 SAO   B140  A103  CONTINUE DRAFTING RESPONSE TO      2.90         725.00
                          MERLE NOULLET'S MOTION FOR
                          PARTIAL RELIEF FROM THE
                          AUTOMATIC STAY.

07/01/20 SAO   B110  A111  FINALIZE NOTICES OF               1.60         400.00
                          COMPLIANCE AND EXHIBITS
                          THERETO FOR SD DOE, JL DOE,
                          AND WG DOE REMOVED CASES
                          (0.3); FILE THE SAME (0.4);
                          COORDINATE SERVICE OF THE
                          SAME BY EMAIL AND/OR U.S.
                          MAIL (0.9).

07/01/20 M F   B120  A106  ELECTRONIC MEMO FROM THE           .10          30.00
                          CLIENT REGARDING MICROFILM
                          WHICH MAY CONTAIN ADDITIONAL
                          INSURANCE POLICIES

07/01/20 M F   B120  A106  REPLY ELECTRONIC MEMO TO THE       .10          30.00
                          CLIENT REGARDING POSSIBILITY
                          TO REVIEW MICROFILM WHICH MAY
                          CONTAIN ADDITIONAL EVIDENCE
                          OF MISSING POLICIES

07/01/20 GMS   B110  A105  COMMUNICATIONS WITH MS.            .20          34.00
                          HAMRIC CONCERNING LOCATION OF
                          PLAINTIFF PRODUCTIONS FOR
                          PRINTOUT.

07/02/20 EDW   B110  A104  REVIEWED ISSUES REGARDING          .30          90.00
                          PROTECTIVE ORDER AND DOCUMENT
                          PRODUCTION.

07/02/20 EJF   B130  A104  REVIEW RESTRICTIVE COVENANT        .90         441.00
                          ISSUES;

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE     5
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/02/20 EJF | B210 | A104 | DRAFT MEMO RE AUDIT REQUIREMENTS UNDER NON BANKRUPTCY LAW; | | .70 | 343.00 |
| 07/02/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARD AUDIT REQUIREMENTS; | | .50 | 245.00 |
| 07/02/20 EJF | B210 | A106 | DRAFT MEMO RE RESTRICTIVE AND OTHER COVENANTS; | | 2.60 | 1,274.00 |
| 07/02/20 EJF | B130 | A104 | CONFERENCES WITH MR. MINTZ (.2) AND MR. VANCE (.1) REGARDING RESTRICTIVE COVENANTS; | | .30 | 147.00 |
| 07/02/20 EJF | B130 | A104 | RESEARCH ISSUES RELATED TO MOTION TO DISMISS; | | 3.20 | 1,568.00 |
| 07/02/20 EJF | B130 | A104 | CONFERENCE WITH MR. SELF RE MOTION TO DISMISS (.2) (NO CHARGE);L | | .00 | .00 |
| 07/02/20 JJL | B110 | A108 | CONFERENCE CALL WITH ARCHDIOCESE INSURERS AND US TRUSTEE REGARDING HER COMMENTS TO PROOF OF CLAIM FORM | | .30 | 90.00 |
| 07/02/20 JJL | B110 | A104 | RECEIVED AND REVIEWED DRAFT RESPONSE FROM MINTZ TO REPLY TO SOREN GISLESON'S REQUEST REGARDING CONFIDENTIAL DOCUMENTS | | .20 | 60.00 |
| 07/02/20 JJL | B110 | A106 | READ THE CLIENT'S COMMENTS REGARDING PROPOSED RESPONSE TO GISLESON | | .10 | 30.00 |
| 07/02/20 RPV | B190 | A106 | EMAILS FROM MTHE CLIENT REGARDING RESPONSE TO REQUEST TO SHARE DOCUMENTS SUBJECT TO CONFIDENTIALITY AGREEMENT AND ORDER | | .20 | 98.00 |
| 07/02/20 RPV | B190 | A107 | EMAILS TO AND FROM MR. CAPITELLI REGARDING PROPOSED REVISIONS TO THE DOJ SETTLEMENT AGREEMENT. | | .30 | 147.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/02/20 RPV    B190   A104   REVIEWED PROPOSED DOJ                 .30       147.00
                              SETTLEMENT AGREEMENT.

07/02/20 RPV    B190   A105   EMAILS FROM AND TO AND OFFICE         .70       343.00
                              CONFERENCE WITH MR. SELF
                              REGARDING REVISIONS TO
                              PROPOSED SETTLEMENT MOTION
                              FOR DOJ DISPUTE .

07/02/20 RPV    B110   A105   EMAIL FROM MR. MINTZ                  .10        49.00
                              REGARDING BAR DATE DISPUTE

07/02/20 RPV    B230   A104   REVIEWED MEMO REGARDING BONDS         .20        98.00
                              AND CERTAIN BOND-RELATED
                              DOCUMENTS.

07/02/20 RPV    B310   A105   EMAIL FROM MS. FUTRELL               .20        98.00
                              REGARDING BONDS AND CERTAIN
                              BOND-RELATED DOCUMENTS.

07/02/20 RPV    B190   A108   EMAIL FROM DOJ REGARDING             .20        98.00
                              STATUS OF ARCHDIOCESE-FCA
                              SETTLEMENT AND EXTENSION OF
                              TIME TO FILE DISCHARGEABILITY
                              COMPLAINT .

07/02/20 RPV    B230   A104   RECEIVED AND REVIEWED TMI'S          .20        98.00
                              NOTICE TO BONDHOLDERS RE
                              NON-PAYMENT DUE ON JULY 1 ON
                              2017 BONDS.

07/02/20 RPV    B210   A106   EMAIL FROM MS. MCDONALD              .10        49.00
                              REGARDING PRESS INQUIRY

07/02/20 RPV    B110   A105   OFFICE CONFERENCE WITH MR.           .20        98.00
                              MINTZ REGARDING CALL WITH UST
                              REGARDING BAR DATE MOTION AND
                              RELATED MATTERS

07/02/20 RPV    B110   A108   TELEPHONE CALL FROM MR.              .30       147.00
                              DRAPER REGARDING REDACTION OF
                              SCHEDULES AND RELATED MATTERS

07/02/20 LFA    B110   A108   CALL WITH TRUSTEE'S OFFICE TO        .50       200.00
                              DISCUSS BAR DATE OBJECTIONS.

07/02/20 LFA    B110   A105   CALL WITH MR. MINTZ REGARDING        .40       160.00
                              RESPONSE TO BAR DATE MOTION.


**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   7
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/02/20 | MAM | B110 | A101 | REVIEW CASES REGARDING MOTION TO DISMISS EXPECTED TO BE FILED. | 11.20 | 4,480.00 |
| 07/02/20 | LHS | B410 | A103 | SUMMARIZE AND INCORPORATE TERMS OF THE SETTLEMENT AGREEMENT INTO THE MOTION TO SETTLE CLAIM | 1.60 | 400.00 |
| 07/02/20 | LHS | B410 | A103 | CHECK CASE CITATIONS IN MOTION TO SETTLE CLAIM. | 1.90 | 475.00 |
| 07/02/20 | LHS | B410 | A103 | DO FINAL EDIT ON MOTION TO SETTLE CLAIMS. | 1.10 | 275.00 |
| 07/02/20 | LHS | B410 | A103 | INCORPORATE MR. VANCE'S EDITS INTO THE MOTION TO SETTLE CLAIMS. | .50 | 125.00 |
| 07/02/20 | LHS | B190 | A105 | CALL WITH MS. FUTRELL TO DISCUSS MOTION TO DISMISS RESEARCH. | .10 | 25.00 |
| 07/02/20 | LHS | B410 | A105 | CALL WITH MS. ASHLEY TO DISCUSS CLAIM RESEARCH. | .10 | 25.00 |
| 07/02/20 | LHS | B410 | A102 | RESEARCH REQUIREMENT THAT A DEBTOR BE INSOLVENT IN BANKRUPTCY. | 2.30 | 575.00 |
| 07/02/20 | LHS | B410 | A102 | SUMMARIZE FINDINGS ON SOLVENCY ISSUE FOR MS. FUTRELL. | .30 | 75.00 |
| 07/02/20 | LHS | B410 | A108 | EMAIL TO MR. CAPITELLI WITH QUESTIONS REGARDING PROPOSED SETTLEMENT. | .20 | 50.00 |
| 07/02/20 | LHS | B410 | A104 | REVIEW CASE HISTORY OF DOJ CASE AGAINST THE ARCHDIOCESE. | .50 | 125.00 |
| 07/02/20 | SAO | B310 | A105 | EMAIL EXCHANGES WITH MS. ASHELY AND MR. SELF REGARDING BAR DATE RESEARCH. | .10 | 25.00 |
| 07/02/20 | M F | B110 | A108 | TELEPHONE CONFERENCE WITH INSURANCE TEAM, INSURERS AND U.S. TRUSTEE REGARDING BAR DATE MOTION | .30 | 90.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    8
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

```
07/03/20 EDW   B110  A104   REVIEWED COMMUNICATIONS          .20        60.00
                            REGARDING PRODUCTION OF
                            DOCUMENTS AND APPLICATION OF
                            PROTECTIVE ORDER.

07/03/20 EDW   B110  A104   REVIEWED ISSUES REGARDING        .30        90.00
                            PRE-PETITION DEBTS AND
                            OUTSTANDING PAYMENTS.

07/03/20 EJF   B110  A105   NUMEROUS MEMOS TO AND FROM       .00          .00
                            MR. SELF RE ISSUES RELATED TO
                            DISMISSAL MOTION (.8) (NO
                            CHARGE);

07/03/20 JJL   B110  A105   READ CORRESPONDENCE FROM         .10        30.00
                            MINTZ REGARDING POTENTIAL
                            INSURANCE ISSUE WHICH MAY BE
                            RAISED BY UCC IN MOTION TO
                            DISMISS

07/03/20 JJL   B110  A108   READ CORRESPONDENCE FROM JIM     .10        30.00
                            MURRAY ADDRESSING POTENTIAL
                            INSURERS' POSITION

07/03/20 JJL   B110  A108   RECEIVED AND REVIEWED AND        .90       270.00
                            ANALYZED UNSECURED CREDITORS
                            COMMITTEE'S MOTION TO DISMISS
                            (22 PAGES) AND CONSIDER
                            ARGUMENTS IN REBUTTAL

07/03/20 JJL   B110  A105   READ MINTZ'S FINAL VERSION TO    .10        30.00
                            GISLESON REGARDING
                            CONFIDENTIAL DOCUMENTS AND
                            THE CLIENT'S AUTHORIZATION

07/03/20 RPV   B190  A105   EMAILS FROM MR. MINTZ AND MR,    .50       245.00
                            SELF REGARDING REVIEW OF UCC
                            MOTION TO DISMISS AND REVIEW
                            OF CASES CITED.

07/03/20 RPV   B190  A105   EMAILS FROM AND TO MR. MINTZ     .50       245.00
                            AND MS. FUTRELL REGARDING
                            REVIEW OF UCC OBJECTION TO
                            BAR DATE NOTICE AND SOLVENCY
                            RESEARCH.
```

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| 07/03/20 | RPV | B190 | A104 | EMAILS FROM MR. MINTZ REGARDING REQUEST FROM MR. GISLESON TO SHARE CONFIDENTIAL ANO BANKRUPTCY, STATE COURT DOCUMENTS & PLEADINGS WITH UCC. | .30 | 147.00 |
| 07/03/20 | RPV | B190 | A106 | EMAIL FROM THE CLIENT REGARDING REVIEW OF MOTION TO DISMISS. | .10 | 49.00 |
| 07/03/20 | RPV | B190 | A107 | EMAIL FROM MR, MURRAY REGARDING REVIEW OF INSURANCE AND MOTION TO DISMISS. | .10 | 49.00 |
| 07/03/20 | LFA | B110 | A105 | CALL WITH MR. SELF AND MS. OPPENHEIM TO DISCUSS ANALYSIS OF BAR CLAIMS DATA AND RESEARCH NEEDED FOR SAME. | .50 | 200.00 |
| 07/03/20 | LFA | B110 | A105 | REVIEWED BAR DATE OBJECTION. | .50 | 200.00 |
| 07/03/20 | MAM | B110 | A101 | RESEARCH REGARDING MOTION TO DISMISS AND BAR DATE MOTION. | 7.90 | 3,160.00 |
| 07/03/20 | LHS | B190 | A103 | DRAFT STATEMENT REGARDING SOLVENCY ISSUE. | 2.30 | 575.00 |
| 07/03/20 | LHS | B190 | A102 | RESEARCH REBUTTAL OF CASES WHERE DISMISSAL WAS FOUND. | 1.80 | 450.00 |
| 07/03/20 | LHS | B190 | A103 | SUMMARIZE FACTS THAT DISTINGUISH DISMISSED CASES FROM CURRENT CASE. | .90 | 225.00 |
| 07/03/20 | LHS | B190 | A102 | CONDUCT ADDITIONAL RESEARCH INTO DISMISSAL OF CASES. | 1.10 | 275.00 |
| 07/03/20 | LHS | B190 | A102 | RESEARCH BURDEN OF PROOF REGARDING MOTION TO DISMISS. | 1.30 | 325.00 |
| 07/03/20 | LHS | B190 | A104 | REVIEW MOTION TO DISMISS THE CASE. | .80 | 200.00 |
| 07/03/20 | LHS | B190 | A104 | PULL ALL CASES CITED BY THE MOTION TO DISMISS CASE. | .60 | 150.00 |
| 07/03/20 | LHS | B190 | A103 | DRAFT CHART OF CLAIMS IN OTHER DIOCESES' BANKRUPTCIES. | 1.20 | 300.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  10
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/03/20 LHS   B410  A105   CALL WITH MS. ASHLEY AND MS.        .30        75.00
                            OPPENHEIM TO DISCUSS BAR DATE
                            AND CLAIMS RESEARCH.

07/03/20 SAO   B310  A105   CALL WITH MS. ASHLEY AND MR.        .30        75.00
                            SELF TO DISCUSS BAR DATE
                            RESEARCH.

07/03/20 SAO   B310  A103   PREPARE SPREADSHEET OF BAR         3.20       800.00
                            DATES AND RELATED INFORMATION
                            RE: DIOCESE-TYPE BANKRUPTCY
                            CASES.

07/03/20 SAO   B310  A104   REVIEW UCC'S PRELIMINARY            .20        50.00
                            OBJECTION TO BAR DATE MOTION.

07/03/20 SAO   B190  A104   REVIEW MOTION TO DISMISS          1.20       300.00
                            CHAPTER 11 CASE AND EXHIBITS.

07/03/20 M F   B120  A105   REVIEWED ANALYSIS OF               .10        30.00
                            INSURANCE STATUS FROM J.
                            MURRAY AND M. MINTZ

07/03/20 M F   B120  A107   ELECTRONIC MEMO TO BLANK ROME      .10        30.00
                            COUNSEL REGARDING ADDITIONAL
                            EVIDENCE OF INSURANCE

07/03/20 M F   B120  A107   SECOND ELECTRONIC MEMO TO          .10        30.00
                            BLANK ROME COUNSEL REGARDING
                            ADDITIONAL EVIDENCE OF
                            INSURANCE

07/04/20 EJF   B110  A106   REVIEW MEMOS FROM AND TO           .20        98.00
                            CLIENT REGARDING DISMISSAL
                            ISSUES;

07/04/20 EJF   B110  A104   REVIEW CASES RELATED TO           6.60     3,234.00
                            MOTION TO DISMISS (5.8);
                            BEGIN OBJECTION TO THE SAME
                            (.8);

07/04/20 SAO   B310  A103   PREPARE SPREADSHEET OF BAR        7.90     1,975.00
                            DATES AND RELATED INFORMATION
                            RE: DIOCESE-TYPE BANKRUPTCY
                            CASES.

07/05/20 EJF   B110  A104   REVIEW MOTION TO DISMISS AND      4.50     2,205.00
                            EXHIBITS (2.4); DRAFT MEMOS
                            RE SAME (2.1);

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   11
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/05/20 | JJL | B110 | A105 | CONFERENCE CALL WITH MINTZ REGARDING STRATEGY FOR OPPOSING PLAINTIFF'S MOTION TO DISMISS BANKRUPTCY | 1.30 | 390.00 |
| 07/05/20 | JJL | B110 | A105 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MINTZ TO CLIENT REGARDING HEARING DATE AND OPPOSITION FILING TO MOTION TO DISMISS | .10 | 30.00 |
| 07/05/20 | RPV | B190 | A105 | EMAILS FROM MS. FUTRELL, MR. SELF AND MR. MINTZ REGARDING REVIEW OF UCC MOTION TO DISMISS. | .50 | 245.00 |
| 07/05/20 | WGZ | B410 | A105 | REVIEW EMAILS WITH JW TEAM REGARDING MOTION TO DISMISS AND STRATEGY REGARDING SAME. | .40 | 120.00 |
| 07/05/20 | LFA | B110 | A104 | REVIEWED MOTION TO DISMISS TO ASSIST IN RESPONDING TO SAME. | 1.00 | 400.00 |
| 07/05/20 | LFA | B110 | A105 | CORRESPONDED WITH MR. SELF REGARDING RESEARCH ON BAR DATE MOTION. | .40 | 160.00 |
| 07/05/20 | MAM | B110 | A101 | REVIEW CASES REGARDING MOTION TO DISMISS | 4.50 | 1,800.00 |
| 07/05/20 | LHS | B190 | A103 | SUMMARIZE THOUGHTS ON MOTION TO DISMISS CASE. | .30 | 75.00 |
| 07/05/20 | LHS | B190 | A105 | CALL WITH MS.OPPENHEIM TO DISCUSS BAR DATE RESEARCH. | .10 | 25.00 |
| 07/05/20 | LHS | B190 | A103 | CONTINUE DRAFTING CHART OF BAR DATE AND CLAIMS RESEARCH. | 1.50 | 375.00 |
| 07/05/20 | SAO | B310 | A105 | CALLS WITH MR. SELF TO DISCUSS STATUS OF BAR DATE RESEARCH (0.3); EMAIL EXCHANGES WITH MR. SELF REGARDING THE SAME (0.3). | .60 | 150.00 |
| 07/05/20 | SAO | B310 | A103 | FINISH PREPARING SPREADSHEET OF BAR DATES AND RELATED INFORMATION RE: DIOCESE-TYPE BANKRUPTCY CASES. | 1.60 | 400.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/06/20 | EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING MOTION TO DISMISS BANKRUPTCY. | .80 | 240.00 |
| 07/06/20 | EDW | B110 | A104 | COMMUNICATIONS WITH MR. GISLESON REGARDING PRE-PETITION DEBTS. | .20 | 60.00 |
| 07/06/20 | EJF | B110 | A105 | CONFERENCE CALL RE MOTION TO DISMISS; | .50 | 245.00 |
| 07/06/20 | EJF | B110 | A103 | DRAFT OBJECTION TO MOTION TO DISMISS; | 4.80 | 2,352.00 |
| 07/06/20 | EJF | B110 | A102 | RESEARCH OBJECTION TO MOTION TO DISMISS; | 2.80 | 1,372.00 |
| 07/06/20 | JJL | B110 | A105 | WITH RESPECT TO PLAINTIFF'S MOTION TO DISMISS, DEVELOP AND STRATEGIZE WITH MINTZ AN ARGUMENT TO REBUT PLAINTIFF'S POSITION THAT THE ARCHDIOCESE'S EXCEPTIONS WERE FAILING | 1.30 | 390.00 |
| 07/06/20 | JJL | B110 | A105 | RECEIVED AND REVIEWED CORRESPONDENCE FROM ZERINGUE REGARDING DRAFTING OPPOSITION | .10 | 30.00 |
| 07/06/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER SETTING HEARING ON DEBTORS MOTION TO SET BAR DATE AND OBJECTION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |
| 07/06/20 | RPV | B160 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING APPLICATION TO EMPLOY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR. | .30 | 147.00 |
| 07/06/20 | RPV | B190 | A108 | TELEPHONE CALLS FROM MR. DRAPER REGARDING MOTION TO DISMISS AND RELATED MATTERS | .50 | 245.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  13
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/06/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH JW TEAM REGARDING RESPONSE TO MOTION TO DISMISS AND RELATED MATTERS | 1.00 | 490.00 |
| 07/06/20 RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING RESPONSE TO MOTION TO DISMISS AND RELATED MATTERS | .60 | 294.00 |
| 07/06/20 WGZ | B410 | A104 | ANALYSIS OF MOTION TO DISMISS BANKRUPTCY. | .70 | 210.00 |
| 07/06/20 WGZ | B410 | A105 | EMAILS AND COMMUNICATIONS WITH M. FISCHER REGARDING STATE COURT PROCEEDINGS FOR ARGUMENTS IN MOTION TO DISMISS. | .50 | 150.00 |
| 07/06/20 WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING OPPOSING MOTION TO DISMISS WITH RESPECT TO STATE COURT PROCEDURAL ISSUES. | .70 | 210.00 |
| 07/06/20 WGZ | B410 | A105 | ANALYSIS OF EXHIBITS TO UCC MOTION TO DISMISS REGARDING STATE COURT PROCEEDINGS. | .50 | 150.00 |
| 07/06/20 WGZ | B410 | A105 | ANALYSIS REGARDING LOUISIANA PROCEDURE ON EXCEPTION OF PRESCRIPTION REGARDING MOTION TO DISMISS. | .60 | 180.00 |
| 07/06/20 WGZ | B410 | A105 | ANALYSIS OF LITIGATION TACTIC ARGUMENTS REGARDING OPPOSING MOTION TO DISMISS. | .70 | 210.00 |
| 07/06/20 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND SELF REGARDING RESPONSE TO INQUIRY OF LEAF CAPITAL FUNDING (4.); AND WITH MS. ZUNIGA AND MR. MINTZ REGARDING MOTION TO PAY INSIDERS (.4); WITH MESSRS, SELF, LOWENTHAL, ZERINGUE AND MSES. FISHER, OPPENHEIM, FUTRELL AND ZERINGUE REGARDING MOTION TO DISMISS (.5); WITH MR. MINTZ REGARDING UST COMMENTS TO | 2.50 | 1,000.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  14
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

|  |  |  |  | | |
|---|---|---|---|---|---|
| | | | DEBTOR'S MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS (.4); WITH MS. FUTRELL AND MR. MINTZ REGARDING FINANCIAL INFORMATION (.4); WITH MESSRS. MINTZ AND SELF REGARDING COMBINED BAR DATE - CLAIMS SPREADSHEET (.4). | | |
| 07/06/20 | LFA | B110 | A105 | REVIEWED AND REVISED CLAIMS BAR DATE SHEET. | 3.30 | 1,320.00 |
| 07/06/20 | MAM | B190 | A101 | RECEIPT AND REVIEW OF MOTION TO DISMISS (1.3). VARIOUS CONFERENCES (6.2) AND RESEARCH (4.0) REGARDING THE SAME. | 11.50 | 4,600.00 |
| 07/06/20 | LHS | B410 | A103 | FINALIZE AND COMBINE SPREADSHEET WITH BAR DATE AND CLAIM INFORMATION. | 1.70 | 425.00 |
| 07/06/20 | LHS | B410 | A105 | PARTICIPATED IN CONFERENCE CALL TO DISCUSS STRATEGY AND ASSIGNMENT OF TASKS ON THE MOTION TO DISMISS. | 1.10 | 275.00 |
| 07/06/20 | LHS | B410 | A103 | DRAFT STATEMENT OF LAW REGARDING BURDEN OF PROOF IN MOTION TO DISMISS FOR BAD FAITH. | .40 | 100.00 |
| 07/06/20 | SAO | B310 | A105 | EMAIL EXCHANGES WITH MR. SELF AND MS. ASHLEY RE: BAR DATE RESEARCH. | .20 | 50.00 |
| 07/06/20 | SAO | B140 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING DEADLINE TO SERVE RESPONSES TO MERLE NOULLET'S DISCOVERY REQUESTS. | .10 | 25.00 |
| 07/06/20 | SAO | B110 | A104 | REVIEW ORDER SETTING BAR DATE MOTION AND OPPOSITION THERETO FOR HEARING ON AUGUST 20, 2020 (0.1); REVIEW NOTICE OF DEFICIENCY REGARDING THE COMMITTEE'S MOTION TO DISMISS (0.1). | .20 | 50.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   15
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

```
07/06/20 SAO   B170  A104  REVIEW AND ANALYZE                 .30        75.00
                           APPLICATION TO EMPLOY
                           BERKELEY RESEARCH GROUP, LLC
                           AS FINANCIAL ADVISOR TO THE
                           COMMITTEE.

07/06/20 SAO   B310  A102  REVIEW AND ANALYZE BAR DATE        .20        50.00
                           ORDER ENTERED IN THE DIOCESE
                           OF ST. CLOUD CHAPTER 11 CASE.

07/06/20 M F   B190  A105  CONFERRED PRELIMINARILY WITH       .30        90.00
                           W. ZERINGUE REGARDING
                           OPPOSING MOTION TO DISMISS
                           BANKRUPTCY

07/06/20 M F   B190  A104  FIRST REVIEW AND ANALYSIS OF       .70       210.00
                           COMMITTEE'S MOTION TO DISMISS
                           BANKRUPTCY (FOR OPPOSING
                           PORTION ON CDC EXCEPTIONS)

07/07/20 EDW   B110  A104  CONTINUED REVIEW OF ISSUES         .80       240.00
                           REGARDING MOTION TO DISMISS.

07/07/20 EJF   B110  A104  REVIEW DOCUMENTS AND PUBLIC       2.80     1,372.00
                           INFORMATION FOR OBJECTION TO
                           MOTION TO DISMISS;

07/07/20 EJF   B110  A103  DRAFT OBJECTION TO MOTION TO      2.70     1,323.00
                           DISMISS;

07/07/20 EJF   B110  A105  CONFERENCE CALL RE MOTION TO       .40       196.00
                           DISMISS;

07/07/20 EJF   B210  A106  MEMOS TO AND FROM CLIENT           .30       147.00
                           REGARDING ACCOUNT INFORMATION;

07/07/20 EJF   B210  A107  TELEPHONE TO COUNSEL FOR 2017      .40       196.00
                           BONDS' TRUSTEE REGARDING
                           ACCOUNT INFORMATION (.1);
                           REVIEW ORDER AND MEMO TO
                           COUNSEL RE SAME (.3);

07/07/20 JJL   B110  A108  RECEIVED AND REVIEWED              .20        60.00
                           CORRESPONDENCE FROM MADELEINE
                           BASS AT BEDIVERE REGARDING
                           REIMBURSEMENT

07/07/20 JJL   B110  A105  DISCUSSION WITH BANKRUPTCY         .30        90.00
                           TEAM REGARDING JANE DOE CLAIM
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  16
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 07/07/20 JJL | B110 | A104 | RECEIVED AND REVIEWED PLAINTIFF'S MOTION TO REMAND AND MEMORANDUM IN SUPPORT IN JAMES DOE CASE | 1.20 | 360.00 |
|---|---|---|---|---|---|
| 07/07/20 JJL | B110 | A104 | REVIEWED MEMORANDUM REGARDING ABSTENTION DOCTRINE | .40 | 120.00 |
| 07/07/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION TO REMAND . | .70 | 343.00 |
| 07/07/20 RPV | B190 | A105 | EMAILS FROM JW TEAM REGARDING MOTION TO REMAND FILED IN JAMES DOE. | .50 | 245.00 |
| 07/07/20 RPV | B190 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING MOTION TO DISMISS. | .50 | 245.00 |
| 07/07/20 RPV | B110 | A104 | EMAILS FROM MS. MCDONALD REGARDING COMMENT FOR PRESS INQUIRIES | .20 | 98.00 |
| 07/07/20 RPV | B190 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE REGARDING A DOE CLAIM | .70 | 343.00 |
| 07/07/20 RPV | B210 | A106 | EMAILS TO/FROM THE CLIENT REGARDING COMMUNICATIONS REGARDING STATUS OF BANKRUPTCY | .40 | 196.00 |
| 07/07/20 RPV | B110 | A104 | RECEIVED AND REVIEWED MOTION TO REDACT. | .10 | 49.00 |
| 07/07/20 RPV | B210 | A105 | EMAILS FROM MS. FUTRELL AND MR. MINTZ REGARDING WITHDRAWAL OF FUNDS BY TMI. | .20 | 98.00 |
| 07/07/20 RPV | B190 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING RESPONSE TO MR. HOWELL. | .50 | 245.00 |
| 07/07/20 WGZ | B410 | A105 | EMAILS WITH M. FISCHER. | .40 | 120.00 |
| 07/07/20 WGZ | B410 | A105 | CONFERENCE WITH JW STATE COURT LITIGATION TEAM. | .40 | 120.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  17
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/07/20 WGZ | B410 | A106 | EMAIL FROM ARCHDIOCESE REPRESENTATIVE. | .20 | 60.00 |
| 07/07/20 WGZ | B160 | A106 | EMAILS WITH BANKRUPTCY TEAM REGARDING BILLING ISSUES. | .50 | 150.00 |
| 07/07/20 WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH J. LOWENTHAL AND M. MINTZ. | .20 | 60.00 |
| 07/07/20 WGZ | B410 | A105 | EMAILS REGARDING INSURANCE. | .60 | 180.00 |
| 07/07/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH ARCHDIOCESE REPRESENTATIVES. | .40 | 120.00 |
| 07/07/20 WGZ | B410 | A104 | ANALYSIS OF MOTION TO DISMISS AND EXHIBITS. | .80 | 240.00 |
| 07/07/20 WGZ | B410 | A104 | ANALYSIS OF RESEARCH APPLICABLE TO MOTION TO DISMISS. | .40 | 120.00 |
| 07/07/20 LFA | B110 | A105 | CORRESPONDENCE WITH MR LOWENTHAL REGARDING OUTSTANDING JONES WALKER DEFENSE PAYMENTS (.5); WITH MR. ZERINGUE AND THE CLIENT REGARDING MOTION TO DISMISS WITH MR, SELF REGARDING COMBINED BAR DATE - CLAIMS SPREADSHEET (.5); WITH MS. BERGERON, U.S. TRUSTEE'S OFFICE REGARDING - COMMENTS TO MOTION TO APPROVE COMPENSATION AND PAYMENTS TO INSIDERS (.4); AND WITH MS. MCDONALD AND MESSRS. MINTZ, EHRHARDT AND SCIGLIUZZO REGARDING COMMENT FOR BLOOMBERG NEWS ARTICLE ABOUT THE NEW ORLEANS ARCHDIOCESE BANKRUPTCY (.1); AND WITH MR. MINTZ REGARDING RESPONSE TO MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY (.1). | 1.60 | 640.00 |
| 07/07/20 LFA | B110 | A104 | REVIEWED STATE COURT PROFORMAS TO ASSIST WITH FEE STATEMENT. | 3.30 | 1,320.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  18
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 07/07/20 LFA | B110 | A108 | REVIEWED AND RESEARCHED UST QUESTIONS REGARDING MOTION TO EMPLOY (.5);CORRESPONDED WITH MR. MINTZ REGARDING SAME (.4); CORRESPONDED WITH UST REGARDING SAME (.4). | 1.30 | 520.00 |
| 07/07/20 LFA | B110 | A103 | REVIEWED AND REVISED BAR DATE SPREADSHEET. | 1.80 | 720.00 |
| 07/07/20 MAM | B190 | A101 | WORK ON MATTERS RELATED TO MOTION TO DISMISS (3.8). CONFERENCE REGARDING STRATEGY (.4). | 4.20 | 1,680.00 |
| 07/07/20 MAM | B110 | A101 | FINALIZE MOTIONS SET FOR REGULAR HEARING ON JULY 16 | 3.50 | 1,400.00 |
| 07/07/20 MAM | B140 | A101 | CONFERENCE AND CORRSPONDENCE WITH COUNSEL FOR MS. NOULLET REGARDING STAY RELIEF MOTION | 1.50 | 600.00 |
| 07/07/20 MMS | B210 | A104 | CONFER WITH THE CLIENT REGARDING EMPLOYEE STATUS CHANGES. | .40 | 120.00 |
| 07/07/20 MMS | B210 | A104 | CONFER WITH T. WILSON REGARDING BENEFITS QUESTION FROM THE CLIENT. | .10 | 30.00 |
| 07/07/20 MMS | B210 | A104 | REVIEW SPREADSHEET PROVIDED BY THE CLIENT REGARDING EMPLOYEE STATUS CHANGES. | 1.00 | 300.00 |
| 07/07/20 AK | B190 | A103 | WORKED ON CHART REGARDING PENDING CASES AND MOTION IN ORDER TO PREPARE OPPOSITION MOTION TO DISMISS. | 3.80 | 950.00 |
| 07/07/20 AK | B190 | A104 | ANALYZED NOTICES OF DEPOSITION IN ORDER TO PREPARE OPPOSITION TO MOTION TO DISMISS. | .70 | 175.00 |
| 07/07/20 LHS | B410 | A103 | INCLUDE ADDITIONAL INFORMATION ON LENGTH OF FILING IN BAR DATE SPREADSHEET. | 2.10 | 525.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   19
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/07/20 LHS | B410 | A103 | REVISE SPREADSHEET REGARDING DISCOVERY REQUESTS AND PRODUCTION AND INCORPORATE FILING PRODUCED PREPETITION. | 2.80 | 700.00 |
|---|---|---|---|---|---|
| 07/07/20 M F | B190 | A105 | TEAM MEETING TO DISCUSS STRATEGY FOR OPPOSING MOTION TO DISMISS BANKRUPTCY | .80 | 240.00 |
| 07/07/20 GMS | B110 | A110 | RECEIPT AND E-ORGANIZATION OF PRODUCTION RECEIVED IN RESPONSE TO REQUESTS FOR RECORDS (JW DOE). | .10 | 17.00 |
| 07/07/20 GMS | B110 | A105 | COMMUNICATIONS WITH MR. WEGMANN AND PRACTICE SUPPORT CONCERNING UPLOAD OF DOCUMENTS TO REVIEW DATABASE. | .10 | 17.00 |
| 07/08/20 EDW | B110 | A104 | REVIEWED ISSUES AND STRATEGY REGARDING MOTION TO DISMISS AND REFERRAL TO BANKRUPTCY COURT AND REMAND ISSUES. | .90 | 270.00 |
| 07/08/20 EJF | B110 | A104 | REVIEW DOCUMENTS RE OBJECTION TO MOTION TO DISMISS; | 1.20 | 588.00 |
| 07/08/20 EJF | B110 | A102 | RESEARCH RE OBJECTION TO MOTION TO DISMISS; | 2.20 | 1,078.00 |
| 07/08/20 EJF | B110 | A103 | DRAFT OBJECTION TO MOTION TO DISMISS; | 3.50 | 1,715.00 |
| 07/08/20 JJL | B410 | A105 | DISCUSSION REGARDING STRATEGY TO RESPOND TO PLAINTIFF'S MOTION TO REMAND WITH MINTZ; DISCUSS INTERRELATIONSHIP WITH MOTION TO DISMISS | .90 | 270.00 |
| 07/08/20 JJL | B410 | A105 | DISCUSSION WITH ZERINGUE REGARDING STATE COURT ISSUES AND PLAINTIFF'S LITIGATION TACTIC | .60 | 180.00 |
| 07/08/20 JJL | B410 | A108 | READ CORRESPONDENCE FROM SOREN GISLESON TO JUDGE BARBIER'S LAW CLERK | .10 | 30.00 |

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   20
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/08/20 RPV   B190  A105   EMAIL FROM AND OFFICE              .30        147.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING DRAFT OF RESPONSE
                           TO THE MOTION FROM MERLE
                           NOULLET TO FILE HER PARTIAL
                           RELIEF FROM STAY AND REVIEW
                           OF MOTION TO REMAND.

07/08/20 RPV   B190  A104   REVIEWED NOTICE OF HEARING ON      .80        392.00
                           MOTION TO DISMISS CASE FILED
                           BY UCC AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           AND REMAND MOTION .

07/08/20 RPV   B190  A104   EMAIL FROM THE CLIENT             .20         98.00
                           REGARDING MOTION TO REMAND .

07/08/20 RPV   B190  A108   TELEPHONE CONFERENCE WITH MR.     .50        245.00
                           DRAPER REGARDING MOTION TO
                           CONVERT AND REMAND

07/08/20 RPV   B110  A105   OFFICE CONFERENCE WITH MR.        .40        196.00
                           MINTZ REGARDING PRESS
                           COMMUNICATIONS

07/08/20 RPV   B110  A106   CONFERENCE WITH THE CLIENT        .80        392.00
                           AND MR. MINTZ REGARDING
                           RESPONSE TO COMMUNICATIONS
                           REGARDING UCC ISSUES

07/08/20 WGZ   B410  A105   EMAILS REGARDING MOTION TO        .50        150.00
                           DISMISS.

07/08/20 WGZ   B410  A104   STRATEGY REGARDING MOTION TO      .90        270.00
                           DISMISS.

07/08/20 LFA   B160  A104   CONTINUED REVIEWING AND          5.50      2,200.00
                           REVISING STATE COURT
                           PROFORMAS TO ASSIST WITH FEE
                           STATEMENT.

07/08/20 MAM   B190  A101   RESEARCH REGARDING MOTION TO     8.70      3,480.00
                           DISMISS (3.5). CONFERENCES
                           REGARDING THE SAME (1.5).
                           MEETING WITH CLIENT REGARDING
                           MOTION TO DISMISS (3.7).
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   21
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/08/20 MMS | B210 | A104 | VARIOUS COMMUNICATIONS WITH THE CLIENT AND JW TEAM REGARDING BENEFITS ISSUE AND LAYOFFS. | 1.00 | 300.00 |
| 07/08/20 AK | B190 | A104 | ANALYZED SIGNED JUDGMENTS BY STATE COURT IN ORDER TO PREPARE OPPOSITION TO MOTION TO DISMISS. | .70 | 175.00 |
| 07/08/20 AK | B190 | A103 | WORKED ON CHART REGARDING PENDING CASES AND MOTION IN ORDER TO PREPARE OPPOSITION TO MOTION TO DISMISS. | 4.60 | 1,150.00 |
| 07/08/20 LHS | B410 | A104 | REVIEW UNOPPOSED MOTION FROM DOJ AND PROPOSED ORDER. | .50 | 125.00 |
| 07/08/20 LHS | B190 | A103 | DRAFT LANGUAGE REGARDING THE TIMING OF FILING PETITION SO THAT IT IS CONSIDERED IMMINENT. | 2.30 | 575.00 |
| 07/08/20 SAO | B110 | A104 | REVIEW AND ANALYZE GAINSBURGH BENJAMIN'S VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2019. | .10 | 25.00 |
| 07/08/20 SAO | B110 | A105 | CALL WITH MS. KINGSMILL REGARDING DISCOVERY MOTIONS THAT HAD BEEN FILED IN THE ABUSE CASES PRIOR TO REMOVAL (0.1); EMAIL CORRESPONDENCES WITH MS. KINGSMILL REGARDING THE SAME (0.1). | .20 | 50.00 |
| 07/08/20 SAO | B140 | A103 | REVISE MERLE NOULLET'S PROPOSED AGREED ORDER GRANTING MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY TO BE ON THE TERMS STATED IN THE ARCHDIOCESE'S RESPONSE TO SUCH MOTION. | .90 | 225.00 |
| 07/08/20 M F | B190 | A105 | ELECTRONIC MEMO TO W. ZERINGUE REGARDING OPPOSITIONS TO MOTION TO DISMISS BANKRUPTCY PROCEEDING AND MOTION TO REMAND JAMES DOE CASE TO STATE COURT | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  22
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/09/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED JW DOE OBJECTION TO DEBTOR'S MOTION TO HIRE COURSE PROFESSIONALS. | 1.50 | 450.00 |
| 07/09/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING WORK TO BE DONE AND PLEADINGS TO BE FILED. | 1.30 | 390.00 |
| 07/09/20 | EJF | B110 | A103 | DRAFT OBJECTION TO MOTION TO DISMISS; | 2.80 | 1,372.00 |
| 07/09/20 | JJL | B410 | A108 | REVIEWED BRIEFLY EXHIBIT 13 TO UCC MOTION TO DISMISS. | .20 | 60.00 |
| 07/09/20 | JJL | B410 | A105 | IDENTIFY FACTS, PLEADINGS, DOCUMENTS TO SUPPORT ARGUMENTS IN OPPOSITION TO MOTION TO REMAND AND MOTION TO DISMISS | 3.60 | 1,080.00 |
| 07/09/20 | JJL | B410 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF ATTORNEY FILING EXHIBIT 13 | .10 | 30.00 |
| 07/09/20 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING VARIOUS MATTERS INCLUDING SCHEDULES, MOTION TO DISMISS, MOTION FOR REMAND, TORT CLAIM DEMANDS AND RELATED MATTERS | 1.00 | 490.00 |
| 07/09/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED OPPOSITION TO MOTION TO HIRE AND MOTION TO SEAL OPPOSITION FILED ON BEHALF OF JW DOE. | .30 | 147.00 |
| 07/09/20 | RPV | B110 | A104 | REVIEW OF OPPOSITION TO MOTION TO HIRE AND MOTION TO SEAL OPPOSITION FILED ON BEHALF OF JW DOE. | .50 | 245.00 |
| 07/09/20 | RPV | B130 | A104 | RECEIVED AND REVIEWED EX PARTE MOTION TO CONTINUE HEARING ON (I) MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY AND (II) MOTION FOR AUTHORITY TO SELL IMMOVABLE PROPERTY, FREE AND CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES | .30 | 147.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  23
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

```
                          PURSUANT TO SECTION 363(B)
                          AND 363(F) OF THE BANKRUPTCY
                          CODE.

07/09/20 RPV   B130  A105  EMAILS FROM MR. MINTZ AND THE      .30      147.00
                          CLIENT REGARDING ST ELIZABETH
                          SALE PRICE.

07/09/20 RPV   B130  A104  RECEIVED AND REVIEWED             .50      245.00
                          DOCUMENTS IN CONNECTION WITH
                          ST. ELIZABETH:  LEASE WITH
                          OPTION TO PURCHASE (THE
                          PURCHASE AGREEMENT AS EXHIBIT
                          B), MOTION TO EXPEDITE
                          HEARING ON MOTION TO APPROVE
                          LEASE, ORDER GRANTING MOTION
                          TO EXPEDITE HEARING ON MOTION
                          TO APPROVE LEASE, BIDDING
                          PROCEDURES, MOTION TO LEASE
                          WITH OPTION TO PURCHASE AND
                          ORDER GRANTING MOTION TO
                          LEASE WITH OPTION TO PURCHASE.

07/09/20 RPV   B190  A104  REVIEWED AND REVISED              .20       98.00
                          UNOPPOSED MOTION ON
                          DISCHARGEABILITY.

07/09/20 RPV   B190  A105  EMAILS FROM AND TO MR. SELF       .30      147.00
                          REGARDING REVISIONS TO
                          UNOPPOSED MOTION ON
                          DISCHARGEABILITY TO BE FILED
                          BY DOJ.

07/09/20 RPV   B110  A106  EMAILS REGARDING RESPONSE TO      .40      196.00
                          PRESS REQUEST FOR STATEMENT.

07/09/20 RPV   B190  A104  RECEIVED AND REVIEWED MOTION      .20       98.00
                          TO EXTEND TIME TO REMOVE
                          CASES.

07/09/20 RPV   B110  A104  RECEIVED AND REVIEWED ORDERS      .20       98.00
                          GRANTING MOTIONS TO ENROLL
                          COUNSEL.

07/09/20 RPV   B190  A104  RECEIVED AND REVIEWED ORDER       .20       98.00
                          SCHEDULING STATUS CONFERENCE
                          FOR MOTION TO DISMISS.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  24
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/09/20 RPV   B190  A106   EMAILS FROM THE CLIENT AND          .20        98.00
                           MR. MINTZ REGARDING REVIEW OF
                           NOULLET MOTION TO REMAND AND
                           PARTIAL LIFT OF STAY.

07/09/20 RPV   B190  A104   REVIEWED REVISIONS TO NOULLET       .20        98.00
                           MOTION TO REMAND AND PARTIAL
                           LIFT OF STAY.

07/09/20 RPV   B310  A104   RECEIVED AND REVIEWED              .10        49.00
                           INTERNAL REVENUE SERVICE
                           PROOF OF CLAIM.

07/09/20 WGZ   B410  A105   EMAILS WITH STATE COURT           1.00       300.00
                           LITIGATION TEAM AND
                           SUBSEQUENT MEETING WITH SAME.

07/09/20 WGZ   B410  A106   CONFERENCE WITH ARCHDIOCESE       1.00       300.00
                           REPRESENTATIVES REGARDING
                           STRATEGY.

07/09/20 LFA   B160  A103   CONTINUED REVIEWING AND           3.50     1,400.00
                           REVISING PROFORMAS TO ASSIST
                           WITH FEE STATEMENT (2.0);
                           DRAFTED FEE STATEMENT (1.5).

07/09/20 LFA   B110  A105   CORRESPONDENCES WITH MS.          3.00     1,200.00
                           FUTRELL AND MESSRS. EAGAN AND
                           MINTZ REGARDING ST. ELIZABETH
                           PROPERTY SALE (.5); WITH
                           MESSRS. MOSBY AND EAGAN
                           REGARDING CLECO ACCOUNTS
                           (.4); WITH MR. MINTZ
                           REGARDING AGREED ORDER -
                           MOTION FOR RELIEF FROM STAY
                           (.5); WITH MS. BERGERON, U.
                           S. TRUSTEE'S OFFICE,
                           REGARDING UST COMMENTS TO
                           DEBTOR'S MOTION TO EMPLOY
                           ORDINARY COURSE PROFESSIONALS
                           (.4); WITH MR. MINTZ AND MS.
                           MOSKOWITZ, LAW CLERK,
                           REGARDING CONTINUATION, WITH
                           MESSRS. MINTZ AND BOLDISSAR
                           REGARDING JULY 16 MATTERS FOR
                           HEARING AND ORDERS (.4); WITH
                           MR. LOWENTHAL REGARDING
                           OUTSTANDING JONES WALKER
                           DEFENSE PAYMENTS (.4); AND
                           WITH MR. MINTZ REGARDING

<span style="color:red">EXHIBIT E</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  25
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

|            |     |      |      |                                                                                                                                                                                     |       |          |
|------------|-----|------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     |      |      | OPPOSITION TO MOTION TO HIRE PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS AND MOTION TO FILE UNDER SEAL (.4).                                                                     |       |          |
| 07/09/20   | MAM | B190 | A101 | WORK ON MOTION TO REFER (8.0).  CORRESPONDENCE REGARDING THE SAME (.5). RECEIPT AND REVIEW OF MOTION TO FILE UNDER SEAL (.5). RESEARCH ROOKER FELDMAN REGARDING THE SAME (3.5). CONFERENCES REGARDING THE SAME (1.7). | 14.20 | 5,680.00 |
| 07/09/20   | MMS | B210 | A104 | CONFER WITH A. GLASER REGARDING BENEFITS ISSUES.                                                                                                                                     | .20   | 60.00    |
| 07/09/20   | MMS | B210 | A104 | CONFER WITH THE CLIENT REGARDING LAYOFFS.                                                                                                                                            | .10   | 30.00    |
| 07/09/20   | AK  | B190 | A103 | WORKED ON CHART REGARDING PENDING CASES AND MOTION IN ORDER TO PREPARE OPPOSITION TO MOTION TO DISMISS.                                                                               | 1.60  | 400.00   |
| 07/09/20   | AK  | B310 | A104 | ANALYZED EXHIBITS TO MOTION TO SEAL IN ORDER TO PREPARE OPPOSITION AND/OR MOTION TO STRIKE.                                                                                           | .40   | 100.00   |
| 07/09/20   | AK  | B310 | A104 | ANALYZED TERMS OF PROTECTIVE ORDER FILED IN J.W. DOE MATTER IN ORDER TO PREPARE OPPOSITION TO MOTION TO SEAL.                                                                         | .30   | 75.00    |
| 07/09/20   | AK  | B310 | A104 | ANALYZED CONFIDENTIAL DOCUMENTS PRODUCED IN J.W. DOE IN ORDER TO PREPARE OPPOSITION TO MOTION TO SEAL.                                                                                | 1.80  | 450.00   |
| 07/09/20   | LHS | B110 | A103 | DRAFT EX PARTE ORDER TO CONTINUE HEARING (1.4); FILE SAME WITH COURT (0.5)                                                                                                            | 1.90  | 475.00   |
| 07/09/20   | LHS | B410 | A108 | COMMUNICATE WITH DOJ REGARDING PROPOSED EDITS TO THE UNOPPOSED MOTION.                                                                                                                | .20   | 50.00    |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   26
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/09/20 SAO   B140  A105   TELEPHONE CONFERENCE WITH MR.      .20        50.00
                           MINTZ TO DISCUSS NEW STRATEGY
                           REGARDING MERLE NOULLET'S
                           MOTION FOR PARTIAL RELIEF
                           FROM THE AUTOMATIC STAY.

07/09/20 SAO   B140  A103   DRAFT OBJECTION TO MERLE          3.40       850.00
                           NOULLET'S MOTION FOR PARTIAL
                           RELIEF FROM THE AUTOMATIC
                           STAY.

07/09/20 SAO   B190  A104   REVIEW AND ANALYZE JW DOE'S        .40       100.00
                           OBJECTION TO DEBTOR'S MOTION
                           TO EMPLOY PROFESSIONALS IN
                           THE ORDINARY COURSE OF
                           BUSINESS (0.3); REVIEW AND
                           ANALYZE JW DOE'S MOTION TO
                           SEAL IN CONNECTION WITH THE
                           SAME (0.1).

07/09/20 SAO   B110  A105   EMAIL CORRESPONDENCES WITH         .40       100.00
                           JONES WALKER BANKRUPTCY TEAM
                           REGARDING SCHEDULING OF THE
                           COMMITTEE'S MOTION TO DISMISS
                           CHAPTER 11 CASE.

07/09/20 SAO   B140  A103   FURTHER REVISIONS TO MERLE        1.20       300.00
                           NOULLET'S PROPOSED AGREED
                           ORDER GRANTING MOTION FOR
                           PARTIAL RELIEF FROM THE
                           AUTOMATIC STAY.

07/09/20 M F   B190  A105   MEETING WITH TEAM TO DISCUSS      1.10       330.00
                           POINTS FOR INCLUSION IN
                           OPPOSITION TO MOTIONS TO
                           DISMISS/REMAND

07/09/20 M F   B190  A105   EXCHANGE OF EMAIL WITH A.          .10        30.00
                           KINGSMILL REGARDING HISTORY
                           OF STATE COURT PROCEEDINGS
                           FOR OPPOSITION TO MOTIONS TO
                           DISMISS/REMAND

07/10/20 EDW   B110  A104   REVIEWED AND REVISED CHART         .50       150.00
                           REGARDING LITIGATION STATUS
                           AND PROTECTIVE ORDERS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  27
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/10/20 EDW | B110 | A104 | REVIEWED RESEARCH REGARDING JW DOE OBJECTION TO ORDINARY COURSE PROFESSIONALS. | 1.50 | 450.00 |
| 07/10/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING BANKRUPTCY MOTION TO DISMISS AND LITIGATION IN DISTRICT COURT. | .80 | 240.00 |
| 07/10/20 EDW | B110 | A104 | RECEIVED AND REVIEWED JW DOE'S MOTION TO FILE EXHIBITS REGARDING OBJECTION UNDER SEAL. | .50 | 150.00 |
| 07/10/20 EJF | B110 | A104 | REVIEW DOCUMENTS RELATED TO OBJECTION TO MOTION TO DISMISS; | 2.80 | 1,372.00 |
| 07/10/20 EJF | B110 | A104 | DRAFT AND REVISE MEMO TO CLIENT REGARDING MOTION TO DISMISS; | 4.80 | 2,352.00 |
| 07/10/20 JJL | B410 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ REGARDING SOREN GISLESON LETTER TO COURT REGARDING EX PARTE MOTION. | .50 | 150.00 |
| 07/10/20 JJL | B410 | A104 | REVIEWED MR. MINTZ CORRESPONDENCE TO COURT OBJECTING TO GISLESON PROPOSED EX PARTE MOTION TO FILE UNDER SEAL. | .10 | 30.00 |
| 07/10/20 JJL | B410 | A104 | REVIEWED OBJECTION FILED BY JW DOE TO DEBTOR'S REQUEST TO EMPLOY ORDINARY COURSE PROFESSIONALS. | .30 | 90.00 |
| 07/10/20 JJL | B410 | A104 | REVIEWED EXHIBITS ATTACHED TO JW DOE MOTION. | 1.30 | 390.00 |
| 07/10/20 JJL | B410 | A104 | RECEIVED AND REVIEWED MINTZ MEMOS REGARDING STRATEGY AND OPTIONS. | .20 | 60.00 |
| 07/10/20 JJL | B410 | A104 | TELEPHONE CONFERENCE WITH THE CLIENT REGARDING RESPONSE TO PLAINTIFF'S FILINGS. | .30 | 90.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  28
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/10/20 JJL | B190 | A105 | STRATEGY SESSION WITH MR. WEGMANN AND MR. ZERINGUE REGARDING OPPOSITION MOTION IN COURT REGARDING VIOLATION AND PROTECTIVE ORDER. | 1.40 | 420.00 |
| 07/10/20 JJL | B410 | A104 | REVIEWED BRIEF DESCRIPTION OF APPLICATION OF BANKRUPTCY RULE 2019 TO ARCHDIOCESE MOTION FOR VIOLATION AND PROPOSED ORDER. | .10 | 30.00 |
| 07/10/20 RPV | B190 | A105 | EMAILS FROM MR. MINTZ REGARDING CORRESPONDENCE AND FORMAL DISCOVERY REQUESTS RELATED TO THE BAR DATE MOTION. | .20 | 98.00 |
| 07/10/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISHCHARABILITY OF DEBT FILED BY THE DOJ. | .10 | 49.00 |
| 07/10/20 RPV | B190 | A105 | EMAILS FROM AND TO MR. SELF REGARDING DOJ FILING OF DISCHARGEABILIY MOTION. | .20 | 98.00 |
| 07/10/20 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING VARIOUS MATTERS INCLUDING SCHEDULES, MOTION TO REMAND AND MOTION TO DISMISS | .70 | 343.00 |
| 07/10/20 RPV | B190 | A106 | EMAIL FROM THE CLIENT REGARDING REQUEST FOR COMMENT BY PRESS ON OPPOSITION TO MOTION ORDINARY COURSE PROFESSIONALS | .20 | 98.00 |
| 07/10/20 RPV | B190 | A105 | EMAIL FROM MR. MINTZ REGARDING REVIEW OF EMAILS RECEIVED FROM SOREN GISLESON. | .10 | 49.00 |
| 07/10/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION TO FILE UNDER SEAL. | .30 | 147.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  29
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/10/20 RPV   B190  A108   EMAILS FROM MR. GISLESON            .20        98.00
                           REGARDING MOTION TO FILE
                           UNDER SEAL IN JAMES DOE AND
                           MOTION TO REMAND IN J.W. DOE.

07/10/20 RPV   B190  A105   EMAILS AMONG JW TEAM                .50       245.00
                           REGARDING REVIEW AND
                           REVISIONS TO OPPOSITION TO
                           MOTION TO SEAL AND MOTION TO
                           REFER MATTER TO BANKRUPTCY
                           COURT.

07/10/20 RPV   B130  A104   RECEIVED AND REVIEWED ORDER         .10        49.00
                           GRANTING MOTION TO CONTINUE
                           HEARING ON (I) MOTION FOR
                           PARTIAL RELIEF FROM THE
                           AUTOMATIC STAY AND (II)
                           MOTION FOR AUTHORITY TO SELL
                           IMMOVABLE PROPERTY, FREE AND
                           CLEAR OF ALL LIENS,
                           INTERESTS, AND ENCUMBRANCES
                           PURSUANT TO SECTION 363(B)
                           AND 363(F) OF THE BANKRUPTCY
                           CODE.

07/10/20 RPV   B190  A106   EMAILS FROM MR. MINTZ AND THE       .20        98.00
                           CLIENT REGARDING ST. ANGELA
                           MERICI SETTLEMENT FOR SLIP
                           AND FALL.

07/10/20 RPV   B110  A104   EMAIL FROM MR. SELF REGARDING       .30       147.00
                           RESEARCH ON FAILURE TO COMPLY
                           WITH RULE 2019.

07/10/20 WGZ   B160  A106   EMAILS AND TELEPHONE CALLS          .80       240.00
                           WITH ARCHDIOCESE
                           REPRESENTATIVE REGARDING
                           BILLING ISSUE.

07/10/20 WGZ   B410  A104   STRATEGY REGARDING PENDING          .40       120.00
                           MOTIONS.

07/10/20 WGZ   B410  A105   EMAIL FROM BANKRUPTCY TEAM.         .40       120.00

07/10/20 WGZ   B410  A105   EMAIL REGARDING MOTION TO           .80       240.00
                           REFER.

07/10/20 WGZ   B410  A104   STRATEGY REGARDING MOTION TO        .90       270.00
                           REFER.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  30
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 07/10/20 LFA | B110 | A106 | CORRESPONDENCES WITH THE CLIENT REGARDING CLECO ACCOUNTS (.4); WITH MS. BERGERON, U.S. TRUSTEE'S OFFICE, AND MR. SELF REGARDING UST COMMENTS TO DEBTOR'S MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS (.3); WITH THE CLIENT AND MR. MINTZ REGARDING EMAILS FROM SOREN (.2); WITH MR LOWENTHAL REGARDING OUTSTANDING JONES WALKER DEFENSE PAYMENTS (.1). | 1.00 | 400.00 |
| 07/10/20 LFA | B160 | A103 | CONTINUED REVIEWING PROFORMAS (2.5);CONTINUED DRAFTING FEE STATEMENT (2.8). | 5.30 | 2,120.00 |
| 07/10/20 MAM | B190 | A101 | WORK ON MOTION TO REFER (2.5).  WORK ON MOTION TO STRIKE (2.9).  WORK ON OPPOSITION TO MOTION TO FILE UNDER SEAL (2.5).  RECEIPT AND REVIEW OF DISCOVERY ON BAR DATE AND MOTION TO DISMISS (2.5) | 10.40 | 4,160.00 |
| 07/10/20 MMS | B210 | A104 | PERFORM ANALYSIS OF AGE AND GENDER OF EMPLOYEES INVOLVED IN LAYOFF. | .60 | 180.00 |
| 07/10/20 MMS | B210 | A104 | PERFORM LEGAL RESEARCH AND REVIEW ADDITIONAL LEGAL RESEARCH REGARDING POTENTIAL WARN ACT ISSUES. | 1.90 | 570.00 |
| 07/10/20 MMS | B210 | A104 | CONFER WITH THE CLIENT AND A. GLASER REGARDING BENEFITS ISSUES. | .10 | 30.00 |
| 07/10/20 MMS | B210 | A104 | PREPARE EMAIL TO THE CLIENT REGARDING LAYOFF ANALYSIS. | 1.00 | 300.00 |
| 07/10/20 AK | B310 | A104 | ANALYZED MOTION TO DISMISS IN ORDER TO PREPARE OPPOSITION TO MOTION TO FILE UNDER SEAL. | .40 | 100.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  31
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Tmk | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/10/20 | AK | B310 | A104 | WORKED ON OPPOSITION TO MOTION TO SEAL DOCUMENTS IN CONNECTION WITH OBJECTION TO ARCHDIOCESE'S MOTION TO EMPLOY PROFESSIONALS. | 3.60 | 900.00 |
| 07/10/20 | AK | B310 | A104 | REVISED OPPOSITION TO MOTION TO SEAL DOCUMENTS IN CONNECTION WITH OBJECTION TO ARCHDIOCESE'S MOTION TO EMPLOY PROFESSIONALS. | 2.10 | 525.00 |
| 07/10/20 | AK | B310 | A105 | WORKED WITH MR. MINTZ ON OPPOSITION TO MOTION TO SEAL DOCUMENTS IN CONNECTION WITH OBJECTION TO ARCHDIOCESE'S MOTION TO EMPLOY PROFESSIONALS. | .30 | 75.00 |
| 07/10/20 | AK | B310 | A105 | WORKED WITH MR. WEGMANN ON OPPOSITION TO MOTION TO SEAL DOCUMENTS IN CONNECTION WITH OBJECTION TO ARCHDIOCESE'S MOTION TO EMPLOY PROFESSIONALS. | .80 | 200.00 |
| 07/10/20 | AK | B310 | A102 | RESEARCHED CASES REGARDING SANCTIONS AND REMEDIES FOR VIOLATING PROTECTIVE ORDER IN ORDER TO PREPARE OPPOSITION TO MOTION TO SEAL. | .60 | 150.00 |
| 07/10/20 | AK | B310 | A102 | RESEARCHED CASES REGARDING ROOKER FELDMAN DOCTRINE IN ORDER TO PREPARE OPPOSITION TO MOTION TO SEAL. | .80 | 200.00 |
| 07/10/20 | AK | B310 | A104 | REVIEWED REVISED DRAFT OF OPPOSITION TO MOTION TO SEAL PRIOR TO FILING. | .30 | 75.00 |
| 07/10/20 | AK | B310 | A102 | RESEARCHED CASES REGARDING THE USE OF DISCOVERY IN SEPARATE PROCEEDINGS IN ORDER TO PREPARE OPPOSITION TO MOTION TO DISMISS. | .60 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   32
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 07/10/20 LHS | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS FAILURE OF JW COUNSEL TO COMPLY WITH RULE 2019. | .20 | 50.00 |
|---|---|---|---|---|---|
| 07/10/20 LHS | B190 | A102 | RESEARCH POTENTIAL SANCTIONS FOR FAILURE TO COMPLY WITH RULE 2019, | 3.00 | 750.00 |
| 07/10/20 LHS | B190 | A103 | SUMMARIZE FINDINGS ON RULE 2019 FOR MR. MINTZ. | .50 | 125.00 |
| 07/10/20 LHS | B190 | A103 | DRAFT MOTION TO STRIKE BASED ON FAILURE TO COMPLY WITH RULE 2019. | 4.10 | 1,025.00 |
| 07/10/20 LHS | B410 | A103 | INCORPORATE US TRUSTEE'S EDITS INTO THE AMENDED ORDINARY COURSE PROFESSIONAL DECLARATION. | 1.00 | 250.00 |
| 07/10/20 SAO | B190 | A104 | REVIEW AND ANALYZE THE DEBTOR'S OPPOSITION TO A CERTAIN ABUSE SURVIVOR'S EX PARTE MOTION TO SEAL. | .10 | 25.00 |
| 07/11/20 EDW | B110 | A104 | RECEIVED AND REVIEWED FORMAL DISCOVERY REQUESTS IN BANKRUPTCY CASE. | .80 | 240.00 |
| 07/11/20 EJF | B110 | A106 | MEMO TO CLIENT REGARDING MOTION TO DISMISS; | .30 | 147.00 |
| 07/11/20 JJL | B110 | A104 | REVIEWED MULTIPLE REVISED MOTION AND MEMORANDUM TO REFER CASE TO BANKRUPTCY COURT. | .60 | 180.00 |
| 07/11/20 RPV | B190 | A106 | EMAILS FROM MR. MINTZ, THE CLIENT, MS. OPPENHEIM, MR. ZERINGUE, MR. BORDELON, MR. WEGMANN AND MR. PAULSEN REGARDING REVIEW OF JAMES DOE MOTION TO REFER. | .50 | 245.00 |
| 07/11/20 WGZ | B410 | A104 | ANALYSIS OF OPPOSITION TO JW MOTION TO SEAL. | .60 | 180.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   33
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/11/20 | WGZ | B410 | A104 | STRATEGY REGARDING VARIOUS MOTIONS PENDING BEFORE JUDGE GRABILL AND JUDGE BARBIER. | 1.00 | 300.00 |
| 07/11/20 | WGZ | B410 | A106 | EMAIL WITH ARCHDIOCESE COUNSEL. | .30 | 90.00 |
| 07/11/20 | WGZ | B410 | A105 | EMAILS AND TELEPHONE CALL WITH M. MINTZ REGARDING STRATEGY. | .70 | 210.00 |
| 07/11/20 | MAM | B190 | A101 | FINALIZE MOTION TO REFER | 3.20 | 1,280.00 |
| 07/11/20 | MMS | B210 | A104 | CONFER WITH THE CLIENT REGARDING CALL TO DISCUSS LAYOFF. | .10 | 30.00 |
| 07/11/20 | LHS | B410 | A104 | REVIEW SUMMARY OF KEY ISSUES TO ADDRESS REGARDING MOTION TO DISMISS. | .40 | 100.00 |
| 07/11/20 | LHS | B190 | A103 | INCORPORATE FACTS FROM UNDERLYING CASES INTO THE MOTION TO STRIKE. | 1.10 | 275.00 |
| 07/11/20 | LHS | B410 | A105 | CALL WITH MR. MINTZ TO DISCUSS EXPANSION OF MOTION TO STRIKE. | .30 | 75.00 |
| 07/11/20 | LHS | B410 | A105 | CALL WITH MS. OPPENHEIM TO DISCUSS FILING OF CERTIFICATE OF SERVICE. | .10 | 25.00 |
| 07/11/20 | LHS | B190 | A103 | DRAFT MOTION TO STRIKE (6.8) | 6.80 | 1,700.00 |
| 07/11/20 | SAO | B110 | A104 | REVIEW ORDER GRANTING MOTION TO CONTINUE HEARINGS ON MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY AND MOTION FOR AUTHORITY TO SELL IMMOVABLE PROPERTY. | .10 | 25.00 |
| 07/11/20 | SAO | B110 | A104 | REVIEW UNOPPOSED MOTION OF THE UNITED STATES TO EXTEND DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   34
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/11/20 SAO   B190  A104  REVIEW AND ANALYZE                      .80         200.00
                           CORRESPONDENCE AND FORMAL
                           DISCOVERY REQUESTS SERVED BY
                           THE COMMITTEE IN CONNECTION
                           WITH THE DEBTOR'S BAR DATE
                           MOTION AND THE COMMITTEE'S
                           MOTION TO DISMISS CHAPTER 11
                           CASE.

07/11/20 SAO   B190  A103  PREPARE CERTIFICATE OF                  .30          75.00
                           SERVICE REGARDING THE
                           DEBTOR'S OPPOSITION TO A
                           CERTAIN ABUSE SURVIVOR'S EX
                           PARTE MOTION TO SEAL.

07/12/20 EDW   B110  A104  REVIEWED AND WORKED ON ISSUES           .50         150.00
                           REGARDING OBJECTIONS TO
                           ENGAGEMENT OF ORDINARY COURSE
                           PROFESSIONALS.

07/12/20 JJL   B110  A104  RECEIVED AND REVIEWED SOREN             .10          30.00
                           GISLESON'S CORRESPONDENCE TO
                           U.S. BANKRUPTCY TRUSTEE
                           REGARDING ARCHDIOCESE
                           OPPOSITION TO MOTION TO SEAL.

07/12/20 JJL   B110  A104  RECEIVED MR. MINTZ'S STATUS            .20          60.00
                           MEMO REGARDING CASE.

07/12/20 RPV   B190  A104  RECEIVED AND REVIEWED MOTION           .50         245.00
                           TO REFER MATTER TO BANKRUPTCY
                           COURT IN JAMES DOE MATTER.

07/12/20 RPV   B190  A104  RECEIVED AND REVIEWED DRAFT            .50         245.00
                           OF MOTION TO STRIKE OBJECTION.

07/12/20 RPV   B190  A105  EMAILS TO AND FROM JW TEAM            .50         245.00
                           REGARDING REVIEW OF EXPEDITED
                           MOTION TO STRIKE.

07/12/20 LFA   B110  A106  CORRESPONDENCES WITH MESSRS.         1.00         400.00
                           MINTZ, WEGMANN, VANCE, EAGAN
                           AND SELF REGARDING EXPEDITED
                           MOTION TO STRIKE (.5); WITH
                           THE CLIENT REGARDING STATUS
                           OF MOTIONS AND RESPONSES AND
                           WITH MSES. FUTRELL AND
                           ZERINGUE REGARDING MOTION TO
                           DISMISS (.5).

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  35
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/12/20 | MAM | B190 | A101 | WORK ON MOTION TO STRIKE | 2.30 | 920.00 |
| 07/12/20 | MMS | B210 | A104 | CONFER WITH THE CLIENT REGARDING CALL TO DISCUSS LAYOFF. | .10 | 30.00 |
| 07/12/20 | LHS | B190 | A103 | CITE CHECK MOTION TO STRIKE. | 2.00 | 500.00 |
| 07/12/20 | LHS | B190 | A102 | RESEARCH STANDARD FOR ACTION TAKEN BY BANKRUPTCY COURT FOR VIOLATION OF LOCAL ORDERS. | 1.40 | 350.00 |
| 07/12/20 | LHS | B190 | A103 | SUMMARIZE POTENTIAL SANCTIONS AND OTHER ACTIONS TAKEN BY COURTS FOR MR. MINTZ. | .20 | 50.00 |
| 07/12/20 | LHS | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS EDITS TO THE MOTION TO STRIKE. | .20 | 50.00 |
| 07/12/20 | LHS | B190 | A103 | INCORPORATE EDITS INTO THE MOTION TO STRIKE. | .60 | 150.00 |
| 07/12/20 | SAO | B190 | A104 | REVIEW MEMO FROM MS. FUTRELL REGARDING WORKING DRAFT OF OBJECTION TO MOTION TO DISMISS CHAPTER 11 CASE. | .10 | 25.00 |
| 07/12/20 | SAO | B190 | A103 | REVIEW AND PROVIDE COMMENTS TO DRAFT EXPEDITED MOTION TO STRIKE OBJECTION TO MOTION TO EMPLOY PROFESSIONALS IN THE ORDINARY COURSE. | .30 | 75.00 |
| 07/13/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON TO JUDGE BARBIER REGARDING THE ARCHDIOCESE'S MOTIONS. | .10 | 30.00 |
| 07/13/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO STRIKE OBJECTION TO ENGAGEMENT OF ORDINARY COURSE PROFESSIONALS. | 1.50 | 450.00 |
| 07/13/20 | EDW | B110 | A103 | REVIEWED AND REVISED MOTION TO STRIKE. | .80 | 240.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   36
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/13/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING JW DOE PROPOSAL AND RESPONSE TO SAME. | .30 | 90.00 |
| 07/13/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING BANKRUPTCY DISCOVERY. | .10 | 30.00 |
| 07/13/20 EDW | B110 | A104 | REVIEWED DRAFTED AND REQUEST FOR PRODUCTION FROM UCC. | .90 | 270.00 |
| 07/13/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM DR. LEUMAS REGARDING DISCOVERY. | .10 | 30.00 |
| 07/13/20 EDW | B110 | A107 | REVIEWED PROPOSAL FROM MR. GISLESON REGARDING JW DOE OBJECTION. | .20 | 60.00 |
| 07/13/20 EDW | B110 | A104 | REVIEWED PLEADINGS REGARDING DEBTOR'S MOTION FOR ENGAGEMENT OF OCP AND OBJECTIONS BY JW DOE. | 1.50 | 450.00 |
| 07/13/20 EJF | B310 | A105 | MEMOS TO AND FROM MS. ASHLEY RE CLAIM ISSUE; | .20 | 98.00 |
| 07/13/20 EJF | B210 | A107 | CONFERENCE WITH TRUSTEE'S COUNSEL RE ACCOUNT ISSUE (.1); MEMOS TO AND FROM TRUSTEE'S COUNSEL RE SAME (.1); MEMO TO MS. LANGSTON RE SAME (.3); | .50 | 245.00 |
| 07/13/20 EJF | B110 | A105 | CONFERENCE CALLS WITH MR. MINTZ (.6) (NO CHARGE); | .00 | .00 |
| 07/13/20 EJF | B110 | A104 | REVIEW MOTION TO REMAND RE IMPACT ON MOTION TO DISMISS (.5); REVIEW DISCOVERY RE SAME (.2); | .70 | 343.00 |
| 07/13/20 EJF | B110 | A105 | MEMOS TO AND MS. FISCHER RE REMAND MOTION; | .30 | 147.00 |
| 07/13/20 EJF | B110 | A103 | WORK ON OBJECTION TO MOTION TO DISMISS; | 4.80 | 2,352.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  37
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/13/20 JJL | B110 | A104 | REVIEWED MULTIPLE VERSIONS OF DRAFT MOTION TO STRIKE WITH COMMENTS. | .40 | 120.00 |
| 07/13/20 JJL | B110 | A104 | REVIEWED EXPEDITED MOTION FOR CONSIDERATION OF MOTION TO STRIKE. | .10 | 30.00 |
| 07/13/20 JJL | B110 | A104 | REVIEWED UPDATED DRAFT OF ARCHDIOCESE MOTION TO STRIKE CERTAIN ABUSE. | .30 | 90.00 |
| 07/13/20 JJL | B110 | A104 | RECEIVED AND REVIEWED UCC DISCOVERY TO ARCHDIOCESE REGARDING BAR DATE MOTION. | .50 | 150.00 |
| 07/13/20 JJL | B110 | A104 | RECEIVED AND REVIEWED UCC DISCOVERY TO ARCHDIOCESE REGARDING UCC MOTION TO DISMISS BANKRUPTCY (312 PAGES)(17 PAGES OF INTERROGATORIES AND DOCUMENT REQUESTS) | .80 | 240.00 |
| 07/13/20 JJL | B110 | A104 | REVIEWED ATTACHMENTS TO PLAINTIFF'S DISCOVERY. | .40 | 120.00 |
| 07/13/20 JJL | B110 | A105 | WORKED WITH MR. MINTZ REGARDING EXPEDITED HEARING. | .30 | 90.00 |
| 07/13/20 RPV | B190 | A104 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CORRESPONDENCE AND FORMAL DISCOVERY REQUESTS RELATED TO THE BAR DATE MOTION. | .50 | 245.00 |
| 07/13/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING MOTION TO STRIKE OBJECTION AND POSITION ON REPLY BRIEF. | .50 | 245.00 |
| 07/13/20 RPV | B190 | A104 | EMAILS FROM MR. GISLESON REGARDING CONSENT TO FILE REPLY TO OBJECTION. | .20 | 98.00 |
| 07/13/20 RPV | B190 | A104 | REVIEWED DRAFT RESPONSE TO MR. GISLESON REGARDING REQUEST TO FILE REPLIES TO OBJECTION. | .20 | 98.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  38
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/13/20 RPV | B190 | A104 | EMAIL FROM THE CLIENT REGARDING RESPONSE TO MR. GISLESON. | .10 | 49.00 |
| 07/13/20 RPV | B310 | A104 | RECEIVED AND REVIEWED PROOF OF CLAIM FILED BY COUHIG PARTNERS, LLC. | .10 | 49.00 |
| 07/13/20 RPV | B190 | A104 | EMAILS REGARDING DRAFT AND REVIEW OF MOTION TO REMAND. | .50 | 245.00 |
| 07/13/20 RPV | B190 | A104 | EMAIL FROM MR. WEGMANN REGARDING MOTION TO STRIKE. | .20 | 98.00 |
| 07/13/20 RPV | B190 | A104 | REVIEWED REVISIONS TO MOTION TO STRIKE. | .50 | 245.00 |
| 07/13/20 RPV | B190 | A106 | EMAILS FROM THE CLIENT, MR. MINTZ AND MR. WEGMANN REGARDING DISCOVERY ISSUES. | .50 | 245.00 |
| 07/13/20 RPV | B160 | A104 | REVIEWED AMENDED EXHIBIT C ORDINARY COURSE DECLARATION | .20 | 98.00 |
| 07/13/20 RPV | B190 | A108 | EMAILS AND TELEPHONE CONFERENCE WITH MR. DRAPER REGARDING SCHEDULES ISSUE AND RELATED MATTERS | .50 | 245.00 |
| 07/13/20 RPV | B210 | A104 | REVIEWED LAYOFF ANALYSIS. | .20 | 98.00 |
| 07/13/20 WGZ | B410 | A104 | STRATEGY REGARDING REMAND ISSUES. | .70 | 210.00 |
| 07/13/20 WGZ | B410 | A106 | EMAILS WITH ARCHDIOCESE REPRESENTATIVE. | .30 | 90.00 |
| 07/13/20 LFA | B110 | A105 | CORRESPONDENCES WITH MS. FUTRELL AND MR. MINTZ REGARDING FAX FROM THE IRS (.4); WITH MR. SELF REGARDING US TRUSTEE'S COMMENTS TO DEBTOR'S MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS (.2); AND WITH MESSRS. MINTZ AND SELF REGARDING AGENDA (.2). | .80 | 320.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  39
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/13/20 MAM | B190 | A101 | FINALIZE AND FILE MOTION TO STRIKE (5.9). CORRESPONDENCE REGARDING THE SAME (2.4). CORRESPONDENCE REGARDING DISCOVERY AND WORK ON RESPONSE TO THE SAME (2.6). | 10.90 | 4,360.00 |
| 07/13/20 MMS | B210 | A104 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT, J. ENTWISLE, AND M. ADAMS REGARDING WARN ACT NOTICE. | 1.30 | 390.00 |
| 07/13/20 MMS | B210 | A104 | CONFER WITH K. HEIL REGARDING WARN ACT NOTICE. | .10 | 30.00 |
| 07/13/20 MMS | B210 | A104 | PREPARE DRAFT WARN ACT NOTICES TO EMPLOYEES AND GOVERNMENT ENTITIES. | .70 | 210.00 |
| 07/13/20 MMS | B210 | A104 | REVIEW DRAFT FORMS AND EMAIL FROM THE CLIENT. | .20 | 60.00 |
| 07/13/20 MMS | B210 | A104 | CONFER WITH THE CLIENT AND K. HEIL REGARDING WARN NOTICES. | .10 | 30.00 |
| 07/13/20 MMS | B210 | A104 | PREPARE ATTACHMENT TO WARN LETTER TO VARIOUS GOVERNMENT ENTITIES. | .30 | 90.00 |
| 07/13/20 MMS | B210 | A104 | ANALYZE STRATEGY FOR LAYOFF NOTIFICATION. | .20 | 60.00 |
| 07/13/20 AK | B310 | A104 | REVIEWED MOTION TO STRIKE OBJECTION. | .30 | 75.00 |
| 07/13/20 LHS | B190 | A103 | DRAFT MOTION TO EXPEDITE HEARING. | .90 | 225.00 |
| 07/13/20 LHS | B190 | A103 | INCORPORATE EDITS TO MOTION TO STRIKE. | 1.20 | 300.00 |
| 07/13/20 LHS | B160 | A103 | FINALIZE AMENDED DECLARATION FOR ORDINARY COURSE PROFESSIONALS FOR FILING. | .50 | 125.00 |
| 07/13/20 LHS | B190 | A103 | FINALIZE EXHIBITS TO MOTION TO STRIKE. | 1.00 | 250.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   40
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/13/20 LHS | B110 | A103 | REVISE AGENDA FOR HEARING. | .40 | 100.00 |
| 07/13/20 LHS | B190 | A103 | FINALIZE MOTION TO STRIKE FOR FILING. | .70 | 175.00 |
| 07/13/20 LHS | B190 | A101 | COORDINATE SERVICE OF THE MOTION TO STRIKE AND MOTION TO EXPEDITE. | .30 | 75.00 |
| 07/14/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON WITH PROPOSAL REGARDING HEARINGS AND OBJECTION MOTION. | .10 | 30.00 |
| 07/14/20 EDW | B110 | A104 | REVIEWED UCC MOTION TO DISMISS BANKRUPTCY REGARDING DISCOVERY ISSUES. | .80 | 240.00 |
| 07/14/20 EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO EXPEDITE MOTION TO STRIKE OBJECTION. | .10 | 30.00 |
| 07/14/20 EDW | B110 | A104 | REVIEWED DISCOVERY INTERROGATORIES AND REQUEST FOR PRODUCTION FROM UCC AND DRAFT CORRESPONDENCE REGARDING ISSUES REGARDING EXPEDITED DISCOVERY. | .30 | 90.00 |
| 07/14/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING REQUEST FOR MEETING. | .10 | 30.00 |
| 07/14/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING DISCOVERY TO UCC REGARDING MOTION TO DISMISS. | .30 | 90.00 |
| 07/14/20 EDW | B110 | A104 | ANALYZED AND REVIEWED UCC DISCOVERY INTERROGATORIES AND REQUEST FOR PRODUCTION IN MOTION TO DISMISS. | .50 | 150.00 |
| 07/14/20 EDW | B110 | A104 | ANALYZED AND REVIEWED UCC DISCOVERY INTERROGATORIES AND REQUEST FOR PRODUCTION REGARDING BAR DATE. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   41
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/14/20 EDW   B110  A104   REVIEWED JW DOE OPPOSITION TO      .80       240.00
                           MOTION TO STRIKE.

07/14/20 EJF   B110  A103   DRAFT OBJECTION TO MOTION TO      5.80     2,842.00
                           DISMISS;

07/14/20 JJL   B110  A104   RECEIVED NOTICE OF HEARING         .10        30.00
                           DATE AND ORDER GRANTING
                           ARCHDIOCESE EXPEDITED MOTION
                           TO STRIKE.

07/14/20 JJL   B110  A104   REVIEWED DRAFT RESPONSE TO         .20        60.00
                           UCC REGARDING JULY 14
                           DEADLINE REGARDING
                           ACCELERATED DISCOVERY
                           SCHEDULE.

07/14/20 JJL   B110  A104   REVIEWED CORRESPONDENCE FROM       .10        30.00
                           UCC COUNSEL REGARDING CALL TO
                           DISCUSS DISCOVERY.

07/14/20 JJL   B110  A104   REVIEWED CLIENT'S CONCERN          .10        30.00
                           REGARDING DRAFT RESPONSE TO
                           MR. GISLESON.

07/14/20 JJL   B110  A104   REVIEWED RESPONSE FROM MR.         .10        30.00
                           GISLESON TO MR. MINTZ
                           REGARDING ARCHDIOCESE
                           OBJECTIONS TO FILING
                           DOCUMENTS UNDER SEAL AND JW
                           DOE CONSENT TO REPLY
                           MEMORANDUM.

07/14/20 RPV   B190  A104   RECEIVED AND REVIEWED MOTION       .50       245.00
                           TO REMAND

07/14/20 RPV   B190  A104   REVIEWED DRAFT OF OPPOSITION       .50       245.00
                           TO MOTION TO REMAND

07/14/20 RPV   B190  A105   EMAILS FROM AND OFFICE             .50       245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING MOTION TO REMAND
                           AND CALL WITH UCC COUNSEL
                           REGARDING DISCOVERY REQUESTS.

07/14/20 RPV   B190  A104   RECEIVED AND REVIEWED             .50       245.00
                           OPPOSITION TO MOTION TO
                           STRIKE AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  42
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/14/20 | RPV | B190 | A108 | EMAILS FROM MR. CAPITELLI AND MS. HILL REGARDING STATUS OF REVISIONS TO DRAFT SETTLEMENT AGREEMENT WITH DOJ. | .30 | 147.00 |
| 07/14/20 | RPV | B190 | A106 | EMAILS FROM THE CLIENT AND MR. MINTZ REGARDING RESPONSE TO MOTION TO DISMISS. | .50 | 245.00 |
| 07/14/20 | RPV | B190 | A104 | REVIEWED RESEARCH IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS | .50 | 245.00 |
| 07/14/20 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DISCOVERY REQUESTS. | .50 | 245.00 |
| 07/14/20 | WGZ | B410 | A106 | STRATEGY CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE. | 1.00 | 300.00 |
| 07/14/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND SELF REGARDING AGENDA FORJULY 16, 2020 HEARING. | .30 | 120.00 |
| 07/14/20 | MAM | B190 | A101 | CONFERENCE WITH MR. MURRAY REGARDING INSURANCE MATTERS (1.0).  CONFERENCE WITH MS. FUTRELL REGARDING THE SAME (.5).  CONFERENCE WITH MR. WEGMANN REGARDING DISCOVERY (.5). PREPARE FOR UPCOMNIG HEARINGS (2.2). | 4.20 | 1,680.00 |
| 07/14/20 | MAM | B110 | A101 | CONFERENCES WITH MR. VANCE REGARDING CASE STRATEGY (1.0).  CONFERENCES WITH CLIENT REGARDING THE SAME (1.5). | 2.50 | 1,000.00 |
| 07/14/20 | MMS | B210 | A104 | CONFER WITH K. HEIL REGARDING POSITIONS OF LAID OFF EMPLOYEES. | .20 | 60.00 |
| 07/14/20 | MMS | B210 | A104 | CONFER WITH K. HEIL REGARDING WARN ACT NOTICES. | .30 | 90.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   43
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/14/20 | MMS | B210 | A104 | CONFER WITH THE CLIENT REGARDING CHANGES TO LAYOFF LIST. | .10 | 30.00 |
| 07/14/20 | MMS | B210 | A104 | CONFER WITH K. HEIL AND THE CLIENT REGARDING WARN NOTICES. | .20 | 60.00 |
| 07/14/20 | AK | B310 | A104 | REVIEWED DISCOVERY REQUESTS TO ARCHDIOCESE IN ORDER TO PREPARE RESPONSES. | .20 | 50.00 |
| 07/14/20 | LHS | B190 | A104 | REVIEW RESPONSE TO THE MOTION TO STRIKE FILED BY J.W. DOE'S COUNSEL (0.8); COMMUNICATE WITH MR. MINTZ REGARDING SAME (0.1). | .90 | 225.00 |
| 07/14/20 | LHS | B190 | A103 | DRAFT NOTICE OF HEARING (0.8); CONTACT COURT REGARDING NOTICE OF HEARING (0.1); COMMUNICATE WITH MARK MINTZ REGARDING THE COURT'S ORDER ON THE MOTION TO EXPEDITE (0.1). | 1.00 | 250.00 |
| 07/14/20 | LHS | B190 | A103 | DRAFT NOTICE OF APPEARANCE FOR MR. WEGMANN. | .40 | 100.00 |
| 07/14/20 | LHS | B110 | A103 | INCORPORATE FILED OPPOSITIONS INTO THE AGENDA. | .60 | 150.00 |
| 07/14/20 | SAO | B190 | A104 | REVIEW AND ANALYZE J.W. DOE'S OPPOSITION TO MOTION TO STRIKE. | .40 | 100.00 |
| 07/14/20 | SAO | B110 | A104 | REVIEW ORDER GRANTING EX PARTE MOTION FOR EXPEDITED HEARING ON MOTION TO STRIKE. | .10 | 25.00 |
| 07/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF ORDER REGARDING MOTION TO EXPEDITE MOTION TO DEFER. | .10 | 30.00 |
| 07/15/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. ZERINGUE REGARDING JW DOE VIOLATION OF PROTECTIVE ORDER. | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   44
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/15/20 EDW   B110  A104   RECEIVED AND REVIEWED JW DOE        .20        60.00
                           PLEADINGS REGARDING MOTION TO
                           STRIKE.

07/15/20 EDW   B110  A104   REVIEWED STATUS REPORT              .10        30.00
                           REGARDING BANKRUPTCY.

07/15/20 EDW   B110  A104   REVIEWED ISSUES REGARDING           .50       150.00
                           OPPOSITION TO MOTION TO
                           DISMISS BANKRUPTCY.

07/15/20 EDW   B110  A104   REVIEWED ISSUES REGARDING JW        .30        90.00
                           DOE PROPOSAL REGARDING
                           PENDING MOTIONS.

07/15/20 EDW   B110  A104   RECEIVED AND REVIEWED              .30        90.00
                           RESPONSES OF UCC TO THE
                           ARCHDIOCESE'S MOTION TO
                           STRIKE JW DOE OBJECTION.

07/15/20 EDW   B110  A106   RECEIVED AND REVIEWED              .10        30.00
                           ELECTRONIC MEMO FROM MS.
                           ZERINGUE REGARDING PENDING
                           MATTERS.

07/15/20 EDW   B110  A106   RECEIVED AND REVIEWED              .10        30.00
                           ELECTRONIC MEMO FROM MS.
                           ZERINGUE REGARDING JW DOE
                           OBJECTIONS TO COUNSEL.

07/15/20 EDW   B110  A104   REVIEWED DRATS OF BANKRUPTCY        .50       150.00
                           PLAN DOCUMENTS.

07/15/20 EDW   B110  A109   ATTENDED MEETING WITH             1.50       450.00
                           BANKRUPTCY LITIGATION GROUP
                           REGARDING STRATEGY AND
                           PENDING MATTERS.

07/15/20 EDW   B110  A104   REVIEWED DATA FOR OTHER             .30        90.00
                           ARCHDIOCESAN BANKRUPTCIES.

07/15/20 EDW   B110  A107   RECEIVED AND REVIEWED              .10        30.00
                           ELECTRONIC MEMO FROM UCC
                           REGARDING FILING OF EXPEDITED
                           MOTION TO EXPEDITE DISCOVERY.

07/15/20 EDW   B110  A103   CONTINUED WORK ON UCC             1.00       300.00
                           DISCOVERY.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  45
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/15/20 EDW    B110  A103   REVIEWED, REVISED AND DRAFTED      2.00        600.00
                            ORAL ARGUMENT REGARDING
                            MOTION HEARING ON JULY 16,
                            2020.

07/15/20 EDW    B110  A104   RECEIVED AND REVIEWED NOTICE        .10         30.00
                            OF ADMISSION FOR WEGMANN IN
                            BANKRUPTCY COURT.

07/15/20 EDW    B110  A104   PREPARING FOR HEARING ON           .30         90.00
                            OBJECTION TO ENGAGEMENT OF
                            ORDINARY COURSE PROFESSIONALS.

07/15/20 EDW    B110  A104   REVIEWED AGENDA FOR HEARING        .10         30.00
                            ON JULY 16, 2020.

07/15/20 EJF    B210  A107   CONFERENCE CALL REGARDING          .50        245.00
                            INSURANCE ISSUES;

07/15/20 EJF    B110  A105   ATTEND MEETING REGARDING          1.00        490.00
                            UPCOMING HEARINGS AND
                            OBJECTIONS;

07/15/20 EJF    B110  A102   REVIEW INFORMATION RELATED TO     2.80      1,372.00
                            OBJECTION TO MOTION TO
                            DISMISS;

07/15/20 EJF    B110  A103   REVISE OBJECTION TO MOTION TO     2.80      1,372.00
                            DISMISS;

07/15/20 JJL    B110  A104   REVIEWED CORRESPONDENCE FROM       .10         30.00
                            UCC COUNSEL TO US TRUSTEE
                            REGARDING SHORTENED DISCOVERY
                            SCHEDULE.

07/15/20 JJL    B110  A104   REVIEWED CLIENT'S COMMENTS         .10         30.00
                            REGARDING SOREN GISLESON'S
                            PROPOSAL REGARDING OCP MOTION.

07/15/20 JJL    B110  A103   WORKED ON STRATEGY/ARGUMENTS      1.10        330.00
                            RELATED TO AGENDA ITEMS FOR
                            JULY 16 HEARING.

07/15/20 JJL    B110  A104   PROVIDED ADVICES REGARDING        .90        270.00
                            DISCOVERY ISSUES RELATED TO
                            MOTION TO DISMISS.

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  46
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/15/20 JJL   B190  A104   RECEIVED AND REVIEWED           .40        120.00
                           PLAINTIFF'S (JW DOE)
                           OPPOSITION TO MOTION TO
                           STRIKE.

07/15/20 JJL   B190  A104   REVIEWED SOREN GISELSON'S        .30         90.00
                           PROPOSAL REGARDING PENDING
                           MOTIONS AND TO CONSIDER
                           PROPOSAL TO MOOT HEARING.

07/15/20 JJL   B190  A104   RECEIVED AND REVIEWED           .20         60.00
                           COMMITTEE'S RESPONSE TO
                           ARCHDIOCESE MOTION TO STRIKE.

07/15/20 JJL   B190  A104   REVIEWED CORRESPONDENCE FROM    .20         60.00
                           TEAM AND CLIENT REGARDING
                           REMAND.

07/15/20 RPV   B190  A105   OFFICE CONFERENCE WITH JW      1.50        735.00
                           TEAM REGARDING STATUS OF WORK
                           PROJECTS AND DEADLINES IN
                           CONNECTION WITH REMAND MOTION
                           AND MOTION TO DISMISS

07/15/20 RPV   B190  A105   OFFICE CONFERENCE WITH         1.50        735.00
                           CLIENTS REGARDING ISSUES TO
                           BE ADDRESSED IN OMNIBUS
                           HEARING

07/15/20 RPV   B190  A108   EMAIL FROM MR, BOLDISSAR        .30        147.00
                           REGARDING FILING OF EXPEDITED
                           MOTION TO SHORTEN A RESPONSE
                           TIME FOR OUTSTANDING
                           DISCOVERY REQUESTS AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME

07/15/20 RPV   B190  A105   EMAIL FROM AND OFFICE           .20         98.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING ORDER GRANTING
                           MOTION TO EXPEDITE.

07/15/20 RPV   B190  A104   RECEIVED AND REVIEWED           .30        147.00
                           COMMITTEES RESPONSE
                           REGARDING THE MOTION TO
                           STRIKE AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  47
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/15/20 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER EXTENDING DEADLINE FOR FILLING COMPLAINT BY DOJ TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 49.00 |
| 07/15/20 RPV | B190 | A104 | RECEIVED AND REVIEWED STATUS REPORT ON THE MOTION TO DISMISS CHAPTER 11 CASE FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .20 | 98.00 |
| 07/15/20 RPV | B190 | A104 | REVIEWED SCRIPT FOR COURT HEARING ON DEBTOR'S MOTIONS | .50 | 245.00 |
| 07/15/20 RPV | B190 | A104 | RECEIVED AND REVIEWED INSERTS FOR MOTION TO REMAND AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .40 | 196.00 |
| 07/15/20 LFA | B160 | A103 | WORKED ON FEE STATEMENT. | 4.20 | 1,680.00 |
| 07/15/20 LFA | B210 | A108 | CALLS AND EMAILS WITH MR. LANDRY REGARDING TUITION PROGRAM. | 1.50 | 600.00 |
| 07/15/20 MAM | B110 | A101 | PLAN AND PREPARE FOR ORAL ARGUMENTS RELATED TO MOTION TO HIRE OCPS (9.0).  WORKING ON SCRIPT FOR THE SAME (3.5).  CONFERENCE WITH CLIENT AND TEAM REGARDING THE SAME (2.3). | 14.80 | 5,920.00 |
| 07/15/20 MMS | B210 | A104 | REVIEW LAYOFF SPREADSHEET TO ANALYZE FOR WARN NOTICE. | .30 | 90.00 |
| 07/15/20 MMS | B210 | A104 | CONFER WITH K. HEIL REGARDING LAYOFFS AND NOTICE OF SAME. | .20 | 60.00 |
| 07/15/20 MMS | B210 | A104 | CONFER WITH S. ZERINGUE REGARDING LAYOFF DECISIONS. | .10 | 30.00 |
| 07/15/20 AK | B310 | A102 | RESEARCHED CASES REGARDING PROTECTIVE ORDERS IN BANKRUPTCY COURT IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | 1.40 | 350.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   48
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/15/20 LHS   B110  A104  REVIEW FILING AND REDACTION      1.10       275.00
                          PROCEDURES FOR DISCUSSION.

07/15/20 LHS   B160  A104  PULL FEE APPLICATIONS FROM        .80       200.00
                          PREVIOUS BANKRUPTCIES.

07/15/20 LHS   B190  A103  FINALIZE AGENDA FOR FILING        .60       150.00
                          WITH THE COURT.

07/15/20 LHS   B190  A102  REVIEW DISCHARGE ABILITY OF A    1.50       375.00
                          DEBT TO GOVERNMENT ENTITY
                          (1.2); SUMMARIZE SAME (0.3).

07/15/20 LHS   B190  A104  REVIEW RESPONSE OF THE UCC TO     .50       125.00
                          THE MOTION TO STRIKE.

07/15/20 LHS   B110  A103  REVIEW UPDATE ON STATUS           .40       100.00
                          CONFERENCE (0.2); INCORPORATE
                          SAME INTO AGENDA FOR HEARING
                          (0.2)

07/15/20 SAO   B110  A104  REVIEW AND ANALYZE THE            .50       125.00
                          COMMITTEE'S RESPONSE TO THE
                          DEBTOR'S MOTION TO STRIKE
                          (0.2), THE COMMITTEE'S STATUS
                          REPORT CONCERNING THE MOTION
                          TO DISMISS (0.1), THE
                          DEBTOR'S NOTICE OF AGENDA FOR
                          MATTERS SET FOR HEARING ON
                          JULY 16, 2020 (0.1), AND THE
                          ORDER EXTENDING DEADLINE FOR
                          THE UNITED STATES TO FILE
                          COMPLAINT REGARDING
                          DISCHARGEABILITY OF DEBT
                          (0.1).

07/16/20 EDW   B110  A104  REVIEWED JW DOE STATE COURT       .50       150.00
                          LITIGATION HISTORY IN
                          PREPARATION FOR HEARING IN
                          BANKRUPTCY COURT.

07/16/20 EDW   B110  A104  REGARDING COMMUNICATIONS          .20        60.00
                          REGARDING THE ARCHDIOCESE'S
                          LOANS FOR DISCOVERY PURPOSES.

07/16/20 EDW   B110  A103  REVIEWED AND REVISED ORAL         .50       150.00
                          ARGUMENT OUTLINE REGARDING
                          BANKRUPTCY MOTIONS REGARDING
                          JW DOE OBJECTIONS TO
                          ENGAGEMENT OF ORDINARY COURSE

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   49
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

                     PROFESSIONALS.

07/16/20 EDW   B110  A104   REVIEWED ISSUES AND STATUS              .10        30.00
                           REGARDING INSURANCE COVERAGE
                           FOR ABUSE CLAIMS.

07/16/20 EDW   B110  A104   REVIEWED ISSUES REGARDING              .50       150.00
                           MOTION FOR PROTECTIVE ORDER.

07/16/20 EDW   B110  A104   REVIEWED NEED FOR DISCOVERY            .50       150.00
                           TO UCC REGARDING MOTION TO
                           DISMISS.

07/16/20 EDW   B110  A104   REVIEWED ISSUES REGARDING             .10        30.00
                           SETTLEMENT AND MEDIATION OF
                           ABUSE CLAIMS IN WHICH ROGER
                           STETTER AND FRANK LAMOTHE ARE
                           PLAINTIFFS' COUNSEL.

07/16/20 EDW   B110  A101   PREPARING FOR HEARING ON             .80       240.00
                           MOTION TO STRIKE AND
                           OBJECTION TO THE
                           ARCHDIOCESE'S MOTIONS.

07/16/20 EDW   B110  A109   ATTENDED HEARING ON MOTION TO        .80       240.00
                           STRIKE AND OBJECTION TO THE
                           ARCHDIOCESE'S MOTIONS AND JW
                           DOE'S OBJECTION.

07/16/20 EDW   B110  A106   TELEPHONE CONFERENCE WITH THE        .30        90.00
                           CLIENT REGARDING HEARING AND
                           REMAINING ISSUES.

07/16/20 EDW   B110  A103   WORKED ON DISCOVERY                 1.00       300.00
                           INTERROGATORIES AND REQUEST
                           FROM UCC AND RESPONSIVE
                           DOCUMENTS.

07/16/20 EDW   B110  A104   RECEIVED AND REVIEWED MINUTE         .10        30.00
                           ENTRY FROM BANKRUPCTY COURT
                           REGARDING HEARING.

07/16/20 EJF   B110  A103   REVISIONS AND ADDITIONS TO          4.20     2,058.00
                           OBJECTION TO MOTION TO
                           DISMISS;

07/16/20 EJF   B110  A106   CONFERENCE CALL WITH CLIENT          .20        98.00
                           REGARDING FINANCIAL
                           INFORMATION;

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  50
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/16/20 EJF | B110 | A104 | REVIEW FINANCIAL INFORMATION; | 1.20 | 588.00 |
| 07/16/20 EJF | B110 | A103 | REVISE EXCLUSIVITY PLEADINGS; | .80 | 392.00 |
| 07/16/20 JJL | B190 | A104 | REVIEWED "TALKING POINTS" REGARDING MOTION TO STRIKE AND MOTION TO DISMISS | .30 | 90.00 |
| 07/16/20 JJL | B190 | A104 | PROVIDE COMMENTS REGARDING ARGUMENT. | .30 | 90.00 |
| 07/16/20 JJL | B190 | A104 | REVIEWED REVISIONS TO TALKING POINTS AND CONSIDER OTHERS. | .20 | 60.00 |
| 07/16/20 JJL | B190 | A104 | READ UCC COUNSEL SUGGESTION TO SEPARATE CERTAIN DISCOVERY REQUESTS FOR EXPEDITED BASIS. | .10 | 30.00 |
| 07/16/20 JJL | B190 | A104 | REVIEWED FROM UCC HIGHLIGHTED DISCOVERY REQUESTS FOR EXPEDITED RESPONSES. | .30 | 90.00 |
| 07/16/20 JJL | B110 | A104 | REVIEWED CORRESPONDENCE FROM MR. VANCE REGARDING CALL WITH VICTIM'S COUNSEL. | .10 | 30.00 |
| 07/16/20 JJL | B110 | A104 | REVIEWED CORRESPONDENCE FROM LEE EAGAN REGARDING UCC. | .10 | 30.00 |
| 07/16/20 JJL | B110 | A104 | REVIEWED JIM MURRAY ARGUMENT REGARDING INSURANCE COVERAGE IN CONTEXT TO MOTION TO DISMISS. | .10 | 30.00 |
| 07/16/20 JJL | B190 | A104 | IDENTIFY ARGUMENTS RELATED TO PROTECTIVE ORDER ISSUE. | .60 | 180.00 |
| 07/16/20 JJL | B190 | A104 | REVIEWED CORRESPONDENCE TO UCC COUNSEL REGARDING DISCOVERY CONFERENCE. | .10 | 30.00 |
| 07/16/20 RPV | B190 | A104 | RECEIVED AND REVIEWED EXPEDITED MOTION TO SHORTEN TIME TO RESPOND TO DISCOVERY REQUESTS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .20 | 98.00 |

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   51
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01
```

```
07/16/20 RPV   B190  A105   EMAILS FROM AND OFFICE              .50      245.00
                            CONFERENCE WITH MR. WEGMANN
                            REGARDING DISCOVERY AND
                            PROTECTIVE ORDER ISSUES.

07/16/20 RPV   B190  A106   EMAIL FROM AND TELEPHONE            .70      343.00
                            CONVERSATION WITH CLIENT
                            REGARDING CALL FROM ABUSE
                            VICTIM LAWYER AND RELATED
                            ISSUES.

07/16/20 RPV   B190  A106   TELEPHONE CONVERSATION WITH        .60      294.00
                            THE CLIENT REGARDING CALL
                            FROM ABUSE VICTIM LAWYER AND
                            RELATED ISSUES

07/16/20 RPV   B190  A106   DRAFTED MEMO TO THE CLIENT        .50      245.00
                            AND COUNSEL REGARDING CALL
                            FROM ABUSE VICTIM LAWYER AND
                            RELATED ISSUES

07/16/20 RPV   B190  A106   TELEPHONE CONVERSATION WITH        .60      294.00
                            CLIENT REGARDING AGENDA FOR
                            COURT HEARING AND RELATED
                            ISSUES

07/16/20 RPV   B190  A105   OFFICE CONFERENCE WITH MR.         .70      343.00
                            MINTZ REGARDING COURT
                            HEARING, DISCOVERY ISSUES,
                            MOTION TO DISMISS AND REMAND
                            MOTION

07/16/20 RPV   B190  A104   RECEIVED AND REVIEWED EX           .20       98.00
                            PARTE MOTION TO EXPEDITE
                            HEARING ON EXPEDITED MOTION
                            OF THE OFFICIAL COMMITTEE OF
                            UNSECURED CREDITORS TO
                            SHORTEN TIME TO RESPOND TO
                            DISCOVERY REQUESTS AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME .

07/16/20 WGZ   B410  A104   ANALYSIS OF BRIEFING IN            .70      210.00
                            MOTIONS.

07/16/20 WGZ   B410  A106   TELEPHONE CONFERENCE WITH          .60      180.00
                            REPRESENTATIVE OF ARCHDIOCESE.

07/16/20 WGZ   B410  A104   EMAILS REGARDING STRATEGY.         .30       90.00
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   52
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/16/20 WGZ | B410 | A104 | ANALYSIS OF MOTION AND ISSUES PENDING BEFORE JUDGE GRABILL. | .50 | 150.00 |
| 07/16/20 LFA | B160 | A103 | WORKED ON FEE STATEMENT. | 6.50 | 2,600.00 |
| 07/16/20 MAM | B110 | A101 | PREPARE FOR AND ATTEND HEARING ON MOTION DAY (5.0). ARGUE AT THE SAME (3.5). RECIEPT AND REVIEW OF MOTION TO EXPEDITE DISCOVERY (1.5)). CONFERENCES REGARDING THE SAME (.7). | 10.70 | 4,280.00 |
| 07/16/20 MMS | B210 | A104 | REVIEW AND REVISE LAYOFF SPREADSHEET AND CONFER WITH THE CLIENT AND K. HEIL REGARDING SAME. | 2.00 | 600.00 |
| 07/16/20 AK | B310 | A102 | RESEARCHED CASES CITED IN MOTION TO SEAL IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | 1.30 | 325.00 |
| 07/16/20 AK | B310 | A102 | WORKED ON FIRST SET OF INTERROGATORIES TO COMMITTEE. | 1.70 | 425.00 |
| 07/16/20 AK | B310 | A102 | WORKED ON FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO COMMITTEE. | 1.60 | 400.00 |
| 07/16/20 LHS | B110 | A101 | COMMUNICATE WITH MS. ZUNIGA REGARDING MONTHLY OPERATING REPORT. | .30 | 75.00 |
| 07/16/20 LHS | B190 | A105 | CALL WITH MR. WEGMANN AND MS. KINGSMILL REGARDING THE DISCOVERY REQUEST. | .30 | 75.00 |
| 07/16/20 LHS | B110 | A103 | UPDATE ORDINARY COURSE ORDER FOR FILING WITH COURT. | .50 | 125.00 |
| 07/16/20 LHS | B190 | A103 | BEGIN DRAFTING MOTION FOR A PROTECTIVE ORDER. | 1.10 | 275.00 |
| 07/16/20 LHS | B190 | A104 | REVIEW SCOPE OF DISCOVERY IN STATE COURT CASES SUBJECT TO PROTECTIVE ORDER. | 1.30 | 325.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   53
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/16/20 LHS    B190  A102   RESEARCH DISCOVERY RULES              1.20         300.00
                             APPLICABLE IN BANKRUPTCY
                             PROCEEDINGS.

07/16/20 M F    B190  A105   CONFERRED WITH D. WEGMANN              .60         180.00
                             REGARDING PROTECTIVE ORDER
                             NEEDED FOR SENSITIVE
                             DOCUMENTS IN CONNECTION WITH
                             DISCOVERY IN THE BANKRUPTCY
                             CASE

07/17/20 EDW    B110  A104   REVIEWED STATUS REPORT TO             .10          30.00
                             ARCHBISHOP AYMON.

07/17/20 EDW    B110  A106   TELEPHONE CALL FROM THE               .10          30.00
                             CLIENT REGARDING SAINTS EMAIL
                             CONFIDENTIALITY ISSUES.

07/17/20 EDW    B110  A104   RECEIVED AND REVIEWED NOTICES         .10          30.00
                             FROM BANKRUPTCY COURT
                             REGARDING GRANTING MOTION TO
                             AUTHORIZE ENGAGEMENT OF
                             COUNSEL FOR UCC AND THE
                             ARCHDIOCESE.

07/17/20 EDW    B110  A106   RECEIVED AND REVIEWED                 .10          30.00
                             ELECTRONIC MEMO FROM THE
                             CLIENT REGARDING SUIT FILED
                             BY FRANK D'AMICO AND REMOVAL.

07/17/20 EDW    B110  A103   WORKED ON RESPONSES AND              2.00         600.00
                             INFORMATION NEEDED TO RESPOND
                             TO THE UCC'S DISCOVERY
                             INTERROGATORIES AND REQUEST
                             FOR PRODUCTION.

07/17/20 EDW    B110  A104   REVIEWED  EMAILS REGARDING          1.50         450.00
                             DISPUTED ISSUES IN STATE
                             COURT LITIGATION.

07/17/20 EDW    B110  A104   REVIEWED INSURANCE COVERAGE           .30          90.00
                             CHART.

07/17/20 EDW    B110  A107   TELEPHONE CONFERENCE WITH MR.         .80         240.00
                             VANCE AND MR. GULOTTA
                             REGARDING STATE COURT EMAIL
                             ISSUES.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  54
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 07/17/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION FOR PROTECTIVE ORDER IN BANKRUPTCY COURT. | .80 | 240.00 |
| 07/17/20 EDW | B110 | A105 | COMMUNICATIONS WITH MR. VANCE REGARDING STATE COURT EMAIL CONTROVERSY. | .50 | 150.00 |
| 07/17/20 EDW | B110 | A103 | DRAFTED AND REVISED DISCOVERY INTERROGATORIES AND REQUEST FOR PRODUCTION TO THE UCC. | .50 | 150.00 |
| 07/17/20 EDW | B110 | A107 | REVIEWED COMMUNICATIONS WITH COUNSEL FOR UCC REGARDING DISCOVERY CONFERENCE. | .20 | 60.00 |
| 07/17/20 EJF | B110 | A103 | WORK ON MOTION TO EXTEND EXCLUSIVE PERIODS AND RELATED ORDER; | 3.80 | 1,862.00 |
| 07/17/20 EJF | B110 | A103 | WORK ON RESPONSES TO DISCOVERY; | 2.50 | 1,225.00 |
| 07/17/20 EJF | B110 | A101 | REVIEW DISCOVERY REQUESTS; | .80 | 392.00 |
| 07/17/20 EJF | B110 | A107 | CONFERENCE CALL REGARDING DISCOVERY RESPONSES; | 1.40 | 686.00 |
| 07/17/20 JJL | B110 | A104 | CONSIDER REQUEST BY SCHIFF HARDIN REGARDING MOTION TO REMAND | .30 | 90.00 |
| 07/17/20 JJL | B110 | A104 | CONSIDER ADDITIONAL STRATEGY REGARDING MANDATORY AND VOLUNTARY ABSTENTION AND PLAINTIFF'S DISCOVERY | .50 | 150.00 |
| 07/17/20 JJL | B110 | A104 | REVIEWED CORRESPONDENCES FROM GENERAL COUNSEL REGARDING BEDIVERE | .10 | 30.00 |
| 07/17/20 JJL | B110 | A104 | REVIEWED SUMMARY OF HEARING SENT TO ARCHBISHOP | .10 | 30.00 |
| 07/17/20 JRT | B190 | A104 | STUDY OF STRATEGIC MEMO BY FISCHER. | 1.50 | 450.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  55
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 07/17/20 JRT | B190 | A105 | ATTEND IN FIRM MEETING REGARDING STRATEGY AND MOVING FORWARD. | 1.00 | 300.00 |
| 07/17/20 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER GRANTING EX PARTE MOTION FOR EXPEDITED HEARING ON EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SHORTEN TIME TO RESPOND TO DISCOVERY REQUESTS. | .10 | 49.00 |
| 07/17/20 RPV | B310 | A106 | EMAIL TO CLIENT REGARDING MOTION FOR AUTHORITY FOR DEBTOR TO PAY SECURED CLAIM. | .10 | 49.00 |
| 07/17/20 RPV | B310 | A104 | RECEIVED AND REVIEWED MOTION FOR AUTHORITY FOR DEBTOR TO PAY SECURED CLAIM. | .20 | 98.00 |
| 07/17/20 RPV | B190 | A104 | RECEIVED AND REVIEWED SD DOE VS. RCCANO LAWSUIT. | .10 | 49.00 |
| 07/17/20 RPV | B190 | A105 | EMAIL FROM M. ZERINGUE REGARDING SD DOE VS. RCCANO LAWSUIT. | .10 | 49.00 |
| 07/17/20 RPV | B110 | A105 | EMAIL TO TEAM REGARDING STATUS OF MATTER. | .10 | 49.00 |
| 07/17/20 RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING GENERAL SCHEDULE OF UPCOMING DEADLINES. | .10 | 49.00 |
| 07/17/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REPRESENTATIVES REGARDING HEARINGS ON YESTERDAY'S MOTIONS AND STRATEGY GOING FORWARD WITH RESPECT TO MOTION TO DISMISS AND RELATED MATTERS | 1.50 | 735.00 |
| 07/17/20 RPV | B110 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING HEARINGS ON YESTERDAY'S MOTIONS AND STRATEGY GOING FORWARD WITH RESPECT TO MOTION TO DISMISS AND RELATED MATTERS | .50 | 245.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  56
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 07/17/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REPRESENTATIVES REGARDING PRESS ISSUES | .50 | 245.00 |
|---|---|---|---|---|---|
| 07/17/20 RPV | B110 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING PRESS ISSUES | .30 | 147.00 |
| 07/17/20 RPV | B110 | A105 | TELEPHONE CONVERSATION WITH MR. WEGMANN REGARDING PRESS ISSUES | .50 | 245.00 |
| 07/17/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING PRESS ISSUES | .70 | 343.00 |
| 07/17/20 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. KEARNEY REGARDING PRESS ISSUES | .40 | 196.00 |
| 07/17/20 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH QUI TAM PLAINTIFF'S LAWYER REGARDING APPROVAL OF SETTLEMENT AND RELATED MATTERS | .40 | 196.00 |
| 07/17/20 WGZ | B410 | A105 | CONFERENCES WITH JW ATTORNEYS REGARDING OUTCOME OF HEARING AND REGARDING FURTHER STRATEGY. | .60 | 180.00 |
| 07/17/20 WGZ | B410 | A106 | TELEPHONE CONFERENCES WITH ARCHDIOCESE REPRESENTATIVE. | .50 | 150.00 |
| 07/17/20 WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH M. MINTZ. | .40 | 120.00 |
| 07/17/20 WGZ | B410 | A105 | EMAILS REGARDING STRATEGY FOR HEARING BEFORE JUDGE GRABILL.. | .50 | 150.00 |
| 07/17/20 LFA | B110 | A105 | WORKED ON FEE STATEMENT. | 6.50 | 2,600.00 |
| 07/17/20 MAM | B110 | A101 | CONFERENCES WITH MR. VANCE REGARDING CLIENT STRATEGY (1.2).  CORRESPONDENCE WITH CLIENT REGARDING THE SAME (4.1).  CONFERENCE WITH MR. WEGMANN AND MS. FUTRELL REGARDING THE DISCOVERY (3.1). | 8.40 | 3,360.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   57
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/17/20 MMS | B210 | A104 | CONFER WITH K. HEIL REGARDING MAILING OF WARN ACT NOTICES. | .20 | 60.00 |
| 07/17/20 AK | B310 | A103 | WORKED ON FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO COMMITTEE. | 1.40 | 350.00 |
| 07/17/20 AK | B310 | A102 | WORKED ON OPPOSITION TO MOTION TO EXPEDITE DISCOVERY. | 1.90 | 475.00 |
| 07/17/20 AK | B310 | A102 | REVIEWED MOTION TO DISMISS IN ORDER TO PREPARE RESPONSES TO DISCOVERY. | 1.10 | 275.00 |
| 07/17/20 AK | B310 | A103 | WORKED ON RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION REGARDING BAR DATE MOTION. | 1.60 | 400.00 |
| 07/17/20 AK | B310 | A103 | WORKED ON RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION REGARDING BAR DATE MOTION. | 1.60 | 400.00 |
| 07/17/20 AK | B310 | A102 | RESEARCHED BANKRUPTCY RULES REGARDING MOTIONS FOR PROTECTIVE ORDER. | .60 | 150.00 |
| 07/17/20 AK | B310 | A102 | REVIEWED CASES REGARDING PERSONNEL FILES IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | .60 | 150.00 |
| 07/17/20 LHS | B190 | A102 | RESEARCH PROTECTIVE ORDERS ISSUED IN OTHER DIOCESES BANKRUPTCIES. | 4.20 | 1,050.00 |
| 07/17/20 LHS | B190 | A102 | REVIEW POTENTIAL DISCOVERY ISSUES. | 1.40 | 350.00 |
| 07/17/20 LHS | B190 | A102 | RESEARCH APPLICATION OF RULE 9019 TO POTENTIAL SETTLEMENT. | .50 | 125.00 |
| 07/17/20 LHS | B190 | A103 | SUMMARIZE BANKRUPTCY DISCOVERY ISSUES RELATING TO MOTION TO DISMISS. | .40 | 100.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  58
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/17/20 M F  B190  A105  EXCHANGE OF EMAIL WITH L.        .20        60.00
                         SELF REGARDING AUTHORITIES
                         FOR DRAFTING MOTION FOR
                         PROTECTIVE ORDER

07/17/20 GMS  B110  A110  COMMUNICATIONS WITH MR.         .80       136.00
                         WEGMANN CONCERNING STATE
                         COURT EMAIL PRODUCTION IN
                         RESPONSE TO SUBPOENA;
                         COMMUNICATIONS WITH MR.
                         WEGMANN CONCERNING LOCATION
                         OF SPECIFIC EMAIL
                         COMMUNICATION WITHIN STATE
                         COURT PRODUCTION; PREPARE AND
                         UPLOAD STATE COURT PRODUCTION
                         TO SHAREFILE; PREPARE AND
                         ISSUE NOTIFICATIONS TO THE
                         CLIENT AND MR. VANCE
                         PROVIDING LINK TO SHAREFILE
                         FOR ACCESS AND DOWNLOAD OF
                         DATA; COMMUNICATIONS TO THE
                         CLIENT CONCERNING EXTRACTION
                         OF ZIP FILE.

07/18/20 EDW  B110  A104  RECEIVED AND REVIEWED STATUS    .10        30.00
                         REPORT TO ARCHBISHOP AYMOND.

07/18/20 EDW  B110  A104  REVIEWED STATUS REGARDING       .10        30.00
                         FINANCIAL INFORMATION NEEDED
                         FOR DISCOVERY.

07/18/20 EJF  B110  A103  DRAFT NARRATIVE FOR MOR;        .60       294.00

07/18/20 EJF  B110  A105  MEMOS REGARDING FINANCIAL       .30       147.00
                         DISTRESS ISSUES;

07/18/20 JJL  B110  A104  READ SCHEDULE REGARDING         .10        30.00
                         DEADLINE FOR BENEFITS/HEARINGS

07/18/20 JJL  B110  A104  READ DRAFT OPPOSITION TO        .80       240.00
                         MOTION TO REMAND

07/18/20 RPV  B110  A106  DRAFTED AND REVISED STATUS      .70       343.00
                         REPORT TO CLIENT REGARDING
                         PENDING MATTERS

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  59
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/18/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF MEMORANDUM IN OPPOSITION TO MOTION TO REMAND, TO BE FILED IN THE JAMES DOE MATTER. | .50 | 245.00 |
| 07/18/20 RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING REVISIONS TO MEMO IN OPPOSITION TO MOTION TO REMAND. | .20 | 98.00 |
| 07/18/20 RPV | B210 | A105 | EMAILS AMONG TEAM REGARDING FURLOUGH AND LAYOFFS | .20 | 98.00 |
| 07/18/20 RPV | B310 | A105 | EMAIL FROM MR. MINTZ REGARDING HEARING DATE SCHEDULED FOR MOTION FOR AUTHORITY. | .10 | 49.00 |
| 07/18/20 RPV | B190 | A105 | EMAIL FROM MR. MINTZ REGARDING REVIEW OF FINANCIAL REPORTS. | .10 | 49.00 |
| 07/18/20 RPV | B110 | A106 | EMAIL FROM CLIENT WITH UPDATE TO STATUS MEMO. | .10 | 49.00 |
| 07/18/20 WGZ | B410 | A105 | EMAILS FROM BANKRUPTCY TEAM REGARDING STATUS. | .40 | 120.00 |
| 07/18/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVES REGARDING STRATEGY. | .60 | 180.00 |
| 07/18/20 WGZ | B410 | A104 | REVIEW SCHEDULE PROVIDED BY BANKRUPTCY TEAM REGARDING UPCOMING MOTION. | .40 | 120.00 |
| 07/18/20 WGZ | B410 | A104 | STRATEGY REGARDING HEARINGS. | .70 | 210.00 |
| 07/18/20 MAM | B110 | A101 | REVISE AND EDIT OPPOSITION TO MOTION TO REMAND (3.8). CONFERENCES REGARDING THE SAME (.9). | 4.70 | 1,880.00 |
| 07/18/20 MMS | B210 | A104 | PREPARE SUMMARY OF FURLOUGHS AND LAYOFFS FOR POTENTIAL APPLICABILITY TO BANKRUPTCY PROCEEDING. | .60 | 180.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  60
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/18/20 LHS | B190 | A102 | RESEARCH THE STANDARD FOR PROTECTIVE ORDERS ENTERED IN BANKRUPTCY CASES. | 1.90 | 475.00 |

07/18/20 SAO   B110  A104  REVIEW THE COMMITTEE'S              .20         50.00
                           EXPEDITED MOTION TO SHORTEN
                           TIME TO RESPOND TO DISCOVERY
                           REQUESTS (0.1); REVIEW MOTION
                           AND ORDER EXPEDITING HEARING
                           OF THE SAME (0.1).

07/19/20 RPV   B110  A105  EMAIL FROM MR. MINTZ               .10         49.00
                           REGARDING STATUS OF MONTHLY
                           OPERATING REPORT NARRATIVE.

07/19/20 LHS   B190  A102  RESEARCH FILED PROTECTIVE         3.80        950.00
                           ORDERS IN OTHER BANKRUPTCIES.

07/19/20 M F   B190  A103  WORKING ON MOTION FOR              .30         90.00
                           PROTECTIVE ORDER

07/20/20 EDW   B110  A104  REVIEWED UPDATED SCHEDULE          .20         60.00
                           REGARDING LITIGATION.

07/20/20 EDW   B110  A104  WORKED ON INFORMATION              .80        240.00
                           REQUESTED BY THE UCC IN
                           DRAFTED AND REQUEST FOR
                           PRODUCTION.

07/20/20 EDW   B110  A104  REVIEWED ISSUES IN MOTIONS TO     1.50        450.00
                           DISMISS AND REMAND.

07/20/20 EDW   B110  A107  COMMUNICATIONS WITH MR.            .20         60.00
                           BOLDISSAR REGARDING DISCOVERY
                           CONFERENCE.

07/20/20 EDW   B110  A109  ATTENDED TELEPHONE DISCOVERY      1.00        300.00
                           CONFERENCE WITH UCC COUNSEL.

07/20/20 EDW   B110  A104  REVIEWED ISSUES AND RESEARCH       .90        270.00
                           REGARDING ARCHDIOCESE MOTION
                           FOR PROTECTIVE ORDER IN
                           BANKRUPTCY CASE.

07/20/20 EDW   B110  A104  REVIEWED COMMUNICATIONS WITH       .50        150.00
                           MR. EGAN REGARDING CONFERENCE
                           AND INFORMATION REGARDING
                           FINANCIALS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   61
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/20/20 EDW   B110  A104   RECEIVED AND REVIEWED DRAFT          .20          60.00
                           OF MOTION TO EXTEND TIME TO
                           REMOVE CASES.

07/20/20 EJF   B110  A104   REVIEW DOCUMENTS RELATED TO         2.80       1,372.00
                           MOTION TO DISMISS AND ANSWERS
                           TO DISCOVERY;

07/20/20 EJF   B410  A104   MEMOS TO AND FROM MS. ASHLEY         .20          98.00
                           RE REIMBURSEMENT ISSUE;

07/20/20 EJF   B110  A103   WORK ON OBJECTION TO MOTION         2.00         980.00
                           TO DISMISS;

07/20/20 JJL   B110  A101   CONFERENCE WITH TEAM TO            1.50         450.00
                           ADDRESS STRATEGY AND UPCOMING
                           MOTION PRACTICE, DISCOVERY
                           AND HEARINGS.

07/20/20 JRT   B190  A101   PREPARE FOR MEETING WITH TEAM.      .60         180.00

07/20/20 JRT   B190  A109   ATTEND TEAM MEETING ON            1.00         300.00
                           STRATEGY.

07/20/20 RPV   B210  A106   TELEPHONE CONVERSATION WITH         .20          98.00
                           THE CLIENT REGARDING MOU
                           AMONG THE ARCHDIOCESE,
                           CHATEAU DE NOTRE DAME AND ST.
                           ANDREW'S VILLAGE, MOTION FOR
                           REMAND AND RELATED ISSUES.

07/20/20 RPV   B190  A104   WORKED ON REMAND AND MOTION       1.50         735.00
                           TO DISMISS.

07/20/20 RPV   B210  A108   EMAIL FROM J. ZAINEY               .50         245.00
                           REGARDING MOU AMONG THE
                           ARCHDIOCESE, CHATEAU DE NOTRE
                           DAME AND ST. ANDREW'S VILLAGE
                           AND REVIEWED MOU.

07/20/20 RPV   B190  A105   TELEPHONE CONVERSATION WITH        .50         245.00
                           MR. MINTZ REGARDING DOCUMENT
                           REQUEST FROM UCC, MOTION TO
                           DISMISS AND REMAND MOTION

07/20/20 RPV   B190  A105   EMAIL FROM MR. MINTZ               .20          98.00
                           REGARDING JAMES DOE
                           JURISDICTION QUESTION.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  62
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/20/20 RPV   B190  A104   RECEIVED UPDATED SCHEDULE        .20        98.00
                           WITH DEADLINES.

07/20/20 RPV   B190  A105   EMAILS TO AND FROM MR.           .20        98.00
                           WEGMANN REGARDING JAMES DOE
                           VIOLATION OF JW DOE
                           PROTECTIVE ORDER ISSUES.

07/20/20 RPV   B310  A104   RECEIVED AND REVIEWED FIRST      .30       147.00
                           AMENDED MOTION FOR AUTHORITY
                           TO PAY SECURED CLAIM WITH
                           INCORPORATED MEMORANDUM FILED
                           BY COUHIG FIRM

07/20/20 RPV   B310  A104   RECEIVED AND REVIEWED OFFICE     .10        49.00
                           DEPOT PROOF OF CLAIM.

07/20/20 RPV   B210  A106   EMAILS FROM AND TO AND           .60       294.00
                           TELEPHONE CONVERSATIONS WITH
                           THE CLIENT REGARDING REAL
                           PROPERTY ISSUES AND VIOLATION
                           OF PROTECTIVE ORDER BY
                           OPPOSING COUNSEL

07/20/20 WGZ   B410  A101   PREPARE FOR MEETING WITH         .70       210.00
                           ARCHDIOCESE BANKRUPTCY TEAM
                           AND STATE COURT LITIGATION
                           TEAM.

07/20/20 WGZ   B410  A104   REVIEW AND ANALYZE OPPOSITION   1.00       300.00
                           MEMORANDUM TO MOTION FOR
                           REMAND IN JAMES DOE MATTER
                           PENDING BEFORE JUDGE BARBIER.

07/20/20 WGZ   B410  A105   EMAIL TO BANKRUPTCY TEAM AND     .50       150.00
                           STATE COURT LITIGATION TEAM
                           PROVIDING STRATEGY, REVISIONS
                           AND EDITS FOR OPPOSITION
                           MEMORANDUM.

07/20/20 WGZ   B410  A101   CONTINUE TO PREPARE FOR AND     1.80       540.00
                           ATTEND STRATEGY MEETING WITH
                           BANKRUPTCY TEAM AND STATE
                           COURT LITIGATION TEAM TO
                           DISCUSS BANKRUPTCY LITIGATION.

07/20/20 WGZ   B410  A106   CONFERENCE WITH GENERAL         1.00       300.00
                           COUNSEL REGARDING STRATEGY.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  63
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 07/20/20 | LFA | B160 | A103 | CONTINUED PREPARING FEE STATEMENT. | 4.00 | 1,600.00 |
| 07/20/20 | LFA | B160 | A103 | REVIEWED OCP ORDER (.4); COMMUNICATED WITH ORDINARY COURSE PROFESSIONALS REGARDING DECLARATION AND INFORMATION NEEDED FOR SAME (2.0). | 2.40 | 960.00 |
| 07/20/20 | MAM | B110 | A101 | PREPARE FOR AND ATTEND MEETING ON STRATEGY (2.5). CONFERENCES REGARDING THE SAME (1.4). WORK ON DISCOVERY ISSUES (1.0). | 4.90 | 1,960.00 |
| 07/20/20 | AK | B310 | A103 | WORKED ON DOCUMENT PRODUCTION AND DISCOVERY REQUESTS. | 6.20 | 1,550.00 |
| 07/20/20 | LHS | B190 | A105 | EMAILS WITH MS. FISCHER REGARDING APPLICATION OF CASES TO PROTECTIVE ORDERS IN BANKRUPTCY. | .20 | 50.00 |
| 07/20/20 | LHS | B160 | A104 | REVIEW ORDINARY COURSE DECLARATION SENT OUT TO PROFESSIONALS. | .10 | 25.00 |
| 07/20/20 | LHS | B410 | A103 | RESEARCH APPLICATION OF THE AUTOMATIC STAY TO DISMISSAL OF DEBTOR FROM A CASE PENDING PRE-PETITION. | 1.60 | 400.00 |
| 07/20/20 | LHS | B410 | A103 | SUMMARIZE FINDINGS ON AUTOMATIC STAY ISSUE FOR MS. ASHLEY. | .30 | 75.00 |
| 07/20/20 | LHS | B190 | A104 | FINALIZE RESEARCH ON PROTECTIVE ORDERS IN OTHER DIOCESAN BANKRUPTCIES. | 1.20 | 300.00 |
| 07/20/20 | LHS | B160 | A104 | RECONCILE DENECHAUD ORDINARY COURSE PROFESSIONAL APPLICATION WITH THE REQUIREMENTS OF THE COURT'S ORDER. | 1.00 | 250.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  64
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/20/20 | LHS | B190 | A103 | DRAFT MEMORANDUM REGARDING APPLICATION OF FEDERAL RULE 26(C) IN BANKRUPTCY CASES. | 4.60 | 1,150.00 |
| 07/20/20 | SAO | B110 | A104 | REVIEW COUHIG PARTNER, LLC'S FIRST AMENDED MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY SECURED CLAIM AND FIRST AMENDED NOTICE OF HEARING REGARDING SAME. | .10 | 25.00 |
| 07/20/20 | SAO | B110 | A104 | REVIEW ORDER AUTHORIZING AND/OR APPROVING COMPENSATION AND PAYMENTS TO INSIDERS AND ORDER AUTHORIZING DEBTOR TO EMPLOY PROFESSIONALS IN ORDER COURSE OF BUSINESS. | .10 | 25.00 |
| 07/21/20 | EDW | B110 | A106 | TELEPHONE CONFERENCE WITH MR. EGAN REGARDING FINANCIAL ISSUES. | 2.50 | 750.00 |
| 07/21/20 | EDW | B110 | A104 | REVIEWED ADDITIONAL FINANCIAL INFORMATION FROM MR. EGAN. | .50 | 150.00 |
| 07/21/20 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. BOLDISSAR AND MS. CANTOR REGARDING DISCOVERY. | .50 | 150.00 |
| 07/21/20 | EDW | B110 | A104 | REVIEWED PROPOSED ORDER REGARDING DISCOVERY FROM UCC. | .30 | 90.00 |
| 07/21/20 | EDW | B110 | A104 | REVIEWED INFORMATION AND STRATEGY AND HANDLING OF DISCOVERY FROM UCC. | 2.60 | 780.00 |
| 07/21/20 | EDW | B110 | A107 | TELEPHONE CALL FROM MR. GULOTTA REGARDING SAINTS AND THE ARCHDIOCESE DOCUMENT ISSUES. | .30 | 90.00 |
| 07/21/20 | EDW | B110 | A103 | REVIEWED AND REVISED DRAFT OF PROPOSED DISCOVERY ORDER. | .30 | 90.00 |
| 07/21/20 | EDW | B110 | A103 | REVIEWED AND REVISED OPPOSITION TO MOTION TO EXPEDITE DISCOVERY. | 2.50 | 750.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  65
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/21/20 EDW | B110 | A103 | CONTINUED WORK ON THE ARCHDIOCESE'S MOTION FOR PROTECTIVE ORDER AND ISSUES REGARDING SAME. | .80 | 240.00 |
|---|---|---|---|---|---|
| 07/21/20 EDW | B110 | A106 | ELECTRONIC MEMO TO THE CLIENT REGARDING DRAFT OF OPPOSITION/RESPONSE TO MOTION TO EXPEDITE DISCOVERY. | .10 | 30.00 |
| 07/21/20 EDW | B110 | A106 | TELEPHONE CONFERENCE WITH THE CLIENT REGARDING DISCOVERY ISSUES. | .10 | 30.00 |
| 07/21/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING INSURANCE REGARDING LITIGATION. | .10 | 30.00 |
| 07/21/20 EJF | B110 | A104 | REVIEW DOCUMENTS RE RESPONSES TO DISCOVERY; | 1.80 | 882.00 |
| 07/21/20 EJF | B110 | A104 | REVIEW PLEADINGS RELATED TO MOTION TO DISMISS; | 1.20 | 588.00 |
| 07/21/20 EJF | B110 | A103 | WORK ON OBJECTION TO MOTION TO DISMISS; | 2.50 | 1,225.00 |
| 07/21/20 JRT | B190 | A104 | REVIEW PLEADINGS TO BEGIN CONSIDERING HOW TO PREPARE FOR ANY MEDIATION DURING BANKRUPTCY. | 1.00 | 300.00 |
| 07/21/20 JRT | B190 | A108 | EMAILS TO COUNSEL REGARDING STRATEGY. | .70 | 210.00 |
| 07/21/20 RPV | B190 | A104 | REVIEWED CATHOLIC MUTUAL'S OPPOSITION TO THE MOTION TO REMAND | .30 | 147.00 |
| 07/21/20 RPV | B210 | A105 | EMAIL FROM MR. MINTZ REGARDING STATUS OF PAYMENT TO HANCOCK WHITNEY. | .10 | 49.00 |
| 07/21/20 RPV | B190 | A104 | REVIEWED DRAFT OF PROPOSED MOTION TO EXTEND TIME TO REMOVE CASES. | .10 | 49.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   66
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/21/20 RPV   B190  A103   DRAFT REPORTS TO CLIENT            1.00         490.00
                           REGARDING PLEADINGS AND STATUS

07/21/20 RPV   B190  A105   RECEIVED AND REVIEWED               .50         245.00
                           OPPOSITION/RESPONSE TO THE
                           EXPEDITED MOTION OF THE
                           OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS TO
                           SHORTEN TIME TO RESPOND TO
                           DISCOVERY REQUESTS AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

07/21/20 RPV   B190  A105   EMAIL FROM MS. FUTRELL              .30         147.00
                           REGARDING QUESTIONS
                           CONCERNING MOTION TO DISMISS.

07/21/20 RPV   B190  A105   EMAIL FROM MR. WEGMANN              .20          98.00
                           REGARDING DOCUMENT DISPUTE

07/21/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .50         245.00
                           OF OPPOSITION TO MOTION TO
                           REMAND.

07/21/20 RPV   B190  A106   EMAILS TO AND FROM CLIENT AND       .50         245.00
                           CO-COUNSEL REGARDING MOTION
                           TO REMAND AND MOTION TO REFER.

07/21/20 RPV   B190  A104   REVIEWED AND FINALIZED MOTION       .10          49.00
                           TO ENROLL IN JAMES DOE MATTER.

07/21/20 WGZ   B410  A105   WORKING ON DISCOVERY              1.00         300.00
                           RESPONSES TO UCC DISCOVERY.

07/21/20 WGZ   B410  A105   STRATEGY REGARDING OBJECTIONS     1.20         360.00
                           TO UCC DISCOVERY.

07/21/20 WGZ   B410  A105   TELEPHONE CONFERENCE WITH         1.00         300.00
                           BANKRUPTCY TEAM MEMBERS
                           REGARDING STRATEGY REGARDING
                           UCC DISCOVERY AND OBJECTION.

07/21/20 WGZ   B410  A106   EMAILS WITH CLIENT REGARDING       .50         150.00
                           DISCOVERY ISSUES.

07/21/20 WGZ   B410  A104   ANALYSIS WITH RESPECT TO           .50         150.00
                           LITIGATION COSTS IN STATE
                           COURT PROCEEDINGS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS   PAGE  67
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 07/21/20 | LFA | B160 | A108 | MULTIPLE CORRESPONDENCES WITH ORDINARY COURSE PROFESSIONALS REGARDING OCP PROCEDURE (2.0); REVIEWED COMPLETED OCP DECLARATIONS (1.5). | 3.50 | 1,400.00 |
| 07/21/20 | LFA | B160 | A103 | REVIEWED AND REVISED FEE STATEMENTS AND EXHIBITS (4.5); MULTIPLE CORRESPONDENCES WITH MR. MINTZ AND MR. ZERINGUE REGARDING REVISIONS TO SAME (.5) | 5.00 | 2,000.00 |
| 07/21/20 | LFA | B110 | A103 | DRAFTED MOTION TO WITHDRAW SALE MOTION. | .50 | 200.00 |
| 07/21/20 | MAM | B190 | A101 | FINALIZE AND FILE OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY (2.5). FINALIZE AND FILE OPPOSITION TO MOTION TO REMAND (2.5). VARIOUS CONFERENCES AND CORRESPONDENCE REGARDING THE SAME(1.5). RECEIPT AND REVIEW OF OPPOSITION TO MOTION TO REFER AND CATHOLIC MUTUAL OPPOSITION TO MOTION TO REMAND (1.5). CORRESPONDENCE WITH CLIENT REGARDING THE SAME (1.2). CONFERENCE WITH MS. ZUNIGA REGARDING DISCOVERY MATTERS (2.0) AND FINANCIAL MATTERS (1.0) RELATED TO THE MOTION TO DISMISS | 12.20 | 4,880.00 |
| 07/21/20 | AK | B310 | A103 | WORKED ON REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE COMMITTEE (1.6 HR); WORKED ON REQUESTS FOR ADMISSION TO THE COMMITTEE (1.6 HR); WORKED ON INTERROGATORIES TO THE COMMITTEE (1.6 HR); IN ORDER TO PREPARE DISCOVERY REQUESTS TO THE COMMITTEE, ANALYZED MOTION TO DISMISS (0.3 HR). | 5.10 | 1,275.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   68
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/21/20 LHS   B160  A103   RECONCILE INVOICES FOR            2.10       525.00
                            POST-PETITION MATTERS IN FEE
                            APPLICATION.

07/21/20 LHS   B160  A104   REVIEW THE EHRHARDT GROUP          .60       150.00
                            DECLARATION TO ENSURE
                            CONFORMITY WITH TRUSTEE
                            GUIDELINES, LOCAL RULES AND
                            COMPLEX CASE PROCEDURES.

07/21/20 LHS   B410  A103   REVISE MOTION TO EXTEND           1.80       450.00
                            EXCLUSIVITY PERIOD.

07/21/20 LHS   B410  A103   FINALIZE MOTION TO WITHDRAW        .80       200.00
                            PLEADING FOR FILING.

07/21/20 LHS   B160  A104   REVIEW COURT'S ORDER ON           .30        75.00
                            ORDINARY COURSE PROFESSIONALS.

07/21/20 LL    B410  A105   REVIEWED AND ANALYZED            1.10       275.00
                            LAFOURCHE PARISH LAND
                            DOCUMENTS (0.8); REVISED
                            SPREADSHEET BASED ON REVIEW.
                            (0.3).

07/21/20 LL    B250  A105   DISCUSSED REAL ESTATE REVIEW     1.10       275.00
                            PROCESS AND REAL ESTATE
                            DOCUMENTS WITH JEFF GOOD.

07/21/20 SAO   B110  A104   REVIEW THE DEBTOR'S               .20        50.00
                            OPPOSITION TO THE COMMITTEE'S
                            EXPEDITED MOTION TO SHORTEN
                            TIME TO RESPOND TO DISCOVERY.

07/21/20 M F   B190  A103   COMPLETED FIRST DRAFT OF          4.90     1,470.00
                            MOTION FOR PROTECTIVE ORDER

07/21/20 M F   B190  A104   CONTINUED TO DRAFT ARGUMENT       3.50     1,050.00
                            OF FIRST DRAFT OF MOTION FOR
                            PROTECTIVE ORDER.

07/21/20 M F   B190  A103   REVIEWED AND FINALIZED FIRST      1.40       420.00
                            DRAFT OF MOTION FOR
                            PROTECTIVE ORDER.

07/22/20 EDW   B110  A104   REVIEWED REQUEST FOR              .10        30.00
                            INFORMATION REGARDING STATE
                            COURT LITIGATION IN
                            CONNECTION WITH MOTION TO
                            DISMISS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  69
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/22/20 EDW   B110  A104   REVIEWED ISSUES AND                  .30       90.00
                           INFORMATION NEEDED FOR
                           AFFIDAVITS IN SUPPORT OF
                           MOTION FOR PROTECTIVE ORDER.

07/22/20 EDW   B110  A104   REVIEWED DISCOVERY                   .10       30.00
                           INTERROGATORIES AND REQUEST
                           FOR INSURANCE INFORMATION.

07/22/20 EDW   B110  A104   REVIEWED DISCOVERY                   .10       30.00
                           INTERROGATORIES REGARDING
                           REQUEST FOR DONATIONS.

07/22/20 EDW   B110  A104   REVIEWED FINANCIAL REPORTS          .50      150.00
                           REGARDING THE ARCHDIOCESE.

07/22/20 EDW   B110  A106   RECEIVED AND REVIEWED               .10       30.00
                           ELECTRONIC MEMO FROM MR.
                           MURRAY REGARDING INSURANCE
                           INFORMATION.

07/22/20 EDW   B110  A106   RECEIVED AND REVIEWED               .10       30.00
                           ELECTRONIC MEMO FROM THE
                           CLIENT REGARDING NO DONATIONS
                           REGARDING ABUSE.

07/22/20 EDW   B110  A106   REVIEWED DISCOVERY                   .10       30.00
                           INTERROGATORIES 14-16
                           REGARDING INFORMATION NEEDED.

07/22/20 EDW   B110  A107   TELEPHONE CONFERENCE WITH CRI      1.10      330.00
                           REGARDING PREPARATION FOR
                           OPPOSITION TO MOTION TO
                           DISMISS.

07/22/20 EDW   B110  A104   REVIEWED EXHIBITS REGARDING         .20       60.00
                           MOTION TO DISMISS.

07/22/20 EDW   B110  A104   REVIEWED ELECTRONIC MEMO TO         .10       30.00
                           UCC COUNSEL REGARDING
                           DISCOVERY ISSUES AND
                           PROTECTIVE ORDER AND MOTION
                           TO DISMISS.

07/22/20 EDW   B110  A104   REVIEWED PROPOSED ORDER FROM        .20       60.00
                           UCC REGARDING MOTION TO
                           EXPEDITE.

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   70
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01
```

| 07/22/20 EDW | B110 A107 | REVIEWED COMMUNICATIONS WITH CRI. | .30 | 90.00 |
|---|---|---|---|---|
| 07/22/20 EDW | B110 A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING SNAP AND RICHARD MONSOUR CLAIMS. | .20 | 60.00 |
| 07/22/20 EDW | B110 A104 | REVIEWED INFORMATION REGARDING DISCOVERY AND JOHN DOE AND JW DOE AS REQUESTED BY THE CLIENT. | .60 | 180.00 |
| 07/22/20 EDW | B110 A106 | TELEPHONE CALL FROM THE CLIENT REGARDING MONSOUR ISSUES. | .30 | 90.00 |
| 07/22/20 EDW | B110 A103 | REVIEWED AND REVISED DECLARATION OF LEE LEUMAS. | .80 | 240.00 |
| 07/22/20 EDW | B110 A103 | REVIEWED AND REVISED DECLARATION OF JEFFREY ENTSWITLE. | .80 | 240.00 |
| 07/22/20 EDW | B110 A106 | TELEPHONE CALL TO DR. LEUMAS REGARDING DECLARATION AND CONFIDENTIAL INFORMATION. | .20 | 60.00 |
| 07/22/20 EDW | B110 A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING PROPOSAL REGARDING EXPEDITED DISCOVERY. | .10 | 30.00 |
| 07/22/20 EDW | B110 A104 | REVIEWED DRAFT OF MOTION FOR PROTECTIVE ORDER AND PROPOSED EXHIBITS. | .80 | 240.00 |
| 07/22/20 EDW | B110 A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. ZUNIGA WITH DOCUMENTS. | .20 | 60.00 |
| 07/22/20 EDW | B110 A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR WITH ADDITIONAL INFORMATION REGARDING PROPOSAL. | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   71
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/22/20 EDW   B110  A107  RECEIVED AND REVIEWED              .50        150.00
                          ELECTRONIC MEMO FROM MS.
                          CANTOR WITH PROPOSED
                          CONFIDENTIALITY AGREEMENT AND
                          UCC BYLAWS.

07/22/20 EDW   B110  A107  RECEIVED AND REVIEWED              .10         30.00
                          ELECTRONIC MEMO FROM MR.
                          BOLDISSAR REGARDING PROPOSED
                          SCHEDULING ORDER.

07/22/20 EDW   B110  A104  REVIEWED PROTECTIVE ORDERS IN      .30         90.00
                          OTHER ARCHDIOCESAN
                          BANKRUPTCIES.

07/22/20 EDW   B110  A103  REVISED PROPOSED SCHEDULING        .50        150.00
                          ORDER.

07/22/20 EDW   B110  A103  REVIEWED AND REVISED DRAFT         .50        150.00
                          DISCOVERY TO THE UCC.

07/22/20 EDW   B110  A103  REVISED AND DRAFTED              2.50        750.00
                          PROTECTIVE ORDER AND
                          MEMORANDUM IN SUPPORT.

07/22/20 EJF   B110  A103  WORK ON DISCOVERY RESPONSES;       .80        392.00

07/22/20 EJF   B110  A104  REVIEW DOCUMENTS RE RESPONSES    1.20        588.00
                          TO DISCOVERY;

07/22/20 EJF   B110  A103  WORK ON OBJECTION TO MOTION      3.20       1,568.00
                          TO DISMISS;

07/22/20 EJF   B110  A101  CONFERENCE CALL WITH            1.10        539.00
                          POTENTIAL EXPERT, TESTIFYING
                          WITNESS RE MOTION TO DISMISS
                          OBJECTION (.8); EMAILS TO
                          SAME RE SAME (.3);

07/22/20 JJL   B110  A106  RECEIVED AND REVIEWED            .10         30.00
                          CORRESPONDENCE FROM THE
                          CLIENT REGARDING INSURANCE
                          ISSUES.

07/22/20 JJL   B110  A104  REVIEWED SPREADSHEETS FROM       .40        120.00
                          THE CLIENT REGARDING
                          INSURANCE.

EXHIBIT E

Case 2:20-cv-04568-SM Doc 855-5 Filed 02/25/20 Entered 02/25/20 17:06:30 Exhibit First Interim Walkers Second Monthly Fee Statement Page 814 of Page 137 of 376

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   72
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/22/20 JJL   B110  A104   RECEIVED AND REVIEWED              .10        30.00
                           CORRESPONDENCE FROM CLIENT.

07/22/20 JJL   B110  A104   REVIEWED AND ANALYZED DATA        1.60       480.00
                           AND COVERAGES.

07/22/20 JJL   B110  A104   REVIEWED CORRESPONDENCE TO         .20        60.00
                           COMMITTEE REGARDING ISSUES
                           RELATED TO ITS MOTION TO
                           EXPEDITE DISCOVERY.

07/22/20 JJL   B110  A104   RECEIVED AND REVIEWED            1.20       360.00
                           COMMITTEE'S PROPOSED
                           PROTECTIVE ORDER

07/22/20 JJL   B110  A104   RECEIVED AND REVIEWED             .30        90.00
                           COMMITTEE'S BY-LAWS.

07/22/20 JJL   B110  A104   REVISE AND EDIT COMMITTEE'S       .60       180.00
                           PROPOSED SCHEDULING ORDER.

07/22/20 RPV   B190  A105   EMAILS FROM MR. MINTZ, MS.        .50       245.00
                           FUTRELL AND MR. WEGMANN
                           REGARDING DRAFT DISCOVERY AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME

07/22/20 RPV   B210  A106   EMAILS FROM THE CLIENT AND        .10        49.00
                           MR. MINTZ REGARDING LEASE FOR
                           ST. JUDE COMMUNITY CENTER AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME

07/22/20 RPV   B210  A106   EMAILS FROM CLIENT AND            .10        49.00
                           CO-COUNSEL REGARDING LAYOFFS.

07/22/20 RPV   B190  A108   TELEPHONE CONVERSATION WITH       .80       392.00
                           COUNSEL AND MR. WEGMANN
                           REGARDING PROTECTIVE ORDER
                           ISSUES AND INTERVIEW OF
                           WITNESSES

07/22/20 RPV   B190  A104   RECEIVED AND REVIEWED ABUSE       .30       147.00
                           VICTIM SETTLEMENT DOCUMENTS.

07/22/20 RPV   B190  A106   EMAILS FROM CLIENTS REGARDING     .30       147.00
                           PROPOSED NEWS STORY ABOUT
                           ABUSE VICTIM'S STATEMENTS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   73
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

```
07/22/20 RPV   B190  A106   EMAILS FROM AND TO CLIENTS        1.20      588.00
                            AND MR. MINTZ REGARDING
                            STATUS OF VARIOUS ISSUES
                            INCLUDING DISCOVERY, MOTION
                            TO DISMISS AND BAR DATE

07/22/20 RPV   B210  A106   EMAILS TO AND FROM CLIENT          .30      147.00
                            REGARDING PROPERTY USE ISSUES

07/22/20 RPV   B210  A108   EMAIL FROM MR. KEARNEY             .10       49.00
                            REGARDING REQUEST FOR COMMENT
                            REGARDING PRESS ISSUE

07/22/20 RPV   B190  A105   EMAILS FROM MR. MINTZ AND MR.      .50      245.00
                            MURRAY REGARDING
                            INTERROGATORIES AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME

07/22/20 RPV   B170  A106   EMAIL FROM CLIENT AND MR.          .10       49.00
                            MINTZ REGARDING ESTATE FEE
                            ISSUE.

07/22/20 WGZ   B410  A105   EMAIL TO JW BANKRUPTCY TEAM        .20       60.00
                            REGARDING CATHOLIC MUTUAL'S
                            OPPOSITION TO MOTION TO
                            REMAND.

07/22/20 WGZ   B410  A104   STRATEGY REGARDING MOTION TO       .50      150.00
                            REMAND IN JAMES DOE AND
                            ISSUES REGARDING REFERRAL
                            MOTION AND OPPOSITION TO
                            REMAND.

07/22/20 WGZ   B410  A109   MEETING AT ARCHDIOCESE            1.50      450.00
                            REGARDING STRATEGY ON MOTION
                            TO REFER AND OPPOSITION TO
                            MOTION TO REMAND.

07/22/20 WGZ   B410  A105   EMAILS REGARDING OBJECTIONS        .40      120.00
                            TO DISCOVERY RELATED TO
                            MOTION TO DISMISS.

07/22/20 WGZ   B410  A104   REVIEW AND ANALYSIS OF           1.00      300.00
                            DISCOVERY RELATED TO MOTION
                            TO DISMISS.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  74
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/22/20 WGZ   B410  A105  FURTHER EMAILS REGARDING           .40        120.00
                          CATHOLIC MUTUAL'S OPPOSITION
                          TO MOTION TO REMAND.

07/22/20 WGZ   B410  A105  CONFERENCE WITH JW BANKRUPTCY     1.40        420.00
                          TEAM (L. FUTRELL) WORKING ON
                          STRATEGY TO OPPOSE MOTION TO
                          DISMISS.

07/22/20 WGZ   B410  A105  STRATEGY CONFERENCES AND           .00           .00
                          PHONE CALLS WITH JW
                          BANKRUPTCY TEAM AND JW STATE
                          COURT LITIGATION TEAM
                          REGARDING OPPOSING MOTION TO
                          REMAND.

07/22/20 WGZ   B410  A103  WORKING ON OPPOSITION TO          2.00        600.00
                          MOTION TO REMAND.

07/22/20 WGZ   B410  A105  EMAILS REGARDING ISSUES FOR        .00           .00
                          MOTION TO DISMISS.

07/22/20 WGZ   B410  A106  EMAILS AND CONFERENCES WITH       2.00        600.00
                          ARCHDIOCESE REGARDING MEDIA
                          ISSUES AND PUBLIC RELATIONS
                          ISSUES.

07/22/20 LFA   B110  A108  CORRESPONDENCES WITH THE          1.50        600.00
                          CLIENT AND MR. MINTZ
                          REGARDING BILLING PROCESS AND
                          DENECHAUD FIRM FEES (.4);
                          WITH MS. ZUNIGA REGARDING
                          MONTHLY OPERATING REPORT
                          (.1); WITH MR. SELF AND MS.
                          HOPKINS REGARDING EXHIBITS C
                          & D TO JW FIRST FEE STATEMENT
                          (.4); WITH MR. MINTZ
                          REGARDING UPDATED SCHEDULE
                          (.1); WITH MESSRS. MINTZ AND
                          SELF REGARDING
                          REVISED/UPDATED FEE STATEMENT
                          AND EXHIBITS (.2); AND WITH
                          MESSRS. SELF AND JUSTICE
                          REGARDING TIME SENSITIVE:
                          INFORMATION REQUIRED FOR
                          BANKRUPTCY FILING (.3).

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  75
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/22/20 LFA | B160 | A103 | CONTINUED REVISING FEE STATEMENT AND REVIEW OF SUMMARY CHARTS TO ENSURE ACCURACY OF SAME. | 6.00 | 2,400.00 |
| 07/22/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND MEETING ON FINANCIAL REPORTING RELATED TO MOTION TO DISMISS. | 4.50 | 1,800.00 |
| 07/22/20 MAM | B190 | A101 | CONFERENCE WITH UCC REGARDING MOTION FOR EXPEDITED DISCOVERY AND ORDER REATED TO THE SAME. | 1.40 | 560.00 |
| 07/22/20 MMS | B210 | A104 | VARIOUS COMMUNICATIONS WITH THE CLIENT AND S. MCDONALD REGARDING NEWS ARTICLE. | .50 | 150.00 |
| 07/22/20 AK | B310 | A103 | WORKED ON MOTION FOR PROTECTIVE ORDER. | 4.20 | 1,050.00 |
| 07/22/20 AK | B310 | A103 | REVISED MOTION FOR PROTECTIVE ORDER. | 3.20 | 800.00 |
| 07/22/20 AK | B310 | A103 | WORKED ON DISCOVERY REQUESTS. | 5.20 | 1,300.00 |
| 07/22/20 LHS | B410 | A103 | REVISE PROOF OF CLAIM OF ARCHDIOCESE TO ACCOUNT FOR UPDATED TAX INFORMATION. | 1.10 | 275.00 |
| 07/22/20 LHS | B160 | A103 | TRACK SUBMISSION OF ORDINARY COURT PROFESSIONAL DECLARATIONS TO JONES WALKER AND THE COURT. | .80 | 200.00 |
| 07/22/20 LHS | B160 | A103 | CREATE EXHIBIT OF INVOICES FOR JONES WALKER'S FIRST FEE STATEMENT. | 1.40 | 350.00 |
| 07/22/20 LHS | B160 | A104 | REVIEW INVOICES TO MAKE SURE THAT ALL WERE COMPLETE. | 1.00 | 250.00 |
| 07/22/20 LHS | B190 | A104 | REVIEW TIME LINE OF PENDING LITIGATION IN DISMISSED BANKRUPTCIES. | 1.40 | 350.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   76
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/22/20 LL | B410 | A105 | WORKED ON REVIEW AND ANALYSIS LAFOURCHE AWN PLAQUEMINES PARISH DOCUMENTS (4.0); REVISED SPREADSHEET AND POWER POINT BASED ON REVIEW (0.9) | 4.90 | 1,225.00 |
| 07/22/20 SAO | B190 | A104 | REVIEW AND PULL MULTIPLE BANKRUPTCY PLEADINGS FOR MR. ZERINGUE TO BE USED IN CONNECTION WITH OBJECTION TO MOTION TO DISMISS. | 2.10 | 525.00 |
| 07/22/20 M F | B190 | A103 | RESEARCH ARGUMENT FOR MOTION FOR PROTECTIVE ORDER/MEMO IN SUPPORT. | 3.90 | 1,170.00 |
| 07/22/20 M F | B190 | A103 | REVISED AND FINALIZED FIRST DRAFT OF MOTION FOR PROTECTIVE ORDER/MEMO IN SUPPORT. | 1.20 | 360.00 |
| 07/22/20 M F | B190 | A103 | COMPLETED FIRST DRAFT OF MOTION FOR PROTECTIVE ORDER/MEMO IN SUPPORT | 5.10 | 1,530.00 |
| 07/23/20 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH UCC COUNSEL REGARDING NEGOTIATIONS OVER SCHEDULING ORDER AND AGREED ORDER REGARDING MOTION TO EXPEDITE DISCOVERY. | .50 | 150.00 |
| 07/23/20 EDW | B110 | A109 | ATTENDED HEARING ON THE UCC'S MOTION TO EXPEDITE DISCOVERY, INCLUDING NEGOTIATIONS WITH UCC. | 1.00 | 300.00 |
| 07/23/20 EDW | B110 | A106 | TELEPHONE CALL FROM THE CLIENT REGARDING RESULTS OF HEARING. | .20 | 60.00 |
| 07/23/20 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. GULOTTA REGARDING STATE COURT LITIGATION PROPOSED PRESS RELEASE. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  77
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/23/20 EDW | B110 | A105 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. MINTZ REGARDING REVISED PROPOSED SCHEDULING ORDER. | .10 | 30.00 |
| 07/23/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING ABUSE VALUATION CLAIMS DISCOVERY. | .20 | 60.00 |
| 07/23/20 EDW | B110 | A103 | CONTINUED WORK ON MOTION FOR PROTECTIVE ORDER AND EXHIBITS. | 2.00 | 600.00 |
| 07/23/20 EDW | B110 | A106 | COMMUNICATIONS WITH THE CLIENT REGARDING PROTECTIVE ORDER. | .20 | 60.00 |
| 07/23/20 EDW | B110 | A106 | REVIEWED COMMUNICATIONS WITH DR. LEUMAS AND MR. ENTWISTLE REGARDING DECLARATIONS. | .50 | 150.00 |
| 07/23/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING PROPOSALS REGARDING SCHEDULE AND DISCOVERY. | .10 | 30.00 |
| 07/23/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING CONFIDENTIALITY ISSUES. | .10 | 30.00 |
| 07/23/20 EDW | B110 | A104 | REVIEWED CLERGY LIST REGARDING DISCOVERY REQUESTS. | .20 | 60.00 |
| 07/23/20 EDW | B110 | A104 | REVIEWED NEW PROPOSAL FROM UCC REGARDING MOTION TO EXPEDITE DISCOVERY. | .20 | 60.00 |
| 07/23/20 EDW | B110 | A101 | PREPARING FOR HEARING ON MOTION TO EXPEDITE DISCOVERY. | 1.50 | 450.00 |
| 07/23/20 EJF | B110 | A105 | CONFERENCE CALLS WITH MR. MINTZ (.5) (NO CHARGE); | .00 | .00 |
| 07/23/20 EJF | B110 | A104 | REVIEW DISCOVERY REQUEST TO COMMITTEE; | .10 | 49.00 |
| 07/23/20 EJF | B110 | A105 | MEMOS TO AND FROM MR. MINTZ RE SAME; | .10 | 49.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   78
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/23/20 EJF   B110  A103   DRAFT AND REVISE OBJECTION TO        4.80      2,352.00
                           MOTION TO DISMISS;


07/23/20 JJL   B110  A104   RECEIVED AND REVIEWED UPDATED         .10         30.00
                           SCHEDULE O DEADLINES,
                           HEARINGS, ETC.


07/23/20 JJL   B110  A104   REVIEWED DRAFT MOTION FOR             .20         60.00
                           PROTECTIVE ORDER FOR
                           BANKRUPTCY COURT FILING.


07/23/20 RPV   B190  A105   OFFICE CONFERENCE WITH MR.            .20         98.00
                           MINTZ REGARDING ORDER AND
                           MOTION TO SHORTEN TIME TO
                           RESPOND TO DISCOVERY REQUESTS.


07/23/20 RPV   B210  A106   EMAILS TO AND FROM CLIENTS            .40        196.00
                           REGARDING MEMORANDUM OF
                           UNDERSTANDING WITH RESPECT TO
                           REAL PROPERTY.


07/23/20 RPV   B190  A106   EMAILS AMONG TEAM REGARDING           .50        245.00
                           PROPOSED PRESS RELEASE.


07/23/20 RPV   B110  A104   RECEIVED AND REVIEWED ORDER           .10         49.00
                           EXTENDING DEADLINE FOR
                           FILLING COMPLAINT TO
                           DETERMINE DISCHARGEABILITY OF
                           DEBT.


07/23/20 RPV   B110  A105   EMAIL FROM AND OFFICE                 .50        245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING BAR DATE ISSUES.


07/23/20 RPV   B310  A105   EMAILS FROM MESSRS. SELF AND          .30        147.00
                           MINTZ REGARDING CONCERNING
                           SECURED CLAIM OF CREDITOR
                           ISSUE


07/23/20 RPV   B190  A105   EMAILS FROM MS. KINGSMILL,            .20         98.00
                           MR. WEGMANN AND MR. MINTZ
                           REGARDING REVISIONS TO
                           PROTECTIVE ORDER.


07/23/20 WGZ   B410  A104   DRAFTING RESPONSES AND               1.10        330.00
                           OBJECTION TO UCC DISCOVERY.


EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   79
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/23/20 | WGZ | B410 | A106 | WORKING ON STATE COURT PROCEDURAL ISSUES FOR OPPOSITION TO MOTION TO DISMISS. | 1.10 | 330.00 |
| 07/23/20 | WGZ | B410 | A104 | CONSIDERATION OF AND STRATEGY WITH RESPECT TO BAR DATE. | 1.20 | 360.00 |
| 07/23/20 | WGZ | B410 | A104 | STRATEGY REGARDING PRESENTATION OF ORAL ARGUMENT ON MOTION FOR REMAND. | 1.50 | 450.00 |
| 07/23/20 | LFA | B160 | A103 | MULTIPLE CORRESPONDENCES WITH MR. MINTZ REGARDING REVISIONS TO FEE STATEMENT (.5); REVISED FEE STATEMENT ACCORDINGLY (2.5) | 3.00 | 1,200.00 |
| 07/23/20 | LFA | B210 | A105 | MULTIPLE CORRESPONDENCES WITH MR. MINTZ, MR. VANCE, MS. FUTRELL AND MR. LOWENTHAL REGARDING INSURANCE AUDIT ISSUES AND NEXT STEPS. | 1.00 | 400.00 |
| 07/23/20 | MAM | B190 | A101 | WORK ON HEARING FOR MOTION FOR EXPEDITED DISCOVERY (3.5). PREPARE FOR THE SAME. NUMEROUS CONFERENCES WITH CLIENT AND OPPOSING COUNSEL REGARDING THE SAME (3.5). WORK ON ORDERS RELATED TO THE SAME (.5). FIALIZE AND FILE MOTION FOR PROTECTIVE ORDER (.8). | 8.30 | 3,320.00 |
| 07/23/20 | AK | B310 | A103 | WORKED ON MOTION FOR PROTECTIVE ORDER. | 3.80 | 950.00 |
| 07/23/20 | LHS | B190 | A102 | RESEARCH VALIDITY OF COUGHIG'S ALLEGED INTEREST IN SETTLEMENT PROCEEDS. | 3.20 | 800.00 |
| 07/23/20 | LHS | B190 | A103 | SUMMARIZE FINDINGS FOR MR. VANCE ON COUGHIG ISSUE. | .20 | 50.00 |
| 07/23/20 | LHS | B190 | A103 | FINALIZE FORMATTING OF MOTION FOR PROTECTIVE ORDER FOR FILING WITH THE COURT. | 1.50 | 375.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  80
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Tmkr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/23/20 | LHS | B160 | A104 | REVIEW ORDINARY COURSE DECLARATION OF MS. LAU. | .40 | 100.00 |
| 07/23/20 | LHS | B190 | A103 | ASSIST MS. KINGSMILL IN DRAFTING OF MOTION FOR PROTECTIVE ORDER. | .40 | 100.00 |
| 07/23/20 | LL | B250 | A104 | REVIEWED PLAQUEMINES PARISH LAND INFORMATION AND CONVEYANCE DOCUMENTS (2.0); REVISED SPREADSHEET AND POWER POINT BASED ON REVIEW (0.5). | 2.50 | 625.00 |
| 07/23/20 | SAO | B190 | A105 | CORRESPONDENCE WITH MR. ZERINGUE REGARDING DEADLINE TO OBJECT TO THE COMMITTEE'S MOTION TO DISMISS. | .30 | 75.00 |
| 07/23/20 | M F | B190 | A103 | REVISE MOTION FOR PROTECTIVE ORDER | .50 | 150.00 |
| 07/24/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING VIOLATION OF PROTECTIVE ORDER. | .10 | 30.00 |
| 07/24/20 | EDW | B110 | A106 | REVIEWED COMMUNICATIONS REGARDING VIOLATION OF PROTECTIVE ORDER AND ISSUES REGARDING SAME. | .30 | 90.00 |
| 07/24/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. CANTOR REGARDING BAR DATE ISSUES. | .10 | 30.00 |
| 07/24/20 | EDW | B110 | A103 | CONTINUED WORK ON DISCOVERY FROM THE UCC. | 1.50 | 450.00 |
| 07/24/20 | EJF | B110 | A103 | DRAFT AND REVISE OBJECTION TO MOTION TO DISMISS; | 5.20 | 2,548.00 |
| 07/24/20 | EJF | B110 | A105 | CONFERENCE CALL WITH MR. MINTZ (.3) (NO CHARGE); | .00 | .00 |
| 07/24/20 | JJL | B110 | A108 | TELEPHONE CONFERENCE WITH MADELEINE BASS REGARDING INVOICES. | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   81
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/24/20 JJL | B110 | A106 | REVIEWED CORRESPONDENCE FROM THE CLIENT REGARDING BEDIVERE. | .10 | 30.00 |
| 07/24/20 JJL | B110 | A106 | CORRESPONDENCE TO THE CLIENT REGARDING CONVERSATION WITH RISK ADJUSTER. | .10 | 30.00 |
| 07/24/20 RPV | B190 | A101 | PREPARING FOR HEARING ON REMAND MOTION IN JAMES DOE | 2.00 | 980.00 |
| 07/24/20 RPV | B210 | A108 | TELEPHONE CONVERSATION WITH INTERESTED PERSON IN CONNECTION WITH A PROPERTY TRANSACTION . | .80 | 392.00 |
| 07/24/20 RPV | B320 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING PLAN ISSUES | .50 | 245.00 |
| 07/24/20 RPV | B320 | A108 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING PLAN ISSUES, REMAND HEARING, OPPOSITION TO MOTION TO DISMISS WORK AND RELATED MATTERS | .80 | 392.00 |
| 07/24/20 RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING POINT AU FUR AND QUI TAM CASE. | .50 | 245.00 |
| 07/24/20 WGZ | B410 | A103 | WORKING ON DISCOVERY ISSUES REGARDING MOTION TO DISMISS. | 2.00 | 600.00 |
| 07/24/20 WGZ | B410 | A103 | WORKING ON MOTION TO DISMISS. | 2.80 | 840.00 |
| 07/24/20 WGZ | B410 | A103 | WORKING ON FEE ISSUES OF LEGAL PROFESSIONALS. | 1.00 | 300.00 |
| 07/24/20 WGZ | B410 | A103 | WORKING ON PROTECTIVE ORDER. | 1.60 | 480.00 |
| 07/24/20 WGZ | B410 | A104 | WORKING ON PUBLIC RELATIONS ISSUES AND PRESS RELEASES. | 1.80 | 540.00 |
| 07/24/20 LFA | B210 | A108 | REVIEWED OCP DECLARATIONS TO FINALIZE FOR FILING (2.5); MULTIPLE CORRESPONDENCES WITH OCPS REGARDING DECLARATIONS AND NEEDED INFORMATION TO ASSIST WITH SAME (1.8). | 4.30 | 1,720.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  82
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/24/20 | LFA | B210 | A108 | CORRESPONDENCES WITH MR. LANDRY REGARDING CREDIT CARD BALANCE ISSUES AND NEXT STEPS. | .50 | 200.00 |
| 07/24/20 | LFA | B210 | A108 | CORRESPONDED WITH MR. KNOLL REGARDING SUCCESSION ISSUE AND COMPROMISE OF SAME. | .50 | 200.00 |
| 07/24/20 | LFA | B210 | A104 | REDACTED PREPETITION INVOICES TO ASSIST WITH DISCOVERY AND INSURANCE ISSUES (2.4); CORRESPONDED WITH MR. VANCE AND MR. LOWENTHAL REGARDING SAME (.3). | 2.70 | 1,080.00 |
| 07/24/20 | MAM | B190 | A101 | CONFERENCE WITH MR. BOLDISSAR REGARDING MOTION FOR PROTECTIVE ORDER | .80 | 320.00 |
| 07/24/20 | MAM | B190 | A101 | CONFERENCE WITH MS. CANTOR REGADING BAR DATE MOTION (.5).  CORRESPONDENCE WITH CLIENT REGARDING THE SAME (.4). | .90 | 360.00 |
| 07/24/20 | MAM | B190 | A101 | CONFERENCE WITH MS. ZUNIGA REGARDING DISCOVERY MATTERS | 2.50 | 1,000.00 |
| 07/24/20 | LHS | B160 | A103 | FINALIZE DENECHAUD DECLARATION FOR FILING. | .60 | 150.00 |
| 07/24/20 | LHS | B160 | A103 | FINALIZE MCENRY COMPANY DECLARATION FOR FILING. | .50 | 125.00 |
| 07/24/20 | LHS | B410 | A103 | REVIEW SECOND MONTHLY OPERATING REPORT. | 1.10 | 275.00 |
| 07/24/20 | LL | B410 | A105 | REVIEWED QUESTIONS REGARDING INCONSISTENCIES AND MISSING INFORMATION WITH JEFF GOOD. | 1.70 | 425.00 |
| 07/24/20 | SAO | B310 | A104 | REVIEW ORDER EXTENDING DEADLINE FOR ROBERT ROMERO TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  83
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Tmkr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/24/20 | SAO | B110 | A105 | CORRESPONDENCE WITH JONES WALKER TEAM REGARDING ORDER ON THE COMMITTEE'S MOTION TO SHORTEN TIME TO RESPOND TO DISCOVERY. | .20 | 50.00 |
| 07/24/20 | SAO | B110 | A104 | REVIEW THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER (0.3), MOTION FOR EXPEDITED HEARING OF SAME (0.1), AND ORDER GRANTING EXPEDITED HEARING OF SAME (0.1). | .50 | 125.00 |
| 07/24/20 | M F | B190 | A103 | WORKING ON DISCOVERY RESPONSE TO INTERROGATORY PROPOUNDED BY UCC | 2.30 | 690.00 |
| 07/24/20 | M F | B190 | A105 | CONFERRED WITH W. ZERINGUE REGARDING STRATEGY FOR OPPOSITION TO MOTION TO DISMISS | 1.80 | 540.00 |
| 07/25/20 | EDW | B110 | A104 | REVIEWED FACTS REGARDING STATE COURT ACTION FOR OPPOSITION TO MOTION TO DISMISS. | .50 | 150.00 |
| 07/25/20 | EDW | B110 | A103 | WORKED ON DISCOVERY REGARDING MOTION TO DISMISS. | 1.30 | 390.00 |
| 07/25/20 | EDW | B110 | A104 | REVIEWED ARCHDIOCESE FINANCIAL INFORMATION REGARDING DISCOVERY ON MOTION TO DISMISS. | .50 | 150.00 |
| 07/25/20 | EDW | B110 | A104 | REVIEWED INFORMATION FROM CRI. | .20 | 60.00 |
| 07/25/20 | EJF | B110 | A103 | DRAFT AND REVISE OBJECTION TO MOTION TO DISMISS; | 3.80 | 1,862.00 |
| 07/25/20 | EJF | B110 | A104 | REVIEW INFORMATION REGARDING OBJECTION TO MOTION TO DISMISS; | .50 | 245.00 |
| 07/25/20 | RPV | B110 | A106 | EMAIL TO AND FROM CLIENTS REGARDING BAR DATE NOTICE AND MEDIATION ISSUES | .50 | 245.00 |

**EXHIBIT E**

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  84
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/25/20 RPV   B210  A106  DRAFTED WEEKLY STATUS REPORT        .50      245.00
                           TO CLIENT

07/25/20 RPV   B190  A105  EMAILS FROM MS. FUTRELL AND         .50      245.00
                           MR MINTZ REGARDING MOTION TO
                           DISMISS ISSUES

07/25/20 WGZ   B410  A104  COLLECTING DOCUMENTS AND           2.70      810.00
                           REVIEWING PROCEEDINGS IN
                           STATE COURT, FEDERAL COURT
                           AND BANKRUPTCY COURT
                           REGARDING MOTION TO REMAND.

07/25/20 LHS   B190  A105  CALL WITH MS. OPPENHEIM            .10        25.00
                           REGARDING RESEARCH ON MOTION
                           TO DISMISS.

07/25/20 SAO   B190  A103  PROVIDE MS. FUTRELL WITH          1.30       325.00
                           INFORMATION ABOUT PENDING
                           ABUSE LAWSUITS TO BE USED IN
                           THE DEBTOR'S OBJECTION TO THE
                           COMMITTEE'S MOTION TO DISMISS.

07/25/20 M F   B190  A103  COMPLETED DRAFT OF               2.20       660.00
                           SUPPLEMENTAL RESPONSE TO
                           INTERROGATORY IN CONNECTION
                           WITH MOTION TO DISMISS

07/26/20 EDW   B110  A104  REVIEWED INFORMATION              .50       150.00
                           REGARDING DISCOVERY REGARDING
                           MOTION TO DISMISS.

07/26/20 EDW   B110  A104  REVIEWED DRAFT MOTION TO          .20        60.00
                           EXTEND REMOVAL PERIOD.

07/26/20 EJF   B110  A103  DRAFT AND REVISE OBJECTION TO    8.80     4,312.00
                           MOTION TO DISMISS;

07/26/20 EJF   B110  A105  CONFERENCE WITH MR. MINTZ         .00          .00
                           (.3) NO CHARGE;

07/26/20 EJF   B110  A105  MEMOS FROM MS. OPPENHEIM RE       .30       147.00
                           ABUSE CLAIMS (.2); CONFERENCE
                           CALL WITH MS. OPPENHEIM RE
                           SAME (.1):
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  85
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/26/20 | JRT | B190 | A101 | STUDY BRIEFS IN CONJUNCTION TO UPCOMING HEARING AND PREPARE FOR UPCOMING MEETING REGARDING SAME. | 1.60 | 480.00 |
| 07/26/20 | RPV | B190 | A103 | REVISED REPLY MEMO TO MOTION TO REFER. | .20 | 98.00 |
| 07/26/20 | RPV | B190 | A104 | EMAILS TO AND FROM TEAM REGARDING SUGGESTED REVISIONS TO REPLY MEMORANDUM ON MOTION TO REFER | .20 | 98.00 |
| 07/26/20 | RPV | B210 | A106 | EMAILS FROM CLIENTS REGARDING INSURANCE POLICIES. | .30 | 147.00 |
| 07/26/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED DRAFT MOTION TO EXTEND THE EXCLUSIVE PERIOD. | .10 | 49.00 |
| 07/26/20 | WGZ | B410 | A104 | CONTINUE WORK ON DISCOVERY ISSUES. | 1.00 | 300.00 |
| 07/26/20 | WGZ | B410 | A104 | CONTINUE WORK ON MOTION TO DISMISS. | 1.80 | 540.00 |
| 07/26/20 | MAM | B190 | A101 | DRAFT REPLY IN SUPPORT OF MOTION TO REFER | 6.20 | 2,480.00 |
| 07/26/20 | LHS | B190 | A105 | EMAIL WITH MS. FUTRELL REGARDING STATUS OF THE MOTION TO DISMISS. | .10 | 25.00 |
| 07/26/20 | SAO | B190 | A105 | CONTINUE PREPARING INFORMATION ABOUT PENDING ABUSE CLAIMS FOR MS. FUTRELL TO BE USED IN CONNECTION WITH OBJECTION TO MOTION TO DISMISS. | 2.40 | 600.00 |
| 07/26/20 | SAO | B110 | A104 | REVIEW DECLARATION AND DISCLOSURE STATEMENTS OF TODD GENNARDO (0.1) AND BALDWIN JUSTICE (0.1). | .20 | 50.00 |
| 07/27/20 | EDW | B110 | A103 | REVIEWED AND WORKED ON MOTION FOR PROTECTIVE ORDER. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  86
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/27/20 EDW | B110 | A104 | CONTINUED REVIEW REGARDING HANDLING OF PRE-PETITION DEBTS. | .40 | 120.00 |
| 07/27/20 EDW | B110 | A104 | CONTINUED REVIEW AND WORKED ON DISCOVERY REGARDING MOTION TO DISMISS. | 1.50 | 450.00 |
| 07/27/20 EDW | B110 | A107 | ELECTRONIC MEMO TO MR. BOLDISSAR REGARDING PROTECTIVE ORDER. | .10 | 30.00 |
| 07/27/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. CANTOR REQUESTING EVIDENTIARY HEARING ON BAR DATE MOTION. | .10 | 30.00 |
| 07/27/20 EJF | B190 | A104 | REVIEW DOCUMENTS RELATED TO MOTION TO DISMISS; | .80 | 392.00 |
| 07/27/20 EJF | B190 | A105 | MEMOS REGARDING DOCUMENTS RELATED TO MOTION TO DISMISS; | .20 | 98.00 |
| 07/27/20 EJF | B190 | A105 | ATTEND CONFERENCE REGARDING REMAND AND RELATED ISSUES; | .60 | 294.00 |
| 07/27/20 EJF | B190 | A103 | REVISE AND DRAFT OBJECTION TO MOTION TO DISMISS; | 5.40 | 2,646.00 |
| 07/27/20 EJF | B190 | A105 | MEMO REGARDING DRAFT OF MOTION TO DISMISS; | .20 | 98.00 |
| 07/27/20 EJF | B190 | A103 | WORK ON RESPONSES TO DISCOVERY; | .80 | 392.00 |
| 07/27/20 JJL | B110 | A101 | REVIEWED CALENDAR OF EVENTS AND DEADLINES | .10 | 30.00 |
| 07/27/20 JJL | B110 | A104 | STRATEGY AND ANALYSIS WITH TEAM REGARDING ONGOING ISSUES IN LITIGATION | 1.00 | 300.00 |
| 07/27/20 JJL | B110 | A104 | DISCUSS WITH ACCOUNTING BEDIVERE'S (ARMOUR RISK) REQUEST REGARDING BILLS | .30 | 90.00 |
| 07/27/20 JJL | B110 | A108 | TELEPHONE CALL TO MADELEINE BASS REGARDING BEDIVERE AUDIT | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  87
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/27/20 JJL   B110  A104   RECEIVED AND REVIEWED UCC'S          .20       60.00
                            MOTION TO SET EVIDENTIARY
                            HEARING REGARDING BAR DATE
                            MOTION

07/27/20 RPV   B190  A108   REVIEWED EMAIL FROM MS.              .50      245.00
                            CANTOR REGARDING THE MOTION
                            TO SET BAR DATE AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME .

07/27/20 RPV   B190  A108   EMAILS FROM MR. MINTZ AND            .10       49.00
                            OPPOSING COUNSEL REGARDING
                            UPCOMING ARGUMENT.

07/27/20 RPV   B110  A105   EMAIL FROM AND OFFICE              1.20      588.00
                            CONFERENCE WITH MR. MINTZ
                            REGARDING MOTION TO DISMISS,
                            MOTION TO REMAND AND DEBTOR'S
                            MOTION TO EXTEND EXCLUSIVITY
                            PERIODS.

07/27/20 RPV   B110  A106   EMAIL FROM THE CLIENT                .20       98.00
                            REGARDING REVISIONS TO REPLY
                            MEMO AND DEBTOR'S MOTION TO
                            EXTEND EXCLUSIVITY PERIODS.

07/27/20 RPV   B190  A105   EMAIL FROM MR. WEGMANN               .10       49.00
                            REGARDING REVISIONS TO REPLY
                            MEMO.

07/27/20 RPV   B190  A105   EMAIL FROM MR., ZERINGUE             .20       98.00
                            REGARDING REVISIONS TO REPLY
                            MEMO.

07/27/20 RPV   B190  A105   EMAIL FROM MS. FUTRELL               .10       49.00
                            REGARDING DRAFT OF OBJECTION
                            TO MOTION TO DISMISS AND
                            EXHIBITS.

07/27/20 RPV   B190  A105   EMAIL FROM MS FUTRELL                .30      147.00
                            REGARDING OPPOSITION TO
                            MOTION TO DISMISS.

07/27/20 LFA   B160  A103   CALLS AND CORRESPONDENCES          1.70      680.00
                            WITH ORDINARY COURSE
                            PROFESSIONALS TO ASSIST WITH
                            QUESTIONS REGARDING
                            DECLARATIONS (1.0); REVIEWED
                            OCP DECLARATIONS (.7).

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  88
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/27/20 LFA | B210 | A106 | CORRESPONDENCES WITH THE CLIENT TO DISCUSS FIRST BANK ISSUES. | .40 | 160.00 |
|---|---|---|---|---|---|
| 07/27/20 LFA | B160 | A103 | CORRESPONDENCE WITH MR. KNOLL OF THE DENECHAUD FIRM REGARDING SUCCESSION OF PATORNO (.5); CALL WITH MR. KNOLL REGARDING SAME AND 9019 MOTION (.5). | 1.00 | 400.00 |
| 07/27/20 MAM | B190 | A101 | FINALIZE AND FILE REPLY ON MOTION TO REFER | 2.50 | 1,000.00 |
| 07/27/20 MAM | B190 | A101 | RECEIPT AND REVIEW OF REPLY IN SUPPORT OF MOTION TO REMAND | 1.10 | 440.00 |
| 07/27/20 MAM | B110 | A101 | PLAN FOR AND ATTEND STRATEGY MEETING | 1.50 | 600.00 |
| 07/27/20 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .40 | 100.00 |
| 07/27/20 AK | B310 | A103 | ANALYZED PETITION FOR DAMAGES IN ORDER TO PREPARE OBJECTION TO MOTION TO DISMISS. | .40 | 100.00 |
| 07/27/20 AK | B310 | A104 | ANALYZED DISCOVERY RESPONSES FILED IN STATE COURT CASES. | .60 | 150.00 |
| 07/27/20 AK | B310 | A103 | WORKED ON EXPEDITED DISCOVERY RESPONSES TO THE COMMITTEE'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS. | 2.30 | 575.00 |
| 07/27/20 LHS | B160 | A103 | FINALIZE ORDINARY COURSE DECLARATION OF THE ERHARDHT GROUP FOR FILING. | .60 | 150.00 |
| 07/27/20 LHS | B190 | A103 | EDIT OPPOSITION TO MOTION TO DISMISS CASE. | 3.40 | 850.00 |
| 07/27/20 LHS | B190 | A105 | EMAIL WITH MS. FUTRELL QUESTIONS REGARDING MOTION TO DISMISS CASE. | .20 | 50.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  89
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 07/27/20 | LHS | B410 | A104 | FINALIZE SECOND MONTHLY OPERATING REPORT FOR FILING. | 1.20 | 300.00 |
| 07/27/20 | SAO | B110 | A104 | REVIEW DECLARATION AND DISCLOSURE STATEMENT OF MARC EHRHARDT ON BEHALF OF THE EHRHARDT GROUP. | .10 | 25.00 |
| 07/27/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING UPCOMING PRODUCTION OF DOCUMENTS. | .10 | 17.00 |
| 07/27/20 | GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING ANTICIPATED INTAKE AND ORGANIZATION OF MATERIALS FOR PRODUCTION. | .10 | 17.00 |
| 07/27/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MR. MINTZ CONCERNING INTAKE, ORGANIZATION AND MANAGEMENT OF MATERIALS FOR PRODUCTION. | .10 | 17.00 |
| 07/28/20 | EDW | B110 | A104 | REVIEWED STATUS REGARDING NEW ABUSE CASE. | .10 | 30.00 |
| 07/28/20 | EDW | B110 | A104 | REVIEWED STATUS REGARDING INSURANCE INFORMATION NEEDED FOR DISCOVERY. | .20 | 60.00 |
| 07/28/20 | EDW | B110 | A104 | REVIEWED UCC OPPOSITION TO THE ARCHDIOCESE'S MOTION FOR PROTECTIVE ORDER AND REVIEWED RESEARCH REGARDING PROTECTIVE ORDER ISSUES. | 2.50 | 750.00 |
| 07/28/20 | EDW | B110 | A104 | REVIEWED ADDITIONAL INFORMATION REGARDING DISCOVERY RESPONSES. | .30 | 90.00 |
| 07/28/20 | EDW | B110 | A103 | WORKED ON DISCOVERY RESPONSES TO BAR DATE DISCOVERY FROM UCC. | 1.50 | 450.00 |
| 07/28/20 | EDW | B110 | A107 | COMMUNICATIONS WITH MR. BOLDISSAR REGARDING PROTECTIVE ORDER DISPUTE. | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  90
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/28/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING PROTECTIVE ORDER STATUS. | .10 | 30.00 |
| 07/28/20 EDW | B110 | A106 | ELECTRONIC MEMO TO THE CLIENT REGARDING PROTECTIVE ORDER OBJECTIONS BY UCC. | .10 | 30.00 |
| 07/28/20 EJF | B110 | A103 | DRAFT AND REVISE DISCOVERY RESPONSES; | 4.50 | 2,205.00 |
| 07/28/20 EJF | B210 | A105 | MEMOS RE SETTLEMENT PLEADINGS (.1); CONFERENCE CALL RE SAME (.2); | .30 | 147.00 |
| 07/28/20 EJF | B210 | A104 | REVIEW AND REVISE SETTLEMENT PLEADINGS; | 1.30 | 637.00 |
| 07/28/20 EJF | B210 | A107 | CONFERENCE CALL RE SETTLEMENT PLEADINGS; | .50 | 245.00 |
| 07/28/20 JJL | B110 | A108 | FURTHER CONVERSATION WITH MADELEINE BASS (BEDIVERE) | .30 | 90.00 |
| 07/28/20 JJL | B110 | A108 | CORRESPONDENCE TO MADELEINE BASS REGARDING CONVERSATION ON BILLS | .20 | 60.00 |
| 07/28/20 JJL | B110 | A108 | READ RESPONSE FROM BASS | .10 | 30.00 |
| 07/28/20 JJL | B110 | A108 | SEND ADDITIONAL INFORMATION TO BASS FROM CFO | .10 | 30.00 |
| 07/28/20 RPV | B190 | A104 | REVIEWED DRAFT OF OBJECTION TO MOTION TO DISMISS AND EXHIBITS AND PROPOSED REVISIONS TO SAME. | 2.00 | 980.00 |
| 07/28/20 RPV | B190 | A106 | DRAFTED STATUS MEMO TO CLIENT. | .50 | 245.00 |
| 07/28/20 RPV | B190 | A104 | RECEIVED AND REVIEWED COMMITTEES LIMITED OBJECTION TO ANO PROPOSED PROTECTIVE ORDER AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .40 | 196.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  91
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/28/20 RPV   B190  A105   EMAILS FROM MR. WEGMANN AND          .20        98.00
                           MR. MINTZ REGARDING
                           COMMITTEE'S "LIMITED"
                           OBJECTION TO ANO PROPOSED
                           PROTECTIVE ORDER.

07/28/20 RPV   B190  A106   EMAILS FROM AND TO MR. MINTZ         .50       245.00
                           AND THE CLIENT REGARDING
                           DEFAMATION LAWSUIT.

07/28/20 RPV   B190  A105   EMAIL FROM MR, MURRAY AND MR,        .10        49.00
                           MINTZ REGARDING
                           INTERROGATORIES IN CONNECTION
                           WITH MOTION TO DISMISS.

07/28/20 RPV   B190  A105   EMAIL TO AND FROM MS. FUTRELL        .30       147.00
                           REGARDING CASES TO SUPPORT
                           OPPOSITION TO MOTION TO
                           DISMISS.

07/28/20 RPV   B210  A105   OFFICE CONFERENCE WITH MR.           .20        98.00
                           MINTZ AND MS. FUTRELL
                           REGARDING REVIEW OF 9019
                           MOTION RE SETTLEMENT WITH
                           BOND TRUSTEE.

07/28/20 RPV   B310  A104   RECEIVED AND REVIEWED 9019          .10        49.00
                           MOTION RE SETTLEMENT WITH
                           BOND TRUSTEE.

07/28/20 RPV   B310  A104   RECEIVED AND REVIEWED              .10        49.00
                           VERIFIED STATEMENT UNDER
                           BANKRUPTCY RULE 2019 FILED BY
                           CERTAIN ABUSE VICTIMS.

07/28/20 RPV   B310  A105   EMAIL FROM MR, MINTZ               .10        49.00
                           REGARDING REVIEW OF VERIFIED
                           STATEMENT UNDER BANKRUPTCY
                           RULE 2019 FILED BY CERTAIN
                           ABUSE VICTIMS.

07/28/20 WGZ   B410  A103   WORKING ONOBJECTION TO MOTION     1.50       450.00
                           TO DISMISS.

07/28/20 LFA   B160  A103   CORRESPONDENCES WITH MR.           .50       200.00
                           GENNARDO REGARDING POINT AU
                           FUR; WITH MR. LUCAS REGARDING
                           INSURANCE ISSUES.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  92
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 07/28/20 | LFA | B160 | A103 | CORRESPONDENCES WITH MESSRS. COTHRAN, BREAUX AND PECHON AND MS. HATHORN REGARDING ORDINARY COURSE PROFESSIONAL EMPLOYMENT DECLARATIONS PROCEDURE (.7); REVIEWED ORDINARY COURSE DECLARATIONS (.8); CALLS WITH MR. SELF REGARDING FINALIZING SAME (.5) | 2.00 | 800.00 |
| 07/28/20 | MAM | B190 | A101 | WORK ON ARGUMENT FOR MOTION TO REMAND (.4.5). REVISE AND EDIT THE SAME (2.5). CORRESPONDENCE REGARDING THE SAME (.8). | 7.80 | 3,120.00 |
| 07/28/20 | AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .60 | 150.00 |
| 07/28/20 | AK | B310 | A103 | REVISED PROPOSED PROTECTIVE ORDER IN ORDER TO EXCHANGE WITH COUNSEL PRIOR TO HEARING. | 1.90 | 475.00 |
| 07/28/20 | AK | B310 | A104 | ANALYZED PROPOSED PROTECTIVE ORDER SUBMITTED BY COMMITTEE IN ORDER TO PREPARE FOR HEARING ON MOTION FOR PROTECTIVE ORDER. | 1.30 | 325.00 |
| 07/28/20 | AK | B310 | A104 | RESEARCHED CASES REGARDING OBJECTIONS TO DISCOVERY REQUESTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE. | .70 | 175.00 |
| 07/28/20 | AK | B310 | A104 | ANALYZED DRAFT PROTECTIVE ORDER SUBMITTED BY THE COMMITTEE IN ORDER TO COMPARE TO THE ARCHDIOCESE'S PROPOSED PROTECTIVE ORDER (.2); PREPARE FOR HEARING ON MOTION FOR PROTECTIVE ORDER (.6). | .80 | 200.00 |
| 07/28/20 | AK | B310 | A102 | RESEARCHED PROTECTIVE ORDERS DEFINING CONFIDENTIAL AND CONFIDENTIAL-ATTORNEY'S EYES ONLY MATERIAL IN ORDER TO REVISE THE ARCHDIOCESE'S PROPOSED PROTECTIVE ORDER. | .80 | 200.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  93
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init. | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 07/28/20 | AK | B310 | A102 | RESEARCHED BANKRUTPCY RULES REGARDING SCOPE OF DISCOVERY. | .60 | 150.00 |
| 07/28/20 | AK | B310 | A104 | ANALYZED THE COMMITTEE'S RESPONSE/OBJECTION TO MOTION FOR PROTECTIVE ORDER IN ORDER TO PREPARE REPLY BRIEF. | .40 | 100.00 |
| 07/28/20 | LHS | B160 | A104 | INCORPORATE ADDITIONAL ORDINARY COURSE PROFESSIONAL CONTACT INFORMATION. | .50 | 125.00 |
| 07/28/20 | LHS | B190 | A104 | CALL ORDINARY COURSE PROFESSIONAL JUDGE NAPOLITANO AND WADE LANGOLIS REGARDING DECLARATION. | .20 | 50.00 |
| 07/28/20 | LHS | B190 | A104 | REVIEW OBJECTION TO PROTECTIVE ORDER AND ATTACHMENTS. | 1.80 | 450.00 |
| 07/28/20 | LHS | B190 | A104 | CONDUCT ADDITIONAL RESEARCH ON WHETHER PAYMENT TO LAW FIRMS WITH SECURED CLAIMS IS REQUIRED IMMEDIATELY, | 2.30 | 575.00 |
| 07/28/20 | LL | B410 | A105 | REVIEWED PROPERTY DOCUMENTS (2.7); REVISED PROPERTY SUMMARIES (0.6). | 3.30 | 825.00 |
| 07/28/20 | SAO | B110 | A105 | EMAIL EXCHANGES WITH MR. ZERINGUE REGARDING SERVICE OF CO-DEFENDANTS WITH PETITION IN THE WG DOE ABUSE ACTION. | .30 | 75.00 |
| 07/28/20 | SAO | B190 | A101 | CONTINUE GATHERING PLEADINGS AND DOCUMENTS FOR MR. ZERINGUE TO REVIEW IN PREPARATION FOR ORAL ARGUMENT ON THE MOTION TO REMAND AND MOTION TO REFER. | .40 | 100.00 |
| 07/28/20 | GMS | B190 | A110 | RECEIPT AND MANAGEMENT OF FILES IN PREPARATION OF UPLOAD TO REVIEW PLATFORM. | .40 | 68.00 |
| 07/28/20 | GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING UPLOAD OF DOCUMENTS TO REVIEW PLATFORM. | .10 | 17.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  94
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/28/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. CLARK CONCERNING MODIFICATION OF NETWORK FOLDER PERMISSIONS TO ALLOW UPLOAD OF DOCUMENTS TO REVIEW PLATFORM. | .10 | 17.00 |
| 07/29/20 | EDW | B110 | A103 | WORKED ON THE ARCHDIOCESE'S RESPONSE AND OBJECTIONS TO UCC BAR DATE DISCOVERY. | .90 | 270.00 |
| 07/29/20 | EDW | B110 | A107 | ELECTRONIC MEMO TO MR. BOLDISSAR WITH REVISED PROTECTIVE ORDER. | .20 | 60.00 |
| 07/29/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING PROPOSED SCHEDULING ORDER. | .10 | 30.00 |
| 07/29/20 | EDW | B110 | A106 | ELECTRONIC MEMO TO THE CLIENT REGARDING PROTECTIVE ORDER. | .10 | 30.00 |
| 07/29/20 | EDW | B110 | A103 | DRAFTED ORAL ARGUMENT OUTLINE REGARDING MOTION FOR PROTECTIVE ORDER. | 2.00 | 600.00 |
| 07/29/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR WITH 30(B)(6) CORPORATE DEPOSITION NOTICE. | .30 | 90.00 |
| 07/29/20 | EDW | B110 | A104 | REVIEWED ISSUES AND BRIEFING REGARDING MOTION TO DISMISS. | .50 | 150.00 |
| 07/29/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING PRIVACY INTERESTS. | .10 | 30.00 |
| 07/29/20 | EDW | B110 | A104 | REVIEWED UCC PROPOSED COMMENTS AND REVISIONS TO PROTECTIVE ORDER AND ATTENDED DISCOVERY CONFERENCE REGARDING SAME WITH COUNSEL FOR UCC. | 3.00 | 900.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  95
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/29/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING APPLICATION OF PROTECTIVE ORDER TO DISCOVERY REGARDING RESPONSE TO MOTION TO DISMISS DISCOVERY. | .30 | 90.00 |
| 07/29/20 EJF | B110 | A103 | REVISE OBJECTION TO MOTION TO DISMISS; | 5.80 | 2,842.00 |
| 07/29/20 EJF | B210 | A103 | REVISE SETTLEMENT PLEADINGS; | .80 | 392.00 |
| 07/29/20 EJF | B210 | A107 | CONFERENCE CALL WITH CREDITORS' LAWYERS RE SAME; | .30 | 147.00 |
| 07/29/20 EJF | B110 | A103 | REVISE EXCLUSIVITY PLEADINGS; | .80 | 392.00 |
| 07/29/20 JJL | B110 | A103 | ASSIST WITH REVISIONS AND EDITS TO PROPOSED PROTECTIVE ORDER; RECEIVED AND REVIEWED HOPEMAN ANSWER TO HUNTINGTON INGALLS' CROSS CLAIM | 2.90 | 870.00 |
| 07/29/20 JJL | B110 | A109 | PARTICIPATE IN CONFERENCE CALL WITH UCC COUNSEL REGARDING SCHEDULING ORDER, PROTECTIVE ORDER, DISAGREEMENTS AND DISCOVERY | 1.00 | 300.00 |
| 07/29/20 JRT | B190 | A109 | ATTEND HEARING ON MOTION TO REMAND. | 2.00 | 600.00 |
| 07/29/20 JRT | B190 | A105 | WORK WITH TEAM OFF AND ON ALL DAY ON STRATEGY. | .70 | 210.00 |
| 07/29/20 JRT | B190 | A101 | PREPARE FOR HEARING ON MOTION TO REMAND. | .80 | 240.00 |
| 07/29/20 RPV | B190 | A104 | PREPARE FOR REMAND HEARING BY REVIEWING TALKING POINTS AND OFFICE CONFERENCES WITH MR. MINTZ REGARDING SAME | .60 | 294.00 |
| 07/29/20 RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ AND MR. WEGMANN REGARDING REMAND HEARING ISSUES AND SUPPLEMENTAL BRIEF | 1.00 | 490.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  96
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/29/20 RPV   B190  A104   DRAFTED OUTLINE OF ARGUMENTS        .50        245.00
                           FOR SUPPLEMENTAL BRIEF ON
                           REMAND ISSUE AND CIRCULATED
                           TO TEAM

07/29/20 RPV   B310  A106   TELEPHONE CONVERSATION WITH         .20         98.00
                           THE CLIENT REGARDING SECURED
                           CLAIMS ISSUE

07/29/20 RPV   B190  A106   MEMO TO CLIENT REGARDING            .40        196.00
                           REMAND HEARING

07/29/20 RPV   B190  A104   RECEIVED AND REVIEWED ANO           .20         98.00
                           NOTICE OF DEPOSITION.

07/29/20 RPV   B190  A104   REVIEWED REVISIONS TO               .20         98.00
                           PROPOSED PROTECTIVE ORDER.

07/29/20 WGZ   B410  A103   WORKING ON PROTECTIVE ORDER.      1.00        300.00

07/29/20 WGZ   B410  A106   COMMUNICATIONS WITH                 .50        150.00
                           ARCHDIOCESE REGARDING
                           PROTECTIVE ORDER.

07/29/20 LFA   B110  A108   CORRESPONDENCES WITH MS.          1.20        480.00
                           HOLMES AND MESSRS. RULI AND
                           SELF REGARDING DECLARATION
                           FORM FROM JUGE NAPOLITANO
                           (.4); WITH MR. SELF AND MR.
                           DESHAZO REGARDING ARCHDIOCESE
                           ORDINARY COURSE PROFESSIONAL
                           PROCEDURE (.4); AND WITH MS.
                           FUTRELL REGARDING DRAFT
                           OBJECTION TO MOTION TO
                           DISMISS (.4).

07/29/20 LFA   B110  A107   MULTIPLE CALLS WITH ORDINARY      1.60        640.00
                           COURSE PROFESSIONALS TO
                           ASSIST WITH DECLARATIONS.

07/29/20 LFA   B110  A107   CORRESPONDENCES WITH THE            .40        160.00
                           CLIENT REGARDING FIRST BANK.

07/29/20 LFA   B120  A104   REVIEWED PROPOSED SETTLEMENT      2.10        840.00
                           TO ASSIST WITH 9019 MOTION
                           (.6); DRAFTED 9019 MOTION
                           (1.5)

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  97
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/29/20 MAM   B190  A101  PREPARE FOR (1.0) AND ATTEND      3.40      1,360.00
                          ORAL ARGUMENT ON MOTION TO
                          REMAND AND MOTION TO REFER
                          (1.4). CONFERENCE REGARDING
                          THE SAME (1.0).

07/29/20 MAM   B190  A101  ATTEND CONFERENCE ON             3.20      1,280.00
                          DISCOVERY ORDERS (1.0). WORK
                          ON THE PROTECTIVE ORDER
                          (1.2). CONFERENCES REGARDING
                          THE SAME (1.0).

07/29/20 AK    B310  A102  RESEARCHED CASES REGARDING        .80        200.00
                          ATTORNEYS' EYES ONLY
                          PROVISIONS.

07/29/20 AK    B310  A103  INCORPORATED THE COMMITTEE'S      .90        225.00
                          EDITS IN REVISED PROTECTIVE
                          ORDER.

07/29/20 AK    B310  A107  PARTICIPATED IN CONFERENCE        .80        200.00
                          WITH COMMITTEE'S COUNSEL
                          REGARDING PROTECTIVE ORDER.

07/29/20 AK    B310  A104  ANALYZED EXHIBITS TO             .60        150.00
                          OPPOSITION TO MOTION TO
                          DISMISS.

07/29/20 AK    B310  A104  ANALYZED PROTECTIVE ORDER IN      .40        100.00
                          OTHER BANKRUPTCY PROCEEDING
                          IN ORDER TO REVISED PROPOSED
                          PROTECTIVE ORDER.

07/29/20 AK    B310  A104  ANALYZED EXHIBITS TO THE          .20         50.00
                          COMMITTEE'S
                          RESPONSE/OBJECTION TO MOTION
                          FOR PROTECTIVE ORDER IN ORDER
                          TO PREPARE REPLY BRIEF.

07/29/20 AK    B310  A104  ANALYZED PROTECTIVE ORDER         .70        175.00
                          ENTERED IN BOY SCOUT CASE IN
                          ORDER TO PREPARE REPLY BRIEF
                          IN SUPPORT OF MOTION FOR
                          PROTECTIVE ORDER.

07/29/20 AK    B310  A103  REVISED THE ARCHDIOCESE'S        1.40        350.00
                          PROPOSED PROTECTIVE ORDER IN
                          ORDER TO PREPARE FOR HEARING
                          ON MOTION FOR PROTECTIVE
                          ORDER.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  98
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/29/20 | LHS | B160 | A103 | UPDATE CHART OF ORDINARY COURSE PROFESSIONALS. | .80 | 200.00 |
| 07/29/20 | LHS | B190 | A102 | RESEARCH WHETHER PLAINTIFF'S ATTORNEYS HAVE TO DISCLOSE TERMS OF CONTINGENCY FEE CONTRACTS UNDER RULE 2019. | 3.10 | 775.00 |
| 07/29/20 | LHS | B190 | A103 | SUMMARIZE FINDINGS ON DISCLOSURE OF CONTINGENCY FEE TERMS FRO MR.  MINTZ. | 1.00 | 250.00 |
| 07/29/20 | LHS | B160 | A103 | FINALIZE KINNEY ELLINGHAUSEN DECLARATION FOR FILING. | .40 | 100.00 |
| 07/29/20 | LHS | B160 | A103 | FINALIZE JUGE NAPOLITANO DECLARATION FOR FILING. | .40 | 100.00 |
| 07/29/20 | LHS | B160 | A103 | INCORPORATE ADDITIONAL LANGUAGE INTO BERRIGAN LITCHFIELD ORDINARY COURSE DECLARATION. | .30 | 75.00 |
| 07/29/20 | LL | B410 | A105 | REVIEWED PROPERTY DOCUMENTS (2.0); REVISED PROPERTY SUMMARIES (0.5). | 2.50 | 625.00 |
| 07/29/20 | SAO | B190 | A102 | SEARCH FOR LOCAL AND NATIONAL ABUSE CLAIM ADVERTISEMENTS REGARDING THE ARCHDIOCESE'S BANKRUPTCY ON LAW FIRM WEBSITES AND SOCIAL MEDIA ACCOUNTS. | 4.60 | 1,150.00 |
| 07/29/20 | SAO | B110 | A104 | REVIEW DOCKET SHEET AND PLEADINGS FILED IN DOUGLAS BIENVENU'S LAWSUIT IN ST. MARTIN PARISH IN CONNECTION WITH SDT ISSUED TO THE ARCHDIOCESE. | 1.80 | 450.00 |
| 07/29/20 | SAO | B110 | A103 | DRAFT MEMO TO ARCHBISHOP AYMOND TO PROVIDE AN UPDATE FOLLOWING TODAYS ORAL ARGUMENT IN THE JAMES DOE CASE. | .50 | 125.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   99
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 07/29/20 SAO | B110 | A104 | REVIEW BANKRUPTCY RULE 2019 STATEMENTS OF S. GISLESON AND J. DENENEA. | .10 | 25.00 |
|---|---|---|---|---|---|
| 07/29/20 SAO | B190 | A104 | REVIEW AND ANALYZE THE COMMITTEE'S LIMITED OBJECTION TO THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER. | .30 | 75.00 |
| 07/29/20 M F | B190 | A104 | REVIEWED AND ANALYZED UCC'S PROPOSED REVISIONS TO PROTECTIVE ORDER | .50 | 150.00 |
| 07/29/20 M F | B190 | A105 | BRIEF CONFERENCE WITH TEAM REGARDING UCC'S PROPOSED CHANGES TO PROTECTIVE ORDER | .20 | 60.00 |
| 07/29/20 M F | B190 | A104 | ANALYZED MOTION TO DISMISS AND DRAFT OBJECTIONS PREPARING TO DRAFT PORTION OF OBJECTIONS | 1.40 | 420.00 |
| 07/30/20 EDW | B110 | A104 | REVIEWED UPDATES REGARDING MOTION TO DISMISS DISCOVERY. | .40 | 120.00 |
| 07/30/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. ZERINGUE REGARDING 30(B)(6) TOPICS AND ISSUES. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. ZERINGUE REGARDING PROTECTIVE ORDER ISSUES. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING DISCOVERY CONFERENCE. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A109 | ATTENDED DISCOVERY CONFERENCE REGARDING PROTECTIVE ORDER. | .50 | 150.00 |
| 07/30/20 EDW | B110 | A103 | REVISED PROPOSED PROTECTIVE ORDER BASED ON DISCOVERY CONFERENCE. | 1.50 | 450.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 100
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/30/20 EDW | B110 | A101 | PREPARING FOR ORAL ARGUMENT REGARDING MOTION FOR PROTECTIVE ORDER. | 2.50 | 750.00 |
| 07/30/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. ZERINGUE REGARDING POSSIBLE VIOLATION OF PROTECTIVE ORDER. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A104 | REVIEWED INSURANCE COVERAGE CHART. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A106 | ELECTRONIC MEMO TO THE CLIENT REGARDING POSSIBLE VIOLATION OF PROTECTIVE ORDER. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A104 | REVIEWED REVISED DRAFT OF OBJECTIONS TO MOTION TO DISMISS. | .30 | 90.00 |
| 07/30/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR TO JUDGE'S OFFICE REGARDING REMAINING ISSUES FOR HEARING. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A109 | ATTENDED ORAL ARGUMENT ON MOTION FOR PROTECTIVE ORDER. | 1.30 | 390.00 |
| 07/30/20 EDW | B110 | A103 | REVIEWED, DRAFTED AND REVISED PROTECTIVE ORDER BASED ON HEARING. | 1.50 | 450.00 |
| 07/30/20 EDW | B110 | A103 | WORKED ON THE ARCHDIOCESE'S RESPONSE AND OBJECTIONS TO BAR DATE DISCOVERY. | 1.00 | 300.00 |
| 07/30/20 EDW | B110 | A104 | REVIEWED STATUS REPORT REGARDING BANKRUPTCY CASE. | .10 | 30.00 |
| 07/30/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR WITH PROPOSED REVISED PROTECTIVE ORDER. | .30 | 90.00 |
| 07/30/20 EDW | B110 | A104 | REVIEWED PROPOSED REVISIONS TO SCHEDULING ORDER. | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 101
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/30/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED JUDGE GRABEL'S MINUTE ENTRY REGARDING HEARING ON MOTION FOR PROTECTIVE ORDER. | .10 | 30.00 |
| 07/30/20 | EJF | B110 | A103 | WORK ON EXHIBIT FOR HEARING (.8); REVISE AND MAKE ADDITIONS TO OBJECTION TO MOTION TO DISMISS (5.2); REVIEW EXHIBITS FOR HEARING (1.5); | 7.50 | 3,675.00 |
| 07/30/20 | EJF | B210 | A107 | CONFERENCE REGARDING SETTLEMENT; | .20 | 98.00 |
| 07/30/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MARC SCARCELLA TO BRUNS | .10 | 30.00 |
| 07/30/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM SCARCELLA AND FROM BRUNS | .20 | 60.00 |
| 07/30/20 | JJL | B110 | A104 | REVIEWED UCC PROPOSED 30(B)(6) DEPOSITION OF ARCHDIOCESE | .40 | 120.00 |
| 07/30/20 | JJL | B110 | A108 | CONFERENCE CALL WITH UCC REGARDING THEIR COMMENTS/OBJECTIONS TO FURTHER REVISED PROTECTIVE ORDER AND SUBSEQUENTLY REVIEW UCC CHANGES | .90 | 270.00 |
| 07/30/20 | JRT | B190 | A101 | STUDY BRIEFS AND COUNTER ISSUES TO PREPARE FOR HEARING ON MOTION TO REMAND. | 2.30 | 690.00 |
| 07/30/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF RESPONSES TO THE EXPEDITED BAR DATE DISCOVERY. | .20 | 98.00 |
| 07/30/20 | RPV | B190 | A104 | EMAIL FROM MR. WEGMANN REGARDING DRAFT OF RESPONSES TO THE EXPEDITED BAR DATE DISCOVERY. | .20 | 98.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 102
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 07/30/20 | RPV | B110 | A105 | RECEIVED AND REVIEWED FIRST MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .10 | 49.00 |
| 07/30/20 | RPV | B310 | A107 | EMAILS TO AND FROM MR. MURRAY REGARDING NOTICING AGENT. | .10 | 49.00 |
| 07/30/20 | RPV | B110 | A106 | RECEIVED AND REVIEWED EX PARTE MOTION TO EXTEND TIME FOR PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND EMAIL TO AND FROM CLIENT REGARDING SAME . | .20 | 98.00 |
| 07/30/20 | RPV | B210 | A106 | DRAFTED STATUS REPORT TO CLIENTS | .70 | 343.00 |
| 07/30/20 | RPV | B190 | A105 | EMAIL FROM MR WEGMANN REGARDING PROTECTIVE ORDER. | .20 | 98.00 |
| 07/30/20 | RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING NOTICING AGENT ISSUE AND PROTECTIVE ORDER HEARING. | 1.00 | 490.00 |
| 07/30/20 | RPV | B190 | A105 | EMAILS FROM AND TO MS. FUTRELL REGARDING DRAFT OBJECTION TO MOTION TO DISMISS. | .40 | 196.00 |
| 07/30/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED REVISIONS TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIOD. | .20 | 98.00 |
| 07/30/20 | RPV | B110 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVISIONS TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIOD. | .30 | 147.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 103
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/30/20 RPV | B190 | A107 | EMAILS FROM MR. MURRAY AND MR. MINTZ REGARDING REVIEW OF DECISION AND ORDER | .20 | 98.00 |
| 07/30/20 RPV | B310 | A106 | TELEPHONE CONVERSATION WITH MS. ZERINGUE REGARDING REMAND MOTION, SECURED CLAIM ISSUES AND RELATED MATTERS | .30 | 147.00 |
| 07/30/20 WGZ | B410 | A104 | ANALYSIS OF U.C.C.'S MOTION TO DISMISS BANKRUPTCY PROCEEDING. | 1.00 | 300.00 |
| 07/30/20 WGZ | B410 | A103 | WORKING ON ARCHDIOCESE'S OBJECTION TO MOTION TO DISMISS, INCLUDING EXTENSIVE TELEPHONE CONFERENCE WITH L. FUTRELL REGARDING STRATEGY FOR ARGUMENTS REGARDING MOTION TO DISMISS. | 4.00 | 1,200.00 |
| 07/30/20 WGZ | B410 | A103 | CONTINUE TO DEVELOP STRATEGY FOR OBJECTION TO MOTION TO DISMISS. | 1.00 | 300.00 |
| 07/30/20 WGZ | B410 | A105 | TELEPHONE CALLS WITH AND EMAILS TO M. FISCHER REGARDING STRATEGY AND ARGUMENTS FOR MOTION TO DISMISS. | .50 | 150.00 |
| 07/30/20 LFA | B110 | A102 | REVIEWED OPPOSITION TO BAR DATE MOTION (.6); RESEARCH ISSUES PERTAINING TO BAR DATE MOTION TO ASSIST IN DRAFTING REPLY TO OPPOSITION (2.3). | 3.00 | 1,200.00 |
| 07/30/20 LFA | B110 | A108 | CORRESPONDENCE WITH MS FUTRELL REGARDING DRAFT OBJECTION TO MOTION TO DISMISS (.1); AND WITH MS. LASSALLE REGARDING ANSWERS TO THE DECLARATION OF BANKRUPTCY FOR THE ARCHDIOCESE (.1). | .20 | 80.00 |
| 07/30/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND HEARING ON MOTION FOR PROTECTIVE ORDER. | 2.50 | 1,000.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 104
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/30/20 MAM | B190 | A101 | WORK ON DISCOVERY RESPONSES | 3.20 | 1,280.00 |
| 07/30/20 AK | B310 | A103 | EDITED THE COMMITTEE'S REVISED PROTECTIVE ORDER. | 1.30 | 325.00 |
| 07/30/20 AK | B310 | A103 | WORKED ON DISCOVERY RESPONSES. | 2.20 | 550.00 |
| 07/30/20 AK | B310 | A103 | WORKED WITH MR. WEGMANN ON PROTECTIVE ORDER FOLLOWING HEARING. | .70 | 175.00 |
| 07/30/20 AK | B310 | A103 | REVIEWED DRAFT WITNESS LIST IN ORDER TO PREPARE DISCOVERY RESPONSES. | .40 | 100.00 |
| 07/30/20 AK | B310 | A109 | ATTENDED HEARING ON MOTION FOR PROTECTIVE ORDER. | 1.60 | 400.00 |
| 07/30/20 AK | B310 | A103 | REVISED PROPOSED MOTION FOR PROTECTIVE ORDER TO SUBMIT TO COURT FOLLOWING HEARING. | .80 | 200.00 |
| 07/30/20 AK | B310 | A103 | REVISED PROPOSED PROTECTIVE ORDER TO EXCHANGE WITH COUNSEL FOR COMMITTEE. | 1.20 | 300.00 |
| 07/30/20 AK | B310 | A105 | WORKED WITH MR. MINTZ ON REVIEW OF DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .80 | 200.00 |
| 07/30/20 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 2.20 | 550.00 |
| 07/30/20 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.60 | 400.00 |
| 07/30/20 AK | B310 | A103 | WORKED ON RESPONSES TO DISCOVERY REQUESTS FOR MOTION TO DISMISS. | 1.30 | 325.00 |
| 07/30/20 AK | B310 | A107 | WORKED ON INCORPORATING EDITS FROM COMMITTEE INTO PROTECTIVE ORDER PRIOR TO HEARING. | .70 | 175.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 105
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/30/20 LHS   B190  A103   INCORPORATE ADDITIONAL           1.80        450.00
                           DISCUSSION OF CASES IN
                           RESPONSE TO MOTION TO DISMISS.

07/30/20 LHS   B410  A104   DRAFT NOTICE OF HEARING FOR        .20         50.00
                           MOTION TO EXTEND EXCLUSIVITY
                           PERIOD.

07/30/20 LHS   B410  A103   FINALIZE MOTION TO EXTEND         1.20        300.00
                           EXCLUSIVITY PERIOD FOR FILING.

07/30/20 LHS   B410  A104   FINALIZE MOTION TO EXTEND          .90        225.00
                           TIME FOR REMOVAL.

07/30/20 LHS   B190  A103   REVIEW AND EDIT REVISIONS TO      2.10        525.00
                           MOTION TO DISMISS, INCLUDING
                           ADDITIONAL INSERTS.

07/30/20 LL    B410  A105   REVIEWED PROPERTY DOCUMENTS       2.40        600.00
                           (1.5); PROOFED PROPERTY
                           DESCRIPTIONS (0.5); REVISED
                           PROPERTY SUMMARIES (0.4).

07/30/20 SAO   B110  A104   REVIEW ORDINARY COURSE             .30         75.00
                           DECLARATIONS OF MICHAEL L.
                           DESHAZO AND THOMAS R.RULI
                           (0.2); REVIEW NOTICE OF
                           FILING OF OFFICIAL TRANSCRIPT
                           RE: JULY 16, 2020 HEARING
                           (0.1).

07/30/20 SAO   B190  A104   CONTINUE SEARCHING FOR LOCAL      1.40        350.00
                           AND NATIONAL ABUSE CLAIM
                           ADVERTISEMENTS REGARDING THE
                           ARCHDIOCESE'S BANKRUPTCY ON
                           LAW FIRM WEBSITES AND SOCIAL
                           MEDIA ACCOUNTS.

07/30/20 SAO   B190  A102   BEGIN RESEARCHING WHETHER THE     1.80        450.00
                           AUTOMATIC STAY EXTENDS TO A
                           SUBPOENA DUCES TECUM SERVED
                           ON THE DEBTOR IN A LAWSUIT IN
                           WHICH THE DEBTOR IS NOT A
                           PARTY.

07/30/20 M F   B190  A105   CONFERENCE WITH W. ZERINGUE        .80        240.00
                           REGARDING POINTS FOR
                           OPPOSITION TO MOTION TO
                           DISMISS

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 106
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/30/20 M F | B190 | A105 | ELECTRONIC MEMO TO L. FUTRELL REGARDING PLANS FOR INSERT TO OPPOSITION TO MOTION TO DISMISS | .10 | 30.00 |
| 07/30/20 M F | B190 | A103 | DRAFTING INSERT FOR OPPOSITION TO MOTION TO DISMISS | 2.20 | 660.00 |
| 07/30/20 GMS | B190 | A106 | PARTICIPATE IN ZOOM MEETING WITH CLIENT. | .70 | 119.00 |
| 07/30/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING ZOOM MEETING RECAP. | .30 | 51.00 |
| 07/30/20 GMS | B190 | A110 | ACCESS AND DOWNLOAD DATA PROVIDED BY CLIENT. | 3.40 | 578.00 |
| 07/30/20 GMS | B190 | A106 | COMMUNICATIONS WITH THE CLIENT CONCERNING ACCESS TO SHARED GOOGLE DRIVE FOLDER AND CONTENT. | .10 | 17.00 |
| 07/30/20 GMS | B190 | A105 | DRAFT AND SEND COMMUNICATIONS TO PRACTICE SUPPORT TEAM CONCERNING UPLOAD AND ORGANIZATION OF DATA OBTAINED FROM CLIENT. | .20 | 34.00 |
| 07/30/20 GMS | B190 | A106 | COMMUNICATIONS WITH CLIENT TO TROUBLESHOOT SHARE DRIVE ACCESS ISSUES. | .10 | 17.00 |
| 07/30/20 GMS | B190 | A105 | COMMUNICATIONS WITH MR. MINTZ AND MS. KINGSMILL CONCERNING UPDATES ON DOCUMENT / DATA DOWNLOAD PROGRESS AND DELIVERY OF SELECTED DATA TO PRACTICE SUPPORT FOR UPLOAD TO RELATIVITY. | .20 | 34.00 |
| 07/30/20 GMS | B190 | A105 | COMMUNICATIONS WITH MR. MINTZ AND MS. KINGSMILL CONCERNING ATTORNEY NAMES FOR PRIVILEGE SEARCHES.. | .10 | 17.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 107
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/30/20 GMS | B190 | A110 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING CUSTOMIZATION OF WORKSPACE IN PREPARATION OF TAGGING AND STAMPS FOR DOCUMENTS. | .10 | 17.00 |
| 07/30/20 GMS | B190 | A110 | GENERATE SEARCHES OF SELECTED DOCUMENTS AND APPLY CONFIDENTIAL TAGS AND CREATE SAVED SEARCHES PER CATEGORY OF DOCUMENTS TO FACILITY ATTORNEY REVIEW. | 1.20 | 204.00 |
| 07/31/20 EDW | B110 | A107 | COMMUNICATIONS WITH MR. BOLDISSAR REGARDING TERMS OF PROTECTIVE ORDER. | .90 | 270.00 |
| 07/31/20 EDW | B110 | A104 | RECEIVED AND REVIEWED COMMUNICATIONS REGARDING SCHEDULING ORDER. | .20 | 60.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED DRAFT WITNESS LIST AND EXHIBITS. | .20 | 60.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED ISSUES AND FACTS REGARDING MOTION TO DISMISS. | .50 | 150.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING SCHEDULING FOR DEPOSITIONS. | .10 | 30.00 |
| 07/31/20 EDW | B110 | A103 | REVIEWED AND REVISED DRAFTS OF COURT ORDERED PROTECTIVE ORDER. | .90 | 270.00 |
| 07/31/20 EDW | B110 | A103 | CONTINUED DRAFTING RESPONSES AND OBJECTIONS TO BAR DATE DISCOVERY. | 2.50 | 750.00 |
| 07/31/20 EDW | B110 | A106 | TELEPHONE CONFERENCE WITH THE CLIENT AND DR. LEUMAS REGARDING BAR DATE DISCOVERY. | 1.50 | 450.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED DRAFTS OF MOTION TO DISMISS DISCOVERY RESPONSES. | .90 | 270.00 |
| 07/31/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING ESTIMATED CLAIMS IN BANKRUPTCY. | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 108
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


07/31/20 EJF   B110  A104   REVIEW DRAFTS OF ANSWERS TO        1.20       588.00
                           DISCOVERY;

07/31/20 EJF   B110  A104   REVIEW NEW OPINION AND BRIEFS       .50       245.00
                           RELATED TO MOTION TO DISMISS;

07/31/20 EJF   B110  A105   CONFERENCE CALLS REGARDING          .50       245.00
                           PRESERVING THE WORK PRODUCT
                           PRIVILEGE;

07/31/20 JJL   B110  A104   RECEIVED AND REVIEWED UCC'S         .10        30.00
                           WITNESS AND EXHIBIT LIST FOR
                           HEARING ON MOTION TO DISMISS

07/31/20 JJL   B110  A104   REVIEW DRAFT OF OPPOSITION TO       .50       150.00
                           MOTION TO DISMISS

07/31/20 JJL   B110  A104   REVIEWED TRANSCRIPT OF             .60       180.00
                           HEARING ON MOTIONS TO REFER
                           AND REMAND

07/31/20 JJL   B110  A104   DEVELOP STRATEGY AND OUTLINE       .80       240.00
                           OF SUPPLEMENTAL BRIEF

07/31/20 JRT   B190  A109   MEET WITH TEAM.                   1.00       300.00

07/31/20 JRT   B190  A104   WORK ON POST HEARING BRIEF        1.00       300.00
                           ISSUES.

07/31/20 RPV   B310  A104   REVIEWED NOTICE ISSUES IN         2.50     1,225.00
                           OTHER DIOCESAN CASES

07/31/20 RPV   B310  A106   EMAIL FROM/TO CLIENT               .50       245.00
                           REGARDING NOTICE ISSUES IN
                           OTHER DIOCESAN CASES

07/31/20 RPV   B310  A106   OFFICE CONFERENCES WITH JW         .90       441.00
                           TEAM REGARDING ISSUES TO
                           ADDRESS IN SUPPLEMENTAL
                           OPPOSITION TO MOTION TO REMAND

07/31/20 RPV   B310  A108   TELEPHONE CONVERSATION WITH        .50       245.00
                           MR. DRAPER REGARDING NOTICE
                           ISSUES FOR PLAN PURPOSES

07/31/20 WGZ   B410  A103   CONTINUE WORKING ON OBJECTION     1.00       300.00
                           TO MOTION TO DISMISS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 109
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/31/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE REGARDING PROTECTIVE ORDER AND DISCOVERY. | 1.00 | 300.00 |
| 07/31/20 WGZ | B410 | A103 | WORKING ON OBJECTIONS TO DISCOVERY REQUESTED BY UCC IN CONNECTION WITH MOTION TO DISMISS. | 1.60 | 480.00 |
| 07/31/20 LFA | B110 | A105 | CORRESPONDENCES WITH MR. SELF AND MR. VANCE REGARDING RESEARCH ON SPREADSHEET OF CASES AND CLAIMS PROCEDURES AND NOTICING AGENTS TO ASSIST WITH BAR DATE MOTION REGARDING PROCEDURES PERTAINING TO THE BAR DATE IN VARIOUS CASES IN OTHER ARCHDIOCESES. | 2.50 | 1,000.00 |
| 07/31/20 LFA | B110 | A102 | RESEARCHED BAR DATE ISSUES AND DISCOVERY ISSUES RELATED TO SAME. | 5.50 | 2,200.00 |
| 07/31/20 MAM | B190 | A101 | FINALIZE AND SERVE DISCOVERY RESPONSES (4.3). WORK ON POST HEARING BRIEFING ON MOTION TO REMAND (6.0). CONFERENCES REGARDING THE SAME (2.0). | 12.30 | 4,920.00 |
| 07/31/20 AK | B310 | A104 | REVIEWED FEDERAL RULES OF EVIDENCE IN ORDER TO PREPARE RESPONSES TO DISCOVERY REQUESTS. | .40 | 100.00 |
| 07/31/20 AK | B310 | A104 | REVIEWED OBJECTION TO MOTION TO DISMISS IN ORDER TO PREPARE RESPONSES TO DISCOVERY REQUESTS. | .40 | 100.00 |
| 07/31/20 AK | B310 | A104 | REVIEWED CLERGY LIST IN ORDER TO PREPARE DISCOVERY RESPONSES. | .40 | 100.00 |
| 07/31/20 AK | B310 | A103 | WORKED ON WITNESS AND EXHIBIT LIST. | .70 | 175.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 110
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 07/31/20 AK | B310 | A103 | REVIEWED THE COMMITTEE'S WITNESS AND EXHIBIT LIST. | .20 | 50.00 |
| 07/31/20 AK | B310 | A104 | REVIEWED AND FINALIZED DOCUMENTS TO SUBMIT PURSUANT TO PROTECTIVE ORDER. | .80 | 200.00 |
| 07/31/20 AK | B310 | A103 | WORKED ON DISCOVERY RESPONSES TO BAR DATE MOTION DISCOVERY REQUESTS. | 1.80 | 450.00 |
| 07/31/20 AK | B310 | A103 | WORKED ON DISCOVERY RESPONSES TO MOTION TO DISMISS DISCOVERY REQUESTS. | 2.10 | 525.00 |
| 07/31/20 AK | B310 | A103 | REVISED DISCOVERY RESPONSES TO MOTION TO DISMISS DISCOVERY REQUESTS. | 2.20 | 550.00 |
| 07/31/20 AK | B310 | A103 | REVISED DISCOVERY RESPONSES TO BAR DATE MOTION DISCOVERY REQUESTS. | 2.10 | 525.00 |
| 07/31/20 LHS | B190 | A104 | REVIEW THE NOTICING PROCEDURES REQUIRED IN OTHER DIOCESAN BANKRUPTCIES. | 6.80 | 1,700.00 |
| 07/31/20 LHS | B190 | A104 | REVIEW ORDINARY COURSE PROFESSIONAL APPLICATION OF BOURGEOIS BENNETT | .50 | 125.00 |
| 07/31/20 LL | B410 | A105 | REVIEWED PROPERTY DOCUMENTS FOR VARIOUS PARISHES (4.0); PROOFED PROPERTY SUMMARIES (1.0); REVISED PROPERTY SUMMARIES (0.4). | 5.40 | 1,350.00 |
| 07/31/20 SAO | B310 | A104 | REVIEW INITIAL WORKING DRAFT OF THE DEBTOR'S OBJECTIONS AND RESPONSES TO BAR DATE DISCOVERY. | .20 | 50.00 |
| 07/31/20 SAO | B320 | A104 | REVIEW DEBTOR'S MOTION FOR ENTRY OF AN ORDER TO EXTEND EXCLUSIVITY PERIODS. | .30 | 75.00 |
| 07/31/20 SAO | B110 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON 7/30/2020. | .10 | 25.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 111
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

07/31/20 M F   B190  A103   WORKING ON DRAFT OF INSERT TO      4.40    1,320.00
                           OPPOSITION TO MOTION TO
                           DISMISS

07/31/20 M F   B190  A103   BEGAN DRAFTING INSERT TO           3.50    1,050.00
                           OPPOSITION TO MOTION TO
                           DISMISS.

07/31/20 M F   B190  A103   CONTINUED DRAFTING AND              .90      270.00
                           REVISING DRAFT OF OPPOSITION
                           TO MOTION TO DISMISS.

07/31/20 GMS   B190  A101   COMMUNICATIONS WITH MS.             .20       34.00
                           KINGSMILL CONCERNING
                           PRODUCTION EXPORT DETAIL.

07/31/20 GMS   B190  A101   CONFIRM PRIVILEGE TAG STATUS        .20       34.00
                           OF SELECTED DOCUMENTS.

07/31/20 GMS   B190  A105   COMMUNICATIONS WITH MS.             .10       17.00
                           KINGSMILL CONCERNING
                           PRIVILEGE STATUS OF SELECTED
                           DOCUMENTS.

07/31/20 GMS   B190  A101   COMMUNICATIONS WITH MS.             .20       34.00
                           KINGSMILL AND MR. MINTZ
                           CONCERNING AVAILABILITY OF
                           PRODUCTION EXPORT AND
                           PREPARATIONS FOR SERVICE OF
                           SAME VIA SHAREFILE.

07/31/20 GMS   B190  A110   ACCESS AND DOWNLOAD CLIENT          .90      153.00
                           DATA RE C DAVIN REQUESTS.

07/31/20 GMS   B190  A105   COMMUNICATIONS WITH MS.             .20       34.00
                           KINGSMILL AND MR. MINTZ
                           CONCERNING DOWNLOAD AND WITH
                           PRACTICE SUPPORT CONCERNING
                           UPLOAD AND INGESTION TO
                           RELATIVITY REVIEW PLATFORM.

07/31/20 GMS   B190  A105   COMMUNICATIONS WITH MR. MINTZ       .30       51.00
                           AND MS. KINGSMILL CONCERNING
                           CULLING POTENTIALLY
                           PRIVILEGED DOCUMENTS FROM
                           ANTICIPATED PRODUCTION SET.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 112
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 07/31/20 | GMS | B190 | A101 | GENERATE VARIOUS SAVED SEARCHES IN PREPARATION OF PRODUCTION OF SELECTED DOCUMENTS AND APPLICATION OF SELECTED TAGS REGARDING CONFIDENTIALITY AND PRIVILEGE. | 1.00 | 170.00 |

| 07/31/20 | GMS | B190 | A101 | DRAFT AND FORWARD PRODUCTION EXPORT INSTRUCTION TO PRACTICE SUPPORT. | .30 | 51.00 |

| 08/01/20 | EDW | B110 | A104 | REVIEWED PROCEDURAL HISTORY REGARDING ABUSE CASES IN CONNECTION WITH OPPOSITION TO MOTION TO DISMISS. | 1.50 | 450.00 |

| 08/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING OBJECTIONS TO UCC CORPORATE DEPOSITION NOTICES. | .50 | 150.00 |

| 08/01/20 | JJL | B110 | A108 | RESPOND TO REQUEST FOR BACKGROUND REGARDING FATHER SEILER AND PLAINTIFF ATTORNEYS' REQUEST FOR HIS DEPOSITION AND OTHER DEPOSITIONS NOTICED AND/OR REQUESTED | .60 | 180.00 |

| 08/01/20 | RPV | B190 | A104 | REVIEWED SUPPLEMENTAL REMAND/REFER BRIEF | .50 | 245.00 |

| 08/01/20 | SAO | B190 | A104 | REVIEW THE UCC'S NOTICE OF RULE 30(B)(6) DEPOSITION OF THE DEBTOR IN CONNECTION WITH MOTION TO DISMISS CHAPTER 11 CASE. | .30 | 75.00 |

| 08/01/20 | SAO | B190 | A104 | REVIEW EMAIL CORRESPONDENCES FROM MR. WEGMANN AND THE CLIENT REGARDING THE UCC'S NOTICE OF RULE 30(B)(6) DEPOSITION OF THE DEBTOR IN CONNECTION WITH MOTION TO DISMISS CHAPTER 11 CASE. | .20 | 50.00 |

| 08/01/20 | SAO | B190 | A102 | RESEARCH THE PROCEDURE AND TIMING FOR OBJECTING TO THE UCC'S NOTICE OF RULE 30(B)(6) DEPOSITION OF THE DEBTOR IN CONNECTION WITH MOTION TO | 3.20 | 800.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 113
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

DISMISS CHAPTER 11 CASE.

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/01/20 | M F | B190 | A103 | CONTINUED DRAFTING AND RESEARCH FOR INSERT FOR OPPOSITION TO MOTION TO DISMISS | 3.00 | 900.00 |
| 08/01/20 | M F | B190 | A103 | RESEARCH FOR AND REVISIONS TO ARGUMENT FOR OPPOSITION TO MOTION TO DISMISS. | 1.10 | 330.00 |
| 08/01/20 | M F | B190 | A103 | CONTINUED DRAFTING INSERT FOR OPPOSITION TO MOTION TO DISMISS | 4.10 | 1,230.00 |
| 08/02/20 | EDW | B110 | A103 | DRAFTED INSERTS AND REVISED OBJECTIONS BRIEF REGARDING MOTION TO DISMISS. | 1.50 | 450.00 |
| 08/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED UPDATED SCHEDULE REGARDING DEADLINES AND HEARINGS. | .10 | 30.00 |
| 08/02/20 | EDW | B110 | A104 | REVIEWED ISSUES AND COMMENTS REGARDING OPPOSITION TO MOTION TO DISMISS. | .30 | 90.00 |
| 08/02/20 | RPV | B190 | A104 | REVIEWED CASE LAW AND WORKED ON SUPPLEMENTAL REMAND/ REFER BRIEF | 1.00 | 490.00 |
| 08/02/20 | RPV | B190 | A104 | REVIEWED RESEARCH ON BAR DATE AND NOTICE ISSUES | .50 | 245.00 |
| 08/02/20 | WGZ | B410 | A103 | STRATEGY REGARDING OPPOSITION BRIEFING TO MOTION TO DISMISS. | .70 | 210.00 |
| 08/02/20 | WGZ | B410 | A103 | WORKING ON OBJECTION TO MOTION TO DISMISS. | 1.90 | 570.00 |
| 08/02/20 | WGZ | B410 | A104 | CONTINUE TO ANALYZE CODE OF CIVIL PROCEDURE AND CASE LAW EXCEPTIONS FOR PRESCRIPTION AND EVIDENTIARY HEARINGS. | 1.00 | 300.00 |
| 08/02/20 | WGZ | B410 | A105 | EMAILS AND TELEPHONE CALLS WITH M. FISCHER. | .50 | 150.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 114
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 08/02/20 | LFA | B110 | A102 | CONTINUED RESEARCHING BAR DATE ISSUES (2.0); CORRESPONDED WITH MR. SELF AND MR. VANCE REGARDING SAME (.5); REVISED CHART OF BAR DATE RESEARCH ISSUES (.8). | 3.30 | 1,320.00 |
| 08/02/20 | MAM | B190 | A101 | WORK ON POST HEARING BRIEFING | 6.20 | 2,480.00 |
| 08/02/20 | LHS | B410 | A104 | REVIEW NOTICE REQUIREMENTS IN OTHER DIOCESAN BANKRUPTCIES. | 2.40 | 600.00 |
| 08/02/20 | SAO | B190 | A102 | CONTINUE RESEARCHING WHETHER THE AUTOMATIC STAY EXTENDS TO A SUBPOENA DUCES TECUM SERVED ON THE DEBTOR IN A LAWSUIT IN WHICH THE DEBTOR IS NOT A PARTY. | 2.80 | 700.00 |
| 08/02/20 | SAO | B190 | A103 | DRAFT RESEARCH MEMO CONCERNING THE APPLICABILITY OF THE AUTOMATIC STAY TO A SUBPOENA DUCES TECUM SERVED ON THE ARCHDIOCESE IN A LAWSUIT IN WHICH IT IS NOT A PARTY. | 2.90 | 725.00 |
| 08/02/20 | M F | B190 | A103 | COMPLETED FIRST DRAFT OF INSERT FOR MOTION TO DISMISS | 7.50 | 2,250.00 |
| 08/02/20 | M F | B190 | A103 | CONTINUED REVISIONS AND RESEARCH FOR FIRST DRAFT OF INSERT FOR MOTION TO DISMISS | 3.50 | 1,050.00 |
| 08/02/20 | M F | B190 | A103 | CONTINUED REVISIONS AND FINALIZED FIRST DRAFT OF INSERT FOR MOTION TO DISMISS | 4.00 | 1,200.00 |
| 08/03/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. CARTER WITH NEW 30(B)(6) DEPOSITION NOTICE REGARDING BAR DATE MOTION. | .20 | 60.00 |
| 08/03/20 | EDW | B110 | A104 | REVIEWED STATUS REGARDING PROTECTIVE ORDER. | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 115
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/03/20 EDW   B110  A104   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            BOLDISSAR REGARDING
                            PROTECTIVE ORDER.

08/03/20 EDW   B110  A104   REVIEWED ISSUES REGARDING        .50       150.00
                            PRODUCTION OF DISCOVERY.

08/03/20 EDW   B110  A106   REVIEWED ELECTRONIC MEMO FROM    .10        30.00
                            THE CLIENT REGARDING NEW
                            CLAIM AND "CREDIBLE ISSUE."

08/03/20 EDW   B110  A104   REVIEWED ISSUES REGARDING        .20        60.00
                            PRODUCTION OF INSURANCE CHART
                            TO UCC.

08/03/20 EDW   B110  A104   REVIEWED PENDING MATTERS        2.00       600.00
                            REGARDING MOTION TO DISMISS
                            AND PREPARATION FOR HEARING.

08/03/20 EDW   B110  A104   REVIEWED ISSUES REGARDING        .50       150.00
                            DESIGNATION OF CORPORATE
                            REPRESENTATIVES FOR
                            DEPOSITION.

08/03/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            BOLDISSAR REGARDING REQUEST
                            FOR DISCOVERY CONFERENCE.

08/03/20 EDW   B110  A103   BEGAN DRAFT OF OBJECTIONS TO     .20        60.00
                            30(B)(6) NOTICE.

08/03/20 EDW   B110  A104   REVIEWED ISSUES REGARDING        .90       270.00
                            OBJECTIONS TO BAR DATE
                            DISCOVERY.

08/03/20 EDW   B110  A109   PREPARING FOR AND ATTENDED      2.50       750.00
                            MEETING WITH CRI EXPERT AT
                            THE ARCHDIOCESE OFFICE.

08/03/20 EDW   B110  A104   REVIEWED RECORDS REGARDING       .80       240.00
                            NEW CLAIM.

08/03/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            BOLDISSAR REGARDING
                            ADDITIONAL COUNSEL.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 116
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/03/20 EDW | B110 | A104 | RECEIVED AND REVIEWED UPDATES REGARDING BANKRUPTCY. | .10 | 30.00 |
| 08/03/20 EJF | B110 | A105 | MEETING TO DISCUSS MOTION TO DISMISS AND RELATED DISCOVERY; | .70 | 343.00 |
| 08/03/20 EJF | B210 | A103 | REVISE PROPOSED SETTLEMENT AGREEMENT (2.2); MEMO RE SAME (.2); | 2.40 | 1,176.00 |
| 08/03/20 EJF | B110 | A105 | REVISE OBJECTION TO MOTION TO DISMISS; | 4.30 | 2,107.00 |
| 08/03/20 JJL | B110 | A103 | DEVELOP AND DRAFT OBJECTIONS TO UCC'S 30(B)(6) NOTICE REGARDING MOTION TO DISMISS | 1.20 | 360.00 |
| 08/03/20 JJL | B110 | A104 | RECEIVED AND REVIEWED UCC'S 30(B)(6) DEPOSITION NOTICE REGARDING BAR DATE MOTION | .30 | 90.00 |
| 08/03/20 JJL | B110 | A104 | REVIEWED INITIAL DRAFT AND COMMENT REGARDING MEMORANDUM IN SUPPORT OF MOTION TO REFER AND OPPOSING REMAND | .40 | 120.00 |
| 08/03/20 JJL | B110 | A104 | REVIEWED INSERT REGARDING UCC MOTION TO DISMISS BANKRUPTCY DEALING PIECEMEAL LITIGATION, ETC. | .50 | 150.00 |
| 08/03/20 JJL | B110 | A104 | REVIEWED IN RE METZNER 1999 BARBIER DECISION | .30 | 90.00 |
| 08/03/20 JJL | B110 | A104 | ANALYZE AND COORDINATE STRATEGY; ANALYSIS OF MULTIPLE PENDING MOTIONS AND DISCOVERY SEARCH REGARDING DOCUMENTS TO BE RELEVANT TO 30(B)(6) INSURANCE | 2.00 | 600.00 |
| 08/03/20 JJL | B110 | A109 | MEETING AT AWO WITH THE CLIENT AND EXPERTS REGARDING EXPERT REPORT AND PLAINTIFF'S 30(B) | 2.50 | 750.00 |
| 08/03/20 JRT | B190 | A103 | ASSIST WITH WORK AND EDITS ON OPPOSITION MEMORANDA REGARDING STRATEGY. | 1.00 | 300.00 |

<span style="color:red">**EXHIBIT E**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 117
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/03/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH JW TEAM REGARDING REMAND PLEADING, MOTION TO DISMISS DISCOVERY AND TRIAL PREPARATION | 1.20 | 588.00 |
| 08/03/20 RPV | B190 | A104 | REVIEWED AND REVISED SUPPLEMENTAL REMAND PLEADING | 1.00 | 490.00 |
| 08/03/20 RPV | B190 | A106 | TELEPHONE CONVERSATIONS WITH THE CLIENT REGARDING NEW CLAIM, PRESS RELEASE AND RELATE MATTERS | .50 | 245.00 |
| 08/03/20 RPV | B310 | A104 | WORKED ON NOTICE ISSUES WITH RESPECT TO BAR DATE. | 1.00 | 490.00 |
| 08/03/20 RPV | B110 | A103 | STATUS REPORT TO CLIENT. | .80 | 392.00 |
| 08/03/20 RPV | B190 | A103 | WORKED ON SUPPLEMENTAL REMAND/REFER BRIEF | .50 | 245.00 |
| 08/03/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH REPRESENTATIVE OF ARCHDIOCESE. | .80 | 240.00 |
| 08/03/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE. | 1.20 | 360.00 |
| 08/03/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE. | .40 | 120.00 |
| 08/03/20 WGZ | B410 | A101 | PREPARATION FOR STRATEGY MEETING. | .50 | 150.00 |
| 08/03/20 WGZ | B410 | A105 | PARTICITATE IN STRATEGY MEETING. | .80 | 240.00 |
| 08/03/20 LFA | B110 | A104 | CALLS AND CORRESPONDENCES WITH TRUSTEE'S OFFICE AND UCC REGARDING OCP DECLARATIONS (.5); REVIEWED AND REVISED OCP DECLARATIONS (1.0); CALLS WITH OCP'S REGARDING DECLARATIONS (.6). | 2.10 | 840.00 |
| 08/03/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND WEEKLY STRATEGY MEETING | 2.20 | 880.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 118
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|------|------|------|
| 08/03/20 | MAM | B190 | A101 | WORK ON AND ATTEND DISCOVERY MEETING WITH CLIENT | 3.20 | 1,280.00 |
| 08/03/20 | MAM | B190 | A101 | WORK ON POST HEARING BRIEFING | 2.10 | 840.00 |
| 08/03/20 | AK | B310 | A104 | ANALYZED CONSENT ORDER ENTERED BY COURT ON MOTION FOR PROTECTIVE ORDER. | .20 | 50.00 |
| 08/03/20 | AK | B310 | A105 | WORKED ON STRATEGY FOR RESPONDING TO OBJECTION TO BAR DATE MOTION AND BAR DATE DISCOVERY REQUESTS. | 1.60 | 400.00 |
| 08/03/20 | AK | B310 | A105 | ANALYZED BAR DATE DISCOVERY REQUESTS AND OBJECTIONS IN ORDER TO PREPARE PROTECTIVE ORDER AND/OR RESPONSE TO MOTION TO COMPEL. | .40 | 100.00 |
| 08/03/20 | AK | B310 | A102 | RESEARCHED CASES REGARDING ADEQUATE NOTICE IN ORDER TO RESPOND TO MOTION TO COMPEL. | .60 | 150.00 |
| 08/03/20 | AK | B310 | A103 | WORKED ON RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 08/03/20 | AK | B310 | A104 | REVIEWED DRAFT RESPONSE TO MOTION TO DISMISS IN ORDER TO PREPARE DISCOVERY RESPONSES. | .60 | 150.00 |
| 08/03/20 | AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 08/03/20 | AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .60 | 150.00 |
| 08/03/20 | AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED IN RESPONSE TO STATE COURT DISCOVERY IN ORDER TO RESPOND TO DISCOVERY REQUESTS. | 1.10 | 275.00 |
| 08/03/20 | LHS | B190 | A105 | CALL WITH MS. OPPENHEIM REGARDING SERVICE OF DOCUMENTS. | .10 | 25.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 119
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/03/20 | LHS | B190 | A103 | SUMMARIZE BAR DATE MOTIONS AND ORDERS IN THE ARCHDIOCESE OF MILWAUKEE CASE, | 1.10 | 275.00 |
| 08/03/20 | LHS | B190 | A103 | SUMMARIZE BAR DATE PROCEDURES AND NOTICE REQUIREMENT IN CHRISTIAN BROTHERS' INSTITUTE CASE. | .90 | 225.00 |
| 08/03/20 | LHS | B190 | A103 | SUMMARIZE BAR DATE NOTICE PROCEDURES FOR THE DIOCESE OF GALLUP. | .70 | 175.00 |
| 08/03/20 | LHS | B190 | A103 | CREATE CHART COMPARING NOTICE PROCEDURES AND ANY OBJECTIONS TO BAR DATE NOTICES IN DIOCESAN CASES. | 4.60 | 1,150.00 |
| 08/03/20 | LHS | B190 | A103 | SUMMARIZE NOTICE PROCEDURES FOR THE DIOCESE OF STOCKTON. | .60 | 150.00 |
| 08/03/20 | LL | B410 | A105 | COMMENCED REVIEW OF ST. TAMMANY PARISH PROPERTY DOCUMENTS (1.5); REVIEWED PROPERTY SUMMARIES (0.3); REVISED PROPERTY DESCRIPTIONS (0.3). | 2.10 | 525.00 |
| 08/03/20 | SAO | B190 | A103 | PROVIDE COMMENTS TO PRESCRIPTION SECTION OF OBJECTION TO MOTION TO DISMISS. | .90 | 225.00 |
| 08/03/20 | SAO | B190 | A103 | CONTINUE REVISING POST HEARING MEMORANDUM IN SUPPORT OF MOTION TO REFER AND OPPOSITION TO MOTION TO REMAND. | 6.60 | 1,650.00 |
| 08/03/20 | SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. WEGMANN AND MR. LOWENTHAL TO DISCUSS OBJECTIONS TO RULE 30(B)(6) DEPOSITION NOTICE. | .10 | 25.00 |
| 08/03/20 | SAO | B190 | A103 | BEGIN PREPARING OBJECTIONS TO RULE 30(B)(6) NOTICE OF DEPOSITION REGARDING MOTION TO DISMISS. | 3.50 | 875.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 120
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 08/03/20 | SAO | B110 | A108 | TELEPHONE CALL AND EMAIL CORRESPONDENCE WITH MS. PEAVY (COUNSEL TO CERTAIN ABUSE CLAIMANTS) TO ANSWER QUESTIONS REGARDING SERVICE LIST. | .80 | 200.00 |
| 08/03/20 | SAO | B110 | A104 | REVIEW ORDER EXTENDING REMOVAL PERIOD. | .10 | 25.00 |
| 08/03/20 | M F | B190 | A105 | CONFERRED WITH W. ZERINGUE REGARDING PRESCRIPTION ISSUES IN OPPOSITION TO MOTION TO DISMISS | .40 | 120.00 |
| 08/03/20 | GMS | B190 | A106 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING NETWORK LOCATION OF FINAL DOCUMENT PRODUCTION SET AND PRODUCTION RANGE. | .10 | 17.00 |
| 08/03/20 | GMS | B190 | A101 | PREPARE SHAREFILE FOLDER FOR SERVICE OF PRODUCTION. | .70 | 119.00 |
| 08/03/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MR. MINTZ REGARDING SHAREFILE ACCOUNT ACCESS. | .10 | 17.00 |
| 08/03/20 | GMS | B190 | A101 | DISCUSSION WITH MS. KINGSMILL CONCERNING AND EXAMINATION OF SELECTED DOCUMENT IN PREPARATION OF PRODUCTION OF SAME. | .30 | 51.00 |
| 08/03/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING STATUS OF UPLOAD REQUEST AND AVAILABILITY OF DOCUMENTS. | .10 | 17.00 |
| 08/04/20 | EDW | B110 | A103 | WORKED ON DISCOVERY AND PREPARING FOR DEPOSITIONS. | 1.00 | 300.00 |
| 08/04/20 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH UCC COUNSEL REGARDING DISCOVERY DISPUTE. | .50 | 150.00 |
| 08/04/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING BAR DATE DISCOVERY. | .90 | 270.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 121
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 08/04/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING DISCOVERY ISSUES. | .10 | 30.00 |
| 08/04/20 | EDW | B110 | A103 | WORKED ON CRI EXPERT REPORT AND PROVIDED COMMENTS. | 3.00 | 900.00 |
| 08/04/20 | EDW | B110 | A103 | REVIEWED, REVISED AND DRAFTED COMMENTS REGARDING EXPERT REPORT. | 2.00 | 600.00 |
| 08/04/20 | EDW | B110 | A106 | TELEPHONE CALL FROM THE CLIENT REGARDING REQUEST FOR INFORMATION REGARDING NEW CLAIM. | .10 | 30.00 |
| 08/04/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED SEARCHES FOR INFORMATION REGARDING NEW CLAIM. | .30 | 90.00 |
| 08/04/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING REQUEST FOR SECOND CONFERENCE WITH EXPERTS. | .10 | 30.00 |
| 08/04/20 | EJF | B110 | A104 | REVIEW DOCUMENTS AND PLEADINGS RELATED TO MOTION TO DISMISS; | 3.80 | 1,862.00 |
| 08/04/20 | EJF | B110 | A103 | DRAFT AND REVISE OBJECTION TO MOTION TO DISMISS; | 3.80 | 1,862.00 |
| 08/04/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED SUBSEQUENT REVISIONS AND COMMENTS REGARDING DRAFT EXPERT REPORT AND ANALYZE REVISIONS AND EDITS | 1.10 | 330.00 |
| 08/04/20 | JJL | B110 | A104 | REVIEWED UPDATED DRAFT POST HEARING MEMORANDUM IN SUPPORT OF REFERRAL TO BANKRUPTCY COURT | .30 | 90.00 |
| 08/04/20 | JJL | B110 | A104 | READ CORRESPONDENCE FROM LEE EAGAN REGARDING 30(B) DEPOSITION | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 122
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/04/20 JJL | B110 | A104 | RED SUMMARY OF DISCOVERY CONFERENCE WITH UCC REGARDING INSURANCE | .10 | 30.00 |
| 08/04/20 JJL | B110 | A104 | RECEIVED, REVIEWED AND REVISED DRAFT OF EXPERT REPORT | 2.60 | 780.00 |
| 08/04/20 JRT | B190 | A104 | STUDY POST HEARING BRIEFS TO ASSIST WITH ANALYSIS OF SAME. | 1.50 | 450.00 |
| 08/04/20 RPV | B190 | A104 | RECEIVED AND REVIEWED EXPERT REPORT FOR OPPOSITION TO MOTION TO DISMISS. | .50 | 245.00 |
| 08/04/20 RPV | B190 | A103 | REVIEWED AND REVISED SUPPLEMENTAL REMAND BRIEF. | .50 | 245.00 |
| 08/04/20 RPV | B110 | A103 | DRAFTED STATUS REPORT TO CLIENT. | .70 | 343.00 |
| 08/04/20 RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING BAR DATE NOTICE ISSUES. | .50 | 245.00 |
| 08/04/20 RPV | B190 | A104 | WORKED ON MOTION TO DISMISS ISSUES INCLUDING EXPERT REPORT AND DISCOVERY ISSUES | 1.50 | 735.00 |
| 08/04/20 RPV | B190 | A108 | DISCOVERY CONFERENCE CALL WITH JW TEAM AND UCC COUNSEL | 1.00 | 490.00 |
| 08/04/20 RPV | B190 | A104 | TELEPHONE CONVERSATIONS WITH CLIENTS REGARDING CORPORATE ISSUES | 1.00 | 490.00 |
| 08/04/20 WGZ | B410 | A104 | STRATEGY REGARDING OBJECTION TO DISMISS BANKRUPTCY. | 1.20 | 360.00 |
| 08/04/20 WGZ | B410 | A102 | RESEARCH REGARDING ISSUES FOR MOTION TO DISMISS BANKRUPTCY. | 1.10 | 330.00 |
| 08/04/20 WGZ | B410 | A104 | REVIEW STRATEGY. | .60 | 180.00 |
| 08/04/20 WGZ | B410 | A105 | COMMUNICATIONS WITH JW BANKRUPTCY TEAM. | .50 | 150.00 |
| 08/04/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE. | .60 | 180.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 123
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/04/20 WGZ | B410 | A103 | WORKING ON OBJECTION TO MOTION TO DISMISS BANKRUPTCY. | 1.90 | 570.00 |
| 08/04/20 LFA | B110 | A103 | REVISED AND FINALIZED CHART REGARDING BAR DATE ISSUES (1.0); CORRESPONDED WITH MR. VANCE, MR. SELF AND MR. MINTZ REGARDING SAME (.5.). | 1.50 | 600.00 |
| 08/04/20 MAM | B190 | A101 | WORK ON POST HEARING BRIEFING RELATED TO MOTION TO REMAND/REFER | 6.70 | 2,680.00 |
| 08/04/20 MAM | B110 | A101 | DISCOVERY CONFERENCE REGARDING MOTION TO DISMISS AND MOTION FOR BAR DATE. | 1.00 | 400.00 |
| 08/04/20 AK | B310 | A104 | REVIEWED SCHEDULES OF ASSETS AND LIABILITIES IN ORDER TO RESPOND TO DISCOVERY. | .40 | 100.00 |
| 08/04/20 AK | B310 | A104 | ANALYZED TRANSCRIPT OF HEARING IN ORDER TO PREPARE DISCOVERY RESPONSES. | .30 | 75.00 |
| 08/04/20 AK | B310 | A104 | REVIEWED DRAFT RESPONSE TO MOTION TO DISMISS IN ORDER TO RESPOND AND PREPARE OBJECTIONS TO DISCOVERY. | .70 | 175.00 |
| 08/04/20 AK | B310 | A102 | RESEARCHED CASES REGARDING BAR DATE DISCOVERY IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | 1.60 | 400.00 |
| 08/04/20 AK | B310 | A102 | ANALYZED BAR DATE MOTION AND OBJECTIONS IN OTHER DIOCESE CASES IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | 1.70 | 425.00 |
| 08/04/20 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .70 | 175.00 |
| 08/04/20 LHS | B190 | A103 | REVISE THE BAR DATE CLAIMS SPREADSHEET TO INCLUDE ADDITIONAL INFORMATION. | 1.10 | 275.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 124
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/04/20 | LHS | B160 | A103 | REVISE JONES FUSSELL ORDINARY COURSE DECLARATION FORCONFORMINTY WITH ORDINARY COURSE DECLARATION, | .40 | 100.00 |
| 08/04/20 | LHS | B160 | A104 | REVIEW ROEDEL PARSONS ORDINARY COURSE DECLARATION FOR REQUIRED INFORMATION. | .50 | 125.00 |
| 08/04/20 | LHS | B160 | A103 | FINALIZE ORDINARY COURSE APPLICATION OF BOURGEOIS BENNETT FOR FILING. | .80 | 200.00 |
| 08/04/20 | LHS | B190 | A105 | COMMENTATE WITH MS. KINGSMILL ABOUT STATUS OF BANKRUPTCY CASE. | .10 | 25.00 |
| 08/04/20 | LHS | B190 | A104 | REVIEW BAR DATE ORDERS IN OTHER BANKRUPTCY CASES FOR COMPARISON OF NOTICE REQUIREMENTS. | .90 | 225.00 |
| 08/04/20 | LHS | B160 | A103 | FINALIZE JONES FUSSELL ORDINARY COURSE DECLARATION FOR FILING. | .50 | 125.00 |
| 08/04/20 | LHS | B160 | A103 | DRAFT SUMMARY OF STATUS OF ORDINARY COURSE DECLARATIONS. | .90 | 225.00 |
| 08/04/20 | LHS | B190 | A103 | INCORPORATE ADDITIONAL EDITS TO COMPARISON OF BAR DATE ORDERS IN DIOCESAN L CASES. | .60 | 150.00 |
| 08/04/20 | LL | B410 | A105 | CONTINUED REVIEWING ST. TAMMANY PROPERTY DOCUMENTS (4.6); PROOFED PROPERTY SUMMARIES (0.5); EDITED PROPERTY SUMMARIES (0.5). | 5.60 | 1,400.00 |
| 08/04/20 | SAO | B190 | A103 | CONTINUE DRAFTING OBJECTIONS TO RULE 30(B)(6) NOTICE OF DEPOSITION REGARDING MOTION TO DISMISS. | 3.80 | 950.00 |
| 08/04/20 | SAO | B190 | A103 | DRAFT OBJECTIONS TO RULE 30(B)(6) NOTICE OF DEPOSITION REGARDING BAR DATE MOTION. | 2.70 | 675.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 125
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/04/20 SAO   B110   A104   REVIEW ORDINARY COURSE              .10        25.00
                            PROFESSIONAL DECLARATIONS OF
                            BOURGEOIS BENNETT, L.L.C. AND
                            JONES FUSSELL, LLP.

08/04/20 SAO   B110   A104   REVIEW SCHEDULING ORDER ON          .20        50.00
                            MOTION TO DISMISS.

08/04/20 GMS   B190   A105   COMMUNICATIONS WITH MS.             .10        17.00
                            KINGSMILL CONCERNING
                            SUPPLEMENTATION OF SERVICE OF
                            8.3.20 PRODUCTION.

08/04/20 GMS   B190   A110   SUPPLEMENT SHAREFILE FOLDER         .40        68.00
                            WITH ADDITIONAL USER ACCOUNTS
                            AND RE-ISSUE SHAREFILE NOTICE
                            OF AUGUST 3, 2020 PRODUCTION.

08/04/20 GMS   B190   A105   COMMUNICATIONS WITH MS.             .10        17.00
                            KINGSMILL CONCERNING NEED TO
                            CHECK CLIENT SHARE SITE FOR
                            SUPPLEMENTAL DOCUMENTS.

08/04/20 GMS   B190   A110   EXAMINE CLIENT SHARE SITE FOR       .40        68.00
                            NEW DATA.

08/04/20 GMS   B190   A105   COMMUNICATIONS WITH MS.             .10        17.00
                            KINGSMILL CONCERNING CLIENT
                            SHARE SITE FINDINGS.

08/04/20 GMS   B190   A105   COMMUNICATIONS WITH MS.             .20        34.00
                            KINGSMILL CONCERNING
                            CONFIRMATION OF PRODUCTION OF
                            CERTAIN FINANCIAL DOCUMENTS.

08/04/20 GMS   B190   A110   ACCESS REVIEW PLATFORM AND          .20        34.00
                            CONFIRM PRODUCTION STATUS OF
                            SELECTED DOCUMENTS.

08/04/20 GMS   B190   A110   COMMUNICATIONS WITH MR.             .20        34.00
                            WEGMANN CONCERNING SEARCH OF
                            REVIEW DATABASE FOR SELECTED
                            DOCUMENTS.

08/04/20 GMS   B190   A110   SEARCH DOCUMENT INVENTORY FOR       .80       136.00
                            SELECTED CRITERIA PURSUANT TO
                            DISCUSSION WITH MR. WEGMANN.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 126
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/05/20 EDW   B110  A104   REVIEWED SEARCH FOR DOCUMENTS       .50        150.00
                           REGARDING NEW CLAIM.

08/05/20 EDW   B110  A103   REVIEWED AND REVISED DRAFTS         .80        240.00
                           OF INSERT TO OBJECTIONS TO
                           MOTION TO DISMISS.

08/05/20 EDW   B110  A104   REVIEWED FINANCIAL RECORDS        1.00        300.00
                           AND OTHER DOCUMENTS REGARDING
                           PREPARATION FOR HEARING ON
                           MOTION TO DISMISS.

08/05/20 EDW   B110  A103   CONTINUED WORK ON EXPERT          1.50        450.00
                           REPORT.

08/05/20 EDW   B110  A103   CONTINUED WORK ON OBJECTIONS      1.50        450.00
                           TO DISCOVERY AND 30(B)(6)
                           DEPOSITION NOTICES.

08/05/20 EDW   B110  A107   TELEPHONE CONFERENCE WITH MR.      .60        180.00
                           BOLDISSAR AND EXPERTS
                           REGARDING DISCOVERY.

08/05/20 EJF   B110  A103   DRAFT AND REVISE OBJECTION TO     5.80      2,842.00
                           MOTION TO DISMISS;

08/05/20 EJF   B190  A104   REVIEW AND ANALYZE EXPERT         1.30        637.00
                           REPORT;

08/05/20 JJL   B110  A108   READ CORRESPONDENCE FROM THE       .10         30.00
                           CLIENT REGARDING INSURANCE
                           ISSUE

08/05/20 JJL   B110  A108   READ CORRESPONDENCE FROM THE       .10         30.00
                           CLIENT REGARDING WITNESS
                           PREPARATION

08/05/20 JJL   B110  A104   RECEIVED AND REVIEWED              .70        210.00
                           PLAINTIFF, JAMES DOE'S,
                           SUPPLEMENTAL MEMORANDUM;
                           ANALYZE ARGUMENT

08/05/20 JJL   B110  A104   REVIEWED MULTIPLE                 1.30        390.00
                           EDITS/COMMENTS FROM EXPERT
                           AND TEAM REGARDING DRAFT
                           EXPERT REPORT AND REDLINE
                           CHANGES



**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 127
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 08/05/20 | JJL | B110 | A106 | REVIEWED LATEST ITERATIONS OF POST HEARING BRIEF WITH EDITS BY CLIENT | .50 | 150.00 |
| 08/05/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED NEW VERSIONS OF EXPERT REPORT FROM KATHLEEN ZUNIGA AND REVIEW EDITED COMMENTS | 1.00 | 300.00 |
| 08/05/20 | JRT | B190 | A104 | STUDY UPDATE ON STATUS AND PLAINTIFF'S BRIEF. | 1.00 | 300.00 |
| 08/05/20 | RPV | B190 | A105 | REVIEW OF REVISED EXPERT REPORT FOR OPPOSITION TO MOTION TO DISMISS AND EMAILS TO CLIENT AND TEAM REGARDING SAME . | .90 | 441.00 |
| 08/05/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED PROPOSED NOTICE OF BAR DATE AND PROOF OF ABUSE CLAIM FORMS RECEIVED FROM UCC. | .50 | 245.00 |
| 08/05/20 | RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING REVISIONS TO OBJECTION TO MOTION TO DISMISS. | .20 | 98.00 |
| 08/05/20 | RPV | B210 | A106 | OFFICE CONFERENCE WITH AND EMAILS FROM AND TO CLIENT REGARDING CORPORATE ISSUES | 1.50 | 735.00 |
| 08/05/20 | RPV | B190 | A106 | EMAIL FROM AND OFFICE CONFERENCE WITH THE CLIENT REGARDING PROTECTIVE ORDER ISSUES. | .50 | 245.00 |
| 08/05/20 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REQUEST FROM COMMITTEE FOR SECOND DISCOVERY CONFERENCE IN CONNECTION WITH THE MOTION TO DISMISS AND RELATED ISSUES. | .50 | 245.00 |
| 08/05/20 | RPV | B310 | A104 | WORKED ON BAR DATE ISSUES. | 1.50 | 735.00 |
| 08/05/20 | WGZ | B410 | A104 | ANALYSIS OF CRI REPORT. | .90 | 270.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 128
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/05/20 WGZ | B410 | A103 | STRATEGY AND WORK ON OBJECTION BRIEF TO MOTION TO DISMISS. | 2.50 | 750.00 |
| 08/05/20 WGZ | B410 | A105 | COMMUNICATIONS WITH JW BANKRUPTCY TEAM. | .70 | 210.00 |
| 08/05/20 WGZ | B410 | A103 | ADDITIONAL EDITS AND REVISIONS TO OBJECTION BRIEFING. | .70 | 210.00 |
| 08/05/20 WGZ | B410 | A103 | WORKING ON OBJECTIONS TO DISCOVERY PROPOUNDED BY UCC. | 1.10 | 330.00 |
| 08/05/20 LFA | B110 | A108 | CORRESPONDENCES WITH MS. BODINE, CAPITELLI FIRM, AND MR. SELF REGARDING ARCHDIOCESE – DECLARATION AND DISCLOSURE STATEMENT (.9); WITH MSETHE CLIENT, MATHERNE, HATHORN AND STEELE AND MESSRS. LANGLOIS, COTHRAN AND SELF REGARDING ARCHDIOCESE- ORDINARY COURSE PROFESSIONALS (.9). | 1.80 | 720.00 |
| 08/05/20 MAM | B190 | A101 | FINALIZE AND FILE POST HEARING BRIEFING ON MOTION TO REMAND/REFER | 4.20 | 1,680.00 |
| 08/05/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND DISCOVERY CONFERENCE. MEETING WITH MR. WEGMANN ABOUT DISCOVERY ISSUES (5.0). RECEIPT AND REVIEW OF FINANCIAL REPORT (1.3).  EDIT AND REVISE THE SAME (1.1). | 7.40 | 2,960.00 |
| 08/05/20 AK | B310 | A102 | RESEARCHED CASES REGARDING OBJECTIONS TO RULE 30(B)(6) NOTICE IN ORDER TO PREPARE OBJECTIONS. | 1.30 | 325.00 |
| 08/05/20 AK | B310 | A102 | RESEARCHED CASES REGARDING PROTECTIVE ORDERS AND RULE 30(B)(6) NOTICES OF DEPOSITION IN ORDER TO PREPARE FOR DEPOSITION AND/OR PREPARE MOTION FOR PROTECTIVE ORDER. | 1.70 | 425.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 129
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 08/05/20 | AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .60 | 150.00 |
|---|---|---|---|---|---|---|
| 08/05/20 | AK | B310 | A103 | WORKED ON OBJECTIONS TO RULE 30(B)(6) NOTICE. | 2.10 | 525.00 |
| 08/05/20 | LHS | B160 | A103 | FINALIZE MALVERN C. BURNETT ORDINARY COURSE APPLICATION FOR FILING. | .50 | 125.00 |
| 08/05/20 | LHS | B160 | A103 | FINALIZE CAPITELLI ORDINARY COURSE DECLARATION FOR FILING | .40 | 100.00 |
| 08/05/20 | LHS | B410 | A108 | COMMUNICATE WITH MR. LANGLOIS REGARDING NOTICE OF SUGGESTION OF BANKRUPTCY. | .20 | 50.00 |
| 08/05/20 | LHS | B160 | A108 | COMMUNICATE WITH MR. BRETCHEL REGARDING ORDINARY COURSE DECLARATION. | .20 | 50.00 |
| 08/05/20 | LHS | B160 | A103 | FINALIZE BERRIGAN LITCHFIELD APPLICATION FOR FILING. | .60 | 150.00 |
| 08/05/20 | LHS | B160 | A103 | REVISE WHITE OAK CONSULTING ORDINARY COURSE DECLARATION TO COMPLY WITH COURT'S ORDER. | .30 | 75.00 |
| 08/05/20 | LHS | B160 | A108 | COMMUNICATE WITH WHITE OAK CONSULTING REGARDING FEE APPLICATION. | .10 | 25.00 |
| 08/05/20 | LHS | B160 | A103 | FINALIZE WHITE OAK CONSULTING DECLARATION FOR FILING. | .70 | 175.00 |
| 08/05/20 | LHS | B190 | A105 | CALL WITH MR. WEGMANN REGARDING THE FINANCIAL SITUATION OF THE ARCHDIOCESE | .30 | 75.00 |
| 08/05/20 | LHS | B190 | A105 | WORK WITH MS. FUTRELL TO CREATE LIST OF DOCUMENTS THAT SUMMARIZE THE FINANCIAL SITUATION OF THE ARCHDIOCESE. | .40 | 100.00 |
| 08/05/20 | LHS | B190 | A103 | PREPARE SUMMARY OF THE ARCHDIOCESE'S FINANCIAL INFORMATION FOR DIRK. | 2.20 | 550.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 130
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/05/20 LHS   B190  A103  REVISE OBJECTION O MOTION TO        1.30       325.00
                           DISMISS.

08/05/20 LL    B410  A105  REVIEWED ST. TAMMANY PARISH         5.00     1,250.00
                           PROPERTY DOCUMENTS (4.0);
                           REVIEWED PROPERTY
                           DESCRIPTIONS (0.7); REVISED
                           PROPERTY SUMMARIES (0.3).

08/05/20 SAO   B110  A104  REVIEW ORDERS STAYING AND            .10        25.00
                           ADMINISTRATIVELY CLOSING THE
                           W.G. DOE AND JOHN ROE IV
                           REMOVED ABUSE CASES.

08/05/20 SAO   B190  A102  BEGIN RESEARCHING GROUNDS FOR        .80       200.00
                           OBJECTING TO BAR DATE
                           DISCOVERY REQUESTS.

08/05/20 SAO   B190  A104  REVIEW TALBOT, CARMOUCHE &           .10        25.00
                           MARCELLO AND CONNICK AND
                           CONNICKS MOTION FOR ORDER
                           AUTHORIZING DISBURSEMENT TO
                           DEBTOR AND TO PAY SECURED
                           CLAIM.

08/05/20 SAO   B110  A104  REVIEW NOTICES OF FILING OF          .20        50.00
                           OFFICIAL TRANSCRIPT OF THE
                           HEARINGS HELD ON JULY 23,
                           2020 AND JULY 30, 2020.

08/05/20 SAO   B190  A105  TELEPHONE CONFERENCES WITH         1.30       325.00
                           MS. FUTRELL TO DISCUSS
                           PROCEDURAL HISTORY OF JOHN
                           ROE I-IV ABUSE LAWSUITS IN
                           CONNECTION WITH MOTION TO
                           DISMISS (0.3); PREPARE EMAIL
                           MEMO TO MS .FUTRELL REGARDING
                           THE SAME (1.0).

08/05/20 SAO   B190  A105  TELEPHONE CONFERENCES WITH          .40       100.00
                           MS. KINGSMILL TO DISCUSS
                           OBJECTIONS/MOTION FOR
                           PROTECTIVE ORDER REGARDING
                           30(B)(6) DEPOSITION NOTICES.

08/05/20 GMS   B190  A101  SUPPLEMENT SEARCHES OF DATA         .80       136.00
                           FOR ITEMS RESPONSIVE TO MR.
                           WEGMANN'S REQUEST FOR
                           SELECTED DOCUMENT.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 131
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/05/20 | GMS | B190 | A101 | PREPARE ROUGH DRAFT OF PRIVILEGE LOG RELATED TO 8.3.20 PRODUCTION OF DOCUMENTS. | .30 | 51.00 |
|---|---|---|---|---|---|---|
| 08/05/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MR. WEGMANN CONCERNING SEARCH FOR DOCUMENT. | .10 | 17.00 |
| 08/05/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING PREPARATION OF SUPPLEMENTAL PRODUCTION. | .10 | 17.00 |
| 08/05/20 | GMS | B190 | A106 | COMMUNICATIONS WITH THE CLIENT CONCERNING NEW MATERIALS MADE AVAILABLE FOR DOWNLOAD. | .10 | 17.00 |
| 08/05/20 | GMS | B190 | A110 | DOWNLOAD FROM GOOGLE DRIVE AND ELECTRONIC ORGANIZATION OF SUPPLEMENTAL MATERIAL MADE AVAILABLE BY CLIENT IN PREPARATION OF PRODUCTION. | .40 | 68.00 |
| 08/05/20 | GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT STAFF CONCERNING PREPARATION AND TIMING OF PRODUCTION. | .10 | 17.00 |
| 08/06/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED UCC MOTION TO COMPEL BAR DATE DISCOVERY. | .50 | 150.00 |
| 08/06/20 | EDW | B110 | A104 | REVIEWED INSURANCE ISSUES IN PREPARATION FOR CORPORATE DEPOSITION. | .50 | 150.00 |
| 08/06/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. BROWN REGARDING CANCELLATION OF BAR DATE CORPORATE DEPOSITION. | .10 | 30.00 |
| 08/06/20 | EDW | B110 | A104 | REVIEWED INFORMATION REGARDING BAR DATE MOTION. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 132
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/06/20 EDW | B110 | A104 | REVIEWED ARCHDIOCESE FINANCIAL INFORMATION. | .80 | 240.00 |
| 08/06/20 EDW | B110 | A107 | .COMMUNICATIONS WITH MR. BOLDISSAR REGARDING DISCOVERY. | .20 | 60.00 |
| 08/06/20 EDW | B110 | A103 | REVIEWED AND REVISED BAR DATE DISCOVERY RESPONSES. | .50 | 150.00 |
| 08/06/20 EDW | B110 | A103 | WORKED ON 30(B)(6) CORPORATE DEPOSITION TOPICS AND INFORMATION. | 2.50 | 750.00 |
| 08/06/20 EDW | B110 | A104 | REVIEWED UPDATES REGARDING OBJECTION TO MOTION TO DISMISS. | .40 | 120.00 |
| 08/06/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING HANDLING CORPORATE DEPOSITIONS AT SAME TIME AS INDIVIDUAL DEPOSITIONS. | .30 | 90.00 |
| 08/06/20 EDW | B110 | A103 | WORKED ON OBJECTIONS TO 30(B)(6) NOTICE TOPICS. | 1.50 | 450.00 |
| 08/06/20 EDW | B110 | A101 | WORKED ON DEPOSITION SCHEDULING. | .50 | 150.00 |
| 08/06/20 EDW | B110 | A106 | COMMUNICATIONS WITH MR. MORRIS REGARDING CORPORATE AND INDIVIDIUAL DEPOSITIONS. | .30 | 90.00 |
| 08/06/20 EJF | B110 | A103 | DRAFT AND REVISE OBJECTION TO MOTION TO DISMISS; | 4.80 | 2,352.00 |
| 08/06/20 EJF | B110 | A103 | CONFERENCE CALLS WITH MS. ZUNIGA REGARDING ISSUES RELATED TO MOTION TO DISMISS (.8); MEMOS TO AND FROM MS. ZUNIGA RE SAME (..7); | 1.50 | 735.00 |
| 08/06/20 JJL | B110 | A104 | RECEIVED AND REVIEWED UCC'S MOTION TO COMPEL BAR DATE DISCOVERY, EXPEDITED MOTION FOR HEARING, DECLARATION OF UCC COUNSEL | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 133
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/06/20 JJL | B110 | A106 | READ CLIENT'S COMMENT REGARDING BAR DATE MOTION TO COMPEL | .10 | 30.00 |
| 08/06/20 JJL | B110 | A104 | REVIEW PLAINTIFF'S EDITS TO PROOF OF CLAIM FORMS | .50 | 150.00 |
| 08/06/20 JRT | B190 | A104 | FURTHER STUDY OF RECENTLY FILED BRIEFS AND MOTION TO COMPEL. | 1.00 | 300.00 |
| 08/06/20 RPV | B190 | A105 | EMAILS FROM MR. MINTZ, MS. FUTRELL AND MS ASHLEY PROVIDING AN UPDATES ON MOTION TO DISMISS AND MOTION FOR BAR DATE. | .50 | 245.00 |
| 08/06/20 RPV | B190 | A106 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. ZERINGUE REGARDING REVIEW OF OPPOSITION TO THE MOTION TO COMPEL AND DOCUMENT PRODUCTION ISSUES | .80 | 392.00 |
| 08/06/20 RPV | B190 | A106 | EMAIL FROM MR. WEGMANN REGARDING REVIEW OF DRAFT RESPONSE TO THE UCCS 30(B)(6) DEPO NOTICE. | .10 | 49.00 |
| 08/06/20 RPV | B310 | A104 | REVIEWED AND REVISED BAR DATE AND NOTICE MEMO ANALYSIS | .80 | 392.00 |
| 08/06/20 RPV | B190 | A105 | REVIEWED DISCOVERY RESPONSES AND DOCUMENTS BEING PRODUCED TO UCC AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 08/06/20 RPV | B190 | A104 | WORKED ON OPPOSITION TO MOTION TO DISMISS MEMORANDUM | 1.50 | 735.00 |
| 08/06/20 RPV | B190 | A106 | EMAIL FROM AND OFFICE CONFERENCE WITH THE CLIENT REGARDING PERSONAL RECORDS REQUEST. | .50 | 245.00 |
| 08/06/20 WGZ | B410 | A104 | ANALYSIS OF DISCOVERY PROPOUNDED BY COMMITTEE REGARDING BAR DATE. | 1.00 | 300.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 134
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/06/20 WGZ | B410 | A104 | STRATEGY REGARDING BAR DATE DISCOVERY. | 1.50 | 450.00 |
| 08/06/20 WGZ | B410 | A103 | WORKING ON OPPOSITION TO BAR DATE DISCOVERY. | 1.80 | 540.00 |
| 08/06/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE REGARDING BAR DATE DISCOVERY. | .90 | 270.00 |
| 08/06/20 WGZ | B410 | A104 | WORKING ON INSURANCE ISSUES. | 1.00 | 300.00 |
| 08/06/20 WGZ | B410 | A103 | WORKING ON OBJECTIONS TO MOTION TO DISMISS. | 1.20 | 360.00 |
| 08/06/20 LFA | B110 | A103 | REVISED AND FINALIZED MEMORANDUM REGARDING BAR DATE ISSUES (1.5); REVIEWED PROPOSED NOTICING AGENT EXPERTS AND RESEARCHED SAME (3.0); RESEARCHED BAR DATE ISSUES (2.3). | 6.80 | 2,720.00 |
| 08/06/20 LFA | B110 | A108 | REVIEWED AND REVISED OCP DECLARATIONS (.4); MULTIPLE CORRESPONDENCES WITH OCPS AND REVISIONS TO DECLARATIONS (1.4). | 1.80 | 720.00 |
| 08/06/20 MAM | B190 | A101 | CONFERENCE CALLS REGARDING COMMUNICATION STRATEGY (2.5). WORK ON DISCOVERY ISSUES (2.0). | 4.50 | 1,800.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED PPP LOAN DOCUMENTS IN ORDER TO PREPARE DISCOVERY RESPONSES. | .40 | 100.00 |
| 08/06/20 AK | B310 | A102 | RESEARCHED CASES REGARDING WAIVER OF OBJECTIONS REGARDING 30(B)(6) DEPOSITIONS IN ORDER TO PREPARE FOR DEPOSITION. | .70 | 175.00 |
| 08/06/20 AK | B310 | A103 | WORKED ON OBJECTION TO RULE 30(B)(6) NOTICE. | 1.40 | 350.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 135
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/06/20 AK | B310 | A103 | WORKED ON LETTER TO COUNSEL FOR THE COMMITTEE REGARDING DEPOSITIONS AND OBJECTIONS. | .60 | 150.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .70 | 175.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED MOTION TO COMPEL IN ORDER TO PREPARE OPPOSITION. | .40 | 100.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED EXPERT REPORT IN ORDER TO RESPOND TO DISCOVERY REQUESTS. | .40 | 100.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED WITNESS AND EXHIBIT LIST IN ORDER TO RESPOND TO DISCOVERY REQUESTS. | .20 | 50.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED EXHIBITS TO OPPOSITION TO MOTION TO DISMISS IN ORDER TO RESPOND TO DISCOVERY REQUESTS. | .90 | 225.00 |
| 08/06/20 AK | B310 | A104 | REVISED OBJECTIONS AND RESPONSES TO DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 08/06/20 AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED IN RESPONSE TO DISCOVERY REQUESTS IN ORDER TO PREPARE FOR RULE 30(B)(6) DEPOSITION. | .60 | 150.00 |
| 08/06/20 LHS | B190 | A103 | SUMMARIZE STRUCTURAL CHANGES TO MOTION TO DISMISS. | .40 | 100.00 |
| 08/06/20 LHS | B190 | A103 | COMMUNICATE WITH MS. FUTRELL REGARDING OBJECTION TO MOTION TO DISMISS. | .30 | 75.00 |
| 08/06/20 LHS | B190 | A104 | REVIEW MOTION TO EXPEDITE DISCOVERY ON BAR DATE MOTION. | .40 | 100.00 |
| 08/06/20 LHS | B190 | A104 | CREATE ANALYSIS OF OTHER DIOCESAN CASES TO DETERMINE WHAT FORMS OF ADDITIONAL NOTICE ARE COMMON. | 4.30 | 1,075.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 136
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/06/20 | LHS | B190 | A103 | DRAFT SUMMARY ANALYSIS OF THE UCC'S PROPOSED NOTICE PROCEDURES. | 2.60 | 650.00 |
| 08/06/20 | LHS | B190 | A103 | INCORPORATE EDITS TO SUMMARY ANALYSIS OF UCC'S PROPOSED NOTICE PROGRAM. | .40 | 100.00 |
| 08/06/20 | LHS | B190 | A104 | REVIEW THE UCC'S PROPOSED NOTICE PROGRAM. | 1.10 | 275.00 |
| 08/06/20 | LL | B410 | A105 | CONTINUED TO REVIEW ST. TAMMANY PARISH PROPERTY DOCUMENTS (1.9); REVISED PROPERTY SUMMARIES (0.5). | 2.40 | 600.00 |
| 08/06/20 | SAO | B190 | A104 | ANALYZE THE COMMITTEE'S EXPEDITED MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO BAR DATE MOTION (0.8); REVIEW CASES CITED IN THE SAME (0.3). | 1.10 | 275.00 |
| 08/06/20 | SAO | B190 | A102 | RESEARCH FIFTH CIRCUIT CASE LAW INTERPRETING THE MEANING OF "REASONABLY ASCERTAINABLE" CREDITORS FOR PURPOSES OF BAR DATE NOTICE (2.1); RESEARCH CASE LAW FROM OTHER CIRCUITS REGARDING THE SAME (1.3). | 3.40 | 850.00 |
| 08/06/20 | SAO | B190 | A104 | ANALYZE IN RE ARCHDIOCESE OF MILWAUKEE BAR DATE MOTION, OPPOSITION, AND ORDER TO ASSIST WITH OPPOSING THE COMMITTEE'S MOTION TO COMPEL BAR DATE DISCOVERY. | .90 | 225.00 |
| 08/06/20 | SAO | B190 | A102 | RESEARCH FIFTH CIRCUIT CASE LAW CONSTRUING THE STANDARD FOR OBTAINING A PROTECTIVE ORDER ON LACK OF RELEVANCE GROUNDS. | 2.00 | 500.00 |
| 08/06/20 | SAO | B190 | A103 | BEGIN DRAFTING LEGAL STANDARD SECTION OF THE DEBTOR'S OPPOSITION TO THE COMMITTEE'S MOTION TO COMPEL BAR DATE DISCOVERY. | 1.30 | 325.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 137
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/06/20 GMS   B190  A105   COMMUNICATIONS WITH MS.           .10      17.00
                           BOUDREAUX CONCERNING
                           AVAILABILITY OF DOCUMENTS IN
                           REVIEW PLATFORM.

08/06/20 GMS   B190  A110   REFRESH SAVED SEARCHES          1.60     272.00
                           PERTAINING TO PRIVILEGE,
                           EXAMINE SAVED SEARCH RESULTS,
                           TAG SELECTED DOCUMENTS FOR
                           FURTHER PRIVILEGE REVIEW, AND
                           RESEND LINKS SAVED SEARCHES
                           OF POTENTIALLY PRIVILEGED
                           DOCUMENTS TO MS. KINGSMILL
                           FOR CONSIDERATION.

08/06/20 GMS   B190  A105   COMMUNICATIONS WITH MS.           .20      34.00
                           KINGSMILL AND PRACTICE
                           SUPPORT CONCERNING ISSUES
                           VIEWING SELECTED POTENTIALLY
                           PRIVILEGED DOCUMENTS DURING
                           QC OF SAME.

08/06/20 GMS   B190  A105   COMMUNICATIONS WITH MS.           .10      17.00
                           KINGSMILL AND TAG SELECTED
                           DOCUMENT TO BE WITHHELD FROM
                           PRODUCTION DUE TO CONVERSION
                           ISSUES AND PASSWORD
                           PROTECTION.

08/06/20 GMS   B190  A105   COMMUNICATIONS WITH MS.           .20      34.00
                           KINGSMILL AND MS.BOUDREAUX
                           CONCERNING RELEASE OF
                           PRODUCTION SET FOR PROCESSING
                           AND EXPORT.

08/06/20 GMS   B190  A105   COMMUNICATIONS WITH PRACTICE      .20      34.00
                           SUPPORT AND MS. KINGSMILL
                           CONCERNING IMAGED DOCUMENT
                           PAGE COUNT AND SELECTED
                           DOCUMENTS TO BE WITHHELD DUE
                           TO ISSUES WITH PROCESSING.

08/06/20 GMS   B190  A105   COMMUNICATIONS WITH CLIENT        .20      34.00
                           CONCERNING DOCUMENTS
                           AVAILABLE FOR DOWNLOAD.

08/06/20 GMS   B190  A110   INTAKE AND MANAGEMENT OF          .50      85.00
                           SUPPLEMENTAL DATA PROVIDED BY
                           CLIENT.

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 138
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/06/20 GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING UPLOAD AND ORGANIZATION OF SUPPLEMENTAL DATA PROVIDED BY CLIENT WITHIN REVIEW PLATFORM AND SELECTED DATA SLATED FOR SUPPLEMENTAL PRODUCTION ON 8.6.20. | .30 | 51.00 |
| 08/06/20 GMS | B190 | A110 | PREPARE SELECTED SUPPLEMENTAL DATA FROM CLIENT FOR SAME DAY PRODUCTION. | .20 | 34.00 |
| 08/06/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING SUPPLEMENTAL PRODUCTION OF SELECTED DOCUMENTS RECEIVED FROM CLIENT. | .10 | 17.00 |
| 08/06/20 GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT AND MS. KINGSMILL CONCERNING COORDINATION OF SERVICE OF PRODUCTIONS. | .20 | 34.00 |
| 08/07/20 EDW | B110 | A104 | REVIEWED ISSUES AND INFORMATION REGARDING UCC MOTION TO COMPEL BAR DATE DISCOVERY. | 1.30 | 390.00 |
| 08/07/20 EDW | B110 | A107 | ELECTRONIC MEMO TO COUNSEL FOR UCC REGARDING 30(B)(6) DEPOSITIONS AND REQUEST FOR DISCOVERY CONFERENCE. | .20 | 60.00 |
| 08/07/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING BRIEF IN OPPOSITION TO UCC'S MOTION TO DISMISS. | 1.50 | 450.00 |
| 08/07/20 EDW | B110 | A106 | COMMUNICATIONS WITH FR. CARR AND MR. ENTWISLE REGARDING DEPOSITION PREPARATION. | .90 | 270.00 |
| 08/07/20 EDW | B110 | A104 | REVIEWED UPDATES REGARDING CLAIMS ISSUES. | .20 | 60.00 |
| 08/07/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICES OF DEPOSITION FROM MR. BOLDISSAR. | .20 | 60.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 139
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/07/20 EDW   B110  A104   REVIEWED INSURANCE ISSUES IN        .50       150.00
                            CONNECTION WITH 30(B)(6)
                            DEPOSITIONS.

08/07/20 EDW   B110  A104   REVIEWED BAR DATE ISSUES.           .50       150.00

08/07/20 EDW   B110  A104   REVIEWED UPDATED FINANCIAL          .80       240.00
                            INFORMATION REGARDING THE
                            ARCHDIOCESE.

08/07/20 EDW   B110  A101   PREPARATION AND PLANNING FOR       3.50     1,050.00
                            30(B)(6) DEPOSITIONS OF THE
                            ARCHDIOCESE.

08/07/20 EJF   B210  A103   REVISE SETTLEMENT AGREEMENT        4.60     2,254.00
                            (2.8); REVISE MOTION RE SAME
                            (1.8);

08/07/20 EJF   B210  A107   CONFERENCE CALL RE COMPROMISE       .50       245.00
                            AND SETTLEMENT ISSUES;

08/07/20 EJF   B110  A103   REVISE OBJECTION TO MOTION TO      2.50     1,225.00
                            DISMISS;

08/07/20 JJL   B110  A101   ASSIST IN PREPARING FOR           1.40       420.00
                            ARCHDIOCESE RESPONSE
                            REGARDING INSURANCE COVERAGE
                            MAY APPLY TO SEX ABUSE
                            MATTERS.

08/07/20 JJL   B110  A104   WORK ON GETTING ARCHDIOCESE         .60       180.00
                            REIMBURSED BY BEDIVERE

08/07/20 JJL   B110  A104   REVIEWED CORRESPONDENCE FROM        .20        60.00
                            MADELEINE BASS REGARDING LIST
                            OF CLAIMS/CASES AND VARIOUS
                            INSURERS' RESPONSIBILITY

08/07/20 RPV   B190  A105   OFFICE CONFERENCE WITH JW           .50       245.00
                            TEAM REGARDING REVISIONS TO
                            OPPOSITION TO MOTION TO
                            DISMISS

08/07/20 RPV   B190  A104   REVIEWED REVISIONS TO               .80       392.00
                            OBJECTION TO MOTION TO
                            DISMISS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 140
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/07/20 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING PRODUCTION OF DOCUMENTS | .50 | 245.00 |
| 08/07/20 WGZ | B410 | A104 | REVIEW ELECTRONIC FILING NOTICES REGARDING ADMINISTRATIVE CLOSURES OF MATTERS BEFORE JUDGE FALLON. | .40 | 120.00 |
| 08/07/20 WGZ | B410 | A104 | STRATEGY REGARDING DEPOSITIONS AND DISCOVERY RELATED TO MOTION TO DISMISS. | .90 | 270.00 |
| 08/07/20 WGZ | B410 | A104 | STRATEGY REGARDING DISCOVERY RELATED TO BAR DATE. | 1.40 | 420.00 |
| 08/07/20 WGZ | B410 | A103 | WORKING ON OPPOSITION MEMORANDUM REGARDING MOTION TO DISMISS BANKRUPTCY. | 2.20 | 660.00 |
| 08/07/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE REGARDING STRATEGY. | 1.00 | 300.00 |
| 08/07/20 WGZ | B410 | A104 | ANALYSIS OF RESPONSE TO 30(B)(6) DEPOSITION NOTICE. | .50 | 150.00 |
| 08/07/20 WGZ | B410 | A105 | EMAILS REGARDING STRATEGY. | .80 | 240.00 |
| 08/07/20 LFA | B110 | A103 | MULTIPLE CORRESPONDENCES WITH MR. MINTZ, MR. VANCE AND MR. SELF REGARDING UCC PROPOSED BAR DATE ORDER (.8); REVIEWED PROPOSED BAR DATE ORDER AND ADVISED ON SAME BASED ON OTHER CHURCH CASES (1.2). | 2.00 | 800.00 |
| 08/07/20 LFA | B110 | A108 | REVIEWED AND REVISED OCP DECLARATIONS (1.0); MULTIPLE CORRESPONDENCES WITH OCPS AND REVISIONS TO DECLARATIONS (.8); CALLS WITH MR. SELF TO ASSIST WITH SAME (.4); CALL WITH MR. BOLDISSAR TO DISCUSS QUESTIONS TO OCP DECLATIONS (.4). | 2.60 | 1,040.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 141
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/07/20 MAM | B190 | A101 | MEETINGS WITH WEGMANN AND MS. KINGSMILL AND THE CLIENT REGARDING DISCOVERY AND DEPOSITON PREP. RECEIPT AND REVIEW OF BAR DATE PROPOSALS. COMMUNICATIONS REGARDING THE SAME. | 7.90 | 3,160.00 |
| 08/07/20 AK | B310 | A104 | REVISED RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS. | .80 | 200.00 |
| 08/07/20 AK | B310 | A101 | PREPARED FOR RULE 30(B)(6) DEPOSITION. | 1.20 | 300.00 |
| 08/07/20 AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED IN RESPONSE TO DISCOVERY REQUESTS IN ORDER TO PREPARE FOR RULE 30(B)(6) DEPOSITION. | 1.10 | 275.00 |
| 08/07/20 AK | B310 | A103 | PREPARED VERIFICATIONS FOR DISCOVERY RESPONSES. | .60 | 150.00 |
| 08/07/20 AK | B310 | A103 | WORKED ON OUTLINE TO PREPARE FOR RULE 30(B)(6) DEPOSITION. | 1.20 | 300.00 |
| 08/07/20 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .40 | 100.00 |
| 08/07/20 AK | B310 | A105 | PREPARED FOR RULE 30(B)(6) DEPOSITION WITH MR. WEGMANN. | 1.80 | 450.00 |
| 08/07/20 AK | B310 | A104 | ANALYZED OBJECTIONS TO RULE 30(B)(6) NOTICE IN ORDER TO PREPARE FOR DEPOSITION. | .70 | 175.00 |
| 08/07/20 AK | B310 | A102 | RESEARCHED CASES REGARDING EXPEDITED DISCOVERY REQUESTS IN ORDER TO PREPARE OPPOSITION TO MOTION TO COMPEL. | .80 | 200.00 |
| 08/07/20 LHS | B160 | A108 | COMMUNICATE WITH MR. BRETCHEL REGARDING GUADRY'S ORDINARY COURSE DECLARATION. | .10 | 25.00 |
| 08/07/20 LHS | B160 | A103 | FINALIZE GAUDRY ORDINARY COURSE DECLARATION FOR FILING. | .50 | 125.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 142
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/07/20 LHS   B160  A104   REVIEW ARTHUR J. GALLAGHER          .60        150.00
                           APPLICATION FOR CONFORMITY
                           WITH THE COURT'S ORDER.

08/07/20 LHS   B160  A103   RESUBMIT WHITE OAK                  .20         50.00
                           DECLARATION.

08/07/20 LHS   B160  A108   COMMUNICATE WITH ROEDEL             .20         50.00
                           PARSONS REGARDING ORDINARY
                           COURSE DECLARATION.

08/07/20 LHS   B160  A108   COMMUNICATE WITH ARTHUR J.          .20         50.00
                           GALLAGHER REGARDING QUESTIONS
                           ABOUT MONTHLY FEES.

08/07/20 LHS   B160  A103   FINALIZE ROEDEL PARSONS             .60        150.00
                           DECLARATION FOR FILING.

08/07/20 LHS   B160  A103   REVISE GALLAGHER DECLARATION        .70        175.00
                           FOR FILING.

08/07/20 LHS   B160  A103   SUMMARIZE STATUS OF ORDINARY        .30         75.00
                           COURSE DECLARATIONS,

08/07/20 LHS   B190  A105   COMMUNICATE WITH MS.                .10         25.00
                           KINGSMILL REGARDING STATUS OF
                           EXHIBITS FOR HEARING ON
                           MOTION TO DISMISS.

08/07/20 LHS   B190  A105   COMMUNICATE WITH MS. FUTRELL        .20         50.00
                           REGARDING EXHIBITS TO MOTION
                           TO DISMISS.

08/07/20 LHS   B190  A104   REVIEW DEFINITIONS USED IN         1.70        425.00
                           OTHER DIOCESAN BANKRUPTCIES.

08/07/20 LHS   B190  A104   COMPARE CHANGES IN                  .80        200.00
                           COMMITTEE'S PROPOSED BAR DATE
                           PROPOSED ORDER TO DEBTOR'S
                           PROPOSED ORDER.

08/07/20 LHS   B160  A108   CALL WITH ARTHUR J. GALLAGHER       .10         25.00
                           REPRESENTATIVE REGARDING
                           ORDINARY CURSE DECLARATION.

08/07/20 SAO   B110  A105   CORRESPONDENCE TO JONES             .20         50.00
                           WALKER TEAM REGARDING
                           EXPEDITED HEARING ON THE
                           COMMITTEE'S MOTION TO COMPEL
                           BAR DATE DISCOVERY.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 143
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/07/20 SAO   B190   A102   RESEARCH FIFTH CIRCUIT CASE        .60        150.00
                             LAW CONSTRUING THE STANDARD
                             FOR OBTAINING A PROTECTIVE
                             ORDER ON LACK OF
                             PROPORTIONALITY GROUNDS.

08/07/20 SAO   B190   A102   RESEARCH BANKRUPTCY CASE LAW      1.30        325.00
                             ADDRESSING DISCOVERY
                             STANDARDS IN CONNECTION WITH
                             CONTESTED MATTERS.

08/07/20 SAO   B190   A103   CONTINUE DRAFTING LEGAL          1.60        400.00
                             STANDARD SECTION OF THE
                             DEBTOR'S OPPOSITION TO THE
                             COMMITTEE'S MOTION TO COMPEL
                             BAR DATE DISCOVERY.

08/07/20 SAO   B190   A103   DRAFT EXCERPT REGARDING           .90        225.00
                             CATHOLIC MUTUAL'S SUMMARY
                             JUDGMENT MOTIONS TO BE USED
                             IN THE DEBTOR'S OBJECTION TO
                             THE MOTION TO DISMISS.

08/07/20 SAO   B110   A104   REVIEW JOINT MOTION TO            .10         25.00
                             CONTINUE RULE 12 MOTIONS
                             FILED IN DOE, ET AL. V. HOLY
                             SEE, ET AL., CIVIL ACTION NO.
                             19-14772 (E.D. LA.).

08/07/20 SAO   B110   A103   DRAFT MEMO TO MR. LOWENTHAL      3.20        800.00
                             REGARDING PROCEDURAL HISTORY
                             AND CURRENT ACTIVITY IN DOE
                             V. HOLY SEE CASE.

08/07/20 M F   B190   A105   CONFERRED WITH J. LOWENTHAL       .30         90.00
                             REGARDING UPCOMING 30(B)(6)
                             DEPOSITION INSURANCE ISSUES

08/08/20 EDW   B110   A104   REVIEWED DRAFTS OF ANSWER TO      .50        150.00
                             UCC'S REQUEST FOR PRODUCTION
                             REGARDING BAR DATE.

08/08/20 EDW   B110   A104   REVIEWED DRAFTS OF ANSWER TO      .50        150.00
                             UCC'S REQUEST FOR PRODUCTION
                             REGARDING MOTION TO DISMISS.

08/08/20 EDW   B110   A103   WORKED ON BRIEF IN OPPOSITION    5.00      1,500.00
                             TO UCC'S MOTION TO DISMISS.

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 144
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/08/20 EJF | B210 | A103 | WORK ON SETTLEMENT PLEADINGS; | 2.80 | 1,372.00 |
| 08/08/20 JJL | B110 | A101 | CONTINUE WORK ON PREPARE 30(B)(6) DEPOSITION REGARDING INSURANCE | 1.10 | 330.00 |
| 08/08/20 JJL | B110 | A104 | REVIEW AND ANALYZE REDLINED VERSION REGARDING PROOF OF CLAIMS BETWEEN COMMITTEE AND ARCHDIOCESE | 1.50 | 450.00 |
| 08/08/20 RPV | B190 | A105 | EMAILS AMONG JW TEAM REGARDING OPPOSITION TO MOTION TO DISMISS | .20 | 98.00 |
| 08/08/20 RPV | B310 | A105 | EMAIL FROM MS. ASHLEY REGARDING BAR DATE ORDER REVISIONS. | .10 | 49.00 |
| 08/08/20 RPV | B110 | A106 | STATUS REPORT TO CLIENT | .20 | 98.00 |
| 08/08/20 LFA | B110 | A108 | RESEARCHED BAR DATE ISSUES AND ADVISED ON SAME (1.2); CORRESPONDENCES WITH MR. SELF, MR. VANCE AND MR. MINTZ REGARDING SAME (.5); CALL WITH MR. MINTZ TO DISCUSS REVISIONS TO BAR DATE ORDER (.4). | 2.10 | 840.00 |
| 08/08/20 MAM | B190 | A101 | WORK ON CALENDARING AND SCHEDULING FOR MOTIONS BEFORE THE COURT (2.0).  CONFERENCE WITH MS OPPENHEIM REGARDING MOTION TO COMPEL (1.3). CONFERENCE WITH MR. LOWENTHAL REGARDING INSURANCE (1.0). | 4.30 | 1,720.00 |
| 08/08/20 AK | B310 | A103 | WORKED ON OUTLINE TO PREPARE FOR RULE 30(B)(6) DEPOSITION. | 2.70 | 675.00 |
| 08/08/20 AK | B310 | A104 | ANALYZED EXHIBITS ATTACHED TO THE COMMITTEE'S DISCOVERY REQUESTS IN ORDER TO PREPARE FOR RULE 30(B)(6) DEPOSITION. | .70 | 175.00 |
| 08/08/20 AK | B310 | A103 | WORKED ON DISCOVERY RESPONSES. | 1.20 | 300.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 145
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/08/20 LHS | B190 | A103 | DRAFT SUMMARY OF COMPARISON OF TERMS USED IN BAR DATE ORDERS IN OTHER DIOCESAN BANKRUPTCIES. | 1.80 | 450.00 |
|---|---|---|---|---|---|
| 08/08/20 SAO | B110 | A104 | REVIEW MOTION TO APPEAR PRO HAC VICE FOR J. MARK FISHER ON BEHALF OF CATHOLIC MUTUAL. | .10 | 25.00 |
| 08/08/20 SAO | B140 | A105 | EMAIL CORRESPONDENCES WITH MS. ASHLEY TO DISCUSS STRATEGY REGARDING OBJECTION TO MERLE NOULLET'S LIFT STAY MOTION. | .50 | 125.00 |
| 08/08/20 SAO | B190 | A103 | DRAFT OUTLINE OF OPPOSITION TO THE COMMITTEE'S EXPEDITED MOTION TO COMPEL. | 2.20 | 550.00 |
| 08/08/20 SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ TO DISCUSS STRATEGY FOR OPPOSING THE COMMITTEE'S EXPEDITED MOTION TO COMPEL. | .50 | 125.00 |
| 08/08/20 SAO | B190 | A104 | ANALYZE PROOF OF CLAIM FORM, NOTICE OF OBJECTION DEADLINE, AND BAR DATE ORDER PROPOSED BY THE COMMITTEE TO ASSIST WITH PREPARING OPPOSITION TO THE COMMITTEE'S EXPEDITED MOTION TO COMPEL. | 1.60 | 400.00 |
| 08/08/20 SAO | B190 | A103 | BEGIN DRAFTING ARGUMENT SECTION OF OPPOSITION TO THE COMMITTEE'S EXPEDITED MOTION TO COMPEL. | 3.20 | 800.00 |
| 08/08/20 M F | B190 | A105 | CONTINUED CONFERENCE WITH J. LOWENTHAL REGARDING 30(B)(6) DEPOSITION INSURANCE ISSUES | .40 | 120.00 |
| 08/08/20 M F | B190 | A107 | EXCHANGE CORRESPONDENCE WITH J. MURRAY REGARDING UPCOMING 30(B)(6) DEPOSITION INSURANCE ISSUES | .10 | 30.00 |
| 08/09/20 EDW | B110 | A108 | TELEPHONE CONFERENCE WITH MR. MURRAY REGARDING INSURANCE ISSUES. | .50 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 146
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/09/20 EDW | B110 | A103 | CONTINUED WORK ON OBJECTION TO UCC'S MOTION TO DISMISS. | 2.00 | 600.00 |
| 08/09/20 EDW | B110 | A104 | CONTINUED WORK ON RESPONSE TO UCC'S DISCOVERY REGARDING MOTION TO DISMISS. | .50 | 150.00 |
| 08/09/20 EJF | B110 | A103 | REVISE DRAFT OF OBJECTION TO MOTION TO DISMISS; | 8.20 | 4,018.00 |
| 08/09/20 EJF | B110 | A105 | MEMOS RE REVISIONS AND RELATED INFORMATION TO PREPARE FOR TRIAL; | .70 | 343.00 |
| 08/09/20 EJF | B210 | A105 | MEMOS TO AND FROM BLANK ROME RE INSURANCE ISSUES; | .30 | 147.00 |
| 08/09/20 JJL | B110 | A103 | RECEIVED AND REVIEWED DRAFT PROPOSED RESPONSES TO UCC DISCOVERY REGARDING INSURANCE ISSUES | .50 | 150.00 |
| 08/09/20 JJL | B110 | A104 | REVIEW MOST RECENT ITERATION OF BRIEF IN OPPOSITION TO UCC MOTION TO DISMISS | 1.60 | 480.00 |
| 08/09/20 JJL | B110 | A109 | TELEPHONE CONFERENCE WITH BLANK ROME ATTORNEYS REGARDING INSURANCE ISSUES | .60 | 180.00 |
| 08/09/20 RPV | B190 | A105 | EMAILS FROM AND TO JW TEAM REGARDING OBJECTION TO MOTION TO DISMISS REVISIONS AND STRATEGY. | .30 | 147.00 |
| 08/09/20 LFA | B210 | A105 | CORRESPONDENCES WITH MR. SELF REGARDING OCP DECLARATION FILINGS. | .40 | 160.00 |
| 08/09/20 MAM | B190 | A101 | WORK ON DISCOVERY RESPONSES (3.0).  WORK ON BAR DATE MOTION (.9).  CONFERENCE WITH MR. MURRAY REGARDING INSURANCE MATTERS (1.0). | 4.90 | 1,960.00 |
| 08/09/20 AK | B310 | A103 | PREPARED FOR DEPOSITION OF FATHER PATRICK CARR. | .60 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 147
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/09/20 AK    B310  A104  PREPARED FOR DEPOSITION OF        .40       100.00
                          JEFFREY ENTWISLE.

08/09/20 AK    B310  A104  PREPARED FOR DEPOSITION OF        .80       200.00
                          KATHLEEN ZUNIGA.

08/09/20 AK    B310  A103  REVISED DISCOVERY RESPONSE        .40       100.00
                          REGARDING INSURANCE POLICIES.

08/09/20 AK    B310  A103  REVISED DISCOVERY RESPONSES       .80       200.00
                          TO DISCOVERY REQUESTS IN
                          CONNECTION WITH BAR DATE
                          MOTION.

08/09/20 AK    B310  A103  REVISED DISCOVERY RESPONSES      1.20       300.00
                          TO DISCOVERY REQUESTS IN
                          CONNECTION WITH MOTION TO
                          DISMISS.

08/09/20 AK    B310  A103  WORKED ON RESPONSES TO          3.30       825.00
                          DISCOVERY REQUESTS.

08/09/20 AK    B310  A103  WORKED ON RESPONSES TO BAR       .70       175.00
                          DATE DISCOVERY REQUESTS.

08/09/20 AK    B310  A104  ANALYZED INFORMATION PROVIDED     .30        75.00
                          BY ARCHDIOCESE IN ORDER TO
                          INCORPORATE INTO DISCOVERY
                          RESPONSES.

08/09/20 LHS   B190  A103  UPDATE EXHIBIT LIST FOR         1.10       275.00
                          HEARING ON MOTION TO DISMISS.

08/09/20 LHS   B190  A103  REVISE FOOTNOTES IN OBJECTION   1.20       300.00
                          TO MOTION TO DISMISS.

08/09/20 SAO   B190  A103  DRAFT BACKGROUND SECTIONS OF    4.90     1,225.00
                          OPPOSITION TO THE COMMITTEE'S
                          EXPEDITED MOTION TO COMPEL.

08/09/20 SAO   B190  A103  FINISH DRAFTING LEGAL           3.20       800.00
                          STANDARD SECTIONS OF
                          OPPOSITION TO THE COMMITTEE'S
                          EXPEDITED MOTION TO COMPEL.

08/09/20 SAO   B190  A103  CONTINUE DRAFTING ARGUMENT      2.70       675.00
                          SECTION OF OPPOSITION TO THE
                          COMMITTEE'S EXPEDITED MOTION
                          TO COMPEL.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 148
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/09/20 SAO   B190  A104   REVIEW TRANSCRIPTS FROM JULY        .90        225.00
                           23 AND JULY 30 HEARINGS FOR
                           PURPOSES OF INCORPORATING
                           COMMENTS REGARDING BAR DATE
                           DISCOVERY INTO OPPOSITION TO
                           THE COMMITTEE'S EXPEDITED
                           MOTION TO COMPEL.

08/09/20 SAO   B190  A104   REVIEW NOTICES OF 30(B)(6)          .30         75.00
                           DEPOSITIONS OF FR. PATRICK
                           CARR, JEFFREY ENTWISLE,
                           KATHLEEN ZUNIGA, AND STEVE
                           RIGGS IN CONNECTION WITH THE
                           MOTION TO DISMISS AND EMAIL
                           CORRESPONDENCES RELATING TO
                           THE SAME.

08/10/20 EDW   B110  A104   REVIEWED UPDATES AND REVISED        .30         90.00
                           DRAFT TO OBJECTION TO MOTION
                           TO DISMISS.

08/10/20 EDW   B110  A101   PREPARING FOR ARCHDIOCESE           .30         90.00
                           DEPOSITIONS AND SCHEDULING.

08/10/20 EDW   B110  A104   REVIEWED INFORMATION FOR            .20         60.00
                           ARCHDIOCESE ANSWER TO
                           DISCOVERY INTERROGATORIES AND
                           REQUEST FOR PRODUCTION.

08/10/20 EDW   B110  A109   MEETING WITH FR. CARR IN           4.50      1,350.00
                           PREPARATION FOR HIS
                           DEPOSITION.

08/10/20 EDW   B110  A107   RECEIVED AND REVIEWED              .10         30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING INSURANCE
                           ISSUES.

08/10/20 EDW   B110  A103   REVIEWED AND REVISED DRAFTS        .80        240.00
                           OF ANSWERS TO DISCOVERY
                           INTERROGATORIES AND REQUEST
                           FOR PRODUCTION REGARDING
                           MOTION TO DISMISS.

08/10/20 EDW   B110  A109   MEETING WITH MR. ENTWISLE         4.00      1,200.00
                           REGARDING PREPARATION FOR
                           DEPOSITIONS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 149
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/10/20 EDW   B110  A104   REVIEWED FINAL ANSWER TO              .40         120.00
                           DISCOVERY INTERROGATORIES AND
                           REQUEST FOR PRODUCTION.

08/10/20 EDW   B110  A104   REVIEWED THE ARCHDIOCESE'S           .30          90.00
                           OBJECTION TO MOTION TO LIFT
                           STAY.

08/10/20 EJF   B110  A103   FURTHER REVISIONS TO               1.80         882.00
                           OBJECTION;

08/10/20 EJF   B210  A103   DRAFT AND REVISE SETTLEMENT        4.40       2,156.00
                           PLEADINGS;

08/10/20 JJL   B110  A108   FOLLOW-UP REGARDING BEDIVERE         .30          90.00
                           ISSUES

08/10/20 JJL   B110  A101   PREPARE 30(B)(6) WITNESSES         6.30       1,890.00

08/10/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .20          98.00
                           OF OBJECTION TO THE NOULLET
                           LIFT STAY MOTION.

08/10/20 RPV   B190  A104   RECEIVED AND REVIEWED              .50         245.00
                           REVISIONS TO OBJECTION TO
                           MOTION TO DISMISS.

08/10/20 RPV   B210  A105   EMAIL FROM MS. ASHLEY              .10          49.00
                           REGARDING REVIEW OF CASH
                           MANAGEMENT ORDER AND OPENING
                           NEW BANK ACCOUNT.

08/10/20 RPV   B210  A106   EMAIL FROM THE CLIENT              .10          49.00
                           REGARDING COVERAGE ISSUE.

08/10/20 RPV   B210  A105   EMAIL FROM MS. FUTRELL             .20          98.00
                           REGARDING RESTRICTIVE
                           COVENANT IN BOND LOAN
                           AGREEMENT

08/10/20 RPV   B310  A104   REVIEWED BAR DATE ORDER AND       1.00         490.00
                           NOTICE PROPOSED BY THE
                           COMMITTEE AND COMPARED TO
                           DEBTOR'S PROPOSAL.

08/10/20 WGZ   B410  A104   STRATEGY REGARDING                 .80         240.00
                           DEPOSITIONS OF ANO WITNESSES.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 150
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/10/20 WGZ   B410  A106   CONFERENCES WITH ARCHDIOCESE          .70        210.00
                           REPRESENTATIVE.

08/10/20 WGZ   B410  A103   WORKING ON OBJECTION TO               .60        180.00
                           MOTION TO DISMISS.

08/10/20 LFA   B210  A105   CORRESPONDENCES WITH LEAF            2.00        800.00
                           CAPITAL AND MR. MINTZ
                           REGARDING LEASE ISSUES (.8);
                           WITH MR. FRIED REGARDING OCP
                           DECLARATIONS; WITH THE CLIENT
                           REGARDING LEASE PAYMENTS
                           (.5); WITH MR. SELF REGARDING
                           OCP DECLARATIONS (.4); WITH
                           MR. MINTZ REGARDING CASH
                           MANAGEMENT ORDER (.3).

08/10/20 LFA   B140  A104   REVIEWED LIFT STAY AND              3.10      1,240.00
                           OUTLINE OF OBJECTION TO SAME
                           (1.2); CALL WITH MS.
                           OPPENHEIM TO DISCUSS SAME
                           (.4); REVISED OBJECTION (1.5).

08/10/20 LFA   B210  A108   CORRESPONDENCES AND CALLS            .80        320.00
                           WITH UST OFFICE AND THE
                           CLIENT TO DISCUSS QUESTIONS
                           REGARDING OCP DECLARATIONS.

08/10/20 LFA   B210  A105   REVIEWED BAR DATE NOTICE            1.50        600.00
                           ISSUES (1.0); CORRESPONDENCES
                           WITH MR. MINTZ AND MR. VANCE
                           ADVISING REGARDING THE SAME
                           (.5).

08/10/20 MAM   B190  A101   WORK ON DEPOSITION PREP             7.50      3,000.00

08/10/20 AK    B310  A104   ANALYZED EXHIBITS FOR               1.10        275.00
                           30(B)(6) DEPOSITIONS.

08/10/20 AK    B310  A103   WORKED ON THE NON-EXPEDITED         1.80        450.00
                           DISCOVERY RESPONSES TO BAR
                           DATE MOTION DISCOVERY.

08/10/20 AK    B310  A103   WORKED ON THE NON-EXPEDITED         2.10        525.00
                           DISCOVERY RESPONSES TO MOTION
                           TO DISMISS DISCOVERY.

<span style="color:red">EXHIBIT E</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 151
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/10/20 | AK | B310 | A103 | REVISED THE NON-EXPEDITED DISCOVERY RESPONSES TO BAR DATE MOTION DISCOVERY. | 1.30 | 325.00 |
|---|---|---|---|---|---|---|
| 08/10/20 | AK | B310 | A103 | REVISED THE NON-EXPEDITED DISCOVERY RESPONSES TO MOTION TO DISMISS DISCOVERY. | 1.40 | 350.00 |
| 08/10/20 | AK | B310 | A104 | REVIEWED AND FINALIZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.60 | 400.00 |
| 08/10/20 | AK | B310 | A104 | PREPARED FOR DEPOSITION OF FATHER CARR. | .90 | 225.00 |
| 08/10/20 | AK | B310 | A104 | PREPARED FOR DEPOSITION OF JEFFREY ENTWISLE. | .70 | 175.00 |
| 08/10/20 | AK | B310 | A104 | ANALYZED DISCOVERY RESPONSES IN ORDER TO PREPARE FOR 30(B)(6) DEPOSITIONS. | .40 | 100.00 |
| 08/10/20 | LHS | B410 | A105 | COMMUNICATE WITH MS. KINGSMILL REGARDING THE STATEMENT OF FINANCIAL AFFAIRS. | .10 | 25.00 |
| 08/10/20 | LHS | B190 | A103 | SUMMARIZE RESEARCH CONDUCTED SO FAR ON ABILITY TO APPEAL REFUSAL TO REFER MATTER TO BANKRUPTCY COURT. | 1.10 | 275.00 |
| 08/10/20 | SAO | B140 | A105 | DISCUSSIONS WITH MS. ASHLEY REGARDING DEBTOR'S OBJECTION TO MERLE NOULLETT'S LIFT STAY MOTION. | .30 | 75.00 |
| 08/10/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCE TO MR. LOWENTHAL REGARDING ORDER GRANTING JOINT MOTION TO CONTINUE RULE 12 MOTIONS IN JOHN DOE I-V V. HOLY SEE, ET AL. CASE. | .30 | 75.00 |
| 08/10/20 | SAO | B140 | A103 | CONTINUE DRAFTING OBJECTION TO MERLE NOULLET'S LIFT STAY MOTION. | 4.60 | 1,150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 152
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/10/20 M F   B120  A107  ELECTRONIC MEMO FROM J.              .10       30.00
                          CARTER (BLANK ROME) REGARDING
                          INSURANCE COVERAGE EVIDENCE

08/10/20 M F   B120  A106  ELECTRONIC MEMO TO THE CLIENT        .10       30.00
                          REGARDING INSURANCE EVIDENCE
                          OF COVERAGE

08/10/20 M F   B120  A106  ELECTRONIC MEMO FROM THE             .10       30.00
                          CLIENT REGARDING INSURANCE
                          COVERAGE EVIDENCE

08/10/20 GMS   B190  A105  COMMUNICATION WITH MS.               .10       17.00
                          KINGSMILL FORWARDING
                          AFFIDAVIT RELATED TO
                          PROTECTIVE ORDER.

08/10/20 GMS   B190  A110  ORGANIZATION OF DOCUMENTS            .20       34.00
                          RELATED TO PROTECTIVE ORDER.

08/10/20 GMS   B190  A105  COMMUNICATIONS WITH MS.              .10       17.00
                          KINGSMILL CONCERNING
                          PRODUCTION TIMING.

08/10/20 GMS   B190  A110  EXAMINATION OF PRODUCTION            .10       17.00
                          EXPORT VOLUME IN PREPARATION
                          OF RESPONSE TO MS.KINGSMILL
                          CONCERNING PRODUCTION TIMING.

08/10/20 GMS   B190  A105  MONITOR COMMUNICATIONS               .10       17.00
                          BETWEEN MS. KINGSMILL AND MS.
                          BOUDREAUX CONCERNING
                          PRODUCTION EXPORT PREPARATION
                          IN ANTICIPATION OF
                          SUPPLEMENTAL PRODUCTION TO
                          ORIGINAL EXPORT.

08/10/20 GMS   B190  A110  MANAGE UPLOAD AND                   1.10      187.00
                          DISTRIBUTION OF PRODUCTION
                          DATA.

08/11/20 EDW   B110  A104  REVIEWED ISSUES REGARDING            .90      270.00
                          RIGHTS OF INDIVIDUAL
                          COMMITTEE MEMBERS' COUNSEL TO
                          PARTICIPATE IN DISCOVERY.

08/11/20 EDW   B110  A103  REVIEWED AND REVISED CHART OF        .90      270.00
                          PENDING CASES AND REVIEWED
                          ISSUES REGARDING CLAIMS.

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 153
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/11/20 EDW   B110  A106   RECEIVED AND REVIEWED            .20        60.00
                           ELECTRONIC MEMO FROM THE
                           CLIENT REGARDING BAR DATE
                           MOTION ISSUES.

08/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING AGREEMENT
                           REGARDING PRODUCTION OF
                           INSURANCE INFORMATION.

08/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING PROPOSED
                           STIPULATION OF EXHIBITS.

08/11/20 EDW   B110  A106   COMMUNICATIONS WITH FR. CARR     .50       150.00
                           REGARDING DEPOSITION AND
                           PREPARATION FOR DEPOSITION.

08/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING REQUEST
                           FOR DOE PLAINTIFFS' COUNSEL
                           TO PARTICIPATE IN DEPOSITIONS.

08/11/20 EDW   B110  A104   REVIEWED UPDATED DRAFT OF        .50       150.00
                           OBJECTION TO MOTION TO
                           DISMISS.

08/11/20 EDW   B110  A106   RECEIVED AND REVIEWED            .10        30.00
                           ELECTRONIC MEMO FROM THE
                           CLIENT REGARDING INFORMATION
                           AND DEPOSITION PREPARATION.

08/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING
                           SCHEDULING.

08/11/20 EDW   B110  A104   REVIEWED INFORMATION            .30        90.00
                           REGARDING INSURANCE DOCUMENTS.

08/11/20 EDW   B110  A104   REVIEWED MOTION FOR JOINDER     .10        30.00
                           FILED BY ED ROE IN BAR DATE
                           MOTION.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 154
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/11/20 EDW | B110 | A104 | REVIEWED MOTION FOR JOINDER BY ED ROE REGARDING MOTION TO DISMISS. | .10 | 30.00 |
| 08/11/20 EDW | B110 | A104 | REVIEWED STATUS REGARDING OPPOSITION TO MOTION TO COMPEL BAR DATE DISCOVERY. | .10 | 30.00 |
| 08/11/20 EDW | B110 | A106 | MEETING WITH MR. ENTWISLE REGARDING PREPARATION FOR DEPOSITION. | 4.00 | 1,200.00 |
| 08/11/20 EDW | B110 | A106 | RECEIVED AND REVIEWED LETTER FROM MR. TRAHANT TO THE CLIENT REGARDING WHEELER CLAIM. | .10 | 30.00 |
| 08/11/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENT REGARDING INTERFERENCE IN DEPOSITIONS. | .10 | 30.00 |
| 08/11/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING APPLICATION OF THE PROTECTIVE ORDER. | .90 | 270.00 |
| 08/11/20 EDW | B110 | A103 | REVIEWED AND REVISED THE 30(B)(6) INFORMATION FOR USE BY WITNESSES. | .50 | 150.00 |
| 08/11/20 EDW | B110 | A107 | ELECTRONIC MEMO TO MR. BOLDISSAR WITH OBJECTION TO PARTICIPATION BY OTHER COUNSEL. | .10 | 30.00 |
| 08/11/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. MINTZ TO MR. BOLDISSAR REGARDING INSURANCE TOPIC. | .10 | 30.00 |
| 08/11/20 EJF | B110 | A103 | FURTHER REVISIONS TO OBJECTION; | 1.60 | 784.00 |
| 08/11/20 EJF | B110 | A106 | MEMO TO CLIENT REGARDING OBJECTION DRAFT; | .50 | 245.00 |
| 08/11/20 EJF | B110 | A106 | REVIEW EMAILS TO AND FROM CLIENT REGARDING BAR DATE ISSUES; | .30 | 147.00 |

EXHIBIT E

Case 2:20-cv-04856-EEF-DMD Document 856-5 Filed 02/12/25 Entered 02/12/25 01:07:06 Exhibit E First Interim Walkers Second Application for Fee Statement Page 897 of Page 220 of 376

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 155
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/11/20 EJF | B210 | A103 | CONTINUE DRAFT AND REVISIONS TO SETTLEMENT PLEADINGS; | 4.50 | 2,205.00 |
| 08/11/20 JJL | B110 | A101 | CONTINUE DEPOSITION PREPARATION WITH JEFF ENTWISTLE FOR INDIVIDUAL AND CORPORATE DEPOSITIONS | 2.00 | 600.00 |
| 08/11/20 JJL | B110 | A104 | RECEIVED AND REVIEWED JUDGE BARBIER'S ORDER AND REASONS ON MOTION TO REFER AND MOTION TO REMAND | .30 | 90.00 |
| 08/11/20 JJL | B110 | A104 | READ SUGGESTED EDITS TO BRIEF IN OPPOSITION TO MOTION TO DISMISS BASED BARBIER RULING | .20 | 60.00 |
| 08/11/20 JRT | B190 | A104 | REVIEW OPPOSITIONS TO MOTION TO DISMISS AND ANALYZE SAME; STUDY BARBIER'S DECISION AND CONSIDER RAMIFICATIONS ON STATE COURT ISSUES. | 1.00 | 300.00 |
| 08/11/20 JRT | B190 | A105 | INTERNAL COMMUNICATION REGARDING STATUS AND SUGGESTIONS ON DISCOVERY. | .80 | 240.00 |
| 08/11/20 RPV | B190 | A107 | EMAIL TO AND FROM MR. CAPITELLI REGARDING STATUS OF DOJ SETTLEMENT. | .10 | 49.00 |
| 08/11/20 RPV | B310 | A104 | RECEIVED AND REVIEWED DRAFT OF RESPONSE TO COMMITTEE'S PROPOSED NOTICING PROGRAM AND WORKED ON COUNTER PROPOSAL | 1.50 | 735.00 |
| 08/11/20 RPV | B310 | A105 | EMAILS FROM AND TO MS. ASHLEY REGARDING DRAFT OF RESPONSE TO COMMITTEE'S PROPOSED NOTICING PROGRAM. | .30 | 147.00 |
| 08/11/20 RPV | B190 | A106 | EMAIL FROM AND TELEPHONE CONVERSATION WITH THE CLIENT REGARDING JOINDER AND DEPOSITIONS ISSUES. | .50 | 245.00 |
| 08/11/20 RPV | B190 | A106 | EMAILS AMONG TEAM AND CLIENT REGARDING REVIEW OF ORDER REGARDING MOTION TO REMAND. | .20 | 98.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 156
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/11/20 | RPV | B190 | A106 | EMAIL FROM AND OFFICE CONFERENCE WITH THE CLIENT REGARDING REVISIONS TO OBJECTION TO NOULLET'S MOTION FOR PARTIAL RELIEF FROM AUTOMATIC STAY. | .10 | 49.00 |
|---|---|---|---|---|---|---|
| 08/11/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED NOTICE OF JOINDER FILED BY ED ROE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .40 | 196.00 |
| 08/11/20 | RPV | B310 | A105 | EMAILS FROM AND TO TEAM REGARDING BAR DATE MOTION. | .50 | 245.00 |
| 08/11/20 | RPV | B190 | A108 | EMAIL TO AND FROM MS. SCHEGEL REGARDING STATUS OF DOJ SETTLEMENT. | .10 | 49.00 |
| 08/11/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING OPPOSITION TO MOTION TO DISMISS | .20 | 98.00 |
| 08/11/20 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING BAR DATE AND NOTICE ISSUES | .50 | 245.00 |
| 08/11/20 | RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. WEGMANN AND MR. MINTZ REGARDING DEPOSITIONS AND MOTION TO DISMISS | .50 | 245.00 |
| 08/11/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCES WITH ARCHDIOCESE REPRESENTATIVE REGARDING STRATEGY REGARDING BAR DATE MOTION. | .50 | 150.00 |
| 08/11/20 | WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING STRATEGY REGARDING BAR DATE DISCOVERY. | .70 | 210.00 |
| 08/11/20 | WGZ | B410 | A104 | STRATEGY REGARDING BAR DATE MOTION AND MOTION TO DISMISS. | .70 | 210.00 |
| 08/11/20 | WGZ | B410 | A106 | COMMUNICATIONS REGARDING SAME REGARDING BALANCES DUE FROM INSURER TO ARCHDIOCESE. | .80 | 240.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 157
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/11/20 WGZ | B410 | A104 | ANALYSIS OF INSURANCE ISSUES. | .60 | 180.00 |
| 08/11/20 LFA | B140 | A103 | MULTIPLE CORRESPONDENCES WITH THE CLIENT, MS. OPPENHEIM, AND MR. MINTZ REGARDING LIFT STAY OBJECTION AND REVISIONS TO SAME (1.0); REVISED LIFT STAY OBJECTION (1.0); CALLS WITH MS. OPPENHEIM REGARDING SAME (.5). | 2.50 | 1,000.00 |
| 08/11/20 LFA | B110 | A103 | DRAFTED AND REVISED MEMORANDUM REGARDING NOTICE ISSUES (2.0); CORRESPONDED WITH MR. VANCE AND MR. SELF REGARDING SAME (.5); CALL WITH MR. SELF REGARDING REVISIONS TO SAME (.4) | 2.90 | 1,160.00 |
| 08/11/20 MAM | B190 | A101 | PREPARE FOR DEPOSITIONS OF FR. PATRICK CARR AND JEFF ENTWISLE (4.5). WORK ON DEPOSITIONS RELATED TO THE SAME (.5). REVISE AND EDIT OPPOSITION TO MOTION TO DISMISS (1.0). REVISE AND EDIT OPPOSITION TO MOTION TO COMPEL (1.0). CONFERENCES REGARDING SAME (.8). | 7.80 | 3,120.00 |
| 08/11/20 AK | B310 | A104 | ANALYZED DISCOVERY RESPONSES IN ORDER TO PREPARE FOR 30(B)(6) DEPOSITIONS. | .60 | 150.00 |
| 08/11/20 AK | B310 | A104 | REVIEWED PROVISIONS OF PROTECTIVE ORDER IN ORDER TO PREPARE FOR DEPOSITIONS. | .60 | 150.00 |
| 08/11/20 AK | B310 | A104 | PREPARED EXHIBITS FOR DEPOSITION. | .60 | 150.00 |
| 08/11/20 AK | B310 | A104 | ANALYZE DOCUMENTS RELIED UPON BY EXPERT IN ORDER TO PREPARE FOR DEPOSITION. | .60 | 150.00 |
| 08/11/20 AK | B310 | A104 | REVIEWED DOCUMENTS PRODUCED BY ARCHDIOCESE IN ORDER TO PREPARE FOR DEPOSITION. | .60 | 150.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 158
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/11/20 | AK | B310 | A104 | ANALYZED EXHIBITS FOR 30(B)(6) DEPOSITIONS. | .90 | 225.00 |
|---|---|---|---|---|---|---|
| 08/11/20 | LHS | B190 | A103 | SUBSTITUTE CITATIONS FOR EXHIBITS IN THE OBJECTION FOR THE MOTION TO DISMISS, | .60 | 150.00 |
| 08/11/20 | LHS | B190 | A102 | RESEARCH THE ABILITY OF PARTIES THAT DID NOT NOTICE A DEPOSITION TO QUESTION WITNESSES IN THE DEPOSITION. | 2.20 | 550.00 |
| 08/11/20 | LHS | B190 | A103 | SUMMARIZE FINDINGS ON RESEARCH REGARDING DEPOSITIONS. | .40 | 100.00 |
| 08/11/20 | LHS | B190 | A103 | DRAFT RESPONSE TO THE COMMITTEE'S PROPOSED BAR DATE NOTICING PROGRAM. | 2.20 | 550.00 |
| 08/11/20 | LHS | B190 | A103 | REVISED PROPOSED BONDHOLDER SETTLEMENT. | 1.30 | 325.00 |
| 08/11/20 | SAO | B140 | A103 | REVISE OBJECTION TO MERLE NOULLET'S LIFT STAY MOTION PER COMMENTS FROM THE CLIENT. | 2.30 | 575.00 |
| 08/11/20 | SAO | B190 | A105 | STRATEGY CALL WITH MR. MINTZ REGARDING OPPOSITION TO THE COMMITTEE'S EXPEDITED MOTION TO COMPEL. | .30 | 75.00 |
| 08/11/20 | SAO | B190 | A103 | DRAFT SUMMARY OF INFORMATION REGARDING ABUSE CLAIM LAWSUITS AND UNRESOLVED ABUSE CLAIMS TO BE USED IN CONNECTION WITH 30(B)(6) DEPOSITIONS ON MOTION TO DISMISS. | 2.10 | 525.00 |
| 08/11/20 | SAO | B140 | A103 | REVISE OBJECTION TO MERLE NOULLET'S LIFT STAY MOTION PER COMMENTS FROM MR. MINTZ. | 2.40 | 600.00 |
| 08/11/20 | SAO | B190 | A104 | REVIEW ED ROE'S NOTICES OF JOINDER IN MOTION TO DISMISS AND OBJECTION TO BAR DATE MOTION. | .10 | 25.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 159
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/11/20 M F | B120 | A105 | ELECTRONIC MEMO TO PARALEGAL REGARDING DOCUMENTS EVIDENCING INSURANCE COVERAGE | .10 | 30.00 |
| 08/11/20 M F | B120 | A106 | EXCHANGE OF EMAIL WITH ARCHDIOCESE ARCHIVIST REGARDING INSURANCE DOCUMENTS | .10 | 30.00 |
| 08/11/20 M F | B120 | A107 | ELECTRONIC MEMO TO INSURANCE COUNSEL REGARDING ADDITIONAL INSURANCE EVIDENCE DOCUMENTS | .10 | 30.00 |
| 08/11/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING DEPOSITION PREPARATIONS. | .10 | 17.00 |
| 08/11/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. FISCHER CONCERNING ANTICIPATED CLIENT DATA DELIVERY. | .20 | 34.00 |
| 08/11/20 GMS | B190 | A106 | COMMUNICATIONS WITH MS. ZERINQUE AND MS. LEUMAS CONCERNING AND FORWARDING LINK FOR DATA UPLOAD. | .20 | 34.00 |
| 08/12/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING OBJECTION TO ADDITIONAL COUNSEL PARTICIPATING IN DEPOSITIONS. | .10 | 30.00 |
| 08/12/20 EDW | B110 | A107 | ELECTRONIC MEMO TO MR. BOLDISSAR EXPLAINING BASIS FOR OBJECTION. | .10 | 30.00 |
| 08/12/20 EDW | B110 | A103 | WORKED ON AND ASSISTED REGARDING OBJECTION TO MOTION TO DISMISS. | .50 | 150.00 |
| 08/12/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR WITH TRIAL SUBPOENAS TO THE ARCHDIOCESE WITNESSES. | .20 | 60.00 |
| 08/12/20 EDW | B110 | A109 | PREPARING FOR AND ATTENDED DEPOSITION OF FR. CARR. | 4.00 | 1,200.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 160
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/12/20 EDW   B110  A109   PREPARING FOR AND ATTENDED          3.50    1,050.00
                            DEPOSITION OF MR. ENTWISLE.

08/12/20 EDW   B110  A104   REVIEWED EXHIBITS TO                 .10       30.00
                            OBJECTION TO MOTION TO
                            DISMISS.

08/12/20 EDW   B110  A104   REVIEWED DRAFTS OF OPPOSITION        .30       90.00
                            TO MOTION TO COMPEL BAR DATE
                            DISCOVERY.

08/12/20 EDW   B110  A104   REVIEWED DRAFT OF SETTLEMENT         .10       30.00
                            AGREEMENT WITH BOND TRUSTEE.

08/12/20 EDW   B110  A104   REVIEWED DRAFT OF                    .20       60.00
                            APOSTOLATES' OPPOSITION TO
                            MOTION TO DISMISS.

08/12/20 EDW   B110  A106   RECEIVED AND REVIEWED               .10       30.00
                            ELECTRONIC MEMO FROM THE
                            CLIENT REGARDING BRIEF.

08/12/20 EDW   B110  A104   REVIEWED STATUS REGARDING            .10       30.00
                            MOTION TO COMPEL BAR DATE
                            DISCOVERY.

08/12/20 EJF   B110  A103   REVISE OBJECTION TO MOTION TO       6.90    3,381.00
                            DISMISS (6.1); REVISE
                            EXHIBITS TO SAME (.8);

08/12/20 EJF   B110  A106   MEMOS TO AND FROM CLIENT            .60      294.00
                            REGARDING THE SAME;

08/12/20 EJF   B210  A106   REVISE SETTLEMENT PLEADINGS;        .50      245.00

08/12/20 RPV   B310  A108   EMAILS FROM AND TO MS. CANTOR       .20       98.00
                            REGARDING COUHIG PARTNER'S
                            RETENTION STATUS.

08/12/20 RPV   B190  A105   EMAILS FROM AND OFFICE              .60      294.00
                            CONFERENCE WITH MR. MINTZ
                            REGARDING UPDATE ON
                            DEPOSITIONS, ORDER ON REMAND
                            MOTION AND OTHER RELATED
                            MATTER.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 161
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/12/20 RPV   B190  A108   EMAIL FROM MR. KEARNEY              .10        49.00
                            REGARDING UPDATE ON
                            DEPOSITIONS AND ORDER ON
                            REMAND MOTION.

08/12/20 RPV   B310  A103   REVIEWED ANALYSIS OF PROPOSED      2.00       980.00
                            NOTICING PROGRAM AND WORKED
                            ON COUNTER PROPOSAL

08/12/20 RPV   B190  A106   EMAILS AMONG TEAM AND CLIENT        .30       147.00
                            REGARDING REVIEW OF OBJECTION
                            TO MOTION TO DISMISS.

08/12/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .70       343.00
                            SETTLEMENT AGREEMENT FOR DOJ
                            CLAIM AND EMAIL TO CLIENT
                            REGARDING SAME .

08/12/20 RPV   B190  A105   EMAILS FROM AND TO MS.              .20        98.00
                            FUTRELL REGARDING DRAFT DOJ
                            SETTLEMENT AGREEMENT.

08/12/20 RPV   B190  A104   REVIEWED CRI FINANCIAL REPORT       .50       245.00
                            FOR OPPOSITION TO MOTION TO
                            DISMISS.

08/12/20 RPV   B190  A105   EMAILS FROM AND TO MR. MINTZ        .20        98.00
                            REGARDING SETTLEMENT
                            NEGOTIATIONS WITH DOJ.

08/12/20 RPV   B190  A106   EMAILS FROM TEAM AND CLIENT         .30       147.00
                            REGARDING REVIEW OF JUDGE
                            BARBIER'S RULING ON REMAND
                            MOTION.

08/12/20 RPV   B210  A106   EMAIL FROM THE CLIENT               .10        49.00
                            REGARDING INSURANCE ISSUES

08/12/20 WGZ   B410  A103   WORKING ON OBJECTIONS TO          1.50       450.00
                            MOTION TO DISMISS.

08/12/20 WGZ   B410  A106   CONFERENCE WITH ARCHDIOCESE         .50       150.00
                            REPRESENTATIVE REGARDING
                            STRATEGY REGARDING DEPOSITION.

08/12/20 WGZ   B410  A104   ANALYSIS OF HANCOCK-WHITNEY'S       .30        90.00
                            OBJECTIONS TO MOTION TO
                            DISMISS.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 162
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/12/20 WGZ   B410  A104   STRATEGY REGARDING BAR DATE         .80       240.00
                            AND BAR DATE DISCOVERY.

08/12/20 LFA   B110  A103   CONTINUED RESEARCHING NOTICE       4.10     1,640.00
                            ISSUES FOR BAR DATE MOTION
                            (3.5); MULTIPLE
                            CORRESPONDENCES WITH MR. SELF
                            AND MR. VANCE REGARDING SAME
                            (.6).

08/12/20 MAM   B190  A101   ATTEND DEPOSITIONS OF FR.          9.20     3,680.00
                            PATRICK CARR AND JEFF
                            ENTWISLE WORK ON SAME (4.9).
                            WORK ON OPPOSITION TO MOTION
                            TO COMPEL (1.5). CONFERENCES
                            REGARDING THE SAME (1.3).
                            CORRESPONDENCE REGARDING THE
                            SAME. REVISE AND EDIT
                            OPPOSITION TO MOTION TO
                            DISMISS (1.5)

08/12/20 AK    B310  A103   WORKED ON RESPONSE TO             2.90       725.00
                            OPPOSITION TO MOTION TO
                            COMPEL.

08/12/20 AK    B310  A103   INCORPORATED MS. OPPENHEIM'S       .40       100.00
                            EDITS TO OPPOSITION TO MOTION
                            TO COMPEL.

08/12/20 AK    B310  A104   WORKED ON EXHIBITS TO              .70       175.00
                            OBJECTION TO MOTION TO
                            DISMISS.

08/12/20 LHS   B190  A103   FINALIZE SETTLEMENT AGREEMENT     2.90       725.00
                            WITH DOJ BY INCORPORATING
                            CHANGES BASED ON THE FINAL
                            AGREEMENT.

08/12/20 SAO   B190  A103   DRAFT LIST OF ABUSE CLAIMS        3.90       975.00
                            LAWSUITS TO BE USED AS
                            EXHIBIT B TO OBJECTION TO
                            MOTION TO DISMISS.

08/12/20 SAO   B190  A103   REVISE OPPOSITION TO THE          1.20       300.00
                            COMMITTEE'S EXPEDITED MOTION
                            TO COMPEL PER COMMENTS FROM
                            MR. MINTZ.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 163
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/13/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR WITH BRG EXPERT REPORT. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED BRG EXPERT REPORT AND PREPARING FOR MEETING WITH MS. ZUNIGA IN PREPARATION FOR HER DEPOSITION. | 2.50 | 750.00 |
| 08/13/20 EDW | B110 | A108 | RECEIVED AND REVIEWED MR. RIGGS REGARDING BRG REPORT. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED UPDATED DRAFT REGARDING OBJECTION TO MOTION TO DISMISS. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING EVIDENCE TO BE SUBMITTED AT HEARING. | .20 | 60.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED HANCOCK WHITNEY'S OBJECTION TO MOTION TO DISMISS. | .20 | 60.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED UPDATE REGARDING INSURANCE DOCUMENTS. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR WITH REQUEST FOR INFORMATION REGARDING DOCUMENTS. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENTREGARDING BAR DATE. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF STATUS CONFERENCE WITH JUDGE GRABILL. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A109 | MEETING WITH MS. ZUNIGA AND MR. RIGGS IN PREPARATION FOR DEPOSITION OF MS. ZUNIGA AND TO REVIEW BRG EXPERT REPORT. | 3.50 | 1,050.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 164
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/13/20 EDW | B110 | A108 | ELECTRONIC MEMO TO MR. RIGGS REGARDING HIS CV. | .10 | 30.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED INFORMATION REGARDING FINANCIAL ISSUES. | .30 | 90.00 |
| 08/13/20 EDW | B110 | A104 | REVIEWED COMMITTEE OPPOSITION TO MOTION TO LIFT STAY. | .10 | 30.00 |
| 08/13/20 EJF | B110 | A103 | REVISE OBJECTION TO MOTION TO DISMISS (6.8); REVIEW REBUTTAL REPORT (.8); REVIEW HANCOCK AND APOSTASIES' OBJECTION TO MOTION TO DISMISS (.4); | 8.00 | 3,920.00 |
| 08/13/20 EJF | B110 | A103 | MEMOS TO AND FROM CLIENT REGARDING OBJECTION TO MOTION TO DISMISS; | .70 | 343.00 |
| 08/13/20 JJL | B110 | A104 | RECEIVED, REVIEWED, AND ANALYZED REBUTTAL REPORT OF PAUL SHIELDS, BERKELEY RESEARCH GROUP | 1.50 | 450.00 |
| 08/13/20 JJL | B110 | A103 | PREPARE POINTS TO DISCUSS WITH ZUNIGA | 1.10 | 330.00 |
| 08/13/20 JJL | B110 | A105 | ASSIST IN TRIAL STRATEGY FOR MOTION TO DISMISS | .60 | 180.00 |
| 08/13/20 JJL | B110 | A101 | PARTICIPATE IN DEPOSITION PREPARATION OF KATHLEEN ZUNIGA | 3.60 | 1,080.00 |
| 08/13/20 JRT | B190 | A104 | REVIEW RECENT UPDATES AND DEPOSITION OF FIRST WITNESS AND ANALYZE STRATEGY. | 1.00 | 300.00 |
| 08/13/20 RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING FATHER CARR'S DEPOSITION. | .10 | 49.00 |
| 08/13/20 RPV | B310 | A104 | EMAIL FROM MS. CANTOR REGARDING BAR DATE MOTION SCHEDULING CONFERENCE. | .10 | 49.00 |
| 08/13/20 RPV | B190 | A108 | EMAILS FROM AND TO MR. DRAPER REGARDING REVIEW OF THE UCC'S EXPERT REPORT FOR MOTION TO DISMISS | .30 | 147.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 165
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/13/20 RPV   B190  A105   EMAILS TO AND FROM MR.              .20        98.00
                           WEGMANN REGARDING REVIEW OF
                           THE UCC'S EXPERT REPORT

08/13/20 RPV   B310  A108   EMAILS AND TELEPHONE               .80       392.00
                           CONFERENCE WITH MS. VOORHIES
                           REGARDING NOTICING ISSUES.

08/13/20 RPV   B190  A106   EMAILS FROM AND TO TEAM AND        .70       343.00
                           CLIENT REGARDING REVISIONS TO
                           OPPOSITION TO MOTION TO
                           DISMISS.

08/13/20 RPV   B190  A104   REVIEWED OPPOSITION TO MOTION      .10        49.00
                           FOR RELIEF FROM STAY FILED BY
                           CREDITOR MERLE NOULLET

08/13/20 RPV   B190  A104   REVIEWED UCC'S OBJECTION TO        .10        49.00
                           MOTION FOR RELIEF FROM STAY
                           FILED BY CREDITOR MERLE
                           NOULLET AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           .

08/13/20 RPV   B310  A105   EMAILS TO AND FROM AND OFFICE     1.50       735.00
                           CONFERENCE WITH MR. MINTZ AND
                           MS. LAURA ASHLEY REGARDING
                           NOTICING ISSUES

08/13/20 RPV   B190  A104   RECEIVED AND REVIEWED             .30       147.00
                           OBJECTION TO MOTION OF THE
                           OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS TO
                           DISMISS CHAPTER 11 CASE FILED
                           BY APOSTOLATES.

08/13/20 RPV   B310  A106   EMAIL TO AND FROM CLIENT          .40       196.00
                           REGARDING BUDGETING AND
                           NOTICING ISSUES.

08/13/20 RPV   B190  A105   EMAILS AMONG TEAM REGARDING       .50       245.00
                           NOTICING ISSUES.

08/13/20 RPV   B190  A104   RECEIVED AND REVIEWED HANCOCK     .20        98.00
                           WHITNEY BANK'S OBJECTION TO
                           MOTION TO DISMISS.

08/13/20 WGZ   B410  A104   ANALYSIS OF DEPOSITION            .90       270.00
                           TRANSCRIPT OF FATHER CARR.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 166
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/13/20 LFA   B110   A103   CONTINUED RESEARCHING NOTICE      7.60      3,040.00
                            ISSUES FOR BAR DATE MOTION
                            INCLUDING PROPOSED EXPERTS
                            (4.0); MULTIPLE
                            CORRESPONDENCES WITH MR. SELF
                            AND MR. VANCE REGARDING SAME
                            (.8); DRAFTED AND REVISED
                            NOTICE PLAN (2.0); CALL WITH
                            MR. SELF REGARDING SAME (.8)

08/13/20 LFA   B140   A103   REVISED AND FINALIZED LIFT        1.90        760.00
                            STAY OBJECTION (1.4);
                            CORRESPONDENCES WITH MS.
                            OPPENHEIM, THE CLIENT AND MR.
                            MINTZ REGARDING SAME (.5)

08/13/20 MAM   B190   A101   PREPARE FOR DEPOSITION OF MS.     8.20      3,280.00
                            ZUNIGA (1.0). REVISE EDIT AND
                            FILE OPPOSITION TO MOTION TO
                            DISMISS (1.0). REVISE EDIT
                            AND FILE OPPOSITION TO MOTION
                            FOR RELIEF FROM STAY (1.0).
                            REVIEW OPPOSITIONS FILED BY
                            OTHER PARTIES (3.2).
                            CORRESPONDENCE AN CONFERENCE
                            WITH CLIENT REGARDING THE
                            SAME (2.0).

08/13/20 AK    B310   A104   REVIEWED DOCUMENTS RELIED          .40        100.00
                            UPON BY EXPERT IN ORDER TO
                            PREPARE FOR DEPOSITION.

08/13/20 LHS   B190   A103   FINALIZE EXHIBITS FOR            1.00        250.00
                            OBJECTION TO MOTION TO
                            DISMISS.

08/13/20 LHS   B190   A103   INCORPORATE ADDITIONAL            .40        100.00
                            PROVISION INTO THE OBJECTION
                            TO THE MOTION TO DISMISS.

08/13/20 LHS   B190   A104   REVIEW EXPERT DECLARATIONS       1.20        300.00
                            FROM OTHER DIOCESAN
                            BANKRUPTCIES.

08/13/20 LHS   B190   A103   BEGIN DRAFTING ALTERNATIVE       1.30        325.00
                            PROPOSED NOTICE PROGRAM.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 167
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/13/20 LHS | B190 | A103 | INCORPORATE EDITS INTO THE OBJECTION TO THE MOTION TO DISMISS. | 2.30 | 575.00 |
| 08/13/20 LHS | B190 | A103 | FINALIZE OBJECTION TO MOTION TO DISMISS FOR FILING. | 1.20 | 300.00 |
| 08/13/20 LHS | B190 | A104 | REVIEW HANCOCK WHITNEY OBJECTION TO THE MOTION TO DISMISS. | .60 | 150.00 |
| 08/13/20 LHS | B190 | A104 | REVIEW NON-DEBTOR ENTITIES OBJECTION TO MOTION TO DISMISS. | .50 | 125.00 |
| 08/13/20 LHS | B190 | A104 | REVIEW UCC'S OBJECTION TO THE MOTION TO LIFT STAY. | .30 | 75.00 |
| 08/13/20 SAO | B190 | A103 | REVISE OBJECTION TO MOTION TO DISMISS. | 6.70 | 1,675.00 |
| 08/13/20 SAO | B140 | A103 | REVISE LIFT STAY OBJECTION PER FINAL COMMENTS FROM THE CLIENT(0.6); ADD CERTIFICATE OF SERVICE TO THE SAME (0.2); FILE THE SAME (0.3). | 1.10 | 275.00 |
| 08/13/20 SAO | B190 | A103 | REVISE LIST OF DIOCESAN AND CHURCH RELATED CASES TO BE USED AS EXHIBIT C TO OBJECTION TO MOTION TO DISMISS. | .80 | 200.00 |
| 08/13/20 GMS | B190 | A105 | COMMUNICATIONS WITH MR. HOFFMAN CONCERNING NEED TO AND ADDITION OF USER ACCOUNT TO SECURE SHAREFILE FOLDER. | .10 | 17.00 |
| 08/13/20 GMS | B190 | A110 | ADD USER ACCOUNT TO SHAREFILE FOLDER. | .20 | 34.00 |
| 08/13/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. FISCHER AND MESSRS. LOWENTHAL AND WEGMANN CONCERNING DOWNLOADED INSURANCE DOCUMENTS AND NETWORK LOCATION. | .20 | 34.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 168
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/13/20 GMS   B190  A107   COMMUNICATIONS WITH MESSRS.          .20        34.00
                           CARTER AND MURRAY CONCERNING
                           AVAILABILITY OF INSURANCE
                           DOCUMENTS AND PROVIDING
                           DOWNLOAD LINK TO SAME.

08/13/20 GMS   B190  A110   DOWNLOAD AND EXTRACT                 .90       153.00
                           INSURANCE DOCUMENTS PROVIDED
                           BY MS. LEUMAS.

08/13/20 GMS   B190  A105   COMMUNICATIONS WITH MS.              .10        17.00
                           KINGSMILL CONCERNING
                           DOCUMENTS RELIED UPON BY
                           EXPERT.

08/13/20 GMS   B190  A110   GATHER AND ORGANIZE DOCUMENTS        .20        34.00
                           FOR EXPERT REPORT.

08/14/20 EDW   B110  A104   REVIEWED DRAFT OF 2019 REPORT        .10        30.00
                           FROM CRI FROM MS. ZUNIGA.

08/14/20 EDW   B110  A104   REVIEWED ISSUES REGARDING            .30        90.00
                           OUTBURST AT DEPOSITION AND
                           POSSIBLE ACTION.

08/14/20 EDW   B110  A109   PREPARING FOR AND ATTENDED          5.00     1,500.00
                           DEPOSITION OF MS. ZUNIGA.

08/14/20 EDW   B110  A103   DRAFTED NOTICE OF DEPOSITION         .30        90.00
                           OF BRG.

08/14/20 EDW   B110  A107   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           STANG RE DEPO OUTBURST.

08/14/20 EDW   B110  A104   REVIEWED REPORT REGARDING            .10        30.00
                           STATUS CONFERENCE.

08/14/20 EDW   B110  A104   REVIEWED STATUS REGARDING            .30        90.00
                           VERIFICATIONS AND DISCOVERY
                           RESPONSES.

08/14/20 EDW   B110  A104   RECEIVED AND REVIEWED                .10        30.00
                           INFORMATION REGARDING BOND
                           RATINGS FROM MS. ZUNIGA.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 169
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 08/14/20 | EDW | B110 | A109 | MEETING WITH MR. RIGGS AND MS. ZUNIGA REGARDING PREPARING FOR DEPOSITION OF BRG. | 3.00 | 900.00 |
| 08/14/20 | EJF | B110 | A101 | PREPARE FOR HEARING ON MOTION TO DISMISS; | 2.80 | 1,372.00 |
| 08/14/20 | JJL | B110 | A109 | MEETING WITH THE CLIENT, KATHLEEN ZUNIGA AND STEVE RIGGS FOR DEPOSITION PREPARATION | 1.40 | 420.00 |
| 08/14/20 | JJL | B110 | A101 | PREPARATION WITH STEVE RIGGS FOR DEPOSITION | 4.30 | 1,290.00 |
| 08/14/20 | JJL | B110 | A104 | REVIEW FINAL FILED OBJECTION TO THE MOTION TO DISMISS | .90 | 270.00 |
| 08/14/20 | JRT | B190 | A104 | ANALYZE SEVERAL EMAILS INTERNALLY TO DETERMINE HOW TO PROCEED IN LIGHT OF OUTBURSTS AT RECENT DEPOSITION. | 2.20 | 660.00 |
| 08/14/20 | RPV | B310 | A105 | EMAILS FROM AND TO AND OFFICE CONFERENCE MS. ASHLEY REGARDING NOTICING ISSUES. | .50 | 245.00 |
| 08/14/20 | RPV | B190 | A108 | EMAILS TO AND FROM MR. KEARNEY AND MS. FUTRELL REGARDING OPPOSITION TO THE UCCS MOTION TO DISMISS. | .20 | 98.00 |
| 08/14/20 | RPV | B110 | A105 | EMAIL FROM MS. FUTRELL REGARDING ORDER GRANTING MOTION EXCLUSIVE PERIODS. | .10 | 49.00 |
| 08/14/20 | RPV | B190 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING MOTION TO LIFT STAY AND DISCOVERY ISSUED BY MR. LANDWEHR AND STATUS OF DEPOSITIONS . | .60 | 294.00 |
| 08/14/20 | RPV | B310 | A108 | EMAILS FROM AND TO MS. CANTOR REGARDING NOTICING ISSUES. | .70 | 343.00 |

<span style="color:red">**EXHIBIT E**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 170
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/14/20 RPV | B310 | A106 | EMAILS AMONG TEAM AND CLIENT REGARDING NOTICING AND BAR DATE ISSUES. | .60 | 294.00 |
| 08/14/20 RPV | B310 | A107 | EMAIL FROM AND TO MR. MINTZ AND MR. MURRAY REGARDING NOTICING EXPERT. | .20 | 98.00 |
| 08/14/20 RPV | B310 | A106 | EMAILS TO AND FROM TEAM AND CLIENT REGARDING US TRUSTEE'S OBJECTIONS TO BAR DATE MOTION | .30 | 147.00 |
| 08/14/20 RPV | B190 | A105 | EMAILS TO AND FROM JW TEAM REGARDING COMMENT MADE DURING DEPOSITION BY OPPOSING COUNSEL. | .30 | 147.00 |
| 08/14/20 RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING UPDATE ON STATUS CONFERENCE. | .50 | 245.00 |
| 08/14/20 RPV | B310 | A102 | RESEARCH REGARDING NOTICING ISSUES | 2.50 | 1,225.00 |
| 08/14/20 RPV | B310 | A109 | PREPARING FOR AND PARTICIPATED IN STATUS CONFERENCE WITH COURT. | .70 | 343.00 |
| 08/14/20 WGZ | B410 | A104 | STRATEGY REGARDING DEPOSITION AND COMMITTEE'S OBSCENITIES DURING DEPOSITION. | .90 | 270.00 |
| 08/14/20 WGZ | B410 | A106 | CONFIDENCES WITH ARCHDIOCESE'S REPRESENTATIVE. | .70 | 210.00 |
| 08/14/20 LFA | B110 | A103 | REVISED NOTICE ISSUES MEMO IN CONNECTION WITH BAR DATE MOTION (1.5); CORRESPONDENCES WITH MR. VANCE AND MR. MINTZ REGARDING SAME (.4) | 1.90 | 760.00 |
| 08/14/20 LFA | B110 | A103 | MULTIPLE CORRESPONDENCES WITH UST AND UCC ATTORNEYS REGARDING RESPONSES TO QUESTIONS ON OCP DECLARATIONS. | 1.00 | 400.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 171
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/14/20 MAM | B190 | A101 | PEPARE FOR AND ATTEND DEPOSITION OF MS. ZUNIGA (5.0).  PREPARE FOR AND ATTEND STATUS CONFERENCE ON BAR DATE (1.2). | 6.20 | 2,480.00 |
| 08/14/20 AK | B310 | A104 | REVIEWED DOCUMENTS PRODUCTIONS AND WRITTEN RESPONSES TO DETERMINE ANY OUTSTANDING DISCOVERY. | .70 | 175.00 |
| 08/14/20 AK | B310 | A103 | REVISED VERIFICATIONS FOR DISCOVERY RESPONSES. | .20 | 50.00 |
| 08/14/20 AK | B310 | A104 | ANALYZED DISCOVERY RESPONSES IN ORDER TO PREPARE FOR 30(B)(6) DEPOSITIONS. | .60 | 150.00 |
| 08/14/20 LHS | B190 | A104 | REVIEW ABILITY OF A PARTY TO APPEAL AN OTHERWISE UN-REVIEWABLE DECISIONS BECAUSE OF A RELATED APPEAL. | 1.80 | 450.00 |
| 08/14/20 LHS | B190 | A104 | REVIEW DISCOVERY PRODUCED IN CONNECTION WITH THE OBJECTION TO THE MOTION TO DISMISS. | 1.70 | 425.00 |
| 08/14/20 LHS | B190 | A103 | FINALIZE ALTERNATIVE NOTICE PROGRAM. | 1.90 | 475.00 |
| 08/14/20 SAO | B190 | A104 | REVIEW HANCOCK WHITNEY BANK'S OBJECTION TO MOTION TO DISMISS (0.1); REVIEW THE APOSTOLATES' OBJECTION TO MOTION TO DISMISS (0.1). | .20 | 50.00 |
| 08/14/20 SAO | B110 | A104 | REVIEW ORDER SCHEDULING STATUS CONFERENCE [ECF NO. 339. | .10 | 25.00 |
| 08/14/20 SAO | B190 | A104 | REVIEW U.S. TRUSTEE'S OBJECTION TO DEBTOR'S BAR DATE MOTION. | .10 | 25.00 |
| 08/14/20 SAO | B190 | A105 | CORRESPONDENCE WITH JONES WALKER TEAM REGARDING THE DEBTOR'S 30(B)(6) DEPOSITION OF PAUL N. SHIELDS IN CONNECTION WITH THE MOTION TO DISMISS. | .30 | 75.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 172
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/15/20 EDW    B110  A104   RECEIVED AND REVIEWED REQUEST       .30        90.00
                            FOR DOCUMENTS AND INFORMATION
                            FROM MR. MORRIS.

08/15/20 EDW    B110  A106   RECEIVED AND REVIEWED              .30        90.00
                            ELECTRONIC MEMO FROM THE
                            CLIENT REGARDING PRODUCTION
                            OF DOCUMENTS IN STATE COURT
                            CASE AND RESPONDED.

08/15/20 EDW    B110  A104   REVIEWED EXHIBITS FOR EXPERT       .50       150.00
                            DEPOSITION.

08/15/20 EDW    B110  A103   DRAFTED OUTLINE OF DEPOSITION     5.00     1,500.00
                            OF BRG.

08/15/20 EDW    B110  A107   RECEIVED AND REVIEWED             .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            BOLDISSAR WITH NOTICE OF
                            DEPOSITION FOR PAUL
                            SHIELDS/BRG.

08/15/20 EDW    B110  A104   REVIEWED ISSUES REGARDING         .50       150.00
                            EXHIBITS FOR HEARING ON
                            MOTION TO DISMISS,

08/15/20 EDW    B110  A107   RECEIVED AND REVIEWED             .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            BOLDISSAR REGARDING
                            DEPOSITION.

08/15/20 EDW    B110  A104   REVIEWED DOCUMENTS FOR USE AT     .50       150.00
                            BRG DEPOSITION.

08/15/20 EJF    B110  A101   PREPARE MATERIALS FOR HEARING    6.20     3,038.00
                            ON MOTION TO DISMISS;

08/15/20 EJF    B110  A105   MEMOS TO AND FROM MR. SELF RE     .80       392.00
                            EXHIBITS (.3); MR. MINTZ RE
                            SAME (.1), AND MR. WEGMANN RE
                            SAME (.4);

08/15/20 RPV    B190  A105   EMAILS AMONG JW TEAM             .30       147.00
                            REGARDING REVIEW OF COMMITTEE
                            EXHIBITS RESPONSES.

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 173
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 08/15/20 | MAM | B190 | A101 | WORK ON MOTION TO DISMISS HEARING AND PREPARATIONS FOR DEPOSITIONS | 6.20 | 2,480.00 |
| 08/15/20 | AK | B310 | A104 | REVIEWED EXHIBITS FOR MOTION TO DISMISS HEARING. | .40 | 100.00 |
| 08/15/20 | LHS | B190 | A103 | CREATE EXHIBITS FOR HEARING ON AUGUST 20, 2020. | 7.40 | 1,850.00 |
| 08/15/20 | LHS | B190 | A103 | UPDATE EXHIBIT LIST FOR HEARING ON 8/20/2020. | 1.00 | 250.00 |
| 08/16/20 | EDW | B110 | A104 | REVIEWED COMMITTEE EXHIBITS AND ISSUES REGARDING SAME. | .50 | 150.00 |
| 08/16/20 | EDW | B110 | A104 | REVIEWED THE ARCHDIOCESE'S EXHIBITS AND ISSUES REGARDING SAME. | .80 | 240.00 |
| 08/16/20 | EDW | B110 | A101 | WORKED ON PREPARATION OF DEPOSITION OF BRG. | 5.50 | 1,650.00 |
| 08/16/20 | EDW | B110 | A107 | ELECTRONIC MEMO TO MR. BOLDISSAR WITH REVISED CRI CHART. | .10 | 30.00 |
| 08/16/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED EMAILS REGARDING OUTBURST AND ISSUES REGARDING SAME. | .10 | 30.00 |
| 08/16/20 | EJF | B110 | A103 | WORK ON HEARING MEMO (2.8); REVIEW AND WORK ON WITNESS LIST (.5); | 3.30 | 1,617.00 |
| 08/16/20 | JJL | B110 | A104 | REVIEWED POINTS AND PROOF OUTLINE | .40 | 120.00 |
| 08/16/20 | JJL | B110 | A108 | REVIEWED CORRESPONDENCE FROM KATHLEEN ZUNIGA | .30 | 90.00 |
| 08/16/20 | JJL | B110 | A104 | REVIEW UCC'S PROPOSED STIPULATION RE ITS EXHIBITS; ANALYZE AND DEVELOP STRATEGY REGARDING PLAINTIFF'S EXHIBITS FOR MOTION TO DISMISS | 1.40 | 420.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 174
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/16/20 | JRT | B190 | A109 | ATTEND MEETING WITH CLIENT REGARDING MOTION TO DISMISS AND OTHER DISCOVERY ISSUES. | 1.50 | 450.00 |
| 08/16/20 | JRT | B190 | A102 | LEGAL RESEARCH ON DEPOSITION AND DISCOVERY ABUSES. | 1.40 | 420.00 |
| 08/16/20 | RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING MOTION TO DISMISS SCHEDULE. | .20 | 98.00 |
| 08/16/20 | RPV | B190 | A104 | REVIEWED MEMO REGARDING DEPOSITION ISSUES | .20 | 98.00 |
| 08/16/20 | RPV | B190 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING EXHIBITS FOR OPPOSITION TO MOTION TO DISMISS | .20 | 98.00 |
| 08/16/20 | RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING DEPOSITION MISCONDUCT BY OPPOSING COUNSEL AND STRATEGY IN PROCEEDINGS. | .30 | 147.00 |
| 08/16/20 | RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING REVIEW OF COMMITTEE EXHIBITS RESPONSES. | .10 | 49.00 |
| 08/16/20 | WGZ | B410 | A104 | ANALYSIS OF DEPOSITION TRANSCRIPT OF FATHER CARR. | .50 | 150.00 |
| 08/16/20 | WGZ | B410 | A106 | STRATEGY CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE AND J. TILLERY. | 1.00 | 300.00 |
| 08/16/20 | WGZ | B410 | A105 | EMAILS REGARDING STRATEGY REGARDING COMMITTEE'S ABUSE OF DISCOVERY PROCESS. | .50 | 150.00 |
| 08/16/20 | MAM | B190 | A101 | WORK ON DEPOSITION FOR RIGGS AND BRG EXPERT (3.1). VARIOUS CONFERENCES REGARDING THE SAME. WORK ON EXHIBITS RELATED OT THE SAME (3.1). PREPARE WITNESS FOR DEPOSITIONS. WORK ON MOTION TO DISMISS EVIDENCE AND EXHIBITS LISTS (2.6). | 8.80 | 3,520.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 175
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/16/20 | AK | B310 | A104 | WORKED ON RESPONSE TO COMMITTEE'S EXHIBITS FOR HEARING ON MOTION TO DISMISS. | .30 | 75.00 |
| 08/16/20 | AK | B310 | A104 | REVIEWED AND FINALIZED EXHIBITS FOR HEARING ON MOTION TO DISMISS. | 1.20 | 300.00 |
| 08/16/20 | AK | B310 | A104 | REVIEWED TRANSCRIPTS OF 30(B)(6) DEPOSITIONS FOR CONFIDENTIALITY. | .70 | 175.00 |
| 08/16/20 | LHS | B190 | A104 | REVIEW COMMITTEE EXHIBITS FROM MOTION TO DISMISS. | 1.20 | 300.00 |
| 08/16/20 | LHS | B190 | A102 | RESEARCH CASE LAW ON TAKING JUDICIAL NOTICE. | .60 | 150.00 |
| 08/16/20 | LHS | B190 | A105 | COMMUNICATE WITH MR. MINTZ REGARDING ORAL ARGUMENT ON MOTION TO DISMISS. | .80 | 200.00 |
| 08/16/20 | LHS | B190 | A103 | FINALIZE EXHIBITS FOR HEARING ON MOTION TO DISMISS. | 2.60 | 650.00 |
| 08/16/20 | LHS | B190 | A104 | REVIEW POTENTIAL JOINT EXHIBITS FOR THE HEARING ON THE MOTION TO DISMISS. | .90 | 225.00 |
| 08/16/20 | LHS | B190 | A104 | UPDATE EXHIBIT LIST FOR MOTION TO DISMISS. | .80 | 200.00 |
| 08/16/20 | LHS | B190 | A103 | CREATE DOCUMENT HIGHLIGHTING ECONOMIC INFORMATION ABOUT THE DEBTOR. | .70 | 175.00 |
| 08/16/20 | LHS | B190 | A103 | PREPARE EXHIBITS FOR THE HEARING ON AUGUST 20, 20202. | 1.80 | 450.00 |
| 08/16/20 | LHS | B190 | A103 | SUBSTITUTE UPDATED VERSIONS OF EXHIBITS. | .40 | 100.00 |
| 08/16/20 | GMS | B190 | A105 | COMMUNICATIONS CONCERNING NEED FOR SHAREFILE FOLDER, UPLOAD OF ANO EXHIBITS AND PROVIDING LINK TO SHAREFILE FOLDER FOR SERVICE OF EXHIBITS. | .10 | 17.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 176
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/16/20 | GMS | B190 | A110 | COMPRESS ANO EXHIBITS TO MOTION TO DISMISS IN PREPARATION OF UPLOAD TO SHARE FILE. | .10 | 17.00 |
| 08/16/20 | GMS | B190 | A110 | PREPARE SHAREFILE FOLDER WITH DESIGNATED USER ACCOUNT ACCESS. | .10 | 17.00 |
| 08/16/20 | GMS | B190 | A110 | UPLOAD DATA TO SHAREFILE FOLDER AND COPY FOLDER LINK FOR SHARING OF FOLDER. | .30 | 51.00 |
| 08/17/20 | EDW | B110 | A104 | REVIEWED EXHIBITS FOR EXPERT DEPOSITIONS. | .50 | 150.00 |
| 08/17/20 | EDW | B110 | A101 | PREPARING FOR DEPOSITION OF STEVE RIGGS, THE ARCHDIOCESE'S EXPERT. | 1.00 | 300.00 |
| 08/17/20 | EDW | B110 | A109 | ATTENDED DEPOSITION OF STEVE RIGGS, THE ARCHDIOCESE'S EXPERT. | 7.80 | 2,340.00 |
| 08/17/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING STATUS AND HEARING ON MOTION TO DISMISS. | .10 | 30.00 |
| 08/17/20 | EDW | B110 | A104 | REVIEWED EXHIBITS FOR HEARING ON MOTION TO DISMISS. | .30 | 90.00 |
| 08/17/20 | EDW | B110 | A109 | ATTENDED DEPOSITION OF PAUL SHIELDS, BRG, THE COMMITTEE'S EXPERT. | 3.50 | 1,050.00 |
| 08/17/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. BROWN WITH COMMITTEE'S PRELIMINARY WITNESS LIST. | .30 | 90.00 |
| 08/17/20 | EJF | B110 | A104 | WORK ON HEARING MEMO (1.7); REVIEW EXHIBIT LISTS AND EMAILS RE SAME (1.5); | 3.20 | 1,568.00 |
| 08/17/20 | JJL | B110 | A109 | PARTICIPATE IN STRATEGY SESSION AND UPDATE | .90 | 270.00 |
| 08/17/20 | JRT | B190 | A105 | ATTEND TEAM MEETING. | .00 | NO CHARGE |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 177
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/17/20 JRT    B190  A104   WORK ON STRATEGY FOR ISSUES         .70        210.00
                            RELATED TO MOTION TO DISMISS.

08/17/20 JRT    B190  A104   STUDY PLAN FOR MOTIONS AND          .80        240.00
                            DISCOVERY.

08/17/20 RPV    B190  A104   RECEIVED AND REVIEWED DRAFT        1.00        490.00
                            OF DEBTOR'S OPPOSITION TO
                            COMMITTEE'S MOTION TO COMPEL
                            AND OFFICE CONFERENCE WITH
                            MS. OPPENHEIMER REGARDING
                            PROPOSED REVISIONS TO SAME.

08/17/20 RPV    B190  A105   OFFICE CONFERENCE WITH JW          1.00        490.00
                            TEAM REGARDING STATUS OF
                            PROJECTS AND HEARINGS,
                            STRATEGIC ISSUES AND RELATED
                            MATTERS

08/17/20 RPV    B190  A106   OFFICE CONFERENCE WITH CLIENT       .20         98.00
                            REGARDING PRESS INQUIRY

08/17/20 RPV    B190  A106   DRAFTED RESPONSES TO PRESS          .70        343.00
                            INQUIRY

08/17/20 RPV    B190  A105   EMAILS TO AND FROM AND OFFICE       .50        245.00
                            CONFERENCE WITH MS. LAURA
                            ASHLEY REGARDING NOTICE ISSUES

08/17/20 RPV    B190  A105   EMAILS TO AND FROM AND OFFICE       .60        294.00
                            CONFERENCE WITH MR. MINTZ
                            REGARDING DEPOSITIONS, NOTICE
                            ISSUES AND MOTION TO DISMISS

08/17/20 RPV    B210  A106   RECEIVED AND REVIEWED EMAILS        .50        245.00
                            FROM AND TO CLIENT REGARDING
                            ORDINARY COURSE TRANSACTION

08/17/20 RPV    B210  A104   RECEIVED AND REVIEWED FEE           .30        147.00
                            DEFERRAL AGREEMENT.

08/17/20 RPV    B210  A106   EMAILS FROM AND TO MS,             .30        147.00
                            ZERINGUE REGARDING FEE
                            DEFERRAL AGREEMENT.

08/17/20 RPV    B190  A103   RECEIVED AND REVIEWED REVISED       .50        245.00
                            DRAFT OF THE OPPOSITION TO
                            THE COMMITTEES MOTION TO
                            COMPEL.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 178
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/17/20 RPV | B210 | A105 | EMAILS FROM MS, FUTRELL REGARDING DRAFT SETTLEMENT AGREEMENT WITH THE BOND TRUSTEE. | .10 | 49.00 |
| 08/17/20 RPV | B190 | A104 | EMAILS FROM MS, ASHLEY AND THE CLIENT REGARDING AGENDA FOR AUGUST 20, 2002; 1:30 OMNIBUS HEARINGS. | .10 | 49.00 |
| 08/17/20 WGZ | B410 | A105 | EMAILS WITH JW BANKRUPTCY TEAM. | .60 | 180.00 |
| 08/17/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE. | .60 | 180.00 |
| 08/17/20 WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING. | .50 | 150.00 |
| 08/17/20 WGZ | B410 | A105 | STRATEGY MEETING WITH BANKRUPTCY AND CDC LITIGATION TEAMS. | 1.00 | 300.00 |
| 08/17/20 WGZ | B410 | A104 | ANALYSIS OF EXHIBITS REGARDING HEARING ON MOTION TO DISMISS. | 1.10 | 330.00 |
| 08/17/20 WGZ | B410 | A103 | WORKING ON ISSUES WITH RESPECT TO BAR DATE AND BAR DATE DISCOVERY. | .90 | 270.00 |
| 08/17/20 WGZ | B410 | A105 | EMAILS REGARDING SUBPOENA DUCES TECUM IN LAFAYETTE CASE. | .50 | 150.00 |
| 08/17/20 LFA | B210 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING EXHIBITS (.4); WITH MR. DRAPER REGARDING PROOF OF CLAIM AND BAR DATE MATERIALS (.4); WITH DYLAN KNOLL REGARDING SUCCESSION OF PATORNO – MOTION FOR APPROVAL (.2). | 1.00 | 400.00 |
| 08/17/20 LFA | B110 | A103 | CALL WITH MR. DRAPER TO DISCUSS POC BAR DATE MOTION AND ORDER (.5); WORKED ON SAME (1.0). | 1.50 | 600.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 179
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/17/20 LFA   B110  A103  DRAFTED AGENDA FOR OMNIBUS        1.40       560.00
                          HEARING (1.0); REVIEWED
                          OUTSTANDING MATTERS TO ASSIST
                          WITH SAME (.4).

08/17/20 MAM   B190  A101  PREPARE FOR AND ATTEND           17.30     6,920.00
                          DEPOSITION OF PAUL SHIELDS
                          AND STEVE RIGGS

08/17/20 AK    B310  A103  WORKED ON FINAL WITNESS AND        .60       150.00
                          EXHIBIT LIST.

08/17/20 AK    B310  A104  WORKED ON OPPOSITION TO           .40       100.00
                          MOTION TO COMPEL.

08/17/20 AK    B310  A104  ANALYZED DRAFT EXHIBIT LIST       .20        50.00
                          IN ORDER TO PREPARE FINAL
                          WITNESS AND EXHIBIT LIST FOR
                          HEARING ON MOTION TO DISMISS.

08/17/20 AK    B310  A104  REVIEWED OUTSTANDING             .20        50.00
                          DISCOVERY REQUESTS AND
                          OBJECTIONS IN ORDER TO
                          PREPARE FOR HEARING ON MOTION
                          TO DISMISS.

08/17/20 LHS   B190  A102  REVIEW MEMO REGARDING APPEAL     2.90       725.00
                          OF MOTION TO REFER (0.6));
                          CONDUCT ADDITIONAL RESEARCH
                          ON PENDANT APPELLATE
                          JURISDICTION (2.3).

08/17/20 LHS   B190  A104  REVIEW DEPOSITION OF JEFFERY     .40       100.00
                          ENTWISLE.

08/17/20 LHS   B190  A104  REVIEW EXPERT REPORT OF STEVE    .80       200.00
                          RIGGS.

08/17/20 LHS   B190  A104  REVIEW THE COMMITTEE'S          1.60       400.00
                          EXHIBITS FOR POTENTIAL JOINT
                          EXHIBITS.

08/17/20 SAO   B110  A110  UPDATE TRACKING OF DEADLINES     .40       100.00
                          BASED ON MEMO TO RECORD OF
                          HEARING HELD ON AUGUST 14,
                          2020.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 180
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/17/20 SAO | B110 | A103 | REVISE NOTICE OF AGENDA FOR AUGUST 20, 2020 TELEPHONIC HEARING. | .50 | 125.00 |
| 08/17/20 SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. VANCE REGARDING DEBTOR'S OPPOSITION TO THE COMMITTEE'S MOTION TO COMPEL. | .30 | 75.00 |
| 08/17/20 SAO | B190 | A103 | REVISE OPPOSITION TO THE COMMITTEE'S MOTION TO COMPEL PER COMMENTS FROM MR. VANCE. | 4.40 | 1,100.00 |
| 08/17/20 VWG | B320 | A102 | RESEARCH AND REVIEW OF CASES INVOLVING ISSUES RELATED TO THIRD PARTY CLAIMS AGAINST INSURER. | 4.50 | 1,350.00 |
| 08/18/20 EDW | B110 | A108 | ELECTRONIC MEMO TO MR. RIGGS REGARDING HEARING. | .10 | 30.00 |
| 08/18/20 EDW | B110 | A101 | PREPARING FOR HEARING ON MOTION TO DISMISS. | 3.20 | 960.00 |
| 08/18/20 EDW | B110 | A104 | REVIEWED COMMITTEE'S DEMONSTRATIVE EXHIBITS. | .50 | 150.00 |
| 08/18/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. CANTOR REGARDING HEARING TRANSCRIPT. | .10 | 30.00 |
| 08/18/20 EDW | B110 | A104 | REVIEWED JOINT EXHIBIT LIST. | .30 | 90.00 |
| 08/18/20 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH UCC COUNSEL REGARDING HEARING AND EXHIBITS. | .80 | 240.00 |
| 08/18/20 EDW | B110 | A108 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. RIGGS REGARDING QUESTIONS. | .20 | 60.00 |
| 08/18/20 EDW | B110 | A108 | ELECTRONIC MEMO TO MR. RIGGS WITH DEPOSITION TRANSCRIPT. | .10 | 30.00 |
| 08/18/20 EJF | B320 | A102 | RESEARCH PLAN ISSUES; | 4.80 | 2,352.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 181
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/18/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED RECAP FROM BANKRUPTCY COURT HEARING ON MOTION TO DISMISS; EXHIBITS, WITNESSES, POST TRIAL BRIEFS, ETC. | .10 | 30.00 |
| 08/18/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MS. FUTRELL REGARDING NOTICE AND UNKNOWN CLAIMS ISSUES | .70 | 343.00 |
| 08/18/20 | RPV | B190 | A104 | REVIEWED REVISED OPPOSITION TO MOTION TO COMPEL AND RESEARCH ON RELATED LEGAL ISSUES | 2.00 | 980.00 |
| 08/18/20 | RPV | B190 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING NOTICE AND UNKNOWN CLAIMS ISSUES | .70 | 343.00 |
| 08/18/20 | RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING MOTION TO DISMISS AND NOTICE ISSUES | .70 | 343.00 |
| 08/18/20 | RPV | B190 | A105 | EMAILS FROM/TO CLIENT AND TEAM REGARDING MOTION TO DISMISS ISSUES AND NOTICE AND BAR DATE ISSUES | .90 | 441.00 |
| 08/18/20 | RPV | B190 | A104 | REVIEWED ANO EXHIBIT LIST FOR MOTION TO DISMISS HEARING. | .30 | 147.00 |
| 08/18/20 | WGZ | B410 | A106 | ASSIST ARCHDIOCESE WITH PUBLIC RELATIONS ISSUES. | 1.50 | 450.00 |
| 08/18/20 | WGZ | B410 | A104 | ANALYSIS OF DEPOSITION TRANSCRIPTS. | 1.60 | 480.00 |
| 08/18/20 | WGZ | B410 | A104 | STRATEGY REGARDING WITNESS PREPARATION. | .80 | 240.00 |
| 08/18/20 | LFA | B110 | A106 | CORRESPONDED WITH CLIENT REGARDING RESOLVED OCP ISSUES AND NEXT STEPS. | .40 | 160.00 |
| 08/18/20 | LFA | B210 | A108 | MULTIPLE CALLS WITH MR. VANCE, MR. DRAPER, MS. CANTOR AND MR. KEUBEL REGARDING BAR DATE MOTION, NOTICE ISSUES. | 3.00 | 1,200.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 182
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/18/20 LFA   B110  A101   PLANNED AND PREPARED FOR        2.00      800.00
                           CALLS REGARDING BAR DATE
                           ISSUES.

08/18/20 MAM   B190  A101   PREPARE FOR HEARING ON MOTION  12.30    4,920.00
                           TO DISMISS. WRITE ARGUMENT
                           REGARING THE SAME (8.4).
                           PREPARE EXHIBITS REGARDING
                           THE SAME (3.9)PREPARE FOR AND
                           .

08/18/20 AK    B310  A103   WORKED ON OUTLINE OF CROSS      1.60      400.00
                           EXAMINATION QUESTIONS OF
                           STEVE RIGGS.

08/18/20 AK    B310  A104   ANALYZED DOCUMENTS TO PRODUCE    .40      100.00
                           IN RESPONSE TO DISCOVERY
                           REQUESTS.

08/18/20 AK    B310  A103   WORKED ON OUTLINE OF DIRECT     1.80      450.00
                           EXAMINATION QUESTIONS FOR
                           JEFFREY ENTWISLE IN ORDER TO
                           PREPARE FOR HEARING ON MOTION
                           TO DISMISS.

08/18/20 AK    B310  A104   REVIEWED COMMITTEE'S EXHIBITS   1.20      300.00
                           FOR HEARING ON MOTION TO
                           DISMISS TO DETERMINE
                           CONFIDENTIAL MATERIAL
                           PROTECTED BY PROTECTIVE ORDER.

08/18/20 AK    B310  A104   ANALYZED ARCHDIOCESE'S           .60      150.00
                           PROPOSED EXHIBITS IN ORDER TO
                           COMPLY WITH SCHEDULING ORDER.

08/18/20 AK    B310  A104   REVIEWED JOINT EXHIBIT LIST      .20       50.00
                           IN ORDER TO PREPARE FOR
                           HEARING ON MOTION TO DISMISS.

08/18/20 AK    B310  A104   REVIEWED SCHEDULING ORDER IN     .10       25.00
                           ORDER TO PREPARE FOR HEARING
                           ON MOTION TO DISMISS.

08/18/20 AK    B310  A104   WORKED ON AND FINALIZED          .60      150.00
                           EXHIBITS FOR HEARING ON
                           MOTION TO DISMISS.

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 183
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/18/20 AK    B310  A104   REVIEWED DEPOSITION              1.90        475.00
                           TRANSCRIPT OF FATHER PATRICK
                           CARR IN ORDER TO PREPARE FOR
                           HEARING ON MOTION TO DISMISS.

08/18/20 LHS   B190  A103   FINALIZE JOINT EXHIBITS FOR      9.30      2,325.00
                           HEARING ON MOTION TO DISMISS.

08/18/20 LHS   B190  A103   DRAFT JOINT EXHIBIT LIST.        1.20        300.00

08/18/20 LHS   B190  A103   COORDINATE WITH COMMITTEE         .90        225.00
                           COUNSEL REGARDING JOINT
                           EXHIBIT LIST FOR MOTION TO
                           DISMISS.

08/18/20 LHS   B190  A103   PREPARE FILES TO SEND TO DOUG     .60        150.00
                           DRAPER FOR REVIEW OF THE BAR
                           DATE.

08/18/20 LHS   B190  A108   COMMUNICATE WITH DOUG DRAPER      .10         25.00
                           REGARDING BAR DATE QUESTION.

08/18/20 LHS   B190  A108   CONFERENCE CALL WITH              .50        125.00
                           COMMITTEE TOW WORK OUT
                           ADMISSIBILITY OF EXHIBITS.

08/18/20 SAO   B190  A102   CONTINUE RESEARCHING CASE LAW     .50        125.00
                           DISTINGUISHING BETWEEN KNOWN
                           AND UNKNOWN CREDITORS FOR
                           PURPOSES OF BAR DATE NOTICE.

08/18/20 SAO   B190  A103   CONTINUE REVISING OPPOSITION     1.90        475.00
                           TO THE COMMITTEE'S EXPEDITED
                           MOTION TO COMPEL PER COMMENTS
                           FROM MR. VANCE.

08/18/20 SAO   B190  A104   REVIEW EMAILS FROM MR. VANCE      .30         75.00
                           REGARDING OPPOSITION TO
                           MOTION TO COMPEL AND RELATED
                           BAR DATE ISSUES.

08/18/20 VWG   B320  A102   DRAFTING MEMORANDUM TO MR.       4.50      1,350.00
                           VANCE REGARDING LEGAL ISSUES
                           RELATED TO CLAIMS AGAINST
                           INSURER.

08/18/20 GMS   B190  A110   EXTRACTION OF ZIP FILES           .20         34.00
                           RECEIVED FROM OPPOSING
                           COUNSEL.
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 184
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/18/20 GMS   B190  A106   COMMUNICATIONS WITH MR.EAGAN          .10         17.00
                           CONCERNING CONFIRMATION OF
                           DATA DOWNLOAD.

08/18/20 GMS   B190  A105   COMMUNICATIONS WITH MS.               .10         17.00
                           KINGSMILL CONCERNING ZIP
                           FILES NEEDING EXTRACTION.

08/18/20 GMS   B190  A105   COMMUNICATIONS WITH MS.               .10         17.00
                           KINGSMILL CONCERNING INTAKE
                           AND PRODUCTION OF DOCUMENTS.

08/18/20 GMS   B190  A110   DOWNLOAD DOCUMENTS FROM               .90        153.00
                           CLIENT GOOGLE DRIVE AND
                           MANAGEMENT OF DATA FOR
                           PRODUCTION.

08/18/20 GMS   B190  A105   COMMUNICATIONS WITH PRACTICE          .10         17.00
                           SUPPORT CONCERNING NEED FOR
                           PROCESSING OF SELECTED
                           DOCUMENTS FOR PRODUCTION.

08/18/20 GMS   B190  A110   INTAKE AND MANAGEMENT OF              .10         17.00
                           SELECTED EXHIBITS FROM
                           OPPOSING COUNSEL.

08/18/20 GMS   B190  A107   MONITOR COMMUNICATIONS AMONG          .30         51.00
                           JONES WALKER ATTORNEYS AND
                           OPPOSING COUNSEL FOR UPDATED
                           INFORMATION CONCERNING
                           EXHIBITS.

08/18/20 GMS   B190  A105   COMMUNICATIONS FROM MR. MINTZ         .10         17.00
                           CONCERNING SELECTED DOCUMENT
                           FOR PRODUCTION.

08/19/20 EDW   B110  A101   PREPARING FOR HEARING ON             7.00      2,100.00
                           MOTION TO DISMISS, INCLUDING
                           ARGUMENT AND REVIEWED
                           DEPOSITION TRANSCRIPTS AND
                           EXHIBITS.

08/19/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH          .20         60.00
                           MR. BOLDISSAR REGARDING
                           HEARING AND EXHIBITS.

08/19/20 EJF   B320  A103   DRAFT AND REVISE MEMO RE PLAN        4.90      2,401.00
                           RELATED ISSUES;

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 185
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/19/20 EJF | B320 | A105 | MEMOS RE PLAN RELATED ISSUES; | .50 | 245.00 |
|---|---|---|---|---|---|
| 08/19/20 EJF | B110 | A104 | REVIEW ARGUMENT FOR MOTION TO DISMISS; | .60 | 294.00 |
| 08/19/20 EJF | B110 | A105 | CONFERENCE CALL WITH MR. MINTZ RE SAME; | .50 | 245.00 |
| 08/19/20 JJL | B110 | A104 | RECEIVED AND REVIEWED UCC DEMONSTRATIVE EXHIBITS | .30 | 90.00 |
| 08/19/20 JJL | B110 | A104 | RECEIVED AND REVIEWED JOINTLY FILED EXHIBIT LISTS BY DEBTOR AND UCC | .20 | 60.00 |
| 08/19/20 JJL | B190 | A104 | REVIEWED DRAFT ARGUMENT OUTLINE | .30 | 90.00 |
| 08/19/20 JRT | B190 | A104 | STUDY EMAILS, BRIEFS AND OUTLINE FOR MOTION TO DISMISS. | 1.50 | 450.00 |
| 08/19/20 RPV | B190 | A104 | EMAILS AMONG JW TEAM REGARDING MOTION TO DISMISS ARGUMENT AND REVIEWED SAME | .50 | 245.00 |
| 08/19/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER AND MS. LAURA ASHLEY REGARDING UCC'S PROPOSED NOTICE PLEADING | 1.50 | 735.00 |
| 08/19/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH UCC COUNSEL AND MR. DRAPER REGARDING UCC'S PROPOSED NOTICE PLEADING | 1.50 | 735.00 |
| 08/19/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING UCC'S PROPOSED NOTICE PLEADING | .30 | 147.00 |
| 08/19/20 RPV | B310 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING MOTION TO DISMISS AND CALL WITH UCC'S COUNSEL REGARDING PROPOSED NOTICE PLEADING | .50 | 245.00 |
| 08/19/20 RPV | B310 | A105 | TELEPHONE CONVERSATION WITH MS. FUTRELL REGARDING MOTION TO DISMISS | .20 | 98.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 186
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/19/20 RPV   B210  A106   EMAILS FROM AND TO THE CLIENT        .10        49.00
                           REGARDING PRE-PETITION UNPAID
                           BILL

08/19/20 RPV   B190  A104   RECEIVED AND REVIEWED NEW DOE        .30       147.00
                           LAWSUIT .

08/19/20 RPV   B190  A106   EMAIL FROM MS ZERINGUE               .20        98.00
                           REGARDING DOE LAWSUIT.

08/19/20 RPV   B210  A105   EMAIL FROM AND OFFICE                .30       147.00
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING TRUST AGREEMENTS.

08/19/20 RPV   B190  A104   RECEIVED AND REVIEWED AMENDED        .20        98.00
                           JOINT EXHIBIT LIST FOR
                           HEARING ON MOTION TO DISMISS
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME

08/19/20 RPV   B190  A104   RECEIVED AND REVIEWED UCC'S          .20        98.00
                           DEMONSTRATIVE EXHIBIT LIST
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ. REGARDING SAME

08/19/20 WGZ   B410  A104   ANALYSIS OF UCC DEMONSTRATIVE       1.50       450.00
                           EXHIBITS AND JOINT EXHIBITS.

08/19/20 WGZ   B410  A104   STRATEGY REGARDING BAR DATE         1.40       420.00
                           MOTION.

08/19/20 WGZ   B410  A106   COMMUNICATIONS WITH GENERAL         1.20       360.00
                           COUNSEL FOR ARCHDIOCESE
                           REGARDING LITIGATION IN CDC
                           AND REMOVAL ISSUES.

08/19/20 WGZ   B410  A104   STRATEGY REGARDING ARGUMENT          .80       240.00
                           FOR OPPOSING MOTION TO
                           DISMISS.

08/19/20 LFA   B120  A103   PREPARED OUTLINE IN                 2.00       800.00
                           PREPARATION FOR LIFT STAY
                           HEARING.

08/19/20 LFA   B110  A107   MULTIPLE CALLS WITH MR. VANCE       2.50     1,000.00
                           AND MR. DRAPER TO DISCUSS BAR
                           DATE ISSUES (1.0); CONTINUED
                           WORKING ON BAR DATE ORDER AND
                           OUTSTANDING ISSUES TO RESOLVE
                           CONSTRUCTIVE NOTICE CLAIMS

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 187
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

                         (1.5).

08/19/20 MAM   B190   A101   WORK ON ARGUMENT FOR MOTION      19.20      7,680.00
                            TO DISMISS. PREPARE FOR
                            ARGUMENT ON THE MOTION TO
                            DISMISS

08/19/20 AK    B310   A104   ANALYZED AND COMPARED EXPERT       .30         75.00
                            REPORTS IN ORDER TO PREPARE
                            FOR HEARING ON MOTION TO
                            DISMISS.

08/19/20 AK    B310   A103   WORKED ON OUTLINE FOR ORAL        1.10        275.00
                            ARGUMENT AFTER REVIEWING
                            DEPOSITION TRANSCRIPTS.

08/19/20 AK    B310   A104   ANALYZED DEMONSTRATIVE            .40         100.00
                            EXHIBITS PREPARED BY
                            COMMITTEE FOR HEARING ON
                            MOTION TO DISMISS.

08/19/20 AK    B310   A104   ANALYZED TRANSCRIPT OF           1.10        275.00
                            JEFFREY ENTWISLE IN ORDER TO
                            PREPARE FOR HEARING ON MOTION
                            TO DISMISS.

08/19/20 AK    B310   A102   REVIEWED BANKRUPTCY CASES IN      .60         150.00
                            WHICH DEBTOR WAS SOLVENT IN
                            ORDER TO PREPARE FOR HEARING
                            ON MOTION TO DISMISS.

08/19/20 AK    B310   A104   ANALYZED OBJECTION TO MOTION      .40         100.00
                            TO DISMISS IN ORDER TO
                            PREPARE FOR HEARING ON MOTION
                            TO DISMISS.

08/19/20 AK    B310   A104   ANALYZED TRANSCRIPT OF STEVE     1.40        350.00
                            RIGGS IN ORDER TO PREPARE FOR
                            HEARING ON MOTION TO DISMISS.

08/19/20 AK    B310   A104   ANALYZED TRANSCRIPT OF PAUL      1.60        400.00
                            SHIELDS IN ORDER TO PREPARE
                            FOR HEARING ON MOTION TO
                            DISMISS.

08/19/20 AK    B310   A104   REVIEWED CONFIDENTIAL            1.20        300.00
                            EXHIBITS TO MOTION TO DISMISS
                            IN ORDER TO PREPARE FOR
                            HEARING.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 188
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/19/20 AK | B310 | A104 | REVIEWED DEPOSITION TRANSCRIPT FOR REFERENCES TO COVID-19 IN ORDER TO PREPARE FOR HEARING ON MOTION TO DISMISS. | .30 | 75.00 |
| 08/19/20 LHS | B190 | A105 | COMMUNICATE WITH MS. ASHLEY AND MR. VANCE REGARDING BAR DATE MOTION ISSUES. | .50 | 125.00 |
| 08/19/20 LHS | B190 | A104 | COMPARE REVISED BAR DATE TERMS TO THOSE CONTAINED IN OTHER BANKRUPTCIES. | 1.40 | 350.00 |
| 08/19/20 LHS | B190 | A104 | REVIEW EXHIBITS TO PREPARE FOR THE HEARING ON THE MOTION TO DISMISS. | 1.40 | 350.00 |
| 08/19/20 LHS | B190 | A103 | DRAFT ARGUMENTS FOR HEARING BASED ON RIGG'S TESTIMONY. | 2.10 | 525.00 |
| 08/19/20 LHS | B190 | A103 | DRAFT ARGUMENT FOR HEARING BASED ON ZUNIGA'S TESTIMONY. | 1.30 | 325.00 |
| 08/19/20 LHS | B190 | A104 | REVIEW ARGUMENT SUMMARY FOR MOTION TO DISMISS HEARING. | .70 | 175.00 |
| 08/19/20 SAO | B190 | A104 | REVIEW JOINT EXHIBIT LIST OF THE DEBTOR AND THE COMMITTEE IN CONNECTION WITH THE HEARING ON THE MOTION TO DISMISS (0.2); REVIEW THE COMMITTEE'S DEMONSTRATIVE EXHIBIT LIST REGARDING THE SAME (0.1). | .30 | 75.00 |
| 08/19/20 SAO | B310 | A102 | REVIEW APPLICATION FOR EXTENSION OF TIME TO FILE PROOFS OF CLAIM ON BEHALF OF UNKNOWN TORT CLAIMANTS IN DIOCESE OF ST. CLOUD BANKRUPTCY. | .10 | 25.00 |
| 08/19/20 M F | B120 | A107 | ELECTRONIC MEMO FROM J. CARTER REGARDING ELECTRONIC INSURANCE FILES | .10 | 30.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 189
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 08/19/20 | M F | B120 | A107 | SECOND ELECTRONIC MEMO FROM J. CARTER REGARDING ELECTRONIC INSURANCE FILES | .10 | 30.00 |
| 08/19/20 | M F | B120 | A106 | ELECTRONIC MEMO TO ARCHDIOCESE ARCHIVIST REGARDING ISSUES WITH INSURANCE DOCUMENTS | .20 | 60.00 |
| 08/20/20 | EDW | B110 | A109 | PREPARING FOR AND ATTENDED HEARING ON MOTION TO DISMISS. | 4.50 | 1,350.00 |
| 08/20/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING POST-HEARING BRIEF. | 1.50 | 450.00 |
| 08/20/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS BETWEEN UCC AND THE COURT. | .20 | 60.00 |
| 08/20/20 | EJF | B110 | A104 | REVIEW TRANSCRIPT OF HEARING ON MOTION TO DISMISS; | 1.60 | 784.00 |
| 08/20/20 | EJF | B110 | A105 | MEMOS REGARDING ISSUES FOR REPLY MEMO; | .80 | 392.00 |
| 08/20/20 | JRT | B190 | A104 | STUDY AND COMMENT ON MOTION TO DISMISS. | 1.20 | 360.00 |
| 08/20/20 | RPV | B310 | A106 | DRAFTED MEMO TO CLIENT REGARDING REVISIONS TO NOTICE AND BAR DATE PLEADING. | 1.50 | 735.00 |
| 08/20/20 | RPV | B190 | A105 | EMAILS TO AND FROM AND OFFICE CONFERENCE WITH MS, OPPENHEIM REGARDING REVISIONS TO OPPOSITION TO MOTION TO COMPEL. | 1.00 | 490.00 |
| 08/20/20 | RPV | B190 | A104 | REVIEWED STATE COURT SUBPOENA | .30 | 147.00 |
| 08/20/20 | RPV | B190 | A106 | EMAILS FROM AND TO AND TELEPHONE CONVERSATION WITH MS, ZERINGUE REGARDING SUBPOENA TO ANO IN STATE COURT MATTER | .70 | 343.00 |
| 08/20/20 | RPV | B190 | A104 | REVIEWED ANO POST-HEARING BRIEF OUTLINE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .60 | 294.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 190
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/20/20 RPV | B110 | A105 | EMAILS FROM AND TO MS.ASHLEY REGARDING OMNIBUS HEARING. | .10 | 49.00 |
| 08/20/20 RPV | B190 | A106 | EMAIL AND TELEPHONE CONVERSATION WITH CLIENT REGARDING MOTION TO DISMISS HEARING | 1.00 | 490.00 |
| 08/20/20 RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MS FUTRELL REGARDING NOTICE ISSUES. | .50 | 245.00 |
| 08/20/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING MOTION TO DISMISS HEARING AND POST HEARING BRIEF | .60 | 294.00 |
| 08/20/20 WGZ | B410 | A101 | CONTINUE STRATEGY FOR HEARING. | .90 | 270.00 |
| 08/20/20 WGZ | B410 | A109 | ATTEND HERING ON MOTION TO DISMISS. | 3.20 | 960.00 |
| 08/20/20 WGZ | B410 | A106 | PARTICIPATE IN POST-HEARING TELEPHONE CONFERENCE WITH ARCHDIOCESE. | .70 | 210.00 |
| 08/20/20 WGZ | B410 | A106 | CONFERENCE WITH GENERAL COUNSEL. | .70 | 210.00 |
| 08/20/20 WGZ | B410 | A104 | ANALYSIS OF SUBPOENA DUES TECUM. | .30 | 90.00 |
| 08/20/20 WGZ | B410 | A104 | EMAILS REGARDING OBJECTIONS TO SUBPOENA DUES TECUM. | .60 | 180.00 |
| 08/20/20 LFA | B110 | A101 | PLANNED AND PREPARED FOR OMNIBUS HEARING (3.5);PARTICIPATED IN OMNIBUS HEARING (1.5). | 5.00 | 2,000.00 |
| 08/20/20 MAM | B190 | A101 | PREPARE FOR AND ARGUE AT MOTION TO DISMISS (5.3) AND MOTION TO LIFT STAY (2.0). | 7.30 | 2,920.00 |
| 08/20/20 AK | B310 | A104 | ANALYZED TRANSCRIPT OF HEARING ON MOTION TO DISMISS IN ORDER TO PREPARE FOR POST TRIAL BRIEFING. | .70 | 175.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 191
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Tmkr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/20/20 | LHS | B190 | A101 | PREPARE FOR HEARING ON MOTION TO DISMISS. | .80 | 200.00 |
| 08/20/20 | LHS | B190 | A109 | ATTEND HEARING ON MOTION TO DISMISS. | 3.00 | 750.00 |
| 08/20/20 | LHS | B190 | A106 | CONFERENCE CALL TO DISCUSS NEXT STEPS FOR POST-HEARING BRIEF. | .30 | 75.00 |
| 08/20/20 | LHS | B190 | A106 | DRAFT SUMMARY OF HEARING FOR CLIENT. | .90 | 225.00 |
| 08/20/20 | LHS | B190 | A104 | REVIEW DEPOSITION OF FATHER CARR FOR INCLUSION IN THE POST-TRIAL BRIEF. | 1.70 | 425.00 |
| 08/20/20 | LHS | B190 | A104 | REVIEW SHIELDS DEPOSITION FOR INCLUSION IN THE POST-TRIAL BRIEF. | 2.00 | 500.00 |
| 08/20/20 | LHS | B190 | A102 | RESEARCH DISMISSAL OF BANKRUPTCY AS A LITIGATION TACTIC. | 1.20 | 300.00 |
| 08/20/20 | SAO | B140 | A103 | REVISE TALKING POINTS FOR HEARING ON MERLE NOULLET'S MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY. | .40 | 100.00 |
| 08/20/20 | SAO | B190 | A104 | REVIEW TRANSCRIPT OF STATUS CONFERENCE HELD ON AUGUST 14, 2020 TO ASSIST WITH PREPARING OPPOSITION TO THE COMMITTEE'S MOTION TO COMPEL. | .20 | 50.00 |
| 08/20/20 | SAO | B190 | A104 | ANALYZE MEMO FROM MR. VANCE REGARDING ISSUES WITH THE UCC'S PROPOSED BAR DATE ORDER. | .40 | 100.00 |
| 08/20/20 | SAO | B190 | A105 | CORRESPONDENCE WITH JONES WALKER TEAM REGARDING SUPPLEMENTAL BRIEFING IN CONNECTION WITH THE MOTION TO DISMISS. | .20 | 50.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 192
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/20/20 SAO | B110 | A104 | REVIEW ORDER TAKING MATTER UNDER SUBMISSION AND SETTING POST-TRIAL BRIEFS DEADLINE SIGNED ON AUGUST 20, 2020 (0.1); REVIEW MEMO TO RECORD OF HEARING HELD 8/20/2020 (0.1). | .20 | 50.00 |
| 08/20/20 M F | B120 | A106 | ELECTRONIC MEMO TO CLIENT ARCHIVIST REGARDING INSURANCE DOCUMENTATION | .10 | 30.00 |
| 08/20/20 M F | B120 | A107 | ELECTRONIC MEMO TO J. CARTER (BLANK ROME) REGARDING ELECTRONIC INSURANCE DOCUMENTATION | .10 | 30.00 |
| 08/20/20 M F | B120 | A107 | ELECTRONIC MEMO FROM J. CARTER (BLANK ROME) REGARDING INSURANCE DOCUMENTATION | .10 | 30.00 |
| 08/20/20 VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE ON LEGAL ISSUES RELATED TO CLAIMS. | 3.20 | 960.00 |
| 08/20/20 GMS | B190 | A106 | MONITOR COMMUNICATIONS BETWEEN MS. FISCHER AND CLIENT CONCERNING INSURANCE DATA DOWNLOAD. | .10 | 17.00 |
| 08/21/20 EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER DENYING MERLE NOULLET'S MOTION FOR RELIEF FROM THE STAY. | .10 | 30.00 |
| 08/21/20 EDW | B110 | A104 | REVIEWED CALENDAR OF DEADLINES AND HEARINGS. | .20 | 60.00 |
| 08/21/20 EDW | B110 | A104 | REVIEWED POST-HEARING ISSUES REGARDING MOTION TO DISMISS. | 1.50 | 450.00 |
| 08/21/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING SUBPOENA TO THE ARCHDIOCESE FOR PLAINTIFFS IN THE 16TH JUDICIAL DISTRICT COURT. | .40 | 120.00 |
| 08/21/20 EDW | B110 | A104 | REVIEWED OPPOSITION TO MOTION TO COMPEL REGARDING BAR DATE DISCOVERY. | .30 | 90.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 193
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/21/20 EJF | B110 | A105 | REVIEW MEMOS REGARDING REPLY BRIEF; | .50 | 245.00 |
| 08/21/20 EJF | B210 | A107 | CONFERENCE CALL REGARDING SETTLEMENT RELATED ISSUES; | .20 | 98.00 |
| 08/21/20 EJF | B210 | A105 | MEMOS REGARDING SETTLEMENT RELATED ISSUES; | .00 | NO CHARGE |
| 08/21/20 RPV | B190 | A104 | REVIEWED RESEARCH REGARDING POST HEARING BRIEF FOR MOTION TO DISMISS | .50 | 245.00 |
| 08/21/20 RPV | B110 | A105 | REVIEWED SCHEDULE FOR NEXT WEEK'S DEADLINES AND HEARINGS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 08/21/20 RPV | B310 | A108 | EMAILS FROM AND TO MS. CANTOR REGARDING NOTICING ISSUES. | .30 | 147.00 |
| 08/21/20 RPV | B210 | A105 | EMAIL FROM MS. FUTRELL REGARDING STATUS OF MOTION TO SETTLE WITH THE BOND TRUSTEE. | .10 | 49.00 |
| 08/21/20 RPV | B310 | A108 | EMAIL FROM AND TELEPHONE CONVERSATION WITH MR. DRAPER NOTICE ISSUES | .70 | 343.00 |
| 08/21/20 RPV | B190 | A104 | RECEIVED AND REVIEWED REVISIONS TO OPPOSITION TO THE MOTION TO COMPEL. | .40 | 196.00 |
| 08/21/20 RPV | B210 | A105 | EMAIL FROM AND OFFICE CONFERENCE MR. MINTZ REGARDING MOTION TO DISMISS ARGUMENT. | .70 | 343.00 |
| 08/21/20 RPV | B310 | A105 | EMAILS AMONG TEAM REGARDING NOTICING ISSUES. | .50 | 245.00 |
| 08/21/20 RPV | B190 | A105 | EMAILS FROM AND TO MR. WEGMANN REGARDING SUBPOENA DUCES TECUM ISSUED TO THE ARCHDIOCESE AND PRE-PETITION DEBT | .50 | 245.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 194
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/21/20 RPV   B190   A106   EMAILS FROM AND TO THE CLIENT          .40        196.00
                            REGARDING SUBPOENA DUCES
                            TECUM ISSUED TO THE
                            ARCHDIOCESE

08/21/20 RPV   B190   A105   EMAILS FROM AND TO AND OFFICE          .70        343.00
                            CONFERENCE WITH MS. OPPENHEIM
                            REGARDING REVISIONS TO
                            OPPOSITION TO MOTION TO
                            COMPEL.

08/21/20 WGZ   B410   A106   EMAILS FROM GENERAL COUNSEL           .50        150.00
                            FOR ARCHDIOCESE REGARDING
                            STRATEGY ON LITIGATION.

08/21/20 WGZ   B410   A106   TELEPHONE CONFERENCE WITH            .50        150.00
                            COUNSEL FOR ARCHDIOCESE.

08/21/20 WGZ   B410   A104   STRATEGY REGARDING                  .60        180.00
                            POST-HEARING BRIEFING.

08/21/20 WGZ   B410   A104   REVIEW EMAILS REGARDING             .80        240.00
                            MOTION HEARINGS.

08/21/20 WGZ   B410   A106   EMAILS REGARDING SUBPOENAS TO       .60        180.00
                            ARCHDIOCESE AND COORDINATING
                            RESPONSE.

08/21/20 WGZ   B410   A107   TELEPHONE CONFERENCE WITH           .40        120.00
                            COUNSEL FOR CATHOLIC MUTUAL.

08/21/20 WGZ   B410   A104   ANALYSIS OF PROPOSED BAR DATE       .40        120.00
                            ORDER.

08/21/20 WGZ   B410   A106   CONFERENCE WITH GENERAL            .40        120.00
                            COUNSEL OF ARCHDIOCESE
                            REGARDING BAR DATE ORDER.

08/21/20 LFA   B160   A104   REVISED INVOICES TO ASSIST        3.50      1,400.00
                            WITH FEE STATEMENT.

08/21/20 MAM   B190   A101   PLAN FOR AND ATTEND CALL ON       3.50      1,400.00
                            BAR DATE (1.5). CONFERENCE
                            WITH MR. KEARNEY REGARDING
                            HEARINGS (2.0).

08/21/20 LHS   B190   A102   RESEARCH DEFINITION OF GOOD       3.40        850.00
                            FAITH UNDER THE BANKRUPTCY
                            CODE.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 195
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/21/20 LHS   B190  A102   RESEARCH DEFINITION OF           2.30        575.00
                           FINANCIAL DISTRESS UNDER THE
                           BANKRUPTCY CODE.

08/21/20 LHS   B190  A103   DRAFT SECTION OF THE             2.20        550.00
                           POST-TRIAL BRIEF ON GOOD
                           FAITH.

08/21/20 LHS   B190  A103   DRAFT SECTION OF THE BRIEF ON    1.80        450.00
                           A LITIGATION TACTIC.

08/21/20 SAO   B190  A104   REVIEW ROUGH DRAFT OF            1.40        350.00
                           TRANSCRIPT FROM EVIDENTIARY
                           HEARING ON MOTION TO DISMISS.

08/21/20 SAO   B140  A104   REVIEW ORDER DENYING WITHOUT      .10         25.00
                           PREJUDICE MERLE NOULLET'S
                           LIFT STAY MOTION.

08/21/20 SAO   B190  A105   TELEPHONE CONFERENCE WITH MR.     .50        125.00
                           VANCE TO DISCUSS THE CLIENT'S
                           COMMENTS TO THE DEBTOR'S
                           OPPOSITION TO THE COMMITTEE'S
                           MOTION TO COMPEL.

08/21/20 SAO   B190  A103   REVISE OPPOSITION TO THE         2.80        700.00
                           COMMITTEE'S MOTION TO COMPEL
                           PER COMMENTS FROM THE CLIENT
                           AND MR. VANCE.

08/22/20 EDW   B110  A104   REVIEWED TRANSCRIPT AND          2.50        750.00
                           ISSUES REGARDING MOTION TO
                           DISMISS.

08/22/20 EDW   B110  A104   REVIEWED ISSUES REGARDING        .30         90.00
                           VIOLATION OF AUTOMATIC STAY
                           REGARDING 16TH JDC SUBPOENA.

08/22/20 RPV   B190  A105   EMAILS FROM MESSRS. WEGMANN,     .50        245.00
                           MINTZ AND SELF REGARDING
                           ADDITIONAL ISSUES TO BE
                           ADDRESSED IN MOTION TO
                           DISMISS.

08/22/20 RPV   B190  A106   EMAILS FROM MS. OPPENHEIM AND    .30        147.00
                           ZERINGUE REGARDING REVIEW AND
                           REVISIONS TO OPPOSITION TO
                           MOTION TO COMPEL.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 196
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/22/20 RPV   B310  A106   EMAIL FROM THE CLIENT                   .10        49.00
                           REGARDING RECORDS.

08/22/20 LHS   B190  A103   DRAFT POST TRIAL BRIEF               2.10       525.00
                           SECTION REGARDING BURDEN OF
                           PROOF.

08/22/20 LHS   B190  A103   RESEARCH SCOPE OF PERMISSIBLE        3.10       775.00
                           EVIDENCE THAT AN EXPERT CAN
                           RELY ON.

08/22/20 LHS   B190  A103   DRAFT SECTION OF THE                 2.40       600.00
                           TESTIMONY OF THE
                           ARCHDIOCESE'S EXPERT WITH
                           CITATIONS TO THE RECORD.

08/22/20 LHS   B190  A103   DRAFT SECTION OF POST-TRIAL          3.20       800.00
                           BRIEF ON THE ARCHDIOCESE'S
                           REAL ESTATE WITH CITATIONS TO
                           THE RECORD.

08/22/20 SAO   B190  A105   CORRESPONDENCE WITH MR. VANCE        1.10       275.00
                           REGARDING MS. ZERRINGUE'S
                           LATEST COMMENTS TO THE
                           DEBTOR'S OPPOSITION TO THE
                           COMMITTEE'S MOTION TO COMPEL.

08/23/20 WGZ   B410  A104   STRATEGY REGARDING DISCOVERY          .60       180.00
                           ISSUES AND AUTOMATIC STAY.

08/23/20 WGZ   B410  A103   WORKING ON OPPOSITION TO              .50       150.00
                           MOTION TO COMPEL.

08/23/20 LHS   B190  A103   DRAFT SECTION OF THE                 2.50       625.00
                           POST-TRAIL BRIEF ON THE
                           DEBTOR''S EXPERT.

08/23/20 LHS   B190  A103   DRAFT SECTION OF THE BRIEF ON        3.60       900.00
                           THE IMPACT OF THE PANDEMIC.

08/23/20 LHS   B190  A103   DRAFT SECTION OF THE BRIEF ON        2.30       575.00
                           THE ABUSE LAWSUITS.

08/23/20 LHS   B190  A103   INCORPORATE ADDITIONAL              3.00       750.00
                           CITATIONS INTO THE BRIEF.

08/23/20 LHS   B190  A103   INCORPORATE ADDITIONAL              1.50       375.00
                           ARGUMENT REGARDING THE WEIGHT
                           OF EVIDENCE INTO THE BRIEF.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 197
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/24/20 EDW   B110  A107   REVIEWED MEMORANDUM FROM MR.        .20        60.00
                           DRAPER REGARDING BAR DATE
                           ISSUES.

08/24/20 EDW   B110  A107   RECEIVED AND REVIEWED               .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING REQUEST
                           FOR UPDATE REGARDING
                           DISCOVERY.

08/24/20 EDW   B110  A109   ATTENDED DEFENSE GROUP             1.50       450.00
                           MEETING REGARDING LITIGATION
                           ISSUES AND PENDING MATTERS.

08/24/20 EDW   B110  A104   REVIEWED BAR DATE PROPOSALS         .50       150.00
                           AND NEGOTIATIONS REGARDING
                           SAME.

08/24/20 EDW   B110  A104   REVIEWED ST. MARTIN PARISH        1.50       450.00
                           SUBPOENA AND RELATED
                           LITIGATION REGARDING POSSIBLE
                           AUTOMATIC STAY VIOLATION.

08/24/20 EDW   B110  A104   REVIEWED VIDEO DEPOSITIONS        1.50       450.00
                           REGARDING HEARING ON MOTION
                           TO DISMISS.

08/24/20 EDW   B110  A104   RECEIVED AND REVIEWED              .30        90.00
                           COMMITTEE'S APPLICATION TO
                           EMPLOY JOHN R. CONTE AS
                           EXPERT.

08/24/20 EJF   B110  A103   REVISE REPLY BRIEF;               1.50       735.00

08/24/20 EJF   B110  A105   CONFERENCE WITH MR. MINTZ RE       .10        49.00
                           REPLY BRIEF;

08/24/20 EJF   B210  A107   MEMO TO COUNSEL RE SETTLEMENT       .10        49.00
                           PLEADINGS;

08/24/20 EJF   B210  A102   REVISE SETTLEMENT PLEADINGS;        .80       392.00

08/24/20 JJL   B110  A109   ATTEND STRATEGY AND               1.20       360.00
                           COORDINATION MEETING

08/24/20 JJL   B110  A103   REVIEWED DRAFT OF                  .70       210.00
                           SUPPLEMENTAL BRIEF IN
                           OPPOSITION TO MOTION TO
                           DISMISS

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 198
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/24/20 JRT   B190  A104   REVIEW VARIOUS PLEADINGS              1.60        480.00
                           REGARDING LOSS DATE AND
                           DISCOVERY TO KEEP APPRISED.

08/24/20 RPV   B310  A108   EMAILS FROM AND TELEPHONE             1.00        490.00
                           CONFERENCES WITH MR. DRAPER
                           REGARDING NOTICE ISSUES.

08/24/20 RPV   B310  A104   RECEIVED AND REVIEWED UCC'S            .50        245.00
                           APPLICATION TO EMPLOY DR. JON
                           R. CONTE AS EXPERT CONSULTANT
                           AND EMAILS TO CLIENT
                           REGARDING SAME .

08/24/20 RPV   B310  A108   TELEPHONE CONVERSATIONS WITH           .50        245.00
                           UCC COUNSEL, MR. DRAPER AND
                           MR. MINTZ REGARDING BAR DATE
                           ORDER

08/24/20 RPV   B310  A108   EMAILS FROM MR, MINTZ AND MS,          .30        147.00
                           MCDONALD REGARDING NOTICE
                           ISSUES

08/24/20 RPV   B190  A103   RECEIVED AND REVIEWED                  .50        245.00
                           REVISIONS TO POST HEARING
                           BRIEF.

08/24/20 RPV   B190  A105   EMAILS FROM MS, FUTRELL AND            .30        147.00
                           MR. MINTZ REGARDING REVIEW
                           AND REVISIONS TO POST HEARING
                           BRIEF FOR THE MOTION TO
                           DISMISS.

08/24/20 RPV   B110  A105   EMAILS TO AND FROM MS. ASHLEY          .10         49.00
                           AND MR, MINTZ REGARDING
                           UPCOMING CONFERENCE CALL.

08/24/20 RPV   B310  A108   EMAILS FROM AND TELEPHONE              .70        343.00
                           CONFERENCES WITH THE CLIENT
                           REGARDING NOTICE ISSUES.

08/24/20 RPV   B210  A105   EMAIL FROM MS. FUTRELL                 .10         49.00
                           REGARDING DRAFT OF SETTLEMENT
                           PLEADINGS.

08/24/20 RPV   B310  A106   EMAILS FROM AND TO MS,                 .20         98.00
                           ZERINGUE REGARDING NOTICING
                           ISSUES.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 199
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/24/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH JW TEAM REGARDING SCHEDULE OF WORK, TASK ASSIGNMENTS, REVISIONS TO BRIEF IN OPPOSITION TO MOTION TO COMPEL | 1.00 | 490.00 |
| 08/24/20 | WGZ | B410 | A104 | ANALYSIS OF ISSUES AND STRATEGY REGARDING BAR DATE MOTION. | 1.20 | 360.00 |
| 08/24/20 | WGZ | B410 | A103 | WORKING ON ISSUES WITH RESPECT TO BAR DATE. | .70 | 210.00 |
| 08/24/20 | WGZ | B410 | A104 | STRATEGY REGARDING ARGUMENTS IN OPPOSITION TO MOTION TO DISMISS BANKRUPTCY. | .40 | 120.00 |
| 08/24/20 | WGZ | B410 | A103 | WORKING ON POST-HEARING BRIEF REGARDING MOTION TO DISMISS BANKRUPTCY. | .80 | 240.00 |
| 08/24/20 | WGZ | B410 | A103 | WORKING ON RESPONSE TO COMMITTEE'S MOTION TO COMPEL. | .90 | 270.00 |
| 08/24/20 | WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE'S GENERAL COUNSEL REGARDING CONSTRUCTIVE NOTICE AND ACTUAL NOTICE. | .50 | 150.00 |
| 08/24/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING UPDATED JW FEE STATEMENT (.4); WITH MS. FUTRELL AND MR. MINTZ REGARDING POST HEARING BRIEF (.2); WITH MR. VANCE AND ZERINGUE REGARDING THE DECLARATION AND MOTION TO EMPLOY MR. CONTE (.2); WITH THE CLIENT REGARDING THE PLAN (.2); WITH MR. MINTZ REGARDING ARCHDIOCESE SOCIAL MEDIA (.2); WITH MR. COUNTISS REGARDING ARCHDIOCESE OF NEW ORLEANS CREDIT CARDS (.1). | 1.30 | 520.00 |
| 08/24/20 | LFA | B190 | A103 | CONTINUED DRAFTING AND REVISING MOTION TO COMPROMISE (2.0); REVIEWED PROPOSED SETTLEMENT AGREEMENT TO ASSIST WITH SAME (.8). | 2.80 | 1,120.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 200
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| Date | Initials | | | Description | Hours | Amount |
|------|----------|--|--|-------------|-------|--------|
| 08/24/20 | LFA | B190 | A103 | CALL WITH MR. MINTZ AND MR. VANCE TO DISCUSS MOTION TO COMPEL AND NEXT STEPS ON BAR DATE MOTION. | 1.40 | 560.00 |
| 08/24/20 | MAM | B190 | A101 | WORK ON POST TRIAL BRIEF (8.0).  VARIOUS CONFERENCES RGARDING THE SAME (2.0).  PLAN FOR AND PREPARE FOR AND ATTEND INTRNAL STRATEGY MEETING (1.0).  WORK ON BAR DATE ISSUES (5.).  REVISE AND EDIT POST TRIAL BRIEF (.7). | 12.20 | 4,880.00 |
| 08/24/20 | AK | B310 | A104 | REVIEWED DRAFT OF OPPOSITION TO MOTION TO COMPEL. | .60 | 150.00 |
| 08/24/20 | LHS | B190 | A103 | FINALIZE DRAFT OF POST-TRIAL BRIEF ON MOTION TO DISMISS. | 2.00 | 500.00 |
| 08/24/20 | LHS | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS EDITS TO THE MOTION TO DISMISS. | .70 | 175.00 |
| 08/24/20 | LHS | B190 | A103 | REVISE POST-TRIAL BRIEF BASED ON COMMENTS FROM MR. MINTZ. | 3.20 | 800.00 |
| 08/24/20 | LHS | B190 | A103 | REVISE POST-TRIAL BRIEF BASED ON COMMENTS FROM MS.  FUTRELL. | 1.30 | 325.00 |
| 08/24/20 | SAO | B310 | A104 | REVIEW MR. DRAPER'S MEMO REGARDING PENDING BAR DATE ISSUES. | .10 | 25.00 |
| 08/24/20 | SAO | B160 | A104 | REVIEW THE COMMITTEE'S APPLICATION TO RETAIN DR. JON R. CONTE AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS. | .30 | 75.00 |
| 08/24/20 | SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON AUGUST 14, 2020 (0.1); REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF OMNIBUS HEARING HELD ON AUGUST 20, 2020 (0.1). | .20 | 50.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 201
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/24/20 GMS   B190  A105  COMMUNICATIONS WITH MESSRS.        .10        17.00
                           WEGMANN AND MINTZ AND MS.
                           HAMRIC CONCERNING NEED FOR
                           AND PROGRESS ON DOWNLOAD OF
                           DEPOSITION VIDEOS.

08/24/20 GMS   B190  A107  COMMUNICATIONS WITH COURT          .10        17.00
                           REPORTER CONCERNING ISSUES
                           WITH DOWNLOAD OF VIDEO
                           DEPOSITIONS.

08/24/20 GMS   B190  A110  MONITOR AND TROUBLESHOOT          1.40       238.00
                           DOWNLOAD AND EXTRACTION OF
                           VIDEO DEPOSITION FILES.

08/25/20 EDW   B110  A103  REVIEWED AND REVISED             3.50     1,050.00
                           POST-HEARING BRIEF.

08/25/20 EDW   B110  A104  REVIEWED TRANSCRIPT OF           1.30       390.00
                           HEARING ON MOTION TO DISMISS.

08/25/20 EDW   B110  A103  CONTINUED WORK ON RESPONSE TO    1.50       450.00
                           ST. MARTIN PARISH SUBPOENA TO
                           THE ARCHDIOCESE.

08/25/20 EDW   B110  A103  REVIEWED AND REVISED THE         1.50       450.00
                           ARCHDIOCESE'S OPPOSITION TO
                           THE COMMITTEE'S MOTION TO
                           COMPEL.

08/25/20 EJF   B210  A105  CONFERENCE WITH COUNSEL RE        .20        98.00
                           SETTLEMENT PLEADINGS;

08/25/20 EJF   B320  A107  CONFERENCE WITH POTENTIAL        1.00       490.00
                           UNKNOWN CLAIMS REPRESENTATIVE;

08/25/20 EJF   B320  A104  REVIEW PLEADINGS RE RETENTION     .80       392.00
                           OF FUTURE CLAIMS
                           REPRESENTATIVE;

08/25/20 EJF   B320  A103  DRAFT AND REVISE MEMO TO         1.50       735.00
                           CLIENT REGARDING RETENTION OF
                           FUTURE CLAIMS REPRESENTATIVE;

08/25/20 EJF   B110  A104  FURTHER REVISIONS TO REPLY       1.70       833.00
                           BRIEF;

EXHIBIT E

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 202
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01
```

| | | | | | |
|---|---|---|---|---|---|
| 08/25/20 JJL | B110 | A104 | REVIEW AND COMMENT ON REVISED SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS. | 1.30 | 390.00 |
| 08/25/20 JRT | B190 | A104 | REVIEW POST HEARING BRIEF AND CASE LAW; STUDY FOOTNOTES AND ANALYSIS AS IT RELATES TO DATE ISSUES. | 1.40 | 420.00 |
| 08/25/20 JRT | B190 | A101 | PREPARE FOR MEETING WITH CLIENTS. | .50 | 150.00 |
| 08/25/20 RPV | B190 | A105 | EMAIL FROM MS. ASHLEY REGARDING CONTE'S DECLARATIONS AND CV. | .10 | 49.00 |
| 08/25/20 RPV | B190 | A105 | EMAILS AMONG JW TEAM REGARDING OPPOSITION TO MOTION TO COMPEL AND STATUS OF PRIVILEGE LOG. | .40 | 196.00 |
| 08/25/20 RPV | B190 | A104 | REVIEWED CORRESPONDENCE TO PLAINTIFF'S COUNSEL REGARDING ST MARTIN PARISH SUBPOENA AND OFFICE CONFERENCE WITH MR. WEGMANN REGARDING SAME . | .30 | 147.00 |
| 08/25/20 RPV | B210 | A106 | EMAIL FROM AND TO AND TELEPHONE CONVERSATION WITH THE CLIENT REGARDING LEASE ISSUES | .30 | 147.00 |
| 08/25/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF POST-TRIAL BRIEF ON MOTION TO DISMISS. | .50 | 245.00 |
| 08/25/20 RPV | B310 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MS. ASHLEY REGARDING SOCIAL MEDIA ISSUES AND REVISED BAR DATE ORDER. | .70 | 343.00 |
| 08/25/20 RPV | B310 | A108 | EMAILS FROM MS. VOORHIES REGARDING PROOF OF CLAIM FORMS. | .20 | 98.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 203
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/25/20 | RPV | B190 | A105 | EMAILS TO AND FROM JW TEAM AND OFFICE CONFERENCE WITH MR. WEGMANN REGARDING ST. MARTIN SUBPOENA. | .30 | 147.00 |
| 08/25/20 | RPV | B310 | A108 | EMAILS FROM AND TELEPHONE CONVERSATIONS WITH MR, DRAPER REGARDING NOTICE ISSUES AND FUTURE CLAIMS REPRESENTATION | .70 | 343.00 |
| 08/25/20 | RPV | B110 | A105 | REVIEWED MEMO AND EMAILS FROM AND TO AND OFFICE CONFERENCE WITH MS. FUTRELL REGARDING CONSIDERATION OF FUTURE CLAIMS REPRESENTATIVE | .50 | 245.00 |
| 08/25/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING APPLICATION TO EMPLOY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE COMMITTEE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .10 | 49.00 |
| 08/25/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER TO EXTEND ITS EXCLUSIVITY PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF AND OFFICE CONFERENCE WITH CLIENT REGARDING SAME | .10 | 49.00 |
| 08/25/20 | RPV | B310 | A106 | EMAILS FROM AND OFFICE CONFERENCE WITH MS, ZERINGUE REGARDING NOTICE ISSUES. | .50 | 245.00 |
| 08/25/20 | RPV | B420 | A108 | TELEPHONE CONVERSATION WITH MR. MINTZ , MS. FUTRELL , MR. DRAPER AND JUDGE HOGAN REGARDING FUTURE CLAIMS REPRESENTATION | 1.00 | 490.00 |
| 08/25/20 | WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING EXPERT WITNESSES PROPOSED BY COMMITTEE REGARDING NOTICING. | .80 | 240.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 204
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/25/20 WGZ   B410  A106   TELEPHONE CONFERENCE WITH           .40        120.00
                           ARCHDIOCESE.

08/25/20 WGZ   B410  A103   WORKING ON OPPOSITION TO           1.10        330.00
                           MOTION TO COMPEL.

08/25/20 LFA   B110  A105   CORRESPONDENCES WITH MR.           1.50        600.00
                           VANCE REGARDING UPDATED BAR
                           DATE ORDER (.4); WITH MR.
                           KNOLL REGARDING SUCCESSION OF
                           PATORNO (.4); WITH MS.
                           VOORHIES AND MR. LOGAN
                           REGARDING SEXUAL ABUSE PROOF
                           OF CLAIM FORM- RCANNO (.2);
                           WITH MR. DRAPER REGARDING
                           ORDER SUGGESTED CHANGES (.4);
                           WITH MSES. GUNDLACH,
                           OPPENHEIM AND MR. DESHAZO
                           REGARDING LAFRANCE V. ST.
                           ANDREW THE APOSTLE, ET AL
                           (.1).

08/25/20 LFA   B110  A103   CONTINUED REVISING BAR DATE        2.30        920.00
                           ORDER (1.8); RESEARCHED CLAIM
                           FORM OPTIONS FOR TRANSLATION
                           (.5)

08/25/20 MAM   B190  A101   WORK ON POST TRIAL BRIEF FOR       7.60      3,040.00
                           MOTION TO DISMISS (5.6).
                           ATTEND CONFERENCE CALL
                           REGARDING BAR DATE ISSUE AND
                           PLAN STRUCTURES (2.0) .

08/25/20 AK    B310  A104   REVIEWED OPPOSITION TO MOTION       .40        100.00
                           TO COMPEL REGARDING THE
                           COMMITTEE'S BAR DATE MOTION
                           IN ORDER TO PREPARE FOR
                           HEARING.

08/25/20 LHS   B190  A103   REVISE THE SECOND DRAFT OF         2.30        575.00
                           THE POST-TRIAL BRIEF.

08/25/20 LHS   B190  A103   REVIEW CITATIONS IN               1.20        300.00
                           POST-TRIAL BRIEF DRAFT.

08/25/20 LHS   B190  A103   FINALIZE SECOND DRAFT OF          1.10        275.00
                           POST-TRIAL BRIEF.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 205
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/25/20 SAO   B190  A103   FINALIZE OPPOSITION TO MOTION          .70       175.00
                           TO COMPEL (0.5); FILE THE
                           SAME (0.2).

08/25/20 SAO   B190  A103   REVISE OPPOSITION TO MOTION           2.80       700.00
                           TO COMPEL PER COMMENTS FROM
                           MR. WEGMANN AND MR. MINTZ.

08/25/20 SAO   B110  A105   CORRESPONDENCE WITH MS.               .20        50.00
                           GUNDLACH REGARDING KENDRA
                           LAFRANCE'S SECOND DEFAMATION
                           LAWSUIT FILED IN CDC.

08/25/20 SAO   B110  A103   PREPARE NOTICE OF SUGGESTION          .60       150.00
                           OF BANKRUPTCY IN CONNECTION
                           WITH KENDRA LAFRANCE'S SECOND
                           DEFAMATION LAWSUIT FILED IN
                           CDC.

08/25/20 SAO   B190  A101   PROVIDE MR. WEGMANN WITH KEY          .70       175.00
                           CASES TO REVIEW IN
                           PREPARATION FOR THE HEARING
                           ON THE COMMITTEE'S MOTION TO
                           COMPEL.

08/25/20 SAO   B190  A105   CORRESPONDENCE WITH MR.               .30        75.00
                           WEGMANN AND MS. KINGSMILL
                           REGARDING THE COMMITTEE'S
                           REQUEST FOR A PRIVILEGE LOG
                           IN CONNECTION WITH THE MOTION
                           TO COMPEL.

08/25/20 SAO   B320  A104   REVIEW ORDER GRANTING THE            .10        25.00
                           DEBTOR'S MOTION FOR ENTRY OF
                           AN ORDER TO EXTEND ITS
                           EXCLUSIVITY PERIODS TO FILE A
                           CHAPTER 11 PLAN AND SOLICIT
                           ACCEPTANCES THEREOF.

08/25/20 GMS   B190  A105   COMMUNICATIONS WITH MESSRS.           .10        17.00
                           WEGMANN AND MINTZ AND MS.
                           HAMRIC CONCERNING NETWORK
                           LOCATION OF VIDEO DEPOSITION
                           FILES.

08/26/20 EDW   B110  A103   CONTINUED WORK ON                   2.40       720.00
                           POST-HEARING BRIEF.

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 206
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/26/20 EDW   B110  A103  REVIEWED ARCHDIOCESE'S MOTION      7.50      2,250.00
                          FOR BAR DATE, COMMITTEE'S
                          OPPOSITION TO BAR DATE
                          MOTION, COMMITTEE'S MOTION TO
                          COMPEL DISCOVERY AND THE
                          ARCHDIOCESE'S OPPOSITION TO
                          MOTION TO COMPEL AND DRAFTED
                          OUTLINE OF ORAL ARGUMENT IN
                          OPPOSITION TO MOTION TO
                          COMPEL.

08/26/20 EDW   B110  A107  RECEIVED AND REVIEWED              .20         60.00
                          ELECTRONIC MEMO FROM MR.
                          MELANCON REGARDING WITHDRAWAL
                          OF ST. MARTIN PARISH SUBPOENA
                          AND COMMUNICATIONS WITH THE
                          CLIENT REGARDING SAME.

08/26/20 EJF   B110  A104  REVIEW CHANGES TO REPLY BRIEF;     .20         98.00

08/26/20 EJF   B110  A105  MEMOS TO AND FROM MR. SELF RE      .10         49.00
                          SAME;

08/26/20 EJF   B160  A101  CONFERENCE CALL WITH               .30        147.00
                          POTENTIAL FUTURE CLAIMS
                          REPRESENTATIVE;

08/26/20 EJF   B320  A105  MEMO RE FUTURE CLAIMS              .20         98.00
                          REPRESENTATIVE;

08/26/20 EJF   B160  A103  REVISE MEMO RE RETENTION OF       1.80        882.00
                          FUTURE CLAIMS REPRESENTATIVE;

08/26/20 EJF   B160  A103  DRAFT APPLICATION REGARDING       2.20      1,078.00
                          FUTURE CLAIMS REPRESENTATIVE;

08/26/20 EJF   B230  A103  MEMOS TO AND FROM MS. ASHLEY       .20         98.00
                          RE SECURED DEBT ISSUE;

08/26/20 JJL   B110  A104  REVIEWED SOREN GISLESON'S          .20         60.00
                          MEMORANDUM IN SUPPORT OF
                          MOTION TO DISMISS

08/26/20 JJL   B110  A104  REVIEWED UCC'S SUPPLEMENTAL        .30         90.00
                          MEMORANDUM REGARDING MOTION
                          TO DISMISS

08/26/20 JRT   B190  A109  MEET WITH CLIENTS ON STATUS.      2.50        750.00

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 207
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| 08/26/20 JRT | B190 | A104 | FURTHER REVIEW OF VARIOUS MOTIONS AND PLEADINGS. | 1.60 | 480.00 |
|---|---|---|---|---|---|
| 08/26/20 RPV | B190 | A106 | EMAILS TO AND FROM AND TELEPHONE CONVERSATION WITH THE CLIENT REGARDING REVISIONS TO BAR NOTICE, PROOF OF CLAIM FORM, POST TRIAL BRIEF AND WITHDRAWAL OF ST MARTIN SUBPOENA. | .50 | 245.00 |
| 08/26/20 RPV | B310 | A104 | REVIEWED AND REVISED BAR NOTICE ORDER. | .50 | 245.00 |
| 08/26/20 RPV | B190 | A105 | EMAIL FROM AND TO MR. WEGMANN REGARDING WITHDRAWAL OF ST MARTIN SUBPOENA. | .10 | 49.00 |
| 08/26/20 RPV | B190 | A104 | EMAILS TO AND FROM MR. MINTZ AND MR. WEGMANN REGARDING REVISIONS TO POST TRIAL BRIEF REGARDING MOTION TO DISMISS AND REVIEWED SAME. | .80 | 392.00 |
| 08/26/20 RPV | B190 | A104 | EMAIL FROM MR. MELANCON WITHDRAWING ST. MARTIN SUBPOENA. | .10 | 49.00 |
| 08/26/20 RPV | B160 | A104 | REVIEWED JW FEE STATEMENT AND EMAILS REGARDING SAME TO MR. MINTZ AND MS. LAURA ASHLEY | .50 | 245.00 |
| 08/26/20 RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY SECURED CLAIM. | .10 | 49.00 |
| 08/26/20 RPV | B310 | A105 | EMAILS AND OFFICE CONFERENCE WITH MS. ASHLEY REGARDING REVISIONS TO BAR DATE NOTICE. | 1.60 | 784.00 |
| 08/26/20 RPV | B310 | A106 | EMAILS FROM MS. ASHLEY AND MS. MCDONALD REGARDING AVAILABLE SOCIAL MEDIA FOR NOTICE PURPOSES. | .20 | 98.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 208
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/26/20 | RPV | B170 | A105 | EMAIL FROM AND TO MS. FUTRELL REGARDING RESEARCH REGARDING HIRING JUDGE HOGAN FOR THE BENEFIT OF FUTURE CLAIMANTS | .10 | 49.00 |
| 08/26/20 | RPV | B190 | A106 | OFFICE CONFERENCE WITH CLIENTS AND JW TEAM REGARDING MOTION TO DISMISS RESPONSE, NOTICE ISSUES, MEDIATION AND CASE STRATEGY | 2.00 | 980.00 |
| 08/26/20 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING AT ARCHDIOCESE. | .50 | 150.00 |
| 08/26/20 | WGZ | B410 | A104 | STRATEGY MEETING WITH CLIENT AT ARCHDIOCESE. | 1.20 | 360.00 |
| 08/26/20 | WGZ | B410 | A103 | WORKING ON ARGUMENT FOR HEARING ON MOTION TO COMPEL. | 1.00 | 300.00 |
| 08/26/20 | WGZ | B410 | A103 | WORKING ON OPPOSITION TO MOTION TO DISMISS. | .60 | 180.00 |
| 08/26/20 | WGZ | B410 | A106 | EMAILS WITH ARCHDIOCESE REGARDING MOTION TO DISMISS. | .40 | 120.00 |
| 08/26/20 | LFA | B110 | A103 | REVISED MOTION TO COMPROMISE. | 1.00 | 400.00 |
| 08/26/20 | LFA | B160 | A103 | REVISED FEE STATEMENTS. | 2.80 | 1,120.00 |
| 08/26/20 | LFA | B210 | A106 | CALL WITH CLIENT REGARDING SOCIAL MEDIA ISSUES (1.0); CALL WITH MR. VANCE REGARDING BAR DATE ORDER AND REVISIONS TO SAME (1.5). | 2.50 | 1,000.00 |
| 08/26/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. KNOLL REGARDING SUCCESSION OF PATORNO (.2); WITH THE CLIENT AND MR. VANCE REGARDING PROOF OF CLAIM AND NOTICE (.2); WITH MR. SELF REGARDING BAR DATE ORDER (.2); WITH MS. FUTRELL REGARDING ARCHDIOCESE OF NEW ORLEANS CREDIT CARDS (.1); WITH MS.MCDONALD REGARDING ARCHDIOCESE SOCIAL MEDIA (.1). | .80 | 320.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 209
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/26/20 MAM | B190 | A101 | FINALIZE AND FILE POST TRIAL BRIEF ON MOTION TO DISMISS (6.0).  ATTEND MEETING WITH CLIENT REGARDING BAR DATE ISSUES (2.7). | 8.70 | 3,480.00 |
| 08/26/20 AK | B310 | A104 | REVIEWED POST HEARING BRIEFING. | .80 | 200.00 |
| 08/26/20 AK | B310 | A104 | REVIEWED PRIVILEGE OBJECTIONS IN CONNECTION WITH BAR DATE MOTION DISCOVERY REQUESTS. | .60 | 150.00 |
| 08/26/20 AK | B310 | A104 | REVIEWED DISCOVERY REQUESTS AND OBJECTIONS AND ANSWERS IN ORDER TO PREPARE FOR HEARING ON THE COMMITTEE'S BAR DATE MOTION. | .90 | 225.00 |
| 08/26/20 LHS | B190 | A103 | INCLUDE RECORD CITATIONS IN THE FOOTNOTES TO THE MOTION TO DISMISS. | 3.60 | 900.00 |
| 08/26/20 LHS | B160 | A108 | RESPOND TO QUESTION REGARDING BLANK ROME FREE APPLICATION. | .30 | 75.00 |
| 08/26/20 LHS | B190 | A103 | FINALIZE POST-TRIAL BRIEF ON MOTION TO DISMISS CHAPTER 11 CASE FOR FILING. | 1.90 | 475.00 |
| 08/26/20 SAO | B190 | A105 | FOLLOW-UP CALL WITH MS. KINGSMILL REGARDING THE COMMITTEE'S REQUEST FOR A PRIVILEGE LOG IN CONNECTION WITH BAR DATE DISCOVERY REQUESTS. | .10 | 25.00 |
| 08/26/20 SAO | B190 | A105 | EMAIL CORRESPONDENCE WITH MR. WEGMANN REGARDING THE COURT'S CONCERNS WITH THE BAR DATE DISCOVERY REQUESTS AS EXPRESSED DURING THE JULY 23, 2020 HEARING. | .60 | 150.00 |
| 08/26/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING EDITS TO DRAFT PRIVILEGE LOG. | .20 | 34.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 210
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/26/20 | GMS | B190 | A101 | GENERATE DATABASE SEARCH OF SELECTED DOCUMENTS IN PREPARATION OF ASSIGNING PRIVILEGE IDENTIFICATION NUMBERS. | .30 | 51.00 |
| 08/26/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX SENDING LINK TO SAVED SEARCH OF DOCUMENTS AND ASSIGNMENT OF PRIVILEGE IDENTIFICATION NUMBERS. | .20 | 34.00 |
| 08/26/20 | GMS | B190 | A101 | REVISE DRAFT PRIVILEGE LOG TO ADD / DELETE SELECTED ENTRIES AND TO SUPPLEMENT WITH NEWLY ASSIGNED PRIVILEGE IDS. | .30 | 51.00 |
| 08/27/20 | EDW | B110 | A104 | REVIEWED ADDITIONAL INFORMATION REGARDING NOTICE FOR BAR DATE. | 1.50 | 450.00 |
| 08/27/20 | EDW | B110 | A104 | REVIEWED ADDITIONAL RESEARCH REGARDING OPPOSITION TO MOTION TO COMPEL. | 1.20 | 360.00 |
| 08/27/20 | EDW | B110 | A103 | REVIEWED AND REVISED ORAL ARGUMENT AND PREPARING FOR HEARING ON MOTION TO COMPEL. | 4.00 | 1,200.00 |
| 08/27/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED REPLY BRIEF ON MOTION TO COMPEL FILED BY THE COMMITTEE. | 1.50 | 450.00 |
| 08/27/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED THE COMMITTEE'S POST-HEARING BRIEF. | .50 | 150.00 |
| 08/27/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED JAMES DOE (GISLESON) POST-HEARING BRIEF. | .50 | 150.00 |
| 08/27/20 | EDW | B110 | A104 | REVIEWED REPORT ON PRIOR VERDICTS IN ABUSE CASES. | .20 | 60.00 |
| 08/27/20 | EJF | B160 | A103 | DRAFT AND REVISE RETENTION PLEADINGS; | 1.70 | 833.00 |
| 08/27/20 | EJF | B320 | A105 | RESEARCH PLAN AND RELATED ISSUES; | 4.20 | 2,058.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 211
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 08/27/20 | RPV | B190 | A106 | TELEPHONE CONVERSATIONS WITH CLIENTS REGARDING LEASE ISSUES, FEE APPLICATIONS, NOTICE ISSUE AND MOTION TO COMPEL. | 1.00 | 490.00 |
| 08/27/20 | RPV | B190 | A105 | OFFICE CONFERENCES AND EMAIL FROM/TO WITH MR. WEGMANN REGARDING MOTION TO COMPEL. | .50 | 245.00 |
| 08/27/20 | RPV | B190 | A104 | REVIEWED NEW LAWSUIT AND EMAILS TO CLIENT AND COUNSEL REGARDING REMOVAL OF SAME. | .70 | 343.00 |
| 08/27/20 | RPV | B210 | A104 | REVIEWED LEASE EXTENSION AND EMAIL FROM/TO CLIENT REGARDING SAME. | .30 | 147.00 |
| 08/27/20 | RPV | B320 | A105 | OFFICE CONFERENCES WITH MS. FUTRELL REGARDING FUTURE CLAIMS AND CHANNELING INJUNCTION ISSUES | .30 | 147.00 |
| 08/27/20 | RPV | B320 | A108 | TELEPHONE CONVERSATIONS WITH MR. DRAPER REGARDING NOTICE AND CHANNELING INJUNCTION ISSUES | .50 | 245.00 |
| 08/27/20 | RPV | B310 | A104 | WORKED ON NOTICING AND BAR DATE PLEADING AND ISSUES | 1.50 | 735.00 |
| 08/27/20 | RPV | B190 | A104 | REVIEW OF OUTLINE OF ARGUMENT FOR MOTION TO COMPEL AND COMMENT ON SAME | .60 | 294.00 |
| 08/27/20 | RPV | B190 | A104 | RECEIVED AND POST TRIAL BRIEFS FOR ED ROE. | .50 | 245.00 |
| 08/27/20 | RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING POST TRIAL BRIEFS FILED BY UCC AND ROE PLAINTIFF, MOTION TO COMPEL AND NOTICE ISSUES. | .60 | 294.00 |
| 08/27/20 | WGZ | B410 | A103 | WORKING ON BAR DATE ORDER. | .80 | 240.00 |
| 08/27/20 | WGZ | B410 | A104 | STRATEGY AND ANALYSIS REGARDING ACTUAL AND CONSTRUCTIVE NOTICE ISSUES. | .90 | 270.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 212
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/27/20 LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. MINTZ AND KNOLL REGARDING SUCCESSION OF PATORNO (.2); WITH MESSRS. VANCE AND DRAPER REGARDING PROOF OF CLAIM NOTICE (.4); WITH MESSRS. MINTZ, WEGMANN, VANCE REGARDING ORAL ARGUMENT OPPOSITION TO MOTION TO COMPEL OUTLINE (.4); WITH MR.MINTZ REGARDING EX PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF (.1); WITH MS. ZUNIGA AND MR. SELF REGARDING CRI FIRST MONTHLY FEE STATEMENT (.3); WITH MR. SELF REGARDING BAR DATE ORDER (.2); WITH MR. COUNTISS REGARDING ARCHDIOCESE OF NEW ORLEANS CREDIT CARDS (.1); AND WITH MS. VOORHIES REGARDING NOTICE PUBLICATION (.2). | 1.90 | 760.00 |
| 08/27/20 LFA | B110 | A108 | CONTINUED WORKING ON CONSTRUCTIVE NOTICE REGARDING BAR DATE MOTION AND ORDER. | 2.00 | 800.00 |
| 08/27/20 LFA | B210 | A102 | RESEARCHED CREDIT CARD ISSUES. | 1.60 | 640.00 |
| 08/27/20 MAM | B190 | A101 | WORK ON BAR DATE ISSUES (1.0). CONFERENCE WITH THE CLIENT REGARDING POST TRIAL FILINGS (1.0). CONFERENCE WITH CLIENT REGARDING JONES WALKER BILLINGS (1.0). WORK ON MOTION TO COMPEL (3.2). | 6.20 | 2,480.00 |
| 08/27/20 AK | B310 | A104 | REVIEWED MOTION TO COMPEL REGARDING BAR DATE MOTION IN ORDER TO PREPARE FOR HEARING. | .60 | 150.00 |
| 08/27/20 AK | B310 | A102 | RESEARCHED CASES REGARDING PRIVILEGE LOG. | .80 | 200.00 |
| 08/27/20 AK | B310 | A104 | REVIEWED DOCUMENTS PRODUCED IN CONNECTION WITH MOTION TO DISMISS IN ORDER TO PREPARE FOR BAR DATE MOTION HEARING. | 1.30 | 325.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 213
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| 08/27/20 | AK  | B310 | A104 | ANALYZED ORDER REGARDING AUTOMATIC REFERENCE. | .20 | 50.00 |
|---|---|---|---|---|---|---|
| 08/27/20 | AK  | B310 | A104 | REVIEWED POST TRIAL BRIEFING. | .30 | 75.00 |
| 08/27/20 | LHS | B410 | A103 | EDIT PROPOSED BAR DATE ORDER TO INCORPORATE PROPOSED CHANGES. | 1.40 | 350.00 |
| 08/27/20 | LHS | B160 | A104 | REVIEW JONES WALKER FEE APPLICATION AND ATTACHMENTS AND REVISE. | 2.50 | 625.00 |
| 08/27/20 | LHS | B160 | A103 | EDIT CRI'S FEE APPLICATION. | .80 | 200.00 |
| 08/27/20 | LL  | B250 | A104 | COMMENCED REVIEW OF NEW ST.TAMMANY PARISH PROPERTY DOCUMENTS. | .60 | 150.00 |
| 08/27/20 | VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING BANKRUPTCY PLAN. | 3.50 | 1,050.00 |
| 08/28/20 | EDW | B110 | A101 | CONTINUED PREPARATION FOR HEARING ON MOTION TO COMPEL. | 3.00 | 900.00 |
| 08/28/20 | EDW | B110 | A109 | ATTENDED HEARING ON MOTION TO COMPEL. | 2.00 | 600.00 |
| 08/28/20 | EDW | B110 | A104 | REVIEWED BAR DATE ISSUES AND CURRENT DRAFTS OF NOTICE. | .80 | 240.00 |
| 08/28/20 | EDW | B110 | A106 | COMMUNICATIONS WITH THE CLIENT, ET AL REGARDING BAR DATE AND NOTICE ISSUES. | .30 | 90.00 |
| 08/28/20 | EJF | B110 | A105 | WORK ON MOR; | 1.10 | 539.00 |
| 08/28/20 | EJF | B320 | A105 | RESEARCH PLAN AND PLAN RELATED ISSUES; | 3.20 | 1,568.00 |
| 08/28/20 | JRT | B190 | A104 | REVIEW DISCOVERY PLEADINGS. | 1.20 | 360.00 |
| 08/28/20 | JRT | B190 | A109 | ATTEND HEARING IN COURT. | 1.30 | 390.00 |
| 08/28/20 | RPV | B190 | A106 | EMAILS FROM MS. OPPENHEIM AND MR. DESHAZO REGARDING REMOVAL DEADLINE FOR NEW CASE. | .40 | 196.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 214
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/28/20 RPV | B310 | A105 | EMAILS AMONG TEAM REGARDING STATUS OF BAR DATE ORDER. | .50 | 245.00 |
| 08/28/20 RPV | B410 | A106 | DRAFTED STATUS REPORT TO CLIENT AND TELEPHONE CALL FROM CLIENT REGARDING SAME. | .80 | 392.00 |
| 08/28/20 RPV | B210 | A106 | EMAILS FROM AND OFFICE CONFERENCES WITH CLIENTS REGARDING DISASTER FUNDS ISSUES | 1.50 | 735.00 |
| 08/28/20 RPV | B310 | A102 | RESEARCH NOTICE DISPUTE ISSUES | .50 | 245.00 |
| 08/28/20 RPV | B190 | A104 | RECEIVED AND REVIEWED NEW LAWSUIT. | .50 | 245.00 |
| 08/28/20 RPV | B190 | A106 | EMAILS FROM THE CLIENT REGARDING REVIEW OF NEW LAWSUIT. | .20 | 98.00 |
| 08/28/20 WGZ | B410 | A106 | MEETING WITH ARCHDIOCESE REGARDING STRATEGY AND MOTION ISSUES. | 1.00 | 300.00 |
| 08/28/20 WGZ | B410 | A109 | ATTEND HEARING ON MOTION TO COMPEL DISCOVERY. | 1.40 | 420.00 |
| 08/28/20 WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE'S GENERAL COUNSEL. | .50 | 150.00 |
| 08/28/20 WGZ | B410 | A104 | STRATEGY REGARDING NOTICING ISSUES. | .80 | 240.00 |
| 08/28/20 LFA | B110 | A101 | DRAFTED ARGUMENT RELATED TO CONSTRUCTIVE NOTICE FOR MR. WEGMAN (.5) ATTENDED HEARING ON MOTION TO COMPEL TO ASSIST WITH DRAFTING BAR DATE MOTION AND ORDER (1.0). | 1.50 | 600.00 |
| 08/28/20 LFA | B110 | A103 | CALLS WITH MR. VANCE AND MR. DRAPER TO DISCUSS REVISIONS TO BAR DATE ORDER AND PUBLICATION NOTICE (1.0); REVISED BAR DATE ORDER AND PUBLICATION NOTICE DOCUMENTS (2.8) | 3.80 | 1,520.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 215
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/28/20 LFA | B110 | A105 | CORRESPONDENCES WITH MSES. MCDONALD AND ZERINGUE REGARDING SOCIAL MEDIA INFORMATION (.4); WITH MR. DRAPER REGARDING ORDER FIXING TIME FOR FILING PROOFS OF CLAIM (.4); WITH MS. ZUNIGA REGARDING MONTHLY OPERATING REPORT (.1); WITH MR. SELF REGARDING CRI FIRST MONTHLY FEE STATEMENT (.1); WITH MESSRS. VANCE, DRAPER AND MS HEPTING REGARDING ORDER FIXINGTIME FOR FILING PROOFS OF CLAIMS (1.0). | 2.00 | 800.00 |
| 08/28/20 MAM | B190 | A101 | PLAN FOR AND ATTEND HEARING ON MOTION TO COMPEL (2.0). WORK ON ARGUMENTS RELATED TO THE SAME (4.0). CONFERENCES REGARDING THE SAME (2.7). | 8.70 | 3,480.00 |
| 08/28/20 AK | B310 | A105 | DISCUSSED RESULTS OF BAR DATE MOTION HEARING. | .30 | 75.00 |
| 08/28/20 LHS | B160 | A103 | INCORPORATE CHANGES FROM CRI INTO FEE APPLICATION. | .60 | 150.00 |
| 08/28/20 LL | B250 | A104 | COMMENCED REVIEW OF NEW ST. TAMMANY PARISH DOCUMENTS (1.00); PROOFED PROPERTY SUMMARIES (0.2). | 1.20 | 300.00 |
| 08/28/20 SAO | B190 | A104 | REVIEW POST-PETITION ABUSE CLAIM LAWSUIT INDIRECTLY NAMING THE ARCHDIOCESE AS A DEFENDANT. | .20 | 50.00 |
| 08/28/20 SAO | B190 | A105 | EMAIL CORRESPONDENCES TO MR. MINTZ AND MR. VANCE REGARDING POST-PETITION ABUSE CLAIM LAWSUIT INDIRECTLY NAMING THE ARCHDIOCESE AS A DEFENDANT. | .60 | 150.00 |
| 08/28/20 SAO | B110 | A102 | SEARCH LOUISIANA STATE COURT DOCKETS TO IDENTIFY ADDITIONAL POST-PETITION LAWSUITS FILED AGAINST THE ARCHDIOCESE. | 1.60 | 400.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 216
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

08/28/20 SAO   B190  A104   REVIEW THE COMMITTEE'S REPLY        .30        75.00
                           IN FURTHER SUPPORT OF MOTION
                           TO COMPEL.

08/28/20 SAO   B190  A104   REVIEW ED ROE'S POST-HEARING        .30        75.00
                           MEMORANDUM IN SUPPORT OF
                           MOTION TO DISMISS.

08/28/20 SAO   B190  A104   REVIEW THE COMMITTEE'S             .40       100.00
                           POST-HEARING BRIEF IN SUPPORT
                           OF ITS MOTION TO DISMISS.

08/29/20 JRT   B190  A104   REVIEW ISSUE OF WHETHER           1.50       450.00
                           INSURER WAIVED POLICY
                           DEFENSES.

08/29/20 RPV   B320  A105   EMAILS FROM AND TO MR.             .30       147.00
                           TILLERY REGARDING REVIEW OF
                           OTHER DIOCESE BANKRUPTCY
                           PLANS.

08/29/20 RPV   B310  A104   REVIEWED MR. DRAPER'S              .50       245.00
                           REVISIONS TO BAR DATE ORDER.

08/30/20 EDW   B110  A104   REVIEWED CURRENT SCHEDULE AND      .30        90.00
                           OUTSTANDING BANKRUPTCY ISSUES.

08/30/20 RPV   B310  A104   RECEIVED AND REVIEWED             .20        98.00
                           REVISIONS TO BAR DATE ORDER.

08/30/20 RPV   B310  A105   EMAILS FROM MR. SELF AND MR.      .20        98.00
                           MINTZ REGARDING REVISIONS TO
                           BAR DATE ORDER.

08/30/20 RPV   B110  A105   EMAIL FROM MR. MINTZ              .10        49.00
                           REGARDING WEEKLY DEADLINES.

08/30/20 LFA   B110  A105   CORRESPONDENCES WITH MR.          .30       120.00
                           MINTZ REGARDING SUCCESSION OF
                           PATORNO (.1); MOTION TO
                           COMPROMISE AND BAR DATE
                           CONSIDERATIONS (.1); WITH MR.
                           SELF REGARDING BAR DATE ORDER
                           REVISIONS (.1).

08/30/20 MAM   B190  A101   CORRESPONDENCE REGARDING BAR     2.50     1,000.00
                           DATE ISSUES

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 217
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| Date | Init | B | A | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/30/20 | LHS | B410 | A103 | INCORPORATE CHANGES FROM THE NON-DEBTOR CATHOLIC ENTITIES INTO THE MOTION TO DISMISS. | 1.50 | 375.00 |
| 08/30/20 | LL | B250 | A104 | CONTINUED REVIEW OF NEW ST. TAMMANY PARISH PROPERTY DOCUMENTS (1.0); PROOFED PROPERTY SUMMARIES (0.3); REVISED PROPERTY DESCRIPTIONS (0.1). | 1.40 | 350.00 |
| 08/31/20 | EDW | B110 | A104 | REVIEWED NOTICE ISSUES AND ALTERNATE PROPOSALS. | 1.50 | 450.00 |
| 08/31/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER DENYING MOTION TO COMPEL. | .10 | 30.00 |
| 08/31/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH COURT AND MR. GISLESON REGARDING PLANNED MOTION TO LIFT STAY. | .20 | 60.00 |
| 08/31/20 | EDW | B110 | A109 | MEETING WITH CLIENT REGARDING NOTICE ISSUES AND ALTERNATIVE OPTIONS AVAILABLE. | 1.80 | 540.00 |
| 08/31/20 | EJF | B310 | A104 | REVIEW MEMOS REGARDING BAR DATE NOTICE AND RELATED ISSUES; | .80 | 392.00 |
| 08/31/20 | EJF | B320 | A104 | RESEARCH SOLICITATION ISSUES REGARDING DISCLOSURE STATEMETN AND PLAN; | 1.50 | 735.00 |
| 08/31/20 | EJF | B320 | A105 | MEMO RE SOLICITATION ISSUES; | .40 | 196.00 |
| 08/31/20 | JJL | B110 | A104 | ANALYZE AND STRATEGY REGARDING BAR DATE MOTION ISSUES | .90 | 270.00 |
| 08/31/20 | JRT | B190 | A109 | ATTEND ZOOM CALL WITH OTHER ARCHDIOCESE COUNSEL FOR OTHER DIOCESE REGARDING STRATEGY. | 1.00 | 300.00 |
| 08/31/20 | JRT | B190 | A109 | ASSIST WITH ISSUES REGARDING BAR DATE MOTION. | .80 | 240.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 218
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 08/31/20 | RPV | B190 | A108 | EMAILS FROM MR. GISLESON REGARDING AVAILABILITY OF COURT HEARING DATES FOR MOTION TO LIFT STAY. | .10 | 49.00 |
| 08/31/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH AND EMAILS TO AND FROM MR. MINTZ REGARDING AVAILABILITY OF COURT HEARING DATES FOR MOTION TO LIFT STAY | .30 | 147.00 |
| 08/31/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER DENYING MOTION TO COMPEL. | .10 | 49.00 |
| 08/31/20 | RPV | B310 | A108 | TELEPHONE CONVERSATION WITH MR. DRAPER REGARDING BAR DATE NOTICE ISSUES | .60 | 294.00 |
| 08/31/20 | RPV | B310 | A106 | OFFICE CONFERENCE WITH JW TEAM AND CLIENTS REGARDING BAR DATE NOTICE ISSUES | 2.00 | 980.00 |
| 08/31/20 | RPV | B310 | A104 | PREPARING FOR MEETING WITH CLIENT REGARDING BAR DATE NOTICE ISSUES | 1.00 | 490.00 |
| 08/31/20 | RPV | B310 | A104 | WORKING ON BAR DATE NOTICE ORDER | 1.00 | 490.00 |
| 08/31/20 | RPV | B320 | A104 | WORKING ON PLAN ISSUES | 1.00 | 490.00 |
| 08/31/20 | WGZ | B410 | A104 | CONTINUE ANALYSIS AND STRATEGY REGARDING ACTUAL AND CONSTRUCTIVE NOTICE. | .90 | 270.00 |
| 08/31/20 | WGZ | B410 | A103 | WORKING ON PROPOSAL REGARDING NOTICE. | .80 | 240.00 |
| 08/31/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING PROPOSED BAR DATE PROCEDURE (2.5); MULTIPLE CALLS WITH MR. VANCE AND MR. MINTZ AND THE CLIENT REGARDING REVISIONS AND COMMENTS TO SAME (3.0); MULTIPLE CORRESPONDENCES WITH MR. DRAPER REGARDING BAR DATE PROCEDURES (1.5). | 7.00 | 2,800.00 |

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 219
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 08/31/20 | MAM | B190 | A101 | DISCUSSIONS WITH CLIENT AND TEAM REGARDING BAR DATE ISSUES, AND JONES WALKER BILLING | 4.30 | 1,720.00 |
| 08/31/20 | LHS | B410 | A103 | FINALIZE MONTHLY OPERATING REPORT FOR FILING. | .60 | 150.00 |
| 08/31/20 | LL | B250 | A104 | CONTINUED REVIEW OF ST. TAMMANY PARISH PROPERTY DOCUMENTS (3.0); REVIEWED PROPERTY SUMMARIES (0.5); REVISED PROPERTY SUMMARIES (0.5). | 4.00 | 1,000.00 |
| 08/31/20 | SAO | B190 | A104 | REVIEW ORDER DENYING THE COMMITTEE'S EXPEDITED MOTION TO COMPEL. | .10 | 25.00 |
| 08/31/20 | SAO | B110 | A103 | PREPARE NOTICE OF SUGGESTION OF BANKRUPTCY FOR TARA BROWN LAWSUIT FILED IN THE 24TH JDC. | .50 | 125.00 |
| 08/31/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCE TO MS. GUNDLACH REGARDING NOTICE OF SUGGESTION OF BANKRUPTCY FOR TARA BROWN LAWSUIT FILED IN THE 24TH JDC. | .20 | 50.00 |

```
                                         --------    -----------
                       TOTALS            2,700.90    $932,978.00
                                         ========    ===========
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 220
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 881.30 | 330,426.00 | 1,784.10 | 671,606.00 |
| B120 | ASSET ANALYSIS/RECOVERY | 5.90 | 2,180.00 | 73.00 | 26,892.00 |
| B130 | ASSET DISPOSITION | 5.60 | 2,744.00 | 57.10 | 23,626.00 |
| B140 | RELIEF FROM STAY/PROTEC | 29.40 | 8,700.00 | 51.80 | 14,060.00 |
| B150 | MTGS/COMM. W/ CREDITORS | .00 | .00 | 6.60 | 2,919.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 95.70 | 34,730.00 | 156.80 | 53,922.00 |
| B170 | FEE/EMPLMT OBJECTIONS | .50 | 173.00 | .90 | 369.00 |
| B190 | OTHER CONTESTED MATTERS | 1,028.00 | 346,299.00 | 1,207.40 | 409,696.00 |
| | TOTAL ADMINISTRATION | 2,046.40 | 725,252.00 | 3,337.70 | 1,203,090.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | 84.50 | 36,574.00 | 198.20 | 88,768.00 |
| B220 | EMPLOYEE BENEFIT/PENSIO | .00 | .00 | 54.70 | 22,257.00 |
| B230 | FINANCING/CASH COLLECTI | .60 | 294.00 | 8.90 | 4,145.00 |
| B250 | REAL ESTATE | 10.80 | 2,700.00 | 16.30 | 4,900.00 |
| | TOTAL OPERATIONS | 95.90 | 39,568.00 | 278.10 | 120,070.00 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 260.60 | 77,342.00 | 389.00 | 122,867.00 |
| B320 | PLAN DISCLOSURE STMT | 42.50 | 17,746.00 | 114.20 | 50,328.00 |
| | TOTAL CLAIMS AND PLAN | 303.10 | 95,088.00 | 503.20 | 173,195.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 254.50 | 72,580.00 | 494.30 | 143,939.00 |
| B420 | RESTRUCTURING | 1.00 | 490.00 | 11.10 | 4,620.00 |
| | TOTAL BANKRUPTCY-RELATED ADVI | 255.50 | 73,070.00 | 505.40 | 148,559.00 |
| | TOTALS | 2,700.90 | 932,978.00 | 4,624.40 | 1,644,914.00 |

**EXHIBIT E**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 221
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------<br>HOURS | FEES | --CUMULATIVE TOTALS---<br>HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 309.40 | 92,820.00 | 320.10 | 96,030.00 |
| ELIZABETH J FUTRELL | 490.00 | 297.00 | 145,530.00 | 530.90 | 260,141.00 |
| JOSEPH J LOWENTHAL | 300.00 | 101.30 | 30,390.00 | 138.40 | 41,520.00 |
| JEFFREY R. BARBER | .00 | .00 | .00 | 1.00 | 400.00 |
| JEFFERSON R. TILLERY | 300.00 | 45.20 | 13,560.00 | 49.40 | 14,820.00 |
| R PATRICK VANCE | 490.00 | 210.20 | 102,998.00 | 450.10 | 220,549.00 |
| SETH A. LEVINE | .00 | .00 | .00 | 9.10 | 3,640.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 167.30 | 50,190.00 | 293.30 | 87,990.00 |
| ALEX H. GLASER | .00 | .00 | .00 | .90 | 360.00 |
| B. TREVOR WILSON, B.T. | .00 | .00 | .00 | 6.00 | 2,400.00 |
| JOSEPH E. BAIN | .00 | .00 | .00 | .90 | 360.00 |
| JEFFREY P. GOOD | .00 | .00 | .00 | 45.40 | 18,160.00 |
| LAURA F. ASHLEY | 400.00 | 232.70 | 93,080.00 | 439.40 | 175,760.00 |
| MARK A. MINTZ | 400.00 | 449.10 | 179,640.00 | 855.90 | 342,360.00 |
| MARY MARGARET SPELL | 300.00 | 14.20 | 4,260.00 | 29.20 | 8,760.00 |
| ALLISON KINGSMILL | 250.00 | 206.40 | 51,600.00 | 225.30 | 56,325.00 |
| GABRIELLE A. RAMIREZ | .00 | .00 | .00 | 14.80 | 3,700.00 |
| HEATHER K. TROSCLAIR | .00 | .00 | .00 | 3.50 | 875.00 |
| JACOB J. PRITT | .00 | .00 | .00 | 18.00 | 4,500.00 |
| LUCAS H. SELF | 250.00 | 331.00 | 82,750.00 | 524.90 | 131,225.00 |
| LESLIE LACOSTE | 250.00 | 47.20 | 11,800.00 | 57.00 | 14,250.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 171.60 | 42,900.00 | 275.40 | 68,850.00 |
| STACEY MOORE BUCHANAN | .00 | .00 | .00 | 4.70 | 1,175.00 |
| CARMEN M. RODRIGUEZ | .00 | .00 | .00 | 5.10 | 1,530.00 |
| MADELEINE FISCHER | 300.00 | 71.60 | 21,480.00 | 172.60 | 51,780.00 |
| VIRGINIA W. GUNDLACH | 300.00 | 15.70 | 4,710.00 | 87.90 | 26,370.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | 2.30 | 391.00 |
| BONNIE BOUDREAUX | .00 | .00 | .00 | 7.00 | 1,190.00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 6.10 | 1,037.00 |
| GEORGETTE M. SHAHIEN | 170.00 | 31.00 | 5,270.00 | 37.40 | 6,358.00 |
| RYAN P. SMITH, R.P. | .00 | .00 | .00 | 1.90 | 323.00 |
| SCOTT M. SIGL | .00 | .00 | .00 | 6.40 | 1,088.00 |
| LAW CLERKS, NO | .00 | .00 | .00 | 4.10 | 697.00 |
| TOTALS | | 2,700.90 | 932,978.00 | 4,624.40 | 1,644,914.00 |

<span style="color:red">EXHIBIT E</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 222
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


COSTS INCURRED:


```
07/21/20 COURT RECORD FEES - CDC BILLING 7/17-7/24/20 -     199.00
         CASE # 2018-10864
07/27/20 COURT RECORD FEES /PACER JUNE 2O2O               426.40
07/31/20 COURT RECORD FEES CDC BILLING 7/27-8/2/20 -       21.00
         CASE # 2019-03947
08/02/20 COURT RECORD FEES CDC BILLING 7/27-8/2/20 -        1.00
         CASE # 2019-06200
08/16/20 COURT RECORD FEES - CDC BILLING AUGUST 2020       19.00
08/20/20 COURT RECORD FEES /PACER JULY 2020               568.70
08/12/20 COURT FEES - CLERK OF COURT - 22ND JDC - NOTICE   85.00
         OF SUGGESTION OF BANKRUPTCY
08/24/20 DEPOSITION TRANSCRIPTS - KIM TINDALL &           621.50
         ASSOCIATES, LLC - TRANSCRIPT OF DEPOSITION OF
         PAUL SHIELDS TRANSCRIPT OF DEPOSITION OF PAUL
         SHIELDS - 08/17/20
08/25/20 DEPOSITION TRANSCRIPTS - KIM TINDALL &          1019.20
         ASSOCIATES, LLC - DEPOSITION TRANSCRIPT OF PAUL
         SHIELDS - VOL. 2 - 08/17/20
08/27/20 DEPOSITION TRANSCRIPTS - KIM TINDALL &          2278.38
         ASSOCIATES, LLC - CERTIFIED COPY OF TRANSCRIPT
         OF STEVE RIGGS
08/31/20 DEPOSITION TRANSCRIPTS - KIM TINDALL &           706.25
         ASSOCIATES, LLC - FR. PATRICK CARR -
         VIDEO/TRANSCRIPT; JEFFREY ENTWISLE -
         VIDEO/TRANSCRIPT
08/31/20 DEPOSITION TRANSCRIPTS - KIM TINDALL &           992.50
         ASSOCIATES, LLC - STEVE RIGGS -
         VIDEO/TRANSCRIPT; PAUL SHIELDS -
         VIDEO/TRANSCRIPT
07/30/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT  199.75
         OF HEARING HELD - 07/16/20
08/05/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT   68.00
         OF HEARING - 07/23/20
08/05/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT  195.50
         HEARING - 07/30/20
08/21/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT   55.25
         OF STATUS CONFERENCE HELD 08/14/20
08/18/20 LITIGATION SUPPORT - XACT DATA DISCOVERY -        50.00
         ONLINE DATA STORAGE
08/25/20 LITIGATION SUPPORT - KIM TINDALL & ASSOCIATES,   212.50
         LLC - KATHLEEN ZUNIGA - VC - CONNECT - VIDEO
         RECORDING, PRODUCTION AND DELIVERY - COPY -
         08/14/20
```

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 223
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


08/26/20 LITIGATION SUPPORT - KIM TINDALL & ASSOCIATES,    1181.03
         LLC - CERTIFIED COPY OF TRANSCRIPT OF KATHLEEN
         ZUNIGA
07/17/20 OTHER - ALACRA, INC. - MOODY'S REPORTS - CREDIT     750.00
         OPINIONS ON ARCHDIOCESE OF NEW ORLEANS, LA
08/07/20 OTHER - ADVANCED ABSTRACTS, LLC - LAND RECORDS    20538.00
         SEARCH, COPY CHARGES AND ACCESS FEES FOR
         JEFFERSON, LAFOURCHE, ORLEANS, PLAQUEMINES, ST.
         BERNARD, ST. CHARLES, ST. JOHN THE BAPTIST, ST.
         TAMMANY, TERREBONNE, AND WASHINGTON PARISH -
         WORK COMPLETED AND COPY CHARGED INCURRED PRIOR
         TO 07/31/20
08/31/20 OTHER - ADVANCED ABSTRACTS, LLC - RESEARCH IN      7238.00
         ST. TAMMANY PARISH FOR LAND AND PROPERTY
         RECORDS
07/01/20 LEGAL WINGS: TO ORLEANS TO FILE THE ATTACHED        45.00
         DOCUMENT AND RETURN CONFORMED COPY; COURT RUN
         FEES $45, COURT FEES $0
07/01/20 LEGAL WINGS: TO 24TH JDC TO FILE THE ATTACHED       65.00
         DOCUMENT AND, RETURN CERTIFIED COPY; COURT RUN
         FEES $35, COURT FEES $30
07/01/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND, RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
07/01/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND, RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
07/01/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND, RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
07/01/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND, RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
07/01/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND, RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
07/01/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND, RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
08/26/20 LEGAL WINGS: TO CDC TO FILE THE ATTACHED            45.00
         DOCUMENT AND RETURN CONFORMED COPY; COURT RUN
         FEES $35, COURT FEES $10
07/03/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION       1.42
         ORIGINATED BY SAMANTHA A. OPPENHEIM
07/15/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      11.21
         ORIGINATED BY MARK A. MINTZ
07/20/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION       9.39
         ORIGINATED BY ELIZABETH JONES FUTRELL
07/21/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      32.33
         ORIGINATED BY MARK A. MINTZ

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 224
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


| Date | Description | Amount |
|---|---|---|
| 08/06/20 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY MARK A. MINTZ | 15.47 |
| 08/07/20 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY MARK A. MINTZ | 11.21 |
| 08/07/20 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY MARK A. MINTZ | 11.21 |
| 08/09/20 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY JOSEPH J. LOWENTHAL | 13.30 |
| 07/08/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 44.70 |
| 07/08/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 573.15 |
| 07/14/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 14.85 |
| 07/14/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 733.20 |
| 07/14/20 | LEXIS LEGAL RESEARCH - SPELL, MAGGIE | 29.70 |
| 07/27/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 987.75 |
| 07/30/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 72.45 |
| 07/30/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 133.65 |
| 08/05/20 | LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH | 29.10 |
| 08/05/20 | LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON | 44.55 |
| 08/05/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 206.55 |
| 08/09/20 | LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON | 97.05 |
| 08/09/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 266.70 |
| 08/09/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 461.40 |
| 08/19/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 74.25 |
| 08/19/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 688.05 |
| 08/24/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 750.45 |
| 08/27/20 | LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH | 14.85 |
| 08/27/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 14.85 |

                              TOTAL COSTS:            $43,193.75

                      COST SUMMARY

| Code | Description | Amount |
|---|---|---|
| E105 | LONG DISTANCE | 105.54 |
| E106 | COMPUTER LEGAL RESEARCH | 5,237.25 |
| E112 | COURT FEES | 1,745.10 |
| E115 | DEPOSITION TRANSCRIPTS | 5,617.83 |
| E116 | TRIAL TRANSCRIPTS | 518.50 |
| E118 | LITIGATION SUPPORT | 1,443.53 |
| E124 | OTHER | 28,526.00 |
|  |  | -------------- |
|  | TOTAL DISBURSEMENTS | $43,193.75 |


                      TOTAL FEES AND COSTS:    $976,171.75

EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 225
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $932,978.00

                    TOTAL COSTS:                    $43,193.75

                    LESS CREDITS:                        $0.00
                                                   ------------
                    TOTAL CURRENT FEES AND COSTS DUE   $976,171.75


BALANCE DUE ON PRIOR INVOICES:

  DATE         INVOICE NO.        BALANCE

                    TOTAL PRIOR INVOICES DUE:      $287,061.57
                                                   -----------


                    TOTAL AMOUNT DUE:            $1,263,233.32
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                      **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                  Iberia Bank
                  New Orleans, Louisiana
                  ABA Number:  265270413
                  Account Number:  20000247731
                  Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM



EXHIBIT E

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 226
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                  PHOENIX, AZ (602)366-7889
                 TALLAHASSEE, FL (850)425-7800
          WASHINGTON, DC (CAPITOL HILL) (202)203-1000
           WASHINGTON, DC (DOWNTOWN) (202)434-4660
              THE WOODLANDS, TX (281)296-4400


    ****************************************************************



THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 227
OCTOBER 20, 2020
INVOICE NO.: 1049776
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




      * * *   A C C O U N T I N G   C O P Y   * * *




TOTAL FEES:                          $932,978.00

TOTAL COSTS:                          $43,193.75

LESS CREDITS:                              $0.00
                                     -------------
TOTAL CURRENT FEES AND COSTS DUE     $976,171.75


BALANCE DUE ON PRIOR INVOICES:

DATE          INVOICE NO.       BALANCE

TOTAL PRIOR INVOICES DUE:     $287,061.57
                              -----------


TOTAL AMOUNT DUE:           $1,263,233.32
                            ============

EXHIBIT E

Office: (504) 484-7996

# LEGAL WINGS, INC.
### P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195827

DATE: 2-1-

BILL TO: _Jones_

SUIT NAME: _Boas_

VS.

COURT: _Dis Crt_

CASE NO. _No. 47_

FILE NO. _176960 - 01_

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
_____ CONFORMED COPY
_____ CERTIFIED COPY
☐ TAKE TO JUDGE AND HAVE SIGNED
☐ DELIVER COPY TO JUDGE
☐ OBTAIN HEARING DATE
☐ ARRANGE FOR SERVICE
☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____
☐ PICK UP: _____
☐ SERVED SUBPOENA: _____
☐ SPECIAL INSTRUCTIONS: _____

_____

_____

_____

BILLED AMOUNT: _____ $ 45

REIMBURSEMENTS: _____

TOTAL INVOICE AMOUNT: _____ $ 41

**EXHIBIT E**

# COURT RUN REQUEST FORM

DATE _7/1/2020_

FILE # _176960-01_  FILE NAME _Pierre Beard v Archdiocese_

COURT _2nd City Court, Small Claims Div_ CASE # _2020-00472_ DIVISION _____ SECTION _____

CASE NAME _Pierre Beard v St. Andrew Apostle School & Archdiocese of New Orleans_

FILING ATTORNEY BAR # _18493_

DOCUMENT TO BE RETURNED TO:

NAME: _Ginger Gundlach ( fl. 49) Jones Walker LLC_

PLEADING ATTACHED OR REQUESTED: _Notice of Suggestion of Bankruptcy_

[x] FILE

[x] RETURN CONFORMED COPIES

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE

[ ] OBTAIN HEARING DATE

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD: _____

[ ] DELIVER _____

TO: _____

[ ] PICK UP _____

FROM: _____

[ ] OTHER: _____

REMARKS: _____

COSTS:

TO
CLERK $_____ CK. #_____

TO
SHERIFF $_____ CK. #_____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max

**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.
### P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195829

BILL TO: _Jonal_

DATE: 7-1-0

SUIT NAME: _Deemox_

VS.

COURT: _EVDC_

CASE NO. _253.491_

FILE NO. _176960.61_

ATTORNEY: _____

☐ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
_____ CONFORMED COPY
_____ CERTIFIED COPY
☐ TAKE TO JUDGE AND HAVE SIGNED
☐ DELIVER COPY TO JUDGE
☐ OBTAIN HEARING DATE
☐ ARRANGE FOR SERVICE
☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

_____

BILLED AMOUNT: _____ $35-

REIMBURSEMENTS: _____ $30

TOTAL INVOICE AMOUNT: _____ $65-

**EXHIBIT E**



Jon A. Gegenheimer
Clerk of Court
24th Judicial District Court
Parish of Jefferson

Jul 1 2020 12:10

Receipt: 2007010238

Case      793291        Div: O

Account: D1   ROMAN CATHOLIC
              CHURCH OF THE
              ARCHDIOCESE OF NEW
              ORLEANS

Auth      IPP ROMAN CATHOLIC
          CHURCH OF THE
          ARCHDIOCESE OF NEW
          ORLEANS.

INVOICE 205055 LEGAL WINGS        30.00

**Deposit Total:**                **30.00**

BALANCE   CIVIL DOCKET    30.00
Clerk  AKB          7/1/2020 12:11 04 PM

All fees in this matter will be charged in
accordance with Louisiana R.S. 13.841 and other
relevant statutes. If you believe these charges
might be incorrect, contact our office at (504)
364-2912 or (504) 364-2655 for a formal review.
At any time during litigation, any party may request
and obtain a cost breakdown and copy of the
docket ledger from the civil suit accounting
department.

JeffNet. A Virtual Courthouse Open 24-7-365
www.jpclerkofcourt.us

Customer Copy

EXHIBIT E



## COURT RUN REQUEST FORM

DATE ___7/1/2020___

FILE # _176960-01_   FILE NAME _Warren Deemer v Archdiocese_

COURT ___24th JDC___   CASE # _793-291_   DIVISION ___O___   SECTION _____

CASE NAME _Wrren Deemer and Mary Deemer v The Roman Catholic Church of Archdiocese of New Orleans, et al._

FILING ATTORNEY BAR # ___18493___

DOCUMENT TO BE RETURNED TO:

   NAME: ___Ginger Gundlach ( fl. 49) Jones Walker LLC___

PLEADING ATTACHED OR REQUESTED: ___Notice of Suggestion of Bankruptcy___

[X] FILE

[ ] DELIVER _____

[X] RETURN CONFORMED COPIES

   TO: _____

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE

[ ] PICK UP _____

[ ] OBTAIN HEARING DATE

   FROM: _____

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD: _____

[ ] OTHER: _____

REMARKS: _____

COSTS:

TO
CLERK $_____ CK. #_____

TO
SHERIFF $_____ CK. #_____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max



**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.
### P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195830

BILL TO: _Jones_

DATE: _7/10_

SUIT NAME: _____

VS.

COURT: _CDC_

CASE NO. _No. 348_

FILE NO. _176960. or_

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:

_____ CONFORMED COPY

_____ CERTIFIED COPY

☐ TAKE TO JUDGE AND HAVE SIGNED

☐ DELIVER COPY TO JUDGE

☐ OBTAIN HEARING DATE

☐ ARRANGE FOR SERVICE

☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

_____

BILLED AMOUNT: _$ 35_

REIMBURSEMENTS: _$ 10_

TOTAL INVOICE AMOUNT: _$ 45_

**EXHIBIT E**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 7/1/2020 1:03:00 PM |
| Receipt Number | 817980 |
| Cashier | jboe |
| Register | CDC Cash Register 4 |

| | |
|---|---|
| Case Number | 2020 - 03848 |

| | |
|---|---|
| Grand Total | $ 10.00 |
| Amount Received | $ 10.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 6313 / $10.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Notice of Removal | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |

**EXHIBIT E**

# COURT RUN REQUEST FORM

DATE _____ 7/01/20

FILE # _____ 176960-01 _____ FILE NAME _____ Kendra LaFrance

COURT _____ CDC _____ CASE # _____ 2020-0348 _____ DIVISION _____ "F" (7) _____ SECTION _____

CASE NAME _____ Kendra LaFrance v Archdiocese of New Orleans & St. Andrews Catholic School

FILING ATTORNEY BAR # _____ 18493

DOCUMENT TO BE RETURNED TO:

NAME: _____ Ginger Gundlach ( fl. 49 ) Jones Walker LLC

PLEADING ATTACHED OR REQUESTED: _____ Notice of Suggestion of Bankruptcy

[X] FILE

[X] RETURN CONFORMED COPIES

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE

[ ] OBTAIN HEARING DATE

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD: _____

[ ] DELIVER _____

TO: _____

[ ] PICK UP _____

FROM: _____

[ ] OTHER: _____

REMARKS: _____

COSTS: _____

TO
CLERK $ _____ CK. # _____

TO
SHERIFF $ _____ CK. # _____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max

**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.

P.O. Box 8494
Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195831

BILL TO: _Jones_

DATE: _67 / 20_

SUIT NAME: _(inre)_

VS.

COURT: _CJC_

CASE NO. _20. 4597_

FILE NO. _176960 -01_

ATTORNEY: _____

☐ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:

_____ CONFORMED COPY

_____ CERTIFIED COPY

☐ TAKE TO JUDGE AND HAVE SIGNED

☐ DELIVER COPY TO JUDGE

☐ OBTAIN HEARING DATE

☐ ARRANGE FOR SERVICE

☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

_____

BILLED AMOUNT: _$ 35°°_

REIMBURSEMENTS: _$ 10_

TOTAL INVOICE AMOUNT: _$ 45_

EXHIBIT E



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 7/1/2020 1:02:00 PM |
| Receipt Number | 817977 |
| Cashier | jboe |
| Register | CDC Cash Register 4 |

| | |
|---|---|
| Case Number | 2020 - 04597 |

| | |
|---|---|
| Grand Total | $ 10.00 |
| Amount Received | $ 10.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 63131 $10.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Notice of Removal | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |

EXHIBIT E

# COURT RUN REQUEST FORM

DATE 7/01/20

FILE # 176960-01     FILE NAME Carrie Kinard

COURT CDC     CASE # 2020-04597     DIVISION "N" (8)     SECTION

CASE NAME Carrie Kinard v. Ireal McKay and The Roman Catholic Church of the Archdiocese of New Orleans

FILING ATTORNEY BAR # 18493

DOCUMENT TO BE RETURNED TO:

    NAME: Ginger Gundlach ( fl. 49 ) Jones Walker LLC

PLEADING ATTACHED OR REQUESTED: Notice of Suggestion of Bankruptcy

[X] FILE

[X] RETURN CONFORMED COPIES

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE

[ ] OBTAIN HEARING DATE

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD:

[ ] DELIVER

    TO:

[ ] PICK UP

    FROM:

[ ] OTHER:

REMARKS:

COSTS:

TO
CLERK $ _____ CK. # _____

TO
SHERIFF $ _____ CK. # _____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max



**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.

**P.O. Box 8494**
**Metairie, Louisiana 70011**

Digital Beeper: 465-2701
572-0520

INVOICE NO. _195832_

BILL TO: _Jones_

DATE: _7-1-20_

SUIT NAME: _Lizette_

VS.

COURT: _CJC_

CASE NO. _20-3123_

FILE NO. _17696001_

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:

_____ CONFORMED COPY

_____ CERTIFIED COPY

☐ TAKE TO JUDGE AND HAVE SIGNED

☐ DELIVER COPY TO JUDGE

☐ OBTAIN HEARING DATE

☐ ARRANGE FOR SERVICE

☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

_____

BILLED AMOUNT: _____ $ 35 ___

REIMBURSEMENTS: _____ $ 10

TOTAL INVOICE AMOUNT: _ $ 45

**EXHIBIT E**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 7/1/2020 1:01:00 PM |
| Receipt Number | 817976 |
| Cashier | jboe |
| Register | CDC Cash Register 4 |

| | |
|---|---|
| Case Number | 2020 - 03123 |

| | |
|---|---|
| Grand Total | $ 10.00 |
| Amount Received | $ 10.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 63131 $10.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Notice of Removal | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |

EXHIBIT E

# COURT RUN REQUEST FORM

DATE ___7/01/20___

FILE # ___176960-01___ FILE NAME ___Shaye R. Lirette___

COURT ___CDC___ CASE # ___2020-03123___ DIVISION ___"D" (12)___ SECTION _____

CASE NAME ___Shaye R Lirette v. Holy Cross College Inc, The Roman Catholic Church of Archdiocese of New Orleans, et al___

FILING ATTORNEY BAR # ___18493___

DOCUMENT TO BE RETURNED TO:

NAME: ___Ginger Gundlach ( fl. 49 ) Jones Walker LLC___

PLEADING ATTACHED OR REQUESTED: ___Notice of Suggestion of Bankruptcy___

[X] FILE  [ ] DELIVER

[X] RETURN CONFORMED COPIES     TO: _____

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE     [ ] PICK UP _____

[ ] OBTAIN HEARING DATE     FROM: _____

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD: _____

[ ] OTHER: _____

REMARKS: _____

COSTS: _____

TO CLERK $ _____ CK. # _____     TO SHERIFF $ _____ CK. # _____

AT-1  REV. 2/22/2000

Friday, March 28, 2008.max


**EXHIBIT E**

Case 2:20-cv-03434-BD Doc 856855 Filed 02/27/20 Entered 02/27/20 07:06:30 Exhibit First Interim
Walkers Second Annual Fee Statement Page 984 of 1159

Office: (504) 484-7996

# LEGAL WINGS, INC.

P.O. Box 8494
Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195833

DATE: 7-1-20

BILL TO: _Tony_

SUIT NAME: _Butler_

VS.

COURT: _CDC_

CASE NO. _19-5655_

FILE NO. _176560.01_

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
_____ CONFORMED COPY
_____ CERTIFIED COPY
☐ TAKE TO JUDGE AND HAVE SIGNED
☐ DELIVER COPY TO JUDGE
☐ OBTAIN HEARING DATE
☐ ARRANGE FOR SERVICE
☐ CHECK RECORD: _____

☐ HAND DELIVERY: _____
☐ PICK UP: _____
☐ SERVED SUBPOENA: _____
☐ SPECIAL INSTRUCTIONS: _____

BILLED AMOUNT: $ 35

REIMBURSEMENTS: $ 10

TOTAL INVOICE AMOUNT: $ 45

**EXHIBIT E**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

Receipt Date       7/1/2020 1:00:00 PM
Receipt Number     317975
Cashier            jpoe
Register           CDC Cash Register 4

Case Number        2019 - 05659

Grand Total        $ 10.00
Amount Received    $ 10.00
Balance Due        $ 0.00
Over Payment       $ 0.00

Payment / Transaction List
Check  #  63131  $10.00

| Item | Charged | Paid | Bal |
|------|---------|------|-----|
| Notice of Removal | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |


EXHIBIT E

# COURT RUN REQUEST FORM

DATE _7/01/20_____

FILE # _176960-01_____ FILE NAME _Spencer Butler_____

COURT _CDC_____ CASE # _2019-5659_____ DIVISION _"N" (8)_____ SECTION _____

CASE NAME _Spencer Butler v. St. Mary's Academy of Holy Family and Roman Catholic Church of the Archdiocese New Orleans_

FILING ATTORNEY BAR # _18493_____

DOCUMENT TO BE RETURNED TO:

NAME: _Ginger Gundlach ( fl. 49 ) Jones Walker LLC_____

PLEADING ATTACHED OR REQUESTED: _Notice of Suggestion of Bankruptcy_____

[X] FILE

[X] RETURN CONFORMED COPIES

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE

[ ] OBTAIN HEARING DATE

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD: _____

[ ] DELIVER _____

TO: _____

[ ] PICK UP _____

FROM: _____

[ ] OTHER: _____

REMARKS: _____

COSTS: _____

TO
CLERK $ _____ CK. # _____

TO
SHERIFF $ _____ CK. # _____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max



**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.
## P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195834

DATE: 7-1-16

BILL TO: _Jones_

SUIT NAME: _EC Hilan_

VS.

COURT: _CDC_

CASE NO. _17 3843_

FILE NO. _176560 01_

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:

_____ CONFORMED COPY

_____ CERTIFIED COPY

☐ TAKE TO JUDGE AND HAVE SIGNED

☐ DELIVER COPY TO JUDGE

☐ OBTAIN HEARING DATE

☐ ARRANGE FOR SERVICE

☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

_____

BILLED AMOUNT: _$ 35-_

REIMBURSEMENTS: _$ 10_

TOTAL INVOICE AMOUNT: _$ 45_

**EXHIBIT E**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 7/1/2020 1:05.00 PM |
| Receipt Number | 817982 |
| Cashier | jboe |
| Register | CDC Cash Register 4 |
| Case Number | 2017 - 03843 |
| Grand Total | $ 10.00 |
| Amount Received | $ 10.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 63731 $10.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Other Docket Entries | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |

**EXHIBIT E**

# COURT RUN REQUEST FORM

DATE __7/01/20__

FILE # __176960-01__ FILE NAME __Bethany Echelard et al v. Archdiocese__

COURT __CDC__ CASE # __2017-03843__ DIVISION __L - 6__ SECTION ____

CASE NAME __Bethany Echelard, et al v. The Roman Catholic Church of teh Archdiocese of New Orleans, et al__

FILING ATTORNEY BAR # __18493__

DOCUMENT TO BE RETURNED TO:

NAME: __Ginger Gundlach ( fl. 49 ) Jones Walker LLC__

PLEADING ATTACHED OR REQUESTED: __Notice of Suggestion of Bankruptcy__

- [x] FILE
- [x] RETURN CONFORMED COPIES
- [ ] DELIVER FILED COPY TO JUDGE
- [ ] ARRANGE FOR SERVICE
- [ ] OBTAIN HEARING DATE
- [ ] OBTAIN COPIES FROM RECORD
- [ ] CHECK RECORD: ____

- [ ] DELIVER ____
    TO: ____

- [ ] PICK UP ____
    FROM: ____

- [ ] OTHER: ____

REMARKS: ____

COSTS: ____

TO
CLERK $ ____ CK. # ____

TO
SHERIFF $ ____ CK. # ____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max

**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.
### P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 195835

DATE: 2-1-20

BILL TO: Jones

SUIT NAME: Blunt

VS.

COURT: CDC

CASE NO. 19 13354

FILE NO. 176860-01

ATTORNEY:

- [x] FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
  - _____ CONFORMED COPY
  - _____ CERTIFIED COPY
- [ ] TAKE TO JUDGE AND HAVE SIGNED
- [ ] DELIVER COPY TO JUDGE
- [ ] OBTAIN HEARING DATE
- [ ] ARRANGE FOR SERVICE
- [ ] CHECK RECORD: _____

- [ ] HAND DELIVERY: _____
- [ ] PICK UP: _____
- [ ] SERVED SUBPOENA: _____
- [ ] SPECIAL INSTRUCTIONS: _____

BILLED AMOUNT: $ 35

REIMBURSEMENTS: $ 10 -

TOTAL INVOICE AMOUNT: $ 45 —

**EXHIBIT E**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| Receipt Date | 7/1/2020 1:02:00 PM |
| Receipt Number | 817979 |
| Cashier | jboe |
| Register | CDC Cash Register 4 |

| Case Number | 2019 - 12254 |

| Grand Total | $ 10.00 |
| Amount Received | $ 10.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check  #  6313    $10.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Notice of Removal | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |


EXHIBIT E

# COURT RUN REQUEST FORM

DATE _____ 7/01/20

FILE # ____ 176960-01 _____ FILE NAME ____ Melissa Blunt _____

COURT ____ CDC _____ CASE # ____ 2019-12254 ____ DIVISION ____ "A" (16) ____ SECTION ____

CASE NAME ____ Melissa Blunt v. St. Bernard Parish Recreation Dept & Roman Catholic Church, Archdiocese of New Orleans, et al _____

FILING ATTORNEY BAR # ____ 18493 _____

DOCUMENT TO BE RETURNED TO:

NAME: ____ Ginger Gundlach ( fl. 49 ) Jones Walker LLC _____

PLEADING ATTACHED OR REQUESTED: ____ Notice of Suggestion of Bankruptcy _____

[x] FILE

[x] RETURN CONFORMED COPIES

[ ] DELIVER FILED COPY TO JUDGE

[ ] ARRANGE FOR SERVICE

[ ] OBTAIN HEARING DATE

[ ] OBTAIN COPIES FROM RECORD

[ ] CHECK RECORD: _____

[ ] DELIVER _____

TO: _____

[ ] PICK UP _____

FROM: _____

[ ] OTHER: _____

REMARKS: _____

COSTS: _____

TO
CLERK $ _____ CK. # _____

TO
SHERIFF $ _____ CK. # _____

AT-1 REV. 2/22/2000

Friday, March 28, 2008.max

**EXHIBIT E**

7-14-20 purchased with visa Moody's Reports - credit opinions on Archdiocese of New Orleans, LA

charge to 176960-01 per Lisa Futrell   $750.00

---

**Stevenson, Twila**

| | |
|---|---|
| **From:** | alacra@alacrastore.com |
| **Sent:** | Tuesday, July 14, 2020 10:06 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | [EXTERNAL] [Moody's Store Invoice] Your Purchase is Confirmed -- Thank You from Alacra! |

## Moody's (Powered by Alacra) Store Purchase and Invoice

alacra store

---

Dear Andrew,

Thank you for purchasing your business research from Moody's (Powered by Alacra) pay-per-view document store!

To download your reports, please visit your Account and login. Your reports are available for up to 24 hours. If you need to contact us regarding your order, please have your Order Number available when you call.

**Your Invoice**
Alacra, Inc.
48 Wall Street, 6th Floor
New York, New York 10005
United States

Andrew Bruns

, LA 70170

Order Number:

Purchase Date:   7/14/2020

| | |
|---|---|
| Item ID# | /moodys-credit-research/Archdiocese-of-New-Orleans-LA-Update-following-downgrade-to-Caa1-PBM_1236343 |
| Description | Moody's Report: Archdiocese of New Orleans, LA: Update following downgrade to Caa1 |
| Item ID# | /moodys-credit-research/Archdiocese-of-New-Orleans-LA-Update-following-downgrade-PBM_1227653 |

1


**EXHIBIT E**

| Description | Moody's Report: Archdiocese of New Orleans, LA: Update following downgrade |
|---|---|
| Item ID# | /moodys-credit-research/Archdiocese-of-New-Orleans-LA-Update-following-outlook-revision-to-negative-PBM_1157575 |
| Description | Moody's Report: Archdiocese of New Orleans, LA: Update following outlook revision to negative |

Discount Applied: -$ 0.00
Sub Total:      $ 750.00
Tax Applied:    $ 0.00
Total Purchase  $ 750.00
USD:

Payment Method  VISA
Type:

---

7-14-20
VISA
Moody's Reports - credit opinions on Archdiocese of New Orleans, LA

charge to 176960-01 per Lisa Futrell
$750.00

---

**Getting Help with the Store**
Our customer service team can help you with your billing inquiries. Please contact us at help@alacrastore.com or call us:

**US/Canada** +1.866.349.4830
**Americas** +1.212.363.9620
**EMEA/APAC** +44 (0) 20 3059 5765

Please have your Order Number available for a faster resolution.

We are glad you chose Alacra!

The Alacra Store Team
moodyshelp@alacrastore.com

Sent by Alacra, Inc. | 48 Wall Street, 6th Floor | New York, New York | 10005 USA.
©2013 All Rights Reserved. This email is sent to you because you made a purchase from Moody's (Powered by Alacra) pay-per-view document store. Alacra Store's Privacy Policy.

EXHIBIT E

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | 07/29/20 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $199.75 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO 80550** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Hearing held<br>07/16/20 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $199.75 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE⁽¹⁾ - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT E**

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE       7/29/2020

INVOICE NO.   **20-131**

**TO:**                                                            TERMS:  **DUE ON RECEIPT**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese  of New Orleans USBC, ED-LA, Case No. 20-10846  Transcript of hearing held on 7/16/20 | 47 | 199.75 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $199.75 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell* _____ DATE 7/29/2020 _____

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 10:59 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228201 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:43 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:42:56 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Motion Information |
| Copy Type | Uncertified |
| Pages | 1-50 at $1.00 per page |
| Total Cost | $50.00 |
| Account Balance | $4,820.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 10:59 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228203 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:45 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:44:53 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Memorandum |
| Copy Type | Uncertified |
| Pages | 1-8 at $1.00 per page |
| Total Cost | $8.00 |
| Account Balance | $4,812.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:00 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228205 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:47 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:46:53 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Memorandum |
| Copy Type | Uncertified |
| Pages | 1-59 at $1.00 per page |
| Total Cost | $59.00 |
| Account Balance | $4,753.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:08 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228207 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:48 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:48:10 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Memorandum |
| Copy Type | Uncertified |
| Pages | 1-12 at $1.00 per page |
| Total Cost | $12.00 |
| Account Balance | $4,741.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:08 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228211 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:50 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:49:45 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Pleading Type Information |
| Copy Type | Uncertified |
| Pages | 1-43 at $1.00 per page |
| Total Cost | $43.00 |
| Account Balance | $4,698.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 12:03 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228214 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:52 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:51:56 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Motion to Substitute |
| Copy Type | Uncertified |
| Pages | 1-5 at $1.00 per page |
| Total Cost | $5.00 |
| Account Balance | $4,693.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:09 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228215 |

# CHARGE TO 17696001

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

.

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:53 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

> **EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:53:16 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Pleading Type Information |
| Copy Type | Uncertified |
| Pages | 1-4 at $1.00 per page |
| Total Cost | $4.00 |
| Account Balance | $4,689.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:10 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228217 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:54 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:54:25 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Pleading Type Information |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,687.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

---

**Stevenson, Twila**

---

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:11 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228218 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:56 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:55:30 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Pleading Type Information |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,685.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:11 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228221 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:58 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:57:32 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Order Information |
| Copy Type | Uncertified |
| Pages | 1-11 at $1.00 per page |
| Total Cost | $11.00 |
| Account Balance | $4,674.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

---

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, July 22, 2020 11:12 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 228228 |

# CHARGE TO 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Tuesday, July 21, 2020 3:59 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/21/2020 3:58:57 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-10864 |
| Case Number | 2018-10864 |
| Case Title | DOE, JOHN versus THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEAN ET AL |
| Pleading Type | Other Pleading Type Information |
| Copy Type | Uncertified |
| Pages | 1-3 at $1.00 per page |
| Total Cost | $3.00 |
| Account Balance | $4,671.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | 08/05/20 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $263.50 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO   80550** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | |

PAYMENT FOR:
Transcript of Hearing held July 23, 2020 and Transcript of Hearig held July 30, 2020

NAME
**Mark A. Mintz**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | S263.50 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT E**

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE       8/4/2020

INVOICE NO.   **20-140**

**TO:**

TERMS:  **DUE ON RECEIPT**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the  Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846   Transcript of hearing held on 7/23/20 | 16 | 68.00 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $68.00 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell* _____ DATE 8/4/2020

<span style="color:red">**EXHIBIT E**</span>

## JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        8/5/2020

INVOICE NO.    **20-142**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

**TERMS:  DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the  Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846  Transcript of hearing held on 7/30/20 | 46 | 195.50 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** TOTAL | | $195.50 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

_Janice Russell_ _____ DATE 8/5/2020 _____

**EXHIBIT E**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | | 08/05/20 |
| FILE NO. | 176960-01 | | | |

| PAYABLE TO: | | AMOUNT | $263.50 |
|---|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO   80550** | | MAIL CHECK | ☑ |
| | | **RETURN CHECK TO** | ☐ |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Hearing held July 23, 2020 and Transcript of Hearig held July 30, 2020 | **Mark A. Mintz** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | S263.50 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☑ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



**EXHIBIT E**

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        8/5/2020

INVOICE NO.    **20-142**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

**TERMS:  DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 7/30/20 | 46 | 195.50 |

| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $195.50 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

_Janice Russell_ _____ DATE 8/5/2020 _____

<span style="color:red">**EXHIBIT E**</span>

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17696001 | **The Roman Catholic Church for the Archdiocese of New Orleans - Post-Petition Reorganization Advices** | **August 6, 2020** |

| PAYABLE TO: | AMOUNT | $20,538.00 |
|---|---|---|
| **Advanced Abstracts LLC** | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Jessica Breaux | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| land records search, copy charges and access fees for Jefferson, Lafourche, Orleans, Plaquemines, St. Bernard, St. Charles, St. John the Baptist, St. Tammany, Terrebonne, and Washington Parish – Work copleted and copy charges incurred prior to July 31, 2020 | **Jeff Good** |
| | SIGNATURE |

| FOR ACCOUNTING USE ONLY | | | |
|---|---|---|---|
| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| | | | $20,538.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED

AUG 07 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER


**EXHIBIT E**

AB# 20-0592

# ADVANCED ABSTRACTS LLC
## 888 N. JEFFERSON AVE
## PORT ALLEN, LA 70767
### www.advancedabstracts.com
### PH: (225)-248-6153     FAX: (225)-636-2827
### EMAIL: AdvancedAbstractsLLC@gmail.com

8/6/2020

| | |
|---|---|
| **AB Number:** | 20-0592 |
| **Client:** | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS |
| **Reference:** | JW FILE NO. 176960-01 |
| **Property Description:** | VARIOUS |
| **Municipal Address:** | VARIOUS |
| **Parish:** | JEFFERSON, LAFOURCHE, ORLEANS, PLAQUEMINES, ST. BERNARD, ST. CHARLES, ST. JOHN THE BAPTIST, ST. TAMMANY, TERREBONNE, WASHINGTON |
| **Time Period:** | SEE ABSTRACT REPORT |
| **Owner:** | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| **Type:** | PARTIAL (INTERIM) INVOICE FOR OWNERSHIP & ACQUISITION FORWARD RESEARCH |

## ACCOUNT TERMS
**\*\*INVOICES ARE DUE AND PAYABLE WHEN RECEIVED.  INVOICES NOT PAID WITHIN 30 DAYS OF BILLING DATE SHALL ACCRUE INTEREST AT 1.5% MONTHLY**

| | |
|---|---|
| WORK AS OF 6/19/20 | $693.00 |
| MILEAGE AS OF 6/19/20 | $208.00 |
| | |
| WORK AS OF 7/2/20 | $2,044.00 |
| COPIES AS OF 7/2/20 | $889.00 |
| | |
| WORK AS OF 7/16/20 | $3,420.00 |
| COPIES AS OF 7/20/20 | $4,889.00 |
| | |
| WORK AS OF 7/28/20 | $2,070.00 |
| COPIES AS OF 7/28/20 | $6,325.00 |
| | |
| **CURRENT TOTAL DUE** | **$20,538.00** |

1

EXHIBIT E

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Theriot, Stephen |
| **Sent:** | Friday, August 7, 2020 8:57 AM |
| **To:** | Good, Jeff; Alphonso, Effie |
| **Cc:** | Ashley, Laura; Armstrong, Caroline |
| **Subject:** | RE: Invoice for RCCANO |

You read my mind and saved me an email.

We will post and hold it. Thanks!

**Stephen F. Theriot** | Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Good, Jeff <jgood@joneswalker.com>
**Sent:** Friday, August 7, 2020 8:57 AM
**To:** Alphonso, Effie <ealphonso@joneswalker.com>; Theriot, Stephen <stheriot@joneswalker.com>
**Cc:** Ashley, Laura <lashley@joneswalker.com>; Armstrong, Caroline <carmstrong@joneswalker.com>; Good, Jeff
<jgood@joneswalker.com>
**Subject:** RE: Invoice for RCCANO

We are just posting – not paying the invoice at this time. Unless the firm wants to be nice to the vendor.

**Jeffrey P. Good** | Partner
Jones Walker LLP
D: 504.582.8256 | M: 504.298.9090
jgood@joneswalker.com

**From:** Alphonso, Effie <ealphonso@joneswalker.com>
**Sent:** Friday, August 7, 2020 8:50 AM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Cc:** Ashley, Laura <lashley@joneswalker.com>; Good, Jeff <jgood@joneswalker.com>; Armstrong, Caroline
<carmstrong@joneswalker.com>
**Subject:** FW: Invoice for RCCANO

Stephen,

Approval needed – check request over $1,000.00

Thanks

**Effie Alphonso** | Accounts Payable Lead
Jones Walker LLP
D: 504.582.8504
ealphonso@joneswalker.com

1



**From:** Good, Jeff <<u>jgood@joneswalker.com</u>>
**Sent:** Thursday, August 6, 2020 4:58 PM
**To:** _ACCOUNTS PAYABLE <<u>accountspayable@joneswalker.com</u>>
**Cc:** Ashley, Laura <<u>lashley@joneswalker.com</u>>; Good, Jeff <<u>jgood@joneswalker.com</u>>
**Subject:** Invoice for RCCANO

Please post the attached check request asap and have billing re-run the proforma and sent to Laura Ashley.

Thank you,
Jeff

**Jeffrey P. Good** | Partner
D: 504.582.8256 | M: 504.298.9090
jgood@joneswalker.com





Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

2

**EXHIBIT E**



FORM C-4

IVES BUSINESS FORMS, INC. NEW ORLEANS, LA   231317/817

| JONES WALKER L.L.P. | | | ATTORNEYS AT LAW | |
|---|---|---|---|---|
| CLIENT NO. | FILE NO. | ACCOUNT TITLE | DESCRIPTION | AMOUNT |
| | 17696-01 | Kaitlan Luminais and Melissa Adams v Christopher Brown, et al; 22nd JDC No. 2020-11761 | Court Fees for filing Notice of Suggestion of Bankruptcy | 85.00 |

10227

Choose one code that describes the disbursement:
☒ court / filing fees - E112
☐ witness fees - E114
☐ outside printing or copying - E102
☐ other - description required

**Return yellow carbon copy and backup to accounting IMMEDIATELY after use.**

DETACH BEFORE DEPOSITING

JONES WALKER L.L.P.
ATTORNEYS AT LAW

84-387
664

**Regions Bank**

No. 319059

File No. 176960-01

July 2                  20 20

PAY        EIGHTY-FIVE AND 00/100 DOLLARS          NOT OVER $500.00        AMOUNT
                                                                           85   00

TO THE ORDER OF      Clerk of Court, Parish of St. Tammany

JONES WALKER L.L.P.

NON NEGOTIABLE

<span style="color:red">**EXHIBIT E**</span>



JONES
WALKER

Virginia Weichert Gundlach
D: 504.582.8570
F: 504.589.8570
ggundlach@joneswalker.com


July 2, 2020


Clerk of Court
22nd Judicial District Court
St. Tammany Parish
P O Box 1090
Covington, LA 70434-1090

Re:     Kaitlyn Aubry Luminais and Melissa B. Adams v. Christopher Edward Brown, Jr., et al.
        22nd JDC No. 2020-11761 "F", Parish of St. Tammany
        Our File No. 176960-01

Dear Sir/Madam:

Enclosed please find an original and two copies of Notice of Suggestion of Bankruptcy filed by
The Roman Catholic Church for the Archdiocese of New Orleans, which we fax filed into the
record of the above-referenced matter July 1, 2020. Enclosed is our firm check in the amount of
$85.00 to cover court fees.

Please return to us a date-stamped copy of this pleading in the self-addressed, stamped envelope
enclosed for your convenience.

Thank you for your assistance.

                                        With kind regards,

                                        *Virginia W. Gundlach*
                                        Virginia W. Gundlach

VWG/jb
Encl.


{N4038629.1}

201 St. Charles Avenue | New Orleans, LA 70170-5100 | T: 504.582.8000 | F: 504.582.8583 | joneswalker.com

**EXHIBIT E**



---

**Stevenson, Twila**

---

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, August 3, 2020 11:14 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 231682 |

## Charge to 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Friday, July 31, 2020 9:34 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 7/31/2020 9:33:51 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-03947 |
| Case Number | 2019-03947 |
| Case Title | DOE, J.W. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL |
| Pleading Type | Motion to Continue |
| Copy Type | Uncertified |
| Pages | 1-16 at $1.00 per page |
| Total Cost | $16.00 |
| Account Balance | $4,055.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.


EXHIBIT E

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, August 3, 2020 11:16 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 231740 |

## Charge to 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, August 2, 2020 12:18 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 8/2/2020 12:18:14 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-03947 |
| Case Number | 2019-03947 |
| Case Title | DOE, J.W. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL |
| Pleading Type | Exception |
| Copy Type | Uncertified |
| Pages | 1-5 at $1.00 per page |
| Total Cost | $5.00 |
| Account Balance | $4,049.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.



**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, August 3, 2020 11:15 AM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC PRINT 231738 |

## Charge to 17696001

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, August 2, 2020 11:15 AM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 8/2/2020 11:14:39 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-06200 |
| Case Number | 2019-06200 |
| Case Title | DOE, A.A. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ETAL |
| Pleading Type | Other Motion Information |
| Copy Type | Uncertified |
| Pages | 14 at $1.00 per page |
| Total Cost | $1.00 |
| Account Balance | $4,054.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.


EXHIBIT E

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **August 17, 2020** |
|---|---|---|---|
| FILE NO. | 176960-01 | | |

PAYABLE TO: Xact Data Discovery
~~RVM ENTERPRISES, INC.~~

AMOUNT **$50.00**

MAIL CHECK ✓

RETURN CHECK TO

PAYMENT FOR: INVOICE NO. CINV34369
online data storage

NAME **EDWARD D. WEGMANN**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 31418 | | | $50.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

AUG 17 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT E**





**Xact Data Discovery**
RVM Enterprises, Inc.
PO Box 714800
Cincinnati, OH 45271-4800
United States

Voice: 212-693-1525
Email: accounts.receivable@rvminc.com

# ⦿RVM

# INVOICE

INVOICE NUMBER: CINV34369
Date: 07/31/2020

Bill To:
Jones Walker LLP
Dirk Weggman
201 St. Charles Avenue
New Orleans, LA 70170
USA

Please note as of July 1, 2020 RVM
Enterprises, Inc. is an Xact Data
Discovery Company.

| PROJECT NAME | MATTER NUMBER | PAYMENT TERMS |
|---|---|---|
| JWA2019002 - Mobile Kits | | Net 30 |
| SALES REP | | DUE DATE |
| Dean Felicetti | | 08/30/2020 |
| PROJECT MANAGER | CONTENTS | REQUESTOR |
| | July Services | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Forensics**<br>-------------------------- | | |
| 1.00 | Online data storage size: up to 50GB | 50.00 | 50.00 |

| | |
|---|---|
| SUBTOTAL | $50.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| TOTAL | $50.00 |

REMIT PAYMENT TO XACT DATA DISCOVERY
FEDERAL TAX ID: # 43-1685216

WIRE/ACH PAYMENTS TO:
KEYBANK
SWIFT CODE: KEYBUS33
WIRE ABA/ACH ABA/ROUTING: 041001039
ACCOUNT #: 359681503124

1 of 1



**EXHIBIT E**

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Hamric, Tammy |
| **Sent:** | Monday, August 17, 2020 1:21 PM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: |

## Online data storage

**Tammy W. Hamric** | Legal Secretary
Jones Walker LLP
D: 504.582.8617 | D: 504.582.8227
thamric@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, August 17, 2020 1:21 PM
**To:** Hamric, Tammy <thamric@joneswalker.com>
**Subject:** RE:

Tammy,

Please provide a brief description for the payment for section

Thanks,

**Caroline Armstrong** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Hamric, Tammy <thamric@joneswalker.com>
**Sent:** Monday, August 17, 2020 11:17 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Subject:**

**Tammy W. Hamric**
Legal Secretary to Thomas A. Casey, Jr., Edward D. Wegmann and David G. Radlauer
D: 504.582.8617 | D: 504.582.8227
thamric@joneswalker.com



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

1



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **RCCANO - Post-Petition Reorganization** | DATE **August 20, 2020** |
|---|---|---|---|
| FILE NO. | 176960-01 | | |

PAYABLE TO:

**JANICE RUSSELL TRANSCRIPTS**
**1418 Red Fox Circle**
**Severance, CO 80550**

AMOUNT **$55.25**

MAIL CHECK ✔

**RETURN CHECK TO**

PAYMENT FOR:
Transcript of Status Conference held 08/14/20

NAME
**Mark A. Mintz**

SIGNATURE

FORM A-8 (REV. 03/11)

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$55.25** |
|---|---|---|---|

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE (1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

✔ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER


EXHIBIT E

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        8/20/2020

INVOICE NO.  **20-159**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

TERMS: **DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 8/14/20 | 13 | 55.25 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $55.25 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                    DATE 8/20/2020

**EXHIBIT E**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | **Roman Cathoic Church Archdiocese of New Orleans - Postpetition Advices** | **August 24, 2020** |

| PAYABLE TO: | AMOUNT | $621.50 |
|---|---|---|
| **Kim Tindall & Associates, LLC**<br>**16414 San Pedro Ave., Ste. 900**<br>**San Antonio, TX 78232** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | ☐ |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Deposition of Paul Shields | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $621.50 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☑ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT E**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76635 | 8/23/2020 | 75366 |

| Job Date | Case No. | |
|---|---|---|
| 8/17/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt -Credit Card Fees Apply | | |

**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232
Payments@KTandA.com
KTA Receivables: **866.806.8266**

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| O&1 - MINIMUM FEE - TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Paul Shields | | | | | 225.00 |
| Wait Time, After-Hours, Weekends & Holidays | 1.00 | Hours | @ | 55.00 | 55.00 |
| After Hours/Weekends/Holidays Pages | 22.00 | Pages | @ | 1.50 | 33.00 |
| Rough Draft | 27.00 | Pages | @ | 1.50 | 40.50 |
| Exhibits - B&W &/or Tabs | 114.00 | Pages | @ | 0.50 | 57.00 |
| Exhibits - Color | 54.00 | Pages | @ | 1.50 | 81.00 |
| Lit. Pkg. - Admin, Binding, Condensed, Lit-Stik | 1.00 | | @ | 115.00 | 115.00 |
| Delivery - Standard | 1.00 | | @ | 15.00 | 15.00 |
| KTA Connect - Video Conference Setup & Hosting | 1.00 | Hours | @ | 0.00 | 0.00 |
| (TAXABLE $621.50) | | | | | |

|  | |
|---|---|
| **TOTAL DUE >>>** | **$621.50** |
| AFTER 10/7/2020 PAY | $683.65 |

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

Tax ID: 80-0344752                                             Phone: (504)582-8332   Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | |
|---|---|---|
| Job No. | : 75366 | BU ID | : KTA-NOLA |
| Case No. | : 20-10846 | | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | |
| Invoice No. | : 76635 | Invoice Date | : 8/23/2020 |
| **Total Due** | **: $621.50** | | |
| AFTER 10/7/2020 PAY $683.65 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

Payments@KTandA.com
866.806.8266

<span style="color:red">**EXHIBIT E**</span>



☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Roman Cathoic Church Archdiocese of New Orleans - Postpetition Advices** | **August 24, 2020** |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $212.50 |
|---|---|---|
| **Kim Tindall & Associates, LLC**<br>**16414 San Pedro Ave., Ste. 900**<br>**San Antonio, TX 78232** | MAIL CHECK | ✔ |
| | RETURN CHECK TO | |

| PAYMENT FOR: | NAME |
|---|---|
| Kathleen Zuniga - VC | **Mark A. Mintz** |
| Connect - Video Recording, production and delivery - copy | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $212.50 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124
☒ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



**EXHIBIT E**



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76519 | 8/24/2020 | 75026 |

| Job Date | Case No. | |
|---|---|---|
| 8/14/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|

In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor

| Payment Terms | | |
|---|---|---|

Due upon receipt -Credit Card Fees Apply

**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232
Payments@KTandA.com
KTA Receivables: 866.806.8266

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| Kathleen Zuniga - VC Host | | | | |
|---|---|---|---|---|
| KTA Connect - Video Recording, Production & Delivery - Copy | 4.25 | Hours | @ | 50.00 | 212.50 |

**TOTAL DUE  >>>**  **$212.50**

AFTER 10/8/2020 PAY  $233.75

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

Tax ID: 80-0344752                    Phone: (504)582-8332    Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 75026 | BU ID | : KTA-NOLA |
| Case No. | : 20-10846 | | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |
| Invoice No. | : 76519 | Invoice Date | : 8/24/2020 |
| **Total Due** | **: $212.50** | | |

AFTER 10/8/2020 PAY  $233.75

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

Payments@KTandA.com
866.806.8266

**EXHIBIT E**

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **Roman Cathoic Church Archdiocese of New Orleans - Postpetition Advices** | DATE **August 24, 2020** |
|---|---|---|---|
| FILE NO. | 176960-01 | | |

| PAYABLE TO: **Kim Tindall & Associates, LLC** **16414 San Pedro Ave., Ste. 900** **San Antonio, TX 78232** | AMOUNT $1,019.20 |
|---|---|
| | MAIL CHECK ✓ |
| | RETURN CHECK TO |

| PAYMENT FOR: Deposition Transcript of Paul Shields - Vol. 2 | NAME **Mark A. Mintz** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $1,019.20 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☒ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



EXHIBIT E

# INVOICE



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: 866.806.8266

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76908 | 8/24/2020 | 75366 |

| Job Date | Case No. |
|---|---|
| 8/17/2020 | 20-10846 |

| Case Name |
|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |

| Payment Terms |
|---|
| Due upon receipt -Credit Card Fees Apply |

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Paul Shields Vol 2 | 117.00 Pages | @ | 2.75 | 321.75 |
| Same Day Expedite Copy +150% | 117.00 Pages | @ | 3.45 | 403.65 |
| Technical, Tele-Conference & Video Transcription - Copy | 117.00 Pages | @ | 0.58 | 67.86 |
| After Hours/Weekends/Holidays Pages - Copy | 117.00 Pages | @ | 0.82 | 95.94 |
| Lit-Pkg - Admin, Binding, Condensed, Lit-Stik | 1.00 | @ | 115.00 | 115.00 |
| Delivery - Standard | 1.00 | @ | 15.00 | 15.00 |
| (TAXABLE  $15.00) | | | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$1,019.20** |
| AFTER 10/8/2020 PAY | $1,121.12 |

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

Tax ID: 80-0344752                                    Phone: (504)582-8332    Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 75366 | BU ID | : KTA-NOLA |
| Case No. | : 20-10846 | | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |
| Invoice No. | : 76908 | Invoice Date | : 8/24/2020 |
| **Total Due** | **: $1,019.20** | | |
| | AFTER 10/8/2020 PAY $1,121.12 | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

**Payments@KTandA.com**
**866.806.8266**



**EXHIBIT E**

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, August 25, 2020 9:47 AM |
| **To:** | Bowers, Laura |
| **Subject:** | RE: Rush Check Request - KTA - 08-17-20 - Paul Shields Depo - Vol 2 (N4071543x7A3A0).PDF |

okay

**Andrew Bruns** | Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Bowers, Laura <lbowers@joneswalker.com>
**Sent:** Tuesday, August 25, 2020 9:39 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Subject:** FW: Rush Check Request - KTA - 08-17-20 - Paul Shields Depo - Vol 2 (N4071543x7A3A0).PDF

Can you please approve this $1,019.20 request for Kim Tindall & Associates, LLC?

**Laura E. Bowers** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com

**From:** Stewart, Hazel <hstewart@joneswalker.com>
**Sent:** Monday, August 24, 2020 3:58 PM
**To:** _RushCheck <rushcheck@joneswalker.com>
**Cc:** Mintz, Mark <mmintz@joneswalker.com>; Bowers, Laura <lbowers@joneswalker.com>
**Subject:** Rush Check Request - KTA - 08-17-20 - Paul Shields Depo - Vol 2 (N4071543x7A3A0).PDF

**Hazel Stewart**
Legal Secretary
D: 504.582.8231
hstewart@joneswalker.com

# JONES WALKER

Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

1


EXHIBIT E

OPERATING ✓

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | | DATE | |
|---|---|---|---|---|---|
| | | Roman Cathoic Church Archdiocese of New Orleans - | | August 25, 2020 | |
| FILE NO. | 176960-01 | Postpetition Advices | | | |

| PAYABLE TO: | | AMOUNT | $1,181.03 |
|---|---|---|---|
| **Kim Tindall & Associates, LLC**<br>16414 San Pedro Ave., Ste. 900<br>San Antonio, TX 78232 | | MAIL CHECK | ✓ |
| | | RETURN CHECK TO | |

| PAYMENT FOR: | NAME |
|---|---|
| Certified Copy of Transcript Ot Kathleen Zahía | Mark A. Mintz |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 37156 | | | $1,181.03 |

FORM A-6 (REV. 03.11)

OK pay S.T.

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

x OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115  Vendor # _____

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

Separate Ck

AUG 2 6 2020

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT E**



# INVOICE

**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232
Payments@KTandA.com
KTA Receivables: 866.806.8266

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76591 | 8/20/2020 | 75025 |

| Job Date | Case No. | |
|---|---|---|
| 8/14/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt –Credit Card Fees Apply | | |

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Kathleen Zuniga | 113.00 Pages | @ | 2.75 | 310.75 |
| Rough Draft - Copy | 103.00 Pages | @ | 1.50 | 154.50 |
| Next Business Day Expedite Copy +100% | 113.00 Pages | @ | 2.42 | 273.46 |
| Tele-Conference Transcription - Copy | 103.00 Pages | @ | 0.19 | 19.57 |
| Exhibits - B&W &/or Tabs | 494.00 Pages | @ | 0.50 | 247.00 |
| Exhibits - Color (Electronic Only) | 141.00 Pages | @ | 0.75 | 105.75 |
| Email Lit. Pkg. - Admin & Condensed | 1.00 | @ | 70.00 | 70.00 |
| | **TOTAL DUE >>>** | | | **$1,181.03** |
| | AFTER 10/4/2020 PAY | | | $1,299.13 |

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID:** 80-0344752

Phone: (504)582-8332    Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | |
|---|---|---|
| Job No. | : 75025 | BU ID : KTA-NOLA |
| Case No. | : 20-10846 | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | |
| Invoice No. | : 76591 | Invoice Date : 8/20/2020 |
| **Total Due** | : **$1,181.03** | |

AFTER 10/4/2020 PAY  $1,299.13

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

Payments@KTandA.com
866.806.8266



**EXHIBIT E**

---

**Bowers, Laura**

| | |
|---|---|
| **From:** | Theriot, Stephen |
| **Sent:** | Wednesday, August 26, 2020 2:02 PM |
| **To:** | Bowers, Laura |
| **Subject:** | RE: Rush Check Request - KTA - Zuniga Transcript - 08-14-20 - $1,181.03 |

approved

**Stephen F. Theriot**    Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Bowers, Laura <lbowers@joneswalker.com>
**Sent:** Wednesday, August 26, 2020 1:31 PM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** FW: Rush Check Request - KTA - Zuniga Transcript - 08-14-20 - $1,181.03

Can you please approve this $1,181.03 request for Kim Tindall & Associates, LLC?

**Laura E. Bowers**    Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com

**From:** Stewart, Hazel <hstewart@joneswalker.com>
**Sent:** Tuesday, August 25, 2020 4:52 PM
**To:** _RushCheck <rushcheck@joneswalker.com>
**Subject:** Rush Check Request - KTA - Zuniga Transcript - 08-14-20 - $1,181.03

| | |
|---|---|
| **Hazel Stewart** | 201 St. Charles Ave, Ste 5100 |
| *Legal Secretary* | New Orleans, LA 70170 |
| **Jones Walker LLP** | T: 504.582.8000 |
| D: 504.582.8231  F: 504.589.8231 | www.joneswalker.com |
| hstewart@joneswalker.com | |

LTC⁺ Technology
Certified
**Legal Support Specialist**

1


**EXHIBIT E**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Roman Cathoic Church Archdiocese of New Orleans -** | August 26, 2020 |
| FILE NO. | 176960-01 | **Postpetition Advices** | |

| PAYABLE TO: | AMOUNT | $2,278.38 |
|---|---|---|
| **Kim Tindall & Associates, LLC**<br>**16414 San Pedro Ave., Ste. 900**<br>**San Antonio, TX 78232** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME | **Mark A. Mintz** |
|---|---|---|
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $2,278.38 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☒ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



**EXHIBIT E**



# I N V O I C E

**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: **866.806.8266**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76861 | 8/21/2020 | 75053 |

| Job Date | Case No. |
|---|---|
| 8/17/2020 | 20-10846 |

| Case Name |
|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |

| Payment Terms |
|---|
| Due upon receipt -Credit Card Fees Apply |

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Steve Riggs | 226.00 | Pages | @ | 2.75 | 621.50 |
| Next Business Day Expedite Copy +100% | 226.00 | Pages | @ | 2.75 | 621.50 |
| Rough Draft – Copy | 219.00 | Pages | @ | 1.50 | 328.50 |
| Real-Time Transcription – COPY | 226.00 | Pages | @ | 1.50 | 339.00 |
| Technical & Tele-Conference Transcription – Copy | 226.00 | Pages | @ | 0.38 | 85.88 |
| Exhibits – B&W &/or Tabs | 137.00 | Pages | @ | 0.50 | 68.50 |
| Exhibits – Color | 69.00 | Pages | @ | 1.50 | 103.50 |
| Lit-Pkg – Admin, Binding, Condensed, Lit-Stik | 1.00 | | @ | 110.00 | 110.00 |
| | | **TOTAL DUE >>>** | | | **$2,278.38** |
| | | AFTER 10/5/2020 PAY | | | $2,506.22 |

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

Tax ID: 80-0344752                    Phone: (504)582-8332    Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz ESQ.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : | 75053 | | BU ID | : KTA-NOLA |
| Case No. | : | 20-10846 | | | |
| Case Name | : | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | | |
| Invoice No. | : | 76861 | | Invoice Date | : 8/21/2020 |
| **Total Due** | : | **$2,278.38** | | | |
| | | AFTER 10/5/2020 PAY $2,506.22 | | | |

### PAYMENT WITH CREDIT CARD

| | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To:  **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

Payments@KTandA.com
866.806.8266



**EXHIBIT E**

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Thursday, August 27, 2020 11:43 AM |
| **To:** | Bowers, Laura |
| **Subject:** | RE: Rush Check Request - KTA - Riggs Depo |

okay

**Andrew Bruns** | Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**From:** Bowers, Laura <lbowers@joneswalker.com>
**Sent:** Thursday, August 27, 2020 11:08 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Subject:** FW: Rush Check Request - KTA - Riggs Depo

Please approve this $2,278.38 request for Kim Tindall & Associates, LLC

**Laura E. Bowers** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**From:** Stewart, Hazel <hstewart@joneswalker.com>
**Sent:** Wednesday, August 26, 2020 4:46 PM
**To:** _RushCheck <rushcheck@joneswalker.com>
**Cc:** Mintz, Mark <mmintz@joneswalker.com>
**Subject:** Rush Check Request - KTA - Riggs Depo

Please mail.

Thank you.


**Hazel Stewart**
Legal Secretary
D: 504.582.8231
hstewart@joneswalker.com



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

1



**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Thursday, August 20, 2020 3:47 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 235985 |

## Charge $4.00 to 176960-01

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, August 16, 2020 9:48 AM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 8/16/2020 9:47:47 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-03947 |
| Case Number | 2019-03947 |
| Case Title | DOE, J.W. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL |
| Pleading Type | Other Judgment Information |
| Copy Type | Uncertified |
| Pages | 1-4 at $1.00 per page |
| Total Cost | $4.00 |
| Account Balance | $3,739.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Thursday, August 20, 2020 3:47 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 235986 |

## Charge $4.00 to 176960-01

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, August 16, 2020 9:48 AM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 8/16/2020 9:48:23 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-03947 |
| Case Number | 2019-03947 |
| Case Title | DOE, J.W. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL |
| Pleading Type | Other Judgment Information |
| Copy Type | Uncertified |
| Pages | 1-4 at $1.00 per page |
| Total Cost | $4.00 |
| Account Balance | $3,735.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**EXHIBIT E**

Stevenson, Twila

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Thursday, August 20, 2020 3:48 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 235987 |

## Charge $4.00 to 176960-01

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, August 16, 2020 9:50 AM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 8/16/2020 9:49:49 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-03947 |
| Case Number | 2019-03947 |
| Case Title | DOE, J.W. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL |
| Pleading Type | Other Judgment Information |
| Copy Type | Uncertified |
| Pages | 1-4 at $1.00 per page |
| Total Cost | $4.00 |
| Account Balance | $3,731.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1


**EXHIBIT E**

---

**Stevenson, Twila**

---

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Thursday, August 20, 2020 3:48 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 235990 |

## Charge $7.00 to 176960-01

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Sunday, August 16, 2020 9:56 AM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 8/16/2020 9:56:04 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2019-03947 |
| Case Number | 2019-03947 |
| Case Title | DOE, J.W. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL |
| Pleading Type | Other Judgment Information |
| Copy Type | Uncertified |
| Pages | 1-7 at $1.00 per page |
| Total Cost | $7.00 |
| Account Balance | $3,724.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.



**EXHIBIT E**

Office: (504) 484-7996

# LEGAL WINGS, INC.
### P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 196591

BILL TO: _JONES_

DATE: 8/26/20

SUIT NAME: _____

VS.

COURT: _CDC_

CASE NO. _2020-3848_

FILE NO. _176960-01_

ATTORNEY: _G.G._

[X] FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
    X_____ CONFORMED COPY
    _____ CERTIFIED COPY
[ ] TAKE TO JUDGE AND HAVE SIGNED
[ ] DELIVER COPY TO JUDGE
[ ] OBTAIN HEARING DATE
[ ] ARRANGE FOR SERVICE
[ ] CHECK RECORD: _____
_____
[ ] HAND DELIVERY: _____
[ ] PICK UP: _____
[ ] SERVED SUBPOENA: _____
[ ] SPECIAL INSTRUCTIONS: _____
_____
_____
_____

BILLED AMOUNT: $35.00

REIMBURSEMENTS: $10.00

TOTAL INVOICE AMOUNT: $45.00

**EXHIBIT E**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| Receipt Date | 8/26/2020 3:31:00 PM |
| Receipt Number | 824796 |
| Cashier | dciaccio |
| Register | CDC Cash Register 1 |

| Case Number | 2020 - 06084 |

| Grand Total | $ 10.00 |
| Amount Received | $ 10.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 63772 $10.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Notice of Filing of Bankruptcy | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |

**EXHIBIT E**

## COURT RUN REQUEST FORM

DATE **08/26/20**

FILE # **176960-01**       FILE NAME **Kendra LaFrance v. Archdiocese of New Orleans, et al.**

COURT **CDC**       CASE NO. **2020-03848**       DIVISION **F**   SECTION **7**

CASE NAME: **Kendra LaFrance v. Archdiocese of New Orleans, et al.**

FILING ATTORNEY BAR **Ginger Gundlach (#18493)**

DOCUMENT TO BE RETURNED TO:

NAME: **Ginger Gundlach– 49th Floor**

PLEADING: **Notice of Suggestion of Bankruptcy**

- [x] FILE
- [x] RETURN CONFORMED COPIES
- [ ] DELIVER courtesy COPY TO JUDGE -
- [ ] ARRANGE FOR SERVICE
- [ ] OBTAIN HEARING DATE
- [ ] OBTAIN COPIES FROM RECORD
- [ ] CHECK RECORD

- [ ] DELIVER _____
- [ ] TO: _____

- [ ] PICK UP _____
- [ ] FROM: _____

*5 pages exhibit*

- [ ] OTHER _____

REMARKS: _____

**Carrie   582-8281**

COSTS: _____

TO
CLERK $ _____   CK.# _____

TO
SHERIFF $ _____   CK.# _____

AT-1 REV 2/22/2000

ORIGINAL

{N3427275.1}

**EXHIBIT E**

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Roman Cathoic Church Archdiocese of New Orleans -** | August 28, 2020 |
| FILE NO. | 176960-01 | **Postpetition Advices** | |

| PAYABLE TO: | AMOUNT | $706.25 |
|---|---|---|
| **Kim Tindall & Associates, LLC**<br>**16414 San Pedro Ave., Ste. 900**<br>**San Antonio, TX 78232** | MAIL CHECK | ✔ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Fr. Patrick Carr - Video/Transcript<br>Jeffrey Entwisle - Video/Transcript | **Mark A. Mintz** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $706.25 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☒ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



EXHIBIT E

# INVOICE



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: **866.806.8266**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76425 | 8/28/2020 | 74831 |

| Job Date | Case No. | |
|---|---|---|
| 8/12/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt -Credit Card Fees Apply | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | | |
|---|---|---|---|---:|
| **Father Patrick Carr – Host VC** | | | | |
| KTA Connect – Video Recording, Production & Delivery - Copy | 4.50 | Hours | @ 50.00 | 225.00 |
| Video/Transcript Sync | 3.25 | Video Hr | @ 45.00 | 146.25 |
| **Jeffrey Entwisle – Host VC** | | | | |
| KTA Connect – Video Recording, Production & Delivery - Copy | 4.00 | Hours | @ 50.00 | 200.00 |
| Video/Transcript Sync | 3.00 | Video Hr | @ 45.00 | 135.00 |
| | | | **TOTAL DUE >>>** | **$706.25** |
| | | | AFTER 10/12/2020 PAY | $776.88 |

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID: 80-0344752**                                                  Phone: (504)582-8332      Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | |
|---|---|---|---|
| Job No. | : 74831 | BU ID | : KTA-NOLA |
| Case No. | : 20-10846 | | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |
| Invoice No. | : 76425 | Invoice Date | : 8/28/2020 |
| **Total Due** | **: $706.25** | | |
| | AFTER 10/12/2020 PAY $776.88 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

Payments@KTandA.com
866.806.8266

<span style="color:red">**EXHIBIT E**</span>



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **Roman Cathoic Church Archdiocese of New Orleans - Postpetition Advices** | DATE August 28, 2020 |
|---|---|---|---|
| FILE NO. | 176960-01 | | |

| PAYABLE TO: **Kim Tindall & Associates, LLC** 16414 San Pedro Ave., Ste. 900 San Antonio, TX 78232 | AMOUNT $992.50 |
|---|---|
| | MAIL CHECK ☑ |
| | RETURN CHECK TO ☐ |

| PAYMENT FOR: Steve Riggs - Video/Transcript Paul Shields - Video/Transcript | NAME **Mark A. Mintz** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $992.50 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☒ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT E**

# INVOICE



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: **866.806.8266**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76704 | 8/28/2020 | 75054 |

| Job Date | Case No. | |
|---|---|---|
| 8/17/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt -Credit Card Fees Apply | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

Steve Riggs – Host VC

| | | | | |
|---|---|---|---|---|
| KTA Connect – Video Recording, Production & Delivery – Copy | 8.00 | Hours | @ | 50.00 | 400.00 |
| Video/Transcript Sync | 5.50 | Video Hr | @ | 45.00 | 247.50 |

Paul Shields – Host VC

| | | | | |
|---|---|---|---|---|
| KTA Connect – Video Recording, Production & Delivery – Copy | 3.75 | Hours | @ | 50.00 | 187.50 |
| Video/Transcript Sync | 3.50 | Video Hr | @ | 45.00 | 157.50 |

**TOTAL DUE  >>>**  **$992.50**
AFTER 10/12/2020  PAY   $1,091.75

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID: 80-0344752**                                   Phone: (504)582-8332    Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | | |
|---|---|---|---|---|
| Job No. | : 75054 | | BU ID | : KTA-NOLA |
| Case No. | : 20-10846 | | | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | | |
| Invoice No. | : 76704 | | Invoice Date | : 8/28/2020 |
| **Total Due** | : **$992.50** | | | |
| | AFTER 10/12/2020  PAY  $1,091.75 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

Payments@KTandA.com
866.806.8266

<span style="color:red">**EXHIBIT E**</span>

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|---|
| FILE NO. | 17696000 | The Roman Catholic Church for the Archdiocese of New Orleans - Litigation Advices  176960-01 | | August 31, 2020 |

PAYABLE TO:

Advanced Abstracts LLC

AMOUNT        $7,238.00

MAIL CHECK ☐

RETURN CHECK TO ✓
Jessica Breaux

PAYMENT FOR:
AB No. 20-0624
Research in St. Tammany Parish
*for land and property records*

NAME
Jeff Good

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 26560 | | | $7,238.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

AUG 31 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT E**

AB# 20-0624 – ST. TAMMANY PARISH RESEARCH

**ADVANCED ABSTRACTS LLC**
**888 N. JEFFERSON AVE**
**PORT ALLEN, LA 70767**
www.advancedabstracts.com
PH: (225)-248-6153     FAX: (225)-636-2827
EMAIL: AdvancedAbstractsLLC@gmail.com

8/24/2020

| | |
|---|---|
| **AB Number:** | 20-0624 – ST. TAMMANY PARISH RESEARCH |
| **Client:** | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS |
| **Reference:** | JW FILE NO. 176960-01 |
| **Property Description:** | VARIOUS |
| **Municipal Address:** | VARIOUS |
| **Parish:** | ST. TAMMANY |
| **Time Period:** | SEE ABSTRACT REPORT |
| **Owner:** | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| **Type:** | PARTIAL (INTERIM) INVOICE FOR OWNERSHIP & ACQUISITION FORWARD RESEARCH |

**ACCOUNT TERMS**
**\*\*INVOICES ARE DUE AND PAYABLE WHEN RECEIVED. INVOICES NOT PAID WITHIN 30 DAYS OF BILLING DATE SHALL ACCRUE INTEREST AT 1.5% MONTHLY**

| | |
|---|---|
| WORK AS OF 8/24/20 | $5,472.00 |
| COPIES AS OF 8/24/20 | $1,766.00 |
| | |
| | |
| | |
| | |
| | |
| **CURRENT TOTAL DUE** | **$7,238.00** |

1

EXHIBIT E

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Theriot, Stephen |
| **Sent:** | Monday, August 31, 2020 1:27 PM |
| **To:** | Armstrong, Caroline |
| **Cc:** | Good, Jeff; Ashley, Laura |
| **Subject:** | RE: Check Request - Matter No. 176960-01 |

Ok to process, but this one will need to be held due to large amount.

**Stephen F. Theriot** ⏐ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, August 31, 2020 11:57 AM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Cc:** Good, Jeff <jgood@joneswalker.com>; Ashley, Laura <lashley@joneswalker.com>
**Subject:** FW: Check Request - Matter No. 176960-01

Stephen,

Approval is needed for the attached request over $1,000

Thanks!

**Caroline Armstrong** ⏐ Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Good, Jeff <jgood@joneswalker.com>
**Sent:** Monday, August 31, 2020 11:48 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ashley, Laura <lashley@joneswalker.com>; Good, Jeff <jgood@joneswalker.com>
**Subject:** Check Request - Matter No. 176960-01

Please post the attached check request today.

Check Request - Matter No. 176960-01

Thank you,
Jeff

1


**EXHIBIT E**

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**

Debtor.[1]

Case No. 20-10846

Section "A"

Chapter 11

---

### THIRD STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD SEPTEMBER 1, THROUGH SEPTEMBER 30, 2020

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2020 through September 30, 2020 |
| Amount of Compensation Requested: | $279,693.00 |
| Net of 20% Holdback: | $223,754.40 |
| Amount of Expenses Requested: | $7,368.57 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $231,122.97 |

This is a: X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4127441.1}


**EXHIBIT F**

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 170] (the "<u>Retention Order</u>"), and the Chapter 11 Complex Case Order*, section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("<u>Jones Walker</u>") hereby submits this statement (the "<u>Fee Statement</u>") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "<u>Debtor</u>"), for the period from September 1, 2020 through September 30, 2020 (the "<u>Fee Period</u>"). By this Third statement, Jones Walker seeks payment in the amount of $231,122.97, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached as **Exhibit A** is a summary of this chapter 11 bankruptcy proceeding (the "<u>Chapter 11 Bankruptcy Proceeding</u>") which includes a breakdown of the following:

    a. summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for

<span style="color:red">**EXHIBIT F**</span>

each such individual at Jones Walker's current billing rates, (d) amount of fees earned by each Jones Walker professional, and (e) year of bar admission for each attorney;

b. a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c. a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2. Attached hereto as **Exhibit B** are the itemized time records of Jones Walker professionals for this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibit B also includes a summary of the services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

## NOTICE

3. Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) counsel for the Unsecured Creditors' Committee; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

4. Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection

EXHIBIT F

Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.       To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New Orleans, Louisiana
      November 23, 2020

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**



# EXHIBIT A

**POST-PETITION REORGANIZATION ADVICES**
**File No.: 176960-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from September 1, 2020 Through September 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 61.30 | 18,390.00 |
| Elizabeth J Futrell | Sr. Partner | 490.00 | 68.20 | 33,418.00 |
| Joseph J Lowenthal | Partner | 300.00 | 16.10 | 4,830.00 |
| Jefferson R. Tillery | Partner | 300.00 | 13.40 | 4,020.00 |
| R. Patrick Vance | Sr. Partner | 490.00 | 72.50 | 35,525.00 |
| Wayne G. Zeringue,Jr | Partner | 300.00 | 11.10 | 3,330.00 |
| Laura F. Ashley | Partner | 400.00 | 127.90 | 51,160.00 |
| Mark A. Mintz | Partner | 400.00 | 118.70 | 47,480.00 |
| Lucas H. Self | Associate | 250.00 | 166.60 | 41,650.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 125.00 | 31,250.00 |
| Virginia W. Gundlach | Partner | 300.00 | 28.80 | 8,640.00 |
| **TOTAL** | | | **809.60** | **$279,693.00** |

EXHIBIT F

**Compensation by Project Category for Hourly Services**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Administration | | |
| B110 | Case Administration | 261.60 | 95,244.00 |
| B140 | Relief From Stay/Protec | 62.30 | 15,647.00 |
| B160 | Fee/Emplmt Applications | 10.50 | 4,224.00 |
| B170 | Fee/Emplmt Objections | 1.80 | 882.00 |
| B190 | Other Contested Matters | 226.90 | 71,402.00 |
| | Total Administration | 563.10 | 187,399.00 |
| | Operations | | |
| B210 | Business Operations | 52.30 | 25,627.00 |
| | Total Operations | 52.30 | 25,627.00 |
| | Claims And Plan | | |
| B310 | Claims/Admn/Objections | 96.10 | 34,609.00 |
| B320 | Plan Disclosure Stmt | 44.90 | 16,931.00 |
| | Total Claims and Plan | 141.00 | 51,540.00 |
| | Bankruptcy-Related Advice | | |
| B410 | General Bankruptcy Advi | 47.90 | 12,530.00 |
| B420 | Restructuring | 5.30 | 2,597.00 |
| | Total Bankruptcy-Related Advice | 53.20 | 15,127.00 |
| | **TOTALS** | **809.60** | **$279,693.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E101 | COPYING | 336.60 |
| E106 | COMPUTER LEGAL RESEARCH | 2,298.75 |
| E112 | Court Fees | 483.95 |
| E115 | Deposition Transcripts | 1,484.73 |
| E116 | Trial Transcripts | 1,909.55 |
| E118 | Litigation Support | 632.77 |
| E124 | Other | 222.22 |
| | **TOTAL** | **$7,368.57** |

**TOTAL FEES AND COSTS: $287,061.57**


EXHIBIT F

**EXHIBIT B**

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NOVEMBER 23, 2020
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL         INVOICE NO. 1054230
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION REORGANIZATION ADVICES

FILE NO. 176960-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 09/01/20 | EDW | B110 | A108 | REVIEW COMMUNICATIONS WITH BOND TRUSTEE REGARDING SETTLEMENT. | .60 | 180.00 |
| 09/01/20 | EDW | B110 | A104 | REVIEW BAR DATE NOTICE ISSUES. | 1.50 | 450.00 |
| 09/01/20 | EDW | B110 | A108 | TELEPHONE CALL FROM CLERK OF COURT REGARDING SPECIAL MASTER FEES. | .10 | 30.00 |
| 09/01/20 | EDW | B110 | A104 | REVIEW ISSUES REGARDING HANDLING OF PREPETITION DEBT AND REMOVAL OF CASE. | .20 | 60.00 |
| 09/01/20 | EDW | B110 | A104 | REVIEW INFORMATION REGARDING COMMUNICATIONS WITH "KNOWN" CLAIMANTS. | .50 | 150.00 |
| 09/01/20 | EDW | B110 | A104 | REVIEW ISSUES REGARDING MOTION TO LIFT STAY. | .90 | 270.00 |
| 09/01/20 | EJF | B210 | A104 | REVIEW PROPOSED CHANGES TO SETTLEMENT PLEADINGS (.7) AND MEMO RE SAME (.1); | .80 | 392.00 |

<span style="color:red">EXHIBIT F</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    2
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/01/20 | EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING POTENTIAL SETTLEMENT; | .80 | 392.00 |
| 09/01/20 | EJF | B140 | A104 | REVIEW STAY RELIEF PLEADINGS (.6) (NO CHARGE); | .00 | .00 |
| 09/01/20 | JJL | B110 | A104 | RECEIVED AND REVIEWED J.W. DOE'S MOTION TO LIFT STAY AND SUPPORTING MEMORANDUM AND ANALYZE | .40 | 120.00 |
| 09/01/20 | JJL | B110 | A104 | REVIEW MOTION FOR EXPEDITED HEARING ON MOTION TO LIFT STAY | .20 | 60.00 |
| 09/01/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED REMOVAL PLEADINGS FOR NEW MATTER. | .10 | 49.00 |
| 09/01/20 | RPV | B190 | A105 | EMAIL FROM AND TO MS. OPPENHEIM REGARDING REVIEW AND REVISIONS TO REMOVAL DOCUMENTS. | .10 | 49.00 |
| 09/01/20 | RPV | B190 | A105 | EMAILS AMONG JW TEAM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DRAFTING OPPOSITION TO MOTION TO EXPEDITE HEARING AND OPPOSITION TO MOTION TO LIFT STAY PLEADINGS. | .50 | 245.00 |
| 09/01/20 | RPV | B310 | A108 | EMAILS FROM AND TO MS. CANTOR REGARDING APPEARANCE AT HEARING. | .10 | 49.00 |
| 09/01/20 | RPV | B310 | A105 | EMAILS AMONG TEAM REGARDING UPDATED BAR DATE ORDER AND SOCIAL MEDIA ACCOUNTS. | .20 | 98.00 |
| 09/01/20 | RPV | B310 | A106 | EMAIL FROM AND TO CLIENT REGARDING UPDATED BAR DATE ORDER, SOCIAL MEDIA ACCOUNTS AND SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .50 | 245.00 |
| 09/01/20 | RPV | B310 | A104 | REVIEWED REVISIONS TO UPDATED BAR DATE ORDER. | .50 | 245.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   3
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/01/20 RPV | B310 | A108 | EMAIL FROM AND TELEPHONE CONVERSATIONS WITH COUNSEL REGARDING SOCIAL MEDIA ACCOUNTS AND NOTICE PLEADING. | .50 | 245.00 |
| 09/01/20 RPV | B210 | A104 | EMAILS FROM MS. FUTRELL REGARDING SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .10 | 49.00 |
| 09/01/20 RPV | B190 | A104 | RECEIVED AND REVIEWED THE ORDER FOR MOTION FOR EXPEDITED HEARING AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .10 | 49.00 |
| 09/01/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION TO LIFT STAY FOR JAMES DOE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .40 | 196.00 |
| 09/01/20 RPV | B190 | A106 | EMAIL TO AND TELEPHONE CONVERSATION WITH CLIENT REGARDING MOTIONS TO LIFT THE STAY | .50 | 245.00 |
| 09/01/20 WGZ | B410 | A104 | ANALYSIS OF MOTION TO LIFT STAY IN JAMES DOE. | .40 | 120.00 |
| 09/01/20 WGZ | B410 | A104 | ANALYSIS OF MOTION TO LIFT STAY IN J. W. DOE. | .30 | 90.00 |
| 09/01/20 WGZ | B410 | A104 | ANALYSIS OF MOTION TO LIFT STAY AND STRATEGY REGARDING STAY OF PROCEEDINGS. | .40 | 120.00 |
| 09/01/20 WGZ | B410 | A104 | ANALYSIS OF PROCEEDINGS IN CIVIL DISTRICT COURT IN J.W. DOE. | .40 | 120.00 |
| 09/01/20 WGZ | B410 | A104 | STRATEGY REGARDING NOTICING ISSUES. | .40 | 120.00 |
| 09/01/20 WGZ | B410 | A106 | CONFERENCES REGARDING STRATEGY ON NOTICING ISSUE WITH COUNSEL FOR ARCHDIOCESE. [1.5 HOURS - NO CHARGE] | .00 | .00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   4
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


| 09/01/20 LFA  B110  A103 | CONTINUED WORKING ON BAR DATE ORDER (2.0); CALL WITH MR. VANCE AND CLIENT TO DISCUSS SAME (.5); CORRESPONDENCES WITH TEAM REGARDING PROPOSED REVISIONS TO BAR DATE ORDER (.4) | 2.90 | 1,160.00 |

09/01/20 LFA  B110  A105   CORRESPONDENCES WITH MESSRS.        1.80      720.00
                           MURRAY AND MINTZ REGARDING
                           NEW ORLEANS - MOTION TO LIFT
                           STAY (.4) ; WITH MESSRS.
                           MINTZ AND VANCE REGARDING
                           EXPEDITED HEARING (.4); WITH
                           MS. ZERINGUE REGARDING INVG -
                           REPORT - CLAIM (.2); WITH MS.
                           ZERINGUE AND MR. DRAPER
                           REGARDING PARISH WEBSITE
                           LISTING AND SOCIAL MEDIA LIST
                           (.4); WITH MESSRS. MINTZ,
                           KNOLL AND MS. ZERINGUE
                           REGARDING SUCCESSION OF
                           PATORNO, MOTION TO COMPROMISE
                           (.4).

09/01/20 MAM  B190  A101   WORK ON BAR DATE MOTION,            6.20    2,480.00
                           CONFERENCES REGARDING SAME,
                           REVIEW AND REVISE THE SAME.
                           (1.7) RECEIPT AND REVIEW OF
                           MOTIONS TO LIFT STAY. (1.2)
                           CORRESPONDENCE AND
                           CONFERENCES REGARDING THE
                           SAME. (.8)  CORRESPONDENCE
                           WITH COURT REGARDING MOTION
                           TO EXPEDITE THE SAME. (1.5)
                           CONFERENCES REGARDING MONTHLY
                           FEE STATEMENTS. (1.0)

09/01/20 LHS  B190  A103   EDITED PROPOSED BAR DATE             .40      100.00
                           ORDER.

09/01/20 LHS  B410  A108   CALL THE CLERK'S OFFICE              .20       50.00
                           REGARDING THE FILING OF THE
                           MONTHLY OPERATING REPORT.

09/01/20 LHS  B410  A108   COMMUNICATE WITH COURT IT            .20       50.00
                           DEPARTMENT REGARDING ISSUE
                           WITH MONTHLY OPERATING REPORT
                           DOWNLOADING.

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   5
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/01/20 LHS | B410 | A104 | ATTEMPT TO RESOLVE ISSUE OF MONTHLY OPERATING REPORT NOT DOWNLOADING. | .60 | 150.00 |
| 09/01/20 LHS | B190 | A103 | REWRITE A PORTION OF THE BAR DATE MOTION. | .30 | 75.00 |
| 09/01/20 LHS | B190 | A103 | REVISE NEW PORTION OF THE BAR DATE ORDER. | .40 | 100.00 |
| 09/01/20 SAO | B110 | A105 | FURTHER DISCUSSIONS WITH JONES WALKER TEAM REGARDING POST-PETITION LAWSUITS. | 1.60 | 400.00 |
| 09/01/20 SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MS. GUNDLACH REGARDING TARA BROWN'S POST-PETITION LAWSUIT FILED IN THE 24TH JDC. | .30 | 75.00 |
| 09/01/20 SAO | B110 | A105 | TELEPHONE CONFERENCE WITH MS. GUNDLACH TO DISCUSS POSSIBLE REMOVAL OF TARA BROWN'S LAWSUIT FILED IN THE 24TH JDC. | .10 | 25.00 |
| 09/01/20 SAO | B110 | A103 | DRAFT EMAIL MEMORANDUM TO MS. GUNDLACH REGARDING POSSIBLE REMOVAL OF TARA BROWN'S LAWSUIT FILED IN THE 24TH JDC. | .50 | 125.00 |
| 09/01/20 SAO | B140 | A104 | REVIEW SEXUAL ABUSE SURVIVOR J.W. DOE'S MOTION TO LIFT STAY (0.5); REVIEW J.W. DOE'S MOTION FOR EXPEDITED HEARING ON MOTION TO LIFT STAY (0.1). | .60 | 150.00 |
| 09/01/20 SAO | B140 | A104 | REVIEW SEXUAL ABUSE SURVIVOR JAMES DOE'S MOTION TO LIFT STAY (0.3); REVIEW JAMES DOE'S MOTION FOR EXPEDITED HEARING ON MOTION TO LIFT STAY (0.1). | .40 | 100.00 |
| 09/01/20 SAO | B190 | A104 | REVIEW TRANSCRIPT OF HEARING HELD ON AUGUST 28, 2020 REGARDING THE COMMITTEE'S MOTION TO COMPEL. | .70 | 175.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/01/20 VWG | B110 | A103 | PREPARED AND FILED NOTICES OF SUGGESTION OF BANKRUPTCY IN KENDRA LAFRANCE SUIT. | .50 | 150.00 |
| 09/01/20 VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING PLAN DISCLOSURE STATEMENT. | 3.50 | 1,050.00 |
| 09/02/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING BAR DATE NOTICE. | .50 | 150.00 |
| 09/02/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING MOTIONS TO LIFT STAY AND REQUEST FOR EXPEDITED HEARING. | .50 | 150.00 |
| 09/02/20 EDW | B110 | A104 | RECEIPT AND REVIEW ORDER FROM JUDGE FALLON REGARDING STAY. | .10 | 30.00 |
| 09/02/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING BAR DATE NOTICE. | .50 | 150.00 |
| 09/02/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING SETTLEMENT WITH BONDHOLDERS. | .50 | 150.00 |
| 09/02/20 EJF | B210 | A104 | REVIEW REVISED SETTLEMENT PLEADINGS; | .80 | 392.00 |
| 09/02/20 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT. | 3.80 | 1,862.00 |
| 09/02/20 EJF | B210 | A104 | CONFERENCE CALL WITH CLIENT (.1), AND EMAIL FROM (.1) REGARDING PROPOSED SETTLEMENT; EMAILS TO AND FROM CLIENT REGARDING AUDIT RELATED ISSUES (.5); | .70 | 343.00 |
| 09/02/20 JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM BEDIVERE. | .20 | 60.00 |
| 09/02/20 JJL | B110 | A104 | ANALYZE BEDIVERE ISSUE. (102 PAGES) | .90 | 270.00 |
| 09/02/20 JRT | B190 | A104 | WORK ON ISSUES AND STRATEGY WITH VARIOUS TEAM MEMBERS ON BAR DATE AND INSURANCE. | 1.00 | 300.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


09/02/20 JRT   B190  A106   ATTEND CONFERENCE CALL WITH      1.20      360.00
                           OTHER DIOCESE COUNSEL FROM
                           AROUND STATE REGARDING
                           STRATEGY.

09/02/20 RPV   B210  A104   EMAILS FROM CLIENT, MS.            .50      245.00
                           FUTRELL AND MS. ZUNIGA
                           REGARDING SETTLEMENT WITH
                           BOND TRUSTEE FOR THE 2017
                           BONDS.

09/02/20 RPV   B310  A105   EMAILS TO AND FROM MS. LAURA       .50      245.00
                           ASHLEY AND MR. MINTZ
                           REGARDING NOTICE PLEADING

09/02/20 RPV   B310  A108   EMAILS FROM/TO MS. CANTOR          .30      147.00
                           REGARDING EXPERTS, NOTICE
                           PLEADING, CONFERENCE CALL AND
                           RELATED MATTERS

09/02/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER        .20       98.00
                           ON MOTION TO EXPEDITE HEARING
                           ON MOTION TO LIFT STAY AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .

09/02/20 RPV   B310  A104   EMAILS FROM MR. MINTZ, MR.        1.00      490.00
                           KEARNEY AND MS. ASHLEY
                           REGARDING PRICING OF VARIOUS
                           FORMS. OF NOTICE AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME

09/02/20 RPV   B310  A108   EMAILS FROM AND TO AND             .70      343.00
                           TELEPHONE CONVERSATIONS WITH
                           COUNSEL REGARDING NOTICE
                           ISSUES AND AVAILABILITY FOR
                           CALL WITH UCC.

09/02/20 RPV   B310  A104   RECEIVED AND REVIEWED             .60      294.00
                           APPLICATION TO EMPLOY
                           KINSELLA MEDIA, LLC AS EXPERT
                           CONSULTANT FILED BY THE UCC
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME .

09/02/20 RPV   B190  A104   RECEIVED AND REVIEWED             .20       98.00
                           REVISIONS TO REMOVAL
                           DOCUMENTS.

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   8
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/02/20 RPV | B310 | A106 | EMAILS FROM THE CLIENT REGARDING UPDATED BAR DATE ORDER AND OFFICE CONFERENCE WITH MS. LAURA ASHLEY REGARDING SAME . | .50 | 245.00 |
| 09/02/20 RPV | B190 | A104 | RECEIVED AND REVIEWED OBJECTION TO MOTION TO EXPEDITE HEARINGS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .40 | 196.00 |
| 09/02/20 LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. MINTZ AND KEARNEY REGARDING AD PLACEMENT PRICING (.5); WITH MESSRS. KUEBEL AND VANCE AND MS. ZERINGUE REGARDING BAR DATE ORDER (.4); WITH MESSRS. DRAPER, VANCE AND MINTZ REGARDING CONFERENCE CALL (.5); WITH MS. MCDONALD REGARDING CONTACT INFORMATION (.4). | 1.80 | 720.00 |
| 09/02/20 LFA | B110 | A103 | CONTINUED REVISING BAR DATE ORDER AND MEDIA CAMPAIGN COMPONENT OF BAR DATE ORDER. | 4.50 | 1,800.00 |
| 09/02/20 MAM | B190 | A101 | FINALIZE AND FILE OPPOSITION TO MOTION TO EXPEDITE HEARING. (2.0) CORRESPONDENCE REGARDING THE SAME.(.3)   CORRESPONDENCE REGARDING JONES WALKER FEE APPLICATION.(.1) CORRESPONDENCE REGARDING BAR DATE ISSUES. (.1) | 2.70 | 1,080.00 |
| 09/02/20 LHS | B190 | A103 | FINALIZE OBJECTION TO MOTION TO EXPEDITE HEARING FOR FILING. | .40 | 100.00 |
| 09/02/20 LHS | B190 | A103 | RESEARCH HOW THE PECUNIARY INTEREST STANDARD APPLIES TO A CHAPTER 11 TRUSTEE. | 2.10 | 525.00 |
| 09/02/20 LHS | B190 | A103 | DRAFT MEMORANDUM LAYING OUT THE LAW FOR A CHAPTER 11 TRUSTEE TO APPEAL A FEE ISSUE. | 2.20 | 550.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Initials | B | A | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/02/20 | LHS | B190 | A103 | CREATE CHART SHOWING THE COST OF NEWSPAPER ADVERTISEMENTS. | 2.60 | 650.00 |
| 09/02/20 | SAO | B110 | A105 | CORRESPONDENCE REGARDING POST-PETITION ABUSE LAWSUITS. | .50 | 125.00 |
| 09/02/20 | SAO | B140 | A105 | OFFICE CONFERENCE WITH MR. MINTZ TO DISCUSS STRATEGY FOR OPPOSING J.W. DOE AND JAMES DOE'S LIFT STAY MOTIONS. | .40 | 100.00 |
| 09/02/20 | SAO | B140 | A103 | BEGIN DRAFTING OUTLINE OF OPPOSITION TO J.W. DOE AND JAMES DOE'S LIFT STAY MOTIONS. | 1.30 | 325.00 |
| 09/02/20 | SAO | B110 | A104 | REVIEW ORDER STAYING AND ADMINISTRATIVELY CLOSING THE C.J. DOE ABUSE CLAIM ACTION PENDING THE RESOLUTION OF THE ARCHDIOCESE'S BANKRUPTCY. | .10 | 25.00 |
| 09/02/20 | SAO | B140 | A105 | CORRESPONDENCE WITH JONES WALKER TEAM REGARDING ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR EXPEDITED HEARING OF THE LIFT STAY MOTIONS FILED BY JW DOE AND JAMES DOE. | .40 | 100.00 |
| 09/02/20 | SAO | B160 | A104 | REVIEW THE COMMITTEE'S APPLICATION TO EMPLOY KINSELLA MEDIA LLC AS EXPERT CONSULTANT REGARDING THE DEBTOR'S BAR DATE MOTION (0.3); REVIEW ORDER GRANTING THE COMMITTEE'S MOTION FOR EXPEDITED HEARING ON ITS APPLICATIONS TO EMPLOY DR. JON R. CONTE AND KINSELLA MEDIA LLC (0.1). | .40 | 100.00 |
| 09/02/20 | VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING ISSUES RELATED TO PLAN DISCLOSURE STATEMENT. | 3.30 | 990.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/02/20 VWG | B110 | A103 | E-MAILS TO AND FROM MS. OPPENHEIMER REGARDING TARA BROWN SUIT (.2); TELEPHONE CALL WITH MS. OPPENHEIMER REGARDING REMOVAL(.3); E-MAIL COMMUNICATIONS WITH MTHE CLIENT(.1); PREPARED SERVICE LETTER FOR NOTICES OF SUGGESTION OF BANKRUPTCY(.4). | 1.00 | 300.00 |
| 09/03/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING BAR DATE NOTICES. | .50 | 150.00 |
| 09/03/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING SETTLEMENT WITH BONDHOLDERS. | .50 | 150.00 |
| 09/03/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING SETTLEMENT AGREEMENT AND RELATED ISSUES; | .60 | 294.00 |
| 09/03/20 EJF | B210 | A104 | REVISE SETTLEMENT RELATED PLEADINGS AND SETTLEMENT AGREEMENT; | 6.10 | 2,989.00 |
| 09/03/20 EJF | B210 | A107 | CONFERENCE CALLS RE SETTLEMENT AGREEMENT AND RELATED ISSUES (.4); EMAILS TO AND FROM COUNSEL RE SAME (.4); | .80 | 392.00 |
| 09/03/20 JRT | B190 | A104 | STUDY MOTION TO LIFT STAY (.4); ANALYZE EFFECT ON ABUSE CLAIMS. AND VENUE (.4). | .80 | 240.00 |
| 09/03/20 RPV | B310 | A108 | OFFICE CONFERENCES WITH COUNSEL REGARDING CALL WITH UCC COUNSEL | .50 | 245.00 |
| 09/03/20 RPV | B310 | A105 | OFFICE CONFERENCES WITH MS. LAURA ASHLEY REGARDING CALL WITH UCC COUNSEL | .50 | 245.00 |
| 09/03/20 RPV | B310 | A105 | PREPARING FOR CALL WITH UCC COUNSEL REGARDING NOTICE PLEADING | .70 | 343.00 |
| 09/03/20 RPV | B310 | A105 | CALL WITH UCC COUNSEL, MS. LAURA ASHLEY AND COUNSEL REGARDING NOTICE PLEADING | 1.50 | 735.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   11
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/03/20 | RPV | B310 | A106 | EMAILS FROM AND TO THE CLIENT REGARDING UCC CALL REGARDING NOTICE ISSUES | .20 | 98.00 |
|---|---|---|---|---|---|---|
| 09/03/20 | RPV | B210 | A104 | REVIEWED DRAFT DOCUMENTS FOR SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .20 | 98.00 |
| 09/03/20 | RPV | B210 | A106 | EMAILS FROM MS. FUTRELL, MR. ENTWISLE AND THE CLIENT REGARDING SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .30 | 147.00 |
| 09/03/20 | RPV | B310 | A104 | REVIEWED EMAIL FROM MR. KEARNEY REGARDING ADVERTISING RATES FOR NOTICING OF BAR DATES | .30 | 147.00 |
| 09/03/20 | RPV | B160 | A104 | RECEIVED AND REVIEWED NOTICES OF HEARING ON UCC'S APPLICATIONS TO EMPLOY AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .20 | 98.00 |
| 09/03/20 | RPV | B170 | A106 | EMAILS FROM CLIENT, EMAIL FROM/TO MR. MINTZ AND OFFICE CONFERENCE REGARDING REVIEW OF INVOICES. | .50 | 245.00 |
| 09/03/20 | WGZ | B410 | A104 | STRATEGY REGARDING NOTICING ISSUES. | .90 | 270.00 |
| 09/03/20 | WGZ | B410 | A106 | CONFERENCE WITH ARCHDIOCESE REPRESENTATIVES REGARDING NOTICING ISSUES.  [1.9 HOURS - NO CHARGE] | .00 | .00 |
| 09/03/20 | LFA | B160 | A103 | CONTINUED REVISING AND FINALIZING FEE STATEMENTS FOR JW, CRI AND BLANK ROME AND EXHIBITS TO SAME. | 6.50 | 2,600.00 |
| 09/03/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. SELF REGARDING SUCCESSION OF PATORNO (.4); MOTION TO COMPROMISE AND SCHOOL INFORMATION SPREADSHEET (.3); WITH MESSRS. SELF AND KEARNEY REGARDING PRINT AND ONLINE | 1.50 | 600.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   12
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

|            |     |      |                                                                                                      |      |          |
|------------|-----|------|------------------------------------------------------------------------------------------------------|------|----------|
|            |     |      | ADVERTISING RATES (.4); WITH CLIENT AND MR. VANCE REGARDING EXPEDITED HEARING (.4).                   |      |          |
| 09/03/20 LHS | B190 | A103 | REVISE MOTION TO COMPROMISE SUCCESSION.                                                             | .80  | 200.00   |
| 09/03/20 LHS | B190 | A103 | REVISE CHART SHOWING RANGE OF NEWSPAPER COSTS.                                                      | 1.20 | 300.00   |
| 09/03/20 LHS | B190 | A103 | WORK ON SERVICE OF THE FIRST MONTHLY FEE STATEMENT OF JONES WALKER AND CRI.  NOTICE OF CHARGE]      | .50  | 125.00   |
| 09/03/20 LHS | B190 | A103 | CREATE SPREADSHEET OF ALUMNI INFORMATION FOR ARCHDIOCESAN AND PARISH SCHOOLS.                       | 3.60 | 900.00   |
| 09/03/20 SAO | B140 | A102 | BEGIN RESEARCHING LIFT STAY MOTIONS TO ASSIST WITH OPPOSING THE LIFT STAY MOTIONS FILED BY JW DOE AND JAMES DOE. | 2.70 | 675.00   |
| 09/03/20 VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING PLAN DISCLOSURE STATEMENT.                               | 4.20 | 1,260.00 |
| 09/04/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING MOTIONS TO LIFT STAY AND DISCOVERY REGARDING SAME.                          | 1.20 | 360.00   |
| 09/04/20 EJF | B320 | A102 | WORK ON DISCLOSURE STATEMENT.                                                                       | 4.20 | 2,058.00 |
| 09/04/20 RPV | B310 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING NOTICE PLEADING ISSUES                             | .60  | 294.00   |
| 09/04/20 RPV | B190 | A104 | RECEIVED AND REVIEWED PROPOSED ORDERS ON APPLICATIONS TO EMPLOY CONTE AND KINSELLA.                 | .50  | 245.00   |
| 09/04/20 RPV | B190 | A108 | EMAIL TO UCC COUNSEL REGARDING PROPOSED ORDER                                                       | .20  | 98.00    |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   13
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/04/20 | WGZ | B410 | A106 | STRATEGY REGARDING DISCOVERY ISSUES AND NOTICING REQUIREMENTS AND CONFERENCE WITH ARCHDIOCESE REPRESENTATIVE REGARDING SAME. [1.5 HOURS - NO CHARGE | .00 | .00 |
| 09/04/20 | LHS | B190 | A104 | REVIEW NOTICE PLANS IN OTHER RECENT ABUSE CASES FOR COMPARISON WITH CURRENT PLAN. | 1.70 | 425.00 |
| 09/04/20 | VWG | B320 | A103 | DRAFTING MEMORANDUM TO MR. VANCE REGARDING ISSUES RELATED TO PLAN DISCLOSURE STATEMENT. | 4.30 | 1,290.00 |
| 09/06/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND VANCE REGARDING BAR DATE ORDER (.5); AND WITH MR. DRAPER REGARDING COMPARE REVISIONS TO SAME (.5); CONTINUED WORKING ON BAR DATE ORDER (.8) | 1.80 | 720.00 |
| 09/07/20 | RPV | B310 | A105 | PREPARING FOR AND TELEPHONE CONVERSATION WITH MR. MINTZ , MS. LAURA ASHLEY AND COUNSEL REGARDING NOTICE PLEADING ISSUES | 1.10 | 539.00 |
| 09/07/20 | RPV | B110 | A105 | EMAILS TO AND FROM TEAM REGARDING WORK FLOW ASSIGNMENTS FOR THE WEEK | .30 | 147.00 |
| 09/07/20 | RPV | B160 | A104 | RECEIVED AND REVIEWED PROPOSED ORDERS ON ORDERS CONCERNING DR. CONTE AND KINSELLA. | .20 | 98.00 |
| 09/07/20 | RPV | B160 | A104 | EMAILS FROM MR. BOLDISSAR, MR.MINTZ AND MS. ASHLEY REGARDING APPROVAL OF ORDERS CONCERNING DR. CONTE AND KINSELLA. | .20 | 98.00 |
| 09/07/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MESSRS. KUEBEL, DRAPER AND MINTZ REGARDING BAR DATE; WITH MESSRS. MINTZ, VANCE AND MS. FUTRELL REGARDING SCHEDULE | .80 | 320.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   14
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

                          FOR WEEK OF SEPTEMBER 7.

| 09/07/20 | MAM | B190 | A101 | WORK ON BAR DATE MOTION. | 1.20 | 480.00 |
|---|---|---|---|---|---|---|
| 09/07/20 | MAM | B190 | A101 | WORK ON WEEKLY SCHEDULE | 1.10 | 440.00 |
| 09/08/20 | EDW | B110 | A104 | REVIEW CURRENT BANKRUPTCY SCHEDULE AND DEADLINES. | .30 | 90.00 |
| 09/08/20 | EDW | B110 | A104 | REVIEW UPDATES REGARDING SETTLEMENT WITH BOND TRUSTEE FOR 2017 BONDS. | .20 | 60.00 |
| 09/08/20 | EDW | B110 | A104 | REVIEW ISSUES REGARDING MOTIONS TO LIFT STAY. | .50 | 150.00 |
| 09/08/20 | EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING SETTLEMENT AGREEMENT; | .50 | 245.00 |
| 09/08/20 | JJL | B110 | A104 | REVIEWED BEDIVERE/ARMOUR RISK'S STRATEGIC ISSUES | .70 | 210.00 |
| 09/08/20 | JRT | B190 | A103 | DRAFT EMAIL REGARDING INSURANCE ISSUES. | .30 | 90.00 |
| 09/08/20 | RPV | B310 | A104 | PREPARING FOR CALL WITH UCC COUNSEL AND CALL WITH JW TEAM, UCC COUNSEL AND COUNSEL REGARDING NOTICE ISSUES | .70 | 343.00 |
| 09/08/20 | RPV | B310 | A104 | WORKED ON NOTICE ISSUES AND PLEADING | 1.50 | 735.00 |
| 09/08/20 | RPV | B160 | A104 | WORKED ON BILLING ISSUES | 1.50 | 735.00 |
| 09/08/20 | RPV | B210 | A106 | EMAILS FROM AND TO THE CLIENT REGARDING ASSET DISPOSITION | .30 | 147.00 |
| 09/08/20 | RPV | B210 | A106 | EMAIL FROM AND TO THE CLIENT REGARDING REPAIR WORK FOR BUILDING | .30 | 147.00 |
| 09/08/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED REVISED SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .20 | 98.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   15
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


| 09/08/20 | RPV | B210 | A104 | EMAIL FROM MS. FUTRELL REGARDING REVISED SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .10 | 49.00 |
| 09/08/20 | WGZ | B410 | A104 | WORKING ON ISSUES WITH RESPECT TO INSURANCE RECOVERY. | .30 | 90.00 |
| 09/08/20 | WGZ | B410 | A104 | REVIEW EMAILS FROM INSURER IN STATE COURT LITIGATION. | .40 | 120.00 |
| 09/08/20 | WGZ | B410 | A104 | STRATEGY REGARDING INSURANCE RECOVERY AND RESPONSE TO INSURER. | .40 | 120.00 |
| 09/08/20 | LFA | B110 | A103 | CONTINUED DRAFTING PROPOSED BAR DATE ORDER AND PROPOSED NOTICE PLAN (4.1); CALLS WITH MR. VANCE AND COUNSEL TO DISCUSS EDITS TO SAME (2.5). | 6.60 | 2,640.00 |
| 09/08/20 | MAM | B190 | A101 | CONFERENCE REGARDING BAR DATE ISSUES. (1.2) REVISE AND EDIT BAR DATE ORDER. (5.2) | 6.40 | 2,560.00 |
| 09/08/20 | LHS | B190 | A103 | FINALIZE MOTION TO COMPROMISE SUCCESSION FOR FILING. | 1.10 | 275.00 |
| 09/08/20 | LHS | B190 | A103 | REVIEW MATERIALS RELEVANT TO FINANCING MOTION. | 1.60 | 400.00 |
| 09/08/20 | SAO | B160 | A104 | REVIEW JONES WALKER'S FEE STATEMENT TO IDENTIFY CONFIDENTIAL INFORMATION TO BE REDACTED. | 1.00 | 250.00 |
| 09/08/20 | SAO | B140 | A102 | CONTINUE RESEARCHING TO LOCATE LIFT STAY MOTIONS FILED BY ABUSE CLAIMANTS IN OTHER DIOCESAN-TYPE BANKRUPTCY CASES. | 3.10 | 775.00 |
| 09/08/20 | SAO | B140 | A103 | BEGIN DRAFTING OMNIBUS OBJECTION TO J.W. DOE AND JAMES DOE'S LIFT STAY MOTIONS. | 2.30 | 575.00 |
| 09/08/20 | SAO | B140 | A103 | CONTINUE DRAFTING OUTLINE OF OBJECTION TO J.W. DOE AND JAMES DOE'S LIFT STAY MOTIONS. | .60 | 150.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   16
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/08/20 SAO | B190 | A104 | REVIEW THE DEBTOR'S MOTION TO COMPROMISE [ECF NO. 395. | .10 | 25.00 |
| 09/09/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING INSURANCE CLAIMS. | .50 | 150.00 |
| 09/09/20 EDW | B110 | A104 | REVIEW STATUS AND UPDATES REGARDING BOND SETTLEMENT. | .50 | 150.00 |
| 09/09/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING BAR DALE DISPUTE. | .50 | 150.00 |
| 09/09/20 EDW | B110 | A104 | RECEIPT AND REVIEW EMAIL FROM MR. PAULSEN REGARDING SPECIAL MASTER FEES. | .10 | 30.00 |
| 09/09/20 EJF | B210 | A107 | MEMOS TO AND FROM BOND TRUSTEE'S COUNSEL RE SETTLEMENT AGREEMENT AND SETTLEMENT PLEADINGS; | .80 | 392.00 |
| 09/09/20 EJF | B210 | A104 | REVIEW PROPOSED CHANGES AND RELATED DOCUMENTS; | 1.20 | 588.00 |
| 09/09/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT RE SAME (.7); CONFERENCE CALL WITH CLIENT RE SAME (.3); | 1.00 | 490.00 |
| 09/09/20 EJF | B210 | A103 | WORK ON REVISIONS TO SETTLEMENT AGREEMENT AND SETTLEMENT PLEADINGS; | 1.10 | 539.00 |
| 09/09/20 EJF | B210 | A105 | CONFERENCE CALL WITH MR. MINTZ RE REQUEST FOR EXPEDITED HEARING AND RELATED MATTERS; | .20 | 98.00 |
| 09/09/20 JJL | B110 | A106 | READ COMMUNICATIONS FROM CLIENT REGARDING BEDIVERE | .20 | 60.00 |
| 09/09/20 JJL | B110 | A106 | CORRESPONDENCE TO THE CLIENT REGARDING INSURANCE. | .30 | 90.00 |
| 09/09/20 JRT | B190 | A104 | STUDY STRATEGY ON INSURANCE COLLECTION. | .60 | 180.00 |
| 09/09/20 RPV | B310 | A104 | REVIEWED REVISIONS TO BAR NOTICE. | .50 | 245.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   17
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/09/20 RPV | B310 | A106 | TELEPHONE CONVERSATION WITH THE CLIENT, MS. LAURA ASHLEY AND MR. MINTZ REGARDING BAR DATE NOTICE PLEADING | 1.20 | 588.00 |

| 09/09/20 RPV | B310 | A106 | TELEPHONE CONVERSATION WITH COUNSEL AND MS. LAURA ASHLEY REGARDING BAR DATE NOTICE PLEADING | .50 | 245.00 |

| 09/09/20 RPV | B310 | A104 | RECEIVED AND REVIEWED PUBLICATION PROPOSAL. | .50 | 245.00 |

| 09/09/20 RPV | B110 | A106 | EMAIL STATUS REPORT TO CLIENT. | .50 | 245.00 |

| 09/09/20 RPV | B190 | A108 | EMAILS FROM AND TO THE DOJ ATTORNEY REGARDING STATUS OF FCA SETTLEMENT. | .20 | 98.00 |

| 09/09/20 RPV | B210 | A106 | EMAILS FROM MS. FUTRELL AND CLIENT REGARDING STATUS OF SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .20 | 98.00 |

| 09/09/20 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING NOTICE ISSUES | .50 | 245.00 |

| 09/09/20 WGZ | B410 | A104 | CONTINUE WORK ON STRATEGY REGARDING INSURANCE ISSUES. | .50 | 150.00 |

| 09/09/20 LFA | B110 | A103 | CALL WITH COMMITTEE TO DISCUSS PROPOSED BAR DATE ORDER (1.0); CALL WITH MR. VANCE TO DISCUSS SAME (1.0); REVISED PROPOSED BAR DATE ORDER AND NOTICE PLAN (2.0); DRAFTED CHART AND OUTLINE OF OBJECTIONS TO COMMITTEE'S BAR DATE ORDER (5.0). | 9.00 | 3,600.00 |

| 09/09/20 MAM | B190 | A101 | WORK ON BAR DATE ISSUES. (2.5)  CONFERENCES REGARDING THE SAME. (2.0) | 4.50 | 1,800.00 |

| 09/09/20 LHS | B190 | A103 | WORK ON MEMO DETAILING COMMITTEE'S CHANGES TO THE BAR DATE ORDER. | 1.20 | 300.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  18
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


09/09/20 LHS   B190  A104   LOOK FOR CASES WHERE THE            .40       100.00
                            CREDITORS HAD EXTRA DAYS TO
                            REFILE AN INCORRECTLY FILED
                            PROOF OF CLAIM.

09/09/20 LHS   B190  A103   DRAFT CHART WITH OBJECTIONS        5.00      1,250.00
                            TO THE COMMITTEE'S PROPOSED
                            BAR DATE ORDER.

09/09/20 SAO   B140  A103   CONTINUE DRAFTING BACKGROUND       1.10       275.00
                            SECTIONS OF OBJECTION TO J.W.
                            DOE AND JAMES DOE'S LIFT STAY
                            MOTIONS.

09/09/20 SAO   B310  A102   CONDUCT RESEARCH REGARDING         3.30       825.00
                            BISHOP ACCOUNTABILITY.ORG TO
                            BE USED IN THE DEBTOR'S REPLY
                            IN SUPPORT OF ITS BAR DATE
                            MOTION.

09/10/20 EDW   B110  A104   REVIEW DEEMER MOTION TO LIFT        .30        90.00
                            STAY.

09/10/20 EDW   B110  A104   RECEIPT AND REVIEW OBJECTION        .20        60.00
                            TO DEADLINE FOR FILING PROOFS
                            OF CLAIMS. FILED BY ROGER
                            STETTER.

09/10/20 EDW   B110  A104   REVIEW MULTIPLE NOTICES FROM        .30        90.00
                            BANKRUPTCY COURT REGARDING
                            HEARINGS AND MOTIONS.

09/10/20 EDW   B110  A104   TELEPHONE CALL FROM THE           1.20       360.00
                            CLIENT REGARDING INFORMATION
                            NEEDED FOR BAR DATE
                            OPPOSITION AND REVIEW CLERGY
                            ABUSE POLICY.

09/10/20 EJF   B210  A106   CONFERENCE CALL WITH CLIENT       1.40       686.00
                            REGARDING SETTLEMENT (.3);
                            MEMOS TO AND FROM CLIENTS
                            REGARDING SETTLEMENT MOTION
                            AND SETTLEMENT AGREEMENT
                            (.5): DRAFT MEMO TO CLIENT RE
                            SETTLEMENT (.6);

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  19
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/10/20 EJF | B210 | A103 | REVISIONS TO SETTLEMENT PLEADINGS AND SETTLEMENT AGREEMENT (.8); DRAFT AND REVISE MOTIONS FOR EXPEDITED HEARING AND RELATED ORDERS (.9); | 1.70 | 833.00 |
| 09/10/20 EJF | B210 | A107 | MEMOS TO AND FROM BOND TRUSTEE'S COUNSEL RE PLEADINGS AND SETTLEMENT AGREEMENT (1.1); MEMOS TO COMMITTEE RE SAME (.1); | 1.20 | 588.00 |
| 09/10/20 EJF | B210 | A106 | MEMOS FROM AND TO CLIENT REGARDING REFUND ISSUES; | .40 | 196.00 |
| 09/10/20 RPV | B210 | A104 | RECEIVED AND REVIEWED DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT WITH TMI TRUST CO., AS INDENTURE TRUSTEE, PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF/NOTICE OF HEARING. | .10 | 49.00 |
| 09/10/20 RPV | B310 | A108 | TELEPHONE CONFERENCE WITH COUNSEL AND MS. LAURA ASHLEY REGARDING NOTICING ISSUES RAISED IN CALL WITH COUNSEL FOR UCC. | .50 | 245.00 |
| 09/10/20 RPV | B310 | A106 | EMAILS FROM THE CLIENTAND MS. ASHLEY REGARDING RECENT DEFAMATION SUIT BY PRIEST FOR APPEARING ON LIST. | .20 | 98.00 |
| 09/10/20 RPV | B310 | A108 | EMAIL FROM MR. KEARNEY REGARDING NEW PUBLICATION PROPOSAL. | .10 | 49.00 |
| 09/10/20 RPV | B310 | A104 | EMAIL FROM MR. KUEBEL REGARDING NOTICING ISSUES TO BE ADDRESSED. | .10 | 49.00 |
| 09/10/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING EMAIL FROM MR. KUEBEL REGARDING NOTICING ISSUES TO BE ADDRESSED. | .50 | 245.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   20
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/10/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED ORDER AUTHORIZING AND APPROVING THE APPLICATION OF THE OFFICIAL CREDITORS' COMMITTEE FOR ENTRY OF AN ORDER UNDER 11 U.S.C. SECTIONS 1103(A) AND 328(A) AND FED. R. BANKR. P. 2014(A) AUTHORIZING RETENTION OF JON R. CONTE, PH.D. AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS EFFECTIVE AS OF AUGUST 4, 2020. | .10 | 49.00 |
| 09/10/20 | RPV | B190 | A104 | EMAILS TO AND FROM TEAM REGARDING RESEARCH RESULTS ON NOTICING ISSUES. | .50 | 245.00 |
| 09/10/20 | RPV | B210 | A104 | EMAILS FROM MS. LACOMBE AND MR. MINTZ REGARDING INCIDENT ON SCHOOL CAMPUS. | .10 | 49.00 |
| 09/10/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED DOJ EDITS TO SETTLEMENT AGREEMENT. | .10 | 49.00 |
| 09/10/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED OBJECTION WITH CERTIFICATE OF SERVICE FILED BY NEAL POLLET TO BAR DATE MOTION. | .10 | 49.00 |
| 09/10/20 | RPV | B190 | A105 | EMAILS TO AND FROM MS. ASHLEY AND MR. MINTZ REGARDING OBJECTION WITH CERTIFICATE OF SERVICE FILED BY NEAL POLLET TO BAR DATE MOTION. | .20 | 98.00 |
| 09/10/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED MEMO INSERT REGARDING BISHOPACCOUNTABILITY.ORG. | .30 | 147.00 |
| 09/10/20 | RPV | B190 | A105 | EMAILS FROM AND TO JW TEAM REGARDING RESEARCH REGARDING BISHOPACCOUNTABILITY.ORG | .20 | 98.00 |
| 09/10/20 | RPV | B190 | A108 | EMAILS FROM MR. WATERS AND MR. MINTZ REGARDING THE DEEMERS' MOTION TO LLIFT STAY. | .10 | 49.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   21
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


| 09/10/20 | RPV | B310 | A105 | EMAILS FROM AND TO JW TEAM REGARDING REVISIONS TO PROPOSED BAR DATE ORDER. | .50 | 245.00 |
| 09/10/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED ORDER GRANTING AMENDED MOTION TO EXPEDITE HEARING ON DEBTORS SETTLEMENT | .10 | 49.00 |
| 09/10/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED ORDER AUTHORIZING AND APPROVING THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER UNDER 11 U.S.C. SECTIONS 1103(A) AND 328(A) AND FED. R. BANKR. P. 2014(A) AUTHORIZING RETENTION OF KINSELLA MEDIA, LLC AS EXPERT CONSULTANT REGARDING DEBTOR'S ESTABLISHMENT OF A BAR DATE NOTICING PROGRAM, EFFECTIVE AS OF AUGUST 31, 2020. | .10 | 49.00 |
| 09/10/20 | RPV | B310 | A108 | CONFERENCE CALL WITH COUNSEL FOR UCC, COUNSEL AND MS. LAURA ASHLEY REGARDING NOTICE ORDER | 1.70 | 833.00 |
| 09/10/20 | RPV | B310 | A108 | TELEPHONE CONVERSATION WITH THE CLIENT REGARDING CONFERENCE CALL WITH COUNSEL FOR UCC REGARDING NOTICE ORDER | .40 | 196.00 |
| 09/10/20 | RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CONFERENCE CALL WITH COUNSEL FOR UCC REGARDING NOTICE ORDER AND MOTION TO LIFT STAY FILED BY DEEMER | .50 | 245.00 |
| 09/10/20 | LFA | B110 | A103 | CALLS WITH MR. VANCE AND COUNSEL TO DISCUSS OBJECTION TO BAR DATE MOTION (2.0); PREPARED FOR CALL WITH COMMITTEE (1.0); CALL WITH COMMITTEE TO DISCUSS PROPOSED BAR DATE AND NOTICE PLAN (1.5); REVIEWED OBJECTION AND PROPOSED FORMS. DECLARATIONS | 6.70 | 2,680.00 |

<span style="color:red">**EXHIBIT F**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   22
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

|            |     |      |      | AND NOTICE PLANS TO ASSIST<br>WITH DRAFTING REPLY (2.2). |       |          |
|------------|-----|------|------|---------------------------------------------------------|-------|----------|
| 09/10/20   | MAM | B190 | A101 | RECEIPT AND REVIEW OF BAR<br>DATE OBJECTION.  WORK ON<br>REPLY MEMO. | 4.70  | 1,880.00 |
| 09/10/20   | LHS | B190 | A103 | RESEARCH COMPARABLE CASES FOR<br>THE SUPPLEMENTAL MOTION ON<br>THE BAR DATE ORDER. | 1.70  | 425.00   |
| 09/10/20   | LHS | B190 | A103 | WORK ON LANGUAGE FOR<br>EXPEDITED MOTION TO SETTLE<br>BOND ISSUE. | .50   | 125.00   |
| 09/10/20   | LHS | B190 | A104 | REVIEW CASES WHERE THE COURT<br>AUTHORIZED TV AND RADIO<br>ADVERTISEMENTS. | 1.20  | 300.00   |
| 09/10/20   | LHS | B190 | A105 | CALL WITH MS. ASHLEY AND MS.<br>OPPENHEIM TO DISCUSS CHANGES<br>THE SUPPLEMENTAL BAR DATE<br>MOTION. | .20   | 50.00    |
| 09/10/20   | LHS | B190 | A104 | REVIEW DOJ'S EDITS TO MOTION<br>TO COMPROMISE SETTLEMENT. | .20   | 50.00    |
| 09/10/20   | LHS | B190 | A103 | DRAFT BACKGROUND SECTION OF<br>THE SUPPLEMENTAL BAR DATE<br>MOTION. | 1.00  | 250.00   |
| 09/10/20   | LHS | B190 | A103 | FINALIZE MOTION TO SETTLE<br>BOND TRUSTEE MOTION FOR<br>FILING. | .80   | 200.00   |
| 09/10/20   | LHS | B190 | A103 | WORK TO RESOLVE ISSUE ON<br>MOTION TO EXPEDITE HEARING ON<br>BOND HEARING. | .30   | 75.00    |
| 09/10/20   | LHS | B190 | A103 | DRAFT SECTION OBJECTING TO<br>ADDITIONAL NOTICE PROCEDURES<br>FOR SUPPLEMENTAL BAR DATE<br>MOTION. | 1.40  | 350.00   |
| 09/10/20   | LHS | B190 | A103 | EDIT CHART FOR BAR DATE ORDER. | .40   | 100.00   |
| 09/10/20   | LHS | B190 | A104 | REVIEW SUPPLEMENTAL OBJECTION<br>TO BAR DATE MOTION. | 1.90  | 475.00   |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   23
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/10/20 SAO | B310 | A104 | REVIEW THE COMMITTEE'S SUPPLEMENTAL OBJECTION TO THE BAR DATE MOTION. | .80 | 200.00 |
| 09/10/20 SAO | B310 | A102 | CONTINUE RESEARCH REGARDING BISHOPACCOUNTABILITY.ORG. | 1.70 | 425.00 |
| 09/10/20 SAO | B310 | A102 | REVIEW NOTICING PROCEDURES PROPOSED BY SHANNON WHEATMAN IN OTHER CASES. | 1.30 | 325.00 |
| 09/10/20 SAO | B310 | A103 | DRAFT BISHOPACCOUNTABILITY.ORG SECTION OF REPLY BRIEF IN SUPPORT OF BAR DATE MOTION. | 3.60 | 900.00 |
| 09/10/20 SAO | B310 | A102 | REVIEW BAR DATE ORDERS FROM OTHER DIOCESAN-TYPE CASES TO IDENTIFY METHODS FOR LISTING ACCUSED CLERGY. | 1.40 | 350.00 |
| 09/10/20 SAO | B310 | A105 | STRATEGY CALL WITH MS. ASHLEY AND MR. SELF REGARDING SUPPLEMENTAL BRIEF IN SUPPORT OF BAR DATE MOTION. | .30 | 75.00 |
| 09/10/20 SAO | B140 | A104 | REVIEW WARREN AND MARY DEEMER'S MOTION TO MODIFY THE AUTOMATIC STAY. | .10 | 25.00 |
| 09/10/20 SAO | B110 | A104 | REVIEW ORDER GRANTING MOTION FOR EXPEDITED HEARING ON THE DEBTOR'S MOTION TO APPROVE SETTLEMENT WITH TMI TRUST COMPANY. | .10 | 25.00 |
| 09/11/20 EDW | B110 | A104 | REVIEW UCC SUPPLEMENTAL OBJECTION TO BAR DATE MOTION AND ATTACHED DECLARATIONS OF EXPERTS AND COUNSEL. | 1.80 | 540.00 |
| 09/11/20 EJF | B210 | A106 | MEMOS RE BOND RELATED ISSUES; | .30 | 147.00 |
| 09/11/20 EJF | B320 | A106 | RESEARCH PLAN ISSUES; | 2.80 | 1,372.00 |
| 09/11/20 RPV | B310 | A104 | RECEIVED AND REVIEWED SUPPLEMENTAL OBJECTION TO BAR DATE MOTION FILED BY THE UCC. | 1.00 | 490.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   24
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/11/20 RPV | B310 | A106 | RECEIVED AND REVIEWED THE CURRENT POLICY CONCERNING ABUSE OR NEGLECT OF MINORS AND OFFICE CONFERENCE WITH THE CLIENT REGARDING SAME . | .50 | 245.00 |
| 09/11/20 RPV | B310 | A104 | RECEIVED AND REVIEWED DR. WHEATMAN DECLARATION AND CV. | .50 | 245.00 |
| 09/11/20 RPV | B310 | A104 | RECEIVED AND REVIEWED DECLARATION. | .20 | 98.00 |
| 09/11/20 RPV | B310 | A105 | EMAILS FROM AND TO JW TEAM REGARDING REVIEW AND REVISIONS TO DECLARATION AND BAR DATE MOTION. | .40 | 196.00 |
| 09/11/20 RPV | B310 | A104 | RECEIVED AND REVIEWED REVISIONS TO CLAIM FORM. | .40 | 196.00 |
| 09/11/20 RPV | B310 | A104 | REVIEWED AND REVISED INSERT TO BISHOPACCOUNTABILITY.ORG SECTION OF BAR DATE MOTION. | .30 | 147.00 |
| 09/11/20 RPV | B310 | A105 | EMAILS FROM AND TO JW TEAM REGARDING REVISIONS TO BISHOPACCOUNTABILITY.ORG SECTION OF BAR DATE MOTION AND NOTICING ISSUES. | .20 | 98.00 |
| 09/11/20 RPV | B190 | A104 | RECEIVED AND REVIEWED RALPH ROE MOTION TO REMAND. | .30 | 147.00 |
| 09/11/20 RPV | B190 | A108 | EMAILS FROM MR. DESHAZO AND MR. MINTZ REGARDING REVIEW OF RALPH ROE MOTION TO REMAND AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 09/11/20 RPV | B310 | A105 | RECEIVED AND REVIEWED ADDITIONAL NOTICE PROCEDURES INSERT AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .60 | 294.00 |
| 09/11/20 RPV | B310 | A104 | RECEIVED AND REVIEWED EMAILS FROM UCC COUNSEL REGARDING NOTICE ISSUES | .20 | 98.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  25
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/11/20 | RPV | B310 | A108 | EMAILS AND TELEPHONE CONFERENCES WITH COUNSEL REGARDING REVIEW OF BAR DATE MOTION AND RESPONSE TO SAME. | 1.00 | 490.00 |
| 09/11/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING REPLY MEMORANDUM (3.0); CALLS WITH MR. MINTZ AND MR. SELF TO DISCUSS DRAFT OF REPLY AND STRATEGY FOR SAME (2.0); REVIEWED OBJECTION AND PROPOSED FORMS. DECLARATIONS AND NOTICE PLANS TO ASSIST WITH DRAFTING REPLY (4.0). | 9.00 | 3,600.00 |
| 09/11/20 | MAM | B190 | A101 | WORK ON BAR DATE ISSUES | 2.40 | 960.00 |
| 09/11/20 | LHS | B190 | A108 | COMMUNICATE WITH COUNSEL REGARDING BAR DATE OBJECTION. | .20 | 50.00 |
| 09/11/20 | LHS | B190 | A103 | DRAFT SECTION OF BAR DATE MOTION ADDRESSING ACTUAL NOTICE. | 4.30 | 1,075.00 |
| 09/11/20 | LHS | B190 | A103 | DRAFT SECTION OF REPLY ADDRESSING CONSTRUCTIVE NOTICE PROCEDURES. | 5.20 | 1,300.00 |
| 09/11/20 | LHS | B190 | A103 | DRAFT SECTION OF THE BAR DATE MOTION ADDRESSING THE DATE OF THE BAR DATE. | 1.80 | 450.00 |
| 09/11/20 | LHS | B190 | A103 | DRAFT SECTION OF BAR DATE REPLY DEALING WITH PERSONAL COUNSEL OF THE COMMITTEE. | .90 | 225.00 |
| 09/11/20 | SAO | B310 | A105 | TELEPHONE CONFERENCE WITH MS. ASHLEY AND MR. SELF REGARDING REPLY IN SUPPORT OF BAR DATE MOTION. | .20 | 50.00 |
| 09/11/20 | SAO | B310 | A103 | EXPAND BISHOPACCOUNTABILITY.ORG SECTION OF REPLY IN SUPPORT OF BAR DATE MOTION TO RESPOND TO ARGUMENTS RAISED IN THE COMMITTEE'S SUPPLEMENTAL OBJECTION. | 4.40 | 1,100.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   26
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/11/20 SAO | B310 | A103 | DRAFT DECLARATION OF FR. PATRICK J. WILLIAMS. IN CONNECTION WITH REPLY IN SUPPORT OF BAR DATE MOTION. | 3.10 | 775.00 |
| 09/11/20 SAO | B310 | A105 | EMAIL CORRESPONDENCES WITH MR. SELF REGARDING KNOWN VS. UNKNOWN CLAIMANTS SECTION OF REPLY IN SUPPORT OF BAR DATE MOTION. | .30 | 75.00 |
| 09/12/20 EDW | B110 | A104 | REVIEW ISSUES REGARDING BAR DATE MOTION AND REVIEW AND REVISE ARCHDIOCESE AMENDED BAR DATE MOTION BRIEF. | 2.50 | 750.00 |
| 09/12/20 RPV | B310 | A104 | RECEIVED AND REVIEWED REVISIONS TO DRAFT OF SUPPLEMENTAL BAR DATE MOTION. | .70 | 343.00 |
| 09/12/20 RPV | B310 | A105 | EMAILS FROM JW TEAM REGARDING REVISIONS TO SUPPLEMENTAL BAR DATE MOTION, UPCOMING DEADLINES AND STATUS OF ISSUES. | .30 | 147.00 |
| 09/12/20 RPV | B310 | A104 | REVIEWED MOTION TO COMPEL HEARING TRANSCRIPT. | .50 | 245.00 |
| 09/12/20 RPV | B310 | A108 | TELEPHONE CONFERENCES WITH COUNSEL REGARDING STATUS OF PLEADINGS AND ISSUES | .50 | 245.00 |
| 09/12/20 RPV | B310 | A105 | EMAILS TO AND FROM TEAM REGARDING COUNSEL'S ISSUES REGARDING NOTICE PLEADINGS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 09/12/20 RPV | B310 | A106 | EMAIL FROM AND TELEPHONE CONVERSATION WITH THE CLIENT REGARDING REVIEW OF DRAFT OF BAR DATE MOTION. | .50 | 245.00 |
| 09/12/20 RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVIEW OF WHEATMAN DECLARATION. | .50 | 245.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   27
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/12/20 | LFA | B110 | A103 | CONTINUED DRAFTING AND REVISING REPLY MEMORANDUM (2.4); CALLS WITH MR. MINTZ AND MR. SELF TO DISCUSS EDITS TO SAME (1.4); CORRESPONDENCES WITH JONES WALKER GROUP TO DISCUSS STRUCTURE AND REVISIONS TO SAME (2.0); REVIEWED OBJECTION AND PROPOSED FORMS. AND NOTICE PLANS (2.5). | 8.30 | 3,320.00 |
| 09/12/20 | MAM | B190 | A101 | WORK ON BAR DATE ISSUES | 5.40 | 2,160.00 |
| 09/12/20 | LHS | B190 | A103 | EDIT ENTIRE REPLY TO BAR DATE OBJECTION. | 2.30 | 575.00 |
| 09/12/20 | LHS | B190 | A103 | DRAFT COST CHART. | .60 | 150.00 |
| 09/12/20 | LHS | B190 | A103 | DRAFT SUBSECTION ON THE CONDUCT OF THE COMMITTEE. | .80 | 200.00 |
| 09/12/20 | LHS | B190 | A103 | DRAFT ADDITIONAL COMMENTARY ON CASES BASED ON EDITS. | 3.20 | 800.00 |
| 09/12/20 | LHS | B190 | A103 | INCORPORATE ADDITIONAL EDITS INTO THE BAR DATE MOTION. | 3.60 | 900.00 |
| 09/12/20 | LHS | B190 | A108 | CALL WITH COUNSEL REGARDING CASES CITED IN THE EXPERT'S MOTION. | .10 | 25.00 |
| 09/12/20 | SAO | B310 | A103 | DRAFT SECTION OF REPLY IN SUPPORT OF BAR DATE MOTION REGARDING THE STETTER OBJECTION. | 1.40 | 350.00 |
| 09/12/20 | SAO | B310 | A103 | REVISE AND SUPPLEMENT BISHOPACCOUNTABILITY.ORG SECTION OF REPLY IN SUPPORT OF BAR DATE MOTION. | 3.80 | 950.00 |
| 09/12/20 | SAO | B310 | A103 | SUPPLEMENT PLACID OIL DISCUSSION IN REPLY IN SUPPORT OF BAR DATE MOTION. | 1.90 | 475.00 |
| 09/12/20 | SAO | B310 | A103 | REVISE PERMITTED PARTY LIST SECTION OF REPLY IN SUPPORT OF BAR DATE MOTION. | 1.70 | 425.00 |

<span style="color:red">**EXHIBIT F**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   28
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/12/20 | SAO | B310 | A105 | MULTIPLE EMAIL CORRESPONDENCES WITH MR. SELF AND MS. ASHLEY REGARDING REPLY IN SUPPORT OF BAR DATE MOTION. | 1.20 | 300.00 |
|---|---|---|---|---|---|---|
| 09/13/20 | EDW | B110 | A104 | REVIEW AND REVISE BAR DATE MOTION BRIEF. | 2.00 | 600.00 |
| 09/13/20 | JRT | B190 | A104 | STUDY SUPPLEMENTAL BAR DATE MEMORANDUM REGARDING CERTAIN ISSUES ON ATTEMPT FOR DISCOVERY. | 1.50 | 450.00 |
| 09/13/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED LATEST REVISIONS TO BAR DATE MOTION. | .70 | 343.00 |
| 09/13/20 | RPV | B310 | A106 | EMAILS AMONG JW TEAM, COUNSEL AND THE CLIENT REGARDING REVISIONS TO BAR DATE MOTION AND PUBLICATION PLAN. | .40 | 196.00 |
| 09/13/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED REVISIONS TO PUBLICATION NOTICE PLAN AND OFFICE CONFERENCES WITH MR. MINTZ REGARDING SAME | 1.50 | 735.00 |
| 09/13/20 | RPV | B110 | A104 | EMAILS FROM JW TEAM REGARDING WEEKLY AGENDA. | .10 | 49.00 |
| 09/13/20 | RPV | B310 | A105 | EMAILS FROM AND TO MR. SELF AND MS. ASHLEY REGARDING BOY SCOUT ARTICLES. | .30 | 147.00 |
| 09/13/20 | LFA | B110 | A103 | CONTINUED REVISING REPLY MEMORANDUM (4.3); MULTIPLE CORRESPONDENCES REGARDING REVISIONS TO SAME; (2.0); CALLS WITH MR. MINTZ AND MR. SELF REGARDING REVISIONS (1.5) | 7.80 | 3,120.00 |
| 09/13/20 | MAM | B190 | A101 | WORK ON BAR DATE ISSUES (3.1) AND WORK ON ADMINISTRATIVE WORK TO PREPARE SCHEDULES FOR THE WEEK (NO CHARGE) | 3.10 | 1,240.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   29
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/13/20 | LHS | B190 | A103 | INCORPORATE ADDITIONAL CITATIONS IN TO THE MOTION TO DISMISS. | 2.70 | 675.00 |
| 09/13/20 | LHS | B190 | A103 | DRAFT CHART COMPARING NOTICE IN OTHER DIOCESAN CASES. | 1.10 | 275.00 |
| 09/13/20 | LHS | B190 | A103 | EDIT DECLARATION OF LAURA ASHLEY. | .30 | 75.00 |
| 09/13/20 | LHS | B190 | A103 | EDIT THE REPLY BRIEF TO INCORPORATE ADDITIONAL INFORMATION. | 5.60 | 1,400.00 |
| 09/13/20 | SAO | B310 | A103 | SUPPLEMENT PERMITTED PARTY LIST SECTION OF REPLY IN SUPPORT OF BAR DATE MOTION. | 2.60 | 650.00 |
| 09/13/20 | SAO | B310 | A103 | PREPARE EXHIBITS TO REPLY IN SUPPORT OF BAR DATE MOTION. | 4.80 | 1,200.00 |
| 09/13/20 | SAO | B310 | A103 | DRAFT DECLARATION OF LAURA F. ASHLEY IN CONNECTION WITH REPLY IN SUPPORT OF BAR DATE MOTION. | 3.10 | 775.00 |
| 09/14/20 | EDW | B110 | A103 | CONTINUED WORK ON BAR DATE MOTION, INCLUDING REPLY MEMORANDUM. | 5.00 | 1,500.00 |
| 09/14/20 | EDW | B110 | A103 | WORKED ON ISSUES REGARDING MOTION TO LIFT STAY FILED IN DOE CASES. | .90 | 270.00 |
| 09/14/20 | EJF | B110 | A107 | CONFERENCE CALL RE SETTLEMENT MOTION AND OTHER CASE ADMINISTRATION ISSUES' | .50 | 245.00 |
| 09/14/20 | JJL | B110 | A106 | TELEPHONE CALL FROM MADELEINE BASS AT ARMOUR RISK | .20 | 60.00 |
| 09/14/20 | JJL | B110 | A104 | IDENTIFY AND DEVELOP STRATEGY REGARDING MULTIPLE ISSUES | .90 | 270.00 |
| 09/14/20 | JJL | B110 | A108 | READ CORRESPONDENCE FROM JIM MURRAY REGARDING BEDIVERE. | .10 | 30.00 |
| 09/14/20 | JJL | B110 | A108 | READ FOLLOW-UP FROM JIM MURRAY | .10 | 30.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   30
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/14/20 JJL | B110 | A108 | CORRESPONDENCE TO JIM MURRAY | .10 | 30.00 |
| 09/14/20 JJL | B110 | A108 | READ FOLLOW-UP AND REPLY | .10 | 30.00 |
| 09/14/20 JJL | B110 | A108 | TELEPHONE CONVERSATION JIM MURRAY AND CORRESPONDENCE TO MURRAY REGARDING BEDIVERE. | .90 | 270.00 |
| 09/14/20 RPV | B310 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGAMSESRDING REPLY BRIEF REGARDING NOTICE ISSUES | .70 | 343.00 |
| 09/14/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING RESPONSE TO UCC'S NOTICE PROGRAM | .30 | 147.00 |
| 09/14/20 RPV | B310 | A104 | REVIEWED COUNSEL'S RESPONSE TO UCC'S NOTICE PROGRAM | .50 | 245.00 |
| 09/14/20 RPV | B310 | A104 | REVIEWED AND REVISED REPLY BRIEF | 1.00 | 490.00 |
| 09/14/20 RPV | B310 | A105 | EMAILS AMONG JW TEAM AND CLIENT REGARDING REVISIONS TO REPLY BRIEF. | .50 | 245.00 |
| 09/14/20 RPV | B310 | A104 | RECEIVED AND REVIEWED MEDIA PLAN BUDGET. | .50 | 245.00 |
| 09/14/20 WGZ | B410 | A104 | STRATEGY REGARDING JW DOE'S MOTION TO LIFT STAY TO PROCEED WITH STATE COURT LITIGATION IN CIVIL DISTRICT COURT. | .30 | 90.00 |
| 09/14/20 WGZ | B410 | A104 | ANALYSIS OF MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY REGARDING ALLEGATIONS OF PROCEEDINGS IN CIVIL DISTRICT COURT, STATE COURT, REGARDING EVIDENTIARY HEARING ON PRESCRIPTION. | .40 | 120.00 |
| 09/14/20 WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO LIST OF Clear PUBLISHED IN NEWSPAPER IN NOVEMBER OF 2018. | .20 | 60.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   31
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/14/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MESSRS. EGAN AND SELF REGARDING SUPPLEMENTAL MOTION FOR AN ORDER ESTABLISHING BAR DATE (.4); WITH MESSRS. MINTZ AND SELF REGARDING BAR DATE MOTION -FURTHER EDITS (.5); WITH MS. VOORHIES REGARDING THE CLAIMS. PROCESS; WITH MESSRS. MINTZ AND KEARNEY REGARDING CREDITOR'S COMMITTEE AD PLAN (.5); WITH MS. OPPENHEIM AND MR. SELF REGARDING EDITS TO EXHIBIT LIST AND DECLARATION; WITH MESSRS. MINTZ AND BOLDISSAR INQUIRING REGARDING OBJECTION TO FILING A REPLY (.4); WITH MESSRS. MINTZ, DICKSON, SELF AND COUNSEL REGARDING LANGUAGE OF THE NOTICE FORM AND REPLY IN SUPPORT OF BAR DATE (.5); WITH THE CLIENT AND MR. MINTZ REGARDING REPLY MEMO FOR MOTION FOR AN ORDER ESTABLISHING BAR DATE (.4)E; WITH THE CLIENT AND MESSRS. VANCE, WEGMANN AND SELF REGARDING SUPPLEMENTAL MOTION FOR AN ORDER ESTABLISHING BAR DATE (.3). | 3.00 | 1,200.00 |
| 09/14/20 | MAM | B190 | A101 | WORK ON BAR DATE ISSUES | 4.50 | 1,800.00 |
| 09/14/20 | LHS | B190 | A103 | INCORPORATE CHANGES FROM THE CLIENT INTO THE RESPONSE TO THE BAR DATE MOTION. | 1.60 | 400.00 |
| 09/14/20 | LHS | B190 | A103 | REVISE REPLY TO THE BAR DATE OBJECTIONS. | 3.20 | 800.00 |
| 09/14/20 | LHS | B190 | A105 | CALL WITH MR. MINTZ AND MS. ASHLEY TO DISCUSS PARING DOWN THE REPLY. | .40 | 100.00 |
| 09/14/20 | LHS | B190 | A108 | CALL WITH  THE  CLIENT, MS. ASHLEY, AND MS. OPPENHEIM TO DISCUSS THE ARCHDIOCESAN REVIEW PROCESS. | .40 | 100.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   32
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/14/20 | LHS | B190 | A103 | EDIT THE REPLY TO THE BAR DATE MOTION TO INCORPORATE COMMENTS FROM MTHE CLIENT. | 2.90 | 725.00 |
| 09/14/20 | LHS | B190 | A103 | CITE CHECK THE REPLY TO THE BAR DATE MOTION. | 1.30 | 325.00 |
| 09/14/20 | LHS | B190 | A103 | EDIT THE EXHIBITS TO THE RESPONSE TO THE BAR DATE MOTION FOR CONSISTENCY. | 1.20 | 300.00 |
| 09/14/20 | SAO | B310 | A103 | REVISE REPLY IN SUPPORT OF BAR DATE MOTION. | 2.80 | 700.00 |
| 09/14/20 | SAO | B310 | A103 | REVISE EXHIBIT LIST TO REPLY TO BAR DATE MOTION (1.2); REVISE DECLARATION OF LAURA ASHLEY IN SUPPORT OF REPLY TO BAR DATE MOTION (0.9). | 2.10 | 525.00 |
| 09/14/20 | SAO | B310 | A108 | TELEPHONE CONFERENCE WITH MTHE CLIENT, MS. ASHLEY, AND MS. SELF TO DISCUSS REVISIONS TO THE BAR DATE MOTION REPLY. | .40 | 100.00 |
| 09/14/20 | SAO | B310 | A105 | CONFERENCES WITH MR. SELF TO DISCUSS FURTHER REVISIONS TO AND REMAINING ACTION ITEMS. REGARDING THE BAR DATE MOTION REPLY. | .90 | 225.00 |
| 09/14/20 | SAO | B310 | A103 | REVISE UPDATED DRAFT OF BAR DATE MOTION REPLY. | 2.30 | 575.00 |
| 09/15/20 | EDW | B110 | A104 | CONTINUED REVIEW AND WORK ON SUPPLEMENTAL BRIEF REGARDING BAR DATE MOTION. | .80 | 240.00 |
| 09/15/20 | EDW | B110 | A104 | REVIEWED PUBLICATION PLAN AND REVIEWED EXPERT DECLARATIONS REGARDING DIRECT NOTICE AND PUBLICATION NOTICE. | 1.50 | 450.00 |
| 09/15/20 | EDW | B110 | A104 | REVIEWED BRIEF FILED BY THE APOSTOLATES REGARDING BAR DATE MOTION. | .40 | 120.00 |
| 09/15/20 | EDW | B110 | A101 | PREPARING FOR HEARING ON BAR DATE MOTION. | 1.30 | 390.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   33
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/15/20 JJL | B110 | A104 | ANALYZE AND ASSIST IN DEVELOPING STRATEGY REGARDING POST BAR DATE DISCOVERY ISSUES. | 1.40 | 420.00 |

09/15/20 JJL  B110  A104   ANALYZE AND ASSIST IN          1.40      420.00
                            DEVELOPING STRATEGY REGARDING
                            POST BAR DATE DISCOVERY
                            ISSUES.

09/15/20 JRT  B190  A104   STUDY MOTION TO LIFT STAY AND   1.20      360.00
                            CONSIDER ISSUES REGARDING
                            SAME.

09/15/20 RPV  B310  A108   TELEPHONE CONVERSATIONS WITH     .50      245.00
                            COUNSEL REGARDING BAR DATE
                            COMMUNICATIONS

09/15/20 RPV  B210  A105   OFFICE CONFERENCE WITH MR.       .50      245.00
                            MINTZ REGARDING NOTICE
                            PLEADINGS AND ORDINARY COURSE
                            TRANSACTIONS ISSUES

09/15/20 RPV  B210  A106   EMAIL FROM THE CLIENTAND         .50      245.00
                            OFFICE CONFERENCE WITH MR.
                            MINTZ REGARDING SECOND
                            COLLECTIONS.

09/15/20 WGZ  B410  A104   ANALYSIS OF JAMES DOE'S          .20       60.00
                            MOTION TO LIFT STAY WITH
                            RESPECT TO PROGRESS OF
                            PROCEEDINGS BEFORE JUDGE
                            CATES IN STATE COURT.

09/15/20 WGZ  B410  A104   STRATEGY REGARDING STATUS OF     .30       90.00
                            STATE COURT PROCEEDINGS.

09/15/20 LFA  B110  A103   CORRESPONDENCES WITH MESSRS.    2.60    1,040.00
                            MINTZ AND SELF REGARDING
                            CONTE AFFIDAVIT(.4); WITH THE
                            CLIENT AND SELF REGARDING
                            REDLINE OF CHANGES TO THE TO
                            THE REPLY AND BAR DATE ORDER
                            (.3); WITH MESSRS. MINTZ AND
                            SELF REGARDING EDITS TO ORDER
                            (.4); WITH MS. OPPENHEIM AND
                            MR. SELF REGARDING
                            DECLARATION AND FINAL ORDER
                            (.3); WITH MS. OPPENHEIM
                            REGARDING REVIEW OF NOTICE OF
                            AGENDA (.2); WITH MR. MINTZ
                            REGARDING ARCHDIOCESE OF NEW
                            ORLEANS MONTHLY FEE
                            STATEMENT- JIM MURRAY/BLANK
                            ROME (.4); WITH THE CLIENT

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   34
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| | | | AND THE CLIENT REGARDING BAR DATE REPLY (.3); WITH THE CLIENT AND MR. MINTZ REGARDING REPLY MEMO FOR MOTION FOR AN ORDER ESTABLISHING BAR DATE (.3). | | |
| 09/15/20 | MAM | B190 | A101 | FINALIZE AND FILE REPLY MEMO IN SUPPORT OF BAR DATE MOTION. (2.1)  PREPARE FOR ORAL ARGUMENT (2.4) | 4.50 | 1,800.00 |
| 09/15/20 | LHS | B190 | A103 | DRAFT RESPONSE TO DECLARATIONS ON THE COMMITTEE'S BAR DATE OBJECTION. | .30 | 75.00 |
| 09/15/20 | LHS | B410 | A104 | REVIEW MOTIONS TO OBTAIN DIP FINANCING. | 1.50 | 375.00 |
| 09/15/20 | LHS | B190 | A103 | INCORPORATE MTHE CLIENT'S FINAL EDITS INTO THE REPLY TO THE BAR DATE ORDER. | 1.60 | 400.00 |
| 09/15/20 | LHS | B190 | A103 | FINALIZE REPLY TO COMMITTEE'S BAR DATE OBJECTION FOR FILING. | 1.20 | 300.00 |
| 09/15/20 | LHS | B190 | A103 | FINALIZE EXHIBITS TO BAR DATE MOTION FOR FILING. | 1.10 | 275.00 |
| 09/15/20 | LHS | B190 | A103 | DRAFT MOTION FOR LEAVE TO FILE REPLY. | .30 | 75.00 |
| 09/15/20 | SAO | B310 | A103 | FINALIZE FOR FILING BAR DATE MOTION REPLY AND EXHIBITS. | 1.80 | 450.00 |
| 09/15/20 | SAO | B110 | A103 | DRAFT NOTICE OF AGENDA OF MATTERS SET FOR HEARING ON SEPTEMBER 17, 2020. | 1.60 | 400.00 |
| 09/15/20 | SAO | B310 | A104 | REVIEW THE APOSTOLATES' MEMORANDUM IN SUPPORT OF THE BAR DATE MOTION. | .20 | 50.00 |
| 09/15/20 | SAO | B140 | A105 | EMAIL CORRESPONDENCE WITH MR. ZERINGUE REGARDING JW DOE AND JAMES DOE'S LIFT STAY MOTIONS. | .30 | 75.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  35
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/16/20 | EDW | B110 | A101 | PREPARING FOR HEARING ON BAR DATE MOTION. | 4.30 | 1,290.00 |
| 09/16/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO LIFT STAY FILED IN MULTIPLE CASES. | .30 | 90.00 |
| 09/16/20 | EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT. | 2.20 | 1,078.00 |
| 09/16/20 | RPV | B190 | A106 | EMAILS FROM THE CLIENT REGARDING ROMERO DRAFT MOTION FOR EXTENSION OF TIME AND MOTIONS TO LIFT STAY IN JAMES DOE AND JW DOE MATTERS. | .20 | 98.00 |
| 09/16/20 | RPV | B310 | A108 | EMAILS FROM JW TEAM, COUNSEL AND MS. CANTOR REGARDING REVIEW OF REPLY TO BAR DATE MOTION OBJECTION AND SUGGESTED PROPOSALS TO SAME. | .30 | 147.00 |
| 09/16/20 | RPV | B310 | A105 | OFFICE CONFERENCES WITH MR. MINTZ AND MS. LAURA ASHLEY REGARDING RESPONSE TO CANTOR'S EMAILS REGARDING NOTICE ORDER | .50 | 245.00 |
| 09/16/20 | RPV | B310 | A105 | OFFICE CONFERENCES WITH JW TEAM REGARDING PRESENTATION DISCUSSION POINTS FOR BAR DATE HEARING | 1.00 | 490.00 |
| 09/16/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED UNOPPOSED MOTION TO EXTEND TIME DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT (SECOND) FILED BY ALICIA M. BENDANA ON BEHALF OF ROBERT ROMERO. | .10 | 49.00 |
| 09/16/20 | RPV | B190 | A107 | EMAIL FROM MR. DESHAZO REGARDING RALPH ROE-MOTION TO REMAND ORAL ARGUMENT REQUEST AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .30 | 147.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   36
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

09/16/20 WGZ   B410   A104   ANALYSIS OF DISCOVERY AND              .50       150.00
                             PRESCRIPTION ISSUES RAISED IN
                             MOTION TO LIFT STAY.

09/16/20 WGZ   B410   A104   ASSIST WITH ORAL ARGUMENT FOR          .50       150.00
                             HEARING ON LIFT STAY MOTIONS.

09/16/20 LFA   B110   A103   CORRESPONDENCES WITH MESSRS.           .70       280.00
                             MINTZ AND VANCE AND MS.
                             CANTOR REGARDING ARCHDIOCESE
                             OF NEW ORLEANS - BAR DATE
                             MOTION MATTERS (.4);
                             CORRESPONDENCES WITH MS.
                             FUTRELL AND MR. SELF
                             REGARDING MESSAGE FROM LOWE
                             STEIN (.3).

09/16/20 MAM   B190   A101   WORK ON AND PREPARE FOR               4.90     1,960.00
                             HEARING ON BAR DATE MOTION.
                             (4.9)  CONFERENCES REGARDING
                             THE SAME.(NO CHARGE)

09/16/20 LHS   B190   A103   DRAFT OUTLINE OR ORAL               3.70       925.00
                             ARGUMENT ON THE BAR DATE
                             MOTION.

09/16/20 LHS   B190   A105   CALL WITH MS. OPPENHEIM TO            .30        75.00
                             DISCUSS LIFT STAY MOTION.

09/16/20 LHS   B410   A103   DRAFT SUMMARY OF KEY                 1.70       425.00
                             PROVISIONS IN THE BAR DATE
                             MOTION.

09/16/20 LHS   B410   A108   COMMUNICATE WITH ROMERO'S             .20        50.00
                             ATTORNEY REGARDING MOTION TO
                             EXTEND PERIOD TO OBJECT TO
                             DISCHARGE.

09/16/20 LHS   B190   A103   EDIT AGENDA FOR HEARING.              .20        50.00

09/16/20 LHS   B190   A105   COMMUNICATE REGARDING HEARING        1.20       300.00
                             ON BAR DATE MOTION.

09/16/20 SAO   B140   A103   CONTINUE DRAFTING ARGUMENT           3.80       950.00
                             SECTION OF OBJECTION TO JAMES
                             DOE AND J.W. DOE'S LIFT STAY
                             MOTIONS.

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   37
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/16/20 SAO | B140 | A103 | CONTINUE DRAFTING BACKGROUND SECTION OF OBJECTION TO JAMES DOE AND J.W. DOE'S LIFT STAY MOTIONS. | 2.10 | 525.00 |
| 09/16/20 SAO | B140 | A104 | REVIEW PLEADINGS FILED IN CONNECTION WITH MERLE NOULLET'S LIFT STAY MOTION TO ASSIST WITH OPPOSING JAMES DOE AND J.W. DOE'S LIFT STAY MOTIONS (0.4); ANALYZE TRANSCRIPT OF HEARING REGARDING THE SAME (0.7). | 1.10 | 275.00 |
| 09/16/20 SAO | B140 | A105 | TELEPHONE CONFERENCE WITH MR. SELF TO DISCUSS RESEARCH REGARDING OBJECTION TO JAMES DOE AND J.W. DOE'S LIFT STAY MOTIONS (0.3); EMAIL CORRESPONDENCE TO MR. SELF REGARDING THE SAME (0.3). | .60 | 150.00 |
| 09/16/20 SAO | B190 | A105 | EMAIL CORRESPONDENCE TO JONES WALKER TEAM REGARDING STATUS OF REMOVED ABUSE ACTION. | .20 | 50.00 |
| 09/16/20 VWG | B320 | A103 | REVISING MEMORANDUM TO MR. VANCE REGARDING PLAN ISSUES. | 4.30 | 1,290.00 |
| 09/17/20 EDW | B110 | A104 | RECEIVED AND REVIEWED SUPPLEMENTAL MEMO FILED BY UCC AND REVISED PROPOSED BAR DATE ORDER. | .50 | 150.00 |
| 09/17/20 EDW | B110 | A101 | PREPARING FOR HEARING ON BAR DATE MOTION. | 1.00 | 300.00 |
| 09/17/20 EDW | B110 | A109 | ATTENDED HEARING ON BAR DATE MOTION. | 5.00 | 1,500.00 |
| 09/17/20 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT | 5.20 | 2,548.00 |
| 09/17/20 EJF | B210 | A107 | CONFERENCE CALL RE HEARING UPDATE (.7) (NO CHARGE); | .00 | .00 |
| 09/17/20 RPV | B210 | A105 | EMAILS FROM MR. MINTZ REGARDING MEETING WITH DR. WHEATMAN, STATUS OF BAR DATE MOTION REVISIONS AND FEE STATEMENTS. | .20 | 98.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   38
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


09/17/20 RPV    B310   A105   EMAILS AMONG JW TEAM              1.00        490.00
                              REGARDING BAR DATE NOTICE
                              ISSUES PRE AND POST HEARING
                              AND OFFICE CONFERENCE WITH
                              MR. MINTZ REGARDING SAME

09/17/20 RPV    B190   A104   RECEIVED AND REVIEWED ORDER        .10         49.00
                              EXTENDING DEADLINE FOR ROBERT
                              ROMERO TO FILE A COMPLAINT TO
                              DETERMINE THE
                              DISCHARGEABILITY OF DEBT.

09/17/20 RPV    B310   A104   RECEIVED AND REVIEWED TALKING      .40        196.00
                              POINTS MEMO FOR NOTICE
                              HEARING AND OFFICE CONFERENCE
                              WITH MR. MINTZ REGARDING SAME

09/17/20 RPV    B310   A105   EMAIL FROM MR. WEGMANN            .10         49.00
                              REGARDING TALKING POINTS FOR
                              NOTICE HEARING .

09/17/20 RPV    B190   A104   RECEIVED AND REVIEWED REQUEST      .20         98.00
                              BY DOJ ATTORNEY FOR
                              ADDITIONAL EXTENSION TO FILE
                              COMPLAINT AND OFFICE
                              CONFERENCE WITH MR. SELF
                              REGARDING SAME .

09/17/20 LFA    B110   A103   PREPARED FOR BAR DATE HEARING     8.50      3,400.00
                              (3.0); ATTENDED AND
                              PARTICIPATED IN BAR DATE
                              HEARING (4.5); MULTIPLE
                              CORRESPONDENCES WITH JONES
                              WALKER AND CLIENT REGARDING
                              BAR DATE HEARING AND NEXT
                              STEPS (1.0)

09/17/20 MAM    B190   A101   PREPARE FOR HEARING ON BAR        9.20      3,680.00
                              DATE (4.7).  ATTEND AND ARGUE
                              AT SAME (4.5).

09/17/20 LHS    B190   A103   DRAFT SUMMARY OF HEARING ON       1.10        275.00
                              BAR DATE MOTION.

09/17/20 LHS    B190   A102   RESEARCH THE COMPLEX CASE         .20         50.00
                              PROCEDURES FOR MONTHLY FEE
                              STATEMENTS.

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  39
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/17/20 | LHS | B190 | A103 | EDIT OBJECTION TO LIFT STAY MOTIONS. | .60 | 150.00 |
| 09/17/20 | LHS | B190 | A102 | RESEARCH THE ABILITY OF A PARTY TO LIFT STAY FOR DISCOVERY. | 2.40 | 600.00 |
| 09/17/20 | LHS | B190 | A102 | RESEARCH LIFTING STAY FOR THE PURPOSES OF DISCOVERY. | 4.50 | 1,125.00 |
| 09/17/20 | SAO | B140 | A103 | FINISH DRAFTING BACKGROUND SECTION OF OBJECTION TO JAMES DOE AND J.W. DOE'S LIFT STAY MOTIONS. | 2.40 | 600.00 |
| 09/17/20 | SAO | B140 | A103 | CONTINUE DRAFTING ARGUMENT SECTIONS OF OBJECTION TO JAMES DOE AND J.W. DOE'S LIFT STAY MOTIONS (3.8); REVIEW AND REVISE ALL SECTIONS (2.3). | 6.10 | 1,525.00 |
| 09/17/20 | SAO | B310 | A104 | REVIEW ORDER GRANTING EXTENSION FOR ROBERT ROMERO TO FILE NON-DISCHARGEABILITY COMPLAINT. | .10 | 25.00 |
| 09/17/20 | SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF SEPTEMBER 9, 2020 HEARING. | .10 | 25.00 |
| 09/17/20 | SAO | B310 | A104 | REVIEW ROBERT ROMERO'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |
| 09/17/20 | VWG | B320 | A103 | REVISED MEMORANDUM TO MR. VANCE REGARDING PLAN STATEMENT. | 2.20 | 660.00 |
| 09/18/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON AND JUDGE HAZEUR REGARDING PRE-PETITION FEE ISSUES. | .30 | 90.00 |
| 09/18/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING OPPOSITION TO MOTION TO LIFT STAY. | .50 | 150.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   40
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/18/20 EDW | B110 | A104 | REVIEWED SCHEDULE REGARDING HEARINGS AND DEADLINES. | .30 | 90.00 |
| 09/18/20 EJF | B210 | A107 | CONFERENCE CALL WITH BOND TRUSTEE RE SETTLEMENT MOTION ISSUES; | .40 | 196.00 |
| 09/18/20 EJF | B210 | A106 | MEMO TO CLIENT RE SETTLEMENT MOTION ISSUES AND DOCUMENT REQUEST; | .40 | 196.00 |
| 09/18/20 EJF | B210 | A107 | EMAILS TO AND FROM COUNSEL TO THE BOND TRUSTEE (.1) AND UST'S OFFICE (.1) RE MEETING RE PROTOCOL FOR PAYMENT OF FEES. | .20 | 98.00 |
| 09/18/20 EJF | B210 | A107 | MEMO FROM COMMITTEE COUNSEL RE SETTLEMENT AND SPECIFIC REQUESTED DOCUMENTS; | .20 | 98.00 |
| 09/18/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING NOTICE ISSUES | .30 | 147.00 |
| 09/18/20 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING NOTICE ISSUES | .30 | 147.00 |
| 09/18/20 RPV | B310 | A108 | RECEIVED AND REVIEWED EMAILS REGARDING MEETING WITH UCC'S EXPERT AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 09/18/20 RPV | B310 | A108 | CALL FROM CREDITORS COUNSEL AND EMAILS TO COUNSEL REGARDING SAME | .30 | 147.00 |
| 09/18/20 RPV | B310 | A104 | REVIEWED DOE PROOF OF CLAIM AND PETITION, EMAIL TO MR. MINTZ REGARDING VIOLATION OF AUTOMATIC STAY OF SAME | .30 | 147.00 |
| 09/18/20 LFA | B110 | A103 | CALL WITH EARHARDT GROUP TO DISCUSS PUBLICATION NOTICE PLAN. | .50 | 200.00 |

EXHIBIT F

Case 20-01084 Doc 4856 Filed 02/27/20 Entered 02/27/20 10:20:30 Exhibit First Interim Walkers Fee Application Page 100 of 105

Case 20-01084 Doc 4856 Filed 02/27/20 Entered 02/27/20 10:20:30 Exhibit First Jones Walkers Fee Application Fee Statement Page 947 of 104

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   41
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/18/20 | MAM | B190 | A101 | CONFERENCES AND CORRESPONDENCE WITH CLIENT REGARDING RESULTS OF THE HEARING. | 1.20 | 480.00 |
| 09/18/20 | LHS | B190 | A103 | DRAFT SECTION OF MOTION TO LIFT STAY REGARDING RULE 2019. | 3.30 | 825.00 |
| 09/18/20 | LHS | B190 | A103 | DRAFT SECTION OF OBJECTION TO MOTIONS TO LIFT STAY REGARDING LIFTING STAY TO CONDUCT DISCOVERY. | 3.60 | 900.00 |
| 09/18/20 | LHS | B190 | A103 | REVIEW CASES THAT LIFT STAY FOR DISCOVERY. | .80 | 200.00 |
| 09/18/20 | SAO | B110 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON SEPTEMBER 17, 2020. | .10 | 25.00 |
| 09/18/20 | SAO | B140 | A103 | CONTINUE DRAFTING CURTIS FACTORS 1, 2 & 10 SECTIONS OF OBJECTION TO JAMES DOE AND J.W. DOE'S LIFT STAY MOTIONS (3.9); CONTINUE DRAFTING CURTIS FACTOR 4 SECTION OF THE SAME (2.7);  CONTINUE DRAFTING CURTIS FACTORS 5, 7, 11, & 12 SECTIONS OF THE SAME (4.0). | 10.60 | 2,650.00 |
| 09/19/20 | EJF | B210 | A107 | MEMOS TO AND FROM CLIENT REGARDING DOCUMENT REQUEST; | .30 | 147.00 |
| 09/19/20 | RPV | B190 | A104 | EMAILS TO AND FROM THE CLIENTAND MR. MINTZ REGARDING DOE SUIT, STAY ISSUE AND REMOVAL | .50 | 245.00 |
| 09/19/20 | SAO | B140 | A103 | CONTINUE DRAFTING LIFT STAY OBJECTION. | 3.30 | 825.00 |
| 09/20/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MR. SELF, MR. LOGAN AND MR. MINTZ REGARDING TRACKING PROOF OF CLAIM FILINGS. | .40 | 160.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   42
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/20/20 MAM | B190 | A101 | REVISE AND EDIT OPPOSITION TO MOTIONS TO LIFT STAY. (2.3) CORRESPONDENCE WITH CLIENT REGARDING MOTION TO SET BAR DATE AND PREPARING FOR WEEK AHEAD. (NO CHARGE) | 2.30 | 920.00 |
| 09/20/20 LHS | B190 | A103 | EDIT OBJECTION TO LIFT STAY MOTIONS, | 1.30 | 325.00 |
| 09/20/20 SAO | B140 | A103 | COMPLETE FIRST DRAFT OF LIFT STAY OBJECTION. | 2.40 | 600.00 |
| 09/20/20 SAO | B140 | A102 | RESEARCH LIFT STAY MOTIONS FILED IN OTHER DIOCESAN-TYPE BANKRUPTCY CASES. | 1.70 | 425.00 |
| 09/21/20 EDW | B110 | A104 | REVIEWED BRIEFING REGARDING OPPOSITION TO MOTION TO LIFT STAY. | .30 | 90.00 |
| 09/21/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING OUTSTANDING CLAIMS. INVOLVING BAR DATE MOTION AND MOTIONS TO LIFT STAY. | 1.50 | 450.00 |
| 09/21/20 EDW | B110 | A109 | ATTENDED ZOOM CONFERENCE WITH MR. MURRAY REGARDING INSURANCE COVERAGE MATTERS. | 1.10 | 330.00 |
| 09/21/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING ASSIGNMENT DATES TO BE INCLUDED IN BAR NOTICE. | .30 | 90.00 |
| 09/21/20 EJF | B210 | A106 | CONFERENCE CALLS RE SETTLEMENT MOTION; | 1.30 | 637.00 |
| 09/21/20 EJF | B210 | A107 | CONFERENCE CALL WITH UST, COMMITTEE AND BOND TRUSTEE RE SETTLEMENT MOTION; | .60 | 294.00 |
| 09/21/20 JJL | B110 | A104 | REVIEW UPCOMING DEADLINES AND STATUS OF MULTIPLE ISSUES REGARDING REMAND MOTIONS. | .80 | 240.00 |
| 09/21/20 JJL | B110 | A108 | TELEPHONE CONVERSATION WITH JIM MURRAY REGARDING INSURANCE COVERAGE ISSUES. | 1.30 | 390.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   43
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Init | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/21/20 | JRT | B190 | A104 | STUDY LIFT STAY MOTIONS AND CONSIDER ISSUES IF SUCCESSFUL. | 1.30 | 390.00 |
| 09/21/20 | JRT | B190 | A104 | ASSIST WITH ISSUES RELATIVE TO INSURANCE COVERAGE. | 1.50 | 450.00 |
| 09/21/20 | RPV | B310 | A104 | WORKED ON NOTICE ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .70 | 343.00 |
| 09/21/20 | RPV | B420 | A104 | REVIEWED RESEARCH REGARDING PLAN ISSUES AND EMAIL FROM/TO MR. MINTZ AND MS. FUTRELL REGARDING SAME . | .50 | 245.00 |
| 09/21/20 | RPV | B190 | A106 | EMAIL FROM THE CLIENT REGARDING REMOVAL OF LAWSUIT. | .10 | 49.00 |
| 09/21/20 | RPV | B310 | A106 | EMAILS FROM MTHE CLIENT, MS. ASHLEY AND MR. MINTZ REGARDING NOTICE ISSUES. | .50 | 245.00 |
| 09/21/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED SECOND MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT FILED BY THE DOJ. | .10 | 49.00 |
| 09/21/20 | RPV | B190 | A104 | EMAILS FROM MTHE CLIENT, MR. MINTZ AND MR. MURRAY REGARDING DRAFT OF MOTION OF LIFT STAY AND REVIEWED SAME. | .50 | 245.00 |
| 09/21/20 | RPV | B170 | A104 | WORKED ON FEE STATEMENT OBJECTION ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 09/21/20 | WGZ | B410 | A104 | STRATEGY REGARDING OPPOSING MOTIONS TO LIFT STAY IN JW DOE. | .30 | 90.00 |
| 09/21/20 | WGZ | B410 | A104 | ANALYSIS OF DISCOVERY AND PROTECTIVE ORDERS IN JW DOE CASE. | .30 | 90.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   44
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/21/20 | LFA | B110 | A103 | DRAFTED OUTLINE OF PROPOSED COMMUNICATIONS TO NON-DEBTOR SERVICE ENTITIES TO ASSIST WITH BAR DATE NOTICE ISSUES (1.0); REVIEWED BAR DATE ORDER TO ASSIST IN COMPLETING NEEDED ITEMS. FOR HEARING ON SAME (1.0). | 2.00 | 800.00 |
|---|---|---|---|---|---|---|
| 09/21/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MESSRS. SELF AND DICKSON REGARDING PROOF OF CLAIM TRACKING (.4); WITH MESSRS. MINTZ AND SELF REGARDING ANO POC FORMS. (.5); WITH CLIENT GROUP AND MESSRS. MINTZ AND SELF REGARDING ARCHBISHOP COMMUNICATION (.3); AND WITH MR. MINTZ REGARDING ASSIGNMENT DATES FOR NOTICE; WITH MS. FUTRELL AND MR. MINTZ REGARDING NEXT STEPS (.4); WITH MR. KEARNEY REGARDING DIGITAL FRAMEWORK AND WITH CLIENT REGARDING NOTICE (.4). | 2.00 | 800.00 |
| 09/21/20 | MAM | B190 | A101 | ATTEND STRATEGY MEETING (.70).  PREPARE FOR AND ATTEND MEETING WITH JIM MURRAY REGARDING INSURANCE (1.2).  PREPARE FOR AND ATTEND MEETING WITH CLIENT REGARDING PLAN STRUCTURE (1.3).  PREPARE FOR AND ATTEND MEETING REGARDING MEDIA PLAN (1.4).  MEETING WITH CLIENT ABOUT NEW MEDIA PLAN.  (.90) | 5.50 | 2,200.00 |
| 09/21/20 | LHS | B110 | A104 | REVIEW PROOFS OF CLAIMS. FILED TO DATE IN THE CASE. | 3.60 | 900.00 |
| 09/21/20 | LHS | B410 | A102 | RESEARCH LETTERS REGARDING NOTICE TO PARISHES IN OTHER DIOCESAN BANKRUPTCIES. | 2.10 | 525.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   45
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/21/20 SAO | B140 | A103 | REVISE OBJECTION TO LIFT STAY MOTIONS PER COMMENTS FROM MR. MINTZ AND MTHE CLIENT. | 2.30 | 575.00 |
| 09/21/20 VWG | B320 | A103 | FINALIZED MEMORANDUM TO MR. VANCE REGARDING PLAN. | 4.00 | 1,200.00 |
| 09/22/20 EDW | B110 | A103 | REVIEWED AND REVISED OPPOSITION TO MOTIONS TO LIFT STAY. | 1.30 | 390.00 |
| 09/22/20 EDW | B110 | A106 | TELEPHONE CALL FROM THE CLIENT REGARDING DISCOVERY ISSUES. | .10 | 30.00 |
| 09/22/20 EJF | B140 | A102 | REVIEW AND REVISE STAY RELIEF OPPOSITION; | .30 | 147.00 |
| 09/22/20 JJL | B110 | A108 | TELEPHONE CONVERSATION JIM MURRAY REGARDING BEDIVERE ISSUE. | .30 | 90.00 |
| 09/22/20 JJL | B110 | A108 | TELEPHONE CALL TO MADELINE BASS AT BEDIVERE. | .40 | 120.00 |
| 09/22/20 JJL | B110 | A108 | READ RESPONSE FROM BEDIVERE. | .30 | 90.00 |
| 09/22/20 JJL | B110 | A106 | CORRESPONDENCE TO THE CLIENT REGARDING BEDIVERE. | .10 | 30.00 |
| 09/22/20 JJL | B110 | A106 | READ CORRESPONDENCE FROM THE CLIENT. | .10 | 30.00 |
| 09/22/20 RPV | B190 | A104 | PLANNING MEDIATION ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .70 | 343.00 |
| 09/22/20 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING NOTICE ISSUES | .30 | 147.00 |
| 09/22/20 RPV | B190 | A104 | EMAILS FROM MR. MINTZ, MS. OPPENHEIM, THE CLIENTAND MS. FUTRELL REGARDING UPDATED OPPOSITION TO MOTION TO LIFT STAY AND REVIEWED SAME. | .50 | 245.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  46
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

09/22/20 RPV   B210  A104   RECEIVED AND REVIEWED PROMISE          .10        49.00
                           HEALTHCARE SETTLEMENT
                           AGREEMENT AND EMAIL FROM MR.
                           ATKINSON REGARDING SAME.

09/22/20 RPV   B190  A106   EMAILS FROM AND TO THE CLIENT          .30       147.00
                           REGARDING DE LA SALLE LAWSUIT
                           ALLEGATIONS.

09/22/20 LFA   B110  A103   CORRESPONDENCES WITH MESSRS.          2.00       800.00
                           MINTZ AND CLIENT REGARDING
                           UPDATED OPPOSITION TO MOTION
                           TO LIFT STAY (.3); WITH MS.
                           CANTOR REGARDING REVISIONS TO
                           THE BAR DATE ORDER (.4); WITH
                           MESSRS. MINTZ AND ATKINSON
                           REGARDING SETTLEMENT
                           AGREEMENT BETWEEN PROMISE
                           HEALTHCARE AND THE
                           ARCHDIOCESE (.2); WITH
                           MESSRS. MINTZ AND KEARNEY
                           REGARDING NOTICING (.4); WITH
                           MR. SELF REGARDING ALL
                           CLAIMS. FILED (.3); WITH MS.
                           CANTOR AND MESSRS. MINTZ
                           REGARDING A BAR DATE ORDER
                           ISSUES (.4).

09/22/20 MAM   B190  A101   REVIEW OF BAR DATE ORDER AND         2.30       920.00
                           MEDIA PLAN. (1.0) CONFERENCES
                           REGARDING THE SAME. (NO
                           CHARGE) WORK ON OPPOSITION TO
                           MOTION TO LIFT STAY (1.3)

09/22/20 MAM   B110  A101   WORK ON STRATEGY WITH CLIENT.        1.80       720.00

09/22/20 LHS   B410  A102   REVIEW LETTERS IN OTHER             1.10       275.00
                           BANKRUPTCIES.

09/22/20 LHS   B110  A104   FINALIZE SUMMARY OF CLAIMS.          .50       125.00
                           FOR CLIENT.

09/22/20 SAO   B310  A104   REVIEW SECOND UNOPPOSED              .10        25.00
                           MOTION OF THE UNITED STATES
                           TO EXTEND DEADLINE FOR FILING
                           COMPLAINT TO DETERMINE
                           DISCHARGEABILITY OF DEBT.

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   47
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/22/20 | SAO | B140 | A103 | REVISE LIFT STAY OBJECTION PER COMMENTS FROM MS. FUTRELL AND MR. WEGMANN. | 3.20 | 800.00 |
| 09/22/20 | SAO | B140 | A105 | TELEPHONE CONFERENCE WITH MR. WEGMANN REGARDING COMMENTS TO LIFT STAY OBJECTION. | .30 | 75.00 |
| 09/23/20 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING BOND SETTLEMENT. | .30 | 90.00 |
| 09/23/20 | EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING MOTIONS TO LIFT STAY. | .50 | 150.00 |
| 09/23/20 | EJF | B210 | A101 | PREPARE FOR CONFERENCE CALL WITH COMMITTEE COUNSEL; | 1.80 | 882.00 |
| 09/23/20 | JJL | B110 | A106 | CORRESPONDENCE TO THE CLIENT REGARDING BEDIVERE. | .10 | 30.00 |
| 09/23/20 | JJL | B110 | A103 | WORK ON INSURANCE ISSUE. | 1.40 | 420.00 |
| 09/23/20 | JJL | B110 | A108 | RECEIVED AND REVIEWED RESPONSE FROM BEDIVERE. | .10 | 30.00 |
| 09/23/20 | JJL | B110 | A104 | ANALYZE BEDIVERE RESPONSE. | .20 | 60.00 |
| 09/23/20 | RPV | B420 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING NOTICE/BAR DATE HEARING ISSUES AND PLAN ISSUES | .30 | 147.00 |
| 09/23/20 | RPV | B420 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING PLAN ISSUES FOR HIS CLIENTS | .30 | 147.00 |
| 09/23/20 | RPV | B420 | A106 | EMAILS FROM/TO CLIENT AND JW TEAM REGARDING PLAN ISSUES | .50 | 245.00 |
| 09/23/20 | RPV | B190 | A106 | EMAILS FROM AND TO MTHE CLIENT, MS. OPPENHEIM AND MR. DESHAZO REGARDING STATE COURT LAWSUIT FILED IN VIOLATION OF THE AUTOMATIC STAY | .50 | 245.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   48
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


09/23/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER          .10        49.00
                           EXTENDING THE DEADLINE FOR
                           THE UNITED STATES TO FILE A
                           COMPLAINT TO DETERMINE THE
                           DISCHARGEABILITY OF DEBT.

09/23/20 RPV   B190  A107   EMAIL FROM MR. DESHAZO               .10        49.00
                           REGARDING UPDATE ON MOTION TO
                           REMAND.

09/23/20 LFA   B110  A105   CORRESPONDENCES WITH MESSRS.        2.50     1,000.00
                           MINTZ AND SELF REGARDING
                           TRANSCRIPT OF HEARING (.2);
                           WITH MR. MINTZ REGARDING
                           TOMORROW'S HEARING (.3); WITH
                           MESSRS BOLDISSAR AND MINTZ
                           REGARDING MOTIONS TO LIFT
                           STAY (.2); WITH MESSRS.
                           KEARNEY AND MINTZ REGARDING
                           MEDIA PLAN (.4); WITH MR.
                           SELF AND MSES. CANTOR AND
                           GEORGE REGARDING BAR DATE
                           ORDER (.4); WITH MS. MORRIS
                           AND MESSRS. MINTZ; THE CLIENT
                           AND KEARNEY AND CLIENT
                           REGARDING ANO REVISED
                           ADVERTISING PLAN (.1); WITH
                           MR. SELF REGARDING REVISED
                           ABUSE BAR DATE NOTICE AND
                           ABUSE PROOF OF CLAIM (.1);
                           WITH MS. MANGHAM AND MESSRS.
                           BOLDISSAR AND MINTZ REGARDING
                           DOCKET # 378 AND 380 (.2);
                           WITH MR. MINTZ AND MS. CANTOR
                           REGARDING BAR DATE MOTION
                           ISSUES (.2); WITH CLIENT AND
                           MESSRS. SELF AND MINTZ
                           REGARDING A CONFERENCE CALL
                           ON THE CHANGES TO THE BAR
                           DATE ORDER AND MEDIA PLAN
                           (.4).

09/23/20 LFA   B110  A104   REVIEWED CHANGES TO BAR DATE        3.80     1,520.00
                           ORDER (1.0); REVIEWED MEDIA
                           PLAN AND DR. WHEATMAN'S
                           DECLARATION TO ASSIST WITH
                           SAME (.8); REVIEWED
                           TRANSCRIPT TO ASSIST WITH
                           REVIEWING CHANGES TO BAR DATE
                           ORDER (1.0); PREPARED FOR

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   49
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | CALL WITH CLIENT TO REVIEW BAR DATE ORDER CHANGES AND REVISED EXHIBITS (1.0). |  |  |
| 09/23/20 MAM | B110 | A101 | WORK ON OPPOSITION TO MOTION TO LIFT STAY. (1.7) CONFERENCES REGARDING BAR DATE AND STRATEGY (2.8) | 4.50 | 1,800.00 |
| 09/23/20 LHS | B110 | A103 | DRAFT SUMMARY REGARDING LETTERS TO RELATED ENTITIES IN OTHER CASES. | .40 | 100.00 |
| 09/23/20 LHS | B410 | A104 | REVIEW BAR DATE ORDER AGAINST TRANSCRIPT OF HEARING ON BAR DATE FOR CONSISTENCY. | 2.00 | 500.00 |
| 09/23/20 LHS | B410 | A104 | REVIEW REVISED ABUSE PROOF OF CLAIM NOTICE PACKAGE. | .80 | 200.00 |
| 09/23/20 LHS | B410 | A104 | ANSWER QUESTIONS FROM CLIENT REGARDING BAR DATE ORDER. | .30 | 75.00 |
| 09/23/20 SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH BANKRUPTCY TEAM REGARDING STATUS OF REMOVED ABUSE ACTIONS. | .70 | 175.00 |
| 09/23/20 SAO | B140 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING EXTENSION OF DEADLINE TO OBJECT TO THE LIFT STAY MOTIONS. | .20 | 50.00 |
| 09/24/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING BANKRUPTCY DISCOVERY. | .30 | 90.00 |
| 09/24/20 EJF | B210 | A107 | CONFERENCE CALL WITH COMMITTEE COUNSEL RE SETTLEMENT MOTION; | .90 | 441.00 |
| 09/24/20 EJF | B210 | A106 | CONFERENCE CALL RE SETTLEMENT MOTION INQUIRIES; | 1.50 | 735.00 |
| 09/24/20 EJF | B210 | A104 | REVIEW FINANCIAL INFORMATION RELATED TO SETTLEMENT MOTION; | .80 | 392.00 |
| 09/24/20 JJL | B110 | A108 | READ UPDATE REGARDING COMMITTEE SEEKING INSURANCE POLICIES | .10 | 30.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  50
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/24/20 JJL | B110 | A108 | READ CORRESPONDENCE FROM COMMITTEE COUNSEL REGARDING INSURANCE COVERAGE ISSUE/REQUEST | .10 | 30.00 |
|---|---|---|---|---|---|
| 09/24/20 JJL | B110 | A108 | READ CORRESPONDENCE FROM JIM MURRAY | .10 | 30.00 |
| 09/24/20 JJL | B110 | A106 | READ CORRESPONDENCE FROM THE CLIENT. | .10 | 30.00 |
| 09/24/20 JJL | B110 | A103 | CONTINUE WORK ON INSURANCE ISSUE. | 1.30 | 390.00 |
| 09/24/20 RPV | B310 | A104 | EMAILS REGARDING NOTICING ISSUES AND REVIEW OF LIST OF PARISHES AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING SAME . | .50 | 245.00 |
| 09/24/20 RPV | B310 | A105 | EMAIL FROM MR. KEARNEY REGARDING CALL WITH DR. WHEATMAN AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 09/24/20 RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING MOTION TO LIFT STAY AND OPPOSITION TO SAME. | .20 | 98.00 |
| 09/24/20 RPV | B190 | A105 | EMAILS FROM AND TO MS. OPPENHEIM REGARDING RESPONDING TO REMOVED LAWSUIT FILED IN VIOLATION OF THE AUTOMATIC STAY. | .30 | 147.00 |
| 09/24/20 RPV | B420 | A106 | EMAILS FROM AND TO CLIENT AND COUNSEL REGARDING PLAN ISSUES. | .50 | 245.00 |
| 09/24/20 LFA | B110 | A105 | CALL WITH COUNSEL TO DISCUSS NON-DEBTOR ENTITIES LIST (.5); CALL WITH CLIENT TO DISCUSS BAR DATE ORDER CHANGES (.8); CALL WITH COMMITTEE COUNSEL TO DISCUSS BAR DATE ISSUES AND RESOLUTION OF SAME(.9); PARTICIPATED AND ATTENDED HEARING REGARDING BAR DATE ORDER AND STATUS OF SAME (.5). | 2.70 | 1,080.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  51
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 09/24/20 | LFA | B110 | A105 | CORRESPONDENCES WITH CLIENT AND MESSRS. MINTZ AND MURRAY REGARDING MOTION TO LIFT STAY(.3); WITH MESSRS. MINTZ AND COUNSEL REGARDING BAR DATE MOTION (.4); WITH MS. COLLINS REGARDING APOSTOLATES LISTS (.4); WITH MS. GEORGE AND MR. MINTZ REGARDING JONES WALKER AND CRI FEE APPS (.4); WITH MSES. CANTOR AND VOORHIES AND MR. LOGAN REGARDING CLAIMS. AGENT WEBSITE (.4); WITH MSES. CANTOR AND VOORHIES AND MESSRS. MINTZ, KEARNEY REGARDING ARCHDIOCESE - TV QUESTIONS AND PROPOSED EXHIBIT G (1.0); WITH MR. SELF REGARDING CONFIDENTIALITY AGREEMENT AND REVISED GENERAL BAR DATE NOTICE AND REDLINE (.7); WITH MS. CANTOR, MR. SELF AND MR. MINTZ REGARDING BAR DATE ORDER AND CONFIDENTIALITY AGREEMENT (.4). | 4.00 | 1,600.00 |
| 09/24/20 | MAM | B110 | A101 | WORK ON BAR DATE MOTION. (3.1)   STRATEGY CALL WITH CLIENT. (3.1) | 6.20 | 2,480.00 |
| 09/24/20 | LHS | B410 | A103 | REVISE GENERAL PROOF OF CLAIM NOTICE. | 1.20 | 300.00 |
| 09/24/20 | LHS | B410 | A103 | UPDATE CONFIDENTIALITY ORDER FOR BAR DATE. | .40 | 100.00 |
| 09/24/20 | LHS | B410 | A104 | REVIEW CHANGES TO BAR DATE NOTICES. | .40 | 100.00 |
| 09/24/20 | LHS | B410 | A103 | SUMMARIZE CHANGES TO BAR DATE EXHIBITS. | .80 | 200.00 |
| 09/24/20 | LHS | B410 | A103 | RESEARCH OUTCOMES OF SETTLEMENTS IN ABUSE BANKRUPTCIES. | 3.70 | 925.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  52
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/24/20 | SAO | B310 | A104 | REVIEW ORDER GRANTING SECOND MOTION OF THE U.S. FOR EXTENSION OF TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY. | .10 | 25.00 |
| 09/24/20 | SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF THE HEARING HELD ON SEPTEMBER 17, 2020. | .20 | 50.00 |
| 09/24/20 | SAO | B320 | A104 | REVIEW JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT FILED IN IN RE DIOCESE OF ST. CLOUD. | .70 | 175.00 |
| 09/24/20 | SAO | B190 | A105 | ADDITIONAL EMAIL CORRESPONDENCES WITH MR. VANCE REGARDING REMOVED ABUSE ACTIONS. | .50 | 125.00 |
| 09/24/20 | SAO | B110 | A104 | REVIEW DRAFT OF THE DEBTOR'S EX PARTE SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE ACTIONS. | .10 | 25.00 |
| 09/24/20 | SAO | B310 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON 9/24/2020. | .20 | 50.00 |
| 09/24/20 | SAO | B140 | A108 | CALL WITH MARK MINTZ AND BLANK ROME REGARDING INSURANCE IN CONNECTION WITH MOTIONS TO LIFT STAY (0.3); SUMMARIZE NOTES FROM THE SAME IN PREPARATION FOR UPCOMING CALL WITH BLANK ROME AND COMMITTEE COUNSEL (0.2). | .50 | 125.00 |
| 09/25/20 | EDW | B110 | A104 | REVIEWED FINAL MEMO IN OPPOSITION TO MOTIONS TO LIFT STAY. | .30 | 90.00 |
| 09/25/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED THE COMMITTEE'S REQUEST FOR EXTENSION REGARDING STAY MOTION. | .10 | 30.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   53
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/25/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED APOSTOLATES' OBJECTION TO MOTION TO LIFT STAY. | .10 | 30.00 |
| 09/25/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED BOND HOLDERS OBJECTION TO MOTIONS TO LIFT STAY. | .20 | 60.00 |
| 09/25/20 | EDW | B110 | A104 | REVIEWED COMMITTEE'S OBJECTION TO BONDHOLDER SETTLEMENT AND ISSUES REGARDING HEARING. | .50 | 150.00 |
| 09/25/20 | EJF | B210 | A104 | INITIAL REVIEW OBJECTION TO SETTLEMENT MOTION; | .30 | 147.00 |
| 09/25/20 | EJF | B210 | A107 | EMAILS TO AND FROM COUNSEL RE HEARING; | .10 | 49.00 |
| 09/25/20 | EJF | B210 | A105 | CONFERENCE CALLS WITH MR. MINTZ RE SAME; | .50 | 245.00 |
| 09/25/20 | EJF | B210 | A106 | CONFERENCES WITH CLIENT RE SETTLEMENT AND RE CERTAIN PREPETITION CLAIMS. (.8); EMAIL RE SAME (.3); | 1.10 | 539.00 |
| 09/25/20 | EJF | B110 | A106 | COMMUNICATIONS WITH COUNSEL RE PARISHES AND OTHER NON DEBTOR ENTITIES; | .50 | 245.00 |
| 09/25/20 | EJF | B140 | A106 | REVIEW OBJECTIONS TO STAY RELIEF (.8) (NO CHARGE); | .00 | .00 |
| 09/25/20 | EJF | B140 | A106 | EMAILS RE OBJECTIONS (.3) (NO CHARGE); | .00 | .00 |
| 09/25/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED OPPOSITION TO THE MOTION TO LIFT STAY FILED BY CATHOLIC MUTUAL. | .20 | 98.00 |
| 09/25/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED THE JOINDER OF BEDAVERE IN THE OPPOSITION TO THE MOTION TO LIFT STAY. | .10 | 49.00 |

<span style="color:red">**EXHIBIT F**</span>

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  54
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/25/20 RPV | B190 | A104 | RECEIVED AND REVIEWED TMI'S OBJECTION TO THE MOTION TO LIFT STAY. | .10 | 49.00 |
| 09/25/20 RPV | B190 | A104 | RECEIVED AND REVIEWED APOSTOLATES OBJECTION TO MOTION TO LIFT STAY. | .10 | 49.00 |
| 09/25/20 RPV | B190 | A104 | EMAILS AMONG TEAM REGARDING REVIEW OF OBJECTIONS TO MOTION TO LIFT STAY. | .10 | 49.00 |
| 09/25/20 LFA | B110 | A105 | CORRESPONDENCES WITH MR. SELF AND MS.CANTOR REGARDING REVISED GENERAL PROOF OF CLAIM NOTICE (1.0); WITH MS. CANTOR AND MESSRS. SELF AND LOGAN REGARDING ARCHDIOCESE - TV QUESTIONS AND PROPOSED EXHIBIT G (.4); WITH MS. CANTOR AND MR. SELF REGARDING REVISED GENERAL PROOF OF CLAIM NOTICE (.4); WITH MESSRS. MINTZ AND BOLDISSAR REGARDING BAR DATE ISSUES; WITH MSES. FUTRELL A REGARDING REVISED NON-DEBTOR LISTS; WITH MS. FUTRELL REGARDING OBJECTION TO SETTLEMENT MOTION RE 2017 BONDS FILED BY THE COMMITTEE (.3); WITH MR. MINTZ REGARDING JOINDER ON OPPOSITION TO MOTION TO LIFT STAY AND CM OPPOSITION TO MOTION TO LIFT STAY AND APOSTOLATES OBJECTION TO MOTION TO LIFT STAY (.3); WITH CLIENT REGARDING OBJECTION TO SETTLEMENT MOTION RE 2017 BONDS FILED BY THE COMMITTEE; WITH MR. SELF REGARDING BAR DATE ORDER AND SELECT EXHIBITS AND REVISIONS TO SAME (.4). | 2.80 | 1,120.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  55
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/25/20 | LFA | B110 | A105 | REVIEWED AND REVISED CHANGES TO EXHIBITS TO BAR DATE ORDER INCLUDING MEDIA PLAN (1.4); CALL WITH DONLIN TO DISCUSS BAR DATE ORDER AND PROCESSING OF CLAIMS. WEBSITE AND OTHER LOGISTICS (1.0) | 2.40 | 960.00 |
| 09/25/20 | MAM | B110 | A101 | RECEIPT AND REVIEW OF OPPOSITIONS TO MOTIONS. (2.5) CONFERENCES REGARDING ALL OPPOSITIONS. (2.0)  REVIEW AND RESEARCH ON THE SAME. (2.1) CONFERENCES WITH TEAM MEMBERS REGARDING THE SAME. (1.6)  FINALIZE AND FILE OPPOSITION TO MOTION. CONFERENCE WITH MR. MURRAY AND UCC REGARDING INSURANCE. | 8.20 | 3,280.00 |
| 09/25/20 | LHS | B410 | A103 | INPUT CHANGES TO BAR DATE ORDER AND EXHIBITS. | 2.30 | 575.00 |
| 09/25/20 | LHS | B410 | A103 | CREATE CHART OF SETTLEMENT OUTCOMES IN OTHER DIOCESAN BANKRUPTCIES. | 4.00 | 1,000.00 |
| 09/25/20 | LHS | B190 | A104 | REVIEW OUTCOMES OF SETTLEMENT DISCUSSION IN CASES SIMILAR TO THE ARCHDIOCESES. | 3.80 | 950.00 |
| 09/25/20 | SAO | B140 | A103 | FINALIZE OBJECTION TO LIFT STAY MOTIONS (1.4); FILE THE SAME (0.6). | 2.00 | 500.00 |
| 09/25/20 | SAO | B140 | A108 | PARTICIPATE IN TELEPHONE CONFERENCE WITH MR. MINTZ, MR. BOLDISSAR, AND BLANK ROME ATTORNEYS TO DISCUSS INSURANCE IN CONNECTION WITH THE LIFT STAY MOTIONS. | .40 | 100.00 |
| 09/25/20 | SAO | B140 | A104 | REVIEW LIFT STAY OBJECTIONS FILED BY CATHOLIC MUTUAL (0.3), THE APOSTOLATES (0.1), AND TMI TRUST COMPANY (0.1). | .50 | 125.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   56
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

09/25/20 SAO   B190   A104   REVIEW THE COMMITTEE'S              .20        50.00
                            OBJECTION TO THE DEBTOR'S
                            MOTION TO APPROVE SETTLEMENT
                            WITH TMI TRUST COMPANY.

09/26/20 EDW   B110   A104   REVIEWED ISSUES REGARDING           .50       150.00
                            UPCOMING HEARING ON UCC'S
                            OBJECTION TO SETTLEMENT WITH
                            BONDHOLDERS.

09/26/20 EJF   B210   A103   DRAFT ADDITIONAL DECLARATION       6.70     3,283.00
                            (3.2); DRAFT AND REVISE REPLY
                            BRIEF (3.5);

09/26/20 EJF   B210   A106   MEMOS TO CLIENT REGARDING           .70       343.00
                            OBJECTION TO SETTLEMENT
                            MOTION;

09/26/20 JJL   B110   A104   RECEIVED AND REVIEWED              .10        30.00
                            BEDIVERE JOINDER IN
                            OPPOSITION TO LIFT STAY

09/26/20 JJL   B110   A104   RECEIVED AND REVIEWED              .20        60.00
                            CATHOLIC MUTUAL'S OPPOSITION
                            TO MOTION TO LIFT STAY

09/26/20 JJL   B110   A104   READ EXT. REGARDING UCC            .10        30.00
                            COMMITTEE'S TIME TO RESPOND
                            TO LIFT STAY

09/26/20 JJL   B110   A104   RECEIVED AND REVIEWED              .10        30.00
                            APOSTOLATES' OBJECTION TO
                            MOTION TO LIFT STAY

09/26/20 JJL   B110   A104   RECEIVED AND REVIEWED              .20        60.00
                            BONDHOLDERS' OBJECTION TO
                            MOTION TO LIFT STAY

09/26/20 JJL   B110   A105   DISCUSS ARGUMENT RE MOTION TO      .40       120.00
                            LIFT STAY/STRATEGY WITH MINTZ

09/26/20 JRT   B190   A104   STUDY RECENT OBJECTIONS TO        1.50       450.00
                            MOTION TO LIFT STAY; CONSIDER
                            SAME REGARDING STRATEGY.

09/26/20 RPV   B190   A104   RECEIVED AND REVIEWED              .30       147.00
                            COMMITTEE'S OBJECTION TO THE
                            SETTLEMENT MOTION AND EMAILS
                            FROM TEAM REGARDING REVIEW OF
                            SAME.

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   57
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 09/26/20 LHS | B190 | A104 | REVIEW OBJECTION TO MOTION TO SETTLE DISPUTE WITH TRUSTEE. | 1.20 | 300.00 |
| 09/27/20 EJF | B210 | A103 | ADDITIONAL WORK ON POTENTIAL DECLARATION IN SUPPORT (.5); WORK ON REPLY MEMO (1.2); | 1.70 | 833.00 |
| 09/27/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT RE SETTLEMENT MOTION; | .40 | 196.00 |
| 09/27/20 JJL | B110 | A104 | READ REPORT REGARDING ISSUES MOTION TO LIFT STAY WITH COMMENTS | .30 | 90.00 |
| 09/27/20 RPV | B190 | A104 | EMAILS FROM MR. SELF AND MS. FUTRELL REGARDING UCC OBJECTION TO SETTLEMENT WITH BOND TRUSTEE. | .40 | 196.00 |
| 09/27/20 RPV | B190 | A105 | EMAIL FROM MR. TILLERY REGARDING SEALED DOCUMENTS. | .10 | 49.00 |
| 09/27/20 LFA | B110 | A105 | CORRESPONDENCES WITH THE CLIENT AND MS. FUTRELL AND MESSRS. MINTZ REGARDING SCHEDULE FOR WEEK OF SEPTEMBER 28; AND WITH MR. MINTZ REGARDING STRATEGY AND CRI FEE APPS. | 1.00 | 400.00 |
| 09/27/20 LHS | B190 | A102 | RESEARCH STANDARD APPLICABLE TO IMPROPER SOLICITATION UNDER SECTION 1125(B). | 2.60 | 650.00 |
| 09/27/20 LHS | B190 | A102 | RESEARCH STANDARD OF REVIEW FOR PLAN SUPPORT AGREEMENTS. | 1.40 | 350.00 |
| 09/27/20 LHS | B190 | A103 | DRAFT SECTION OF REPLY ON NON-SOLICITATION PROVISION. | 2.40 | 600.00 |
| 09/27/20 LHS | B190 | A103 | DRAFT REPLY TO COMMITTEE'S REQUEST FOR HEIGHTENED REVIEW. | 1.30 | 325.00 |
| 09/27/20 LHS | B190 | A103 | DISTINGUISH CASES CITED BY COMMITTEE IN THE REPLY. | 1.50 | 375.00 |
| 09/27/20 LHS | B190 | A103 | DRAFT SECTION ON FIDUCIARY OUTS FOR THE REPLY. | .40 | 100.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   58
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/27/20 LHS | B190 | A105 | DISCUSSION WITH MS. FUTRELL REGRADING REPLY TO OBJECTION TO SETTLEMENT. | .20 | 50.00 |
| 09/27/20 LHS | B190 | A103 | REVISE THE REPLY BASED ON DISCUSSION WITH MS. FUTRELL. | .90 | 225.00 |
| 09/28/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENTREGARDING CREDITORS. | .10 | 30.00 |
| 09/28/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM THE CLIENTREGARDING BOND SETTLEMENT ISSUES. | .10 | 30.00 |
| 09/28/20 EDW | B110 | A101 | REVIEWED ISSUES AND PREPARATION FOR HEARING ON MOTIONS TO LIFT STAY. | 2.50 | 750.00 |
| 09/28/20 EDW | B110 | A104 | REVIEWED ISSUES AND WORKED ON ISSUES REGARDING BAR DATE ORDER. | .90 | 270.00 |
| 09/28/20 EJF | B210 | A103 | REVISE DRAFT REPLY BRIEF (3.9); DRAFT AND REVISE MOTION TO CONTINUE AND ORDER RE SAME (.7); | 4.60 | 2,254.00 |
| 09/28/20 EJF | B210 | A106 | CONFERENCE CALLS WITH CLIENT RE SETTLEMENT MOTION (.8); MEMOS TO AND FROM CLIENT RE SETTLEMENT MOTION (.2); CONFERENCE CALLS WITH FA RE SETTLEMENT MOTION AND DECLARATION (.5); MEMOS TO AND FROM FA RE SETTLEMENT MOTION (.2); | 1.70 | 833.00 |
| 09/28/20 EJF | B210 | A107 | CONFERENCE CALLS RE SETTLEMENT MOTION AND CONTINUANCE; | 1.10 | 539.00 |
| 09/28/20 EJF | B210 | A105 | CONFERENCE CALLS WITH MR. MINTZ RE SETTLEMENT MOTION; | .50 | 245.00 |
| 09/28/20 JJL | B110 | A104 | COORDINATE STRATEGY REGARDING MULTIPLE PENDING ISSUES | 1.10 | 330.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   59
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 09/28/20 JJL | B110 | A104 | RECEIVED AND REVIEWED COMMITTEE'S OBJECTION TO LIFT STAY | .10 | 30.00 |
| 09/28/20 JRT | B190 | A104 | ANALYZE OPPOSITION TO LIFT STAY AND INSURANCE ISSUES. | .80 | 240.00 |
| 09/28/20 JRT | B190 | A106 | EMAIL COMMUNICATION WITH CLIENT. | .20 | 60.00 |
| 09/28/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING HEARING ON DEBTORS MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT WITH TMI TRUST COMPANY | .10 | 49.00 |
| 09/28/20 RPV | B190 | A104 | RECEIVED AND REVIEWED UCC RESPONSE TO MOTION TO LIFT STAY AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .10 | 49.00 |
| 09/28/20 RPV | B190 | A105 | EMAILS FROM JW TEAM REGARDING STRATEGY CONCERNING MOTION TO REMAND. | .20 | 98.00 |
| 09/28/20 RPV | B170 | A105 | EMAILS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING UST FINAL OBJECTIONS TO JONES WALKER AND CRI BILLS | .30 | 147.00 |
| 09/28/20 RPV | B110 | A106 | EMAILS AMONG TEAM AND TELEPHONE CONVERSATION WITH CLIENT REGARDING AGENDA AND UPCOMING DEADLINES. | .70 | 343.00 |
| 09/28/20 RPV | B160 | A106 | RECEIVED AND REVIEWED LOCKE LORD FEE STATEMENT, EMAILS FROM AND OFFICE CONFERENCES WITH MR. MINTZ AND CLIENT REGARDING SAME. | .50 | 245.00 |
| 09/28/20 RPV | B420 | A104 | REVIEWED AND COMMENTED ON PLAN STRATEGY MEMO WITH CLIENT, JW TEAM AND COUNSEL. | 1.00 | 490.00 |
| 09/28/20 WGZ | B410 | A104 | STRATEGY REGARDING DISCOVERY SOUGHT IN JW DOE AND JAMES DOE LIFT STAY MOTIONS. | .80 | 240.00 |

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   60
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


09/28/20 WGZ    B410   A104   ANALYSIS OF REMOVAL ISSUES IN        .20         60.00
                              MP DOE MATTER.

09/28/20 WGZ    B410   A106   EMAILS WITH COUNSEL FOR CCANO        .20         60.00
                              RE REMOVAL ISSUES.

09/28/20 WGZ    B410   A101   PREPARE FOR AND ATTEND              .70        210.00
                              CONFERENCE WITH COUNSEL FOR
                              MP DOE, COUNSEL FOR
                              APOSTOLATES AND ARCHDIOCESE
                              REPRESENTATIVE.

09/28/20 WGZ    B410   A104   STRATEGY REGARDING                 .60        180.00
                              DECLARATION CONCERNING
                              INSURANCE IN RUTH ROE MATTER
                              IN CONNECTION WITH MOTION TO
                              REMAND.

09/28/20 WGZ    B410   A107   EMAILS WITH COUNSEL FOR            .40        120.00
                              DIOCESE OF SCRANTA REGARDING
                              STATUS OF AA DOE MATTER.

09/28/20 LFA    B110   A108   CORRESPONDENCES WITH MS.          5.50      2,200.00
                              MOSKOWITZ AND MR. MINTZ
                              REGARDING ANO 20-10846:  BAR
                              DATE ORDER AND SELECT
                              EXHIBITS; WITH MSES. WHEATMAN
                              AND MORRIS AND MR. KEARNEY
                              REGARDING ARCHDIOCESE OF NEW
                              ORLEANS - EXHIBIT
                              G-PUBLICATION PLAN (1.5);
                              REVISED BAR DATE EXHIBITS
                              (1.0); REVIEWED FEE
                              STATEMENTS AND COMMENTS TO
                              SAME (1.5); MULTIPLE CALLS
                              WITH EHRHARDT GROUP,
                              COMMITTEE AND DR. WHEATMAN TO
                              DISCUSS PUBLICATION PLAN AND
                              NEXT STEPS (1.5).

09/28/20 MAM    B110   A101   WEEKLY STRATEGY WITH TEAM.       12.20      4,880.00
                              (1.0)  CONFERENCES WITH
                              CLIENT REGARDING MOTION TO
                              LIFT STAY AND MOTION TO
                              REMAND. (2.0)  REVIEW AND
                              PREPARE FOR THE SAME. (9.20)

09/28/20 LHS    B410   A103   FINALIZE MOTION TO CONTINUE        .50        125.00
                              HEARING ON SETTLEMENT.

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   61
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/28/20 | LHS | B190 | A103 | REVIEW U.S. TRUSTEE'S OBJECTION TO THE SETTLEMENT MOTION. | .60 | 150.00 |
|---|---|---|---|---|---|---|
| 09/28/20 | LHS | B190 | A104 | REVIEW LISA FUTRELL'S EDITS TO THE REPLY BRIEF. | .40 | 100.00 |
| 09/28/20 | LHS | B190 | A103 | REVISE SECTIONS OF THE REPLY BRIEF ON ARGUMENT ABOUT PLAN SUPPORT AGREEMENT. | .80 | 200.00 |
| 09/28/20 | LHS | B410 | A103 | DRAFT MOTION TO INCUR POST PETITION DEBT. | 2.50 | 625.00 |
| 09/28/20 | SAO | B190 | A105 | CORRESPONDENCES WITH MS. GUNDLACH REGARDING REMOVED ABUSE SUITS. | .30 | 75.00 |
| 09/28/20 | SAO | B190 | A104 | REVIEW THE U.S. TRUSTEE'S OBJECTION TO THE DEBTOR'S MOTION TO APPROVE SETTLEMENT WITH TMI TRUST COMPANY. | .10 | 25.00 |
| 09/28/20 | SAO | B140 | A104 | REVIEW THE COMMITTEE'S OMNIBUS RESPONSE TO THE LIFT STAY MOTIONS. | .10 | 25.00 |
| 09/28/20 | VWG | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. DESHAZO'S ASSOCIATE (.2); TELEPHONE CALL WITH MR. DESHAZO (.3); | .50 | 150.00 |
| 09/28/20 | VWG | B110 | A105 | MULTIPLE E-MAILS TO AND FROM MS. OPPENHEIM REGARDING REMOVAL. | .50 | 150.00 |
| 09/28/20 | VWG | B110 | A104 | REVIEWED RESEARCH MEMORANDA REGARDING REMOVAL. | .50 | 150.00 |
| 09/29/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING HEARING ON BOND SETTLEMENT. | .30 | 90.00 |
| 09/29/20 | EDW | B110 | A101 | PREPARING FOR HEARING ON MOTIONS TO LIFT STAY. | 2.50 | 750.00 |
| 09/29/20 | EDW | B110 | A103 | REVIEWED AND REVISED ARGUMENT ON MOTIONS TO LIFT STAY. | 2.00 | 600.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  62
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 09/29/20 | EJF | B210 | A104 | REVIEW ORDER REGARDING HEARING AND RELATED DEADLINES; | .10 | 49.00 |
| 09/29/20 | EJF | B210 | A106 | MEMOS RE HEARING AND RELATED DEADLINES; | .20 | 98.00 |
| 09/29/20 | RPV | B420 | A106 | TELEPHONE CONVERSATION WITH AND EMAILS TO AND FROM CLIENT, COUNSEL AND JW TEAM REGARDING SCOPE OF NOTICE AND CHANNELING INJUNCTION | 1.20 | 588.00 |
| 09/29/20 | WGZ | B410 | A104 | STRATEGY REGARDING MOTION TO REMAND IN RALPH ROE MATTER. | .60 | 180.00 |
| 09/29/20 | WGZ | B410 | A106 | EMAILS WITH ARCHDIOCESE REPRESENTATIVE RE REMAND MOTION IN RALPH ROE. | .20 | 60.00 |
| 09/29/20 | LFA | B110 | A108 | REVIEWED LOCKE LORD FEE STATEMENT (.8); CORRESPONDED WITH COMMITTEE AND UST REGARDING SAME (.4); CORRESPONDENCES AND CALLS WITH CLIENT REGARDING NON-DEBTOR ENTITIES FOR BAR DATE ORDER (.5); REVIEWED UST COMMENTS TO JW FEE STATEMENTS TO ASSIST WITH SAME (1.0); REVIEWED AND REVISED EXHIBITS TO BAR DATE ORDER (1.0). | 3.70 | 1,480.00 |
| 09/29/20 | MAM | B110 | A101 | PREPARE FOR HEARING ON MOTION TO LIFT STAY | 5.20 | 2,080.00 |
| 09/29/20 | MAM | B110 | A101 | WORK ON OPPOSITION TO REMAND | 2.30 | 920.00 |
| 09/29/20 | LHS | B410 | A103 | DRAFT SUMMARY SECTION OF MOTION TO INCUR POST-PETITION DEBT. | 3.30 | 825.00 |
| 09/29/20 | LHS | B190 | A103 | DRAFT AGENDA FOR HEARING. | 1.30 | 325.00 |
| 09/29/20 | LHS | B410 | A104 | REVIEW INFORMATION ON THE COMMITTEE'S FINANCIAL ADVISOR. | .20 | 50.00 |
| 09/29/20 | LHS | B410 | A103 | UPDATE CHART OF SETTLEMENT OUTCOMES IN DIOCESAN BANKRUPTCIES. | .60 | 150.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  63
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| 09/29/20 SAO | B110 | A103 | REVISE NOTICE OF AGENDA OF MATTERS SET FOR TELEPHONIC HEARING ON SEPTEMBER 30, 2020. | .50 | 125.00 |
| 09/29/20 SAO | B110 | A104 | REVIEW ORDER GRANTING MOTION TO CONTINUE HEARING ON DEBTOR'S SETTLEMENT MOTION. | .30 | 75.00 |
| 09/29/20 SAO | B140 | A105 | CALL WITH MR. MINTZ TO DISCUSS TALKING POINTS FOR THE HEARING ON THE LIFT STAY MOTIONS. | .20 | 50.00 |
| 09/29/20 SAO | B140 | A104 | REVIEW TALKING POINTS FOR HEARING ON LIFT STAY MOTIONS. | .30 | 75.00 |
| 09/30/20 EDW | B110 | A101 | PREPARING FOR HEARING ON MOTIONS TO LIFT STAY. | 1.50 | 450.00 |
| 09/30/20 EDW | B110 | A109 | ATTENDED HEARING ON MOTIONS TO LIFT STAY. | 1.50 | 450.00 |
| 09/30/20 EDW | B110 | A104 | REVIEWED NEW ISSUES RAISED BY JUDGE REGARDING MOTIONS TO LIFT STAY. | .80 | 240.00 |
| 09/30/20 EDW | B110 | A104 | REVIEWED ISSUE REGARDING BOND SETTLEMENT. | .30 | 90.00 |
| 09/30/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING FEE APPLICATIONS AND REVIEW OF SAME. | .30 | 90.00 |
| 09/30/20 EJF | B320 | A106 | MEMOS RE PLAN RELATED ISSUES; | .20 | 98.00 |
| 09/30/20 JRT | B190 | A109 | ATTEND ARGUMENTS ON MOTION TO LIFT STAY TO EVALUATE INSURANCE. | 1.50 | 450.00 |
| 09/30/20 RPV | B190 | A105 | RECEIVED AND REVIEWED LIFT STAY ORDER, MEMO REGARDING SAME TO CLIENT AND EMAILS AND OFFICE CONFERENCE WITH FROM MR. MINTZ REGARDING SAME. | .50 | 245.00 |
| 09/30/20 RPV | B420 | A105 | EMAILS TO AND FROM TEAM AND CLIENT REGARDING CHANNELING INJUNCTION ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   64
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


| 09/30/20 | RPV | B170 | A105 | EMAILS FROM AND TO TEAM AND CLIENT REGARDING REVIEW OF LOCKE LORD FEE APPLICATION AND TELEPHONE CONVERSATION WITH CLIENT REGARDING SAME | .50 | 245.00 |

09/30/20 RPV   B170  A105   EMAILS FROM AND TO TEAM AND              .50        245.00
                            CLIENT REGARDING REVIEW OF
                            LOCKE LORD FEE APPLICATION
                            AND TELEPHONE CONVERSATION
                            WITH CLIENT REGARDING SAME

09/30/20 RPV   B420  A106   TELEPHONE CONVERSATION WITH             .50        245.00
                            CLIENT REGARDING NOTICE ISSUES

09/30/20 RPV   B190  A108   TELEPHONE CONVERSATION WITH             .50        245.00
                            COUNSEL REGARDING NOTICE
                            ISSUES AND LIFT STAY HEARING

09/30/20 LFA   B110  A108   MULTIPLE CORRESPONDENCES WITH          8.80      3,520.00
                            MR. MINTZ, MR. SELF AND THE
                            CLIENT REGARDING EDITS TO BAR
                            DATE ORDER AND FINALIZING BAR
                            DATE EXHIBITS (2.0); MULTIPLE
                            CORRESPONDENCES WITH EHRHARDT
                            GROUP, MS. CANTOR AND DR.
                            WHEATMAN REGARDING
                            PUBLICATION NOTICE PLAN AND
                            REVISIONS TO SAME (2.0); CALL
                            WITH COMMITTEE COUNSEL, DR.
                            WHEATMAN AND EHRHARDT GROUP
                            TO DISCUSS REVISIONS TO
                            PUBLICATION NOTICE PLAN (.4);
                            REVIEWED AND REVISED EXHIBIT
                            J/LISTED CLERGY (1.4);
                            REVIEWED AND FINALIZED ALL
                            BAR DATE ORDER EXHIBITS
                            (2.0); PARTICIPATED AND
                            ATTENDED IN HEARING ON BAR
                            DATE ORDER AND LIFT STAY
                            MOTION (1.0).

09/30/20 MAM   B110  A101   WORK ON MOTION TO REMAND.             6.20      2,480.00
                            (4.9)  APPEAR FOR AND ATTEND
                            MOTION TO LIFT STAY. (1.3)

09/30/20 LHS   B410  A104   REVIEW BAR DATE ORDER AND             1.40        350.00
                            EXHIBITS FOR CONSISTENCY.

09/30/20 LHS   B410  A103   DRAFT EXHIBIT J TO THE BAR            2.10        525.00
                            DATE ORDER.

09/30/20 LHS   B410  A103   FINALIZED EXHIBITS TO THE             1.70        425.00
                            DATE ORDER.

EXHIBIT F

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   65
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


09/30/20 LHS    B410   A103   SUMMARIZE HEARING ON MOTIONS      1.00        250.00
                              TO LIFT STAY.

09/30/20 SAO    B140   A101   REVIEW LIFT STAY MOTIONS AND      2.10        525.00
                              OPPOSITIONS THERETO TO
                              PREPARE FOR HEARING ON THE
                              SAME.

09/30/20 SAO    B140   A109   ATTEND TELEPHONIC HEARING ON      1.70        425.00
                              THE LIFT STAY MOTIONS.

09/30/20 SAO    B140   A105   PARTICIPATE IN OFFICE              .60        150.00
                              CONFERENCE WITH MR. MINTZ.
                              MR. ZERINGUE, AND MR. WEGMANN
                              TO DISCUSS OUTCOME OF THE
                              HEARING ON THE LIFT STAY
                              MOTIONS.

09/30/20 SAO    B140   A104   ANALYZE ORDER DENYING IN PART      .20         50.00
                              AND RESERVING JUDGMENT ON
                              MOTIONS FOR RELIEF FROM STAY.
                                                            --------    -----------
                              TOTALS                          809.60    $279,693.00
                                                            ========    ===========
```

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE  66
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 261.60 | 95,244.00 | 2,045.70 | 758,349.00 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | 73.00 | 26,892.00 |
| B130 | ASSET DISPOSITION | .00 | .00 | 57.10 | 23,626.00 |
| B140 | RELIEF FROM STAY/PROTEC | 62.30 | 15,647.00 | 114.10 | 29,707.00 |
| B150 | MTGS/COMM. W/ CREDITORS | .00 | .00 | 6.60 | 2,919.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 10.50 | 4,224.00 | 167.30 | 58,146.00 |
| B170 | FEE/EMPLMT OBJECTIONS | 1.80 | 882.00 | 2.70 | 1,251.00 |
| B190 | OTHER CONTESTED MATTERS | 226.90 | 71,402.00 | 1,434.30 | 481,098.00 |
| TOTAL ADMINISTRATION | | 563.10 | 187,399.00 | 3,900.80 | 1,381,988.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | 52.30 | 25,627.00 | 250.50 | 114,395.00 |
| B220 | EMPLOYEE BENEFIT/PENSIO | .00 | .00 | 54.70 | 22,257.00 |
| B230 | FINANCING/CASH COLLECTI | .00 | .00 | 8.90 | 4,145.00 |
| B250 | REAL ESTATE | .00 | .00 | 16.30 | 4,900.00 |
| TOTAL OPERATIONS | | 52.30 | 25,627.00 | 330.40 | 145,697.00 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 96.10 | 34,609.00 | 485.10 | 157,476.00 |
| B320 | PLAN DISCLOSURE STMT | 44.90 | 16,931.00 | 159.10 | 67,259.00 |
| TOTAL CLAIMS AND PLAN | | 141.00 | 51,540.00 | 644.20 | 224,735.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 47.90 | 12,530.00 | 542.20 | 156,469.00 |
| B420 | RESTRUCTURING | 5.30 | 2,597.00 | 16.40 | 7,217.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | | 53.20 | 15,127.00 | 558.60 | 163,686.00 |
| TOTALS | | 809.60 | 279,693.00 | 5,434.00 | 1,916,106.00 |

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  67
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 61.30 | 18,390.00 | 381.40 | 113,582.07 |
| ELIZABETH J FUTRELL | 490.00 | 68.20 | 33,418.00 | 599.10 | 292,245.24 |
| JOSEPH J LOWENTHAL | 300.00 | 16.10 | 4,830.00 | 154.50 | 46,075.66 |
| JEFFREY R. BARBER | .00 | .00 | .00 | 1.00 | 399.28 |
| JEFFERSON R. TILLERY | 300.00 | 13.40 | 4,020.00 | 62.80 | 18,717.58 |
| R PATRICK VANCE | 490.00 | 72.50 | 35,525.00 | 522.60 | 255,144.18 |
| SETH A. LEVINE | .00 | .00 | .00 | 9.10 | 3,640.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 11.10 | 3,330.00 | 304.40 | 90,866.91 |
| ALEX H. GLASER | .00 | .00 | .00 | .90 | 356.75 |
| B. TREVOR WILSON, B.T. | .00 | .00 | .00 | 6.00 | 2,398.92 |
| JOSEPH E. BAIN | .00 | .00 | .00 | .90 | 358.92 |
| JEFFREY P. GOOD | .00 | .00 | .00 | 45.40 | 18,133.64 |
| LAURA F. ASHLEY | 400.00 | 127.90 | 51,160.00 | 567.30 | 226,079.72 |
| MARK A. MINTZ | 400.00 | 118.70 | 47,480.00 | 974.60 | 388,218.31 |
| MARY MARGARET SPELL | .00 | .00 | .00 | 29.20 | 8,721.54 |
| ALLISON KINGSMILL | .00 | .00 | .00 | 225.30 | 55,859.19 |
| GABRIELLE A. RAMIREZ | .00 | .00 | .00 | 14.80 | 3,700.00 |
| HEATHER K. TROSCLAIR | .00 | .00 | .00 | 3.50 | 875.00 |
| JACOB J. PRITT | .00 | .00 | .00 | 18.00 | 4,494.58 |
| LUCAS H. SELF | 250.00 | 166.60 | 41,650.00 | 691.50 | 172,127.98 |
| LESLIE LACOSTE | .00 | .00 | .00 | 57.00 | 14,143.47 |
| SAMANTHA A. OPPENHEIM | 250.00 | 125.00 | 31,250.00 | 400.40 | 99,712.72 |
| STACEY MOORE BUCHANAN | .00 | .00 | .00 | 4.70 | 1,175.00 |
| CARMEN M. RODRIGUEZ | .00 | .00 | .00 | 5.10 | 1,516.19 |
| MADELEINE FISCHER | .00 | .00 | .00 | 172.60 | 51,586.09 |
| VIRGINIA W. GUNDLACH | 300.00 | 28.80 | 8,640.00 | 116.70 | 34,967.48 |
| AARON D. WASHINGTON | .00 | .00 | .00 | 2.30 | 390.85 |
| BONNIE BOUDREAUX | .00 | .00 | .00 | 7.00 | 1,179.26 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 6.10 | 1,035.62 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 37.40 | 6,310.43 |
| RYAN P. SMITH, R.P. | .00 | .00 | .00 | 1.90 | 320.00 |
| SCOTT M. SIGL | .00 | .00 | .00 | 6.40 | 1,076.33 |
| LAW CLERKS, NO | .00 | .00 | .00 | 4.10 | 697.00 |
| TOTALS | | 809.60 | 279,693.00 | 5,434.00 | 1,916,106.00 |

EXHIBIT F

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  68
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01




COSTS INCURRED:


09/04/20 COPYING                                                    4.80
09/18/20 COPYING                                                  331.80
09/01/20 COURT RECORD FEES - JEFFNET BILLING - AUGUST 31            3.75
         - SEPTEMBER 9, 2020
09/21/20 COURT RECORD FEES /PACER AUGUST 2020                     288.10
09/01/20 COURT FEES - SAMANTHA OPPENHEIM - COURT RECORD           125.10
         FEES - 16TH JUDICIAL DISTRICT COURT FOR THE
         PARISH OF ST. MARTIN - 07/30/20 - IN CONNECTION
         WITH DOUGLAS BIENVENUE, ET AL. V. DEFENDANT 1,
         ET AL., CIVIL ACTION NO. 87184
09/02/20 DEPOSITION TRANSCRIPTS - KIM TINDALL &                  1484.73
         ASSOCIATES, LLC - CERTIFIED DEPO TRANSCRIPTS -
         FR. PATRICK CARR AND JEFF ENTWISLE - 08/12/20
09/02/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT          310.65
         OF HEARING HELD - 08/28/20
09/04/20 TRIAL TRANSCRIPTS - TSG REPORTING, INC. -               540.30
         TRANSCRIPT OF PROCEEDINGS - 08/20/20
09/14/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT           89.25
         OF HEARING HELD - 08/20/20
09/17/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT           38.15
         OF HEARING - 09/09/20
09/23/20 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT          931.20
         OF HEARING HELD ON 09/17/20
09/22/20 LITIGATION SUPPORT - XACT DATA DISCOVERY -               50.00
         ONLINE DATA STORAGE
09/16/20 OTHER - 201 ST. CHARLES PLACE,  LLC - D.                222.22
         WEGMANN - 08/16/20
09/02/20 LEGAL WINGS: TO 24TH JDC TO FILE THE ATTACHED            67.00
         DOCUMENT AND RETURN CONFORMED COPY; COURT RUN
         FEES $40, COURT FEE $27
09/30/20 RELATIVITY DATA HOSTING SEPTEMBER 2020                  582.77
09/15/20 LEXIS LEGAL RESEARCH - GUNDLACH, GINGER                  30.75
09/15/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA              394.05
09/15/20 LEXIS LEGAL RESEARCH - SELF, LUCAS                      363.60
09/21/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA              564.30
09/21/20 LEXIS LEGAL RESEARCH - SELF, LUCAS                      658.95
09/27/20 LEXIS LEGAL RESEARCH - SELF, LUCAS                      287.10

                            TOTAL COSTS:                      $7,368.57

                    COST SUMMARY

     E101    COPYING                              336.60
     E106    COMPUTER LEGAL RESEARCH            2,298.75
```

EXHIBIT F

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   69
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


   E112      COURT FEES                         483.95
   E115      DEPOSITION TRANSCRIPTS           1,484.73
   E116      TRIAL TRANSCRIPTS               1,909.55
   E118      LITIGATION SUPPORT                632.77
   E124      OTHER                             222.22
                                            --------------
            TOTAL DISBURSEMENTS             $7,368.57


                           TOTAL FEES AND COSTS:     $287,061.57
```

EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   70
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



          * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $279,693.00

                    TOTAL COSTS:                     $7,368.57

                    LESS CREDITS:                        $0.00
                                                  ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $287,061.57


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
10/20/20        1049776        $335921.35


                    TOTAL PRIOR INVOICES DUE:     $335,921.35
                                                  -----------


                    TOTAL AMOUNT DUE:             $622,982.92
                                                  ===========

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


EXHIBIT F

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  71
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

**EXHIBIT F**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   72
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01



WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                     ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
              WASHINGTON, DC (CAPITOL HILL) (202)203-1000
               WASHINGTON, DC (DOWNTOWN) (202)434-4660
                  THE WOODLANDS, TX (281)296-4400


       ***************************************************************

EXHIBIT F


```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   73
NOVEMBER 23, 2020
INVOICE NO.: 1054230
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




        * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:               $279,693.00

                    TOTAL COSTS:                $7,368.57

                    LESS CREDITS:                  $0.00
                                               ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $287,061.57

BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.      BALANCE
10/20/20        1049776       $335921.35


                    TOTAL PRIOR INVOICES DUE:   $335,921.35
                                               -----------

                    TOTAL AMOUNT DUE:           $622,982.92
                                               ============
```

<span style="color:red">EXHIBIT F</span>

LA

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17696001 | The Roman Catholic Church for the Archdiocese of New Orleans; Post-Petition Reorganization Advices | August 31, 2020 |

PAYABLE TO:

Samantha A. Oppenheim
Litigation Associate (Floor 48)

AMOUNT **$125.10**

MAIL CHECK

RETURN CHECK TO
Samantha A. Oppenheim ✔

PAYMENT FOR:
Court record fees from the 16th Judicial District Court for the Parish of St. Martin in connection with Douglas Bienvenu, et al. v. Defendant 1, et al., Civil Action No. 87184.

NAME
Samantha A. Oppenheim

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 7118 | | | $125.10 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE⁽¹⁾ - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☑ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

AUG 31 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



EXHIBIT F

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | September 1, 2020 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | | AMOUNT | $310.65 |
|---|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS** **1418 RED FOX CIRCLE** **SEVERANCE, CO  80550** | | MAIL CHECK | ✔ |
| | | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of hearing held 08/28/20 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| traq | | | $310.65 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☑ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



**EXHIBIT F**

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        9/1/2020

INVOICE NO.   **20-164**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

**TERMS:  DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the   Archdiocese of New Orleans  USBC, ED-LA, Case No. 20-10846    Transcript of hearing held on 8/28/20 | 57 | 310.65 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $310.65 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                                             DATE 9/1/2020

**EXHIBIT F**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | Roman Cathoic Church Archdiocese of New Orleans - Postpetition Advices | September 1, 2020 |

PAYABLE TO:

**Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

AMOUNT $1,484.73

MAIL CHECK ☑

**RETURN CHECK TO**

PAYMENT FOR:
Certified Depo Transcript - Fr. Patrick Carr
Certified Depo Transcript - Jeff Entwisle

NAME
**Mark A. Mintz**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 7156 | | | $1,484.73 |

FORM A-8 (REV. 03/11)

DK ST

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☒ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED
SEP 02 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**EXHIBIT F**





# INVOICE

**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232
Payments@KTandA.com
KTA Receivables: 866.806.8266

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76595 | 8/31/2020 | 74830 |

| Job Date | Case No. | |
|---|---|---|
| 8/12/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| Payment Terms |
|---|
| Due upon receipt -Credit Card Fees Apply |

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Father Patrick Carr | 153.00 | Pages | @ | 2.75 | 420.75 |
| Rough Draft - Copy | 143.00 | Pages | @ | 1.50 | 214.50 |
| Technical & Tele-Conference Transcription - Copy | 153.00 | Pages | @ | 0.38 | 58.14 |
| Lit-Pkg - Admin, Binding, Condensed, Lit-Stik | 1.00 | | @ | 115.00 | 115.00 |
| Delivery - Standard | 1.00 | | @ | 15.00 | 15.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Jeffrey Entwisle | 118.00 | Pages | @ | 2.75 | 324.50 |
| Rough Draft - Copy | 108.00 | Pages | @ | 1.50 | 162.00 |
| Technical & Tele-Conference Transcription - Copy | 118.00 | Pages | @ | 0.38 | 44.84 |
| Lit-Pkg - Admin, Binding, Condensed, Lit-Stik | 1.00 | | @ | 115.00 | 115.00 |
| Delivery - Standard | 1.00 | | @ | 15.00 | 15.00 |

**TOTAL DUE >>>**     **$1,484.73**

AFTER 10/15/2020 PAY     $1,633.20

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID:** 80-0344752

Phone: (504)582-8332    Fax:(504)589-8332

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans LA 70170

| | | | | |
|---|---|---|---|---|
| Job No. | : 74830 | | BU ID | : KTA-NOLA |
| Case No. | : 20-10846 | | | |
| Case Name | : In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | | |
| Invoice No. | : 76595 | | Invoice Date | : 8/31/2020 |
| **Total Due** | : **$1,484.73** | | | |

AFTER 10/15/2020 PAY $1,633.20

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Kim Tindall & Associates, LLC**
         **16414 San Pedro Ave., Ste. 900**
         **San Antonio, TX 78232**

         **Payments@KTandA.com**
         **866.806.8266**



**EXHIBIT F**

☐ OPERATING ✓
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Roman Catholic Church, Archdiocese of New Orleans** | **September 4, 2020** |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $540.30 |
|---|---|---|
| **TSG Reporting Inc.**<br>**P. O. Box 95568**<br>**Grapevine, TX  76099-97088** | MAIL CHECK | ✓ |
| | RETURN CHECK TO | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Proceedings Held on August 20, 2020 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER # 7 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 29626 | | | $540.30 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

✓ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
SEP 04 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT F**



Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

**INVOICE**

**INVOICE DATE:** 9/1/2020
**INVOICE #:** 2026313
**JOB #:** 183128

**BILL TO:** Jones Walker LLP
c/o Hazel Stewart
201 St. Charles Avenue
New Orleans, LA 70170-5100 US

**SHIP TO:** c/o
**CASE:** In re: The Roman Catholic Church of The Archdiocese of New Orleans
**WITNESS:** Proceedings
**JOB DATE:** 8/20/2020
**LOCATION:** Telephonic, New Orleans, LA, 70130, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| Certified Transcript | 1 | 122 | $3.65 | $445.30 |
| Compressed / ASCII / Word Index | 1 | | $95.00 | $95.00 |
| | | | SUBTOTAL | $540.30 |
| | | | **TOTAL** | $540.30 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.



**EXHIBIT F**

Office: (504) 484-7996

# LEGAL WINGS, INC.
### P.O. Box 8494
### Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 196820

BILL TO: _Jones_

DATE: _8-9-00_

SUIT NAME: _Brown_

VS.

COURT: _24JDC_

CASE NO. _808. 434_

FILE NO. _176960-01_

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
 _____ CONFORMED COPY
 _____ CERTIFIED COPY
☐ TAKE TO JUDGE AND HAVE SIGNED
☐ DELIVER COPY TO JUDGE
☐ OBTAIN HEARING DATE
☐ ARRANGE FOR SERVICE
☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____
☐ PICK UP: _____
☐ SERVED SUBPOENA: _____
☐ SPECIAL INSTRUCTIONS: _____

_____

_____

BILLED AMOUNT: _$ 40_

REIMBURSEMENTS: _$ 27-_

TOTAL INVOICE AMOUNT: _$ 67-_

EXHIBIT F



Jon A. Gegenheimer
Clerk of Court
24th Judicial District Court
Parish of Jefferson

Sep 2, 2020 12:16

Receipt: 2009026040

Case:    808434      Div: E

Account: D3    ROMAN CATHOLIC
CHURCH OF THE
ARCHDIOCESE OF NEW
ORLEANS,

Auth:    IPP ROMAN CATHOLIC
CHURCH OF THE
ARCHDIOCESE OF NEW
ORLEANS,

INVOICE:207145 LEGAL WINGS            27.00

                                      27.00

**Deposit Total:**

BALANCE   CIVIL DOCKET      0.00
Clerk: AKB          9/2/2020 12:16:20 PM

All fees in this matter will be charged in
accordance with Louisiana R.S. 13:841 and other
relevant statutes. If you believe these charges
might be incorrect, contact our office at (504)
364-2912 or (504) 364-2655 for a formal review.
At any time during litigation, any party may request
and obtain a cost breakdown and copy of the
docket ledger from the civil suit accounting
department.
JeffNet: A Virtual Courthouse Open 24-7-365.
www.jpclerkofcourt.us

Customer Copy

**EXHIBIT F**

**COURT RUN REQUEST FORM**

DATE _9/2/20_

FILE # _176960-01_ _____ FILE NAME _____

COURT _24th_ _____ CASE # _808-434_ DIVISION _E_ _____ SECTION _____

CASE NAME _Tara Brown  v.  Catholic Church of Morrero La, et al_

FILING ATTORNEY BAR # _18493_ _____

DOCUMENT TO BE RETURNED TO:

NAME: _Ginger Gundlach - fl 49 (Jackie B)  582-8570_

PLEADING ATTACHED OR REQUESTED: _Notice of Suggestion of Bankruptcy_

☒ FILE

☒ RETURN CONFORMED COPIES

☐ DELIVER FILED COPY TO JUDGE

☐ ARRANGE FOR SERVICE

☐ OBTAIN HEARING DATE

☐ OBTAIN COPIES FROM RECORD

☐ CHECK RECORD: _____

☐ DELIVER _____

TO: _____

☐ PICK UP _____

FROM: _____

☐ OTHER: _____

REMARKS: _____

COSTS: _____

**TO**
**CLERK $** _____ CK. # _____

**TO**
**SHERIFF $** _____ CK. # _____

AT-1 REV. 2/22/2000

**EXHIBIT F**

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA, LLC

H. STEWART 50

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | September 11, 2020 |

| PAYABLE TO | AMOUNT |
|---|---|
| **JANICE RUSSELL TRANSCRIPTS** **1418 RED FOX CIRCLE** **SEVERANCE, CO 80550** | $89.25 |

MAIL CHECK ✓

**RETURN CHECK TO**

| PAYMENT FOR | NAME |
|---|---|
| Transcript of Hearing Held 08/20/20 | **Mark A. Mintz** |
| | SIGNATURE |

FORM A-8 (REV. 05/11)

| FOR ACCOUNTING USE ONLY | | | |
|---|---|---|---|
| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| traq  10884  #2 | | | $89.25 |

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

✓ TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

Vendor # _____
Separate Ck

SEP 1 4 2020

Vchr # _____
GH # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

<span style="color:red">**EXHIBIT F**</span>

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE    8/24/2020

INVOICE NO.   **20-161**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

**TERMS: DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing (afternoon session) held on 8/20/20 | 21 | 89.25 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $89.25 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                    DATE 8/24/2020

<span style="color:red">**EXHIBIT F**</span>

Invoices for service from Aug_01_2020 to Aug_31_2020            https://www.hvacpsc.com:8888/zonedial/Invoices/Invoices_Au...

Loc: NO
Acct #: See Below
Desc.: Overtime A/C

Amt: 6692.90
Date: 9/5/2020   AS

**201 St. Charles Place, LLC**                                    **INVOICE #17382**

TO:                                          FOR:
Jones Walker                                 After Hours HVAC
Att: Office Manager                          Created on: September 03, 2020
201 St. Charles Avenue, Suite 5100           Service from: 12:00 am Sat 08/01/20
New Orleans, LA 70170                        Service to: 11:59 pm Mon 08/31/20
USA                                          Invoice #: 17382, page 1

| Zone # | Details | Bill hours | Rate ($/hr) | Net Cost |
|---|---|---|---|---|
| 4701 | [HVAC only] Jason Culotta - Sun 8/30 1:04p-7:00p | 5.93 | $ 75.33 | $ 446.71 |
| 4801 | [HVAC only] Ana Susic - Sat 8/1 12:00p-5:00p (Accounting) | 3 | $ 75.33 | $ 225.99 |
| 4801 | [HVAC only] Ana Susic - Sat 8/8 12:00p-5:00p (Accounting) | 3 | $ 75.33 | $ 225.99 |
| 4801 | [HVAC only] Ana Susic - Sat 8/15 11:00a-5:00p (Accounting) | 3 | $ 75.33 | $ 225.99 |
| 4801 | [HVAC only] Ana Susic - Sat 8/22 11:00a-5:00p (Accounting) | 3 | $ 75.33 | $ 225.99 |
| 4801 | [HVAC only] Ana Susic - Sat 8/29 11:00a-5:00p (Accounting) | 3 | $ 75.33 | $ 225.99 |
| 4901 | [HVAC only] Alida Hainkel - Sun 8/2 3:13p-5:10p | 2 | $ 75.33 | $ 150.66 |
| 4901 | [HVAC only] Alida Hainkel - Sun 8/9 3:18p-5:15p | 2 | $ 75.33 | $ 150.66 |
| 4901 | [HVAC only] Alida Hainkel - Sun 8/16 9:50a-11:45a | 2 | $ 75.33 | $ 150.66 |
| 4901 | [HVAC only] Dirk Wegmann - Sun 8/16 1:48p-4:45p (17699000) | 2.95 | $ 75.33 | $ 222.22 |
| 4901 | [HVAC only] Alida Hainkel - Sun 8/16 4:52p-6:50p | 2 | $ 75.33 | $ 150.66 |
| 4901 | [HVAC only] Conference Center - Sun 8/23 12:39p-8:35p | 7.93 | $ 75.33 | $ 597.37 |
| 4901 | [HVAC only] Conference Center - Sun 8/30 10:54a-3:50p | 4.93 | $ 75.33 | $ 371.38 |
| 5001 | [HVAC only] Mark Cunningham - Sun 8/2 9:02a-5:00p | 7.97 | $ 75.33 | $ 600.38 |
| 5001 | [HVAC only] Wish Ziegler - Sat 8/8 9:37a-11:35a | 0 | $ 75.33 | $ 0.00 |

Continued on next page ...

60610-01-10 - $5124.54
17699000 - $222.22
17871900 - $973.26
17775900 - $372.88

VENDOR ID   29058

VOUCHER ID

SEP 16 2020

G/L#
File
Sep. Ck. _____ Y _____ N

**EXHIBIT F**

Invoices for service from Aug_01_2020 to Aug_31_2020          https://www.hvacpsc.com:8888/zonedial/Invoices/Invoices_Au...

## 201 St. Charles Place, LLC

**#17382**
**Page 2**

**TO:**
Jones Walker
Att: Office Manager
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
USA

**FOR:**
After Hours HVAC
Created on: September 03, 2020
Service from: 12:00 am Sat 08/01/20
Service to: 11:59 pm Mon 08/31/20
Invoice #: 17382, page 2

| Zone # | Details | Bill hours | Rate ($/hr) | Net Cost |
|---|---|---|---|---|
| 5001 | [HVAC only] Jeffrey Good - Sun 8/16 7:11p-11:10p | 3.98 | $ 75.33 | $ 299.81 |
| 5001 | [HVAC only] Jeffrey Good - Tue 8/18 7:34p-11:30p | 3.93 | $ 75.33 | $ 296.05 |
| 5001 | [HVAC only] Jeffrey Good - Tue 8/18 11:47p to Wed 8/19 1:45a | 2 | $ 75.33 | $ 150.66 |
| 5001 | [HVAC only] Jeffrey Good - Wed 8/19 1:46a-3:45a | 2 | $ 75.33 | $ 150.66 |
| 5001 | [HVAC only] Jeffrey Good - Thu 8/20 7:54p to Fri 8/21 12:50a | 4.93 | $ 75.33 | $ 371.38 |
| 5101 | [HVAC only] Thomas Kimball - Tue 8/4 7:10p-9:05p *(17871900)* | 2 | $ 75.33 | $ 150.66 |
| 5101 | [HVAC only] Thomas Kimball - Wed 8/5 6:56p-8:55p *(17871900)* | 2 | $ 75.33 | $ 150.66 |
| 5101 | [HVAC only] Thomas Kimball - Thu 8/6 6:57p-8:55p *(17871900)* | 2 | $ 75.33 | $ 150.66 |
| 5101 | [HVAC only] Thomas Kimball - Thu 8/6 8:55p-10:55p *(17871900)* | 2 | $ 75.33 | $ 150.66 |
| 5101 | [HVAC only] Thomas Kimball - Fri 8/7 6:57p-9:55p *(17871900)* | 2.92 | $ 75.33 | $ 219.96 |
| 5101 | [HVAC only] Thomas Kimball - Tue 8/11 7:02p-9:00p *(17871900)* | 2 | $ 75.33 | $ 150.66 |
| 5101 | [HVAC only] Brett Beter - Sun 8/23 9:48a-2:45p *(17775900)* | 4.95 | $ 75.33 | $ 372.88 |
| 5201 | [HVAC only] Mark Mintz - Mon 8/17 8:05p-10:05p | 2 | $ 75.33 | $ 150.66 |

TOTAL: $ 6,736.01

Matter #Accounting = $1,129.95
Matter #17699000 = $222.22  ✓ *Dirk Weymann*
Matter #17871900 = $973.26 ✓ *Thomas Kimball*
Matter #17775900 = $372.88 ✓ *Brett Beter*

Make all checks payable to
**201 St. Charles Place, LLC**

Mailing Address:      201 St. Charles Avenue
Suite 1500
New Orleans, LA 70170

Thank you

**EXHIBIT F**

**201 St. Charles Place, LLC**
**Jones Walker Overtime A/C Worksheet**
**August 2020**

### DAILY OVERTIME A/C ACTIVITY

| Date | Floor | Day | Invoice # | Hours | Rate | Amount |
|------|-------|-----|-----------|-------|------|--------|
| 8/30/2020 | 47 | Sun | 17382 | 5.93 | 75.33 | 446.71 |
| 8/1/2020 | 48 | Sat | 17382 | 3.00 | 75.33 | 225.99 |
| 8/8/2020 | 48 | Sat | 17382 | 3.00 | 75.33 | 225.99 |
| 8/15/2020 | 48 | Sat | 17382 | 3.00 | 75.33 | 225.99 |
| 8/22/2020 | 48 | Sat | 17382 | 3.00 | 75.33 | 225.99 |
| 8/29/2020 | 48 | Sat | 17382 | 3.00 | 75.33 | 225.99 |
| 8/2/2020 | 49 | Sun | 17382 | 2.00 | 75.33 | 150.66 |
| 8/9/2020 | 49 | Sun | 17382 | 2.00 | 75.33 | 150.66 |
| 8/16/2020 | 49 | Sun | 17382 | 2.00 | 75.33 | 150.66 |
| 8/16/2020 | 49 | Sun | 17382 | 2.95 | 75.33 | 222.22 |
| 8/16/2020 | 49 | Sun | 17382 | 2.00 | 75.33 | 150.66 |
| 8/23/2020 | 49 | Sun | 17382 | 7.93 | 75.33 | 597.37 |
| 8/30/2020 | 49 | Sun | 17382 | 4.93 | 75.33 | 371.38 |
| 8/2/2020 | 50 | Sun | 17382 | 7.97 | 75.33 | 600.38 |
| 8/8/2020 | 50 | Sat | 17382 | - | 75.33 | 0.00 |
| 8/16/2020 | 50 | Sun | 17382 | 3.98 | 75.33 | 299.81 |
| 8/18/2020 | 50 | Tue | 17382 | 3.93 | 75.33 | 296.05 |
| 8/18/2020 | 50 | Tue | 17382 | 2.00 | 75.33 | 150.66 |
| 8/19/2020 | 50 | Wed | 17382 | 2.00 | 75.33 | 150.66 |
| 8/20/2020 | 50 | Thu | 17382 | 4.93 | 75.33 | 371.38 |
| 8/4/2020 | 51 | Tue | 17382 | 2.00 | 75.33 | 150.66 |
| 8/5/2020 | 51 | Wed | 17382 | 2.00 | 75.33 | 150.66 |
| 8/6/2020 | 51 | Thu | 17382 | 2.00 | 75.33 | 150.66 |
| 8/6/2020 | 51 | Thu | 17382 | 2.00 | 75.33 | 150.66 |
| 8/7/2020 | 51 | Fri | 17382 | 2.92 | 75.33 | 219.96 |
| 8/11/2020 | 51 | Tue | 17382 | 2.00 | 75.33 | 150.66 |
| 8/23/2020 | 51 | Sun | 17382 | 4.95 | 75.33 | 372.88 |
| 8/17/2020 | 52 | Fri | 17382 | 2.00 | 75.33 | 150.66 |

| | | | | | **Total** | **6,736.01** |

Summary of Charges

| | |
|---|---|
| Monthly Overtime Usage | 6,736.01 |
| Credit for Pro Rated Portion | (43.11) |
| Total Billing for Month | 6,692.90 |

C:\billing\jwalker.xls



**EXHIBIT F**

**201 St. Charles Place, LLC**
**Jones Walker**
**Overtime A/C Worksheet**
**August 2020**

Pro Rated Portion

| Date | Hours | W/O No. | J.W. Sq Ft | Other SqFt | Ttl SqFt | J.W. Pro Rata | Credit Amt |
|------|-------|---------|------------|------------|----------|---------------|------------|
| 8/16/2020 | 1.00 | 17382 | 142,155 | 25,368 | 167,523 | 0.8486 | 11.41 |
| 8/22/2020 | 3.00 | 17382 | 142,155 | 5,823 | 147,978 | 0.9606 | 8.89 |
| 8/23/2020 | 2.00 | 17382 | 142,155 | 25,368 | 167,523 | 0.8486 | 22.81 |
| | | | | | | | 43.11 |

C:\billing\jwalker.xls


EXHIBIT F

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | September 17, 2020 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $38.15 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO  80550** | MAIL CHECK | ✔ |
| | RETURN CHECK TO | |

| PAYMENT FOR: | NAME | **Mark A. Mintz** |
|---|---|---|
| TRANSCRIPT OF HEARING HELD 09/09/20 | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $38.15 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
✔ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT F**

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE       9/16/2020

INVOICE NO.   **20-172**

**TO:**

TERMS: **DUE ON RECEIPT**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church for the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 9/9/20 | 7 | 38.15 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $38.15 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                          DATE 9/16/2020

**EXHIBIT F**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **September 21, 2020** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO: **XACT DATA DISCOVERY** | AMOUNT **$50.00** |
|---|---|
| | MAIL CHECK ✓ |
| | RETURN CHECK TO |

| PAYMENT FOR: ONLINE DATA STORAGE INVOICE NO. CINV34795 | NAME **EDWARD D. WEGMANN** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 39498 | | | $50.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED
SEP 21 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT F**





**Xact Data Discovery**
RVM Enterprises, Inc.
PO Box 714800
Cincinnati, OH 45271-4800
United States

Voice: 212-693-1525
Email: accounts.receivable@rvminc.com

# INVOICE

INVOICE NUMBER: CINV34795
Date: 08/31/2020

Please note as of July 1, 2020 RVM
Enterprises, Inc. is an Xact Data
Discovery Company.

Bill To:
Jones Walker LLP
Dirk Weggman
201 St. Charles Avenue
New Orleans, LA 70170
USA

| PROJECT NAME | MATTER NUMBER | PAYMENT TERMS |
|---|---|---|
| JWA2019002 - Mobile Kits | | Net 30 |
| SALES REP | | DUE DATE |
| Dean Felicetti | | 09/30/2020 |
| PROJECT MANAGER | CONTENTS | REQUESTOR |
| | August Services | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Forensics<br>-------------------------- | | |
| 1.00 | Online data storage size: up to 50GB | 50.00 | 50.00 |

| | | |
|---|---|---|
| SUBTOTAL | $50.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| TOTAL | $50.00 |

REMIT PAYMENT TO XACT DATA DISCOVERY
FEDERAL TAX ID: # 43-1685216

WIRE/ACH PAYMENTS TO:
KEYBANK
SWIFT CODE: KEYBUS33
WIRE ABA/ACH ABA/ROUTING: 041001039
ACCOUNT #: 359681503124

1 of 1



EXHIBIT F

| 09/01/2020 | 6433734 | IMAGE PRINT WALKER01 CASE:808434 P1 bFILE PETITIONb:FOR DAMAGES | -$3.75 |
|---|---|---|---|
| CIVIL IMAGE COPY 24TH | | -$3.75 | |

|  |  | 17696001 Total | -$3.75 |
|---|---|---|---|

**Reference: 17753800**

| Date | Receipt | | Amount |
|---|---|---|---|
| 09/03/2020 | 6436657 | ECert Copy WALKER01 CASE:806217 P1 FILE SUPPLEMENTALAMENDED ORIGINAL P; | -$11.00 |
| ECERTIFIED COPIES (CIVIL) | | -$11.00 | |

|  |  | 17753800 Total | -$11.00 |
|---|---|---|---|

**Reference: 177637-00**

| Date | Receipt | | Amount |
|---|---|---|---|
| 09/01/2020 | 6434489 | | -$105.00 |
| SERVITUDE CB | | 12042038 | 1 | -$100.00 |
| LCRAA FEE | | 12042038 | 1 | -$2.50 |
| CLERK LCRAA FEE | | 12042038 | 1 | -$2.50 |

|  |  | 177637-00 Total | -$105.00 |
|---|---|---|---|

**Reference: 17781900 NONE/ MEMORANDUM**

| Date | Receipt | | Amount |
|---|---|---|---|
| 09/04/2020 | 6438607 | 24th Civil Deposit P1 BAR:037834 CSE:806079 RECEIPT:20944146 | -$70.00 |
| Civil Deposit | | -$70.00 | |

|  | 17781900 NONE/ MEMORANDUM Total | | -$70.00 |
|---|---|---|---|

**Reference: 17904300**

| Date | Receipt | | Amount |
|---|---|---|---|
| 09/02/2020 | 6434735 | IMAGE PRINT WALKER01 CASE:809619 D1 bFILE PETITIONb:TO INSTITUTE DISCOV | -$0.75 |
| CIVIL IMAGE COPY 24TH | | -$0.75 | |

|  |  | 17904300 Total | -$0.75 |
|---|---|---|---|

**Reference: 17978000**

| Date | Receipt | | Amount |
|---|---|---|---|
| 09/04/2020 | 6438342 | IMAGE PRINT WALKER01 CASE:809912 P1 FILE PETITION:OPEN ACCOUNT AND FOR | -$0.75 |
| CIVIL IMAGE COPY 24TH | | -$0.75 | |
| 09/04/2020 | 6438346 | ECert Copy WALKER01 CASE:809912 P1 FILE PETITION:OPEN ACCOUNT AND FOR | -$11.75 |
| ECERTIFIED COPIES (CIVIL) | | -$11.75 | |



EXHIBIT F

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | 09/23/20 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS** **1418 RED FOX CIRCLE** **SEVERANCE, CO 80550** | $931.20 | |

| | |
|---|---|
| MAIL CHECK | ✓ |
| RETURN CHECK TO | |

| PAYMENT FOR | NAME. |
|---|---|
| Transcript of hearing held on 09/17/20 | **Mark A. Mintz** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 10884 | | | $931.20 |

FORM A 8 (REV. 05.11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - F122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☑ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

Vendor # _____ Separate Ck

SEP 2 3 2020

Vchr # _____
Bat. # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**EXHIBIT F**

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE          9/23/2020

INVOICE NO.   **20-177**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

**TERMS: DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 9/17/20 | 192 | 931.20 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $931.20 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                                    DATE          9/23/2020

**EXHIBIT F**

## Reproduction Request

Scan ☐    Copy ☐    Print ☑

File/Ref# 17696001

Time Needed

| | | |
|---|---|---|
| ☐ By 9 A.M. | ☐ By 2 P.M. | ☐ By 7 P.M. |
| ☐ By 10 A.M | ☐ By 3 P.M. | ☐ By 8 P.M. |
| ☐ By 11 A.M. | ☐ By 4 P.M. | ☐ By 9 P.M. |
| ☑ By Noon | ☐ By 5 P.M. | ☐ By 10 P.M. |
| ☐ By 1 P.M. | ☐ By 6 P.M. | ☐ By 11 P.M. |

Date Needed    9/17/20

Tel. Ext.

Name    Hamric, Tammy

User No#              Floor  49

### Job Description

No. of Copies                    Item

1

Paper Size:  ☑ 8-1/2 x 11    ☐ Reduction    ☐ Exactly as original
             ☐ 8-1/2- x 14   ☑ 1-sided      ☐ Do not unstaple originals
             ☐ 11 x 17       ☐ 2-sided

Binding:  ☑ Collate          ☐ Staple _____    ☐ Hot Stamping
          ☐ Three Hole Punch ☐ Velo Bind _____  Color _____
          ☐ GBC              ☑ Two Hole Punch (Acco)  Size _____

### Comments or Special Instructions

Distribution: ☐ (if other than requestor)    ☐ Mailroom

to:

Page Count: 1659                  Time Completed: _____

Operator:  Ryan

EXHIBIT F

# Trustpoint.One

## Cost Summary Report

**Client: Roman Catholic Church for the Archdiocese of N.O.**

**Relativity Project Number:** 1142072
**Report Date:** 9/30/2020
**Due Date:** 10/31/2020
**Matter Number:** 17493200

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 53.96 GB | $10.80 | $582.77 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | n/a | $0 |
| | | | **Balance Due** | $582.77 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}



**EXHIBIT F**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS,**

Debtor.[1]

Case No. 20-10846

Section "A"

Chapter 11

### ORDER APPROVING FIRST INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR THE PERIOD FROM MAY 1, 2020 THROUGH SEPTEMBER 30, 2020

Upon the application [Doc. ___] (the "Application") of Jones Walker LLP ("Jones Walker") for interim approval and allowance of compensation for attorneys' fees in the amount of $2,092,461.00 and reimbursement of expenses in the amount of $76,168.58, and for payment of the unpaid balance of allowed fees for legal services rendered during the First Interim Fee Period; all parties in interest having received adequate notice of the Application; and the Court having reviewed the Application and having found that the professional services provided by Jones Walker during the First Interim Fee Period (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1.      The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2.      Jones Walker is allowed interim compensation in the amount of $2,092,461.00 for services rendered and $76,168.58 as reimbursement for actual, reasonable, and necessary expenses incurred during the First Interim Fee Period;

3.      Jones Walker may apply the remaining balance of its pre-petition retainer to the balance of allowed fees and expenses incurred during the First Interim Fee Period, which has not previously been paid pursuant to the Complex Case Procedures;

4.      The Debtor shall pay to Jones Walker the remaining unpaid balance of allowed fees for legal services rendered and expenses incurred during the First Interim Fee Period, promptly upon entry of this Order; and

5.      This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this _____ day of December, 2020.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE
