UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**

Debtor.[1]

Case No. 20-10846

Section "A"

Chapter 11

## SECOND INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021

> A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 15, 2021, AT 1:30 P.M., BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-888-684-8852; ACCESS CODE: 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

EXHIBIT
E

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

**SUMMARY SHEET FOR SECOND INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor and Debtor-in-Possession |
| Petition Date: | May 1, 2020 |
| Retention Date: | June 19, 2020 *nunc pro tunc* to May 1, 2020 |
| Time Period Covered by this Application: | October 1, 2020 – January 31, 2021 |
| Total Fees Sought to be Allowed in this Application: | $1,120,960.00 |
| Total Expenses Sought to be Allowed in this Application: | $17,958.76 |
| Total Fees Approved by Interim Order to Date: | $2,032,461.00[2] |
| Total Expenses Approved by Interim Order to Date: | $76,168.58 |
| Total Fees Paid Pursuant to Prior Fee Statements: | $2,929,229.00 |
| Total Expenses Paid Pursuant to Prior Fee Statements: | $94,127.34 |
| Blended Rate in this Application for all Attorneys: | $340.98 |
| Blended Rate in this Application for all Timekeepers: | $339.04 |
| Number of Professionals in this Application : | 16 |
| If Applicable, Number of Professionals Included in this Application but not Included in Staffing Plan: | 7 |
| Number of Professionals Billing Fewer than 15 Hours in Connection with this Application: | 0 |
| Are Any Rates Higher than Those Approved or Disclosed at Retention? | No. |
| Remaining Balance of Pre-Petition Retainer: | $0.00 |

This is a(n): ___ monthly _X_ interim ___ final application

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] This amount reflects the reduction of fees by $60,000.00 to Jones Walker's First Interim Fee Application, which was agreed to with the U.S. Trustee's Office and acknowledged in the *Order Approving First Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor In Possession, for the Period from May 1, 2020 through September 30, 2020* [Doc. 682].

COMES NOW, Jones Walker LLP ("Jones Walker"), pursuant to §§ 105(a), 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"), *General Order 2019-4,* section XIII, which establishes procedures for Professional Retention, Compensation, and Reimbursement of Expenses (the "Complex Case Procedures"), and the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor* [Doc. 170] (the "Retention Order"), and who hereby submits this Second Fee Application (the "Second Fee Application"), seeking interim approval and allowance of compensation and reimbursement of expenses incurred as counsel to the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), for the period from October 1, 2020 through January 31, 2021. In support of this Second Fee Application, Jones Walker respectfully represents as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.    On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5.      The Official Committee of Unsecured Creditors (the "Tort Committee") was appointed by the Office of the United States Trustee (the "UST") on May 20, 2020 [Doc. 94] and reconstituted on June 10, 2020 [Doc. 151] and October 8, 2020 [Doc. 478]. The UST appointed the Official Committee of Commercial Unsecured Creditors (the "Commercial Committee") on March 5, 2021 [Doc. 772].

6.      The Debtor retained Jones Walker as its counsel *nunc pro tunc* to the Petition Date, pursuant to the Retention Order, which was entered on June 19, 2020 [Doc. 170].

7.      The Retention Order authorizes Jones Walker to apply for compensation for professional services rendered and reimbursement of expenses incurred in compliance with §§ 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, the Complex Case Procedures, and any other applicable procedures and orders of the Court. The Retention Order also directs Jones Walker to make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the UST Guidelines.

8.      As further explained in the *Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. 75] (the "Retention Application"), at engagement, Jones Walker agreed to be compensated on an hourly basis at rates disclosed in its Retention Application.

9.      Prior to the Petition Date, as of March 9, 2020, Jones Walker held a retainer of $250,000.00. During the course of Jones Walker's pre-petition representation of the Debtor, Jones Walker submitted invoices to the Debtor, and applied $148,609.06 of the retainer to certain invoiced fees and expenses. After applying the retainer against certain fees and expenses earned and incurred prior to the Petition Date, the balance of the retainer was approximately $101,390.94. Jones Walker applied the remainder of the retainer to the outstanding balance of fees and expenses incurred during the First Interim Fee Period.

10.    On November 25, 2020, Jones Walker filed its *First Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor In Possession, for the Period from May 1, 2020 through September 30, 2020* [Doc. 568] (the "<u>First Fee Application</u>") seeking reimbursement of fees in the amount of $2,092,461.00 and expenses in the amount of $76,168.58. On December 23, 2020, this Court entered an Order allowing Jones Walker interim compensation in the amount of $2,032,461.00 for services rendered and $76,168.58 as reimbursement for expenses incurred [Doc. 682].

## REQUEST FOR APPROVAL OF FEES AND EXPENSES

11.    This Application covers the period from October 1, 2020 through January 31, 2021 (the "<u>Second Interim Fee Period</u>").  By this Application, Jones Walker seeks interim approval and allowance of fees in the amount of $1,120,960.00 and reimbursement of expenses in the amount of $17,958.76.  The total number of hours expended during the Second Interim Fee Period for which compensation is sought is approximately 3,306.30 hours.

## PRIOR MONTHLY FEE STATEMENTS

12.    In accordance with this Court's Complex Case Procedures, Jones Walker has submitted to the Debtor and to other Professional Fee Notice Parties (as defined in the Complex Case Procedures) its Fourth and Fifth Monthly Fee Statements (each a "<u>Monthly Fee Statement</u>") during the Second Interim Fee Period.

13.    The Complex Case Procedures authorize the Debtor to pay Jones Walker 80% of fees and 100% of expenses identified in each Monthly Fee Statement to which no objection has been served.  The applicable objection periods have expired in connection with Jones Walker's Fourth and Fifth Monthly Fee Statements.  Although the UST's office and the Tort Committee

served informal objections to Jones Walker's Fourth Monthly Fee Statement,[3] the parties continue

to work through those issues and Jones Walker has amended certain entries as requested.

14.     The following is a summary of the amounts requested by Jones Walker and paid by

the Debtor pursuant to Monthly Fee Statements relating to the Second Interim Fee Period:

| Monthly Fee Statement (Period) | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid |
|---|---|---|---|---|
| Fourth Monthly Fee Statement (10/1/2020 – 11/30/2020) | $407,707.20 (80% of $509,634.00) | $8,876.60 | $407,707.20 | $8.876.60 |
| Fifth Monthly Fee Statement (12/1/2020 – 1/31/2021) | $489,060.80 (80% of $611,326.00) | $9,082.16 | $480,060.80 | $9,082.16 |

## FEES AND EXPENSES

15.     Jones Walker is handling this Chapter 11 Case and approximately 31 other

proceedings on behalf of the Debtor (the "Litigation Matters").

16.     Jones Walker has voluntarily capped its rates in this Chapter 11 Case at $490,

enabling it to staff the case with its most experienced attorneys who are knowledgeable about the

issues in this case.   Taking into account Jones Walker's reduced hourly rates, the amounts

requested in this Application represent voluntary reductions by Jones Walker totaling

approximately $280,000.[4]

17.     Attached hereto as **Exhibit A** are summary sheets for the Litigation Matters and

---

[3] The invoices incorporated herein as Exhibit D were amended to address the concerns raised in the UST's and Tort Committee's informal objections to Jones Walker's Fourth Monthly Fee Statement.

[4] This does not take into account entries on the invoices billed at "no charge."

this Chapter 11 Case during the Second Interim Fee Period.[5]  Each summary sheet contains the following:

      a.  A list of the Jones Walker professionals performing legal services on behalf of the Debtor during the Second Interim Fee Period, along with their respective titles, practice areas, years of admission, hourly billing rates, total hours billed, and total fees billed;

      b.  A breakdown, by project category, of the services rendered and compensation sought by Jones Walker during the Second Interim Fee Period; and

      c.  An itemization of expenses incurred and for which reimbursement sought, by expense category, during the Second Interim Fee Period.

18.     Attached hereto as **Exhibit B** are customary and comparable compensation disclosures for the Second Interim Fee Period.

19.     Attached hereto as **Exhibit C** is a budget and staffing plan for the Second Interim Fee Period.

20.     Attached hereto as **Exhibit D** is a copy of the Fourth Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from October 1, 2020 through November 30, 2020, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.  Notably, Exhibit D was amended to address the concerns raised in the UST's and Tort Committee's informal objections to Jones Walker's Fourth Monthly Fee Statement.

---

[5] The Litigation Matters are depicted on Exhibit A as matters 1-3, while the work performed in connection with this Chapter 11 Case is depicted as matter 4, which is titled "Post-Petition Reorganization Advices."

21. Attached hereto as **Exhibit E** is a copy of the Fifth Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from December 1, 2020 through January 31, 2021, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.[6]

22. Finally, attached hereto as **Exhibit F** is a proposed order granting the relief requested herein.

## SUMMARY OF SERVICES RENDERED TO THE DEBTOR
## DURING THE SECOND INTERIM FEE PERIOD

23. During the Second Interim Fee Period, Jones Walker devoted a considerable amount of time to advising the Debtor concerning all aspects of its operations as a debtor-in-possession under the Bankruptcy Code and its compliance with the UST Guidelines.

### a. *Settlement Motion Issues*

24. On September 10, 2021, the Archdiocese filed the *Motion for Entry of Order, (I) Approving Settlement with TMI Trust Company, as Indenture Trustee, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* [ECF No. 403] (the "Settlement Motion"), seeking approval of a certain Settlement Agreement by and between the Archdiocese and TMI Trust Company ("TMI"). The Tort Committee and the UST filed Objections to the Settlement Motion [ECF Nos. 444 & 449]. During the Second Interim Fee Period, Jones Walker (i) reviewed the Objections and worked with TMI Trust Company to amend the Settlement Motion; (ii) conducted comprehensive legal research for and drafted its *Reply* [ECF No. 509] to the Objections; and (iii) extensively prepared for hearings related to the Settlement Motion and Objections. As a result of

---

[6] Exhibit D to the Second Monthly Fee Statement has been amended in an attempt to correct certain time entries that contained what appeared to be block billing.

Jones Walker's efforts, the Court entered an Order [ECF No. 527] on November 2, 2020, approving the Amended Settlement Agreement between the Archdiocese and TMI.

### b. *Reconstituting the Committee*

25.     Additionally, Jones Walker's professionals spent time addressing *TMI Trust Company's Motion for Order (I) Requiring the United States Trustee to Appoint a Separate Committee of Unsecured Creditors and/or (II) Reinstating TMI Trust Company as a Member of and Reconstituting the Official Committee of Unsecured Creditors* [ECF No. 521] (the "Motion to Reconstitute") during the Second Interim Fee Period.  Specifically, Jones Walker analyzed TMI's Motion to Reconstitute and prepared and filed a *Response* [ECF No. 625] in support of it. As such, Jones Walker's professionals participated in a lengthy hearing on the matter and subsequently drafted and filed a *Post-Trial Brief* [ECF No. 678] outlining the Archdiocese's position on the reconstitution. Indeed, Jones Walker's and TMI's efforts resulted in the appointment of a reconstituted creditor's committee.

### c. *Responding to Motions for Relief from the Automatic Stay*

26.     Notably, Jones Walker spent considerable time responding to motions for relief from the automatic stay during the Second Interim Fee Period.  Specifically, Jones Walker prepared and prosecuted the (i) *Debtor's Objection to Warren Deemer and Mary Deemer's Motion to Modify the Automatic Stay* [ECF No. 494] and the (ii) *Debtor's Supplemental Memorandum of Law Regarding: (1) Sexual Abuse Survivor J.W. Doe's Motion to Lift Stay; and (2) Sexual Abuse Survivor James Doe's Motion to Lift Stay* [ECF No. 496].  In connection with these matters, Jones Walker's professionals conducted legal research, briefed the issues, and attended hearings. Further, Jones Walker drafted the *Motion for Relief for Willful Violation of Automatic Stay* [ECF No. 693] (the "Motion for Relief") to address actions taken by certain State Court Counsel.  In

preparing the Motion for Relief, Jones Walker's professionals reviewed deposition testimony, relevant documents, and significant case law. Additionally, Jones Walker drafted and filed its *Reply* [ECF No. 719] in support of the Motion for Relief. In doing so, Jones Walker's professionals continued to devote a significant amount of time to researching and briefing the issues.

### d. *Litigation Matters*

27.     With respect to the Litigation Matters, Jones Walker, among other things, drafted and submitted an *Opposition* to the *Plaintiff's Motion to Unseal the Deposition of Lawrence Hecker and Re-Designate Documents as "Non-Confidential"* (the "Motion to Unseal"), filed in *J.W. Doe v. Archdiocese of New Orleans Indemnity, Inc., et al*. In connection with the *Opposition*, Jones Walker's professionals analyzed and reviewed the Motion to Unseal, developed an appropriate case strategy, researched the underlying issues, and successfully argued that the Motion to Unseal should be denied.

### e. *Compliance with Bar Date Order*

28.     Moreover, Jones Walker's professionals spent extensive time assisting the Archdiocese in complying with the Court's *Order Fixing Time To File Proofs of Claims; Approving Proof of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice* [ECF No. 461] (the "Bar Date Order") during the Second Interim Fee Period. In particular, Jones Walker professionals ensured that the Archdiocese (i) provided notice of the General Claims Bar Date and the Sexual Abuse Bar Date Order, as detailed in the Bar Date Order; (ii) reviewed its files as detailed the Bar Date Order; (iii) implemented the Publication Notice Program; and (iv) observed the confidentiality protocols outlined in the Bar Date Order. Further, Jones Walker's professionals aided the Archdiocese in filing Declarations attesting to the efforts the Archdiocese made in compliance with the Bar Date Order.

29.     In compliance with paragraph 23 and Exhibit G of the Bar Date Order, Jones Walker's professionals ensured that the Archdiocese caused a copy of the Publication Notice to be published in print, online, and through television media.

### f.  Property Issues

30.     Jones Walker's professionals also spent time reviewing property of the Debtor and various proposed transfers of real property of the Archdiocese and advising the Archdiocese regarding necessary court approval.  For example, the Archdiocese sought to (i) dedicate a sewer servitude to Jefferson Parish pursuant to a Servitude Dedication Agreement and (ii) sell certain immovable property pursuant to a Purchase Contract. As such, Jones Walker professionals prepared and filed motions seeking approval to dedicate the servitude and sell the immovable property during the Second Interim Fee Period. As a result, the transfers were approved and the value of the Debtor's estate increased.

### g.  Fee Statements and Applications

31.     Additionally, Jones Walker's professionals prepared, revised, and filed Jones Walker's Fourth and Fifth Fee Statements; Blank Rome LLP's ("Blank Rome") Fourth and Fifth Fee Statements; and Carr, Riggs & Ingram's ("CRI") Fourth and Fifth Fee Statements.   In connection with preparing these Fourth and Fifth Fee Statements, Jones Walker, among other things: (i) reviewed extensive billing proformas from October 1, 2020 through January 31, 2021 to ensure that time narratives and costs incurred complied with the UST Guidelines and local rules and regulations for interim compensation; and (ii) broke down time and fees billed by timekeeper and task category, in accordance with the UST Guidelines.  Jones Walker communicated with Blank Rome and CRI in order to obtain the required information used in connection with preparing the fee statements.

32.     During the Second Interim Fee Period, Jones Walker also prepared, revised, and filed (i) the *First Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from May 1, 2020 Through September 30, 2020* [ECF No. 568] ("Jones Walker's First Interim Fee Application"); (ii) the *First Interim Application of Blank Rome LLP for Allowance of Compensation and Reimbursement of Expenses, as Special Insurance Counsel to the Debtor, for the Period from June 1, 2020 Through September 30, 2020* [ECF No. 567] ("Blank Rome's First Interim Fee Application"); and (iii) the *First Interim Fee Application of Carr, Riggs & Ingram, LLC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period May 1, 2020 Through November 19, 2020* [ECF No. 569] ("CRI's First Interim Fee Application").

In connection with preparing the Fee Applications, Jones Walker, among other things: (i) reviewed extensive billing proformas to address the UST's objections and other concerns raised in response to Jones Walker's Fee Statements; (ii) drafted a comprehensive list of services rendered for the time period May 1, 2020 through September 30, 2020; (iii) broke down time and fees billed by timekeeper and task category, in accordance with the UST Guidelines, for this Chapter 11 Case and approximately 31 other proceedings on behalf of the Debtor; (iv) applied the *Johnson* factors to evidence that the services rendered to the Debtor were performed efficiently and effectively; and (v) addressed unanticipated issues that arose in the preparation of the Fee Applications. Notably, Jones Walker spent considerable time reviewing the UST Guidelines, Complex Case Procedures, and Local Rules to format and draft the Fee Applications appropriately.

33.     Further, Jones Walker's professionals reviewed other professionals' fee statements and objected where appropriate. Specifically, Jones Walker spent significant time reviewing and

comparing certain invoices for duplication of services. Accordingly, Jones Walker submitted the *Debtor's Limited Objection to the First Interim Fee Application of Locke Lord LLP, as Co-Counsel to the Official Committee of Unsecured Creditors* [ECF No. 604].

### h. Discovery Issues and Disputes

34.        During the Second Interim Fee Period, Jones Walker responded to the Tort Committee's requests for production of certain documents and information, negotiated with respect to such requests, and reviewed potentially responsive documents in connection with the production. On November 2, 2020, the Tort Committee served the Archdiocese with informal discovery requests, consisting of 101 document production requests [ECF No. 722-2]. The informal document requests sought extensive information regarding the Archdiocese's organizational structure, insurance policies, corporate governance, property, pension and benefit plans, and finances, as well as abuse claims that have been and may be asserted against the Archdiocese.

On December 11, 2020, Jones Walker assisted the Archdiocese in providing the Tort Committee with written objections and responses to the informal document requests. [ECF No. 722-3]. The Archdiocese objected to two categories of information based on the pending proceeding rule and Louisiana's three (3) year lookback period for Revocatory Actions. In connection with these objections, Jones Walker's professionals conducted extensive research and reviewed Rule 2004 discovery requests in other Diocese cases.

Throughout the Second Interim Fee Period, Jones Walker produced documents on a rolling basis, including: (1) insurance policies; (2) directories; (3) organizational charts; (4) coding indices for the Debtor's document system; (5) policies; (6) retention schedules; and (7) Parish Service Agreements. Jones Walker's professionals ensured an efficient production and devoted

considerable time identifying and labeling the relevant documents. While doing so, the Tort Committee filed a Rule 2004 Motion [ECF No. 722] with a request for an expedited hearing. In response, Jones Walker's professionals drafted an opposition to the request for an expedited hearing and successfully argued that the Tort Committee failed to establish good cause for the hearing. As such, Jones Walker's professionals spent substantial time addressing discovery-related issues during the Second Interim Fee Period.

### i. *Insurance Issues*

35.     Jones Walker also expended a significant amount of time assisting the Archdiocese in reviewing information relating to historical insurance policies, or evidence of the existence of such policies. Once policies were identified, Jones Walker interfaced with co-counsel from Blank Rome, LLP in connection with the preparation of a global coverage availability analysis. Jones Walker's professionals also spent time addressing various other issues that may impact the availability of insurance coverage or otherwise augment the Archdiocese's bankruptcy estate.

### j. *Administrative Tasks*

36.     Jones Walker also prepared and filed monthly operating reports, addressed multiple follow-up questions regarding such reports from both the UST and the Tort Committee, and assembled and communicated additional information requested by the UST, the Tort Committee, insurance carriers, and other parties in interest.

37.     Moreover, Jones Walker complied with the *Order Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business Effective as of the Petition Date* [ECF No. 269] and filed two statements [ECF Nos. 514 & 602] providing the following information for each ordinary course professional: (i) the name of the ordinary course professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of

expenses incurred by that ordinary course professional during the reported Quarter; (iii) the aggregate amount of postpetition payments made to that ordinary course professional to date; and (iv) a general description of the services rendered by that ordinary course professional. In doing so, Jones Walker ensured the retention and employment of necessary professionals.

38.     During the Second Interim Fee Period, Jones Walker participated in planning and strategy conferences, coordinated tasks among Jones Walker professionals to ensure efficiency and to avoid duplication of efforts, and communicated with other parties in interest regarding case management issues. Jones Walker also participated in regularly scheduled meetings with the Debtor's leadership and other professionals to coordinate with respect to open business and legal issues facing the Debtor. Specifically, Jones Walker advised the Debtor with respect to accounting, cash flow, fundraising and collection issues, communications with parishes and parishioners, and investment activities in connection with the Chapter 11 Case, among other business operational matters.

39.     Additionally, Jones Walker engaged in regular discussions with counsel for the Tort Committee and other parties in interest regarding a wide variety of issues and responded to multiple inquiries concerning this Chapter 11 Case.

40.     Finally, Jones Walker's professionals are continuing to strategize on issues related to matters involving the preparation of a disclosure statement and plan.

41.     All of the services for which compensation is requested by Jones Walker were performed for, or on behalf of, the Debtor, and not on behalf of any creditor, examiner, trustee, or any other entity. In addition, Jones Walker has not entered into any agreements to fix fees or to share compensation as prohibited by 18 U.S.C. § 155 and 11 U.S.C. § 504.

## REASONABLENESS OF FEES AND EXPENSES

42.     As set forth in the charts attached hereto as **Exhibit A** and further detailed in the itemized time records attached hereto as **Exhibits D-E**, the professionals of Jones Walker expended a total of 3,306.30 hours during the Second Interim Fee Period.  Jones Walker has charged hourly rates for work of this character.   The reasonable value of the services rendered by Jones Walker to the Debtor during the Second Interim Fee Period is $1,120,960.00.

43.     In accordance with the factors enumerated in § 330 of the Bankruptcy Code, Jones Walker respectfully submits that the foregoing amounts requested are fair and reasonable given (a) the complexity of this Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other for non-bankruptcy cases.  Moreover, Jones Walker has reviewed the requirements set forth in Local Rule 2016-1 and believes this Application complies with such Rule.   Moreover, as explained above, Jones Walker has voluntarily capped its rates in this Chapter 11 Case at $490, enabling it to staff the case with its most experienced attorneys who are knowledgeable about the issues in this case.  Taking into account Jones Walker's reduced hourly rates, the amounts requested in this Application represent voluntary reductions by Jones Walker totaling approximately $280,000.[7]

## ACTUAL AND NECESSARY DISBURSEMENTS

44.     As set forth in **Exhibit A**, a total of $17,958.76 of actual, necessary expenses were incurred by Jones Walker during the Second Interim Fee Period.  Jones Walker's disbursement policies pass through all expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.

---

[7] This does not take into account entries on the invoices billed at "no charge."

## FACTORS TO BE CONSIDERED IN AWARDING ATTORNEY'S FEES

45. Bankruptcy Code § 330 authorizes the Court to award professional persons employed pursuant to Bankruptcy Code § 327 reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred. *See* 11 U.S.C. § 330. Specifically, Bankruptcy Code § 330(a) provides:

(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103-

    (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B) reimbursement for actual, necessary expenses . . .

\* \* \*

(3) In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including-

    (A) the time spent on such services;

    (B) the rates charged for such services;

    (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(1) and (a)(3).

46.     The Fifth Circuit traditionally has used the lodestar method to calculate reasonable attorneys' fees. *See Combs v. City of Huntington Texas,* 829 F.3d 388, 392 (5th Cir. 2016); *see also In re Fender,* 12 F.3d 480, 487 (5th Cir. 1994). The lodestar is derived by multiplying the number of hours an attorney would reasonably spend for the same type of work by the prevailing hourly rate in the community. *See Shipes v. Trinity Indus.*, 987 F.2d 311, 319 (5th Cir. 1993). A court then may adjust the lodestar up or down based on the factors contained in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974). *See Am. Benefit Life Ins. Co. v. Braddock (In re First Colonial Corp. of Am.)*, 544 F.2d 1291, 1298 (5th Cir. 1977) (applying the *Johnson* factors in the bankruptcy context). The *Johnson* factors include: (1) time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill required to perform the professional services properly; (4) the preclusion of other employment by the professional due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *See Johnson*, 488 F.2d at 717-19; *see also In re ASARCO LLC*, No. 05-21207, 2011 WL 2975691, at *7 (Bankr. S.D. Tex. July 20, 2011) (applying the *Johnson* factors).

47.     As more fully set forth below, Jones Walker respectfully submits that the *Johnson* factors and the elements governing awards of compensation pursuant to Bankruptcy Code §§ 330 and 331 justify the allowance of the fees and expenses incurred in its representation of the Debtor during the Second Interim Fee Period.

## APPLICATION OF THE *JOHNSON* FACTORS

48.     The professional services rendered by Jones Walker during the Second Interim Fee

Period required a high degree of professional competence and expertise.  Jones Walker submits

that the services rendered to the Debtor were performed efficiently and effectively, and that the

results obtained have provided tangible, identifiable, and material benefits to the Debtor's estate.

**I.      The Time and Labor Required.**

49.     As stated above, Jones Walker's professionals have expended 3,306.30 hours

during the Second Interim Fee Period in the representation of the Debtor.  All of the time spent

was necessary and appropriate for the representation of the Debtor in this Chapter 11 Case.  This

is especially true when considering the nature and urgency of the issues and tasks that arose in this

Chapter 11 Case, including, among other things, the time and skill required to advise the Debtor

in connection with issues on an as needed, and at times expedited, basis.

50.     Jones Walker's representation of the Debtor has required it to balance the need to

provide quality services with the need to act quickly and to represent the Debtor in an effective,

efficient and timely manner.  Jones Walker submits that the hours spent were reasonable given the

size and complexity of this case, and the significant, and often times urgent, legal issues raised.

**II.     The Novelty and Difficulty of the Questions Involved.**

51.     This Chapter 11 Case is designated as a "complex" case and involves a significant

number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law.

*See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Doc. 18].   As such, Jones

Walker's services to the Debtor involve intricate, novel, and difficult questions.

**III.    The Skill Required to Perform the Professional Services Properly.**

52.     Jones Walker believes that its recognized expertise has facilitated the resolution of

certain matters in connection with this Chapter 11 Case and benefited the Debtor's estate.  Due to

the nature and complexity of the legal issues presented in this case, Jones Walker was required to

exhibit a high degree of legal skill.  Additionally, Jones Walker's strong working relationship with various interested parties enabled Jones Walker to work with such professionals towards resolution of many salient issues.  Jones Walker respectfully submits that its professionals have provided significant benefits to the Debtor during the Second Interim Fee Period.

**IV.**   **The Preclusion of Other Employment by the Professional Due to Acceptance of the Case.**

53.    Given the size of the firm, Jones Walker's representation of the Debtor did not preclude its acceptance of new clients.

54.    The rates charged by Jones Walker in this Chapter 11 Case are substantially similar to the rates charged by Jones Walker in connection with non-bankruptcy work.  The professional fees sought herein are based upon Jones Walker's hourly rates for services of this kind.

55.    Jones Walker respectfully submits that the professional fees sought herein are not unusual given the magnitude and complexity of this case and the time expended in attending to the representation of the Debtor, and are commensurate with fees Jones Walker has been awarded in other cases, as well as with professional fees charged by other attorneys of comparable experience.

**VI.**   **Whether the Fee is Fixed or Contingent.**

56.    Pursuant to Bankruptcy Code §§ 330 and 331, all fees sought by professionals employed under Bankruptcy Code § 327 are based on its regularly hourly rates, discounted as set forth herein and in the Retention Application and subject in all respects to this Court's final approval.  The collective efforts of the various parties in interest and their respective professionals, including Jones Walker, have contributed to the resolution of many issues in this case in a relatively short period of time.  Jones Walker has not requested any contingent fee in this Chapter 11 Case.

**VII.**   **Time Limitations Imposed by the Client or the Circumstances.**

{N4309732.1}                                          20

57.     As previously set forth herein, Jones Walker had to respond to tight time-constraints and was often required to tend to certain issues arising in this Chapter 11 Case on an expedited basis.  The emergency nature of these matters demanded that Jones Walker's professionals respond on very short notice to complicated and developing events as they unfold.

**VIII.   The Amount Involved and the Results Obtained.**

58.     Jones Walker submits that the fees requested in this Application are reasonable and appropriate when considering the results obtained on behalf of the Debtor. The total fees Jones Walker seeks to approve in this Application are commensurate with the issues in this Chapter 11 Case.

**IX.    The Experience, Reputation and Ability of the Professionals.**

59.     Jones Walker believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, litigation, and corporate matters.  Jones Walker's attorneys, over many years, have appeared in bankruptcy courts throughout the United States providing legal representation to trustees, debtors, secured creditors, and unsecured creditors in proceedings under the Bankruptcy Code.  Further, Jones Walker has a sophisticated bankruptcy and restructuring practice and is playing or has played a major role representing debtors in other cases.

60.     Jones Walker's experience enabled it to perform the services described herein competently and expeditiously.  In addition to its expertise in the area of reorganization, Jones Walker called upon the expertise of its partners and associates in other practice areas to perform the wide ranging scope of the legal work necessitated by this Chapter 11 Case, including, corporate work and litigation.

**X.    The Undesirability of the Case.**

61.     This matter was not undesirable for Jones Walker.

**XI.     The Nature and Length of the Professional Relationship with the Client.**

62.     Jones Walker was appointed to serve as counsel to the Debtor on June 19, 2020,

*nunc pro tunc* to the Petition Date.

**XII.     Awards in Similar Cases.**

63.     Jones Walker respectfully submits that the foregoing amounts requested are fair

and reasonable based on the customary compensation charged by comparably skilled practitioners

at Jones Walker and other firms in comparable bankruptcy and non-bankruptcy cases.  The services

provided in connection with the fees requested by Jones Walker during the Second Interim Fee

Period are more fully described in the invoices attached hereto as **Exhibits D-E**.

**NO PRIOR REQUEST**

64.     Except for the submission of the Monthly Fee Statements, no prior application for

the relief requested herein has been made to this or any other court.

**WHEREFORE**, Jones Walker respectfully requests that the Court enter an Order (i)

approving and allowing on an interim basis compensation in the amount of $1,120,960.00 for the

reasonable and necessary legal services that Jones Walker rendered to the Debtor during the

Second Interim Fee Period, and reimbursement of actual and necessary expenses incurred in the

sum of $17,958.76; (iii) directing that Jones Walker be paid, from the Debtor's estate, the

remaining unpaid balance of allowed fees and expenses; and (iii) granting such other and further

relief as the Court may deem just and proper.

Dated:  March 25, 2021        Respectfully submitted,

                                   */s/ Laura F. Ashley*
                                   R. PATRICK VANCE
                                   ELIZABETH J. FUTRELL
                                   MARK A. MINTZ
                                   LAURA F. ASHLEY
                                   Jones Walker LLP
                                   201 St. Charles Avenue, 51st Floor
                                   New Orleans, LA 70170
                                   Telephone: (504) 582-8000
                                   Facsimile: (504) 589-8260
                                   Email: pvance@joneswalker.com
                                               efutrell@joneswalker.com
                                               mmintz@joneswalker.com
                                               lashley@joneswalker.com

                                   **ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

## <u>CERTIFICATION OF COMPLIANCE</u>

I, Laura F. Ashley, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and accurate to the best of my knowledge and belief:

(A)     I am a partner with the applicant firm, Jones Walker LLP.

(B)     I personally performed many of the services rendered by Jones Walker LLP as attorney to the Debtor and am familiar with the other work performed on behalf of the Debtor by the professionals at Jones Walker LLP.

(C)     I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Local Rule 2016-1, the Complex Case Procedures, and the UST Guidelines and submit that this Application substantially complies with the same.

Dated: March 25, 2021
New Orleans, Louisiana

                                   */s/ Laura F. Ashley*
                                   Laura F. Ashley

# EXHIBIT A

1.   **J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
     **File Number: 174906-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|---------------|-------------------|---------------------|--------------------|-------------------|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 73.80 | $22,140.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 56.30 | $16,890.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 84.00 | $21,000.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 3.80 | $950.00 |
| **TOTAL** | | | | | **217.90** | **$60,980.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 73.80 | $22,140.00 |
| B410 | General Bankruptcy Advice | 56.30 | $16,890.00 |
| B190 | Other Contested Matters | 87.80 | $21,950.00 |
| **TOTAL** | | **217.90** | **$60,980.00** |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|------|-----------------|--------|
| E106 | Computer Legal Research | $638.55 |
| E112 | Court Fees | $36.50 |
| E116 | Trial Transcripts | $87.00 |
| **TOTAL** | | **$762.05** |

2. **JAMES DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.**
**File Number: 174933-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 5.70 | $1,710.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 6.60 | $1,980.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 9.50 | $2,375.00 |
| TOTAL | | | | | 21.80 | $6,065.00 |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 5.70 | $1,710.00 |
| B410 | General Bankruptcy Advice | 6.60 | $1,980.00 |
| B190 | Other Contested Matters | 9.50 | $2,375.00 |
| TOTAL | | 21.80 | $6,065.00 |

### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| TOTAL | | $0.00 |

{N4293137.1}

### 3. CIVIL DISTRICT COURT MATTERS – GENERAL
### File Number: 175340-01

#### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 8.60 | $2,150.00 |
| **TOTAL** | | | | | **8.60** | **$2,150.00** |

#### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Fees |
|---|---|---|---|
| B190 | Other Contested Matters | 8.60 | $2,150.00 |
| **TOTAL** | | **8.60** | **$2,150.00** |

#### EXPENSE SUMMARY

| Code | Expense Category | Amount |
|---|---|---|
| E118 | Litigation Support | $100.00 |
| **TOTAL** | | **$100.00** |

4.      **POST-PETITION REORGANIZATION ADVICES**
        **File Number: 176960-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $490.00 | 257.50 | $126,175.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 251.40 | $75,420.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 41.50 | $12,450.00 |
| Elizabeth J. Futrell | Partner | Bankruptcy | 1981 | $490.00 | 298.70 | $146,363.00 |
| Jefferson R. Tillery | Partner | Maritime | 1986 | $300.00 | 125.10 | $37,530.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 91.80 | $27,540.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $400.00 | 484.30 | $193,720.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 97.70 | $39,080.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $400.00 | 244.80 | $97,920.00 |
| Pauline F. Hardin | Partner | Litigation | 1974 | $400.00 | 15.10 | $6,040.00 |
| Madeleine Fischer | Special Counsel | Litigation | 1975 | $300.00 | 100.20 | $30,060.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 104.90 | $26,225.00 |
| Lucas H. Self | Associate | Bankruptcy | 2016 | $250.00 | 96.30 | $24,075.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy & Litigation | 2018 | $250.00 | 550.70 | $137,675.00 |
| Caroline V. McCaffrey | Associate | Bankruptcy & Litigation | 2020 | $250.00 | 260.40 | $65,100.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 37.60 | $6,392.00 |
| **TOTAL** | | | | | **3,058.00** | **$1,051,765.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Fees |
|---|---|---|
| B120 – Asset Analysis and Recovery | 20.90 | $8,330.00 |
| B130 – Asset Disposition | 2.90 | $797.00 |
| B210 – Business Operations | 75.40 | $36,712.00 |
| B110 – Case Administration | 706.80 | $237,454.00 |
| B310 – Claims Administration & Objections | 257.10 | $75,556.00 |
| B160 – Fee/Employment Applications | 237.20 | $79,628.00 |
| B170 – Fee/Employment Objections | 62.40 | $19,662.00 |
| B230 – Financing/Cash Collections | 3.70 | $1,498.00 |
| B410 – General Bankruptcy Advice | 127.30 | $36,655.00 |

| | | |
|---|---|---|
| B190 – Other Contested Matters | 1,242.20 | $428,058.00 |
| B320 – Plan & Disclosure Statement | 135.90 | $65,922.00 |
| B250 – Real Estate | 97.70 | $39,080.00 |
| B140 – Relief from Stay/Adequate Protection | 87.30 | $21,825.00 |
| B420 – Restructuring | 1.20 | $588.00 |
| **TOTAL** | **3,058.00** | **$1,051,765.00** |

## EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Computer Legal Research | 9,602.10 |
| Court Fees | 1,618.20 |
| Copying | 197.60 |
| Delivery Services | 20.00 |
| Deposition Transcripts | 627.77 |
| Litigation Support | 2,538.44 |
| Trial Transcripts | 2,470.60 |
| Other | 22.00 |
| **TOTAL** | **17,096.71** |

# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Total Hours Billed in this Application | Total Fees Billed in this Application | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | Billed in this Application | Billed by Firm During Second Interim Fee Period (10/1/2020 – 1/31/2021) (Excluding Bankruptcy Engagements)[1] |
| Partners | 2,050.30 | $804,958.00 | $392.60 | $410.94 |
| Special Counsel | 100.20 | $30,060.00 | $300.00 | $333.89 |
| Associates | 1,118.20 | $279,550.00 | $250.00 | $275.19 |
| Paralegals | 37.60 | $6,392.00 | $170.00 | $170.99 |
| AGGREGATE: | 3,306.30 | $1,120,960.00 | $339.04 | |

---

[1] While Jones Walker used reasonable efforts to separate Bankruptcy and Restructuring matters from other practice group matters, it is possible that there is some overlap between these practice groups and the billings reported herein.

# EXHIBIT C

**BUDGET**

| Code | Project Category | Hours Budgeted | Compensation Budgeted |
|------|------------------|----------------|-----------------------|
| B120 | Asset Analysis and Recovery | 50.00 | $13,000.00 |
| B130 | Asset Disposition | 10.00 | $2,600.00 |
| B210 | Business Operations | 100.00 | $26,000.00 |
| B110 | Case Administration | 1,250.00 | $325,000.00 |
| B310 | Claims Administration & Objections | 300.00 | $78,000.00 |
| B160 | Fee/Employment Applications | 300.00 | $78,000.00 |
| B170 | Fee/Employment Objections | 150.00 | $39,000.00 |
| B230 | Financing/Cash Collections | 20.00 | $5,200.00 |
| B410 | General Bankruptcy Advice | 150.00 | $39,000.00 |
| N/A | Litigation Matters[1] | 500.00 | $130,000.00 |
| B190 | Other Contested Matters | 1,500.00 | $390,000.00 |
| B320 | Plan & Disclosure Statement | 350.00 | $91,000.00 |
| B250 | Real Estate | 200.00 | $52,000.00 |
| B140 | Relief from Stay/Adequate Protection | 100.00 | $26,000.00 |
| B420 | Restructuring | 20.00 | $5,200.00 |
| | **TOTAL** | 5,000.00 | $1,300,000.00 |

---

[1] The term Litigation Matters refers to the 3 proceedings referenced in the Application and identified on Exhibit A thereto. For purposes of simplicity, this Budget treats all Litigation Matters as a single project category and does not include a further breakdown of hours and compensation budgeted within the Litigation Matters category.

{N4293152.1}

**STAFFING PLAN**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work on the Chapter 11 Case and Litigation Matters During the Second Interim Fee Period | Average Hourly Rate |
|---|---|---|
| Partners | 9 | $445.00 |
| Special Counsel | 2 | $300.00 |
| Associates | 4 | $250.00 |
| Paralegals | 1 | $70.00 |
| **TOTAL** | **16** | |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS,**

**Debtor**. [1]

Case No. 20-10846

Section "A"

Chapter 11

## FOURTH STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD OCTOBER 1, 2020 THROUGH NOVEMBER 30, 2020

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2020 through November 30, 2020 |
| Amount of Compensation Requested: | $509,634.00 |
| Net of 20% Holdback: | $407,707.20 |
| Amount of Expenses Requested: | $8,876.60 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $416,583.80 |

This is a:  X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 170] (the "Retention Order"), and the Chapter 11 Complex Case Order*, section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("Jones Walker") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from October 1, 2020 through November 30, 2020 (the "Fee Period"). By this fourth statement, Jones Walker seeks payment in the amount of $416,583.80, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Jones Walker is handling this Chapter 11 Bankruptcy Proceeding and approximately 32 other proceedings on behalf of the Debtor (the "Litigation Matters"). As such, **Exhibit A** is a summary of the Litigation Matters, which includes a breakdown by matter of the following:

    a. summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

    b. a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

    c. a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2. Attached as **Exhibit B** is a summary of this chapter 11 bankruptcy proceeding (the "Chapter 11 Bankruptcy Proceeding"), which includes a breakdown of the following:

    a. summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

    b. a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

    c. a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Finally, attached hereto as **Exhibit C** are the itemized time records of Jones Walker professionals for the Litigation Matters and this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibit C also includes a summary of the

services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

**NOTICE**

4.     Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) counsel for the Unsecured Creditors' Committee; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

5.     Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

6.     To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New Orleans, Louisiana
      January 28, 2021

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN
CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS**

{N4166374.1}

# EXHIBIT A

## EXHIBIT A

**J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
**FILE NUMBER: 174906-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from October 14, 2020 through November 13, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 1.40 | 420.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 2.60 | 780.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 3.80 | 950.00 |
| **TOTAL** | | | **7.80** | **$2,150.00** |

### Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 1.40 | 420.00 |
| **B190** | Other Contested Matters | 3.80 | 950.00 |
| | **Total Administration** | **5.20** | **1,370.00** |
| | | | |
| | **Bankruptcy-Related Advice** | | |
| **B410** | General Bankruptcy Advice | 2.60 | 780.00 |
| | **Total Bankruptcy-Related Advice** | **2.60** | **780.00** |
| | | | |
| | **TOTAL** | **7.80** | **$2,150.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| | **TOTAL** | **0.00** |

**TOTAL FEES AND COSTS:  $2,150.00**

{N4165727.1}

# EXHIBIT B

**EXHIBIT B**

**IN RE:  THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**

**FILE NUMBER: 176960-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from October 1, 2020 through November 30, 2020

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 94.80 | 28,440.00 |
| Elizabeth J Futrell | Partner | 490.00 | 166.20 | 81,438.00 |
| Joseph J Lowenthal | Partner | 300.00 | 11.40 | 3,420.00 |
| Jefferson R. Tillery | Partner | 300.00 | 22.00 | 6,600.00 |
| R Patrick Vance | Partner | 490.00 | 134.90 | 66,101.00 |
| Wayne G. Zeringue, Jr | Partner | 300.00 | 40.60 | 12,180.00 |
| Jeffrey P. Good | Partner | 400.00 | 46.60 | 18,640.00 |
| Laura F. Ashley | Partner | 400.00 | 169.00 | 67,600.00 |
| Mark A. Mintz | Partner | 400.00 | 200.00 | 80,000.00 |
| Allison Kingsmill | Associate | 250.00 | 30.40 | 7,600.00 |
| Caroline V. McCaffrey | Associate | 250.00 | 115.50 | 28,875.00 |
| Lucas H. Self | Associate | 250.00 | 96.30 | 24,075.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 252.90 | 63,225.00 |
| Madeleine Fischer | Partner | 300.00 | 64.30 | 19,290.00 |
| **TOTAL** | | | **1,444.90** | **507,484.00** |

## Compensation by Project Category for Hourly Services

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 440.30 | 150,404.00 |
| **B130** | Asset Disposition | 0.50 | 197.00 |
| **B140** | Relief From Stay/Protec | 85.00 | 21,250.00 |
| **B160** | Fee/Emplmt Applications | 172.30 | 54,766.00 |
| **B170** | Fee/Emplmt Objections | 29.70 | 9,927.00 |
| **B190** | Other Contested Matters | 375.10 | 143,164.00 |
| | **Total Administration** | **1,102.90** | **379,708.00** |
| | | | |
| | **Operations** | | |
| **B210** | Business Operations | 32.10 | 15,495.00 |
| **B230** | Financing/Cash Collecti | 3.70 | 1,498.00 |
| **B250** | Real Estate | 46.60 | 18,640.00 |
| | **Total Operations** | **82.40** | **35,633.00** |
| | | | |
| | **Claims And Plan** | | |
| **B310** | Claims/Admn/Objections | 113.30 | 37,119.00 |
| **B320** | Plan Disclosure Stmt | 70.00 | 33,631.00 |
| | **Total Claims and Plan** | **183.30** | **70,750.00** |
| | | | |
| | **Bankruptcy Related Advice** | | |
| **B410** | General Bankruptcy Advice | 76.10 | 21,295.00 |
| **B420** | Restructuring | 0.20 | 98.00 |
| | **Total Bankruptcy-related Advice** | **76.30** | **$21,393.00** |
| | **TOTALS** | **1,444.90** | **507,484.00** |

## Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E101** | Copying | 197.60 |
| **E106** | Computer Legal Research | 6,007.95 |
| **E112** | Court Fees | 894.90 |
| **E116** | Trial Transcripts | 501.75 |
| **E118** | Litigation Support | 1,274.40 |
| | **TOTAL** | **$8,876.60** |

**TOTAL FEES AND COSTS: $516,360.60**

**EXHIBIT C**

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JANUARY 28, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL       INVOICE NO. 1061859
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
     INDEMNITY, INC., ET AL

FILE NO. 174906-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 10/14/20 | WGZ | B410 | A103 | REVISIONS AND EDITS TO OPPOSITION TO LIFT STAY MOTION REGARDING DISCOVERY ISSUES IN JW DOE AND JAMES DOE MATTERS FILED IN CIVIL DISTRICT COURT. | 1.60 | 480.00 |
| 10/14/20 | WGZ | B410 | A104 | ADDRESS ISSUES REGARDING LIFE EXPECTANCY OF POTENTIAL WITNESS AND DEPARTMENT OF LABOR TABLES REGARDING SAME. | .60 | 180.00 |
| 10/15/20 | WGZ | B410 | A104 | FINAL REVIEW OF EDITS AND REVISIONS TO OPPOSITION TO LIFT STAY MOTIONS. | .40 | 120.00 |
| 11/09/20 | EDW | B110 | A108 | REVIEWED ISSUES REGARDING OBJECTION TO MOTION TO REOPEN CASE. | .20 | 60.00 |
| 11/09/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED MOTION TO REOPEN CASE FILED BY MR. GISLESON. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01

| | | | | | |
|---|---|---|---|---|---|
| 11/09/20 | EDW | B110 | A103 | REVIEWED AND REVISED MEMORANDUM IN OPPOSITION TO MOTION TO REOPEN CASE. | .50 | 150.00 |
| 11/09/20 | EDW | B110 | A103 | REVIEWED ISSUES REGARDING DEPOSITION ISSUES ARISING. | .50 | 150.00 |
| 11/09/20 | SAO | B190 | A104 | REVIEW J.W. DOES EX PARTE MOTION TO RE-OPEN CASE FOR LIMITED DISCOVERY PURPOSES. | .20 | 50.00 |
| 11/09/20 | SAO | B190 | A102 | RESEARCH CASE LAW CONSTRUING BANKRUPTCY RULE 4001(A)(3). | .90 | 225.00 |
| 11/09/20 | SAO | B190 | A103 | DRAFT OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO RE-OPEN CASE FOR LIMITED DISCOVERY PURPOSES (2.1); REVISE THE SAME PER COMMENTS FROM MR. WEGMANN (0.4). | 2.50 | 625.00 |
| 11/13/20 | SAO | B190 | A108 | REVIEW NOTICE OF DEFICIENCY REGARDING J.W. DOE'S EX PARTE MOTION TO REOPEN (0.1); CORRESPONDENCE TO THE CLIENT REGARDING THE SAME (0.1). | .20 | 50.00 |

                                        --------    -----------
                          TOTALS            7.80      $2,150.00
                                        ========    ===========

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    3
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01


|                                    | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE SUMMARY                  | HOURS    | FEES        | HOURS    | FEES        |
| ---------------------------------- | -------- | ----------- | -------- | ----------- |
| ADMINISTRATION                     |          |             |          |             |
| B110     CASE ADMINISTRATION       | 1.40     | 420.00      | 17.80    | 4,943.00    |
| B160     FEE/EMPLMT APPLICATIONS   | .00      | .00         | 2.80     | 840.00      |
| B190     OTHER CONTESTED MATTERS   | 3.80     | 950.00      | 31.30    | 7,511.50    |
|    TOTAL ADMINISTRATION            | 5.20     | 1,370.00    | 51.90    | 13,294.50   |
|                                    |          |             |          |             |
| CLAIMS AND PLAN                    |          |             |          |             |
| B310     CLAIMS/ADMN/OBJECTIONS    | .00      | .00         | 3.50     | 875.00      |
|    TOTAL CLAIMS AND PLAN           | .00      | .00         | 3.50     | 875.00      |
|                                    |          |             |          |             |
| BANKRUPTCY-RELATED ADVICE          |          |             |          |             |
| B410     GENERAL BANKRUPTCY ADVI   | 2.60     | 780.00      | 4.90     | 1,470.00    |
|    TOTAL BANKRUPTCY-RELATED ADVI   | 2.60     | 780.00      | 4.90     | 1,470.00    |
|                                    |          |             |          |             |
| L430                               | .00      | .00         | 1.90     | 475.00      |
|    TOTAL                           | .00      | .00         | 1.90     | 475.00      |
|                                    | -------- | ----------- | -------- | ----------- |
|                 TOTALS             | 7.80     | 2,150.00    | 62.20    | 16,114.50   |
|                                    | ======== | =========== | ======== | =========== |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE     4
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | FEES | CUMULATIVE TOTALS HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 1.40 | 420.00 | 13.60 | 4,080.00 |
| JOSEPH J LOWENTHAL | .00 | .00 | .00 | .90 | 270.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 2.60 | 780.00 | 4.90 | 1,470.00 |
| LAURA F. ASHLEY | .00 | .00 | .00 | 2.80 | 840.00 |
| ALLISON KINGSMILL | .00 | .00 | .00 | 25.60 | 6,400.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 3.80 | 950.00 | 8.20 | 2,050.00 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 3.30 | 511.50 |
| SCOTT M. SIGL | .00 | .00 | .00 | 2.60 | 403.00 |
| TOTALS | | 7.80 | 2,150.00 | 62.20 | 16,114.50 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01


                              TOTAL COSTS:                    $0.00


                              TOTAL FEES AND COSTS:      $2,150.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    6
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


            * * *   R E M I T T A N C E   C O P Y   * * *

                        TOTAL FEES:                    $2,150.00

                        TOTAL COSTS:                       $0.00

                        LESS CREDITS:                      $0.00
                                                    ------------
                        TOTAL CURRENT FEES AND COSTS DUE   $2,150.00

                        TOTAL PRIOR INVOICES DUE:          $0.00
                                                    -----------


                        TOTAL AMOUNT DUE:             $2,150.00
                                                    ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
                **201 St. Charles Ave. - 50th Floor**
                **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE     7
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                      ATLANTA, GA (404)870-7500
                    BATON ROUGE, LA (225)248-2000
                    BIRMINGHAM, AL (205)244-5200
                     HOUSTON, TX (713)437-1800
                     JACKSON, MS (601)949-4900
                    LAFAYETTE, LA (337)593-7600
                      MIAMI, FL (305)679-5700
                     MOBILE, AL (251)432-1414
                   NEW ORLEANS, LA (504)582-8000
                     NEW YORK, NY (646)512-8101
                     PHOENIX, AZ (602)366-7889
                   TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                   THE WOODLANDS, TX (281)296-4400


    ****************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   8
JANUARY 28, 2021
INVOICE NO.: 1061859
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *



            TOTAL FEES:                        $2,150.00

            TOTAL COSTS:                           $0.00

            LESS CREDITS:                          $0.00
                                              ------------
            TOTAL CURRENT FEES AND COSTS DUE    $2,150.00

               TOTAL PRIOR INVOICES DUE:           $0.00
                                              -----------

            TOTAL AMOUNT DUE:                   $2,150.00
                                              ============

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JANUARY 28, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1061860
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

        RE:  POST-PETITION REORGANIZATION ADVICES

            FILE NO. 176960-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 10/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTIONS TO LIFT STAY AND DISCOVERY. | .90 | 270.00 |
| 10/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING BAR NOTICE. | .50 | 150.00 |
| 10/01/20 | EJF | B210 | A106 | MEMOS RE SETTLEMENT MOTION; | .40 | 196.00 |
| 10/01/20 | EJF | B210 | A107 | TELEPHONE FROM COMMITTEE COUNSEL RE SETTLEMENT MOTION; | .20 | 98.00 |
| 10/01/20 | EJF | B210 | A103 | REVISE REPLY BRIEF; | .80 | 392.00 |
| 10/01/20 | JJL | B110 | A104 | REVIEW ORDER FROM COURT REGARDING TORT PLAINTIFF'S MOTION TO LIFT STAY | .10 | 30.00 |
| 10/01/20 | RPV | B190 | A106 | EMAILS TO AND FROM CLIENT REGARDING LATEST ABUSE ACCUSATIONS. | .30 | 147.00 |
| 10/01/20 | RPV | B190 | A105 | EMAILS FROM MR. MINTZ AND MR. WEGMANN REGARDING REVIEW OF ORDER FROM LIFT STAY HEARING AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE      2
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/01/20 RPV   B310  A105   EMAILS AMONG TEAM AND CLIENT         .50        245.00
                           REGARDING NOTICE ISSUES AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .

10/01/20 RPV   B190  A105   OFFICE CONFERENCE WITH MR.           .50        245.00
                           MINTZ REGARDING AGENDA FOR
                           OCTOBER HEARING

10/01/20 RPV   B190  A108   TELEPHONE CONVERSATIONS WITH         .60        294.00
                           MR. DRAPER REGARDING REMOVAL,
                           REMAND AND LIFT STAY ISSUES

10/01/20 WGZ   B410  A107   EMAILS WITH COUNSEL FOR             .30         90.00
                           DIOCESE IN SCRANTON, PA (AA
                           DOE MATTER) REGARDING STAY OF
                           PROCEEDINGS IN MATTERS
                           PENDING IN STATE COURT AND
                           STAY OF DISCOVERY.

10/01/20 LFA   B110  A107   CORRESPONDENCES WITH MS.           2.00        800.00
                           MOSKOWITZ AND MR. DRAPER
                           REGARDING BAR DATE ORDER AND
                           SELECT EXHIBITS (.5); WITH
                           MESSRS. SELF AND RUBIN
                           REGARDING OMNIBUS HEARING
                           DATES (.3); WITH MR. SELF
                           REGARDING BAR DATE ORDER AND
                           NOTICE AND REVISIONS (.5);
                           WITH CLIENT AND MINTZ
                           REGARDING NOTICE (.7).

10/01/20 MAM   B110  A101   FINALIZE BAR DATE ORDER.           4.20      1,680.00
                           (1.0)  REVIEW OF THE SAME.
                           (0.2) RECEIPT AND REVIEW OF
                           MOTION TO BE A NOTICE PARTY.
                           (0.6)  CORRESPONDENCE
                           REGARDING THE SAME.
                           (0.9)CORRESPONDENCE REGARDING
                           RULING ON MOTION TO LIFT
                           STAY. (1.0) CONFERENCES
                           REGARDING SUPPLEMENTAL
                           BRIEFING. (0.5)

10/01/20 LHS   B190  A104   REVIEW DRAFT IF EXHIBIT J          1.20        300.00
                           PREPARED BY THE ARCHDIOCESE
                           FOR CONFORMITY WITH THE BAR
                           DATE ORDER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/01/20 LHS    B110  A101   REVIEW CHANGES TO THE BAR              .30          75.00
                             DATE ORDER BY THE COURT.

10/01/20 SAO    B140  A103   BEGIN DRAFTING OUTLINE OF            3.40         850.00
                             SUPPLEMENTAL MEMORANDUM OF
                             LAW REGARDING THE LIFT STAY
                             MOTIONS.

10/01/20 SAO    B140  A105   TELEPHONE CONFERENCE WITH MR.         .40         100.00
                             MINTZ TO DISCUSS SUPPLEMENTAL
                             MEMORANDUM REGARDING THE LIFT
                             STAY MOTIONS.

10/01/20 SAO    B140  A102   RESEARCH FIFTH CIRCUIT CASE         2.90         725.00
                             LAW ADDRESSING THE AUTOMATIC
                             STAY'S APPLICABILITY TO
                             NON-DEBTOR CO-DEFENDANTS.

10/02/20 EDW    B110  A104   REVIEWED ISSUES REGARDING UCC         .30          90.00
                             OBJECTION TO THE
                             ARCHDIOCESE'S MOTION TO
                             APPROVE SETTLEMENT WITH TMI.

10/02/20 EDW    B110  A104   RECEIVED AND REVIEWED                 .30          90.00
                             DISCOVERY INTERROGATORIES AND
                             REQUEST FOR PRODUCTION FROM
                             UCC REGARDING TMI SETTLEMENT.

10/02/20 EJF    B210  A104   RECEIVED REVIEW MEMO AND            1.90         931.00
                             CORRESPONDENCE RE DISCOVERY
                             RELATED TO SETTLEMENT MOTION
                             (.2) AND DISCOVERY (.5);
                             REVIEW DOCUMENTS RE SAME (1.2)

10/02/20 EJF    B210  A106   MEMO TO CLIENT RE SAME;              .20          98.00

10/02/20 EJF    B210  A105   MEMO TO MR. MR. AND MR. VANCE        .00           .00
                             RE SAME;

10/02/20 EJF    B110  A104   REVIEW DECLARATIONS IN NEW           .20          98.00
                             CASE;

10/02/20 EJF    B110  A106   MEMO TO CLIENT RE SAME;              .10          49.00

10/02/20 RPV    B190  A105   EMAILS FROM MR. SELF AND MS.         .20          98.00
                             FUTRELL REGARDING RESEARCH ON
                             SETTLEMENT NEGOTIATIONS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    4
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/02/20 RPV   B190  A104   RECEIVED AND REVIEWED                .50       245.00
                           DISCOVERY FROM THE CREDITORS'
                           COMMITTEE RE THE SETTLEMENT
                           MOTION, EMAIL FROM MS.
                           FUTRELL REGARDING SAME AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .


10/02/20 RPV   B190  A104   REVIEWED MEDIATION RESEARCH,        .60       294.00
                           EMAILS FROM MR. SELF AND MR.
                           MINTZ REGARDING SAME AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .


10/02/20 RPV   B160  A104   RECEIVED AND REVIEWED ORDER         .10        49.00
                           GRANTING MOTION TO EXPEDITE
                           HEARING ON MOTION TO BE
                           DESIGNATED AS PROFESSIONAL
                           FEE NOTICE PARTY.


10/02/20 WGZ   B410  A104   ANALYSIS OF DISCOVERY              .40       120.00
                           REQUESTS FROM COMMITTEE
                           REGARDING SETTLEMENT.


10/02/20 LFA   B110  A105   CORRESPONDENCES WITH MR. SELF    1.50       600.00
                           REGARDING BAR DATE TASK CHART
                           (.1); WITH CLIENT REGARDING
                           BAR DATE INFO (.5); WITH MR.
                           LOGAN REGARDING ARCHDIOCESE
                           OF NEW ORLEANS- BAR DATE
                           ORDER (.5); WITH MS. WHEATMAN
                           REGARDING TEG REVISIONS TO
                           EXHIBIT G (.3); REVIEWED BAR
                           DATE TASK MEMO (.1).


10/02/20 MAM   B190  A101   VARIOUS CONFERENCES AND         3.50     1,400.00
                           CORRESPONDENCE WITH CLIENT
                           AND COUNSEL REGARDING
                           DISCOVERY ISSUES RELATED TO
                           THE SETTLEMENT MOTION. (1.5);
                           WORK ON THE SAME. (1.4);
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING THE SAME (0.6).


10/02/20 LHS   B110  A101   REVIEW DISTRICT COURT'S         1.00       250.00
                           OPINION ON THE ADVERSARY
                           PROCEEDING.

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/02/20 LHS    B110  A103   DRAFT INTERNAL CHART OF TASKS       1.40        350.00
                             THAT NEED TO BE COMPLETED BY
                             THE BAR DATE ORDER.

10/02/20 SAO    B310  A104   REVIEW FINAL BAR DATE ORDER.         .30         75.00

10/02/20 SAO    B160  A104   REVIEW TMI TRUST COMPANY'S           .20         50.00
                             MOTION TO BE DESIGNATED AS
                             PROFESSIONAL FEE NOTICE PARTY
                             AND MOTION TO EXPEDITE (0.1);
                             REVIEW ORDER GRANTING MOTION
                             FOR EXPEDITED HEARING OF THE
                             SAME (0.1).

10/02/20 SAO    B110  A102   REVIEW FIRST DAY PLEADINGS IN       1.20        300.00
                             CONNECTION WITH THE DIOCESE
                             OF ROCKVILLE CENTRE CHAPTER
                             11 CASE.

10/02/20 SAO    B110  A102   REVIEW FIRST DAY PLEADINGS IN        .80        200.00
                             CONNECTION WITH THE DIOCESE
                             OF CAMDEN, NJ CHAPTER 11 CASE.

10/02/20 SAO    B190  A104   REVIEW THE COMMITTEE'S               .30         75.00
                             DISCOVERY REQUESTS IN
                             CONNECTION WITH THE BOND
                             TRUSTEE SETTLEMENT MOTION.

10/02/20 SAO    B140  A102   ANALYZE DIOCESE OF ROCKVILLE        2.90        725.00
                             CENTRE'S ADVERSARY COMPLAINT
                             AND MOTION FOR PRELIMINARY
                             INJUNCTION SEEKING TO STAY
                             ABUSE ACTIONS AS AGAINST
                             NON-DEBTOR CO-DEFENDANTS.

10/02/20 SAO    B140  A102   ANALYZE DIOCESE OF CAMDEN,          2.30        575.00
                             NEW JERSEY'S ADVERSARY
                             COMPLAINT AND MOTION FOR
                             PRELIMINARY INJUNCTION
                             SEEKING TO STAY ABUSE ACTIONS
                             AS AGAINST NON-DEBTOR
                             CO-DEFENDANTS.

10/02/20 SAO    B140  A103   CONTINUE DRAFTING OUTLINE OF        1.80        450.00
                             SUPPLEMENTAL MEMORANDUM OF
                             LAW IN CONNECTION WITH THE
                             LIFT STAY MOTIONS.
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    6
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/03/20 EDW    B110  A104   REVIEWED ISSUES REGARDING           1.30        390.00
                             COMMITTEE DISCOVERY AND
                             OBJECTION TO DEBTOR
                             SETTLEMENT WITH TMI.

10/03/20 EJF    B210  A103   DRAFT AND REVISE LETTER TO           .80        392.00
                             CREDITORS' COMMITTEE COUNSEL
                             RE SETTLEMENT MOTION AND
                             DISCOVERY;

10/03/20 EJF    B210  A103   DRAFT MEMO RE DISCOVERY;            1.10        539.00

10/03/20 EJF    B210  A104   REVIEW DOCUMENTS RE RESPONSE        2.90      1,421.00
                             TO DISCOVERY;

10/03/20 EJF    B210  A105   CONFERENCE CALL WITH MR.             .40        196.00
                             WEGMANN RE DISCOVERY ISSUES;

10/03/20 EJF    B210  A105   MEMO TO CLIENT REGARDING            .20         98.00
                             DISCOVERY;

10/03/20 RPV    B190  A106   EMAILS AMONG TEAM AND CLIENT        .20         98.00
                             REGARDING REVIEW OF AND
                             REVISIONS TO LETTER REGARDING
                             DISCOVERY FROM THE CREDITORS'
                             COMMITTEE RE THE SETTLEMENT
                             MOTION.

10/03/20 LFA    B110  A105   REVIEWED BAR DATE TASK MEMO        2.00        800.00
                             AND DEADLINES (.5);
                             CORRESPONDENCES WITH MR. SELF
                             REGARDING REVISED BAR DATE
                             TASKS (.5); WITH MS. VOORHIES
                             AND MESSRS. LOGAN AND SELF
                             REGARDING ARCHDIOCESE OF NEW
                             ORLEANS- BAR DATE ORDER (.5);
                             WITH MR. MINTZ REGARDING
                             INTERNAL STRATEGY MEETING AND
                             BLANK ROME (.5).

10/03/20 LHS    B110  A103   CREATE CHART WITH TASKS FOR        2.00        500.00
                             THE ARCHDIOCESE AND NOTICING
                             AGENT TO COMPLETE AS WELL.

10/03/20 LHS    B110  A103   REVISE BAR DATE EXHIBITS          1.10        275.00
                             BASED ON INFORMATION SUPPLIED
                             BY THE NOTICING AGENT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     7
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 10/03/20 SAO | B140 | A102 | RESEARCH APPLICABILITY OF AUTOMATIC STAY TO DISCOVERY PROPOUNDED UPON EMPLOYEES OF THE DEBTOR. | 1.10 | 275.00 |
| 10/04/20 EJF | B210 | A106 | MEMOS WITH CLIENT REGARDING SETTLEMENT MOTION; | .10 | 49.00 |
| 10/04/20 EJF | B210 | A107 | FINALIZE LETTER TO COMMITTEE'S COUNSEL AND MEMO TO COMMITTEE COUNSEL RE SAME (.3); | .30 | 147.00 |
| 10/04/20 JRT | B190 | A101 | PREPARE FOR TEAM MEETING TO DISCUSS CERTAIN BRIEFING ISSUES RE THE SETTLEMENT MOTION. | 1.00 | 300.00 |
| 10/04/20 RPV | B310 | A104 | EMAILS FROM MR. MINTZ, MS. ASHLEY AND MR. DRAPER REGARDING REVIEW OF BAR DATE ORDER ISSUED BY COURT. | .30 | 147.00 |
| 10/04/20 RPV | B110 | A104 | RECEIVED AND REVIEWED AGENDA FOR UPCOMING MEETING AND REVIEWED UPCOMING DEADLINES. | .10 | 49.00 |
| 10/04/20 RPV | B190 | A104 | RECEIVED AND REVIEWED LETTER TO MR. BOLDISSAR REGARDING DISCOVERY FROM THE CREDITORS' COMMITTEE RE THE SETTLEMENT MOTION. | .10 | 49.00 |
| 10/04/20 WGZ | B410 | A104 | EMAILS REGARDING STRATEGY AND REGARDING RESPONSE TO LIFT STAY MOTIONS. | .30 | 90.00 |
| 10/04/20 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. DRAPER AND MINTZ REGARDING BAR DATE (.4); WITH MESSRS. LOGAN AND SELF REGARDING ARCHDIOCESE OF NEW ORLEANS- SEXUAL ABUSE SURVIVOR PROOF OF CLAIM FORM (.4). | .80 | 320.00 |
| 10/04/20 MAM | B110 | A101 | CORRESPONDENCE WITH CLIENT REGARDING WEEKLY SCHEDULE | 1.20 | 480.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/05/20 EDW    B110  A104   REVIEWED ISSUES REGARDING           .80        240.00
                             DISCOVERY FROM UCC REGARDING
                             BOND SETTLEMENT MOTION.

10/05/20 EDW    B110  A104   REVIEWED COMMUNICATIONS WITH        .50        150.00
                             MR. BOLDISSAR REGARDING
                             DISCOVERY TO DEBTOR REGARDING
                             SETTLEMENT MOTION REGARDING
                             BONDHOLDER.

10/05/20 EDW    B110  A107   REVIEWED COMMUNICATIONS WITH        .20         60.00
                             MS. MURPHY REGARDING
                             DISCOVERY DISPUTE.

10/05/20 EDW    B110  A104   REVIEWED COMMUNICATIONS            .20         60.00
                             REGARDING HEARING DATE ON
                             UCC'S MOTION TO COMPEL
                             DISCOVERY REGARDING BOND
                             TRUSTEE.

10/05/20 EDW    B110  A104   REVIEWED ISSUES REGARDING          .30         90.00
                             APPLICATION OF PRIVILEGE
                             REGARDING COMMUNICATIONS WITH
                             BOND TRUSTEE.

10/05/20 EDW    B110  A101   WORKED ON ISSUES REGARDING        2.10        630.00
                             UCC OBJECTION TO BONDHOLDER
                             SETTLEMENT, INCLUDING
                             DISCOVERY AND PREPARING
                             EVIDENCE FOR HEARING.

10/05/20 EDW    B110  A104   RECEIVED AND REVIEWED             .30         90.00
                             PROPOSED STIPULATION
                             REGARDING DISCOVERY TO DEBTOR
                             AND TCMI.

10/05/20 EDW    B110  A104   RECEIVED AND REVIEWED             .20         60.00
                             COMMUNICATIONS BETWEEN MR.
                             BOLDISSAR AND MS. MURPHY
                             REGARDING DISPUTE REGARDING
                             STIPULATION.

10/05/20 EJF    B110  A107   CONFERENCE CALL WITH              .50        245.00
                             POTENTIAL ESTATE PROFESSIONAL;

10/05/20 EJF    B110  A106   MEMO TO CLIENT RE SAME;           .20         98.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    9
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/05/20 EJF | B210 | A107 | REVIEW MEMOS TO AND FROM COMMITTEE COUNSEL RE POTENTIAL MOTION TO COMPEL (.5); REVIEW MEMOS TO AND FROM MS. MURPHY RE SAME (.2); MEMOS RE SAME TO COUNSEL TO THE COMMITTEE (.2); | .90 | 441.00 |
| 10/05/20 EJF | B210 | A104 | REVIEW PROPOSED ORDER FROM COMMITTEE'S COUNSEL (.2); REVIEW PROPOSED STIPULATION FROM COMMITTEE COUNSEL (.2); MEMO TO COMMITTEE COUNSEL RE SAME (.1); | .50 | 245.00 |
| 10/05/20 EJF | B210 | A103 | REVISED PROPOSED STIPULATION REQUESTED BY COMMITTEE COUNSEL (.7); DRAFT AND REVISE RESPONSES TO DISCOVERY (2.9); REVISE REPLY BRIEF (1.4); | 5.00 | 2,450.00 |
| 10/05/20 EJF | B210 | A106 | CONFERENCE CALL (.2) AND EMAILS TO AND FROM CLIENT (.2) RE DISCOVERY RELATE ISSUES; | .40 | 196.00 |
| 10/05/20 EJF | B210 | A105 | CONFERENCE CALLS AND EMAILS RE DISCOVERY RELATED ISSUES (.8) )(NO CHARGE); | .00 | NO CHARGE |
| 10/05/20 JJL | B110 | A104 | ASSIST DEVELOPMENT OF ARGUMENTS AND STRATEGY REGARDING DISCOVERY DISPUTE ON SETTLEMENT MOTION. | 1.40 | 420.00 |
| 10/05/20 JRT | B190 | A104 | STUDY RECENT FILINGS IN OTHER DIOCESE BANKRUPTCY CASES (0.7); ANALYZE ISSUE REGARDING PENNSYLVANIA BANKRUPTCY FOR GUIDANCE ON DISCOVERY ISSUES (0.8). | 1.50 | 450.00 |
| 10/05/20 RPV | B190 | A104 | RESEARCHED AND ANALYZED ISSUES INVOLVING NOTICE, SETTLEMENT MOTION, DISCOVERY AND UCC ISSUES. | 1.50 | 735.00 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   10
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/05/20 RPV   B190  A104   REVIEWED REVISIONS TO              .30       147.00
                            STIPULATION REGARDING
                            SETTLEMENT MOTION DISCOVERY
                            AND OFFICE CONFERENCE WITH
                            MR. MINTZ REGARDING SAME .

10/05/20 RPV   B190  A104   EMAILS FROM MS. MURPHY, MS.        .20        98.00
                            FUTRELL, MR. MINTZ AND MR.
                            BOLDISSAR REGARDING DISCOVERY
                            STIPULATION ISSUES.

10/05/20 RPV   B190  A108   TELEPHONE CONVERSATION WITH        .50       245.00
                            COUNSEL REGARDING NOTICE AND
                            LIFT STAY ISSUES

10/05/20 LFA   B110  A103   CORRESPONDENCES WITH MS.           .50       200.00
                            VOORHIES AND MESSRS. MINCE,
                            SELF AND LOGAN REGARDING BAR
                            DATE HOSTING COST ISSUES.

10/05/20 LFA   B110  A105   CORRESPONDENCES WITH MR. SELF     4.50     1,800.00
                            REGARDING ARCHDIOCESE - TV
                            QUESTIONS AND PROPOSED
                            EXHIBIT G (1.0); AGENDA FOR
                            MEETING, FEEDBACK, DRAFT
                            RESPONSE, NOTICE, AND OTHER
                            ISSUES RELATED TO BAR DATE
                            MEDIA CAMPAIGN (1.0); WITH
                            CLIENT AND MR. MINTZ
                            REGARDING BLANK ROME (.5);
                            PREPARED FOR VIDEO CALL WITH
                            CLIENT (1.0); PARTICIPATED IN
                            VIDEO CALL WITH TEG, CLIENT
                            AND MR. SELF TO DISCUSS BAR
                            DATE MEDIA CAMPAIGN AND BAR
                            DATE ORDER DEADLINES (1.0).

10/05/20 MAM   B110  A101   PLAN AND PREPARE FOR CALL ON      2.30       920.00
                            WEEKLY SCHEDULE, BAR DATE
                            ISSUES, AND DISCOVERY ISSUES.

10/05/20 LHS   B410  A101   PREPARE AGENDA FOR BAR DATE        .60       150.00
                            ISSUES TO DISCUSS WITH DONLIN
                            RECANO.

10/05/20 LHS   B190  A101   DRAFT SUMMARY OF ISSUES            .80       200.00
                            RELATING TO JOINT INTEREST
                            PRIVILEGE.
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   11
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/05/20 LHS   B410  A101   PREPARE FOR MEETING WITH THE        .90        225.00
                           ARCHDIOCESE TO DISCUSS STEPS
                           TO COMPLETE BAR DATE.

10/05/20 LHS   B410  A103   PREPARE AGENDA FOR MEETING          .60        150.00
                           WITH EH ARCHDIOCESE.

10/05/20 LHS   B410  A103   DRAFT LIST OF QUESTIONS THAT       1.20        300.00
                           THE ARCHDIOCESE AND DONLIN
                           RECANO STILL HAVE REGARDING
                           THE BAR DATE MOTION.

10/05/20 LHS   B410  A108   COMMUNICATE WITH NOTICING           .60        150.00
                           AGENT REGARDING STEPS THAT
                           ARE REQUIRED IN THE
                           BANKRUPTCY PROCESS.

10/05/20 LHS   B410  A103   EDIT SEXUAL ABUSE NOTICE FORM       .20         50.00
                           AS REQUIRED BY DONLIN RECANO.

10/05/20 LHS   B410  A106   CALL WITH CLIENT TO DISCUSS         .90        225.00
                           STEPS REQUIRED BY THE BAR
                           DATE MOTION.

10/05/20 LHS   B190  A102   RESEARCH POTENTIAL PRIVILEGE       1.40        350.00
                           ISSUES.

10/05/20 SAO   B140  A102   RESEARCH FIFTH CIRCUIT CASE         .80        200.00
                           LAW INTERPRETING
                           CONTINUATION . . . OF A
                           JUDICIAL . . . ACTION OR
                           PROCEEDING AGAINST THE
                           DEBTOR" UNDER 11 U.S.C. §
                           362(A)(1).

10/06/20 EDW   B110  A107   RECEIVED AND REVIEWED               .10         30.00
                           ELECTRONIC MEMO FROM MR.
                           BOLDISSAR REGARDING AGREEMENT
                           TO STIPULATION REGARDING
                           DISCOVERY.

10/06/20 EDW   B110  A107   RECEIVED AND REVIEWED               .10         30.00
                           ELECTRONIC MEMO FROM MR.
                           HOWELL REGARDING MOTION TO
                           LIFT STAY ISSUES.

10/06/20 EDW   B110  A104   REVIEWED ISSUES REGARDING           .50        150.00
                           CLAIMS. IN DISPUTE REGARDING
                           PROPOSED SETTLEMENT WITH TMI.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   12
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 10/06/20 EJF | B190 | A106 | CONFERENCE CALL RE DOCUMENT PRODUCTION AND POTENTIAL TESTIMONY (.5); MEMOS TO AND FROM CLIENT RE SAME (.3); | .80 | 392.00 |
|---|---|---|---|---|---|
| 10/06/20 EJF | B190 | A104 | REVIEW DOCUMENTS RE PRODUCTION AND POTENTIAL TESTIMONY; | 1.50 | 735.00 |
| 10/06/20 EJF | B190 | A103 | REVISE AND DRAFT RESPONSES TO DISCOVERY (.7), EXHIBIT LIST (.2), DECLARATION (1.5), AND REPLY BRIEF (.4); | 2.80 | 1,372.00 |
| 10/06/20 EJF | B190 | A105 | CONFERENCE CALL WITH MR. WEGMANN RE HEARING AND DISCOVERY (.2) (NO CHARGE); MEMOS TO MR. WEGMANN RE SAME (.2); MEMOS TO AND FROM MR. SELF RE SAME (.2); | .00 | NO CHARGE |
| 10/06/20 JJL | B110 | A108 | TELEPHONE CALL FROM CATHOLIC MUTUAL'S ADJUSTER REGARDING CASE STATUS | .10 | 30.00 |
| 10/06/20 JJL | B110 | A104 | ANALYZE SCOPE OF JOINT DEFENSE AGREEMENT INTEREST ISSUE | .80 | 240.00 |
| 10/06/20 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING NOTICE ISSUES | .40 | 196.00 |
| 10/06/20 RPV | B190 | A105 | TELEPHONE CONVERSATION AND EMAILS WITH MR. MINTZ REGARDING NOTICE, LIFT STAY, MEDIATION AND RELATED ISSUES | .70 | 343.00 |
| 10/06/20 RPV | B310 | A104 | EMAILS REGARDING FUTURE CLAIMS. ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 10/06/20 RPV | B190 | A104 | EMAILS AND REVIEWED STIPULATION REGARDING DISCOVERY FOR BOND SETTLEMENT MOTION DISPUTE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | 1.00 | 490.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   13
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/06/20 JPG   B250  A105   PHONE CALL WITH MR. MINTZ            .30         120.00
                            REGARDING REAL ESTATE
                            ABSTRACT REPORTS.

10/06/20 JPG   B250  A108   CORRESPONDENCE WITH                  .50         200.00
                            ABSTRACTOR ON ORLEANS PARISH
                            REAL ESTATE SEARCH.

10/06/20 LFA   B110  A103   CORRESPONDENCES WITH MS.            3.70       1,480.00
                            CANTOR AND DR. WHEATMAN
                            REGARDING QUESTIONS IN
                            CONNECTION WITH MEDIA
                            CAMPAIGN AND BAR DATE ISSUES
                            (.5); WITH MR. SELF REGARDING
                            REVISIONS TO SEXUAL ABUSE BAR
                            DATE COMMUNICATIONS AND
                            DRAFTS (.4); WITH CLIENT
                            REGARDING REVISIONS TO SEXUAL
                            ABUSE BAR DATE
                            COMMUNICATION/MEDIA DRAFTS
                            (.8); DRAFTED AND REVISED
                            JONES WALKER FEE STATEMENT
                            (1.0); REVIEWED INVOICES TO
                            ASSIST WITH SAME (1.0).

10/06/20 LFA   B110  A105   CORRESPONDENCES WITH MR. SELF      1.40         560.00
                            REGARDING FEE APPLICATIONS IN
                            SIMILAR CASES (.5); WITH MR.
                            GOOD REGARDING ORLEANS PARISH
                            ABSTRACTS (.4); WITH MESSRS.
                            MINTZ AND SELF REGARDING
                            PARISH NOTIFICATION AND
                            PARISH LETTERS RE:  BAR DATE
                            (.5).

10/06/20 MAM   B110  A101   RESEARCH REGARDING 9019           3.50       1,400.00
                            MOTION AND MOTION TO LIFT
                            STAY ARGUMENTS. (2.1)
                            CORRESPONDENCE REGARDING THE
                            SAME. (1.4)

10/06/20 LHS   B410  A104   REVIEW BAR DATE ORDER TO           .70         175.00
                            ENSURE THAT ARCHDIOCESE IS
                            COMPLYING WITH ALL
                            REQUIREMENTS.

10/06/20 LHS   B410  A104   REVIEW OTHER BANKRUPTCY CASES     1.70         425.00
                            FOR EXAMPLES OF CLERGY LISTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  14
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/06/20 | LHS | B190 | A101 | PHONE CALL WITH CARMEN RODRIGUEZ REGARDING POTENTIAL PRIVILEGE ISSUES TO RAISE IN REQUEST FOR PRODUCTION FOR SETTLEMENT MOTION. | .50 | 125.00 |
| 10/06/20 | LHS | B190 | A102 | RESEARCH POTENTIAL PRIVILEGE CHALLENGES TO REQUEST FOR PRODUCTION. | 3.60 | 900.00 |
| 10/06/20 | SAO | B140 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING JW DOE AND JAMES DOE'S CERTIFICATE OF SERVICE AND RELATED ISSUES CONCERNING THEIR LIFT STAY MOTIONS. | .20 | 50.00 |
| 10/06/20 | SAO | B190 | A104 | REVIEW STIPULATION REGARDING DKT. NO. 403. | .20 | 50.00 |
| 10/06/20 | SAO | B140 | A102 | RESEARCH CASE LAW ADDRESSING THE APPLICATION OF AUTOMATIC STAY TO DISCOVERY REQUESTS. | 2.60 | 650.00 |
| 10/06/20 | SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON SEPTEMBER 24, 2020. | .10 | 25.00 |
| 10/06/20 | SAO | B140 | A102 | FURTHER RESEARCH OF CASE LAW ADDRESSING THE SCOPE OF THE AUTOMATIC STAY AND GROUNDS FOR EXTENDING THE SAME. | 3.60 | 900.00 |
| 10/07/20 | EDW | B110 | A107 | COMMUNICATIONS WITH MR. HOWELL, ATTORNEY FOR FR. CALAMARI, REGARDING MOTION TO LIFT STAY. | .20 | 60.00 |
| 10/07/20 | EDW | B110 | A107 | COMMUNICATIONS WITH MR. REDMAN REGARDING MOTION TO LIFT STAY. | .20 | 60.00 |
| 10/07/20 | EDW | B110 | A103 | WORKED ON DOCUMENT PRODUCTION REGARDING MOTION TO AUTHORIZE SETTLEMENT WITH TMI AND REVIEWED ISSUES REGARDING RESPONSES TO UCC DISCOVERY. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  15
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/07/20 EDW   B110  A101   CONTINUED PREPARATION FOR          1.50        450.00
                           HEARING ON MOTION TO APPROVE
                           TMI SETTLEMENT.

10/07/20 EJF   B190  A106   CONFERENCE CALL WITH CLIENT         .40        196.00
                           RE SETTLEMENT ISSUES;

10/07/20 EJF   B190  A103   REVISE DECLARATION (1.7),          4.10      2,009.00
                           RESPONSES TO DISCOVERY (1.6),
                           AND REPLY (.8);

10/07/20 RPV   B310  A105   RECEIVED AND REVIEWED              .50        245.00
                           REVISIONS TO BAR DATE LETTER
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME

10/07/20 RPV   B420  A107   EMAILS FROM AND TO MR. MURRAY      .20         98.00
                           REGARDING MEDIATOR SELECTION

10/07/20 RPV   B310  A104   WORKED ON FUTURE CLAIMS. AND      2.50      1,225.00
                           INSURANCE ISSUES INCLUDING
                           INDEMNITY MATTERS BY REVIEW
                           OF PERTINENT DOCUMENTS AND
                           EMAILS TO CLIENT AND COUNSEL
                           REGARDING SAME

10/07/20 RPV   B160  A104   REVISED AND EDITED TIME           1.00        490.00
                           ENTRIES TO COMPLY WITH UST
                           GUIDELINES IN PREPARATION OF
                           JONES WALKER'S MONTHLY FEE
                           STATEMENT.

10/07/20 LFA   B160  A103   DRAFTED AND REVISED FEE           3.20      1,280.00
                           STATEMENTS (2.2); REVIEWED
                           PROFORMAS TO ASSIST WITH SAME
                           (1.0).

10/07/20 LFA   B110  A105   CORRESPONDENCES WITH MS.          1.40        560.00
                           MORRIS AND MR. SELF REGARDING
                           AGENDA (.4); WITH CLIENT
                           REGARDING POCHE LETTER AND
                           BAR DATE LETTER (.6); WITH
                           MESSRS. VANCE, LOWENTHAL,
                           ADAMS. AND BOURG AND MS.
                           WIEBELT REGARDING JW FEE
                           STATEMENTS (.4).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  16
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/07/20 MAM   B110  A101  PREPARE FOR (0.60) AND ATTEND      1.80       720.00
                          CALL WITH MR. HOWELL
                          REGARDING LIFT STAY (0.2);
                          CONFERENCES REGARDING THE
                          SAME (0.6); CORRESPONDENCE
                          REGARDING THE SAME. (0.4).

10/07/20 LHS   B410  A108  COMMUNICATE WITH THE EHRHARDT       .50       125.00
                          GROUP REGARDING PUBLICATION
                          STEPS THAT HAVE TO BE TAKEN
                          BEFORE THE BAR DATE.

10/07/20 LHS   B410  A104  REVIEW FEE STATEMENTS IN           .50       125.00
                          SIMILARLY SIZED BANKRUPTCIES.

10/07/20 LHS   B410  A104  WORKED ON AND RESOLVED ISSUES     3.50       875.00
                          RELATING TO COMPLYING WITH
                          BAR DATE ORDER.

10/07/20 LHS   B410  A104  RESEARCHED QUESTIONS PROVIDED     2.80       700.00
                          TO JONES WALKER FROM CLIENT
                          REGARDING BAR DATE ISSUES.

10/07/20 SAO   B140  A102  RESEARCH CASE LAW FROM THE        3.10       775.00
                          FIFTH CIRCUIT AND OTHER
                          JURISDICTIONS ADDRESSING THE
                          ISSUANCE OF PRELIMINARY
                          INJUNCTIONS UNDER § 105.

10/07/20 SAO   B140  A103  DRAFT BACKGROUND SECTION OF       1.10       275.00
                          SUPPLEMENTAL MEMORANDUM
                          REGARDING THE LIFT STAY
                          MOTIONS (0.6); DRAFT SUMMARY
                          OF ARGUMENT SECTION OF SAME
                          (0.5).

10/07/20 SAO   B140  A103  BEGIN DRAFTING ARGUMENT          2.40       600.00
                          SECTION OF SUPPLEMENTAL MEMO
                          ON JW DOE AND JAMES DOE LIFT
                          STAY MOTIONS REGARDING SCOPE
                          AND APPLICABILITY OF THE
                          AUTOMATIC STAY.

10/07/20 SAO   B140  A102  CONTINUE RESEARCHING FIFTH       3.70       925.00
                          CIRCUIT CASE LAW INTERPRETING
                          DISCRETIONARY STAYS AS TO
                          CLAIMS. AGAINST NON-DEBTOR
                          CO-DEFENDANTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   17
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/08/20 EDW   B110  A104   REVIEWED ISSUES REGARDING BAR        .90        270.00
                           DATE NOTICE AND APOSTOLATES.

10/08/20 EDW   B110  A101   CONTINUED WORK IN PREPARATION        .80        240.00
                           FOR DISCOVERY AND HEARING ON
                           TMI SETTLEMENT MOTION.

10/08/20 EJF   B190  A106   CONFERENCE CALL RE DOCUMENT          .90        441.00
                           PRODUCTION AND RELATED
                           MATTERS;

10/08/20 RPV   B110  A104   EMAILS AMONG TEAM AND CLIENT         .30        147.00
                           REGARDING TMI REMOVAL FROM
                           COMMITTEE.

10/08/20 RPV   B110  A105   RECEIVED AND REVIEWED NOTICE         .70        343.00
                           OF APPOINTMENT OF
                           RECONSTITUTED CREDITOR'S
                           COMMITTEE FILED BY THE US
                           TRUSTEE AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           .

10/08/20 RPV   B110  A106   EMAILS FROM AND TO AND               .70        343.00
                           TELEPHONE CONVERSATION WITH
                           CLIENT REGARDING CONFERENCE
                           TO DISCUSS STATUS OF VARIOUS
                           MATTERS.

10/08/20 RPV   B160  A105   EMAILS AMONG TEAM REGARDING          .50        245.00
                           BILLING ISSUES AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME

10/08/20 RPV   B310  A105   EMAILS FROM MS. ASHLEY               .50        245.00
                           REGARDING REVISED LETTER
                           REGARDING BAR DATE ORDER AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .

10/08/20 LFA   B110  A105   CORRESPONDENCES AND CALLS           2.20        880.00
                           WITH MS. MCDONALD AND MESSRS.
                           SELF AND CLIENT REGARDING
                           CALL TO DISCUSS POSTING
                           NOTICE ON WEBSITES (.4); WITH
                           MR. MINTZ REGARDING COMMITTEE
                           ISSUES (.3); WITH MS. ZUNIGA
                           REGARDING CRI SECOND FEE
                           STATEMENT (.4); WITH COUNSEL
                           REGARDING BAR DATE LETTER

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  18
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

|          |     |      |      |                                                                                                                                          |      |          |
|----------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |     |      |      | (.4); WITH MSES. MCDONALD AND CLIENT REGARDING LATEST LETTER RE BAR DATE ORDER (.3); WITH  MS. CANTOR REGARDING PROPOSED NOTICE OF REQUIREMENT TO RE-FILE SEXUAL ABUSE CLAIM (.4). |      |          |
| 10/08/20 | LFA | B110 | A103 | REVISED BAR DATE RELATED MATERIAL (1.5).                                                                                                  | 1.50 | 600.00   |
| 10/08/20 | LFA | B160 | A103 | REVISED CRI FEE STATEMENT (1.0); REVIEWED INVOICES TO ASSIST WITH SAME (.5); CONTINUED REVISING JW FEE STATEMENT (1.5).                   | 3.00 | 1,200.00 |
| 10/08/20 | MAM | B110 | A101 | CONFERENCE WITH CLIENT REGARDING BILLING ISSUES.                                                                                          | 1.20 | 480.00   |
| 10/08/20 | LHS | B410 | A104 | REVIEW MATERIALS TO BE SENT OUT REGARDING THE BAR DATE.                                                                                   | 1.30 | 325.00   |
| 10/08/20 | LHS | B410 | A104 | CALL WITH CLIENT TO DISCUSS SEARCH OF RECORDS.                                                                                            | .20  | 50.00    |
| 10/08/20 | SAO | B140 | A103 | BEGIN DRAFTING § 105(A).INJUNCTION SECTION OF SUPPLEMENTAL MEMORANDUM ON THE JW DOE AND JAMES DOE LIFT STAY MOTIONS.                       | 2.90 | 725.00   |
| 10/08/20 | SAO | B140 | A103 | DRAFT DISCRETIONARY STAY SECTION OF SUPPLEMENTAL MEMORANDUM ON THE JW DOE AND JAMES DOE LIFT STAY MOTIONS.                                 | 2.60 | 650.00   |
| 10/08/20 | SAO | B140 | A103 | DRAFT SECTION OF SUPPLEMENTAL MEMORANDUM ON JW DOE AND JAMES DOE LIFT STAY MOTIONS RE: PROPOUNDING DISCOVERY UPON ARCHDIOCESAN OFFICIALS.  | 3.30 | 825.00   |
| 10/09/20 | EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING CONCERNS OVER LANGUAGE IN BAR DATE NOTICE AND ISSUES REGARDING BAR DATE (0.40) AND ANALYSIS OF SAME (0.10). | .50  | 150.00   |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  19
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/09/20 EDW | B110 | A103 | REVIEWED AND REVISED BAR DATE NOTICE LANGUAGE AND REVIEWED HISTORY REGARDING LANGUAGE. | .80 | 240.00 |
| 10/09/20 EDW | B110 | A101 | CONTINUED PREPARATION FOR HEARING ON MOTION FOR SETTLEMENT WITH TMI. | 1.80 | 540.00 |
| 10/09/20 EDW | B110 | A104 | CONTINUED REVIEW REGARDING BAR DATE ISSUES AND NOTICES. | 1.50 | 450.00 |
| 10/09/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING OPPOSITION TO ALTERNATIVE RELIEF ON MOTION TO LIFT STAY. | .50 | 150.00 |
| 10/09/20 EJF | B190 | A105 | CONFERENCE CALL RE SETTLEMENT HEARING AND DISCOVERY (1.0) (NO CHARGE) | .00 | NO CHARGE |
| 10/09/20 RPV | B110 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING NOTICE, CREDITORS COMMITTEE ORGANIZATION, LEGAL FEES, MEDIATION STRATEGY AND RELATED MATTERS. | 1.30 | 637.00 |
| 10/09/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT RESPONSES TO DISCOVERY REGARDING SETTLEMENT MOTION. | .20 | 98.00 |
| 10/09/20 RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING DRAFT RESPONSES TO DISCOVERY REGARDING SETTLEMENT MOTION. | .10 | 49.00 |
| 10/09/20 RPV | B160 | A106 | EMAIL FROM CLIENT REGARDING REVIEW OF UCC INVOICES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |
| 10/09/20 RPV | B410 | A105 | EMAILS AMONG TEAM AND CLIENT REGARDING PLAN ISSUES AND NOTICE ISSUES. | .30 | 147.00 |
| 10/09/20 RPV | B190 | A104 | EMAILS AMONG TEAM AND CLIENT CONCERNING TMI COMMITTEE ISSUES. | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   20
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/09/20 LFA   B110  A104   MULTIPLE CALLS WITH CLIENT            4.50      1,800.00
                           REGARDING DEBTOR WEBSITES AND
                           NON-DEBTOR ENTITY WEBSITES
                           AND POSTING OF LANGUAGE
                           REGARDING SAME (1.0); DRAFTED
                           LANGUAGE FOR WEBSITES (0.8);
                           REVIEWED ORDER TO ASSIST WITH
                           SAME (0.8); MULTIPLE CALLS
                           WITH MR. SELF TO DISCUSS
                           POSTING OF EXHIBITS TO DONLIN
                           WEBSITE (0.8); REVIEWED AND
                           REVISED EXHIBITS TO ASSIST
                           WITH WEBSITE DISCLOSURES
                           (1.1).

10/09/20 LFA   B110  A105   CORRESPONDENCES WITH MESSRS.          1.60        640.00
                           SELF AND LOGAN REGARDING
                           REVISED LIST OF PARISHES
                           EXHIBIT H (0.4); WITH MESSRS.
                           WEGMANN AND SELF AND CLIENT
                           REGARDING WEBSITE- NOTICES
                           AND FORMS (0.4); WITH MR.
                           DRAPER AND MS. MCDONALD
                           REGARDING NON-DEBTOR CATHOLIC
                           SERVICE ENTITIES (0.4); WITH
                           MS. MORRIS AND MR.KEARNEY
                           REGARDING NEW ORLEANS
                           ARCHDIOCESE- MEDIA PLAN (0.4).

10/09/20 MAM   B110  A101   PREPARE FOR (0.40) AND ATEND          5.70      2,280.00
                           CONFERENCE WITH MS. FUTRELL,
                           MR. SELF, AND MR. WEGMANN
                           REGARDING DISCOVERY ON 9019
                           MOTION. (0.80); CONFERENCE
                           WITH MS. ASHLEY AND CLIENT
                           REGARDING BAR DATE NOTICING
                           (0.40) CONFERENCE WITH CLIENT
                           REGARDING BILLING (0.70);
                           RESEARCH REGARDING US TRUSTEE
                           ACTIONS (2.5); CORRESPONDENCE
                           REGARDING US TRUSTEE ACTIONS.
                           (0.9)

10/09/20 LHS   B190  A106   CALL TO DISCUSS PRODUCTION OF          .80        200.00
                           DOCUMENTS.

10/09/20 LHS   B410  A104   WORK ON FEE APPLICATION.             1.20        300.00

10/09/20 LHS   B190  A104   REVIEW REQUEST FOR PRODUCTION.        .90        225.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  21
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/09/20 SAO   B140   A103   RESUME DRAFTING 105(A)               2.40        600.00
                             INJUNCTION SECTION OF
                             SUPPLEMENTAL MEMO ON JW DOE
                             AND JAMES DOE LIFT STAY
                             MOTIONS.

10/09/20 SAO   B140   A103   REVIEW AND REVISE ALL                3.10        775.00
                             SECTIONS OF SUPPLEMENTAL
                             MEMORANDUM ON JW DOE AND
                             JAMES DOE LIFT STAY MOTIONS.

10/09/20 SAO   B140   A103   REVIEW TRANSCRIPT OF HEARING         1.70        425.00
                             ON JW DOE AND JAMES DOE LIFT
                             STAY MOTIONS (0.9); EDIT
                             SUPPLEMENTAL MEMORANDUM OF
                             LAW TO INCORPORATE REFERENCES
                             TO THE SAME (0.8).

10/10/20 RPV   B190   A105   EMAILS FROM MS. FUTRELL              .20          98.00
                             REGARDING TMI COMMITTEE
                             ISSUES.

10/10/20 RPV   B190   A105   EMAIL FROM MR. MINTZ                 .10          49.00
                             REGARDING UPCOMING MOTION TO
                             MODIFY STAY AND REVIEW OF
                             COURT'S ORDER.

10/10/20 LFA   B110   A105   CORRESPONDENCES WITH MS.             .30         120.00
                             FUTRELL REGARDING TMI
                             COMMITTEE ISSUES.

10/10/20 MAM   B110   A101   REVISE AND EDIT SUPPLEMENTAL        2.40         960.00
                             BRIEFING FOR LIFT STAY

10/10/20 LHS   B190   A104   WORK ON EMAILS FOR PRODUCTION        .40         100.00
                             TO COMMITTEE.

10/10/20 SAO   B140   A103   BEGIN DRAFTING OUTLINE OF           1.80         450.00
                             OBJECTION TO DEEMER LIFT STAY
                             MOTION.

10/10/20 SAO   B140   A105   DRAFT EXTENDED EMAIL TO MR.          .70         175.00
                             MINTZ REGARDING STRATEGY ON
                             OBJECTION TO DEEMER LIFT STAY
                             MOTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  22
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/10/20 SAO   B140  A105   TELEPHONE CONFERENCES WITH          .60        150.00
                           MR. MINTZ REGARDING
                           SUPPLEMENTAL BRIEFING ON JW
                           DOE AND JAMES DOE LIFT STAY
                           MOTIONS.

10/11/20 RPV   B110  A106   DRAFTED AND REVISED STATUS          .50        245.00
                           REPORT EMAIL TO CLIENT

10/11/20 RPV   B310  A104   EMAILS FROM MS. ASHLEY AND          .10         49.00
                           MR. DRAPER REGARDING NOTICE
                           LIST .

10/11/20 RPV   B110  A105   EMAIL FROM AND TO MR.. MINTZ        .20         98.00
                           REGARDING UPCOMING DEADLINES
                           AND UPDATES REGARDING
                           OUTSTANDING MATTERS.

10/11/20 RPV   B110  A104   REVIEWED MEETING NOTES FOR         .10         49.00
                           UPCOMING MEETING.

10/11/20 LFA   B110  A105   CORRESPONDENCES WITH MS.          1.40        560.00
                           MCDONALD REGARDING PARISH
                           POSTINGS (.4); WITH MR. SELF
                           REGARDING LISTS IN CONNECTION
                           WITH SAME (.4); WITH CLIENT
                           REGARDING COMMITTEE ISSUES;
                           WITH MESSRS.S SELF AND
                           COUNSEL REGARDING NON-DEBTOR
                           CATHOLIC SERVICE ENTITIES
                           (.6).

10/11/20 MAM   B110  A101   PREPARE FOR UPCOMING WEEK AND     2.10        840.00
                           COMMUNICATE SCHEDULING TO
                           CLIENT. (1.0)  RESEARCH
                           REGARDING US TRUSTEE ACTIONS.
                           (1.1)

10/11/20 LHS   B410  A104   REVIEW LIST OF SUPPRESSED          .30         75.00
                           PARISHES.

10/11/20 SAO   B140  A103   REVISE SUPPLEMENTAL              3.80        950.00
                           MEMORANDUM OF LAW ON THE JW
                           DOE AND JAMES DOE LIFT STAY
                           MOTIONS PER COMMENTS FROM MR.
                           MINTZ.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   23
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/11/20 SAO | B140 | A103 | FURTHER REVISIONS TO SUPPLEMENTAL MEMO RE: JW DOE AND JAMES DOE LIFT STAY MOTIONS. | 3.60 | 900.00 |
| 10/12/20 EDW | B110 | A104 | REVIEWED NEW RESERVE ANALYSIS REGARDING ACCOUNTS RECEIVABLE AND LOANS  AND INFORMATION FROM MS. ZUNIGA. | .50 | 150.00 |
| 10/12/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING DOCUMENTS TO BE PRODUCED IN RESPONSE TO DISCOVERY ON BOND SETTLEMENT AGREEMENT. | .80 | 240.00 |
| 10/12/20 EDW | B110 | A104 | REVIEWED DRAFT OF SUPPLEMENTAL BRIEF EXTENDING THE STAY. | .50 | 150.00 |
| 10/12/20 EDW | B110 | A104 | REVIEWED DRAFT OF ZUNIGA DECLARATION REGARDING SETTLEMENT MOTION. | .80 | 240.00 |
| 10/12/20 EDW | B110 | A104 | REVIEWED INFORMATION FROM TMI REGARDING BOND SETTLEMENT. | .30 | 90.00 |
| 10/12/20 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH CLIENT REGARDING BOND SETTLEMENT. | .30 | 90.00 |
| 10/12/20 EJF | B190 | A106 | CONFERENCE CALLS WITH CLIENT RE EXHIBITS AND DISCOVERY RELATED ISSUES; | .80 | 392.00 |
| 10/12/20 EJF | B190 | A103 | REVISE DECLARATION (.4) AND EMAIL RE SAME (.1); | .50 | 245.00 |
| 10/12/20 JJL | B110 | A105 | STRATEGY MEETING | .80 | 240.00 |
| 10/12/20 RPV | B410 | A104 | WORKED ON NOTICE, STAY AND PLAN ISSUES | .70 | 343.00 |
| 10/12/20 RPV | B190 | A106 | EMAILS FROM MS. FUTRELL AND CLIENT REGARDING REVIEW OF FEES AND EXHIBITS TO ZUNIGA DECLARATION. | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   24
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/12/20 RPV   B190  A104   RECEIVED AND REVIEWED            .20        98.00
                           EXHIBITS TO ZUNIGA
                           DECLARATION.

10/12/20 RPV   B190  A105   EMAIL FROM AND OFFICE            .50       245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SUPPLEMENTAL LIFT
                           STAY BRIEFING.

10/12/20 RPV   B210  A108   EMAILS FROM COUNSEL REGARDING    .30       147.00
                           AUDIT NOTES.

10/12/20 LFA   B110  A105   CORRESPONDENCES WITH CLIENT     1.40       560.00
                           REGARDING ARCHDIOCESE WEB
                           PAGE (.4); WITH CLIENT AND
                           MESSRS. LOGAN AND SELF
                           REGARDING CLERGY LISTS (1.0).

10/12/20 MAM   B110  A101   CORRESPONDENCE WITH MR.         1.20       480.00
                           BOLDISSAR AND CLIENT
                           REGARDING 9019 MOTION AND
                           REQUEST TO CONTINUE THE SAME.

10/12/20 MAM   B110  A101   PREPARE FOR (0.70) AND ATTEND   1.50       600.00
                           WEEKLY STRATEGY MEETING
                           (0.80).

10/12/20 MAM   B190  A101   WORK ON OPPOSITION TO MOTION    2.00       800.00
                           TO LIFT STAY. (1.5)
                           COMMUNICATION REGARDING THE
                           SAME (.5).

10/12/20 MAM   B190  A101   CORRESPONDENCE WITH OPPOSING     .50       200.00
                           COUNSEL REGARDING DEEMER LIFT
                           STAY AND CONTINUING THE SAME.

10/12/20 LHS   B410  A104   REVIEW LISTED CLERGY EXHIBIT     .90       225.00
                           FOR CONFORMITY WITH THE BAR
                           DATE ORDER.

10/12/20 LHS   B190  A104   REVIEW DISCOVERY FOR            3.90       975.00
                           PRIVILEGED OR CONFIDENTIAL
                           INFORMATION.

10/12/20 LHS   B190  A104   REVIEW DOCUMENTS FOR            3.20       800.00
                           PRODUCTION FOR RESPONSIVENESS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  25
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/12/20 LHS   B190  A108   CALL WITH TMI COUNSEL TO            .90       225.00
                            DISCUSS STRATEGY RELATING TO
                            HEARING ON SETTLEMENT MOTION.

10/12/20 LHS   B190  A108   CALL WITH DIRK WEGMANN TO           .20        50.00
                            RESPONSE TO PRODUCTION.

10/12/20 SAO   B140  A103   BEGIN DRAFTING ARGUMENT           3.90       975.00
                            SECTION OF OBJECTION TO
                            DEEMER LIFT STAY MOTION.

10/12/20 SAO   B140  A105   CALL WITH MR. MINTZ TO             .20        50.00
                            DISCUSS FURTHER REVISIONS TO
                            SUPPLEMENTAL MEMORANDUM
                            REGARDING THE JW DOE AND
                            JAMES DOE LIFT STAY MOTIONS.

10/12/20 SAO   B140  A103   FURTHER REVISIONS TO LATEST       1.40       350.00
                            DRAFT OF SUPPLEMENTAL MEMO
                            RE: JW DOE AND JAMES DOE LIFT
                            STAY MOTIONS PER COMMENTS
                            FROM MR. MINTZ.

10/12/20 SAO   B110  A105   CALL WITH MR. MINTZ REGARDING      .20        50.00
                            MOTIONS PENDING IN BOY SCOUTS
                            OF AMERICA'S CHAPTER 11 CASE.

10/12/20 SAO   B140  A103   DRAFT BACKGROUND SECTION OF       2.20       550.00
                            OBJECTION TO THE DEEMER LIFT
                            STAY MOTION.

10/12/20 SAO   B140  A103   CONTINUE DRAFTING ARGUMENT        3.40       850.00
                            SECTION OF OBJECTION TO
                            DEEMER LIFT STAY MOTION.

10/13/20 EDW   B110  A104   REVIEWED UPDATE REGARDING          .30        90.00
                            DISCOVERY PRODUCED BY THE
                            ARCHDIOCESE TO UCC REGARDING
                            BOND SETTLEMENT.

10/13/20 EDW   B110  A104   REVIEWED ISSUES REGARDING          .30        90.00
                            DOCUMENTS TO BE PRODUCED IN
                            DISCOVERY REGARDING BOND
                            SETTLEMENT.

10/13/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH       .50       150.00
                            MS. ZUNIGA REGARDING
                            DECLARATION AND DISCOVERY
                            ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  26
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/13/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH       .10        30.00
                           FATHER CARR REGARDING
                           DISCOVERY RESPONSES.


10/13/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH       .10        30.00
                           MR. BOLDISSAR REGARDING
                           OBJECTION DEADLINE.


10/13/20 EDW   B110  A104   REVIEWED DOCUMENTS PRODUCED        .10        30.00
                           IN RESPONSE TO UCC DISCOVERY.


10/13/20 EDW   B110  A103   REVIEWED AND REVISED              .90       270.00
                           OPPOSITION TO MOTION TO LIFT
                           STAY.


10/13/20 EJF   B190  A103   WORK ON RESPONSES TO            1.80       882.00
                           DISCOVERY;


10/13/20 EJF   B190  A106   CONFERENCE CALLS RE             1.20       588.00
                           DECLARATION;


10/13/20 EJF   B190  A103   REVISE DECLARATION;               .30       147.00


10/13/20 EJF   B190  A104   REVIEW TMI REPLY BRIEF (.7);    1.20       588.00
                           REVIEW TMI DISCOVERY
                           RESPONSES (.5);


10/13/20 RPV   B190  A104   RECEIVED AND REVIEWED BOND        .30       147.00
                           TRUSTEES REPLY IN SUPPORT OF
                           THE SETTLEMENT.


10/13/20 RPV   B190  A104   EMAILS FROM MR. MINTZ AND MS.     .20        98.00
                           FUTRELL REGARDING REVIEW OF
                           BOND TRUSTEES REPLY IN
                           SUPPORT OF THE SETTLEMENT.


10/13/20 RPV   B190  A104   RECEIVED AND REVIEWED EX          .10        49.00
                           PARTE MOTION EXTENDING PERIOD
                           WITHIN WHICH THE DEBTOR MAY
                           REMOVE ACTIONS.


10/13/20 RPV   B160  A105   EMAIL FROM MS. ASHLEY             .10        49.00
                           REGARDING BILLING ISSUES.


10/13/20 RPV   B210  A105   EMAIL FROM AND OFFICE             .50       245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING REQUEST FOR
                           EXTENSION OF TIME BY UCC TO
                           SETTLEMENT MOTION

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   27
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/13/20 RPV   B190  A105   EMAILS AMONG TEAM REGARDING         .20        98.00
                           DENIAL OF MOTION TO REMAND IN
                           ROE MATTER.

10/13/20 RPV   B190  A104   EMAILS FROM CLIENT, MS.             .20        98.00
                           FUTRELL, MS. ZUNIGA REGARDING
                           REVISIONS TO EXHIBITS AND
                           AFFIDAVIT OF KATHLEEN ZUNIGA.

10/13/20 RPV   B210  A108   EMAILS FROM AND TELEPHONE           .50       245.00
                           CONVERSATION WITH COUNSEL
                           REGARDING AUDITED FINANCIAL
                           STATEMENT AND PARISH POSTINGS.

10/13/20 RPV   B190  A104   PREPARE FOR STRATEGY MEETING       2.00       980.00
                           WITH CLIENT BY REVIEW OF DATA
                           REGARDING PLAN AND MEDIATION
                           ISSUES.

10/13/20 JPG   B250  A108   PHONE CALL WITH ABSTRACTOR ON       .20        80.00
                           ORLEANS PARISH SEARCHES.

10/13/20 LFA   B110  A105   CORRESPONDENCES WITH MR. SELF      1.60       640.00
                           REGARDING BAR DATE ORDER
                           ISSUES (.5); WITH MS.
                           MCDONALD AND COUNSEL
                           REGARDING PARISH POSTINGS
                           (.7); WITH MSES. WHEATMAN AND
                           MORRIS REGARDING NEW ORLEANS
                           ARCHDIOCESE MEDIA FLOWCHART
                           AND NEXT STEPS (.4).

10/13/20 LFA   B110  A105   CALL WITH CLIENT AND MR.           1.40       560.00
                           MINTZ TO DISCUSS PARISH
                           POSTING ISSUES (.8); REVIEWED
                           PARISH POSTINGS AND DONLIN
                           POSTINGS (.6)

10/13/20 LFA   B160  A103   DRAFTED AND REVISED FEE           2.00       800.00
                           STATEMENTS.

10/13/20 MAM   B190  A101   REVISE AND EDIT OPPOSITION TO     2.00       800.00
                           DOE LIFT STAY MOTION.

10/13/20 MAM   B190  A101   REVISE AND EDIT OPPOSITION TO     1.40       560.00
                           DEEMER LIFT STAY.

10/13/20 MAM   B320  A101   WORK ON PREPARATIONS FOR PLAN     1.20       480.00
                           MEETING WITH CLIENT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   28
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/13/20 MAM   B190  A101  REVIEW, REVISE AND EDIT            1.50       600.00
                           DISCOVERY RESPONSES

10/13/20 MAM   B190  A101  RESEARCH REGARDING COMMITTEE       1.00       400.00
                           ISSUES

10/13/20 LHS   B190  A103  SEARCHED DOCUMENTS TO PRODUCE      8.50     2,125.00
                           FOR COMMITTEE (4.0); DRAFTED
                           LIST REGARDING SAME (1.20);
                           COMPILED DOCUMENTS FOR
                           COMMITTEE (3.30).

10/13/20 SAO   B140  A103  REVIEW AND REVISE FIRST DRAFT      3.20       800.00
                           OF OBJECTION TO DEEMER LIFT
                           STAY MOTION.

10/13/20 SAO   B110  A104  REVIEW MATTERS SET FOR              .90       225.00
                           HEARING IN BOY SCOUTS OF
                           AMERICA CHAPTER 11 CASE ON
                           10/14/2020.

10/13/20 SAO   B140  A104  REVIEW MR. WEGMANN'S COMMENTS       .50       125.00
                           TO SUPPLEMENTAL MEMO
                           REGARDING J.W. DOE AND JAMES
                           DOE'S LIFT STAY MOTIONS.

10/13/20 SAO   B140  A105  CALL WITH MR. MINTZ REGARDING       .10        25.00
                           LIFT STAY BRIEFING.

10/13/20 SAO   B110  A104  REVIEW ORDER AND REASONS            .40       100.00
                           DENYING RALPH ROES MOTION TO
                           REMAND ABUSE CLAIM SUIT
                           AGAINST CATHOLIC CHARITIES.

10/14/20 EDW   B110  A104  RECEIVED AND REVIEWED BOND          .90       270.00
                           TRUSTEE'S REPLY IN SUPPORT OF
                           SETTLEMENT.

10/14/20 EDW   B110  A107  RECEIVED AND REVIEWED              .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           HOWELL REGARDING OPPOSITION
                           TO MOTION TO LIFT STAY.

10/14/20 EDW   B110  A104  REVIEWED DRAFT OF OPPOSITION        .80       240.00
                           TO MOTION TO LIFT STAY AS TO
                           ALTERNATIVE RELIEF.

10/14/20 EDW   B110  A104  REVIEWED UPDATED ZUNIGA            .20        60.00
                           DECLARATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  29
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/14/20 EDW   B110  A105   COMMUNICATIONS WITH GROUP          .30        90.00
                           REGARDING PREPARING FOR
                           HEARING ON BOND SETTLEMENT.

10/14/20 EDW   B110  A104   CONTINUED REVIEW OF ISSUES         .80       240.00
                           REGARDING OPPOSITION TO
                           MOTION TO LIFT STAY.

10/14/20 EDW   B110  A104   REVIEWED DEBTOR'S OBJECTION        .20        60.00
                           TO WARREN DEEMER AND MARY
                           DEEMER'S MOTION TO MODIFY
                           AUTOMATIC STAY.

10/14/20 JJL   B110  A104   REVIEW BOND TRUSTEE'S              .20        60.00
                           RESPONSE TO UCC OBJECTIONS

10/14/20 RPV   B190  A104   PREPARING FOR AND ATTEND          2.50     1,225.00
                           STRATEGY MEETING WITH CLIENT
                           AND COUNSEL REGARDING
                           MEDIATION ISSUES AND POST
                           MEETING CALLS WITH CLIENT,
                           COUNSEL AND MR. MINTZ
                           REGARDING SAME .

10/14/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT        .30       147.00
                           OF SUPPLEMENTAL BRIEFING ON
                           JW DOE AND JAMES DOE.

10/14/20 RPV   B190  A104   RECEIVED AND REVIEWED             .10        49.00
                           PROPOSED PLEADING ON THE
                           DEEMER LIFT STAY.

10/14/20 RPV   B310  A106   EMAILS FROM COUNSEL, MS.           .50       245.00
                           ASHLEY, MS. MCDONALD AND
                           CLIENT REGARDING PARISH
                           NOTICE POSTINGS.

10/14/20 WGZ   B410  A104   ANALYSIS OF ORDER DENYING          .30        90.00
                           MOTION TO REMAND IN RALPH ROE
                           MATTER.

10/14/20 WGZ   B410  A104   EMAILS WITH COUNSEL M.             .30        90.00
                           DESHAZO REGARDING SAME.

10/14/20 LFA   B110  A105   CORRESPONDENCES WITH MR.          1.20       480.00
                           MINTZ REGARDING SUPPLEMENTAL
                           BRIEFING ON JW DOE AND JAMES
                           DOE (.4); WITH MESSRS. MINTZ
                           AND KEARNEY REGARDING
                           PLAINTIFF ADVERTISING (.4);

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   30
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

|  |  |  |  | WITH CLIENT REGARDING PARISH POSTINGS (.4); WITH MESSRS. SELF AND EAGAN REGARDING ORDINARY COURSE PROFESSIONALS FEELS (.4). |  |  |
|---|---|---|---|---|---|---|
| 10/14/20 | LFA | B160 | A103 | CONTINUED REVIEWING JW INVOICES TO ASSIST WITH FEE STATEMENT (3.0); CONTINUED DRAFTING FEE STATEMENT (2.0). | 5.00 | 2,000.00 |
| 10/14/20 | MAM | B320 | A101 | ATTEND MEETING WITH CLIENT REGARDING PLAN ISSUES. | 2.50 | 1,000.00 |
| 10/14/20 | MAM | B170 | A101 | REVIEW UCC FEE APPLICATIONS | 1.00 | 400.00 |
| 10/14/20 | LHS | B190 | A103 | ANALYZED ISSUE RELATING TO SETTLEMENT MOTION (1.0); RESEARCH REGARDING SAME (3.00); DRAFTED MEMORANDUM REGARDING SAME (3.50). | 7.50 | 1,875.00 |
| 10/14/20 | SAO | B110 | A109 | RESEARCH CONFLICT OF INTEREST ISSUES UNDER BANKRUPTCY RULE 2019 TO ASSIST WITH PREPARING FOR CONTINUED HEARING ON THE DOES' LIFT STAY MOTIONS. | 2.90 | 725.00 |
| 10/14/20 | SAO | B110 | A109 | RESEARCH RE: PROPER PARTIES TO ATTEND A MEDIATION IN A DIOCESAN-TYPE CHAPTER 11 CASE TO ASSIST WITH PLAN ISSUES. | 2.40 | 600.00 |
| 10/14/20 | SAO | B110 | A109 | RESEARCH PROOF OF CLAIM ISSUES, INCLUDING ELECTRONIC SUBMISSION AND ATTORNEY SIGNATURES | .70 | 175.00 |
| 10/14/20 | SAO | B140 | A105 | TELEPHONE CONFERENCES WITH MR. MINTZ REGARDING LIFT STAY BRIEFING. | .20 | 50.00 |
| 10/14/20 | SAO | B140 | A103 | REVISE OBJECTION TO DEEMER LIFT STAY MOTION TO INCLUDE DISCUSSION OF RALPH ROE ORDER DENYING REMAND. | 2.10 | 525.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   31
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 10/15/20 | EJF | B190 | A103 | WORK ON REVISIONS TO SETTLEMENT AGREEMENT AND PROPOSED ORDER RE TMI REPLY BRIEF CONCESSIONS (2.8); REVISE REPLY BRIEF RE SAME (1.8); | 4.60 | 2,254.00 |
|---|---|---|---|---|---|---|
| 10/15/20 | EJF | B190 | A106 | MEMOS TO AND FROM CLIENT REGARDING THE SAME; | .70 | 343.00 |
| 10/15/20 | RPV | B310 | A106 | RECEIVED AND REVIEWED EMAILS AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING PARISH NOTICE POSTINGS | .50 | 245.00 |
| 10/15/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING OPPOSITION TO LIFT STAY PLEADINGS AND REVIEWED DRAFTS OF SAME | 1.00 | 490.00 |
| 10/15/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED WITNESS LISTS AND EXHIBIT LISTS FILED BY TMI, UST, UCC AND CLIENT IN CONNECTION WITH TMI SETTLEMENT MOTION | 1.00 | 490.00 |
| 10/15/20 | RPV | B310 | A104 | REVIEWED MULTIPLE PROOFS OF CLAIM | .20 | 98.00 |
| 10/15/20 | RPV | B160 | A104 | RECEIVED AND REVIEWED LETTER FOR KINSELLA RE MONTHLY FEE STATEMENT (SEPT 2020). | .10 | 49.00 |
| 10/15/20 | LFA | B160 | A103 | CONTINUED REVIEWING (4.00) AND REVISING (2.00) JW INVOICES TO ASSIST WITH DRAFTING FEE STATEMENT. | 6.00 | 2,400.00 |
| 10/15/20 | MAM | B110 | A101 | FINALIZE FOR FILING OPPOSITION TO MOTION TO LIFT STAY | 2.50 | 1,000.00 |
| 10/15/20 | MAM | B110 | A101 | WORK ON OPPOSITION TO DEEMER LIFT STAY | 1.90 | 760.00 |
| 10/15/20 | MAM | B110 | A101 | CONFERENCE WITH MS. FUTRELL REGARDING 9019 MOTION. (0.4) REVIEW OF PLEADINGS FOR HEARING PREP (0.6) | 1.00 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   32
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/15/20 AK     B310  A104   ANALYZED SPREADSHEETS              .70       175.00
                             PRODUCED IN DISCOVERY IN
                             ORDER TO ANSWER COMMITTEE'S
                             QUESTIONS REGARDING SAME.

10/15/20 LHS    B190  A103   REVIEWED DOCUMENTS IN            7.00     1,750.00
                             PREPARATION OF DRAFTING
                             EXHIBIT LIST FOR HEARING
                             (1.50); WORKED ON EXHIBIT
                             LIST (4.00); COMPILED
                             EXHIBITS (1.50).

10/15/20 SAO    B110  A103   DRAFT MEMO TO MEMORIALIZE        4.10     1,025.00
                             RESEARCH RE: BANKRUPTCY RULE
                             2019 AND PROOF OF CLAIM
                             EXECUTION ISSUES.

10/15/20 SAO    B140  A103   REVISE SUPPLEMENTAL MEMO         2.60       650.00
                             REGARDING J.W. DOE AND JAMES
                             DOE'S LIFT STAY MOTIONS PER
                             COMMENTS FROM MR. ZERINGUE
                             AND CLIENT.

10/15/20 SAO    B160  A103   REVIEW JONES WALKER'S BILLING     .50       125.00
                             PROFORMAS FOR THE MONTHS OF
                             JUNE AND JULY FOR PURPOSES OF
                             REDACTING CONFIDENTIAL
                             INFORMATION.

10/16/20 EDW    B110  A104   REVIEWED ISSUES AND STATUS        .90       270.00
                             REGARDING OBJECTIONS TO
                             MOTION TO LIFT STAY.

10/16/20 EDW    B110  A104   REVIEWED STATUS REGARDING         .30        90.00
                             PROPOSED PUBLICATION
                             MATERIALS.

10/16/20 EDW    B110  A104   REVIEWED PLEADINGS REGARDING     1.50       450.00
                             MOTION TO APPROVE BOND
                             SETTLEMENT.

10/16/20 EDW    B110  A104   RECEIVED AND REVIEWED TMI'S       .20        60.00
                             OPPOSITION TO DISMISS MOTION
                             TO LIFT STAY.

10/16/20 EJF    B190  A105   CONFERENCE CALLS WITH MR.         .00     NO CHARGE
                             MINTZ (NO CHARGE) (.5);

10/16/20 EJF    B190  A103   REPLY BRIEF;                     2.20     1,078.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   33
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 10/16/20 EJF | B190 | A103 | MEMOS TO AND FROM COUNSEL TO THE COMMITTEE RE AMENDED SETTLEMENT AGREEMENT; | .80 | 392.00 |
| 10/16/20 EJF | B190 | A103 | REVIEW EXHIBITS AND REVIEW AND COMPARE EXHIBIT LISTS; | 1.70 | 833.00 |
| 10/16/20 RPV | B190 | A104 | RECEIVED AND REVIEWED TMI OPPOSITION TO DEEMER LIFT STAY. | .10 | 49.00 |
| 10/16/20 RPV | B190 | A105 | EMAILS FROM MR. MINTZ REGARDING TMI OPPOSITION TO DEEMER LIFT STAY AND PACHULSKI AND LOCKE LORD JULY FEE STATEMENTS. | .20 | 98.00 |
| 10/16/20 RPV | B170 | A104 | RECEIVED AND REVIEWED PACHULSKI AND LOCKE LORD JULY FEE STATEMENT AND LETTER REGARDING JUNE STATEMENTS. | .10 | 49.00 |
| 10/16/20 RPV | B210 | A104 | RECEIVED AND REVIEWED AMENDED SETTLEMENT AGREEMENT AND REVISED TO SAME. | .40 | 196.00 |
| 10/16/20 RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING AMENDED SETTLEMENT AGREEMENT. | .10 | 49.00 |
| 10/16/20 RPV | B170 | A105 | EMAILS FROM MR. MINTZ AND MS. ASHLEY REGARDING DRAFT LETTER REGARDING THE FEES OF THE COMMITTEE FOR THE FIRST MONTHLY FEE APPLICATION. | .20 | 98.00 |
| 10/16/20 RPV | B170 | A105 | RECEIVED AND REVIEWED DRAFT LETTER REGARDING THE FEES OF THE COMMITTEE FOR THE FIRST MONTHLY FEE APPLICATION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 10/16/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DEEMER MOTION TO MODIFY THE AUTOMATIC STAY AND J.W. DOE & JAMES DOE MOTIONS TO LIFT STAY. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  34
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 10/16/20 RPV | B210 | A106 | EMAIL FROM CLIENT REGARDING DONLON RECANO ISSUES. | .10 | 49.00 |
|---|---|---|---|---|---|
| 10/16/20 RPV | B190 | A104 | EMAILS TO AND FROM AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING RCCANO ISSUES. | .50 | 245.00 |
| 10/16/20 RPV | B190 | A106 | EMAIL FROM CLIENT REGARDING UPDATED BRIEFING ON MOTION TO LIFT STAY. | .10 | 49.00 |
| 10/16/20 RPV | B190 | A104 | EMAILS FROM MR. MINTZ AND MR. SELF REGARDING REVIEW OF VARIOUS MEDIATION ORDERS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 10/16/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MEMO AND PLEADINGS REGARDING HEARINGS IN AN ABUSE CASE. | .70 | 343.00 |
| 10/16/20 LFA | B110 | A105 | MULTIPLE CORRESPONDENCES WITH COMMITTEE REGARDING FEE STATEMENT (.4); MULTIPLE CORRESPONDENCES WITH UST REGARDING FEE STATEMENT OBJECTIONS (.4); MULTIPLE CORRESPONDENCES WITH DR. WHEATMAN, TPG AND THE CLIENT REGARDING NOTICE MATERIALS AND CONTENT; (.4). | 1.20 | 480.00 |
| 10/16/20 LFA | B110 | A104 | REVIEWED AND REVISED OCP STATEMENT (.5); REVIEWED AND REVISED JW INVOICES TO PREPARE FEE STATEMENT (3.5); REVIEWED MEDIA NOTICE CONTENT (1.5). | 5.50 | 2,200.00 |
| 10/16/20 MAM | B170 | A101 | PREPARE FOR (2.0) AND COMPOSE COMPREHENSIVE LETTER ON UCC FEES (1.5). | 3.50 | 1,400.00 |
| 10/16/20 MAM | B110 | A101 | RECEIPT AND REVIEW OF BRIEFINGS ON LIFT STAY. (1.0)CORRESPONDENCE WITH CLIENT REGARDING THE SAME, (0.5) | 1.50 | 600.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  35
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/16/20 MAM   B110  A101   CONFERENCE WITH MS. FUTRELL        1.30        520.00
                           REGARDING 9019 MOTION


10/16/20 LHS   B190  A103   CONTINUED RESEARCHING ISSUES       6.50      1,625.00
                           RELATED TO THE HEARING ON THE
                           SETTLEMENT MOTION (3.50);
                           FINALIZED MEMORANDUM
                           REGARDING SAME (3.00).


10/16/20 SAO   B140  A103   FINALIZE OBJECTION TO DEEMER        .70        175.00
                           LIFT STAY MOTION (0.5); FILE
                           THE SAME (0.2).


10/16/20 SAO   B140  A103   FINALIZE SUPPLEMENTAL              .80        200.00
                           MEMORANDUM OF LAW REGARDING
                           J.W. DOE AND JAMES DOE'S LIFT
                           STAY MOTIONS (0.5); FILE THE
                           SAME (0.3).


10/16/20 SAO   B140  A104   REVIEW PAUL CALAMARI'S             .60        150.00
                           RESPONSE AND OPPOSITION TO
                           J.W. DOE AND JAMES DOE'S LIFT
                           STAY MOTIONS (0.2); REVIEW
                           SUPPLEMENTAL MEMORANDUM OF
                           J.W. DOE AND JAMES DOE IN
                           SUPPORT OF THE SAME (0.3);
                           REVIEW TMI TRUST COMPANY'S
                           OBJECTION TO THE SAME (0.1).


10/16/20 SAO   B140  A104   REVIEW THE COMMITTEE'S             .10         25.00
                           OBJECTION TO THE DEEMER LIFT
                           STAY MOTION.


10/16/20 SAO   B140  A108   EMAIL CORRESPONDENCE TO            .30         75.00
                           CLIENT AND CLIENT REGARDING
                           TODAY'S FILINGS RELATING TO
                           THE DEEMERS' MOTION TO MODIFY
                           THE AUTOMATIC STAY AND J.W.
                           DOE AND JAMES DOE'S MOTIONS
                           TO LIFT STAY.


10/16/20 SAO   B190  A104   REVIEW DECLARATION OF             .40        100.00
                           KATHLEEN ZUNIGA (0.1); REVIEW
                           TMI TRUST COMPANY'S REPLY IN
                           SUPPORT OF SETTLEMENT MOTION
                           (0.2); REVIEW WITNESS AND
                           EXHIBIT LISTS FOR HEARING ON
                           THE SETTLEMENT MOTION (0.1).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  36
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/16/20 SAO | B110 | A103 | WORK ON AGENDAS FOR THIS WEEK'S HEARINGS. | 1.70 | 425.00 |
| 10/17/20 EJF | B190 | A105 | CONFERENCES WITH MR. MINTZ REGARDING SETTLEMENT (.2) AND EMAILS FROM MR. BOLDISSAR (.2); | .40 | 196.00 |
| 10/17/20 EJF | B190 | A107 | MEMO FROM COMMITTEE COUNSEL; | .10 | 49.00 |
| 10/17/20 EJF | B190 | A104 | REVIEW DEPOSITION TRANSCRIPT OF MS. ZUNIGA (.1.2) AND RELATED DOCUMENTS (1.5); REVIEW OTHER POTENTIAL EXHIBITS (.8); | 3.50 | 1,715.00 |
| 10/17/20 EJF | B190 | A103 | REVISE REPLY BRIEF; | 1.80 | 882.00 |
| 10/17/20 EJF | B190 | A103 | PREPARE FOR HEARING; | 2.00 | 980.00 |
| 10/17/20 RPV | B170 | A106 | EMAILS FROM CLIENT AND MR.MINTZ REGARDING LOCKE LORD JULY FEE STATEMENT. | .20 | 98.00 |
| 10/17/20 RPV | B190 | A104 | EMAIL FROM MR. BOLDISSAR REGARDING STATUS OF RULE 9019 MOTION. | .10 | 49.00 |
| 10/17/20 MAM | B110 | A101 | RESEARCH ON COMMITTEE ISSUES | 2.50 | 1,000.00 |
| 10/18/20 EJF | B190 | A103 | REVIEW AND REVISE REPLY BRIEF; | 1.50 | 735.00 |
| 10/18/20 EJF | B190 | A106 | MEMO TO CLIENT RE REPLY BRIEF AND RELATED ISSUES; | .20 | 98.00 |
| 10/18/20 EJF | B190 | A105 | EMAILS RE REPLY BRIEF (.7) (NO CHARGE); | .00 | NO CHARGE |
| 10/18/20 EJF | B190 | A104 | REVIEW TRANSCRIPTS; | 1.80 | 882.00 |
| 10/18/20 EJF | B190 | A101 | PREPARE FOR MEETING WITH CLIENT AND HEARING ON SETTLEMENT MOTION; | 2.80 | 1,372.00 |
| 10/18/20 RPV | B190 | A105 | EMAILS FROM MS. FUTRELL REGARDING PREPARATIONS FOR EXAMINATIONS OF KATHLEEN ZUNIGA AND FR. CARR. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  37
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/18/20 RPV    B210  A106   SEND WEEKLY UPDATE TO CLIENT.         .40        196.00

10/18/20 RPV    B210  A104   RECEIVED AND REVIEWED FILED          .40        196.00
                             SETTLEMENT AGREEMENT.

10/18/20 RPV    B190  A104   RECEIVED AND REVIEWED                .40        196.00
                             REVISIONS AND FINAL VERSION
                             OF REPLY TO OBJECTIONS TO THE
                             SETTLEMENT MOTION.

10/18/20 RPV    B190  A104   EMAIL AMONG TEAM REGARDING           .30        147.00
                             REVISIONS AND FINAL VERSION
                             OF REPLY TO MOTION.

10/18/20 RPV    B110  A105   EMAILS FROM MR. MINTZ               .20         98.00
                             REGARDING WEEKLY STRATEGY
                             MEETING AND UPCOMING
                             DEADLINES.

10/18/20 LFA    B160  A103   REVIEWED JW FEE STATEMENTS        4.50      1,800.00
                             (2.0); CONTINUED DRAFTING JW
                             FEE STATEMENT (2.5).

10/18/20 LFA    B110  A105   MULTIPLE CORRESPONDENCES WITH       .50        200.00
                             MR. MINTZ REGARDING FEE
                             STATEMENT AND BAR DATE ORDER
                             ISSUES.

10/18/20 MAM    B110  A101   REVISE AND EDIT REPLY MEMO ON      2.10        840.00
                             9019.

10/18/20 MAM    B110  A101   WEEKLY SCHEDULE CORRESPONDENCE     1.00        400.00

10/18/20 LHS    B190  A103   EDIT REPLY TO OPPOSITION TO         .80        200.00
                             SETTLEMENT WITH TMI.

10/18/20 SAO    B110  A105   EMAIL CORRESPONDENCES WITH          .50        125.00
                             JONES WALKER TEAM REGARDING
                             THIS WEEK'S MEETINGS AND
                             HEARINGS.

10/19/20 EDW    B110  A104   REVIEWED STATUS AND ISSUES          .40        120.00
                             REGARDING PUBLICATION NOTICE,
                             INCLUDING TV SCRIPT, BAR DATE
                             NOTICES PROGRAM AND MEDIA
                             CAMPAIGN.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  38
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/19/20 EDW   B110  A107   TELEPHONE CONFERENCE WITH MR.      .20         60.00
                           WATERS REGARDING MOTION TO
                           LIFT STAY ISSUES.


10/19/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH       .20         60.00
                           CLIENT REGARDING PENDING
                           MOTIONS TO LIFT STAY AND BOND
                           TRUSTEE SETTLEMENT MOTION.


10/19/20 EDW   B110  A104   REVIEWED LD DOE REMOVAL            .10         30.00
                           PLEADINGS.


10/19/20 EDW   B110  A109   ATTENDED STRATEGY MEETING          .90        270.00
                           REGARDING PENDING MOTIONS
                           REGARDING BOND TRUSTEE
                           SETTLEMENT AND MOTIONS TO
                           LIFT STAY.


10/19/20 EDW   B110  A104   REVIEWED ISSUES REGARDING          .90        270.00
                           HEARING ON BOND TRUSTEE
                           SETTLEMENT MOTION.


10/19/20 EJF   B190  A106   MEETING WITH CLIENT RE            2.80      1,372.00
                           SETTLEMENT MOTION HEARING AND
                           RELATED ISSUES;


10/19/20 EJF   B190  A105   MEETING REGARDING SETTLEMENT       .90        441.00
                           MOTION AND RELATED MATTERS;


10/19/20 EJF   B190  A105   CONFERENCES WITH MR. VANCE         .00      NO CHARGE
                           REGARDING WITNESS AND WITNESS
                           PREPARATION (.8) (NO CHARGE);


10/19/20 EJF   B190  A107   CONFERENCE CALL WITH             1.80        882.00
                           COMMITTEE COUNSEL RE EXHIBITS
                           AND OTHER ISSUES RELATED TO
                           SETTLEMENT MOTION (.3); MEMOS
                           TO AND FROM COUNSEL FOR THE
                           COMMITTEE RE EXHIBITS (.5);
                           REVISE JOINT EXHIBIT LIST
                           (.4); REVIEW MEMO FROM
                           COMMITTEE COUNSEL RE PROPOSED
                           REVISIONS TO SETTLEMENT
                           AGREEMENT (.4); MEMO FROM
                           BOND TRUSTEE COUNSEL'S RE
                           SAME (.1); MEMO TO UST RE
                           REVISED SETTLEMENT AGREEMENT
                           (.1).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  39
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 10/19/20 EJF | B190 | A103 | REVISE REPLY BRIEF; | 1.80 | 882.00 |
|---|---|---|---|---|---|
| 10/19/20 JJL | B110 | A105 | MEETING REGARDING STRATEGY | .90 | 270.00 |
| 10/19/20 JRT | B190 | A104 | ANALYZE ISSUE OF INSURANCE AND PREPARE FOR MEDIATION. | .70 | 210.00 |
| 10/19/20 RPV | B190 | A104 | RECEIVED, REVIEWED AND REVISED OUTLINES FOR THE EXAMINATIONS OF KATHLEEN ZUNIGA AND FR. CARR. | 1.00 | 490.00 |
| 10/19/20 RPV | B190 | A105 | OFFICE CONFERENCES WITH MS. FUTRELL REGARDING HEARING ISSUES FOR TMI SETTLEMENT MOTION | .80 | 392.00 |
| 10/19/20 RPV | B190 | A105 | PREPARING FOR TMI SETTLEMENT MOTION HEARING | 1.50 | 735.00 |
| 10/19/20 RPV | B190 | A105 | MEET WITH MS. FUTRELL , WITNESSES AND CLIENT TO PREPARE FOR TMI SETTLEMENT MOTION HEARING | 2.80 | 1,372.00 |
| 10/19/20 WGZ | B410 | A104 | REVIEW BRIEFING OF JW DOE AND JAMES DOE REGARDING LIFT STAY MOTIONS. | .70 | 210.00 |
| 10/19/20 WGZ | B410 | A107 | TELEPHONE CONFERENCE WITH COUNSEL FOR CATHOLIC MUTUAL REGARDING STRATEGY FOR HEARING ON LIFT STAY MOTIONS. | .30 | 90.00 |
| 10/19/20 WGZ | B410 | A103 | WORKING ON ARGUMENTS FOR HEARING REGARDING DISCOVERY SOUGHT IN LIFT STAY MOTIONS. | .30 | 90.00 |
| 10/19/20 WGZ | B410 | A104 | ANALYSIS OF DISCOVERY PROCEEDINGS IN STATE COURT WITH RESPECT TO DISCOVERY REQUESTED IN JW DOE. | .40 | 120.00 |
| 10/19/20 WGZ | B410 | A104 | ANALYSIS OF DISCOVERY PROCEEDINGS IN STATE COURT WITH RESPECT TO DISCOVERY REQUESTED IN JAMES DOE. | .40 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   40
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/19/20 WGZ   B410  A105   EMAILS WITH CLIENT REGARDING        .20        60.00
                           REMOVAL OF LD DOE MATTER.

10/19/20 WGZ   B410  A104   ANALYSIS OF REMOVAL PLEADINGS.      .30        90.00

10/19/20 WGZ   B410  A104   STRATEGY REGARDING ORAL            .30        90.00
                           ARGUMENT ON LIFT STAY MOTIONS
                           OF JW DOE AND JAMES DOE.

10/19/20 WGZ   B410  A104   ANALYSIS OF FACTUAL ARGUMENTS     1.30       390.00
                           RAISED BY JAMES DOE AND JW
                           DOE.

10/19/20 LFA   B110  A105   OFFICE CONFERENCE WITH MR.        5.00     2,000.00
                           MINTZ TO DISCUSS FEE
                           STATEMENT (1.0); REVIEWED AND
                           REVISED INVOICES TO ASSIST IN
                           DRAFTING FEE STATEMENT (4.0).

10/19/20 LFA   B110  A105   PREPARE FOR CALL WITH UST         1.30       520.00
                           OFFICE (.6); CALL WITH UST
                           OFFICE AND MR. MINTZ TO
                           DISCUSS OBJECTIONS TO JW AND
                           CRI'S FEE STATEMENT AND
                           RESOLUTION OF SAME (.7).

10/19/20 LFA   B110  A106   PREPARE FOR CALL REGARDING        2.50     1,000.00
                           MEDIA PLAN AND CONTENT (1.5);
                           CALL WITH CLIENT AND TEG TO
                           DISCUSS MEDIA PLAN AND
                           CONTENT OF ADS AND PROPOSED
                           LANGUAGE (1.0).

10/19/20 MAM   B110  A101   PREPARE FOR (0.10) AND ATTEND     1.00       400.00
                           WEEKLY STRATEGY MEETING
                           (0.90).

10/19/20 MAM   B110  A101   ATTEND MEETING WITH MR.           1.00       400.00
                           BOLDISSAR REGARDING 9019
                           MOTION. (0.5) CORRESPONDENCE
                           AND CONFERENCE REGARDING THE
                           SAME. (0.5)

10/19/20 MAM   B110  A101   PREPARE FOR HEARING ON            2.00       800.00
                           MOTIONS TO LIFT STAY.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  41
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/19/20 MAM   B160  A101  REVISED AND EDITED TIME TO        1.50      600.00
                           COMPLY WITH UST GUIDELINES IN
                           PREPARATION OF JONES WALKER'S
                           MONTHLY FEE STATEMENT.

10/19/20 MAM   B160  A101  CONFERENCE WITH UST REGARDING       .70      280.00
                           FEE APPLICATIONS.

10/19/20 MAM   B160  A101  CORRESPONDENCE TO UCC ABOUT         .20       80.00
                           FEES

10/19/20 LHS   B190  A101  REVIEW MATERIALS FOR HEARING      1.80      450.00
                           SETTLEMENT MOTION WITH TMI.

10/19/20 LHS   B410  A103  DRAFT ANSWERS TO QUESTIONS         .40      100.00
                           FROM CLIENT REGARDING THE BAR
                           DATE NOTICE PROGRAM.

10/19/20 LHS   B190  A103  DRAFT JOINT EXHIBIT LIST FOR       .80      200.00
                           HEARING ON MOTION TO SETTLE
                           WITH TMI.

10/19/20 LHS   B190  A108  CALL WITH COMMITTEE COUNSEL        .30       75.00
                           TO DISCUSS HEARING ON MOTION
                           TO SETTLE WITH TMI.

10/19/20 LHS   B190  A104  REVIEW ADDITION PRODUCTION         .60      150.00
                           SENT BY TMI.

10/19/20 LHS   B410  A101  PREPARE FOR MEETING TO            1.20      300.00
                           DISCUSS ISSUES RELATING TO
                           BAR DATE NOTICE PROGRAM.

10/19/20 LHS   B410  A108  COMMUNICATE WITH CLIENT            .90      225.00
                           REGARDING BAR DATE NOTICE
                           PROGRAM.

10/19/20 LHS   B410  A103  DRAFT AGENDA FOR MEETING           .20       50.00
                           REGARDING BAR DATE ISSUES.

10/19/20 LHS   B410  A103  DRAFT NOTICE OF AGENDA FOR         .80      200.00
                           OMNIBUS HEARING ON 10-20-2020.

10/19/20 SAO   B190  A103  PREPARE NOTICE OF REMOVAL,        4.30    1,075.00
                           STATE COURT PLEADINGS, CIVIL
                           COVER SHEET, NOTICE OF
                           AUTOMATIC REFERENCE, AND
                           NOTICE OF FILING REMOVAL FOR
                           L.D. DOE ABUSE CLAIM SUIT
                           (2.7); FILE REMOVAL PLEADINGS

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  42
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


AND NOTICE OF AUTOMATIC
REFERENCE IN THE EDLA (0.6);
FILE NOTICE OF FILING REMOVAL
IN ORLEANS PARISH CIVIL
DISTRICT COURT (0.2);
COORDINATE SERVICE OF THE
SAME BY EMAIL AND U.S. MAIL
(0.8).

| Date | Init | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 10/19/20 | SAO | B110 | A104 | REVIEW ORDER GRANTING SECOND MOTION TO EXTEND REMOVAL PERIOD. | .10 | 25.00 |
| 10/20/20 | EDW | B110 | A104 | REVIEWED NOTICES REGARDING LD DOE REMOVAL. | .10 | 30.00 |
| 10/20/20 | EDW | B110 | A101 | PREPARING FOR HEARING ON MOTIONS TO LIFT STAY INCLUDING ASSISTANCE WITH ARGUMENT OUTLINE. | 1.30 | 390.00 |
| 10/20/20 | EDW | B110 | A109 | ATTENDED HEARING ON MOTIONS TO LIFT STAY. | 1.50 | 450.00 |
| 10/20/20 | EJF | B190 | A107 | EMAILS TO AND FROM COMMITTEE COUNSEL CONCERNING HEARING EXHIBITS AND WITNESSES (.5); EMAIL TO UST AND TMI RE SAME (.1); | .60 | 294.00 |
| 10/20/20 | EJF | B190 | A103 | REVISE AMENDED SETTLEMENT AGREEMENT (.8); REVISE JOINT EXHIBIT LIST (.2); | 1.00 | 490.00 |
| 10/20/20 | EJF | B190 | A107 | EMAILS WITH COUNSEL RE FURTHER REVISIONS TO THE AMENDED SETTLEMENT AGREEMENT ; | .70 | 343.00 |
| 10/20/20 | EJF | B190 | A109 | ATTEND SETTLEMENT HEARING; | 1.50 | 735.00 |
| 10/20/20 | EJF | B190 | A109 | PREPARE FOR SETTLEMENT HEARING; | 2.30 | 1,127.00 |
| 10/20/20 | RPV | B190 | A104 | REVIEWED TALKING POINTS FOR BANKRUPTCY HEARING ON LIFT STAY AND RELATED MATTERS ON THE DOCKET. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   43
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/20/20 RPV   B310  A104   REVIEWED PROPOSED                    .60        294.00
                           COMMUNICATIONS TO NON-DEBTOR
                           CATHOLIC ENTITIES AND
                           TELEPHONE CONVERSATION WITH
                           COUNSEL REGARDING SAME .

10/20/20 RPV   B190  A104   REVIEWED COMMUNICATIONS FROM        1.00        490.00
                           COUNSEL FOR UCC, TMI AND
                           DEBTOR REGARDING DEBTOR'S
                           MOTION TO SETTLE WITH BOND
                           TRUSTEE AND OFFICE CONFERENCE
                           WITH MS. FUTRELL REGARDING
                           SAME.

10/20/20 RPV   B190  A105   OFFICE CONFERENCES WITH MS.         1.00        490.00
                           FUTRELL AND MR. MINTZ
                           REGARDING HEARING ON LIFT
                           STAY AND RELATED AGENDA

10/20/20 RPV   B190  A104   REVIEWED SETTLEMENT MOTON           3.00      1,470.00
                           (0.30) AND ANALYZED ISSUES IN
                           PREPARATION OF HEARING ON
                           MOTION TO SETTLE WITH BOND
                           TRUSTEE (2.70).

10/20/20 RPV   B210  A106   EMAIL TO AND FROM CLIENT             .30        147.00
                           REGARDING WEEKLY UPDATE.

10/20/20 RPV   B190  A104   RECEIVED AND REVIEWED DEEMER         .10         49.00
                           ORDER DENYING MOTION TO
                           MODIFY AUTOMATIC STAY AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .

10/20/20 RPV   B190  A106   EMAILS FROM AND TO CLIENT            .20         98.00
                           REGARDING STATUS OF SETTLED
                           CLAIMS.

10/20/20 RPV   B310  A108   EMAILS FROM AND TO AND               .30        147.00
                           TELEPHONE CONVERSATION WITH
                           COUNSEL REGARDING PARISH
                           WEBSITES NOTICES.

10/20/20 RPV   B210  A104   RECEIVED AND REVIEWED JOINT          .20         98.00
                           STATUS REPORT.

10/20/20 RPV   B310  A105   EMAILS AMONG JW TEAM                 .20         98.00
                           REGARDING NOTICE AND PROOF OF
                           CLAIM ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  44
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/20/20 WGZ   B410  A101  PREPARE FOR ISSUES REGARDING        .80       240.00
                           DISCOVERY IN JW DOE AND JAMES
                           DOE IN HEARING ON LIFT STAY
                           MOTIONS.

10/20/20 WGZ   B410  A109  ATTEND PORTION OF OMNIBUS           .70       210.00
                           HEARING REGARDING JW DOE AND
                           JAMES DOE TO ASSIST WITH
                           PRESENTATION REGARDING
                           PROCEEDINGS IN STATE COURT
                           AND NATURE OF ALLEGATIONS.

10/20/20 JPG   B250  A104  WORK ON IDENTIFYING REAL           .60        240.00
                           ESTATE HOLDINGS.

10/20/20 LFA   B160  A105  CONTINUED WORKING ON FEE          4.00      1,600.00
                           STATEMENT (2.5); REVIEWED AND
                           REVISED EXHIBITS TO ASSIST
                           WITH SAME (1.5).

10/20/20 LFA   B110  A103  CORRESPONDENCES WITH MR.          1.50        600.00
                           DRAPER AND CLIENT TO DISCUSS
                           EDITS TO BAR DATE ADS (.5);
                           REVIEWED AND REVISED BAR DATE
                           ADS BASED ON SAME (1.0).

10/20/20 LFA   B110  A105  CORRESPONDENCES WITH CLIENT        .60        240.00
                           AND MR. MINTZ REGARDING
                           DONLIN RECANO RECORDED LINE
                           (.4); AND WITH MS. GEORGE
                           REGARDING RCCANO - 20-10846 -
                           DONLIN RECANO CLAIMS (.1);
                           WITH CLIENT AND MESSRS.
                           DRAPER AND BENOIT REGARDING
                           LETTER FOR FR. POCHE (.1).

10/20/20 MAM   B110  A101  APPEAR FOR AND ATTEND HEARING     1.50        600.00
                           ON MOTION TO LIFT STAY,
                           MOTION TO COMPROMISE, MOTION
                           TO APPOINT FEE NOTICE PARTY.

10/20/20 MAM   B110  A101  CONFERENCE WITH CLIENT            1.30        520.00
                           REGARDING OUTCOME OF HEARINGS

10/20/20 MAM   B110  A101  PREPARE ORAL ARGUMENT FOR         2.10        840.00
                           HEARINGS

10/20/20 MAM   B110  A101  CONFERENCES WITH CLIENT           1.10        440.00
                           REGARDING BAR DATE NOTICES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   45
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| 10/20/20 CVM | B140 | A103 | DRAFTED LETTER TO ALARM, DETECTION AND SUPPRESSION SYSTEMS, LLC REQUESTING IT COMPLY WITH AUTOMATIC STAY AND CEASE COLLECTION EFFORTS | 1.20 | 300.00 |
|---|---|---|---|---|---|
| 10/20/20 LHS | B410 | A103 | DRAFT PROPOSED ORDER FOR MOTION TO SETTLE SUCCESSION ISSUE. | .50 | 125.00 |
| 10/20/20 SAO | B110 | A104 | REVIEW CLERK'S DIRECTIVE REGARDING NOTICE OF REMOVAL IN L.D. DOE MATTER. | .10 | 25.00 |
| 10/20/20 SAO | B140 | A104 | REVIEW TALKING POINTS FOR TODAY'S HEARING. | .40 | 100.00 |
| 10/20/20 SAO | B110 | A102 | FURTHER RESEARCH RE: EXECUTION OF PROOFS OF CLAIM (0.4);EMAIL CORRESPONDENCE TO MR. MINTZ REGARDING THE SAME (0.3). | .70 | 175.00 |
| 10/20/20 SAO | B110 | A109 | ATTEND OMNIBUS TELEPHONIC HEARING. | 1.50 | 375.00 |
| 10/20/20 SAO | B110 | A108 | DRAFT MEMO TO ARCHBISHOP AYMOND REGARDING TODAY'S HEARING. | 1.60 | 400.00 |
| 10/21/20 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH CLIENT REGARDING HEARING ON MOTIONS TO LIFT STAY AND STATUS REGARDING PENDING MOTIONS. | .30 | 90.00 |
| 10/21/20 EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING BOND TRUSTEE MOTION. | .30 | 90.00 |
| 10/21/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTIONS TO LIFT STAY. | .30 | 90.00 |
| 10/21/20 EJF | B190 | A101 | REVIEWED SETTLEMENT MOTION (0.50) AND ANALYZED ISSUES IN PREPARATION FOR HEARING ON SETTLEMENT MOTION (4.30). | 4.80 | 2,352.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   46
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/21/20 | EJF | B190 | A107 | CONFERENCE CALL WITH COMMITTEE COUNSEL RE SETTLEMENT AGREEMENT; | .50 | 245.00 |
| 10/21/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH UCC COUNSEL AND MS. FUTRELL REGARDING UNRESOLVED ISSUES IN CONNECTION WITH MOTION TO SETTLE WITH BOND TRUSTEE | .50 | 245.00 |
| 10/21/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ AND MS. FUTRELL REGARDING CALL WITH UCC COUNSEL REGARDING UNRESOLVED ISSUES FOR MOTION TO SETTLE WITH BOND TRUSTEE | .50 | 245.00 |
| 10/21/20 | RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING HEARING ON SETTLEMENT MOTION AND REVIEWED OUTLINE IN PREPARATION. | .30 | 147.00 |
| 10/21/20 | RPV | B310 | A108 | TELEPHONE CALL WITH COUNSEL REGARDING COMPLIANCE WITH WEB POSTINGS REQUIREMENTS AND RESPONSE TO LETTER. | .30 | 147.00 |
| 10/21/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED PAUL SHIELDS DEPOSITION TRANSCRIPT AND EXPERT REPORT AND PREPARING FOR CROSS EXAMINATION IN ANTICIPATION OF HEARING ON MOTION TO SETTLE WITH BOND TRUSTEE. | 2.50 | 1,225.00 |
| 10/21/20 | RPV | B190 | A106 | EMAIL FROM CLIENT REGARDING TICHENOR VS. RCCANO MATTER. | .10 | 49.00 |
| 10/21/20 | RPV | B160 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING JONES WALKER FEE STATEMENT ISSUES FOR JULY AND AUGUST. | .20 | 98.00 |
| 10/21/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED JOINT EXHIBIT LIST FOR SETTLEMENT MOTION DISPUTE AND OFFICE CONFERENCE WITH MS. FUTRELL REGARDING SAME | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  47
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/21/20 RPV   B310  A105   EMAILS FROM MR. MINTZ AND MS.      .70      343.00
                           ASHLEY REGARDING COMPILING
                           NOTICE LISTS AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

10/21/20 RPV   B310  A106   EMAIL FROM AND TO CLIENT           .20       98.00
                           REGARDING COMPILING NOTICE
                           LISTS.

10/21/20 RPV   B190  A104   RECEIVED AND REVIEWED             .50      245.00
                           DEBTOR'S REPLY TO THE
                           OBJECTIONS TO THE DEBTOR'S
                           SETTLEMENT MOTION FILED BY
                           (I) THE OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS, AND (II)
                           THE OFFICE OF THE UNITED
                           STATES TRUSTEE AND OFFICE
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING SAME .

10/21/20 RPV   B190  A105   EMAIL FROM AND OFFICE             .60      294.00
                           CONFERENCES WITH MS. FUTRELL
                           REGARDING REVISIONS TO
                           PROPOSED ORDER TO SETTLE WITH
                           BOND TRUSTEE.

10/21/20 LFA   B110  A105   CORRESPONDENCES WITH MR.         1.10      440.00
                           MINTZ REGARDING SETTLEMENT
                           COUNTER PARTIES (0,2);  WITH
                           MSES. LEUMAS AND ZERINGUE
                           REGARDING NEWLY ADDED
                           FRANCISCANS; WITH MR. LOGAN
                           REGARDING UPDATED LISTED
                           CLERGY (0.1); WITH MR. MAPPA,
                           DONLIN RECANO, REGARDING THE
                           ROMAN CATHOLIC CHURCH OF NO
                           CALL LOG (0.2); WITH CLIENT
                           AND MR. MINTZ REGARDING
                           REPORT ON YESTERDAY'S
                           HEARINGS (0.3); WITH MSES.
                           ZERINGUE, WHEATMAN AND MORRIS
                           REGARDING NEW ORLEANS
                           ARCHDIOCESE MEDIA FLOWCHART +
                           NEXT STEPS. (0.3).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   48
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/21/20 LFA   B160  A103   CONTINUED DRAFTING AND          5.50      2,200.00
                           REVISING EXHIBITS TO FEE
                           STATEMENT (4.5); REVISED FEE
                           STATEMENT BASED ON SAME (1.0)

10/21/20 LFA   B210  A103   REVISED AND EDITED BAR DATE      2.00        800.00
                           NOTICE ADS (1.0);
                           CORRESPONDENCES WITH MR.
                           MINTZ AND THE CLIENT
                           REGARDING BAR DATE ORDER AND
                           COMPLYING WITH SAME (1.0);

10/21/20 MAM   B110  A101   CONFERENCES (0.5) AND            1.00        400.00
                           CORRESPONDENCE REGARDING BAR
                           DATE NOTICES. (0.5)

10/21/20 MAM   B160  A101   FINALIZE JONES WALKER FEE         .50        200.00
                           APPLICATION

10/21/20 MAM   B110  A101   CONFERENCE WITH MR. CARER         .50        200.00
                           REGARDING INSURANCE MATTERS

10/21/20 MAM   B110  A101   CONFERENCE WITH DEEMER            .50        200.00
                           COUNSEL REGARDING LIFT STAY

10/21/20 MAM   B110  A101   CONFERENCES WITH MS. FUTRELL     1.30        520.00
                           AND MR. VANCE REGARDING
                           SETTLEMENT HEARING

10/21/20 LHS   B410  A103   FINALIZE JOINT EXHIBITS FOR      2.80        700.00
                           HEARING ON MOTION TO SETTLE
                           CLAIMS.

10/21/20 LHS   B190  A104   REVIEW MATERIALS FOR HEARING     1.40        350.00
                           ON MOTION TO SETTLE CLAIMS.

10/21/20 LHS   B160  A104   REVIEW CRI SECOND FEE             .40        100.00
                           STATEMENT.

10/21/20 SAO   B110  A104   REVIEW MEMO TO RECORD OF          .10         25.00
                           HEARING HELD ON 10/20/2020.

10/21/20 SAO   B140  A104   REVIEW ORDER DENYING MOTION       .10         25.00
                           TO MODIFY AUTOMATIC STAY AND
                           ORDER PLACING MATTER UNDER
                           ADVISEMENT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   49
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/21/20 SAO   B190  A104   REVIEW THE DEBTOR'S REPLY TO         .30          75.00
                           THE MOTION TO SETTLE WITH TMI
                           TRUST COMPANY.

10/21/20 SAO   B190  A104   REVIEW ORDER STAYING AND             .10          25.00
                           ADMINISTRATIVELY CLOSING L.D.
                           DOE ABUSE ACTION.

10/22/20 EDW   B110  A104   REVIEWED REPORT REGARDING            .50         150.00
                           HEARING ON MOTION FOR
                           SETTLEMENT WITH BOND TRUSTEE
                           AND REVIEWED NEXT STEPS
                           REGARDING MOTION AND BRIEF
                           REQUESTED BY THE COURT.

10/22/20 EDW   B110  A104   CONTINUED WORK ON MOTIONS TO         .50         150.00
                           LIFT STAY ISSUES AND HANDLING
                           OF DISCOVERY.

10/22/20 EDW   B110  A104   REVIEWED TRANSCRIPT REGARDING        .30          90.00
                           MOTIONS TO LIFT STAY HEARING.

10/22/20 EJF   B190  A101   FINISHED ANAYZING ISSUES IN        2.80       1,372.00
                           PREPARATION FOR HEARING ON
                           SETTLEMENT MOTION.

10/22/20 EJF   B190  A107   VARIOUS MEMOS TO AND FROM          1.10         539.00
                           COMMITTEE COUNSEL AND COUNSEL
                           FOR TMI RE SETTLEMENT
                           AGREEMENT (.7); SEPARATE
                           CONFERENCES CALLS WITH
                           COMMITTEE COUNSEL (.2) AND
                           TMI (.2) RE SAME;

10/22/20 EJF   B190  A107   MEMO TO CHAMBERS RE NO              .00      NO CHARGE
                           TESTIMONY AT HEARING (NO
                           CHARGE);

10/22/20 EJF   B190  A109   ATTEND HEARING;                     .60         294.00

10/22/20 EJF   B190  A106   CONFERENCES CALLS WITH CLIENT       .20          98.00
                           BEFORE (.1) AND AFTER (.1)
                           HEARING;

10/22/20 EJF   B190  A107   MEETING WITH MR. VANCE AND          .00      NO CHARGE
                           MR. MINTZ RE POST HEARING
                           REVIEW (.5) (NO CHARGE);

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  50
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | | Code | Code | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/22/20 | RPV | B190 | A109 | COURT APPEARANCE FOR HEARING ON MOTION TO SETTLE WITH BOND TRUSTEE | .50 | 245.00 |
| 10/22/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH CLIENT AND MS. FUTRELL REGARDING SETTLEMENT MOTION WITH BOND TRUSTEE HEARING | .20 | 98.00 |
| 10/22/20 | RPV | B190 | A108 | EMAIL FROM/TO DOJ COUNSEL REGARDING SETTLEMENT | .30 | 147.00 |
| 10/22/20 | RPV | B190 | A106 | EMAIL FROM/TO CLIENT AND TEAM REGARDING DOJ PROOF OF CLAIM | .30 | 147.00 |
| 10/22/20 | RPV | B110 | A104 | REVIEWED MEMO REGARDING OCTOBER 22 HEARING AND FORWARD TO CLIENT | .20 | 98.00 |
| 10/22/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO APPROVE COMPROMISE SUCCESSION OF MARIA LUISA PATORNO AND MEMORANDUM TO CLIENT REGARDING SAME . | .10 | 49.00 |
| 10/22/20 | RPV | B190 | A108 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO BE DESIGNATED AS PROFESSIONAL FEE NOTICE PARTY FILED BY TMI AND TELEPHONE CONVERSATION WITH MR. RUBIN REGARDING SAME . | .20 | 98.00 |
| 10/22/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED SEVERAL PROOFS OF CLAIM. | .20 | 98.00 |
| 10/22/20 | RPV | B190 | A106 | EMAILS FROM AND TO CLIENT REGARDING ARCHDIOCESE-FCA SETTLEMENT. | .20 | 98.00 |
| 10/22/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL FOR UCC AND MS. FUTRELL REGARDING SETTLEMENT WITH BOND TRUSTEE | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   51
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Tkpr | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/22/20 | RPV | B190 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ AND MS. FUTRELL REGARDING SETTLEMENT WITH BOND TRUSTEE HEARING | .50 | 245.00 |
| 10/22/20 | RPV | B190 | A104 | PREPARING FOR HEARING ON MOTION TO SETTLE WITH BOND TRUSTEE BY REVIEW OF TALKING POINTS FOR ARGUMENT, OFFICE CONFERENCE WITH MS. FUTRELL REGARDING SAME AND REVIEWED OF UCC'S EXPERT REPORT | 2.00 | 980.00 |
| 10/22/20 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH MS. FUTRELL AND MR. RUBIN REGARDING HEARING AND FURTHER BRIEFING ISSUES ON SETTLEMENT WITH BOND TRUSTEE | .20 | 98.00 |
| 10/22/20 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING HEARING ON SETTLEMENT MOTION WITH BOND TRUSTEE, POSSIBLE APPEAL BY COUNSEL OF LIFT STAY MOTION, MEDIATION, FILING OF PROOFS OF CLAIM, AGENDA FOR DISCUSSION WITH UST AND RELATED MATTERS | .50 | 245.00 |
| 10/22/20 | RPV | B190 | A109 | APPEAR FOR HEARING ON SETTLEMENT WITH BOND TRUSTEE AND POST HEARING CONFERENCE WITH COUNSEL, CLIENT AND EXPERT | 1.00 | 490.00 |
| 10/22/20 | WGZ | B410 | A104 | ANALYSIS OF TRANSCRIPT OF HEARINGS BEFORE JUDGE GRABILL WITH RESPECT TO ISSUES REVISED IN LIFT STAY MOTION. | .60 | 180.00 |
| 10/22/20 | LFA | B160 | A103 | DRAFTED, REVISED AND FINALIZED CRI AND BLANK ROME'S FEE STATEMENTS. | 2.50 | 1,000.00 |
| 10/22/20 | LFA | B160 | A103 | REVISED AND FINALIZED BLANK ROME AND CRI'S SECOND FEE STATEMENTS. | 3.00 | 1,200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  52
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/22/20 LFA   B110  A105   CORRESPONDENCES WITH MR.          1.20       480.00
                            MINTZ REGARDING TRANSCRIPT OF
                            OCTOBER 20 HEARINGS AND WITH
                            MR. MAPPA REGARDING HE ROMAN
                            CATHOLIC CHURCH OF NO CALL
                            LOG (.4); WITH MSES. WHEATON
                            AND MORRIS REGARDING NEW
                            ORLEANS ARCHDIOCESE MEDIA
                            FLOWCHART AND NEXT STEPS
                            (.4); WITH MR. MINTZ
                            REGARDING MOTION TO APPROVE
                            SETTLEMENT ON POTORNO (.4).

10/22/20 MAM   B190  A101   PREPARE FOR CONTESTED HEARING      3.40     1,360.00
                            ON MOTION TO APPROVE
                            SETTLEMENT. (1.00)
                            CORRESPONDENCE WITH MR. VANCE
                            AND MS. FUTRELL REGARDING THE
                            SAME. (0.5)  WORK ON
                            ARGUMENTS FOR THE SAME. (0.9)
                            ATTEND HEARING ON THE SAME.
                            (0.6)  CONFERENCE WITH CLIENT
                            REGARDING THE SAME. (0.4)

10/22/20 MAM   B160  A101   CONFERENCE WITH CLIENT            1.20       480.00
                            REGARDING PRIOR FEE
                            STATEMENTS.

10/22/20 CVM   B110  A102   RESEARCHED WHETHER A DEBTOR       5.90     1,475.00
                            SETTLING CLAIMS IN ANOTHER
                            BANKRUPTCY CASE NEEDS COURT
                            AUTHORIZATION TO SETTLE

10/22/20 CVM   B110  A111   COMPILED AND COMMUNICATED         1.00       250.00
                            RESEARCH RE: WHETHER A DEBTOR
                            NEEDS COURT APPROVAL TO
                            SETTLE CLAIMS OUTSIDE OF ITS
                            BANKRUPTCY CASE

10/22/20 LHS   B160  A103   EDIT JONES WALKER FEE             1.50       375.00
                            STATEMENT WITH ATTACHMENTS.

10/22/20 LHS   B190  A103   HEARING ON MOTION TO SETTLE        .70       175.00
                            CLAIM WITH TMI TRUST

10/22/20 LHS   B410  A103   DRAFT SUMMARY OF HEARING ON        .40       100.00
                            MOTION TO SETTLE CLAIMS WITH
                            TMI

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   53
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/22/20 LHS   B410  A101  ORGANIZED DOCUMENTS AND            1.60         400.00
                           FINALIZED ANY OUTSTANDING
                           ISSUES IN PREPARATION OF
                           HEARING ON MOTION TO SETTLE
                           WITH TMI.

10/22/20 SAO   B110  A102  REVIEW DOCKETS OF PENDING          1.70         425.00
                           DIOCESAN BANKRUPTCY CASES TO
                           CHECK FOR UPDATES.

10/22/20 SAO   B190  A104  REVIEW ORDER GRANTING MOTION        .10          25.00
                           TO APPROVE COMPROMISE OF
                           SUCCESSION OF MARIA LUISA
                           PATORNO.

10/22/20 SAO   B160  A104  REVIEW ORDER GRANTING TMI           .10          25.00
                           TRUST COMPANY'S MOTION TO BE
                           DESIGNATED AS PROFESSIONAL
                           FEE NOTICE PARTY.

10/22/20 SAO   B190  A104  REVIEW MEMO TO RECORD OF            .10          25.00
                           HEARING HELD ON 10/22/2020.

10/22/20 SAO   B110  A104  REVIEW NOTICE OF FILING OF          .10          25.00
                           OFFICIAL TRANSCRIPT OF
                           OCTOBER 20, 2020 HEARING.

10/22/20 SAO   B140  A104  REVIEW TRANSCRIPT OF OCTOBER       1.40         350.00
                           20, 2020 HEARING.

10/23/20 EDW   B110  A104  REVIEWED ISSUES REGARDING          .30          90.00
                           COMMITTEE COMPOSITION AND
                           COMMUNICATIONS WITH U.S.
                           TRUSTEE.

10/23/20 EDW   B110  A104  REVIEWED NOTICES REGARDING         .20          60.00
                           REFERRAL BY JUDGE FELDMAN OF
                           CASES TO THE BANKRUPTCY COURT.

10/23/20 EJF   B190  A107  CONFERENCE CALL WITH BOND          .20          98.00
                           TRUSTEE'S COUNSEL RE POST
                           HEARING BRIEF;

10/23/20 EJF   B190  A104  REVIEW MINUTE ENTRY RE POST        .10          49.00
                           HEARING BRIEF;

10/23/20 EJF   B190  A103  DRAFT AND REVISE POST HEARING     1.30         637.00
                           BRIEF;

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   54
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/23/20 | EJF | B190 | A104 | REVISE PROPOSED ORDER; | .10 | 49.00 |
| 10/23/20 | EJF | B190 | A107 | EMAIL RE REVISED ORDER; | .10 | 49.00 |
| 10/23/20 | RPV | B110 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING STATUS OF ISSUES WITH US TRUSTEE. | .70 | 343.00 |
| 10/23/20 | RPV | B190 | A107 | EMAIL FROM MR. DESHAZO REGARDING REFERRAL OF ZACH ROE AND CHUCK ROE CASES. | .10 | 49.00 |
| 10/23/20 | RPV | B190 | A106 | EMAILS FROM AND TO CLIENT REGARDING REFERRAL OF ZACH ROE AND CHUCK ROE CASES. | .20 | 98.00 |
| 10/23/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED ELECTRONIC NOTICE FROM U.S. DISTRICT COURT REGARDING REFERRAL OF RALPH ROE. | .20 | 60.00 |
| 10/23/20 | WGZ | B410 | A106 | EMAILS FROM COUNSEL FOR ARCHDIOCESE IN REMOVAL MATTER BEFORE JUDGE FELDMAN REGARDING REFERRAL OF RALPH ROE MATTER. | .30 | 90.00 |
| 10/23/20 | WGZ | B410 | A104 | RECEIVED AND REVIEWED ELECTRONIC NOTICE FROM U.S. DISTRICT COURT REGARDING REFERRAL OF ZACH ROE MATTER TO BANKRUPTCY COURT. | .20 | 60.00 |
| 10/23/20 | LFA | B110 | A105 | CORRESPONDENCES FROM CLIENT AND MESSRS. DESHAZO AND VANCE REGARDING TRANSFER OF CASE (.2); WITH DONLIN RECANO REGARDING NEW FILED CLAIMS (.4); WITH MR. DICKSON REGARDING ROMAN CATHOLIC RE CREDITOR PROOF OF CLAIM FORM INQUIRIES (.2); WITH MR. MAPPA REGARDING THE ROMAN CATHOLIC CHURCH OF NO CALL LOG (.2); WITH MS. GEORGE, UST REGARDING FEE STATEMENT (.2). | 1.20 | 480.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   55
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/23/20 LFA   B160  A103   REVISED AND FINALIZED JONES      2.50      1,000.00
                           WALKER FEE STATEMENT.

10/23/20 MAM   B110  A101   CONFERENCE WITH MS. GEORGE       1.00        400.00
                           REGARDING CASE ADMINISTRATION
                           ISSUES.

10/23/20 MAM   B110  A101   RECEIPT AND REVIEW OF            1.40        560.00
                           TRANSFER
                           ORDERS.(0.8)CONFERENCES
                           REGARDING THE SAME. (0.6)

10/23/20 MAM   B160  A101   FINALIZE AND FILE JONES           .40        160.00
                           WALKER FEE STATEMENT./

10/23/20 MAM   B110  A101   CONFERENCES AND                  1.40        560.00
                           CORRESPONDENCE WITH CLIENT
                           REGARDING CASE ADMINISTRATION
                           DISCUSSION WITH US TRUSTEE/

10/23/20 AK    B310  A104   ANALYZED ORDERS REGARDING         .10         25.00
                           DISTRICT COURT CASES
                           TRANSFERRED TO BANKRUPTCY.

10/23/20 LHS   B410  A103   WORK ON MOTION TO INCUR          1.10        275.00
                           POST-PETITION FINANCING.

10/23/20 SAO   B110  A105   EXTENDED EMAIL CORRESPONDENCE    1.10        275.00
                           TO MR. MINTZ REGARDING BOY
                           SCOUTS ORDERS APPROVING THE
                           COALITION'S 2019 STATEMENT
                           AND GRANTING THE COALITION'S
                           MOTION TO PARTICIPATE IN
                           MEDIATION.

10/23/20 SAO   B110  A104   REVIEW ORDER TRANSFERRING         .10         25.00
                           ACTION TO BANKRUPTCY COURT.

10/23/20 SAO   B110  A104   REVIEW ORDER TRANSFERRING         .10         25.00
                           S.D. DOE ACTION TO BANKRUPTCY
                           COURT.

10/23/20 SAO   B110  A104   REVIEW NOTICE OF FILING OF        .10         25.00
                           OFFICIAL TRANSCRIPT OF
                           OCTOBER 22, 2020 HEARING.

10/24/20 LFA   B110  A103   CORRESPONDENCE WITH CLIENT        .10         40.00
                           REGARDING CONVERSATION WITH
                           US TRUSTEE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  56
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/25/20 EDW   B110  A104  RECEIVED AND REVIEWED EMAIL      .20        60.00
                           FROM MR. MINTZ REGARDING
                           SCHEDULE AND OUTSTANDING
                           ISSUES AND PROPOSED HANDLING
                           REGARDING SAME.

10/25/20 LFA   B110  A103  CORRESPONDENCES WITH CLIENT      .20        80.00
                           AND MR. MINTZ REGARDING
                           WEEKLY SCHEDULE AND WITH MR.
                           MINTZ REGARDING WEEKLY
                           STRATEGY MEETING.

10/26/20 EJF   B190  A105  CONFERENCE CALL RE SETTLEMENT    .20        98.00
                           MOTION;

10/26/20 EJF   B110  A105  WORK ON MOR;                     .70       343.00

10/26/20 EJF   B190  A105  CONTINUE TO DRAFT AND REVISE    1.20       588.00
                           BRIEF;

10/26/20 RPV   B110  A104  EMAILS FROM MR. MINTZ            .30       147.00
                           REGARDING WEEKLY UPDATE AND
                           DEADLINES AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

10/26/20 RPV   B310  A105  OFFICE CONFERENCE WITH MR.       .30       147.00
                           MINTZ REGARDING CLAIMS
                           OBJECTION ISSUES

10/26/20 RPV   B310  A105  WORKED ON CLAIMS OBJECTION      1.00       490.00
                           ISSUES

10/26/20 RPV   B310  A108  EMAILS FROM/TO COUNSEL AND       .50       245.00
                           MR. MINTZ REGARDING PROOF OF
                           CLAIM ISSUES

10/26/20 RPV   B190  A106  EMAILS FROM CLIENTS REGARDING    .60       294.00
                           REFERRALS OF DISTRICT MATTERS
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME .

10/26/20 RPV   B310  A108  EMAILS FROM AND TO AND           .50       245.00
                           TELEPHONE CONVERSATION WITH
                           COUNSEL REGARDING PROOF OF
                           CLAIM ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   57
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/26/20 RPV | B310 | A106 | EMAILS FROM MS. ASHLEY AND CLIENT REGARDING PROOF OF CLAIM ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .20 | 98.00 |
| 10/26/20 RPV | B210 | A106 | EMAILS TO AND FROM CLIENT REGARDING PROPOSED MICHAUD PROPERTY TRANSACTION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .40 | 196.00 |
| 10/26/20 WGZ | B410 | A104 | WORKING ON ISSUES WITH RESPECT TO ACTUAL NOTICE OF BAR DATE. | .50 | 150.00 |
| 10/26/20 WGZ | B410 | A104 | CONFERENCE WITH CLIENT REGARDING NOTICE ISSUES. | .50 | 150.00 |
| 10/26/20 WGZ | B410 | A106 | TELEPHONE CALL WITH CLIENT REGARDING CLAIM EVALUATION ISSUES. | .30 | 90.00 |
| 10/26/20 WGZ | B410 | A104 | STRATEGY REGARDING EVALUATION OF CLAIMS. | .50 | 150.00 |
| 10/26/20 WGZ | B410 | A106 | MULTIPLE EMAILS WITH CLIENT REGARDING ISSUES WITH RESPECT TO CLAIM EVALUATIONS. | .60 | 180.00 |
| 10/26/20 WGZ | B410 | A106 | EMAILS WITH CLIENT AND JW TEAM REGARDING ACTUAL NOTICE. | .50 | 150.00 |
| 10/26/20 WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING PRESCRIPTION ISSUES. | .30 | 90.00 |
| 10/26/20 LFA | B110 | A105 | CORRESPONDENCES WITH MS. ZUNIGA AND MR. MINTZ REGARDING ARCHDIOCESE OF NEW ORLEANS MOR FILE FOR SUBMISSION (SEPTEMBER 2020) (02); WITH MR. LOGAN REGARDING SEXUAL ABUSE ELECTRONIC CLAIMS FILING – CONFIRMATION QUESTION (0.2); WITH MR. KEARNEY REGARDING STATUS QUESTION (0.1); WITH CLIENT AND MR. SMITH REGARDING ACTUAL NOTICE (0.2); WITH MS. LOWRANCE | 1.00 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  58
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

|          |     |      |      | REGARDING BLANK ROME'S DRAFT 3RD MONTHLY FEE STATEMENT (0.2); WITH MR. LOGAN REGARDING SEXUAL ABUSE ELECTRONIC CLAIMS FILING - CONFIRMATION QUESTION (0.1). | | |
|----------|-----|------|------|---|---|---|
| 10/26/20 | LFA | B230 | A103 | REVIEWED AND REVISED JW FEE STATEMENTS TO ASSIST WITH DRAFTING FEE STATEMENT (2.5); REVIEWED AND REVISED MEDIA NOTICES (1.0). | 3.50 | 1,400.00 |
| 10/26/20 | MAM | B110 | A101 | CONFERENCE WITH MR. VANCE REGARDING CASE STRATEGY (0.30) AND NOTES REGARDING SAME (0.10). | .40 | 160.00 |
| 10/26/20 | MAM | B110 | A101 | CORRESPONDENCE WITH CLIENT REGARDING TRANSFERS OF JUDGE FELDMAN CASES. (1.0)  REVIEW THE SAME.(0.1) | 1.10 | 440.00 |
| 10/26/20 | MAM | B110 | A101 | CORRESPONDENCE REGARDING BAR DATE ISSUES. | .40 | 160.00 |
| 10/26/20 | MAM | B110 | A101 | FINALIZE AND FILE MONTHLY OPERATING REPORTS. | 1.40 | 560.00 |
| 10/26/20 | MAM | B110 | A101 | RESEARCH AND EDIT MOTION TO SELL PROPERTY | 1.10 | 440.00 |
| 10/26/20 | LHS | B410 | A103 | FINALIZE THE MONTHLY OPERATING REPORT FOR SEPTEMBER FOR FILING. | 1.00 | 250.00 |
| 10/27/20 | EDW | B110 | A104 | REVIEWED OUTSTANDING ISSUES REGARDING MOTION TO LIFT STAY AND RELATED DISCOVERY. | .50 | 150.00 |
| 10/27/20 | EJF | B190 | A107 | NUMEROUS EMAILS FROM AND TO COUNSEL RE REVISIONS TO ORDER AND SETTLEMENT AGREEMENT; | .50 | 245.00 |
| 10/27/20 | EJF | B190 | A107 | FURTHER REVISIONS TO ORDER (.8); | .80 | 392.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   59
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/27/20 RPV   B310  A108   RECEIVED REQUEST FROM            .20        98.00
                            CREDITOR FOR EIN NUMBER FOR
                            PROOF OF CLAIM PURPOSES AND
                            FORWARD TO CLIENT REGARDING
                            SAME

10/27/20 RPV   B310  A104   EMAIL FROM MS. ASHLEY            .10        49.00
                            REGARDING NOTICE ISSUES.

10/27/20 RPV   B210  A105   OFFICE CONFERENCE WITH MR.       .50       245.00
                            MINTZ REGARDING MICHAUD
                            PROPERTY, CLAIMS ISSUES,
                            FEES, BUDGET AND RELATED
                            MATTERS.

10/27/20 RPV   B210  A108   OFFICE CONFERENCE WITH           .50       245.00
                            COUNSEL REGARDING CLAIMS
                            ISSUES AND CHANNELING
                            INJUNCTION.

10/27/20 JPG   B250  A104   GENERAL REVIEW OF JEFFERSON     1.10       440.00
                            PARISH PROPERTY OWNERSHIP
                            REPORT.

10/27/20 LFA   B110  A105   CORRESPONDENCES WITH MR. SELF   2.00       800.00
                            REGARDING CHANGES TO NOTICE
                            (0.4); WITH MS. FUTRELL AND
                            MR. MINTZ REGARDING MOTION TO
                            RECONSTITUTE ( 04); WITH
                            MSES. CANTOR AND WHEATMAN AND
                            MR. SELF REGARDING CHANGES TO
                            NOTICES (1.0); WITH MR.
                            DRAPER REGARDING PARISH
                            POSTINGS (0.2).

10/27/20 LFA   B110  A103   REVIEWED AN REVISED MEDIA        .80       320.00
                            NOTICES.

10/27/20 MAM   B110  A101   CORRESPONDENCE WITH CLIENT      1.50       600.00
                            REGARDING BUDGETING AND PLAN
                            PROCESS ISSUES.

10/27/20 MAM   B110  A101   PREPARE FOR AND ATTEND CALL     1.00       400.00
                            WITH MR. BOLDISSAR REGARDING
                            SALE OF MICHOUD PROPERTY AND
                            SALE OF SERVITUDE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  60
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/27/20 MAM   B110  A101  PREPARE FOR AND ATTEND CALL        .40       160.00
                           WITH MR. GENNARDO REGARDING
                           SALE OF MICHOUD PROPERTY AND
                           SALE OF SERVITUDE PROPERTY.

10/27/20 MAM   B110  A101  VARIOUS EMAILS AND               1.40       560.00
                           CORRESPONDENCE WITH TMI AND
                           UCC REGARDING 9019 MOTION

10/27/20 LHS   B410  A103  WORK ON MOTION TO OBTAIN POST     .90       225.00
                           PETITION FINANCING.

10/27/20 LHS   B410  A103  EDIT MEDIA DOCUMENTS FOR        1.70       425.00
                           CONFORMITY WITH DEBTORS'
                           COMMENTS.

10/27/20 SAO   B110  A102  REVIEW DOCKETS OF DIOCESAN        .80       200.00
                           BANKRUPTCY CASES TO CHECK FOR
                           CASE UPDATES AND DEVELOPMENTS.

10/28/20 EJF   B190  A103  FURTHER REVISIONS TO ORDER      1.50       735.00
                           (.7) AND SETTLEMENT AGREEMENT
                           (.8);

10/28/20 EJF   B190  A107  NUMEROUS EMAILS REGARDING THE     .70       343.00
                           SAME;

10/28/20 EJF   B190  A103  MEMO TO CHAMBERS RE REVISED       .20        98.00
                           AMENDED SETTLEMENT AGREEMENT
                           AND REVISED PROPOSED ORDER;

10/28/20 EJF   B190  A104  REVIEW MOTION TO RECONSTITUTE     .80       392.00
                           COMMITTEE;

10/28/20 RPV   B190  A104  WORKED ON MEDIATION POSITIONS   2.00       980.00
                           AND STRATEGY.

10/28/20 RPV   B190  A105  EMAIL TO JW TEAM REGARDING        .50       245.00
                           MEDIATION STRATEGY.

10/28/20 RPV   B190  A105  EMAIL FROM AND OFFICE             .20        98.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING ORDER ON MOTION TO
                           LIFT STAY.

10/28/20 RPV   B210  A106  EMAILS FROM CLIENT REGARDING      .20        98.00
                           PLAN CONSIDERATIONS AND TIME
                           LINE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  61
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/28/20 RPV   B210  A105   REVIEWED LISTING AGREEMENTS        .40      196.00
                            FOR MICHOUD PROPERTY AND
                            EMAIL FROM AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME.

10/28/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT        .30      147.00
                            OF DEBTOR'S POST SETTLEMENT
                            HEARING BRIEF AND EMAIL FROM
                            MS. FUTRELL REGARDING SAME.

10/28/20 RPV   B310  A104   RECEIVED AND REVIEWED PROOF        .10       49.00
                            OF CLAIM FILED BY INTERNAL
                            REVENUE SERVICE .

10/28/20 JPG   B250  A104   REVIEW OF RECORD OWNERSHIP        1.00      400.00
                            INFORMATION ON ST MARY
                            RETREAT CENTER IN JEFFERSON
                            PARISH

10/28/20 JPG   B250  A104   REVIEW OF RECORD OWNERSHIP        1.70      680.00
                            INFORMATION ON RUMMEL SCHOOL
                            IN JEFFERSON PARISH

10/28/20 JPG   B250  A104   REVIEW OF RECORD OWNERSHIP         .90      360.00
                            INFORMATION ON CLAIRE AVENUE
                            (ST. CLETUS CHURCH) IN
                            JEFFERSON PARISH

10/28/20 LFA   B110  A105   CORRESPONDENCES WITH MR.          1.60      640.00
                            MINTZ REGARDING ORDER ON
                            MOTION TO LIFT STAY (0.2);
                            WITH MS. WHEATMAN REGARDING
                            NEW ORLEANS ARCHDIOCESE MEDIA
                            ADS AND NEXT STEPS (0.3);
                            WITH MS. GEORGE REGARDING
                            SECOND FEE STATEMENT- LEDES
                            FILES (0.4); WITH MR.
                            LOWENTHAL AND MS. OPPENHEIM
                            REGARDING SEPTEMBER PROFORMA
                            (0.2); WITH MR. DRAPER
                            REGARDING NOTICES/ADS (0.3);
                            WITH MR. MAPPA REGARDING CALL
                            LOG (0.2).

10/28/20 MAM   B110  A101   RECEIPT OF AND CORRESPONDENCE     3.70    1,480.00
                            REGARDING TMI MOTION TO
                            RECONSTITUTE.

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   62
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/28/20 CVM   B110  A103   BEGAN DRAFTING MOTION TO SELL      1.80        450.00
                           PROPERTY

10/28/20 CVM   B110  A103   DRAFTED MOTION TO SELL             3.40        850.00
                           IMMOVABLE PROPERTY

10/28/20 SAO   B160  A103   REVIEW AND REVISE JONES            1.40        350.00
                           WALKER'S PROFORMA FOR
                           SEPTEMBER 2020.

10/28/20 SAO   B130  A105   CORRESPONDENCES WITH MS.            .20         50.00
                           MCCAFFREY REGARDING MOTION TO
                           SELL MICHOUD PROPERTY.

10/29/20 EDW   B110  A104   RECEIVED AND REVIEWED EMAIL         .10         30.00
                           FROM MR. MINTZ REGARDING
                           MOTION TO LIFT STAY AND
                           STATUS.

10/29/20 EDW   B110  A104   RECEIVED AND REVIEWED MOTION        .10         30.00
                           TO RECONSTITUTE THE COMMITTEE
                           FILED BY TMI TRUST.

10/29/20 EDW   B110  A104   RECEIVED AND REVIEWED EMAIL         .10         30.00
                           FROM MR. MINTZ REGARDING
                           MOTION TO RECONSTITUTE
                           COMMITTEE AND MOTION TO SELL
                           MICHOUD PROPERTY.

10/29/20 EDW   B110  A104   REVIEWED ISSUES REGARDING TMI       .20         60.00
                           TRUST MOTION TO RECONSTITUTE
                           COMMITTEE.

10/29/20 EDW   B110  A104   RECEIVED AND REVIEWED EMAIL         .10         30.00
                           FROM MR. MINTZ REGARDING
                           DISPUTE REGARDING MOTION TO
                           SELL PROPERTY.

10/29/20 EDW   B110  A104   REVIEWED ISSUED REGARDING          .30         90.00
                           ABUSE CASE INVOLVING SPECIAL
                           MASTER.

10/29/20 EJF   B130  A104   REVIEW MEMOS RE ASSET SALE;         .30        147.00

10/29/20 EJF   B190  A107   MEMOS RE DOCUMENTS FILED            .10         49.00
                           UNDER SEAL FROM BOND TRUSTEE
                           AND UST'S OFFICE;
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   63
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| 10/29/20 | RPV | B190 | A104 | OFFICE CONFERENCES WITH MR. MINTZ, CLIENT AND COUNSEL REGARDING TMI TRUST COMPANY'S MOTION FOR ORDER (I) REQUIRING THE UNITED STATES TRUSTEE TO APPOINT A SEPARATE COMMITTEE OF UNSECURED CREDITORS AND/OR (II) REINSTATING TMI TRUST COMPANY AS A MEMBER OF AND RECONSTITUTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 1.50 | 735.00 |
|---|---|---|---|---|---|---|
| 10/29/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED TMI TRUST COMPANY'S MOTION FOR ORDER (I) REQUIRING THE UNITED STATES TRUSTEE TO APPOINT A SEPARATE COMMITTEE OF UNSECURED CREDITORS AND/OR (II) REINSTATING TMI TRUST COMPANY AS A MEMBER OF AND RECONSTITUTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | 1.00 | 490.00 |
| 10/29/20 | RPV | B210 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SALE OF MICHOUD PROPERTY | .20 | 98.00 |
| 10/29/20 | RPV | B110 | A104 | EMAILS FROM JW TEAM REGARDING SPECIAL MASTER ISSUES. | .20 | 98.00 |
| 10/29/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION ON 1908 SHORT STREET (OUR LADY OF PERPETUAL HELP) IN JEFFERSON PARISH | 1.40 | 560.00 |
| 10/29/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION ON ST. ANGELA MERRICK CATHOLIC CHURCH IN JEFFERSON PARISH | 1.40 | 560.00 |
| 10/29/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION ON 1000 N STARRETT (OUR LADY OF DIVINE PROVIDENCE CHURCH) IN JEFFERSON PARISH | 1.70 | 680.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   64
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 10/29/20 LFA | B110 | A105 | CORRESPONDENCE WITH MS. FUTRELL AND MESSRS. MINTZ AND VANCE REGARDING TMI MOTION (0.4); WITH MESSRS. MINTZ AND EAGAN AND CLIENT REGARDING MOTION TO SELL MICHOUD PROPERTY (0.4); WITH MR. MINTZ REGARDING SALE OF MICHOUD PROPERTY(0.3). | 1.10 | 440.00 |
| 10/29/20 LFA | B160 | A105 | CONTINUED DRAFTING AND REVISING JW FEE STATEMENT; | .50 | 200.00 |
| 10/29/20 MAM | B110 | A101 | WORK ON RESPONSE TO TMI MOTION.(4.0)  REVIEW OF UCC BILLS.  CORRESPONDENCE REGARDING THE SAME (1.9). CONFERENCE WITH MR. VANCE AND MS. FUTRELL REGARDING THE SAME.(1.5) | 7.40 | 2,960.00 |
| 10/29/20 CVM | B110 | A103 | DRAFTED PROPOSED ORDER FOR MOTION TO SELL PROPERTY | 1.00 | 250.00 |
| 10/29/20 CVM | B110 | A103 | DISCUSSED CASE STRATEGY AND RESEARCH WITH M. MINTZ | .20 | 50.00 |
| 10/29/20 LHS | B190 | A103 | DRAFT SUMMARY OF FILING MOTION TO SEAL. | .40 | 100.00 |
| 10/29/20 SAO | B110 | A105 | CALL WITH MR. MINTZ REGARDING POSSIBLE REMOVAL OF ABUSE CLAIM SUIT. | .20 | 50.00 |
| 10/29/20 SAO | B110 | A108 | ANALYZE EMAIL CORRESPONDENCES FROM THE CLIENT REGARDING LITIGATION INVOLVING THE DIOCESE OF LAFAYETTE (0.4); DRAFT EMAIL TO THE CLIENT REGARDING THE SAME (1.2). | 1.60 | 400.00 |
| 10/29/20 SAO | B190 | A104 | ANALYZE TMI TRUST COMPANY'S MOTION FOR ORDER REQUIRING THE UST TO APPOINT A SEPARATE UCC AND/OR REINSTATING TMI AS A MEMBER OF AND RECONSTITUTING THE UCC. | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   65
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/30/20 EDW   B110  A104   REVIEWED ISSUES REGARDING            .20        60.00
                           COMMITTEE REPRESENTATION OF
                           INDIVIDUAL CLAIMANTS.

10/30/20 EJF   B190  A104   REVIEW RECENT OPINIONS ON           2.20     1,078.00
                           CONTRACT INTEREST RATES;

10/30/20 EJF   B190  A107   MEMO FROM COUNSEL FOR THE            .10        49.00
                           COMMITTEE RE DOCUMENTS;

10/30/20 EJF   B190  A105   REVIEW CASES AND RULES             1.10       539.00
                           RELATED TO THE SAME;

10/30/20 EJF   B190  A105   CONFERENCE CALLS RE                 .00    NO CHARGE
                           COMMUNICATION FROM COMMITTEE
                           COUNSEL (1.1) (NO CHARGE);

10/30/20 EJF   B190  A103   REVIEW AND REVISE RESPONSE TO       .20        98.00
                           COMMITTEE COUNSEL;

10/30/20 EJF   B190  A107   CONFERENCE CALL WITH BOND           .20        98.00
                           TRUSTEE'S COUNSEL;

10/30/20 EJF   B110  A106   MEMOS WITH CLIENT RE                .10        49.00
                           REDACTIONS ON MOR;

10/30/20 RPV   B210  A104   EMAILS FROM MR. MINTZ AND MS.       .20        98.00
                           ZUNIGA REGARDING MONTHLY
                           OPERATING REPORTS.

10/30/20 RPV   B190  A106   EMAIL FROM AND TELEPHONE            .20        98.00
                           CONVERSATION WITH CLIENT
                           REGARDING REVIEW AND COMMENTS
                           TO TMI MOTION.

10/30/20 RPV   B170  A105   OFFICE CONFERENCE WITH MR.         1.00       490.00
                           MINTZ REGARDING PROPOSED
                           LETTER TO UCC'S COUNSEL
                           REGARDING IMPROPER BILLING,

10/30/20 RPV   B170  A103   REVISED PROPOSED LETTER AND         .50       245.00
                           REVIEWED DRAFT AND FINAL
                           VERSION OF LETTER TO UCC'S
                           COUNSEL REGARDING IMPROPER
                           BILLINGS

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  66
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


10/30/20 WGZ   B410  A104   STRATEGY REGARDING ISSUES                .90        270.00
                           CONCERNING RECONSTITUTION OF
                           UNSECURED CREDITORS'
                           COMMITTEE.


10/30/20 LFA   B110  A105   CORRESPONDENCE WITH MR. MINTZ            .40        160.00
                           REGARDING DRAFT LETTER TO
                           DAVIN ON FEES; WITH CLIENT
                           REGARDING NEW ORLEANS
                           ARCHDIOCESE MEDIA PLAN AND
                           PROPOSED DRAFTS.


10/30/20 MAM   B110  A101   RESEARCH (2.0) AND COMPOSE             7.90      3,160.00
                           MEMORANDUM (3.0) AND
                           CORRESPONDENCE (1.8) TO
                           COUNSEL REGARDING JONES
                           WALKER'S FEES AND
                           COMPENSATION; CONFERENCES
                           WITH TEAM (0.6) AND CLIENT
                           REGARDING THE SAME.(0.5)


10/30/20 CVM   B110  A104   REVIEWED TMI TRUST COMPANY'S            .50        125.00
                           MOTION RE: REINSTATING TMI ON
                           COMMITTEE


10/30/20 CVM   B110  A102   RESEARCHED CASE LAW UNDER 11          1.50        375.00
                           U.S.C 1102(A)(4) RE: THE
                           REINSTITUTION OF COMMITTEE
                           MEMBERS


10/31/20 EJF   B190  A107   MEMO FROM BOND TRUSTEE'S               .20         98.00
                           COUNSEL (.1) AND FROM
                           COMMITTEE COUNSEL (.1);


10/31/20 RPV   B170  A104   RECEIVED AND REVIEWED JULY             .50        245.00
                           BILL FROM LOCKE LORD.


10/31/20 RPV   B190  A105   EMAILS FROM AND TO JW TEAM             .30        147.00
                           AND TELEPHONE CONVERSATION
                           WITH MR. MINTZ REGARDING
                           REVIEW OF TMI MOTION.


11/01/20 RPV   B110  A103   DRAFTED AND FINALIZED STATUS           .50        245.00
                           REPORT TO CLIENT


11/01/20 RPV   B310  A106   EMAILS FROM AND TO CLIENT AND          .30        147.00
                           COUNSEL REGARDING PARISH
                           PROOFS OF CLAIM.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  67
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 11/01/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION ON PROPERTY ADJACENT TO ELMWOOD CANAL IN JEFFERSON PARISH. | 1.30 | 520.00 |
|---|---|---|---|---|---|---|
| 11/01/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION ON PROPERTY ADJACENT TO ST. ANN SCHOOL IN JEFFERSON PARISH. | 1.40 | 560.00 |
| 11/01/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ AND VANCE REGARDING STRATEGY ON BANKRUPTCY ISSUES. | .40 | 160.00 |
| 11/02/20 | EDW | B110 | A109 | ATTENDED STRATEGY MEETING REGARDING PENDING MATTERS. | .80 | 240.00 |
| 11/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED TMI'S MOTION TO WITHDRAW PLEADING TO FILE UNDER SEAL. | .10 | 30.00 |
| 11/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED UCC REQUESTS FOR DOCUMENTS TO THE ARCHDIOCESE. | .80 | 240.00 |
| 11/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE MILAZZO REGARDING ADMINISTRATIVE STAY IN BRAD ROE. | .10 | 30.00 |
| 11/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE GRABILL APPROVING AMENDED SETTLEMENT AGREEMENT WITH TMI. | .10 | 30.00 |
| 11/02/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER AND REASONS REGARDING MOTION FOR RELIEF FROM STAY AS TO NOW DEBTOR DEFENDANT PRIESTS. | .40 | 120.00 |
| 11/02/20 | JJL | B110 | A105 | ATTEND STRATEGY MEETING | .80 | 240.00 |
| 11/02/20 | RPV | B170 | A104 | RECEIVED AND REVIEWED PACHULSKI BILL. | .30 | 147.00 |
| 11/02/20 | RPV | B190 | A104 | WORKED ON ISSUES RAISED BY TMI MOTION TO SERVE ON UCC OR CREATE A SEPARATE COMMITTEE | 1.50 | 735.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  68
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/02/20 RPV   B310  A108   TELEPHONE CONVERSATION WITH          .60       294.00
                            COUNSEL AND MR. MINTZ
                            REGARDING PROOF OF CLAIM
                            ISSUES

11/02/20 RPV   B190  A106   TELEPHONE CONVERSATION WITH         1.20       588.00
                            CLIENTS AND MR. MINTZ
                            REGARDING PROOF OF CLAIMS,
                            NOTICE, BILLINGS BY UCC
                            COUNSEL, UCC COMPOSITION AND
                            RELATED ISSUES,

11/02/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER          .40       196.00
                            AND REASONS GRANTING IN PART
                            THE MOTIONS FOR RELIEF FROM
                            STAY AS TO NON DEBTOR
                            DEFENDANT PRIESTS.

11/02/20 RPV   B210  A104   RECEIVED AND REVIEWED AMENDED        .10        49.00
                            SETTLEMENT AGREEMENT.

11/02/20 RPV   B310  A104   RECEIVED AND REVIEWED GULF           .10        49.00
                            COAST BANK & TRUST PROOF OF
                            CLAIM.

11/02/20 RPV   B190  A104   RECEIVED AND REVIEWED               .50       245.00
                            TRANSCRIPT OF OCTOBER 20
                            HEARINGS ON LIFT STAY MOTIONS.

11/02/20 WGZ   B410  A101   PREPARE FOR AND ATTEND               .80       240.00
                            STRATEGY MEETING REGARDING
                            TMI MOTIONS WITH RESPECT TO
                            COMMITTEE RECONSTITUTION.

11/02/20 WGZ   B410  A104   RECEIVED AND REVIEWED ORDER          .20        60.00
                            STAYING CASE IN BRAD ROE
                            MATTER.

11/02/20 WGZ   B410  A104   ANALYSIS OF UCC WITHDRAWAL OF        .20        60.00
                            OBJECTION TO SETTLEMENT WITH
                            BOND TRUSTEE.

11/02/20 JPG   B250  A104   REVIEW OF RECORD OWNERSHIP          1.40       560.00
                            INFORMATION ON ST. ANN SCHOOL
                            IN JEFFERSON PARISH.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  69
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/02/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MR. SELF REGARDING UPDATED PUBLICATION MATERIALS (.5); WITH MESSRS. VANCE AND MINTZ REGARDING THE UNSECURED CREDITORS COMMITTEE REQUEST FOR PRODUCTION (.2); WITH THE CLIENT AND MR. MINTZ REGARDING ACTUAL NOTICE (.4); WITH THE CLIENT AND MR. SELF REGARDING CHANGES TO NOTICE DOCUMENTS (.4); WITH THE CLIENT, MS. FUTRELL AND MR. SELF REGARDING DEPARTMENTAL CREDIT CARDS (.2); WITH MR. KEARNEY REGARDING ITEMS FOR ANSWER (.2); WITH MS. FUTRELL REGARDING ORDER GRANTING SETTLEMENT MOTION ENTERED (.2); WITH MSES. WHEATMAN AND MORRIS REGARDING NEW ORLEANS MEDIA ADS (.4). | 2.50 | 1,000.00 |
| 11/02/20 | LFA | B160 | A103 | CONTINUED WORKING ON FEE STATEMENTS (1.5); CALL WITH MR. MINTZ TO DISCUSS SAME (.5). | 2.00 | 800.00 |
| 11/02/20 | MAM | B110 | A101 | PREPARE FOR (0.20) AND ATTEND STRATEGY MEETING (0.80) | 1.00 | 400.00 |
| 11/02/20 | MAM | B110 | A101 | RECEIPT AND REVIEW OF DISCOVERY - RULE 2004 EXAM. (1.4)  CONFERENCES REGARDING THE SAME.(1.1) | 2.50 | 1,000.00 |
| 11/02/20 | AK | B310 | A104 | ANALYZED DISCOVERY REQUESTS TO ARCHDIOCESE IN ORDER TO PREPARE WRITTEN RESPONSES AND OBJECTIONS. | 1.10 | 275.00 |
| 11/02/20 | LHS | B410 | A103 | EDIT NOTICE PUBLICATION DOCUMENTS. | 1.20 | 300.00 |
| 11/02/20 | SAO | B190 | A104 | REVIEW TMI TRUST COMPANY'S EX PARTE MOTION TO WITHDRAW PLEADING, FILE UNDER SEAL, AND FOR EXPEDITED HEARING. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   70
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 11/02/20 | SAO | B190 | A104 | REVIEW ORDER APPROVING AMENDED SETTLEMENT AGREEMENT WITH TMI TRUST COMPANY AND GRANTING RELATED RELIEF. | .20 | 50.00 |
| 11/02/20 | SAO | B140 | A102 | REVIEW ORDER APPROVING STIPULATION FOR AN INITIAL PRELIMINARY INJUNCTION OF ABUSE ACTIONS IN THE DIOCESE OF ROCKVILLE-CENTRE CHAPTER 11 CASE. | .20 | 50.00 |
| 11/02/20 | SAO | B140 | A104 | REVIEW ORDER AND REASONS ON THE LIFT STAY MOTIONS. | .40 | 100.00 |
| 11/02/20 | SAO | B190 | A103 | PREPARE NOTICE OF COMPLIANCE WITH THE CLERK'S REMOVAL DIRECTIVE IN THE L.D. DOE REMOVED LITIGATION MATTER. | 1.10 | 275.00 |
| 11/02/20 | SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ, MR. ZERINGUE, AND MS. GUNDLACH REGARDING NOTICE OF COMPLIANCE WITH THE CLERK'S REMOVAL DIRECTIVE IN THE L.D. DOE REMOVED LITIGATION MATTER. | .50 | 125.00 |
| 11/02/20 | SAO | B190 | A104 | REVIEW ORDER STAYING AND ADMINISTRATIVELY CLOSING THE BRAD ROE REMOVED LITIGATION MATTER. | .10 | 25.00 |
| 11/03/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS AND ISSUES REGARDING DOCUMENT REQUESTS FROM THE UCC TO THE ARCHDIOCESE. | .30 | 90.00 |
| 11/03/20 | EDW | B110 | A104 | REVIEWED PRIOR PRODUCTION IN STATE COURT CASES AND NEW REQUESTS FOR PRODUCTION BY THE UCC (101 REQUESTS). | 1.50 | 450.00 |
| 11/03/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS AND ISSUES REGARDING RECONSTITUTING CREDITORS COMMITTEE. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   71
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/03/20 JJL    B110   A104    RECEIVED AND REVIEWED RULING          .10          30.00
                               ALLOWING DISCOVERY
                               DEPOSITIONS OF TWO PRIESTS

11/03/20 JJL    B110   A104    RECEIVED AND REVIEWED               .20          60.00
                               DISCOVERY FROM UCC

11/03/20 RPV    B190   A105    EMAIL FROM AND OFFICE               .40         196.00
                               CONFERENCE WITH MR. MINTZ
                               REGARDING CALL WITH LOCKE
                               LORD AND PACHULSKI,

11/03/20 RPV    B190   A104    RECEIVED AND REVIEWED ORDER         .30         147.00
                               SCHEDULING STATUS CONFERENCE
                               ON TMI MOTION AND OFFICE
                               CONFERENCE WITH MR. MINTZ
                               REGARDING SAME .

11/03/20 RPV    B110   A105    EMAIL FROM AND OFFICE               .50         245.00
                               CONFERENCE WITH MR. MINTZ
                               REGARDING REVIEW OF OTHER
                               COMMERCIAL CLAIMANTS.

11/03/20 RPV    B210   A106    EMAILS FROM CLIENT AND MS.          .20          98.00
                               FUTRELL REGARDING SETTLEMENT
                               AGREEMENT WITH BOND TRUSTEE.

11/03/20 RPV    B190   A104    RECEIVED AND REVIEWED              .70         343.00
                               DISCOVERY REQUESTS FROM THE
                               UCC.

11/03/20 RPV    B190   A105    EMAILS FROM CLIENT AND JW          .70         343.00
                               TEAM AND OFFICE CONFERENCE
                               WITH MR. MINTZ REGARDING UCC
                               DISCOVERY REQUESTS.

11/03/20 RPV    B190   A104    RECEIVED AND REVIEWED LOCKE        .30         147.00
                               LORD RESPONSE ON FEES.

11/03/20 RPV    B190   A104    EMAIL FROM MR. MINTZ              .10          49.00
                               REGARDING REVIEW OF LOCKE
                               LORD RESPONSE ON FEES.

11/03/20 WGZ    B410   A104    ANALYSIS OF UCC'S DISCOVERY       .90         270.00
                               REQUESTS.

11/03/20 WGZ    B410   A104    STRATEGY REGARDING OBJECTIONS     .70         210.00
                               AND RESPONSES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   72
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Initials | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/03/20 | WGZ | B410 | A104 | ANALYSIS OF DISCOVERY PROCEDURES AND PROTOCOLS REGARDING STATE COURT LITIGATION IN RELATION TO BANKRUPTCY PROCEEDINGS. | .60 | 180.00 |
| 11/03/20 | WGZ | B410 | A104 | REVIEW AND ANALYZE JUDGE GRABILL'S RULINGS WITH RESPECT TO DISCOVERY WITH RESPECT TO NON-DEBTOR PRIESTS IN JAMES DOE AND JW DOE MATTERS. | .70 | 210.00 |
| 11/03/20 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING JUDGE GRABILL'S RULING. | .30 | 90.00 |
| 11/03/20 | LFA | B110 | A105 | CORRESPONDENCE WITH MR. MINTZ REGARDING CALL WITH LOCKE LORD AND PACHULSKI, WITH CLIENT REGARDING NEW ORLEANS ARCHDIOCESE MEDIA PLAN (.4); AND WITH MR. MINTZ REGARDING LOCKE LORD RESPONSE ON FEES (.4); CALL WITH CLIENT REGARDING FINAL EDITS TO MEDIA PLAN (.5); REVISED MEDIA PLAN (.5). | 1.80 | 720.00 |
| 11/03/20 | MAM | B110 | A101 | RECEIPT AND REVIEW OF 2004 REQUESTS. (1.5) INITIAL MEETING REGARDING THE SAME (1.0) | 2.50 | 1,000.00 |
| 11/03/20 | AK | B310 | A104 | ANALYZED DISCOVERY REQUESTS ISSUED BY THE COMMITTEE IN ORDER TO PREPARE RESPONSES AND OBJECTIONS. | .90 | 225.00 |
| 11/03/20 | AK | B310 | A104 | COMPARED DISCOVERY REQUESTS ISSUED BY THE COMMITTEE TO DISCOVERY REQUESTS SERVED BY PLAINTIFFS IN UNDERLYING LITIGATION IN ORDER TO PREPARE OBJECTIONS. | .80 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   73
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/03/20 AK     B310  A102   RESEARCHED CASES REGARDING          1.40        350.00
                             SCOPE OF 2004 EXAMINATION IN
                             BANKRUPTCY IN ORDER TO
                             RESPOND TO THE COMMITTEE'S
                             DISCOVERY REQUESTS.

11/03/20 AK     B310  A102   RESEARCHED CASES REGARDING          1.10        275.00
                             PROTECTIVE ORDERS ENTERED TO
                             LIMIT SCOPE OF 2004
                             EXAMINATION.

11/03/20 AK     B310  A105   WORKED WITH MR. WEGMANN AND          .60        150.00
                             MR. MINTZ ON RESPONSES AND
                             OBJECTIONS TO DISCOVERY
                             REQUESTS.

11/03/20 CVM    B110  A102   RESEARCHED INTRA-COMMITTEE          2.90        725.00
                             CONFLICTS AND ALTERING
                             COMMITTEE MEMBERSHIP

11/03/20 SAO    B320  A102   REVIEW FIRST AMENDED JOINT          1.40        350.00
                             PLAN OF REORGANIZATION IN THE
                             DIOCESE OF ST. CLOUD CASE
                             (1.2); REVIEW FIRST AMENDED
                             DISCLOSURE STATEMENT IN
                             CONNECTION WITH THE SAME
                             (0.2).

11/03/20 SAO    B310  A102   CONDUCT REGIONAL RESEARCH          1.70        425.00
                             REGARDING VALUATION OF TORT
                             CLAIMS.

11/03/20 SAO    B190  A103   FINALIZE NOTICE OF COMPLIANCE       .80        200.00
                             WITH REMOVAL DIRECTIVE IN
                             L.D. DOE (0.2); FILE THE SAME
                             (0.2); COORDINATE SERVICE BY
                             MAIL REGARDING THE SAME (0.4).

11/04/20 EDW    B110  A109   MEETING WITH LITIGATION GROUP      2.00        600.00
                             REGARDING THE COMMITTEE'S
                             2004 DISCOVERY REQUEST IN
                             BANKRUPTCY AND HANDLING OF
                             SAME.

11/04/20 EDW    B110  A104   REVIEWED DOCUMENTS PREVIOUSLY      1.80        540.00
                             PRODUCED IN BANKRUPTCY AND
                             PRIOR STATE COURT CASES IN
                             CONNECTION WITH THE UCC'S 101
                             NEW DOCUMENT REQUESTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   74
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/04/20 EDW   B110   A104   REVIEWED ISSUES REGARDING              .80        240.00
                             MOTION TO LIFT STAY AND
                             POSSIBLE DISCOVERY REGARDING
                             ACCUSED PRIESTS.

11/04/20 EJF   B190   A109   ATTEND STATUS CONFERENCE;             .40        196.00

11/04/20 RPV   B310   A106   EMAILS FROM CLIENT AND MR.             .50        245.00
                             MINTZ AND OFFICE CONFERENCE
                             WITH MR. MINTZ REGARDING
                             RELIGIOUS ORDERS CLAIMS
                             TREATMENT.

11/04/20 RPV   B190   A105   EMAILS FROM CLIENT AND MR.             .50        245.00
                             MINTZ AND OFFICE CONFERENCE
                             WITH MR. MINTZ REGARDING
                             ANALYSIS OF EFFECT OF
                             BANKRUPTCY COURT'S DECISION
                             REGARDING DEPOSITIONS OF
                             PRIEST.

11/04/20 RPV   B310   A106   EMAIL FROM AND TELEPHONE              .50        245.00
                             CONVERSATION WITH CLIENT
                             REGARDING REVIEW OF OTHER
                             COMMERCIAL CLAIMANTS.

11/04/20 WGZ   B410   A101   PREPARE FOR MEETING REGARDING         .70        210.00
                             DISCOVERY.

11/04/20 WGZ   B410   A109   ATTEND PART OF MEETING              1.40        420.00
                             REGARDING THE COMMITTEE'S
                             2004 DISCOVERY REQUESTS.

11/04/20 WGZ   B410   A104   STRATEGY REGARDING FEES OF           .50        150.00
                             UCC COUNSEL.

11/04/20 WGZ   B410   A106   EMAIL FROM CLIENT REGARDING         .30         90.00
                             RAMIFICATIONS OF RULING WITH
                             RESPECT TO ALLOWANCE OF
                             DEPOSITION OF PRIESTS.

11/04/20 WGZ   B410   A104   CONSIDERATION AND STRATEGY           .50        150.00
                             REGARDING DEPOSITIONS AND
                             DISCOVERY IN JW DOE AND JAMES
                             DOE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  75
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| 11/04/20 LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING UPDATE - BANKRUPTCY NOTICE COMPLIANCE (0.2); WITH MSES. ZERINGUE AND WHEATMAN AND MR. SELF REGARDING NEW ORLEANS ARCHDIOCESE MEDIA PLAN (0.2). | .40 | 160.00 |

| 11/04/20 MAM | B110 | A101 | ATTEND STATUS CONFERENCE PHONE CALL ON TMI MOTION. (1.0) CONFERENCE WITH CLIENT REGARDING THE SAME. (0.5) | 1.50 | 600.00 |

| 11/04/20 AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED IN RESPONSE TO FIRST SET OF DISCOVERY REQUESTS IN ORDER TO RESPOND TO COMMITTEE'S ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS. | 1.20 | 300.00 |

| 11/04/20 AK | B310 | A104 | WORKED ON RESPONSES TO DISCOVERY REQUESTS ISSUED BY THE COMMITTEE. | 1.70 | 425.00 |

| 11/04/20 CVM | B110 | A101 | PREPARED FOR MEETING RE: DISCOVERY REQUESTS | .80 | 200.00 |

| 11/04/20 CVM | B110 | A101 | DISCUSSED RESEARCH RE: DISCOVERY AND OTHER MATTERS WITH M.MINTZ | .60 | 150.00 |

| 11/04/20 CVM | B110 | A101 | CONFERRED WITH MR. MINTZ, MR. ZERINGUE, AND MR. WEGMANN RE: RULE 2004 EXAMINATION AND CASE STRATEGY. | 1.50 | 375.00 |

| 11/04/20 LHS | B410 | A105 | MEETING WITH MS. ASHLEY AND MS. MCCAFFREY TO DISCUSS STATUS OF ARCHDIOCESE ISSUES. | .80 | 200.00 |

| 11/04/20 SAO | B110 | A104 | REVIEW ORDER SCHEDULING STATUS CONFERENCE ON TMI'S MOTION TO RECONSTITUTE AND TMI'S MOTION TO WITHDRAW PLEADING. | .10 | 25.00 |

| 11/04/20 SAO | B310 | A102 | CONDUCT REGIONAL RESEARCH REGARDING VALUATION OF TORT CLAIMS. | 2.10 | 525.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  76
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/04/20 SAO   B190  A108   EMAIL CORRESPONDENCES WITH        1.90        475.00
                           THE CLIENT AND MR. MINTZ
                           REGARDING STAY ISSUES IN
                           CONNECTION WITH THE
                           LUMINAIS/ADAMS SUIT FILED IN
                           THE 22ND JDC AND RELATED
                           MATTERS.

11/04/20 SAO   B190  A102   LIMITED RESEARCH OF CASE LAW       .90        225.00
                           REGARDING REMOVAL ISSUES.

11/04/20 M F   B310  A104   WORK ON CLAIMS EVALUATIONS        1.00        300.00

11/05/20 EDW   B110  A103   CONTINUED WORK ON UCC             2.20        660.00
                           DISCOVERY ISSUES (101
                           REQUESTS).

11/05/20 EDW   B110  A104   REVIEWED ISSUES REGARDING          .80        240.00
                           DISCOVERY REGARDING ACCUSED
                           PRIESTS IN PENDING CASES.

11/05/20 EDW   B110  A104   REVIEWED STATUS REGARDING          .20         60.00
                           PENDING MOTIONS IN BANKRUPTCY
                           COURT AND COMMUNICATIONS
                           REGARDING SAME.

11/05/20 EJF   B320  A103   WORK ON DRAFT OF PLAN AND         4.80      2,352.00
                           DISCLOSURE STATEMENT'

11/05/20 JRT   B190  A104   REVIEW EMAILS AND APPROACH TO     1.20        360.00
                           PRIEST DEPOSITIONS IN LIGHT
                           OF ORDER.

11/05/20 RPV   B190  A106   TELEPHONE CONVERSATION WITH        .70        343.00
                           CLIENT REGARDING INSURANCE
                           ISSUES AND BANKRUPTCY COURT
                           ORDER REGARDING PRIEST
                           DEPOSITIONS

11/05/20 RPV   B190  A105   OFFICE CONFERENCES WITH MR.       1.20        588.00
                           MINTZ REGARDING INSURANCE
                           ISSUES, DISCOVERY, BANKRUPTCY
                           COURT DECISION REGARDING
                           PRIEST DEPOSITIONS AND
                           RELATED MATTERS

11/05/20 RPV   B310  A106   EMAILS FROM JW TEAM AND            .20         98.00
                           CLIENT REGARDING NOTICE
                           ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   77
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/05/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER          .10        49.00
                           SCHEDULING STATUS CONFERENCE
                           ON MOTION FOR ORDER (I)
                           REQUIRING THE UNITED STATES
                           TRUSTEE TO APPOINT A SEPARATE
                           COMMITTEE OF UNSECURED
                           CREDITORS AND/OR (II)
                           REINSTATING TMI TRUST COMPANY
                           AS A MEMBER OF AND
                           RECONSTITUTING THE OFFICIAL
                           COMMITTEE OF UNSECURED
                           CREDITORS.


11/05/20 RPV   B190  A106   EMAILS FROM CLIENT AND               .30       147.00
                           COUNSEL REGARDING BANKRUPTCY
                           COURT'S DECISION REGARDING
                           PRIEST DEPOSITIONS.


11/05/20 RPV   B190  A104   RECEIVED AND REVIEWED THE            .50       245.00
                           BOND TRUSTEES DISCOVERY TO
                           THE OFFICE OF THE US TRUSTEE.


11/05/20 WGZ   B410  A107   EMAIL FROM R. BORDERLON AND          .30        90.00
                           ANALYSIS AND STRATEGY
                           REGARDING ARCHDIOCESE
                           POSITION WITH RESPECT TO
                           DEPOSITION OF PRIESTS IN JW
                           AND JAMES DOE MATTERS.


11/05/20 WGZ   B410  A106   EMAILS WITH CLIENT REGARDING         .40       120.00
                           DEPOSITION ISSUES IN JW DOE
                           AND JAMES DOE.


11/05/20 LFA   B110  A105   CORRESPONDENCES WITH CLIENT         1.50       600.00
                           AND MR. MINTZ REGARDING
                           ACTUAL NOTICE (.4); WITH
                           CLIENT, MS. VOORHIES, AND
                           MESSRS. LOGAN AND MINTZ
                           REGARDING BAR DATE NOTICE AND
                           ADDRESS SEARCH (.4); WITH
                           CLIENT REGARDING STATUS
                           CONFERENCE WITH COURT (.1);
                           WITH ROMMEL MAPPA REGARDING
                           THE ROMAN CATHOLIC CHURCH OF
                           NO CALL LOG (.1); WITH MSES.
                           ZERINGUE MORRIS AND MR.
                           KEARNEY REGARDING BAR DATE
                           MEDIA PLAN (.4); WITH MS.
                           FUTRELL REGARDING BOND
                           TRUSTEE DISCOVERY TO UCC (.1).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   78
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 11/05/20 MAM | B110 | A101 | ATTEND STATUS CONFERENCE ON TMI MOTION | 1.00 | 400.00 |
|---|---|---|---|---|---|
| 11/05/20 MAM | B110 | A101 | PREPARE FOR (0.9) AND ATTEND (1.4) DISCOVERY ISSUES CONFERENCE ON UCC'S 2004 DOCUMENT REQUESTS; RESEARCH ON PENDING PROCEEDING RULE TO PREPARE FOR CONFERENCE; (2.2) | 4.50 | 1,800.00 |
| 11/05/20 MAM | B110 | A101 | RESEARCH (0.6)AND COMMUNICATION REGARDING BSA PROOFS OF CLAIM (0.4) | 1.00 | 400.00 |
| 11/05/20 CVM | B110 | A101 | DISCUSS CASE STRATEGY WITH S. OPPENHEIM AND M. MINTZ. | .80 | 200.00 |
| 11/05/20 CVM | B110 | A101 | GATHERED RESEARCH ON RULE 1104(A)(4) AND ADEQUATE REPRESENTATION. | 5.50 | 1,375.00 |
| 11/05/20 LHS | B410 | A103 | PROVIDE UPDATE REGARDING TASKS THAT STILL NEED TO BE DONE FOR THE BAR DATE. | .40 | 100.00 |
| 11/05/20 SAO | B190 | A109 | LISTEN IN TO STATUS CONFERENCE ON TMI'S MOTION TO RECONSTITUTE AND MOTION TO WITHDRAW PLEADING. | .60 | 150.00 |
| 11/05/20 SAO | B190 | A102 | RESEARCH REGARDING WHETHER THE AUTOMATIC STAY MAY BE WAIVED. | 2.30 | 575.00 |
| 11/05/20 SAO | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ AND MS. MCCAFFREY REGARDING PRIVILEGE ISSUES IN CONNECTION WITH TMI'S MOTION TO RECONSTITUTE (0.5); CONFERENCE WITH MS. MCCAFFREY REGARDING THE SAME (0.4). | .90 | 225.00 |
| 11/05/20 SAO | B190 | A102 | INITIAL RESEARCH REGARDING CONFLICTS OF INTEREST IN CONNECTION WITH AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  79
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/05/20 SAO | B190 | A104 | REVIEW ORDER SCHEDULING STATUS CONFERENCE ON TMI'S MOTION TO RECONSTITUTE. | .10 | 25.00 |
| 11/06/20 EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING UCC AND POSSIBLE SECOND COMMITTEE. | .30 | 90.00 |
| 11/06/20 EDW | B110 | A103 | CONTINUED WORK ON UCC'S DOCUMENTS REQUESTS. | .80 | 240.00 |
| 11/06/20 EJF | B320 | A103 | REVIEW PLAN AND DISCLOSURE IN OTHER DIOCESAN CASE; | 1.20 | 588.00 |
| 11/06/20 EJF | B320 | A103 | WORK ON PLAN AND DISCLOSURE STATEMENT' | 3.20 | 1,568.00 |
| 11/06/20 EJF | B190 | A104 | REVIEW FIRST BANK FILING; | .20 | 98.00 |
| 11/06/20 RPV | B310 | A104 | REVIEWED AND WORKED ON UPCOMING BAR DATE DEADLINE TASKS. | 1.50 | 735.00 |
| 11/06/20 RPV | B210 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING REVIEW OF FIRST BANK AND TRUST JOINDER. | .30 | 147.00 |
| 11/06/20 RPV | B210 | A104 | RECEIVED AND REVIEWED FIRST BANK AND TRUST JOINDER AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .60 | 294.00 |
| 11/06/20 RPV | B310 | A104 | RECEIVED AND REVIEWED PROOFS OF CLAIM. | .20 | 98.00 |
| 11/06/20 WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING PUBLIC RELATIONS ISSUES. | .20 | 60.00 |
| 11/06/20 WGZ | B410 | A104 | ANALYSIS OF NEWSPAPER AND TV ARTICLES. | .30 | 90.00 |
| 11/06/20 WGZ | B410 | A104 | CONSIDERATION AND STRATEGY REGARDING PUBLIC RELATIONS ISSUES AND COMMUNICATION BETWEEN ARCHDIOCESE AND CLAIMS. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE  80
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/06/20 LFA    B110  A106   MULTIPLE CORRESPONDENCES WITH       1.80         720.00
                             MR. MINTZ DONLIN GROUP, AND
                             THE CLIENT REGARDING SEXUAL
                             ABUSE BAR DATE MAILINGS
                             (1.0); CALL WITH MR. MINTZ TO
                             DISCUSS SAME (.4); REVIEWED
                             BAR DATE ORDER TO ASSIST WITH
                             SAME (.4).

11/06/20 SAO    B190  A102   FURTHER RESEARCH REGARDING          1.40         350.00
                             WHETHER THE AUTOMATIC STAY
                             MAY BE WAIVED.

11/06/20 SAO    B190  A103   DRAFT RESEARCH MEMORANDUM           3.20         800.00
                             REGARDING WHETHER THE
                             AUTOMATIC STAY MAY BE WAIVED.

11/06/20 SAO    B190  A104   REVIEW FIRST BANK & TRUST'S          .20          50.00
                             JOINDER TO TMI'S MOTION TO
                             RECONSTITUTE.

11/06/20 SAO    B190  A104   EMAIL CORRESPONDENCES WITH           .10          25.00
                             MR. FINCHER REGARDING MEETING
                             TO DISCUSS FINAL EDITS TO
                             PETITION FOR SUIT ON OPEN
                             ACCOUNT AGAINST RAHMAN.

11/06/20 SAO    B110  A104   REVIEW NOTICE OF FILING OF           .10          25.00
                             OFFICIAL TRANSCRIPT OF THE
                             HEARING HELD ON NOVEMBER 5,
                             2020.

11/06/20 SAO    B190  A102   RESEARCH UNDER FIFTH CIRCUIT        1.70         425.00
                             LAW THE RIGHT OF A PARTY TO
                             ATTEND THE DEPOSITION OF A
                             CO-PARTY.

11/06/20 SAO    B170  A102   RESEARCH AND REVIEW SECONDARY       2.20         550.00
                             SOURCES ADDRESSING WHETHER
                             COMMITTEE COUNSEL MAY
                             REPRESENT INDIVIDUAL
                             CREDITORS.

11/06/20 M F    B310  A104   WORKING ON CLAIMS EVALUATIONS       1.60         480.00

11/07/20 EDW    B110  A104   COMMUNICATIONS WITH                  .50         150.00
                             LITIGATION GROUP REGARDING
                             LOCATION OF DOCUMENTS AND
                             WORKED ON DRAFT MOTION FOR
                             SUMMARY JUDGMENT REGARDING

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   81
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

                       LIABILITY.

11/07/20 EDW   B110   A104   REVIEWED ISSUES REGARDING              .30        90.00
                            DISPUTE WITH UCC REGARDING
                            COMMITTEE.

11/07/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP            1.00       400.00
                            INFORMATION ON ST. CLETUS
                            CHURCH IN JEFFERSON PARISH.

11/07/20 SAO   B170   A102   RESEARCH AND REVIEW SECONDARY        2.30       575.00
                            SOURCES REGARDING PERMISSIBLE
                            SCOPE OF COMPENSATION FOR
                            COMMITTEE COUNSEL.

11/07/20 M F   B310   A104   WORKING ON CLAIMS EVALUATIONS        3.90     1,170.00

11/08/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP           1.00       400.00
                            INFORMATION ON ADJACENT
                            RESIDENTIAL PROPERTIES TO ST.
                            CLETUS CHURCH IN JEFFERSON
                            PARISH.

11/08/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP            .90       360.00
                            INFORMATION ON ST. ROSALIE
                            CHURCH (ADJACENT) IN
                            JEFFERSON PARISH.

11/08/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP            .70       280.00
                            INFORMATION ON ST. JOHN BOSCO
                            CHURCH IN JEFFERSON PARISH.

11/08/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP            .30       120.00
                            INFORMATION REGARDING
                            RESIDENCE AT 2108 MAGNOLIA
                            RIDGE IN JEFFERSON PARISH.

11/08/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP            .30       120.00
                            INFORMATION REGARDING
                            RESIDENCE AT 1000 WESTWOOD
                            DR. IN JEFFERSON PARISH.

11/08/20 JPG   B250   A104   REVIEW OF RECORD OWNERSHIP           1.00       400.00
                            INFORMATION REGARDING
                            ARCHBISHOP SHAW HIGH SCHOOL
                            IN JEFFERSON PARISH.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   82
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/08/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION REGARDING ST. JOACHIM CHURCH IN JEFFERSON PARISH. | .50 | 200.00 |
| 11/08/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION REGARDING VISITATION OF OUR LADY CATHOLIC CHURCH IN JEFFERSON PARISH. | 1.00 | 400.00 |
| 11/08/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION REGARDING ACADEMY OF OUR LADY IN JEFFERSON PARISH. | .60 | 240.00 |
| 11/08/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION REGARDING HOPE HAVEN ADULT DAY HEALTH CARE CENTER IN JEFFERSON PARISH. | .60 | 240.00 |
| 11/08/20 | SAO | B170 | A102 | RESEARCH AND REVIEW CASE LAW INTERPRETING THE PERMISSIBLE SCOPE OF COMPENSATION FOR COMMITTEE COUNSEL. | 3.70 | 925.00 |
| 11/08/20 | SAO | B170 | A102 | FURTHER RESEARCH AND ANALYSIS OF CASE LAW ADDRESSING THE PERMISSIBLE SCOPE OF COMMITTEE COUNSEL COMPENSATION PURSUANT TO 11 U.S.C. § 330(A). | 1.90 | 475.00 |
| 11/08/20 | SAO | B170 | A105 | CALL WITH MS. MCCAFFREY TO DISCUSS PRELIMINARY RESEARCH FINDINGS REGARDING PERMISSIBLE SCOPE OF COMPENSATION FOR COMMITTEE COUNSEL. | .20 | 50.00 |
| 11/08/20 | SAO | B170 | A103 | BEGIN DRAFTING RESEARCH MEMO REGARDING PERMISSIBLE SCOPE OF COMPENSATION FOR COMMITTEE COUNSEL. | 1.10 | 275.00 |
| 11/08/20 | M F | B310 | A104 | WORKING ON CLAIMS EVALUATIONS | 3.80 | 1,140.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   83
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 11/09/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING DISPUTED ISSUES AND OUTSTANDING ISSUES. | .10 | 30.00 |
| 11/09/20 EDW | B110 | A104 | REVIEWED CURRENT SCHEDULE AND PENDING MATTERS. | .20 | 60.00 |
| 11/09/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING INSURANCE ISSUES. | .10 | 30.00 |
| 11/09/20 EDW | B110 | A106 | ATTENDED STRATEGY MEETING REGARDING PENDING ISSUES AND MOTIONS. | .80 | 240.00 |
| 11/09/20 EDW | B110 | A106 | REVIEWED REMOVAL PLEADINGS IN CASE NO. 20-1069. | .10 | 30.00 |
| 11/09/20 EJF | B190 | A104 | REVIEW PROPOSED STIPULATION FROM THE COMMITTEE (.1) AND AS REVISED BY TMI (.1); | .20 | 98.00 |
| 11/09/20 EJF | B190 | A105 | MEMOS TO AND FROM (.1), AND CALL WITH (.1) MR. MINTZ RE SAME; | .20 | 98.00 |
| 11/09/20 EJF | B190 | A105 | MEETING RE COMMITTEE ISSUES; | .80 | 392.00 |
| 11/09/20 JJL | B110 | A105 | ATTENDED STRATEGY MEETING | .80 | 240.00 |
| 11/09/20 JRT | B190 | A104 | WORK ON ISSUES RELATED TO PRIEST DEPOSITIONS. | 1.00 | 300.00 |
| 11/09/20 RPV | B170 | A106 | EMAILS FROM MR. MINTZ AND CLIENT REGARDING FEE DISPUTES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 11/09/20 RPV | B310 | A104 | WORKED ON CLAIMS ISSUES AND DISCOVERY | 1.50 | 735.00 |
| 11/09/20 WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING JUDGE GRABILL'S DISCOVERY ORDER. | .60 | 180.00 |
| 11/09/20 WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH JW BANKRUPTCY TEAM AND STATE COURT LITIGATION TEAM. | .80 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   84
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/09/20 LFA   B110  A105   CORRESPONDENCES WITH CLIENT        1.00        400.00
                            AND MR. MINTZ REGARDING
                            WEEKLY SCHEDULE (0.2); WITH
                            MR. MAPPA REGARDING THE ROMAN
                            CATHOLIC CHURCH OF NO CALL
                            LOG (0.2); WITH MS. CANTOR
                            REGARDING SEXUAL ABUSE
                            CLAIMANTS WITH ATTORNEYS
                            (0.3); WITH CLIENT REGARDING
                            AZ ACTUAL NOTICE TO JW (0.2);
                            WITH MESSRS. LOGAN AND AARON
                            REGARDING NEW ITEM ADDED TO
                            REQUEST FOR SHAREFILE LIST
                            (0.1).

11/09/20 MAM   B110  A101   PREPARE FOR (0.30) AND ATTEND      1.10        440.00
                            WEEKLY STATUS MEETING (0.80).

11/09/20 CVM   B110  A102   CONFERRED WITH S. OPPENHEIM         .20         50.00
                            RE: RESEARCH ON
                            ATTORNEY-CLIENT PRIVILEGE AND
                            WAIVER.

11/09/20 CVM   B110  A102   RESEARCHED ATTORNEY-CLIENT        3.70        925.00
                            PRIVILEGE AS IT APPLIES TO
                            COMMITTEES

11/09/20 SAO   B170  A102   RESEARCH CASE LAW CONSTRUING        .90        225.00
                            THE SCOPE OF A COMMITTEE'S
                            POWERS UNDER 11 U.S.C.
                            1103(C)(5).

11/09/20 SAO   B170  A103   RESUME DRAFTING RESEARCH MEMO     2.80        700.00
                            REGARDING PERMISSIBLE SCOPE
                            OF COMPENSATION FOR COMMITTEE
                            COUNSEL.

11/09/20 SAO   B190  A102   RESEARCH THE APPLICABILITY OF       .30         75.00
                            THE ATTORNEY-CLIENT PRIVILEGE
                            TO INVOICES OF COUNSEL TO AN
                            OFFICIAL CREDITORS' COMMITTEE.

11/09/20 SAO   B190  A104   REVIEW STIPULATION REGARDING       .60        150.00
                            EXHIBITS AND EVIDENCE IN
                            CONNECTION WITH TMI'S MOTION
                            TO RECONSTITUTE (0.1); REVIEW
                            UNSEALED EXHIBITS RELATING TO
                            TMI'S MOTION TO RECONSTITUTE
                            (0.5).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  85
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

11/10/20 EDW   B110  A104  REVIEWED UPDATES REGARDING         .20        60.00
                          TMI'S MOTION TO REQUIRE A
                          SEPARATE COMMITTEE OF
                          UNSECURED CREDITORS.

11/10/20 EJF   B320  A103  WORK ON DISCLOSURE STATEMENT;      3.80     1,862.00

11/10/20 JRT   B190  A104  REVIEW DOCUMENTS TO CONSIDER       1.20       360.00
                          APPROACH TO UPCOMING PRIEST
                          DEPOSITIONS.

11/10/20 RPV   B190  A108  CALL WITH COUNSEL REGARDING         .50       245.00
                          DISCOVERY AND OTHER ISSUES.

11/10/20 RPV   B210  A106  EMAILS TO AND FROM CLIENT           .50       245.00
                          REGARDING ISSUE RAISED BY
                          COUNSEL.

11/10/20 JPG   B250  A104  REVIEW OF RECORD OWNERSHIP          .80       320.00
                          INFORMATION FOR ASSUMPTION OF
                          MARY CHURCH IN JEFFERSON
                          PARISH

11/10/20 JPG   B250  A104  REVIEW OF RECORD OWNERSHIP          .30       120.00
                          INFORMATION FOR HANMAUM
                          KOREAN CATHOLIC CHAPEL IN
                          JEFFERSON PARISH

11/10/20 JPG   B250  A104  REVIEW OF RECORD OWNERSHIP          .40       160.00
                          INFORMATION FOR RESIDENCE ON
                          DODGE AVENUE IN JEFFERSON
                          PARISH

11/10/20 JPG   B250  A104  REVIEW OF RECORD OWNERSHIP          .40       160.00
                          INFORMATION FOR PROPERTY AT
                          1916 N. ARNOULT DRIVE IN
                          JEFFERSON PARISH

11/10/20 JPG   B250  A106  PHONE CALL WITH CLIENT ON         1.50       600.00
                          REAL ESTATE HOLDINGS IN
                          JEFFERSON PARISH.

11/10/20 JPG   B250  A105  PHONE CALL WITH MR. MINTZ ON       .20        80.00
                          STATUS OF REAL ESTATE MATTERS.

11/10/20 JPG   B250  A105  REVIEW OF RECORD OWNERSHIP          .90       360.00
                          INFORMATION FOR ST. CLEMENT
                          OF ROME CHURCH IN JEFFERSON
                          PARISH

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   86
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Init | B | A | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 11/10/20 | JPG | B250 | A105 | REVIEW OF RECORD OWNERSHIP INFORMATION FOR ADJACENT RESIDENCE TO ST. CLEMENT OF ROME CHURCH IN JEFFERSON PARISH. | .80 | 320.00 |
| 11/10/20 | JPG | B250 | A105 | REVIEW OF RECORD OWNERSHIP INFORMATION FOR METAIRIE ROAD PROPERTY IN JEFFERSON PARISH. | .50 | 200.00 |
| 11/10/20 | JPG | B250 | A105 | REVIEW OF RECORD OWNERSHIP INFORMATION FOR ST. JEROME CHURCH IN JEFFERSON PARISH. | .40 | 160.00 |
| 11/10/20 | JPG | B250 | A105 | REVIEW OF RECORD OWNERSHIP INFORMATION FOR DIVINE MERCY PARISH IN JEFFERSON PARISH. | .30 | 120.00 |
| 11/10/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION FOR HOLY GUARDIAN ANGELS MISSION CHURCH IN JEFFERSON PARISH. | 1.20 | 480.00 |
| 11/10/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION FOR ST. BONAVENTURE CHURCH IN JEFFERSON PARISH | 1.00 | 400.00 |
| 11/10/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MS. MORRIS REGARDING STATUS QUERY; WITH CLIENT AND MR. LOGAN REGARDING ACTUAL NOTICE ADDITIONS (.2); WITH MS. BERGERON REGARDING DEBTOR'S SECOND FEE STATEMENT (.3). | .50 | 200.00 |
| 11/10/20 | LFA | B110 | A101 | WORK WITH CLIENT AND DONLIN RECANO TO COMPILE SA ADDRESSES FOR NOTICE OF SA BAR DATE. | 2.50 | 1,000.00 |
| 11/10/20 | MAM | B190 | A101 | RESEARCH REGARDING MOTION TO APPOINT COMMITTEE MEMBERS (TMI MOTION). (1.0) RESEARCH REGARDING DISCOVERY ISSUES.(1.3) | 2.30 | 920.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   87
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 11/10/20 | CVM | B110 | A102 | RESEARCHED HOW ATTORNEY-CLIENT PRIVILEGE APPLIES TO FEE STATEMENTS | 2.50 | 625.00 |
| 11/10/20 | CVM | B110 | A102 | DRAFTED MEMO ON RESEARCH RE: ATTORNEY CLIENT PRIVILEGE AND FEE STATEMENTS | 4.10 | 1,025.00 |
| 11/10/20 | SAO | B190 | A104 | REVIEW UNSEALED REDACTED EXHIBITS TO TMI TRUST COMPANY'S MOTION TO RECONSTITUTE. | .40 | 100.00 |
| 11/10/20 | SAO | B170 | A103 | FINALIZE RESEARCH MEMORANDUM REGARDING PERMISSIBLE SCOPE OF COMPENSATION FOR COMMITTEE COUNSEL. | .60 | 150.00 |
| 11/10/20 | SAO | B190 | A102 | FURTHER RESEARCH REGARDING THE APPLICABILITY OF THE ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT DOCTRINE TO COMMITTEE COUNSEL INVOICES. | 2.20 | 550.00 |
| 11/10/20 | SAO | B190 | A102 | RESEARCH WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT DOCTRINE IN CONNECTION WITH OFFICIAL CREDITORS' COMMITTEES. | 1.60 | 400.00 |
| 11/10/20 | SAO | B190 | A103 | SUPPLEMENT RESEARCH MEMO REGARDING PRIVILEGE ISSUES IN CONNECTION WITH OFFICIAL CREDITORS' COMMITTEES. | 2.10 | 525.00 |
| 11/10/20 | M F | B310 | A104 | WORKING ON CLAIMS EVALUATIONS | 3.90 | 1,170.00 |
| 11/11/20 | EDW | B110 | A107 | TELEPHONE CALL FROM MR. PAULSEN REGARDING STRATEGY AND LITIGATION ISSUES. | .30 | 90.00 |
| 11/11/20 | EDW | B110 | A108 | REVIEWED LETTER FROM UCC REGARDING ALLEGED NEW ABUSE CLAIMS. | .20 | 60.00 |
| 11/11/20 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH UCC REGARDING DOCUMENT REQUESTS. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  88
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/11/20 EDW   B110  A104   REVIEWED UCC DOCUMENT              1.20        360.00
                           REQUESTS, ISSUES AND DEBTOR'S
                           ABILITY TO PRODUCE DOCUMENTS.

11/11/20 EDW   B110  A104   REVIEWED TMI TRUST MOTION           .10         30.00
                           EXPEDITED HEARING.

11/11/20 EJF   B320  A103   WORK ON DISCLOSURE STATEMENT;      3.30      1,617.00

11/11/20 RPV   B190  A104   RECEIVED AND REVIEWED LETTER        .20         98.00
                           DEMANDING RESPONSE AND INFO
                           FROM MR. BOLDISSAR.

11/11/20 RPV   B170  A105   EMAIL FROM MR. MINTZ               .30        147.00
                           REGARDING POTENTIAL OBJECTION
                           TO FEE STATEMENTS.

11/11/20 RPV   B190  A106   TELEPHONE CONVERSATION WITH         .50        245.00
                           CLIENT REGARDING TMI MOTION,
                           DISCOVERY AND RELATED MATTERS

11/11/20 RPV   B190  A105   OFFICE CONFERENCE WITH MR.          .30        147.00
                           MINTZ REGARDING COMMITTEE AND
                           FEE ISSUES

11/11/20 JPG   B250  A104   CONFIRM AND UPDATE                 .60        240.00
                           INFORMATION ON LADY OF DIVINE
                           PROVIDENCE CHURCH IN
                           JEFFERSON PARISH.

11/11/20 JPG   B250  A104   REVIEW OF TITLE OWNERSHIP FOR      1.10        440.00
                           DIVINE MERCY CHURCH IN
                           JEFFERSON PARISH.

11/11/20 JPG   B250  A104   REVIEW OF TITLE OWNERSHIP FOR      1.50        600.00
                           ST LAWRENCE THE MARTYR
                           CATHOLIC CHURCH IN JEFFERSON
                           PARISH

11/11/20 JPG   B250  A104   REVIEW OF TITLE OWNERSHIP FOR       .70        280.00
                           6105 BRIDGET STREET IN
                           JEFFERSON PARISH.

11/11/20 JPG   B250  A104   REVIEW OF DOCUMENTS                .40        160.00
                           PERTAINING TO PROPERTIES IN
                           CITY OF CARROLLTON.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  89
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/11/20 | JPG | B250 | A104 | REVIEW OF VARIOUS JEFFERSON PARISH RECORDS FOR ADDITIONAL CLARIFICATION ON PROPERTIES. | 1.00 | 400.00 |
| 11/11/20 | JPG | B250 | A104 | FURTHER REVIEW OF RETREAT CENTER IN JEFFERSON PARISH BASED ON FEEDBACK FROM CLIENT. | .50 | 200.00 |
| 11/11/20 | JPG | B250 | A104 | FURTHER REVISION TO SLIDE ON ST. ANN CHURCH PARISH SCHOOL IN JEFFERSON PARISH BASED ON LOCATED RESUBDIVISION. | .40 | 160.00 |
| 11/11/20 | LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. MINTZ AND TILLERY AND CLIENT REGARDING LETTER ON BEHALF OF TH OFFICIAL COMMITTEE OF UNSECURED CREDITORS (.4); WITH MS. VOORHIES REGARDING SEX ABUSE CLAIM QUESTIONS (.4); WITH CLIENT AND MR. LOGAN REGARDING NOTICE (.4); WITH MS. FUTRELL AND MESSRS. KEUBEL, VANCE AND MINTZ REGARDING RCANO PLAN (.3). | 1.50 | 600.00 |
| 11/11/20 | MAM | B190 | A101 | RECEIPT AND REVIEW OF MOTION TO BIFURCATE. (1.1)RECEIPT AND REVIEW OF CORRESPONDENCE REGARDING THE SAME.(1.3) | 2.40 | 960.00 |
| 11/11/20 | SAO | B190 | A103 | CONTINUE SUPPLEMENTING AND REVISING RESEARCH MEMO REGARDING PRIVILEGE ISSUES IN CONNECTION WITH OFFICIAL CREDITORS' COMMITTEES. | 3.90 | 975.00 |
| 11/11/20 | SAO | B110 | A102 | REVIEW DOCKETS OF DIOCESAN-TYPE CHAPTER 11 CASES FOR UPDATES AND DEVELOPMENTS. | .40 | 100.00 |
| 11/11/20 | SAO | B190 | A104 | REVIEW TMI'S MOTION TO BIFURCATE. | .20 | 50.00 |
| 11/11/20 | M F | B310 | A104 | WORKING ON CLAIMS EVALUATIONS | 4.00 | 1,200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   90
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/12/20 EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING PLAN OF REORGANIZATION. | .20 | 60.00 |
| 11/12/20 EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT AND CO-COUNSEL REGARDING UCC DEMANDS AND STRATEGY/RESPONSE REGARDING SAME. | .30 | 90.00 |
| 11/12/20 EDW | B110 | A108 | REVIEWED COMMUNICATIONS WITH UCC REGARDING CONFERENCE REGARDING DISCOVERY REQUESTS. | .20 | 60.00 |
| 11/12/20 EJF | B320 | A107 | CONFERENCE CALL WITH COMMITTEE COUNSEL RE "NON ECONOMIC" ISSUES RE PLAN; | .50 | 245.00 |
| 11/12/20 EJF | B320 | A106 | MEMO TO CLIENT RE SAME; | .50 | 245.00 |
| 11/12/20 EJF | B320 | A106 | MEETING RE SAME (NO CHARGE) (.4); | .00 | NO CHARGE |
| 11/12/20 EJF | B190 | A109 | ATTEND STATUS CONFERENCE; | .50 | 245.00 |
| 11/12/20 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT; | 3.70 | 1,813.00 |
| 11/12/20 JRT | B190 | A104 | BEGIN REVIEW OF MEMOS TO PREPARE FOR PRIEST DEPOSITIONS. | 1.20 | 360.00 |
| 11/12/20 RPV | B210 | A104 | RECEIVED AND REVIEWED CORPORATE DOCUMENTS AND EMAIL TO CLIENT REGARDING SAME | 1.50 | 735.00 |
| 11/12/20 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING COMPLIANCE ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .30 | 147.00 |
| 11/12/20 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING COMPLIANCE ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .30 | 147.00 |
| 11/12/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION OF TMI TRUST COMPANY TO BIFURCATE THE LEGAL AND EVIDENTIARY HEARINGS WITH RESPECT TO ITS MOTION FOR ORDER (I) REQUIRING THE | .60 | 294.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   91
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

|            |     |      |      |                                                                                                                                                          |      |          |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     |      |      | UNITED STATES TRUSTEE TO APPOINT A SEPARATE COMMITTEE OF UNSECURED CREDITORS AND/OR (II) REINSTATING TMI TRUST COMPANY AS A MEMBER OF AND RECONSTITUTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | | |
| 11/12/20   | RPV | B190 | A105 | EMAILS FROM JW TEAM REGARDING RESPONSE TO LETTER FROM MR. BOLDISSAR AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .70  | 343.00   |
| 11/12/20   | WGZ | B410 | A104 | FURTHER ANALYSIS OF PLAINTIFF'S DISCOVERY REQUESTS AND STRATEGY REGARDING OBJECTIONS. | .70  | 210.00   |
| 11/12/20   | WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING SAME. | .50  | 150.00   |
| 11/12/20   | LFA | B110 | A108 | CORRESPONDENCES WITH CLIENT AND MESSRS. MINTZ, EAGAN AND ZERINGUE REGARDING ARCHDIOCESE REPORTING REQUIREMENTS. | .50  | 200.00   |
| 11/12/20   | LFA | B110 | A108 | CALL WITH MS. FUTRELL AND MR. KEUBEL REGARDING PLAN ISSUES. | .40  | 160.00   |
| 11/12/20   | MAM | B190 | A101 | ATTEND STATUS CONFERENCE ON TMI MOTION AND MOTION TO BIFURCATE.(1.7) COMMUNICATION WITH CLIENT REGARDING THE SAME.(0.6) ATTEND CONFERENCE WITH ALL PARTIES REGARDING TMI MOTION. (2.2) | 4.50 | 1,800.00 |
| 11/12/20   | CVM | B110 | A104 | REVIEWED PLEADINGS IN PREPARATION OF RESEARCH RE: 2004 EXAMINATION | .90  | 225.00   |
| 11/12/20   | CVM | B110 | A102 | RESEARCHED THE PENDING PROCEEDING RULE | 2.00 | 500.00   |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   92
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/12/20 CVM   B110  A102  RESEARCHED THE SCOPE OF RULE        1.50        375.00
                           2004 EXAMINATIONS

11/12/20 CVM   B110  A102  EMAIL TO M. MINTZ RE: 2004           .10         25.00
                           EXAMINATION

11/12/20 SAO   B190  A108  TELEPHONE CONFERENCES WITH          1.50        375.00
                           MR. ZERINGUE AND BANKRUPTCY
                           COURT STAFF REGARDING JONES
                           WALKER ATTORNEYS APPEARING IN
                           SIX ABUSE ACTIONS TRANSFERRED
                           TO THE BANKRUPTCY COURT FOR
                           PRE-TRIAL PURPOSES (0.4);
                           REGISTER MR. ZERINGUE, MR.
                           LOWENTHAL, AND MS. KINGSMILL
                           FOR E-FILING IN THE
                           BANKRUPTCY COURT (1.1).

11/12/20 SAO   B310  A102  REGIONAL RESEARCH REGARDING          .80        200.00
                           VALUATION OF TORT CLAIMS.

11/12/20 SAO   B190  A104  REVIEW MEMO TO RECORD OF             .10         25.00
                           STATUS CONFERENCE HELD ON
                           11/12/2020

11/12/20 SAO   B190  A109  LISTEN IN TO STATUS                 .60        150.00
                           CONFERENCE ON TMI'S MOTION TO
                           RECONSTITUTE AND MOTION TO
                           BIFURCATE.

11/13/20 EDW   B110  A104  REVIEWED MULTIPLE ORDERS FROM       .10         30.00
                           JUDGE FELDMAN REGARDING
                           TRANSFER TO BANKRUPTCY COURT.

11/13/20 EDW   B110  A107  COMMUNICATIONS WITH UCC'S           .20         60.00
                           COUNSEL REGARDING DISCOVERY
                           CONFERENCE.

11/13/20 EDW   B110  A104  REVIEWED REPORT REGARDING          .10         30.00
                           STATUS CONFERENCE AND TMI
                           MOTIONS.

11/13/20 EDW   B110  A104  REVIEWED ISSUES REGARDING          .20         60.00
                           DISPUTE WITH UCC.

11/13/20 EJF   B110  A103  WORK ON MOR;                       .80        392.00

11/13/20 EJF   B230  A105  CONFERENCE CALL RE ACCOUNTS        .20         98.00
                           AND INCURRING DEBT;

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  93
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/13/20 EJF | B190 | A109 | ATTEND STATUS CONFERENCE; | .40 | 196.00 |
| 11/13/20 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT; | 4.40 | 2,156.00 |
| 11/13/20 EJF | B190 | A107 | REVIEW LETTER FROM COMMITTEE COUNSEL; | .10 | 49.00 |
| 11/13/20 EJF | B190 | A104 | REVIEW DISCOVERY; | .20 | 98.00 |
| 11/13/20 EJF | B110 | A104 | REVIEW MEMOS RE GOVERNANCE ISSUES; | .20 | 98.00 |
| 11/13/20 RPV | B190 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE TO MR. BOLDISSAR REGARDING INVOICES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 11/13/20 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT AND MR. MINTZ REGARDING VARIOUS ISSUES INCLUDING TMI DISPUTE, DOJ SETTLEMENT , SALE OF PROPERTY, FEE OBJECTIONS AND RELATED MATTERS | 1.00 | 490.00 |
| 11/13/20 RPV | B110 | A106 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING TMI/UCC/UST DISPUTE STATUS CONFERENCE AND REVIEWED MINUTE ENTRY REGARDING SAME | .50 | 245.00 |
| 11/13/20 LFA | B110 | A108 | CORRESPONDENCES WITH MESSRS. MINTZ AND RUBIN REGARDING ANO 341 TRANSCRIPT (.4); WITH CLIENT REGARDING DEPARTMENTAL CREDIT CARDS AND DIRECT MAIL (.4); WITH MESSRS. MINTZ AND BOLDISSAR REGARDING FEE STATEMENT FOR COUNSEL TO THE UCC: WITH MS. FUTRELL REGARDING DEPARTMENTAL CREDIT CARDS (.4); WITH CLIENT AND MR. LOGAN REGARDING NOTICE ISSUES (.2). | 1.40 | 560.00 |
| 11/13/20 MAM | B110 | A101 | PREPARE FOR (0.50) AND ATTEND MEETING WITH CLIENT REGARDING OUTSTANDING ISSUES (1.00). | 1.50 | 600.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   94
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| 11/13/20 MAM | B190 | A101 | PLAN AND PREPARE FOR HEARING ON TMI MOTION | 1.40 | 560.00 |
|---|---|---|---|---|---|
| 11/13/20 MAM | B170 | A101 | RECEIPT AND REVIEW OF LETTERS REGARDING OBJECTIONS TO JONES WALKER'S MONTHLY FEES. | 2.10 | 840.00 |
| 11/13/20 CVM | B110 | A102 | COMPILED RESEARCH ON SCOPE OF RULE 2004 EXAMINATIONS | 2.80 | 700.00 |
| 11/13/20 CVM | B110 | A102 | COMPILED SEARCH ON THE PENDING PROCEEDING RULE | 3.00 | 750.00 |
| 11/13/20 SAO | B190 | A111 | REVIEW MEMO TO RECORD OF STATUS CONFERENCE HELD ON 11/13/2020 (0.2); CALENDAR DEADLINES IN CONNECTION WITH EVIDENTIARY HEARING ON THE ISSUE OF ADEQUATE REPRESENTATION (0.4). | .60 | 150.00 |
| 11/13/20 SAO | B190 | A111 | FURTHER COMMUNICATIONS WITH BANKRUPTCY COURT STAFF AND JONES WALKER LITIGATION ATTORNEYS TO FINALIZE APPEARANCES IN TRANSFERRED ABUSE CLAIM ADVERSARY PROCEEDINGS. | .80 | 200.00 |
| 11/13/20 SAO | B190 | A109 | LISTEN IN TO STATUS CONFERENCE ON TMI'S MOTION TO RECONSTITUTE AND MOTION TO BIFURCATE. | .40 | 100.00 |
| 11/13/20 SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON 11/12/2020. | .10 | 25.00 |
| 11/14/20 RPV | B160 | A105 | EMAIL FROM MS. ASHLEY REGARDING JW FIRST FEE STATEMENT. | .10 | 49.00 |
| 11/14/20 LFA | B110 | A103 | REVISED AND FINALIZED EMAIL COMMUNICATIONS REGARDING GENERAL BAR DATE AND SEXUAL ABUSE BAR DATE (.8); CORRESPONDED WITH CLIENT REGARDING SAME (.4) | 1.20 | 480.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   95
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/16/20 EDW   B110  A109   ATTENDED STRATEGY AND              1.30        390.00
                           PLANNING MEETING.

11/16/20 EDW   B110  A103   WORKED ON UCC DISCOVERY            1.50        450.00
                           RESPONSES.

11/16/20 EDW   B110  A104   RECEIVED AND REVIEWED NOTICE        .10         30.00
                           OF DISCOVERY CONFERENCE
                           BEFORE JUDGE NORTH.

11/16/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH        .50        150.00
                           CO-COUNSEL REGARDING
                           DISCOVERY ISSUES AND STRATEGY.

11/16/20 EDW   B110  A109   PREPARING FOR AND ATTENDED          .50        150.00
                           TELEPHONE CONFERENCE WITH UCC
                           COUNSEL REGARDING UCC
                           DISCOVERY.

11/16/20 EJF   B320  A104   REVIEW INFORMATION FOR             4.10      2,009.00
                           INSERTS TO DISCLOSURE
                           STATEMENT;

11/16/20 EJF   B210  A106   MEMOS TO AND FROM CLIENT            .50        245.00
                           REGARDING REPORTING ISSUES;

11/16/20 JJL   B110  A105   ATTENDED STRATEGY MEETING          1.30        390.00

11/16/20 JJL   B110  A104   RECEIVED AND REVIEWED NOTICE        .10         30.00
                           OF DISCOVERY CONFERENCE
                           REGARDING JW DOE BY COURT

11/16/20 JJL   B110  A104   RECEIVED AND REVIEWED NOTICE        .10         30.00
                           OF COURT SCHEDULING DISCOVERY
                           CONFERENCE IN JAMES DOE

11/16/20 JRT   B190  A104   WORK ON PRIEST DEPOSITION          1.50        450.00
                           LEGAL ISSUES/PRIVILEGE ISSUES.

11/16/20 RPV   B190  A106   EMAILS FROM AND OFFICE              .40        196.00
                           CONFERENCE WITH MR. MINTZ AND
                           CLIENT REGARDING DISCOVERY
                           MEETING AND RELATED ISSUES.

11/16/20 RPV   B310  A104   REVIEWED DRAFT EMAILS TO BE         .30        147.00
                           SENT OUT WITH DEADLINES AND
                           PROOF OF CLAIM INFO.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   96
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/16/20 RPV   B210  A104   EMAILS FROM CLIENT AND MS.        .20      98.00
                            FUTRELL REGARDING STATUS OF
                            SETTLEMENT WITH BOND TRUSTEE
                            FOR THE 2017 BONDS.

11/16/20 RPV   B110  A105   OFFICE CONFERENCE WITH MR.        .50     245.00
                            MINTZ REGARDING WEEKLY
                            SCHEDULE AND DEADLINES.

11/16/20 WGZ   B410  A104   NOTICE OF HEARING BEFORE          .20      60.00
                            JUDGE NORTH IN JW DOE AND
                            JAMES DOE MATTERS.

11/16/20 WGZ   B410  A101   PREPARE FOR STRATEGY MEETING.     .50     150.00

11/16/20 WGZ   B410  A109   ATTEND STRATEGY MEETING WITH     1.30     390.00
                            JW BANKRUPTCY TEAM.

11/16/20 WGZ   B410  A105   RECEIVED AND REVIEWED EMAILS      .60     180.00
                            WITH JW BANKRUPTCY TEAM AND
                            STRATEGY REGARDING CONFERENCE
                            BEFORE MAGISTRATE JUDGE NORTH
                            REGARDING DEPOSITIONS OF
                            PRIESTS.

11/16/20 LFA   B110  A105   CORRESPONDENCES WITH THE          .40     160.00
                            CLIENT AND MS. FUTRELL
                            REGARDING SETTLEMENT WITH
                            BOND TRUSTEE FOR THE 2017
                            BONDS (.2); AND WITH MR.
                            DICKSON REGARDING SA BAR DATE
                            MAILING (.2).

11/16/20 LFA   B110  A106   CORRESPONDED WITH CLIENT         1.50     600.00
                            REGARDING BAR DATE NOTICE
                            ISSUES (.8); CORRESPONDED
                            WITH DR. WHEATMAN REGARDING
                            AD PROOFS (.3); REVIEWED SAME
                            (.4)

11/16/20 LFA   B160  A108   CORRESPONDED WITH UST OFFICE      .50     200.00
                            REGARDING FEE APPLICATIONS.

11/16/20 LFA   B210  A106   CORRESPONDED WITH CLIENT          .60     240.00
                            REGARDING BUSINESS OPERATIONS
                            AND ACCOUNT ISSUES AND NEED
                            FOR INCREASED LIMIT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  97
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/16/20 MAM   B110  A101   PREPARE FOR (0.20) AND ATTEND      1.50      600.00
                            STRATEGY MEETING (1.30).

11/16/20 MAM   B310  A101   PREPARE FOR AND ATTEND CALL        1.50      600.00
                            WITH UCC REGARDING 2004
                            EXAMINATION

11/16/20 MAM   B310  A101   PREPARE FOR (1.1)AND RESEARCH      3.10    1,240.00
                            REGARDING EXTENT OF STAY
                            RELATED TO DEPOSITIONS OF
                            NON-DEFENDANT PRIESTS. (2.0)

11/16/20 AK    B310  A103   ANALYZED DOCUMENTS PRODUCED        1.70      425.00
                            IN DISCOVERY IN ORDER TO
                            PREPARE WRITTEN RESPONSES TO
                            THE COMMITTEE'S DOCUMENT
                            REQUESTS.

11/16/20 SAO   B160  A105   EMAIL CORRESPONDENCES WITH          .30       75.00
                            MS. ASHLEY REGARDING FEE
                            APPLICATIONS OF DEBTOR'S
                            COUNSEL IN THE BSA CHAPTER 11
                            CASE.

11/16/20 SAO   B190  A104   REVIEW JUDGE NORTH'S ORDERS         .30       75.00
                            SCHEDULING A DISCOVERY
                            CONFERENCE IN THE JW DOE AND
                            JAMES DOE ACTIONS (0.2);
                            CORRESPONDENCE TO MR. MINTZ
                            REGARDING THE SAME (0.1).

11/16/20 SAO   B110  A103   PREPARE NOTICE OF AGENDA            .30       75.00
                            REGARDING OMNIBUS HEARING
                            SCHEDULED FOR NOVEMBER 19,
                            2020.

11/17/20 EDW   B110  A104   REVIEWED ISSUES REGARDING           .50      150.00
                            POSSIBLE PROTECTIVE ORDER IN
                            LIFT STAY CASES.

11/17/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH        .10       30.00
                            UCC REGARDING SALE OF
                            PROPERTY.

11/17/20 EDW   B110  A103   CONTINUED WORK ON RESPONDING        .80      240.00
                            TO UCC'S DISCOVERY.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   98
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| 11/17/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING PENDING ISSUES. | .10 | 30.00 |
|---|---|---|---|---|---|
| 11/17/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING PROTECTIVE ORDER ISSUE. | .10 | 30.00 |
| 11/17/20 EJF | B320 | A104 | DRAFT INSERTS TO DISCLOSURE STATEMENT; | 4.80 | 2,352.00 |
| 11/17/20 JJL | B110 | A104 | ANALYZE DISCOVERY ISSUE | .50 | 150.00 |
| 11/17/20 JRT | B190 | A104 | WORK ON ISSUES RELATIVE TO PRIEST DEPOSITIONS. | 1.50 | 450.00 |
| 11/17/20 RPV | B190 | A106 | EMAILS FROM CLIENT AND CO-COUNSEL REGARDING DRAFTING MOTION REGARDING DISCOVERY. | .20 | 98.00 |
| 11/17/20 RPV | B190 | A104 | RECEIVED AND REVIEWED PROPOSED THIRD MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND COMMUNICATED WITH COUNSEL REGARDING SAME . | .30 | 147.00 |
| 11/17/20 RPV | B210 | A104 | EMAILS FROM CLIENT AND MR. MINTZ REGARDING JEFFERSON PARISH SERVITUDE AND THE MICHOUD DEAL. | .20 | 98.00 |
| 11/17/20 RPV | B210 | A104 | PREPARATION FOR MEETING WITH CLIENT REGARDING CREDITOR COMMITTEE COMPOSITION, TMI MOTION, NOTICE ISSUES AND RELATED MATTERS | 1.00 | 490.00 |
| 11/17/20 RPV | B110 | A103 | RECEIVED AND REVIEWED NOTICE OF AGENDA. | .10 | 49.00 |
| 11/17/20 RPV | B310 | A106 | EMAILS FROM COUNSEL AND OFFICE CONFERENCE WITH MR. MINTZ AND CLIENTS REGARDING PROOFS OF CLAIM ISSUES. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   99
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 11/17/20 WGZ | B410 | A106 | SEVERAL EMAILS WITH CLIENT REGARDING STRATEGY WITH RESPECT TO PRESS ISSUES. | .80 | 240.00 |
| 11/17/20 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING SAME. | .40 | 120.00 |
| 11/17/20 WGZ | B410 | A105 | EMAILS WITH JW CDC TEAM REGARDING SCOPE OF DEPOSITIONS OF PRIESTS ALLOWED BY JUDGE GRABILL IN JW DOE AND JAMES DOE. | .50 | 150.00 |
| 11/17/20 WGZ | B410 | A104 | ANALYSIS OF JUDGE GRABILL'S ORDER REGARDING LIMITATION IN SCOPE OF DISCOVERY ALLOWED. | .60 | 180.00 |
| 11/17/20 WGZ | B410 | A104 | ANALYSIS OF TRANSCRIPT OF HEARING BEFORE JUDGE GRABILL TO CONSIDER LIMITATION ON SCOPE OF DEPOSITIONS OF NON-DEBTOR PRIESTS. | .50 | 150.00 |
| 11/17/20 WGZ | B410 | A105 | EMAILS WITH CLIENT AND JW TEAM REGARDING STRATEGY ON DISCOVERY MATTERS. | .40 | 120.00 |
| 11/17/20 LFA | B160 | A108 | PREPARED FEE STATEMENTS AND APPLICATIONS (2.0); REVIEWED STATEMENTS TO ASSIST WITH SAME (2.0). | 4.00 | 1,600.00 |
| 11/17/20 MAM | B190 | A101 | CONFERENCE REGARDING DISCOVERY ISSUES RELATED TO HECKER AND CALAMARI | 1.20 | 480.00 |
| 11/17/20 AK | B310 | A103 | ANALYZED CASES REGARDING 2004 EXAMINATIONS AND SCOPE OF DISCOVERY IN ORDER TO RESPOND TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 11/17/20 AK | B310 | A105 | WORKED WITH MR. MINTZ, MR. WEGMANN, AND MS. MCCAFFREY ON DISCOVERY RESPONSES TO THE COMMITTEE'S DOCUMENT REQUESTS. | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 100
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/17/20 CVM    B110  A105  MEETING WITH M. MINTZ, D.           .40        100.00
                            WEGMANN, AND A. KINGSMILL RE:
                            2004 DISCOVERY REQUESTS

11/17/20 CVM    B110  A102  RESEARCH PENDING PROCEEDING        2.00        500.00
                            RULE

11/17/20 CVM    B160  A105  DISCUSSED FEE APPLICATIONS          .30         75.00
                            WITH S. OPPENHEIM AND L.
                            ASHLEY.

11/17/20 CVM    B160  A104  REVIEWED DOCUMENTS IN              1.20        300.00
                            PREPARATION FOR DRAFTING FEE
                            APPLICATION

11/17/20 CVM    B110  A102  COMPILED RESEARCH ON PENDING      1.00        250.00
                            PROCEEDING RULE

11/17/20 SAO    B140  A105  EMAIL CORRESPONDENCES WITH         .20         50.00
                            MR. TILLERY REGARDING THE
                            COURT'S ORDER AND REASONS
                            GRANTING IN PART THE LIFT
                            STAY MOTIONS.

11/17/20 SAO    B190  A102  RESEARCH TO LOCATE E.D. LA.        .20         50.00
                            CASE LAW REGARDING DISCOVERY
                            OBJECTIONS FOR MR. TILLERY.

11/17/20 SAO    B110  A103  FINALIZE NOTICE OF AGENDA          .30         75.00
                            REGARDING NOVEMBER 19, 2020
                            HEARING (0.1); FILE THE SAME
                            (0.2).

11/17/20 SAO    B160  A105  TELEPHONE CONFERENCE WITH MS.      .20         50.00
                            ASHLEY AND MS. MCCAFFREY TO
                            DISCUSS PREPARATION OF BLANK
                            ROME AND CRI FEE APPLICATIONS
                            (0.1); CALL WITH MS.
                            MCCAFFREY REGARDING THE SAME
                            (0.1).

11/17/20 SAO    B160  A104  REVIEW FIRST AND SECOND          1.80        450.00
                            MONTHLY FEE STATEMENTS OF
                            BLANK ROME LLP AND CARR,
                            RIGGS & INGRAM TO ASSIST WITH
                            PREPARING INTERIM FEE
                            APPLICATIONS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 101
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/17/20 SAO   B110   A104   REVIEW NOTICE OF FILING OF        .10        25.00
                            OFFICIAL TRANSCRIPT OF
                            11/13/2020 HEARING.

11/18/20 EDW   B110   A104   RECEIVED AND REVIEWED             .10        30.00
                            ELECTRONIC MEMO FROM UCC
                            REGARDING FEE ISSUE.

11/18/20 EDW   B110   A104   RECEIVED AND REVIEWED             .10        30.00
                            ELECTRONIC MEMO FROM CLIENT
                            REGARDING UCC ISSUE.

11/18/20 EDW   B110   A104   REVIEWED ISSUES REGARDING         .90       270.00
                            DISCOVERY IN JW DOE AND JAMES
                            DOE.

11/18/20 EJF   B320   A105   WORK ON DISCLOSURE STATEMENT     4.20     2,058.00
                            AND RELATED DOCUMENTS;

11/18/20 JRT   B190   A104   WORK ON LEGAL ISSUES RELATED     1.40       420.00
                            TO LIFT STAY ORDER AND
                            DEPOSITIONS OF PRIESTS;
                            EMAILS REGARDING SAME.

11/18/20 RPV   B110   A106   MEETING WITH CLIENTS, MR.        2.30     1,127.00
                            KEARNEY AND MR. MINTZ
                            REGARDING VARIOUS ISSUES
                            AFFECTING PLAN STRATEGY,
                            COMMITTEE COMPOSITION, LEGAL
                            FEES DISPUTES AND RELATED
                            MATTERS.

11/18/20 RPV   B210   A104   EMAIL FROM MS. FUTRELL            .50       245.00
                            REGARDING PENSION PLAN AND
                            REVIEWED REPORT CONCERNING
                            SAME.

11/18/20 WGZ   B410   A105   EMAILS WITH JW TEAM REGARDING     .30        90.00
                            SCOPE OF DISCOVERY AND
                            LIMITATIONS WITH RESPECT TO
                            ARCHDIOCESE.

11/18/20 WGZ   B410   A104   REVIEW STATUS OF DISCOVERY        .50       150.00
                            REQUESTED BY PLAINTIFFS IN
                            JAMES DOE AND JW DOE IN CDC
                            MATTERS.

11/18/20 WGZ   B410   A104   REVIEW MOTIONS TO COMPEL IN       .50       150.00
                            JW DOE MATTER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 102
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/18/20 WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO VICARIOUS LIABILITY FOR INTENTIONAL ACTS. | .50 | 150.00 |
| 11/18/20 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING VICARIOUS LIABILITY ISSUES. | .40 | 120.00 |
| 11/18/20 LFA | B110 | A105 | CORRESPONDENCES WITH MS. CANTOR, DR. WHEATMAN AND TEG GROUP REGARDING PUBLICATION PRINT SCHEDULE AND ISSUES RELATED TO SAME. | .60 | 240.00 |
| 11/18/20 LFA | B110 | A106 | MULTIPLE CORRESPONDENCES WITH CLIENT AND MR. LOGAN REGARDING SEXUAL ABUSE MAILING AND NOTICE (1.5); REVIEWED BAR DATE ORDER TO ASSIST WITH SAME (0.5); CORRESPONDED WITH MS. CANTOR REGARDING ISSUES RELATED TO WEBSITE LANGUAGE (.0.5). | 2.50 | 1,000.00 |
| 11/18/20 MAM | B190 | A101 | PREPARE FOR(1.3) AND ATTEND MEETING ON PUBLIC RELATIONS AND PENDING MOTIONS.(1.9) CORRESPONDENCE WITH TEAM REGARDING THE SAME.(1.) | 4.20 | 1,680.00 |
| 11/18/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND MEETING ON 2004 RESPONSES. | 1.20 | 480.00 |
| 11/18/20 AK | B310 | A103 | WORKED ON DISCOVERY RESPONSES TO THE COMMITTEE'S DOCUMENT REQUESTS. | 1.20 | 300.00 |
| 11/18/20 CVM | B160 | A103 | BEGAN DRAFTING CRI'S FEE APPLICATION | 1.00 | 250.00 |
| 11/18/20 CVM | B110 | A102 | COMPILED RESEARCH ON PENDING PROCEEDING RULE | 3.30 | 825.00 |
| 11/18/20 CVM | B110 | A102 | REVIEWED OTHER ARCHDIOCESE'S 2004 EXAMINATIONS | 2.10 | 525.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 103
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 11/18/20 SAO | B160 | A103 | BEGIN PREPARING BLANK ROME AND CRI'S FIRST INTERIM FEE APPLICATIONS. | 3.60 | 900.00 |
| 11/18/20 SAO | B160 | A103 | CONTINUE PREPARING BLANK ROME AND CRI'S FIRST INTERIM FEE APPLICATIONS. | 3.50 | 875.00 |
| 11/18/20 M F | B310 | A105 | ELECTRONIC MEMO FROM J. TILLERY REGARDING CLAIMANTS PLANS FOR DEPOSITIONS | .10 | 30.00 |
| 11/19/20 EDW | B110 | A104 | REVIEWED HECKER, CALAMARI AND FRASIER DOCUMENTS REGARDING PLAINTIFF'S DISCOVERY POST-BANKRUPTCY. | 1.50 | 450.00 |
| 11/19/20 EDW | B110 | A105 | TELEPHONE CONFERENCE WITH LITIGATION GROUP REGARDING HECKER AND CALAMARI DEPOSITIONS. | .50 | 150.00 |
| 11/19/20 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING JW DOE AND JAMES DOE DISCOVERY. | .50 | 150.00 |
| 11/19/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT FILED BY THE U.S. ATTORNEY. | .10 | 30.00 |
| 11/19/20 EDW | B110 | A104 | REVIEWED RESEARCH AND ISSUES REGARDING POST-BANKRUPTCY DISCOVERY OF PRIESTS AND ADVERSE IMPACT ON DEBTOR. | .80 | 240.00 |
| 11/19/20 EJF | B190 | A106 | REVIEW DRAFTS OF SCHEDULING ORDER AND EMAILS RELATED TO THE SAME; | .30 | 147.00 |
| 11/19/20 EJF | B320 | A104 | REVIEW CONFIRMED DIOCESAN PLANS; | 3.80 | 1,862.00 |
| 11/19/20 JRT | B190 | A104 | WORK WITH FISCHER ON ISSUES RELATED TO PROTECTIVE ORDER ON SCOPE OF STAY RELATED TO PRIESTS. | 1.50 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 104
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/19/20 RPV | B320 | A104 | REVIEWED PLAN ISSUES IN RELATED CASES AND EMAIL TO JW TEAM REGARDING SAME | .50 | 245.00 |
| 11/19/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING PROOF OF CLAIM ISSUES | .50 | 245.00 |
| 11/19/20 RPV | B190 | A104 | RECEIVED AND REVIEWED THIRD MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT FILED BY GLENN K. SCHREIBER OF U.S. ATTORNEY'S OFFICE ON BEHALF OF UNITED STATES OF AMERICA/DEPT.OF JUSTICE. | .20 | 98.00 |
| 11/19/20 RPV | B320 | A104 | RECEIVED AND REVIEWED PLANS FILED IN OTHER DIOCESAN CASE AND EMAIL TO TEAM REGARDING SAME | .50 | 245.00 |
| 11/19/20 RPV | B190 | A108 | EMAILS FROM AND TO MS. SCHMERGEL REGARDING REQUEST FOR EXTENSION TO FILE COMPLAINT. | .10 | 49.00 |
| 11/19/20 WGZ | B410 | A104 | ANALYSIS OF ISSUES TO BE RAISED BEFORE JUDGE NORTH WITH RESPECT TO DISCOVERY IN STATE COURT CASES. | .30 | 90.00 |
| 11/19/20 LFA | B110 | A105 | CORRESPONDENCES WITH MS. FUTRELL AND MR. VANCE REGARDING DISCLOSURE STATEMENT ISSUES (.5); WITH MSES. MORRIS AND DR. WHEATMAN REGARDING NEW ORLEANS ARCHDIOCESE STATUS UPDATE AND PRISON EMAIL LIST (.4); AND WITH MSES. MORRIS AND MCDONALD REGARDING SOCIAL MEDIA AD COPY (.3); DRAFTED AND REVISED FEE STATEMENTS (2.0). | 3.20 | 1,280.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 105
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/19/20 MAM   B190  A101   ATTEND CALL ON MATTERS              5.90      2,360.00
                           RELATED TO NON DEBTOR
                           TESTIMONY (1.0).  RESEARCH
                           REGARDING NON-DEBTOR
                           TESTIMONY(.1.0).  RESEARCH
                           REGARDING 2004 EXAM RESPONSES
                           (1.5).  CONFERENCES REGARDING
                           TMI MOTION AND DISCOVERY
                           ISSUES.  (1.9).  RESEARCH
                           REGARDING THE SAME (.5)


11/19/20 AK    B310  A103   WORKED ON DISCOVERY RESPONSES        1.80        450.00
                           TO THE COMMITTEE'S DOCUMENT
                           REQUESTS.


11/19/20 CVM   B110  A102   WORKED ON FEE APPLICATION            1.90        475.00
                           (1.3) AND DISCUSSED WITH S.
                           OPPENHEIM RE: THE SAME (0.60).


11/19/20 CVM   B110  A102   DISCUSSED RESEARCH RE: 2004           .20         50.00
                           EXAMINATION WITH A. KINGSMILL


11/19/20 CVM   B160  A103   REVIEWED EMAIL FROM S.                .20         50.00
                           OPPENHEIM RE: FEE APPLICATION


11/19/20 CVM   B160  A103   DISCUSSED FEE APPLICATION             .60        150.00
                           WITH A. ASHLEY AND S.
                           OPPENHEIM


11/19/20 CVM   B160  A103   DRAFTED FEE APPLICATION AND          2.00        500.00
                           EXHIBITS TO FEE APPLICATION


11/19/20 SAO   B160  A104   REVIEW JONES WALKER'S                 .70        175.00
                           SEPTEMBER 2020 BILLING
                           PROFORMAS TO IDENTIFY
                           CONFIDENTIAL INFORMATION TO
                           BE REDACTED.


11/19/20 SAO   B160  A103   CONTINUE DRAFTING BLANK              2.20        550.00
                           ROME'S FIRST INTERIM FEE
                           APPLICATION.


11/19/20 SAO   B160  A103   CONTINUE PREPARING BLANK             3.80        950.00
                           ROME'S FIRST INTERIM FEE
                           APPLICATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 106
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19/20 | SAO | B160 | A105 | CALL WITH MS. ASHLEY AND MS. MCCAFFREY TO DISCUSS REMAINING ACTION ITEMS IN CONNECTION WITH BLANK ROME AND CRI FEE APPLICATIONS (0.2); CALL WITH MS. MCCAFFREY REGARDING THE SAME (0.4). | .60 | 150.00 |
| 11/19/20 | M F | B310 | A105 | CONFERRED WITH W. ZERINGUE AND J. TILLERY REGARDING ISSUES AT UPCOMING CONFERENCE REGARDING POSSIBLE DISCOVERY BY CLAIMANTS AGAINST NON-DEBTOR DEFENDANTS | .20 | 60.00 |
| 11/19/20 | M F | B310 | A105 | CONFERRED WITH M. MINTZ REGARDING JUDGE GRABILL'S HEARING AND RULING ON ALLOWING LIMITED DISCOVERY | .60 | 180.00 |
| 11/19/20 | M F | B310 | A102 | BRIEF RESEARCH ON CASES CITED BY JUDGE GRABILL IN RECENT ORDER ALLOWING LIMITED DISCOVERY | .40 | 120.00 |
| 11/19/20 | M F | B310 | A103 | DRAFTED MEMORANDUM REGARDING STRATEGY FOR UPCOMING CONFERENCE REGARDING LIMITED DISCOVERY IN LIGHT OF STATEMENTS MADE AT ORAL ARGUMENT AND JUDGE GRABILL'S ORDER ALLOWING SAME | 3.80 | 1,140.00 |
| 11/19/20 | M F | B310 | A105 | EXCHANGE OF EMAIL REGARDING STRATEGY FOR INSURING THAT STAY IS OBSERVED IN UPCOMING LIMITED DEPOSITIONS | .30 | 90.00 |
| 11/20/20 | EDW | B110 | A105 | TELEPHONE CONFERENCE WITH LITIGATION TEAM REGARDING STATUS CONFERENCE WITH JUDGE NORTH REGARDING DISCOVERY IN JW DOE AND JAMES DOE. | .30 | 90.00 |
| 11/20/20 | EDW | B110 | A109 | ATTENDED TELEPHONE STATUS CONFERENCE WITH JUDGE NORTH REGARDING DISCOVERY. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 107
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/20/20 EDW   B110  A104   RECEIVED AND REVIEWED LETTER         .10        30.00
                           TO UCC REGARDING OUTSTANDING
                           ISSUES.

11/20/20 EDW   B110  A104   REVIEWED ISSUES REGARDING            .90       270.00
                           SCOPE OF DISCOVERY AND
                           APPLICATION OF THE AUTOMATIC
                           STAY.

11/20/20 EDW   B110  A107   TELEPHONE CALL FROM                  .30        90.00
                           CO-COUNSEL REGARDING
                           DISCOVERY DISPUTE.

11/20/20 EDW   B110  A104   RECEIVED AND REVIEWED               .20        60.00
                           MULTIPLE NOTICES FROM THE
                           EASTERN DISTRICT, LOUISIANA
                           REGARDING HANDLING OF REMOVED
                           CASES.

11/20/20 EJF   B110  A104   RESPONSE CORRESPONDENCE;            .70       343.00

11/20/20 EJF   B110  A105   CONFERENCE WITH (.1) AND            .20        98.00
                           MEMOS (.1) REGARDING
                           CORRESPONDENCE;

11/20/20 EJF   B310  A106   MEMOS TO AND FROM CLIENT            .90       441.00
                           REGARDING CLAIMS ISSUES;

11/20/20 EJF   B320  A104   DRAFT DISCLOSURE STATEMENT         3.80     1,862.00
                           INSERTS;

11/20/20 JRT   B190  A101   PREPARE FOR HEARING WITH           1.70       510.00
                           MAGISTRATE NORTH.

11/20/20 JRT   B190  A109   ATTEND HEARING WITH                 .80       240.00
                           MAGISTRATE NORTH.

11/20/20 JRT   B190  A104   WORK WITH TEAM ON ISSUES           1.00       300.00
                           RAISED BY MAGISTRATE NORTH ON
                           PRIEST DEPOSITIONS.

11/20/20 RPV   B210  A105   EMAILS FROM MS. FUTRELL             .20        98.00
                           REGARDING PENSION PLAN ISSUES.

11/20/20 RPV   B160  A104   RECEIVED AND REVIEWED              .30       147.00
                           SEPTEMBER STATEMENT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 108
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/20/20 RPV   B310  A105   EMAILS TO AND FROM MR. MINTZ,     1.50        735.00
                            MS. FUTRELL AND CLIENT
                            REGARDING PROOF OF CLAIM
                            ISSUES

11/20/20 RPV   B190  A104   REVISED PROPOSED                   .50        245.00
                            CORRESPONDENCE TO THE
                            COMMITTEE LAWYERS AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME .

11/20/20 RPV   B110  A105   EMAIL FROM AND OFFICE              .50        245.00
                            CONFERENCE WITH MR. MINTZ
                            REGARDING OUTSTANDING ANO
                            ISSUES.

11/20/20 WGZ   B410  A105   TELEPHONE CONFERENCE WITH JW       .30         90.00
                            TEAM REGARDING ISSUES AT
                            HEARING BEFORE JUDGE NORTH.

11/20/20 WGZ   B410  A105   CONFERENCE WITH JW TEAM           .60        180.00
                            REGARDING STRATEGY FOR
                            BRIEFING REQUESTED BY JUDGE
                            NORTH.

11/20/20 LFA   B110  A105   CORRESPONDENCES WITH MESSRS.     3.30      1,320.00
                            VANCE AND MINTZ REGARDING
                            PROOF OF CLAIM AMOUNTS FOR
                            NON-DEBTOR CATHOLIC ENTITIES
                            (.4); CALL WITH MR. MINTZ TO
                            DISCUSS AMENDED SCHEDULE
                            ISSUES (.4); REVIEWED AND
                            REVISED FEE STATEMENTS (2.0);
                            REVIEWED AND REVISED MEDIA AD
                            COPY (.5)

11/20/20 MAM   B190  A101   CONFERENCE REGARDING UPCOMING    7.30      2,920.00
                            DISCOVERY CONFERENCE.  (0.3);
                             ATTEND DISCOVERY CONFERENCE
                            (0.50);   RESEARCH REGARDING
                            TMI MOTION (3.5).
                            CORRESPONDENCE REGARDING FEE
                            APPLICATIONS (3.0)

11/20/20 AK    B310  A103   WORKED ON DISCOVERY RESPONSES    1.60        400.00
                            TO THE COMMITTEE'S DOCUMENT
                            REQUESTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 109
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/20/20 AK | B310 | A102 | ANALYZED CASES REGARDING OBJECTIONS TO DISCOVERY IN BANKRUPTCY PROCEEDING IN ORDER TO PREPARE OBJECTIONS TO THE COMMITTEE'S DOCUMENT REQUESTS. | .80 | 200.00 |
| 11/20/20 CVM | B160 | A103 | DRAFTED AND EDITED CRI'S FIRST INTERIM FEE APPLICATION | 3.70 | 925.00 |
| 11/20/20 CVM | B160 | A103 | DRAFTED CRI'S FIRST INTERIM FEE APPLICATION AND THE RELATED EXHIBITS | 4.10 | 1,025.00 |
| 11/20/20 SAO | B160 | A103 | CONTINUE WORKING ON BLANK ROME AND CRI'S FIRST INTERIM FEE APPLICATIONS. | 2.10 | 525.00 |
| 11/20/20 SAO | B160 | A103 | FINISH PREPARING BLANK ROME'S FIRST INTERIM FEE APPLICATION (3.9); REVIEW AND REVISE ALL SECTIONS OF THE SAME (1.2). | 5.10 | 1,275.00 |
| 11/20/20 SAO | B160 | A103 | REVIEW AND REVISE BLANK ROME'S THIRD MONTHLY FEE STATEMENT. | 1.10 | 275.00 |
| 11/20/20 M F | B190 | A105 | CONFERRED WITH D. WEGMANN AND J. TILLERY REGARDING BANKRUPTCY STAY AND DEPOSITIONS OF NON-DEBTOR DEFENDANTS | .50 | 150.00 |
| 11/21/20 EDW | B110 | A105 | DISCUSSIONS WITH LITIGATION TEAM REGARDING DISCOVERY DISPUTE. | .50 | 150.00 |
| 11/21/20 RPV | B110 | A104 | EMAIL FROM MS. CANTOR REGARDING FINANCIAL ISSUES. | .20 | 98.00 |
| 11/21/20 M F | B190 | A104 | REVIEWING JUDGE GRABILL'S ORDER AND REASONS ON ALLOWING TWO PRIESTS DEPOSITIONS AND ORAL ARGUMENT TRANSCRIPT ON MOTION TO TAKE THOSE DEPOSITIONS | 1.20 | 360.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 110
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 11/21/20 M F | B190 | A103 | WORKING ON LETTER MEMORANDUM CONCERNING EFFECT OF STAY ON PLAINTIFFS' PLANNED DEPOSITION OF PRIESTS | 3.60 | 1,080.00 |
| 11/22/20 RPV | B110 | A104 | EMAILS FROM MR. MINTZ AND CLIENT REGARDING WEEKLY SCHEDULE AND UPCOMING DEADLINES. | .20 | 98.00 |
| 11/22/20 LFA | B110 | A105 | CORRESPONDENCE WITH MR. MINTZ REGARDING PENDING MATTERS ON BAR DATE AND FEE APPLICATIONS. | .40 | 160.00 |
| 11/22/20 CVM | B160 | A103 | FINALIZED CRI'S FIRST INTERIM FEE APPLICATION | 2.00 | 500.00 |
| 11/22/20 CVM | B110 | A102 | RESEARCHED RULE 2004 EXAMINATIONS AND THE PENDING PROCEEDING RULE | 1.80 | 450.00 |
| 11/22/20 CVM | B110 | A102 | DRAFTED DISCOVERY RESPONSES TO 2004 EXAMINATION | .20 | 50.00 |
| 11/22/20 M F | B190 | A104 | REVIEWED AND ANALYZED PETITIONS AGAINST PRIESTS WHO WILL BE DEPOSED TO DETERMINE BOUNDARIES OF QUESTIONING TO AVOID VIOLATING AUTOMATIC STAY | 1.60 | 480.00 |
| 11/22/20 M F | B190 | A103 | CONTINUED DRAFTING LETTER BRIEF TO COURT REGARDING LIMITATIONS ON PRIESTS DEPOSITIONS TO PROTECT AUTOMATIC STAY | 3.70 | 1,110.00 |
| 11/23/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING RESPONSE TO UCC'S DEMAND LETTER. | 1.30 | 390.00 |
| 11/23/20 EDW | B110 | A104 | CONTINUED WORK ON ISSUES REGARDING SCOPE OF DISCOVERY IN PENDING CASES WHEN THERE WAS A PARTIAL LIFT OF AUTOMATIC STAY REGARDING ACCUSED PRIESTS. | .90 | 270.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 111
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/23/20 EDW   B110   A106   RECEIVED AND REVIEWED              .10        30.00
                             ELECTRONIC MEMO FROM CLIENT
                             REGARDING DISCOVERY ISSUES.

11/23/20 EDW   B110   A109   ATTENDED MEETING WITH             .70       210.00
                             LITIGATION AND BANKRUPTCY
                             GROUPS REGARDING STRATEGY AND
                             HANDLING PENDING MATTERS.

11/23/20 EDW   B110   A104   REVIEWED ISSUES REGARDING         .50       150.00
                             SCOPE OF AUTOMATIC STAY.

11/23/20 EDW   B110   A104   REVIEWED RELATED CASE             .20        60.00
                             REGARDING ABUSE AND STATUTE
                             OF LIMITATIONS.

11/23/20 EDW   B110   A104   RECEIVED AND REVIEWED MINUTE      .10        30.00
                             ENTRY FROM JUDGE NORTH
                             REGARDING DISCOVERY DISPUTE.

11/23/20 EDW   B110   A104   REVIEWED ISSUES REGARDING         .50       150.00
                             TMI'S MOTION TO RECONSTITUTE
                             COMMITTEE.

11/23/20 EDW   B110   A104   REVIEWED PROPOSED DISCOVERY       .10        30.00
                             SCHEDULE REGARDING TMI MOTION.

11/23/20 EJF   B320   A104   REVIEW DOCUMENTS RE             1.50       735.00
                             DISCLOSURE STATEMENT;

11/23/20 EJF   B320   A103   WORK ON DISCLOSURE STATEMENT    3.60     1,764.00
                             AND RELATED DOCUMENTS;

11/23/20 EJF   B110   A106   MEMOS RE MORS AND NARRATIVE;     .50       245.00

11/23/20 EJF   B110   A106   MEMOS (.1) AND CONFERENCE        .60       294.00
                             CALL (.5) RE SCHEDULES;

11/23/20 EJF   B210   A106   MEMOS RE FINANCIAL               .50       245.00
                             INFORMATION;

11/23/20 JJL   B110   A105   PREPARED FOR (0.10) AND          .80       240.00
                             ATTENDED STRATEGY MEETING
                             (0.70).

11/23/20 JRT   B190   A109   ATTEND STRATEGIC MEETING.        .70       210.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 112
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

11/23/20 JRT   B190  A104   ASSIST WITH LEGAL ISSUES          1.40        420.00
                           RELATED TO PRIEST DEPOSITION
                           AND JUDGE NORTH'S REQUEST.

11/23/20 JRT   B190  A105   COMMUNICATION WITH TEAM             .30         90.00
                           REGARDING JUDGE NORTH'S
                           EXPECTATIONS.

11/23/20 JRT   B190  A104   STUDY PROPOSED LETTER BRIEF         .70        210.00
                           AND DRAFT SUGGESTIONS.

11/23/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .10         49.00
                           EMAIL REGARDING DISCOVERY.

11/23/20 RPV   B190  A105   EMAILS FROM AND TO MR. MINTZ        .30        147.00
                           REGARDING REVIEW OF DRAFT
                           EMAIL REGARDING DISCOVERY.

11/23/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                           GRANTING MOTION TO EXTEND
                           TIME FOR THE UNITED STATES TO
                           FILE A COMPLAINT TO DETERMINE
                           THE DISCHARGEABILITY OF DEBT.

11/23/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                           GRANTING MOTION TO EXTEND
                           TIME FOR ROBERT ROMERO TO
                           FILE A COMPLAINT TO DETERMINE
                           DISCHARGEABILITY OF DEBT.

11/23/20 RPV   B310  A104   RECEIVED AND REVIEWED ROBERT        .10         49.00
                           ROMERO PROOF OF CLAIM.

11/23/20 RPV   B190  A105   RECEIVED AND REVIEWED MINUTE        .50        245.00
                           ENTRY FOR PROCEEDINGS HELD
                           BEFORE MAGISTRATE JUDGE
                           MICHAEL NORTH AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

11/23/20 RPV   B310  A106   EMAILS FROM CLIENTS AND MR.         .20         98.00
                           MINTZ REGARDING CATHOLIC
                           ENTITY INSURANCE.

11/23/20 RPV   B190  A105   EMAIL FROM AND OFFICE               .50        245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING PROPOSED DEPOSITION
                           SCHEDULE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 113
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/23/20 | RPV | B310 | A104 | EMAIL FROM COUNSEL REGARDING PROOF OF CLAIM ISSUES. | .20 | 98.00 |
| 11/23/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED SALESIANS OF DON BOSCO, EASTERN PROVINCE IN THE US PROOF OF CLAIM. | .10 | 49.00 |
| 11/23/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED DOMINICANS, PROVINCE OF ST. ALBERT THE GREAT USA PROOF OF CLAIM. | .10 | 49.00 |
| 11/23/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED SOUTHERN DOMINICAN PROVINCE USA PROOF OF CLAIM. | .10 | 49.00 |
| 11/23/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED WASTE MANAGEMENT OF LOUISIANA, L.L.C. PROOF OF CLAIM. | .10 | 49.00 |
| 11/23/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED SPREADSHEET REGARDING THE CALCULATION ON THE INCREASE TO THE PENSION LIABILITY CLAIM. | .20 | 98.00 |
| 11/23/20 | RPV | B210 | A106 | EMAILS TO AND FROM MS. FUTRELL AND CLIENT REGARDING FINANCIAL INFORMATION REGARDING SETTLEMENT WITH BOND TRUSTEE FOR THE 2017 BONDS. | .20 | 98.00 |
| 11/23/20 | RPV | B190 | A105 | EMAILS FROM MR. MINTZ AND MS. FUTRELL REGARDING LAWSUIT FILED IN OTHER JURISDICTION AND PROOF OF CLAIM ISSUES. | .50 | 245.00 |
| 11/23/20 | RPV | B190 | A105 | TELEPHONE CONVERSATION WITH CLIENT AND COUNSEL REGARDING PROOF OF CLAIM ISSUES | .60 | 294.00 |
| 11/23/20 | WGZ | B410 | A106 | CONFER WITH CLIENT REGARDING DISCOVERY ISSUE. | .40 | 120.00 |
| 11/23/20 | WGZ | B410 | A101 | PREPARE FOR (0.30) AND ATTEND STRATEGY SESSION (0.70). | 1.00 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 114
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/23/20 WGZ | B410 | A104 | ANALYSIS AND EDITS TO MEMORANDUM REGARDING SCOPE OF DISCOVERY OF PRIESTS. | .90 | 270.00 |
| 11/23/20 JPG | B250 | A105 | CORRESPONDENCE WITH MS. MCCAFFREY REGARDING MOTION TO GRANT SERVITUDE. | .20 | 80.00 |
| 11/23/20 LFA | B160 | A104 | CONTINUED REVISING AND FINALIZING THIRD FEE STATEMENTS (3.8); MULTIPLE CORRESPONDENCES WITH MS. OPPENHEIM AND MS. MCCAFFEY REGARDING REVISIONS TO FEE APPLICATIONS (.8). | 4.60 | 1,840.00 |
| 11/23/20 MAM | B110 | A101 | PREPARE FOR (0.80) AND ATTEND STRATEGY MEETING (0.70). | 1.50 | 600.00 |
| 11/23/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND DISCOVERY MEETING. | .80 | 320.00 |
| 11/23/20 MAM | B190 | A101 | RESEARCH (1.1) AND CORRESPONDENCE REGARDING DISCOVERY MATTERS (0.8) | 1.90 | 760.00 |
| 11/23/20 MAM | B190 | A101 | WORK ON RESPONSE TO TMI MOTION | 3.50 | 1,400.00 |
| 11/23/20 CVM | B110 | A102 | COMPILED RESEARCH ON SCOPE OF 2004 EXAMINATION AND STANDING | 2.00 | 500.00 |
| 11/23/20 CVM | B160 | A103 | REVIEWED AND COMPILED CRI'S THIRD MONTHLY FEE STATEMENT | .20 | 50.00 |
| 11/23/20 CVM | B110 | A105 | CONFERRED WITH L. ASHLEY RE: MOTION TO SELL SERVITUDE TO JEFFERSON PARISH | .20 | 50.00 |
| 11/23/20 CVM | B110 | A103 | DRAFTED MOTION TO DEDICATE SERVITUDE | 3.80 | 950.00 |
| 11/23/20 CVM | B160 | A105 | DISCUSSED JW FIRST INTERIM FEE APPLICATION WITH L. ASHLEY AND S. OPPENHEIM | .20 | 50.00 |
| 11/23/20 CVM | B160 | A104 | REVIEWED JW THIRD MONTHLY FEE STATEMENT | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 115
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 11/23/20 CVM | B160 | A103 | DRAFTED EXHIBITS TO JW FIRST INTERIM FEE APPLICATION | 2.50 | 625.00 |
| 11/23/20 CVM | B160 | A103 | EDITED CRI'S FIRST INTERIM FEE APPLICATION | .90 | 225.00 |
| 11/23/20 CVM | B110 | A102 | RESEARCHED CASE LAW SURROUNDING THE CIRCUIT SPLIT INVOLVING THE LOOK-BACK PERIOD FOR FRAUDULENT TRANSFERS | 1.00 | 250.00 |
| 11/23/20 SAO | B160 | A105 | CALL WITH MS. ASHLEY AND MS. MCCAFFREY REGARDING DELEGATION OF TASKS IN CONNECTION WITH JONES WALKER'S FIRST INTERIM FEE APPLICATION (0.2); MULTIPLE CALLS WITH MS. MCCAFFREY REGARDING THE SAME (0.4). | .60 | 150.00 |
| 11/23/20 SAO | B160 | A103 | FINALIZE BLANK ROME'S THIRD MONTHLY FEE STATEMENT. | .30 | 75.00 |
| 11/23/20 SAO | B160 | A108 | DRAFT EXTENDED EMAIL TO BLANK ROME REPRESENTATIVES OUTLINING REMAINING INFORMATION NEEDED TO COMPLETE BLANK ROME'S FIRST INTERIM FEE APPLICATION. | 1.40 | 350.00 |
| 11/23/20 SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ TO DISCUSS RESEARCH ASSIGNMENT REGARDING THE COMMITTEE'S POSITION ON DISCOVERY VIS A VIS THE DEBTOR ON THE MOTION TO RECONSTITUTE. | .50 | 125.00 |
| 11/23/20 SAO | B190 | A104 | REVIEW MEMOS TO RECORD OF DISCOVERY CONFERENCE HELD IN THE J.W. DOE AND JAMES DOE MATTERS. | .10 | 25.00 |
| 11/23/20 SAO | B160 | A103 | PREPARE TIMEKEEPER, PROJECT CATEGORY, AND EXPENSE SUMMARY CHARTS FOR LITIGATION MATTERS 1-10 TO BE SUBMITTED WITH JONES WALKER'S FIRST INTERIM FEE APPLICATION. | 3.30 | 825.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 116
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 11/23/20 | SAO | B110 | A104 | REVIEW ORDERS EXTENDING THE DEADLINE FOR ROBERT ROMERO [ECF NO. 558 AND THE UNITED STATES [ECF NO. 559 TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |
| 11/23/20 | M F | B190 | A102 | ADDITIONAL RESEARCH ON CASES CITED BY JUDGE GRABILL AND APPLICATION OF PRINCIPLES BEHIND AUTOMATIC STAY TO PROPOSED DEPOSITIONS OF PRIESTS | 1.20 | 360.00 |
| 11/23/20 | M F | B190 | A103 | COMPLETED FIRST DRAFT OF LETTER BRIEF TO MAGISTRATE NORTH | 3.70 | 1,110.00 |
| 11/24/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING UCC AND DEBTOR DISCOVERY. | .10 | 30.00 |
| 11/24/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING ISSUES. | .10 | 30.00 |
| 11/24/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING APPLICATION OF PRIVILEGE. | .30 | 90.00 |
| 11/24/20 | EDW | B110 | A103 | REVIEWED, REVISED AND DRAFTED PORTIONS OF THE LETTER BRIEF TO MAGISTRATE JUDGE NORTH. | 1.50 | 450.00 |
| 11/24/20 | EDW | B110 | A105 | COMMUNICATIONS WITH LITIGATION GROUP REGARDING DISCOVERY AND STAY ISSUES. | .50 | 150.00 |
| 11/24/20 | EDW | B110 | A104 | REVIEWED TMI'S REVISED DEPOSITION SCHEDULE AND ISSUES REGARDING SCOPE. | .50 | 150.00 |
| 11/24/20 | EDW | B110 | A103 | DRAFTED LETTER TO MR. BOLDISSAR REGARDING REQUEST FOR INFORMATION. | .80 | 240.00 |
| 11/24/20 | EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING DISCOVERY. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 117
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/24/20 EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING RESPONSE TO UCC. | .40 | 120.00 |
| 11/24/20 EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING DISCOVERY SCOPE. | .30 | 90.00 |
| 11/24/20 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH UCC REGARDING TMI AND DISCOVERY. | .30 | 90.00 |
| 11/24/20 EJF | B320 | A103 | DRAFT MEMO RE NON-MONETARY COMMITMENTS; | 3.00 | 1,470.00 |
| 11/24/20 EJF | B320 | A104 | REVIEW PLANS RE NON-MONETARY COMMITMENTS; | 3.80 | 1,862.00 |
| 11/24/20 JRT | B190 | A104 | COMMUNICATION AND RESEARCH ISSUE OF LETTER BRIEF QUESTIONS TO JUDGE NORTH. | .70 | 210.00 |
| 11/24/20 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING PROOF OF CLAIM ISSUES | .20 | 98.00 |
| 11/24/20 RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING PROOF OF CLAIM ISSUES | .20 | 98.00 |
| 11/24/20 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING NEW LAWSUIT AND STAY ISSUES | .30 | 147.00 |
| 11/24/20 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DISCOVERY DISPUTE | .20 | 98.00 |
| 11/24/20 RPV | B190 | A105 | EMAIL FROM/TO MR. MINTZ REGARDING DISCOVERY DISPUTE | .20 | 98.00 |
| 11/24/20 RPV | B190 | A104 | RECEIVED AND REVIEWED PROPOSED MOTION. | .30 | 147.00 |
| 11/24/20 RPV | B170 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING MOTION AND MONTHLY FEE STATEMENTS FOR PACHULSKI AND KINSELLA. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 118
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/24/20 RPV   B170  A104   RECEIVED AND REVIEWED MONTHLY       .50       245.00
                            FEE STATEMENTS FOR PACHULSKI
                            AND KINSELLA.

11/24/20 RPV   B310  A104   RECEIVED AND REVIEWED HANCOCK       .10        49.00
                            WHITNEY BANK PROOF OF CLAIM.

11/24/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .30       147.00
                            LETTER TO JUDGE NORTH AND
                            EMAILS FROM TEAM REGARDING
                            SAME.

11/24/20 RPV   B190  A104   RECEIVED AND REVIEWED              .30       147.00
                            REVISIONS TO LETTER TO LOCKE
                            LORD AND EMAILS FROM TEAM
                            REGARDING SAME.

11/24/20 RPV   B190  A104   RECEIVED AND REVIEWED              .20        98.00
                            CORRESPONDENCE FROM LOCKE
                            LOCK.

11/24/20 RPV   B310  A104   RECEIVED AND REVIEWED GULF         .10        49.00
                            COAST BANK & TRUST CO PROOF
                            OF CLAIM.

11/24/20 RPV   B110  A104   RECEIVED AND REVIEWED OCTOBER      .10        49.00
                            CHAPTER 11 FINANCIAL REPORT.

11/24/20 WGZ   B410  A105   SEVERAL EMAILS WITH JW TEAM        .70       210.00
                            REGARDING LETTER BRIEF TO
                            JUDGE NORTH AND STRATEGY
                            REGARDING SAME.

11/24/20 WGZ   B410  A105   EMAILS WITH CLIENT AND JW          .30        90.00
                            TEAM REGARDING DISCOVERY
                            ISSUES REGARDING UCC
                            COMMITTEE.

11/24/20 LFA   B160  A104   CONTINUED REVISING AND            5.60     2,240.00
                            FINALIZING FEE APPLICATIONS
                            (5.0); MULTIPLE
                            CORRESPONDENCES WITH MS.
                            OPPENHEIM AND MS. MCCAFFEY
                            REGARDING REVISIONS TO FEE
                            APPLICATIONS (.6).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 119
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 11/24/20 MAM | B190 | A101 | RESEARCH REGARDING DISCOVERY ISSUES.(1.1) CORRESPONDENCE REGARDING THE SAME. (0.7) WORK ON LETTER BRIEF. (1.1) REVIEW SERVITUDE BRIEF. (0.6). | 3.50 | 1,400.00 |
| 11/24/20 CVM | B160 | A103 | EDITED CRI'S FIRST INTERIM FEE APPLICATION | 1.70 | 425.00 |
| 11/24/20 CVM | B160 | A103 | DRAFTED EXHIBIT A TO JW FIRST INTERIM FEE APPLICATION | .30 | 75.00 |
| 11/24/20 CVM | B160 | A103 | CONFERRED WITH L. ASHLEY AND S. OPPENHEIM RE: JW FIRST INTERIM FEE APPLICATION | .30 | 75.00 |
| 11/24/20 CVM | B160 | A103 | DRAFTED JW FIRST INTERIM FEE APPLICATION | 6.00 | 1,500.00 |
| 11/24/20 CVM | B110 | A104 | REVIEWED OCTOBER MONTHLY OPERATING REPORT | .60 | 150.00 |
| 11/24/20 CVM | B160 | A103 | EDITED CRI'S FIRST INTERIM FEE APPLICATION | .30 | 75.00 |
| 11/24/20 CVM | B160 | A103 | DRAFTED CUSTOMARY AND COMPARABLE COMPENSATION CHART AND REVIEWED LITIGATION MATTERS DATA FOR ACCURACY | 3.30 | 825.00 |
| 11/24/20 SAO | B160 | A105 | CALL WITH MS. MCCAFFREY AND MS. ASHLEY TO DISCUSS REMAINING ACTION ITEMS IN CONNECTION WITH FIRST INTERIM FEE APPLICATIONS OF BLANK ROME, CRI, AND JONES WALKER (0.3); CALLS WITH MS. MCCAFFREY REGARDING THE SAME (0.5). | .80 | 200.00 |
| 11/24/20 SAO | B160 | A108 | FOLLOW-UP EMAIL CORRESPONDENCES WITH BLANK ROME REGARDING INFORMATION NEEDED TO COMPLETE FIRST INTERIM FEE APPLICATION. | .50 | 125.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 120
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/24/20 SAO   B160  A103   PREPARE CUSTOMARY AND              .40        100.00
                           COMPARABLE COMPENSATION
                           DISCLOSURES CHART FOR JONES
                           WALKER'S FIRST INTERIM FEE
                           APPLICATION.

11/24/20 SAO   B190  A108   EMAIL CORRESPONDENCE TO THE        .40        100.00
                           CLIENT REGARDING STATUS OF
                           POST-PETITION LAWSUITS.

11/24/20 SAO   B160  A103   SUPPLEMENT EXHIBITS TO BLANK      1.40        350.00
                           ROME'S FIRST INTERIM FEE
                           APPLICATION WITH INFORMATION
                           RECEIVED FROM BLANK ROME.

11/24/20 SAO   B160  A103   PREPARE TIMEKEEPER, PROJECT       3.40        850.00
                           CATEGORY, AND EXPENSE SUMMARY
                           CHARTS FOR LITIGATION MATTERS
                           11-31 TO BE SUBMITTED WITH
                           JONES WALKER'S FIRST FEE
                           APPLICATION.

11/24/20 SAO   B160  A103   REVIEW AND REVISE NARRATIVE       2.10        525.00
                           SECTIONS OF JONES WALKER'S
                           FIRST INTERIM FEE APPLICATION.

11/24/20 SAO   B160  A103   CALCULATE TOTAL HOURS, FEES,      3.40        850.00
                           AND EXPENSES INCURRED BY
                           JONES WALKER DURING THE FIRST
                           INTERIM FEE PERIOD.

11/24/20 SAO   B160  A103   PREPARE BUDGET AND STAFFING       1.40        350.00
                           PLAN EXHIBIT TO JONES
                           WALKER'S FIRST INTERIM FEE
                           APPLICATION.

11/24/20 M F   B190  A103   REVISED AND SUPPLEMENTED          1.60        480.00
                           LETTER BRIEF TO MAG. NORTH
                           REGARDING PRIEST DEPOSITIONS

11/24/20 M F   B190  A105   DISCUSSION WITH TEAM MEMBERS       .40        120.00
                           REGARDING REVISIONS TO LETTER
                           BRIEF TO MAG. NORTH REGARDING
                           PRIEST DEPOSITIONS

11/24/20 M F   B310  A104   WORKING ON CLAIMS EVALUATIONS     3.50      1,050.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 121
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/25/20 EDW   B110  A106   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           MINTZ WITH REPORT REGARDING
                           UCC FILING.

11/25/20 EDW   B110  A104   REVIEWED UCC'S PROPOSED              .30        90.00
                           MOTION REGARDING COMMITTEE
                           COMMUNICATIONS.

11/25/20 EDW   B110  A103   REVIEWED AND TRAVEL LETTER TO        .90       270.00
                           UCC REGARDING DISCOVERY.

11/25/20 EDW   B110  A106   COMMUNICATIONS WITH CLIENT          .30        90.00
                           REGARDING DISCOVERY.

11/25/20 EDW   B110  A104   REVIEWED UPDATES REGARDING          .10        30.00
                           PROOF OF CLAIM FILED IN
                           LITIGATION MATTER.

11/25/20 EDW   B110  A107   ELECTRONIC MEMO TO MR.              .10        30.00
                           BOLDISSAR WITH LETTER IN
                           RESPONSE TO REQUEST.

11/25/20 EDW   B110  A107   RECEIVED AND REVIEWED              .30        90.00
                           ELECTRONIC MEMO FROM MR.
                           REDMANN WITH LETTER BRIEF
                           SUBMITTED BY FATHER HECKER.

11/25/20 EDW   B110  A106   COMMUNICATIONS WITH CLIENT         .10        30.00
                           REGARDING LETTER BRIEF FILED
                           BY FATHER HECKER.

11/25/20 EDW   B110  A107   RECEIVED AND REVIEWED              .30        90.00
                           ELECTRONIC MEMO FROM MR.
                           TRAHANT WITH LETTER BRIEF
                           FILED BY PLAINTIFFS.

11/25/20 EDW   B110  A106   ELECTRONIC MEMO TO CLIENTS         .10        30.00
                           REGARDING PLAINTIFFS' LETTER
                           BRIEF.

11/25/20 EDW   B110  A108   ELECTRONIC MEMO TO JUDGE           .20        60.00
                           NORTH WITH LETTER BRIEF FILED
                           BY THE DEBTOR.

11/25/20 EDW   B110  A104   REVIEWED COMMUNICATIONS WITH       .20        60.00
                           THE UCC REGARDING TMI
                           DISCOVERY.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 122
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/25/20 | EDW | B110 | A106 | ELECTRONIC MEMO TO CLIENT REGARDING LETTER BRIEF FILED BY THE DEBTOR. | .10 | 30.00 |
| 11/25/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. HOWELL WITH LETTER BRIEF FILED ON BEHALF OF FATHER CALAMARI. | .30 | 90.00 |
| 11/25/20 | JJL | B110 | A104 | READ PLAINTIFF'S COUNSEL CORRESPONDENCE TO JUDGE NORTH | .20 | 60.00 |
| 11/25/20 | JJL | B110 | A104 | READ CORRESPONDENCE FROM HECKER'S ATTORNEY TO JUDGE NORTH | .20 | 60.00 |
| 11/25/20 | JJL | B110 | A104 | ANALYZE ISSUE OF THIRD PARTY FAULT | .60 | 180.00 |
| 11/25/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED UCC'S MOTION FOR AN ORDER CONCERNING COMMUNICATIONS WITH CREDITORS. | .20 | 98.00 |
| 11/25/20 | RPV | B310 | A104 | RECEIVED AND REVIEWED CHILDREN'S HOSPITAL ANESTHESIA CORP. PROOF OF CLAIM. | .10 | 49.00 |
| 11/25/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED LETTER BRIEF FROM COUNSEL FOR FR. HECKER. | .30 | 147.00 |
| 11/25/20 | RPV | B190 | A105 | EMAILS FROM MR. MINTZ AND MR. WEGMANN REGARDING REVIEW OF LETTER BRIEF FROM FR. HECKER. | .20 | 98.00 |
| 11/25/20 | RPV | B170 | A104 | RECEIVED AND REVIEWED FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 22, 2020 THROUGH SEPTEMBER 30, 2020. | .50 | 245.00 |

Case 20-10846 Doc 868-6 Filed 02/23/21 Entered 02/23/21 12:53:25 Exhibit 6 continued Walkers Fourth Monthly Fee Statement Page 142 of 193

Case 20-10846 Doc 886-6 Filed 02/27/21 Entered 02/27/21 12:53:25 Exhibit B Interim Fee Application Fee Statement Page 173 of 493

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 123
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/25/20 RPV   B160  A104   RECEIVED AND REVIEWED FIRST        .10        49.00
                           INTERIM FEE APPLICATION OF
                           CARR, RIGGS & INGRAM, LLC,
                           FOR ALLOWANCE OF COMPENSATION
                           AND REIMBURSEMENT OF EXPENSES
                           INCURRED AS FINANCIAL ADVISOR
                           TO THE DEBTOR FOR THE PERIOD
                           MAY 1, 2020 THROUGH NOVEMBER
                           19, 2020.

11/25/20 RPV   B160  A104   RECEIVED AND REVIEWED FIRST        .10        49.00
                           INTERIM APPLICATION OF BLANK
                           ROME LLP FOR ALLOWANCE OF
                           COMPENSATION AND
                           REIMBURSEMENT OF EXPENSES, AS
                           SPECIAL INSURANCE COUNSEL TO
                           THE DEBTOR, FOR THE PERIOD
                           FROM JUNE 1, 2020 THROUGH
                           SEPTEMBER 30, 2020.

11/25/20 RPV   B190  A104   RECEIVED AND REVIEWED FILINGS      .30       147.00
                           CONCERNING DOE DISCOVERY
                           ISSUE.

11/25/20 RPV   B170  A104   RECEIVED AND REVIEWED FIRST        .20        98.00
                           INTERIM APPLICATION FOR
                           ALLOWANCE AND PAYMENT OF
                           COMPENSATION AND
                           REIMBURSEMENT OF EXPENSES OF
                           KINSELLA MEDIA, LLC, AS
                           EXPERT NOTICING CONSULTANT TO
                           THE OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS FOR THE
                           PERIOD AUGUST 31, 2020
                           THROUGH OCTOBER 31, 2020.

11/25/20 RPV   B170  A104   RECEIVED AND REVIEWED FIRST        .50       245.00
                           APPLICATION OF LOCKE LORD LLP
                           AS CO-COUNSEL TO THE OFFICIAL
                           COMMITTEE OF UNSECURED
                           CREDITORS FOR ALLOWANCE OF
                           COMPENSATION AND
                           REIMBURSEMENT OF EXPENSES FOR
                           THE PERIOD FROM MAY 22, 2020
                           THROUGH SEPTEMBER 30, 2020.

11/25/20 RPV   B310  A104   RECEIVED AND REVIEWED PROOF        .10        49.00
                           OF CLAIM FILED BY THE USA.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 124
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/25/20 RPV    B310   A105   EMAIL FROM MR. MINTZ                .10        49.00
                              REGARDING PROOF OF CLAIM
                              FILED BY THE USA.

11/25/20 RPV    B210   A106   EMAILS FROM CLIENT AND MR..         .20        98.00
                              MINTZ REGARDING REVIEW OF FEE
                              PAYMENTS FOR SALE OF PROPERTY.

11/25/20 RPV    B210   A104   RECEIVED AND REVIEWED MOTION        .10        49.00
                              FOR AUTHORITY TO DEDICATE
                              SERVITUDE, FREE AND CLEAR OF
                              ALL LIENS, INTERESTS, AND
                              ENCUMBRANCES PURSUANT TO
                              SECTIONS 363(B) AND 363(F) OF
                              THE BANKRUPTCY CODE.

11/25/20 WGZ    B410   A106   TELEPHONE CONFERENCE WITH           .30        90.00
                              CLIENT REGARDING RESPONSE TO
                              UCC COMMITTEE REGARDING
                              EMAILS WITH JW TEAM BRIEF TO
                              JUDGE NORTH ON DISCOVERY
                              ISSUES.

11/25/20 WGZ    B410   A105   EMAILS WITH JW TEAM REGARDING       .40       120.00
                              CORRESPONDENCE TO UCC
                              REGARDING UCC'S REQUEST FOR
                              INFORMATION REGARDING CLAIMS
                              ALLEGED AGAINST PRIEST AND
                              DEACON.

11/25/20 WGZ    B410   A104   ANALYSIS OF LETTER BRIEF           .10        30.00
                              SUBMITTED ON BEHALF OF FATHER
                              HECKER.

11/25/20 WGZ    B410   A104   ANALYSIS OF LETTER BRIEF           .30        90.00
                              SUBMITTED BY JW DOE AND JAMES
                              DOE TO JUDGE NORTH.

11/25/20 WGZ    B410   A104   ANALYSIS OF LETTER BRIEF ON        .30        90.00
                              BEHALF OF CALAMARI.

11/25/20 LFA    B160   A104   REVISED AND FINALIZED FEE         8.00     3,200.00
                              APPLICATIONS FOR FILING SAME
                              (4.5); MULITPLE CALLS AND
                              CORRESPONDENCES WITH MS.
                              OPPENHEIM AND MS. MCCAFFEY
                              REGARDING FEE APPLICATIONS
                              AND REVISIONS TO SAME (3.5).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 125
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/25/20 MAM | B190 | A101 | CONFERENCE WITH COMMITTEE REGARDING SALE MOTION. (2.5)CORRESPONDENCE WITH CLIENT REGARDING THE SAME. (0.8) RECEIPT AND REVIEW OF FILINGS. (1.6) CORRESPONDENCE WITH CLIENT REGARDING THE SAME (0.7). | 5.60 | 2,240.00 |
| 11/25/20 AK | B310 | A103 | WORKED ON WRITTEN RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 11/25/20 CVM | B110 | A104 | EDITED AND FINALIZED MOTION TO DEDICATE SERVITUDE | 1.10 | 275.00 |
| 11/25/20 CVM | B160 | A104 | FINALIZED JONES WALKER FEE APP AND THE EXHIBITS THERETO. | 5.00 | 1,250.00 |
| 11/25/20 CVM | B160 | A104 | FINALIZED CRI'S FEE APPLICATION AND THE EXHIBITS THERETO. | 2.00 | 500.00 |
| 11/25/20 CVM | B110 | A103 | DRAFTED NOTICE OF HEARING FOR NOVEMBER 25, 2020 MOTIONS. | .40 | 100.00 |
| 11/25/20 CVM | B110 | A103 | FINALIZED RESEARCH ON PENDING PROCEEDING RULE AND SCOPE OF RULE 2004 EXAMINATION | 1.00 | 250.00 |
| 11/25/20 SAO | B160 | A103 | FINAL EDITS TO BLANK ROME'S FIRST FEE APPLICATION (0.4); FILE THE SAME (0.9). | 1.30 | 325.00 |
| 11/25/20 SAO | B160 | A105 | EMAIL CORRESPONDENCES WITH MS. ASHLEY AND MS. MCCAFFREY REGARDING FINAL ACTION ITEMS IN CONNECTION WITH JONES WALKER, BLANK ROME, AND CRI FEE APPLICATIONS (0.4); TELEPHONE CONFERENCE WITH MS. MCCAFFREY REGARDING THE SAME (0.4); TELEPHONE CONFERENCE WITH MS. ASHLEY AND MS. MCCAFFREY REGARDING THE SAME (0.5). | 1.30 | 325.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 126
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/25/20 SAO | B160 | A103 | REVIEW, REVISE, AND SUPPLEMENT ALL SECTIONS OF JONES WALKER'S FIRST INTERIM FEE APPLICATION (3.1); REVIEW, REVISE, AND FINALIZE EXHIBITS TO THE SAME (0.8). | 3.90 | 975.00 |
| 11/25/20 SAO | B160 | A103 | CALCULATE TOTAL FEES BILLED BY JONES WALKER BY MATTER TO RESOLVE FEE DISCREPANCY IN CONNECTION WITH PREPARING JONES WALKER'S FIRST FEE APPLICATION (1.1); CALCULATE FEES AND EXPENSES RECEIVED BY JONES WALKER BY MATTER IN CONNECTION WITH PREPARING THE SAME (1.2). | 2.30 | 575.00 |
| 11/25/20 SAO | B160 | A111 | FILE JONES WALKER'S FIRST INTERIM FEE APPLICATION WITH MULTIPLE EXHIBITS. | .50 | 125.00 |
| 11/25/20 SAO | B160 | A111 | FILE CRI'S FIRST INTERIM FEE APPLICATION WITH MULTIPLE EXHIBITS. | .60 | 150.00 |
| 11/25/20 SAO | B110 | A103 | REVIEW AND REVISE NOTICE OF HEARING OF MOTIONS FILED ON NOVEMBER 25, 2020 (0.1); FILE THE SAME (0.1). | .20 | 50.00 |
| 11/25/20 SAO | B170 | A104 | REVIEW PACHULSKI'S FEE STATEMENTS FOR AUGUST AND SEPTEMBER 2020 (0.2); REVIEW KINSELLA MEDIA'S FEE STATEMENT FOR OCTOBER 2020 (0.1). | .30 | 75.00 |
| 11/25/20 M F | B190 | A104 | REVIEWED LETTER BRIEFS OF LAWRENCE HECKER AND PLAINTIFFS REGARDING PRIEST DEPOSITIONS | .40 | 120.00 |
| 11/25/20 M F | B310 | A104 | WORKING ON CLAIMS EVALUATIONS | 2.80 | 840.00 |
| 11/26/20 RPV | B110 | A105 | EMAILS FROM AND TO MR. MINTZ REGARDING STATUS OF DEADLINES. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 127
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/26/20 RPV | B190 | A104 | RECEIVED AND REVIEWED RESEARCH REGARDING RULE LIMITING DISCOVERY ON THE 2004 EXAMS | .20 | 98.00 |
| 11/26/20 RPV | B210 | A105 | EMAIL FROM MR. MINTZ REGARDING SALE OF MICHOUD PROPERTY. | .10 | 49.00 |
| 11/26/20 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. LEE AND MINTZ REGARDING LEDES FILES. | .30 | 120.00 |
| 11/26/20 MAM | B190 | A101 | CORRESPONDENCE REGARDING RESEARCH AND FILINGS. | 1.50 | 600.00 |
| 11/26/20 AK | B310 | A103 | WORKED ON WRITTEN RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.10 | 275.00 |
| 11/26/20 AK | B310 | A102 | ANALYZED CASES REGARDING OBJECTIONS TO SCOPE OF 2004 EXAMINATIONS IN ORDER TO PREPARE RESPONSES TO DISCOVERY REQUESTS. | 1.20 | 300.00 |
| 11/26/20 CVM | B110 | A102 | RESEARCHED LOOK-BACK PERIOD FOR DISCOVERY OF FINANCIAL DOCUMENTS | 2.00 | 500.00 |
| 11/26/20 SAO | B170 | A104 | REVIEW PACHULSKI STANG'S FIRST INTERIM FEE APPLICATION (0.4); REVIEW LOCKE LORD'S FIRST INTERIM FEE APPLICATION (0.3); REVIEW KINSELLA'S FIRST INTERIM FEE APPLICATION (0.1). | .80 | 200.00 |
| 11/26/20 SAO | B190 | A104 | REVIEW THE COMMITTEE'S MOTION FOR AN ORDER CONCERNING COMMUNICATIONS WITH CREDITORS. | .20 | 50.00 |
| 11/26/20 SAO | B190 | A102 | BEGIN RESEARCHING EXISTENCE OF A DELIBERATIVE PROCESS PRIVILEGE FOR CREDITORS' COMMITTEES. | 1.20 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 128
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/26/20 M F    B310  A104   CONTINUED WORKING ON CLAIMS        2.30        690.00
                             EVALUATIONS

11/27/20 EDW    B110  A104   REVIEWED TMI/UCC PLEADINGS IN       2.00        600.00
                             PREPARATION FOR DEPOSITIONS.

11/27/20 EDW    B110  A104   REVIEWED STATUS REGARDING            .10         30.00
                             SALE OF PROPERTY.

11/27/20 EDW    B110  A104   REVIEWED RESEARCH REGARDING          .30         90.00
                             SCOPE OF DISCOVERY AND
                             PENDING PROCEEDING RULE.

11/27/20 EDW    B110  A104   REVIEWED PROOF OF CLAIM FILED        .10         30.00
                             BY FATHER CALAMARI.

11/27/20 EDW    B110  A104   REVIEWED DRAFTS OF RESPONSE          .80        240.00
                             TO DISCOVERY BY UCC.

11/27/20 EDW    B110  A104   REVIEWED ISSUES AND STATUS           .30         90.00
                             REGARDING TMI DEPOSITIONS AND
                             SCHEDULE.

11/27/20 EJF    B210  A107   MEMOS WITH COUNSEL FOR TMI RE        .10         49.00
                             EXTENSION ON UNAUDITED
                             FINANCIAL STATEMENT;

11/27/20 RPV    B190  A104   EMAIL FROM MR. MINTZ                 .20         98.00
                             REGARDING RESEARCH ON STRONG
                             ARM POWERS.

11/27/20 RPV    B310  A104   RECEIVED AND REVIEWED PROOF          .20         98.00
                             OF CLAIM FILED BY PAUL
                             CALAMARI.

11/27/20 RPV    B190  A104   RECEIVED AND REVIEWED DRAFT          .20         98.00
                             RESPONSE TO UCC REGARDING THE
                             DISCOVERY ON THE TMI MOTION.

11/27/20 RPV    B310  A108   EMAIL FROM COUNSEL REGARDING         .20         98.00
                             PROOF OF CLAIM ISSUES.

11/27/20 LFA    B110  A105   CORRESPONDENCES WITH MS.             .50        200.00
                             MCCAFFREY REGARDING SECOND
                             ORDINARY COURSE PROFESSIONAL
                             STATEMENT (0.1); WITH MR.
                             MINTZ REGARDING WORK
                             ASSIGNMENTS AND
                             CORRESPONDENCE REGARDING TMI
                             MOTION DISCOVERY (0,3); WITH

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 129
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

|  |  |  | MR. MINTZ AND MR. LOGAN REGARDING ARCHDIOCESE CLAIMS (0.1). |  |  |
|---|---|---|---|---|---|
| 11/27/20 MAM | B190 | A101 | WORK ON RESPONSE TO TMI MOTION (2.0).  RESEARCH REGARDING THE SAME (2.5). | 4.50 | 1,800.00 |
| 11/27/20 AK | B310 | A103 | REVISED WRITTEN RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.70 | 425.00 |
| 11/27/20 AK | B310 | A103 | WORKED ON WRITTEN RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.90 | 475.00 |
| 11/27/20 CVM | B110 | A102 | DRAFTED SECOND ORDINARY COURSE PROFESSIONAL STATEMENT AND REVIEWED RELEVANT DOCUMENTS | .90 | 225.00 |
| 11/27/20 SAO | B190 | A102 | FURTHER RESEARCH REGARDING EXISTENCE OF A DELIBERATIVE PROCESS PRIVILEGE FOR CREDITORS' COMMITTEES. | 2.60 | 650.00 |
| 11/27/20 SAO | B190 | A105 | TELEPHONE CONFERENCE WITH MR. MINTZ TO DISCUSS RESPONSE TO THE COMMITTEE'S EMAIL REGARDING DISCOVERY IN CONNECTION WITH THE MOTION TO RECONSTITUTE. | .40 | 100.00 |
| 11/27/20 SAO | B190 | A103 | DRAFT RESPONSE TO STEVE BRYANT'S EMAIL REGARDING THE DEBTOR'S PARTICIPATION IN DISCOVERY ON THE MOTION TO RECONSTITUTE. | 2.40 | 600.00 |
| 11/27/20 M F | B310 | A104 | CONTINUED WORKING ON CLAIMS EVALUATIONS | 4.00 | 1,200.00 |
| 11/28/20 RPV | B310 | A108 | EMAILS FROM COUNSEL REGARDING INFORMATION NEEDED FOR PROOFS OF CLAIM. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 130
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/28/20 RPV   B190  A104   RECEIVED AND REVIEWED LETTER      .30      147.00
                           FILED BY EVAN HOWELL FOR FR.
                           CALAMARI.

11/28/20 WGZ   B410  A104   REVIEW MOTION TO EXTEND           .20       60.00
                           REGARDING BRIEFING SCHEDULE
                           IN JOHN DOE V. HOLY SEE
                           MATTER.

11/28/20 WGZ   B410  A104   RECEIVED AND REVIEWED ORDER       .10       30.00
                           GRANTING CONTINUANCE.

11/28/20 SAO   B190  A102   RESEARCH CASE LAW AND            3.10      775.00
                           SECONDARY AUTHORITY REGARDING
                           CONFIDENTIALITY OF COMMITTEE
                           COMMUNICATIONS,
                           DELIBERATIONS, MEETINGS, AND
                           MINUTES.

11/28/20 SAO   B190  A102   RESEARCH CASE LAW AND            2.30      575.00
                           SECONDARY AUTHORITY REGARDING
                           THE ENFORCEABILITY OF
                           COMMITTEE BYLAWS.

11/28/20 SAO   B190  A103   BEGIN DRAFTING MEMORANDUM         .70      175.00
                           REGARDING CONFIDENTIALITY OF
                           COMMITTEE MEETINGS AND
                           ENFORCEABILITY OF BYLAWS.

11/28/20 M F   B310  A104   CONTINUED WORKING ON CLAIMS      3.40    1,020.00
                           EVALUATIONS

11/29/20 RPV   B110  A106   MEMORANDUM TO CLIENT              .50      245.00
                           REGARDING STATUS OF WORK
                           PROJECTS

11/29/20 RPV   B310  A106   EMAIL FROM COUNSEL AND            .50      245.00
                           CLIENTS REGARDING PARISH
                           PROOF OF CLAIMS.

11/29/20 RPV   B190  A105   EMAILS FROM AND TO MR.            .30      147.00
                           TILLERY REGARDING CALAMARI
                           LETTER ISSUE

11/29/20 JPG   B250  A104   CURSORY CONFIRMATION OF           .30      120.00
                           RECORD OWNERSHIP DOCUMENTS
                           FOR 4849 MEADOWDALE IN
                           JEFFERSON PARISH

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 131
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/29/20 | JPG | B250 | A104 | REVIEW OF RESUBDIVISION TOGETHER WITH UNDERLYING REFERENCED DOCUMENTS FOR OUR LADY OF DIVINE PROVIDENCE CATHOLIC CHURCH IN JEFFERSON PARISH. | .50 | 200.00 |
| 11/29/20 | JPG | B250 | A104 | REVIEW OF GENERAL JEFFERSON PARISH LAND RECORDS FOR IDENTIFICATION WITH SPECIFIC PROPERTIES. | .50 | 200.00 |
| 11/29/20 | JPG | B250 | A104 | REVIEW OF OWNERSHIP RECORDATION INCLUDING VARIOUS ACQUISITIONS WITH SELLS OFFS FOR BELL HAVEN PROPERTY IN JEFFERSON PARISH. | 1.60 | 640.00 |
| 11/29/20 | JPG | B250 | A104 | IDENTIFY JEFFERSON PARISH PROPERTY USERS | 2.00 | 800.00 |
| 11/29/20 | JPG | B250 | A103 | WORK ON JEFFERSON PARISH PROPERTY REPORT. | 1.00 | 400.00 |
| 11/29/20 | JPG | B250 | A104 | REVIEW OF ADDITIONAL MATERIALS ON BARATARIA AREA PROPERTY INCLUDING ST. PIUS X CHURCH IN JEFFERSON PARISH WITH SELL OFFS OF CERTAIN PROPERTY. | 2.50 | 1,000.00 |
| 11/29/20 | LFA | B110 | A105 | CORRESPONDENCES WITH MR.MINTZ REGARDING AGENDA FOR STRATEGY MEETING AND WITH MESSRS. VANCE AND MINTZ REGARDING THE WEEKLY SCHEDULE; | .30 | 120.00 |
| 11/29/20 | SAO | B190 | A103 | CONTINUE DRAFTING MEMORANDUM REGARDING CONFIDENTIALITY OF COMMITTEE MEETINGS AND ENFORCEABILITY OF BYLAWS. | 1.80 | 450.00 |
| 11/29/20 | M F | B310 | A104 | CONTINUED WORKING ON CLAIMS EVALUATIONS | 2.90 | 870.00 |
| 11/30/20 | EDW | B110 | A104 | REVIEWED DRAFTS OF INITIAL RESPONSES AND OBJECTIONS TO UCC DISCOVERY REQUESTS. | 1.50 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 132
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/30/20 EDW   B110  A103  REVISED ARCHDIOCESE'S            2.00       600.00
                          OBJECTIONS TO REQUESTS.

11/30/20 EDW   B110  A109  ATTENDED MEETING WITH            1.30       390.00
                          LITIGATION GROUP REGARDING
                          STATUS AND STRATEGY.

11/30/20 EDW   B110  A104  REVIEWED ISSUES REGARDING         .30        90.00
                          PRODUCTION OF INSURANCE
                          POLICIES.

11/30/20 EDW   B110  A104  REVIEWED COMMUNICATIONS WITH      .20        60.00
                          UCC REGARDING DEPOSITIONS
                          REGARDING TMI'S MOTION.

11/30/20 EDW   B110  A104  REVIEWED COMMUNICATIONS FROM      .20        60.00
                          TMI REGARDING SCHEDULE FOR
                          DEPOSITIONS.

11/30/20 EDW   B110  A104  RECEIVED AND REVIEWED NOTICE      .10        30.00
                          OF STATUS CONFERENCE WITH
                          JUDGE NORTH REGARDING PRIEST
                          DEPOSITION ISSUE.

11/30/20 EDW   B110  A101  PREPARING FOR TMI DEPOSITIONS    1.50       450.00
                          AND REVIEWING PRIVILEGE ISSUE.

11/30/20 EJF   B320  A106  WORK ON MEMO REGARDING           5.90     2,891.00
                          NON-MONETARY COMMITMENTS;

11/30/20 JJL   B110  A105  ATTENDED STRATEGY MEETING        1.30       390.00

11/30/20 JJL   B110  A108  READ CORRESPONDENCE FROM          .10        30.00
                          DISTRICT COURT REGARDING
                          PLAINTIFF'S MOTION TO CONTINUE

11/30/20 JRT   B190  A101  BEGIN PREPARATION FOR            1.00       300.00
                          DISCUSSION WITH JUDGE NORTH.

11/30/20 RPV   B190  A104  RECEIVED AND REVIEWED DRAFT       .50       245.00
                          OF SUMMARY JUDGMENT, EXHIBITS
                          AND MOTION TO SEAL.

11/30/20 RPV   B190  A105  RECEIVED AND REVIEWED            .50        245.00
                          SCHEDULING ORDER AND OFFICE
                          CONFERENCE MR. MINTZ
                          REGARDING SAME

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 133
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/30/20 RPV | B310 | A104 | RECEIVED AND REVIEWED ESTATE OF MICHAEL B. FRASER PROOF OF CLAIM. | .10 | 49.00 |
| 11/30/20 RPV | B310 | A104 | RECEIVED AND REVIEWED JAMES HURLEY PROOF OF CLAIM. | .10 | 49.00 |
| 11/30/20 RPV | B310 | A108 | EMAIL FROM MS. MCLELLAN REGARDING NOTICES TO THE MARRIOTT. | .10 | 49.00 |
| 11/30/20 RPV | B110 | A104 | WORKED ON MEDIATION ISSUES | 1.50 | 735.00 |
| 11/30/20 RPV | B110 | A104 | RECEIVED AND REVIEWED AMENDED SCHEDULE F TO CHANGE THE AMOUNT OF A DEBT. | .10 | 49.00 |
| 11/30/20 RPV | B310 | A104 | EMAILS FROM COUNSEL AND CLIENT REGARDING INFORMATION FOR PARISH PROOFS OF CLAIM. | .20 | 98.00 |
| 11/30/20 RPV | B310 | A104 | RECEIVED AND REVIEWED LOYOLA UNIVERSITY NEW ORLEANS PROOFS OF CLAIM. | .10 | 49.00 |
| 11/30/20 WGZ | B410 | A109 | PREPARE FOR AND ATTEND STRATEGY MEETING WITH JW GROUP. | 1.30 | 390.00 |
| 11/30/20 WGZ | B410 | A107 | TELEPHONE CALL FROM EXECUTOR OF ESTATE OF MICHAEL FROZINA RE STATUS PROCEEDINGS IN LON DOE AND TOM DOW MATTERS. | .30 | 90.00 |
| 11/30/20 JPG | B250 | A105 | PHONE CALL WITH MR. MINTZ ON DISCLOSURES | .30 | 120.00 |
| 11/30/20 LFA | B160 | A104 | REVIEWED FEE APPLICATIONS IN PREPARATION FOR HEARING ON SAME (2.0); CALL WITH MS. FUTRELL TO DISCUSS SAME (.4). | 2.40 | 960.00 |
| 11/30/20 MAM | B110 | A101 | PREPARE FOR (0.20) AND ATTEND STRATEGY MEETING (1.30). | 1.50 | 600.00 |
| 11/30/20 MAM | B190 | A101 | CORRESPONDENCE WITH COUNSEL REGARDING DEPOSITIONS. | 1.10 | 440.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 134
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/30/20 MAM   B190  A101  PREPARE FOR DEPOSITIONS (1.9)      3.70      1,480.00
                            INCLUDING RESEARCH ON
                            PRIVILEGE AND CONFIDENTIALITY
                            ISSUES. (1.8)

11/30/20 MAM   B110  A101  REVIEW OF RESPONSES TO 2004        2.00        800.00
                            EXAM.  MEETING WITH MS.
                            KINGSMILL AND MS. MCCAFFREY
                            REGARDING THE SAME

11/30/20 AK    B310  A104  ANALYZED DOCUMENTS REGARDING        .70        175.00
                            PENSIONS IN ORDER TO PREPARE
                            DISCOVERY RESPONSES.

11/30/20 AK    B310  A103  WORKED ON DISCOVERY RESPONSES      1.40        350.00
                            WITH MR. MINTZ AND MR.
                            WEGMANN.

11/30/20 AK    B310  A104  ANALYZED FINANCIAL STATEMENTS       .60        150.00
                            IN ORDER TO PREPARE DISCOVERY
                            RESPONSES.

11/30/20 AK    B310  A103  REVISED GENERAL OBJECTIONS TO       .70        175.00
                            RESPONSES TO THE COMMITTEE'S
                            DOCUMENT REQUESTS.

11/30/20 AK    B310  A104  ANALYZED ARCHDIOCESE'S             .60        150.00
                            DISCOVERY RESPONSES FILED IN
                            STATE COURT CASES.

11/30/20 AK    B310  A103  ANALYZES CASES REGARDING           .30         75.00
                            DISCOVERY OF FINANCIAL
                            INFORMATION IN ORDER TO
                            RESPOND TO DISCOVERY REQUESTS.

11/30/20 CVM   B110  A102  REVIEWED SECOND ORDINARY           .10         25.00
                            COURSE PROFESSIONAL STATEMENT

11/30/20 CVM   B110  A102  DISCUSSED SECOND ORDINARY          .20         50.00
                            COURSE PROFESSIONAL STATEMENT
                            WITH L. ASHLEY

11/30/20 CVM   B110  A102  RESEARCHED WHETHER SERVICE IS      .20         50.00
                            REQUIRED FOR AMENDED SCHEDULES

11/30/20 CVM   B110  A105  MEETING WITH A. KINGSMILL, M.     1.60        400.00
                            MINTZ, AND D. WEGMANN TO
                            DISCUSS RULE 2004 DISCOVERY
                            RESPONSES

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 135
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 11/30/20 SAO | B110 | A102 | REVIEW BANKRUPTCY RULE 1009, APPLICABLE LOCAL RULES, AND THE COMPLEX CASE PROCEDURES TO DETERMINE SERVICE REQUIREMENTS FOR AMENDMENTS TO SCHEDULES. | .90 | 225.00 |
| 11/30/20 SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MS. ASHLEY REGARDING AMENDMENTS TO SCHEDULE E/F (0.2); CALL WITH MS. ASHLEY REGARDING THE SAME (0.1); FILE THE SAME (0.9). | 1.20 | 300.00 |
| 11/30/20 SAO | B190 | A104 | REVIEW THE COMMITTEE'S EMAIL RESPONSE REGARDING THE DEBTOR'S PARTICIPATION IN DISCOVERY ON THE MOTION TO RECONSTITUTE. | .10 | 25.00 |
| 11/30/20 SAO | B190 | A104 | REVIEW ORDERS SCHEDULING A TELEPHONE STATUS CONFERENCE IN THE J.W. DOE AND JAMES DOE MATTERS. | .10 | 25.00 |
| 11/30/20 SAO | B310 | A102 | REVIEW DOCKETS OF OTHER DIOCESAN-TYPE CHAPTER 11 CASES TO LOCATE DECLARATIONS REGARDING THE DEBTOR'S EFFORTS TO SEARCH RECORDS FOR KNOWN SEXUAL ABUSE CLAIMANTS. | 2.90 | 725.00 |
| 11/30/20 SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS TALKING POINTS REGARDING COMMITTEE PRIVILEGE AND CONFIDENTIALITY ISSUES. | .30 | 75.00 |
| 11/30/20 SAO | B110 | A104 | REVIEW SCHEDULING ORDER ON THE MOTION TO RECONSTITUTE. | .50 | 125.00 |
| 11/30/20 SAO | B190 | A103 | BEGIN DRAFTING TALKING POINTS FOR MR. MINTZ REGARDING COMMITTEE PRIVILEGE AND CONFIDENTIALITY ISSUES. | 1.30 | 325.00 |
| 11/30/20 M F | B310 | A104 | CONTINUED WORKING ON CLAIMS EVALUATIONS | 3.90 | 1,170.00 |

```
                                         --------   -----------
                             TOTALS      1,444.90   $507,484.00
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 136
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01

                                                        ========   ===========

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 137
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


|  |  | ------THIS BILL------- |  | --CUMULATIVE TOTALS--- |  |
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
| ADMINISTRATION |  |  |  |  |  |
| B110 | CASE ADMINISTRATION | 440.30 | 150,404.00 | 2,486.00 | 908,753.00 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | 73.00 | 26,892.00 |
| B130 | ASSET DISPOSITION | .50 | 197.00 | 57.60 | 23,823.00 |
| B140 | RELIEF FROM STAY/PROTEC | 85.00 | 21,250.00 | 199.10 | 50,957.00 |
| B150 | MTGS/COMM. W/ CREDITORS | .00 | .00 | 6.60 | 2,919.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 172.30 | 54,766.00 | 339.60 | 112,912.00 |
| B170 | FEE/EMPLMT OBJECTIONS | 29.70 | 9,927.00 | 32.40 | 11,178.00 |
| B190 | OTHER CONTESTED MATTERS | 375.10 | 143,164.00 | 1,809.40 | 624,262.00 |
|  | TOTAL ADMINISTRATION | 1,102.90 | 379,708.00 | 5,003.70 | 1,761,696.00 |
| OPERATIONS |  |  |  |  |  |
| B210 | BUSINESS OPERATIONS | 32.10 | 15,495.00 | 282.60 | 129,890.00 |
| B220 | EMPLOYEE BENEFIT/PENSIO | .00 | .00 | 54.70 | 22,257.00 |
| B230 | FINANCING/CASH COLLECTI | 3.70 | 1,498.00 | 12.60 | 5,643.00 |
| B250 | REAL ESTATE | 46.60 | 18,640.00 | 62.90 | 23,540.00 |
|  | TOTAL OPERATIONS | 82.40 | 35,633.00 | 412.80 | 181,330.00 |
| CLAIMS AND PLAN |  |  |  |  |  |
| B310 | CLAIMS/ADMN/OBJECTIONS | 113.30 | 37,119.00 | 598.40 | 194,595.00 |
| B320 | PLAN DISCLOSURE STMT | 70.00 | 33,631.00 | 229.10 | 100,890.00 |
|  | TOTAL CLAIMS AND PLAN | 183.30 | 70,750.00 | 827.50 | 295,485.00 |
| BANKRUPTCY-RELATED ADVICE |  |  |  |  |  |
| B410 | GENERAL BANKRUPTCY ADVI | 76.10 | 21,295.00 | 618.30 | 177,764.00 |
| B420 | RESTRUCTURING | .20 | 98.00 | 16.60 | 7,315.00 |
|  | TOTAL BANKRUPTCY-RELATED ADVI | 76.30 | 21,393.00 | 634.90 | 185,079.00 |
|  | TOTALS | 1,444.90 | 507,484.00 | 6,878.90 | 2,423,590.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 138
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


|                          |        | ----------THIS BILL---------- |            | --CUMULATIVE TOTALS--- |              |
| ATTORNEY SUMMARY         | RATE   | HOURS  | FEES        | HOURS    | FEES         |
| ------------------------ | ------ | ------ | ----------- | -------- | ------------ |
| AMY M. WINTERS           | .00    | .00    | .00         | .00      | .00          |
| EDWARD D WEGMANN         | 300.00 | 94.80  | 28,440.00   | 476.20   | 142,022.07   |
| ELIZABETH J FUTRELL      | 490.00 | 166.20 | 81,438.00   | 765.30   | 373,683.24   |
| JOSEPH J LOWENTHAL       | 300.00 | 11.40  | 3,420.00    | 165.90   | 49,495.66    |
| JEFFREY R. BARBER        | .00    | .00    | .00         | 1.00     | 399.28       |
| JEFFERSON R. TILLERY     | 300.00 | 22.00  | 6,600.00    | 84.80    | 25,317.58    |
| R PATRICK VANCE          | 490.00 | 134.90 | 66,101.00   | 657.50   | 321,245.18   |
| SETH A. LEVINE           | .00    | .00    | .00         | 9.10     | 3,640.00     |
| WAYNE G. ZERINGUE,JR     | 300.00 | 40.60  | 12,180.00   | 345.00   | 103,046.91   |
| ALEX H. GLASER           | .00    | .00    | .00         | .90      | 356.75       |
| B. TREVOR WILSON, B.T.   | .00    | .00    | .00         | 6.00     | 2,398.92     |
| JOSEPH E. BAIN           | .00    | .00    | .00         | .90      | 358.92       |
| JEFFREY P. GOOD          | 400.00 | 46.60  | 18,640.00   | 92.00    | 36,773.64    |
| LAURA F. ASHLEY          | 400.00 | 169.00 | 67,600.00   | 736.30   | 293,679.72   |
| MARK A. MINTZ            | 400.00 | 200.00 | 80,000.00   | 1,174.60 | 468,218.31   |
| MARY MARGARET SPELL      | .00    | .00    | .00         | 29.20    | 8,721.54     |
| ALLISON KINGSMILL        | 250.00 | 30.40  | 7,600.00    | 255.70   | 63,459.19    |
| CAROLINE V. MCCAFFREY    | 250.00 | 115.50 | 28,875.00   | 115.50   | 28,875.00    |
| GABRIELLE A. RAMIREZ     | .00    | .00    | .00         | 14.80    | 3,700.00     |
| HEATHER K. TROSCLAIR     | .00    | .00    | .00         | 3.50     | 875.00       |
| JACOB J. PRITT           | .00    | .00    | .00         | 18.00    | 4,494.58     |
| LUCAS H. SELF            | 250.00 | 96.30  | 24,075.00   | 787.80   | 196,202.98   |
| LESLIE LACOSTE           | .00    | .00    | .00         | 57.00    | 14,143.47    |
| SAMANTHA A. OPPENHEIM    | 250.00 | 252.90 | 63,225.00   | 653.30   | 162,937.72   |
| STACEY MOORE BUCHANAN    | .00    | .00    | .00         | 4.70     | 1,175.00     |
| CARMEN M. RODRIGUEZ      | .00    | .00    | .00         | 5.10     | 1,516.19     |
| MADELEINE FISCHER        | 300.00 | 64.30  | 19,290.00   | 236.90   | 70,876.09    |
| VIRGINIA W. GUNDLACH     | .00    | .00    | .00         | 116.70   | 34,967.48    |
| AARON D. WASHINGTON      | .00    | .00    | .00         | 2.30     | 390.85       |
| BONNIE BOUDREAUX         | .00    | .00    | .00         | 7.00     | 1,179.26     |
| CAMILLE T. BOURG, JR.    | .00    | .00    | .00         | 6.10     | 1,035.62     |
| GEORGETTE M. SHAHIEN     | .00    | .00    | .00         | 37.40    | 6,310.43     |
| RYAN P. SMITH, R.P.      | .00    | .00    | .00         | 1.90     | 320.09       |
| SCOTT M. SIGL            | .00    | .00    | .00         | 6.40     | 1,076.33     |
| LAW CLERKS, NO           | .00    | .00    | .00         | 4.10     | 697.00       |
| TOTALS                   |        | 1,444.90 | 507,484.00 | 6,878.90 | 2,423,590.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 139
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


COSTS INCURRED:


| | | |
|---|---|---|
| 10/23/20 | COPYING | 78.40 |
| 11/13/20 | COPYING | 119.20 |
| 10/12/20 | CDC BILLING - OCTOBER 2020 - CASE # 2019-02945 | 6.00 |
| 10/12/20 | CDC BILLING - OCTOBER 2020 - CASE # 2019-02945 | 4.00 |
| 10/14/20 | COURT RECORD FEES /PACER SEPTEMBER 2020 | 339.40 |
| 10/19/20 | CDC BILLING - OCTOBER 2020 - CASE #2020-07720 | 31.00 |
| 11/24/20 | COURT RECORD FEES /PACER OCTOBER 2020 | 114.50 |
| 10/23/20 | COURT FEES - SAMANTHA OPPENHEIM - REMOVAL OF L.D. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL, - LOUISIANA EASTERN DISTRICT COURT - 10/19/20 - CDC NO. 20-7720, EDLA NO. 20-2855 | 400.00 |
| 10/07/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - COPY OF TRANSCRIPT OF HEARING - 09/24/20 | 42.50 |
| 10/12/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT OF HEARING HELD - 09/30/20 | 62.10 |
| 10/22/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - COPY OF TRANSCRIPT OF HEARING - 10/20/20 | 58.50 |
| 10/23/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT HEARING - 10/22/20 | 23.40 |
| 11/10/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT OF HEARING - 11/05/20 | 116.40 |
| 11/17/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPTS OF HEARINGS HELD 11/12-11/13/20 | 121.25 |
| 11/17/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPTS OF HEARINGS HELD 11/12-11/13/20 | 77.60 |
| 10/14/20 | LITIGATION SUPPORT - XACT DATA DISCOVERY - ONLINE DATA STORAGE | 50.00 |
| 11/16/20 | LITIGATION SUPPORT - XACT DATA DISCOVERY - ONLINE DATA STORAGE | 50.00 |
| 10/31/20 | RELATIVITY DATA HOSTING OCTOBER 2020 | 587.20 |
| 11/30/20 | RELATIVITY DATA HOSTING NOVEMBER 2020 | 587.20 |
| 10/09/20 | LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH | 59.40 |
| 10/09/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 219.75 |
| 10/09/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 103.95 |
| 10/18/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 37.65 |
| 10/18/20 | LEXIS LEGAL RESEARCH - SELF, LUCAS | 171.30 |
| 11/08/20 | LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON | 59.40 |
| 11/08/20 | LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE | 781.80 |
| 11/08/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 1055.85 |
| 11/19/20 | LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE | 1006.80 |
| 11/19/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 367.05 |
| 11/29/20 | LEXIS LEGAL RESEARCH - FISCHER, MADELEINE | 374.25 |
| 11/29/20 | LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON | 133.65 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 140
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


11/29/20 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE         901.80
11/29/20 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA         735.30

                              TOTAL COSTS:          $8,876.60


              COST SUMMARY

    E101   COPYING                        197.60
    E106   COMPUTER LEGAL RESEARCH      6,007.95
    E112   COURT FEES                     894.90
    E116   TRIAL TRANSCRIPTS             501.75
    E118   LITIGATION SUPPORT          1,274.40
                                     --------------
         TOTAL DISBURSEMENTS           $8,876.60


                         TOTAL FEES AND COSTS:     $516,360.60
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 141
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



                * * *    R E M I T T A N C E   C O P Y   * * *


                        TOTAL FEES:                    $507,484.00

                        TOTAL COSTS:                     $8,876.60

                        LESS CREDITS:                        $0.00
                                                       ------------
                        TOTAL CURRENT FEES AND COSTS DUE   $516,360.60


BALANCE DUE ON PRIOR INVOICES:

   DATE         INVOICE NO.        BALANCE

                        TOTAL PRIOR INVOICES DUE:      $122,265.20
                                                       -----------

                        TOTAL AMOUNT DUE:              $638,625.80
                                                       ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        **JONES WALKER LLP**
                **201 St. Charles Ave. - 50th Floor**
                **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                Iberia Bank
                New Orleans, Louisiana
                ABA Number:  265270413
                Account Number:  20000247731
                Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 142
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS         OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
          WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


    ****************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 143
JANUARY 28, 2021
INVOICE NO.: 1061860
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:      LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




          * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                    $507,484.00

                    TOTAL COSTS:                     $8,876.60

                    LESS CREDITS:                        $0.00
                                                   -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $516,360.60


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.      BALANCE

                         TOTAL PRIOR INVOICES DUE:   $122,265.20
                                                    -----------


                    TOTAL AMOUNT DUE:               $638,625.80
                                                    ============

**REQUEST FOR CHECK DISBURSEMENT**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice | 10/06/20 |

PAYABLE TO:

**JANICE RUSSELL TRANSCRIPTS**
**1418 RED FOX CIRCLE**
**SEVERANCE, CO 80550**

AMOUNT $42.50

MAIL CHECK ☑

RETURN CHECK TO

PAYMENT FOR:
Copy of Transcript of Hearing held 09/24/20

NAME **Mark A. Mintz**

SIGNATURE

**FOR ACCOUNTING USE ONLY**

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 10884 #1 | | | $42.50 |

FORM A-8 (REV. 03/11)

**CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT**

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☑ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Vendor # _____ Separate Ck

OCT 07 2020

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        10/6/2020

INVOICE NO.   **20-184**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

**TERMS: DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 Transcript of hearing held on 9/24/20 | 10 | 42.50 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $42.50 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                    DATE 10/6/2020

OPERATING ✓
TRUST
BARONNE TITLE
BARONNE TITLE OF ALABAMA LLC

*H. Stewart*

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | 10/09/20 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO  80550** | $62.10 |
| | MAIL CHECK ✓ |
| | **RETURN CHECK TO** |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Hearing held 09/30/20 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 10884 #2 | | | $62.10 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

✓ TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

Vendor # _____

Separate Ck _____

OCT 12 2020

Vchr # _____

G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE     10/9/2020

INVOICE NO. **20-188-1**

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

**TERMS:  DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Copy of transcript of hearing held on 9/30/20 | 69 | 62.10 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $62.10 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                              DATE 10/9/2020

### REQUEST FOR CHECK DISBURSEMENT

OPERATING
TRUST
BARONNE TITLE
BARONNE TITLE OF ALABAMA LLC

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **ARCHDIOCESE** | **October 13, 2020** |
| FILE NO. | 175340-01 | | |

PAYABLE TO:
**XACT DATA DISCOVERY**

AMOUNT **$50.00**

MAIL CHECK ✓

**RETURN CHECK TO**

PAYMENT FOR:
INVOICE NO. CINV35131 (9-30-20)
ONLINE DATA STORAGE

NAME
**EDWARD D. WEGMANN**

SIGNATURE

#### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 9 4 8 8 | | | $50.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

## RECEIVED

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**Xact Data Discovery**
RVM Enterprises, Inc.
PO Box 714800
Cincinnati, OH 45271-4800
United States

Voice: 212-693-1525
Email: accounts.receivable@rvminc.com

# RVM

# INVOICE

INVOICE NUMBER: CINV35131
Date: 09/30/2020

| Bill To: |
| --- |
| Jones Walker LLP |
| Dirk Weggman |
| 201 St. Charles Avenue |
| New Orleans, LA 70170 |
| USA |

Please note as of July 1, 2020 RVM
Enterprises, Inc. is an Xact Data
Discovery Company.

| PROJECT NAME | MATTER NUMBER | PAYMENT TERMS |
| --- | --- | --- |
| JWA2019002 - Mobile Kits | | Net 30 |
| SALES REP | | DUE DATE |
| Dean Felicetti | | 10/30/2020 |
| PROJECT MANAGER | CONTENTS | REQUESTOR |
| | September Services | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| | Forensics | | |
| | ------------------------ | | |
| 1.00 | Online data storage size: up to 50GB | 50.00 | 50.00 |

| | | |
| --- | --- | --- |
| SUBTOTAL | | $50.00 |
| Tax | | $0.00 |
| Discount | | $0.00 |
| TOTAL | | $50.00 |

REMIT PAYMENT TO XACT DATA DISCOVERY
FEDERAL TAX ID: # 43-1685216

WIRE/ACH PAYMENTS TO:
KEYBANK
SWIFT CODE: KEYBUS33
WIRE ABA/ACH ABA/ROUTING: 041001039
ACCOUNT #: 359681503124

1 of 1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | 10/22/20 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $58.50 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO 80550** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | ☐ |

| PAYMENT FOR: | NAME |
|---|---|
| Copy of transcript of hearing held 10/20/20 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $58.50 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com

# INVOICE

DATE        10/22/2020

INVOICE NO.    20-197-1

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the     Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846    Copy of transcript of hearing held on 10/20/20 | 65 | 58.50 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $58.50 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                                    DATE  10/22/2020

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church of the Archdiocese of New Orleans; Post-Petition Reorganization Advices | October 22, 2020 |
| FILE NO. | 17696001 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Samantha A. Oppenheim | $400.00 |

MAIL CHECK

RETURN CHECK TO
Samantha ✔

| PAYMENT FOR: | NAME |
|---|---|
| Removal of L.D. Doe v. Archdiocese of New Orleans Indemnity, Inc., et al., CDC No. 20-7720, EDLA No. 20-2855 | Samantha A. Oppenheim |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 7118 | | | $400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✔] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

OCT 22 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Oppenheim, Samantha

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, October 19, 2020 4:11 PM
**To:** Oppenheim, Samantha
**Subject:** [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4449528
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8554431
Approval Code: 01316C
Card Number: ************2133
Date/Time: 10/19/2020 05:10:43 ET

NOTE: This is an automated message. Please do not reply

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | 10/23/20 |
| FILE NO. | 176960-01 | | |

PAYABLE TO:

**JANICE RUSSELL TRANSCRIPTS**
**1418 RED FOX CIRCLE**
**SEVERANCE, CO   80550**

AMOUNT     $23.40

MAIL CHECK     ☑

**RETURN CHECK TO**     ☐

PAYMENT FOR:

Transcript of Hearing held 10/22/20

NAME     **Mark A. Mintz**

SIGNATURE     _[signature]_

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $23.40 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**JANICE RUSSELL TRANSCRIPTS**

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com

**INVOICE**

DATE        10/23/2020

INVOICE NO.    20-198-1

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the<br>  Archdiocese of New Orleans<br>USBC, ED-LA, Case No. 20-10846<br><br>Copy of transcript of hearing held on 10/22/20 | 26 | 23.40 |
| | **TOTAL** | **$23.40** |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference
of the United States.

*Janice Russell*                                                          DATE  10/23/2020


**Trustpoint**.One

# Cost Summary Report

**Client: Roman Catholic Church for the Archdiocese of N.O.**

**Relativity Project Number:** 1142072
**Report Date:** 10/31/2020
**Due Date:** 11/30/2020
**Matter Number:** 17493200

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 54.37 GB | $10.80 | $587.20 |
| **Relativity Users** | Monthly License Fee <br><br> Licensed Users: | <br><br> 0 | <br><br> n/a | <br><br> $0 |
| | | | **Balance Due** | $587.20 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:31 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 10-19-20 cdc transaction 255327 |

## Charge $19.00 to 17696001

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:43 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:42:50 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Petition for Damages |
| Copy Type | Uncertified |
| Pages | 1-19 at $1.00 per page |
| Total Cost | $19.00 |
| Account Balance | $2,898.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:32 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | cdc transaction 255330 |

## Charge $2.00 to 17696001

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:45 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:44:58 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $2,896.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:32 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 10-19-20 cdc transaction 255332 |

## Charge $2.00 to 17696001

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:46 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:46:28 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $2,894.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:33 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 10-19-20 cdc transaction 255334 |

## Charge $2.00 to 17696001

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:47 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:46:59 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $2,892.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:51 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 10-19-20 cdc transaction 255335 |

## Charge $2.00 to 17696001

**Twila Stevenson** | Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:47 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:47:26 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $2,890.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

Stevenson, Twila
___

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:43 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 10-19-20 cdc transaction 255336 |

## Charge $2.00 to 17690601

**Twila Stevenson** ⋮ Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:48 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

___

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

___

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:48:06 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $2,888.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Monday, October 19, 2020 4:35 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | 10-19-20 cdc transaction 255338 |

## Charge $2.00 to 17690601

**Twila Stevenson**  |  Library Administrative Assistant
Jones Walker LLP
D: 504.582.8593
tstevenson@joneswalker.com

**From:** donotreply@orleanscdc.com <donotreply@orleanscdc.com>
**Sent:** Monday, October 19, 2020 1:49 PM
**To:** Library <library@joneswalker.com>
**Subject:** [EXTERNAL] Clerk's Office Remote Access - Printing

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil
District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 10/19/2020 1:48:35 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2020-07720 |
| Case Number | 2020-07720 |
| Case Title | DOE, L.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $2,886.50 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | November 10, 2020 |
| FILE NO. | 176960-01 | | |

**PAYABLE TO:**

JANICE RUSSELL TRANSCRIPTS
1418 RED FOX CIRCLE
SEVERANCE, CO 80550

AMOUNT $116.40

MAIL CHECK ✓

RETURN CHECK TO

**PAYMENT FOR:**

Transcript of Hearing held 11/05/20

NAME **Mark A. Mintz**

SIGNATURE

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $116.40 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com

# INVOICE

| | |
|---|---|
| DATE | 11/6/2020 |
| INVOICE NO. | 20-205 |

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

**TERMS: DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 Transcript of hearing held on 11/5/20 | 24 | 116.40 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $116.40 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell* _____ DATE 11/6/2020 _____

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **ARCHDIOCESE** | **November 16, 2020** |
| FILE NO. | 17534001 | | |

| PAYABLE TO: | AMOUNT | $50.00 |
|---|---|---|
| **XACT DATA DISCOVERY** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| INVOICE NO. 41-00015 | **EDWARD D. WEGMANN** |
| Online data storage | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 34498 | | | $50.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



## XACT DATA DISCOVERY
### Because you need to know

Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**REMIT PAYMENT TO:**
Xact Data Discovery
PO Box 714800
Cincinnati, OH 45271-4800
Tax ID: 43-1685216

# INVOICE

| | |
|---|---|
| **Invoice Number:** | 41-00015 |
| **Invoice Date:** | 10/31/2020 |
| **Customer ID** | 41JONESWALK |
| **Page:** | 1 |

**Bill To:**
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

**Ship To:**
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| **Ship Via** | | **Contact** | Dirk Weggman |
| **Ship Agent** | | **P.O. Number** | JWA2019002 - Mobile Kits |
| **Ship Date** | 10/31/2020 | **Case No.** | JWA2019002 - MOBILE |
| **Due Date** | 11/30/2020 | **Job No.** | OCTOBER SERVICES-FS |
| **Terms** | Net 30 Days | **Discovery Consultant** | Vincent Brunetti |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| | Forensics | | | | |
| | ------------------------------------------ | | | | |
| FOR1 | Online data storage size: up to 50GB | 1 | Each | 50.00 | 50.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 50.00 | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | Total USD: | 50.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Hamric, Tammy |
| **Sent:** | Monday, November 16, 2020 9:31 AM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: |

Online data storage

**Tammy W. Hamric**    Legal Assistant
Jones Walker LLP
D: 504.582.8617    D: 504.582.8227
thamric@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, November 16, 2020 9:31 AM
**To:** Hamric, Tammy <thamric@joneswalker.com>; Bowers, Laura <lbowers@joneswalker.com>; Damme', Ashley <adamme@joneswalker.com>; Perdreauville, Shirley <sperdreauville@joneswalker.com>; Woods, Sandra <swoods@joneswalker.com>
**Subject:** RE:

Tammy,

Please provide a brief description for the payment for section for processing

Thanks!

**Caroline Armstrong**    Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Hamric, Tammy <thamric@joneswalker.com>
**Sent:** Monday, November 16, 2020 9:27 AM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>; Bowers, Laura <lbowers@joneswalker.com>; Damme', Ashley <adamme@joneswalker.com>; Perdreauville, Shirley <sperdreauville@joneswalker.com>; Woods, Sandra <swoods@joneswalker.com>
**Subject:**


**Tammy W. Hamric**
Legal Assistant to Thomas A. Casey, Jr., Edward D. Wegmann and David G. Radlauer
D: 504.582.8617    D: 504.582.8227
thamric@joneswalker.com



Jones Walker LLP

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | November 10, 2020 |
| FILE NO. | 176960-01 | | |

PAYABLE TO:

**JANICE RUSSELL TRANSCRIPTS**
**1418 RED FOX CIRCLE**
**SEVERANCE, CO  80550**

AMOUNT | $198.85

MAIL CHECK ✓

RETURN CHECK TO

PAYMENT FOR:

Transcripts of Hearings held 11/12/20 and 11/13/20

NAME

**Mark A. Mintz**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $198.85 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com

# INVOICE

DATE        11/13/2020

INVOICE NO.    20-208

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 11/12/20 | 25 | 121.25 |

| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $121.25 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                              DATE 11/13/2020

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | November 10, 2020 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $198.85 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS**<br>**1418 RED FOX CIRCLE**<br>**SEVERANCE, CO  80550** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcripts of Hearings held 11/12/20 and 11/13/20 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $198.85 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com

# INVOICE

DATE      11/17/2020

INVOICE NO.    20-211

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 11/13/20 | 16 | 77.60 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $77.60 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                                    DATE 11/17/2020


**Trustpoint**.One

## Cost Summary Report

### Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 11/30/2020
**Due Date:** 12/31/2020
**Matter Number:** 17493200

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 54.37 GB | $10.80 | $587.20 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | n/a | $0 |
| | | | **Balance Due** | $587.20 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

# Reproduction Request

Scan ☐   Copy ☐   Print ☑

File/Ref# 17696001

**Time Needed**

Date Needed   11/9/20

Tel. Ext. _____

Name   Wiebelt, Nicole

| | | |
|---|---|---|
| ☐ By 9 A.M. | ☑ By 2 P.M. | ☐ By 7 P.M. |
| ☐ By 10 A.M | ☐ By 3 P.M. | ☐ By 8 P.M. |
| ☐ By 11 A.M. | ☐ By 4 P.M. | ☐ By 9 P.M. |
| ☐ By Noon | ☐ By 5 P.M. | ☐ By 10 P.M. |
| ☐ By 1 P.M. | ☐ By 6 P.M. | ☐ By 11 P.M. |

User No# _____   Floor 49

### Job Description

No. of Copies: 1   Item

**Paper Size:** ☑ 8-1/2 x 11  ☐ Reduction  ☐ Exactly as original
☐ 8-1/2- x 14  ☑ 1-sided  ☐ Do not unstaple originals
☐ 11 x 17  ☐ 2-sided

**Binding:** ☑ Collate  ☐ Staple  ☐ Hot Stamping
☐ Three Hole Punch  ☐ Velo Bind   Color ____
☐ GBC  ☑ Two Hole Punch (Acco)  Size ____

**Comments or Special Instructions**

Distribution: ☐ (if other than requestor)  ☐ Mailroom

to:

Page Count: 596          Time Completed: _____

Operator: _Robin_

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS,**

**Debtor**. [1]

Case No. 20-10846

Section "A"

Chapter 11

**FIFTH STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD
DECEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2020 through January 31, 2021 |
| Amount of Compensation Requested: | $611,955.00 |
| Net of 20% Holdback: | $489,564.00 |
| Amount of Expenses Requested: | $9,082.16 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $498,646.16 |

This is a:  X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 170] (the "Retention Order"), and the Chapter 11 Complex Case Order*, section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("Jones Walker") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from December 1, 2020 through January 31, 2021 (the "Fee Period"). By this fifth statement, Jones Walker seeks payment in the amount of $498,646.16, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.      Jones Walker is handling this Chapter 11 Bankruptcy Proceeding and approximately 32 other proceedings on behalf of the Debtor (the "Litigation Matters"). As such, **Exhibit A** is a summary of the Litigation Matters, which includes a breakdown by matter of the following:

a.  summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

b.  a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c.  a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2.      Attached as **Exhibit B** is a summary of this chapter 11 bankruptcy proceeding (the "Chapter 11 Bankruptcy Proceeding"), which includes a breakdown of the following:

a.  summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

b.  a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c.  a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.      Finally, attached hereto as **Exhibit C** are the itemized time records of Jones Walker professionals for the Litigation Matters and this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibit C also includes a summary of the

services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

### NOTICE

4.      Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) counsel for the Unsecured Creditors' Committee; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

5.      Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New Orleans, Louisiana
       February 25, 2021

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN
CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS**

# EXHIBIT A

## EXHIBIT A

1. **J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL**
   **FILE NUMBER: 174906-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from December 1, 2020 through January 31, 2021

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward D Wegmann | Partner | 300.00 | 72.40 | 21,720.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 53.70 | 16,110.00 |
| Allison Kingsmill | Associate | 250.00 | 84.00 | 21,000.00 |
| **TOTAL** | | | **210.10** | **$58,830.00** |

### Compensation by Project Category for Hourly Services
### for the Period from December 1, 2020 through January 31, 2021

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| B110 | Case Administration | 72.40 | 21,720.00 |
| B190 | Other Contested Matters | 84.00 | 21,000.00 |
| | **Total Administration** | **156.40** | **42,720.00** |
| | | | |
| | **Bankruptcy-Related Advice** | | |
| B410 | General Bankruptcy Advice | 53.70 | 16,110.00 |
| | **Total Bankruptcy-Related Advice** | **53.70** | **16,110.00** |
| | | | |
| | **TOTAL** | **210.10** | **$58,830.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| E106 | Computer Legal Research | 638.55 |
| E112 | Court Fees | 36.50 |
| E116 | Trial Transcripts | 87.00 |
| | **TOTAL** | **762.05** |

**TOTAL FEES AND COSTS:  $59,592.05**

**2. JAMES DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.**
   **FILE NUMBER: 174933-01**

**Compensation by Professional Person for the Hourly Services**
**for the Period from December 1, 2020 through January 31, 2021**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 5.70 | 1,710.00 |
| Wayne G. Zeringue, Jr. | Partner | 300.00 | 6.60 | 1,980.00 |
| Allison Kingsmill | Associate | 250.00 | 9.50 | 2,375.00 |
| **TOTAL** | | | **21.80** | **$6,065.00** |

**Compensation by Project Category for Hourly Services**
**for the Period from December 1, 2020 through January 31, 2021**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 5.70 | 1,710.00 |
| **B190** | Other Contested Matters | 9.50 | 2,375.00 |
| | **Total Administration** | **15.20** | **4,085.00** |
| | | | |
| | **Bankruptcy-Related Advice** | | |
| **B410** | General Bankruptcy Advice | 6.60 | 1,980.00 |
| | **Total Claims and Plan** | **6.60** | **1,980.00** |
| | | | |
| | **TOTAL** | **21.80** | **$6,065.00** |

**Disbursement Summary**

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| | **TOTAL** | **0.00** |

**TOTAL FEES AND COSTS: $6,065.00**

3. **POST-PETITION - CIVIL DISTRICT COURT MATTERS – GENERAL FILE NUMBER 175340-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from December 1, 2020 through January 31, 2021

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Allison Kingsmill | Associate | 250.00 | 8.60 | 2,150.00 |
| **TOTAL** | | | **8.60** | **$2,150.00** |

### Compensation by Project Category for Hourly Services
### for the Period from December 1, 2020 through January 31, 2021

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **Administration** | | |
| **B190** | Other Contested Matters | 8.60 | 2,150.00 |
| | **Total Administration** | **8.60** | **2,150.00** |
| | | | |
| | **TOTAL** | **8.60** | **$2,150.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|---|---|---|
| **E118** | Litigation Support | 100.00 |
| | **TOTAL** | **$100.00** |

**TOTAL FEES AND COSTS: $2,250.00**

# EXHIBIT B

**EXHIBIT B**

**THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NUMBER: 176960-01**

**Compensation by Professional Person for the Hourly Services**
**for the Period from December 1, 2020 through January 31, 2021**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 156.60 | 46,980.00 |
| Elizabeth J Futrell | Partner | 490.00 | 132.50 | 64,925.00 |
| Joseph J Lowenthal | Partner | 300.00 | 30.10 | 9,030.00 |
| Jefferson R. Tillery | Partner | 300.00 | 103.10 | 30,930.00 |
| Pauline F. Hardin | Partner | 400.00 | 15.10 | 6,040.00 |
| R. Patrick Vance | Partner | 490.00 | 122.60 | 60,074.00 |
| Wayne G. Zeringue, Jr | Partner | 300.00 | 51.20 | 15,360.00 |
| Jeffrey P. Good | Partner | 400.00 | 51.10 | 20,440.00 |
| Laura F. Ashley | Partner | 400.00 | 75.80 | 30,320.00 |
| Mark A. Mintz | Partner | 400.00 | 284.30 | 113,720.00 |
| Allison Kingsmill | Associate | 250.00 | 74.50 | 18,625.00 |
| Caroline V. McCaffrey | Associate | 250.00 | 144.90 | 36,225.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 297.80 | 74,450.00 |
| Madeleine Fischer | Partner | 300.00 | 35.90 | 10,770.00 |
| Aaron D. Washington | Paralegal | 170.00 | 0.10 | 17.00 |
| Bonnie Boudreaux | Paralegal | 170.00 | 3.60 | 612.00 |
| Georgette M. Shahien | Paralegal | 170.00 | 37.60 | 6,392.00 |
| **TOTAL** | | | **1616.80** | **$544,910.00** |

{N4141409.1}

## Compensation by Project Category for Hourly Services
### for the Period from December 1, 2020 through January 31, 2021

| Code | Description | Hours | Amount |
|------|-------------|------:|-------:|
| | **Administration** | | |
| **B110** | Case Administration | 270.10 | 87,662.00 |
| **B120** | Asset Analysis/Recovery | 20.90 | 8,330.00 |
| **B130** | Asset Disposition | 2.40 | 600.00 |
| **B140** | Relief From Stay/Protec | 2.30 | 575.00 |
| **B160** | Fee/Emplmt Applications | 64.90 | 24,862.00 |
| **B170** | Fee/Emplmt Objections | 32.70 | 9,735.00 |
| **B190** | Other Contested Matters | 867.10 | 284,894.00 |
| | **Total Administration** | **1,260.40** | **$416,658.00** |
| | | | |
| | **Operations** | | |
| **B210** | Business Operations | 43.40 | 21,234.00 |
| **B250** | Real Estate | 51.10 | 20,440.00 |
| | **Total Operations** | **94.50** | **$41,674.00** |
| | | | |
| | **Claims And Plan** | | |
| **B310** | Claims/Admn/Objections | 143.80 | 38,437.00 |
| **B320** | Plan Disclosure Stmt | 65.90 | 32,291.00 |
| | **Total Claims and Plan** | **209.70** | **$70,728.00** |
| | | | |
| | **Bankruptcy Related Advice** | | |
| **B410** | General Bankruptcy Advice | 51.20 | 15,360.00 |
| **B420** | Restructuring | 1.00 | 490.00 |
| | **Total Bankruptcy-related Advice** | **52.20** | **$15,850.00** |
| | **TOTALS** | **1,616.80** | **$544,910.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|--------:|
| **E106** | Computer Legal Research | 3,594.15 |
| **E107** | Delivery Services | 20.00 |
| **E112** | Court Fees | 723.30 |
| **E115** | Deposition Transcripts | 627.77 |
| **E116** | Trial Transcripts | 1,968.85 |
| **E118** | Litigation Support | 1,264.04 |
| **E124** | Other | 22.00 |
| | **Total** | **$8,220.11** |

**TOTAL FEES AND COSTS:  $553,130.11**

# EXHIBIT C

1237    48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF FEBRUARY 25, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL        INVOICE NO. 1065270
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
     INDEMNITY, INC., ET AL

FILE NO. 174906-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 12/01/20 | WGZ | B410 | A101 | REVIEW ALL BRIEFS AND PREPARE FOR CONFERENCE BEFORE JUDGE NORTH REGARDING DEPOSITIONS OF PRIESTS. | 1.50 | 450.00 |
| 12/01/20 | WGZ | B410 | A109 | PARTICIPATE IN CONFERENCE WITH JUDGE NORTH REGARDING SCOPE OF DEPOSITIONS OF PRIESTS. | .50 | 150.00 |
| 12/01/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING CONFERENCE WITH JUDGE NORTH AND STRATEGY. | .50 | 150.00 |
| 12/01/20 | WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH JW BANKRUPTCY TEAM REGARDING DECISION RENDERED BY JUDGE NORTH AND STRATEGY. | .30 | 90.00 |
| 12/01/20 | WGZ | B410 | A104 | FURTHER STRATEGY REGARDING DEPOSITION OF HECKER. | .20 | 60.00 |
| 12/01/20 | WGZ | B410 | A107 | TELEPHONE CONFERENCE WITH COUNSEL FOR DEFENDANT PRIEST. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE     2
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


12/01/20 WGZ    B410  A105   EMAILS WITH LITIGATION TEAM          .60        180.00
                             AND BANKRUPTCY TEAM REGARDING
                             CASE STRATEGY AND ANALYSIS OF
                             JUDGE NORTH'S RULING.

12/02/20 WGZ    B410  A107   EMAILS WITH PLAINTIFF'S              .30         90.00
                             COUNSEL REGARDING DEPOSITION
                             OF DEFENDANT HECKER.

12/02/20 WGZ    B410  A104   ANALYSIS OF ISSUES WITH             .80        240.00
                             RESPECT TO FIFTH AMENDMENT
                             AND QUESTIONING OF DEFENDANT
                             HECKER.

12/02/20 WGZ    B410  A104   RECEIVED AND REVIEWED              .30         90.00
                             MAGISTRATE NORTH'S MINUTE
                             ENTRY REGARDING RULING ON
                             SCOPE OF DEPOSITION QUESTIONS.

12/03/20 WGZ    B410  A104   REVIEW EMAILS FROM LITIGATION      .30         90.00
                             TEAM REGARDING EDITS AND
                             REVISIONS TO PROTECTIVE ORDER.

12/03/20 WGZ    B410  A104   STRATEGY REGARDING PROTECTIVE      .20         60.00
                             ORDER.

12/03/20 WGZ    B410  A104   ANALYSIS AND STRATEGY             .40        120.00
                             REGARDING APPEAL OF JUDGE
                             NORTH'S RULING.

12/03/20 WGZ    B410  A106   CONFERENCE WITH CLIENT            .30         90.00
                             REGARDING SAME.

12/03/20 WGZ    B410  A105   EMAILS WITH DEFENSE TEAM          .20         60.00
                             REGARDING STRATEGY REGARDING
                             APPEAL OF JUDGE NORTH'S
                             RULING.

12/07/20 WGZ    B410  A104   ANALYSIS OF ISSUES REGARDING      .80        240.00
                             WITNESS INVOKING FIFTH
                             AMENDMENT PRIVILEGE.

12/08/20 WGZ    B410  A105   EMAILS WITH JW TEAM REGARDING     .50        150.00
                             FIFTH AMENDMENT ISSUES.

12/10/20 AK     B190  A104   ANALYZED CHRONOLOGY OF           1.80        450.00
                             DOCUMENTS PREPARED IN J.W.
                             CASE IN ORDER TO PREPARE FOR
                             DEPOSITION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     3
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01

| 12/11/20 WGZ | B410 | A105 | CONFERENCE WITH JW TEAM AND STRATEGY REGARDING WITNESS TAKING FIFTH AMENTMENT. | .60 | 180.00 |
|---|---|---|---|---|---|
| 12/11/20 WGZ | B410 | A104 | STRATEGY REGARDING ADVERSE PRESUMPTIONS ATTACHED TO FIFTH AMENDMENT. | .40 | 120.00 |
| 12/11/20 WGZ | B410 | A104 | REVIEWED RESEARCH REGARDING FIFTH AMENDMENT ISSUES. | .50 | 150.00 |
| 12/13/20 EDW | B110 | A108 | REVIEWED ISSUES REGARDING STRATEGY REGARDING JW DOE CLAIM. | .80 | 240.00 |
| 12/13/20 WGZ | B410 | A101 | ASSISTING WITH DEPOSITION PREPARATION WITH RESPECT TO HECKER. | .50 | 150.00 |
| 12/13/20 WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO FIFTH AMENDMENT. | .40 | 120.00 |
| 12/13/20 WGZ | B410 | A104 | REVIEW DISCOVERY RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS. | .80 | 240.00 |
| 12/13/20 WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH LITIGATION TEAM REGARDING STRATEGY FOR DEPOSITION. | .50 | 150.00 |
| 12/13/20 AK | B190 | A104 | ANALYZED EXHIBITS FOR DEPOSITION OF LAWRENCE HECKER. | 1.70 | 425.00 |
| 12/13/20 AK | B190 | A104 | ANALYZED CHRONOLOGY OF EXHIBITS FOR DEPOSITION OF LAWRENCE HECKER. | .60 | 150.00 |
| 12/14/20 WGZ | B410 | A104 | STRATEGY REGARDING HECKER'S DEPOSITION AND ATTEND STRATEGY CONFERENCES WITH JW TEAM REGARDING DEPOSITION. | 1.80 | 540.00 |
| 12/14/20 WGZ | B410 | A109 | ATTEND PORTIONS OF DEPOSITION OF HECKER AND CONFER WITH LITIGATION TEAM DURING DEPOSITION. | 4.00 | 1,200.00 |
| 12/14/20 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING DEPOSITION. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    4
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


12/15/20 WGZ    B410  A109   ATTEND DEPOSITION OF HECKER.         6.20      1,860.00

12/15/20 WGZ    B410  A104   ANALYSIS AND STRATEGY                 .60        180.00
                             REGARDING DEFENSE OF CLAIM OF
                             JW DOE.

12/15/20 WGZ    B410  A106   CONFERENCE WITH CLIENT                .50        150.00
                             REGARDING STRATEGY FOR
                             DEFENSES OF ARCHDIOCESE.

12/15/20 AK     B190  A105   PREPARED WITH MR. TILLREY             .20         50.00
                             DEPOSITION OF HECKER.

12/16/20 WGZ    B410  A105   SEVERAL EMAILS WITH JW TEAM           .40        120.00
                             REGARDING HECKER DEPOSITION.

12/22/20 AK     B190  A103   ANALYZED EXHIBITS OF                 1.60        400.00
                             DEPOSITION OF LAWRENCE HECKER
                             IN ORDER TO PREPARE FOR
                             MEDIATION.

12/22/20 AK     B190  A103   PREPARED CHRONOLOGY OF              1.70        425.00
                             DEPOSITION TRANSCRIPT OF
                             LAWRENCE HECKER.

12/22/20 AK     B190  A103   WORKED ON SUMMARY OF               1.90        475.00
                             DOCUMENTS INTRODUCED AS
                             EXHIBITS IN DEPOSITION OF
                             LAWRENCE HECKER IN ORDER TO
                             PREPARE FOR MEDIATIONS.

12/23/20 EDW    B110  A108   RECEIVED AND REVIEWED MOTION          .90        270.00
                             TO UNSEAL FR. HECKER
                             DEPOSITION.

12/23/20 EDW    B110  A104   RECEIVED AND REVIEWED REQUEST         .10         30.00
                             FOR ORAL ARGUMENT.

12/23/20 EDW    B110  A107   COMMUNICATIONS WITH                   .20         60.00
                             CO-COUNSEL REGARDING MOTION
                             TO UNSEAL FR. HECKER'S
                             DEPOSITION.

12/23/20 EDW    B110  A104   REVIEWED ISSUES REGARDING             .50        150.00
                             MOTION TO UNSEAL.

12/23/20 AK     B190  A104   ANALYZED MOTION TO UNSEAL             .60        150.00
                             DOCUMENTS IN ORDER TO PREPARE
                             OPPOSITION.

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    5
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01
```

| | | | | | |
|---|---|---|---|---|---|
| 12/23/20 AK | B190 | A102 | CALCULATED DEADLINE TO RESPOND TO MOTION TO UNSEAL DOCUMENTS. | .10 | 25.00 |
| 12/23/20 AK | B190 | A102 | REVIEWED HEARING DATES ON JUDGE NORTH'S CALENDAR IN ORDER TO PREPARE FOR ORAL ARGUMENT. | .10 | 25.00 |
| 12/23/20 AK | B190 | A104 | ANALYZED MOTION TO COMPEL ATTORNEY DEPOSITIONS IN ORDER TO PREPARE RESPONSE TO MOTION TO UNSEAL DOCUMENTS. | .40 | 100.00 |
| 12/23/20 AK | B190 | A104 | ANALYZED MOTION FOR PROTECTIVE ORDER FILED IN STATE COURT IN ORDER TO PREPARE RESPONSE TO MOTION TO UNSEAL RECORDS. | .30 | 75.00 |
| 12/23/20 AK | B190 | A104 | ANALYZED VARIOUS SIGNED PROTECTIVE ORDERS ENTERED IN STATE COURT CASES IN ORDER TO PREPARE RESPONSE TO MOTION TO UNSEAL RECORDS. | .30 | 75.00 |
| 12/23/20 AK | B190 | A103 | PREPARED CHRONOLOGY OF DEPOSITION TRANSCRIPT OF LAWRENCE HECKER. | 1.80 | 450.00 |
| 12/24/20 EDW | B110 | A104 | CONTINUED REVIEW OF ISSUES REGARDING MOTION TO UNSEAL DEPOSITION OF FR. HECKER. | .50 | 150.00 |
| 12/26/20 WGZ | B410 | A104 | ANALYSIS OF MOTION TO UNSEAL DEPOSITION AND DOCUMENTS AND SUPPORTING EXHIBITS. | .90 | 270.00 |
| 12/26/20 WGZ | B410 | A104 | STRATEGY REGARDING SAME MOTION TO UNSEAL. | .50 | 150.00 |
| 12/26/20 WGZ | B410 | A105 | PARTICIPATE IN STRATEGY SESSION WITH BANKRUPTCY TEAM REGARDING MOTION TO UNSEAL. | 1.00 | 300.00 |
| 12/26/20 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING MOTION TO UNSEAL. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    6
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01

| | | | | | |
|---|---|---|---|---|---|
| 12/26/20 WGZ | B410 | A104 | CONSIDERATION OF PUBLIC RELATIONS ISSUES WITH RESPECT TO MOTION TO UNSEAL. | .50 | 150.00 |
| 12/26/20 AK | B190 | A104 | ANALYZED MOTION TO UNSEAL DOCUMENTS IN ORDER TO PREPARE OPPOSITION. | .30 | 75.00 |
| 12/26/20 AK | B190 | A103 | PREPARED CHRONOLOGY OF DEPOSITION TRANSCRIPT OF LAWRENCE HECKER. | 2.60 | 650.00 |
| 12/26/20 AK | B190 | A105 | WORKED WITH MR. WEGMANN ON RESPONSE TO MOTION TO UNSEAL DOCUMENTS. | .90 | 225.00 |
| 12/26/20 AK | B190 | A103 | PREPARED MEMO TO MRS. FISCHER REGARDING OPPOSITION TO MOTION TO UNSEAL DOCUMENTS. | 1.40 | 350.00 |
| 12/27/20 WGZ | B410 | A104 | FURTHER STRATEGY AND ANALYSIS OF MOTION TO UNSEAL HECKER'S DEPOSITION AND DOCUMENTS. | .80 | 240.00 |
| 12/27/20 WGZ | B410 | A104 | ANALYSIS OF DOCUMENTS SOUGHT TO BE UNSEALED. | .70 | 210.00 |
| 12/27/20 AK | B190 | A102 | ANALYZED RESEARCH REGARDING CONFIDENTIALITY OF DOCUMENTS IN ORDER TO RESPOND TO MOTION TO UNSEAL DOCUMENTS. | .80 | 200.00 |
| 12/28/20 EDW | B110 | A108 | REVIEWED ISSUES REGARDING ABUSE ALLEGATIONS MADE BY JW DOE. | .90 | 270.00 |
| 12/28/20 EDW | B110 | A108 | WORKED ON ISSUES REGARDING JW DOE MOTION TO UNSEAL DOCUMENTS OF THE ARCHDIOCESE PRODUCED IN DISCOVERY. | 1.50 | 450.00 |
| 12/28/20 EDW | B110 | A104 | REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING ABUSE CLAIMS AND FORMULATED RESPONSE TO CLIENT. | .80 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE     7
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


12/28/20 EDW    B110  A104    REVIEWED DEPOSITION OF FATHER        2.00         600.00
                              HECKER REGARDING ABUSE CLAIMS
                              AND DOCUMENTS OF THE
                              ARCHDIOCESE.

12/28/20 EDW    B110  A104    REVIEWED ISSUES REGARDING             .50         150.00
                              PROTECTIVE ORDER IN JW DOE
                              AND JAMES DOE.

12/28/20 WGZ    B410  A104    STRATEGY REGARDING OPPOSING           .80         240.00
                              PLAINTIFF'S MOTION TO UNSEAL
                              HECKER'S DEPOSITION AND
                              ISSUES REGARDING PROTECTIVE
                              ORDER.

12/28/20 WGZ    B410  A105    STRATEGY REGARDING PUBLIC            .60          180.00
                              RELATIONS ISSUES WITH
                              LITIGATION TEAM.

12/28/20 WGZ    B410  A106    EMAILS AND COMMUNICATIONS            .80          240.00
                              WITH CLIENT REGARDING PUBLIC
                              RELATIONS ISSUES.

12/28/20 AK     B190  A105    CORRESPONDENCE TO MRS.              .30           75.00
                              FISCHER REGARDING CHRONOLOGY
                              OF EVENTS IN STATE COURT IN
                              ORDER TO PREPARE PROTECTIVE
                              ORDER.

12/29/20 EDW    B110  A104    CONTINUED WORK ON ISSUES            .90          270.00
                              REGARDING JW DOW VIOLATION OF
                              THE STAY AND BRIEF IN SUPPORT.

12/29/20 EDW    B110  A104    REVIEWED ISSUES REGARDING           .50          150.00
                              MOTION TO UNSEAL DEPOSITION
                              OF LAWRENCE HECKER.

12/29/20 EDW    B110  A104    REVIEWED DOCUMENTS PRODUCED        1.50          450.00
                              BY ARCHDIOCESE REGARDING
                              CONFIDENTIALITY DESIGNATIONS.

12/29/20 EDW    B110  A104    REVIEWED LAWRENCE HECKER           2.30          690.00
                              DEPOSITION REGARDING
                              CONFIDENTIALITY DESIGNATIONS.

12/29/20 EDW    B110  A104    REVIEWED ALLEGATIONS OF            2.00          600.00
                              MISCONDUCT BY THE ARCHDIOCESE
                              IN THE MOTION AND
                              INVESTIGATED SAME.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   8
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


| | | | | | |
|---|---|---|---|---|---|
| 12/29/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE FROM EASTERN DISTRICT, LOUISIANA REGARDING MOTION TO UNSEAL. | .10 | 30.00 |
| 12/29/20 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH COUNSEL FOR THE ARCHDIOCESE, MR. BORDELON, MR. CAPITELLI AND MR. RICHARD, REGARDING JW DOE CLAIMS. | .90 | 270.00 |
| 12/29/20 EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING VIOLATION OF STAY. | .10 | 30.00 |
| 12/29/20 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING OPPOSITION TO PLAINTIFF'S MOTION. | .50 | 150.00 |
| 12/29/20 WGZ | B410 | A105 | NUMEROUS EMAILS WITH LITIGATION TEAM REGARDING PLAINTIFF'S MOTION TO LIFT CONFIDENTIALITY DESIGNATIONS. | .50 | 150.00 |
| 12/29/20 WGZ | B410 | A104 | STRATEGY REGARDING OPPOSING PLAINTIFF'S MOTION. | .80 | 240.00 |
| 12/29/20 AK | B190 | A104 | IDENTIFIED EXHIBITS ATTACHED TO DEPOSITION OF LAWRENCE HECKER THAT WERE NOT LABELED CONFIDENTIAL. | .90 | 225.00 |
| 12/29/20 AK | B190 | A104 | ANALYZED MINUTE ENTRIES ENTERED BY COURT IN ORDER TO PREPARE OPPOSITION TO MOTION TO UNSEAL RECORDS. | .20 | 50.00 |
| 12/29/20 AK | B190 | A102 | RESEARCHED FEDERAL CASES REGARDING LIMITATIONS ON INTRODUCTION OF EXHIBITS DURING DEPOSITION IN ORDER TO PREPARE OPPOSITION TO MOTION TO UNSEAL RECORDS. | 1.10 | 275.00 |
| 12/30/20 EDW | B110 | A108 | INVESTIGATED CLAIMS AND INTERVIEWED THREE WITNESSES. | 2.50 | 750.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    9
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


12/30/20 EDW    B110  A106   REVIEWED COMMUNICATIONS WITH        .20        60.00
                             CLIENT REGARDING MOTION FOR
                             VIOLATION OF THE STAY.

12/30/20 EDW    B110  A103   WORKED ON PROTECTIVE ORDER.        1.30       390.00

12/30/20 EDW    B110  A104   REVIEWED LAWRENCE HECKER           1.50       450.00
                             DEPOSITION REGARDING CLAIMS
                             ISSUES.

12/30/20 AK     B190  A104   ANALYZED EXCERPTS OF                .60       150.00
                             DEPOSITION TRANSCRIPT IN
                             ORDER TO PREPARE OPPOSITION
                             TO MOTION TO UNSEAL RECORDS.

12/30/20 AK     B190  A104   RESEARCHED CASES REGARDING        1.70       425.00
                             CONFIDENTIALITY OF DOCUMENTS
                             AND USE BY MEDIA IN ORDER TO
                             PREPARE MOTION FOR PROTECTIVE
                             ORDER AND RESPONSE TO MOTION
                             TO UNSEAL RECORDS.

12/31/20 EDW    B110  A104   REVIEWED RESEARCH REGARDING       2.50       750.00
                             CHILD ABUSE CLAIMS.

12/31/20 AK     B190  A104   WORKED WITH MR. WEGMANN ON         .30        75.00
                             RESPONSE TO MOTION TO UNSEAL
                             DOCUMENTS.

12/31/20 AK     B190  A104   ANALYZED EXCERPTS OF               .40       100.00
                             DEPOSITION TRANSCRIPT IN
                             ORDER TO PREPARE OPPOSITION
                             TO MOTION TO UNSEAL RECORDS.

12/31/20 AK     B190  A103   ANALYZED MOTION FOR SANCTIONS      .60       150.00
                             IN ORDER TO PREPARE
                             OPPOSITION TO MOTION TO
                             UNSEAL RECORDS.

12/31/20 AK     B190  A103   PREPARED MEMO TO MRS. FISCHER      .60       150.00
                             REGARDING OPPOSITION TO
                             MOTION TO UNSEAL RECORDS AND
                             MOTION FOR PROTECTIVE ORDER.

12/31/20 AK     B190  A103   PREPARED CHART OF EXHIBITS        2.20       550.00
                             ACTUALLY INTRODUCED AT
                             DEPOSITION OF LAWRENCE HECKER
                             IN ORDER TO PREPARE
                             OPPOSITION TO MOTION TO
                             UNSEAL RECORDS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   10
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


| 12/31/20 AK | B190 | A103 | PREPARED MEMO REGARDING DEPOSITION EXHIBITS TO MRS. FISCHER. | .30 | 75.00 |
|---|---|---|---|---|---|
| 01/02/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONFIDENTIALITY DESIGNATIONS AND OPPOSITION TO MOTION TO UNSEAL. | 1.50 | 450.00 |
| 01/03/21 WGZ | B410 | A104 | STRATEGY WITH RESPECT TO OPPOSING PLAINTIFF'S MOTION TO UNSEAL DEPOSITION. | .60 | 180.00 |
| 01/03/21 WGZ | B410 | A104 | ANALYSIS OF HECKER'S DEPOSITION TESTIMONY. | 1.50 | 450.00 |
| 01/04/21 EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER AND MINUTE ENTRY FOR STATUS CONFERENCE. | .10 | 30.00 |
| 01/04/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO UNSEAL. | 2.50 | 750.00 |
| 01/04/21 WGZ | B410 | A104 | EMAIL FROM PLAINTIFF'S COUNSEL PROVIDING PLEADINGS IN BANKRUPTCY CASE TO JUDGE NORTH REGARDING MOTION FOR RELIEF FOR VIOLATION OF STAY. | .60 | 180.00 |
| 01/04/21 WGZ | B410 | A104 | STRATEGY REGARDING PLAINTIFF'S REQUEST FOR HEARING BEFORE JUDGE NORTH. | .40 | 120.00 |
| 01/04/21 AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 1.80 | 450.00 |
| 01/04/21 AK | B190 | A103 | PREPARED ORDER FOR MOTION TO CONTINUE. | .10 | 25.00 |
| 01/04/21 AK | B190 | A103 | PREPARED ORDER FOR MOTION FOR EXPEDITED CONSIDERATION. | .10 | 25.00 |
| 01/04/21 AK | B190 | A103 | PREPARED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE. | 2.10 | 525.00 |
| 01/04/21 AK | B190 | A103 | REVISED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE. | .40 | 100.00 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   11
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01
```

| | | | | | |
|---|---|---|---|---|---|
| 01/04/21 AK | B190 | A103 | WORKED ON MOTION TO CONTINUE. | 1.20 | 300.00 |
| 01/04/21 AK | B190 | A103 | WORKED ON MOTION FOR EXPEDITED CONSIDERATION. | .60 | 150.00 |
| 01/05/21 EDW | B110 | A103 | REVIEWED AND REVISED MOTION TO CONTINUE SUBMISSION DATE. | 1.50 | 450.00 |
| 01/05/21 AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.20 | 550.00 |
| 01/05/21 AK | B190 | A103 | REVISED MOTION TO CONTINUE. | 1.90 | 475.00 |
| 01/06/21 EDW | B110 | A109 | ATTENDED STATUS CONFERENCE WITH MAGISTRATE JUDGE NORTH REGARDING MOTIONS. | .40 | 120.00 |
| 01/06/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BORDELON REGARDING ISSUES. | .10 | 30.00 |
| 01/06/21 EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING ISSUES. | .10 | 30.00 |
| 01/06/21 EDW | B110 | A107 | ELECTRONIC MEMO TO MR. BORDELON REGARDING ISSUES. | .10 | 30.00 |
| 01/06/21 EDW | B110 | A103 | CONTINUED WORK ON MOTION TO UNSEAL AND CONFIDENTIAL RECORDS OF THE ARCHDIOCESE. | 2.50 | 750.00 |
| 01/06/21 AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.10 | 525.00 |
| 01/07/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING PROTECTIVE ORDER AND HANDLING OF MOTION TO UNSEAL. | 2.50 | 750.00 |
| 01/07/21 EDW | B110 | A104 | RECEIVED AND REVIEWED OPPOSITION TO ARCHDIOCESE'S MOTION TO CONTINUE SUBMISSION DATE. | .30 | 90.00 |
| 01/07/21 AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.40 | 600.00 |
| 01/08/21 EDW | B110 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.50 | 750.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   12
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


| 01/08/21 | EDW | B110 | A107 | TELEPHONE CALL TO MR. REDMANN REGARDING MOTION TO UNSEAL. | .10 | 30.00 |
|---|---|---|---|---|---|---|
| 01/08/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM MAGISTRATE JUDGE NORTH DENYING MOTION TO CONTINUE SUBMISSION DATE REGARDING MOTION TO UNSEAL. | .10 | 30.00 |
| 01/08/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED COMMUNICATIONS FROM CO-COUNSEL REGARDING MOTION AND QUESTIONS REGARDING MOTION. | .10 | 30.00 |
| 01/08/21 | AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.30 | 575.00 |
| 01/08/21 | AK | B190 | A104 | ANALYZED EXHIBITS TO DEPOSITION IN ORDER TO PREPARE OPPOSITION TO MOTION TO UNSEAL. | .80 | 200.00 |
| 01/09/21 | EDW | B110 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL AND REVIEWED AND REVISED OPPOSITION MEMORANDUM. | 4.10 | 1,230.00 |
| 01/09/21 | WGZ | B410 | A105 | NUMEROUS EMAILS WITH CASE TEAM REGARDING OPPOSITION TO MOTION TO UNSEAL HECKER'S DEPOSITION. | .30 | 90.00 |
| 01/09/21 | WGZ | B410 | A104 | STRATEGY AND WORK ON OPPOSITION MEMORANDUM | .50 | 150.00 |
| 01/09/21 | WGZ | B410 | A104 | CONTINUE ANALYSIS OF MOTION TO DEPOSE ATTORNEYS FILED IN STATE COURT AND EFFORTS TO UNSEAL SAME. | .70 | 210.00 |
| 01/09/21 | WGZ | B410 | A104 | ANALYSIS OF ARGUMENTS REGARDING CRIMINAL STATUTES. | .30 | 90.00 |
| 01/09/21 | AK | B190 | A103 | WORKED ON AFFIDAVIT IN OPPOSITION TO MOTION TO SEAL. | 1.80 | 450.00 |
| 01/09/21 | AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.80 | 700.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   13
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


01/10/21 EDW    B110  A103   CONTINUED WORK ON OPPOSITION        .90         270.00
                             TO MOTION TO UNSEAL.

01/10/21 WGZ    B410  A103   WORKING ON OPPOSITION TO           1.00         300.00
                             PLAINTIFF'S MOTION TO UNSEAL
                             DEPOSITION OF L. HECKER AND
                             ARCHDIOCESE'S DISCOVERY
                             RESPONSES.

01/10/21 WGZ    B410  A104   STRATEGY REGARDING ARGUMENTS        .90         270.00
                             IN OPPOSITION.

01/10/21 AK     B190  A103   WORKED ON OPPOSITION TO            3.20         800.00
                             MOTION TO UNSEAL.

01/11/21 EDW    B110  A104   REVIEWED HECKER DOCUMENTS AND      1.50         450.00
                             DEPOSITION IN CONNECTION WITH
                             DRAFTING O0PPOSITION TO
                             MOTION TO UNSEAL.

01/11/21 EDW    B110  A104   REVISED DRAFT OF THE              3.00         900.00
                             ARCHDIOCESE'S OPPOSITION TO
                             MOTION TO UNSEAL.

01/11/21 EDW    B110  A104   REVIEWED DRAFT OF DECLARATION      .10          30.00
                             OF LEE LEUMAS.

01/11/21 WGZ    B410  A104   STRATEGY REGARDING ARGUMENTS       .60         180.00
                             TO OPPOSE PLAINTIFF'S MOTION
                             TO UNSEAL.

01/11/21 WGZ    B410  A105   EMAILS WITH JW TEAM REGARDING      .50         150.00
                             STRATEGY AND OPPOSITION TO
                             MOTION TO UNSEAL.

01/11/21 WGZ    B410  A103   WORKING ON EDITS AND              1.20         360.00
                             REVISIONS TO OPPOSITION
                             MEMORANDUM TO MOTION TO
                             UNSEAL.

01/11/21 AK     B190  A102   ANALYZED LOCAL RULES               .10          25.00
                             REGARDING MOTIONS TO SEAL.

01/11/21 AK     B190  A104   ANALYZED ARCHDIOCESE POLICIES      .60         150.00
                             IN ORDER TO PREPARE INSERT
                             FOR OPPOSITION TO MOTION TO
                             UNSEAL.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   14
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


01/11/21 AK    B190  A102  RESEARCHED CASES CITED BY           1.90        475.00
                           PLAINTIFF IN MOTION TO UNSEAL
                           IN ORDER TO PREPARE
                           OPPOSITION.

01/11/21 AK    B190  A102  RESEARCHED CASES REGARDING           .60        150.00
                           DEFAMATION IN ORDER TO
                           PREPARE OPPOSITION TO MOTION
                           TO UNSEAL.

01/11/21 AK    B190  A103  ANALYZED RESEARCH REGARDING          .40        100.00
                           MOTION TO DEPOSE ATTORNEYS IN
                           ORDER TO PREPARE OPPOSITION
                           TO MOTION TO UNSEAL.

01/11/21 AK    B190  A103  WORKED ON OPPOSITION TO            3.60        900.00
                           MOTION TO UNSEAL.

01/11/21 AK    B190  A103  PREPARED MOTION TO SEAL            .80        200.00
                           OPPOSITION TO MOTION TO
                           UNSEAL.

01/11/21 AK    B190  A104  ANALYZED HECKER'S DEPOSITION       1.20        300.00
                           FOR CITES TO INCLUDE IN
                           OPPOSITION TO MOTION TO
                           UNSEAL.

01/12/21 EDW   B110  A104  RECEIVED AND REVIEWED              .10         30.00
                           ELECTRONIC MEMO FROM MR.
                           BORDELON REGARDING OPPOSITION
                           TO MOTION TO UNSEAL.

01/12/21 EDW   B110  A104  REVIEWED ISSUES REGARDING          .20         60.00
                           RESPONDING TO UCC'S QUESTIONS
                           REGARDING MOTION TO UNSEAL.

01/12/21 EDW   B110  A104  REVIEWED AND REVISED             1.80        540.00
                           MEMORANDUM IN OPPOSITION TO
                           MOTION TO UNSEAL.

01/12/21 EDW   B110  A104  TELEPHONE CALL FROM MR.            .10         30.00
                           REDMANN REGARDING OPPOSITION
                           TO MOTION TO UNSEAL.

01/12/21 EDW   B110  A106  ELECTRONIC MEMO TO CLIENT          .10         30.00
                           REGARDING OPPOSITION TO
                           MOTION TO UNSEAL.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  15
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


01/12/21 EDW    B110   A104   REVIEWED HECKER DEPOSITION           .80          240.00
                              REGARDING CONFIDENTIALITY
                              DESIGNATIONS.

01/12/21 WGZ    B410   A106   EMAILS AND COMMUNICATIONS            .50          150.00
                              WITH CLIENT REGARDING
                              PUBLICATIONS AND PRESS
                              RELEASES REGARDING LIST AND
                              REGARDING HECKER.

01/12/21 WGZ    B410   A107   SEVERAL EMAILS AND TELEPHONE         .60          180.00
                              CALLS WITH OUTSIDE COUNSEL
                              COORDINATING STRATEGY FOR
                              OPPOSITION TO MOTION TO
                              UNSEAL.

01/12/21 WGZ    B410   A105   STRATEGY MEETING WITH JW TEAM        .40          120.00
                              REGARDING OPPOSITION TO
                              MOTION.

01/12/21 WGZ    B410   A104   ANALYSIS OF ARGUMENT                 .90          270.00
                              PRESENTED BY COUNSEL FOR
                              ATTORNEYS.

01/12/21 WGZ    B410   A106   TELEPHONE CONVERSATION WITH          .60          180.00
                              CLIENT AND EMAILS WITH CLIENT
                              REGARDING PRESS AND MEDIA
                              ISSUES WITH RESPECT TO HECKER.

01/12/21 WGZ    B410   A103   WORKING ON OPPOSITION               1.00          300.00
                              MEMORANDUM TO MOTION TO
                              UNSEAL.

01/12/21 AK     B190   A103   INCORPORATED MR. WEGMANN'S           .80          200.00
                              EDITS TO OPPOSITION TO MOTION
                              TO UNSEAL.

01/12/21 AK     B190   A104   ANALYZED HECKER'S DEPOSITION        1.10          275.00
                              FOR CITES TO INCLUDE IN
                              OPPOSITION TO MOTION TO
                              UNSEAL.

01/12/21 AK     B190   A104   RESEARCHED CASES REGARDING           .90          225.00
                              CONFIDENTIALITY DESIGNATIONS
                              IN ORDER TO PREPARE
                              DECLARATION IN SUPPORT OF
                              OPPOSITION TO MOTION TO
                              UNSEAL.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   16
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


| 01/12/21 AK | B190 | A104 | ANALYZED DECLARATION FILED IN BANKRUPTCY COURT IN ORDER TO PREPARE DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO UNSEAL. | .20 | 50.00 |
|---|---|---|---|---|---|
| 01/12/21 AK | B190 | A102 | ANALYZED CASES REGARDING SEALING DOCUMENTS IN ABUSE CASES IN ORDER TO PREPARE OPPOSITION TO MOTION TO UNSEAL. | 1.30 | 325.00 |
| 01/12/21 AK | B190 | A103 | PREPARED DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO UNSEAL. | 1.60 | 400.00 |
| 01/12/21 AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.60 | 650.00 |
| 01/12/21 AK | B190 | A103 | WORKED ON PROPOSED REDACTIONS TO DEPOSITION OF LAWRENCE HECKER. | .80 | 200.00 |
| 01/13/21 EDW | B110 | A103 | REVISED OPPOSITION TO MOTION TO UNSEAL. | 2.50 | 750.00 |
| 01/13/21 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING OPPOSITION TO MOTION TO UNSEAL. | .50 | 150.00 |
| 01/13/21 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING AFFIDAVIT OF DR. LEUMAS. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING OPPOSITION MEMORANDUM TO MOTION TO UNSEAL. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM DR. LEUMAS REGARDING DECLARATION. | .10 | 30.00 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   17
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/13/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING OPPOSITION TO MOTION TO UNSEAL. | .10 | 30.00 |
| 01/13/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED MOTION TO SEAL FILED BY THE ARCHDIOCESE ATTORNEYS WITH SEAL OPPOSITION TO MOTION TO UNSEAL AND MOTION TO INTERVENE. | .50 | 150.00 |
| 01/13/21 | WGZ | B410 | A104 | STRATEGY REGARDING INVOLVEMENT OF ATTORNEYS FOR RCCANO AND THEIR OPPOSITION. | .40 | 120.00 |
| 01/13/21 | WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING REVISIONS AND EDITS TO OPPOSITION TO MOTION TO UNSEAL. | .50 | 150.00 |
| 01/13/21 | WGZ | B410 | A103 | WORKING ON OPPOSITION MEMORANDUM. | .40 | 120.00 |
| 01/13/21 | WGZ | B410 | A104 | REVIEW AND ANALYSIS OF MOTION TO INTERVENE AND OPPOSITION PLEADINGS FILED BY ATTORNEYS FOR RCCANO. | .70 | 210.00 |
| 01/13/21 | WGZ | B410 | A109 | PARTICIPATE IN CONFERENCE WITH ATTORNEYS FOR RCCANO AND JW TEAM. | .60 | 180.00 |
| 01/13/21 | AK | B190 | A103 | INCORPORATED MR. WEGMANN'S EDITS TO OPPOSITION TO MOTION TO UNSEAL. | .70 | 175.00 |
| 01/13/21 | AK | B190 | A103 | REVISED OPPOSITION TO MOTION TO UNSEAL. | 1.60 | 400.00 |
| 01/13/21 | AK | B190 | A103 | WORKED ON OPPOSITION TO MOTION TO UNSEAL. | 2.30 | 575.00 |
| 01/13/21 | AK | B190 | A103 | WORKED ON PROPOSED REDACTIONS TO DEPOSITION OF LAWRENCE HECKER. | 1.10 | 275.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   18
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01

01/13/21 AK      B190  A103   REVISED DECLARATION IN              .70        175.00
                              SUPPORT OF OPPOSITION TO
                              MOTION TO UNSEAL.

01/14/21 EDW     B110  A104   RECEIVED AND REVIEWED               .20         60.00
                              RESPONSE TO THE ARCHDIOCESE
                              ATTORNEYS MOTION TO INTERVENE.

01/14/21 EDW     B110  A104   RECEIVED AND REVIEWED               .10         30.00
                              HECKER'S OPPOSITION TO MOTION
                              TO UNSEAL.

01/15/21 EDW     B110  A101   PREPARING FOR ARGUMENT             1.30        390.00
                              REGARDING MOTION TO UNSEAL.

01/15/21 EDW     B110  A104   RECEIVED AND REVIEWED NOTICE        .10         30.00
                              OF CONTINUANCE REGARDING
                              HEARING ON MOTION TO UNSEAL.

01/15/21 WGZ     B410  A105   EMAILS AND TELEPHONE CALLS          .30         90.00
                              WITH JW TEAM REGARDING
                              BUMPING OF HEARING DATE BY
                              JUDGE NORTH.

01/15/21 WGZ     B410  A106   CONFERENCE WITH CLIENT              .30         90.00
                              REGARDING SAME.

01/17/21 EDW     B110  A104   REVIEWED STATUS REGARDING           .10         30.00
                              HEARING ON MOTION TO UNSEAL.

01/17/21 EDW     B110  A104   REVIEWED COMMUNICATIONS WITH        .20         60.00
                              DEFENSE COUNSEL REGARDING
                              CURRENT ISSUES AND MOTIONS.

01/17/21 EDW     B110  A107   COMMUNICATIONS WITH                 .20         60.00
                              CO-COUNSEL REGARDING HEARING
                              ON MOTION TO UNSEAL.

01/18/21 EDW     B110  A104   REVIEWED REPLY BRIEF IN             .80        240.00
                              SUPPORT OF MOTION TO UNSEAL.

01/18/21 EDW     B110  A104   RECEIVED AND REVIEWED NOTICE        .00          .00
                              FROM EASTERN DISTRICT,
                              LOUISIANA REGARDING MOTION TO
                              FILE REPLY BRIEF.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   19
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 01/18/21 | AK | B190 | A103 | ANALYZED REPLY MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL IN ORDER TO PREPARE FOR HEARING. | .20 | 50.00 |
| 01/18/21 | AK | B190 | A103 | ANALYZED BRIEFS FILED BY ATTORNEYS IN OPPOSITION TO MOTION TO UNSEAL IN ORDER TO PREPARE FOR HEARING. | .60 | 150.00 |
| 01/19/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING HEARING ON MOTION TO UNSEAL. | .00 | .00 |
| 01/19/21 | WGZ | B410 | A104 | ANALYSIS OF HECKER OPPOSITION MEMORANDUM. | .30 | 90.00 |
| 01/19/21 | WGZ | B410 | A104 | RECEIVED AND REVIEWED ELECTRONIC NOTICE OF ORDER ALLOWING HECKER TO FILE OPPOSITION. | .10 | 30.00 |
| 01/20/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING HEARING ON MOTION TO UNSEAL. | .00 | .00 |
| 01/20/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE NORTH CONTINUING HEARING ON MOTION TO UNSEAL. | .10 | 30.00 |
| 01/20/21 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING CONTINUANCE OF HEARING BEFORE JUDGE NORTH. | .10 | 30.00 |
| 01/21/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO UNSEAL AND HANDLING REGARDING SAME. | .50 | 150.00 |
| 01/23/21 | EDW | B110 | A104 | REVIEWED PLEADINGS AND PREPARING FOR ORAL ARGUMENT REGARDING MOTION TO UNSEAL. | 3.20 | 960.00 |
| 01/24/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO UNSEAL. | .80 | 240.00 |
| 01/25/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED E-MAIL FROM JUDGE NORTH REGARDING CLOSED/SEALED HEARING ON MOTION TO UNSEAL. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   20
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


01/25/21 EDW    B110  A104   REVIEWED TRANSCRIPT OF              .50        150.00
                            SANCTIONS HEARING IN
                            PREPARATION FOR HEARING ON
                            MOTION TO UNSEAL.

01/25/21 EDW    B110  A107   COMMUNICATIONS WITH                 .20         60.00
                            CO-COUNSEL REGARDING MOTION
                            TO UNSEAL.

01/26/21 EDW    B110  A107   TELEPHONE CONFERENCE WITH           .80        240.00
                            CO-COUNSEL REGARDING
                            PREPARATION FOR HEARING ON
                            MOTION TO UNSEAL.

01/26/21 EDW    B110  A103   DRAFTED OUTLINE REGARDING          2.50        750.00
                            HEARING ON MOTION TO UNSEAL.

01/26/21 WGZ    B410  A104   STRATEGY REGARDING ARGUMENT         .30         90.00
                            FOR MOTION BEFORE JUDGE NORTH.

01/26/21 WGZ    B410  A107   PARTICIPATE IN CALL WITH            .50        150.00
                            OUTSIDE COUNSEL REGARDING
                            ARGUMENTS BEFORE JUDGE NORTH
                            WITH RESPECT TO MOTION TO
                            UNSEAL.

01/26/21 AK     B190  A103   PREPARED MEMO TO MR. WEGMANN        .70        175.00
                            REGARDING DEPOSITION AND
                            EXHIBITS IN ORDER TO PREPARE
                            FOR HEARING ON MOTION TO
                            UNSEAL.

01/26/21 AK     B190  A104   ANALYZED EXHIBITS REFERRED TO       .40        100.00
                            IN DEPOSITION IN ORDER TO
                            PREPARING FOR HEARING ON
                            MOTION TO UNSEAL.

01/27/21 EDW    B110  A104   REVIEWED HECKER DEPOSITION         1.50        450.00
                            AND EXHIBITS IN PREPARATION
                            FOR HEARING ON MOTION TO
                            UNSEAL.

01/27/21 EDW    B110  A109   ATTENDED ZOOM HEARING ON          1.00        300.00
                            MOTION TO UNSEAL.

01/27/21 EDW    B110  A106   TELEPHONE CONFERENCE WITH           .50        150.00
                            CLIENT REGARDING OUTSTANDING
                            ISSUES AND HEARING ON MOTION
                            TO UNSEAL.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   21
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


01/27/21 EDW    B110   A107   RECEIVED AND REVIEWED E-MAIL            .10          30.00
                              FROM CO-COUNSEL REGARDING
                              REQUEST FOR INFORMATION.

01/27/21 EDW    B110   A107   E-MAIL TO CO-COUNSEL WITH               .10          30.00
                              INFORMATION REQUESTED.

01/27/21 EDW    B110   A103   REGARDING REPORT TO CLIENT              .40         120.00
                              REGARDING HEARING ON MOTION
                              TO UNSEAL.

01/27/21 WGZ    B410   A105   EMAIL WITH LITIGATION TEAM              .20          60.00
                              REGARDING STRATEGY FOR
                              HEARING BEFORE JUDGE NORTH.

01/27/21 WGZ    B410   A104   ANALYSIS OF ARGUMENTS FOR              .40         120.00
                              HEARING BEFORE JUDGE NORTH.

01/27/21 WGZ    B410   A105   TELEPHONE CONFERENCE WITH J.            .30          90.00
                              TILLERY REGARDING STRATEGY
                              FOR HEARING BEFORE JUDGE
                              NORTH.

01/27/21 AK     B190   A109   ATTENDED HEARING ON MOTION TO         1.00         250.00
                              UNSEAL.

01/27/21 AK     B190   A103   TRANSCRIBED NOTES REGARDING            .20          50.00
                              MOTION TO UNSEAL.

01/27/21 AK     B190   A104   ANALYZED PLEADINGS IN                 1.90         475.00
                              CONNECTION WITH MOTION TO
                              UNSEAL IN ORDER TO PREPARE
                              FOR HEARING ON SAME.

01/28/21 EDW    B110   A104   REVIEWED MINUTE ENTRY FROM             .20          60.00
                              JUDGE NORTH REGARDING MOTION
                              TO UNSEAL.

01/28/21 EDW    B110   A104   REVIEWED PROTECTIVE ORDER              .50         150.00
                              ISSUES AND STRATEGY.

01/29/21 EDW    B110   A104   REVIEWED ISSUES REGARDING              .40         120.00
                              PROTECTIVE ORDER.

01/29/21 WGZ    B410   A104   ANALYSIS OF JUDGE NORTH'S              .30          90.00
                              PROTECTIVE ORDER.

01/29/21 WGZ    B410   A105   STRATEGY REGARDING PROTECTIVE          .30          90.00
                              ORDER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  22
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


                                   TOTALS             --------   -----------
                                                       210.10    $58,830.00
                                                      ========   ===========

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   23
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


                               ------THIS BILL-------   --CUMULATIVE TOTALS---
                                 HOURS         FEES        HOURS          FEES
TASK CODE SUMMARY               --------   -----------   --------   -----------

  ADMINISTRATION
  B110     CASE ADMINISTRATION   72.40     21,720.00      90.20     26,663.00
  B160     FEE/EMPLMT APPLICATIONS  .00          .00       2.80        840.00
  B190     OTHER CONTESTED MATTERS 84.00    21,000.00     115.30     28,511.50
     TOTAL ADMINISTRATION        156.40     42,720.00     208.30     56,014.50

  CLAIMS AND PLAN
  B310     CLAIMS/ADMN/OBJECTIONS   .00          .00       3.50        875.00
     TOTAL CLAIMS AND PLAN          .00          .00       3.50        875.00

  BANKRUPTCY-RELATED ADVICE
  B410     GENERAL BANKRUPTCY ADVI 53.70    16,110.00      58.60     17,580.00
  B420     RESTRUCTURING            .00          .00        .00           .00
     TOTAL BANKRUPTCY-RELATED ADVI 53.70    16,110.00      58.60     17,580.00

  L430                              .00          .00       1.90        475.00
     TOTAL                          .00          .00       1.90        475.00


                                --------   -----------   --------   -----------
          TOTALS                210.10     58,830.00     272.30     74,944.50
                                ========   ===========   ========   ===========
```

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   24
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | FEES | CUMULATIVE TOTALS HOURS | FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 72.40 | 21,720.00 | 86.00 | 25,800.00 |
| JOSEPH J LOWENTHAL | .00 | .00 | .00 | .90 | 270.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 53.70 | 16,110.00 | 58.60 | 17,580.00 |
| LAURA F. ASHLEY | .00 | .00 | .00 | 2.80 | 840.00 |
| ALLISON KINGSMILL | 250.00 | 84.00 | 21,000.00 | 109.60 | 27,400.00 |
| SAMANTHA A. OPPENHEIM | .00 | .00 | .00 | 8.20 | 2,050.00 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | .30 | 90.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .00 | .00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 3.30 | 511.50 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | .00 | .00 |
| SCOTT M. SIGL | .00 | .00 | .00 | 2.60 | 403.00 |
| TOTALS | | 210.10 | 58,830.00 | 272.30 | 74,944.50 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   25
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


COSTS INCURRED:


12/29/20  COURT RECORD FEES /PACER NOVEMBER 2020                    0.20
01/13/21  COURT RECORD FEES /PACER DECEMBER 2020                    1.30
12/02/20  TRIAL TRANSCRIPTS - MARY V. THOMPSON, RMR, FCRR      87.00
          - TRANSCRIPT HEARING HELD BEFORE MAGISTRATE
          JUDGE NORTH - RE JW DOE AND JAMES DOE -
          12/01/20
01/15/21  LEGAL WINGS: TO USDC TO DELIVER COPY TO JUDGE;       35.00
          HAND DELIVER: DENA WHITE; COURT RUN FEES $35;
          COURT FEES $0
12/21/20  LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON            252.45
01/19/21  LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON            193.05
01/28/21  LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON            193.05

                              TOTAL COSTS:            $762.05

              COST SUMMARY

    E106    COMPUTER LEGAL RESEARCH            638.55
    E112    COURT FEES                          36.50
    E116    TRIAL TRANSCRIPTS                   87.00
                                         --------------
        TOTAL DISBURSEMENTS              $762.05


                    TOTAL FEES AND COSTS:     $59,592.05

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   26
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


          * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $58,830.00

                    TOTAL COSTS:                      $762.05

                    LESS CREDITS:                       $0.00
                                                 ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $59,592.05


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
01/28/21        1061859          $430.00


                    TOTAL PRIOR INVOICES DUE:        $430.00
                                                 -----------


                    TOTAL AMOUNT DUE:             $60,022.05
                                                 ===========

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   27
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   28
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                        ATLANTA, GA (404)870-7500
                       BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                       LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                      NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
                 WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                  WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400


       *********************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   29
FEBRUARY 25, 2021
INVOICE NO.: 1065270
FILE NUMBER: 174906-01


FILE NAME:  POST-PETITION - J. W. DOE V. ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR




        * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                    $58,830.00

                    TOTAL COSTS:                      $762.05

                    LESS CREDITS:                       $0.00
                                                  ------------
             TOTAL CURRENT FEES AND COSTS DUE     $59,592.05


BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.        BALANCE
 01/28/21        1061859          $430.00


                    TOTAL PRIOR INVOICES DUE:        $430.00
                                                  -----------

                    TOTAL AMOUNT DUE:             $60,022.05
                                                  ===========

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE<br>Roman Catholic Church - J.W. Doe/James Doe | DATE<br>December 2, 2020 |
|---|---|---|---|
| FILE NO. | 174906-01 | | |

| PAYABLE TO: | AMOUNT | $87.00 |
|---|---|---|
| **Mary Thompson - Court Reporter**<br>**U.S. District Court - Easten District of Louisiana**<br>**500 Poydras St., Room B-275**<br>**New Orleans, LA   70130** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | ☐ |

| PAYMENT FOR: | NAME | **Mark A.Mintz** |
|---|---|---|
| Transcript of Hearing held before Magistrate Judge North on December 1, 2020 re JW Doe and James Doe | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $87.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Eastern District of Louisiana

INVOICE NO.: 20200032

**MAKE CHECKS PAYABLE TO:**

Jefferson Tillery
Jones Walker
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170
(504) 582-8202

MARY THOMPSON
United States Court Reporter
500 Poydras Street
Room B-275
New Orleans, LA 70130
(504) 589-7783
mary_v_thompson@laed.uscourts.gov

| \_ CRIMINAL   X CIVIL | DATE ORDERED: 12-02-2020 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 20-11321 AND 20-1338, DOES v ARCHDIOCESE OF NEW ORLEANS
Status conference held 12/1/20

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 12 | 7.25 | 87.00 | | | | | | | 87.00 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 87.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 87.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: //Mary V. Thompson | DATE: 12-02-2020 |
|---|---|

**DISTRIBUTION:**       TO PARTY (2 copies - 1 to be returned with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR

Office: (504) 484-7996

# LEGAL WINGS, INC.
P.O. Box 8494
Metairie, Louisiana 70011

Digital Beeper: 465-2701
572-0520

INVOICE NO. 200605

DATE: _1-15-_

BILL TO: _Jones_

SUIT NAME: _JW Doc_

VS.

COURT: _USDC_

CASE NO. _No. 13H_

FILE NO. _174806. 01_

ATTORNEY: _____

- [ ] FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:
  - _____ CONFORMED COPY
  - _____ CERTIFIED COPY
- [ ] TAKE TO JUDGE AND HAVE SIGNED
- [x] DELIVER COPY TO JUDGE
- [ ] OBTAIN HEARING DATE
- [ ] ARRANGE FOR SERVICE
- [ ] CHECK RECORD: _____

- [x] HAND DELIVERY: _Deut WH-7L_
- [ ] PICK UP: _____
- [ ] SERVED SUBPOENA: _____
- [ ] SPECIAL INSTRUCTIONS: _____

BILLED AMOUNT: _$ 35_

REIMBURSEMENTS: _____

TOTAL INVOICE AMOUNT: _$ 35_

# COURT RUN REQUEST FORM

DATE _1-15-21_

FILE # _174906·01_     FILE NAME _JW. Doe_

COURT _USDC EDLA_ CASE # _20-1321_ DIVISION _____ SECTION _____

CASE NAME _JW Doe v. Archdiocese_

FILING ATTORNEY BAR # _____

DOCUMENT TO BE RETURNED TO:

    NAME: _____

PLEADING ATTACHED OR REQUESTED: _____

☐ FILE

☐ RETURN CONFORMED COPIES

☐ DELIVER FILED COPY TO JUDGE

☐ ARRANGE FOR SERVICE

☐ OBTAIN HEARING DATE

☐ OBTAIN COPIES FROM RECORD

☐ CHECK RECORD: _____

☐ DELIVER _By Hard_ TO: _Dena White_
_Sky_

☐ PICK UP _____

    FROM: _____

☐ OTHER: _$89.77/5_

REMARKS: _____

COSTS: _____

TO
CLERK $ _____ CK. # _____

TO
SHERIFF $ _____ CK. # _____

AT-1 REV. 2/22/2000

**JONES WALKER LLP**
Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF FEBRUARY 24, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1064781
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

      RE:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
           INDEMNITY, INC., ET AL

                FILE NO. 174933-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 12/08/20 | WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING DEPOSITION OF CALAMARI. | .40 | 120.00 |
| 12/08/20 | WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING DEPOSITION.OF CALAMARI. | .50 | 150.00 |
| 12/08/20 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING DEPOSITION STRATEGY. | .40 | 120.00 |
| 12/08/20 | WGZ | B410 | A104 | ANALYSIS OF STATE COURT PROCEEDINGS IN JAMES DOE AND DISCOVERY STATUS IN TRIAL COURT.. | .50 | 150.00 |
| 12/08/20 | WGZ | B410 | A107 | RECEIVED AND REVIEWED EMAILS FOR PLAINTIFF'S COUNSEL REGARDING PROTECTIVE ORDER. | .20 | 60.00 |
| 12/09/20 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING PROTECTIVE ORDER AND MOTION BEFORE JUDGE GRABILL. | .40 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01


12/09/20 WGZ   B410  A103  WORKING ON MOTION FOR              .80        240.00
                           PROTECTIVE ORDER AND STRATEGY
                           REGARDING SAME.

12/09/20 WGZ   B410  A104  EMAILS, WITH LITIGATION TEAM       .50        150.00
                           REGARDING MOTION FOR
                           PROTECTIVE ORDER.

12/18/20 WGZ   B410  A105  EMAILS WITH LITIGATION TEAM        .30         90.00
                           REGARDING DEPOSITION OF P.
                           CALAMARI.

12/18/20 WGZ   B410  A104  ANALYSIS OF STATE COURT            .60        180.00
                           PROCEEDINGS IN JAMES DOE
                           MATTER.

12/21/20 WGZ   B410  A104  EMAILS WITH LITIGATION TEAM        .30         90.00
                           REGARDING CALAMARI DEPOSITION.

12/21/20 WGZ   B410  A104  STRATEGY REGARDING PROTECTIVE      .30         90.00
                           ORDER WITH RESPECT TO
                           CALAMARI DEPOSITION.

12/22/20 WGZ   B410  A107  EMAILS FROM PLAINTIFF'S            .20         60.00
                           COUNSEL REGARDING CALAMARI'S
                           DISCOVERY RESPONSES TO
                           PLAINTIFF'S DISCOVERY.

12/22/20 WGZ   B410  A104  ANALYSIS OF CALAMARI'S             .50        150.00
                           DISCOVERY RESPONSES.

12/22/20 WGZ   B410  A104  STRATEGY REGARDING CALAMARI        .40        120.00
                           DEPOSITION.

12/28/20 AK    B190  A103  PREPARED PROTECTIVE ORDER          .30         75.00
                           USING THE COURT'S SAMPLE
                           PROTECTIVE ORDER FORM.

12/28/20 AK    B190  A102  RESEARCHED FORMS OF                .60        150.00
                           PROTECTIVE ORDERS ENTERED IN
                           OTHER CASES IN THE EASTERN
                           DISTRICT OF LOUISIANA IN
                           ORDER TO PREPARE PROTECTIVE
                           ORDER.

12/29/20 AK    B190  A103  PREPARED CHRONOLOGY TO             .60        150.00
                           PREPARE FOR DEPOSITION OF
                           PAUL CALAMARI.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01

| 12/30/20 AK | B190 | A103 | PREPARED CHRONOLOGY TO PREPARE FOR DEPOSITION OF PAUL CALAMARI. | 1.60 | 400.00 |
| 12/31/20 AK | B190 | A103 | ANALYZED PAUL CALAMARI'S ANSWER TO PETITION IN ORDER TO PREPARE FOR DEPOSITION. | .60 | 150.00 |
| 12/31/20 AK | B190 | A103 | PREPARED CHRONOLOGY TO PREPARE FOR DEPOSITION OF PAUL CALAMARI. | 1.40 | 350.00 |
| 01/06/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. PAULSEN REGARDING ISSUES. | .10 | 30.00 |
| 01/14/21 AK | B190 | A103 | WORKED ON CHRONOLOGY OF DOCUMENTS TO PREPARE FOR DEPOSITIONS. | 2.20 | 550.00 |
| 01/15/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CO-COUNSEL REGARDING STATUS. | .10 | 30.00 |
| 01/19/21 EDW | B110 | A107 | REVIEWED CHRONOLOGY AND DOCUMENTS REGARDING PAUL CALAMARI IN PREPARATION FOR HIS DEPOSITION. | 1.50 | 450.00 |
| 01/19/21 EDW | B110 | A104 | RECEIVED AND REVIEWED FIRST BANK'S RESPONSE TO DEBTOR'S MOTION FOR VIOLATION OF THE STAY. | .30 | 90.00 |
| 01/19/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MS. BROWN REGARDING REVISION TO REVISED PROTECTIVE ORDER | .10 | 30.00 |
| 01/20/21 EDW | B110 | A107 | TELEPHONE CALL FROM MR. PAULSEN REGARDING ISSUES. | .50 | 150.00 |
| 01/20/21 EDW | B110 | A104 | REVIEWED ISSUES AND DOCUMENTS REGARDING CALAMARI. | 1.20 | 360.00 |
| 01/20/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. PAULSEN REGARDING CALAMARI ISSUES. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE     4
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01


| Date | Init. | Code | Code | Description | Hours | Amount |
|------|-------|------|------|-------------|-------|--------|
| 01/20/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING MEDIA RELEASES REGARDING CALAMARI. | .30 | 90.00 |
| 01/20/21 | AK | B190 | A103 | ANALYZED PLEADINGS AND DOCUMENTS IN STATE COURT IN ORDER TO PREPARE FOR MR. CALAMARI'S DEPOSITION. | 1.60 | 400.00 |
| 01/21/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED EMAILS REGARDING CALAMARI. | .20 | 60.00 |
| 01/21/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING CALAMARI DEPOSITION AND ISSUES REGARDING HANDLING. | .30 | 90.00 |
| 01/21/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. HOWELL REGARDING RESCHEDULING DEPOSITION OF CALAMARI. | .10 | 30.00 |
| 01/24/21 | EDW | B110 | A104 | REVIEWED CALAMARI ISSUES REGARDING CLAIMS. | .50 | 150.00 |
| 01/25/21 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING CALAMARI DEPOSITION. | .50 | 150.00 |
| 01/25/21 | AK | B190 | A103 | PREPARED MEMO REGARDING CLAIMS AGAINST CALAMARI. | .60 | 150.00 |
| 01/27/21 | EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING CALAMARI CLAIMS. | .10 | 30.00 |
| 01/27/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CALAMARI CLAIMS. | .10 | 30.00 |

```
                                          --------    -----------
                          TOTALS            21.80     $6,065.00
                                          ========    ===========
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE     5
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01


|                          | ------THIS BILL------- | --CUMULATIVE TOTALS--- |
| TASK CODE SUMMARY | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|
| **ADMINISTRATION** | | | | |
| B110    CASE ADMINISTRATION | 5.70 | 1,710.00 | 70.80 | 19,613.00 |
| B190    OTHER CONTESTED MATTERS | 9.50 | 2,375.00 | 108.10 | 28,828.00 |
| TOTAL ADMINISTRATION | 15.20 | 4,085.00 | 178.90 | 48,441.00 |
| | | | | |
| **CLAIMS AND PLAN** | | | | |
| B310    CLAIMS/ADMN/OBJECTIONS | .00 | .00 | .50 | 150.00 |
| TOTAL CLAIMS AND PLAN | .00 | .00 | .50 | 150.00 |
| | | | | |
| **BANKRUPTCY-RELATED ADVICE** | | | | |
| B410    GENERAL BANKRUPTCY ADVI | 6.60 | 1,980.00 | 55.60 | 16,680.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | 6.60 | 1,980.00 | 55.60 | 16,680.00 |
| | | | | |
| TOTALS | 21.80 | 6,065.00 | 235.00 | 65,271.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    6
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01

| ATTORNEY SUMMARY | RATE | -------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| EDWARD D WEGMANN | 300.00 | 5.70 | 1,710.00 | 46.10 | 13,830.00 |
| JOSEPH J LOWENTHAL | .00 | .00 | .00 | 6.60 | 1,980.00 |
| R PATRICK VANCE | .00 | .00 | .00 | 7.50 | 2,250.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 6.60 | 1,980.00 | 55.60 | 16,680.00 |
| ALLISON KINGSMILL | 250.00 | 9.50 | 2,375.00 | 11.40 | 2,850.00 |
| SAMANTHA A. OPPENHEIM | .00 | .00 | .00 | 72.30 | 18,075.00 |
| MADELEINE FISCHER | .00 | .00 | .00 | 28.00 | 8,400.00 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | .30 | 90.00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | .60 | 93.00 |
| SCOTT M. SIGL | .00 | .00 | .00 | 6.60 | 1,023.00 |
| TOTALS | | 21.80 | 6,065.00 | 235.00 | 65,271.00 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    7
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01
```

```
                              TOTAL COSTS:                    $0.00


                              TOTAL FEES AND COSTS:       $6,065.00
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


        * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $6,065.00

                    TOTAL COSTS:                       $0.00

                    LESS CREDITS:                      $0.00
                                                 ------------
                TOTAL CURRENT FEES AND COSTS DUE   $6,065.00

                    TOTAL PRIOR INVOICES DUE:          $0.00
                                                 -----------


                TOTAL AMOUNT DUE:                  $6,065.00
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
                **201 St. Charles Ave. - 50th Floor**
                **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                          ATLANTA, GA (404)870-7500
                       BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                          MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                     NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
              WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400



      *************************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   10
FEBRUARY 24, 2021
INVOICE NO.: 1064781
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                      $6,065.00

                    TOTAL COSTS:                         $0.00

                    LESS CREDITS:                        $0.00
                                                   ------------
              TOTAL CURRENT FEES AND COSTS DUE     $6,065.00

                    TOTAL PRIOR INVOICES DUE:          $0.00
                                                   -----------

                    TOTAL AMOUNT DUE:               $6,065.00
                                                   ============

Case 20-10846 Doc 803-6 Filed 02/23/21 Entered 02/23/21 01:25:35 Exhibit B - Jones Walkers Fee Application for Second Interim Fee Monthly For Stmt 281 Page 57 of 267

1237     48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF FEBRUARY 24, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1064782
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


        RE:  POST-PETITION - CIVIL DISTRICT COURT MATTERS - GENERAL

                  FILE NO. 175340-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 12/23/20 | AK | B190 | A103 | WORKED ON CHRONOLOGY OF DOCUMENTS TO PREPARE FOR DEPOSITION. | 2.40 | 600.00 |
| 12/27/20 | AK | B190 | A103 | WORKED ON CHRONOLOGY OF DOCUMENTS TO PREPARE FOR DEPOSITION. | 2.70 | 675.00 |
| 12/30/20 | AK | B190 | A102 | RESEARCHED ARTICLES REGARDING STATE REPORTING REQUIREMENTS AND LAWS IN LOUISIANA IN ORDER TO PREPARE FOR MEDIATIONS. | .70 | 175.00 |
| 12/30/20 | AK | B190 | A102 | ANALYZED PROVISIONS OF CHILDREN'S CODE REGARDING ABUSE IN ORDER TO PREPARE FOR MEDIATIONS. | .60 | 150.00 |
| 12/30/20 | AK | B190 | A102 | RESEARCHED FEDERAL STATUTES REGARDING ABUSE REPORTING IN ORDER TO PREPARE FOR MEDIATIONS. | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01


12/30/20 AK    B190  A102   ANALYZED ARTICLES ON                    .20        50.00
                           LOUISIANA'S DCFS WEBSITE
                           REGARDING ABUSE IN ORDER TO
                           PREPARE FOR MEDIATIONS.

12/30/20 AK    B190  A102   ANALYZED MEMO PREPARED BY MS.            .30        75.00
                           OPPENHEIM REGARDING
                           LOUISIANA'S ABUSE STATUTES IN
                           ORDER TO PREPARE FOR
                           MEDIATIONS.

12/30/20 AK    B190  A104   WORKED WITH MS. OPPENHEIM ON            .20        50.00
                           UPDATING MEMO ON ABUSE
                           STATUTES AND LAWS IN ORDER TO
                           PREPARE FOR MEDIATIONS.

01/28/21 AK    B190  A104   ANALYZED PLEADINGS TO BE                .30        75.00
                           FILED IN ORDER TO REMOVE
                           STATE COURT CASE TO FEDERAL
                           COURT.

01/28/21 AK    B190  A104   ANALYZED NEW LAWSUIT FILED IN           .60       150.00
                           STATE COURT IN ORDER TO
                           PREPARE FOR REMOVAL.

                                                              --------   -----------
                                   TOTALS                        8.60     $2,150.00
                                                              ========   ===========

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    3
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01


|                              | ------THIS BILL------- |  | --CUMULATIVE TOTALS--- |  |
| TASK CODE SUMMARY            | HOURS | FEES | HOURS | FEES |
| ---------------------------- | ----- | ---- | ----- | ---- |
|                              | .00 | .00 | 2.20 | 550.00 |
| TOTAL                        | .00 | .00 | 2.20 | 550.00 |
|                              |  |  |  |  |
| ADMINISTRATION               |  |  |  |  |
| B110    CASE ADMINISTRATION  | .00 | .00 | 54.50 | 14,235.00 |
| B190    OTHER CONTESTED MATTERS | 8.60 | 2,150.00 | 79.40 | 19,736.00 |
| TOTAL ADMINISTRATION         | 8.60 | 2,150.00 | 133.90 | 33,971.00 |
|                              |  |  |  |  |
| CLAIMS AND PLAN              |  |  |  |  |
| B310    CLAIMS/ADMN/OBJECTIONS | .00 | .00 | .30 | 75.00 |
| TOTAL CLAIMS AND PLAN        | .00 | .00 | .30 | 75.00 |
|                              |  |  |  |  |
| TOTALS                       | 8.60 | 2,150.00 | 136.40 | 34,596.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    4
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01


| | | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| ATTORNEY SUMMARY | RATE | HOURS | FEES | HOURS | FEES |
| | ----- | -------- | ----------- | -------- | ----------- |
| EDWARD D WEGMANN | .00 | .00 | .00 | 12.20 | 3,660.00 |
| ALLISON KINGSMILL | 250.00 | 8.60 | 2,150.00 | 43.00 | 10,750.00 |
| SAMANTHA A. OPPENHEIM | .00 | .00 | .00 | 80.00 | 20,000.00 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 1.20 | 186.00 |
| | | -------- | ----------- | -------- | ----------- |
| TOTALS | | 8.60 | 2,150.00 | 136.40 | 34,596.00 |
| | | ======== | =========== | ======== | =========== |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   5
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01


COSTS INCURRED:


12/14/20 LITIGATION SUPPORT - XACT DATA DISCOVERY -          50.00
         ONLINE DATA STORAGE
01/15/21 LITIGATION SUPPORT - XACT DATA DISCOVERY -          50.00
         ONLINE DATA STORAGE

                            TOTAL COSTS:            $100.00

                  COST SUMMARY

   E118    LITIGATION SUPPORT                 100.00
                                      --------------
            TOTAL DISBURSEMENTS            $100.00


                       TOTAL FEES AND COSTS:      $2,250.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE     6
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01


FILE NAME:  POST-PETITION - CIVIL DISTRICT COURT MATTERS - GENERAL



          * * *    R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                      $2,150.00

                    TOTAL COSTS:                       $100.00

                    LESS CREDITS:                        $0.00
                                                   ------------
               TOTAL CURRENT FEES AND COSTS DUE     $2,250.00

                    TOTAL PRIOR INVOICES DUE:           $0.00
                                                   -----------


                    TOTAL AMOUNT DUE:               $2,250.00
                                                   ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
               **201 St. Charles Ave. - 50th Floor**
               **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE     7
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                     ATLANTA, GA (404)870-7500
                    BATON ROUGE, LA (225)248-2000
                    BIRMINGHAM, AL (205)244-5200
                     HOUSTON, TX (713)437-1800
                     JACKSON, MS (601)949-4900
                    LAFAYETTE, LA (337)593-7600
                      MIAMI, FL (305)679-5700
                     MOBILE, AL (251)432-1414
                   NEW ORLEANS, LA (504)582-8000
                     NEW YORK, NY (646)512-8101
                     PHOENIX, AZ (602)366-7889
                    TALLAHASSEE, FL (850)425-7800
           WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
               THE WOODLANDS, TX (281)296-4400


     ***********************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
FEBRUARY 24, 2021
INVOICE NO.: 1064782
FILE NUMBER: 175340-01


FILE NAME:  POST-PETITION - CIVIL DISTRICT COURT MATTERS - GENERAL



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



         * * *   A C C O U N T I N G   C O P Y   * * *



                 TOTAL FEES:                        $2,150.00

                 TOTAL COSTS:                         $100.00

                 LESS CREDITS:                          $0.00
                                                  ------------
            TOTAL CURRENT FEES AND COSTS DUE       $2,250.00

                 TOTAL PRIOR INVOICES DUE:             $0.00
                                                  -----------

                 TOTAL AMOUNT DUE:                 $2,250.00
                                                  ============

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **December 11, 2020** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

PAYABLE TO:

**XACT DATA DISCOVERY**

AMOUNT **$50.00**

MAIL CHECK ✓

RETURN CHECK TO

PAYMENT FOR:
INVOICE NO. 41-00578
ONLINE DATA STORAGE

NAME **EDWARD D. WEGMANN**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 31418 | | | **$50.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE⁽¹⁾ - E124
- ✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED

DEC 11 2020

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**INVOICE**

Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**Invoice Number:** 41-00578

**Invoice Date:** 11/30/2020

REMIT PAYMENT TO: Xact Data Discovery
PO Box 714800
Cincinnati, OH 45271-4800
Tax ID: 43-1685216

**Customer ID** 41JONESWALK

**Page:** 1

Bill
To: Dirk Weggman
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

Ship
To: Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

| | | |
|---|---|---|
| **Ship Via** | | **Contact** | Dirk Weggman |
| **Ship Agent** | | **P.O. Number** | JWA2019002 - Mobile Kits |
| **Ship Date** | 11/30/2020 | **Case No.** | JWA2019002 - MOBILE |
| **Due Date** | 12/30/2020 | **Job No.** | 35916-FS |
| **Terms** | Net 30 Days | **Discovery Consultant** | Vincent Brunetti |

| Item/Description | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|
| Forensics | | | | |
| FOR1  Online data storage size: up to 50GB | 1 | Each Item | 50.00 | 50.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| 0.00 | 50.00 | Total Sales Tax: | 0.00 |
| | | Total USD: | 50.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____  Date: _____

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **January 14, 2021** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO: **XACT DATA DISCOVERY** | AMOUNT **$50.00** |
|---|---|
| | MAIL CHECK ✓ |
| | RETURN CHECK TO |

| PAYMENT FOR: **ONLINE DATA STORAGE INVOICE NO. 41-00770** | NAME **EDWARD D. WEGMANN** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 39498 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$50.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

### JAN 14 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



## XACT DATA DISCOVERY
*Because you need to know*

Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**REMIT PAYMENT TO:**
Xact Data Discovery
PO Box 714800
Cincinnati, OH 45271-4800
Tax ID: 43-1685216

**INVOICE**

**Invoice Number:** 41-00770

**Invoice Date:** 12/31/2020

**Customer ID** 41JONESWALK

**Page:** 1

**Bill To:** Dirk Weggman
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

**Ship To:** Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| **Ship Via** | | **Contact** | Dirk Weggman |
| **Ship Agent** | | **P.O. Number** | JWA2019002 - Mobile Kits |
| **Ship Date** | 12/31/2020 | **Case No.** | JWA2019002 - MOBILE |
| **Due Date** | 1/30/2021 | **Job No.** | 35916-FS |
| **Terms** | Net 30 Days | **Discovery Consultant** | Vincent Brunetti |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| | Forensics | | | | |
| FOR1 | Online data storage size: up to 50GB | 1 | Each Item | 50.00 | 50.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| 0.00 | 50.00 | Total Sales Tax: | 0.00 |
| | | Total USD: | 50.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____ Date: _____

**JONES WALKER LLP**
Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF FEBRUARY 25, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1065092
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION REORGANIZATION ADVICES

FILE NO. 176960-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 12/01/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED DOCUMENTS PRODUCED BY UCC REGARDING TMI. | .50 | 150.00 |
| 12/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING ATTEMPTS TO EXCLUDE DEBTOR FROM UCC/TMI DEPOSITIONS. | 1.20 | 360.00 |
| 12/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING DISCOVERY DISPUTE INVOLVING TMI, UCC AND DEBTOR. | 1.50 | 450.00 |
| 12/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MAGISTRATE JUDGE NORTH'S DECISION REGARDING NON-DEBTOR PRIEST DEPOSITIONS. | .50 | 150.00 |
| 12/01/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. PAULSEN REGARDING DEPOSITION ISSUE. | .30 | 90.00 |
| 12/01/20 | EDW | B110 | A107 | REVIEWED MULTIPLE COMMUNICATIONS REGARDING TMI/UCC DEPOSITION SCHEDULING. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 12/01/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING PROTECTIVE ORDER FOR NON-DEBTOR PRIESTS DISCOVERY. | 1.50 | 450.00 |
| 12/01/20 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH UCC/TMI COUNSEL REGARDING DEPOSITION SCHEDULE AND ISSUES. | .50 | 150.00 |
| 12/01/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. TRAHANT REGARDING DEPOSITION DATES. | .10 | 30.00 |
| 12/01/20 | EDW | B110 | A107 | REVIEWED MULTIPLE COMMUNICATIONS TO AND FROM MR. TRAHANT REGARDING DEPOSITION DATES. | .20 | 60.00 |
| 12/01/20 | EJF | B110 | A106 | CONFERENCE CALLS WITH MS. ZUNIGA RE CONFIDENTIALITY ISSUES AND REDACTIONS; | .50 | 245.00 |
| 12/01/20 | EJF | B110 | A105 | CONFERENCE CALLS WITH MS. WINTERS RE CONFIDENTIALITY OF HEALTH CARE AND OTHER PRIVACY RELATED ISSUES; | .50 | 245.00 |
| 12/01/20 | EJF | B190 | A104 | REVIEW DRAFT OF MOTION TO COMPEL FOR PRIVILEGE ISSUES; | .20 | 98.00 |
| 12/01/20 | EJF | B190 | A105 | MEMOS REGARDING THE SAME; | .20 | 98.00 |
| 12/01/20 | EJF | B160 | A104 | REVIEW APPLICATION AND ATTACHMENTS TO LOCKE LORD INTERIM APPLICATION (1.3); REVIEW APPLICATION AND ATTACHMENTS TO PACHULSKI INTERIM APPLICATION (.8); | 2.10 | 1,029.00 |
| 12/01/20 | JRT | B190 | A101 | PREPARE FOR HEARING/STATUS CONFERENCE WITH JUDGE NORTH. | 1.50 | 450.00 |
| 12/01/20 | JRT | B190 | A109 | ATTEND HEARING/STATUS CONFERENCE WITH JUDGE NORTH. | .80 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     3
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/01/20 JRT | B190 | A103 | DRAFT REPORT REGARDING STATUS CONFERENCE WITH JUDGE NORTH AND WORK ON STRATEGY FOR PRIEST DEPOSITIONS. | 1.60 | 480.00 |
| 12/01/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MESSRS. TILLERY AND ZERINGUE REGARDING RULING BY MAGISTRATE JUDGE ON DISCOVERY DISPUTE AND REVIEWED EMAILS REGARDING SAME . | .50 | 245.00 |
| 12/01/20 RPV | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING DISCOVERY, DEPOSITIONS AND PLEADINGS IN CONNECTION WITH TMI MOTION AND REVIEWED EMAILS REGARDING SAME | 1.00 | 490.00 |
| 12/01/20 LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING UPDATE ON DEPOSITIONS - TMI (.3); WITH MS. FUTRELL REGARDING SIGNATURES TO THE CONFIDENTIALITY STATEMENT/PROTECTIVE ORDER (.3); WITH MS. GEORGE, UST, REGARDING LOCKE LORD AND PACHULSKI STANG FEE APPS (.4); WITH MSES. FUTRELL AND MCCAFFREY AND MR. MINTZ REGARDING OBJECTION TO LOCKE LORD'S FEE APPLICATION (.4); WITH MS. FUTRELL AND MR. VANCE REGARDING NON-MONETARY PROVISIONS OF DIOCESAN PLANS (.3). | 1.70 | 680.00 |
| 12/01/20 MAM | B190 | A101 | PREPARE FOR AND ATTEND DEPOSITION OF MR. DOBRAVA. | 6.90 | 2,760.00 |
| 12/01/20 MAM | B190 | A101 | CORRESPONDENCE WITH MR. KEUBEL AND MS. CANTOR REGARDING SALE MOTION | .40 | 160.00 |
| 12/01/20 MAM | B110 | A101 | CONFERENCE WITH CLIENT REGARDING DEPOSITIONS AND PENDING MOTIONS | .50 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE    4
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/01/20 AK      B310  A103   REVISED OBJECTIONS AND              3.10        775.00
                              RESPONSES TO THE COMMITTEE'S
                              DISCOVERY REQUESTS REGARDING
                              FINANCIAL INFORMATION.

12/01/20 AK      B310  A102   ANALYZED MEMO REGARDING              .20         50.00
                              PENDING PROCEEDING RULE.

12/01/20 AK      B310  A102   ANALYZED RESEARCH REGARDING          .20         50.00
                              LOOK BACK STATUTES IN
                              LOUISIANA IN ORDER TO RESPOND
                              TO DISCOVERY.

12/01/20 AK      B310  A104   ANALYZED INFORMATION PROVIDED        .30         75.00
                              TO US TRUSTEE OFFICE IN ORDER
                              TO RESPOND TO DISCOVERY
                              REQUESTS.

12/01/20 AK      B310  A104   ANALYZED OBJECTIONS AND              .60        150.00
                              RESPONSES TO BAR DATE
                              DISCOVERY REQUESTS AND MOTION
                              TO DISMISS DISCOVERY REQUESTS
                              IN ORDER TO PREPARE RESPONSES
                              TO THE COMMITTEE'S NOVEMBER
                              2, 2020 DISCOVERY REQUESTS.

12/01/20 CVM     B110  A102   PREPARED A DEFINITION OF "THE       1.20        300.00
                              PENDING PROCEEDING RULE" FOR
                              THE RESPONSES TO THE 2004
                              DISCOVERY REQUESTS (1.00) AND
                              DISCUSSED WITH A. KINGSMILL
                              (0.20)

12/01/20 CVM     B110  A104   REVIEWED SCHEDULE A AND              .50        125.00
                              IDENTIFIED RESTRICTED ASSETS
                              IN PREPARATION FOR RULE 2004
                              DISCOVERY RESPONSES

12/01/20 CVM     B110  A102   CONTINUED RESEARCH FOR RULE         .30         75.00
                              2004 EXAMINATION RE: STANDING
                              OF COMMITTEE

12/01/20 CVM     B110  A103   DRAFTED DISCOVERY RESPONSES        3.10        775.00
                              TO 2004 EXAMINATION

12/01/20 SAO     B190  A103   CONTINUE PREPARING TALKING         3.70        925.00
                              POINTS FOR MR. MINTZ
                              REGARDING COMMITTEE PRIVILEGE
                              AND CONFIDENTIALITY ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/01/20 SAO | B310 | A104 | BEGIN REVIEW AND ANALYSIS OF PROOFS OF CLAIM. | 2.50 | 625.00 |
| 12/01/20 SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS TODAY'S DEPOSITIONS ON THE MOTION TO RECONSTITUTE AND STRATEGY FOR HANDLING DISPUTE ON PRIVILEGE ISSUES. | .20 | 50.00 |
| 12/01/20 SAO | B190 | A104 | REVIEW ROUGH DRAFT OF TRANSCRIPT OF KEVIN DOBRAVAS DEPOSITION TO ASSIST WITH BRIEFING ON PRIVILEGE ISSUES. | .80 | 200.00 |
| 12/01/20 SAO | B190 | A103 | REVIEW, REVISE, AND SUPPLEMENT BRIEFING ON COMMITTEE PRIVILEGE ISSUES. | 2.00 | 500.00 |
| 12/01/20 M F | B190 | A104 | REVIEWED AND ANALYZED CASE CITED BY CREDITOR'S COUNSEL REGARDING DISCOVERY'S EFFECT ON AUTOMATIC STAY | .50 | 150.00 |
| 12/01/20 M F | B190 | A105 | DISCUSSION IN FIRM REGARDING CASE LAW ON AUTOMATIC STAY IN PREPARATION FOR COURT CONFERENCE ON PRIEST DEPOSITIONS | .50 | 150.00 |
| 12/01/20 GMS | B190 | A105 | REVIEW EMAIL COMMUNICATIONS WITH MS. KINGSMILL FOR PURPOSES OF DOCUMENT ORGANIZATION AND PENDING TASKS. | .30 | 51.00 |
| 12/01/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING CLARIFICATION OF PRODUCTION TASKS. | .10 | 17.00 |
| 12/02/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING TMI/UCC DEPOSITIONS AND DISCOVERY DISPUTE REGARDING PRIVILEGE AND CONFIDENTIALITY. | .50 | 150.00 |
| 12/02/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. TRAHANT REGARDING HECKER DEPOSITION SCHEDULE. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE    6
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/02/20 EDW | B110 | A103 | WORKED ON BRIEF TO BANKRUPTCY COURT REGARDING MOTION TO COMPEL AND DISCOVERY DISPUTE. | 1.30 | 390.00 |
| 12/02/20 EDW | B110 | A109 | ATTENDED DEPOSITION OF JAMES ADAMS. | 3.50 | 1,050.00 |
| 12/02/20 EDW | B110 | A104 | REVIEWED INFORMATION REGARDING PLAN OF REORGANIZATION. | .30 | 90.00 |
| 12/02/20 EDW | B110 | A109 | PREPARING FOR AND ATTENDED DEPOSITION OF UCC UNTIL CANCELLED BY UCC. | .80 | 240.00 |
| 12/02/20 EDW | B110 | A103 | CONTINUED WORK ON PROPOSED PROTECTIVE ORDER FOR NON-DEBTOR PRIESTS. | 1.50 | 450.00 |
| 12/02/20 EDW | B110 | A108 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MAGISTRATE JUDGE NORTH WITH MINUTE ENTRY REGARDING DISCOVERY CONFERENCE. | .20 | 60.00 |
| 12/02/20 EDW | B110 | A104 | REVIEWED DEPOSITION TRANSCRIPT OF TMI DEPOSITION REGARDING DISCOVERY DISPUTE. | .80 | 240.00 |
| 12/02/20 EDW | B110 | A104 | REVIEWED TRANSCRIPT OF DISCOVERY CONFERENCE BEFORE MAGISTRATE JUDGE NORTH. | .40 | 120.00 |
| 12/02/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. PAULSEN REGARDING PROTECTIVE ORDER COMMENTS. | .20 | 60.00 |
| 12/02/20 EDW | B110 | A103 | WORKED ON MOTION TO COMPEL. | 1.50 | 450.00 |
| 12/02/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING HEARING ON DEBTOR'S MOTION TO COMPEL REGARDING TMI/UCC. | .30 | 90.00 |
| 12/02/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON REGARDING HECKER DEPOSITION. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE    7
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

12/02/20 EDW    B110  A104   REVIEWED ISSUES REGARDING              .80        240.00
                             SCOPE OF DISCOVERY REGARDING
                             NON-DEBTOR PRIESTS.

12/02/20 EJF    B160  A104   WORK ON OBJECTION TO INTERIM          1.80        882.00
                             FEE APPLICATION;

12/02/20 EJF    B190  A106   CONFERENCE CALL WITH CLIENT            .40        196.00
                             REGARDING PRIVACY RELATED
                             ISSUES;

12/02/20 EJF    B110  A103   REVISIONS TO PROTECTIVE ORDER         1.30        637.00
                             RE FINANCIAL ADVISOR'S
                             REQUEST FOR PERSONAL AND
                             OTHER MATTERS FOR PRIVACY
                             ISSUES;

12/02/20 JRT    B190  A104   REVIEW TRANSCRIPT (0.5);             1.00        300.00
                             CALLS AND EMAILS REGARDING
                             DEPOSITIONS OF PRIESTS (0.5).

12/02/20 JRT    B190  A104   ANALYZE OPTIONS AFTER JUDGE           .70        210.00
                             NORTH'S RULING.

12/02/20 RPV    B190  A105   OFFICE CONFERENCES WITH MR.           .50        245.00
                             MINTZ REGARDING DEPOSITIONS
                             AND DISCOVERY ISSUES

12/02/20 RPV    B190  A108   TELEPHONE CONVERSATION WITH           .20         98.00
                             COUNSEL REGARDING PROOF OF
                             CLAIM ISSUES

12/02/20 RPV    B190  A108   TELEPHONE CONFERENCE WITH             .40        196.00
                             COUNSEL REGARDING DISCOVERY
                             ISSUES

12/02/20 RPV    B170  A105   EMAILS FROM MS. FUTRELL AND           .30        147.00
                             MR. MINTZ REGARDING OBJECTION
                             TO LOCKE LOCK FEES.

12/02/20 RPV    B190  A107   EMAILS FROM MR, DESHAZO               .20         98.00
                             REGARDING STATUS OF REMOVED
                             CASES.

12/02/20 RPV    B320  A105   EMAILS FROM MS, FUTRELL               .20         98.00
                             REGARDING NON-MONETARY
                             PROVISIONS OF DIOCESAN PLANS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    8
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/02/20 RPV | B170 | A104 | RECEIVED AND REVIEWED DATA ON FEE DISPUTES IN OTHER DIOCESAN CASES | .50 | 245.00 |
| 12/02/20 RPV | B190 | A103 | RECEIVED AND REVIEWED MEDIATION DATA IN OTHER BANKRUPTCY CASES | .50 | 245.00 |
| 12/02/20 WGZ | B410 | A104 | ANALYSIS OF TRANSCRIPT OF PROCEEDINGS BEFORE JUDGE NORTH. | .30 | 90.00 |
| 12/02/20 WGZ | B410 | A103 | WORKING ON PROTECTIVE ORDER. | .40 | 120.00 |
| 12/02/20 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. MINTZ, DICKSON AND LOGAN REGARDING ARCHDIOCESE CLAIMS. | .40 | 160.00 |
| 12/02/20 MAM | B190 | A101 | WORK ON MOTION TO COMPEL. (4.0) FINALIZE (1.0) AND FILE THE SAME.(0.2) | 5.20 | 2,080.00 |
| 12/02/20 AK | B310 | A103 | REVISED OBJECTIONS AND RESPONSES TO THE COMMITTEE'S DISCOVERY REQUESTS REGARDING FINANCIAL INFORMATION. | 2.70 | 675.00 |
| 12/02/20 CVM | B110 | A104 | REVIEWED DOCKET FOR CERTIFICATE OF SERVICE (0.10) AND EMAILED NOTICING AGENT RE:THE SAME (0.20) | .30 | 75.00 |
| 12/02/20 CVM | B110 | A104 | REVIEWED DRAFT DISCOVERY RESPONSES TO COMMITTEE'S DISCOVERY REQUESTS. | 1.00 | 250.00 |
| 12/02/20 CVM | B310 | A105 | DISCUSSED OBJECTION TO FEE APPLICATIONS WITH MS. FUTRELL AND MS. ASHLEY. | .20 | 50.00 |
| 12/02/20 CVM | B310 | A102 | FINALIZED RESEARCH RE: OBJECTION TO 2004 EXAMINATION | 3.50 | 875.00 |
| 12/02/20 CVM | B310 | A102 | REVIEWED DOCUMENTS IN PREPARATION FOR OBJECTION TO FEE APPLICATIONS. | .20 | 50.00 |
| 12/02/20 SAO | B310 | A104 | CONTINUE REVIEW OF PROOFS OF CLAIM. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    9
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/02/20 | SAO | B190 | A105 | CALLS WITH MR. MINTZ TO DISCUSS STRATEGY REGARDING COMMITTEE PRIVILEGE ISSUES. | .50 | 125.00 |
| 12/02/20 | SAO | B190 | A103 | DRAFT MOTION TO COMPEL DISCOVERY FROM THE COMMITTEE IN CONNECTION WITH TMI'S MOTION TO RECONSTITUTE. | 3.70 | 925.00 |
| 12/02/20 | SAO | B190 | A104 | REVIEW MINUTE ENTRIES FROM FURTHER DISCOVERY CONFERENCE HELD IN THE J.W. DOE AND JAMES DOE MATTERS (0.1); REVIEW TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE HELD BEFORE MAGISTRATE JUDGE NORTH IN THE J.W. DOE AND JAMES DOE MATTERS ON DECEMBER 1, 2020 (0.2). | .30 | 75.00 |
| 12/02/20 | SAO | B190 | A103 | SUPPLEMENT MOTION TO COMPEL FOLLOWING THE DEPOSITION OF JAMES ADAMS. | 2.60 | 650.00 |
| 12/02/20 | SAO | B190 | A103 | PREPARE MOTION FOR EXPEDITED HEARING ON THE DEBTOR'S MOTION TO COMPEL (1.0); EDIT THE SAME PER ADDITIONAL INFORMATION RECEIVED FROM MR. MINTZ (0.3); PREPARE PROPOSED ORDER REGARDING THE SAME (0.3). | 1.60 | 400.00 |
| 12/02/20 | SAO | B190 | A103 | FURTHER REVISIONS TO MOTION TO COMPEL PER COMMENTS FROM MR. MINTZ AND MR. WEGMANN (2.2); PREPARE EXHIBITS TO THE SAME (0.6). | 2.80 | 700.00 |
| 12/02/20 | SAO | B190 | A111 | FILE MOTION TO COMPEL AND EXHIBITS (0.4); FILE MOTION TO EXPEDITE HEARING ON THE SAME (0.1); COORDINATE SERVICE WITH DONLIN RECANO (0.1); SUBMIT PROPOSED ORDER ON MOTION TO EXPEDITE TO THE COURT (0.1). | .70 | 175.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   10
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/03/20 EDW    B110  A104   REVIEWED TRANSCRIPTS OF              .80           240.00
                            TMI/UCC DEPOSITIONS.

12/03/20 EDW    B110  A106   COMMUNICATIONS WITH CLIENT           .50           150.00
                            REGARDING DISCOVERY ISSUES.

12/03/20 EDW    B110  A104   REVIEWED ISSUES REGARDING           .80           240.00
                            HEARING ON DEBTOR'S MOTION TO
                            COMPEL REGARDING TMI/UCC.

12/03/20 EDW    B110  A103   REVIEWED REVISED DRAFT OF           .30            90.00
                            BANKRUPTCY PROTECTIVE ORDER.

12/03/20 EDW    B110  A103   RECEIVED AND REVIEWED TMI'S         .50           150.00
                            MOTION TO COMPEL.

12/03/20 EDW    B110  A103   CONTINUED WORK ON MOTION TO         .80           240.00
                            COMPEL.

12/03/20 EDW    B110  A103   WORKED ON RESPONSE TO UCC'S        3.00           900.00
                            REQUEST FOR PRODUCTION.

12/03/20 EDW    B110  A103   CONTINUED WORK ON PROPOSED          .50           150.00
                            PROTECTIVE ORDER REGARDING
                            NON-DEBTOR PRIESTS.

12/03/20 EDW    B110  A107   ELECTRONIC MEMO TO COUNSEL IN       .30            90.00
                            JW DOE AND JAMES DOE WITH
                            PROPOSED PROTECTIVE ORDER AND
                            COMMENTS REGARDING SAME.

12/03/20 EDW    B110  A103   ELECTRONIC MEMO TO CLIENT           .50           150.00
                            REGARDING NON-DEBTOR PRIEST
                            ISSUES.

12/03/20 EJF    B160  A103   DRAFT OBJECTION TO INTERIM         2.00           980.00
                            FEE APPLICATION;

12/03/20 EJF    B210  A106   EMAILS WITH CLIENT REGARDING        .50           245.00
                            COMPLIANCE WITH NON-MONETARY
                            OBLIGATIONS OF TH 2017 BONDS;

12/03/20 EJF    B210  A107   MEMOS TO AND FROM MS. MURPHY        .20            98.00
                            REGARDING THE SAME;

12/03/20 EJF    B190  A104   REVIEW TMI'S MOTION TO COMPEL       .00        NO CHARGE
                            (.3) (NO CHARGE);

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   11
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/03/20 JJL | B110 | A105 | STRATEGY MEETING REGARDING DISCOVERY ISSUE | .50 | 150.00 |
| 12/03/20 JRT | B190 | A104 | STUDY DRAFT OF PROTECTIVE ORDER. | .30 | 90.00 |
| 12/03/20 JRT | B190 | A108 | COMMUNICATE WITH COUNSEL FOR PLAINTIFFS ON DEPOSITION ISSUES. | .40 | 120.00 |
| 12/03/20 JRT | B190 | A104 | ANALYZE PROCEDURAL ISSUES FOR PRIEST DEPOSITIONS. | 1.20 | 360.00 |
| 12/03/20 JRT | B190 | A106 | CALL WITH CLIENT. | .20 | 60.00 |
| 12/03/20 RPV | B190 | A105 | WORKED ON MEDIATION ISSUES | 2.00 | 980.00 |
| 12/03/20 RPV | B190 | A105 | EMAILS FROM MR. WEGMANN AND MR. ZERINGUE REGARDING REVIEW OF MINUTE ENTRY AND DEADLINE TO SEEK REVIEW OF THE MAGISTRATES RULING. | .30 | 147.00 |
| 12/03/20 RPV | B190 | A104 | RECEIVED AND REVIEWED RESPONSES AND OBJECTIONS TO THE COMMITTEES DOCUMENT REQUESTS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .60 | 294.00 |
| 12/03/20 RPV | B190 | A104 | RECEIVED AND REVIEWED EXPEDITED MOTION TO COMPEL DISCOVERY FROM THE COMMITTEE ON TMI TRUST COMPANY'S MOTION FOR AN ORDER (I) REQUIRING THE UNITED STATES TRUSTEE TO APPOINT A SEPARATE COMMITTEE OF UNSECURED CREDITORS AND/OR (II) REINSTATING TMI TRUST COMPANY AS A MEMBER OF AND RECONSTITUTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ON FOR HEARING ON SAME. | .10 | 49.00 |
| 12/03/20 RPV | B190 | A105 | CALL WITH TEAM REGARDING DISCOVERY RESPONSES AND MOTION TO COMPEL | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   12
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/03/20 RPV | B190 | A104 | RECEIVED AND REVIEWED TMI TRUST COMPANYS EXPEDITED MOTION (I) TO COMPEL DISCOVERY FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ITS MEMBERS AND (II) FOR AN EXTENSION OF THE DISCOVERY DEADLINE WITH RESPECT TO TMI TRUST COMPANYS MOTION FOR ORDER (I) REQUIRING THE UNITED STATES TRUSTEE TO APPOINT A SEPARATE COMMITTEE OF UNSECURED CREDITORS AND/OR (II) REINSTATING TMI TRUST COMPANY AS A MEMBER OF AND RECONSTITUTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .50 | 245.00 |
| 12/03/20 RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING HEARING ON MOTION TO COMPEL. | .50 | 245.00 |
| 12/03/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF JAMES ADAMS DEPOSITION. | .50 | 245.00 |
| 12/03/20 RPV | B310 | A104 | REVIEWED CLAIMS INFORMATION. | .50 | 245.00 |
| 12/03/20 LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING TMI MOTION TO COMPEL AND UPDATE ON MOTION TO COMPEL. | .20 | 80.00 |
| 12/03/20 MAM | B190 | A101 | RESEARCH REGARDING MOTION TO RECONSTITUTE (1.8) AND MOTION TO COMPEL (1.7) | 3.50 | 1,400.00 |
| 12/03/20 MAM | B190 | A101 | PREPARE FOR (1.8) AND ATTEND CALL WITH MR. VANCE AND OTHER COUNSEL REGARDING PLANNING ISUES. (0.7) | 2.50 | 1,000.00 |
| 12/03/20 AK | B310 | A103 | REVISED GENERAL OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  13
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/03/20 AK     B310  A103   REVISED OBJECTIONS AND           2.60        650.00
                             RESPONSES TO THE COMMITTEE'S
                             DISCOVERY REQUESTS REGARDING
                             ABUSE CLAIMS.

12/03/20 AK     B310  A104   ANALYZED AND REVIEWED DRAFT        .90        225.00
                             OBJECTIONS AND RESPONSES TO
                             THE COMMITTEE'S DISCOVERY
                             REQUESTS.

12/03/20 CVM    B310  A104   REVIEWED DOCUMENTS AND CASE        .80        200.00
                             LAW RE DUPLICATIVE SERVICES
                             IN PREPARATION FOR THE
                             OBJECTION TO THE COMMITTEE'S
                             FEE APPLICATIONS

12/03/20 CVM    B310  A104   REVIEWED LOCKE LORD AND           7.30      1,825.00
                             PACHULSKI'S EXTENSIVE FEE
                             APPLICATION INVOICES FOR
                             DUPLICATIVE SERVICES (4.0)
                             AND DRAFTED CHART RE SAME
                             (3.30).

12/03/20 CVM    B110  A103   REVISED MOTION TO SELL            .40        100.00
                             MICHOUD PROPERTY

12/03/20 SAO    B190  A104   REVIEW ORDER GRANTING MOTION      .30         75.00
                             FOR EXPEDITED HEARING ON
                             MOTION TO COMPEL (0.1); CALL
                             WITH MR. MINTZ REGARDING THE
                             SAME (0.1); COORDINATE
                             SERVICE REGARDING THE SAME
                             (0.1).

12/03/20 SAO    B190  A103   REVIEW AND REVISE PROTECTIVE      .90        225.00
                             ORDER TO BE SUBMITTED IN
                             CONNECTION WITH THE J.W. DOE
                             AND JAMES DOE MATTERS PER
                             MAGISTRATE JUDGE'S NORTH
                             ORDER.

12/03/20 SAO    B190  A104   REVIEW TMI'S EXPEDITED MOTION     .30         75.00
                             TO COMPEL DISCOVERY FROM THE
                             COMMITTEE (0.2); REVIEW ORDER
                             GRANTING EXPEDITED HEARING ON
                             THE SAME (0.1).

12/03/20 SAO    B310  A104   CONTINUE REVIEW OF PROOFS OF     1.60        400.00
                             CLAIM.

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   14
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/03/20 SAO   B190  A105   CALL WITH MR. WEGMANN TO          .10        25.00
                            DISCUSS RESEARCH ASSIGNMENT
                            REGARDING DISCOVERY RULING IN
                            THE J.W. DOE AND JAMES DOE
                            MATTERS.

12/03/20 SAO   B190  A102   RESEARCH PROCEDURAL ISSUES IN    2.70       675.00
                            CONNECTION WITH MAGISTRATE
                            JUDGE NORTH'S DISCOVERY
                            RULING IN THE J.W. DOE AND
                            JAMES DOE MATTERS.

12/03/20 SAO   B190  A103   DRAFT RESEARCH MEMORANDUM        1.40       350.00
                            REGARDING PROCEDURAL ISSUES
                            IN CONNECTION WITH JUDGE
                            NORTH'S DISCOVERY RULING.

12/04/20 EDW   B110  A104   REVIEWED ISSUES REGARDING         .90       270.00
                            NON-DEBTOR PRIEST DEPOSITIONS
                            AND DECISION BY MAGISTRATE
                            JUDGE NORTH.

12/04/20 EDW   B110  A103   REVIEWED AND WORKED ON          1.20       360.00
                            RESPONSES TO UCC'S REQUEST
                            FOR PRODUCTION.

12/04/20 EDW   B110  A106   COMMUNICATIONS WITH CLIENT        .20        60.00
                            REGARDING UCC DISCOVERY.

12/04/20 EDW   B110  A104   RECEIVED AND REVIEWED UCC'S       .50       150.00
                            OBJECTION TO DEBTOR'S MOTION
                            TO COMPEL REGARDING TMI/UCC
                            MOTION.

12/04/20 EDW   B110  A101   PREPARING FOR ORAL ARGUMENT     1.30       390.00
                            REGARDING TMI/UCC/DEBTOR
                            MOTION TO COMPEL.

12/04/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            BOLDISSAR REGARDING PRIVILEGE
                            LOG.

12/04/20 EDW   B110  A109   ATTENDED HEARING ON             2.30       690.00
                            DEBTOR/TMI/UCC MOTIONS TO
                            COMPEL.
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   15
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/04/20 EDW   B110  A104   REVIEWED ADDITIONAL                    .10        30.00
                           COMMUNICATIONS WITH MR.
                           BOLDISSAR REGARDING PRIVILEGE
                           LOG.

12/04/20 EDW   B110  A107   RECEIVED AND REVIEWED                  .10        30.00
                           ELECTRONIC MEMO FROM MS.
                           CANTOR REGARDING DOCUMENT
                           DISCOVERY EXTENSION.

12/04/20 EDW   B110  A107   RECEIVED AND REVIEWED                  .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           ELROD REGARDING SCHEDULING.

12/04/20 EJF   B160  A103   WORK ON FEE APPLICATION               .00    NO CHARGE
                           OBJECTION; (2.8 NO CHARGE)

12/04/20 EJF   B160  A105   EMAILS AND CONFERENCE CALL RE          .20        98.00
                           REGARDING ANALYSIS FOR
                           ATTACHMENT TO OBJECTION;

12/04/20 EJF   B190  A105   CONFERENCE CALL WITH, AND             .00    NO CHARGE
                           REVIEW MEMO FROM, MR MINTZ
                           REGARDING HEARING (NO CHARGE);

12/04/20 EJF   B190  A105   REVIEW MEMOS TO AND FROM MR.           .20        98.00
                           MINTZ AND MR. WEGMANN (.1)
                           AND MEMO TO MR. MINTZ (.1) RE
                           PREPARATION FOR HEARING ON
                           MOTION TO COMPEL;

12/04/20 EJF   B110  A103   FURTHER REVISIONS TO                   .70       343.00
                           PROTECTIVE ORDER;

12/04/20 RPV   B190  A105   REVIEWED MEMO AND EMAIL FROM           .60       294.00
                           MR. MINTZ REGARDING MOTION TO
                           COMPEL HEARING AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

12/04/20 RPV   B190  A105   REVIEWED CORRESPONDENCE TO             .30       147.00
                           LOCKE LORD AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME

12/04/20 RPV   B190  A105   EMAILS FROM MESSRS. MINTZ AND          .20        98.00
                           WEGMANN REGARDING PREPARATION
                           FOR MOTION TO COMPEL HEARING.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  16
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/04/20 RPV   B190  A104   RECEIVED AND REVIEWED UCC            .50        245.00
                           OBJECTION TO MOTION TO COMPEL.

12/04/20 LFA   B110  A105   CORRESPONDENCES WITH MR.             .20         80.00
                           MINTZ REGARDING TMI MOTION TO
                           COMPEL (0.10); WITH MS.
                           MCCAFFREY REGARDING SECOND
                           ORDINARY COURSE PROFESSIONAL
                           STATEMENT (0.10)

12/04/20 MAM   B120  A101   WORK ON RESPONSES TO 2004           3.50      1,400.00
                           REQUEST

12/04/20 MAM   B190  A101   RECEIPT AND REVIEW OF              2.50      1,000.00
                           OPPOSITION TO MOTION TO COMPEL

12/04/20 MAM   B190  A101   PREPARE FOR (2.3) AND ATTEND       3.50      1,400.00
                           HEARING ON MOTION TO COMPEL
                           (1.2)

12/04/20 CVM   B110  A103   REVISED DEBTOR'S EXPEDITED         2.00        500.00
                           MOTION TO SELL PROPERTY
                           (0.30); REVISED PROPOSED
                           ORDER TO EXPEDITE MOTION TO
                           SELL PROPERTY (0.20); DRAFTED
                           EX PARTE MOTION TO EXPEDITE
                           THE SALE MOTION (0.80);
                           DRAFTED PROPOSED ORDER (0.70).

12/04/20 CVM   B110  A103   DRAFTED ORDINARY COURSE            .90        225.00
                           PROFESSIONAL DECLARATION FOR
                           P&N

12/04/20 CVM   B110  A103   DRAFTED EXHIBIT A TO SECOND        .40        100.00
                           ORDINARY COURSE PROFESSIONAL
                           STATEMENT

12/04/20 CVM   B110  A103   DRAFTED (3.7) AND ANALYZED        4.70      1,175.00
                           (1.0) SUPPORTING
                           DOCUMENTATION FOR OBJECTION
                           TO COMMITTEE COUNSELS' FEE
                           APPLICATIONS.

12/04/20 SAO   B190  A104   REVIEW THE COMMITTEE'S            1.10        275.00
                           OBJECTION TO THE DEBTOR'S
                           MOTION TO COMPEL AND EXHIBITS
                           THERETO (0.8); REVIEW THE
                           COMMITTEE'S OBJECTION TO
                           TMI'S MOTION TO COMPEL (0.3).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   17
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/04/20 SAO | B190 | A105 | CALLS WITH MR. MINTZ TO DISCUSS TALKING POINTS FOR TODAY'S HEARING ON THE MOTIONS TO COMPEL. | .40 | 100.00 |
| 12/04/20 SAO | B190 | A109 | LISTEN IN TO TELEPHONIC HEARING ON THE DEBTOR'S MOTION TO COMPEL AND TMI'S MOTION TO COMPEL. | 1.90 | 475.00 |
| 12/04/20 SAO | B190 | A108 | DRAFT MEMO TO THE CLIENT REGARDING TODAY'S HEARING ON THE MOTIONS TO COMPEL. | .50 | 125.00 |
| 12/04/20 SAO | B190 | A103 | REVIEW AND REVISE TALKING POINTS FOR HEARING ON THE DEBTOR'S MOTION TO COMPEL. | .50 | 125.00 |
| 12/05/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING DEPOSITION SCHEDULE AND ISSUES. | .10 | 30.00 |
| 12/05/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. ELROD REGARDING DISCOVERY DISPUTE AND CONFERENCE. | .10 | 30.00 |
| 12/05/20 EDW | B110 | A107 | COMMUNICATIONS WITH CO-COUNSEL REGARDING SCHEDULE. | .10 | 30.00 |
| 12/05/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. GEORGE REGARDING CONFERENCE. | .10 | 30.00 |
| 12/05/20 JPG | B250 | A104 | REVIEW GENERAL REAL ESTATE DOCUMENTS | .30 | 120.00 |
| 12/05/20 JPG | B250 | A104 | RESEARCH SCHEGMAN PROPERTY AND POTENTIAL OWNERSHIP OF SAME IN JEFFERSON PARISH. | .30 | 120.00 |
| 12/05/20 JPG | B250 | A104 | REVIEW OF SUBDIVISION OF WESTGATE 4 HIGHWAY PARK TO IDENTIFY PROPERTY ASSOCIATED WITH CHAPELLE HIGH SCHOOL IN JEFFERSON PARISH. | .30 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   18
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/05/20 JPG | B250 | A103 | UPDATE OWNERSHIP REPORT ON CHAPELLE HIGH SCHOOL | .30 | 120.00 |
|---|---|---|---|---|---|
| 12/05/20 JPG | B250 | A103 | FINALIZE REPORT ON ARCHBISHOP RUMMEL HIGH SCHOOL | .30 | 120.00 |
| 12/05/20 JPG | B250 | A104 | FURTHER REVIEW OF RECORDS ON ARCHBISHOP SHAW IN JEFFERSON PARISH INCLUDING OWNERSHIP OF CANAL. | .50 | 200.00 |
| 12/05/20 JPG | B250 | A104 | UPDATE REPORT ON ARCHBISHOP SHAW IN JEFFERSON PARISH. | .30 | 120.00 |
| 12/05/20 JPG | B250 | A104 | FINALIZE JEFFERSON PARISH OWNERSHIP REPORT. | 4.10 | 1,640.00 |
| 12/06/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING MAGISTRATE JUDGE NORTH'S RULING AND CONFERRED WITH CLIENT. | .30 | 90.00 |
| 12/06/20 EDW | B110 | A104 | RECEIVED AND REVIEWED COMMUNICATIONS FROM THE COMMITTEE AND 66 PAGE PRIVILEGE LOG. | .50 | 150.00 |
| 12/06/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. ELROD REGARDING DEPOSITION SCHEDULE. | .10 | 30.00 |
| 12/06/20 RPV | B110 | A106 | MEMORANDUM TO CLIENT REGARDING SCHEDULE OF EVENTS AND REPORT ON MOTION TO COMPEL | .50 | 245.00 |
| 12/06/20 RPV | B170 | A105 | EMAIL FROM MR. MINTZ REGARDING REVIEW OF LOCKE LORD FEE APPLICATION. | .20 | 98.00 |
| 12/06/20 RPV | B190 | A105 | EMAILS AMONG TEAM REGARDING PRIVILEGE LOG. | .20 | 98.00 |
| 12/06/20 RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING MAGISTRATE JUDGE NORTH RULING REGARDING NON-DEBTOR PRIESTS DEPOSITIONS. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   19
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/06/20 | JPG | B250 | A103 | FINALIZE LAFOURCHE PARISH PROPERTY REPORT. | 1.50 | 600.00 |
|----------|-----|------|------|---------------------------------------------|------|--------|
| 12/06/20 | JPG | B250 | A104 | REVIEW OF RECORDS ON PADUA HOUSE IN PLAQUEMINES PARISH. | .40 | 160.00 |
| 12/06/20 | JPG | B250 | A104 | REVIEW OF RECORD OWNERSHIP INFORMATION ON PROPERTY ALONG HIGHWAY 23 IN PLAQEMINES PARISH. | .50 | 200.00 |
| 12/06/20 | JPG | B250 | A103 | FINALIZE PLAQUEMINES PARISH PROPERTY REPORT. | 2.50 | 1,000.00 |
| 12/06/20 | JPG | B250 | A103 | WORK ON ST. BERNARD PARISH PROPERTY REPORT. | 1.30 | 520.00 |
| 12/06/20 | JPG | B250 | A104 | REVIEW OF ST. BERNARD PARISH RECORD OWNERSHIP INFORMATION. | 2.00 | 800.00 |
| 12/06/20 | MAM | B120 | A101 | WORK ON RESPONSE TO MOTION TO RECONSTITUTE. (1.8)RESEARCH REGARDING THE SAME.(2.4) | 4.20 | 1,680.00 |
| 12/06/20 | CVM | B110 | A103 | CORRESPOND WITH T. GENNARDO FOR SUPPORTING DOCUMENTATION TO MOTION TO SELL MICHOUD PROPERTY | .10 | 25.00 |
| 12/06/20 | CVM | B170 | A103 | REVIEWED COMMITTEE COUNSELS' FEE INVOICES FOR DUPLICATIVE SERVICED INVOLVING BAR DATE MATTERS | 3.50 | 875.00 |
| 12/06/20 | SAO | B310 | A105 | EMAIL CORRESPONDENCES WITH MS. ASHLEY REGARDING DECLARATION OF THE DEBTOR'S EFFORTS TO COMPLY WITH THE BAR DATE ORDER. | .20 | 50.00 |
| 12/06/20 | SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ, MR. VANCE, AND MR. WEGMANN REGARDING SCHEDULING FOR THE WEEK AND UPCOMING MATTERS. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   20
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

12/07/20 EDW    B110  A107   COMMUNICATIONS WITH                    .20        60.00
                            CO-COUNSEL REGARDING
                            NON-DEBTOR PRIESTS DEPOSITION
                            ISSUES.

12/07/20 EDW    B110  A104   RECEIVED AND REVIEWED MINUTE           .20        60.00
                            ENTRY FROM JUDGE GRABILL
                            REGARDING MOTION TO COMPEL
                            RULING.

12/07/20 EDW    B110  A106   RECEIVED AND REVIEWED                  .10        30.00
                            ELECTRONIC MEMO FROM CLIENT
                            REGARDING DOCUMENT REQUEST TO
                            THE ARCHDIOCESE.

12/07/20 EDW    B110  A104   REVIEWED ISSUES REGARDING             .40        120.00
                            AMENDMENT OF PROTECTIVE ORDER.

12/07/20 EDW    B110  A104   REVIEWED ISSUES REGARDING UCC         .50        150.00
                            PRIVILEGE ISSUES AND
                            REDACTIONS BY UCC.

12/07/20 EDW    B110  A106   RECEIVED AND REVIEWED                  .10        30.00
                            ELECTRONIC MEMO FROM CLIENT
                            REGARDING NOTICE ISSUE.

12/07/20 EDW    B110  A106   TELEPHONE CONFERENCE WITH            1.50        450.00
                            CLIENT REGARDING RESPONSES TO
                            UCC REQUESTS AND AVAILABILITY
                            OF DOCUMENTS.

12/07/20 EDW    B110  A109   ATTENDED HEARING BY PHONE           2.50        750.00
                            REGARDING TMI/DEBTOR MOTIONS
                            TO COMPEL.

12/07/20 EDW    B110  A109   ATTENDED LITIGATION STRATEGY        1.20        360.00
                            MEETING.

12/07/20 EDW    B110  A107   RECEIVED AND REVIEWED                  .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            GISLESON WITH NOTICE OF
                            DEPOSITION OF LAWRENCE HECKER.

12/07/20 EDW    B110  A107   ELECTRONIC MEMO TO MR.                .10        30.00
                            GISLESON REGARDING PROTECTIVE
                            ORDER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   21
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/07/20 EJF | B190 | A105 | ATTEND MEETING RE FEE APPLICATION OBJECTIONS AND TMI MOTION; | 1.10 | 539.00 |
| 12/07/20 JJL | B110 | A105 | ATTENDED STRATEGY SESSION | 1.20 | 360.00 |
| 12/07/20 JRT | B190 | A109 | ATTEND STRATEGY MEETING. | 1.30 | 390.00 |
| 12/07/20 RPV | B190 | A103 | REVIEWED AND REVISED MEMO REGARDING COURT HEARING. | .30 | 147.00 |
| 12/07/20 RPV | B110 | A104 | RECEIVED AND REVIEWED MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS UNDER 11 USC 363(F) AND MOTION FOR HEARING ON SAME. | .10 | 49.00 |
| 12/07/20 RPV | B190 | A107 | EMAILS FROM MR. DESHAZO AND COUNSEL REGARDING REMOVALS OF L.M. V. CHRISTOPHER HOMES, ET AL, AND JOHNSON V. WYNHOVEN, | .20 | 98.00 |
| 12/07/20 RPV | B110 | A104 | EMAILS FROM CLIENT AND MS. ASHLEY REGARDING DEADLINE FOR THE DEBTORS AFFIDAVIT RELATIVE TO ACTUAL NOTICE. | .20 | 98.00 |
| 12/07/20 RPV | B170 | A105 | EMAIL FROM MS. FUTRELL REGARDING REVIEW OF LOCKE LORD FEE APPLICATION. | .10 | 49.00 |
| 12/07/20 RPV | B190 | A104 | WORKED ON MEDIATION ISSUES | 1.50 | 735.00 |
| 12/07/20 WGZ | B410 | A101 | PREPARE FOR AND ATTEND STRATEGY MEETING WITH JW TEAM. | 1.00 | 300.00 |
| 12/07/20 WGZ | B410 | A104 | STRATEGY REGARDING CLAIMS AND VALUATION. | .90 | 270.00 |
| 12/07/20 WGZ | B410 | A105 | TELEPHONE CONFERENCE WITH CLIENT REGARDING CLAIMS AND VALUATION. | .30 | 90.00 |
| 12/07/20 WGZ | B410 | A107 | EMAILS WITH OUTSIDE COUNSEL REGARDING STRATEGY FOR STAY OF STATE COURT PROCEEDINGS. | .30 | 90.00 |
| 12/07/20 JPG | B250 | A103 | FINALIZE REPORT ON ST. CHARLES PROPERTY INTEREST. | 2.40 | 960.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   22
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/07/20 JPG | B250 | A103 | FINALIZE REPORT ON ST. JOHN THE BAPTIST PROPERTIES. | 2.60 | 1,040.00 |
| 12/07/20 JPG | B250 | A104 | GENERAL REVIEW OF REAL ESTATE PROPERTY DOCUMENTS. | .60 | 240.00 |
| 12/07/20 JPG | B250 | A103 | WORK ON ST. TAMMANY PROPERTY REPORT | .90 | 360.00 |
| 12/07/20 JPG | B250 | A103 | WORK ON REPORT FOR TERREBONNE PARISH | 1.20 | 480.00 |
| 12/07/20 JPG | B250 | A103 | FINALIZE ST. BERNARD PROPERTY REPORT. | 1.20 | 480.00 |
| 12/07/20 LFA | B110 | A103 | DRAFTED AND REVISED DECLARATION REGARDING NOTICE AND COMPLIANCE WITH BAR DATE (2.0); REVIEWED BAR DATE ORDER TO ASSIST WITH SAME (.5); CORRESPONDED WITH CLIENT, MR. MINTZ AND OPPENEHEIM REGARDING REVISIONS TO SAME (.5). | 3.00 | 1,200.00 |
| 12/07/20 MAM | B120 | A101 | WORK ON RESPONSE TO 2004 REQUEST. (2.0) MEETING WITH CLIENT REGARDING THE SAME. (1.0) | 3.00 | 1,200.00 |
| 12/07/20 MAM | B120 | A101 | WORK ON RESPONSE TO MOTION TO RECONSTITUTE COMMITTEE | 7.90 | 3,160.00 |
| 12/07/20 AK | B310 | A104 | WORKED ON MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER. | 2.40 | 600.00 |
| 12/07/20 AK | B310 | A104 | WORKED WITH MR. WEGMANN AND MR. MINTZ ON RESPONSES TO DISCOVERY REQUESTS. | 1.40 | 350.00 |
| 12/07/20 AK | B310 | A103 | PREPARED NOTICE OF SUBMISSION. | .10 | 25.00 |
| 12/07/20 CVM | B170 | A103 | COMPARED PACHULSKI'S AND LOCKE LORD'S FEE APPLICATIONS (3.0); ORGANIZED DUPLICATE PROVISIONS (3.0); DRAFTED CHART REGARDING SAME (1.0). | 7.00 | 1,750.00 |

Case 20-10846 Doc 8806-5 Filed 02/25/21 Entered 02/25/21 17:52:35 Exhibit E Interim Fee Application for Fourth Period Page 91 of 267

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  23
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01
```

| | | | | | |
|---|---|---|---|---|---|
| 12/07/20 CVM | B110 | A103 | FINALIZED MOTION TO SELL MICHOUD PROPERTY AND MOTION TO EXPEDITE HEARING ON MOTION TO SELL | 1.00 | 250.00 |
| 12/07/20 CVM | B170 | A105 | CORRESPOND WITH L. FUTRELL RE: SUPPORTING DOCUMENTATION TO OBJECTION TO FEE APPS | .30 | 75.00 |
| 12/07/20 CVM | B170 | A105 | EDITED SUPPORTING DOCUMENTATION FOR OBJECTION TO CREDITORS COMMITTEE FEE APPLICATIONS | 3.40 | 850.00 |
| 12/07/20 CVM | B190 | A105 | MEETING WITH D. WEGMANN, M. MINTZ, A. KINGSMILL, AND CLIENT RE: 2004 DISCOVERY | .80 | 200.00 |
| 12/07/20 SAO | B190 | A104 | REVIEW THE COMMITTEE'S PRIVILEGE LOG IN CONNECTION WITH TMI'S MOTION TO RECONSTITUTE. | .50 | 125.00 |
| 12/07/20 SAO | B190 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON 12/4/2020. | .10 | 25.00 |
| 12/07/20 SAO | B310 | A103 | REVIEW AND REVISE DECLARATION REGARDING COMPLIANCE WITH BAR DATE ORDER. | 1.20 | 300.00 |
| 12/07/20 SAO | B130 | A105 | CALLS WITH MS. MCCAFFREY TO ASSIST WITH FILING OF MOTION FOR AUTHORITY TO SELL. | .20 | 50.00 |
| 12/07/20 SAO | B310 | A104 | CONTINUE REVIEW AND ANALYSIS OF PROOFS OF CLAIM. | 1.40 | 350.00 |
| 12/07/20 SAO | B190 | A109 | PARTICIPATE IN CONTINUED HEARING ON TMI'S MOTION TO COMPEL. | .40 | 100.00 |
| 12/07/20 SAO | B190 | A108 | DRAFT MEMO TO THE CLIENT REGARDING TODAY'S CONTINUED HEARING. | .40 | 100.00 |
| 12/07/20 SAO | B190 | A105 | CALLS AND EMAIL EXCHANGES WITH MS. KINGSMILL REGARDING MOTION FOR PROTECTIVE ORDER IN THE J.W. DOE AND JAMES DOE MATTERS. | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  24
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Atty | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/07/20 | SAO | B190 | A103 | DRAFT MOTION TO EXPEDITE MOTION FOR PROTECTIVE ORDER IN THE J.W. DOE AND JAMES DOE ACTIONS (0.9); DRAFT PROPOSED ORDER REGARDING THE SAME (0.3); REVIEW AND REVISE MOTION FOR PROTECTIVE ORDER (1.2). | 2.40 | 600.00 |
| 12/08/20 | EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING PROPERTY OF DEBTOR. | .20 | 60.00 |
| 12/08/20 | EDW | B110 | A104 | REVIEWED DOCUMENTS PRODUCED BY THE COMMITTEE REGARDING TMI. | .80 | 240.00 |
| 12/08/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED COMMITTEE'S MOTION TO REDACT. | .10 | 30.00 |
| 12/08/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING NON-DEBTOR PRIESTS DEPOSITION SCHEDULE. | .10 | 30.00 |
| 12/08/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING PROTECTIVE ORDER IN NON-DEBTOR PRIEST DEPOSITIONS. | .50 | 150.00 |
| 12/08/20 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH COUNSEL FOR UCC AND TMI REGARDING PRIVILEGE AND DEPOSITION ISSUES. | .50 | 150.00 |
| 12/08/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON REGARDING PROTECTIVE ORDER ISSUES AND ALLEGED WAIVE ISSUE. | .20 | 60.00 |
| 12/08/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING SCHEDULING DEPOSITIONS. | .10 | 30.00 |
| 12/08/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. ELROD REGARDING DEPOSITION SCHEDULE. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   25
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---:|---:|
| 12/08/20 EDW | B110 | A107 | COMMUNICATIONS WITH CO-COUNSEL REGARDING DEBTOR ACTION IN PROCEEDINGS IN DISTRICT COURT. | .20 | 60.00 |
| 12/08/20 EDW | B110 | A104 | RECEIVED AND REVIEWED UCC REDACTED TMI DISCOVERY. | .30 | 90.00 |
| 12/08/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING DEPOSITION SCHEDULE. | .10 | 30.00 |
| 12/08/20 EDW | B110 | A104 | REVIEWED DRAFT SETTLEMENT BRIEF REGARDING TMI MOTION. | .50 | 150.00 |
| 12/08/20 EDW | B110 | A104 | REVIEWED LOCKE LORD FEE ISSUES. | .20 | 60.00 |
| 12/08/20 EJF | B320 | A104 | REVIEW CONFIRMATION ORDER IN DIOCESAN CASE; | .80 | 392.00 |
| 12/08/20 EJF | B190 | A106 | MEMOS TO AND FROM CLIENT REGARDING PRODUCTION AND PRIVACY ISSUES; | .50 | 245.00 |
| 12/08/20 JJL | B110 | A108 | RECEIVED AND REVIEWED CORRESPONDENCE FROM GISLESON REGARDING DISCOVERY ISSUES | .20 | 60.00 |
| 12/08/20 JJL | B110 | A104 | ANALYSIS/STRATEGY REGARDING DISCOVERY | 1.60 | 480.00 |
| 12/08/20 JRT | B190 | A101 | PREPARE FOR DEPOSITION OF HECKER AND ANALYSIS OF UNIQUE LEGAL ISSUES TO BE RAISED. | 1.60 | 480.00 |
| 12/08/20 JRT | B190 | A108 | CALL WITH COUNSEL FOR PRIEST. | .20 | 60.00 |
| 12/08/20 RPV | B170 | A104 | RECEIVED AND REVIEWED DRAFT OBJECTION TO LOCKE LORD'S FEE APPLICATION. | .40 | 196.00 |
| 12/08/20 RPV | B170 | A105 | EMAILS FROM MS. FUTRELL REGARDING DRAFT OBJECTION TO LOCKE LORD'S FEE APPLICATION. | .20 | 98.00 |
| 12/08/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF RESPONSE TO TMI MOTION. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   26
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/08/20 | RPV | B190 | A106 | EMAILS FROM MS. FUTRELL, MR. MINTZ AND MR. ZERINGUE REGARDING REVIEW OF DRAFT OF RESPONSE TO TMI MOTION. | .50 | 245.00 |
| 12/08/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED REDACTED DISCOVERY RESPONSES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |
| 12/08/20 | RPV | B110 | A104 | RECEIVED AND REVIEWED EX PARTE MOTION TO REDACT PERSONALLY IDENTIFIABLE INFORMATION FROM OBJECTIONS. | .10 | 49.00 |
| 12/08/20 | RPV | B210 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION FOR SALE OF PROPERTY AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .10 | 49.00 |
| 12/08/20 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING INITIAL PROPERTY REPORT. | .10 | 49.00 |
| 12/08/20 | WGZ | B410 | A104 | STRATEGY REGARDING PROOFS OF CLAIM. | .50 | 150.00 |
| 12/08/20 | WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO DEFENSES OF CLAIMS UNDER ECCLESIASTICAL DOCTRINE. | .80 | 240.00 |
| 12/08/20 | WGZ | B410 | A104 | REVIEW AND ANALYSIS OF RESEARCH WITH RESPECT TO DEFENSES OF CLAIMS TO BE PRESENTED VIA PROOFS OF CLAIM. | .90 | 270.00 |
| 12/08/20 | JPG | B250 | A106 | EMAIL TO CLIENT WITH CURRENT DRAFT OF REAL PROPERTY REPORT. | .10 | 40.00 |
| 12/08/20 | JPG | B250 | A103 | FINALIZE TERREBONNE PARISH REPORT | .70 | 280.00 |
| 12/08/20 | JPG | B250 | A103 | WORK ON PROPERTY REPORT FOR CIRCULATION TO CLIENT. | .80 | 320.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   27
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/08/20 JPG    B250  A106   FOLLOW UP CORRESPONDENCE WITH        .10        40.00
                             CLIENT REGARDING REAL
                             PROPERTY LIST.

12/08/20 JPG    B250  A105   PHONE CALL WITH MR. MINTZ            .20        80.00
                             REGARDING PROPERTY SCHEDULES.

12/08/20 MAM    B190  A101   REVISE AND EDIT RESPONSE TO         9.20     3,680.00
                             MOTION TO RECONSTITUTE.

12/08/20 AK     B310  A102   RESEARCHED CASES REGARDING         1.60       400.00
                             AUTOMATIC STAY AND MOTION FOR
                             PROTECTIVE ORDER IN ORDER TO
                             PREPARE MOTION FOR PROTECTIVE
                             ORDER.

12/08/20 AK     B310  A102   RESEARCHED CASES REGARDING         1.70       425.00
                             VIOLATIONS OF AUTOMATIC STAY
                             IN ORDER TO PREPARE MOTION
                             FOR PROTECTIVE ORDER.

12/08/20 AK     B310  A103   WORKED ON MEMORANDUM IN            2.10       525.00
                             SUPPORT OF MOTION FOR
                             PROTECTIVE ORDER.

12/08/20 AK     B310  A103   WORKED ON MOTION FOR               .60        150.00
                             PROTECTIVE ORDER.

12/08/20 AK     B310  A103   WORKED ON PROPOSED PROTECTIVE      .80        200.00
                             ORDER FOR MOTION FOR
                             PROTECTIVE ORDER.

12/08/20 AK     B310  A103   REVISED MOTION FOR EXPEDITED       .60        150.00
                             CONSIDERATION OF MOTION FOR
                             PROTECTIVE ORDER.

12/08/20 AK     B310  A102   ANALYZED LOCAL RULES              .10         25.00
                             REGARDING CERTIFICATION OF
                             CONFERENCE FOR MOTION FOR
                             PROTECTIVE ORDER.

12/08/20 AK     B310  A102   ANALYZED CASES REGARDING          2.10       525.00
                             DEPOSITIONS AND RULES OF
                             EVIDENCE IN ORDER TO PREPARE
                             FOR DEPOSITION OF LAWRENCE
                             HECKER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   28
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/08/20 CVM   B170  A103   EDITED SUPPORTING                  5.50       1,375.00
                           DOCUMENTATION TO OBJECTION TO
                           CREDITORS' COMMITTEE FEE APPS
                           (4.0); CONTINUED TO REVIEW
                           PACHULSKI AND LOCKE LORD'S
                           FEE APPS (1.50)

12/08/20 CVM   B170  A103   FINALIZED SUPPORTING               2.50         625.00
                           DOCUMENTATION TO OBJECTION TO
                           COMMITTEE COUNSELS' FEE APPS
                           (1.0); CONTINUED EDITING
                           RESEARCH SECTION OF
                           DOCUMENTATION (1.50)

12/08/20 SAO   B130  A104   REVIEW ORDER GRANTING MOTION        .10          25.00
                           FOR EXPEDITED HEARING ON THE
                           DEBTOR'S SALE MOTION.

12/08/20 SAO   B190  A103   REVIEW AND REVISE LATEST            .90         225.00
                           DRAFT OF MOTION FOR
                           PROTECTIVE ORDER IN THE J.W.
                           DOE AND JAMES DOE MATTERS.

12/08/20 SAO   B310  A104   CONTINUE REVIEW AND ANALYSIS       1.80         450.00
                           OF PROOFS OF CLAIM.

12/08/20 SAO   B190  A102   RESEARCH  FOR  MR.  WEGMANN        1.00         250.00
                           REGARDING ADDITIONAL ISSUES
                           RAISED BY JUDGE NORTH'S
                           DISCOVERY RULING.

12/08/20 SAO   B190  A105   CALL WITH MR. WEGMANN AND MS.       .50         125.00
                           KINGSMILL TO DISCUSS FILING A
                           MOTION BEFORE THE BANKRUPTCY
                           COURT REGARDING DISPUTED STAY
                           ISSUES IN THE JW DOE AND
                           JAMES DOE MATTERS (0.4); CALL
                           WITH MR. MINTZ REGARDING THE
                           SAME (0.1).

12/08/20 SAO   B190  A103   DRAFT EXPEDITED MOTION FOR         5.90       1,475.00
                           PROTECTIVE ORDER TO BE FILED
                           IN THE BANKRUPTCY COURT IN
                           CONNECTION WITH THE J.W. DOE
                           AND JAMES DOE MATTERS (3.8);
                           REVIEW AND REVISE THE SAME
                           (1.2); PREPARE EXHIBITS TO BE
                           SUBMITTED WITH THE SAME (0.9).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   29
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 12/08/20 | SAO | B190 | A103 | DRAFT EX PARTE MOTION FOR EXPEDITED HEARING ON MOTION FOR PROTECTIVE ORDER (0.4); DRAFT PROPOSED ORDER GRANTING THE SAME (0.1). | .50 | 125.00 |
| 12/08/20 | SAO | B110 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON 12/7/2020. | .20 | 50.00 |
| 12/09/20 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH COUNSEL FOR TMI AND UCC REGARDING PRIVILEGE ISSUES AND DISCOVERY ISSUES. | .50 | 150.00 |
| 12/09/20 | EDW | B110 | A109 | ATTENDED DEPOSITION OF PAT MOODY. | 3.70 | 1,110.00 |
| 12/09/20 | EDW | B110 | A109 | ATTENDED DEPOSITION OF JAMES ADAMS. | 2.50 | 750.00 |
| 12/09/20 | EDW | B110 | A107 | ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING DEPOSITION SCHEDULE. | .10 | 30.00 |
| 12/09/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED EMAILS FROM ADDITIONAL COUNSEL REGARDING DEPOSITION SCHEDULING AND HANDLING OF DEPOSITIONS. | .10 | 30.00 |
| 12/09/20 | EDW | B110 | A103 | REVIEWED AND REVISED MOTION IN BANKRUPTCY COURT REGARDING PROTECTIVE ORDER AND NON-WAIVER OF STAY. | 2.00 | 600.00 |
| 12/09/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON REGARDING HECKER DEPOSITION LOGISTICS. | .10 | 30.00 |
| 12/09/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMOS FROM MR. REDMANN REGARDING DEPOSITION. | .10 | 30.00 |
| 12/09/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED DRAFT OF MOTION FOR SUMMARY JUDGMENT. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  30
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 12/09/20 EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MS. FUTRELL WITH DRAFT REVISED PROTECTIVE ORDER. | .10 | 30.00 |
| 12/09/20 EJF | B160 | A104 | WORK ON DUPLICATION OF SERVICES INFORMATION; | 2.40 | 1,176.00 |
| 12/09/20 JJL | B110 | A105 | STRATEGY MEETINGS REGARDING PENDING DISCOVERY ISSUES | 1.60 | 480.00 |
| 12/09/20 JRT | B190 | A103 | REVISE MOTIONS ON PROTECTIVE ORDER. | 1.30 | 390.00 |
| 12/09/20 JRT | B190 | A101 | MORE ANALYSIS AND PREPARATION FOR PRIEST DEPOSITIONS. | 1.70 | 510.00 |
| 12/09/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER CONCERNING DISCOVERY IN THE J.W. DOE AND JAMES DOE ACTIONS, AND/OR FOR AN ORDER PERMITTING THE DEBTOR TO SEEK APPROVAL OF A PROTECTIVE ORDER IN THE DISTRICT COURT AND TO ATTEND DEPOSITIONS WITHOUT WAIVING THE PROTECTIONS OF THE AUTOMATIC STAY AND MOTION FOR EXPEDITED HEARING AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 12/09/20 RPV | B310 | A105 | EMAILS FROM MR. MINTZ REGARDING REVIEW OF PROOFS OF CLAIM. | .20 | 98.00 |
| 12/09/20 RPV | B170 | A104 | RECEIVED AND REVIEWED REVISIONS TO LIMITED OBJECTION TO THE LOCKE LORD FEE APPLICATION. | .30 | 147.00 |
| 12/09/20 RPV | B170 | A105 | EMAIL FROM MS. FUTRELL REGARDING REVISIONS TO LIMITED OBJECTION TO THE LOCKE LORD FEE APPLICATION. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   31
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init. | Task | Act. | Description | Hours | Amount |
|------|-------|------|------|-------------|-------|--------|
| 12/09/20 | RPV | B160 | A103 | EMAILS FROM MS. ASHLEY REGARDING REVIEW OF INVOICE FOR FEE APPLICATION AND EDIT SAME. | .70 | 343.00 |
| 12/09/20 | RPV | B170 | A106 | EMAIL FROM CLIENT REGARDING REVISIONS TO LIMITED OBJECTION TO THE LOCKE LORD FEE APPLICATION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .40 | 196.00 |
| 12/09/20 | RPV | B320 | A104 | REVIEWED PLAN ISSUES INFORMATION REGARDING INTEREST RATE FOR UNSECURED CREDITORS OF A SOLVENT DEBTOR AND EMAILS TO TEAM REGARDING SAME . | .50 | 245.00 |
| 12/09/20 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING NOTICE ISSUES | .30 | 147.00 |
| 12/09/20 | LFA | B160 | A103 | DRAFTED FEE STATEMENT EXHIBITS (2.0); REVIEWED PROFORMAS TO ASSIST WITH SAME (1.0). | 3.00 | 1,200.00 |
| 12/09/20 | MAM | B190 | A101 | PREPARE FOR (1.0) AND ATTEND DEPOSITION OF PAT MOODY. (2.2) | 3.20 | 1,280.00 |
| 12/09/20 | MAM | B190 | A101 | PREPARE FOR (1.0) AND ATTEND DEPOSITION OF JAMES ADAMS (1.4) | 2.40 | 960.00 |
| 12/09/20 | MAM | B190 | A101 | CONFERENCE WITH MR. KUEBEL REGARDING PLAN ISSUES. | 1.00 | 400.00 |
| 12/09/20 | AK | B310 | A103 | WORKED ON PROPOSED PROTECTIVE ORDER TO FILE IN BANKRUPTCY COURT REGARDING THE JAMES DOE AND J.W. DOE CASES. | 1.30 | 325.00 |
| 12/09/20 | AK | B310 | A103 | ANALYZED DRAFT MOTION FOR PROTECTIVE ORDER PRIOR TO FILING. | .80 | 200.00 |
| 12/09/20 | AK | B310 | A103 | ANALYZED DRAFT MOTION FOR EXPEDITED CONSIDERATION FOR EDITS. | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   32
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/09/20 | AK | B310 | A104 | ANALYZED PROTECTIVE ORDER ENTERED IN BANKRUPTCY CASE IN ORDER TO PREPARE PROTECTIVE ORDER REGARDING JAMES DOE AND J.W. DOE. | .30 | 75.00 |
| 12/09/20 | AK | B310 | A104 | ANALYZED MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT IN BANKRUPTCY CASE IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER REGARDING JAMES DOE AND J.W. DOE. | .60 | 150.00 |
| 12/09/20 | AK | B310 | A104 | ANALYZED CORRESPONDENCE WITH COUNSEL REGARDING PROTECTIVE ORDER IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | .10 | 25.00 |
| 12/09/20 | AK | B310 | A105 | DISCUSSED WITH MS. OPPENHEIM ISSUES CONCERNING MOTION FOR PROTECTIVE ORDER IN ORDER TO PREPARE MOTION FOR FILING WITH COURT. | .30 | 75.00 |
| 12/09/20 | CVM | B190 | A104 | DOWNLOADED AND REVIEWED DISCOVERY RE TMI MOTION TO RECONSTITUTE | .30 | 75.00 |
| 12/09/20 | CVM | B170 | A104 | REVIEWED FINAL SUPPORTING DOCUMENTATION TO OBJECTION TO COMMITTEE COUNSELS' FEE APPS | .20 | 50.00 |
| 12/09/20 | CVM | B170 | A103 | UPDATED SUPPORTING DOCUMENTATION TO OBJECTION TO COMMITTEE COUNSELS' FEE APPS (1.70) AND COMMUNICATED WITH L. FUTRELL RE SAME (.10) | 1.80 | 450.00 |
| 12/09/20 | CVM | B190 | A103 | DOWNLOADED ORDER TO EXPEDITE HEARING ON SALE MOTION (0.10) AND COMMUNICATED TO NOTICING AGENT FOR SERVICE (0.20) | .30 | 75.00 |
| 12/09/20 | SAO | B190 | A105 | EMAIL CORRESPONDENCE TO MR. MINTZ, MR. WEGMANN, AND MS. KINGSMILL REGARDING THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER. | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   33
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/09/20 SAO | B190 | A103 | BEGIN REVIEWING AND REVISING THE DEBTOR'S RESPONSE TO TMI'S MOTION TO RECONSTITUTE. | 1.10 | 275.00 |
| 12/09/20 SAO | B190 | A105 | CALLS WITH MR. WEGMANN REGARDING THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER (0.5); CALLS WITH MR. LOWENTHAL REGARDING THE SAME (0.3); CALLS WITH MS. KINGSMILL REGARDING THE SAME (0.5); CALLS WITH MR. MINTZ REGARDING THE SAME (0.2). | 1.50 | 375.00 |
| 12/09/20 SAO | B190 | A103 | REVISE THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER PER COMMENTS FROM MR. WEGMANN AND MR. LOWENTHAL (3.9); PREPARE EXHIBITS TO THE SAME (0.9). | 4.80 | 1,200.00 |
| 12/09/20 SAO | B190 | A103 | FINALIZE THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER (0.2); FILE THE SAME (0.2); FINALIZE MOTION FOR EXPEDITED HEARING ON THE SAME (0.1); FILE THE SAME (0.1). | .60 | 150.00 |
| 12/09/20 SAO | B190 | A108 | DRAFT EMAIL TO THE COURT AND COUNSEL REGARDING THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER. | .40 | 100.00 |
| 12/09/20 SAO | B190 | A103 | DRAFT ORDER MEMORIALIZING THE COURT'S RULING ON THE DEBTOR'S EXPEDITED MOTION TO COMPEL. | 1.20 | 300.00 |
| 12/10/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING EXPEDITED HEARING ON MOTION FOR PROTECTIVE ORDER. | .20 | 60.00 |
| 12/10/20 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER. | .10 | 30.00 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   34
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/10/20 EDW    B110  A104   RECEIVED AND REVIEWED            .10        30.00
                            MEMORANDUM TO RECORD
                            REGARDING HEARING ON DEBTOR'S
                            MOTION TO COMPEL.

12/10/20 EDW    B110  A107   TELEPHONE CALL FROM COUNSEL       .10        30.00
                            FOR CATHOLIC MUTUAL REGARDING
                            MOTION FOR PROTECTIVE ORDER.

12/10/20 EDW    B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MS.
                            GEORGE REGARDING DISCREPANCY
                            IN ORDER NOTICE OF MOTION TO
                            COMPEL.

12/10/20 EDW    B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            MINTZ TO COURT REGARDING
                            CORRECTION OF ORDER.

12/10/20 EDW    B110  A104   REVIEWED REVISED DRAFT OF        .80       240.00
                            DEBTOR'S RESPONSE TO REQUESTS
                            FROM UCC.

12/10/20 EDW    B110  A107   REVIEWED DRAFT BRIEF             .20        60.00
                            REGARDING MOTION TO
                            COMMUNICATE.

12/10/20 EDW    B110  A106   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM CLIENT
                            REGARDING BRIEF ON MOTION TO
                            COMMUNICATE.

12/10/20 EDW    B110  A106   TELEPHONE CALL FROM CLIENT       .30        90.00
                            REGARDING PRESS ISSUES.

12/10/20 EDW    B110  A104   REVIEWED ISSUES REGARDING        .80       240.00
                            CLAIMS INVOLVING BRIGNAC AS
                            REQUESTED BY CLIENT REGARDING
                            ALLEGATIONS.

12/10/20 EDW    B110  A101   BEGAN PREPARATION FOR HEARING   1.50       450.00
                            ON DEBTOR'S MOTION FOR
                            PROTECTIVE ORDER.

12/10/20 EDW    B110  A107   RECEIVED AND REVIEWED            .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            TRAHANT TO MAGISTRATE JUDGE
                            NORTH REGARDING MOTION FOR
                            PROTECTIVE ORDER.
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  35
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/10/20 EJF   B160   A106   MEMOS TO AND FROM CLIENT       .20       98.00
                                REGARDING OBJECTION;

12/10/20 EJF   B160   A103   FINALIZE OBJECTION (NO      .00   NO CHARGE
                                CHARGE):(1.8) )

12/10/20 EJF   B190   A107   TELEPHONE CALL FROM TMI'S   .30     147.00
                                COUNSEL;

12/10/20 JRT   B190   A104   MORE WORK ON UNIQUE LEGAL  1.70    510.00
                                ISSUES RELATIVE TO DEPOSITION
                                OF PRIESTS.

12/10/20 RPV   B110   A106   TELEPHONE CONVERSATION WITH  .40    196.00
                                CLIENT REGARDING NOTICE ISSUE

12/10/20 RPV   B110   A106   REVIEWED ORDER AND MEMO TO   .50    245.00
                                PREPARE FOR TELEPHONE
                                CONVERSATION WITH CLIENT
                                REGARDING NOTICE ISSUE

12/10/20 RPV   B170   A105   OFFICE CONFERENCE WITH MR.   .30    147.00
                                MINTZ REGARDING CALL FROM UCC
                              COUNSEL AND PROPOSED
                              OBJECTION TO FEES

12/10/20 RPV   B190   A104   RECEIVED AND REVIEWED RCCANO  .20     98.00
                                RESPONSE TO COMMUNICATION
                              MOTION AND OFFICE CONFERENCE
                              WITH MR. MINTZ REGARDING SAME

12/10/20 RPV   B190   A104   RECEIVED AND REVIEWED MOTION  .30    147.00
                                TO QUASH SUBPOENAS SERVED ON
                              COUNSEL OF RECORD FOR CERTAIN
                              INDIVIDUAL MEMBERS OF THE
                              UNSECURED CREDITORS COMMITTEE.

12/10/20 RPV   B170   A104   RECEIVED AND REVIEWED       .30    147.00
                                  OPPOSITION FILED BY TMI TRUST
                              COMPANY TO UCC APPLICATION
                              FOR COMPENSATION.

12/10/20 RPV   B190   A104   RECEIVED AND REVIEWED TMI    .10     49.00
                                TRUST COMPANYS NOTICE
                                REGARDING THE PROPOSED REMOTE
                                WITNESS TESTIMONY FOR THE
                                DECEMBER 17, 2020 EVIDENTIARY
                                HEARING.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  36
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/10/20 RPV   B170  A104   RECEIVED AND REVIEWED               .20        98.00
                           OBJECTION TO PACHULSKI STANG
                           FEE APPLICATION FILED BY
                           OFFICE OF THE U.S. TRUSTEE.

12/10/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .20        98.00
                           OF JACKIE BERTHELOT
                           DEPOSITION.

12/10/20 RPV   B170  A104   RECEIVED AND REVIEWED               .20        98.00
                           OBJECTION OF CARR, RIGGS &
                           INGRAM FEE APPLICATION FILED
                           BY OFFICE OF THE U.S. TRUSTEE
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME .

12/10/20 RPV   B170  A104   RECEIVED AND REVIEWED               .30       147.00
                           OBJECTION TO JONES WALKER FEE
                           APPLICATION FILED BY OFFICE
                           OF THE U.S. TRUSTEE.

12/10/20 RPV   B170  A104   RECEIVED AND REVIEWED               .40       196.00
                           OBJECTION TO LOCKE LORD FEE
                           APPLICATION FILED BY OFFICE
                           OF THE U.S. TRUSTEE AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .

12/10/20 RPV   B190  A104   RECEIVED AND REVIEWED NOTICE        .10        49.00
                           REGARDING THE PROPOSED REMOTE
                           WITNESS TESTIMONY OF DAVIN
                           BOLDISSAR SCHEDULED FOR THE
                           DECEMBER 17, 2020 HEARING.

12/10/20 RPV   B190  A104   RECEIVED AND REVIEWED NOTICE        .10        49.00
                           REGARDING THE PROPOSED REMOTE
                           WITNESS TESTIMONY OF KEVIN
                           DOBRAVA SCHEDULED FOR THE
                           DECEMBER 17, 2020 HEARING.

12/10/20 RPV   B190  A104   RECEIVED AND REVIEWED NOTICE        .10        49.00
                           REGARDING THE PROPOSED REMOTE
                           WITNESS TESTIMONY OF JAMES
                           ADAMS SCHEDULED FOR THE
                           DECEMBER 17, 2020 HEARING AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  37
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/10/20 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT          .50        245.00
                            OF PAT MOODYS DEPOSITION
                            TRANSCRIPT AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME

12/10/20 RPV   B110  A104   RECEIVED AND REVIEWED SECOND         .10         49.00
                            STATEMENT REGARDING
                            COMPENSATION OF ORDINARY
                            COURSE PROFESSIONALS.

12/10/20 RPV   B160  A104   RECEIVED AND REVIEWED THIRD          .30        147.00
                            MONTHLY FEE STATEMENT FOR CRI
                            AND BLANK ROME.

12/10/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER          .10         49.00
                            GRANTING MOTION TO EXPEDITE
                            HEARING ON MOTION FOR
                            PROTECTIVE ORDER.

12/10/20 RPV   B310  A105   EMAIL FROM MS, ASHLEY               .10         49.00
                            REGARDING NOTICE ISSUES.

12/10/20 LFA   B110  A105   CORRESPONDENCES WITH MR.           1.80        720.00
                            MINTZ REGARDING UST OBJECTION
                            TO ATTORNEY FEES AND TMI
                            OBJECTION TO FEES AND MOTION
                            TO QUASH SUBPOENA (.4); WITH
                            MSES. ZERINGUE AND MCDONALD
                            AND MR. LOGAN REGARDING
                            UPDATED- LISTED CLERGY (.4);
                            WITH MS. MCCAFFREY REGARDING
                            SECOND ORDINARY COURSE
                            PROFESSIONAL STATEMENT (.4);
                            WITH MS. ZUNIGA AND MR. MINTZ
                            REGARDING FEE STATEMENTS FOR
                            CRI AND BLANK ROME (.4); WITH
                            MR. MINTZ, MS. FUTRELL AND
                            CLIENT REGARDING DRAFT
                            OPPOSITION TO MOTION FOR
                            COMMUNICATION (.2).

12/10/20 MAM   B190  A101   PREPARE FOR (1.0) AND ATTEND       4.00      1,600.00
                            DEPOSITION OF JACKIE
                            BERTHELOT (3.0)

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   38
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/10/20 MAM | B190 | A101 | RECEIPT AND REVIEW OF OBJECTIONS ON FEE ISSUES. (3.1)CONFERENCE WITH MS. CANTOR REGARDING THE SAME. (0.8) | 3.90 | 1,560.00 |
| 12/10/20 AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED IN JOHN DOE CASE IN STATE COURT IN ORDER TO PREPARE MOTION FOR PROTECTIVE ORDER. | .60 | 150.00 |
| 12/10/20 AK | B310 | A104 | ANALYZED CASES FOR HEARING ON PROTECTIVE ORDER. | .60 | 150.00 |
| 12/10/20 CVM | B190 | A103 | REVISED SECOND ORDINARY COURSE PROFESSIONAL STATEMENT | .20 | 50.00 |
| 12/10/20 CVM | B170 | A104 | REVIEWED LIMITED OBJECTION TO LOCKE LORD'S FEE STATEMENT | .60 | 150.00 |
| 12/10/20 CVM | B190 | A104 | FINALIZED SECOND STATEMENT RE COMPENSATION OF ORDINARY COURSE PROFESSIONALS (0.40) AND COMMUNICATED TO NOTICING AGENT (0.10) | .50 | 125.00 |
| 12/10/20 SAO | B190 | A103 | CALLS AND EMAILS WITH MR. MINTZ REGARDING DRAFT ORDER ON THE COURT'S RULING ON THE DEBTOR'S MOTION TO COMPEL (0.4); FINALIZE THE SAME (0.1); DRAFT EMAIL TO COUNSEL REGARDING THE SAME (0.2). | .70 | 175.00 |
| 12/10/20 SAO | B110 | A104 | REVIEW NOTICES OF FILING OF OFFICIAL TRANSCRIPTS OF HEARINGS HELD ON 12/4/2020 AND 12/7/2020. | .10 | 25.00 |
| 12/10/20 SAO | B190 | A102 | CONTINUE RESEARCHING ISSUES RAISED BY JUDGE NORTH'S DISCOVERY RULING. | .90 | 225.00 |
| 12/10/20 SAO | B190 | A103 | REVIEW AND REVISE RESPONSE TO THE COMMITTEE COMMUNICATIONS MOTION. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  39
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/10/20 SAO | B190 | A103 | CONTINUE REVIEWING AND REVISING RESPONSE TO MOTION TO RECONSTITUTE. | 3.90 | 975.00 |
| 12/10/20 SAO | B190 | A105 | CALL WITH MR. MINTZ REGARDING RESPONSE TO MOTION TO RECONSTITUTE. | .20 | 50.00 |
| 12/10/20 SAO | B170 | A104 | REVIEW THE UST'S OBJECTION TO LOCKE LORD'S FIRST INTERIM FEE APPLICATION (0.2); REVIEW THE UST'S OBJECTION TO JONES WALKER'S FIRST INTERIM FEE APPLICATION (0.2); REVIEW THE UST'S OBJECTION TO CARR, RIGGS & INGRAM, LLC'S FIRST INTERIM FEE APPLICATION (0.1); REVIEW THE UST'S OBJECTION TO PACHULSKI'S FIRST INTERIM FEE APPLICATION (0.1). | .60 | 150.00 |
| 12/10/20 SAO | B190 | A111 | BEGIN PREPARING DEBTOR'S EXHIBITS IN CONNECTION WITH THE EVIDENTIARY HEARING ON TMI'S MOTION TO RECONSTITUTE. | 1.40 | 350.00 |
| 12/10/20 SAO | B190 | A104 | REVIEW COUNSEL FOR CERTAIN INDIVIDUAL COMMITTEE MEMBERS' MOTION TO QUASH SUBPOENA. | .20 | 50.00 |
| 12/10/20 SAO | B190 | A104 | REVIEW ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR PROTECTIVE ORDER (0.1); COORDINATE EXPEDITED SERVICE OF THE SAME (0.2). | .30 | 75.00 |
| 12/11/20 EDW | B110 | A104 | RECEIVED AND REVIEWED MOTION TO QUASH FILED BY COUNSEL FOR CERTAIN CREDITOR ABUSE VICTIMS REGARDING TMI SUBPOENAS. | .20 | 60.00 |
| 12/11/20 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. ELROD REGARDING MOTION TO COMPEL. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   40
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/11/20 EDW   B110  A106   RECEIVED AND REVIEWED            .10       30.00
                           ELECTRONIC MEMO FROM CLIENT
                           REGARDING PENDING MOTIONS FOR
                           PROTECTIVE ORDER AND OTHER
                           MATTERS.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10       30.00
                           ELECTRONIC MEMO FROM MR.
                           MUNGIER REGARDING TRIAL
                           SCHEDULE.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .10       30.00
                           ELECTRONIC MEMO FROM MR.
                           TRAHANT TO MAGISTRATE JUDGE
                           NORTH REGARDING OPPOSITION TO
                           DEBTOR'S MOTION FOR
                           PROTECTIVE ORDER.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED            .80      240.00
                           PLAINTIFFS JAMES DOE AND JW
                           DOE'S OPPOSITION TO DEBTOR'S
                           MOTION FOR PROTECTIVE ORDER
                           REGARDING PRIEST DEPOSITIONS.

12/11/20 EDW   B110  A101   PREPARING FOR HEARING ON        2.50      750.00
                           DEBTOR'S MOTION FOR
                           PROTECTIVE ORDER AND REQUEST
                           FOR ORDER REGARDING NO WAVIER
                           OF AUTOMATIC STAY.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED MR.        .10       30.00
                           GISLESON REGARDING HECKER
                           DEPOSITION.

12/11/20 EDW   B110  A108   RECEIVED AND REVIEWED            .10       30.00
                           ELECTRONIC MEMO FROM
                           MAGISTRATE JUDGE NORTH'S
                           OFFICE REGARDING
                           COMMUNICATIONS WITH THE COURT.

12/11/20 EDW   B110  A104   REVIEWED FINAL DRAFT OF          .20       60.00
                           DEBTOR'S RESPONSE TO UCC
                           REQUESTS.

12/11/20 EDW   B110  A109   ATTENDED HEARING WITH JUDGE      .80      240.00
                           GRABIL REGARDING DEBTOR'S
                           MOTION FOR PROTECTIVE ORDER
                           AND NON-WAIVER OF AUTOMATIC
                           STAY.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   41
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/11/20 EDW   B110  A107   TELEPHONE CONFERENCE WITH           .20        60.00
                            COUNSEL FOR CATHOLIC MUTUAL
                            REGARDING PROTECTIVE ORDER.

12/11/20 EDW   B110  A104   REVIEWED ISSUES REGARDING           .80       240.00
                            HECKER DEPOSITION AND FIFTH
                            AMENDMENT.

12/11/20 EDW   B110  A108   TELEPHONE CONFERENCE WITH           .30        90.00
                            MAGISTRATE JUDGE NORTH
                            REGARDING PROTECTIVE ORDER TO
                            BE IN PLACE.

12/11/20 EDW   B110  A106   COMMUNICATIONS WITH CLIENT          .30        90.00
                            REGARDING MOTION FOR
                            PROTECTIVE ORDER AND ORDER
                            REGARDING NON-WAIVER OF
                            AUTOMATIC STAY.

12/11/20 EDW   B110  A104   RECEIVED AND REVIEWED              .30        90.00
                            DEBTOR'S RESPONSE TO TMI'S
                            MOTION TO RECONSTITUTE.

12/11/20 EDW   B110  A106   COMMUNICATIONS WITH CLIENT          .20        60.00
                            REGARDING RESPONSES TO UCC'S
                            REQUESTS.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED              .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            WALLE REGARDING PROTECTIVE
                            ORDER AND CATHOLIC MUTUAL.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED              .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            HOWELL REGARDING CALAMARI
                            DEPOSITION.

12/11/20 EDW   B110  A107   RECEIVED AND REVIEWED              .10        30.00
                            ELECTRONIC MEMO FROM MR.
                            PAULSEN REGARDING HEARING ON
                            MOTION FOR PROTECTIVE ORDER
                            AND ELECTRONIC MEMO TO MR.
                            PAULSEN.

12/11/20 EJF   B210  A106   EMAILS TO AND FROM CLIENT           .30       147.00
                            REGARDING REPORTING ISSUES;

12/11/20 EJF   B190  A106   REVIEW PLEADINGS RELATED TO         .00    NO CHARGE
                            TMI MOTION (3.8) (NO CHARGE);

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   42
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/11/20 EJF   B190  A105   REVIEW DISCOVERY AND                1.80        882.00
                           DISCOVERY ISSUES;

12/11/20 JRT   B190  A104   DEAL WITH A PLETHORA OF             1.30        390.00
                           PROBLEMS WITH PRIEST
                           DEPOSITIONS (0.7); MORE LEGAL
                           AND STRATEGIC ANALYSIS OF
                           SAME (0.6)

12/11/20 JRT   B190  A109   ATTEND CALL WITH MAGISTRATE          .80        240.00
                           ON PRIEST DEPOSITION PROBLEMS.

12/11/20 RPV   B190  A105   EMAIL FROM AND OFFICE                .50        245.00
                           CONFERENCE WITH MS, FUTRELL
                           REGARDING CORRESPONDENCE FROM
                           MR. BOLDISSAR CONCERNING
                           REVIEW OF DEBTOR'S LIMITED
                           OBJECTION TO THE FIRST
                           INTERIM APPLICATION OF LOCKE
                           LORD LLP, AS CO-COUNSEL TO
                           THE OFFICIAL COMMITTEE OF
                           UNSECURED CREDITORS.

12/11/20 RPV   B190  A104   RECEIVED AND REVIEWED               .50        245.00
                           OPPOSITIONS TO TMI MOTION
                           FILED BY THE COMMITTEE AND
                           THE UNITED STATES TRUSTEE.

12/11/20 RPV   B190  A104   RECEIVED AND REVIEWED               .50        245.00
                           DEBTORS RESPONSE TO TMIS
                           MOTION TO RECONSTITUTE AND
                           OFFICE CONFERENCES WITH MR.
                           MINTZ AND MS. FUTRELL
                           REGARDING SAME .

12/11/20 RPV   B190  A104   RECEIVED AND REVIEWED MAY           .20         98.00
                           CALL WITNESS LIST AND
                           POTENTIAL EXHIBIT LIST OF TMI
                           TRUST COMPANY IN CONNECTION
                           WITH ITS MOTION FOR ORDER (I)
                           REQUIRING THE UNITED STATES
                           TRUSTEE TO APPOINT A SEPARATE
                           COMMITTEE OF UNSECURED
                           CREDITORS AND/OR (II)
                           REINSTATING TMI TRUST COMPANY
                           AS A MEMBER OF AND
                           RECONSTITUTING THE OFFICIAL
                           COMMITTEE OF UNSECURED
                           CREDITORS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  43
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/11/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DEBTOR AND UNITED STATES TRUSTEE'S JOINT WITNESS AND EXHIBIT LIST AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 12/11/20 RPV | B190 | A104 | RECEIVED AND REVIEWED MAY CALL WITNESS LIST AND POTENTIAL EXHIBIT LIST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH TMI TRUST COMPANY'S MOTION FOR ORDER (I) REQUIRING THE UNITED STATES TRUSTEE TO APPOINT A SEPARATE COMMITTEE OF UNSECURED CREDITORS AND/OR (II) REINSTATING TMI TRUST COMPANY AS A MEMBER OF AND RECONSTITUTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 12/11/20 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENAS. | .10 | 49.00 |
| 12/11/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING FEE OBJECTIONS, DISCOVERY DISPUTE AND TMI MOTION ISSUES | .50 | 245.00 |
| 12/11/20 RPV | B190 | A104 | WORKED ON MEDIATION ISSUES | 1.50 | 735.00 |
| 12/11/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING HEARING ON PROTECTIVE ORDER | .30 | 147.00 |
| 12/11/20 LFA | B110 | A105 | CORRESPONDENCES WITH MS. OPPENHEIM REGARDING OPPOSITIONS OF THE COMMITTEE AND THE UST (.2); WITH CLIENT AND MESSRS. TILLERY AND MINTZ REGARDING FEE OBJECTION (.4); REVIEWED FEE OBJECTIONS (.5). | 1.10 | 440.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  44
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/11/20 MAM | B120 | A101 | FINALIZE AND SEND RESPONSE TO 2004 EXAMINATION | 2.00 | 800.00 |
| 12/11/20 MAM | B190 | A101 | FINALIZE AND FILE WITNESS AND EXHIBIT LISTS (2.2)AND OPPOSITION TO MOTION TO RECONSTITUTE.(2.3) | 4.50 | 1,800.00 |
| 12/11/20 MAM | B190 | A101 | PLAN FOR (1.4) AND ATTEND HEARING ON MOTION FOR PROTECTIVE ORDER. (.90) | 2.50 | 1,000.00 |
| 12/11/20 AK | B310 | A103 | WORKED ON RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.90 | 475.00 |
| 12/11/20 AK | B310 | A103 | FINALIZED RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DISCOVERY REQUESTS. | 1.60 | 400.00 |
| 12/11/20 CVM | B190 | A104 | REVIEWED DOCKET FOR COS (0.10) AND COMMUNICATED WITH NOTICING AGENT RE SAME (0.10) | .20 | 50.00 |
| 12/11/20 SAO | B190 | A111 | PREPARE JOINT EXHIBITS FOR EVIDENTIARY HEARING ON TMI'S MOTION TO RECONSTITUTE. | 3.90 | 975.00 |
| 12/11/20 SAO | B190 | A105 | TELEPHONE CONFERENCES WITH MR. MINTZ REGARDING ACTION ITEMS IN CONNECTION WITH FINALIZING THE DEBTOR'S RESPONSE TO THE MOTION TO RECONSTITUTE AND SUBMITTING EXHIBITS FOR HEARING ON THE SAME. | .50 | 125.00 |
| 12/11/20 SAO | B190 | A103 | REVISE LATEST DRAFT OF THE DEBTOR'S RESPONSE TO THE MOTION TO RECONSTITUTE (1.2); FILE THE SAME (0.4). | 1.60 | 400.00 |
| 12/11/20 SAO | B190 | A103 | DRAFT WITNESS AND EXHIBIT LIST IN CONNECTION WITH THE HEARING ON TMI'S MOTION TO RECONSTITUTE. | .70 | 175.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  45
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/11/20 SAO | B190 | A109 | LISTEN IN TO HEARING ON THE DEBTOR'S EXPEDITED MOTION FOR PROTECTIVE ORDER. | .70 | 175.00 |
|---|---|---|---|---|---|
| 12/11/20 SAO | B190 | A104 | REVIEW J.W. DOE AND JAMES DOE'S OPPOSITION TO THE DEBTOR'S MOTION FOR PROTECTIVE ORDER. | .10 | 25.00 |
| 12/11/20 SAO | B190 | A108 | EMAIL CORRESPONDENCES TO AND FROM COURT STAFF REGARDING SUBMISSION OF EXHIBITS TO TMI'S MOTION TO RECONSTITUTE (0.2); EMAIL CORRESPONDENCES WITH MS. GEORGE OF THE UST'S OFFICE REGARDING THE SAME (0.2). | .40 | 100.00 |
| 12/11/20 M F | B190 | A105 | DISCUSSION REGARDING STRATEGY FOR PRIEST DEPOSITION IN LIGHT OF JUDGE GRABILL'S RULING ON PARTICIPATION IN SAME | .40 | 120.00 |
| 12/11/20 M F | B190 | A105 | DRAFTED STRATEGY MEMORANDUM FOR HECKER DEPOSITION | 1.10 | 330.00 |
| 12/12/20 EDW | B110 | A101 | PREPARING FOR DEPOSITION OF FATHER HECKER. | 1.20 | 360.00 |
| 12/13/20 EDW | B110 | A104 | REVIEWED AMENDED PROTECTIVE ORDER AND PROVIDED COMMENTS. | .50 | 150.00 |
| 12/13/20 EJF | B190 | A106 | REVIEW MEMOS TO AND FROM CLIENT REGARDING DEPOSITONS; | .20 | 98.00 |
| 12/13/20 JRT | B190 | A101 | PREPARE FOR HECKER DEPOSITION. | 1.50 | 450.00 |
| 12/13/20 JRT | B190 | A104 | REVIEW MOTION REGARDING CRIMINAL CONSPIRACY AND THE LINE FOR MORE DEPOSITION PREPARATION. | 2.00 | 600.00 |
| 12/13/20 RPV | B110 | A104 | REVIEWED WEEKLY SCHEDULE RECEIVED FROM MR. MINTZ. | .10 | 49.00 |
| 12/13/20 RPV | B190 | A104 | EMAIL FROM MR. TILLERY REGARDING STRATEGY FOR HECKER DEPOSITION. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   46
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|------|--|--|--|-------------|-------|--------|
| 12/13/20 | JPG | B250 | A106 | CORRESPONDENCE WITH CLIENT ON OWNERSHIP REPORT. | .10 | 40.00 |
| 12/13/20 | SAO | B110 | A103 | DRAFT NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON DECEMBER 17, 2020. | 1.70 | 425.00 |
| 12/13/20 | SAO | B190 | A104 | REVIEW ORDER GRANTING MOTION FOR EXPEDITED HEARING OF MOTION TO QUASH. | .10 | 25.00 |
| 12/13/20 | SAO | B110 | A103 | DRAFT NOTICE OF APPEARANCE OF S. OPPENHEIM (0.3); DRAFT MOTION AND PROPOSED ORDER WITHDRAWING L. SELF AS CO-COUNSEL OF RECORD (0.5). | .80 | 200.00 |
| 12/13/20 | SAO | B130 | A103 | DRAFT PROPOSED ORDER GRANTING MOTION FOR AUTHORITY TO DEDICATE SERVITUDE. | 1.30 | 325.00 |
| 12/14/20 | EDW | B110 | A109 | PREPARING FOR AND ATTENDED DEPOSITION OF FR. HECKER. | 7.00 | 2,100.00 |
| 12/14/20 | EDW | B110 | A104 | REVIEWED UPDATES AND COMMUNICATIONS REGARDING AMENDED PROTECTIVE ORDER REGARDING FINANCIAL INFORMATION. | .40 | 120.00 |
| 12/14/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING TMI MOTION TO RECONSTITUTE. | .30 | 90.00 |
| 12/14/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE GRABILL SCHEDULING STATUS CONFERENCE REGARDING TMI MOTION. | .10 | 30.00 |
| 12/14/20 | EDW | B110 | A104 | REVIEWED US TRUSTEE'S OBJECTION TO TMI MOTION TO RECONSTITUTE. | .50 | 150.00 |
| 12/14/20 | EDW | B110 | A105 | COMMUNICATIONS WITH TEAM REGARDING PROPOSED AMENDED PROTECTIVE ORDER REGARDING FINANCIAL INFORMATION. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   47
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/14/20 EDW | B110 | A104 | REVIEWED STATUS REGARDING POSSIBLE MEDIATORS REGARDING PROOFS OF CLAIM. | .10 | 30.00 |
| 12/14/20 EDW | B110 | A104 | RECEIVED AND REVIEWED JUDGE GRABILL'S ORDER ON DEBTOR'S MOTION FOR PROTECTIVE ORDER REGARDING JW DOE AND JAMES DOE. | .10 | 30.00 |
| 12/14/20 EDW | B110 | A104 | REVIEWED PROPOSED JOINT WITNESS AND EXHIBIT LISTS REGARDING TMI MOTION AND UCC'S IMPEACHMENT EXHIBIT LIST. | .30 | 90.00 |
| 12/14/20 EJF | B190 | A105 | REVIEW BRIEFS RELATED TO FEE APPLICATIONS AND OBJECTIONS (2.2) (NO CHARGE); | .00 | NO CHARGE |
| 12/14/20 JRT | B190 | A109 | ATTEND FATHER HECKER'S DEPOSITION AND CONFERENCE. | 6.50 | 1,950.00 |
| 12/14/20 JRT | B190 | A101 | PREPARE FOR SECOND HALF OF DEPOSITION AND POSSIBLE CROSS EXAMINATION. | 2.00 | 600.00 |
| 12/14/20 RPV | B190 | A104 | RECEIVED AND REVIEWED TMI TRUST COMPANYS LIST OF IMPEACHMENT EXHIBITS FOR HEARING ON MOTION TO RECONSTITUTE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .20 | 98.00 |
| 12/14/20 RPV | B190 | A104 | RECEIVED AND REVIEWED COMMITTEES IMPEACHMENT EXHIBITS AND LIST AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .20 | 98.00 |
| 12/14/20 RPV | B190 | A104 | RECEIVED AND REVIEWED EX PARTE MOTION TO SET STATUS CONFERENCE. | .10 | 49.00 |
| 12/14/20 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER ON MOTION FOR PROTECTIVE ORDER. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    48
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 12/14/20 | RPV | B420 | A104 | WORKED ON MEDIATION ISSUES. | .50 | 245.00 |
| 12/14/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED OBJECTION OF TMI TO MOTION TO QUASH. | .30 | 147.00 |
| 12/14/20 | RPV | B190 | A104 | RECEIVED AND REVIEWED UST OBJECTION TO TMI MOTION. | .30 | 147.00 |
| 12/14/20 | RPV | B190 | A104 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVIEW OF UST OBJECTION TO TMI MOTION. | .50 | 245.00 |
| 12/14/20 | LFA | B160 | A104 | REVIEWED FEE APPLICATION OBJECTIONS (2.0); OUTLINED RESPONSES TO SAME (2.5) | 4.50 | 1,800.00 |
| 12/14/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MS. GEORGE, UST, REGARDING ANO-JW FEE OBJECTIONS (.4); WITH DR. WHEATMAN AND MS. MORRIS REGARDING ARCHDIOCESE OF NEW ORLEANS - PRESS RELEASE (.2); WITH MR. MINTZ REGARDING ARCHDIOCESE OF NO - 20-10846 - PROPOSED JOINT WITNESS AND EXHIBIT LIST (.1). | .70 | 280.00 |
| 12/14/20 | MAM | B190 | A101 | REVIEW AND ANALYZE OBJECTIONS FILED.. (3.2) COMMUNICATIONS WITH CLIENT REGARDING THE SAME. (1.3) | 4.50 | 1,800.00 |
| 12/14/20 | MAM | B190 | A101 | PLAN FOR (1.0) AND ATTEND CALL WITH ALL COUNSEL REGARDING WITNESS AND EXHIBIT LISTS. (1.0) | 2.00 | 800.00 |
| 12/14/20 | AK | B310 | A104 | PREPARED EXHIBITS FOR DEPOSITION OF LAWRENCE HECKER. | .60 | 150.00 |
| 12/14/20 | AK | B310 | A109 | ATTENDED PART OF DEPOSITION OF LAWRENCE HECKER. | .70 | 175.00 |
| 12/14/20 | AK | B310 | A102 | ANALYZED CASES REGARDING DEPOSING ATTORNEYS AS WITNESSES IN ORDER TO PREPARE FOR MOTION TO QUASH. | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE  49
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/14/20 CVM   B190  A104   REVIEWED ORDER FOR MOTION TO        .20        50.00
                           DEDICATE SERVITUDE (0.10) AND
                           COMMUNICATED EDITS TO S.
                           OPPENHEIM (0.10).

12/14/20 CVM   B190  A105   DISCUSSED MOTION TO DEDICATE        .20        50.00
                           SERVITUDE AND MOTION TO SELL
                           MICHOUD PROPERTY WITH S.
                           OPPENHEIM

12/14/20 CVM   B190  A103   BEGAN DRAFTING RESPONSE FOR        3.00       750.00
                           2004 DISCOVERY

12/14/20 SAO   B110  A105   CALL WITH MR. MINTZ REGARDING       .10        25.00
                           PREPARATIONS FOR THIS WEEK'S
                           OMNIBUS HEARING.

12/14/20 SAO   B110  A103   UPDATE MOTION TO WITHDRAW           .60       150.00
                           LUCAS SELF AS CO-COUNSEL PER
                           COMMENTS FROM MR. MINTZ
                           (0.3); FILE THE SAME (0.1);
                           SUBMIT PROPOSED ORDER
                           REGARDING THE SAME (0.1);
                           COORDINATE SERVICE OF THE
                           SAME (0.1).

12/14/20 SAO   B130  A105   CALL WITH MS. MCCAFFREY             .20        50.00
                           REGARDING PROPOSED ORDERS ON
                           THE DEBTOR'S DEDICATION
                           MOTION AND SALE MOTION.

12/14/20 SAO   B130  A103   REVISE PROPOSED ORDERS ON THE       .30        75.00
                           DEDICATION MOTION AND SALE
                           MOTION.

12/14/20 SAO   B190  A108   CALL WITH MR. BOLDISSAR, MR.        .60       150.00
                           BROWN, MS. GEORGE, MR. ELROD,
                           MS. MURPHY, AND MR. MINTZ TO
                           DISCUSS STIPULATIONS AND
                           OBJECTIONS TO EXHIBITS ON
                           TMI'S MOTION TO RECONSTITUTE.

12/14/20 SAO   B110  A103   UPDATE NOTICE OF APPEARANCE         .40       100.00
                           PER COMMENTS FROM MR. MINTZ
                           (0.2); FILE THE SAME (0.2).

12/14/20 SAO   B190  A103   PREPARE TALKING POINTS FOR         2.60       650.00
                           OMNIBUS HEARING ON DECEMBER
                           17, 2020.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   50
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/14/20 | SAO | B130 | A108 | DRAFT EMAIL TO PARTIES IN INTEREST REGARDING PROPOSED ORDER ON DEBTOR'S MOTION FOR AUTHORITY TO DEDICATE SERVITUDE. | .30 | 75.00 |
|---|---|---|---|---|---|---|
| 12/15/20 | EDW | B110 | A109 | ATTENDED HEARING ON ATTORNEYS' MOTION TO QUASH AND STATUS CONFERENCE. | 1.50 | 450.00 |
| 12/15/20 | EDW | B110 | A107 | TELEPHONE CALL FROM CO-COUNSEL REGARDING HECKER DEPOSITION ISSUES AND CALAMARI DEPOSITION ISSUES. | .30 | 90.00 |
| 12/15/20 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING HECKER DEPOSITION AND RESPONSE TO ISSUES. | .30 | 90.00 |
| 12/15/20 | EDW | B110 | A104 | REVIEWED PROPOSED DECLARATION REGARDING BAR DATE COMPLIANCE | .10 | 30.00 |
| 12/15/20 | EDW | B110 | A104 | REVIEWED MEMO REGARDING MEDIATION OF ABUSE CLAIMS. | .10 | 30.00 |
| 12/15/20 | EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING BAR DATE COMPLIANCE. | .20 | 60.00 |
| 12/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED ORDER FROM JUDGE GRABILL REGARDING DEBTOR'S MOTION TO COMPEL DISCOVERY FROM THE COMMITTEE. | .10 | 30.00 |
| 12/15/20 | EDW | B110 | A104 | REVIEWED TMI REPLY BRIEF REGARDING TMI'S MOTION. | .80 | 240.00 |
| 12/15/20 | EDW | B110 | A104 | REVIEWED UCC'S OPPOSITION TO TMI'S MOTION. | .90 | 270.00 |
| 12/15/20 | EDW | B110 | A104 | RECEIVED AND REVIEWED U.S. TRUSTEE'S MOTION FOR PROTECTIVE ORDER REGARDING TMI HEARING. | .30 | 90.00 |
| 12/15/20 | EJF | B190 | A103 | PREPARE OUTLINE FOR HEARING; | 1.30 | 637.00 |
| 12/15/20 | JRT | B190 | A109 | ATTEND SECOND HALF OF HECKER DEPOSITION. | 7.50 | 2,250.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  51
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/15/20 JRT   B190  A104   ANALYZE NOTES (0.5); CONSIDER        2.00        600.00
                           STRATEGY POST DEPOSITION
                           (1.5).

12/15/20 RPV   B190  A104   RECEIVED AND REVIEWED OMNIBUS         .30        147.00
                           REPLY OF PACHULSKI STANG.

12/15/20 RPV   B170  A104   RECEIVED AND REVIEWED                 .20         98.00
                           RESPONSE OF PACHULSKI STANG
                           ZIEHL & JONES LLP TO
                           OBJECTION OF THE UNITED
                           STATES TRUSTEE TO THE FIRMS
                           FIRST INTERIM FEE APPLICATION.

12/15/20 RPV   B190  A105   EMAILS FROM MR. MINTZ                 .20         98.00
                           REGARDING REVIEW OF RESPONSES
                           FILED AND UST MOTION FOR
                           PROTECTIVE ORDER.

12/15/20 RPV   B170  A104   RECEIVED AND REVIEWED OMNIBUS         .50        245.00
                           REPLY OF LOCKE LORD LLP TO
                           FEE OBJECTION.

12/15/20 RPV   B190  A104   RECEIVED AND REVIEWED REPLY          .50        245.00
                           FILED BY OFFICIAL COMMITTEE
                           OF UNSECURED CREDITORS
                           IN OPPOSITION TO TMI MOTION

12/15/20 RPV   B190  A104   EMAILS FROM MR. MINTZ AND MS.         .30        147.00
                           FUTRELL REGARDING ISSUE
                           BARRING THE TESTIMONY OF THE
                           US TRUSTEE ATTORNEY.

12/15/20 RPV   B190  A104   RECEIVED AND REVIEWED UST            .20         98.00
                           MOTION FOR PROTECTIVE ORDER.

12/15/20 RPV   B190  A105   MAIL FROM AND OFFICE                 .20         98.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING MOTION FOR
                           PROTECTIVE ORDER FILED BY US
                           TRUSTEE.

12/15/20 RPV   B320  A104   REVIEWED RESEARCH MEMO              .30        147.00
                           REGARDING INTEREST RATE FOR
                           PLAN PURPOSES AND EMAILS TO
                           AND FROM MS. FUTRELL
                           REGARDING SAME

12/15/20 RPV   B190  A104   REVIEWED NEW LAWSUIT.               .20         98.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  52
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/15/20 RPV   B110  A105   EMAIL FROM AND TO MS. ASHLEY        .30        147.00
                           REGARDING DECLARATION FOR
                           NOTICE.

12/15/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                           GRANTING MOTION TO EXPEDITE
                           HEARING ON MOTION FOR
                           PROTECTIVE ORDER.

12/15/20 RPV   B190  A104   RECEIVED AND REVIEWED TMI           .40        196.00
                           REPLY ON MOTION TO
                           RECONSTITUTE.

12/15/20 RPV   B190  A104   RECEIVED AND REVIEWED ORDER         .30        147.00
                           GRANTING IN PART, DENYING IN
                           PART THE DEBTOR'S MOTION TO
                           COMPEL DISCOVERY FROM THE
                           COMMITTEE AND OFFICE
                           CONFERENCE MR. MINTZ
                           REGARDING SAME

12/15/20 RPV   B110  A106   EMAILS FROM CLIENT AND JW           .50        245.00
                           TEAM REGARDING CARR
                           DECLARATION FOR BAR DATE
                           NOTICE.

12/15/20 RPV   B190  A106   MEMO TO CLIENT AND JW TEAM         1.00        490.00
                           REGARDING MEDIATION
                           CONSIDERATIONS.

12/15/20 WGZ   B410  A106   TELEPHONE CONFERENCE WITH           .30         90.00
                           CLIENT REGARDING DECLARATION
                           FOR BAR DATE ORDER.

12/15/20 JPG   B250  A108   PHONE CALL WITH CLIENT AND          .50        200.00
                           MR. GENNARDO ON REAL ESTATE
                           REPORT.

12/15/20 LFA   B110  A103   CORRESPONDENCES WITH MR.           1.50        600.00
                           MINTZ REGARDING OMNIBUS
                           REPLY, REPLY OF LOCKE LORD;
                           WITH MS. GEORGE, UST,
                           REGARDING MOTION FOR
                           PROTECTIVE ORDER (.4); WITH
                           MR. MINTZ REGARDING HEARING
                           ON UST MOTION FOR PROTECTIVE
                           ORDER (.1); WITH MR. KEARNEY
                           AND MS. OPPENHEIM REGARDING
                           ANO DIGITAL CAMPAIGN STATUS
                           (.4); WITH CLIENT REGARDING

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  53
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

|            |     |      |      |                                                                                                                                                                                  |      |          |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     |      |      | BAR DATE ORDER, EXHIBITS AND DECLARATION (.4); WITH MS. OPPENHEIM AND MR. MINTZ REGARDING SUBMISSION OF ORDERS (.2).                                                              |      |          |
| 12/15/20   | LFA | B110 | A103 | CALLS WITH MR. MINTZ AND CLIENT REGARDING DECLARATION OF NOTICE AND SEXUAL ABUSE CLAIMS (.5); CORRESPONDENCES REGARDING SAME (.5).                                                | 1.00 | 400.00   |
| 12/15/20   | LFA | B160 | A104 | CONTINUED REVIEWING FEE OBJECTIONS AND OUTLINED RESPONSE TO SAME (2.0); CALLS WITH US TRUSTEE'S OFFICE TO DISCUSS FEE OBJECTIONS AND NEXT STEPS (1.0); CALL WITH MR. MINTZ TO DISCUSS SAME (.5). | 3.50 | 1,400.00 |
| 12/15/20   | MAM | B190 | A101 | PREPARE FOR AND ATTEND (2.0)HEARING ON MOTION TO QUASH.  CONFERENCE WITH COUNSEL REGARDING THE SAME. (0.7) CONFERENCE WITH CLIENT REGARDING THE SAME.(0.5)                         | 3.20 | 1,280.00 |
| 12/15/20   | MAM | B190 | A101 | FINALIZE(1.0) AND PREPARE FOR FILING ORDERS ON MATTERS WHERE HEARINGS NOT HELD - UNCONTESTED MATTERS. (0.5)                                                                        | 1.50 | 600.00   |
| 12/15/20   | CVM | B190 | A103 | REVIEWED DOCUMENTS IN PREPARATION OF DRAFTING OUTLINE IN SUPPORT OF JW'S FIRST INTERIM FEE APPLICATION                                                                            | .50  | 125.00   |
| 12/15/20   | CVM | B190 | A103 | CORRESPONDED WITH L. ASHLEY RE: U.S. TRUSTEE'S OBJECTION TO JW'S FIRST INTERIM FEE APPLICATION                                                                                    | .30  | 75.00    |
| 12/15/20   | CVM | B190 | A103 | PREPARED FOR MEETING WITH U.S. TRUSTEE'S OFFICE RE: JW'S FIRST INTERIM FEE APPLICATION AND HEARING ON FEE APPLICATION ON 12/17/2020 (3.0); DRAFTED OUTLINE REGARDING SAME (2.0).   | 5.00 | 1,250.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   54
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 12/15/20 | CVM | B190 | A107 | MEETING WITH U.S. TRUSTEE RE: JW FIRST INTERIM FEE APPLICATION | .50 | 125.00 |
| 12/15/20 | CVM | B190 | A105 | DISCUSSED RESEARCH WITH L. ASHLEY RE: U.S.TRUSTEE'S OBJECTION TO FIRST INTERIM FEE APPLICATION (0.30) AND MADE REVISIONS RE SAME (0.40) | .70 | 175.00 |
| 12/15/20 | CVM | B190 | A104 | REVIEWED EASTERN DISTRICT OF LOUISIANA LOCAL RULES IN PREPARATION FOR THE RESPONSE TO THE COMMITTEE'S POTENTIAL MOTION TO COMPEL THE 2004 DISCOVERY | .10 | 25.00 |
| 12/15/20 | CVM | B190 | A103 | DRAFTED OBJECTION TO RULE 2004 DISCOVERY | .20 | 50.00 |
| 12/15/20 | SAO | B160 | A105 | EMAIL CORRESPONDENCES WITH MS. ASHLEY REGARDING BLANK ROME'S FIFTH FEE STATEMENT. | .20 | 50.00 |
| 12/15/20 | SAO | B310 | A103 | SUPPLEMENT DECLARATION REGARDING COMPLIANCE WITH BAR DATE ORDER TO REFLECT ADDITIONAL INFORMATION PROVIDED BY THE CLIENT. | 2.20 | 550.00 |
| 12/15/20 | SAO | B110 | A111 | SUBMIT PROPOSED ORDER ON BLANK ROME'S FIRST INTERIM FEE APPLICATION (0.2); SUBMIT FINAL AGREED ORDER ON THE DEBTOR'S MOTION FOR AUTHORITY TO DEDICATE SERVITUDE (0.2); SUBMIT PROPOSED ORDER ON THE DEBTOR'S EXPEDITED MOTION FOR AUTHORITY TO SELL (0.2); CORRESPONDENCES WITH MS. ASHELY AND MR. MINTZ REGARDING THE SAME (0.2). | .80 | 200.00 |
| 12/15/20 | SAO | B190 | A103 | REVISE TALKING POINTS FOR OMNIBUS HEARING ON DECEMBER 17, 2020 PER COMMENTS FROM MR. MINTZ (0.3); UPDATE NOTICE OF AGENDA FOR OMNIBUS HEARING TO REFLECT TODAY'S | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   55
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


                              CHANGES TO THE DOCKET (0.3).

12/15/20 SAO   B190  A104   REVIEW ORDER GRANTING IN PART          .10          25.00
                            AND DENYING IN PART THE
                            DEBTOR'S MOTION TO COMPEL.

12/15/20 SAO   B190  A104   REVIEW TMI'S REPLY IN SUPPORT          .70         175.00
                            OF MOTION TO RECONSTITUTE
                            (0.5); REVIEW THE UST'S
                            MOTION FOR PROTECTIVE ORDER
                            (0.2).

12/16/20 EDW   B110  A104   REVIEWED REPORT REGARDING             .10          30.00
                            HECKER DEPOSITION AND NEXT
                            STEPS.

12/16/20 EDW   B110  A104   REVIEWED REVISIONS TO                 .10          30.00
                            DECLARATION REGARDING ACTUAL
                            NOTICE.

12/16/20 EDW   B110  A101   PREPARING FOR HEARING ON            2.10         630.00
                            TMI'S MOTION, INCLUDING
                            REVIEW OF BRIEFS, EXHIBITS
                            AND PROPOSED DEMONSTRATIVE
                            AIDS.

12/16/20 EDW   B110  A107   RECEIVED AND REVIEWED              .10          30.00
                            ELECTRONIC MEMO FROM MR.
                            ELROD REGARDING RESPONSE TO
                            US TRUSTEE'S MOTION FOR
                            PROTECTIVE ORDER.

12/16/20 EDW   B110  A104   REVIEWED AGENDA FOR OMNIBUS        .10          30.00
                            HEARING.

12/16/20 EDW   B110  A101   CONTINUED PREPARATION FOR TMI    1.00         300.00
                            MOTION HEARING, INCLUDING
                            DRAFTING PORTIONS OF OPENING
                            STATEMENT.

12/16/20 EDW   B110  A108   RECEIVED AND REVIEWED NOTICE      .10          30.00
                            FROM JUDGE GRABILL REGARDING
                            HEARING.

12/16/20 EDW   B110  A104   REVIEWED UPDATES REGARDING        .10          30.00
                            ADMINISTRATIVE DISPUTES
                            REGARDING FEE APPLICATIONS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  56
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/16/20 EJF   B190  A104   REVIEW OF FURTHER PLEADINGS        .00    NO CHARGE
                           RE TMI MOTION AND RELATED
                           ISSUES (NO CHARGE); (2.20)

12/16/20 JRT   B190  A103   DRAFT REPORT TO TEAM ON           1.00       300.00
                           HECKER DEPOSITION.

12/16/20 JRT   B190  A104   CONSIDER CERTAIN EVIDENTIARY      1.50       450.00
                           ISSUES REGARDING NEXT
                           DEPOSITIONS AND FURTHER
                           HANDLING.

12/16/20 RPV   B170  A105   EMAIL FROM AND OFFICE              .50       245.00
                           CONFERENCE WITH MS. ASHLEY
                           REGARDING UST OBJECTION TO
                           JONES WALKER FEES.

12/16/20 RPV   B190  A104   REVIEWED STRATEGY AND            1.00       490.00
                           EXHIBITS FOR TMI MOTION
                           HEARING AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           .

12/16/20 RPV   B110  A105   EMAIL FROM MR.MINTZ REGARDING      .10        49.00
                           AGREEMENT ON THE
                           COMMUNICATIONS MOTION AND
                           APPROVAL OF LAND SALE.

12/16/20 RPV   B110  A104   RECEIVED AND REVIEWED             .10        49.00
                           FINALIZED DECLARATION OF FR.
                           CARR.

12/16/20 RPV   B170  A105   OFFICE CONFERENCE WITH MR.         .50       245.00
                           MINTZ REGARDING UST OBJECTION
                           TO LEGAL FEES

12/16/20 RPV   B110  A104   RECEIVED AND REVIEWED NOTICE       .10        49.00
                           OF AGENDA.

12/16/20 RPV   B190  A104   RECEIVED AND REVIEWED NOTICE       .10        49.00
                           TMI TRUST COMPANYS AMENDED
                           NOTICE REGARDING THE PROPOSED
                           REMOTE WITNESS TESTIMONY FOR
                           THE DECEMBER 17, 2020
                           EVIDENTIARY HEARING.

12/16/20 RPV   B190  A104   REVIEWED SUMMARY OF               .40       196.00
                           DEPOSITION AND EMAILS TO TEAM
                           REGARDING SAME

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   57
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/16/20 | LFA | B160 | A104 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING OUTLINE OF HEARING ON U.S. TRUSTEE'S OBJECTION(.5); MULTIPLE CALLS AND CORRESPONDENCES WITH UST OFFICE REGARDING UST'S OBJECTION TO JW FEES (2.0); MULTIPLE CALLS WITH MR. MINTZ REGARDING FEE OBJECTIONS (1.); PREPARED FOR HEARING ON FEE APPLICATIONS (5.0) | 7.60 | 3,040.00 |
| 12/16/20 | MAM | B190 | A101 | WORK ON ARGUMENTS (5. 0) AND PREPARE FOR HEARING (4.9)ON MOTION TO RECONSTITUTE. | 9.90 | 3,960.00 |
| 12/16/20 | MAM | B190 | A101 | WORK ON ARGUMENT ON FEE OBJECTIONS | 2.10 | 840.00 |
| 12/16/20 | CVM | B190 | A104 | REVIEWED AND EDITED JONES WALKER'S FOURTH MONTHLY FEE STATEMENT | .70 | 175.00 |
| 12/16/20 | CVM | B190 | A103 | REVIEWED AND EDITED BLANK ROME'S FOURTH MONTHLY FEE STATEMENT | .50 | 125.00 |
| 12/16/20 | CVM | B190 | A103 | DRAFTED OBJECTION TO 2004 DISCOVERY | 2.20 | 550.00 |
| 12/16/20 | CVM | B160 | A104 | PREPARED ARGUMENT FOR HEARING ON OBJECTION TO JW'S FIRST INTERIM FEE APP (3.5) AND REVIEWED DOCUMENTS RE SAME (1.0). | 4.50 | 1,125.00 |
| 12/16/20 | SAO | B170 | A104 | REVIEW REPLIES IN SUPPORT OF LOCKE LORD'S FEE APPLICATION (0.3); REVIEW REPLIES IN SUPPORT OF PACHULSKI'S FEE APPLICATION (0.2). | .50 | 125.00 |
| 12/16/20 | SAO | B190 | A103 | REVISE EXHIBITS 23 AND 24 ON THE JOINT UST/DEBTOR WITNESS AND EXHIBIT LIST TO INCLUDE FULL COPIES OF TRANSCRIPTS (0.2); CIRCULATE THE SAME TO PARTIES IN INTEREST TO THE MOTION TO RECONSTITUTE (0.1). | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   58
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/16/20 SAO | B110 | A103 | FURTHER REVISIONS TO NOTICE OF AGENDA FOR OMNIBUS HEARING ON DECEMBER 17, 2020 (0.2); FINALIZE THE SAME (0.1); FILE THE SAME (0.1). | .40 | 100.00 |
|---|---|---|---|---|---|
| 12/16/20 SAO | B190 | A103 | REVISE TALKING POINTS FOR OMNIBUS HEARING ON DECEMBER 17, 2020 TO REFLECT TODAY'S DEVELOPMENTS. | .40 | 100.00 |
| 12/16/20 SAO | B310 | A103 | FINALIZE DECLARATION OF FR. CARR REGARDING BAR DATE NOTICE (0.4); FILE THE SAME (0.2). | .60 | 150.00 |
| 12/16/20 SAO | B190 | A103 | REVIEW AND REVISE MR. MINTZ'S TALKING POINTS FOR THE EVIDENTIARY HEARING ON TMI'S MOTION. | .20 | 50.00 |
| 12/17/20 EDW | B110 | A101 | PREPARING FOR HEARING ON TMI'S MOTION. | 1.00 | 300.00 |
| 12/17/20 EDW | B110 | A109 | ATTENDED HEARING ON TMI'S MOTION. | 10.00 | 3,000.00 |
| 12/17/20 EJF | B190 | A105 | TELEPHONE CALLS AND MESSAGE WITH MR. MINTZ RE HEARING. (NO CHARGE) (0.5) | .00 | NO CHARGE |
| 12/17/20 EJF | B190 | A106 | CONFERENCE CALL WITH CLIENT RE SAME; | .20 | 98.00 |
| 12/17/20 EJF | B210 | A104 | REVIEW OPERATIONS ISSUE AND COURT ORDERS RELATED TO THE SAME (.8); | .80 | 392.00 |
| 12/17/20 EJF | B210 | A106 | DRAFT AND REVISE MEMO TO CLIENT RE SAME; | .40 | 196.00 |
| 12/17/20 JJL | B110 | A105 | RESPOND TO QUESTIONS REGARDING INSURANCE COVERAGES | .20 | 60.00 |
| 12/17/20 JRT | B190 | A103 | . PREPARE INTERNAL MEMO ON STRATEGIC ON MEDIATION AFTER HECKER DEPOSITION (0.70); STUDY INSURANCE ISSUES (0.50) | 1.20 | 360.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  59
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/17/20 RPV   B420  A106   TELEPHONE CONVERSATION WITH        .50        245.00
                           CLIENT REGARDING MEDIATION
                           PREP

12/17/20 RPV   B190  A105   EMAIL FROM AND OFFICE              .60        294.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING UPDATE ON HEARINGS
                           ON TMI MOTION AND FEE
                           APPLICATIONS.

12/17/20 LFA   B110  A103   CORRESPONDENCES WITH MS.          1.00        400.00
                           MCCAFFREY REGARDING FEE
                           APPLICATION (0.30); WITH MS.
                           OPPENHEIM AND BERGERON
                           REGARDING UST OBJECTION TO
                           JONES WALKER FEES (0.30);
                           WITH MS. MCCAFFREY REGARDING
                           BLANK ROME'S DRAFT 4TH
                           MONTHLY FEE STATEMENT (0.40)

12/17/20 MAM   B190  A101   PREPARE FOR (5.0) AND ATTEND     12.40      4,960.00
                           HEARING (1.0) ON MOTION TO
                           RECONSTITUTE COMMITTEE.
                           PREPARE FOR (5.0) AND ATTEND
                           HEARINGS ON OMNIBUS HEARING
                           DATE. (1.0) COMMUNICATIONS
                           WITH CLIENT REGARDING THE
                           SAME. (0.4)

12/17/20 CVM   B160  A104   EDITED JONES WALKER'S FOURTH       .50        125.00
                           MONTHLY FEE STATEMENT AND
                           COMPILED TO CIRCULATE

12/17/20 CVM   B160  A104   DRAFTED AND EDITED PROPOSED       1.00        250.00
                           ORDER ON JW'S FIRST INTERIM
                           FEE APPLICATION

12/17/20 CVM   B190  A103   DRAFTED OBJECTION TO 2004         4.00      1,000.00
                           DISCOVERY (2.00) AND
                           RESEARCHED CASES RE SAME
                           (2.00)

12/17/20 SAO   B190  A101   OFFICE CONFERENCES WITH MR.       1.70        425.00
                           MINTZ TO PREPARE FOR TODAY'S
                           EVIDENTIARY AND OMNIBUS
                           HEARINGS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   60
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init. | Task | Act. | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/17/20 | SAO | B190 | A109 | ATTEND AFTERNOON SESSION OF EVIDENTIARY HEARING ON TMI'S MOTION TO RECONSTITUTE. | 5.20 | 1,300.00 |
| 12/17/20 | SAO | B190 | A109 | ATTEND MORNING SESSION OF EVIDENTIARY HEARING ON TMI'S MOTION TO RECONSTITUTE. | 3.20 | 800.00 |
| 12/17/20 | SAO | B190 | A109 | ATTEND OMNIBUS HEARING. | 1.30 | 325.00 |
| 12/17/20 | M F | B120 | A105 | EXCHANGE OF EMAIL WITH J. TILLERY REGARDING INSURANCE ISSUES | .30 | 90.00 |
| 12/18/20 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING TMI HEARING. | .10 | 30.00 |
| 12/18/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING FURTHER WORK NEEDED REGARDING ABUSE CLAIMS. | .30 | 90.00 |
| 12/18/20 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON REGARDING CALAMARI DEPOSITION SCHEDULE. | .10 | 30.00 |
| 12/18/20 | EDW | B110 | A107 | REVIEWED COMMUNICATIONS WITH MR. GISLESON REGARDING DEPOSITION SCHEDULE. | .10 | 30.00 |
| 12/18/20 | EDW | B110 | A104 | REVIEWED PRESCRIPTION AND DEFENSE OF ABUSE CLAIMS ISSUES. | .90 | 270.00 |
| 12/18/20 | EJF | B210 | A103 | REVISE REPORTING INFORMATION; | 3.80 | 1,862.00 |
| 12/18/20 | EJF | B210 | A104 | REVIEW REPORTING ISSUES AND INFORMATION; | 3.20 | 1,568.00 |
| 12/18/20 | EJF | B210 | A106 | EMAILS TO AND FROM CLIENT RE SAME; | .80 | 392.00 |
| 12/18/20 | EJF | B190 | A107 | CONFERENCE CALL WITH (.1) AND MEMOS TO AND FROM TMI COUNSEL RE REPORTING ISSUE (.2); | .30 | 147.00 |
| 12/18/20 | JRT | B190 | A103 | FINALIZE EMAIL ON HECKER DEPOSITION. | .40 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  61
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/18/20 JRT | B190 | A108 | COMMUNICATIONS WITH COUNSEL FOR PLAINTIFF. | .30 | 90.00 |
| 12/18/20 JRT | B190 | A105 | INTERNAL COMMUNICATION REGARDING MEDIATION. | .40 | 120.00 |
| 12/18/20 WGZ | B410 | A105 | EMAILS WITH JW TEAM AND PREPARE FOR STRATEGY MEETING. | .50 | 150.00 |
| 12/18/20 LFA | B110 | A103 | CORRESPONDENCES WITH MSES. MORALES, CANTOR AND FUTRELL REGARDING CONFIDENTIALITY AGREEMENT- SEXUAL ABUSE CLAIMS (.4); WITH MR. MINTZ REGARDING CONFIDENTIALITY AGREEMENT (.4); WITH MS. CANTOR REGARDING CONFIDENTIALITY AGREEMENT (.3). | 1.10 | 440.00 |
| 12/18/20 MAM | B190 | A101 | CONFERENCES WITH CLIENT REGARDING HEARING. (1.0) WORK ON POST TRIAL BRIEFING. (1.4) | 2.40 | 960.00 |
| 12/18/20 AK | B310 | A103 | WORKED ON MOTION FOR PROTECTIVE ORDER. | 1.70 | 425.00 |
| 12/18/20 CVM | B190 | A103 | DRAFTED POTENTIAL OBJECTION TO RULE 2004 DISCOVERY (3.0) AND REVIEWED OBJECTIONS IN SIMILAR CASES (1.00) | 4.00 | 1,000.00 |
| 12/18/20 SAO | B110 | A108 | DRAFT MEMO TO THE CLIENT REGARDING YESTERDAY'S EVIDENTIARY AND OMNIBUS HEARINGS. | 1.40 | 350.00 |
| 12/18/20 SAO | B110 | A111 | WORK ON CALENDARING AND SCHEDULING FOR THE UPCOMING YEAR. | .40 | 100.00 |
| 12/18/20 M F | B310 | A105 | CONFERRED WITH J. TILLERY REGARDING PRESCRIPTION ISSUES | .30 | 90.00 |
| 12/19/20 EJF | B110 | A105 | WORK ON MOR; | .70 | 343.00 |
| 12/19/20 EJF | B210 | A103 | FURTHER REVISIONS TO REPORTING INFORMATION; | 2.20 | 1,078.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   62
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/19/20 RPV   B190  A106   EMAILS TO AND FROM CLIENT           .30        147.00
                            REGARDING FONTANA LAWSUIT.

12/20/20 RPV   B110  A104   REVIEWED WEEKLY DEADLINES AND        .20         98.00
                            SCHEDULE FOR UPCOMING WEEK.

12/21/20 EDW   B110  A107   REVIEWED COMMUNICATIONS             .10         30.00
                            REGARDING JAMES DOE
                            DEPOSITION SCHEDULE.

12/21/20 EDW   B110  A104   REVIEWED ISSUES REGARDING          1.50        450.00
                            ABUSE CLAIMS AND PREPARATION
                            FOR MEDIATION.

12/21/20 EDW   B110  A104   RECEIVED AND REVIEWED ORDER         .10         30.00
                            FROM JUDGE GRABILL REGARDING
                            MOTION TO QUASH SUBPOENAS TO
                            COUNSEL.

12/21/20 EDW   B110  A104   REVIEWED COMMUNICATIONS             .20         60.00
                            REGARDING POST TMI HEARING
                            BRIEFING.

12/21/20 EJF   B210  A103   WORK ON REVISIONS TO              3.80      1,862.00
                            FINANCIAL INFORMATION;

12/21/20 EJF   B210  A106   MEMOS TO AND FROM CLIENT            .70        343.00
                            REGARDING THE SAME;

12/21/20 JRT   B190  A109   ATTEND STRATEGY MEETING WITH        .70        210.00
                            TEAM.

12/21/20 JRT   B190  A104   STUDY DEPOSITION NOTES OF           .60        180.00
                            HECKER (0.3); CONSIDER
                            STRATEGY (0.3).

12/21/20 JRT   B190  A108   EMAILS WITH COUNSEL FOR             .40        120.00
                            PLAINTIFFS.

12/21/20 RPV   B190  A104   WORKED ON MEDIATION ISSUES         2.00        980.00

12/21/20 RPV   B190  A105   OFFICE CONFERENCES WITH             .50        245.00
                            MESSRS. WEGMANN AND MINTZ
                            REGARDING MEDIATION ISSUES

12/21/20 RPV   B190  A104   REVIEWED EMAIL FROM MR.             .30        147.00
                            BOLDISSAR REGARDING BRIEFING
                            SCHEDULE AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME .

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   63
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/21/20 RPV   B310   A106   EMAILS WITH CLIENT REGARDING        .20         98.00
                             ABUSE SURVIVOR PROOF OF CLAIM.

12/21/20 RPV   B310   A106   REVIEWED ABUSE SURVIVOR PROOF       .50        245.00
                             OF CLAIM AND CONFERENCE WITH
                             CLIENT REGARDING SAME

12/21/20 RPV   B190   A104   RECEIVED AND REVIEWED ANSWER        .20         98.00
                             FILED IN DONALD/MERRICKS
                             MATTER IN CDC.

12/21/20 RPV   B190   A105   EMAIL FROM CLIENT REGARDING         .10         49.00
                             ANSWER FILED IN
                             DONALD/MERRICKS MATTER.

12/21/20 RPV   B190   A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                             GRANTING IN PART, DENYING IN
                             PART TMI TRUST COMPANYS
                             EXPEDITED MOTION TO COMPEL
                             DISCOVERY FROM THE OFFICIAL
                             COMMITTEE OF UNSECURED
                             CREDITORS AND ITS MEMBERS AND
                             FOR AN EXTENSION OF THE
                             DISCOVERY DEADLINE WITH
                             RESPECT TO TMI TRUST COMPANYS
                             MOTION FOR ORDER (I)
                             REQUIRING THE UNITED STATES
                             TRUSTEE TO APPOINT A SEPARATE
                             COMMITTEE OF UNSECURED
                             CREDITORS AND/OR (II)
                             REINSTATING TMI TRUST COMPANY
                             AS A MEMBER OF AND
                             RECONSTITUTING THE OFFICIAL
                             COMMITTEE OF UNSECURED
                             CREDITORS.

12/21/20 RPV   B190   A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                             GRANTING MOTION TO QUASH
                             SUBPOENAS.

12/21/20 RPV   B190   A106   EMAILS FROM AND OFFICE              .40        196.00
                             CONFERENCE WITH CLIENT AND
                             MR. MINTZ REGARDING FONTANA
                             LAWSUIT.

12/21/20 RPV   B190   A103   PREPARED REPORT TO CLIENT           .20         98.00
                             REGARDING DECEMBER 17 HEARING.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  64
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/21/20 | WGZ | B410 | A106 | EMAILS WITH CLIENT AND JW TEAM REGARDING RESPONSIVE PLEADINGS IN FONTANA MATTER IN CIVIL DISTRICT COURT. | .60 | 180.00 |
| 12/21/20 | WGZ | B410 | A104 | ANALYSIS OF HEARINGS ON VARIOUS FEE APPLICATION MOTIONS AND REPORTS TO CLIENT REGARDING SAME. | .20 | 60.00 |
| 12/21/20 | MAM | B110 | A101 | PREPARE FOR AND ATTEND STRATEGY MEETING | 1.50 | 600.00 |
| 12/21/20 | MAM | B110 | A101 | CONFERENCE WITH CLIENT REGARDING BILLING ISSUES AND UPDATE ON HEARINGS. | .80 | 320.00 |
| 12/21/20 | MAM | B190 | A101 | WORK ON POST TRIA BRIEF. (2.6)  CONFERENCE WITH MS. OPPENHEIM REGARDING THE SAME.(0.6) | 3.20 | 1,280.00 |
| 12/21/20 | CVM | B190 | A103 | REVISED PENDING PROCEEDING RULE SECTION OF POTENTIAL OBJECTION/RESPONSE TO COMMITTEE'S 2004 DISCOVERY | 1.40 | 350.00 |
| 12/21/20 | CVM | B190 | A103 | DRAFTED JW CONFIDENTIALITY AGREEMENT (0.40), REVIEWED DOCUMENTS RE SAME (0.20) AND COMMUNICATED TO L. ASHLEY (0.10) | .70 | 175.00 |
| 12/21/20 | CVM | B190 | A103 | BEGAN DRAFTING UNDULY BURDENSOME SECTION OF POTENTIAL RESPONSE/OBJECTION TO COMMITTEE'S 2004 DISCOVERY REQUESTS (1.50) AND REVIEWED OBJECTIONS RE BURDENSOME AND OPPRESSIVE 2004 DISCOVERY IN SIMILAR CASES (2.50) | 4.00 | 1,000.00 |
| 12/21/20 | SAO | B110 | A105 | ATTEND WEEKLY STRATEGY MEETING WITH MR. MINTZ, MR. VANCE, MS. FUTRELL, MS. ASHELY, MR. ZERINGUE, MR. WEGMANN, AND MR. TILLERY. | 1.30 | 325.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   65
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/21/20 SAO | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ TO DISCUSS THE DEBTOR'S POST-TRIAL BRIEFING IN CONNECTION WITHTMI'S MOTION TO RECONSTITUTE. | .30 | 75.00 |
| 12/21/20 SAO | B190 | A103 | DRAFT THE DEBTOR'S POST-TRIAL STATEMENT IN CONNECTION WITH TMI'S MOTION TO RECONSTITUTE. | 3.60 | 900.00 |
| 12/22/20 EDW | B110 | A104 | REVIEWED AND REVISED HEARING BRIEF REGARDING TMI MOTION. | .50 | 150.00 |
| 12/22/20 EDW | B110 | A104 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. GISLESON REGARDING CALAMARI DEPOSITION. | .10 | 30.00 |
| 12/22/20 EDW | B110 | A104 | REVIEWED CALAMARI ANSWERS TO DISCOVERY INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION. | .50 | 150.00 |
| 12/22/20 EDW | B110 | A104 | RECEIVED AND REVIEWED JOHN DOE FILINGS IN CASE NO. 20-1341 REGARDING OBJECTION TO BANKRUPTCY JURISDICTION AND RELATED PLEADINGS. | .30 | 90.00 |
| 12/22/20 EJF | B210 | A104 | REVIEW FINANCIAL INFORMATION; | .80 | 392.00 |
| 12/22/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING THE SAME; | .70 | 343.00 |
| 12/22/20 EJF | B210 | A103 | WORK ON REVISIONS TO FINANCIAL INFORMATION; | 2.80 | 1,372.00 |
| 12/22/20 RPV | B310 | A104 | WORKED ON MEDIATION ISSUES | .20 | 98.00 |
| 12/22/20 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF DEBTORS POST-TRIAL STATEMENT IN CONNECTION WITH TMIS MOTION TO RECONSTITUTE AND REVISIONS TO SAME. | .20 | 98.00 |
| 12/22/20 RPV | B190 | A105 | EMAILS FROM MR. MINTZ, MR. WEGMANN AND MS. OPPENHEIM REGARDING REVIEW AND REVISIONS TO DEBTORS POST-TRIAL STATEMENT IN | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  66
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | CONNECTION WITH TMIS MOTION TO RECONSTITUTE. |  |  |
| 12/22/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MS. MCCAFFREY AND MESSRS. RICHMOND AND WHITACRE REGARDING ARCHDIOCESE- OCP (.2); WITH MS. MCCAFFREY AND MS. CANTOR REGARDING ARCHDIOCESE OF NEW ORLEANS RE: CONFIDENTIALITY (.4). | .60 | 240.00 |
| 12/22/20 | MAM | B190 | A101 | REVISE AND EDIT POST TRIAL BRIEF. (3.0) CONFERENCE WITH MS. OPPENHEIM REGARDING THE SAME.(0.4) | 3.40 | 1,360.00 |
| 12/22/20 | CVM | B190 | A103 | RESEARCHED THE POLICE OR REGULATORY POWER EXCEPTION TO THE AUTOMATIC STAY | 2.40 | 600.00 |
| 12/22/20 | CVM | B190 | A102 | RESEARCHED WHETHER A RIGHT TO SUE LETTER TRANSFORMS SUIT INTO POLICE OR REGULATORY POWER EXCEPTION (1.80) AND COMMUNICATED TO M. MINTZ (0.30) | 2.10 | 525.00 |
| 12/22/20 | CVM | B190 | A102 | DRAFTED POTENTIAL OBJECTION/RESPONSE TO COMMITTEE'S 2004 DISCOVERY REQUEST (1.5) AND REVIEWED CASE LAW RE SAME (1.00) | 2.50 | 625.00 |
| 12/22/20 | SAO | B310 | A104 | CONTINUE REVIEW AND ANALYSIS OF PROOFS OF CLAIM. | 2.70 | 675.00 |
| 12/22/20 | SAO | B190 | A103 | REVISE POST-TRIAL STATEMENT IN CONNECTION WITH TMI'S MOTION TO RECONSTITUTE PER COMMENTS FROM MR. WEGMANN. | .60 | 150.00 |
| 12/23/20 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING ALLEGED ABUSE CLAIMS. | .30 | 90.00 |
| 12/23/20 | EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING ABUSE CLAIMS ISSUES. | .20 | 60.00 |

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  67
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01
```

| | | | | | |
|---|---|---|---|---|---|
| 12/23/20 EDW | B110 | A104 | RECEIVED AND REVIEWED TMI'S POST HEARING BRIEF. | .50 | 150.00 |
| 12/23/20 EDW | B110 | A104 | RECEIVED AND REVIEWED UCC'S POST HEARING BRIEF. | .50 | 150.00 |
| 12/23/20 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT REGARDING FINANCIAL INFORMATION (.3); CONFERENCE CALL WITH CLIENT RE SAME (.3); | .60 | 294.00 |
| 12/23/20 JJL | B190 | A104 | RECEIVED AND REVIEWED MOTION TO UNSEAL DEPOSITION OF LAWRENCE HECKER AND REDESIGNATE CERTAIN DOCUMENTS WITH MEMORANDUM IN SUPPORT; ANALYZE POTENTIAL RESPONSE | .80 | 240.00 |
| 12/23/20 JRT | B190 | A104 | STUDY MOTION TO LIFT SEAL COMPARED TO DEPOSITION TESTIMONY. | 1.00 | 300.00 |
| 12/23/20 JRT | B190 | A105 | EMAIL TO TEAM WITH THOUGHTS ON MOTION TO LIFT SEAL COMPARED TO DEPOSITION TESTIMONY. | .60 | 180.00 |
| 12/23/20 RPV | B190 | A104 | RECEIVED AND REVIEWED TMI POST TRIAL BRIEF AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 12/23/20 RPV | B190 | A104 | RECEIVED AND REVIEWED UCC'S POST TRIAL BRIEF AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |
| 12/23/20 RPV | B190 | A104 | RECEIVED AND REVIEWED US TRUSTEE POST TRIAL BRIEF AND EMAIL FROM/TO MR. MINTZ REGARDING SAME | .30 | 147.00 |
| 12/23/20 RPV | B190 | A105 | EMAILS FROM BANKRUPTCY TEAM REGARDING RESPONDING TO MOTION TO UNSEAL DOCUMENTS IN JW DOE MATTER. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   68
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/23/20 RPV   B160  A104   EMAILS FROM MR. MINTZ AND MR.        .10        49.00
                           KADDEN REGARDING AGREED ORDER
                           ON FIRST INTERIM FEE
                           APPLICATION FOR ALLOWANCE OF
                           COMPENSATION AND
                           REIMBURSEMENT OF EXPENSES
                           INCURRED AS FINANCIAL ADVISOR
                           TO THE DEBTOR FOR THE PERIOD
                           MAY 1, 2020 THROUGH NOVEMBER
                           19, 2020 AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME

12/23/20 RPV   B110  A104   RECEIVED AND REVIEWED ORDER         .10        49.00
                           ON DEBTORS EXPEDITED MOTION
                           FOR AUTHORITY TO SELL
                           IMMOVABLE PROPERTY, FREE AND
                           CLEAR OF ALL LIENS,
                           INTERESTS, AND ENCUMBRANCES.

12/23/20 RPV   B160  A105   RECEIVED AND REVIEWED ORDER         .20        98.00
                           GRANTING FIRST INTERIM
                           APPLICATION OF JONES WALKER
                           LLP AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME

12/23/20 RPV   B110  A104   RECEIVED AND REVIEWED ORDER         .10        49.00
                           GRANTING DEBTORS MOTION FOR
                           AUTHORITY TO DEDICATE
                           SERVITUDE, FREE AND CLEAR OF
                           ALL LIENS, INTERESTS, AND
                           ENCUMBRANCES AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

12/23/20 RPV   B110  A104   RECEIVED AND REVIEWED CHAPTER       .10        49.00
                           11 FINANCIAL REPORT FOR
                           FILING PERIOD NOVEMBER 1,
                           2020 TO NOVEMBER 30, 2020.

12/23/20 RPV   B190  A104   RECEIVED AND REVIEWED JUDGE         .10        49.00
                           BRUNO'S ORDER DENYING MR.
                           FONTANA'S PRELIMINARY
                           INJUNCTION AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

12/23/20 RPV   B190  A104   REVIEWED CLIENTS REVISIONS TO       .10        49.00
                           POST TRIAL STATEMENT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  69
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/23/20 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SERVICE OF FONTANA LAWSUIT. | .30 | 147.00 |
| 12/23/20 | RPV | B190 | A105 | EMAILS TO AND FROM JW TEAM REGARDING AUTOMATIC STAY ISSUES | .50 | 245.00 |
| 12/23/20 | WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO VALUATION OF TORT CLAIMS. | 2.00 | 600.00 |
| 12/23/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MESSRS. MURRAY AND MINTZ REGARDING ORDER GRANTING BLANK ROME FEE APPLICATION (.4); WITH MR. MINTZ REGARDING UST POST-TRIAL BRIEF (.2); WITH MS. ZUNIGA AND MESSRS. MINTZ, KADDEN AND EAGAN REGARDING ORDER GRANTING FEE APP (.2); WITH MS. LEOR, LEAF CAPITAL, REGARDING COPIER LEASE (.2); WITH MS. ZUNIGA AND MR. MINTZ REGARDING NOVEMBER MOR NARRATIVE (.2). | 1.20 | 480.00 |
| 12/23/20 | MAM | B190 | A101 | FINALIZE AND FILE POST TRIAL BRIEFING. (2.9) RECEIPT AND REVIEW OF OTHER BRIEFINGS. (2.7) RECEIPT AND REVIEW OF MOTION TO UNSEAL.(0.6) | 6.20 | 2,480.00 |
| 12/23/20 | CVM | B190 | A102 | RESEARCHED RIGHT TO SUE LETTER EFFECT ON AUTOMATIC STAY (0.30) AND COMMUNICATED RESEARCH TO M. MINTZ RE SAME (0.20) | .50 | 125.00 |
| 12/23/20 | CVM | B190 | A102 | REVISED POTENTIAL OBJECTION/RESPONSE TO COMMITTEE'S 2004 DISCOVERY REQUEST | 1.80 | 450.00 |
| 12/23/20 | SAO | B190 | A103 | REVISE POST-TRIAL STATEMENT IN CONNECTION WITH TMI'S MOTION PER COMMENTS FROM THE CLIENT (0.4); FINALIZE THE SAME (0.2); FILE THE SAME | .80 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   70
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

|            |     |      |      | (0.2).                                                                                                                            |      |          |
|------------|-----|------|------|-----------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 12/23/20 SAO | B190 | A103 | FILE MONTHLY OPERATING REPORT FOR THE MONTH OF NOVEMBER 2020. | .90 | 225.00 |
| 12/23/20 SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON 12/11/2020. | .10 | 25.00 |
| 12/23/20 SAO | B190 | A104 | REVIEW THE UST'S POST-TRIAL BRIEF (0.1); REVIEW THE COMMITTEE'S POST-TRIAL BRIEF (0.3). REVIEW TMI'S POST-TRIAL BRIEF (0.3). | .70 | 175.00 |
| 12/24/20 JRT | B190 | A105 | MORE COMMUNICATION REGARDING STRATEGY RELATIVE TO LIFT SEAL MOTION. | 1.00 | 300.00 |
| 12/24/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING RESPONSE TO MOTION TO UNSEAL. | .50 | 245.00 |
| 12/24/20 RPV | B190 | A105 | EMAILS FROM JW TEAM REGARDING MOTION TO UNSEAL AND STAY ISSUES | .30 | 147.00 |
| 12/24/20 MAM | B190 | A101 | RESEARCH REGARDING MOTION TO UNSEAL. | 4.30 | 1,720.00 |
| 12/25/20 M F | B190 | A104 | REVIEWED AND ANALYZED MOTION TO UNSEAL DEPOSITION OF PRIEST L. HECKER | .90 | 270.00 |
| 12/25/20 M F | B190 | A104 | REVIEWED AND ANALYZED 1ST DAY OF DEPOSITION TESTIMONY OF L. HECKER TO CONSIDER POTENTIAL RESPONSE TO MOTION TO UNSEAL DEPOSITION | 1.90 | 570.00 |
| 12/26/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONFIDENTIALITY OF DISCOVERY IN FEDERAL COURT. | .80 | 240.00 |
| 12/26/20 EDW | B110 | A105 | TELEPHONE CONFERENCE WITH DEFENSE GROUP REGARDING BANKRUPTCY ISSUES AND DISTRICT COURT ISSUES REGARDING REGARDING JW DOE. | .80 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   71
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/26/20 JJL   B190  A105   STRATEGY MEETING RE RECENTLY      1.00       300.00
                           FILED PLEADINGS TO UNSEAL
                           DOCUMENTS

12/26/20 JJL   B190  A104   ANALYZE STRUCTURE AND              .30        90.00
                           ARGUMENT FOR RESPONSE TO
                           CLAIMANT'S MOTION

12/26/20 JRT   B190  A103   DRAFT MEMO ON THOUGHTS ON          .60       180.00
                           RECENT FILING.

12/26/20 JRT   B190  A109   ATTEND STRATEGY MEETING ON         .70       210.00
                           RECENT FILING.

12/26/20 RPV   B190  A104   EMAILS FROM MR. MINTZ              .50       245.00
                           REGARDING HECKER DEPOSITION.

12/26/20 RPV   B190  A106   EMAILS FROM MR. MINTZ AND          .30       147.00
                           CLIENT REGARDING MOTION TO
                           UNSEAL DOCUMENTS FILED BY JW
                           DOE.

12/26/20 RPV   B190  A104   EMAIL FROM MR. TILLERY             .20        98.00
                           REGARDING STRATEGY IN
                           RESPONSE TO MOTION TO UNSEAL

12/26/20 LFA   B110  A106   CORRESPONDENCES WITH MESSRS.       .30       120.00
                           MINTZ, EAGAN AND CLIENT
                           REGARDING MOTION TO UNSEAL
                           DOCUMENTS.

12/26/20 MAM   B190  A101   MEETINGS (1.3) AND RESEARCH       3.50     1,400.00
                           (2.2) REGARDING HECKER
                           DEPOSITONS.

12/26/20 SAO   B190  A105   ZOOM MEETING WITH MR. MINTZ,       .90       225.00
                           MR. VANCE, MR. ZERINGUE, MR.
                           WEGMANN, MR. LOWENTHAL, MR.
                           TILLERY, MS. FISCHER, AND MS.
                           KINGSMILL TO DISCUSS STRATEGY
                           FOR RESPONDING TO J.W. DOE'S
                           MOTION TO UNSEAL THE
                           DEPOSITION OF LAWRENCE HECKER.

12/26/20 SAO   B190  A105   TELEPHONE CONFERENCE WITH MR.      .50       125.00
                           MINTZ TO DISCUSS MOTION
                           REGARDING STAY VIOLATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   72
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/26/20 SAO | B190 | A103 | DRAFT OUTLINE OF MOTION FOR SANCTIONS FOR VIOLATING THE AUTOMATIC STAY. | 1.20 | 300.00 |
|---|---|---|---|---|---|
| 12/26/20 SAO | B190 | A103 | DRAFT FACTUAL BACKGROUND SECTIONS OF STAY VIOLATION MOTION. | 3.90 | 975.00 |
| 12/26/20 M F | B190 | A104 | ANALYSIS TO DETERMINE APPROPRIATE RESPONSE AND OPPOSITION TO MOTION TO UNSEAL CONFIDENTIAL DEPOSITION OF PRIEST | .90 | 270.00 |
| 12/27/20 RPV | B110 | A104 | EMAILS FROM MR. MINTZ REGARDING SCHEDULE AND DEADLINES FOR UPCOMING WEEK. | .10 | 49.00 |
| 12/27/20 RPV | B190 | A104 | REVIEWED EXCERPTS FROM HECKER DEPOSITION. | .50 | 245.00 |
| 12/27/20 MAM | B190 | A101 | REVIEW OF DEPOSITION OF HECKER (2.0) AND PREPARE MOTION FOR SANCTIONS FOR STAY VIOLATION. (1.6) CONFERENCES REGARDING THE SAME. (0.9) | 4.50 | 1,800.00 |
| 12/27/20 SAO | B190 | A103 | CONTINUE DRAFTING BACKGROUND SECTIONS OF STAY VIOLATION MOTION. | 3.40 | 850.00 |
| 12/27/20 SAO | B190 | A103 | REVISE AND SUPPLEMENT LEGAL STANDARD SECTIONS OF STAY VIOLATION MOTION. | 2.10 | 525.00 |
| 12/27/20 SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS STRATEGY REGARDING STAY VIOLATION MOTION. | .30 | 75.00 |
| 12/27/20 SAO | B190 | A103 | DRAFT APPLICATION SECTIONS OF STAY VIOLATION MOTION. | 3.90 | 975.00 |
| 12/27/20 SAO | B190 | A103 | REVIEW AND REVISE ALL SECTIONS OF STAY VIOLATION MOTION. | 1.10 | 275.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   73
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 12/28/20 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING MEDIA REPORT AND ISSUES. | .10 | 30.00 |
| 12/28/20 EDW | B110 | A109 | ATTENDED LITIGATION STRATEGY AND PLANNING MEETING. | 1.50 | 450.00 |
| 12/28/20 EDW | B110 | A104 | REVIEWED ISSUES REGARDING NEW CLAIMS AGAINST THE ARCHDIOCESE AND INVESTIGATED ALLEGED CLAIMS. | 1.50 | 450.00 |
| 12/28/20 EJF | B110 | A105 | ATTEND MEETING RE MEDIATION AND RELATED ISSUES; | .60 | 294.00 |
| 12/28/20 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT PLEADINGS; | 4.80 | 2,352.00 |
| 12/28/20 JJL | B190 | A104 | COORDINATE ARGUMENTS REGARDING OBJECTION OF MOTION TO UNSEAL | 1.20 | 360.00 |
| 12/28/20 JRT | B190 | A106 | COMMUNICATION WITH CLIENT ON MOTION ISSUES. | .30 | 90.00 |
| 12/28/20 JRT | B190 | A109 | ATTEND TEAM MEETING ON RECENT MOTION. | 1.40 | 420.00 |
| 12/28/20 JRT | B190 | A104 | WORK ON LEGAL/FACTUAL ISSUES RELATIVE TO MOTION TO UNSEAL. | .70 | 210.00 |
| 12/28/20 JRT | B190 | A108 | DISCUSSIONS WITH BORDELON. | .30 | 90.00 |
| 12/28/20 RPV | B190 | A104 | REVIEWED MOTION TO UNSEAL AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | 1.50 | 735.00 |
| 12/28/20 RPV | B190 | A104 | WORKED ON STAY ISSUES AND MOTION TO UNSEAL | 1.50 | 735.00 |
| 12/28/20 RPV | B190 | A104 | RECEIVED AND REVISED DRAFT OF MOTION FOR SANCTIONS REGARDING STAY VIOLATION. | .30 | 147.00 |
| 12/28/20 RPV | B190 | A104 | REVIEWED SAMPLE PROTECTIVE ORDER. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    74
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/28/20 | RPV | B190 | A104 | EMAILS FROM CO-COUNSEL AND CLIENT REGARDING RESPONSE CONCERNING HECKER DEPOSITION. | .50 | 245.00 |
| 12/28/20 | WGZ | B410 | A101 | PREPARE FOR CONFERENCE WITH JW BANKRUPTCY TEAM. | .70 | 210.00 |
| 12/28/20 | WGZ | B410 | A109 | ATTEND STRATEGY SESSION WITH JW BANKRUPTCY TEAM. | 1.00 | 300.00 |
| 12/28/20 | LFA | B110 | A103 | CORRESPONDENCES WITH MESSRS. MINTZ, MINCE AND BRUNS REGARDING FEE APPLICATIONS (.4); AND WITH MR. MINTZ REGARDING MOTION FOR SANCTIONS FOR STAY VIOLATION (.3). | .70 | 280.00 |
| 12/28/20 | MAM | B190 | A101 | REVISE AND EDIT MOTION FOR SANCTIONS FOR STAY VIOLATION. | 6.70 | 2,680.00 |
| 12/28/20 | SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS MODIFIED STRATEGY IN CONNECTION WITH THE STAY VIOLATION MOTION. | .30 | 75.00 |
| 12/28/20 | SAO | B190 | A103 | DRAFT SECTION OF STAY VIOLATION MOTION REGARDING THE DEPOSITION OF LAWRENCE HECKER. | 2.30 | 575.00 |
| 12/28/20 | SAO | B190 | A103 | SUPPLEMENT STAY VIOLATION MOTION TO INCORPORATE NEW POINTS RAISED BY MR. MINTZ DURING TODAYS STRATEGY CALL. | 2.10 | 525.00 |
| 12/28/20 | SAO | B190 | A103 | CONTINUE DRAFTING SECTION OF STAY VIOLATION MOTION REGARDING THE DEPOSITION OF LAWRENCE HECKER. | 3.80 | 950.00 |
| 12/28/20 | SAO | B190 | A104 | REVIEW MR. MINTZ'S COMMENTS AND REVISIONS TO THE STAY VIOLATION MOTION. | .70 | 175.00 |
| 12/28/20 | M F | B190 | A103 | WORKING ON OPPOSITION TO MOTION TO UNSEAL DEPOSITION AND REDESIGNATE DOCUMENTS AS NONCONFIDENTIAL | 2.40 | 720.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   75
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/28/20 GMS   B190  A105   COMMUNICATIONS WITH MS.              .10        17.00
                           KINGSMILL CONCERNING
                           PRODUCTIONS IN JW DOE MATTER.

12/28/20 GMS   B190  A105   GENERATE SEARCHES TO ISOLATE         .50        85.00
                           SELECTED DOCUMENTS FROM JW
                           DOE PRODUCTIONS IN
                           PREPARATION OF AND EXPORT AND
                           EXTRACT DOCUMENTS TO NETWORK
                           FOR ATTORNEY CONSIDERATION.

12/29/20 EDW   B110  A107   RECEIVED AND REVIEWED               .10         30.00
                           ELECTRONIC MEMO FROM MR.
                           CAINE REGARDING THE
                           ARCHDIOCESE'S RESPONSE TO
                           REQUEST FOR PRODUCTION.

12/29/20 EDW   B110  A107   REVIEWED COMMUNICATIONS WITH        .10         30.00
                           UCC REGARDING FEES.

12/29/20 JJL   B190  A103   REVIEW AND EDIT PLEADING            .90        270.00
                           REGARDING OPPOSING UNSEALING
                           DOCUMENTS

12/29/20 JRT   B190  A104   MORE ANALYSIS OF UNSEAL           1.30        390.00
                           MOTION AND SUPPLEMENTAL MEMO.

12/29/20 JRT   B190  A103   DRAFT SUPPLEMENTAL MEMO AND       1.60        480.00
                           WORK ON ISSUES RELATED TO THE
                           MOTION TO UNSEAL OFF AND ON
                           ALL DAY.

12/29/20 PFH   B110  A104   REVIEWED AND ANALYZED18           1.50        600.00
                           STATUTES CITED IN J.W. DOE'S
                           MOTION (0.5); REVIEWED MEMO
                           ON REPORTING LAWS (0.7);
                           EMAIL TO MR. WEGMANN
                           REGARDING SAME (0.3).

12/29/20 PFH   B110  A107   EMAILS FROM MR. WEGMANN            .10         40.00
                           REGARDING J.W. DOE'S MOTION
                           TO UNSEAL.

12/29/20 PFH   B110  A105   CALL WITH MR. WEGMANN              .80        320.00
                           REGARDING J.W. DOE'S MOTION
                           TO UNSEAL (0.4); EMAIL FROM
                           MR. WEGMANN REGARDING SAME.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   76
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/29/20 RPV   B160  A106   EMAILS TO AND FROM CLIENT          .20        98.00
                           REGARDING PAYMENT OF LOCKE
                           LORD FEES.

12/29/20 RPV   B160  A104   RECEIVED AND REVIEWED ORDER        .40       196.00
                           ON FIRST INTERIM FEE
                           APPLICATION OF PACHULSKI
                           STANG ZIEHL & JONES LLP AND
                           EMAIL FROM MS. CANTOR
                           REGARDING SAME AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

12/29/20 RPV   B190  A104   RECEIVED AND REVISED DRAFT         .70       343.00
                           MOTION FOR SANCTIONS OF
                           VIOLATION OF THE STAY.

12/29/20 RPV   B190  A104   EMAILS FROM JW TEAM AND            .60       294.00
                           CLIENT REGARDING DRAFT MOTION
                           FOR SANCTIONS OF VIOLATION OF
                           THE STAY AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

12/29/20 RPV   B170  A106   RECEIVED AND REVIEWED ORDER        .40       196.00
                           REGARDING LOCKE LORD FEES AND
                           TELEPHONE CONVERSATION WITH
                           CLIENT REGARDING SAME

12/29/20 WGZ   B410  A104   ANALYSIS OF MOTION FOR RELIEF      .70       210.00
                           FOR VIOLATION OF AUTOMATIC
                           STAY.

12/29/20 WGZ   B410  A105   EMAILS WITH JW TEAM REGARDING      .90       270.00
                           REVISIONS AND EDITS REGARDING
                           SUBSTANTIVE ISSUES IN MOTION
                           FOR RELIEF FOR VIOLATION OF
                           STAY.

12/29/20 LFA   B110  A103   CORRESPONDENCES WITH MESSRS.       .60       240.00
                           VANCE, MINTZ, EAGAN AND
                           CLIENT REGARDING DRAFT MOTION
                           FOR SANCTIONS OF VIOLATION OF
                           THE STAY (.2); WITH MS. CARR
                           AND MESSRS. BOLDISSAR AND
                           MINTZ REGARDING ORDERS ON FEE
                           APPLICATIONS (.2); WITH MS.
                           FUTRELL AND MESSRS. VANCE,
                           WEGMANN, ZERINGUE AND TILLERY
                           REGARDING MOTION FOR

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  77
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

|  |  |  | SANCTIONS FOR STAY VIOLATION (.2). |  |  |
|---|---|---|---|---|---|
| 12/29/20 MAM | B190 | A101 | WORK ON MOTION FOR SANCTIONS. (2.9) REVISE AND EDIT THE SAME. (0.6) | 3.50 | 1,400.00 |
| 12/29/20 AK | B310 | A104 | ANALYZED WRITTEN RESPONSES AND OBJECTIONS TO THE COMMITTEE'S DOCUMENT REQUESTS IN ORDER TO RESPOND TO THE COMMITTEE'S COUNSEL EMAIL ABOUT PRODUCTION OF DOCUMENTS. | .40 | 100.00 |
| 12/29/20 AK | B310 | A104 | ANALYZED COUNSEL'S COMMUNICATIONS REGARDING THE COMMITTEE'S DOCUMENT REQUESTS IN ORDER TO RESPOND TO THE COMMITTEE'S COUNSEL EMAIL ABOUT PRODUCTION OF DOCUMENTS. | .20 | 50.00 |
| 12/29/20 SAO | B190 | A103 | UPDATE STAY VIOLATION MOTION PER COMMENTS FROM MR. MINTZ, MS. FUTRELL, AND MR. WEGMANN. | 2.10 | 525.00 |
| 12/29/20 SAO | B190 | A104 | ANALYZE MR. MINTZ'S ADDITIONAL EDITS TO STAY VIOLATION MOTION. | .90 | 225.00 |
| 12/29/20 SAO | B190 | A105 | CALL WITH MR. WEGMANN REGARDING RESEARCH IN CONNECTION WITH MOTION TO UNSEAL (0.1); EMAIL TO MR. WEGMANN REGARDING THE SAME (0.1). | .20 | 50.00 |
| 12/29/20 SAO | B170 | A104 | REVIEW ORDER AND REASONS REGARDING THE FEE APPLICATIONS OF LOCKE LORD AND PACHULSKI STANG. | .30 | 75.00 |
| 12/29/20 SAO | B190 | A104 | REVIEW PLAINTIFFS' RESPONSE TO THE DIOCESE OF LAFAYETTE AND BISHOP DESHOTEL'S RULE 12 MOTIONS.  THIS WORK WAS PERFORMED FOR THE JOHN DOES ABUSE CLAIM LAWSUIT | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   78
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


12/29/20 SAO   B190   A105   TELEPHONE CONFERENCES WITH          .80        200.00
                             MR. MINTZ TO DISCUSS
                             REMAINING ACTION ITEMS IN
                             CONNECTION WITH STAY
                             VIOLATION MOTION (0.6); EMAIL
                             CORRESPONDENCES TO AND FROM
                             MR. MINTZ REGARDING THE SAME
                             (0.2).

12/29/20 SAO   B190   A103   PREPARE EXHIBITS TO STAY           1.50        375.00
                             VIOLATION MOTION (1.2);
                             PREPARE NOTICE OF HEARING
                             REGARDING THE SAME (0.3).

12/29/20 M F   B310   A105   ELECTRONIC MEMO TO M. MINTZ         .10         30.00
                             REGARDING CLAIMS EVALUATIONS

12/29/20 M F   B190   A103   CONTINUED TO WORK ON               .30         90.00
                             OPPOSITION TO MOTION TO
                             UNSEAL DEPOSITION AND
                             REDESIGNATE DOCUMENTS

12/29/20 GMS   B190   A105   COMMUNICATIONS WITH MS.             .10         17.00
                             KINGSMILL DOWNLOAD OF VIDEO
                             FILES.

12/29/20 GMS   B190   A110   DOWNLOAD VIDEO DEPOSITION          .60        102.00
                             FILES RE MR. HECKER.

12/29/20 GMS   B190   A105   COMMUNICATIONS WITH MS.             .10         17.00
                             KINGSMILL CONCERNING
                             IDENTIFICATION OF
                             NON-CONFIDENTIAL DOCUMENTS
                             WITHIN DEPOSITION EXHIBITS.

12/29/20 GMS   B190   A101   REVIEW AND ANALYZE EXHIBIT         .20         34.00
                             FORMAT FOR COMPARISON AGAINST
                             NON-CONFIDENTIAL PRODUCTION
                             IN PREPARATION OF RESPONSE TO
                             MS. KINGSMILL'S INQUIRY
                             CONCERNING SAME.

12/30/20 EDW   B110   A104   RECEIVED AND REVIEWED ORDER        .10         30.00
                             FROM JUDGE NORTH REGARDING
                             MOTION TO SEAL.

12/30/20 EDW   B110   A104   REVIEWED RULES AND ISSUES          .20         60.00
                             REGARDING MEDIATION IN
                             COMPLEX LITIGATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   79
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

12/30/20 EDW   B110  A104   REVIEWED RESEARCH REGARDING           .90        270.00
                           CONFIDENTIALITY DESIGNATIONS
                           AND PROTECTIVE ORDER ISSUES.

12/30/20 EDW   B110  A104   REVIEWED REVISED DRAFT OF             .40        120.00
                           MOTION FOR VIOLATION OF STAY.

12/30/20 EDW   B110  A107   REVIEWED COMMUNICATIONS WITH          .10         30.00
                           MR. CAINE OF UCC REGARDING
                           DOCUMENT REQUESTS BY UCC.

12/30/20 EDW   B110  A107   REVIEWED FACTS AND ISSUES           1.50        450.00
                           REGARDING ALLEGED ARCHDIOCESE
                           REGARDING HANDLING OF ABUSE
                           CLAIMS.

12/30/20 EJF   B190  A105   CONFERENCE CALL WITH MR.             .00    NO CHARGE
                           MINTZ (NO CHARGE);

12/30/20 JJL   B190  A104   ANALYZE POTENTIAL INSURANCE        1.10        330.00
                           ISSUE

12/30/20 JRT   B190  A104   REVIEW TIMELINE AND BEGIN          1.20        360.00
                           REVIEW OF STRATEGY ISSUES FOR
                           POSSIBLE MEDIATION.

12/30/20 PFH   B110  A104   REVIEWED MOTION TO UNSEAL TO        .80        320.00
                           ASSIST WITH RESPONSE TO
                           REPORTING ARGUMENTS.

12/30/20 PFH   B110  A104   REVIEWED ADDITIONAL RESEARCH        .40        160.00
                           ON REPORTING STATUTES.

12/30/20 PFH   B110  A105   EMAIL CORRESPONDENCE WITH MR.       .10         40.00
                           WEGMANN REGARDING ANALYSIS OF
                           ISSUES RAISED IN J.W. DOE'S
                           MOTION TO UNSEAL.

12/30/20 RPV   B190  A104   EMAILS REGARDING LEGAL ISSUES     1.00        490.00
                           IMPLICATED BY MOTION TO
                           UNSEAL RECORDS IN STATE COURT
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME

12/30/20 RPV   B190  A104   EMAILS FROM TEAM AND CLIENT        .50        245.00
                           REGARDING MOTION FOR
                           VIOLATION OF STAY AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  80
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/30/20 RPV | B170 | A107 | EMAILS FROM MR. MINTZ AND MS. CANTOR REGARDING PAYMENT OF FEES. | .10 | 49.00 |
| 12/30/20 RPV | B190 | A105 | EMAIL FROM AND TO MS. FUTRELL REGARDING MEDIATION CONSIDERATIONS. | .20 | 98.00 |
| 12/30/20 RPV | B190 | A106 | OFFICE CONFERENCE WITH CLIENT AND MR. MINTZ REGARDING STAY ISSUES | .50 | 245.00 |
| 12/30/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVISIONS TO STAY MOTION | .50 | 245.00 |
| 12/30/20 WGZ | B410 | A104 | STRATEGY REGARDING VALUATION OF CLAIM ISSUES. | .60 | 180.00 |
| 12/30/20 WGZ | B410 | A104 | REVIEW ARGUMENTS MADE IN CIVIL DISTRICT COURT LITIGATION REGARDING SAME. | .50 | 150.00 |
| 12/30/20 WGZ | B410 | A104 | STRATEGY REGARDING MOTION FOR RELIEF FROM STAY. | .70 | 210.00 |
| 12/30/20 LFA | B110 | A103 | CORRESPONDENCE WITH CLIENT REGARDING MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY (.2); WITH MESSRS. BOLDISSAR AND MINTZ AND MS. CANTOR REGARDING ORDER ON FEE APPLICATION (.3). | .50 | 200.00 |
| 12/30/20 MAM | B190 | A101 | REVISE AND EDIT MOTION FOR SANCTIONS | 3.50 | 1,400.00 |
| 12/30/20 SAO | B190 | A102 | CONDUCT RESEARCH REGARDING LEGAL ISSUE RAISED IN J.W. DOE'S MOTION TO UNSEAL. | 3.20 | 800.00 |
| 12/30/20 SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS CLIENT'S COMMENTS TO STAY VIOLATION MOTION. | .10 | 25.00 |
| 12/30/20 SAO | B190 | A108 | DRAFT CORRESPONDENCE TO BE SENT TO THE COURT REGARDING SUBMISSION OF THE HECKER DEPOSITION TRANSCRIPT. | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   81
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 12/30/20 SAO | B190 | A103 | REVISE STAY VIOLATION MOTION PER COMMENTS FROM THE CLIENT. | 2.10 | 525.00 |
| 12/30/20 M F | B190 | A103 | CONTINUED WORKING ON OPPOSITION TO MOTION TO UNSEAL DEPOSITION AND REDESIGNATE DOCUMENTS AS NONCONFIDENTIAL | 2.10 | 630.00 |
| 12/30/20 GMS | B190 | A110 | DOWNLOAD VIDEO FILES OF MR. HECKER'S DECEMBER 15, 2020 DEPOSITION. | .90 | 153.00 |
| 12/30/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING DOWNLOAD OF VIDEO DEPOSITION FILES. | .10 | 17.00 |
| 12/31/20 JJL | B190 | A108 | INTERVIEW WITNESSES REGARDING ALLEGED CLAIMS AGAINST ARCHDIOCESE INVOLVING ACCUSED PRIESTS | 1.50 | 450.00 |
| 12/31/20 JJL | B190 | A108 | READ CORRESPONDENCE TO AND FROM JIM MURRAY | .20 | 60.00 |
| 12/31/20 JJL | B190 | A105 | STRATEGY MEETING REGARDING ALLEGED CLAIMS AGAINST ARCHDIOCESE REGARDING ACCUSED PRIESTS | .50 | 150.00 |
| 12/31/20 JJL | B190 | A108 | TELEPHONE CONVERSATION WITH JIM MURRAY REGARDING INSURANCE ISSUES | .40 | 120.00 |
| 12/31/20 JJL | B190 | A103 | OUTLINE DRAFT OF LETTER REGARDING INSURANCE ISSUE | .40 | 120.00 |
| 12/31/20 JRT | B190 | A106 | EMAIL TO CLIENT REGARDING STATUS. | .50 | 150.00 |
| 12/31/20 JRT | B190 | A106 | CALL WITH CLIENT REGARDING ISSUES IN CASE. | .30 | 90.00 |
| 12/31/20 PFH | B110 | A107 | CALL WITH MR. WEGMANN, MR. TILLERY AND MR. LOWENTHAL AND OUTSIDE COUNSEL TO DISCUSS FACTUAL ISSUES RAISED IN J.W. DOE'S MOTION TO UNSEAL. | 1.00 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   82
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/31/20 PFH | B110 | A104 | CALL WITH MR. WEGMANN TO DISCUSS REPORTING ISSUES RAISED IN J.W. DOE'S MOTION TO UNSEAL. | .50 | 200.00 |

| 12/31/20 RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING PROOF OF CLAIM ISSUES | .50 | 245.00 |

| 12/31/20 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING STAY VIOLATION ISSUES | .50 | 245.00 |

| 12/31/20 RPV | B190 | A105 | RECEIVED AND REVIEWED MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY AND NOTICE OF HEARING ON SAME AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |

| 12/31/20 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING FACT INVESTIGATION REGARDING CLAIMS AGAINST ARCHDIOCESE. | .30 | 90.00 |

| 12/31/20 WGZ | B410 | A104 | INVESTIGATE AND INTERVIEW OF WITNESSES WITH RESPECT TO CLAIMS AGAINST ARCHDIOCESE. | .50 | 150.00 |

| 12/31/20 WGZ | B410 | A104 | STRATEGY SESSION REGARDING SAME. | .50 | 150.00 |

| 12/31/20 MAM | B190 | A101 | FINALIZE AND FILE MOTION FOR SANCTIONS | 4.20 | 1,680.00 |

| 12/31/20 SAO | B190 | A103 | FURTHER REVISIONS TO STAY VIOLATION MOTION PER COMMENTS FROM THE CLIENT. | .70 | 175.00 |

| 12/31/20 SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON 12/17/2020. | .10 | 25.00 |

| 12/31/20 SAO | B190 | A103 | FINALIZE FOR FILING STAY VIOLATION MOTION AND EXHIBITS (0.9); FILE MOTION AND EXHIBITS (0.3); FINALIZE AND FILE NOTICE OF HEARING (0.2); COORDINATE SERVICE VIA DONLIN RECANO (0.1). | 1.50 | 375.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   83
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 12/31/20 | M F | B190 | A103 | CONTINUED DRAFTING AND REVISING OPPOSITION TO UNSEAL DEPOSITION AND REDESIGNATE DOCUMENTS AS NONCONFIDENTIAL | 1.50 | 450.00 |
| 01/01/21 | M F | B190 | A104 | CONTINUED REVIEW OF L. HECKER DEPOSITION (2-DAY) FOR USE IN OPPOSITION TO MOTION TO UNSEAL DEPOSITION | 2.30 | 690.00 |
| 01/01/21 | M F | B190 | A103 | WORKING ON DRAFT OF OPPOSITION TO MOTION TO UNSEAL DEPOSITION OF L. HECKER | 3.70 | 1,110.00 |
| 01/02/21 | JJL | B190 | A104 | REVIEW AND COMMENT REGARDING PROPOSED LETTER REGARDING INSURANCE ISSUE | .50 | 150.00 |
| 01/02/21 | PFH | B110 | A105 | E MAILS FROM MS. FISHER RE RESEARCH; EMAIL FROM MR. WEGMANN WITH RESEARCH MEMO RE DUTY TO REPORT | .10 | 40.00 |
| 01/02/21 | M F | B190 | A103 | CONTINUED WORKING ON DRAFT OF OPPOSITION TO MOTION TO UNSEAL DEPOSITION OF L. HECKER | 1.10 | 330.00 |
| 01/03/21 | RPV | B190 | A104 | REVIEWED PROPOSED LETTER TO UCC. | .20 | 98.00 |
| 01/03/21 | RPV | B110 | A104 | REVIEWED WEEKLY UPDATES AND DEADLINES. | .10 | 49.00 |
| 01/03/21 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING WEEKLY UPDATES AND DEADLINES/ | .10 | 49.00 |
| 01/03/21 | M F | B190 | A103 | CONTINUED WORKING ON DRAFT OF OPPOSITION TO MOTION TO UNSEAL DEPOSITION OF L. HECKER | 1.30 | 390.00 |
| 01/04/21 | EDW | B110 | A109 | PREPARING FOR AND ATTENDED STRATEGY MEETING REGARDING PENDING MOTIONS AND BANKRUPTCY ISSUES. | 1.00 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   84
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

01/04/21 EDW   B110  A107   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           TRAHANT TO MAGISTRATE JUDGE
                           NORTH REGARDING ARCHDIOCESE'S
                           BANKRUPTCY FILING.

01/04/21 EDW   B110  A106   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM CLIENT
                           REGARDING ARCHDIOCESE'S
                           DOCUMENT PRODUCTION.

01/04/21 EDW   B110  A107   TELEPHONE CALL FROM MR.              .10        30.00
                           PAULSEN REGARDING PROTECTIVE
                           ORDER ISSUES.

01/04/21 EDW   B110  A107   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           TRAHANT REGARDING OBJECTION
                           TO EXTENSION.

01/04/21 EDW   B110  A101   REVIEWED STATUS AND                  .30        90.00
                           PREPARATION FOR CALAMARI
                           DEPOSITION.

01/04/21 EDW   B110  A107   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM MR.
                           PAULSEN TO COUNSEL REGARDING
                           JAMES DOE DEPOSITION AND CASE.

01/04/21 EDW   B110  A107   REVIEWED ISSUES REGARDING            .50       150.00
                           MOTION FOR SANCTIONS
                           REGARDING PLAINTIFF IN JW DOE
                           CASE.

01/04/21 EDW   B110  A107   RECEIVED AND REVIEWED                .10        30.00
                           ELECTRONIC MEMO FROM MR. CAIN
                           REGARDING UCC REQUESTS AND
                           REQUEST FOR CONFERENCE.

01/04/21 EDW   B110  A104   REVIEWED STATUS REGARDING            .10        30.00
                           SELECTION OF PROPOSED
                           MEDIATOR.

01/04/21 EJF   B320  A104   REVIEW PLAN PROVISIONS IN           3.80     1,862.00
                           OTHER DIOCESAN CHAPTER 11
                           CASES;

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   85
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/04/21 EJF | B320 | A103 | BEGIN DRAFT OF VOTING PROCEDURES AND RELATED PLEADINGS; | 2.80 | 1,372.00 |
| 01/04/21 EJF | B310 | A105 | CONFERENCE CALL RE PRIVACY ISSUES AND AMENDING EXISTING PROTECTIVE ORDER; | .50 | 245.00 |
| 01/04/21 JJL | B190 | A104 | READ JIM MURRAY'S COMMENTS REGARDING INSURANCE | .10 | 30.00 |
| 01/04/21 JJL | B190 | A109 | PREPARE FOR AND ATTEND STRATEGY MEETING | 1.10 | 330.00 |
| 01/04/21 JJL | B190 | A104 | READ NOTICE OF TELEPHONE STATUS CONFERENCE BEFORE JUDGE NORTH | .10 | 30.00 |
| 01/04/21 JRT | B190 | A109 | ATTEND STRATEGY MEETING. | 1.00 | 300.00 |
| 01/04/21 JRT | B190 | A101 | REVIEW MEDIATIONS IN OTHER DIOCESE TO PREPARE FOR SAME. | 1.30 | 390.00 |
| 01/04/21 JRT | B190 | A108 | EMAILS TO AND FROM R. TRAHANT REGARDING MOTION. | .30 | 90.00 |
| 01/04/21 PFH | B110 | A105 | DISCUSSION WITH MS. FISHER REGARDING RESEARCH INTO AND OPPOSITION AGAINST MOTION TO UNSEAL (0.6); DISCUSSION WITH MS. OPPENHEIM REGARDING THE SAME (0.4). | 1.00 | 400.00 |
| 01/04/21 PFH | B110 | A104 | FURTHER REVIEW AND ANALYSIS OF FEDERAL STATUTES CITED IN J.W. DOE'S MOTION TO UNSEAL. | 2.10 | 840.00 |
| 01/04/21 RPV | B190 | A108 | EMAIL FROM AND TO COUNSEL AND CLIENT REGARDING MEDIATION ISSUES | .60 | 294.00 |
| 01/04/21 RPV | B190 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR, MINTZ REGARDING DISCOVERY TO COMMITTEE. | .50 | 245.00 |
| 01/04/21 RPV | B190 | A104 | EMAILS REGARDING REGARDING RECENT JURISPRUDENCE ON LIABILITY ISSUES | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   86
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/04/21 | RPV | B190 | A105 | EMAILS FROM MR. WEGMANN, MR. TILLERY AND MR. MINTZ REGARDING JUDGE NORTH'S STATUS CONFERENCE AND DRAFTING MOTION TO CONTINUE. | .30 | 147.00 |

| 01/04/21 | RPV | B190 | A104 | RECEIVED AND REVISED LETTER TO MAJOR UNSECURED CREDITORS REGARDING THE MOTION FOR SANCTIONS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .50 | 245.00 |

| 01/04/21 | RPV | B190 | A104 | WORKED ON MEDIATION PREP ISSUES | 1.50 | 735.00 |

| 01/04/21 | WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING CLAIMS DEFENSES AND VALUATION OF CLAIMS. | .90 | 270.00 |

| 01/04/21 | WGZ | B410 | A101 | PREPARE FOR AND ATTEND STRATEGY SESSION WITH JW BANKRKUPTCY TEAM. | 1.00 | 300.00 |

| 01/04/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MSES. MCCAFFREY, OPPENHEIM AND MR. BOLDISSAR REGARDING CONFIDENTIALITY/ABUSE CLAIMS (.4); AND WITH MSES. ZERINGUE, MORRIS, AND MCDONALD REGARDING COMMUNITY OUTREACH (.4); CALL WITH MR. MINTZ AND MR. VANCE TO DISCUSS NEXT STEPS (1.0). | 1.80 | 720.00 |

| 01/04/21 | MAM | B190 | A101 | PREPARE FOR AND ATTEND WEEKLY STRATEGY MEETING. | 1.40 | 560.00 |

| 01/04/21 | MAM | B190 | A101 | FINALIZE AND SEND CORRESPONDENCE REGARDING MOTION FOR SANCTIONS | 2.50 | 1,000.00 |

| 01/04/21 | MAM | B190 | A101 | CONFERENCE WITH MR. MURRAY AND MR. CARTER REGARDING MOTION FOR SANCTIONS AND DISCOVERY ISSUES | 1.40 | 560.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   87
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/04/21 CVM   B190  A104   REVISED CONFIDENTIALITY              .30        75.00
                           AGREEMENTS (0.2);
                           COMMUNICATIONS REGARDING SAME
                           (0.1).

01/04/21 CVM   B190  A104   DRAFTED CONFIDENTIALITY              .30        75.00
                           AGREEMENT FOR SUSAN ZERINGUE
                           (0.20) AND COMMUNICATED TO L.
                           ASHLEY FOR REVIEW (0.10)

01/04/21 CVM   B190  A104   REVISED P&P&N TECHNOLOGIES           .40       100.00
                           ORDINARY COURSE PROFESSIONAL
                           DECLARATION (0.30) AND
                           COMMUNICATED TO P&P&N
                           TECHNOLOGIES FOR CONFIRMATION
                           (0.10)

01/04/21 SAO   B140  A108   TELEPHONE CONFERENCE WITH MR.        .90       225.00
                           MINTZ REGARDING AUTOMATIC
                           STAY ISSUES.

01/04/21 SAO   B190  A105   CALL WITH PAULINE HARDIN TO          .30        75.00
                           DISCUSS RESEARCH OF CRIMINAL
                           LAW ISSUES FOR OPPOSITION TO
                           MOTION TO UNSEAL.

01/04/21 SAO   B310  A105   EMAIL CORRESPONDENCES WITH           .20        50.00
                           MS. ASHLEY REGARDING
                           EXECUTION OF BAR DATE
                           CONFIDENTIALITY AGREEMENTS.

01/04/21 SAO   B190  A102   CONDUCT RESEARCH REGARDING          3.90       975.00
                           FEDERAL CRIMINAL STATUTES
                           CITED IN J.W. DOE'S MOTION TO
                           UNSEAL.

01/04/21 SAO   B190  A108   EMAIL THE COURT AND PARTIES          .10        25.00
                           IN INTEREST REGARDING
                           DEPOSITION TRANSCRIPT OF
                           LAWRENCE HECKER.

01/04/21 SAO   B190  A103   BEGIN PREPARING DISCOVERY           1.30       325.00
                           REQUESTS TO THE COMMITTEE IN
                           CONNECTION WITH THE MOTION
                           FOR RELIEF FOR WILLFUL
                           VIOLATION OF AUTOMATIC STAY.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   88
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 01/04/21 M F | B190 | A103 | CONTINUED WORKING ON OPPOSITION TO MOTION TO UNSEAL DEPOSITION OF L. HECKER AND RE-DESIGNATE DOCUMENTS | .80 | 240.00 |
|---|---|---|---|---|---|
| 01/05/21 EDW | B110 | A103 | CONTINUED WORK ON PRODUCTION OF DOCUMENTS TO UCC. | .80 | 240.00 |
| 01/05/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. PAULSEN WITH LIST OF COUNSEL IN JW DOE. | .10 | 30.00 |
| 01/05/21 EDW | B110 | A101 | WORKED ON ISSUES REGARDING CLAIMS AGAINST CLERGY AND PREPARING FOR MEDIATION OF CLAIMS. | 1.50 | 450.00 |
| 01/05/21 EDW | B110 | A101 | WORKED ON ISSUES REGARDING CONFIDENTIALITY OF DOCUMENTS PRODUCED BY THE ARCHDIOCESE. | 2.20 | 660.00 |
| 01/05/21 EDW | B110 | A104 | REVIEWED DISCOVERY TO COMMITTEE REGARDING MOTION FOR SANCTIONS. | .30 | 90.00 |
| 01/05/21 EJF | B320 | A103 | WORK ON VOTING PROCEDURES AND RELATED PLEADINGS; | 1.80 | 882.00 |
| 01/05/21 EJF | B320 | A104 | DRAFT MEMO RE PLAN PROVISIONS IN OTHER DIOCESAN CHAPTER 11 CASES; | 2.80 | 1,372.00 |
| 01/05/21 EJF | B320 | A106 | MEMO RE DISCLOSURE STATEMENT ISSUES; | .90 | 441.00 |
| 01/05/21 JRT | B190 | A104 | STUDY PLEADINGS RELATIVE TO HEARING WITH JUDGE NORTH REGARDING CONTINUANCE. | .40 | 120.00 |
| 01/05/21 JRT | B190 | A104 | STUDY MOTION TO UNSEAL. | 1.20 | 360.00 |
| 01/05/21 PFH | B110 | A105 | CALL WITH MS. OPPENHEIM TO DISCUSS RESEARCH REGARDING LEGAL ISSUES RAISED IN J.W. DOE'S MOTION TO UNSEAL, INCLUDING CRIME-FRAUD EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE. | .50 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  89
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 01/05/21 | PFH | B110 | A104 | REVIEW PARTIAL DRAFT OPPOSITION TO OTION TO UNSEAL FROM MS. FISCHER. | .40 | 160.00 |
| 01/05/21 | RPV | B190 | A105 | EMAILS FROM MR. TILLERY,MR. MINTZ AND MR. WEGMANN REGARDING ALLEGED STAY VIOLATIONS AND CONFERENCE WITH JUDGE NORTH. | .40 | 196.00 |
| 01/05/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT DISCOVERY REQUESTS REGARDING THE MOTION FOR SANCTIONS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .40 | 196.00 |
| 01/05/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION TO CONTINUE SUBMISSION DATE OF MOTION TO UNSEAL AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |
| 01/05/21 | RPV | B310 | A105 | EMAILS FROM AND TO MS. FUTRELL, MS. ASHLEY AND MR.MINTZ REGARDING PAYMENT FOR THERAPY AND RELATED ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .70 | 343.00 |
| 01/05/21 | MAM | B190 | A101 | COMMUNICATION WITH TEAM REGARDING DISCOVERY MATTERS. REVIEW DOCUMENTS RELATED TO THE SAME. | 1.40 | 560.00 |
| 01/05/21 | CVM | B190 | A104 | FINALIZED P&N TECHNOLOGIES ORDINARY COURSE PROFESSIONAL DECLARATION | .90 | 225.00 |
| 01/05/21 | SAO | B190 | A103 | CONTINUE PREPARING DISCOVERY REQUESTS TO THE COMMITTEE IN CONNECTION WITH THE MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE  90
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/05/21 SAO    B190  A105   CALL WITH PAULINE HARDIN TO          .20          50.00
                             DISCUSS ADDITIONAL RESEARCH
                             FOR OPPOSITION TO J.W. DOE'S
                             MOTION TO UNSEAL.

01/05/21 SAO    B190  A102   ANALYZE CASE LAW CITED IN          1.80         450.00
                             J.W. DOE'S MOTION TO UNSEAL.

01/05/21 SAO    B190  A102   RESEARCH LEGAL ISSUES IN          2.20         550.00
                             CONNECTION WITH OPPOSING J.W.
                             DOE'S MOTION TO UNSEAL,
                             INCLUDING CRIME-FRAUD
                             EXCEPTION TO THE
                             ATTORNEY-CLIENT PRIVILEGE AND
                             TO FEDERAL AND STATE
                             REPORTING LAWS.

01/05/21 SAO    B190  A104   REVIEW MOTION TO CONTINUE           .10          25.00
                             SUBMISSION DATE ON J.W. DOE'S
                             MOTION TO UNSEAL.

01/05/21 SAO    B190  A103   REVISE AND SUPPLEMENT             2.70         675.00
                             OPPOSITION TO J.W. DOE'S
                             MOTION TO UNSEAL.

01/05/21 M F    B190  A103   COMPLETED FIRST DRAFT OF          3.10         930.00
                             OPPOSITION TO MOTION TO UNSEAL

01/05/21 GMS    B190  A105   COMMUNICATIONS WITH MS.            .10          17.00
                             KINGSMILL FORWARDING DOCUMENT
                             DETAIL EXPORT FOR
                             CONSIDERATION IN PREPARATION
                             OF TIMELINE.

01/05/21 GMS    B190  A110   BEGIN DATABASE BUILD OUT IN       1.60         272.00
                             PREPARATION OF CLAIMS
                             MEDIATION.

01/06/21 EDW    B110  A108   RECEIVED AND REVIEWED              .10          30.00
                             ELECTRONIC MEMO FROM JUDGE
                             SALEME'S CLERK REGARDING
                             HEARING IN STATE COURT ON
                             MOTION TO COMPEL.

01/06/21 EDW    B110  A107   TELEPHONE CONFERENCE AND           .50         150.00
                             COMMUNICATIONS WITH COUNSEL
                             IN STATE COURT MATTER
                             REGARDING MOTION TO COMPEL.

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   91
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/06/21 | EDW | B110 | A104 | WORKED ON DOCUMENT PRODUCTION TO UCC. | .50 | 150.00 |
| 01/06/21 | EJF | B320 | A103 | REVISE VOTING PROCEDURES AND RELATED PLEADINGS; | 3.20 | 1,568.00 |
| 01/06/21 | EJF | B320 | A103 | CONTINUE MEMO RE PLAN ISSUES; | 1.80 | 882.00 |
| 01/06/21 | JRT | B190 | A109 | ATTEND HEARING WITH JUDGE NASH. | 2.00 | 600.00 |
| 01/06/21 | PFH | B110 | A105 | EMAIL CORRESPONDENCES WITH MR. WEGMANN AND MS. OPPENHEIM REGARDING DEADLINE TO FILE OPPOSITION TO MOTION TO UNSEAL. | .10 | 40.00 |
| 01/06/21 | PFH | B110 | A104 | REVISED REPORTING SECTION OF OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | 1.00 | 400.00 |
| 01/06/21 | PFH | B110 | A104 | REVIEWED EXHIBIT 4 TO J.W. DOE'S MOTION TO UNSEAL. | 1.00 | 400.00 |
| 01/06/21 | PFH | B110 | A104 | REVIEWED SECOND REDLINE OF OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .30 | 120.00 |
| 01/06/21 | PFH | B110 | A104 | REVIEWED CASES CITED IN MOTION TO UNSEAL, INCLUDING THE CINEL CASE. | 1.60 | 640.00 |
| 01/06/21 | RPV | B310 | A106 | EMAILS FROM CLIENT REGARDING THERAPY RECIPIENTS AND DEADLINES FOR PROOF OF CLAIMS. | .20 | 98.00 |
| 01/06/21 | RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR.MINTZ REGARDING THERAPY RECIPIENTS AND DEADLINES FOR PROOF OF CLAIMS. | .50 | 245.00 |
| 01/06/21 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR.MINTZ REGARDING DISCOVERY ISSUES. | .50 | 245.00 |
| 01/06/21 | WGZ | B410 | A104 | STRATEGY REGARDING MOTION IN JW DOE REGARDING CONFIDENTIALITY ARGUMENTS. | 1.00 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   92
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/06/21 LFA | B110 | A105 | CORRESPONDENCES WITH CLIENT AND MR. MINTZ REGARDING BAR DATE ISSUES. | .50 | 200.00 |
| 01/06/21 MAM | B190 | A101 | PREPARE FOR AND ATTEND STATUS CONFERENCE BEFORE JUDGE NORTH.  COMMUNICATION WITH TEAM REGARDING THE SAME. | 2.50 | 1,000.00 |
| 01/06/21 MAM | B190 | A101 | PREPARE FOR MEETING ON DISCOVERY ISSUES/ | 1.70 | 680.00 |
| 01/06/21 AK | B310 | A103 | PREPARED LIST OF DOCUMENTS PRODUCED IN RESPONSE TO DOCUMENT REQUESTS. | .40 | 100.00 |
| 01/06/21 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE TO COMMITTEE. | .60 | 150.00 |
| 01/06/21 CVM | B190 | A104 | REVIEWED DOCKET (0.10) AND REVIEWED POTENTIAL OBJECTION TO RULE 2004 DISCOVERY (0.30) | .40 | 100.00 |
| 01/06/21 SAO | B190 | A103 | CONTINUE REVISING AND SUPPLEMENTING OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .80 | 200.00 |
| 01/06/21 SAO | B190 | A104 | REVIEW EXHIBIT 4 TO J.W. DOE'S MOTION TO UNSEAL. | 1.10 | 275.00 |
| 01/06/21 SAO | B190 | A105 | CALL WITH MS. HARDIN TO DISCUSS STRATEGY IN CONNECTION WITH CRIMINAL LAW SECTION OF OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .30 | 75.00 |
| 01/06/21 SAO | B190 | A103 | FURTHER REVISIONS TO OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL PER COMMENTS FROM MS. HARDIN. | 2.60 | 650.00 |
| 01/06/21 M F | B190 | A104 | REVIEWED AND COMMENTED ON REVISIONS TO OPPOSITION TO MOTION TO UNSEAL DEPOSITION OF HECKER | .50 | 150.00 |
| 01/06/21 GMS | B190 | A110 | DOWNLOAD FILES IN PREPARATION OF DATABASE BUILD. | .40 | 68.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    93
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 01/06/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING DETAILS OF PREVIOUS PRODUCTIONS. | .30 | 51.00 |
| 01/06/21 | GMS | B190 | A110 | BEGIN BUILDING DATABASE OF INFORMATION AND DOCUMENTS IN PREPARATION CLAIMS MEDIATION AND DEPOSITION PREPARATION. | 1.60 | 272.00 |
| 01/07/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING ARCHDIOCESE AND COMMUNICATIONS WITH CLIENT REGARDING HANDLING CONFIDENTIAL ISSUE. | .20 | 60.00 |
| 01/07/21 | EDW | B110 | A104 | CONTINUED WORK ON PRODUCTION OF DOCUMENTS TO UCC. | .50 | 150.00 |
| 01/07/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED MINUTE FROM MAGISTRATE JUDGE NORTH FOR STATUS CONFERENCE. | .10 | 30.00 |
| 01/07/21 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. CAINE AND MS. BROWN REGARDING ARCHDIOCESE DOCUMENT PRODUCTION. | .50 | 150.00 |
| 01/07/21 | EJF | B320 | A103 | REVISIONS TO PLAN DOCUMENT; | 2.50 | 1,225.00 |
| 01/07/21 | EJF | B320 | A104 | REVIEW JOINT STATEMENT RE DISCLOSURE STATEMENT ISSUES; | .10 | 49.00 |
| 01/07/21 | EJF | B320 | A105 | MEMO TO MR. MINTZ RE PLAN ISSUES; | .80 | 392.00 |
| 01/07/21 | EJF | B210 | A106 | CONFERENCE CALL RE INVESTOR CALL RELATED ISSUES; | .10 | 49.00 |
| 01/07/21 | JJL | B190 | A105 | STRATEGY SESSION REGARDING PLAINTIFF'S MOTION TO UNSEAL | .50 | 150.00 |
| 01/07/21 | JJL | B190 | A104 | REVIEWED JW DOE'S OPPOSITION TO MEMORANDUM IN SUPPORT OF ARCHDIOCESE'S MOTION TO CONTINUE | .10 | 30.00 |
| 01/07/21 | JRT | B190 | A108 | FIELD NUMEROUS EMAILS REGARDING HOW TO HANDLE MOTION TO UNSEAL. | 1.00 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   94
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/07/21 | JRT | B190 | A104 | WORK ON ISSUES REGARDING MOTION TO UNSEAL AND SANCTIONS. | .80 | 240.00 |
|---|---|---|---|---|---|---|
| 01/07/21 | PFH | B110 | A103 | FURTHER REVISIONS TO OPPOSITION TO OTION TO UNSEAL. | 1.50 | 600.00 |
| 01/07/21 | PFH | B110 | A105 | REVIEWED MAGISTRATE ORDER RE MOTION TO CONTINUE | .10 | 40.00 |
| 01/07/21 | RPV | B210 | A105 | RECEIVED AND REVIEWED DEPOSIT AND LOAN FUND REQUEST MADE TO THE COMMITTEE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |
| 01/07/21 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WMR. MINTZ REGARDING SERVICE OF DISCOVERY AND DEADLINE FOR COMMITTEE TO ANSWER. | .20 | 98.00 |
| 01/07/21 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE W MR. MINTZ REGARDING 2004 EXAM CALL WITH PACHULSKI. | .50 | 245.00 |
| 01/07/21 | RPV | B310 | A105 | EMAILS FROM AND TO MS, FUTRELL REGARDING THERAPY ISSUES. | .20 | 98.00 |
| 01/07/21 | RPV | B310 | A106 | EMAIL TO AND FROM AND OFFICE CONFERENCE CLIENT REGARDING BRIGNAC ISSUES. | .50 | 245.00 |
| 01/07/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED PETITION FOR DAMAGES AND FIRST AMENDED PETITION FOR DAMAGES FILED BY CREDITOR | .40 | 196.00 |
| 01/07/21 | RPV | B310 | A106 | EMAILS FROM CLIENT AND CO-COUNSEL REGARDING CREDITOR CLAIM. | .30 | 147.00 |
| 01/07/21 | RPV | B190 | A106 | OFFICE CONFERENCE WITH CLIENT REGARDING SNAP ISSUES. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  95
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 01/07/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DISCUSSIONS WITH ABUSE VICTIM REPRESENTATIVES | .50 | 245.00 |
| 01/07/21 | RPV | B320 | A104 | REVIEWED PENALTY CLAIMS RESEARCH. | .20 | 98.00 |
| 01/07/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING MEDIATION PREPARATION | .50 | 245.00 |
| 01/07/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING DIOCESAN BANKRUPTCIES IN OTHER JURISDICTIONS. | .10 | 30.00 |
| 01/07/21 | WGZ | B410 | A104 | ANALYSIS OF PROCEEDINGS IN DIOCESE BANKRUPTCIES. | .70 | 210.00 |
| 01/07/21 | WGZ | B410 | A106 | CONFER WITH CLIENT REGARDING SAME. | .30 | 90.00 |
| 01/07/21 | JPG | B250 | A105 | PHONE CALL WITH MR. MINTZ ON DISCLOSURES TO CREDITORS. | .20 | 80.00 |
| 01/07/21 | MAM | B190 | A101 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH COMMITTEE COUNSEL REGARDING DISCOVERY. (4.0)COMMUNICATION WITH CLIENT REGARDING THE SAME. (0.9) | 4.90 | 1,960.00 |
| 01/07/21 | MAM | B190 | A101 | PREPARE AND SEND DISCOVERY ON MOTION TO UNSEAL | 1.50 | 600.00 |
| 01/07/21 | AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE TO COMMITTEE. | 1.60 | 400.00 |
| 01/07/21 | CVM | B190 | A104 | REVIEWED DRAFT OF POTENTIAL OBJECTION TO 2004 DISCOVERY IN PREPARATION FOR CALL WITH PACHULSKI RE 2004 DISCOVERY | .20 | 50.00 |
| 01/07/21 | CVM | B190 | A107 | CALL WITH PACHULSKI RE 2004 DISCOVERY PRODUCTION | .80 | 200.00 |
| 01/07/21 | CVM | B190 | A102 | RESEARCHED THE PRESCRIPTIVE PERIOD FOR A REVOCATORY ACTION IN "CASES OF FRAUD" | 1.00 | 250.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   96
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 01/07/21 | SAO | B140 | A102 | REVIEW STAY EXTENSION STIPULATIONS FROM THE DIOCESE OF ROCHESTER, BUFFALO, AND SYRACUSE CASES. | 1.40 | 350.00 |
| 01/07/21 | SAO | B190 | A104 | REVIEW MAGISTRATE JUDGE NORTH'S MINUTE ENTRY DATED JANUARY 6, 2021 IN THE J.W. DOE CASE. | .10 | 25.00 |
| 01/07/21 | SAO | B110 | A104 | REVIEW THE GAINSBURGH BENJAMIN FIRM'S RULE 2019 STATEMENT. | .10 | 25.00 |
| 01/07/21 | SAO | B190 | A103 | REVIEW AND REVISE MS. HARDIN'S LATEST ADDITIONS TO THE CRIMINAL LAW SECTION OF THE OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .80 | 200.00 |
| 01/07/21 | SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ AND MR. ZERINGUE REGARDING THE GAINSBURG BENJAMIN FIRM'S RULE 2019 STATEMENT. | .30 | 75.00 |
| 01/07/21 | SAO | B190 | A104 | REVIEW J.W. DOE'S RESPONSE TO THE MOTION TO CONTINUE THE SUBMISSION DATE ON THE MOTION TO UNSEAL. | .20 | 50.00 |
| 01/07/21 | SAO | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS STATUS OF DISCOVERY AND OPPOSITION TO MOTION TO UNSEAL. | .30 | 75.00 |
| 01/07/21 | M F | B190 | A103 | FURTHER REVISIONS ON OPPOSITION TO MOTION TO UNSEAL HECKER DEPOSITION | .30 | 90.00 |
| 01/07/21 | BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | 1.60 | 272.00 |
| 01/07/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING SETS OF DOCUMENTS TO BE PREPARED FOR PRODUCTION AND PROVIDING SAVED SEARCH LINK PROVIDED TO SEPARATE SETS OF PRODUCTION. | .40 | 68.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  97
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/07/21 GMS | B190 | A110 | GATHER PRE-FLIGHT PRODUCTION SET ACCORDING TO INFORMATION / CRITERIA PROVIDED BY MS. KINGSMILL. | .60 | 102.00 |
| 01/07/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING DOCUMENT PRODUCTION FROM BLANK ROME. | .10 | 17.00 |
| 01/07/21 GMS | B190 | A110 | DOWNLOAD AND ELECTRONIC ORGANIZATION OF DOCUMENT PRODUCTION FROM BLANK ROME. | .30 | 51.00 |
| 01/07/21 GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING INGESTION OF DOCUMENT PRODUCTION TO REVIEW PLATFORM AND ORGANIZATION OF SAME. | .10 | 17.00 |
| 01/07/21 GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING ANO (20-10846) PRODUCTION OF DOCUMENTS WITH DETAIL FOR PRODUCTION. | .20 | 34.00 |
| 01/07/21 GMS | B190 | A110 | BUILD OUT OF DATABASE IN PREPARATION OF CLAIMS MEDIATION. | 2.50 | 425.00 |
| 01/08/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING REQUEST FOR INFORMATION REGARDING MOTION FOR SANCTIONS REGARDING VIOLATION OF THE STAY. | .10 | 30.00 |
| 01/08/21 EDW | B110 | A104 | REVIEWED ARCHDIOCESE DOCUMENTS TO BE PRODUCED TO UCC AND COMMUNICATIONS REGARDING SAME. | .30 | 90.00 |
| 01/08/21 EJF | B320 | A107 | CONFERENCE CALL RE POTENTIAL CLAIM ISSUES; | .50 | 245.00 |
| 01/08/21 EJF | B320 | A106 | MEMOS RE DISCLOSURE STATEMENT ISSUES; | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   98
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/08/21 EJF   B320  A103  REVISE VOTING PROCEDURES              2.20       1,078.00
                           PLEADINGS;

01/08/21 EJF   B320  A104  REVIEW CLAIMS FILED BEFORE            2.20       1,078.00
                           GENERAL BAR DATE RE
                           DISCLOSURE STATEMENT AND PLAN
                           RELATED ISSUES;

01/08/21 EJF   B210  A106  CONFERENCE CALLS (.3) AND              .60         294.00
                           EMAILS (.3) RE INVESTOR CALL;

01/08/21 JJL   B190  A103  WORK ON OPPOSITION TO MOTION          2.80         840.00
                           TO UNSEAL FILED BY PLAINTIFF

01/08/21 JJL   B190  A104  RECEIVED AND REVIEWED ORDER            .10          30.00
                           FROM JUDGE NORTH

01/08/21 JRT   B190  A108  NUMEROUS COMMUNICATION WITH            .70         210.00
                           BORDELON REGARDING MOTION
                           PRACTICE.

01/08/21 JRT   B190  A104  ANALYZE HOW TO DEAL WITH              2.30         690.00
                           JUDGE NORTH'S DECISION NOT TO
                           GRANT EXTENSION OF TIME.

01/08/21 RPV   B190  A106  OFFICE CONFERENCE WITH MR.            .70         343.00
                           MINTZ CLIENT REGARDING
                           MEDIATION PREPARATION AND
                           STAY ISSUES

01/08/21 RPV   B190  A105  EMAIL FROM MR. TILLERY                .10          49.00
                           REGARDING DENIAL OF MOTION

01/08/21 RPV   B190  A104  RECEIVED AND REVIEWED DENIAL          .30         147.00
                           OF MOTION TO CONTINUE THE
                           DATE TO SUBMIT OUR OPPOSITION
                           TO THE MOTION TO UNSEAL AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME .

01/08/21 RPV   B190  A104  REVIEWED RESPONSE FROM                .50         245.00
                           COMMITTEE REGARDING STAY
                           VIOLATION MOTION AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME .

01/08/21 RPV   B210  A104  EMAILS REGARDING CALL WITH            .20          98.00
                           INVESTORS

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  99
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Initials | | | Description | Hours | Amount |
|------|----------|--|--|-------------|-------|--------|
| 01/08/21 | RPV | B190 | A104 | REVIEWED SUBPOENA FOR DOCUMENTS. | .20 | 98.00 |
| 01/08/21 | RPV | B190 | A105 | EMAIL FROM AND TO CLIENT REGARDING SUBPOENA FOR DOCUMENTS. | .30 | 147.00 |
| 01/08/21 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING CLAIM VALUATION ISSUES. | .40 | 120.00 |
| 01/08/21 | JPG | B250 | A110 | PREPARE DATAROOM WITH ABSTRACT REPORTS FOR REVIEW BY MR. GENNARDO. | .50 | 200.00 |
| 01/08/21 | LFA | B110 | A105 | REVIEWED CLAIMS TO ASSIST WITH CALL WITH DONLIN (.6); MULTIPLE CORRESPONDENCES WITH DONLIN AND MR. MINTZ TO DISCUSS CLAIMS ISSUES (.7); REVIEWED AND REVISED CONFIDENTIALITY AGREEMENTS (.40); CORRESPONDED WITH CLIENT AND COMMITTEE COUNSEL REGARDING SAME (.2). | 1.90 | 760.00 |
| 01/08/21 | MAM | B190 | A101 | FINALIZE AND PRODUCE DOCUMENT PRODUCTION. CORRESPONDENCE REGARDING THE SAME. | 2.50 | 1,000.00 |
| 01/08/21 | CVM | B190 | A102 | RESEARCHED CASE LAW INTERPRETING LOUISIANA CIVIL CODE ARTICLE 2041 | 3.30 | 825.00 |
| 01/08/21 | CVM | B190 | A105 | COMMUNICATED CONFIDENTIALITY AGREEMENTS | .10 | 25.00 |
| 01/08/21 | CVM | B190 | A107 | CALL WITH DONLIN RECANO RE ABUSE CLAIMS | .40 | 100.00 |
| 01/08/21 | CVM | B190 | A107 | DOCUMENTED CONFIDENTIALITY AGREEMENTS | .10 | 25.00 |
| 01/08/21 | SAO | B310 | A104 | REVIEW AND ANALYZE PROOFS OF CLAIM. | 1.80 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 100
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/08/21 | SAO | B190 | A104 | REVIEW ORDER DENYING MOTION TO CONTINUE SUBMISSION DATE ON J.W. DOE'S MOTION TO UNSEAL. | .10 | 25.00 |
| 01/08/21 | SAO | B190 | A104 | REVIEW MR. WEGMANN'S REVISIONS TO THE OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .30 | 75.00 |
| 01/08/21 | BB | B110 | A110 | PREPARE ANO PRODUCTION IMAGES FOR REVIEW IN RELATIVITY DATABASE. | .60 | 102.00 |
| 01/08/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING PRODUCTION EXPORT. | .10 | 17.00 |
| 01/08/21 | GMS | B190 | A105 | COMMUNICATIONS FROM MS. KINGSMILL CONCERNING CONFIRMATION OF PRODUCTION STATUS OF SELECTED DOCUMENTS. | .10 | 17.00 |
| 01/08/21 | GMS | B190 | A110 | EXAMINE RELATIVITY PLATFORM PRODUCTION INVENTORY TO CONFIRM PRODUCTION STATUS OF SELECTED DOCUMENTS. | .40 | 68.00 |
| 01/08/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING SHAREFILE FOLDER ACCOUNT HOLDER ACCESS AND UPLOAD OF PRODUCTION SET. | .20 | 34.00 |
| 01/08/21 | GMS | B190 | A110 | EXAMINE LOAD FILE DATA IN PREPARATION OF RESPONSE TO MS. KINGSMILL INQUIRIES CONCERNING DATA SET. | .20 | 34.00 |
| 01/08/21 | GMS | B190 | A101 | BUILD OUT OF DATABASE IN PREPARATION OF CLAIMS HANDLING / MEDIATION. | 1.10 | 187.00 |
| 01/08/21 | GMS | B190 | A110 | EXAMINE SHAREFILE DOWNLOAD INFORMATION IN PREPARATION OF UPDATE TO MS. KINGSMILL. | .30 | 51.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 101
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/09/21 JJL   B190  A104   RECEIVED AND REVIEWED                      .30          90.00
                           MULTIPLE CORRESPONDENCES
                           REGARDING INSURANCE FROM JIM
                           MURRAY

01/09/21 JRT   B190  A104   WORK ON STRATEGY RELATIVE TO              2.00         600.00
                           UNSEALING DOCUMENTS,
                           PRIVILEGE ISSUES AND
                           CONFIDENTIAL NATURE OF SAME.

01/09/21 JRT   B190  A105   DRAFT INTERNAL MEMO TO TEAM               .50          150.00
                           REGARDING CONFIDENTIAL ISSUES.

01/09/21 RPV   B190  A104   EMAIL FROM MS. FISCHER                    .10           49.00
                           REGARDING INSURANCE QUESTION
                           FOR OPPOSITION INSERT.

01/09/21 MAM   B190  A101   CONFERENCE CALLS REGARDING              3.40        1,360.00
                           OPPOSITION TO MOTION TO
                           UNSEAL.  WORK ON THE SAME.

01/09/21 SAO   B190  A105   CALL WITH MR. MINTZ TO                    .10           25.00
                           DISCUSS RESEARCH FOR
                           OPPOSITION TO MOTION TO
                           UNSEAL.

01/09/21 SAO   B190  A102   RESEARCH TO LOCATE CASE LAW             1.90         475.00
                           REGARDING PROPERTY RIGHTS IN
                           DISCOVERY FOR OPPOSITION TO
                           MOTION TO UNSEAL.

01/09/21 M F   B190  A103   REVIEWED (2.0) AND REVISED              5.10        1,530.00
                           (3.10) OPPOSITION TO MOTION
                           TO UNSEAL HECKER DEPOSITION

01/10/21 JRT   B190  A109   ATTEND MEETING WITH WAYNE               1.20         360.00
                           ZERINGUE REGARDING STRATEGY.

01/10/21 JRT   B190  A104   MORE WORK ON CRIMINAL ISSUES            1.60         480.00
                           RAISED IN BRIEF.

01/10/21 JRT   B190  A108   DISCUSSION WITH BORDELON.                .50         150.00

01/10/21 RPV   B110  A105   EMAILS AMONG TEAM REGARDING              .20          98.00
                           UPCOMING DEADLINES AND STATUS
                           OF OPPOSITION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 102
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/11/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING INSURANCE COVERAGE REGARDING ABUSE CLAIMS. | .20 | 60.00 |
| 01/11/21 | EDW | B110 | A109 | ATTENDED BANKRUPTCY/LITIGATION MEETING REGARDING STATUS AND STRATEGY. | 1.00 | 300.00 |
| 01/11/21 | EJF | B320 | A105 | CONFERENCE CALL RE ISSUES RELATED TO PLAN FORMULATION; | .80 | 392.00 |
| 01/11/21 | EJF | B210 | A106 | EMAILS RE INVESTOR CALL; | .90 | 441.00 |
| 01/11/21 | EJF | B210 | A103 | DRAFT INVESTOR CALL NOTICE; | .30 | 147.00 |
| 01/11/21 | EJF | B210 | A107 | EMAILS RE INVESTOR CALL; | .10 | 49.00 |
| 01/11/21 | EJF | B310 | A107 | EMAILS WITH CREDITOR'S COUNSEL RE CLAIM; | .10 | 49.00 |
| 01/11/21 | EJF | B210 | A106 | MEMO FROM CLIENT RE FINANCIAL INFORMATION; | .20 | 98.00 |
| 01/11/21 | JJL | B190 | A104 | REFINING ARGUMENTS REGARDING OPPOSITION TO MOTION TO UNSEAL | .90 | 270.00 |
| 01/11/21 | JJL | B190 | A109 | ATTENDED STRATEGY SESSION | 1.50 | 450.00 |
| 01/11/21 | JRT | B190 | A108 | DISCUSSIONS WITH BORDELON REGARDING STATUS. | .40 | 120.00 |
| 01/11/21 | JRT | B190 | A109 | ATTEND STRATEGY MEETING WITH TEAM. | 1.00 | 300.00 |
| 01/11/21 | JRT | B190 | A104 | ANALYSIS OF ISSUES RELATED TO BOTH THE UNSEALING MOTION AND SANCTIONS MOTION AND MAKE SUGGESTIONS FOR SAME. | 1.60 | 480.00 |
| 01/11/21 | JRT | B190 | A104 | ANALYSIS OF CRIMINAL ALLEGATIONS FOR MOTION. | .50 | 150.00 |
| 01/11/21 | RPV | B190 | A104 | WORKED ON MEDIATION AND ALLEGED STAY VIOLATION ISSUES | 2.00 | 980.00 |
| 01/11/21 | RPV | B190 | A104 | WORKED ON DISCOVERY ISSUES AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .60 | 294.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 103
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/11/21 RPV | B210 | A105 | EMAILS AMONG TEAM REGARDING INVESTOR CALL. | .20 | 98.00 |
| 01/11/21 RPV | B310 | A108 | EMAILS FROM MR. RODRIGUEZ AND MR. MINTZ REGARDING COMPLETION OF PROOF OF CLAIM. | .20 | 98.00 |
| 01/11/21 RPV | B190 | A107 | EMAILS FROM MESSRS. MURRAY AND WEGMANN AND MS. FISCHER REGARDING OPPOSITION MEMO TO JW DOE MOTION TO UNSEAL | .50 | 245.00 |
| 01/11/21 WGZ | B410 | A101 | PREPARE FOR STRATEGY SESSION WITH JW TEAM. | .20 | 60.00 |
| 01/11/21 WGZ | B410 | A109 | ATTEND STRATEGY SESSION WITH JW BANKRUPTCY TEAM AND LITIGATION TEAM. | .90 | 270.00 |
| 01/11/21 WGZ | B410 | A107 | PARTICIPATE IN CONFERENCE CALL WITH OUTSIDE COUNSEL AND JW TEAM REGARDING STRATEGY WITH RESPECT TO UNSEALING DOCUMENTS IN STATE COURT LITIGATION. | 1.00 | 300.00 |
| 01/11/21 WGZ | B410 | A106 | EMAIL FROM CLIENT AND REVIEW ISSUES WITH RESPECT TO DIOCESAN BANKRUPTCIES IN BUFFALO, NEW YORK. | .90 | 270.00 |
| 01/11/21 MAM | B190 | A101 | WORK ON MOTION FOR SANCTIONS. (4.0)  WORK ON DISCOVERY ISSUES. (3.40) | 7.40 | 2,960.00 |
| 01/11/21 CVM | B190 | A104 | COMPILED RESEARCH ON LA C.C. ART 2041 REVOCATORY ACTION (1.50) AND COMMUNICATION TO MR. MINTZ (0.10) | 1.60 | 400.00 |
| 01/11/21 CVM | B190 | A104 | RESEARCHED HISTORY OF LA C.C. ART. 2041 AND LEGISLATIVE INTENT BEHIND ART. 2041 (0.70); APPLIED RESEARCH TO LIMITATIONS PERIOD FOR 2004 DISCOVERY REQUEST (0.30) | 1.00 | 250.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 104
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/11/21 SAO   B190  A102   RESEARCH CASE LAW REGARDING        3.90      975.00
                            CONFIDENTIALITY OF PRIVATE
                            FINANCIAL AND MEDICAL
                            INFORMATION FOR OPPOSITION TO
                            J.W. DOE'S MOTION TO UNSEAL.

01/11/21 SAO   B190  A105   EMAIL CORRESPONDENCES TO AND         .40      100.00
                            FROM MS. FISCHER REGARDING
                            STRATEGY IN CONNECTION WITH
                            OPPOSITION TO J.W. DOE'S
                            MOTION TO UNSEAL (0.2); CALL
                            WITH MS. KINGSMILL REGARDING
                            THE SAME (0.2).

01/11/21 SAO   B310  A104   CONTINUE REVIEW AND ANALYSIS       3.50      875.00
                            OF PROOFS OF CLAIM.

01/11/21 SAO   B190  A103   REVISE LATEST DRAFT OF            1.80      450.00
                            OPPOSITION TO J.W. DOE'S
                            MOTION TO UNSEAL.

01/11/21 M F   B190  A103   CONTINUED WORKING ON             1.00      300.00
                            REVISIONS TO OPPOSITION TO
                            MOTION TO UNSEAL DEPOSITION
                            OF L. HECKER AND DOCUMENTS

01/11/21 GMS   B190  A101   CONTINUE BUILDING DATABASE        2.50      425.00
                            WITH KEY PERSONS AND PLACES
                            IN PREPARATION OF CLAIMS
                            MANAGEMENT AND MEDIATION.

01/11/21 GMS   B190  A101   EXAMINE DOCUMENTS AND BUILD       1.80      306.00
                            CHRONOLOGY RELATED TO FR.
                            CALAMARI IN PREPARATION OF
                            DEPOSITION.

01/12/21 EDW   B110  A107   RECEIVED AND REVIEWED             .10       30.00
                            ELECTRONIC MEMO FROM MR.
                            CAINE REGARDING DOCUMENT
                            PRODUCTION ISSUES.

01/12/21 EDW   B110  A107   RECEIVED AND REVIEWED             .10       30.00
                            ADDITIONAL EMAILS FROM MR.
                            CAINE REGARDING DOCUMENT
                            PRODUCTION ISSUES.

01/12/21 EDW   B110  A104   REVIEWED STATUS REGARDING         .10       30.00
                            PREPARATION FOR PLANNED
                            MEDIATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 105
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/12/21 EDW | B110 | A104 | REVIEWED RESEARCH REGARDING STANDARDS OF REVIEW REGARDING MAGISTRATE JUDGES. | .10 | 30.00 |
| 01/12/21 EDW | B110 | A104 | REVIEWED BRIEF IN SUPPORT OF MOTION FOR VIOLATION OF STAY FILED BY TMI. | .30 | 90.00 |
| 01/12/21 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING DOCUMENT PRODUCTION. | .10 | 30.00 |
| 01/12/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CLAIMS AGAINST ARCHDIOCESE COUNSEL AND THE ARCHDIOCESE. | .50 | 150.00 |
| 01/12/21 EJF | B320 | A104 | REVIEW CLAIMS RE DISCLOSURE STATEMENT; | 1.50 | 735.00 |
| 01/12/21 EJF | B320 | A106 | EMAILS WITH CLIENT RE DISCLOSURE ISSUES; | .60 | 294.00 |
| 01/12/21 EJF | B320 | A104 | REVIEW DOCUMENTS AND ISSUES RELATED TO PLAN CLASSIFICATION ISSUES; | 4.80 | 2,352.00 |
| 01/12/21 JJL | B190 | A103 | REVIEWED DRAFT OF OPPOSITION TO MOTION TO UNSEAL AND SUGGESTED EDITS | .80 | 240.00 |
| 01/12/21 PFH | B110 | A104 | REVIEWED FINAL OPPOSITION OF ARCHDIOCESE TO MOTION TO UNSEAL | .20 | 80.00 |
| 01/12/21 RPV | B190 | A104 | REVIEWED PROPOSED RESPONSES TO COMMITTEE COUNSEL'S QUESTIONS REGARDING STAY VIOLATION DISPUTE | .20 | 98.00 |
| 01/12/21 RPV | B190 | A104 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING PROPOSED RESPONSE TO COMMITTEE COUNSEL'S QUESTIONS ON STAY VIOLATION DISPUTE | .50 | 245.00 |
| 01/12/21 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF OPPOSITION BRIEF TO THE MOTION TO UNSEAL. | .70 | 343.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 106
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

01/12/21 RPV   B190  A105   EMAILS AMONG TEAM REGARDING            .50      245.00
                           REVISIONS TO OPPOSITION BRIEF
                           TO THE MOTION TO UNSEAL.

01/12/21 RPV   B190  A104   RECEIVED AND REVIEWED TMI              .20       98.00
                           SUPPLEMENTAL BRIEF IN
                           CONNECTION WITH CREDITOR
                           COMMITTEE COMPOSITION DISPUTE.

01/12/21 RPV   B190  A105   EMAIL FROM AND TO AND OFFICE           .70      343.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING OPPOSITION TO
                           MOTION TO UNSEAL

01/12/21 RPV   B190  A105   WORKED ON AND EMAILS TO AND           1.50      735.00
                           FROM MR. MINTZ REGARDING
                           LEGAL OBJECTIONS TO DOCUMENTS
                           REQUESTS

01/12/21 RPV   B310  A108   TELEPHONE CONVERSATION WITH          1.50      735.00
                           CREDITOR'S COUNSEL REGARDING
                           VARIOUS ISSUES INCLUDING PLAN
                           CONFIRMATION AND ABUSE VICTIM
                           CONCERNS

01/12/21 RPV   B310  A106   EMAIL TO CLIENT AND TEAM              .30      147.00
                           REGARDING TELEPHONE
                           CONVERSATION WITH CREDITOR'S
                           COUNSEL REGARDING VARIOUS
                           ISSUES INCLUDING PLAN
                           CONFIRMATION AND ABUSE VICTIM
                           CONCERNS

01/12/21 WGZ   B410  A104   ANALYSIS OF ARGUMENTS                 .70      210.00
                           PRESENTED BY PLAINTIFFS IN
                           STATE COURT CASES AND PREPARE
                           STRATEGY FOR DEFENSES AT
                           MEDIATION.

01/12/21 WGZ   B410  A104   ANALYSIS OF ISSUES REGARDING          .90      270.00
                           PRESCRIPTION, PUBLIC NUISANCE
                           AND FRAUDULENT CONCEALMENT.

01/12/21 WGZ   B410  A107   TELEPHONE CONFERENCE WITH             .30       90.00
                           OUTSIDE COUNSEL REGARDING
                           DEFENSES TO CLAIMS ASSERTED
                           IN STATE COURT PROCEEDINGS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 107
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 01/12/21 WGZ | B410 | A107 | EMAILS WITH OUTSIDE COUNSEL REGARDING SAME. | .30 | 90.00 |
| 01/12/21 JPG | B250 | A104 | REVIEW AND ANALYZE RECORDS ON CAMP ABBEY RETREAT CENTER IN ST. TAMMANY PARISH. | 1.00 | 400.00 |
| 01/12/21 JPG | B250 | A104 | REVIEW OF TITLE RECORDS ON OAK HARBOR BLVD. PROPERTY IN ST. TAMMANY PARISH. | 1.00 | 400.00 |
| 01/12/21 JPG | B250 | A108 | EMAIL WITH MR. JUSTICE ON REAL ESTATE REPORT. | .10 | 40.00 |
| 01/12/21 JPG | B250 | A104 | ANALYSIS OF HOWZE BEACH ROAD TITLE OWNERSHIP DOCUMENTS IN ST. TAMMANY PARISH. | .50 | 200.00 |
| 01/12/21 JPG | B250 | A104 | ANALYSIS OF RECORD OWNERSHIP DOCUMENTS FOR ST. LUKE THE EVANGELIST CATHOLIC CHURCH IN ST. TAMMANY PARISH. | .50 | 200.00 |
| 01/12/21 JPG | B250 | A104 | ANALYSIS OF ST. GENEVIEVE PROPERTY DOCUMENTS IN ST. TAMMANY PARISH. | .50 | 200.00 |
| 01/12/21 JPG | B250 | A104 | ANALYSIS OF RECORD TITLE DOCUMENTS FOR POPE JOHN PAUL II CATHOLIC HIGH SCHOOL IN ST. TAMMANY PARISH. | .60 | 240.00 |
| 01/12/21 JPG | B250 | A104 | ANALYSIS OF RECORD OWNERSHIP DOCUMENTS FOR ST. JOHN OF THE CROSS IN ST. TAMMANY PARISH. | .40 | 160.00 |
| 01/12/21 JPG | B250 | A104 | REVIEW OF RECORDS PERTAINING TO CONGREGATION OF THE SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH IN ST. TAMMANY PARISH. | .20 | 80.00 |
| 01/12/21 JPG | B250 | A104 | ANALYZE RECORD OWNERSHIP DOCUMENTS FOR GUS BALDWIN ROAD PROPERTY IN ST. TAMMANY PARISH. | .20 | 80.00 |
| 01/12/21 LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING CONFIDENTIALITY AGREEMENTS. | .40 | 160.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 108
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/12/21 MAM   B190  A101  WORK ON MOTION FOR SANCTIONS.    7.90     3,160.00
                           (4.0) CONFERENCES REGARDING
                           THE SAME. (3.9)

01/12/21 CVM   B190  A110  COMPILED SIGNED                   .10        25.00
                           CONFIDENTIALITY AGREEMENTS

01/12/21 CVM   B190  A102  REVIEWED BRIEFINGS FROM NAJOR    3.20       800.00
                           V. PLAQUEMINES (1.50);
                           REVIEWED BRIEFINGS FROM IN RE
                           ROBINSON (0.50); REVIEWED
                           VIDEO RECORDINGS OF SENATE
                           AND HOUSE HEARINGS ON 2013
                           HB588 (1.20)

01/12/21 CVM   B190  A102  RESEARCHED THE LEGISLATIVE       2.50       625.00
                           HISTORY OF LA. C.C. ART. 2041

01/12/21 CVM   B190  A103  BEGAN DRAFTING BACKGROUND         .50       125.00
                           SECTION OF POTENTIAL
                           OBJECTION TO 2004 DISCOVERY

01/12/21 CVM   B190  A105  DISCUSSED CASE STRATEGY           .40       100.00
                           REGARDING LOOK-BACK PERIOD OF
                           FRAUDULENT TRANSFER WITH M.
                           MINTZ

01/12/21 SAO   B190  A103  REVISE MOST RECENT DRAFT OF      2.50       625.00
                           OPPOSITION TO MOTION TO
                           UNSEAL.

01/12/21 SAO   B190  A103  REVIEW DRAFT EMAIL RESPONSE       .20        50.00
                           TO THE COMMITTEE IN
                           CONNECTION WITH THE MOTION
                           FOR STAY VIOLATION.

01/12/21 SAO   B190  A103  CONDENSE OPPOSITION TO J.W.       .90       225.00
                           DOE'S MOTION TO UNSEAL TO
                           COMPLY WITH PAGE LIMIT.

01/12/21 SAO   B110  A104  REVIEW NOTICE OF FILING           .10        25.00
                           OFFICIAL TRANSCRIPT OF
                           HEARING HELD ON 12/15/2020.

01/12/21 SAO   B190  A104  REVIEW TMI TRUST COMPANY'S        .10        25.00
                           SUPPLEMENTAL POST-HEARING
                           BRIEF.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 109
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/12/21 SAO | B190 | A105 | CALL WITH MS. KINGSMILL TO DISCUSS REMAINING ACTION ITEMS IN CONNECTION WITH THE OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .20 | 50.00 |
| 01/12/21 SAO | B190 | A103 | SUPPLEMENT DECLARATION OF EMILIE LEUMAS TO BE FILED IN CONNECTION WITH OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | 2.60 | 650.00 |
| 01/12/21 M F | B190 | A103 | REVISIONS TO OPPOSITION TO MOTION TO UNSEAL DEPOSITION OF L. HECKER | 1.20 | 360.00 |
| 01/12/21 M F | B310 | A105 | CONFERRED WITH W. ZERINGUE REGARDING PRESCRIPTION ISSUES | .30 | 90.00 |
| 01/12/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING NEED FOR DATABASE EXPORT OF SELECTED PRODUCED DOCUMENTS. | .10 | 17.00 |
| 01/12/21 GMS | B190 | A110 | GENERATE DATABASE SEARCH TO ISOLATE SELECTED DOCUMENTS PRODUCED IN J.W. DOE MATTER AND EXPORT DOCUMENTS FROM DATABASE. | .40 | 68.00 |
| 01/12/21 GMS | B190 | A101 | REVIEW DOCUMENTS AND BUILD CHRONOLOGY OF EVENTS RELATED TO FR. CALAMARI AND DEVELOP DATABASE RELATIONSHIPS. | 3.30 | 561.00 |
| 01/13/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. CAINE REGARDING BRG DOCUMENT REQUESTS. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING DOCUMENT REQUEST ISSUES. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A104 | REVIEWED ARCHDIOCESE DOCUMENT PRODUCTION REGARDING UCC REQUESTS. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 110
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/13/21 EDW | B110 | A104 | REVIEWED THE ARCHDIOCESE'S RESPONSE TO COMMITTEE REGARDING MOTION FOR VIOLATION OF THE STAY. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING ARCHDIOCESE DOCUMENT PRODUCTION AND BRG. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A101 | PREPARING FOR MEETING WITH CLIENT REGARDING CASE AND PENDING MATTERS. | 2.50 | 750.00 |
| 01/13/21 EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING CONFIDENTIALITY AND DISCLOSURES ISSUES. | .10 | 30.00 |
| 01/13/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING PLANNED MEDIATION. | .10 | 30.00 |
| 01/13/21 EJF | B110 | A103 | FURTHER PROPOSED REVISIONS TO PROTECTIVE ORDER; | .80 | 392.00 |
| 01/13/21 EJF | B110 | A105 | MEMOS TO AND FROM MR. MINTZ AND OTHERS RE SAME; | .40 | 196.00 |
| 01/13/21 EJF | B320 | A104 | REVIEW AND ANALYZE PLAN TREATMENT ISSUES; | 3.80 | 1,862.00 |
| 01/13/21 JJL | B190 | A104 | PROVIDE FURTHER COMMENTS REGARDING OPPOSITION TO MOTION TO UNSEAL | .60 | 180.00 |
| 01/13/21 JRT | B190 | A104 | STUDY OPPOSITION TO MOTION TO UNSEAL AND CONSIDER STRATEGY. | 1.50 | 450.00 |
| 01/13/21 JRT | B190 | A105 | DRAFT EMAIL TO TEAM REGARDING MOTION ISSUES. | .60 | 180.00 |
| 01/13/21 JRT | B190 | A103 | INTERNAL EMAIL REGARDING MEDIATION ISSUES. | .30 | 90.00 |
| 01/13/21 RPV | B310 | A106 | TELEPHONE CONVERSATIONS WITH COUNSEL, CLIENT AND MR. MINTZ REGARDING CLAIM ISSUES | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 111
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/13/21 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING CALL WITH CREDITOR'S LAWYER AND DISPUTE IN DISTRICT COURT | .30 | 147.00 |
| 01/13/21 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING STRATEGY MEETING AGENDA | .50 | 245.00 |
| 01/13/21 RPV | B190 | A105 | EMAIL FROM MR. TILLERY REGARDING JW DOE OPPOSITION DRAFT/ BORDELON FILING. | .20 | 98.00 |
| 01/13/21 RPV | B190 | A104 | REVIEWED RESPONSES TO THE COMMITTEE REGARDING THE MOTION FOR SANCTIONS FOR STAY VIOLATION. | .20 | 98.00 |
| 01/13/21 RPV | B190 | A104 | EMAIL FROM CLIENT REGARDING REVISIONS TO OPPOSITION TO MOTION TO UNSEAL. | .30 | 147.00 |
| 01/13/21 RPV | B190 | A104 | EMAIL FROM MR. WEGMANN REGARDING DRAFT OF OPPOSITION TO MOTION TO UNSEAL AND REVIEWED SAME. | .50 | 245.00 |
| 01/13/21 RPV | B190 | A104 | REVIEWED PROPOSED UPDATED PROTECTIVE ORDER. | .20 | 98.00 |
| 01/13/21 RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING PROPOSED UPDATED PROTECTIVE ORDER AND RULE 2004 PRODUCTION. | .40 | 196.00 |
| 01/13/21 RPV | B190 | A106 | EMAIL FROM CLIENT REGARDING RULE 2004 PRODUCTION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .40 | 196.00 |
| 01/13/21 WGZ | B410 | A106 | EMAILS AND CONFERENCE WITH CLIENT REGARDING MEDIA ISSUES. | .60 | 180.00 |
| 01/13/21 WGZ | B410 | A104 | ANALYSIS OF BRIEFING IN STATE COURT PROCEEDINGS IN DISTRICT COURT, APPELLATE COURT AND STATE COURT IN JANE DOE MATTER REGARDING PRESCRIPTION ISSUES AND CAUSES OF ACTION | 2.10 | 630.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 112
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

```
                             ASSERTED BY PLAINTIFFS.

01/13/21 WGZ   B410  A104   CONTINUE ANALYSIS OF              .90        270.00
                            PRESCRIPTION DEFENSES TO
                            CLAIMS FOR PURPOSES OF
                            VALUATION.

01/13/21 WGZ   B410  A107   EMAILS WITH OUTSIDE COUNSEL       .50        150.00
                            REGARDING PRESCRIPTION
                            DEFENSES.

01/13/21 JPG   B250  A104   ANALYSIS OF RECORD OWNERSHIP      .90        360.00
                            DOCUMENTS REGARDING CHINCHUBA
                            OAKS PARCEL IN ST. TAMMANY
                            PARISH.

01/13/21 JPG   B250  A104   ANALYSIS OF RECORD OWNERSHIP     1.60        640.00
                            DOCUMENTS FOR PROPERTY
                            TRANSFERRED BY CHINCHUBA DEAF
                            MUTE INSTITUTE (INCLUDING
                            MARY QUEEN OF PEACE) IN ST.
                            TAMMANY PARISH.

01/13/21 JPG   B250  A104   ANALYSIS OF OWNERSHIP RECORDS     .50        200.00
                            FOR MOST HOLY TRINITY
                            CHURCH/NORTHSHORE PASTORAL
                            CENTER IN ST. TAMMANY PARISH.

01/13/21 JPG   B250  A104   ANALYSIS OF OWNERSHIP FOR         .70        280.00
                            LAND ADJACENT TO HOLY TRINITY
                            CHURCH IN ST. TAMMANY PARISH.

01/13/21 JPG   B250  A104   ANALYZE OWNERSHIP DOCUMENTS       .50        200.00
                            FOR SMITH ROAD IN ST. TAMMANY
                            PARISH.

01/13/21 JPG   B250  A106   MEETING WITH REAL ESTATE         1.50        600.00
                            WORKING GROUP INCLUDING
                            CLIENT ON SCHEDULE AND
                            VALUATION OF REAL ESTATE.

01/13/21 JPG   B250  A105   PHONE CALL WITH MR. MINTZ         .20         80.00
                            REGARDING REAL ESTATE
                            SCHEDULE.

01/13/21 JPG   B250  A104   ANALYSIS OF RECORD OWNERSHIP      .30        120.00
                            DOCUMENTS FOR 285
                            PONCHITOLAWA DR IN ST.
                            TAMMANY PARISH.
```

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 113
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01
```

```
01/13/21 JPG   B250  A104   REVIEW OF OWNERSHIP RECORDS        .40        160.00
                            ON 69033 RIVERBEND DRIVE IN
                            ST. TAMMANY PARISH.

01/13/21 JPG   B250  A104   ANALYZE RECORD OWNERSHIP           .60        240.00
                            INFORMATION FOR ST. PETER
                            SCHOOL BUILDING ON
                            INTERSECTION OF EAST 20TH
                            WITH THEARD STREET IN ST.
                            TAMMANY PARISH

01/13/21 JPG   B250  A104   ANALYSIS OF OWNERSHIP             .30        120.00
                            DOCUMENTS FOR BOSTON STREET
                            IN ST. TAMMANY PARISH.

01/13/21 LFA   B110  A105   CORRESPONDENCE WITH MR. MINTZ     .80        320.00
                            REGARDING PROTECTIVE ORDER
                            (.1); AND WITH MS. FUTRELL
                            AND MR. VANCE REGARDING CORP.
                            DOCS. (.2); AND WITH CLIENT
                            REGARDING RULE 2004
                            PRODUCTION (.1); WITH MR.
                            TILLERY REGARDING QUESTIONS
                            FOR JUDGE ZIVE (.1); WITH
                            CLIENT REGARDING ARCHDIOCESAN
                            BANKRUPTCY NOTICES (.1); WITH
                            MR. MINTZ REGARDING RESPONSE
                            TO COMMITTEE AND PROPOSED
                            UPDATED PROTECTIVE ORDER (.2).

01/13/21 MAM   B190  A101   CONFERENCES REGARDING            4.60      1,840.00
                            DISCOVERY ISSUES. (1.00);
                            RECEIPT AND REVIEW OF
                            OPPOSITION TO MOTION FOR
                            SANCTIONS (1.00); WORK ON
                            ARGUMENT FOR THE SAME (2.00);
                            PREPARE FOR DISCOVERY MEETING
                            (0.60).

01/13/21 AK    B310  A103   PREPARED EXHIBITS FOR            .60        150.00
                            OPPOSITION TO MOTION TO
                            UNSEAL.

01/13/21 CVM   B190  A102   RESEARCHED THE LEGISLATIVE      4.50      1,125.00
                            HISTORY OF CIVIL CODE ART.
                            2041 IN PREPARATION OF 2004
                            DISCOVERY (4.0);
                            COMMUNICATIONS REGARDING SAME
                            (0.5).
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 114
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 01/13/21 | SAO | B190 | A103 | REVIEW HECKER DEPOSITION TRANSCRIPT VOLUMES I AND II FOR PURPOSES OF AFFIXING CONFIDENTIALITY DESIGNATIONS. | 2.90 | 725.00 |
| 01/13/21 | SAO | B190 | A105 | CALLS WITH MS. KINGSMILL TO DISCUSS ADDITIONAL ACTION ITEMS IN CONNECTION WITH THE OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .30 | 75.00 |
| 01/13/21 | SAO | B190 | A103 | REVIEW AND REVISE FINAL DRAFT OF OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | 3.30 | 825.00 |
| 01/13/21 | M F | B310 | A104 | REVIEWED VARIOUS PREVIOUS PLEADINGS OF PLAINTIFFS' COUNSEL REGARDING PRESCRIPTION ARGUMENTS TO DISCUSS WITH W. ZERINGUE | 1.90 | 570.00 |
| 01/13/21 | GMS | B190 | A101 | EXAMINE DOCUMENTS AND BUILD FACT CHRONOLOGY AND DATABASE RELATIONSHIPS IN PREPARATION OF DEPOSITION. | 3.90 | 663.00 |
| 01/14/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED UCC RESPONSES TO THE ARCHDIOCESE'S DISCOVERY INTERROGATORIES AND REQUEST FOR PRODUCTION REGARDING MOTION FOR VIOLATION OF THE STAY. | .10 | 30.00 |
| 01/14/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING UCC DISCOVERY. | .10 | 30.00 |
| 01/14/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING PROTECTIVE ORDER ISSUE. | .10 | 30.00 |
| 01/14/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM CLIENT REGARDING HEARING ON MOTION TO UNSEAL. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 115
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/14/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. BOLDISSAR REGARDING UCC RESPONSE TO MOTION FOR SANCTIONS. | .10 | 30.00 |
| 01/14/21 | EDW | B110 | A109 | ATTENDED MEETING WITH CLIENT REGARDING CURRENT PROCEEDINGS AND ISSUES. | 1.50 | 450.00 |
| 01/14/21 | EDW | B110 | A104 | REVIEWED CONTINUED ISSUES REGARDING AMENDING PROTECTIVE ORDER REGARDING HIPPA. | .30 | 90.00 |
| 01/14/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING DOCUMENT REQUESTS BY COMMITTEE AND PROPOSED REVISION TO PROTECTIVE ORDER. | .20 | 60.00 |
| 01/14/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED ELECTRONIC MEMO FROM MR. CAINE REGARDING DOCUMENT PRODUCTION ISSUES. | .10 | 30.00 |
| 01/14/21 | EJF | B310 | A105 | REVIEW MEMOS TO AND FROM COUNSEL TO THE COMMITTEE RE PROTECTIVE ORDER REVISIONS; | .10 | 49.00 |
| 01/14/21 | EJF | B320 | A104 | REVIEW DOCUMENTS RELATED TO DISCLOSURES IN DISCLOSURE STATEMENT; | 2.20 | 1,078.00 |
| 01/14/21 | EJF | B320 | A104 | REVIEW AND ANALYZE PLAN CONFIRMATION ISSUES; | 4.20 | 2,058.00 |
| 01/14/21 | JJL | B190 | A104 | RECEIVED AND REVIEWED CONSOLIDATED PLAINTIFF'S OPPOSITION TO MOTION TO INTERVENE | .10 | 30.00 |
| 01/14/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED TMI RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .30 | 147.00 |
| 01/14/21 | RPV | B190 | A104 | EMAILS FORM MS. NGUYEN AND MR. MINTZ REGARDING FCA SETTLEMENT EXTENSION. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 116
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/14/21 RPV | B190 | A104 | RECEIVED AND REVIEWED JW DOE AND JAMES DOE OPPOSITION TO ANO MOTION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME . | .30 | 147.00 |

| 01/14/21 RPV | B310 | A104 | RECEIVED AND REVIEWED WITHDRAWAL OF CLAIM FILED BY GALLAGHER BENEFIT SERVICES. | .10 | 49.00 |

| 01/14/21 RPV | B190 | A106 | OFFICE CONFERENCE WITH CLIENT AND JW TEAM REGARDING VARIOUS ISSUES INCLUDING STATUS OF CLAIMS, CREDITOR COMMITTEE ISSUES, MOTION TO DISMISS, VIOLATION OF STAY, LITIGATION IN DISTRICT COURT, MEDIATION AND PLAN ISSUES | 2.00 | 980.00 |

| 01/14/21 RPV | B190 | A106 | OFFICE CONFERENCE WITH CLIENT REGARDING VARIOUS ISSUES INCLUDING VIOLATION OF STAY AND LITIGATION IN DISTRICT COURT. | .30 | 147.00 |

| 01/14/21 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING VARIOUS ISSUES INCLUDING CREDITORS COMMITTEE REQUEST FOR ADDITIONAL TIME TO RESPOND TO VIOLATION OF STAY MOTION AND LITIGATION IN DISTRICT COURT. | .50 | 245.00 |

| 01/14/21 JPG | B250 | A103 | PREPARE MEMORANDUM FOR DISCLOSURES TO CREDITORS COMMITTEE | .80 | 320.00 |

| 01/14/21 JPG | B250 | A104 | FURTHER ANALYSIS OF OWNERSHIP INFORMATION FOR ST. PETER SCHOOL IN ST. TAMMANY PARISH. | 2.20 | 880.00 |

| 01/14/21 JPG | B250 | A104 | ANALYSIS OF RECORD OWNERSHIP DOCUMENTS FOR ST. SCHOLASTICA ATHLETIC FIELD IN ST. TAMMANY PARISH | .50 | 200.00 |

| 01/14/21 JPG | B250 | A106 | EMAIL WITH CLIENT ON REAL ESTATE MATTERS. | .20 | 80.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 117
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/14/21 | JPG | B250 | A108 | PHONE CALL WITH MR. JUSTICE ON VALUATIONS FOR PROPERTY. | .10 | 40.00 |
| 01/14/21 | JPG | B250 | A104 | REVISE OWNERSHIP SCHEDULE BASED ON COMMENTS FROM MR. GENNARDO. | 2.20 | 880.00 |
| 01/14/21 | JPG | B250 | A106 | CORRESPONDENCE WITH CLIENT REGARDING VALUATION REPORTS. | .10 | 40.00 |
| 01/14/21 | JPG | B250 | A104 | REVIEW OF OWNERSHIP DOCUMENTS FOR PROPERTY ON RUE DE LAX PAIX IN ST. TAMMANY PARISH | .80 | 320.00 |
| 01/14/21 | JPG | B250 | A104 | ANALYZE PROPERTY OWNERSHIP DOCUMENTS FOR ARCHBISHOP HANNAN HIGH SCHOOL IN ST. TAMMANY PARISH. | .50 | 200.00 |
| 01/14/21 | JPG | B250 | A104 | ANALYSIS OF OWNERSHIP RECORDS ON 306 ST. MARY STREET IN ST. TAMMANY PARISH. | .30 | 120.00 |
| 01/14/21 | JPG | B250 | A103 | PREPARATION OF DISCLOSURE REPORTS. | 1.30 | 520.00 |
| 01/14/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. EAGAN AND MINTZ REGARDING DISCOVERY RESPONSE; WITH CLIENT REGARDING PROPOSED UPDATED PROTECTIVE ORDER | .30 | 120.00 |
| 01/14/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING OPPOSITION TO MOTION FOR SANCTIONS AND COMMUNICATION WITH THE COMMITTEE. | .20 | 80.00 |
| 01/14/21 | MAM | B190 | A101 | PREPARE FOR AND ATTEND MEETING WITH CLIENT REGARDING DISCOVERY ISSUES AND PENDING MOTIONS. WORK ON ISSUES RELATED TO ORAL ARGUMENT. RESPOND TO COMMITTEE REQUESTS. | 6.40 | 2,560.00 |
| 01/14/21 | CVM | B190 | A103 | DRAFTED BACKGROUND SECTION TO OBJECTION TO COMMITTEE'S POTENTIAL RULE 2004 MOTION | .80 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 118
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/14/21 | CVM | B190 | A102 | COMPILED AND FINALIZED UPDATED RESEARCH ON ART. 2041 (1.50) AND COMMUNICATED TO M. MINTZ (0.30) | 1.80 | 450.00 |
| 01/14/21 | SAO | B190 | A104 | REVIEW J.W. DOE'S OPPOSITION TO THE MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY (0.7); REVIEW TMI'S JOINDER IN SUPPORT OF THE MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY (0.2). | .90 | 225.00 |
| 01/14/21 | SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS J.W. DOE'S OPPOSITION TO THE STAY VIOLATION MOTION. | .30 | 75.00 |
| 01/14/21 | SAO | B190 | A104 | REVIEW THE COMMITTEE'S DISCOVERY RESPONSES IN CONNECTION WITH THE STAY VIOLATION MOTION. | .30 | 75.00 |
| 01/14/21 | SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH MS. FISCHER REGARDING THE MOTION TO INTERVENE FILED ON BEHALF OF ATTORNEYS FOR THE ARCHDIOCESE. | .20 | 50.00 |
| 01/14/21 | SAO | B190 | A104 | REVIEW J.W. DOE'S CONSOLIDATED RESPONSE TO THE ATTORNEYS FOR THE ARCHDIOCESE'S MOTION FOR LEAVE TO FILE UNDER SEAL AND MOTION TO INTERVENE. | .20 | 50.00 |
| 01/14/21 | SAO | B190 | A104 | REVIEW HECKER'S OPPOSITION TO J.W. DOE'S MOTION TO UNSEAL. | .10 | 25.00 |
| 01/14/21 | SAO | B310 | A104 | REVIEW GALLAGHER BENEFIT SERVICES, INC.'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM. | .20 | 50.00 |
| 01/14/21 | GMS | B190 | A101 | REVIEW DOCUMENTS AND BUILD FACT CHRONOLOGY AND DATABASE RELATIONSHIPS IN PREPARATION OF DEPOSITION. | 1.60 | 272.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 119
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/15/21 EDW    B110  A104   CONTINUED PREPARATION AND              .50        150.00
                             REVIEW REGARDING
                             ARCHDIOCESE'S MOTION FOR
                             VIOLATION OF THE STAY
                             REGARDING JW DOE COUNSEL.

01/15/21 EDW    B110  A104   RECEIVED AND REVIEWED ORDER            .10         30.00
                             FROM JUDGE NORTH REGARDING
                             MOTION TO SEAL BY FILED BY
                             COUNSEL FOR THE ARCHDIOCESE.

01/15/21 EDW    B110  A107   RECEIVED AND REVIEWED                  .10         30.00
                             ELECTRONIC MEMO FROM MR.
                             CAINE REGARDING DOCUMENT
                             PRODUCTION ISSUES.

01/15/21 EDW    B110  A104   REVIEWED PROTECTIVE ORDER              .80        240.00
                             ISSUES REGARDING HIPPA.

01/15/21 EJF    B110  A107   REVIEW MEMOS TO AND FROM               .10         49.00
                             COMMITTEE COUNSEL RE CHANGES
                             TO PROTECTIVE ORDER;

01/15/21 EJF    B110  A105   TELEPHONE CALLS WITH MR.               .10         49.00
                             MINTZ RE SAME;

01/15/21 EJF    B110  A103   FURTHER REVISIONS TO                   .40        196.00
                             PROTECTIVE ORDER;

01/15/21 EJF    B210  A104   REVIEW PREVIOUS INVESTOR             1.60        784.00
                             CALLS;

01/15/21 EJF    B210  A103   DRAFT AND REVISE AGENDA AND          1.50        735.00
                             INFORMATION FOR INVESTOR
                             PRESENTATION;

01/15/21 EJF    B210  A106   MEMOS TO AND FROM CLIENT               .90        441.00
                             REGARDING THE SAME;

01/15/21 JRT    B190  A108   CALL FROM JUDGE NORTH.                 .30         90.00

01/15/21 JRT    B190  A105   EMAIL TO TEAM REGARDING CALL           .30         90.00
                             WITH JUDGE NORTH.

01/15/21 JRT    B190  A104   FURTHER REVIEW OF RECENT             2.30        690.00
                             MOTIONS REGARDING UNSEALING
                             AND SANCTIONS AND CONSIDER
                             APPROACH TO ARGUMENT.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 120
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/15/21 JRT | B190 | A103 | DRAFT EMAIL REGARDING OPINION ON SAME. | .50 | 150.00 |
|---|---|---|---|---|---|
| 01/15/21 RPV | B190 | A106 | EMAILS FROM CLIENT AND MR. MINTZ REGARDING REQUEST FOR FINANCIAL INFORMATION. | .20 | 98.00 |
| 01/15/21 RPV | B210 | A104 | EMAILS FROM CLIENT AND MS. FUTRELL REGARDING BOND INVESTOR CALL ISSUES. | .20 | 98.00 |
| 01/15/21 RPV | B190 | A104 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVIEW OF OPPOSITION TO MOTION FOR SANCTIONS. | .40 | 196.00 |
| 01/15/21 RPV | B190 | A104 | RECEIVED AND REVIEWED BORDELON INTERVENTION. | .10 | 49.00 |
| 01/15/21 RPV | B190 | A105 | EMAIL FROM MR. TILLERY REGARDING HEARING WITH JUDGE NORTH ON MOTION TO UNSEAL. | .10 | 49.00 |
| 01/15/21 WGZ | B410 | A104 | ANALYSIS OF OPPOSITION OF STATE COURT COUNSEL TO MOTION FOR RELIEF FILED BY ARCHDIOCESE. | .90 | 270.00 |
| 01/15/21 WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING OPPOSITION TO ARCHDIOCESE'S MOTION. | .20 | 60.00 |
| 01/15/21 WGZ | B410 | A104 | CONTINUED ANALYSIS OF PLEADINGS AND PROCEEDINGS IN STATE COURT REGARDING PRESCRIPTION ISSUES AND DEFENSES. | 1.40 | 420.00 |
| 01/15/21 JPG | B250 | A105 | FINALIZE REAL ESTATE DISCLOSURES. | .40 | 160.00 |
| 01/15/21 JPG | B250 | A105 | CORRESPONDENCE WITH CLIENT REGARDING DISCLOSURES. | .20 | 80.00 |
| 01/15/21 LFA | B110 | A105 | CORRESPONDENCES WITH CLIENT AND CLIENT REGARDING NEXT STEPS (.6); AND WITH MESSRS. TILLERY, WEGMANN AND MINTZ AND CLIENT REGARDING | 1.00 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 121
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

                              ARCHDIOCESE'S RESPONSE TO
                              COMMITTEE'S 11/2/20 DOCUMENT
                              REQUESTS (.4).

01/15/21 MAM   B190   A101   WORK ON REPLY MOTION AND ORAL        9.40      3,760.00
                             ARGUMENT

01/15/21 AK    B310   A103   PREPARED MEMORANDUM REGARDING         .90        225.00
                             ARCHDIOCESE'S JANUARY 15,
                             2021 REAL ESTATE DISCLOSURE
                             REPORT.

01/15/21 AK    B310   A104   ANALYZED NOTES PREPARED BY            .20         50.00
                             MR. GOOD IN ORDER TO PREPARE
                             MEMORANDUM REGARDING
                             ARCHDIOCESE'S JANUARY 15,
                             2021 REAL ESTATE DISCLOSURE
                             REPORT.

01/15/21 AK    B310   A104   ANALYZED AND FINALIZED              1.30        325.00
                             PRODUCTION OF DOCUMENTS TO
                             COMMITTEE IN RESPONSE TO
                             COMMITTEE'S DOCUMENT REQUESTS.

01/15/21 AK    B310   A104   ANALYZED JANUARY 15, 2021            .70        175.00
                             REAL ESTATE DISCLOSURE REPORT
                             IN ORDER TO PREPARE FOR
                             PRODUCTION IN RESPONSE TO THE
                             COMMITTEE'S DOCUMENT REQUESTS.

01/15/21 AK    B310   A103   REVISED MEMO TO THE COMMITTEE        .70        175.00
                             REGARDING RESPONSES TO
                             DOCUMENT REQUESTS AND
                             DOCUMENTS PRODUCED TO DATE.

01/15/21 AK    B310   A104   ANALYZED MOTION TO UNSEAL            .80        200.00
                             PLEADINGS IN ORDER TO PREPARE
                             FOR HEARING.

01/15/21 SAO   B190   A104   REVIEW ORDER GRANTING               .10         25.00
                             EXPEDITED CONSIDERATION OF
                             MOTION TO INTERVENE IN J.W.
                             DOE.

01/15/21 SAO   B190   A104   REVIEW MOTION TO INTERVENE         1.30        325.00
                             AND EXHIBITS FILED BY THE
                             DENECHAUD FIRM ON BEHALF OF
                             ATTORNEYS FOR THE ARCHDIOCESE
                             IN J.W. DOE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 122
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|------|---|---|---|-------------|-------|--------|
| 01/15/21 | SAO | B190 | A101 | GATHER DOCUMENTS FOR MR. TILLERY TO REVIEW IN PREPARATION FOR THE HEARINGS ON THE DEBTORS MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY AND J.W. DOES MOTION TO UNSEAL. | 1.90 | 475.00 |
| 01/15/21 | M F | B310 | A105 | ELECTRONIC MEMO TO AND FROM W. ZERINGUE REGARDING PRESCRIPTION ISSUES | .10 | 30.00 |
| 01/15/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT FILES FOR REVIEW AND PRODUCTION IN RELATIVITY DATABASE. | 1.00 | 170.00 |
| 01/15/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX AND MS. KINGSMILL CONCERNING DOCUMENTS TO BE PRODUCED. | .30 | 51.00 |
| 01/15/21 | GMS | B190 | A101 | GATHER AND TAG DOCUMENTS TO BE PRODUCED FROM RELATIVITY WORKSPACE.. | .30 | 51.00 |
| 01/15/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS .BOUDREAUX CONCERNING ISSUE WITH DOCUMENT IN RELATIVITY WORKSPACE. | .10 | 17.00 |
| 01/15/21 | GMS | B190 | A101 | DOWNLOAD DOCUMENT FROM RELATIVITY WORKSPACE FOR MS KINGSMILL'S CONSIDERATION PRIOR TO PRODUCTION. | .10 | 17.00 |
| 01/15/21 | GMS | B190 | A110 | PREPARE SHAREFILE FOLDER AND UPLOAD DOCUMENT PRODUCTION. | .30 | 51.00 |
| 01/15/21 | GMS | B190 | A110 | EDIT SHAREFILE FOLDER PERMISSIONS. | .10 | 17.00 |
| 01/15/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING REVISION TO SHAREFILE FOLDER USER ACCOUNTS. | .10 | 17.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 123
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/15/21 GMS    B190  A101   REVIEW AND BUILD DATABASE            3.30        561.00
                            RELATIONSHIPS AND FACT
                            CHRONOLOGY IN PREPARATION OF
                            DEPOSITION.

01/16/21 EDW    B110  A104   CONTINUED WORK ON ISSUES              .80        240.00
                            REGARDING MOTION TO UNSEAL
                            AND MOTION FOR VIOLATION OF
                            THE STAY.

01/16/21 EDW    B110  A104   REVIEWED WORK IN PROGRESS             .80        240.00
                            REGARDING DEFENSE OF ABUSE
                            CLAIMS AND PREPARATION FOR
                            MEDIATION.

01/16/21 EJF    B190  A105   MEMO RE SANCTIONS ISSUES (NO          .00          .00
                            CHARGE);

01/16/21 JRT    B190  A104   STUDY MOTIONS FILED RELATIVE         1.50        450.00
                            TO SANCTIONS AND DRAFT MEMO
                            REGARDING SAME.

01/16/21 RPV    B190  A105   EMAIL FROM MR. TILLERY               .10         49.00
                            REGARDING TMI OPPOSITION.

01/16/21 JPG    B250  A108   ATTENTION TO OPEN                    .30        120.00
                            CORRESPONDENCE WITH REAL
                            ESTATE TEAM MEMBERS.

01/16/21 JPG    B250  A103   WORK ON OWNERSHIP REPORT FOR         .40        160.00
                            VALUATION PURPOSES.

01/16/21 JPG    B250  A110   WORK ON DATASITE FOR VALUATION       .30        120.00

01/16/21 JPG    B250  A106   EMAIL TO REAL ESTATE TEAM            .20         80.00
                            INCLUDING CLIENT REGARDING
                            SCHEDULE OF PROPERTIES FOR
                            VALUATION.

01/17/21 EDW    B110  A104   REVIEWED ISSUES REGARDING            .30         90.00
                            COMMITTEE QUESTIONS REGARDING
                            MOTION FOR VIOLATION OF THE
                            STAY.

01/17/21 JRT    B190  A104   STUDY RECENT FILINGS ON             1.50        450.00
                            MOTION TO UNSEAL.

01/17/21 JRT    B190  A105   EMAILS TO TEAM REGARDING SAME.       .30         90.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 124
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 01/17/21 RPV | B110 | A104 | EMAIL FROM MR. MINTZ REGARDING WEEKLY STRATEGY MEETING AND UPCOMING DEADLINES. | .10 | 49.00 |
| 01/17/21 WGZ | B410 | A104 | STRATEGY REGARDING MOTIONS TO UNSEAL AND MOTION FOR SANCTIONS. | .60 | 180.00 |
| 01/17/21 WGZ | B410 | A101 | PREPARE FOR CONFERENCE WITH BANKRUPTCY TEAM REGARDING STRATEGY FOR MOTIONS TO UNSEAL. | .40 | 120.00 |
| 01/17/21 SAO | B190 | A104 | REVIEW PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING SERVICE OF PROCESS FOR DEFENDANT HOLY SEE. | .30 | 75.00 |
| 01/18/21 EDW | B110 | A104 | REVIEWED BRIEFS REGARDING ARCH MOTION FOR VIOLATION OF THE STAY. | .90 | 270.00 |
| 01/18/21 EDW | B110 | A103 | REVISED THE ARCHDIOCESE'S REPLY BRIEF REGARDING MOTION FOR VIOLATION OF THE STAY. | .80 | 240.00 |
| 01/18/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR .CAINE REGARDING INSURANCE POLICIES. | .10 | 30.00 |
| 01/18/21 EDW | B110 | A109 | ATTENDED MEETING WITH LITIGATION AND BANKRUPTCY GROUP REGARDING STRATEGY. | .80 | 240.00 |
| 01/18/21 EJF | B190 | A105 | REVIEW DRAFTS OF PLEADINGS (.8) (NO CHARGE) | .00 | .00 |
| 01/18/21 EJF | B320 | A105 | CONFERENCE CALL RE PLAN MEDIATION AND RELATED ISSUES; | .90 | 441.00 |
| 01/18/21 JJL | B190 | A104 | RECEIVED AND REVIEWED REQUEST BY PLAINTIFF ATTORNEY TO STAY PROCEEDING IN JOHN DOE LITIGATION IN USDC - LAED | .20 | 60.00 |
| 01/18/21 JJL | B190 | A105 | PREPARING FOR AND ATTEND STRATEGY MEETING | .90 | 270.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 125
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/18/21 | JRT | B190 | A109 | ATTEND TEAM MEETING REGARDING STRATEGY AND HOW TO PROCEED. | 1.00 | 300.00 |
| 01/18/21 | JRT | B190 | A104 | FURTHER REVIEW OF MOTIONS TO CONSIDER ISSUES. | 1.40 | 420.00 |
| 01/18/21 | RPV | B190 | A104 | WORKED ON MEDIATION ISSUES | 1.00 | 490.00 |
| 01/18/21 | RPV | B210 | A104 | EMAIL FROM MS. FUTRELL REGARDING AGENDA AND NOTES FOR BONDHOLDERS' MEETING. | .10 | 49.00 |
| 01/18/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED LIMITED RESPONSE OF THE UCC TO MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .20 | 98.00 |
| 01/18/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .20 | 98.00 |
| 01/18/21 | RPV | B190 | A105 | EMAIL FROM MR. MINTZ REGARDING DRAFT OF REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .10 | 49.00 |
| 01/18/21 | RPV | B190 | A106 | EMAIL FROM CLIENT REGARDING FINANCIALS. | .10 | 49.00 |
| 01/18/21 | WGZ | B410 | A104 | RECEIVE ELECTRONIC NOTICE OF PLAINTIFF'S MOTION TO FILE REPLY MEMORANDUM TO UNSEAL DEPOSITION OF HECKER AND TO RE-DESIGNATE ARCHDIOCESE DOCUMENTS AS NON-CONFIDENTIAL. | .10 | 30.00 |
| 01/18/21 | WGZ | B410 | A104 | ANALYSIS OF MEMORANDUM IN SUPPORT REGARDING PROCEEDINGS BEFORE JUDGE NORTH. | .90 | 270.00 |
| 01/18/21 | WGZ | B410 | A104 | REVIEW AND ANALYZE EXHIBITS WITH RESPECT TO MOTION TO UNSEAL DEPOSITION OF HECKER. | .70 | 210.00 |
| 01/18/21 | WGZ | B410 | A104 | STRATEGY REGARDING ARGUMENTS IN OPPOSITION TO MOTION TO UNSEAL DEPOSITION. | .70 | 210.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 126
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/18/21 WGZ | B410 | A104 | REVIEW AND ANALYSIS OF JUDGE NORTH'S AND JUDGE GRABILL'S RULINGS AND MINUTE ENTRIES. | .60 | 180.00 |
| 01/18/21 WGZ | B410 | A106 | EMAIL WITH CLIENT REGARDING SAME. | .20 | 60.00 |
| 01/18/21 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING OPPOSITION REGARDING MOTION FOR RELIEF FOR VIOLATION OF STAY. | .30 | 90.00 |
| 01/18/21 WGZ | B410 | A103 | REVIEW AND WORK ON DEBTOR'S REPLY IN SUPPORT OF MOTION FOR RELIEF FOR VIOLATION OF STAY. | .50 | 150.00 |
| 01/18/21 WGZ | B410 | A104 | STRATEGY REGARDING REPLY MEMORANDUM. | .40 | 120.00 |
| 01/18/21 WGZ | B410 | A104 | ANALYSIS OF CREDITOR'S COMMITTEE'S RESPONSES TO MOTION FOR RELIEF FROM AUTOMATIC STAY. | .30 | 90.00 |
| 01/18/21 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING PENDING MOTIONS AND EFFORTS TO UNSEAL DOCUMENTS. | .40 | 120.00 |
| 01/18/21 WGZ | B410 | A103 | WORKING ON OBJECTIONS TO COMMITTEE'S DISCOVERY REQUESTS UNDER RULE 2004, DOCUMENT PRODUCTION. | .40 | 120.00 |
| 01/18/21 WGZ | B410 | A106 | CONFER WITH CLIENT REGARDING OBJECTIONS. | .20 | 60.00 |
| 01/18/21 WGZ | B410 | A105 | PREPARE FOR AND ATTEND STRATEGY MEETING WITH BANKRUPTCY TEAM AND LITIGATION TEAM. | 1.00 | 300.00 |
| 01/18/21 JPG | B250 | A108 | EMAIL TO MR. GENNARDO ON PROPERTY REPORTS. | .10 | 40.00 |
| 01/18/21 LFA | B110 | A105 | ATTENDED AND PARTICIPATED IN STRATEGY MEETING (1.5); CORRESPONDENCES WITH MR. TILLERY REGARDING WEEKLY STRATEGY MEETING (.2); AND | 1.80 | 720.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 127
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | WITH MR. MINTZ REGARDING PROPOSED REPLY MEMO (.1). |  |  |
| 01/18/21 MAM | B190 | A101 | WORK ON REPLY MEMO. PREPARE FOR AND ATTEND STRATEGY MEETING ON THE SAME. | 6.40 | 2,560.00 |
| 01/18/21 AK | B310 | A103 | WORKED ON CHRONOLOGY OF CLAIMS. | 2.40 | 600.00 |
| 01/18/21 SAO | B190 | A105 | STRATEGY CALLS WITH MR. MINTZ TO DISCUSS REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .60 | 150.00 |
| 01/18/21 SAO | B190 | A103 | REVISE AND SUPPLEMENT FIRST DRAFT OF REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | 3.90 | 975.00 |
| 01/18/21 SAO | B190 | A104 | REVIEW J.W. DOE'S REPLY IN SUPPORT OF MOTION TO UNSEAL (0.4); REVIEW CASES CITED IN THE SAME (0.7). | 1.10 | 275.00 |
| 01/18/21 SAO | B190 | A103 | REVISE LATEST DRAFT OF REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | 1.50 | 375.00 |
| 01/18/21 SAO | B190 | A104 | REVIEW THE COMMITTEE'S LIMITED RESPONSE TO THE STAY VIOLATION MOTION. | .20 | 50.00 |
| 01/18/21 GMS | B190 | A101 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING OVERVIEW / CHRONOLOGY IN PROGRESS. | .20 | 34.00 |
| 01/18/21 GMS | B190 | A101 | REVIEW DOCUMENTS AND DRAFT CHRONOLOGY. | 1.40 | 238.00 |
| 01/19/21 EDW | B110 | A104 | RECEIVED AND REVIEWED RESPONSE FROM COMMITTEE REGARDING MOTION FOR VIOLATION OF THE STAY. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 128
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Initials | Code | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/19/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED E-MAIL FROM COURT REPORTER WITH ERRATA SHEET FOR PAT MOODY DEPOSITION. | .10 | 30.00 |
| 01/19/21 | EDW | B110 | A104 | REVIEWED AND REVISED THE ARCHDIOCESE'S REPLY MEMORANDUM REGARDING VIOLATION OF STAY. | .50 | 150.00 |
| 01/19/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING DEBTOR'S REPLY BRIEF. | .10 | 30.00 |
| 01/19/21 | EJF | B190 | A103 | REVISIONS TO REPLY BRIEF; | .50 | 245.00 |
| 01/19/21 | EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT; | 4.80 | 2,352.00 |
| 01/19/21 | EJF | B110 | A105 | REVIEW MEMOS RE REVISED PROTECTIVE ORDER; | 4.80 | 2,352.00 |
| 01/19/21 | JJL | B190 | A104 | REVIEWED AND COMMENT REGARDING REPLY MEMORANDUM AND REVIEW ATTACHMENTS FILED BY JW DOE | 1.50 | 450.00 |
| 01/19/21 | JJL | B190 | A104 | RECEIVED AND REVIEWED ORDER BY JUDGE NORTH GRANTING HECKER LEAVE TO FILE OPPOSITION | .10 | 30.00 |
| 01/19/21 | JJL | B190 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FROM TRIAL JUDGE REGARDING ANY OPPOSITION TO PLAINTIFF'S MOTION TO STAY JOHN DOE V. HOLY SEE, ET AL. | .10 | 30.00 |
| 01/19/21 | JJL | B190 | A104 | CONSIDER NEED FOR EXPERTS FOR MEDIATION | 1.30 | 390.00 |
| 01/19/21 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT REQUEST | .30 | 147.00 |
| 01/19/21 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH AND EMAIL FROM/TO CLIENTS REGARDING DOCUMENT REQUEST | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 129
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/19/21 RPV | B190 | A104 | RECEIVED AND REVIEWED AMENDED PROTECTIVE ORDER AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .20 | 98.00 |
| 01/19/21 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF THE REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .30 | 147.00 |
| 01/19/21 RPV | B190 | A105 | EMAILS AMONG JW TEAM REGARDING DRAFT OF THE REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 01/19/21 RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER CONCERNING COMMUNICATION BETWEEN CREDITORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .10 | 49.00 |
| 01/19/21 RPV | B190 | A104 | RECEIVED AND REVIEWED LIMITED JOINDER IN DEBTOR'S MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY FILED BY FIRST BANK AND TRUST. | .30 | 147.00 |
| 01/19/21 RPV | B190 | A104 | RECEIVED AND REVIEWED FOURTH MOTION TO EXTEND TIME FOR DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT FILED BY GLENN K. SCHREIBER OF U.S. ATTORNEY'S OFFICE ON BEHALF OF UNITED STATES OF AMERICA/DEPT.OF JUSTICE. | .30 | 147.00 |
| 01/19/21 WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING COMMITTE'S RESPONSE TO DEBTOR'S MOTION FOR RELIEF FOR WILLFUL VIOLATION OF STAY. | .30 | 90.00 |
| 01/19/21 WGZ | B410 | A104 | ANALYSIS OF FIRST BANK'S MEMORANDUM. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 130
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/19/21 WGZ | B410 | A103 | WORKING ON DEBTOR'S REPLY IN SUPPORT OF MOTION FOR RELIEF FOR WILLFUL VIOLATION OF SANCTIONS. | .50 | 150.00 |
| 01/19/21 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING FIRST BANK'S OPPOSITION. | .30 | 90.00 |
| 01/19/21 WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING MEDIA ISSUES AND REVIEW MEDIA REPORTS REGARDING MOTION TO UNSEAL. | .40 | 120.00 |
| 01/19/21 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME. | .30 | 90.00 |
| 01/19/21 WGZ | B410 | A104 | RECEIVED AND REVIEWED ELECTRONIC NOTICE OF MOTION TO STAY PROCEEDINGS. | .20 | 60.00 |
| 01/19/21 WGZ | B410 | A107 | EMAIL FROM CO-DEENDANTS' COUNSEL REGARDING 12(B)6 MOTIONS. | .20 | 60.00 |
| 01/19/21 LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. WEGMANN, MINTZ AND MS. OPPENHEIM REGARDING UPDATED DRAFT OF REPLY (.3); WITH MSES. ZERINGUE AND OPPENHEIM REGARDING REPLY IN SUPPORT OF MOTION FOR WILLFUL VIOLATION OF AUTOMATIC STAY (.4). | .70 | 280.00 |
| 01/19/21 MAM | B190 | A101 | WORK ON REPLY MEMO AND ORAL ARGUMENT | 4.50 | 1,800.00 |
| 01/19/21 AK | B310 | A104 | REMOVED CONFIDENTIALITY STAMP ON CERTAIN DOCUMENTS PRODUCED TO COMMITTEE. | .30 | 75.00 |
| 01/19/21 AK | B310 | A103 | WORKED ON CHRONOLOGY OF CLAIMS. | 2.30 | 575.00 |
| 01/19/21 SAO | B190 | A104 | REVIEW FIRST BANK AND TRUSTS LIMITED JOINDER IN THE DEBTORS STAY VIOLATION MOTION. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 131
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 01/19/21 SAO | B190 | A103 | REVISE REPLY TO STAY VIOLATION MOTION TO INCORPORATE COMMENTS FROM MR. ZERINGUE, MR. LOWENTHAL, MR. WEGMANN, AND MS. FUTRELL (2.9); REVISE THE SAME PER COMMENTS FROM THE CLIENT (0.3); PREPARE EXHIBITS IN CONNECTION WITH THE SAME (0.2). | 3.40 | 850.00 |
| 01/19/21 SAO | B190 | A103 | DRAFT MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF STAY VIOLATION MOTION. | .80 | 200.00 |
| 01/19/21 SAO | B110 | A104 | REVIEW ORDER CONCERNING COMMUNICATIONS BETWEEN CREDITORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .20 | 50.00 |
| 01/19/21 SAO | B110 | A103 | DRAFT NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON JANUARY 21, 2021. | .90 | 225.00 |
| 01/19/21 SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH MS. KINGSMILL REGARDING CONTINUANCE OF HEARING ON MOTION TO UNSEAL (0.2); EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING THE SAME (0.2). | .40 | 100.00 |
| 01/19/21 SAO | B310 | A104 | REVIEW AND ANALYZE PROOFS OF CLAIM. | .50 | 125.00 |
| 01/19/21 SAO | B110 | A104 | REVIEW FOURTH MOTION OF THE UNITED STATES TO EXTEND TIME FOR DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |
| 01/19/21 SAO | B190 | A105 | CALLS WITH MR. MINTZ TO DISCUSS STRATEGY IN CONNECTION WITH REPLY TO THE STAY VIOLATION MOTION. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 132
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 01/19/21 | GMS | B190 | A101 | CONTINUE REVIEW OF DOCUMENTS AND BUILD OUT OF FACT CHRONOLOGY. | 2.60 | 442.00 |
| 01/19/21 | GMS | B190 | A101 | FILTER AND EXAMINE DATA AND CONFIRM RELATIONSHIP LINKS TO CERTAIN PEOPLE, PLACES, EVENTS IN PREPARATION OF EXPORT OF CHRONOLOGY, RELATED PERSONS AND SUBJECT OVERVIEW. | .80 | 136.00 |
| 01/19/21 | GMS | B190 | A103 | EXPORT AND FINALIZE DOCUMENTS OF SUBJECT OVERVIEW, CHRONOLOGY OF FACTS, AND RELATED PERSONS. | .70 | 119.00 |
| 01/20/21 | EDW | B110 | A101 | PREPARING FOR ORAL ARGUMENT ON MOTION FOR VIOLATION OF THE STAY AND ASSIST IN DRAFTING ORAL ARGUMENT. | 2.50 | 750.00 |
| 01/20/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM CO-COUNSEL REGARDING MEDIA REPORT. | .10 | 30.00 |
| 01/20/21 | EDW | B110 | A107 | REVIEWED MEDIA REPORT | .10 | 30.00 |
| 01/20/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CLERGY LIST. | .10 | 30.00 |
| 01/20/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING PREPARATION FOR MEDIATION AND DOCUMENT PRODUCTION. | .80 | 240.00 |
| 01/20/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MS MOSKOWITZ REGARDING MOTION FOR REVISED PROTECTIVE ORDER. | .10 | 30.00 |
| 01/20/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. GISLESON REGARDING REPLY BRIEF. | .10 | 30.00 |
| 01/20/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM CO-COUNSEL REGARDING REQUEST FOR PLEADINGS IN RELATED MOTION. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 133
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 01/20/21 EJF | B320 | A104 | CONTINUE REVIEW OF CLAIMS RE DISCLOSURE STATEMENT AND CLAIMS | 2.80 | 1,372.00 |
| 01/20/21 EJF | B110 | A106 | MEMO TO AND FROM CLIENT REGARDING DISCOVERY RELATED ISSUES; | .20 | 98.00 |
| 01/20/21 JRT | B190 | A108 | CALL TO JUDGE NORTH 'S OFFICE. | .30 | 90.00 |
| 01/20/21 RPV | B110 | A105 | OFFICE CONFERENCE WITH MS. FUTRELL REGARDING BOND HOLDER CALL, DOCUMENT PRODUCTION AND CLAIM REVIEW ISSUES | .70 | 343.00 |
| 01/20/21 RPV | B190 | A104 | REVIEWED TALKING POINTS FOR HEARING AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .50 | 245.00 |
| 01/20/21 RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DISCOVERY ISSUES AND MEDIATION ISSUSE. | .50 | 245.00 |
| 01/20/21 RPV | B190 | A104 | RECEIVED AND REVIEWED REPLY IN SUPPORT OF MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY FILED BY THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS AND OFFICE CONFERENCE WITH .MR. MINTZ REGARDING SAME | .70 | 343.00 |
| 01/20/21 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE DEBTOR'S REPLY IN SUPPORT OF MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY. | .10 | 49.00 |
| 01/20/21 RPV | B310 | A104 | RECEIVED AND REVIEWED ORDER EXTENDING DEADLINE FOR THE UNITED STATES TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 49.00 |
| 01/20/21 RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING FINANCIAL REQUESTS. | .60 | 294.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 134
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/20/21 RPV   B190  A106   EMAIL FROM AND TELEPHONE              .80        392.00
                           CONVERSATION WITH CLIENT
                           REGARDING FINANCIAL REQUESTS.

01/20/21 RPV   B110  A104   RECEIVED AND REVIEWED NOTICE          .10         49.00
                           OF AGENDA.

01/20/21 RPV   B190  A104   RECEIVED AND REVIEWED EX             .10         49.00
                           PARTE MOTION FOR LEAVE TO
                           FILE DEBTOR'S REPLY IN
                           SUPPORT OF MOTION FOR RELIEF
                           FOR WILLFUL VIOLATION OF
                           AUTOMATIC STAY.

01/20/21 WGZ   B410  A106   COMMUNICATIONS WITH CLIENT           .30         90.00
                           REGARDING MEDIA ISSUES.

01/20/21 LFA   B110  A105   CORRESPONDENCES WITH MESSRS.        1.00        400.00
                           WEGMANN AND MINTZ REGARDING
                           TALKING POINTS (.2); WITH MR.
                           MINTZ REGARDING DISCOVERY
                           NEWS (.2); WITH MS. FUTRELL
                           AND MR. VANCE REGARDING ABUSE
                           CLAIMS (.2); WITH CLIENT
                           REGARDING CALAMARI AND
                           UPDATED PDFA AND WITH MR.
                           MINTZ REGARDING UPDATED BAR
                           DATE PACKAGE (.4).

01/20/21 MAM   B190  A101   WORK ON ORAL ARGUMENT AND          7.60      3,040.00
                           FILE REPLY BRIEF

01/20/21 AK    B310  A103   WORKED ON CHRONOLOGY OF            2.10        525.00
                           CLAIMS.

01/20/21 SAO   B190  A104   REVIEW ORDER CONTINUING             .10         25.00
                           PLAINTIFF'S MOTION TO UNSEAL
                           IN J.W. DOE.

01/20/21 SAO   B190  A103   FINALIZE MOTION FOR LEAVE TO       1.30        325.00
                           FILE REPLY IN SUPPORT OF
                           MOTION FOR RELIEF FOR WILLFUL
                           VIOLATION OF AUTOMATIC STAY
                           AND ALL ATTACHMENTS (0.9);
                           FILE THE SAME (0.3);
                           COORDINATE SERVICE OF THE
                           SAME (0.1).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 135
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/20/21 SAO   B110  A103   REVISE NOTICE OF AGENDA OF          .60        150.00
                           MATTERS SCHEDULED FOR OMNIBUS
                           HEARING ON JANUARY 21, 2021
                           PER COMMENTS FROM MR. MINTZ
                           (0.3); FINALIZE THE SAME
                           (0.2); FILE THE SAME (0.1).

01/20/21 SAO   B190  A105   CALL WITH MS. KINGSMILL             .20         50.00
                           REGARDING REPLY TO J.W. DOE'S
                           MOTION TO UNSEAL.

01/20/21 SAO   B110  A104   REVIEW ORDER GRANTING THE           .20         50.00
                           DEBTOR LEAVE TO FILE A REPLY
                           IN SUPPORT OF THE STAY
                           VIOLATION MOTION (0.1);
                           REVIEW ORDER EXTENDING
                           DEADLINE FOR THE UNITED
                           STATES TO FILE A COMPLAINT TO
                           DETERMINE DISCHARGEABILITY OF
                           DEBT (0.1).

01/20/21 BB    B110  A110   PREPARE RESPONSIVE CLIENT           .40         68.00
                           DOCUMENTS FOR DE-DESIGNATED
                           PRODUCTION.

01/21/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL        .30         90.00
                           FROM MR. CAINE WITH REVISED
                           DOCUMENT REQUESTS AND PLANNED
                           MOTION FOR DISCOVERY.

01/21/21 EDW   B110  A109   ATTENDED HEARING ON MOTION         1.50        450.00
                           FOR VIOLATION OF THE STAY
                           REGARDING STATE COURT COUNSEL.

01/21/21 EDW   B110  A104   REVIEWED ISSUES REGARDING           .50        150.00
                           KNOWN CLAIMS.

01/21/21 EDW   B110  A104   REVIEWED ISSUES REGARDING           .50        150.00
                           RESPONSE TO COMMITTEE'S
                           REQUESTS.

01/21/21 EDW   B110  A101   PREPARING FOR HEARING ON           1.50        450.00
                           MOTION FOR VIOLATION OF STAY.

01/21/21 EJF   B210  A106   MEETING TO PREPARE FOR             1.40        686.00
                           INVESTOR CALL (1.1); EMAILS
                           RE SAME (.3);

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 136
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 01/21/21 | EJF | B210 | A103 | WORK ON AGENDA FOR INVESTOR CALL; | .80 | 392.00 |
| 01/21/21 | EJF | B210 | A104 | REVIEW FINANCIAL INFORMATION RE INVESTOR CALL (1.3); REVIEW POTENTIAL QUESTIONS AND ANSWERS RE INVESTOR CALL (.7); | 2.00 | 980.00 |
| 01/21/21 | JJL | B190 | A104 | RECEIVED AND REVIEWED VARIOUS CORRESPONDENCE AND EMAILS REGARDING UPCOMING DEPOSITION | .40 | 120.00 |
| 01/21/21 | JRT | B190 | A105 | INTERNAL MEETING ON STRATEGY FOR HEARING. | .60 | 180.00 |
| 01/21/21 | JRT | B190 | A109 | ATTEND COURT HEARING WITH JUDGE GRABILL ON MOTION FOR SANCTIONS AND ANALYZE ITS EFFECT ON MOTION TO UNSEAL. | 1.50 | 450.00 |
| 01/21/21 | JRT | B190 | A105 | SEVERAL INTERNAL COMMUNICATIONS REGARDING STRATEGY IN LIGHT OF JUDGE'S COMMENTS AT HEARING. | .70 | 210.00 |
| 01/21/21 | JRT | B190 | A108 | EMAIL TO HOWELL | .30 | 90.00 |
| 01/21/21 | RPV | B190 | A103 | DRAFT MEMO TO CLIENT REGARDING SUMMARY OF STAY VIOLATION MOTION HEARING. | .50 | 245.00 |
| 01/21/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED FOURTH MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .20 | 98.00 |
| 01/21/21 | RPV | B210 | A104 | EMAILS FROM MS. ZUNIGA AND MS. FUTRELL REGARDING DEADLINES FOR COVENANT CALCULATION AND SEMI-ANNUAL REPORT. | .30 | 147.00 |
| 01/21/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING STAY VIOLATION HEARING AND MEDIATION ISSUES | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 137
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/21/21 | WGZ | B410 | A104 | ANALYSIS OF COMMITTEE'S REVISED 2004 DISCOVERY REQUEST. | .40 | 120.00 |
| 01/21/21 | WGZ | B410 | A104 | STRATEGY REGARDING ARGUMENT REGARDING MOTION FOR SANCTIONS. | .40 | 120.00 |
| 01/21/21 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING STRATEGY FOR ARGUMENT FOR MOTION FOR SANCTIONS. | .40 | 120.00 |
| 01/21/21 | WGZ | B410 | A105 | STRATEGY CONFERENCE WITH BANKRUPTCY TEAM REGARDING ORAL ARGUMENT FOR MOTION FOR SANCTIONS. | .70 | 210.00 |
| 01/21/21 | WGZ | B410 | A109 | ATTEND PORTION OF HEARING BEFORE JUDGE GRABILL REGARDING SANCTIONS MOTION. | 1.00 | 300.00 |
| 01/21/21 | WGZ | B410 | A106 | COMMUNICATIONS WITH CLIENT REGARDING JUDGE GRABILL'S ANALYSIS AND REVIEW OF ARGUMENTS. | .40 | 120.00 |
| 01/21/21 | LFA | B110 | A105 | CORRESPONDENCES WITH CLIENT AND MESSRS. MINTZ AND DICKSON REGARDING RECIPIENTS OF THE NON SA BAR DATE PACKAGE AND THE SA BAR DATE PACKAGE (1.0); AND WITH MR. MINTZ REGARDING APPROVED VENDOR AND TALKING POINTS AND REVISED DOCUMENT REQUESTS (.2); WITH MS. MCDONALD REGARDING CAMPAIGN REPORTS (.2); WITH MR. MINTZ AND MS. BENDANA REGARDING ROMERO V. ARCHDIOCESE; WITH MR. RICHMOND AND MS. MCCAFFREY REGARDING ARCHDIOCESE- OCP (.3). | 1.70 | 680.00 |
| 01/21/21 | MAM | B190 | A101 | PLAN FOR (6.00) AND ATTEND HEARING (2.00) ON MOTION FOR SANCTIONS. CONFERENCE REGARDING THE SAME (3.10) | 11.10 | 4,440.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 138
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/21/21 AK | B310 | A104 | ANALYZED REVISED DOCUMENT REQUESTS ISSUED BY COMMITTEE AND COMPARED TO ORIGINAL REQUESTS. | .60 | 150.00 |
|---|---|---|---|---|---|
| 01/21/21 AK | B310 | A104 | WORKED ON OBJECTION TO RULE 2004 MOTION. | 2.20 | 550.00 |
| 01/21/21 AK | B310 | A104 | PARTICIPATED IN HEARING ON MOTION FOR SANCTIONS IN ORDER TO PREPARE FOR DEPOSITION OF MR. CALAMARI. | .70 | 175.00 |
| 01/21/21 CVM | B190 | A108 | COMMUNICATED WITH P&N TECHNOLIGIES RE THE DECLARATION AND DISCLOSURE STATEMENT (0.10); REVIEWED P&N TECHNOLOGIES DECLARATION FOR OBJECTION DEADLINE (0.10); REVIEWED DOCKET FOR OBJECTIONS TO DECLARATIONS (0.10) | .30 | 75.00 |
| 01/21/21 SAO | B110 | A106 | DRAFT MEMO TO THE CLIENT REGARDING TODAY'S HEARING. | 1.40 | 350.00 |
| 01/21/21 SAO | B110 | A104 | REVIEW ROBERT ROMERO'S FOURTH MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |
| 01/21/21 SAO | B190 | A104 | REVIEW MR. MINTZ'S TALKING POINTS FOR OMNIBUS HEARING. | .30 | 75.00 |
| 01/21/21 SAO | B110 | A105 | CALLS WITH MS. KINGSMILL TO DISCUSS THE COMMITTEE'S DISCOVERY REQUESTS AND TODAY'S OMNIBUS HEARING. | .30 | 75.00 |
| 01/21/21 SAO | B310 | A104 | REVIEW AND ANALYZE PROOFS OF CLAIM. | 2.90 | 725.00 |
| 01/21/21 SAO | B190 | A109 | LISTEN IN TO OMNIBUS HEARING. | 1.30 | 325.00 |
| 01/21/21 SAO | B190 | A105 | CALL WITH MR. MINTZ FOLLOWING TODAY'S HEARING TO DISCUSS STRATEGY FOR MOVING FORWARD. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 139
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

01/22/21 EDW   B110  A104   REVIEWED ISSUES REGARDING              .40       120.00
                           COMMITTEE MOTION FOR
                           DISCOVERY TO THE DEBTOR.

01/22/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL           .10        30.00
                           FROM MR. CAINE REGARDING
                           MOTION FOR EXPEDITED HEARING
                           REGARDING DISCOVERY.

01/22/21 EDW   B110  A104   REVIEWED ISSUES REGARDING              .50       150.00
                           MEDIATION AND POTENTIAL
                           MEDIATORS.

01/22/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL           .10        30.00
                           FROM MR. BOLDISSAR REGARDING
                           EXPEDITED HEARING ON RULE
                           2004 DISCOVERY REQUESTS.

01/22/21 EDW   B110  A108   RECEIVED AND REVIEWED E-MAIL           .10        30.00
                           FROM JUDGE NORTH REGARDING
                           HEARING.

01/22/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL           .10        30.00
                           FROM MR. BOLDISSAR TO COURT
                           REGARDING EXPEDITED HEARING
                           REQUEST ON RULE 2004 MOTION.

01/22/21 EDW   B110  A104   RECEIVED AND REVIEWED ORDER           .10        30.00
                           BY JUDGE GRABILL REGARDING
                           MOTION FOR VIOLATION OF THE
                           STAY.

01/22/21 EJF   B210  A109   ATTEND INVESTOR CALL;                 .90       441.00

01/22/21 EJF   B210  A106   MEETINGS WITH CLIENT RE             1.90       931.00
                           INVESTOR CALL;

01/22/21 EJF   B210  A101   PREPARE FOR INVESTOR CALL;          2.20     1,078.00

01/22/21 EJF   B210  A107   CONFERENCE CALL WITH MS.             .20        98.00
                           MURPHY RE INVESTOR CALL;

01/22/21 RPV   B190  A108   EMAIL FROM COUNSEL REGARDING         .10        49.00
                           DISCOVERY ISSUES.

01/22/21 RPV   B190  A105   EMAIL FROM AND OFFICE                .50       245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING MOTION FOR RULE
                           2004 EXAM.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 140
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/22/21 RPV   B190   A104   RECEIVED AND REVIEWED ORDER            .50        245.00
                             PLACING MOTION FOR SANCTIONS
                             UNDER ADVISEMENT AND OFFICE
                             CONFERENCE WITH MR. MINTZ
                             REGARDING SAME

01/22/21 RPV   B190   A104   RECEIVED AND REVIEWED ORDER            .00           .00
                             GRANTING MOTION TO EXTEND
                             TIME FOR ROBERT ROMERO TO
                             FILE A COMPLAINT TO DETERMINE
                             DISCHARGEABILITY OF DEBT.

01/22/21 RPV   B310   A104   WORKED ON MEDIATION ISSUES           1.50        735.00

01/22/21 RPV   B190   A104   REVIEWED REQUEST FOR                  .30        147.00
                             EXPEDITED HEARING ON THE RULE
                             2004 DISCOVERY REQUEST AND
                             OFFICE CONFERENCE WITH .MR.
                             MINTZ REGARDING SAME

01/22/21 RPV   B210   A104   REVIEWED PRESENTATION FOR             .20         98.00
                             INVESTOR CALL.

01/22/21 RPV   B190   A105   EMAILS FROM MR. WEGMANN AND           .30        147.00
                             MR, MINTZ REGARDING REVISED
                             DOCUMENT REQUESTS.

01/22/21 RPV   B210   A106   EMAILS FROM CLIENT AND                .30        147.00
                             CO-COUNSEL REGARDING INVESTOR
                             CALL.

01/22/21 LFA   B110   A105   CORRESPONDENCES WITH MR.              .40        160.00
                             MINTZ REGARDING RULE 2004
                             EXAM AND MOTION TO EXPEDITE;
                             RULE 2004 EXAM AND MOTION TO
                             EXPEDITE (.1); AND ORDER
                             PLACING MATTER UNDER
                             ADVISEMENT (.1); WITH MESSRS
                             MINTZ AND EAGAN REGARDING
                             RULE 2004 EXAM AND MOTION TO
                             EXPEDITE (.2).

01/22/21 MAM   B190   A101   WORK ON 2004 EXAM MOTION            5.10      2,040.00
                             RESPONSE (3.0). ATTEND BOND
                             CALL (1.1). CONFERENCE WITH
                             CLIENT REGARDING THE SAME
                             (1.0).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 141
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/22/21 AK     B310  A104   PREPARED SUMMARY OF DOCUMENT          .40        100.00
                             PRODUCTIONS IN ORDER TO
                             RESPOND TO MOTION TO EXPEDITE.

01/22/21 AK     B310  A103   WORKED ON CHRONOLOGY OF               .80        200.00
                             CLAIMS.

01/22/21 AK     B310  A104   ANALYZED OPPOSITION TO MOTION         .20         50.00
                             TO EXPEDITE RULE 2004 MOTION
                             IN ORDER TO PREPARE
                             OPPOSITION.

01/22/21 AK     B310  A104   ANALYZED OPPOSITION RULE 2004         .40        100.00
                             MOTION IN ORDER TO PREPARE
                             OPPOSITION.

01/22/21 AK     B310  A104   ANALYZED MOTION TO EXPEDITE           .20         50.00
                             RULE 2004 MOTION IN ORDER TO
                             PREPARE OPPOSITION.

01/22/21 AK     B310  A104   ANALYZED MOTION TO EXPEDITE           .20         50.00
                             RULE 2004 MOTION IN ORDER TO
                             PREPARE OPPOSITION.

01/22/21 AK     B310  A104   RESEARCHED CASES REGARDING          1.10        275.00
                             GOOD CAUSE FOR EXPEDITED
                             CONSIDERATION IN ORDER TO
                             PREPARE OPPOSITION.

01/22/21 CVM    B190  A108   REVIEWED THE COMMITTEE'S 2004         .40        100.00
                             MOTION (0.30) AND
                             COMMUNICATIONS RE SAME (0.10)

01/22/21 SAO    B190  A105   CALLS WITH MR. MINTZ TO               .90        225.00
                             DISCUSS THE COMMITTEE'S RULE
                             2004 MOTION AND MOTION TO
                             EXPEDITE (0.3); CALLS WITH
                             MS. KINGSMILL REGARDING THE
                             SAME (0.6).

01/22/21 SAO    B190  A103   BEGIN OUTLINING OPPOSITION TO        2.70        675.00
                             THE COMMITTEE'S FORTHCOMING
                             MOTION FOR EXPEDITED HEARING
                             ON RULE 2004 MOTION.

01/22/21 SAO    B190  A102   RESEARCH EDLA BANKRUPTCY            1.20        300.00
                             COURT REQUIREMENTS FOR
                             SEEKING EXPEDITED HEARING.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 142
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 01/22/21 | SAO | B190 | A104 | REVIEW THE COMMITTEES EXPEDITED RULE 2004 MOTION (0.7); REVIEW THE COMMITTEE'S MOTION FOR EXPEDITED HEARING OF THE SAME (0.1). | .80 | 200.00 |
| 01/22/21 | SAO | B190 | A103 | DRAFT BACKGROUND SECTIONS OF OPPOSITION TO MOTION FOR EXPEDITED HEARING OF THE COMMITTEE'S RULE 2004 MOTION. | 3.50 | 875.00 |
| 01/22/21 | SAO | B190 | A103 | DRAFT ARGUMENT SECTIONS OF OPPOSITION TO MOTION FOR EXPEDITED HEARING OF THE COMMITTEE'S RULE 2004 MOTION. | 3.90 | 975.00 |
| 01/22/21 | SAO | B110 | A104 | REVIEW ORDER EXTENDING DEADLINE FOR ROBERT ROMERO TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY. | .10 | 25.00 |
| 01/23/21 | EJF | B210 | A105 | EMAILS RE INVESTOR CALL; | .10 | 49.00 |
| 01/23/21 | AK | B310 | A104 | WORKED ON RESPONSES AND OBJECTIONS TO REVISED DISCOVERY REQUESTS ISSUED BY THE COMMITTEE. | 1.80 | 450.00 |
| 01/24/21 | EDW | B110 | A104 | REVIEWED DRAFT OPPOSITION TO MOTION TO EXPEDITE. | .10 | 30.00 |
| 01/24/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING COMMITTEE'S RULE 2004 MOTION. | .50 | 150.00 |
| 01/24/21 | JRT | B190 | A101 | PREPARE FOR CLIENT MEETING. | .80 | 240.00 |
| 01/24/21 | RPV | B110 | A104 | EMAILS FROM MR. MINTZ REGARDING WEEKLY SCHEDULE, DEADLINES AND DISCOVERY ISSUES. | .10 | 49.00 |
| 01/24/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING WITH BANKRUPTCY TEAM WITH ANALYSIS OF DISCOVERY ISSUES REGARDING 2004 EXAMINATION. | .80 | 240.00 |
| 01/24/21 | JPG | B250 | A108 | FOLLOW UP EMAIL WITH MR. GENNARDO REGARDING OWNERSHIP MATTERS. | .00 | .00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 143
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Initials | Code | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/24/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING AGENDA AND DISCOVERY. | .20 | 80.00 |
| 01/24/21 | MAM | B190 | A101 | MEMO TO CLIENT ON DISCOVERY ISSUES | 4.50 | 1,800.00 |
| 01/24/21 | AK | B310 | A103 | REVISED OPPOSITION TO MOTION TO EXPEDITE RULE 2004 MOTION. | 3.10 | 775.00 |
| 01/24/21 | SAO | B190 | A103 | REVISE OPPOSITION TO THE COMMITTEE'S MOTION FOR EXPEDITED HEARING ON THE RULE 2004 MOTION PER COMMENTS FROM MS. KINGSMILL. | 1.40 | 350.00 |
| 01/25/21 | EDW | B110 | A104 | REVIEWED OPPOSITION TO COMMITTEE'S MOTION TO EXPEDITE HEARING ON RULE 2004 EXAM. | .10 | 30.00 |
| 01/25/21 | EDW | B110 | A109 | ATTENDED MEETING WITH LITIGATION GROUP REGARDING STRATEGY AND PENDING MATTERS. | 1.50 | 450.00 |
| 01/25/21 | EJF | B190 | A105 | ATTEND MEETING RE DISCOVERY AND PROTECTIVE ORDER ISSUES; | 1.20 | 588.00 |
| 01/25/21 | EJF | B210 | A106 | MEMOS TO AND FROM CLIENT (.3) AND CONFERENCE CALLS WITH CLIENT (.2) RE BONDHOLDER RELATED ISSUES; | .50 | 245.00 |
| 01/25/21 | EJF | B210 | A107 | MEMOS TO AND FROM MS. MURPHY RE BONDHOLDER RELATED ISSUES; | .10 | 49.00 |
| 01/25/21 | EJF | B210 | A106 | MEMOS RE MOR; | .10 | 49.00 |
| 01/25/21 | EJF | B110 | A105 | EMAILS REGARDING ACCOUNT ISSUES; | .20 | 98.00 |
| 01/25/21 | EJF | B110 | A104 | REVIEW MOTION AND ORDERS RE SAME; | .20 | 98.00 |
| 01/25/21 | EJF | B320 | A104 | REVIEW OPTIONS RE PLAN; | 1.10 | 539.00 |
| 01/25/21 | JJL | B190 | A104 | ANALYZE DISCOVERY ISSUES | .40 | 120.00 |
| 01/25/21 | JJL | B190 | A104 | ATTENDED STRATEGY SESSION | 1.50 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 144
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| 01/25/21 | JRT | B190 | A109 | ATTEND PORTION OF MEETING WITH CLIENT REGARDING MOTIONS. | .60 | 180.00 |
| 01/25/21 | JRT | B190 | A104 | REVIEW DOCUMENTS/MOTIONS ON UNSEALING THE DOCUMENTS. | 1.50 | 450.00 |
| 01/25/21 | JRT | B190 | A108 | DISCUSSION WITH EVAN HOWELL, COUNSEL FOR CALAMARI. | .40 | 120.00 |
| 01/25/21 | RPV | B190 | A105 | THREE OFFICE CONFERENCES WITH MR. MINTZ REGARDING DOCUMENT REQUEST RESPONSE AND RELATED ISSUES | 1.00 | 490.00 |
| 01/25/21 | RPV | B190 | A106 | EMAIL FROM/TO AND TELEPHONE CONVERSATION WITH CLIENT REGARDING DOCUMENT REQUEST AND RESPONSE | .50 | 245.00 |
| 01/25/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED CHAPTER 11 FINANCIAL REPORT FOR FILING PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020. | .20 | 98.00 |
| 01/25/21 | RPV | B210 | A106 | EMAILS FROM MR. ENTWISLE, MS. MURPHY AND MS. FUTRELL REGARDING INVESTOR CALL. | .10 | 49.00 |
| 01/25/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED AMENDED PROTECTIVE ORDER. | .10 | 49.00 |
| 01/25/21 | RPV | B190 | A104 | REVIEWED OPPOSITION TO MOTION TO EXPEDITE AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .30 | 147.00 |
| 01/25/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION FOR SANCTIONS TRANSCRIPT. | .20 | 98.00 |
| 01/25/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER SETTING 2021 OMNIBUS HEARING DATES. | .10 | 49.00 |
| 01/25/21 | WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO OPPOSING COMMITTEE'S MOTION FOR EXPEDITED HEARING IN 2004 DISCOVERY IN PREPARATION FOR STRATEGY MEETING. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 145
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/25/21 | WGZ | B410 | A106 | STRATEGY MEETING WITH CLIENT AND BANKRUPTCY TEAM. | 1.60 | 480.00 |
| 01/25/21 | WGZ | B410 | A106 | CONFERENCE REGARDING DISCOVERY ISSUES WITH CLIENT. | .30 | 90.00 |
| 01/25/21 | WGZ | B410 | A105 | STRATEGY REGARDING ARGUMENTS BEFORE JUDGE NORTH ON MOTION TO LIFT STAY. | .50 | 150.00 |
| 01/25/21 | WGZ | B410 | A104 | ANALYSIS OF TRANSCRIPT OF PROCEEDINGS BEFORE JUDGE GRABILL. | .60 | 180.00 |
| 01/25/21 | LFA | B110 | A105 | .CORRESPONDENCES WITH MS. MORRIS REGARDING PRESS RELEASE AND AD CAMPAIGN (.5); AND WITH MR. MINTZ AND MS. OPPENHEIM REGARDING OPPOSITION TO MOTION TO EXPEDITE (1.); WITH MR. MINTZ REGARDING MEETING AGENDA (.1); WITH MR. MINTZ AND CLIENT REGARDING CRI FEE STATEMENT (.4).; AND WITH MS. FUTRELL AND MR. MINTZ REGARDING BANK ACCOUNTS (.3); WITH MS. DASSA KINSELLA MEDIA, LLC'S NOVEMBER AND DECEMBER 2020 FEE STATEMENTS (.4); WITH MESSRS DICKSON AND BOLDISSAR AND MS.MCCAFFREY REGARDING ABUSE CLAIMS ACCESS (.4). | 2.20 | 880.00 |
| 01/25/21 | LFA | B160 | A104 | REVIEWED AND ANALYZED PROFESSIONAL FEES AND INVOICES AND CREATED SECURE SERVER TO ASSIST IN CLIENT REVIEW OF SAME (2.0); DRAFTED PROTOCOL REGARDING PROFESSIONAL FEE INVOICES (.6);CORRESPONDED WITH CLIENT REGARDING SAME (.6). | 3.20 | 1,280.00 |
| 01/25/21 | MAM | B190 | A101 | PREPARE FOR (2.0) AND ATTEND CLIENT MEETING (2.0) ON DISCOVERY ISSUES. REVIEW AND REVISE OPPOSITION TO MOTION TO EXPEDITE (3.7). CONFERENCE | 8.70 | 3,480.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 146
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

|            |      |      | REGARDING UST BANK REQUEST (1.0).. |        |        |
|------------|------|------|------------------------------------|--------|--------|
| 01/25/21 AK   | B310 | A103 | WORKED ON OBJECTIONS TO DISCOVERY REQUESTS. | .70  | 175.00 |
| 01/25/21 CVM  | B190 | A103 | DRAFTED OBJECTION TO COMMITTEE'S RULE 2004 DISCOVERY | 2.00 | 500.00 |
| 01/25/21 CVM  | B190 | A105 | PREPARED FOR STRATEGY MEETING (0.60); STRATEGY MEETING WITH CLIENT (2.0) | 2.60 | 650.00 |
| 01/25/21 CVM  | B190 | A104 | PREPARED FOR MONTHLY FEE STATEMENTS AND COMMUNICATIONS RE SAME | .60 | 150.00 |
| 01/25/21 CVM  | B190 | A103 | DRAFTED OBJECTION TO COMMITTEE'S RULE 2004 MOTION | 3.00 | 750.00 |
| 01/25/21 SAO  | B110 | A104 | REVIEW ORDER SETTING 2021 OMNIBUS HEARING DATES (0.1); CALENDAR DATES AND DEADLINES IN CONNECTION WITH THE SAME (0.5). | .60 | 150.00 |
| 01/25/21 SAO  | B190 | A103 | FINALIZE OPPOSITION TO THE COMMITTEE'S MOTION FOR EXPEDITED HEARING OF RULE 2004 MOTION (0.6); FILE THE SAME (0.3). | .90 | 225.00 |
| 01/25/21 SAO  | B110 | A104 | REVIEW AMENDED PROTECTIVE ORDER (0.2); REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON JANUARY 21 2021 (0.1). | .30 | 75.00 |
| 01/25/21 SAO  | B190 | A104 | REVIEW TRANSCRIPT OF HEARING HELD ON JANUARY 21, 2021. | 1.10 | 275.00 |
| 01/25/21 SAO  | B190 | A105 | EMAIL CORRESPONDENCES WITH MS. MCCAFFREY REGARDING DRAFT OBJECTION TO THE RULE 2004 MOTION. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 147
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/25/21 SAO    B110  A111   FILE MONTHLY OPERATING REPORT        1.10        275.00
                            FOR THE MONTH OF DECEMBER
                            2020.

01/25/21 SAO    B110  A106   PARTICIPATE IN STRATEGY             2.00        500.00
                            MEETING WITH MR. MINTZ, MS.
                            FUTRELL, MS. MCCAFFREY, MR.
                            WEGMANN, MR. ZERINGUE AND THE
                            CLIENT TO DISCUSS J.W. DOE'S
                            MOTION TO UNSEAL, THE
                            COMMITTEE'S RULE 2004 MOTION,
                            AND OTHER CASE STATUS ISSUES.

01/25/21 ADW    B210  A110   CREATE FTP LOCATION AND USER         .10         17.00
                            ACCOUNTS FOR SECURE DOCUMENT
                            DISTRIBUTION.

01/25/21 GMS    B190  A105   COMMUNICATIONS WITH MR.              .10         17.00
                            WEGMANN CONCERNING DATABASE
                            REQUIREMENT.

01/26/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL         .10         30.00
                            FROM MR. CAINE REGARDING
                            DOCUMENT REQUESTS.

01/26/21 EDW    B110  A108   RECEIVED AND REVIEWED E-MAIL         .10         30.00
                            FROM JUDGE GRABILL REGARDING
                            COMMUNICATIONS WITH THE COURT.

01/26/21 EDW    B110  A104   REVIEWED ISSUES AND STATUS           .80        240.00
                            REGARDING HANDLING OF ABUSE
                            CLAIMS.

01/26/21 EDW    B110  A104   REVIEWED ISSUES REGARDING            .10         30.00
                            HANDLING PROOFS OF CLAIM.

01/26/21 EDW    B110  A104   RECEIVED AND REVIEWED ORDER          .10         30.00
                            FROM JUDGE GRABILL DENYING
                            UCC'S MOTION TO EXPEDITE
                            HEARING REGARDING RULE 2004.

01/26/21 JRT    B190  A108   CALL WITH COUNSEL FOR LAWYERS        .30         90.00
                            BORDELON , ET AL.

01/26/21 JRT    B190  A101   BEGIN PREPARING FOR HEARING         1.30        390.00
                            WITH JUDGE NORTH.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 148
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/26/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DOCUMENT REQUEST AND RESPONSE | .40 | 196.00 |
| 01/26/21 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT REQUEST AND RESPONSE, MEDIATION AND CLAIMS ISSUES | .50 | 245.00 |
| 01/26/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING DOCUMENT REQUEST AND RESPONSE, MEDIATION AND CLAIMS ISSUES | .60 | 294.00 |
| 01/26/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER DENYING MOTION FOR EXPEDITED HEARING ON UCC MOTION AND EMAIL FROM/TO CLIENT AND JW TEAM REGARDING SAME | .10 | 49.00 |
| 01/26/21 | JPG | B250 | A108 | CONFERENCE WITH MR. GENNARDO ON REAL ESTATE MATTERS. | .30 | 120.00 |
| 01/26/21 | LFA | B160 | A104 | CORRESPONDENCES WITH MS. OPPENHEIM REGARDING FEE STATEMENT ISSUE (.2); WITH MSES. FUTRELL AND KINGSMILL AND MR. MINTZ REGARDING RS ON "PENALTY CLAIMS" (.4); WITH MESSRS. MINTZ AND VANCE REGARDING ORDER ON MOTION TO EXPEDITE HEARING (.2); WITH MS. FUTRELL REGARDING PROFORMA (.2); WITH MSES. ZUNIGA AND MCCAFFREY REGARDING CRI (.2); WITH MS. OPPENHEIM AND MS. MCCAFFREY REGARDING CLAIMS REVIEW (1.0); WITH MSES. LORANCE AND MCCAFFREY REGARDING ARCHDIOCESE OF NEW ORLEANS - MONTHLY FEE STATEMENTS (.4); WITH MSES. FUTRELL, MCCAFFREY AND OPPENHEIM AND MR. DICKSON REGARDING ABUSE CLAIMS (.5); REVIEWED JW AND BLANK ROME'S INVOICES TO ASSIST WITH FEE STATEMENTS (2.5). | 5.60 | 2,240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 149
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/26/21 MAM    B190  A101    WORK ON ORAL ARGUMENT FOR            6.30      2,520.00
                             MOTION TO UNSEAL.
                             CORRESPONDENCE AND RESEARCH
                             REGARDING THE SAME.

01/26/21 CVM    B190  A103    DRAFTED DISCOVERY RESPONSES          3.50        875.00
                             (3.20) AND COMMUNICATED TO A.
                             KINGSMILL (0.10)

01/26/21 CVM    B160  A104    REVIEWED OCTOBER AND NOVEMBER         .90        225.00
                             INVOICES TO ENSURE COMPLIANCE
                             WITH U.S. TRUSTEE GUIDELINES

01/26/21 CVM    B190  A108    COMMUNICATED WITH CALVIN             .20         50.00
                             DICKSON WITH DONLIN RECANO
                             REGARDING CLAIMS

01/26/21 CVM    B190  A105    CONFERRED WITH MS. ASHLEY AND        .10         25.00
                             MS. OPPENHEIM RE PROCESS FOR
                             PROOFS OF CLAIM REVIEW

01/26/21 CVM    B190  A103    CONTINUED DRAFTING PENDING          2.20        550.00
                             PROCEEDING RULE SECTION OF
                             OBJECTION TO COMMITTEE'S 2004
                             MOTION

01/26/21 SAO    B310  A104    REVIEW PROOFS OF CLAIM TO           2.80        700.00
                             DETERMINE IF ANY ABUSE CLAIMS
                             WERE FILED ON A GENERAL PROOF
                             OF CLAIM FORM, AS OPPOSED TO
                             AN ABUSE PROOF OF CLAIM FORM.

01/26/21 SAO    B190  A104    REVIEW ORDER DENYING THE            .20         50.00
                             COMMITTEE'S MOTION TO
                             EXPEDITE HEARING ON THE RULE
                             2004 MOTION (0.1); CALL WITH
                             MS. KINGSMILL REGARDING THE
                             SAME (0.1).

01/26/21 SAO    B160  A103    REVIEW AND REVISE JONES            1.30        325.00
                             WALKER'S OCTOBER 2020 BILLING
                             PROFORMA TO ENSURE COMPLIANCE
                             WITH THE UST'S GUIDELINES.

01/26/21 SAO    B310  A105    CALL WITH MS. ASHLEY AND MS.        .20         50.00
                             MCCAFFREY TO DISCUSS
                             PROCEDURE FOR REVIEWING
                             PROOFS OF CLAIM (0.1); CALL
                             WITH MS. MCCAFFREY REGARDING
                             THE SAME (0.1).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 150
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/26/21 SAO   B310  A104   CONTINUE REVIEWING AND              3.90      975.00
                           ANALYZING NON-ABUSE PROOFS OF
                           CLAIM.

01/27/21 EDW   B110  A105   RECEIVED AND REVIEWED E-MAIL         .20       60.00
                           FROM MR. MINTZ REGARDING
                           HEARING.

01/27/21 EDW   B110  A104   REVIEWED ISSUES AND STATUS           .50      150.00
                           REGARDING REVIEW OF ABUSE
                           CLAIMS.

01/27/21 EJF   B320  A104   REVIEW AND ANALYZE PROPERTY         5.20    2,548.00
                           OWNERSHIP REPORTS AND RELATED
                           ISSUES;

01/27/21 JJL   B190  A104   REVIEW ISSUE REGARDING STAY         .30       90.00
                           FILED BY JOHN DOW PLAINTIFFS

01/27/21 JRT   B190  A101   PREPARE FOR HEARING WITH           3.30      990.00
                           JUDGE NORTH ON MOTION TO
                           UNSEAL.

01/27/21 JRT   B190  A109   ATTEND HEARING WITH JUDGE          1.00      300.00
                           NORTH ON MOTION TO UNSEAL.

01/27/21 RPV   B190  A108   TELEPHONE CONVERSATION WITH         .60      294.00
                           COUNSEL AND MR. MINTZ
                           REGARDING MEDIATION ISSUES
                           AND PREPARATION

01/27/21 RPV   B190  A103   DRAFTED AND REVISED REPORT          .50      245.00
                           AND EMAILS TO AND FROM CLIENT
                           REGARDING HECKER HEARING.

01/27/21 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .20       98.00
                           OF NOTICE OF REMOVAL IN AA
                           DOE AND TELEPHONE
                           CONVERSATION WITH CLIENT
                           REGARDING SAME

01/27/21 RPV   B190  A105   EMAILS FROM AND OFFICE              .40      196.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING NEW AA DOE LAWSUIT

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 151
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| Date | Tkpr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/27/21 | RPV | B190 | A106 | EMAIL FROM AND TELEPHONE CONVERSATION WITH CLIENT REGARDING PAUL CALAMARI'S DEPOSITION. | .50 | 245.00 |
| 01/27/21 | RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING PAUL CALAMARI'S DEPOSITION AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .70 | 343.00 |
| 01/27/21 | RPV | B310 | A108 | TELEPHONE CALL WITH COUNSEL REGARDING PROOF OF CLAIM ISSUES. | .30 | 147.00 |
| 01/27/21 | RPV | B160 | A105 | EMAILS FROM AND TO MS. ASHLEY REGARDING REVIEW OF PACHULSKI STANG ZIEHL & JONES LLP OCTOBER, NOVEMBER AND DECEMBER 2020 FEE STATEMENTS. | .20 | 98.00 |
| 01/27/21 | RPV | B190 | A105 | EMAILS FROM AND TO MR. TILLERY REGARDING MEDIATOR ISSUES. | .10 | 49.00 |
| 01/27/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING LAWSUIT FILED AGAINST ASARE-DANKWAH. | .20 | 60.00 |
| 01/27/21 | WGZ | B410 | A104 | ANALYSIS OF LAWSUIT AND ANALYSIS OF REMOVAL TO FEDERAL COURT. | .40 | 120.00 |
| 01/27/21 | LFA | B110 | A106 | REVIEWED BAR DATE ORDER REGARDING SEXUAL ABUSE CLAIMS (.5); CORRESPONDED WITH COMMITTEE REGARDING SECURE LINK (.4); CALL WITH DONLIN TO DISCUSS SECURE LINK (.5); CALL WITH MS. FUTRELL TO DISCUSS SECURE LINK (.5); REVIEWED CONFIDENTIALITY AGREEMENT; CORRESPONDED WITH CLIENT AND JW TEAM REGARDING SECURE LINK TO SA CLAIMS AND PROPOSED PROTOCOL FOR SAME (1.1). | 3.00 | 1,200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 152
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/27/21 LFA    B160  A104   CORRESPONDENCES AND CALLS              .70        280.00
                             MSES. FUTRELL AND KINGSMILL
                             REGARDING RS ON "PENALTY
                             CLAIMS" AND RESEARCH NEEDED
                             ON SAME.

01/27/21 LFA    B160  A104   MULTIPLE CORRESPONDENCES WITH         4.90      1,960.00
                             MS. MCCAFFREY REGARDING
                             PACHULSKI FEE APPLICATION AND
                             SHARE SITE REGARDING
                             PROFESSIONAL FEES (.5);
                             REVIEWED AND REVISED JW
                             INVOICES TO ASSIST WITH FEE
                             STATEMENTS (4.4)

01/27/21 MAM    B190  A101   PREPARE FOR AND ATTEND               4.70      1,880.00
                             HEARING ON MOTION TO UNSEAL.
                             CONFERENCE AND CORRESPONDENCE
                             WITH CLIENT REGARDING OUTCOME.

01/27/21 AK     B310  A103   PREPARED MEMO TO ARCHBISHOP           .90        225.00
                             REGARDING HEARING ON MOTION
                             TO UNSEAL.

01/27/21 AK     B310  A105   DISCUSSED WITH MS. FUTRELL            .30         75.00
                             AND MS. ASHLEY ISSUES
                             REGARDING PROOFS OF CLAIMS.

01/27/21 AK     B310  A102   RESEARCHED CASES REGARDING            .90        225.00
                             PENDING PROCEEDING RULE IN
                             ORDER TO PREPARE OBJECTION.

01/27/21 CVM    B160  A105   MULTIPLE COMMUNICATIONS RE            .30         75.00
                             JONES WALKER MONTHLY FEE
                             STATEMENT

01/27/21 CVM    B160  A104   CONDUCTED A FINAL REVIEW OF           .30         75.00
                             INVOICES TO ENSURE THEY
                             COMPLY WITH U.S. TRUSTEE
                             GUIDELINES

01/27/21 CVM    B160  A103   PREPARED CRI'S FOURTH MONTHLY        1.40        350.00
                             FEE STATEMENTS WITH EXHIBITS
                             (0.90); COMMUNICATIONS RE
                             SAME (0.30); FINALIZED FEE
                             STATEMENT (0.20)

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 153
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/27/21 SAO | B310 | A104 | CONTINUE REVIEWING AND ANALYZING NON-ABUSE PROOFS OF CLAIM. | 2.60 | 650.00 |
| 01/27/21 SAO | B190 | A105 | CALL WITH MS. KINGSMILL TO DISCUSS OUTCOME OF HEARING ON J.W. DOE'S MOTION TO UNSEAL. | .30 | 75.00 |
| 01/27/21 SAO | B310 | A105 | CALL WITH MS. KINGSMILL TO DISCUSS PROCEDURE FOR REVIEWING ABUSE PROOFS OF CLAIM (0.5); EMAIL CORRESPONDENCES WITH MS. KINGSMILL REGARDING THE SAME (0.3). | .80 | 200.00 |
| 01/27/21 SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH MR. TILLERY AND MR. MINTZ REGARDING ORAL ARGUMENT ON J.W. DOE'S MOTION TO UNSEAL (0.1); CALL WITH MS. KINGSMILL REGARDING THE SAME (0.1). | .20 | 50.00 |
| 01/27/21 SAO | B190 | A104 | REVIEW TALKING POINTS FOR ORAL ARGUMENT ON J.W. DOE'S MOTION TO UNSEAL. | .30 | 75.00 |
| 01/27/21 SAO | B190 | A103 | DRAFT NOTICE OF REMOVAL PLEADINGS FOR NEW ABUSE CLAIM LAWSUIT FILED IN ORLEANS PARISH CIVIL DISTRICT COURT (A.A. DOE, CASE NO. 21-803). | 2.20 | 550.00 |
| 01/27/21 SAO | B310 | A103 | BEGIN PREPARING SPREADSHEET OF NON-ABUSE PROOFS OF CLAIM. | 4.00 | 1,000.00 |
| 01/28/21 EDW | B110 | A104 | RECEIVED AND REVIEWED NEW SUIT FILED AGAINST THE ARCHDIOCESE AND FR. ASARE DANKWAH. | .30 | 90.00 |
| 01/28/21 EDW | B110 | A104 | REVIEWED ABUSE CLAIMS AND HANDLING OF CLAIMS AND RECORDS REGARDING CLAIMS. | 1.80 | 540.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 154
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/28/21 EDW | B110 | A104 | TELEPHONE CALL FROM MR. DAVILLIER REGARDING CLAIM FILED AGAINST DR. ASARE DANKWAH. | .10 | 30.00 |
| 01/28/21 EDW | B110 | A107 | E-MAIL TO MR. DAVILLIER REGARDING FR. ASARE DANKWAH CLAIM. | .10 | 30.00 |
| 01/28/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING NEW CLAIM OF ALLEGED ABUSE. | .10 | 30.00 |
| 01/28/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. DAVILLIER REGARDING FR. ASARE DANKWAH. | .10 | 30.00 |
| 01/28/21 JJL | B190 | A104 | RECEIVED AND REVIEWED PROTECTIVE ORDER SIGNED BY JUDGE NORTH | .20 | 60.00 |
| 01/28/21 JJL | B190 | A104 | READ MINUTE ENTRY FROM JUDGE NORTH REGARDING PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS | .10 | 30.00 |
| 01/28/21 JRT | B190 | A104 | FIELD EMAILS REGARDING JUDGE'S RULING AND FURTHER STRATEGY. | .40 | 120.00 |
| 01/28/21 RPV | B210 | A106 | EMAIL FROM AND TELEPHONE CONVERSATION WITH CLIENT REGARDING ENGAGEMENT OF AN INDEPENDENT CONTRACTOR | .50 | 245.00 |
| 01/28/21 RPV | B190 | A105 | EMAIL FROM MR, WEGMANN REGARDING PROTECTIVE ORDER ISSUES. | .10 | 49.00 |
| 01/28/21 RPV | B190 | A104 | RECEIVED AND REVIEWED PROTECTIVE ORDER ISSUED BY JUDGE NORTH. | .10 | 49.00 |
| 01/28/21 RPV | B190 | A105 | EMAIL FROM/TO AND OFFICE CONFERENCES WITH MR. MINTZ REGARDING REMOVAL, NOTICE AND REVIEW OF CLAIM ISSUES | 1.00 | 490.00 |
| 01/28/21 JPG | B250 | A106 | PHONE CALL WITH MS. ZERINGUE REGARDING REAL ESTATE DISCLOSURES. | .10 | 40.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 155
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/28/21 | JPG | B250 | A106 | FOLLOW UP EMAIL TO MS. ZERINGUE REGARDING REAL ESTATE DISCLOSURES. | .10 40.00 |
| 01/28/21 | JPG | B250 | A108 | CORRESPONDENCE WITH MR. JUSTICE RE: VALUATIONS | .10 40.00 |
| 01/28/21 | LFA | B160 | A104 | REVIEWED AND REVISED FEE STATEMENTS. | 4.00 1,600.00 |
| 01/28/21 | MAM | B190 | A101 | CALL WITH MR. VANCE AND MS. ZERINGUE REGARDING DISCOVERY ISSUES AND CLAIMS ANALYSIS ISSUES (0.40). PREPARE FOR CALL (0.20) WITH CLIENT AND ATTEND CALL ON BUDGETARY ISSUES (0.40). CALL WITH MR. VANCE REGARDING DISCOVERY ISSUES (0.50). WORK ON DISCOVERY RESPONSES (0.60) | 2.10 840.00 |
| 01/28/21 | AK | B310 | A102 | RESEARCHED CASES REGARDING PENALTY CLAIMS. | 1.20 300.00 |
| 01/28/21 | AK | B310 | A103 | WORKED ON CHRONOLOGY OF CLAIMS ASSERTED IN PETITIONS. | 1.80 450.00 |
| 01/28/21 | CVM | B160 | A104 | FINALIZED JONES WALKER'S FOURTH MONTHLY FEE STATEMENT | 1.00 250.00 |
| 01/28/21 | CVM | B160 | A105 | MULTIPLE COMMUNICATIONS RE MONTHLY FEE STATEMENTS | .30 75.00 |
| 01/28/21 | CVM | B160 | A104 | REVIEWED AND EDITED BLANK ROME'S FIFTH MONTHLY FEE STATEMENT (0.40) AND COMPILED FOR SUBMISSION (0.30). | .70 175.00 |
| 01/28/21 | CVM | B310 | A104 | DISCUSSED CASE STRATEGY ON REVIEWING PROOFS OF CLAIM WITH MS. ASHLEY AND MS. OPPENHEIM. | .10 25.00 |
| 01/28/21 | SAO | B310 | A105 | CALL WITH MS. MCCAFFREY TO DISCUSS STATUS OF PROOF OF CLAIM REVIEW (0.2); CALL WITH MS. MCCAFFREY AND MS. ASHLEY REGARDING THE SAME (0.1). | .30 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 156
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


| Date | Tkpr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/28/21 | SAO | B190 | A105 | CALL WITH MR. MINTZ TO DISCUSS STRATEGY FOR SEEKING SANCTIONS AGAINST PLAINTIFFS' COUNSEL WHO FILED THE A.A. DOE LAWSUIT IN VIOLATION OF THE AUTOMATIC STAY (0.2); CALL WITH MS. KINGSMILL REGARDING THE SAME (0.1). | .30 | 75.00 |
| 01/28/21 | SAO | B190 | A103 | BEGIN OUTLINING MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF AUTOMATIC STAY AGAINST PLAINTIFFS' ATTORNEYS WHO FILED THE A.A. DOE LAWSUIT. | 1.90 | 475.00 |
| 01/28/21 | SAO | B190 | A104 | REVIEW MAGISTRATE JUDGE NORTH'S MINUTE ENTRY OF THE HEARING ON J.W. DOE'S MOTION TO UNSEAL. | .10 | 25.00 |
| 01/28/21 | SAO | B310 | A103 | CONTINUE PREPARING SPREADSHEET OF NON-ABUSE PROOFS OF CLAM. | 3.90 | 975.00 |
| 01/28/21 | SAO | B310 | A103 | FINISH PREPARING SPREADSHEET OF NON-ABUSE PROOFS OF CLAIM. | 2.10 | 525.00 |
| 01/29/21 | EDW | B110 | A104 | REVIEWED ISSUES AND HANDLING OF ABUSE CLAIMS AND PROOFS OF CLAIM. | .50 | 150.00 |
| 01/29/21 | EDW | B110 | A104 | REVIEWED REVISED DOCUMENT REQUESTS FROM THE COMMITTEE. | .50 | 150.00 |
| 01/29/21 | EDW | B110 | A103 | WORKED ON TIMELINES REGARDING ABUSE CLAIMS. | 2.20 | 660.00 |
| 01/29/21 | JRT | B190 | A104 | CONSIDER HOW TO APPROACH MEDIATION ISSUES AND REVIEW OTHER APPROACHES. | 1.20 | 360.00 |
| 01/29/21 | RPV | B320 | A104 | RECEIVED AND REVIEWED CONFIRMATION ORDER AND PLAN IN RELATED CASES. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 157
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 01/29/21 RPV | B210 | A104 | EMAILS FROM MS. FUTRELL REGARDING ANO VOLUNTARY DISCLOSURE AND PRELIMINARY PROPERTY REPORT. | .10 | 49.00 |
| 01/29/21 RPV | B210 | A104 | RECEIVED AND REVIEWED ANO VOLUNTARY DISCLOSURE. | .40 | 196.00 |
| 01/29/21 RPV | B210 | A104 | RECEIVED AND REVIEWED PRELIMINARY PROPERTY REPORT. | .50 | 245.00 |
| 01/29/21 RPV | B190 | A105 | EMAIL FROM MR. TILLERY REGARDING PROTECTIVE ORDER ISSUES. | .10 | 49.00 |
| 01/29/21 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING ENGAGEMENT WITH INDEPENDENT CONTRACTOR | .50 | 245.00 |
| 01/29/21 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING MEDIATION AND DOCUMENT PRODUCTION ISSUES | .50 | 245.00 |
| 01/29/21 RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING MEDIATION ISSUES | .50 | 245.00 |
| 01/29/21 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION | .40 | 196.00 |
| 01/29/21 RPV | B320 | A108 | EMAIL FROM/TO COUNSEL REGARDING PLAN ISSUES | .30 | 147.00 |
| 01/29/21 WGZ | B410 | A105 | EMAILS WITH BANKRUPTCY TEAM REGARDING STRATEGY DISCOVERY. | .50 | 150.00 |
| 01/29/21 WGZ | B410 | A106 | EMAIL AND CONFERENCE WITH CLIENT REGARDING REMOVAL OF PROCEEDINGS AGAINST ASARE-DANKWAH. | .40 | 120.00 |
| 01/29/21 JPG | B250 | A108 | PHONE CALL WITH MR. JUSTICE REGARDING PROPERTY VALUATIONS. | .20 | 80.00 |
| 01/29/21 JPG | B250 | A106 | UPDATE TO CLIENT ON STATUS OF VALUATIONS. | .20 | 80.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 158
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| 01/29/21 | LFA | B160 | A104 | REVISED AND FINALIZED JW, BLANK ROME AND CRI'S FEE STATEMENTS (2.5); CORRESPONDED WITH MS. MCCAFFREY AND MR. MINTZ REGARDING REVISIONS TO SAME (.4); CORRESPONDED WITH NOTICE PARTIES REGARDING SAME (.4). | 3.30 | 1,320.00 |
|---|---|---|---|---|---|---|
| 01/29/21 | MAM | B190 | A101 | WORK ON DISCOVERY PLAN (1.50). CONFERENCE WITH MR. CAINE REGARDING THE SAME (0.30). RECEIPT AND REVIEW OF NEW CASE (0.70). WORK ON MOTION TO REMOVE (1.50) AND WORK ON DOCUMENTS FOR MOTION FOR SANCTIONS (0.80). | 4.80 | 1,920.00 |
| 01/29/21 | AK | B310 | A103 | WORKED ON CHRONOLOGY OF CLAIMS ASSERTED IN PETITIONS. | 2.10 | 525.00 |
| 01/29/21 | AK | B310 | A102 | RESEARCHED CASES REGARDING PENALTY CLAIMS. | .60 | 150.00 |
| 01/29/21 | AK | B310 | A103 | WORKED ON REVISED OBJECTIONS TO DISCOVERY REQUESTS. | 2.10 | 525.00 |
| 01/29/21 | CVM | B160 | A104 | ORGANIZED SHARE FILE (0.20) AND COMMUNICATED FEE STATEMENTS TO CLIENT IN LEDES FORMAT (0.20). | .40 | 100.00 |
| 01/29/21 | CVM | B160 | A104 | REVISED BLANK ROME'S FOURTH MONTHLY FEE STATEMENT | 1.00 | 250.00 |
| 01/29/21 | CVM | B310 | A105 | CORRESPONDED WITH MR. MINTZ RE: THE COMMITTEE'S RULE 2004 MOTION (0.20) AND WITH MS. KINGSMILL RE: THE SAME (0.30) | .50 | 125.00 |
| 01/29/21 | SAO | B190 | A104 | REVIEW THE DIOCESE OF LAFAYETTE AND BISHOP DESHOTEL'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY PROCEEDINGS (0.1); REVIEW PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS (0.1). THIS WORK WAS PERFORMED FOR THE JOHN DOES | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 159
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

                         ABUSE CLAIM LAWSUIT

01/29/21 SAO   B190  A102  RESEARCH RECENT CASE LAW            1.90        475.00
                           REGARDING VIOLATIONS OF THE
                           AUTOMATIC STAY TO ASSIST WITH
                           DRAFTING STAY VIOLATION
                           MOTION AGAINST A.A. DOE'S
                           ATTORNEYS.

01/29/21 SAO   B190  A103  BEGIN DRAFTING ARGUMENT             1.40        350.00
                           SECTIONS OF STAY VIOLATION
                           MOTION AGAINST A.A. DOE'S
                           ATTORNEYS.

01/29/21 SAO   B190  A103  DRAFT BACKGROUND SECTIONS OF        3.90        975.00
                           STAY VIOLATION MOTION AGAINST
                           A.A. DOE'S ATTORNEYS.

01/30/21 EJF   B210  A104  REVIEW AND ANALYZE                  1.00        490.00
                           SUPPLEMENTAL FINANCIAL
                           INFORMATION (.3) AND SIX
                           MONTH FINANCIAL INFORMATION
                           (.7);

01/30/21 EJF   B210  A106  EMAILS RE SAME;                      .30        147.00

01/30/21 SAO   B190  A103  CONTINUE DRAFTING ARGUMENT         4.70      1,175.00
                           SECTIONS OF STAY VIOLATION
                           MOTION AGAINST A.A. DOE'S
                           ATTORNEYS (2.9); GATHER AND
                           PREPARE EXHIBITS TO THE SAME
                           (1.8).

                                              --------   -----------
                          TOTALS              1,616.80   $544,910.00
                                              ========   ===========

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 160
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| **ADMINISTRATION** | | | | |
| B110   CASE ADMINISTRATION | 270.10 | 87,662.00 | 2,756.10 | 936,415.00 |
| B120   ASSET ANALYSIS/RECOVERY | 20.90 | 8,330.00 | 93.90 | 35,222.00 |
| B130   ASSET DISPOSITION | 2.40 | 600.00 | 60.00 | 24,423.00 |
| B140   RELIEF FROM STAY/PROTEC | 2.30 | 575.00 | 201.40 | 51,532.00 |
| B150   MTGS/COMM. W/ CREDITORS | .00 | .00 | 6.60 | 2,919.00 |
| B160   FEE/EMPLMT APPLICATIONS | 64.90 | 24,862.00 | 404.50 | 137,774.00 |
| B170   FEE/EMPLMT OBJECTIONS | 32.70 | 9,735.00 | 65.10 | 20,913.00 |
| B190   OTHER CONTESTED MATTERS | 867.10 | 284,894.00 | 2,676.50 | 909,156.00 |
| TOTAL ADMINISTRATION | 1,260.40 | 416,658.00 | 6,264.10 | 2,118,354.00 |
| **OPERATIONS** | | | | |
| B210   BUSINESS OPERATIONS | 43.40 | 21,234.00 | 326.00 | 151,124.00 |
| B220   EMPLOYEE BENEFIT/PENSIO | .00 | .00 | 54.70 | 22,257.00 |
| B230   FINANCING/CASH COLLECTI | .00 | .00 | 12.60 | 5,643.00 |
| B250   REAL ESTATE | 51.10 | 20,440.00 | 114.00 | 43,980.00 |
| TOTAL OPERATIONS | 94.50 | 41,674.00 | 507.30 | 223,004.00 |
| **CLAIMS AND PLAN** | | | | |
| B310   CLAIMS/ADMN/OBJECTIONS | 143.80 | 38,437.00 | 742.20 | 233,032.00 |
| B320   PLAN DISCLOSURE STMT | 65.90 | 32,291.00 | 295.00 | 133,181.00 |
| TOTAL CLAIMS AND PLAN | 209.70 | 70,728.00 | 1,037.20 | 366,213.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | |
| B410   GENERAL BANKRUPTCY ADVI | 51.20 | 15,360.00 | 669.50 | 193,124.00 |
| B420   RESTRUCTURING | 1.00 | 490.00 | 17.60 | 7,805.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | 52.20 | 15,850.00 | 687.10 | 200,929.00 |
| TOTALS | 1,616.80 | 544,910.00 | 8,495.70 | 2,908,500.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 161
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
| | | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| AMY M. WINTERS | .00 | .00 | .00 | .00 | .00 |
| EDWARD D WEGMANN | 300.00 | 156.60 | 46,980.00 | 632.80 | 184,861.07 |
| ELIZABETH J FUTRELL | 490.00 | 132.50 | 64,925.00 | 897.80 | 430,035.24 |
| H MARK ADAMS, HM | .00 | .00 | .00 | .00 | .00 |
| JOSEPH J LOWENTHAL | 300.00 | 30.10 | 9,030.00 | 196.00 | 57,003.66 |
| JEFFREY R. BARBER | .00 | .00 | .00 | 1.00 | 399.28 |
| JEFFERSON R. TILLERY | 300.00 | 103.10 | 30,930.00 | 187.90 | 55,698.58 |
| PAULINE F. HARDIN, P. | 400.00 | 15.10 | 6,040.00 | 15.10 | 6,040.00 |
| R PATRICK VANCE | 490.00 | 122.60 | 60,074.00 | 780.10 | 373,769.18 |
| SETH A. LEVINE | .00 | .00 | .00 | 9.10 | 3,640.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 51.20 | 15,360.00 | 396.20 | 115,192.91 |
| ALEX H. GLASER | .00 | .00 | .00 | .90 | 356.75 |
| B. TREVOR WILSON, B.T. | .00 | .00 | .00 | 6.00 | 2,398.92 |
| JOSEPH E. BAIN | .00 | .00 | .00 | .90 | 358.92 |
| JEFFREY P. GOOD | 400.00 | 51.10 | 20,440.00 | 143.10 | 56,681.64 |
| LAURA F. ASHLEY | 400.00 | 75.80 | 30,320.00 | 812.10 | 317,343.72 |
| MARK A. MINTZ | 400.00 | 284.30 | 113,720.00 | 1,458.90 | 570,550.31 |
| MARY MARGARET SPELL | .00 | .00 | .00 | 29.20 | 8,462.54 |
| ALLISON KINGSMILL | 250.00 | 74.50 | 18,625.00 | 330.20 | 79,571.19 |
| CAROLINE V. MCCAFFREY | 250.00 | 144.90 | 36,225.00 | 260.40 | 65,100.00 |
| GABRIELLE A. RAMIREZ | .00 | .00 | .00 | 14.80 | 3,700.00 |
| HEATHER K. TROSCLAIR | .00 | .00 | .00 | 3.50 | 875.00 |
| JACOB J. PRITT | .00 | .00 | .00 | 18.00 | 4,494.58 |
| LUCAS H. SELF | .00 | .00 | .00 | 787.80 | 191,056.98 |
| LESLIE LACOSTE | .00 | .00 | .00 | 57.00 | 13,728.47 |
| MADISON M. TUCKER | .00 | .00 | .00 | .00 | .00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 297.80 | 74,450.00 | 951.10 | 232,794.72 |
| STACEY MOORE BUCHANAN | .00 | .00 | .00 | 4.70 | 1,175.00 |
| CARMEN M. RODRIGUEZ | .00 | .00 | .00 | 5.10 | 1,516.19 |
| MADELEINE FISCHER | 300.00 | 35.90 | 10,770.00 | 272.80 | 79,886.09 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | 116.70 | 33,778.48 |
| AARON D. WASHINGTON | 170.00 | .10 | 17.00 | 2.40 | 407.85 |
| BONNIE BOUDREAUX | 170.00 | 3.60 | 612.00 | 10.60 | 1,791.26 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 6.10 | 1,035.62 |
| GEORGETTE M. SHAHIEN | 170.00 | 37.60 | 6,392.00 | 75.00 | 12,702.43 |
| RYAN P. SMITH, R.P. | .00 | .00 | .00 | 1.90 | 320.09 |
| SCOTT M. SIGL | .00 | .00 | .00 | 6.40 | 1,076.33 |
| LAW CLERKS, NO | .00 | .00 | .00 | 4.10 | 697.00 |
| TOTALS | | 1,616.80 | 544,910.00 | 8,495.70 | 2,908,500.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 162
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


COSTS INCURRED:


| | | |
|---|---|---:|
| 12/23/20 | SPECIAL COURIER TO JEFF GOOD / JEFF GOOD - BLAZE COURIER SERVICES 12/2-12/11/20 | 20.00 |
| 12/29/20 | COURT RECORD FEES /PACER NOVEMBER 2020 | 246.30 |
| 01/13/21 | COURT RECORD FEES /PACER DECEMBER 2020 | 0.70 |
| 01/13/21 | COURT RECORD FEES /PACER DECEMBER 2020 | 248.30 |
| 12/01/20 | COURT FEES - SAMANTHA OPPENHEIM - FILING FEE - LOUISIANA EASTERN BANKRUPTCY COURT - 11/30/20 - AMENDMENT TO SCHEDULES E/R | 31.00 |
| 01/07/21 | COURT FEES - CAROLINE MCCAFFREY - COURT FEES - LOUISIANA EASTERN BANKRUPTCY COURT - 12/07/20 | 188.00 |
| 12/07/20 | DEPOSITION TRANSCRIPTS - KIM TINDALL & ASSOCIATES, LLC - CERTIFIED COPY OF TRANSCRIPT OF KEVIN DOBRAVA - 12/01/20 | 627.77 |
| 12/10/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPTS OF HEARINGS HELD - 12/04/20 AND 12/07/20 | 114.75 |
| 12/29/20 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT OF HEARING - 12/11/20 | 126.10 |
| 01/22/21 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT OF HEARING HELD - 12/17/20 | 1683.00 |
| 01/25/21 | TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT OF HEARING HELD 01/21/21 | 45.00 |
| 12/09/20 | OTHER - JEFFREY P. GOOD - LAND LIBRARY SUBSCRIPTION/LAND RECORDS IMAGE | 22.00 |
| 12/09/20 | Reversal from Void Check Number: 6357369 Bank ID: IBERIA Voucher ID: 1073502 Vendor: JEFFREY P. GOOD Comments: SEPARATE VOUCHERS - VOUCHER REVERSED - REPLACEMENT CHECK # DATED 12/11/20 - LB | -22.00 |
| 12/11/20 | OTHER - JEFFREY P. GOOD - LAND DAILY SUBSCRIPTION - ST. CHARLES PARISH CLERK OF COURT - 12/07/20 | 20.00 |
| 12/11/20 | OTHER - JEFFREY P. GOOD - LAND RECORDS IMAGE - ST. CHARLES PARISH CLERK OF COURT - 12/07/20 | 2.00 |
| 12/23/20 | FILING FEES - CDC BILLING DECEMBER 2020 - CASE # 2020-10743 | 9.00 |
| 12/31/20 | RELATIVITY DATA HOSTING DECEMBER 2020 | 599.08 |
| 01/31/21 | RELATIVITY DATA HOSTING JANUARY 2021 | 664.96 |
| 12/21/20 | LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE | 1129.20 |
| 12/21/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 371.25 |
| 12/28/20 | LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE | 337.05 |
| 12/28/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 14.85 |
| 12/30/20 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 82.20 |
| 01/19/21 | LEXIS LEGAL RESEARCH - FISCHER, MADELEINE | 74.25 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 163
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


01/19/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE          556.95
01/19/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA          760.50
01/25/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE          163.95
01/25/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA           44.55
01/28/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE           59.40

                                     TOTAL COSTS:          $8,220.11

                    COST SUMMARY

    E106    COMPUTER LEGAL RESEARCH            3,594.15
    E107    DELIVERY SERVICES                     20.00
    E112    COURT FEES                           723.30
    E115    DEPOSITION TRANSCRIPTS               627.77
    E116    TRIAL TRANSCRIPTS                  1,968.85
    E118    LITIGATION SUPPORT                 1,264.04
    E124    OTHER                                 22.00
                                        --------------
          TOTAL DISBURSEMENTS              $8,220.11


                    TOTAL FEES AND COSTS:      $553,130.11

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 164
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



          * * *   R E M I T T A N C E   C O P Y   * * *

                    TOTAL FEES:                    $544,910.00

                    TOTAL COSTS:                     $8,220.11

                    LESS CREDITS:                        $0.00
                                                   ------------
                    TOTAL CURRENT FEES AND COSTS DUE   $553,130.11


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
 01/28/21       1061860         $101496.80


                    TOTAL PRIOR INVOICES DUE:      $101,496.80
                                                   -----------


                    TOTAL AMOUNT DUE:              $654,626.91
                                                   ===========

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
            **201 St. Charles Ave. - 50th Floor**
            **New Orleans, Louisiana 70170-5100**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 165
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 166
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS        OR OUR CREDIT MANAGER AT (504)582-8220.
                        ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                      BIRMINGHAM, AL (205)244-5200
                       HOUSTON, TX (713)437-1800
                       JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                     NEW ORLEANS, LA (504)582-8000
                       NEW YORK, NY (646)512-8101
                       PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400


        ***********************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 167
FEBRUARY 25, 2021
INVOICE NO.: 1065092
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:    LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



        * * *   A C C O U N T I N G   C O P Y   * * *



                TOTAL FEES:                    $544,910.00

                TOTAL COSTS:                     $8,220.11

                LESS CREDITS:                        $0.00
                                              ------------
                TOTAL CURRENT FEES AND COSTS DUE  $553,130.11

BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.        BALANCE
 01/28/21        1061860        $101496.80


                TOTAL PRIOR INVOICES DUE:      $101,496.80
                                              -----------

                TOTAL AMOUNT DUE:              $654,626.91
                                              ============

- - OPERATING

- - TRUST

- - BARONNE TITLE

- - BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church for the Archdiocese of New Orleans; Post-Petition Reorganization Advices | November 30, 2020 |
| FILE NO. | 17696001 | | |

PAYABLE TO:

Samantha A. Oppenheim
Associate
Floor 48

AMOUNT $31.00

MAIL CHECK

RETURN CHECK TO
Samantha A. Oppenheim ✔

PAYMENT FOR:
Filing Fee - Amendment to Schedules E/F - U.S. Bankruptcy Court for the Eastern District of Louisiana

NAME
Samantha A. Oppenheim

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 7118 | | | $31.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✔ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED

NOV 30 2020

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Oppenheim, Samantha

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, November 30, 2020 10:34 AM |
| **To:** | Oppenheim, Samantha |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN BANKRUPTCY COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Robert Seuzeneau at (504) 589-7861.

Account Number: 4442223
Court: LOUISIANA EASTERN BANKRUPTCY COURT
Amount: $31.00
Tracking Id: A7233828
Approval Code: 03087R
Card Number: ************2571
Date/Time: 11/30/2020 11:34:19 ET

NOTE: This is an automated message. Please do not reply

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | **Roman Catholic Church for the Archdiocese of New Orleans - Postpetition Reorganization** | December 4, 2020 |

| PAYABLE TO: | AMOUNT | $627.77 |
|---|---|---|
| **Kim Tindall & Associates, LLC**<br>**16414 San Pedro Ave., Ste. 900**<br>**San Antonio, TX 78232** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | ☐ |

| PAYMENT FOR: | NAME |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>Kevin Dobrava | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 7 1 5 6 | | | $627.77 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☑ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

DEC 04 2020

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



KIM TINDALL & ASSOCIATES
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: 866.806.8266

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81877 | 12/4/2020 | 80568 |
| **Job Date** | **Case No.** | |
| 12/1/2020 | 20-10846 | |
| **Case Name** | | |
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |
| **Payment Terms** | | |
| Due upon receipt -Credit Card Fees Apply | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Kevin Dobrava | | | | | |
| | 83.00 | Pages | @ | 2.75 | 228.25 |
| Next Business Day Expedite Copy +100% | 83.00 | Pages | @ | 2.75 | 228.25 |
| Tele-Conference Transcription - Copy | 83.00 | Pages | @ | 0.19 | 15.77 |
| Rough Draft - Copy | 73.00 | Pages | @ | 1.50 | 109.50 |
| Exhibits - B&W &/or Tabs | 62.00 | Pages | @ | 0.50 | 31.00 |
| E-Lit. Pkg. - Admin, Index, Lit-Stik | 1.00 | | @ | 0.00 | 0.00 |
| Delivery - Standard | 1.00 | | @ | 15.00 | 15.00 |
| | | TOTAL DUE >>> | | | **$627.77** |
| | | AFTER 1/18/2021 PAY | | | $690.55 |

Replaces invoice 81729. Spoke with Carolyn advised I would be sending a new invoice.

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Job No.      : 80568          BU ID      : KTA-NOLA
Case No.    : 20-10846
Case Name  : In re: The Roman Catholic Church of the
                    Archdiocese of New Orleans, Debtor
Invoice No. : 81877          Invoice Date : 12/4/2020
**Total Due** : **$627.77**
AFTER 1/18/2021 PAY $690.55

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Kim Tindall & Associates, LLC**
             **16414 San Pedro Ave., Ste. 900**
             **San Antonio, TX 78232**

             **Payments@KTandA.com**

**Jones Walker L.L.P.**

| VENDOR: | 37156 | KIM TINDALL & ASSOCIATES, LLC | CHECK NO: 6357210 IBERIA BANK | | 12/07/2020 |
|---|---|---|---|---|---|

PAYEE:   KIM TINDALL & ASSOCIATES, LLC     16414 SAN PEDRO., STE 900
        16414 SAN PEDRO., STE 900     SAN ANTONIO, TX 78232

| VCHR | INV. DATE | INV. NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1073312 | 12/04/20 | 81877 | | 627.77 |

# VOIDED

BY _____ L8 _____

DATE _____ 12/18/20 _____

TOTAL:     627.77

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Thibodeaux, Morgan |
| **Sent:** | Monday, December 28, 2020 3:00 PM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: check cashed? |

Stop payment issued:

---

**Details**                                                                                      ✕

Stop Payment Details

| | | | |
|---|---|---|---|
| Transaction Number STP-04434113 | | Check 6357210 | |
| Action Stop | | Date Written 12/07/2020 | |
| Account ~7731 - DDA (Operating New) | | Amount $627.77 | |
| Reason Other | | Written to KIM TINDALL & ASSOCIATES, LLC | |
| Memo Stop payment requested by C. Armstrong | | Requested Dec 29, 2020 2:58 PM CST | |
| Company Name JONES WALKER LLP | | Expiration Date 06/29/2021 | |
| Contact Name Morgan Thibodeaux | | | |
| Phone Number (504)582-8461 | | | |

Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Dec 29, 2020 2:58:35 PM CST | Stopped | SYSTEM | Request successfully placed. |
| Dec 29, 2020 2:58:35 PM CST | Pending | joneswal ; JWMORGAN (Morgan Thibodeaux) | Request entered into system. |

Close    Print

---

**Morgan Thibodeaux**    Accounts Receivable, Trust and Cost Entry Clerk
Jones Walker LLP
D: 504.582.8461
mthibodeaux@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 28, 2020 2:58 PM
**To:** Thibodeaux, Morgan <mthibodeaux@joneswalker.com>
**Subject:** RE: check cashed?

Please issue a stop payment

Thanks!

**Caroline Armstrong**    Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Thibodeaux, Morgan <mthibodeaux@joneswalker.com>
**Sent:** Monday, December 28, 2020 2:57 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** RE: check cashed?

1

Not cashed:

## Transaction Search

Search Transactions

| | | | | |
|---|---|---|---|---|
| Account Number | *7731 - DDA (Operating New) | | | 🔍 |
| Check Number | From 6357210 | | To 6357210 | |
| Posting Date | From 12/01/2020 | 📅 To 12/28/2020 | 📅 | |
| Amount | From | | To | |
| Transaction Groups | All | | | |

🔎 Search

**No Results**

**Morgan Thibodeaux**    Accounts Receivable, Trust and Cost Entry Clerk
Jones Walker LLP
D: 504.582.8461
mthibodeaux@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 28, 2020 2:55 PM
**To:** Thibodeaux, Morgan <mthibodeaux@joneswalker.com>
**Subject:** check cashed?

AP Check Inquiry

Check Number, Bank ID and Check Date

Check Number: 6357210
Bank ID: IBERIA        IBERIA BANK
Check Date: 12/07/2020

Check Information

| | | | |
|---|---|---|---|
| Void Date: | Amount: | 627.77 | Batch ID: 120720CA |
| Status: OPEN | Discount: | 0 | Check Type: AUTOMATIC |
| Vendor ID: 37156 | KIM TINDALL & ASSOCIATES, LLC | | |
| Address ID: 1 | KIM TINDALL & ASSOCIATES, LLC | | |

Payee Name: KIM TINDALL & ASSOCIATES, LLC

Comments:

| | Voucher ID | Type | Pay Date | Amount | Paid | Balar |
|---|---|---|---|---|---|---|
| 1 | 1073312 | IN | 12/04/2020 | 627.77 | 627.77 | |

Detail

Thanks!

**Caroline Armstrong**
Accounts Payable Clerk
D: 504.582.8450
CArmstrong@joneswalker.com



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

**Armstrong, Caroline**

| | |
|---|---|
| **From:** | Vanessa Wheeler <VWheeler@ktanda.com> |
| **Sent:** | Monday, December 28, 2020 2:51 PM |
| **To:** | Armstrong, Caroline; Mince, Joseph; _ACCOUNTS PAYABLE |
| **Subject:** | [EXTERNAL] Re: AP check received by our vendor Kim Tindall and Associates |



Here you go!  Thank you Caroline!

V.
Vanessa Wheeler
Digital Trial Technician
Kim Tindall & Associates
210-771-5060 Cell

---

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 28, 2020 2:49:53 PM
**To:** Mince, Joseph <jmince@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Vanessa Wheeler <VWheeler@ktanda.com>
**Subject:** RE: AP check received by our vendor Kim Tindall and Associates

I will handle once the image of the check is received

Thanks!

**Caroline Armstrong**    Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Mince, Joseph <jmince@joneswalker.com>
**Sent:** Monday, December 28, 2020 2:20 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** 'vwheeler@ktanda.com' <vwheeler@ktanda.com>
**Subject:** AP check received by our vendor Kim Tindall and Associates

I received a call meant for AP from Vanessa Wheeler with Kim Tindall and Associates who received a check from us to pay an invoice.  Unfortunately, in transit the check was ripped in half by the USPS and they can not deposit.

Vanessa gave me the following information.

Vendor number on our system is 37156.
Check amount was for $627.77.

I've copied Vanessa on this email and I believe she is going to respond with an image of the portion of the check she received.

If this can be located please cancel the initial check and reissue.

Thanks,

**Joseph R. Mince**
Collections Manager
D: 504.582.8220
jmince@joneswalker.com



2



☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE The RCCANO - Post-petition reorganization advices | DATE December 8, 2020 |
|---|---|---|---|
| FILE NO. | 17696001 | | |

| PAYABLE TO: Jeff Good | AMOUNT $22.00 |
|---|---|
| | MAIL CHECK ☐ |
| | RETURN CHECK TO Jeff Good ☑ |
| PAYMENT FOR: St. Charles Parish Clerk of Court receipt no. 89275 and 89274 | NAME Jeff Good |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3999 | | | $22.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

DEC 08 2020

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



### Receipt 89275

Back to Shopping Cart | Purchase History

| Username | Purchase Date | Time | Receipt Number | Source Computer | Payment Method | Amount | Days Remaining |
|----------|---------------|------|----------------|-----------------|----------------|--------|----------------|
| jwlibrary | 12/7/2020 | 9:12 AM | 89275 | 63.158.243.118 | Credit Card | $2.00 | 2 |

| Item | Description | Price/Unit | Quantity | Ext. Amount | Job Reference |
|------|-------------|------------|----------|-------------|---------------|
| Land Records Image | Book: 506 Page: 462 File Number: 271964 Seq: 1, 2 | $1.00 | 2 | $2.00 | |

To print this receipt, click here.

- Click the Print button in the image viewer to print your images.
- The documents associated with this transaction will remain available to you for 2 day(s) from the Purchase Date. To access them at a later time, select Purchase History under the My Account menu option in the top banner.

Print Images    Close

### Receipt 89274

Back to Shopping Cart | Purchase History

| Username | Purchase Date | Time | Receipt Number | Source Computer | Payment Method | Amount | Days Remaining |
|----------|---------------|------|----------------|-----------------|----------------|--------|----------------|
| jwlibrary | 12/7/2020 | 9:05 AM | 89274 | 63.158.243.118 | Credit Card | $20.00 | N/A |

| Item | Description | Price/Unit | Quantity | Ext. Amount | Job Reference |
|------|-------------|------------|----------|-------------|---------------|
| Subscription | Land Daily Subscription (Expires in 1 day) | $20.00 | 1 | $20.00 | |

To print this receipt, click here.

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | December 10, 1010 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $114.75 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS** **1418 RED FOX CIRCLE** **SEVERANCE, CO 80550** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME | **Mark A. Mintz** |
|---|---|---|
| Transcripts of Hearings held d12/04/20 and 12/07/20 | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $114.75 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com

# INVOICE

DATE   12/9/2020

INVOICE NO.   20-219

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

TERMS: DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Copy of transcript of hearing held on 12/4/20 | 79 | 71.10 |
| Transcript of hearing held on 12/7/20 | 9 | 43.65 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $114.75 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*      DATE 12/9/2020

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The RCCANO - Post-petition reorganization advices | December 8, 2020 |
| FILE NO. | 17696001 | | |

| PAYABLE TO: | AMOUNT | $22.00 |
|---|---|---|
| Jeff Good | MAIL CHECK | ☐ |
| | RETURN CHECK TO Jeff Good | ☑ |

PAYMENT FOR:
St. Charles Parish Clerk of Court receipt no. 89275 and 89274

NAME
Jeff Good

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3999 | | | $22.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED
DEC 08 2020

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**Receipt 89275**

Back to Shopping Cart | Purchase History

| Username | Purchase Date | Time | Receipt Number | Source Computer | Payment Method | Amount | Days Remaining |
|----------|---------------|------|----------------|-----------------|----------------|--------|----------------|
| jwlibrary | 12/7/2020 | 9:12 AM | 89275 | 63.158.243.118 | Credit Card | $2.00 | 2 |

| Item | Description | Price/Unit | Quantity | Ext. Amount | Job Reference |
|------|-------------|------------|----------|-------------|---------------|
| Land Records Image | Book: 506 Page: 462 File Number: 271954 Seq: 1, 2 | $1.00 | 2 | $2.00 | |

To print this receipt, click here.

- Click the Print button in the image viewer to print your images.
- The documents associated with this transaction will remain available to you for 2 day(s) from the Purchase Date. To access them at a later time, select Purchase History under the My Account menu option in the top banner.

Print Images    Close

**Receipt 89274**

Back to Shopping Cart | Purchase History

| Username | Purchase Date | Time | Receipt Number | Source Computer | Payment Method | Amount | Days Remaining |
|----------|---------------|------|----------------|-----------------|----------------|--------|----------------|
| jwlibrary | 12/7/2020 | 9:05 AM | 89274 | 63.158.243.118 | Credit Card | $20.00 | N/A |

| Item | Description | Price/Unit | Quantity | Ext. Amount | Job Reference |
|------|-------------|------------|----------|-------------|---------------|
| Subscription | Land Daily Subscription (Expires in 1 day) | $20.00 | 1 | $20.00 | |

To print this receipt, click here.

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The RCCANO - Post-petition reorganization advices | December 8, 2020 |
| FILE NO. | 17696001 | | |

PAYABLE TO:
Jeff Good

AMOUNT $22.00

MAIL CHECK ☐

RETURN CHECK TO ☑
Jeff Good

PAYMENT FOR:
St. Charles Parish Clerk of Court receipt no. 89275 and 89274

NAME
Jeff Good

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3999 | | | $22.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED

DEC 08 2020

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**Receipt 89275**

Back to Shopping Cart | Purchase History

| Username | Purchase Date | Time | Receipt Number | Source Computer | Payment Method | Amount | Days Remaining |
|---|---|---|---|---|---|---|---|
| jwlibrary | 12/7/2020 | 9:12 AM | 89275 | 63.158.243.118 | Credit Card | $2.00 | 2 |

| Item | Description | Price/Unit | Quantity | Ext. Amount | Job Reference |
|---|---|---|---|---|---|
| Land Records Image | Book: 506 Page: 462 File Number: 271964 Seq: 1, 2 | $1.00 | 2 | $2.00 | |

To print this receipt, click here.

· Click the Print button in the image viewer to print your images.

· The documents associated with this transaction will remain available to you for 2 day(s) from the Purchase Date. To access them at a later time, select Purchase History under the My Account menu option in the top banner.

Print Images   Close

**Receipt 89274**

Back to Shopping Cart | Purchase History

| Username | Purchase Date | Time | Receipt Number | Source Computer | Payment Method | Amount | Days Remaining |
|---|---|---|---|---|---|---|---|
| jwlibrary | 12/7/2020 | 9:05 AM | 89274 | 63.158.243.118 | Credit Card | $20.00 | N/A |

| Item | Description | Price/Unit | Quantity | Ext. Amount | Job Reference |
|---|---|---|---|---|---|
| Subscription | Land Daily Subscription (Expires in 1 day) | $20.00 | 1 | $20.00 | |

To print this receipt, click here.

Case 20-10846 Doc 838-6 Filed 02/23/21 Entered 02/23/21 17:25:32 Exhibit 6 Interim Walkers Fifth Monthly Fee Application Stage 479 of 493 Page 255 of 267

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | December 29, 2020 |

PAYABLE TO:

JANICE RUSSELL TRANSCRIPTS
1418 RED FOX CIRCLE
SEVERANCE, CO  80550

AMOUNT   $126.10

MAIL CHECK   ☑

RETURN CHECK TO

PAYMENT FOR:

Transcript of Hearing held 12/11/20

NAME   **Mark A. Mintz**

SIGNATURE   _[signature]_

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $126.10 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com

# INVOICE

DATE     12/23/2020

INVOICE NO.     20-224

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Transcript of hearing held on 12/11/20 | 26 | 126.10 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $126.10 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*

DATE 12/23/2020



# Cost Summary Report

## Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 12/31/2020
**Due Date:** 1/31/2021
**Matter Number:** 17493200

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 55.47 GB | *$10.80* | *$599.08* |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | *n/a* | *$0* |
| | | | ***Balance Due*** | *$599.08* |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

**Stevenson, Twila**

___

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, December 23, 2020 4:26 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | CDC efile subscription for 12-23-20 |

# Charge $5.00 to 17696000 for one day efile subscription



**Stevenson, Twila**

| | |
|---|---|
| **From:** | Stevenson, Twila |
| **Sent:** | Wednesday, December 23, 2020 4:27 PM |
| **To:** | Stevenson, Twila |
| **Subject:** | FW: CDC efile of 12-23-20 |

# Charge $4.00 to 17696000 for efile in cdc on 12/23/20



| Transaction Information | | | |
|---|---|---|---|
| Trans. # | 274446 | Date | 12-23-2020 9:51 AM |
| Total | $4.00 | Escrow Bal. | $2,757.00 |
| User | mmintz | Custom ID | Add |

| Items | | | Payments | |
|---|---|---|---|---|
| Type | Case # | Price | Type | Amount |
| E-file | 2020-10743 | $4.00 | Escrow | $4.00 |

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. **48576** | CLIENT & FILE TITLE **N/A** | DATE January 6, 2020 |
|---|---|---|
| FILE NO. **176960-00** | | |

| PAYABLE TO: **Caroline McCaffrey** 3811 Iberville St. New Orleans, LA 70119. | AMOUNT $188.00 |
|---|---|
| | MAIL CHECK ✔ |
| | **RETURN CHECK TO** ☐ |

| PAYMENT FOR: Reimbursement of Court Fees | NAME **Caroline McCaffrey** |
|---|---|
| | SIGNATURE *Caroline McCaffrey* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $188.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☑ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Stewart, Hazel**

---

**Subject:**     FW: FW: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN
                 BANKRUPTCY COURT

Hi Hazel,

This is the reimbursement I need. It was a filing fee related to the Archdiocese case (17696001).

Thanks,

Caroline V. McCaffrey  |  Associate
Jones Walker LLP
D: 504.582.8760
CMcCaffrey@joneswalker.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, December 7, 2020 2:09 PM
To: McCaffrey, Caroline <cmccaffrey@joneswalker.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN BANKRUPTCY COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Robert Seuzeneau at (504) 589-7861.

   Account Number: 4442214
   Court: LOUISIANA EASTERN BANKRUPTCY COURT
   Amount: $188.00
   Tracking Id: A7241665
   Approval Code: 150909
   Card Number: ************5992
   Date/Time: 12/07/2020 03:09:09 ET

NOTE: This is an automated message. Please do not reply

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | DATE | January 21, 2020 |
|---|---|---|---|---|---|
| FILE NO. | 176960-01 | | | | |

| PAYABLE TO: | AMOUNT | $1,683.00 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS** **1418 RED FOX CIRCLE** **SEVERANCE, CO 80550** | MAIL CHECK | ✔ |
| | RETURN CHECK TO | |

| PAYMENT FOR: | NAME | **Mark A. Mintz** |
|---|---|---|
| TRANSCRIPT OF HEARING HELD 12/17/20 | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $1,683.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

✔ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail:  trussell31@tdsmail.com

# INVOICE

DATE        12/30/2020

INVOICE NO.    20-225

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA  70170
ATTN:  Hazel Stewart

TERMS:  **DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 Transcript of hearing held on 12/17/20 | 396 | 1,683.00 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $1,683.00 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                                    DATE 12/30/2020

## Bowers, Laura

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Friday, January 22, 2021 11:19 AM |
| **To:** | Bowers, Laura |
| **Subject:** | RE: Check Request - JRT - Transcripts of Hearings held 12-17-20 |

okay

**Andrew Bruns** | Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Bowers, Laura <lbowers@joneswalker.com>
**Sent:** Friday, January 22, 2021 11:19 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Subject:** FW: Check Request - JRT - Transcripts of Hearings held 12-17-20

Please approve this $1,683.00 request for Janice Russell Transcripts?

**Laura E. Bowers** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com

**From:** Stewart, Hazel <hstewart@joneswalker.com>
**Sent:** Thursday, January 21, 2021 4:33 PM
**To:** _RushCheck <rushcheck@joneswalker.com>
**Subject:** Check Request - JRT - Transcripts of Hearings held 12-17-20

Thought I had submitted this. Please rush.

Thank you.

**Hazel Stewart**                                    201 St. Charles Ave, Ste 5100
*Legal Secretary*                                   New Orleans, LA 70170
**Jones Walker LLP**                               T: 504.582.8000
D: 504.582.8231  F: 504.589.8231          www.joneswalker.com
hstewart@joneswalker.com



1

H. Stewart NO

- ✓ OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | January 25, 2021 |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | | AMOUNT |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS** | | $45.00 |
| **1418 RED FOX CIRCLE** | | MAIL CHECK ✓ |
| **SEVERANCE, CO 80550** | | RETURN CHECK TO |

| PAYMENT FOR: | NAME |
|---|---|
| TRANSCRIPT OF HEARING HELD 01/21/21 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 10884 #2 | | | $45.00 |

FORM A-6 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - Vendor # _____ Separate Ck _____
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- ✓ TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

JAN 25 2020

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com

# INVOICE

DATE    1/25/2021

INVOICE NO.   21-15-1

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

**TERMS: DUE ON RECEIPT**

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 | | |
| Copy of transcript of hearing held on 1/21/21 | 50 | 45.00 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $45.00 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*                    DATE 1/25/2021



# Cost Summary Report

### Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 1/31/2021
**Due Date:** 2/28/2021
**Matter Number:** 17493200

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 61.57 GB | $10.80 | $664.96 |
| **Relativity Users** | Monthly License Fee<br>Licensed Users: | 0 | n/a | $0 |
| | | | **Balance Due** | $664.96 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| **Debtor.**[1] | **Chapter 11** |

## ORDER APPROVING SECOND INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD OCTOBER 1, 2020 THROUGH JANUARY 31, 2021

Upon the application [Doc. ____] (the "Application") of Jones Walker LLP ("Jones Walker") for interim approval and allowance of compensation for attorneys' fees in the amount of $1,120,960.00 and reimbursement of expenses in the amount of $17,958.76, and for payment of the unpaid balance of allowed fees for legal services rendered during the Second Interim Fee Period; all parties in interest having received adequate notice of the Application; and the Court having reviewed the Application and having found that the professional services provided by Jones Walker during the Second Interim Fee Period (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1. The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2.      Jones Walker is allowed interim compensation in the amount of $1,120,960.00 for services rendered and $17,958.76 as reimbursement for actual, reasonable, and necessary expenses incurred during the Second Interim Fee Period;

3.      The Debtor shall pay to Jones Walker the unpaid balance of allowed fees for legal services rendered and expenses incurred during the Second Interim Fee Period, promptly upon entry of this Order; and

4.      This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this _____ day of April, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE