# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

### THIRD INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021

> A HEARING WILL BE CONDUCTED ON THIS MATTER ON SEPTEMBER 16, 2021, AT 1:30 P.M., BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-888-684-8852; ACCESS CODE: 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

EXHIBIT

F

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

**SUMMARY SHEET FOR THIRD INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND THE DEBTOR IN POSSESSION, FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor and Debtor-in-Possession |
| Petition Date: | May 1, 2020 |
| Retention Date: | June 19, 2020 *nunc pro tunc* to May 1, 2020 |
| Time Period Covered by this Application: | February 1, 2021 – May 31, 2021 |
| Total Fees Sought to be Allowed in this Application: | $1,040,201.00 |
| Total Expenses Sought to be Allowed in this Application: | $23,009.27 |
| Total Fees Approved by Interim Order to Date: | $3,153,421.00[2] |
| Total Expenses Approved by Interim Order to Date: | $94,127.34 |
| Total Fees Paid Pursuant to Prior Fee Statements: | $3,985,581.80 |
| Total Expenses Paid Pursuant to Prior Fee Statements: | $117,136.61 |
| Blended Rate in this Application for all Attorneys: | $345.60 |
| Blended Rate in this Application for all Timekeepers: | $323.43 |
| Number of Professionals in this Application : | 26 |
| If Applicable, Number of Professionals Included in this Application but not Included in Staffing Plan: | 6 |
| Number of Professionals Billing Fewer than 15 Hours in Connection with this Application: | 8 |
| Are Any Rates Higher than Those Approved or Disclosed at Retention? | No |
| Remaining Balance of Pre-Petition Retainer: | $0.00 |

This is a(n): ___ monthly _X_ interim ___ final application

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] This amount reflects the reduction of fees by $60,000.00 to Jones Walker's First Interim Fee Application, which was agreed to with the U.S. Trustee's Office and acknowledged in the *Order Approving First Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor In Possession, for the Period from May 1, 2020 through September 30, 2020* [Doc. 682].

COMES NOW, Jones Walker LLP ("Jones Walker"), pursuant to §§ 105(a), 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"), *General Order 2019-4,* section XIII, which establishes procedures for Professional Retention, Compensation, and Reimbursement of Expenses (the "Complex Case Procedures"), and the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor* [Doc. 170] (the "Retention Order"), and who hereby submits this Third Fee Application (the "Third Fee Application"), seeking interim approval and allowance of compensation and reimbursement of expenses incurred as counsel to the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), for the period from February 1, 2021 through May 31, 2021. In support of this Third Fee Application, Jones Walker respectfully represents as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.     On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5. The Official Committee of Unsecured Creditors (the "Tort Committee") was appointed by the Office of the United States Trustee (the "UST") on May 20, 2020 [Doc. 94] and reconstituted on June 10, 2020 [Doc. 151] and October 8, 2020 [Doc. 478]. The UST appointed the Official Committee of Commercial Unsecured Creditors (the "Commercial Committee") on March 5, 2021 [Docs. 772 and 792].

6. The Debtor retained Jones Walker as its counsel *nunc pro tunc* to the Petition Date, pursuant to the Retention Order, which was entered on June 19, 2020 [Doc. 170].

7. The Retention Order authorizes Jones Walker to apply for compensation for professional services rendered and reimbursement of expenses incurred in compliance with §§ 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, the Complex Case Procedures, and any other applicable procedures and orders of the Court. The Retention Order also directs Jones Walker to make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the UST Guidelines.

8. As further explained in the *Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. 75] (the "Retention Application"), at engagement, Jones Walker agreed to be compensated on an hourly basis at rates disclosed in its Retention Application.

9. Prior to the Petition Date, as of March 9, 2020, Jones Walker held a retainer of $250,000.00. During the course of Jones Walker's pre-petition representation of the Debtor, Jones Walker submitted invoices to the Debtor, and applied $148,609.06 of the retainer to certain invoiced fees and expenses. After applying the retainer against certain fees and expenses earned and incurred prior to the Petition Date, the balance of the retainer was approximately $101,390.94. Jones Walker applied the remainder of the retainer to the outstanding balance of fees and expenses incurred during the First Interim Fee Period.

10.    On November 25, 2020, Jones Walker filed its *First Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor In Possession, for the Period from May 1, 2020 through September 30, 2020* [Doc. 568] (the "First Fee Application") seeking reimbursement of fees in the amount of $2,092,461.00 and expenses in the amount of $76,168.58. On December 23, 2020, this Court entered an Order allowing Jones Walker interim compensation in the amount of $2,032,461.00 for services rendered and $76,168.58 as reimbursement for expenses incurred [Doc. 682].

11.    On March 25, 2021, Jones Walker filed its *Second Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor In Possession, for the Period from October 1, 2020 through January 31, 2021* [Doc. 803] (the "Second Fee Application") seeking reimbursement of fees in the amount of $1,120,960.00 and expenses in the amount of $17,958.76. On April 14, 2021, this Court entered an Order allowing Jones Walker interim compensation in the amount of $1,120,960.00 for services rendered and $17,958.76 as reimbursement for expenses incurred [Doc. 826].

## REQUEST FOR APPROVAL OF FEES AND EXPENSES

12.    This Application covers the period from February 1, 2021 through May 31, 2021 (the "Third Interim Fee Period"). By this Application, Jones Walker seeks interim approval and allowance of fees in the amount of $1,040,201.00 and reimbursement of expenses in the amount of $23,009.27. The total number of hours expended during the Third Interim Fee Period for which compensation is sought is approximately 3,216.20 hours.

## PRIOR MONTHLY FEE STATEMENTS

13.    In accordance with this Court's Complex Case Procedures, Jones Walker has submitted to the Debtor and to other Professional Fee Notice Parties (as defined in the Complex

Case Procedures) its Sixth and Seventh Monthly Fee Statements (each a "Monthly Fee Statement") during the Third Interim Fee Period.

14.     The Complex Case Procedures authorize the Debtor to pay Jones Walker 80% of fees and 100% of expenses identified in each Monthly Fee Statement to which no objection has been served.  The applicable objection periods have expired in connection with Jones Walker's Sixth and Seventh Monthly Fee Statements.  Although the UST's office and the Tort Committee served informal objections to Jones Walker's Monthly Fee Statements, the parties continue to work through those issues and all parties have reserved their rights pending final approval of fees.

15.     The following is a summary of the amounts requested by Jones Walker and paid by the Debtor pursuant to Monthly Fee Statements relating to the Third Interim Fee Period:

| Monthly Fee Statement (Period) | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid |
|---|---|---|---|---|
| Sixth Monthly Fee Statement (02/01/21 – 03/31/21) | $417,684.80 (80% of $522,106.00) | $12,137.74 | $417,684.80 | $12,137.74 |
| Seventh Monthly Fee Statement (04/01/21 – 05/31/21) | $414,476.00 (80% of $518,095.00) | $10,871.53 | $414,476.00 | $10,871.53 |

## FEES AND EXPENSES

16.     Jones Walker is handling this Chapter 11 Case and approximately 31 other proceedings on behalf of the Debtor (the "Litigation Matters").

17.     Jones Walker has voluntarily capped its rates in this Chapter 11 Case at $490, enabling it to staff the case with its most experienced attorneys who are knowledgeable about the issues in this case.  Taking into account Jones Walker's reduced hourly rates, the amounts requested in this Application represent voluntary reductions by Jones Walker totaling

approximately $311,093.50.[3]

18.     Attached hereto as **Exhibit A** are summary sheets for the Litigation Matters and this Chapter 11 Case during the Third Interim Fee Period.[4] Each summary sheet contains the following:

> a.  A list of the Jones Walker professionals performing legal services on behalf of the Debtor during the Third Interim Fee Period, along with their respective titles, practice areas, years of admission, hourly billing rates, total hours billed, and total fees billed;
>
> b.  A breakdown, by project category, of the services rendered and compensation sought by Jones Walker during the Third Interim Fee Period; and
>
> c.  An itemization of expenses incurred and for which reimbursement sought, by expense category, during the Third Interim Fee Period.

19.     Attached hereto as **Exhibit B** are customary and comparable compensation disclosures for the Third Interim Fee Period.

20.     Attached hereto as **Exhibit C** is a budget and staffing plan for the Third Interim Fee Period.

21.     Attached hereto as **Exhibit D** is a copy of the Sixth Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from February 1, 2021 through March 31, 2021, consisting of contemporaneously

---

[3] This does not take into account entries on the invoices billed at "no charge."

[4] The Litigation Matters are depicted on Exhibit A as matter 1, while the work performed in connection with this Chapter 11 Case is depicted as matter 2, which is titled "Post-Petition Reorganization Advices."

maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.

22. Attached hereto as **Exhibit E** is a copy of the Seventh Monthly Fee Statement submitted by Jones Walker, which contains records of Jones Walker's fees incurred during the period from April 1, 2021 through May 31, 2021, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour and an itemization of expenses.

23. Finally, attached hereto as **Exhibit F** is a proposed order granting the relief requested herein.

## SUMMARY OF SERVICES RENDERED TO THE DEBTOR DURING THE THIRD INTERIM FEE PERIOD

24. During the Third Interim Fee Period, Jones Walker devoted a considerable amount of time to advising the Debtor concerning all aspects of its operations as a debtor-in-possession under the Bankruptcy Code and its compliance with the UST Guidelines.

### a. *Motion to Supplement the Claims Bar Date Order*

25. On February 2, 2021, the Tort Committee filed the *Motion to Supplement the Claims Bar Date Order* [Doc. 738] (the "Motion to Supplement Claims Bar Date"), seeking to request an Order allowing counsel for members of the Committee to view abuse claims after the Claims Bar Date Motion. During the Third Interim Fee Period, Jones Walker (i) reviewed the Motion to Supplement Claims Bar Date; (ii) conducted research for and drafted its *Objection to the Motion to Supplement Claims Bar Date* [Doc. 750]; and (iii) extensively prepared for hearings related to the Motion to Supplement Claims Bar Date.

### b. *Stay Motion*

26. Notably, during the Third Interim Fee Period, Jones Walker drafted and filed its

*Motion for Relief for Willful Violation of Automatic Stay* [Doc. 740] to address a lawsuit filed against the Debtor during this bankruptcy case. Responses were filed by Creditor TMI Trust Company [Doc. 749] and the Tort Committee [Doc. 752]. Jones Walker subsequently conferred and negotiated with the parties to reach the *Agreed Order Resolving Motion for Relief for Willful Violation of Automatic Stay* [Doc. 756]. Indeed, Jones Walker's efforts resulted in the dismissal of the lawsuit at issue against all parties affected by the automatic stay.

### c. Litigation Matters

27. With respect to the Litigation Matters, Jones Walker, among other things, communicated with co-counsel regarding certain abuse claims and prepared for a deposition. In connection with the deposition, Jones Walker's professionals analyzed and reviewed documents and addressed pending issues.

### d. Fee Statements and Applications

28. Additionally, Jones Walker's professionals prepared, revised, and served Jones Walker's Fifth and Sixth Fee Statements; Blank Rome LLP's ("Blank Rome") Fifth and Sixth Fee Statements; and Carr, Riggs & Ingram's ("CRI") Fifth and Sixth Fee Statements. In connection with preparing these Fifth and Sixth Fee Statements, Jones Walker, among other things: (i) reviewed extensive billing proformas to ensure that time narratives and costs incurred complied with the UST Guidelines and local rules and regulations for interim compensation; and (ii) broke down time and fees billed by timekeeper and task category, in accordance with the UST Guidelines. Jones Walker communicated with Blank Rome and CRI in order to obtain the required information used in connection with preparing the fee statements.

29. During the Third Interim Fee Period, Jones Walker also prepared, revised, and filed (i) the *Second Interim Application of Jones Walker LLP for Allowance of Compensation and*

*Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from October 1, 2020 through January 31, 2021* [Doc. 803] ("Jones Walker's Second Interim Fee Application"); (ii) the *Second Interim Application of Blank Rome LLP for Allowance of Compensation and Reimbursement of Expenses, as Special Insurance Counsel to the Debtor, for the Period from October 1, 2020 through January 31, 2021* [Doc. 796] ("Blank Rome's Second Interim Fee Application"); and (iii) the *Second Interim Fee Application of Carr, Riggs & Ingram, LLC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period November 20, 2020 through February 25, 2021* [Doc. 797] ("CRI's Second Interim Fee Application").

30.     In connection with preparing the Fee Applications, Jones Walker, among other things: (i) reviewed extensive billing proformas to address the UST's objections and other concerns raised in response to Jones Walker's Fee Statements; (ii) drafted a comprehensive list of services rendered for the relevant time periods; (iii) broke down time and fees billed by timekeeper and task category, in accordance with the UST Guidelines, for this Chapter 11 Case and other proceedings on behalf of the Debtor; (iv) applied the *Johnson* factors to evidence that the services rendered to the Debtor were performed efficiently and effectively; and (v) addressed unanticipated issues that arose in the preparation of the Fee Applications.  Notably, Jones Walker spent considerable time reviewing the UST Guidelines, Complex Case Procedures, and Local Rules to format and draft the Fee Applications appropriately.

31.     Further, Jones Walker's professionals reviewed other professionals' fee statements and objected where appropriate.

### e.  *Discovery Issues and Disputes*

32.     During the Third Interim Fee Period, Jones Walker responded to the Tort

Committee's requests for production of certain documents and information, negotiated with respect to such requests, and reviewed potentially responsive documents in connection with the production. Throughout the Third Interim Fee Period, Jones Walker produced documents on a rolling basis in response to the Rule 2004 Order. Jones Walker's professionals ensured an efficient production and devoted considerable time identifying and labeling the relevant documents. Despite the Debtor's efforts, on March 25, 2021, the Tort Committed filed a *Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* [Doc. 804] (the "Motion to Compel"). In response, Jones Walker (i) reviewed the Motion to Compel; (ii) conducted research for and drafted its *Objection* to the Motion to Compel [Doc. 814]; and (iii) extensively prepared for hearings related to the Motion to Compel.

### f. Insurance Issues

33.     Jones Walker also expended a significant amount of time assisting the Archdiocese in reviewing information relating to historical insurance policies, or evidence of the existence of such policies. Once policies were identified, Jones Walker interfaced with co-counsel from Blank Rome, LLP in connection with the preparation of a global coverage availability analysis. Jones Walker's professionals also spent time addressing various other issues that may impact the availability of insurance coverage or otherwise augment the Archdiocese's bankruptcy estate.

### g. Administrative Tasks

34.     Jones Walker also prepared and filed monthly operating reports, addressed follow-up questions regarding such reports from both the UST and the Tort Committee, and assembled and communicated additional information requested by the UST, the Tort Committee, insurance carriers, and other parties in interest.

35.     Additionally, Jones Walker's professionals spent time working with the newly appointed Commercial Committee and providing them with any necessary information or follow-up questions regarding the Debtor's bankruptcy case.

36.     Moreover, Jones Walker complied with the *Order Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business Effective as of the Petition Date* [ECF No. 269] and filed two statements [ECF Nos. 769 & 893] providing the following information for each ordinary course professional: (i) the name of the ordinary course professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that ordinary course professional during the reported Quarter; (iii) the aggregate amount of postpetition payments made to that ordinary course professional to date; and (iv) a general description of the services rendered by that ordinary course professional.  In doing so, Jones Walker ensured the retention and employment of necessary professionals.

37.     Further, during the Third Interim Fee Period, Jones Walker filed the *Motion for Authority to Obtain and Use Post-Petition Secured Credit Card Account Pursuant to 11 U.S.C. §§ 105, 364, Fed. R. Bankr. P. 4001(C),and Local Rule 4001-3* [Doc. 742, as amended Doc. 747] to, among other things, request authorization to change its terms on its Hancock Whitney Bank Credit Card, increase its credit limit, and authorize other ordinary course expenses. On February 22, 2021, the Court entered an Order granting the Debtor's Motion [Doc. 758].

38.     During the Third Interim Fee Period, Jones Walker participated in planning and strategy conferences, coordinated tasks among Jones Walker professionals to ensure efficiency and to avoid duplication of efforts, and communicated with other parties in interest regarding case management issues.  Jones Walker also participated in regularly scheduled meetings with the Debtor's leadership and other professionals to coordinate with respect to open business and legal

issues facing the Debtor. Specifically, Jones Walker advised the Debtor with respect to accounting, cash flow, fundraising and collection issues, communications with parishes and parishioners, and investment activities in connection with the Chapter 11 Case, among other business operational matters.

39.    Additionally, Jones Walker engaged in regular discussions with counsel for the Tort Committee, Commercial Committee, and other parties in interest regarding a wide variety of issues and responded to multiple inquiries concerning this Chapter 11 Case.

40.    Moreover, Jones Walker's professionals continued to review claims and prepare for mediation during the Third Interim Fee Period.

41.    Finally, Jones Walker's professionals are continuing to strategize on issues related to matters involving the preparation of a disclosure statement and plan.

42.    All of the services for which compensation is requested by Jones Walker were performed for, or on behalf of, the Debtor, and not on behalf of any creditor, examiner, trustee, or any other entity. In addition, Jones Walker has not entered into any agreements to fix fees or to share compensation as prohibited by 18 U.S.C. § 155 and 11 U.S.C. § 504.

## REASONABLENESS OF FEES AND EXPENSES

43.    As set forth in the charts attached hereto as **Exhibit A** and further detailed in the itemized time records attached hereto as **Exhibits D-E**, the professionals of Jones Walker expended a total of 3,216.20 hours during the Third Interim Fee Period. Jones Walker has charged hourly rates for work of this character. The reasonable value of the services rendered by Jones Walker to the Debtor during the Third Interim Fee Period is $1,040,201.00.

44.    In accordance with the factors enumerated in § 330 of the Bankruptcy Code, Jones Walker respectfully submits that the foregoing amounts requested are fair and reasonable given

Case 20-10846 Doc 1438-12 Filed 08/24/21 Entered 08/24/21 16:13:31 Main Document Page 14 of 465

Case 20-10846 Doc 1438-12 Filed 08/24/21 Entered 08/24/21 16:13:31 Main Document Page 14 of 465
Fee Application Page 14 of 465

(a) the complexity of this Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services for non-bankruptcy cases. Moreover, Jones Walker has reviewed the requirements set forth in Local Rule 2016-1 and believes this Application complies with such Rule. As explained above, Jones Walker has voluntarily capped its rates in this Chapter 11 Case at $490, enabling it to staff the case with its most experienced attorneys who are knowledgeable about the issues in this case. Taking into account Jones Walker's reduced hourly rates, the amounts requested in this Application represent voluntary reductions by Jones Walker totaling approximately $311,093.50.[5]

### ACTUAL AND NECESSARY DISBURSEMENTS

45.     As set forth in **<u>Exhibit A</u>**, a total of $23,009.27 of actual, necessary expenses were incurred by Jones Walker during the Third Interim Fee Period. Jones Walker's disbursement policies pass through all expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.

### FACTORS TO BE CONSIDERED IN AWARDING ATTORNEY'S FEES

46.     Bankruptcy Code § 330 authorizes the Court to award professional persons employed pursuant to Bankruptcy Code § 327 reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred. *See* 11 U.S.C. § 330. Specifically, Bankruptcy Code § 330(a) provides:

> (1)     After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103-
>
> > (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney

---

[5] This does not take into account entries on the invoices billed at "no charge."

and by any paraprofessional person employed by any such person; and

(B)   reimbursement for actual, necessary expenses . . .

\* \* \*

(3)   In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including-

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(1) and (a)(3).

47.     The Fifth Circuit traditionally has used the lodestar method to calculate reasonable attorneys' fees.  *See Combs v. City of Huntington Texas,* 829 F.3d 388, 392 (5th Cir. 2016); *see also In re Fender,* 12 F.3d 480, 487 (5th Cir. 1994).  The lodestar is derived by multiplying the number of hours an attorney would reasonably spend for the same type of work by the prevailing hourly rate in the community.  *See Shipes v. Trinity Indus.*, 987 F.2d 311, 319 (5th Cir. 1993).  A court then may adjust the lodestar up or down based on the factors contained in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974).  *See Am. Benefit Life Ins. Co. v. Braddock (In re First Colonial Corp. of Am.)*, 544 F.2d 1291, 1298 (5th Cir. 1977) (applying the *Johnson* factors in the bankruptcy context).  The *Johnson* factors include: (1) time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill required to perform

the professional services properly; (4) the preclusion of other employment by the professional due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *See Johnson*, 488 F.2d at 717-19; *see also In re ASARCO LLC*, No. 05-21207, 2011 WL 2975691, at \*7 (Bankr. S.D. Tex. July 20, 2011) (applying the *Johnson* factors).

48. As more fully set forth below, Jones Walker respectfully submits that the *Johnson* factors and the elements governing awards of compensation pursuant to Bankruptcy Code §§ 330 and 331 justify the allowance of the fees and expenses incurred in its representation of the Debtor during the Third Interim Fee Period.

## APPLICATION OF THE *JOHNSON* FACTORS

49. The professional services rendered by Jones Walker during the Third Interim Fee Period required a high degree of professional competence and expertise. Jones Walker submits that the services rendered to the Debtor were performed efficiently and effectively, and that the results obtained have provided tangible, identifiable, and material benefits to the Debtor's estate.

## I.     The Time and Labor Required.

50. As stated above, Jones Walker's professionals have expended 3,216.20 hours during the Third Interim Fee Period in the representation of the Debtor. All of the time spent was necessary and appropriate for the representation of the Debtor in this Chapter 11 Case. This is especially true when considering the nature and urgency of the issues and tasks that arose in this Chapter 11 Case, including, among other things, the time and skill required to advise the Debtor in connection with issues on an as needed, and at times expedited, basis.

51. Jones Walker's representation of the Debtor has required it to balance the need to provide quality services with the need to act quickly and to represent the Debtor in an effective, efficient and timely manner. Jones Walker submits that the hours spent were reasonable given the size and complexity of this case, and the significant, and often times urgent, legal issues raised.

## II. The Novelty and Difficulty of the Questions Involved.

52. This Chapter 11 Case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Doc. 18]. As such, Jones Walker's services to the Debtor involve intricate, novel, and difficult questions.

## III. The Skill Required to Perform the Professional Services Properly.

53. Jones Walker believes that its recognized expertise has facilitated the resolution of certain matters in connection with this Chapter 11 Case and benefited the Debtor's estate. Due to the nature and complexity of the legal issues presented in this case, Jones Walker was required to exhibit a high degree of legal skill. Additionally, Jones Walker's strong working relationship with various interested parties enabled Jones Walker to work with such professionals towards resolution of many salient issues. Jones Walker respectfully submits that its professionals have provided significant benefits to the Debtor during the Third Interim Fee Period.

## IV. The Preclusion of Other Employment by the Professional Due to Acceptance of the Case.

54. Given the size of the firm, Jones Walker's representation of the Debtor did not preclude its acceptance of new clients.

55. The rates charged by Jones Walker in this Chapter 11 Case are substantially similar to the rates charged by Jones Walker in connection with non-bankruptcy work. The professional fees sought herein are based upon Jones Walker's hourly rates for services of this kind.

17

56.     Jones Walker respectfully submits that the professional fees sought herein are not unusual given the magnitude and complexity of this case and the time expended in attending to the representation of the Debtor, and are commensurate with fees Jones Walker has been awarded in other cases, as well as with professional fees charged by other attorneys of comparable experience.

## VI.     <u>Whether the Fee is Fixed or Contingent.</u>

57.     Pursuant to Bankruptcy Code §§ 330 and 331, all fees sought by professionals employed under Bankruptcy Code § 327 are based on its regular hourly rates, discounted as set forth herein and in the Retention Application and subject in all respects to this Court's final approval.  The collective efforts of the various parties in interest and their respective professionals, including Jones Walker, have contributed to the resolution of many issues in this case in a relatively short period of time.  Jones Walker has not requested any contingent fee in this Chapter 11 Case.

## VII.     <u>Time Limitations Imposed by the Client or the Circumstances.</u>

58.     As previously set forth herein, Jones Walker had to respond to tight time-constraints and was often required to tend to certain issues arising in this Chapter 11 Case on an expedited basis.  The emergency nature of these matters demanded that Jones Walker's professionals respond on very short notice to complicated and developing events as they unfold.

## VIII.     <u>The Amount Involved and the Results Obtained.</u>

59.     Jones Walker submits that the fees requested in this Application are reasonable and appropriate when considering the results obtained on behalf of the Debtor. The total fees Jones Walker seeks to approve in this Application are commensurate with the issues in this Chapter 11 Case.

## IX.     <u>The Experience, Reputation and Ability of the Professionals.</u>

60.     Jones Walker believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, litigation, and corporate matters. Jones Walker's attorneys, over many years, have appeared in bankruptcy courts throughout the United States providing legal representation to trustees, debtors, secured creditors, and unsecured creditors in proceedings under the Bankruptcy Code. Further, Jones Walker has a sophisticated bankruptcy and restructuring practice and is playing or has played a major role representing debtors in other cases.

61.     Jones Walker's experience enabled it to perform the services described herein competently and expeditiously. In addition to its expertise in the area of reorganization, Jones Walker called upon the expertise of its partners and associates in other practice areas to perform the wide-ranging scope of the legal work necessitated by this Chapter 11 Case, including, corporate work and litigation.

**X.      The Undesirability of the Case.**

62.     This matter was not undesirable for Jones Walker.

**XI.     The Nature and Length of the Professional Relationship with the Client.**

63.     Jones Walker was appointed to serve as counsel to the Debtor on June 19, 2020, *nunc pro tunc* to the Petition Date.

**XII.    Awards in Similar Cases.**

64.     Jones Walker respectfully submits that the foregoing amounts requested are fair and reasonable based on the customary compensation charged by comparably skilled practitioners at Jones Walker and other firms in comparable bankruptcy and non-bankruptcy cases. The services provided in connection with the fees requested by Jones Walker during the Third Interim Fee Period are more fully described in the invoices attached hereto as **Exhibits D-E**.

## NO PRIOR REQUEST

65.     Except for the submission of the Monthly Fee Statements, no prior application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, Jones Walker respectfully requests that the Court enter an Order (i) approving and allowing on an interim basis compensation in the amount of $1,040,201.00 for the reasonable and necessary legal services that Jones Walker rendered to the Debtor during the Third Interim Fee Period, and reimbursement of actual and necessary expenses incurred in the sum of $23,009.27; (iii) directing that Jones Walker be paid, from the Debtor's estate, the remaining unpaid balance of allowed fees and expenses; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated:  August 24, 2021                              Respectfully submitted,

                                                    _/s/ Laura F. Ashley_
                                                    R. PATRICK VANCE
                                                    ELIZABETH J. FUTRELL
                                                    MARK A. MINTZ
                                                    LAURA F. ASHLEY
                                                    Jones Walker LLP
                                                    201 St. Charles Avenue, 51st Floor
                                                    New Orleans, LA 70170
                                                    Telephone: (504) 582-8000
                                                    Facsimile: (504) 589-8260
                                                    Email: pvance@joneswalker.com
                                                            efutrell@joneswalker.com
                                                            mmintz@joneswalker.com
                                                            lashley@joneswalker.com

                                                    **ATTORNEYS FOR THE ROMAN
                                                    CATHOLIC CHURCH OF THE
                                                    ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATION OF COMPLIANCE

I, Laura F. Ashley, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury

that the following is true and accurate to the best of my knowledge and belief:

(A)     I am a partner with the applicant firm, Jones Walker LLP.

(B)     I personally performed many of the services rendered by Jones Walker LLP as attorney to the Debtor and am familiar with the other work performed on behalf of the Debtor by the professionals at Jones Walker LLP.

(C)     I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Local Rule 2016-1, the Complex Case Procedures, and the UST Guidelines and submit that this Application substantially complies with the same.

Dated: August 24, 2021
New Orleans, Louisiana

*/s/ Laura F. Ashley*
Laura F. Ashley

## EXHIBIT A

**1. JAMES DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.**
   **FILE NUMBER: 174933-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Position | Practice Area | Year of Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Edward D Wegmann | Partner | Litigation | 1980 | $300.00 | 3.90 | $1,170.00 |
| Allison Kingsmill | Associate | Litigation | 2015 | $250.00 | 3.90 | $975.00 |
| Bonnie Boudreaux | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $155.00 | 0.30 | $46.50 |
| **TOTAL** | | | | | **8.40** | **$2,238.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 4.20 | $1,216.50 |
| B190 | Other Contested Matters | 4.20 | $1,021.50 |
| | **TOTAL** | **8.40** | **$2,238.00** |

### EXPENSE SUMMARY

| Code | Expenses Category | Amounts |
|---|---|---|
| E112 | Court Fees | $0.80 |
| | **TOTAL** | **$0.80** |

2. **POST-PETITION REORGANIZATION ADVICES**
   **FILE NUMBER: 176960-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|------|-------|--------------|------------------|--------------------|-------------------|-------------------|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $490.00 | 271.40 | $132,986.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $300.00 | 242.40 | $72,720.00 |
| Joseph J. Lowenthal | Partner | Litigation | 1980 | $300.00 | 40.40 | $12,120.00 |
| Elizabeth J. Futrell | Partner | Bankruptcy | 1981 | $490.00 | 350.30 | $171,647.00 |
| Jefferson R. Tillery | Partner | Maritime | 1986 | $300.00 | 62.30 | $18,690.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 103.30 | $30,990.00 |
| Jeffrey R. Barber | Partner | Bankruptcy | 1987 | $400.00 | 0.50 | $200.00 |
| B. Trevor Wilson | Partner | Tax | 2007 | $400.00 | 5.10 | $2,040.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $400.00 | 439.70 | $175,880.00 |
| Joseph E. Bain | Partner | Bankruptcy | 2010 | $400.00 | 0.40 | $160.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 33.50 | $13,400.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $400.00 | 160.90 | $64,360.00 |
| Madeleine Fischer | Special Counsel | Litigation | 1975 | $300.00 | 16.20 | $4,860.00 |
| Andrew C. Rayford | Associate | Litigation | 2020 | $250.00 | 54.90 | $13,725.00 |
| Allison B. Kingsmill | Associate | Litigation | 2015 | $250.00 | 228.70 | $57,175.00 |
| Caroline McCaffrey | Associate | Litigation | 2020 | $250.00 | 169.40 | $42,350.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $250.00 | 568.70 | $142,175.00 |
| Hobie A. Hotard | Associate | Tax | 2020 | $250.00 | 10.40 | $2,600.00 |
| Olivia K. O'Brien | Associate | Litigation | 2019 | $250.00 | 43.80 | $10,950.00 |
| Aaron D. Washington | Practice Support Specialist | Information Technology | N/A | $170.00 | 0.30 | $51.00 |
| Bonnie Boudreaux | Paralegal | Litigation | N/A | $170.00 | 23.70 | $4,029.00 |
| Camille T. Bourg, Jr. | Paralegal | Litigation | N/A | $170.00 | 0.80 | $136.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 178.50 | $30,345.00 |
| Constance DeMesme | Paralegal | Litigation | N/A | $170.00 | 185.70 | $31,569.00 |
| Mellaine B. Salinas | Paralegal | Litigation | N/A | $170.00 | 11.00 | 1,870.00 |
| Scott M. Sigl | Paralegal | Litigation | N/A | $170.00 | 5.50 | 935.00 |
| **TOTAL** | | | | | **3,207.80** | **$1,037,963.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|------|------------------|-------|--------|
| B110 | Case Administration | 838.20 | $237,014.00 |
| B120 | Asset Analysis & Recovery | 48.10 | $19,350.00 |
| B130 | Asset Disposition | 44.10 | $11,817.00 |
| B140 | Relief From Stay/Adequate Protection | 9.10 | $2,275.00 |
| B160 | Fee/Employment Applications | 141.40 | $45,661.00 |
| B170 | Fee/Employment Objections | 13.40 | $4,835.00 |
| B190 | Other Contested Matters | 1,162.30 | $367,924.00 |
| B210 | Business Operations | 22.40 | $10,496.00 |
| B230 | Financing/Cash Collections | 0.20 | $98.00 |
| B250 | Real Estate | 33.60 | $13,449.00 |
| B310 | Claims Administration & Objections | 438.30 | $130,410.00 |
| B320 | Plan & Disclosure Statement | 341.40 | $159,492.00 |
| B410 | General Bankruptcy Advice | 113.50 | $34,260.00 |
| B420 | Restructuring | 1.80 | $882.00 |
| | **TOTAL** | **3,207.80** | **$1,037,963.00** |

## EXPENSE SUMMARY

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E101 | Copying | $28.80 |
| E105 | Long Distance | $130.44 |
| E106 | Computer Legal Research | $7,478.40 |
| E107 | Delivery Services | $44.04 |
| E112 | Court Fees | $1,541.35 |
| E115 | Deposition Transcripts | $8,609.51 |
| E116 | Trial Transcripts | $123.25 |
| E118 | Litigation Support | $5,052.68 |
| | **TOTAL** | **$23,008.47** |

# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Total Hours<br><br>Billed in this Application | Total Fees<br><br>Billed in this Application | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | **Billed in this Application** | **Billed by Firm During Third Interim Fee Period**<br><br>**(2/1/2021 – 5/31/2021)**<br><br>**(Excluding Bankruptcy Engagements)[1]** |
| Partners | 1,714.10 | $696,363.00 | $406.26 | $428.00 |
| Special Counsel | 16.20 | $4,860.00 | $300.00 | $363.66 |
| Associates | 1,079.80 | $269,950.00 | $250.00 | $291.55 |
| Paralegals | 406.10 | $69,028.00 | $169.98 | $178.12 |
| **AGGREGATE:** | 3,216.20 | $1,040,201.00 | $323.43 | |

---

[1] While Jones Walker used reasonable efforts to separate Bankruptcy and Restructuring matters from other practice group matters, it is possible that there is some overlap between these practice groups and the billings reported herein.

# EXHIBIT C

## BUDGET

| Code | Project Category | Hours Budgeted | Compensation Budgeted |
|------|-----------------|----------------|----------------------|
| B120 | Asset Analysis and Recovery | 100.00 | $26,000.00 |
| B130 | Asset Disposition | 50.00 | $13,000.00 |
| B210 | Business Operations | 50.00 | $13,000.00 |
| B110 | Case Administration | 1,000.00 | $260,000.00 |
| B310 | Claims Administration & Objections | 500.00 | $130,000.00 |
| B160 | Fee/Employment Applications | 300.00 | $78,000.00 |
| B170 | Fee/Employment Objections | 100.00 | $26,000.00 |
| B230 | Financing/Cash Collections | 20.00 | $5,200.00 |
| B410 | General Bankruptcy Advice | 150.00 | $39,000.00 |
| N/A | Litigation Matters[1] | 100.00 | $26,000.00 |
| B190 | Other Contested Matters | 1,500.00 | $390,000.00 |
| B320 | Plan & Disclosure Statement | 1,000.00 | $260,000.00 |
| B250 | Real Estate | 50.00 | $13,000.00 |
| B140 | Relief from Stay/Adequate Protection | 50.00 | $13,000.00 |
| B420 | Restructuring | 30.00 | $7,800.00 |
| | **TOTAL** | 5,000.00 | $1,300,000.00 |

---

[1] The term Litigation Matters refers to the proceeding referenced in the Application and identified on Exhibit A thereto. For purposes of simplicity, this Budget treats all Litigation Matters as a single project category and does not include a further breakdown of hours and compensation budgeted within the Litigation Matters category.

{N4439965.1}

**STAFFING PLAN**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work on the Chapter 11 Case and Litigation Matters During the Third Interim Fee Period | Average Hourly Rate |
|---|---|---|
| Partners | 9 | $445.00 |
| Special Counsel | 1 | $300.00 |
| Associates | 5 | $250.00 |
| Paralegals | 5 | $170.00 |
| **TOTAL** | **20** | |

**EXHIBIT D**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | **Case No. 20-10846**<br><br>**Section "A"**<br><br>**Chapter 11** |

**SIXTH STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FEBRUARY 1, 2021 THROUGH MARCH 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2021 through March 31, 2021 |
| Amount of Compensation Requested: | $522,106.00 |
| Net of 20% Holdback: | $417,684.80 |
| Amount of Expenses Requested: | $12,137.74 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $429,822.54 |

This is a: X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 170] (the "<u>Retention Order</u>"), and the Chapter 11 Complex Case Order*, section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("<u>Jones Walker</u>") hereby submits this statement (the "<u>Fee Statement</u>") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "<u>Debtor</u>"), for the period from February 1, 2021 through March 31, 2021 (the "<u>Fee Period</u>"). By this sixth statement, Jones Walker seeks payment in the amount of $429,822.54, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Jones Walker is handling this chapter 11 bankruptcy proceeding and approximately 32 other proceedings on behalf of the Debtor (the "<u>Litigation Matters</u>"). As such, **Exhibit A** is a summary of the Litigation Matters, which includes a breakdown by matter of the following:

      a.      summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b)

aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

b.   a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c.   a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2.       Attached as **Exhibit B** is a summary of this chapter 11 bankruptcy proceeding (the "Chapter 11 Bankruptcy Proceeding"), which includes a breakdown of the following:

a.   summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

b.   a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

c.   a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.       Finally, attached hereto as **Exhibit C** are the itemized time records of Jones Walker professionals for the Litigation Matters and this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibit C also includes a summary of the services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

## NOTICE

4.　　Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) the creditors appointed to serve on the Tort Committee and the Official Committee of Unsecured Commercial Creditors, together with any counsel for the Tort Committee and the Official Committee of Unsecured Commercial Creditors; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

5.　　Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

6.　　To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New Orleans, Louisiana
       April 27, 2021

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:   mmintz@joneswalker.com
Email:  lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN
CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

{N4377652.1}

## EXHIBIT A

**1. JAMES DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.**
**FILE NUMBER: 174933-01**

### Compensation by Professional Person for the Hourly Services
### for the Period from February 1, 2021 through March 31, 2021

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 3.90 | 1,170.00 |
| Allison Kingsmill | Associate | 250.00 | 3.90 | 975.00 |
| Bonnie Boudreaux | Paralegal | 155.00 | 0.30 | 46.50 |
| Georgette M. Shahien | Paralegal | 155.00 | 0.30 | 46.50 |
| **Total** | | | **8.40** | **$2,238.00** |

### Compensation by Project Category for Hourly Services
### for the Period from February 1, 2021 through March 31, 2021

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| B110 | Case Administration | 4.20 | 1,216.50 |
| B190 | Other Contested Matters | 4.20 | 1,021.50 |
| | **TOTAL** | **8.40** | **$2,238.00** |

### Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E112 | Court Fees | 0.80 |
| | **TOTAL** | **$0.80** |

**TOTAL FEES AND COSTS: $2,238.80**

# EXHIBIT B

**EXHIBIT B**

**THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NUMBER: 176960-01**

**Compensation by Professional Person for the Hourly Services**
**for the Period from February 1, 2021 through March 31, 2021**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 101.10 | 30,330.00 |
| Elizabeth J Futrell | Partner | 490.00 | 206.20 | 101,038.00 |
| Joseph J Lowenthal | Partner | 300.00 | 24.20 | 7,260.00 |
| Jefferson R. Tillery | Partner | 300.00 | 39.50 | 11,850.00 |
| R. Patrick Vance | Partner | 490.00 | 140.30 | 68,747.00 |
| Wayne G. Zeringue, Jr | Partner | 300.00 | 63.10 | 18,930.00 |
| Jeffrey P. Good | Partner | 400.00 | 21.90 | 8,760.00 |
| Laura F. Ashley | Partner | 400.00 | 120.90 | 48,360.00 |
| Mark A. Mintz | Partner | 400.00 | 213.90 | 85,560.00 |
| Allison Kingsmill | Associate | 250.00 | 74.40 | 18,600.00 |
| Caroline V. McCaffrey | Associate | 250.00 | 149.90 | 37,475.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 314.90 | 78,725.00 |
| Bonnie Boudreaux | Partner | 170.00 | 8.60 | 1,462.00 |
| Georgette M. Shahien | Paralegal | 170.00 | 16.30 | 2,771.00 |
| **TOTAL** | | | **1,495.20** | **$519,868.00** |

## Compensation by Project Category for Hourly Services
## for the Period from February 1, 2021 through March 31, 2021

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Administration** | | |
| **B110** | Case Administration | 253.20 | 81,905.00 |
| **B160** | Fee/Employment Applications | 109.80 | 35,001.00 |
| **B170** | Fee/Employment Objections | 9.60 | 3,885.00 |
| **B190** | Other Contested Matters | 595.00 | 193,657.00 |
| | **Total Administration** | **967.60** | **314,448.00** |
| | | | |
| | **Operations** | | |
| **B210** | Business Operations | 11.50 | 5,395.00 |
| **B230** | Financing/Cash Collection | 0.20 | 98.00 |
| **B250** | Real Estate | 22.00 | 8,809.00 |
| | **Total Operations** | **33.70** | **14,302.00** |
| | | | |
| | **Claims And Plan** | | |
| **B310** | Claims/Admn/Objections | 205.20 | 66,324.00 |
| **B320** | Plan Disclosure Stmt | 220.80 | 103,512.00 |
| | **Total Claims And Plan** | **426.00** | **169,836.00** |
| | | | |
| | **Bankruptcy Related Advice** | | |
| **B410** | General Bankruptcy Advice | 66.10 | 20,400.00 |
| **B420** | Restructuring | 1.80 | 882.00 |
| | **Total Bankruptcy-Related Advice** | **67.90** | **21,282.00** |
| | | | |
| | **TOTALS** | **1,495.20** | **$519,868.00** |

## Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| **E101** | Copying | 28.80 |
| **E105** | Long Distance | 63.87 |
| **E106** | Computer Legal Research | 4,431.45 |
| **E112** | Court Fees | 1,108.25 |
| **E115** | Deposition Transcripts | 4,310.72 |
| **E116** | Trial Transcripts | 123.25 |
| **E118** | Litigation Support | 2,070.60 |
| | **Total** | **$12,136.94** |

**TOTAL FEES AND COSTS: $532,004.94**

{N4377652.1}

1237    48576

**JONES WALKER LLP**
Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF APRIL 21, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1071516
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

          RE:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
               INDEMNITY, INC., ET AL

               FILE NO. 174933-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 02/02/21 | EDW | B110 | A107 | COMMUNICATIONS WITH CO-COUNSEL REGARDING CALAMARI ABUSE CLAIMS. | .30 | 90.00 |
| 02/02/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM CO-COUNSEL WITH INFORMATION ON CALAMARI. | .10 | 30.00 |
| 02/02/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM CO-COUNSEL REGARDING CALAMARI ISSUES. | .20 | 60.00 |
| 02/02/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM CO-COUNSEL REGARDING CALAMARI SUIT AND STATUS. | .10 | 30.00 |
| 02/02/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM COUNSEL FOR CALAMARI REGARDING STATUS OF DEPOSITIONS. | .10 | 30.00 |
| 02/02/21 | EDW | B110 | A104 | REVIEWED CALAMARI DOCUMENTS AND ISSUES REGARDING ABUSE CLAIMS. | 1.50 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    2
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01


02/03/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL          .10         30.00
                             FROM CO-COUNSEL REGARDING
                             CALAMARI ISSUES.

02/03/21 EDW    B110  A109   PREPARING FOR AND ATTENDED           1.50        450.00
                             TELEPHONE CONFERENCE WITH
                             CO-COUNSEL REGARDING CALAMARI
                             ISSUES AND DEPOSITION ISSUES.

02/03/21 AK     B190  A104   ANALYZED PETITION TO PREPARE          .20         50.00
                             FOR DEPOSITION OF PAUL
                             CALAMARI.

02/03/21 AK     B190  A104   ANALYZED DOCUMENTS TO PREPARE        1.80        450.00
                             FOR DEPOSITION OF PAUL
                             CALAMARI.

02/03/21 AK     B190  A105   WORKED WITH MR. WEGMANN TO           1.90        475.00
                             PREPARE FOR DEPOSITION OF
                             PAUL CALAMARI.

02/08/21 BB     B110  A110   PREPARE ADDITIONAL CLIENT             .30         46.50
                             DOCUMENTS FOR REVIEW IN
                             RELATIVITY DATABASE.

02/09/21 GMS    B190  A110   UPDATE CASEMAP DATABASE WITH          .20         31.00
                             DOCUMENT FORWARDED BY INSURER
                             COUNSEL.

02/09/21 GMS    B190  A105   COMMUNICATIONS WITH MS.               .10         15.50
                             KINGSMILL CONCERNING
                             DOCUMENTS RECEIVED FROM
                             INSURER COUNSEL.

                                               --------    -----------
                             TOTALS               8.40      $2,238.00
                                               ========    ===========

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    3
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01


|                                      | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|--------------------------------------|-------|-----------|--------|-----------|
| TASK CODE SUMMARY                    | HOURS | FEES      | HOURS  | FEES      |
| **ADMINISTRATION**                   |       |           |        |           |
| B110    CASE ADMINISTRATION          | 4.20  | 1,216.50  | 75.00  | 20,829.50 |
| B190    OTHER CONTESTED MATTERS      | 4.20  | 1,021.50  | 112.30 | 29,849.50 |
|    TOTAL ADMINISTRATION              | 8.40  | 2,238.00  | 187.30 | 50,679.00 |
| **CLAIMS AND PLAN**                  |       |           |        |           |
| B310    CLAIMS/ADMN/OBJECTIONS       | .00   | .00       | .50    | 150.00    |
|    TOTAL CLAIMS AND PLAN             | .00   | .00       | .50    | 150.00    |
| **BANKRUPTCY-RELATED ADVICE**        |       |           |        |           |
| B410    GENERAL BANKRUPTCY ADVI      | .00   | .00       | 55.60  | 16,680.00 |
|    TOTAL BANKRUPTCY-RELATED ADVI     | .00   | .00       | 55.60  | 16,680.00 |
|         TOTALS                       | 8.40  | 2,238.00  | 243.40 | 67,509.00 |

Case 20-10846 Doc 4883-7 Filed 07/22/21 Entered 07/22/21 09:18:23 Exhibit Direxion
Walkers Sixth Monthly Fee Statement Page 41 of 465 Page 14 of 228

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    4
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| EDWARD D WEGMANN | 300.00 | 3.90 | 1,170.00 | 50.00 | 15,000.00 |
| JOSEPH J LOWENTHAL | .00 | .00 | .00 | 6.60 | 1,980.00 |
| R PATRICK VANCE | .00 | .00 | .00 | 7.50 | 2,250.00 |
| WAYNE G. ZERINGUE,JR | .00 | .00 | .00 | 55.60 | 16,680.00 |
| ALLISON KINGSMILL | 250.00 | 3.90 | 975.00 | 15.30 | 3,825.00 |
| SAMANTHA A. OPPENHEIM | .00 | .00 | .00 | 72.30 | 18,075.00 |
| MADELEINE FISCHER | .00 | .00 | .00 | 28.00 | 8,400.00 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | .30 | 90.00 |
| BONNIE BOUDREAUX | 155.00 | .30 | 46.50 | .30 | 46.50 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | .60 | 93.00 |
| GEORGETTE M. SHAHIEN | 155.00 | .30 | 46.50 | .30 | 46.50 |
| SCOTT M. SIGL | .00 | .00 | .00 | 6.60 | 1,023.00 |
| TOTALS | | 8.40 | 2,238.00 | 243.40 | 67,509.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01


COSTS INCURRED:


02/12/21 COURT RECORD FEES /PACER JANUARY 2021                    0.80

                              TOTAL COSTS:                            $0.80

                   COST SUMMARY

   E112   COURT FEES                          0.80
                                    --------------
          TOTAL DISBURSEMENTS                $0.80

                         TOTAL FEES AND COSTS:    $2,238.80

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   6
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS
            INDEMNITY, INC., ET AL


            * * *   R E M I T T A N C E   C O P Y   * * *


                        TOTAL FEES:                      $2,238.00

                        TOTAL COSTS:                         $0.80

                        LESS CREDITS:                        $0.00
                                                     ------------
                        TOTAL CURRENT FEES AND COSTS DUE  $2,238.80

                            TOTAL PRIOR INVOICES DUE:        $0.00
                                                     -----------


                        TOTAL AMOUNT DUE:                $2,238.80
                                                     ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        **JONES WALKER LLP**
                  **201 St. Charles Ave. - 50th Floor**
                  **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                        Iberia Bank
                        New Orleans, Louisiana
                        ABA Number:  265270413
                        Account Number:  20000247731
                        Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    7
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                   BATON ROUGE, LA (225)248-2000
                   BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                   LAFAYETTE, LA (337)593-7600
                     MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                    PHOENIX, AZ (602)366-7889
                   TALLAHASSEE, FL (850)425-7800
           WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ***********************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    8
APRIL 21, 2021
INVOICE NO.: 1071516
FILE NUMBER: 174933-01


FILE NAME:  POST-PETITION - JAMES DOE V ARCHDIOCESE OF NEW ORLEANS



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *   A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                      $2,238.00

                    TOTAL COSTS:                         $0.80

                    LESS CREDITS:                        $0.00
                                                    ------------
               TOTAL CURRENT FEES AND COSTS DUE      $2,238.80

                 TOTAL PRIOR INVOICES DUE:              $0.00
                                                    -----------


                    TOTAL AMOUNT DUE:               $2,238.80
                                                    ==========

1237     48576

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF APRIL 26, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1072267
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125

RE:  POST-PETITION REORGANIZATION ADVICES

FILE NO. 176960-01

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 01/26/21 | EJF | B320 | A104 | REVIEW VALUATION AND ESTIMATE ISSUES RE PLAN. | 3.40 | 1,666.00 |
| 01/28/21 | EJF | B310 | A104 | REVIEW DRAFT OF SUPPLEMENTAL FINANCIAL INFORMATION. | .80 | 392.00 |
| 01/28/21 | EJF | B210 | A106 | CONFERENCE CALL RE SUPPLEMENTAL FINANCIAL INFORMATION. | .50 | 245.00 |
| 01/28/21 | EJF | B210 | A106 | EMAILS RE SUPPLEMENTAL FINANCIAL INFORMATION. | .10 | 49.00 |
| 01/28/21 | EJF | B320 | A103 | DRAFT AND REVISE MEMO REGARDING SUPPLEMENTAL FINANCIAL INFORMATION. | 2.80 | 1,372.00 |
| 01/29/21 | EJF | B320 | A104 | REVIEW AND ANALYZE INJUNCTION AND SETTLEMENT RELATED ISSUES. | 4.10 | 2,009.00 |
| 02/01/21 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING INSURANCE ISSUES AND ABUSE CLAIMS WITH MR. MURRAY. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    2
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

02/01/21 EDW    B110  A104   REVIEWED ISSUES REGARDING           .20        60.00
                            MOTION FOR VIOLATION OF STAY
                            REGARDING CHARBONNET.

02/01/21 EDW    B110  A107   TELEPHONE CALL TO COUNSEL FOR       .10        30.00
                            FR. ASARE REGARDING HANDLING
                            OF CLAIM.

02/01/21 EDW    B110  A104   REVIEWED UPDATES REGARDING          .10        30.00
                            FEE APPLICATIONS BY JONES
                            WALKER, BLANK ROME AND CRI.

02/01/21 EDW    B110  A107   TELEPHONE CALL FROM                 .10        30.00
                            CO-COUNSEL REGARDING CALAMARI
                            AND HECKER ISSUES.

02/01/21 EDW    B110  A104   TELEPHONE CALL FROM COUNSEL         .10        30.00
                            FOR FR. ASARE REGARDING
                            HANDLING OF NEW CLAIM.

02/01/21 EDW    B110  A106   E-MAIL TO CLIENT REGARDING          .10        30.00
                            NEW CLAIM AND HANDLING.

02/01/21 EDW    B110  A109   ATTENDED STRATEGY MEETING         1.30       390.00
                            REGARDING CASE STATUS AND
                            ISSUES.

02/01/21 EDW    B110  A106   TELEPHONE CALL FROM CLIENT          .10        30.00
                            REGARDING ABUSE CLAIMS REVIEW.

02/01/21 EDW    B110  A104   REVIEWED PRELIMINARY SCHEDULE       .80       240.00
                            OF ABUSE CLAIMS.

02/01/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10        30.00
                            FROM CO-COUNSEL REGARDING JW
                            DOE AND JAMES DOE ISSUES.

02/01/21 EDW    B110  A104   REVIEWED COMMITTEE'S REVISED      1.30       390.00
                            DOCUMENT REQUESTS AND STATUS
                            REGARDING RESPONSE.

02/01/21 EJF    B250  A105   MEMOS WITH MR. MINTZ RE             .10        49.00
                            PROPERTY ISSUES.

02/01/21 EJF    B230  A105   CONFERENCE WITH MS. ASHLEY          .20        98.00
                            REGARDING CREDIT ISSUES (.1);
                            REVIEW MEMOS RE SAME (.1);

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     3
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 02/01/21 EJF | B420 | A105 | ATTEND MEETING REGARDING MEDIATION AND PLAN PROCESS. | .80 | 392.00 |
| 02/01/21 EJF | B320 | A104 | REVIEW CHANNELING INJUNCTION LANGUAGE AND PROVISIONS. | 1.50 | 735.00 |
| 02/01/21 JJL | B190 | A109 | PREPARE FOR AND ATTEND STRATEGY MEETING. | 1.30 | 390.00 |
| 02/01/21 JRT | B190 | A109 | ATTEND STRATEGY MEETING WITH TEAM. | 1.00 | 300.00 |
| 02/01/21 RPV | B310 | A105 | EMAILS FROM (0.20) AND OFFICE CONFERENCE MR. MINTZ REGARDING CLAIMS ISSUES (0.30). | .50 | 245.00 |
| 02/01/21 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL AND MR. MINTZ REGARDING MEDIATION ISSUES. | .50 | 245.00 |
| 02/01/21 RPV | B190 | A104 | WORKED ON MEDIATION ISSUES (0. 40) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .70 | 343.00 |
| 02/01/21 RPV | B190 | A105 | WORKED ON PROTECTIVE ORDER ISSUES (0.30) AND OFFICE CONFERENCE WITH MR. WEGMANN REGARDING SAME (0.2). | .50 | 245.00 |
| 02/01/21 RPV | B190 | A105 | WORKED ON DOCUMENT PRODUCTION ISSUES (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .40 | 196.00 |
| 02/01/21 RPV | B310 | A104 | REVIEWED CLAIMS. | 1.00 | 490.00 |
| 02/01/21 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CREDIT CARD MOTION, STAY VIOLATION MOTION, PROOF OF CLAIM REVIEW AND RELATED MATTERS. | .60 | 294.00 |
| 02/01/21 WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH JW BANKRUPTCY TEAM. | 1.00 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE     4
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/01/21 WGZ | B410 | A106 | EMAILS WITH CLIENT AND WITH STATE COURT LITIGATION TEAM REGARDING SUIT AGAINST FR. ASARE. | .50 | 150.00 |

| 02/01/21 WGZ | B410 | A106 | PARTICIPATE IN ZOOM CONFERENCE WITH CLIENT AND BANKRUPTCY TEAM REGARDING DISCOVERY ISSUES. | 1.00 | 300.00 |

| 02/01/21 WGZ | B410 | A107 | EMAILS WITH BANKRUPTCY TEAM, OUTSIDE COUNSEL AND CLIENT REGARDING INSURANCE ISSUES AND STRATEGY. | .40 | 120.00 |

| 02/01/21 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING STRATEGY REGARDING SUIT AGAINST FR. ASARE. | .40 | 120.00 |

| 02/01/21 WGZ | B410 | A104 | REVIEW SEVERAL EMAILS REGARDING DISCOVERY REQUESTED BY ARCHDIOCESE BY COMMITTEE. | .60 | 180.00 |

| 02/01/21 WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING. | .40 | 120.00 |

| 02/01/21 LFA | B110 | A105 | CORRESPONDENCE WITH MR. MINTZ REGARDING WEEKLY SCHEDULE (.2); MEETING WITH MR. MINTZ TO DISCUSS UPCOMING AND PENDING MOTIONS AND STRATEGY REGARDING SAME (1.0). | 1.20 | 480.00 |

| 02/01/21 LFA | B110 | A103 | CORRESPONDENCES WITH MR. MINTZ AND CLIENT REGARDING CREDIT CARD MOTION (.5); DRAFTED CREDIT CARD MOTION (2.5). | 3.00 | 1,200.00 |

| 02/01/21 MAM | B190 | A101 | WORK ON AND PREPARE FOR WEEKLY STRATEGY MEETING. (1.8) PREPARE FOR DISCOVERY CALL.(1.7) REVISE AND EDIT MOTION FOR SANCTIONS. (1.8) CONFERENCE WITH MS. OPPENHEIM REGARDING THE SAME. (0.6) REVISE AND EDIT FINANCIAL REPORTING. (2.3) CONFERENCE WITH MS. FUTRELL REGARDING THE SAME.(0.9) | 9.10 | 3,640.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/01/21 AK     B110   A104   ANALYZED FINANCIAL DOCUMENTS          .60         150.00
                              PRODUCED TO COMMITTEE IN
                              ORDER TO PREPARE RESPONSES
                              AND OBJECTIONS.

02/01/21 AK     B310   A103   PREPARED MEMO TO MR. MINTZ           2.20         550.00
                              REGARDING PENDING DISCOVERY.

02/01/21 CVM    B190   A103   ASSISTED MS. KINGSMILL IN            .60         150.00
                              COMPILING LIST OF DOCUMENTS
                              RE 2004 DISCOVERY.

02/01/21 CVM    B190   A103   PREPARED TO DRAFT MOTION FOR        3.80         950.00
                              AUTHORITY TO OBTAIN AND INCUR
                              SECURED CREDIT CARD DEBT.

02/01/21 CVM    B190   A103   DRAFTED ARGUMENT SECTION OF         2.40         600.00
                              MOTION FOR AUTHORITY TO
                              OBTAIN AND INCUR SECURED
                              CREDIT CARD DEBT.

02/01/21 SAO    B190   A105   CALL WITH MS. KINGSMILL             .10          25.00
                              REGARDING REMOVAL OF NEW A.A.
                              DOE LAWSUIT.

02/01/21 SAO    B190   A103   REVIEW AND REVISE REMOVAL           .60         150.00
                              PLEADINGS FOR A.A. DOE.

02/01/21 SAO    B190   A103   DRAFT NOTICE OF HEARING RE:         .10          25.00
                              STAY VIOLATION MOTION.

02/01/21 SAO    B190   A103   REVIEW AND REVISE FIRST DRAFT      2.80         700.00
                              OF STAY VIOLATION MOTION
                              AGAINST A.A. DOE'S ATTORNEYS
                              (1.6); REVISE THE SAME PER
                              MR. MINTZ'S COMMENTS TO
                              INCLUDE RULE 2019 ARGUMENT
                              (1.2).

02/01/21 SAO    B190   A105   CALL WITH MR. MINTZ REGARDING       .60         150.00
                              ADDING RULE 2019 ARGUMENT TO
                              STAY VIOLATION MOTION AGAINST
                              A.A. DOE'S ATTORNEYS (0.1);
                              EMAIL CORRESPONDENCES WITH
                              MR. MINTZ REGARDING THE SAME
                              (0.5).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    6
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/01/21 SAO   B210  A105   CALLS WITH MS. MCCAFFREY           .20       50.00
                           REGARDING POST-PETITION
                           FINANCING MOTION.

02/01/21 SAO   B320  A104   REVIEW SECONDARY AUTHORITY        1.20      300.00
                           RE: RESOLUTION OF SEXUAL
                           ABUSE CLAIMS IN CHAPTER 11
                           BANKRUPTCIES TO ASSIST WITH
                           PLAN ISSUES.

02/02/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL       .10       30.00
                           FROM CLIENT REGARDING ABUSE
                           CLAIMS.

02/02/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL       .10       30.00
                           FROM CLIENT REGARDING MOTION
                           FOR VIOLATION OF STAY AGAINST
                           CHARBONNET.

02/02/21 EDW   B110  A104   REVIEWED COMMUNICATIONS            .20       60.00
                           REGARDING TELEPHONE
                           CONFERENCE WITH MR. MURRAY.

02/02/21 EDW   B110  A104   REVIEWED REVISIONS TO MOTION       .20       60.00
                           FOR VIOLATION OF STAY
                           REGARDING CHARBONNET.

02/02/21 EDW   B110  A104   RECEIVED AND REVIEWED             .30       90.00
                           COMMITTEE'S MOTION TO AMEND
                           BAR DATE.

02/02/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL       .10       30.00
                           FROM CLIENT REGARDING BAR
                           DATE MOTION.

02/02/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL       .10       30.00
                           FROM CLIENT REGARDING BAR
                           DATE ISSUES.

02/02/21 EDW   B110  A104   RECEIVED AND REVIEWED REMOVAL      .10       30.00
                           PLEADINGS FILED IN AA DOE
                           CASE (CDC NO., 21-803)

02/02/21 EJF   B320  A103   DRAFT AND REVISE MEMO RE PLAN     1.50      735.00
                           RELATED ISSUES.

02/02/21 EJF   B320  A105   CONFERENCE WITH MR. VANCE RE       .60      294.00
                           PLAN RELATED ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    7
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/02/21 EJF   B320  A105   REVIEW MEMO FROM MR. MINTZ RE        .40        196.00
                           PLAN RELATED ISSUES (.3);
                           MEMO TO MR. MINTZ RE SAME
                           (.1);

02/02/21 EJF   B210  A106   CONFERENCE CALL WITH CLIENT          .40        196.00
                           REGARDING FINANCIAL
                           INFORMATION ISSUES.

02/02/21 EJF   B210  A104   REVIEW AND COMMENT ON DRAFT         1.10        539.00
                           OF INFORMATION.

02/02/21 EJF   B210  A105   CONFERENCE CALL AND REVIEW          .00           .00
                           EMAILS RE CREDIT CARD ISSUES
                           (NO CHARGE) (.7);

02/02/21 RPV   B310  A105   REVIEWED EMAILS TO AND FROM        1.00        490.00
                           MS. FUTRELL (0.40) AND OFFICE
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING CLAIM ISSUES (0.60).

02/02/21 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT         .50        245.00
                           OF STAY VIOLATION MOTION
                           (0.20) AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           (0.30).

02/02/21 RPV   B190  A105   CONFERENCE WITH MR. MINTZ           .50        245.00
                           REGARDING COMMUNICATIONS WITH
                           UCC REGARDING CREDIT CARD
                           MOTION, STAY VIOLATION MOTION
                           AND MEDIATION ISSUES.

02/02/21 RPV   B160  A106   TELEPHONE CONVERSATION WITH         .30        147.00
                           CLIENT REGARDING FEE
                           APPLICATIONS.

02/02/21 RPV   B160  A105   TELEPHONE CONVERSATION WITH         .30        147.00
                           MR. MINTZ REGARDING FEE
                           APPLICATION ISSUES RAISED BY
                           CLIENT.

02/02/21 RPV   B110  A104   RECEIVED AND REVIEWED MOTION        .20         98.00
                           FOR AUTHORITY TO OBTAIN AND
                           USE POST-PETITION SECURED
                           CREDIT CARD ACCOUNT (0.10)
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME
                           (0.10).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE    8
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/02/21 RPV    B190  A104   RECEIVED AND REVIEWED MOTION          .10        49.00
                             FOR STATUS CONFERENCE IN THE
                             L.M. V. CHRISTOPHER HOMES,
                             INC., ET AL MATTER.

02/02/21 RPV    B190  A107   EMAILS FROM MR. DESHAZO               .10        49.00
                             REGARDING MOTION FOR STATUS
                             CONFERENCE IN THE L.M. V.
                             CHRISTOPHER HOMES, INC., ET
                             AL MATTER.

02/02/21 RPV    B110  A104   REVIEWED PARISH PROPERTIES            .60       294.00
                             SPREADSHEET (0.40) AND OFFICE
                             CONFERENCE WITH MS. FUTRELL
                             REGARDING SAME (0.20).

02/02/21 WGZ    B410  A104   ANALYSIS AND CONSIDERATION OF         .30        90.00
                             DRAFT OF MOTION FOR STAY IN
                             ASARE CASE.

02/02/21 WGZ    B410  A106   EMAILS AND TELEPHONE CALLS            .50       150.00
                             WITH CLIENT REGARDING DRAFT
                             OF MOTION FOR STAY IN ASARE
                             CASE.

02/02/21 WGZ    B410  A104   ANALYSIS OF TRANSCRIPT OF             .20        60.00
                             PROCEEDINGS BEFORE JUDGE
                             NORTH.

02/02/21 WGZ    B410  A104   ANALYSIS OF COMMITTEE'S               .90       270.00
                             MOTION TO AMEND BAR DATE AND
                             EXHIBITS.

02/02/21 WGZ    B410  A104   STRATEGY REGARDING                    .60       180.00
                             COMMITTEE'S MOTION TO AMEND
                             BAR DATE AND EXHIBITS.

02/02/21 WGZ    B410  A106   EMAILS WITH CLIENT AND TEAM           .40       120.00
                             REGARDING COMMITTEE'S MOTION
                             TO AMEND BAR DATE AND
                             EXHIBITS.

02/02/21 WGZ    B410  A106   TELEPHONE CONFERENCE WITH             .30        90.00
                             CLIENT REGARDING BAR DATE
                             MOTION.

02/02/21 WGZ    B410  A106   EMAIL FROM CLIENT REGARDING           .20        60.00
                             PROOFS OF CLAIMS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   9
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Tmkpr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/02/21 | WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO PROOFS OF CLAIMS. | .70 | 210.00 |
| 02/02/21 | LFA | B110 | A103 | CORRESPONDENCES WITH MS. MCCAFFREY, MR. MINTZ, THE BANK AND THE CLIENT REGARDING CREDIT CARD MOTION (2.0); REVISED CREDIT CARD MOTION (4.5); REVIEWED MOTION TO AMEND BAR DATE (.5); CALL WITH MR. MINTZ TO DISCUSS STRATEGY FOR OPPOSING SAME (.4). | 7.40 | 2,960.00 |
| 02/02/21 | MAM | B190 | A101 | WORK ON RESPONSES TO VARIOUS MOTIONS. (2.5) WORK ON FINALIZING CREDIT CARD MOTION. (0.4) CONFERENCE WITH COMMITTEE REGARDING THE SAME.(0.6)  WORK ON THE SAME. (0.6)  WORK ON SANCTIONS MOTION. (0.9)  RECEIPT AND REVIEW OF MOTION FOR BAR DATE. (1.0)  CONFERENCES REGARDING THE SAME.(0.6) FINALIZE AND FILE MOTIONS. (0.5) | 7.10 | 2,840.00 |
| 02/02/21 | AK | B310 | A104 | ANALYZED PETITIONS TO PREPARE CHRONOLOGY OF CLAIMS. | 1.60 | 400.00 |
| 02/02/21 | AK | B190 | A104 | WORKED WITH MS. OPPENHEIM ON REMOVAL PLEADINGS. | .20 | 50.00 |
| 02/02/21 | AK | B310 | A103 | RESEARCHED DIOCESE BANKRUPTCY CASES REGARDING DISCOVERY ORDERS. | 1.70 | 425.00 |
| 02/02/21 | AK | B190 | A104 | ANALYZED REMOVAL PLEADINGS IN ORDER TO PREPARE FOR FILING. | .60 | 150.00 |
| 02/02/21 | CVM | B190 | A103 | DRAFTED MOTION FOR AUTHORITY TO OBTAIN AND USE SECURED CREDIT CARD ACCOUNT (4.00); REVIEWED CREDIT CARD AGREEMENTS REGARDING SAME (1.50); COMMUNICATED TO MS. ASHLEY FOR REVIEW (0.20); AND REVISED MOTION FOR AUTHORITY TO OBTAIN AND USE SECURED | 9.00 | 2,250.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                              CREDIT CARD ACCOUNT (3.30).

02/02/21 CVM    B190   A103   FINALIZED MOTION FOR                 .60        150.00
                              AUTHORITY TO OBTAIN AND USE
                              SECURED CREDIT CARD ACCOUNT.

02/02/21 SAO    B190   A106   EMAIL CORRESPONDENCES WITH          1.30        325.00
                              THE CLIENT REGARDING THE
                              DEPOSITION OF JAMES ADAMS.

02/02/21 SAO    B190   A103   REVISE STAY VIOLATION MOTION        2.70        675.00
                              AGAINST A.A. DOE'S ATTORNEYS
                              PER COMMENTS FROM THE CLIENT.

02/02/21 SAO    B190   A111   FINALIZE REMOVAL PLEADINGS          2.70        675.00
                              FOR A.A. DOE LAWSUIT (0.4);
                              FILE THE SAME IN EDLA AND
                              CIVIL DISTRICT COURT (1.2);
                              COORDINATE SERVICE OF THE
                              SAME BY U.S. MAIL AND EMAIL
                              (1.1).

02/02/21 SAO    B190   A105   CALL WITH MR. MINTZ TO              .30          75.00
                              DISCUSS FINAL EDITS TO STAY
                              VIOLATION MOTION AGAINST A.A.
                              DOE'S ATTORNEYS (0.1); EMAIL
                              CORRESPONDENCES WITH MR.
                              MINTZ REGARDING THE SAME
                              (0.2).

02/02/21 SAO    B190   A103   FINALIZE STAY VIOLATION           1.20         300.00
                              MOTION AGAINST A.A. DOE'S
                              ATTORNEYS (0.4); FILE MOTION,
                              EXHIBITS, AND NOTICE OF
                              HEARING (0.5); COORDINATE
                              SERVICE OF THE SAME (0.3).

02/02/21 SAO    B210   A105   EMAIL CORRESPONDENCES WITH         .30          75.00
                              MS. ASHLEY REGARDING TITLES
                              OF ARCHDIOCESE OFFICIALS TO
                              BE USED IN CREDIT CARD
                              ACCOUNT MOTION (0.2); CALL
                              WITH MS. ASHLEY REGARDING THE
                              SAME (0.1).

02/02/21 SAO    B110   A102   RESEARCH REGARDING EXTENSION      1.40         350.00
                              OF MOTION RESPONSE DEADLINES
                              ON THE BASIS OF LEGAL
                              HOLIDAYS (1.2); CALLS WITH
                              MR. MINTZ REGARDING THE SAME

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  11
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                              (0.2).

| Date | Atty | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 02/03/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT ON MOTION TO AMEND BAR DATE. | .10 | 30.00 |
| 02/03/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING ABUSE CLAIMS. | .50 | 150.00 |
| 02/03/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. MURRAY REGARDING ABUSE CLAIMS ANALYSIS. | .20 | 60.00 |
| 02/03/21 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. MURRAY REGARDING ABUSE CLAIMS ANALYSIS AND ISSUES REGARDING MEDIATION. | .80 | 240.00 |
| 02/03/21 | EJF | B210 | A105 | EMAILS REGARDING BUSINESS OPERATIONS ISSUES; | .30 | 147.00 |
| 02/03/21 | EJF | B320 | A106 | DRAFT AND REVISE EMAIL TO CLIENT REGARDING PLAN RELATED ISSUES; | .80 | 392.00 |
| 02/03/21 | EJF | B320 | A106 | DRAFT AND REVISE EMAIL TO CLIENT REGARDING PLAN RELATED ISSUES; | .80 | 392.00 |
| 02/03/21 | EJF | B320 | A103 | DRAFT MEMO ON PLAN RELATED ISSUES. | 3.10 | 1,519.00 |
| 02/03/21 | EJF | B210 | A103 | REVIEW AND REVISE NARRATIVE RELATED TO FINANCIAL INFORMATION. | .80 | 392.00 |
| 02/03/21 | EJF | B210 | A106 | EMAILS WITH CLIENT REGARDING THE SAME (.3); CONFERENCE CALLS WITH CLIENT RE SAME (.3); | .60 | 294.00 |
| 02/03/21 | JJL | B190 | A104 | WORK ON MEDIATION ISSUES. | 1.60 | 480.00 |
| 02/03/21 | RPV | B310 | A105 | EMAILS FROM MR. MINTZ REGARDING INSURANCE ISSUES. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  12
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/03/21 RPV   B320  A104   EMAILS FROM AND OFFICE              .50        245.00
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING CONFIRMATION ORDER
                           AND REGARDING POSTING OF
                           FINANCIALS.

02/03/21 RPV   B310  A105   EMAIL FROM AND OFFICE               .70        343.00
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING CLAIM ISSUES.

02/03/21 RPV   B190  A105   EMAILS FROM MR. MINTZ (0.20)        .50        245.00
                           AND OFFICE CONFERENCE WITH
                           REGARDING MOTION TO AMEND BAR
                           DATE ORDER (0.30).

02/03/21 RPV   B190  A106   EMAIL FROM CLIENT REGARDING         .10         49.00
                           MOTION TO AMEND BAR DATE
                           ORDER.

02/03/21 RPV   B310  A106   OFFICE CONFERENCE WITH CLIENT      1.50        735.00
                           AND COUNSEL REGARDING
                           MEDIATION PREPARATION AND
                           CLAIM REVIEW ISSUES (0.50)
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME
                           (1.00).

02/03/21 WGZ   B410  A106   TELEPHONE CONFERENCE AND           .70        210.00
                           EMAILS WITH CLIENT REGARDING
                           STRATEGY REGARDING
                           COMMITTEE'S MOTION TO AMEND
                           BAR DATE.

02/03/21 WGZ   B410  A101   PREPARE FOR INSURANCE              .30         90.00
                           STRATEGY MEETING.

02/03/21 WGZ   B410  A109   ATTEND MEETING REGARDING          1.10        330.00
                           INSURANCE STRATEGY WITH
                           CLIENT AND BANKRUPTCY TEAM
                           AND OUTSIDE COUNSEL.

02/03/21 WGZ   B410  A106   TELEPHONE CONFERENCE WITH          .40        120.00
                           CLIENT REGARDING INSURANCE
                           ISSUES AND MEDIATION.

02/03/21 LFA   B110  A108   CORRESPONDENCES WITH CLIENT       1.30        520.00
                           AND MR. MINTZ REGARDING
                           MOTION TO AMEND BAR DATE
                           ORDER (.4); WITH MS,
                           MCCAFFREY REGARDING

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   13
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | DECLARATION TO CREDIT CARD MOTION (.5); WITH CLIENT REGARDING BLANK ROME (.4). |  |  |
| 02/03/21 LFA | B110 | A104 | REVIEWED DEBTOR VEHICLE PROGRAM (.9); CORRESPONDED WITH MR. MINTZ REGARDING FINDINGS ON SAME (.5). | 1.40 | 560.00 |
| 02/03/21 MAM | B190 | A101 | PLAN FOR (1.5) AND ATTEND MEETING WITH MR. MURRAY REGARDING CLAIMS ANALYSIS AND MEDIATION (1.0). | 2.50 | 1,000.00 |
| 02/03/21 CVM | B190 | A103 | DRAFTED DECLARATION OF FR. PATRICK R. CARR FOR THE MOTION FOR AUTHORITY TO OBTAIN AND USE POST-PETITION SECURED CREDIT CARD ACCOUNT (3.80) AND COMMUNICATIONS RE SAME (0.20) | 4.00 | 1,000.00 |
| 02/03/21 CVM | B190 | A102 | CONDUCTED RESEARCH RE THE TRANSFER OF TITLE TO COMPANY VEHICLES IN THE ORDINARY COURSE OF BUSINESS. | .30 | 75.00 |
| 02/03/21 SAO | B310 | A104 | REVIEW THE COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | .30 | 75.00 |
| 02/03/21 SAO | B310 | A106 | EMAIL CORRESPONDENCES FROM THE CLIENT REGARDING THE COMMITTEE'S MOTION TO SUPPLEMENT THE BAR DATE ORDER. | .20 | 50.00 |
| 02/03/21 SAO | B210 | A104 | REVIEW CREDIT CARD ACCOUNT MOTION. | .30 | 75.00 |
| 02/03/21 SAO | B190 | A105 | EMAIL CORRESPONDENCE WITH MR. MINTZ REGARDING STATUS OF A.A. DOE REMOVAL. | .10 | 25.00 |
| 02/03/21 SAO | B310 | A103 | BEGIN OUTLINING OPPOSITION TO THE COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | 2.10 | 525.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   14
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/03/21 | SAO | B310 | A104 | REVIEW TRANSCRIPT OF SEPTEMBER 17, 2020 HEARING TO ASSIST WITH OPPOSING THE COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | 1.40 | 350.00 |
| 02/03/21 | SAO | B310 | A102 | RESEARCH TO DETERMINE WHETHER THE BAR DATE ORDERS CITED IN THE COMMITTEES MOTION TO SUPPLEMENT WERE BASED ON JUDICIAL FINDINGS OR THE PRODUCT OF NEGOTIATIONS. | 1.20 | 300.00 |
| 02/04/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING COMMMITTEE'S DOCUMENT REQUESTS. | .10 | 30.00 |
| 02/04/21 | EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING DISCOVERY ISSUES AND PREPARING FOR MEDIATION. | .20 | 60.00 |
| 02/04/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING ABUSE CLAIMS AND DOCUMENTS TO BE REVIEWED. | 1.30 | 390.00 |
| 02/04/21 | EJF | B320 | A104 | REVIEW ISSUES RELATED TO VOTING AND CONSENT; | 2.80 | 1,372.00 |
| 02/04/21 | EJF | B320 | A104 | DRAFT VOTING PROCEDURES PLEADINGS. | 3.10 | 1,519.00 |
| 02/04/21 | JJL | B190 | A106 | TELEPHONE CALL FROM SUSAN ZERINGUE REGARDING STRATEGY. | .30 | 90.00 |
| 02/04/21 | JJL | B190 | A104 | RECEIVED AND REVIEWED ORDER STAYING DOE V. HOLY SEE CASE. | .10 | 30.00 |
| 02/04/21 | RPV | B310 | A104 | EMAIL FROM MR, TILLERY REGARDING CLAIM ISSUES. | .20 | 98.00 |
| 02/04/21 | RPV | B210 | A104 | RECEIVED AND REVIEWED INSURANCE COVERAGE CHART. | .20 | 98.00 |
| 02/04/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING SERVICE OF PETITION IN AA DOE (ASCARE) SUIT. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE  15
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 02/04/21 WGZ | B410 | A105 | EMAILS FROM L. FUTRELL REGARDING MEDIATION AND REORGANIZATION PLAN. | .20 | 60.00 |
| 02/04/21 WGZ | B410 | A105 | DRAFT EMAIL TO L. FUTRELL REGARDING CLAIMS PRESENTED IN STATE COURT PROCEEDINGS. | .80 | 240.00 |
| 02/04/21 LFA | B160 | A103 | REVIEWED PROFORMAS TO ASSIST WITH DRAFTING FEE STATEMENTS (1.5); CALL WITH CLIENT TO DISCUSS CRI FEE STATEMENT ISSUE (.5). | 2.00 | 800.00 |
| 02/04/21 CVM | B190 | A102 | CONDUCTED RESEARCH ON WHETHER TRANSFER OF NON OPERATIONAL CAR IN ORDINARY COURSE OF BUSINESS IS PERMITTED UNDER 28 U.S.C. 959(B). | 1.00 | 250.00 |
| 02/04/21 SAO | B190 | A103 | PREPARE NOTICE OF COMPLIANCE FOR NEW A.A. DOE REMOVED CASE. | 1.60 | 400.00 |
| 02/04/21 SAO | B310 | A102 | RESEARCH STANDARD FOR AMENDING AN EXISTING CLAIMS BAR DATE ORDER. | .80 | 200.00 |
| 02/04/21 SAO | B190 | A104 | REVIEW ORDER AND REASONS GRANTING PLAINTIFFS' MOTION TO STAY. | .10 | 25.00 |
| 02/04/21 SAO | B190 | A106 | EMAIL CORRESPONDENCES FROM THE CLIENT REGARDING THE ARCHDIOCESE BEING SERVED WITH A.A. DOE'S PETITION FOR DAMAGES. | .20 | 50.00 |
| 02/05/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CLASSIFICATION OF ABUSE CLAIMS. | .50 | 150.00 |
| 02/05/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING REVIEW OF ABUSE CLAIMS. | .10 | 30.00 |
| 02/05/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS AND ISSUES REGARDING DOCUMENT PRODUCTION AND COMMITTEE REQUESTS. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   16
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/05/21 EJF | B320 | A103 | CONTINUE WORK ON PLAN AND DISCLOSURE STATEMENT; | 3.30 | 1,617.00 |
|---|---|---|---|---|---|
| 02/05/21 JJL | B190 | A106 | READ CORRESPONDENCE FROM SUSAN ZERINGUE REGARDING MEDIATION ISSUE. | .20 | 60.00 |
| 02/05/21 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING UPCOMING DEADLINES. | .30 | 147.00 |
| 02/05/21 RPV | B310 | A105 | EMAILS TO AND FROM MR. MINTZ AND MS. FUTRELL REGARDING CLAIM ISSUES AND INFO FOR UPDATED SPREADSHEET. | .40 | 196.00 |
| 02/05/21 RPV | B310 | A105 | EMAIL FROM MS. FUTRELL, MR. ZERINGUE AND MR. MINTZ REGARDING HANDLING OF PROOFS OF CLAIM. | .50 | 245.00 |
| 02/05/21 RPV | B210 | A105 | EMAIL FROM MS. FUTRELL REGARDING EMMA POSTINGS. | .10 | 49.00 |
| 02/05/21 RPV | B310 | A104 | EMAIL FROM CLIENT REGARDING HANDLING OF PROOFS OF CLAIM (0.20) AND OFFICE CONFERENCE WITH .MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 02/05/21 WGZ | B410 | A105 | EMAILS WITH BANKRUPTCY TEAM REGARDING MEDIATION STRATEGY. | .40 | 120.00 |
| 02/05/21 WGZ | B410 | A106 | EMAILS WITH CLIENT AND BANKRUPTCY TEAM REGARDING INSURANCE ISUES AND PROOF OF CLAIM ISSUES. | .50 | 150.00 |
| 02/05/21 WGZ | B410 | A104 | STRATEGY REGARDING INSURANCE ISSUES. | .30 | 90.00 |
| 02/05/21 LFA | B110 | A108 | CALL WITH COMMITTEE COUNSEL TO DISCUSS ABUSE CLAIMS ISSUES. | .40 | 160.00 |
| 02/05/21 LFA | B110 | A103 | DRAFTED AND REVISED DECLARATIONS FOR SUPPLEMENTAL CREDIT CARD MOTION. | 2.50 | 1,000.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   17
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/05/21 LFA   B160  A103   REVIEWED PROFORMAS TO ASSIST     3.50      1,400.00
                           WITH DRAFTING JW FEE
                           STATEMENT.

02/05/21 MAM   B190  A101   PLAN AND PREPARE FOR (1.5)       2.50      1,000.00
                           AND ATTEND DISCOVERY MEETING
                           WITH MS. MCAFFREY AND MS.
                           KINGSMILL (1.0).

02/05/21 MAM   B190  A101   VARIOUS EMAILS AND CALLS         1.40        560.00
                           REGARDING BAR DATE ISSUES.

02/05/21 MAM   B190  A101   COMPOSE MEMO TO CLIENT ON         .90        360.00
                           WEEKLY CASE STATUS

02/05/21 AK    B310  A105   WORKED WITH MR. MINTZ AND MS.    1.90        475.00
                           MCCAFFREY ON RESPONSES AND
                           OBJECTIONS TO COMMITTEE'S
                           DISCOVERY REQUESTS.

02/05/21 AK    B310  A103   WORKED ON RESPONSES AND          2.10        525.00
                           OBJECTIONS TO COMMITTEE'S
                           DISCOVERY REQUESTS.

02/05/21 CVM   B190  A110   COMPILED SIGNED                   .10         25.00
                           CONFIDENTIALITY AGREEMENTS

02/05/21 CVM   B190  A105   CORRESPONDENCE WITH MS.          2.00        500.00
                           KINGSMILL AND MR. MINTZ RE
                           STRATEGY FOR COMMITTEE'S
                           UPDATED 2004 DISCOVERY.

02/05/21 CVM   B190  A104   REVIEWED NOTES FROM MEETING       .90        225.00
                           (0.30) AND COMPILED LIST OF
                           DOCUMENTS TO INQUIRE ABOUT
                           WITH CLIENT (0.60)

02/05/21 CVM   B190  A103   REVIEWED AND REVISED              .60        150.00
                           DECLARATION OF HANCOCK
                           WHITNEY IN SUPPORT OF MOTION
                           FOR AUTHORITY TO OBTAIN AND
                           INCUR POST-PETITION SECURED
                           CREDIT CARD ACCOUNT.

02/05/21 CVM   B190  A103   DRAFTED CHART RE 2004            1.60        400.00
                           DISCOVERY REQUESTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   18
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/05/21 SAO    B310  A103   BEGIN DRAFTING OPPOSITION TO        3.10        775.00
                             THE COMMITTEE'S MOTION TO
                             SUPPLEMENT THE CLAIMS BAR
                             DATE ORDER.

02/05/21 SAO    B310  A105   CALL WITH MR. MINTZ TO               .50        125.00
                             DISCUSS STRATEGY FOR OPPOSING
                             THE COMMITTEE'S MOTION TO
                             SUPPLEMENT THE CLAIMS BAR
                             DATE ORDER (0.4); EMAIL
                             CORRESPONDENCE WITH MR. MINTZ
                             REGARDING THE SAME (0.1).

02/05/21 SAO    B310  A103   OUTLINE NEW ARGUMENTS FOR           2.70        675.00
                             OPPOSITION TO MOTION TO
                             SUPPLEMENT PER DISCUSSION
                             WITH MR. MINTZ.

02/06/21 EDW    B110  A104   REVIEWED ABUSE CLAIM               1.50        450.00
                             DOCUMENTS AND WORKED ON
                             CLASSIFICATION TEMPLATE.

02/07/21 RPV    B110  A104   EMAIL FROM MR. MINTZ                .10         49.00
                             REGARDING WEEKLY DEADLINES.

02/07/21 CVM    B190  A103   DRAFTED INFORMAL RESPONSES TO      2.70        675.00
                             COMMITTEE'S UPDATED DISCOVERY
                             REQUESTS.

02/08/21 EDW    B110  A104   REVIEWED STATUS OF A.A. DOE         .30         90.00
                             ABUSE CLAIM.

02/08/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .10         30.00
                             FROM CLIENT REGARDING ABUSE
                             CLAIM ISSUES.

02/08/21 EDW    B110  A104   REVIEWED ABUSE CLAIMS AND         1.50        450.00
                             DOCUMENTS REGARDING ABUSE
                             CLAIMS.

02/08/21 EDW    B110  A104   RECEIVED AND REVIEWED ORDER        .30         90.00
                             AND REASONS REGARDING TMI
                             MOTION REGARDING APPOINTMENT
                             OF A SEPARATE COMMITTEE OF
                             UNSECURED CREDITORS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   19
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 02/08/21 EDW | B110 | A109 | PREPARED FOR (0.50) AND ATTENDED STRATEGY MEETING REGARDING PENDING BANKRUPTCY ISSUES AND LITIGATION ISSUES (1.00). | 1.50 | 450.00 |
| 02/08/21 EJF | B320 | A104 | WORK ON PLAN ISSUES. | 3.60 | 1,764.00 |
| 02/08/21 JJL | B190 | A101 | PREPARE FOR (0.50) AND ATTEND STRATEGY MEETING RE MULTIPLE PENDING ISSUES (1.00). | 1.50 | 450.00 |
| 02/08/21 JRT | B190 | A109 | PREPARE FOR (0.30) AND ATTEND STRATEGY MEETING WITH TEAM (1.00). | 1.30 | 390.00 |
| 02/08/21 JRT | B190 | A104 | REVIEW MEDIATION ISSUES. | .80 | 240.00 |
| 02/08/21 RPV | B210 | A104 | RECEIVED AND REVIEWED DRAFT OF CONSULTING AGREEMENT. | .50 | 245.00 |
| 02/08/21 RPV | B320 | A104 | RECEIVED AND REVIEWED NON-MONETARY PLAN PROVISIONS. | .50 | 245.00 |
| 02/08/21 RPV | B190 | A104 | EMAIL FROM AND TO MR. CHENEVERT REGARDING MOTION FOR RELIEF FOR WILLFUL VIOLATION OF THE STAY. | .20 | 98.00 |
| 02/08/21 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER DIRECTING UNITED STATES TRUSTEE TO APPOINT ADDITIONAL COMMITTEE OF COMMERCIAL UNSECURED CREDITORS (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 02/08/21 RPV | B210 | A106 | TELEPHONE CONFERENCE AND EMAILS WITH CLIENT REGARDING CONTRACT ISSUES. | .50 | 245.00 |
| 02/08/21 RPV | B210 | A106 | EMAIL TO TEAM AND CLIENT REGARDING CONTRACT ISSUES. | .50 | 245.00 |
| 02/08/21 RPV | B190 | A104 | RECEIVED AND REVIEWED OPINION ON TMI MOTION FOR NEW COMMITTEE (0.30) AND EMAILS TO CLIENT AND JW TEAM REGARDING SAME (0.20). | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  20
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 02/08/21 RPV | B210 | A106 | EMAIL FROM CLIENT REGARDING PPP LOAN QUESTIONS. | .20 | 98.00 |
| 02/08/21 RPV | B210 | A105 | EMAIL FROM MR. MINTZ REGARDING PPP LOAN QUESTIONS. | .20 | 98.00 |
| 02/08/21 RPV | B310 | A106 | EMAIL FROM CLIENT REGARDING INSURANCE DOCUMENTS. | .20 | 98.00 |
| 02/08/21 RPV | B320 | A105 | EMAIL FROM MS. FUTRELL REGARDING NON-MONETARY PLAN PROVISIONS | .10 | 49.00 |
| 02/08/21 RPV | B190 | A105 | EMAIL FROM (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVIEW OF RULING (0.20). | .40 | 196.00 |
| 02/08/21 WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING. | .50 | 150.00 |
| 02/08/21 WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH BANKRUPTCY TEAM. | 1.00 | 300.00 |
| 02/08/21 WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING AA DOE SUIT AGAINST BLESSED TRINITY. | .10 | 30.00 |
| 02/08/21 WGZ | B410 | A104 | REVIEW SUIT AND STRATEGY REGARDING VIOLATION OF STAY. | .60 | 180.00 |
| 02/08/21 WGZ | B410 | A104 | ANALYSIS OF JUDGE GRABILL'S RULING AND REASONS REGARDING MOTION FOR NEW COMMITTEE. | .40 | 120.00 |
| 02/08/21 WGZ | B410 | A106 | CONFER WITH CLIENT REGARDING SAME. | .20 | 60.00 |
| 02/08/21 LFA | B110 | A105 | CORRESPONDENCES WITH MR. WAGUESPACK AND MS. MCCAFFREY REGARDING ARCHDIOCESE OF NEW ORLEANS CREDIT CARD AND MOTION DOCUMENTS RELATING THERETO (.5); WITH MR. LEE REGARDING PPP LOAN QUESTION (.3); AND MS. MCCAFFREY REGARDING CREDIT CARD MOTION - DECLARATION (.4); WITH MSES. DOUBLEDAY, WHEATMAN AND MORRIS REGARDING TEAR SHEETS | 1.60 | 640.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  21
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                                    (.4).

| 02/08/21 | LFA | B110 | A103 | REVIEWED AND REVISED CREDIT CARD MOTION AND DECLARATIONS FOR SAME. | 2.00 | 800.00 |
| 02/08/21 | LFA | B160 | A103 | REVIEWED INVOICES TO ASSIST WITH DRAFTING FEE STATEMENTS. | 1.50 | 600.00 |
| 02/08/21 | MAM | B190 | A101 | PREPARE FOR (0.4) AND ATTEND WEEKLY STRATEGY MEETING (1.0). | 1.40 | 560.00 |
| 02/08/21 | MAM | B190 | A101 | PREPARE AND ATTEND MEETING ON DISCOVERY ISSUES. (1.0)  WORK ON RESEARCH REGARDING THE SAME. (1.5)  CONFERENCES REGARDING RULE 2004 ISSUES. (1.0) | .00 | .00 |
| 02/08/21 | MAM | B190 | A101 | WORK ON CREDIT CARD MOTION. (1.6)  REVISE AND EDIT THE SAME. (.50) | 2.10 | 840.00 |
| 02/08/21 | MAM | B190 | A101 | WORK ON SETTLEMENT TO STAY RELIEF MOTION. | 1.20 | 480.00 |
| 02/08/21 | AK | B310 | A105 | WORKED WITH MR. MINTZ AND MS. MCCAFFREY ON RESPONSES TO DISCOVERY REQUESTS. | 2.10 | 525.00 |
| 02/08/21 | CVM | B190 | A103 | DRAFTED PROPOSED ORDER FOR MOTION FOR AUTHORITY TO OBTAIN AND USE SECURED CREDIT CARD ACCOUNT. | 1.20 | 300.00 |
| 02/08/21 | CVM | B310 | A103 | CONTINUED REVISING ARGUMENT SECTION TO OBJECTION TO COMMITTEE'S RULE 2004 DISCOVERY. | .70 | 175.00 |
| 02/08/21 | CVM | B190 | A103 | REVISED DECLARATION OF HANCOCK WHITNEY BANK IN SUPPORT OF MOTION FOR AUTHORITY TO OBTAIN AND INCUR SECURED CREDIT. | .50 | 125.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   22
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/08/21 | CVM | B310 | A103 | CONTINUED REVISING ARGUMENT SECTION (UNDULY BURDENSOME SECTION) OF OBJECTION TO COMMITTEE'S 2004 DISCOVERY. | 2.90 | 725.00 |
| 02/08/21 | CVM | B190 | A103 | REVISED MOTION FOR AUTHORITY TO OBTAIN AND USE SECURED CREDIT CARD ACCOUNT | .40 | 100.00 |
| 02/08/21 | CVM | B310 | A102 | RESEARCH REGARDING THE OBJECTION TO THE COMMITTEE'S 2004 REQUEST. | 1.10 | 275.00 |
| 02/08/21 | CVM | B310 | A103 | BEGAN DRAFTING 3 YEAR-LOOK BACK PERIOD SECTION FOR OBJECTION TO COMMITTEE'S 2004 DISCOVERY. | .40 | 100.00 |
| 02/08/21 | SAO | B310 | A103 | DRAFT MAIN ARGUMENT SECTION OF OPPOSITION TO THE COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | 3.90 | 975.00 |
| 02/08/21 | SAO | B310 | A103 | DRAFT UNTIMELINESS SUBSECTION OF OPPOSITION TO THE COMMITTEE'S MOTION TO SUPPLEMENT CLAIMS BAR DATE ORDER. | 2.50 | 625.00 |
| 02/08/21 | SAO | B190 | A104 | ANALYZE THE COURT'S OPINION AND ORDER ON TMI'S MOTION TO RECONSTITUTE. | .90 | 225.00 |
| 02/08/21 | SAO | B310 | A103 | DRAFT NOTICE SUBECTION OF OPPOSITION TO THE COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | 1.20 | 300.00 |
| 02/08/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING NEED FOR SHAREFILE, PERMISSIONS DETAIL AND DATA TO BE UPLOADED. | .20 | 34.00 |
| 02/08/21 | GMS | B190 | A110 | EXTRACT ZIP FILE AND COMPARE CONTENT TO EXISTING FOLDER DATA, RE-COMPRESS DATA TO AVOID NESTING ZIP FILES, AND UPLOAD DATA TO SHAREFILE. | .80 | 136.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   23
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| Date | Init. | Code | Code | Description | Hours | Amount |
|------|-------|------|------|-------------|-------|--------|
| 02/09/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING NEW COMMERCIAL COMMITTEE. | .10 | 30.00 |
| 02/09/21 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING PROOFS OF CLAIM REGARDING ABUSE CLAIMS. | 1.30 | 390.00 |
| 02/09/21 | EJF | B320 | A103 | WORK ON SOLICITATION AND VOTING PROCEDURES; | 5.50 | 2,695.00 |
| 02/09/21 | JJL | B190 | A104 | ANALYZE AND STRATEGIZE REGARDING POST BAR DATE ISSUES RE MEDIATION. | 1.10 | 330.00 |
| 02/09/21 | JRT | B190 | A104 | STUDY OPINION ON NEW COMMITTEE AND CONSIDER QUESTION FOR POTENTIAL MEDIATOR. | 1.20 | 360.00 |
| 02/09/21 | RPV | B190 | A105 | TELEPHONE CONVERSATIONS WITH MR. MINTZ REGARDING RESPONSE TO COUNSEL REGARDING STAY VIOLATION. | .50 | 245.00 |
| 02/09/21 | RPV | B320 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING PLAN ISSUES. | .50 | 245.00 |
| 02/09/21 | RPV | B190 | A104 | EMAIL FROM MR. MINTZ REGARDING OPINION ON TMI MOTION. | .20 | 98.00 |
| 02/09/21 | RPV | B210 | A105 | EMAILS FROM AND TO MR. ADAMS REGARDING REVIEW OF CONSULTING AGREEMENT. | .10 | 49.00 |
| 02/09/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MS. VOORHIES AND LINC LEDER REGARDING QUESTION RE: NOLA ARCHDIOCESE BANKRUPTCY CLAIM FORM SUBMISSION. | .70 | 280.00 |
| 02/09/21 | LFA | B160 | A105 | CORRESPONDENCES WITH TIMEKEEPERS REGARDING INVOICES TO ASSIST WITH DRAFTING FEE STATEMETNS. | 1.00 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  24
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/09/21 MAM   B190  A101   WORK ON OBJECTIONS TO PENDING          .00              .00
                            MOTIONS INCLUDING 2004 EXAM
                            (1.4) AND MOTION TO
                            SUPPLEMENT BAR DATE (1.3).

02/09/21 AK    B310  A104   ANALYZED DOCUMENTS TO PRODUCE         1.30           325.00
                            TO COMMITTEE IN RESPONSE TO
                            DISCOVERY REQUESTS.

02/09/21 CVM   B190  A103   REVIEWED CREDIT CARD                   .90           225.00
                            AGREEMENT (0.40) AND REVISED
                            MOTION TO OBTAIN POSTPETITION
                            SECURED CREDIT CARD TO
                            INCLUDE NEW TERMS (0.50)

02/09/21 CVM   B190  A103   CONTINUED DRAFTING PROPOSED          1.00           250.00
                            ORDER FOR MOTION FOR
                            AUTHORITY TO OBTAIN AND USE
                            SECURED CREDIT CARD ACCOUNT.

02/09/21 CVM   B190  A103   CONTINUED UPDATING MOTION FOR        1.00           250.00
                            AUTHORITY TO OBTAIN AND USE
                            POST-PETITION SECURED CREDIT
                            CARD ACCOUNT (0.70) AND
                            COMMUNICATIONS TO OUTSIDE
                            COUNSEL RE SAME (0.30)

02/09/21 CVM   B190  A103   REVISED DECLARATION OF FR.            .40           100.00
                            PATRICK CARR IN SUPPORT OF
                            MOTION FOR AUTHORITY TO
                            OBTAIN AND USE POSTPETITION
                            SECURED CREDIT CARD.

02/09/21 SAO   B310  A105   CALL WITH MR. MINTZ TO                .60           150.00
                            DISCUSS REVISED STRATEGY FOR
                            OPPOSING THE COMMITTEE'S
                            MOTION TO SUPPLEMENT THE
                            CLAIMS BAR DATE ORDER IN
                            LIGHT OF ORDER REQUIRING THE
                            APPOINTMENT OF AN ADDITIONAL
                            COMMITTEE.

02/09/21 SAO   B310  A103   REVIEW AND REVISE FIRST DRAFT       2.40           600.00
                            OF OPPOSITION TO MOTION TO
                            SUPPLEMENT THE CLAIMS BAR
                            DATE ORDER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   25
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/09/21 | SAO | B310 | A103 | SUPPLEMENT OPPOSITION TO MOTION TO SUPPLEMENT CLAIMS BAR DATE TO INCLUDE NEW ARGUMENTS BASED ON THE COURT'S ORDER REQUIRING THE APPOINTMENT OF AN ADDIITIONAL COMMITTEE. | 2.90 | 725.00 |
| 02/09/21 | SAO | B190 | A103 | DRAFT AGREED ORDER RESOLVING THE STAY VIOLATION MOTION AGAINST A.A. DOE'S ATTORNEYS. | 2.10 | 525.00 |
| 02/09/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .20 | 34.00 |
| 02/09/21 | GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING UPLOAD OF DOCUMENT FROM INSURER COUNSEL. | .10 | 17.00 |
| 02/10/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING COMMERCIAL CREDITORS COMMITTEE ISSUE. | .10 | 30.00 |
| 02/10/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH ADDITIONAL INFORMATION REGARDING ABUSE CLAIMS. | .50 | 150.00 |
| 02/10/21 | EDW | B110 | A104 | REVIEWED ISSUES AND WORKED ON DOCUMENT PRODUCTION TO COMMITTEE. | .50 | 150.00 |
| 02/10/21 | EJF | B320 | A103 | WORK ON SOLICITATION AND VOTING PROCEDURES; | 4.20 | 2,058.00 |
| 02/10/21 | RPV | B210 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING CONSULTING AGREEMENT. | .20 | 98.00 |
| 02/10/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT AND MR. MINTZ REGARDING CONTEMPT MOTION FOR STAY VIOLATION. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   26
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/10/21 RPV | B210 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CONSULTING AGREEMENT, STAY VIOLATION RESOLUTION AND CREDITORS COMMITTEE ISSUES. | .50 | 245.00 |
| 02/10/21 RPV | B210 | A104 | RECEIVED AND REVIEWED DRAFT OF AMENDED MOTION FOR AUTHORITY TO OBTAIN AND USE POST PETITION SECURED CREDIT CARD ACCOUNT. | .10 | 49.00 |
| 02/10/21 RPV | B210 | A106 | EMAILS FROM AND TO CLIENT REGARDING SERVICE AGREEMENT.. | .20 | 98.00 |
| 02/10/21 RPV | B310 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING CREDITOR MOTION TO PAY CLAIM AND COMMITTEE ISSUES. | .20 | 98.00 |
| 02/10/21 RPV | B210 | A105 | EMAIL FROM MS. FUTRELL REGARDING PENSION ISSUE. | .10 | 49.00 |
| 02/10/21 RPV | B310 | A107 | EMAILS FROM AND TO MR. MURRAY REGARDING MEDIATION ISSUES | .10 | 49.00 |
| 02/10/21 RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DISCOVERY ISSUES. | .20 | 98.00 |
| 02/10/21 LFA | B110 | A105 | CORRESPONDENCES WITH CLIENT AND MR. MINTZ REGARDING OPINION ON TMI MOTION (.1); AND WITH MS. MCCAFFREY REGARDING CREDIT CARD MOTION (.4). | .50 | 200.00 |
| 02/10/21 LFA | B110 | A103 | REVISED CREDIT CARD MOTION AND DECLARATIONS. | .60 | 240.00 |
| 02/10/21 LFA | B160 | A103 | DRAFTED FEE STATEMENTS (1.0); REVIEWED INVOICES TO ASSIST WITH SAME (1.0). | 2.00 | 800.00 |
| 02/10/21 MAM | B190 | A101 | WORK ON SETTLEMENT FOR STAY RELIEF MOTION. (2.3) CONFERENCES AND CORRESPONDENCES REGARDING THE SAME (2.1). | 4.40 | 1,760.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   27
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/10/21 AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED TO US TRUSTEE IN ORDER TO PREPARE RESPONSE TO COMMITTEE'S DISCOVERY REQUESTS. | .70 | 175.00 |
|---|---|---|---|---|---|
| 02/10/21 AK | B310 | A104 | ANALYZED STATE COURT DISCOVERY REQUESTS IN ORDER TO PREPARE OBJECTION TO THE COMMITTEE'S RULE 2004 MOTION. | .40 | 100.00 |
| 02/10/21 AK | B310 | A104 | ANALYZED REAL ESTATE REPORT IN ORDER TO PREPARE OBJECTION TO THE COMMITTEE'S RULE 2004 MOTION. | .20 | 50.00 |
| 02/10/21 AK | B310 | A104 | ANALYZED COURT'S WRITTEN REASONS REGARDING APPOINTMENT OF ADDITIONAL COMMITTEE IN ORDER TO PREPARE OBJECTION TO RULE 2004 MOTION. | .20 | 50.00 |
| 02/10/21 CVM | B190 | A101 | COMPILED CERTAIN DOCUMENTS TO PRODUCE FOR 2004 DISCOVERY. | .80 | 200.00 |
| 02/10/21 CVM | B190 | A103 | REVISED MOTION FOR AUTHORITY TO OBTAIN AND USE SECURED CREDIT CARD TO REFER TO THE COMMITTEE OF UNSECURED CREDITORS AS THE "TORT COMMITTEE." | .10 | 25.00 |
| 02/10/21 CVM | B160 | A104 | REVIEWED JW INVOICES TO ENSURE COMPLIANCE WITH U.S. TRUSTEE COMPLIANCE. | .70 | 175.00 |
| 02/10/21 CVM | B310 | A103 | DRAFTED FINANCIAL DOCUMENT SECTION TO 2004 OBJECTION. | 2.70 | 675.00 |
| 02/10/21 CVM | B310 | A105 | DISCUSSED OBJECTION TO 2004 DISCOVERY WITH MS. KINGSMILL. | .10 | 25.00 |
| 02/10/21 CVM | B190 | A104 | FINALIZED MOTION TO OBTAIN AND USE POST-PETITION SECURED CREDIT CARD DEBT (0.20) AND COMMUNICATED TO MR. MINTZ (0.10) | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   28
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/10/21 SAO | B160 | A103 | REVISE JONES WALKER'S DECEMBER/JANUARY BILLING PROFORMAS TO COMPLY WITH THE UST GUIDELINES. | 2.10 | 525.00 |
|---|---|---|---|---|---|
| 02/10/21 SAO | B310 | A103 | CONTINUE SUPPLEMENTING OPPOSITION TO MOTION TO SUPPLEMENT CLAIMS BAR DATE ORDER PER DISCUSSION WITH MR. MINTZ. | 2.10 | 525.00 |
| 02/10/21 SAO | B160 | A104 | REVIEW JONES WALKER'S DECEMBER/JANUARY BILLING PROFORMAS TO IDENTIFY CONFIDENTIAL INFORMATION TO BE REDACTED. | 2.40 | 600.00 |
| 02/10/21 SAO | B190 | A105 | CORRESPONDENCES WITH MS. KINGSMILL REGARDING STRATEGY FOR PROCEDURAL HISTORY SECTION OF OBJECTION TO THE RULE 2004 MOTION. | .30 | 75.00 |
| 02/10/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING DOCUMENTS FOR UPLOAD TO REVIEW PLATFORM. | .10 | 17.00 |
| 02/10/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING DOCUMENTS FOR UPLOAD TO AND REVIEW PLATFORM ORGANIZATION. | .10 | 17.00 |
| 02/11/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING COMMITTEE'S MOTION TO AMEND BAR DATE ORDER. | .80 | 240.00 |
| 02/11/21 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT. | 4.40 | 2,156.00 |
| 02/11/21 RPV | B310 | A104 | REVIEWED CLAIMS SPREADSHEET. | 1.00 | 490.00 |
| 02/11/21 RPV | B320 | A104 | WORKED ON MEDIATION AND PLAN ISSUES. | 2.00 | 980.00 |
| 02/11/21 RPV | B210 | A104 | RECEIVED AND REVIEWED BOURGEOIS SERVICE AGREEMENT AND EMAILS REGARDING SAME . | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  29
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 02/11/21 RPV | B190 | A104 | RECEIVED AND REVIEWED UCC MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER AND DRAFT OPPOSITION. | .50 | 245.00 |
| 02/11/21 RPV | B190 | A104 | REVIEWED RULINGS IN RELATED CASE. | .50 | 245.00 |
| 02/11/21 RPV | B190 | A106 | EMAILS FROM CLIENT AND MR. MINTZ REGARDING REVIEW OF LOCKE LORDE CORRESPONDENCE. | .20 | 98.00 |
| 02/11/21 LFA | B110 | A105 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING ARCHDIOCESE OF NEW ORLEANS CREDIT CARD FILING (5.); WITH MR. MINTZ REGARDING ARCHDIOCESE OF NEW ORLEANS - PSZ FEE STATEMENTS FOR OCTOBER, NOVEMBER AND DECEMBER 2020 (.5); WITH CLIENT AND MR. MINTZ REGARDING EXHIBIT 2 TO JANUARY 22 LETTER TO DRAPER FROM LOCKE LORDE (.4); WITH MR. MINTZ AND MS. MCCAFFREY REGARDING OCP DECLARATION (.2); WITH MR. MINTZ REGARDING OPPOSITION TO MOTION FOR BAR DATE AMENDMENT (.2). | 1.80 | 720.00 |
| 02/11/21 MAM | B190 | A101 | REVISE AND EDIT OPPOSITION TO MOTION TO AMEND BAR DATE. (2.3)  CONFERENCES REGARDING THE SAME. (2.0). | 4.30 | 1,720.00 |
| 02/11/21 AK | B310 | A103 | WORKED ON ARGUMENT REGARDING DOCUMENT PRODUCTIONS TO INSERT IN OBJECTION. | 1.60 | 400.00 |
| 02/11/21 AK | B310 | A103 | WORKED ON PREMATURITY ARGUMENT FOR OBJECTION. | .90 | 225.00 |
| 02/11/21 AK | B310 | A103 | WORKED ON ARGUMENT REGARDING BURDEN, COST, AND PROPORTIONALITY OF DISCOVERY TO INSERT IN OBJECTION. | .70 | 175.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   30
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/11/21 AK | B310 | A103 | PREPARED CHART REGARDING RESPONSES TO DOCUMENTS REQUESTS. | 2.10 | 525.00 |
|---|---|---|---|---|---|
| 02/11/21 CVM | B310 | A101 | OUTLINED ARGUMENT FOR  3 YEAR LOOK BACK PERIOD RE OBJECTION TO 2004 MOTION. | 2.20 | 550.00 |
| 02/11/21 CVM | B310 | A103 | CONTINUED DRAFTING LOOK BACK PERIOD ARGUMENT FOR 2004 OBJECTION. | .50 | 125.00 |
| 02/11/21 CVM | B190 | A110 | CONSOLIDATED DOCUMENTS TO FILE AMENDED CREDIT CARD MOTION. | .20 | 50.00 |
| 02/11/21 CVM | B310 | A105 | DISCUSSED CASE STRATEGY RE LOOK BACK PERIOD WITH MR. MINTZ. | .40 | 100.00 |
| 02/11/21 CVM | B190 | A104 | FINALIZED CREDIT CARD MOTION AND EXHIBITS. | 1.60 | 400.00 |
| 02/11/21 CVM | B310 | A105 | CORRESPONDED WITH MS. OPPENHEIM REGARDING EDITS TO OBJECTION TO 2004 MOTION. | .50 | 125.00 |
| 02/11/21 CVM | B310 | A103 | REVISED OBJECTION TO COMMITTEE'S RULE 2004 MOTION. | 2.90 | 725.00 |
| 02/11/21 CVM | B310 | A103 | CONTINUED DRAFTING LOOK-BACK PERIOD ARGUMENT IN OBJECTION TO COMMITTEE'S 2004 MOTION. | 4.00 | 1,000.00 |
| 02/11/21 SAO | B110 | A105 | CALLS WITH MS. MCCAFFREY REGARDING THE RULE 2004 MOTION AND FILING OF AMENDED CREDIT CARD MOTION (0.4); CALLS WITH MS. KINGSMILL REGARDING PROCEDURAL HISTORY SECTION OF OBJECTION TO RULE 2004 (0.5); CALL WITH MR. MINTZ REGARDING OPPOSITION TO THE MOTION TO SUPPLEMENT CLAIMS BAR DATE ORDER (0.2); CORRESPONDENCES WITH MR. MINTZ REGARDING AGREED ORDER ON THE STAY VIOLATION MOTION (0.1). | 1.20 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   31
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 02/11/21 | SAO | B110 | A103 | BEGIN WORKING ON NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON FEBRUARY 23, 2021. | .30 | 75.00 |
| 02/11/21 | SAO | B210 | A104 | REVIEW AMENDED MOTION FOR AUTHORITY TO OBTAIN AND USE POST-PETITION SECURED CREDIT CARD ACCOUNT. | .20 | 50.00 |
| 02/11/21 | SAO | B190 | A103 | REVIEW AND REVISE PENDING PROCEEDING SECTION OF OBJECTION TO RULE 2004 MOTION. | 2.10 | 525.00 |
| 02/11/21 | SAO | B190 | A103 | BEGIN DRAFTING PROCEDURAL HISTORY SECTION OF OBJECTION TO THE RULE 2004 MOTION. | 1.90 | 475.00 |
| 02/11/21 | SAO | B190 | A103 | CONTINUE DRAFTING PROCEDURAL HISTORY SECTION OF OBJECTION TO RULE 2004 MOTION. | 3.30 | 825.00 |
| 02/11/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING REVISION TO SHAREFILE FOLDER USER ACCOUNTS. | .20 | 34.00 |
| 02/11/21 | GMS | B190 | A110 | REVISE SHAREFILE FOLDER TO PERMIT MS. MICHAELSON ACCESS. | .20 | 34.00 |
| 02/12/21 | EDW | B110 | A107 | TELEPHONE CALL FROM FR. ASARE'S ATTORNEY REGARDING NEW SUIT. | .20 | 60.00 |
| 02/12/21 | EDW | B110 | A104 | REVIEWED AND WORKED ON DEBTOR'S DOCUMENT PRODUCTION TO THE COMMITTEE. | 1.30 | 390.00 |
| 02/12/21 | EDW | B110 | A104 | WORKED ON REVIEW OF ABUSE CLAIMS. | 1.50 | 450.00 |
| 02/12/21 | JRT | B190 | A104 | STUDY DECISION AND CONSIDER STRATEGY ISSUES FOR MEDIATION AFTER CLAIMS DEADLINE. | 1.60 | 480.00 |
| 02/12/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED LETTER FROM THE US TRUSTEE REGARDING JONES WALKER'S FOURTH FEE STATEMENT. | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   32
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/12/21 RPV   B170  A104   RECEIVED AND REVIEWED TORT            .50      245.00
                           COMMITTEE OBJECTIONS TO JONES
                           WALKER FEES.

02/12/21 RPV   B190  A104   REVIEWED LETTER REGARDING             .50      245.00
                           RESPONSE TO COMMITTEE'S
                           DISCOVERY REQUESTS (0.20) AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME (0.30).

02/12/21 LFA   B110  A105   CORRESPONDENCES WITH MS.              .70      280.00
                           GEORGE AND MESSRS, MR. MINTZ
                           AND MR. BOLDISSAR REGARDING
                           JONES WALKER'S FOURTH FEE
                           STATEMENT (0.40); WITH MSES.
                           WHEATMAN AND MORRIS REGARDING
                           ARCHDIOCESE OF NEW ORLEANS
                           BANKRUPTCY CAMPAIGN RESULTS
                           REPORT (0.30).

02/12/21 MAM   B190  A101   FINALIZE DISCOVERY PLAN.             6.20    2,480.00
                           (3.2)  CORRESPONDENCE WITH
                           COMMITTEE REGARDING THE SAME.
                            (1.1) WORK ON OBJECTION TO
                           2004 EXAM MOTION.  (1.9)

02/12/21 AK    B310  A103   WORKED ON ARGUMENT REGARDING        1.20      300.00
                           PENDING PROCEEDING RULE FOR
                           OBJECTION.

02/12/21 AK    B310  A103   WORKED ON INTRODUCTION FOR           .40      100.00
                           OBJECTION.

02/12/21 AK    B310  A103   EDITED CHART REGARDING               .80      200.00
                           RESPONSES TO DOCUMENTS
                           REQUESTS.

02/12/21 AK    B310  A103   PREPARED LETTER TO THE               .40      100.00
                           COMMITTEE REGARDING DISCOVERY.

02/12/21 AK    B310  A103   REVISED LETTER TO THE                .20       50.00
                           COMMITTEE REGARDING DISCOVERY.

02/12/21 AK    B310  A103   PREPARED PROPOSED SCHEDULE           .90      225.00
                           FOR DOCUMENT PRODUCTIONS.

02/12/21 AK    B310  A104   REVIEWED ARGUMENT REGARDING          .20       50.00
                           FINANCIAL INFORMATION TO
                           INSERT IN OBJECTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   33
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 02/12/21 | AK | B310 | A102 | ANALYZED CASES REGARDING DISCOVERY OF FINANCIAL INFORMATION IN ORDER TO INSERT IN OBJECTION. | .80 | 200.00 |
| 02/12/21 | CVM | B310 | A103 | REVISED LOOK-BACK PERIOD ARGUMENT IN 2004 OBJECTION. | 1.90 | 475.00 |
| 02/12/21 | SAO | B190 | A104 | REVIEW MS. KINGSMILL'S CORRESPONDENCE TO MR. CAINE REGARDING STATUS OF RULE 2004 PRODUCTION. | .50 | 125.00 |
| 02/12/21 | SAO | B160 | A103 | REVISE JONES WALKER'S DECEMBER/JANUARY BILLING PROFORMAS TO REDACT CONFIDENTIAL INFORMATION. | .90 | 225.00 |
| 02/12/21 | SAO | B190 | A103 | COMPLETE PROCEDURAL HISTORY SECTION OF OBJECTION TO RULE 2004 MOTION. | 1.90 | 475.00 |
| 02/12/21 | SAO | B190 | A103 | WORK ON INTRODUCTION SECTION OF OBJECTION TO RULE 2004 MOTION. | .30 | 75.00 |
| 02/12/21 | SAO | B190 | A103 | REVISE FRAUDULENT TRANSFER SECTION OF RULE 2004 MOTION. | 3.20 | 800.00 |
| 02/12/21 | SAO | B190 | A103 | FURTHER REVISIONS TO PENDING PROCEEDING RULE SECTION OF OBJECTION TO RULE 2004 MOTION. | 2.70 | 675.00 |
| 02/12/21 | SAO | B190 | A103 | REVISE UNDUE BURDEN SECTION OF OBJECTION TO RULE 2004 MOTION. | 1.40 | 350.00 |
| 02/12/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .40 | 68.00 |
| 02/13/21 | EDW | B110 | A104 | REVIEWED ABUSE CLAIMS. | 1.50 | 450.00 |
| 02/13/21 | EDW | B110 | A104 | REVIEWED DRAFT OBJECTION TO UCC RULE 2004 MOTION. | .50 | 150.00 |
| 02/13/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OBJECTION TO THE RULE 2004 MOTION. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  34
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/13/21 | LFA | B110 | A105 | CORRESPONDENCE WITH MS. KINGSMILL REGARDING OBJECTION TO RULE 2004 MOTION. | .10 | 40.00 |
| 02/13/21 | AK | B310 | A103 | REVISED OBJECTION TO THE COMMITTEE'S RULE 2004 MOTION. | 3.10 | 775.00 |
| 02/13/21 | AK | B310 | A105 | WORKED WITH MS. OPPENHEIM ON OBJECTION TO RULE 2004 MOTION. | .30 | 75.00 |
| 02/13/21 | SAO | B190 | A103 | REVIEW AND REVISE DRAFT OBJECTION TO RULE 2004 MOTION (3.1); PREPARE EXHIBITS TO THE SAME (0.6), | 3.70 | 925.00 |
| 02/14/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ABUSE CLAIM ISSUE. | .10 | 30.00 |
| 02/14/21 | EDW | B110 | A104 | REVIEWED AGENDA AND STATUS REGARDING PENDING MOTIONS AND DEADLINES. | .10 | 30.00 |
| 02/14/21 | RPV | B110 | A105 | REVIEWED WEEKLY UPDATES AND DATELINES. | .10 | 49.00 |
| 02/14/21 | RPV | B110 | A104 | EMAIL FROM MR. MINTZ REGARDING WEEKLY UPDATES AND DEADLINES. | .10 | 49.00 |
| 02/14/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING UPDATE ON BAR DATE ISSUE. | .20 | 80.00 |
| 02/15/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING UCC'S MOTION FOR 2004 EXAM. | 1.20 | 360.00 |
| 02/15/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING UCC'S MOTION TO AMEND BAR DATE ORDER. | .50 | 150.00 |
| 02/15/21 | EDW | B110 | A104 | REVIEWED STATUS AND ORGANIZATION OF ABUSE PROOFS OF CLAIM. | 1.00 | 300.00 |
| 02/15/21 | EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING UCC'S MOTION FOR RULE 2004 EXAM. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   35
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 02/15/21 | EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT AND PLAN. | 1.70 | 833.00 |

02/15/21  EJF   B320  A103   WORK ON DISCLOSURE STATEMENT         1.70        833.00
                             AND PLAN.

02/15/21  EJF   B320  A104   REVIEW PROOFS OF CLAIM.              3.30      1,617.00

02/15/21  RPV   B190  A105   EMAILS FROM (0.10) AND OFFICE         .50        245.00
                             CONFERENCE WITH MR, MINTZ
                             REGARDING OBJECTION TO RULE
                             2004 MOTION (0.40).

02/15/21  RPV   B190  A104   REVIEWED REVISED DRAFT                .20         98.00
                             OBJECTION TO RULE 2004 MOTION.

02/15/21  RPV   B190  A104   WORKED ON MEDIATION AND              2.00        980.00
                             DOCUMENT PRODUCTION ISSUES.

02/15/21  LFA   B110  A105   REVIEWED JW PROFORMAS (1.0);         2.60      1,040.00
                             CALL WITH MR. MINTZ TO
                             DISCUSS OBJECTIONS TO FEE
                             STATEMETNS (.8);
                             CORRESPONDENCES WITH MR.
                             MINTZ REGARDING 2004 EXAM
                             MOTION AND ORDER ON MOTION TO
                             SUPPLEMENT CLAIMS BAR ORDER
                             (.5); WITH MR. BOLDISSAR
                             REGARDING ORDER ON MOTION TO
                             SUPPLEMENT CLAIMS BAR ORDER;
                             AND OBJECTION TO 2004 EXAM
                             (.3).

02/15/21  MAM   B190  A101   WORK ON RULE 2004 EXAM              7.10      2,840.00
                             OPPOSITION.  (3.7)  WORK ON
                             WEEKLY STRATEGY MEETING.
                             (2.1) CONFERENCE REGARDING
                             DISCOVERY ISSUES. (1.3)

02/15/21  CVM   B310  A104   REVIEWED EDITS TO OBJECTION          .10         25.00
                             TO 2004 MOTION

02/15/21  SAO   B110  A105   CALL WITH MR. MINTZ REGARDING        .90        225.00
                             COMMENTS TO OPPOSITION TO
                             MOTION TO SUPPLEMENT THE
                             CLAIMS BAR DATE ORDER AND
                             OBJECTION TO THE RULE 2004
                             MOTION (0.4); CALLS WITH MS.
                             KINGSMILL REGARDING THE SAME
                             (0.2); EMAIL CORRESPONDENCES
                             WITH MR. MINTZ REGARDING
                             OBJECTION TO RULE 2004 MOTION
                             AND AGREED ORDER ON MOTION TO

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   36
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  | SUPPLEMENT THE CLAIMS BAR DATE ORDER (0.3). |  |  |
|---|---|---|---|---|---|
| 02/15/21 SAO | B320 | A102 | RESEARCH JURISDICTIONAL ISSUES RELATING TO THE PLAN PROCESS. | .60 | 150.00 |
| 02/15/21 SAO | B190 | A103 | REVISE OPPOSITION TO MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER PER COMMENTS FROM MR. MINTZ AND MR. WEGMANN. | 1.90 | 475.00 |
| 02/15/21 SAO | B190 | A104 | REVIEW MR. MINTZ'S COMMENTS TO OBJECTION TO RULE 2004 MOTION. | .30 | 75.00 |
| 02/16/21 EDW | B110 | A104 | WORKED ON AND REVIEWED PROOFS OF CLAIM. | .50 | 150.00 |
| 02/16/21 EDW | B110 | A104 | WORKED ON AND REVIEWED RESPONSE TO UCC'S RULE 2004 DOCUMENT REQUESTS. | .50 | 150.00 |
| 02/16/21 EJF | B320 | A107 | REVIEW LETTER FROM COMMITTEE COUNSEL. | .10 | 49.00 |
| 02/16/21 EJF | B320 | A105 | MEMOS TO AND FROM MR. MINTZ RE  LETTER FROM COMMITTEE COUNSEL. | .20 | 98.00 |
| 02/16/21 RPV | B190 | A104 | RECEIVED AND REVIEWED RESPONSE OF TORT COMMITTEE FILING ON THE MOTION FOR SANCTIONS (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .30 | 147.00 |
| 02/16/21 RPV | B190 | A105 | EMAILS FROM (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ ON SANCTIONS AND RESPONSES FILED TO MOTION (0.30). | .50 | 245.00 |
| 02/16/21 RPV | B190 | A104 | RECEIVED AND REVIEWED STATUS REPORT ON DISCOVERY. | .40 | 196.00 |
| 02/16/21 LFA | B110 | A105 | CORRESPONDENCES WITH MR. DICKSON REGARDING UNDELIVERABLES (.5); AND WITH MR. MINTZ REGARDING LIMITED RESPONSE TO MOTION FOR RELIEF | 1.10 | 440.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  37
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | FROM VIOLATION OF STAY (.4); AND OPPOSITIONS/OBJECTIONS REGARDING MOTION FOR RELIEF FOR VIOLATION OF AUTOMATIC STAY AND RULE 2004 PRODUCTION OF DOCUMENTS (.2). |  |  |
| 02/16/21 | MAM | B190 | A101 | FINALIZE AND FILE OPPOSITIONS TO 2004 EXAM MOTION (1.6) AND MOTION FOR SUPPLEMENT TO BAR DATE. (1.1) WORK ON SETTLEMENTS FOR OTHER MOTIONS. (1.2) | 3.90 | 1,560.00 |
| 02/16/21 | SAO | B190 | A103 | FINALIZE OPPOSITION TO MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER (0.6); FILE THE SAME (0.3). | .90 | 225.00 |
| 02/16/21 | SAO | B190 | A103 | FINALIZE OBJECTION TO RULE 2004 MOTION (1.8); FILE THE SAME (0.3). | 2.10 | 525.00 |
| 02/16/21 | SAO | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ AND MS. KINGSMILL REGARDING TODAY'S FILINGS (0.3); CORRESPONDENCE FROM MR. TILLERY REGARDING STATE COURT COUNSEL'S BAR DATE ADVERTISEMENT (0.1). | .40 | 100.00 |
| 02/16/21 | SAO | B190 | A104 | REVIEW TMI'S JOINDER IN SUPPORT OF MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY (0.1); REVIEW THE COMMITTEE'S LIMITED RESPONSE TO THE SAME (0.1). | .20 | 50.00 |
| 02/17/21 | EDW | B110 | A104 | CONTINUED REVIEW OF ABUSE PROOFS OF CLAIM. | 1.50 | 450.00 |
| 02/17/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING EXTENSION OF EXCLUSIVE PERIOD. | .30 | 90.00 |
| 02/17/21 | EDW | B110 | A103 | WORKED ON DOCUMENT PRODUCTION REGARDING UCC'S REQUEST FOR PRODUCTION. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   38
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/17/21 EJF   B110  A103   WORK ON MONTHLY OPERATING              .60        294.00
                           REPORT.

02/17/21 EJF   B320  A103   DRAFT (4.00) AND REVISE               5.80      2,842.00
                           SECOND MOTION TO EXTEND
                           EXCLUSIVE PERIODS (1.8).

02/17/21 EJF   B320  A105   EMAILS WITH MR. MINTZ AND MR.          .30        147.00
                           VANE RE EXTENSION MOTION.

02/17/21 RPV   B190  A105   EMAILS FROM (0.20) AND OFFICE          .50        245.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING PROPOSED ORDER ON
                           RULE 2004 EXAM AND DRAFT
                           MOTION TO EXTEND THE
                           EXCLUSIVE PERIOD (0.30).

02/17/21 RPV   B110  A104   RECEIVED AND REVIEWED A DRAFT         .20         98.00
                           MOTION TO EXTEND THE
                           EXCLUSIVE PERIOD.

02/17/21 RPV   B190  A108   EMAILS FROM AND TO COUNSEL            .20         98.00
                           REGARDING RESPONSE TO UCC
                           COUNSEL

02/17/21 RPV   B190  A104   REVIEWED AND FORWARDED DRAFT          .70        343.00
                           RESPONSE TO UCC TO CLIENT.

02/17/21 RPV   B190  A108   EMAIL FROM MR. CHENEVERT              .10         49.00
                           REGARDING REVIEW AND
                           REVISIONS TO DISMISSAL OF
                           MOTION FOR WILLFUL VIOLATION.

02/17/21 RPV   B190  A104   REVIEWED AGREED ORDER ON              .20         98.00
                           MOTION FOR RELIEF FROM
                           WILLFUL VIOLATION OF THE STAY
                           (0.10) AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           (0.10).

02/17/21 RPV   B110  A105   EMAILS FROM MS. FUTRELL               .20         98.00
                           REGARDING EXTENSION MOTION.

02/17/21 RPV   B320  A104   WORKED ON PLAN ISSUES.                .60        294.00

02/17/21 RPV   B190  A105   EMAILS TO AND FROM AND OFFICE         .40        196.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING DISCOVERY ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   39
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/17/21 RPV   B190  A104   RECEIVED AND REVIEWED              .10        49.00
                           PROPOSED ORDER ON RULE 2004
                           EXAM.

02/17/21 LFA   B110  A105   CORRESPONDENCES WITH MS.           .40       160.00
                           ZERINGUE REGARDING
                           UNDELIVERABLES (.2); WITH MR.
                           MINTZ REGARDING PROPOSED
                           ORDER ON RULE 2004 EXAM AND
                           DRAFT MOTION TO EXTEND
                           EXCLUSIVE PERIOD (.2).

02/17/21 AK    B310  A103   WORKED ON PROPOSED ORDER           .40       100.00
                           REGARDING 2004 EXAMINATION.

02/17/21 AK    B310  A103   REVISED PROPOSED ORDER             .20        50.00
                           REGARDING 2004 EXAMINATION.

02/17/21 AK    B310  A103   WORKED WITH MR. MINTZ ON           .60       150.00
                           RESPONSES TO DISCOVERY
                           REQUESTS.

02/17/21 AK    B310  A104   ANALYZED FINANCIAL DOCUMENTS      1.70       425.00
                           PRODUCED IN DISCOVERY TO
                           DETERMINE RESPONSIVENESS OF
                           REQUESTS.

02/17/21 SAO   B110  A105   EMAIL CORRESPONDENCES TO AND      1.10       275.00
                           FROM MR MINTZ REGARDING
                           RESOLUTION OF THE STAY
                           VIOLATION MOTION (0.6); CALL
                           WITH MR. MINTZ REGARDING
                           STRATEGY FOR NEXT WEEK'S
                           OMNIBUS HEARING (0.1); CALLS
                           WITH MS. KINGSMILL REGARDING
                           POSSIBLE RESOLUTION OF RULE
                           2004 MOTION (0.3); EMAIL TO
                           MS. KINGSMILL REGARDING A.A.
                           DOE NOTICE OF COMPLIANCE
                           (0.1).

02/17/21 SAO   B190  A103   REVISE AGREED ORDER ON STAY        .30        75.00
                           VIOLATION MOTION TO MATT
                           CHENEVERT'S REQUESTED CHANGE.

02/17/21 SAO   B190  A103   PREPARE TALKING POINTS ON         3.10       775.00
                           STAY VIOLATION MOTION, CREDIT
                           CARD MOTION, AND RULE 2004
                           MOTION FOR OMNIBUS HEARING ON
                           FEBRUARY 23, 2021.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   40
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/17/21 | SAO | B190 | A104 | REVIEW DRAFT CONSENT ORDER ON THE RULE 2004 MOTION. | .10 | 25.00 |
| 02/17/21 | SAO | B190 | A103 | PREPARE TALKING POINTS ON MOTION TO SUPPLEMENT THE BAR DATE ORDER FOR OMNIBUS HEARING ON FEBRUARY 23, 2021. | 3.20 | 800.00 |
| 02/18/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING DOCUMENT PRODUCTION ISSUES. | .10 | 30.00 |
| 02/18/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING PROPOSED RESOLUTION OF UCC MOTION TO COMPEL. | .00 | .00 |
| 02/18/21 | EDW | B110 | A104 | CONTINUED REVIEW OF ABUSE PROOFS OF CLAIM. | 1.00 | 300.00 |
| 02/18/21 | EJF | B320 | A103 | DRAFT MEMO RE PLAN AND DISCLOSURE STATEMENT RELATED ISSUES. | 2.20 | 1,078.00 |
| 02/18/21 | EJF | B320 | A101 | WORK ON REVISIONS TO DISCLOSURE STATEMENT RELATED DOCUMENTS. | 4.80 | 2,352.00 |
| 02/18/21 | EJF | B110 | A103 | EMAILS WITH CLIENT REGARDING DISCOVERY ISSUES. | .20 | 98.00 |
| 02/18/21 | RPV | B190 | A106 | EMAILS TO AND FROM CLIENT REGARDING REVIEW OF RESPONSE LETTER. | .30 | 147.00 |
| 02/18/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF PROPOSED ORDER ON RULE 2004 EXAM. | .10 | 49.00 |
| 02/18/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION ISSUES. | .50 | 245.00 |
| 02/18/21 | JPG | B250 | A108 | CALLS REGARDING VALUATION OF PROPERTIES. | .30 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  41
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 02/18/21 | LFA | B110 | A105 | REVIEWED AND REVISED BAR DATE OBJECTION (.4); REVIEWED AND REVISED JW PROFORMAS (1.0); CALL WITH MR. MINTZ TO DISCUSS CREDIT CARD MOTION (.4); CORRESPONDENCES WITH MESSRS. DICKSON, WEGMANN AND MINTZ AND CLIENT REGARDING UNDELIVERABLES (.4); WITH CLIENT REGARDING PROPOSED ORDER ON RULE 2004 EXAM (.4). | 2.60 | 1,040.00 |
| 02/18/21 | MAM | B190 | A101 | WORK ON SETTLEMENTS FOR PENDING MOTIONS | 1.40 | 560.00 |
| 02/18/21 | AK | B310 | A103 | WORKED ON OPPOSITION TO MOTION TO COMPEL REGARDING 2004 EXAMINATION. | 2.40 | 600.00 |
| 02/18/21 | AK | B310 | A102 | ANALYZED CASES REGARDING SCOPE OF DISCOVERY IN ORDER TO PREPARE OPPOSITION TO MOTION TO COMPEL. | .80 | 200.00 |
| 02/18/21 | SAO | B190 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ RE: FINALIZING RESOLUTION OF THE STAY VIOLATION MOTION (0.4); CORRESPONDENCE WITH MS. KINGSMILL REGARDING THE SAME (0.1). | .50 | 125.00 |
| 02/18/21 | SAO | B110 | A103 | UPDATE NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 23, 2021. | .40 | 100.00 |
| 02/18/21 | SAO | B190 | A103 | UPDATE NOTICE OF COMPLIANCE IN A.A. DOE MATTER (0.4); FILE THE SAME (0.2); COORDINATE SERVICE OF THE SAME (0.4). | 1.00 | 250.00 |
| 02/18/21 | SAO | B320 | A103 | REVIEW AND REVISE SECOND MOTION TO EXTEND EXCLUSIVITY. | 1.40 | 350.00 |
| 02/18/21 | SAO | B110 | A103 | REVISE TALKING POINTS FOR OMNIBUS HEARING ON FEBRUARY 23, 2021. | 2.70 | 675.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  42
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

02/19/21 EDW   B110  A104   REVIEWED ISSUES REGARDING          .80        240.00
                           ABUSE CLAIMS AND UCC DOCUMENT
                           REQUEST.

02/19/21 EDW   B110  A104   RECEIVED AND REVIEWED UCC          .30         90.00
                           REPLY MEMORANDUM REGARDING
                           MOTION TO COMPEL FILED BY THE
                           UCC.

02/19/21 EDW   B110  A104   RECEIVED AND REVIEWED             .20         60.00
                           PROPOSED BAR DATE ORDER.

02/19/21 EDW   B110  A104   REVIEWED ISSUES REGARDING          .20         60.00
                           RESOLUTION OF MOTION FOR
                           VIOLATION OF STAY.

02/19/21 EJF   B320  A103   DRAFT DISCLOSURE STATEMENT        5.80      2,842.00
                           RELATED PLEADINGS AND RELATED
                           DOCUMENTS.

02/19/21 EJF   B320  A103   DRAFT MEMO RE PLAN RELATED        1.50        735.00
                           DOCUMENTS.

02/19/21 EJF   B110  A105   CONFERENCE CALL WITH MR. VANE      .70        343.00
                           RE PAYMENT ISSUES (.4);
                           EMAILS TO MR. VANCE RE SAME
                           (.1); EMAILS TO AND FROM MS.
                           KINGSMILL AND MR. MINTZ RE
                           UNRELATED DISCOVERY ISSUES
                           (.2);

02/19/21 JRT   B190  A104   FIELD PLEADINGS REGARDING BAR      .50        150.00
                           DATE AND SURROUNDING ISSUES.

02/19/21 RPV   B190  A108   EMAIL FROM AND TELEPHONE           .50        245.00
                           CONVERSATION WITH COUNSEL
                           REGARDING DISCOVERY REQUEST
                           ISSUES.

02/19/21 RPV   B320  A104   REVIEWED PLAN RELATED             1.50        735.00
                           DOCUMENTS.

02/19/21 RPV   B110  A105   EMAIL FROM (0.20) AND OFFICE       .60        294.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING UPDATES AND
                           DEADLINES FOR THE FOLLOWING
                           WEEK (0.40).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   43
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 02/19/21 | RPV | B320 | A105 | EMAILS FROM REGARDING CHANNELING INJUNCTION ISSUES. | .50 | 245.00 |
| 02/19/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED FINAL AUDIT REPORT AND ARTICLES OF INCORPORATION. | 1.00 | 490.00 |
| 02/19/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED TORT COMMITTEE'S REPLY BRIEF IN SUPPORT OF RULE 2004 MOTION (0.30) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .40 | 196.00 |
| 02/19/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED PROPOSED ORDER ON THE BAR DATE AMENDMENT (0.20) AND OFFICE CONFERENCE WITH .MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 02/19/21 | JPG | B250 | A108 | PHONE CALL WITH MR. JUSTICE REGARDING PROPERTY VALUATIONS. | .20 | 80.00 |
| 02/19/21 | JPG | B250 | A108 | PHONE CALL WITH MR. MINTZ ON PROPERTY VALUATIONS. | .20 | 80.00 |
| 02/19/21 | JPG | B250 | A108 | CALL WITH CLIENT ON PROPERTY VALUATIONS. | .00 | .00 |
| 02/19/21 | LFA | B110 | A105 | CORRESPONDENCE WITH MR. BOLDISSAR REGARDING ABUSE CLAIMS ACCESS (.5); WITH MESSRS. VANCE AND MINTZ AND MS. FUTRELL REGARDING COMPREHENSIVE LIST OF THE NON-DEBTOR CATHOLIC ENTITIES (.5). | 1.00 | 400.00 |
| 02/19/21 | MAM | B190 | A101 | WORK ON SETTLEMENT OF PENDING MOTIONS. (3.3) DISCOVERY MEETING AND DISCOVERY PLANNING. (2.0) CORRESPONDENCE WITH COUNSEL REGARDING THE SAME. (1.1)CORRESPONDENCE WITH CLIENT REGARDING THE SAME. (0.7) WORK ON AND SEND MOTION TO EXTEND EXCLUSIVITY. (1.6) | 8.70 | 3,480.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   44
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/19/21 AK      B310  A104   ANALYZED REPLY IN SUPPORT OF          .20        50.00
                              2004 EXAM MOTION.

02/19/21 AK      B310  A103   WORKED ON OPPOSITION TO              .90       225.00
                              MOTION TO COMPEL REGARDING
                              2004 EXAMINATION.

02/19/21 AK      B310  A104   ANALYZED FINANCIAL DOCUMENTS        1.10       275.00
                              RELATED TO DISCOVERY REQUESTS.

02/19/21 CVM     B110  A101   RETRIEVED DOCUMENTS FROM            1.00       250.00
                              SECRETARY OF STATE'S WEBSITE
                              REGARDING THE CATHOLIC
                              FOUNDATION.

02/19/21 CVM     B310  A104   DRAFTED THIRD ORDINARY COURSE        .40       100.00
                              PROFESSIONAL STATEMENT (0.20)
                              AND EXHIBITS THEREO (0.20)

02/19/21 SAO     B190  A104   REVIEW THE COMMITTEE'S REPLY         .10        25.00
                              REGARDING THE RULE 2004
                              MOTION.

02/19/21 SAO     B110  A103   REVISE TALKING POINTS FOR           .90       225.00
                              OMNIBUS HEARING TO REFLECT
                              TODAY'S SETTLEMENTS AND
                              DEVELOPMENTS (0.7); UPDATE
                              AGENDA BASED ON TODAY'S
                              DEVELOPMENTS (0.2).

02/19/21 SAO     B110  A103   DRAFT LETTER TO POTENTIAL          3.90       975.00
                              MEDIATOR.

02/19/21 SAO     B110  A105   CALLS WITH MR. MINTZ RE:            .90       225.00
                              LETTER TO POTENTIAL MEDIATOR
                              (0.3); EMAILS WITH MR. MINTZ
                              RE: TALKING POINTS FOR
                              TUESDAY'S HEARING, CONSENT
                              FOR PROPOSED ORDER ON STAY
                              VIOLATION MOTION, AND
                              SCHEDULE FOR NEXT WEEK (0.6).

02/19/21 SAO     B190  A108   SUBMIT AGREED ORDER ON STAY         .20        50.00
                              VIOLATION MOTION.

02/20/21 CVM     B110  A101   REVISED PROPOSED ORDER FOR          .90       225.00
                              CREDIT CARD MOTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   45
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/21/21 RPV    B110  A108   EMAILS FROM AND TO COUNSEL          .20        98.00
                             REGARDING DOCUMENT PRODUCTION.

02/21/21 WGZ    B410  A104   ANALYSIS OF COMMITTEE'S             .40       120.00
                             MOTION TO AMEND BAR DATE.

02/21/21 WGZ    B410  A104   STRATEGY REGARDING OPPOSITION       .30        90.00
                             AT HEARING REGARDING PROOFS
                             OF CLAIM, CONFIDENTIALITY
                             CONCERNS AND DUPLICATION OF
                             EFFORTS OF COMMITTEE.

02/21/21 JPG    B250  A108   EMAIL TO MR. JUSTICE ON             .10        40.00
                             VALUATIONS.

02/21/21 JPG    B250  A108   EMAIL WITH MR. GENNARDO             .10        40.00
                             REGARDING ORLEANS PARISH
                             PROPERTIES.

02/21/21 SAO    B190  A101   REVIEW TALKING POINTS IN            .80       200.00
                             PREPARATION FOR TUESDAY'S
                             OMNIBUS HEARING.

02/21/21 SAO    B110  A105   EMAIL CORRESPONDENCES WITH          .00          .00
                             MS.  ASHLEY REGARDING
                             PROPOSED ORDER ON THE
                             DEBTOR'S CREDIT CARD MOTION.

02/22/21 EDW    B110  A104   REVIEWED CONSENT ORDER              .10        30.00
                             REGARDING MOTION FOR 2004
                             EXAMINATION.

02/22/21 EDW    B110  A104   REVIEWED PROOFS OF CLAIM IN        1.50       450.00
                             ABUSE CASES AND CATALOG SAME.

02/22/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .10        30.00
                             FROM CLIENT REGARDING
                             DOCUMENTS BEING PRODUCED.

02/22/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .20        60.00
                             FROM CLIENT REGARDING ABUSE
                             CLAIMS.

02/22/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .20        60.00
                             FROM CLIENT REGARDING UCC
                             MOTION TO AMEND BAR DATE
                             ORDER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  46
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/22/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING APPLICATION OF BAR DATE ORDER REGARDING CONFIDENTIALITY. | .50 | 150.00 |
| 02/22/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED INFORMATION REGARDING PROPOSED MEDIATORS AND PROPOSED MEDIATION. | .20 | 60.00 |
| 02/22/21 | EDW | B110 | A108 | RECEIVED AND REVIEWED E-MAIL FROM MR. WINGERSON REGARDING W-9 FORM NEEDED. | .10 | 30.00 |
| 02/22/21 | EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT AND PLAN EXHIBITS. | 6.50 | 3,185.00 |
| 02/22/21 | EJF | B110 | A106 | CONFERENCE CALL (.3) AND EMAILS (.5) WITH CLIENT REGARDING DISCOVERY ISSUES. | .80 | 392.00 |
| 02/22/21 | EJF | B110 | A105 | CONFERENCE CALL WITH MR. MINTZ RE DISCOVERY ISSUES (NO CHARGE) (.2). | .00 | .00 |
| 02/22/21 | EJF | B320 | A105 | CONFERENCE RE PLAN RELATED ISSUES. | .70 | 343.00 |
| 02/22/21 | JJL | B190 | A101 | PREPARE FOR AND ATTEND STRATEGY MEETING SESSION REGARDING BAR DATE, MEDIATION, AND DISCOVERY. | 1.10 | 330.00 |
| 02/22/21 | JJL | B190 | A104 | REVIEW AND EDIT DRAFT OF THIRD PARTY COMPLAINT. | 1.40 | 420.00 |
| 02/22/21 | JRT | B190 | A109 | PREPARE FOR (0.20) ATTEND STRATEGY MEETING ON MEDIATION ISSUES AND RECENT MOTIONS FILED (1.10). | 1.30 | 390.00 |
| 02/22/21 | RPV | B110 | A104 | REVIEWED AND REVISED DRAFT LETTER REGARDING MEDIATION. | .50 | 245.00 |
| 02/22/21 | RPV | B210 | A104 | RECEIVED AND REVIEWED ORDER AUTHORIZING CREDIT CARD MOTION. | .10 | 49.00 |
| 02/22/21 | RPV | B110 | A106 | EMAILS TO AND FROM CLIENT REGARDING MEDIATION LETTER. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   47
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Atty | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/22/21 | RPV | B190 | A103 | FINALIZED MEDIATION LETTER. | .20 | 98.00 |
| 02/22/21 | RPV | B190 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVIEW OF ORDER ON MOTION TO SUPPLEMENT CLAIMS BAR DATE. | .40 | 196.00 |
| 02/22/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF AGENDA (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 02/22/21 | RPV | B310 | A105 | EMAIL FROM (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING QUESTIONS FROM CLIENT REGARDING PROOF OF CLAIM ISSUES (.30) | .50 | 245.00 |
| 02/22/21 | RPV | B310 | A106 | EMAIL FROM (0.20) AND TELEPHONE CONVERSATION WITH CLIENT REGARDING PROOF OF CLAIM ISSUES (0.40). | .60 | 294.00 |
| 02/22/21 | RPV | B190 | A108 | EMAIL FROM (0.20) AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION ISSUES (0.30). | .50 | 245.00 |
| 02/22/21 | RPV | B190 | A104 | WORKED ON MEDIATION ISSUES. | .50 | 245.00 |
| 02/22/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED ORDERS RESOLVING THE 2004 EXAM AND THE STAY VIOLATION MOTIONS (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .30 | 147.00 |
| 02/22/21 | WGZ | B410 | A109 | PREPARE FOR AND ATTEND STRATEGY MEETING WITH BANKRUPTCY TEAM. | 1.00 | 300.00 |
| 02/22/21 | WGZ | B410 | A104 | STRATEGY REGARDING COMMITTEE'S MOTION TO AMEND BAR DATE ORDER. | .50 | 150.00 |
| 02/22/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING STRATEGY REGARDING VALUATION OF ABUSE CLAIMS. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   48
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/22/21 JPG   B250  A106   EMAIL TO CLIENT ON PROPERTY        .20        80.00
                           VALUATIONS.

02/22/21 JPG   B250  A108   PHONE CALL WITH MR. JUSTICE         .20        80.00
                           REGARDING VALUATION REPORTS
                           FOR REAL ESTATE HOLDINGS.

02/22/21 JPG   B250  A104   REVIEW OF MATERIALS PROVIDED        .30       120.00
                           BY MR. JUSTICE REGARDING
                           PROPERTY OWNERSHIP.

02/22/21 LFA   B160  A103   CONTINUED DRAFTING AND            4.00     1,600.00
                           REVISING FEE STATEMETNS
                           (.3.0); REVIEWED INVOICES TO
                           ASSIST WITH SAME (1.0).

02/22/21 LFA   B110  A108   CORRESPONDENCES WITH MS.          1.50       600.00
                           FUTRELL REGARDING SERVICE
                           LIST FOR THE PROOF OF CLAIM
                           AND DEFINITION OF CERTAIN
                           CLAIMS AND SUBJECT TO THE
                           JOINT INTEREST PRIVILEGE
                           (0.2); WITH CLIENT REGARDING
                           CREDIT CARD MOTION (0.1);
                           WITH MS. MCCAFFREY REGARDING
                           ORDINARY COURSE PROFESSIONALS
                           - AMOUNTS PAID (0.2); WITH
                           MS. OPPENHEIM AND MR. DICKSON
                           REGARDING CORRESPONDENCES RE
                           CLAIMS ISSUE (0.2); WITH
                           CLIENT AND MR. MINTZ
                           REGARDING CONFIDENTIALITY OF
                           SA POC (.5); WITH MESSRS.
                           BOLDISSAR AND WAGUESPACK AND
                           MS. MCCAFFREY REGARDING
                           PROPOSED ORDER ON CREDIT CARD
                           MOTION (.2); AND WITH MS.
                           CANTOR AND MESSRS. DICKSON
                           AND BOLDISSAR REGARDING
                           SEXUAL ABUSE CLAIMS LINK (.1).

02/22/21 MAM   B190  A101   PREPARE FOR (0.60) AND ATTEND     7.40     2,960.00
                           WEEKLY STRATEGY MEETING.
                           (1.10)  WORK ON ORAL
                           ARGUMENT. (1.9) CONFERENCES
                           WITH CLIENT REGARDING THE
                           SAME. (1.8)  WORK ON
                           MEDIATION STRATEGY. (2.0)

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   49
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/22/21 CVM   B110  A101   COMPILED SECRETARY OF STATE           .10          25.00
                            DOCUMENTS FOR CATHOLIC
                            COMMUNITY FOUNDATION.

02/22/21 CVM   B190  A103   REVISED PROPOSED ORDER ON             .10          25.00
                            CREDIT CARD MOTION.

02/22/21 CVM   B160  A108   COMMUNICATIONS RE BLANK               .20          50.00
                            ROME'S FIFTH MONTHLY FEE
                            STATEMENT.

02/22/21 CVM   B310  A110   COMPILED COMMITTEE MEMBERS'           .20          50.00
                            SIGNED CONFIDENTIALITY
                            AGREEMENTS.

02/22/21 CVM   B190  A108   COMMUNICATIONS RE THIRD               .10          25.00
                            ORDINARY COURSE PROFESSIONAL
                            STATEMENT.

02/22/21 CVM   B190  A103   DRAFTED EXHIBIT A FOR THIRD           .20          50.00
                            ORDINARY COURE PROFESSIONAL
                            STATEMENT.

02/22/21 SAO   B190  A104   REVIEW AGREED ORDER RESOLVING         .20          50.00
                            THE RULE 2004 MOTION (0.1);
                            REVIEW AGREED ORDER RESOLVING
                            THE MOTION FOR RELIEF FOR
                            WILLFUL VIOLATION OF
                            AUTOMATIC STAY (0.1).

02/22/21 SAO   B110  A103   FINALIZE NOTICE OF AGENDA             .40         100.00
                            (0.3); FILE THE SAME (0.1).

02/22/21 SAO   B110  A105   STRATEGY MEETING WITH MR.             .90         225.00
                            MINTZ, MR. VANCE, MS.
                            FUTRELL, MS. ASHLEY, MR.
                            ZERINGUE, AND MR. LOWENTHAL
                            TO DISCUSS THIS WEEK'S
                            OMNIBUS HEARING AND DISCOVERY
                            ISSUES.

02/22/21 SAO   B310  A105   EMAIL CORRESPONDENCE WITH MS.         .10          25.00
                             ASHLEY RE: POSSIBLE
                            DISCREPANCIES IN
                            CLASSIFICATION OF ABUSE
                            CLAIMS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  50
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 02/22/21 | SAO | B110 | A103 | SUPPLEMENT LETTER TO JUDGE ZIVE PER COMMENTS FROM MR. VANCE. | 1.90 | 475.00 |
|---|---|---|---|---|---|---|
| 02/22/21 | SAO | B310 | A104 | REVIEW ABUSE CLAIMS TO DETERMINE IF ANY WERE FILED ON GENERAL PROOF OF CLAIM FORMS. | 2.80 | 700.00 |
| 02/22/21 | SAO | B310 | A105 | CALL WITH MR. MINTZ TO DISCUSS STRATEGY FOR TOMORROW'S OMNIBUS HEARING. | .40 | 100.00 |
| 02/22/21 | SAO | B310 | A103 | REVISE TALKING POINTS FOR TOMORROW'S OMNIBUS HEARING PER COMMENTS FROM MR. MINTZ AND MR. VANCE. | 2.60 | 650.00 |
| 02/23/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING AMENDMENT TO BAR DATE ORDER AND CONFIDENTIALITY ISSUES. | .30 | 90.00 |
| 02/23/21 | EDW | B110 | A104 | CONTINUED REVIEW AND ANALYSIS OF ABUSE CLAIMS. | 1.20 | 360.00 |
| 02/23/21 | EDW | B110 | A109 | PREPARING FOR AND ATTENDED HEARING ON UCC'S MOTION TO AMEND BAR DATE. | 1.30 | 390.00 |
| 02/23/21 | EDW | B110 | A104 | REVIEWED UPDATE REGARDING HEARING ON MOTION TO AMEND BAR DATE ORDER. | .10 | 30.00 |
| 02/23/21 | EJF | B320 | A103 | CONTINUE WORK ON PLAN AND DISCLOSURE STATEMENT EXHIBITS. | 5.80 | 2,842.00 |
| 02/23/21 | EJF | B110 | A103 | WORK ON MONTHLY OPERATING REPORT. | .40 | 196.00 |
| 02/23/21 | EJF | B190 | A105 | CONFERENCE CALLS WITH MR MINTZ (NO CHARGE) (.5). | .00 | .00 |
| 02/23/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND NOTICE OF HEARING ON SAME. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   51
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/23/21 RPV   B190  A105  EMAIL FROM AND OFFICE              .20        98.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING M.D. DOE LAWSUIT.

02/23/21 RPV   B190  A106  EMAIL FROM AND TELEPHONE           .20        98.00
                           CONVERSATION WITH CLIENT
                           REGARDING M.D. DOE LAWSUIT.

02/23/21 RPV   B190  A104  REVIEWED M.D. DOE LAWSUIT.         .20        98.00

02/23/21 RPV   B190  A106  EMAIL TO AND FROM CLIENT           .20        98.00
                           REGARDING SUMMARY OF COURT
                           HEARING.

02/23/21 RPV   B190  A104  RECEIVED AND REVIEWED NOTICE       .40       196.00
                           OF REVISED PROPOSED ORDER
                           CONCERNING THE OFFICIAL
                           COMMITTEE OF UNSECURED
                           CREDITORS' MOTION TO
                           SUPPLEMENT THE CLAIMS BAR
                           DATE ORDER (0.20) AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME (0.20).

02/23/21 RPV   B320  A104  WORKED ON CHANNELING              .30       147.00
                           INJUNCTION ISSUES.

02/23/21 RPV   B190  A105  PREPARATION FOR OMNIBUS            .80       392.00
                           HEARING (0.50) AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING ARGUMENTS (0.30).

02/23/21 WGZ   B410  A106  TELEPHONE CONFERENCE WITH          .50       150.00
                           ARCHDIOCESE REPRESENTATIVE
                           REGARDING ISSUES CONCERNING
                           PROOF OF CLAIM AND COMMITTEE
                           MOTION TO AMEND BAR DATE.

02/23/21 WGZ   B410  A104  STRATEGY REGARDING ARGUMENTS       .60       180.00
                           TO RAISE AT HEARING IN
                           OPPOSITION TO MOTION.

02/23/21 WGZ   B410  A106  EMAILS FROM CLIENT REGARDING       .20        60.00
                           SUIT FILED IN CIVIL DISTRICT
                           COURT REGARDING SEX ABUSE AND
                           REMOVAL OF SAME.

02/23/21 WGZ   B410  A106  TELEPHONE CONFERENCE WITH          .20        60.00
                           CLIENT REGARDING SAME.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  52
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 02/23/21 LFA | B170 | A104 | CORRESPONDENCES WITH MR. MINTZ AND BOLDISSAR REGARDING MOTION TO SUPPLEMENT BAR DATE ORDER (.4); REVIEWED AND REVISED FEE STATEMENTS (4.2). | 4.60 | 1,840.00 |
| 02/23/21 MAM | B190 | A101 | PREPARE FOR (2.00) AND ATTEND ORAL ARGUMENT ON MOTION TO AMEND BAR DATE (0.60). CONFERENCES BEFORE AND AFTER THE HEARING WITH THE CLIENTS REGARDING THE SAME (1.50). WORK ON THE SAME (4.70). | 8.80 | 3,520.00 |
| 02/23/21 CVM | B160 | A104 | COMMUNICATIONS RE: BLANK ROME'S FIFTH MONTHLY FEE STATEMENT | .10 | 25.00 |
| 02/23/21 SAO | B310 | A101 | REVIEW TALKING POINTS, PLEADINGS, AND CASE LAW IN PREPARATION FOR TODAY'S OMNIBUS HEARING. | 1.60 | 400.00 |
| 02/23/21 SAO | B310 | A105 | EMAIL CORRESPONDENCES WITH MS. ASHLEY REGARDING CLASSIFICATION OF ABUSE CLAIMS. | .20 | 50.00 |
| 02/23/21 SAO | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ TO PREPARE FOR TODAY'S OMNIBUS HEARING (0.3); OFFICE CONFERENCE WITH MR. MINTZ REGARDING THE OUTCOME OF TODAY'S HEARING (0.2). | .50 | 125.00 |
| 02/23/21 SAO | B310 | A109 | APPEAR AT TODAY'S OMNIBUS HEARING. | .60 | 150.00 |
| 02/23/21 SAO | B310 | A106 | DRAFT MEMO TO THE CLIENT REGARDING THE OUTCOME OF TODAY'S OMNIBUS HEARING. | 1.80 | 450.00 |
| 02/23/21 SAO | B320 | A104 | FINAL EDITS TO SECOND MOTION TO EXTEND EXCLUSIVITY (1.3); FINAL EDITS TO PROPOSED ORDER IN CONNECTION WITH THE SAME (0.3); PREPARE NOTICE OF HEARING REGARDING THE SAME (0.2). | 1.80 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   53
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/23/21 SAO | B320 | A111 | FILE SECOND MOTION TO EXTEND EXCLUSIVITY (0.3); FILE NOTICE OF HEARING REGARDING THE SAME (0.1); COORDINATE SERVICE OF THE SAME VIA DONLIN RECANO (0.1). | .50 | 125.00 |
| 02/23/21 SAO | B190 | A104 | REVIEW FR. JOHN ASARE-DANKWAH'S MOTION FOR EXTENSION OF TIME TO PLEAD IN THE A.A. DOE MATTER. | .10 | 25.00 |
| 02/24/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING SA CLAIMS AND QUESTIONS REGARDING ANALYSIS. | .20 | 60.00 |
| 02/24/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING ARCHDIOCESE PRODUCTION TO THE UCC. | .80 | 240.00 |
| 02/24/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH MR. CAINE REGARDING THE ARCHDIOCESE'S DOCUMENT PRODUCTION. | .10 | 30.00 |
| 02/24/21 EDW | B110 | A104 | REVIEWED ISSUE REGARDING SPECIFIC DOCUMENTS TO BE PRODUCED TO THE UCC. | .20 | 60.00 |
| 02/24/21 EDW | B110 | A107 | COMMUNICATIONS WITH UCC COUNSEL REGARDING TELEPHONE CONFERENCE. | .10 | 30.00 |
| 02/24/21 EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT; | 4.40 | 2,156.00 |
| 02/24/21 EJF | B320 | A104 | REVIEW DOCUMENTS FOR DISCLOSURE STATEMENT. | 2.20 | 1,078.00 |
| 02/24/21 JRT | B190 | A104 | STUDY MEMOS ON PROCESS OF OTHER MEDIATIONS IN OTHER JURISDICTIONS. | 1.00 | 300.00 |
| 02/24/21 RPV | B110 | A106 | MEETING WITH CLIENT REGARDING VARIOUS MATTERS INCLUDING CLAIM REVIEW PROCESS, MEDIATION PROCESS AND PLAN ISSUES. | 2.00 | 980.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   54
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 02/24/21 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING MEDIATION PROCESS. | .50 | 245.00 |
| 02/24/21 RPV | B190 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING MEDIATION ISSUES. | .40 | 196.00 |
| 02/24/21 RPV | B210 | A105 | EMAIL FROM MR. MINTZ REGARDING SALE OF MICHOUD PROPERTY. | .10 | 49.00 |
| 02/24/21 RPV | B190 | A105 | EMAIL FROM MS. OPPENHEIM REGARDING REVIEW OF MD DOE PETITION AND PROOF OF CLAIM. | .10 | 49.00 |
| 02/24/21 RPV | B310 | A105 | EMAIL FROM MS. FUTRELL REGARDING PROOF OF CLAIM ISSUES. | .10 | 49.00 |
| 02/24/21 WGZ | B410 | A106 | EMIL FROM CLIENT REGARDING PROOF OF CLAIM FORMS. | .20 | 60.00 |
| 02/24/21 WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING CLAIM VALUATION. | .90 | 270.00 |
| 02/24/21 LFA | B110 | A108 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING ORDER ON CREDIT CARD MOTION (.5); WITH MS. OPPENHEIM REGARDING CLAIMS ISSUES (.4). | .90 | 360.00 |
| 02/24/21 LFA | B160 | A108 | CORRESPONDENCES WITH MS. ZUNIGA REGARDING FEE STATEMENT (.1); WITH MS. MCCAFFREY REGARDING BLANK ROME'S MONTHLY FEE STATEMENT (.3); REVIEWED AND REVISED JW FEE STATEMETNS AND BLANK ROME FEE STATEMENTS (3.0). | 3.40 | 1,360.00 |
| 02/24/21 MAM | B190 | A101 | ATTEND DISCOVERY MEETING. (1.0)  WORK ON DISCOVERY MATTERS. (1.50)  ATTEND WORKER'S COMPENSATION MEETING. (1.0)  WORK ON THE SAME. (1.3) | 4.80 | 1,920.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  55
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 02/24/21 | AK | B310 | A103 | REVISED OBJECTIONS TO DISCOVERY. | .70 | 175.00 |
| 02/24/21 | AK | B310 | A105 | WORKED WITH MR. MINTZ ON RESPONSES TO DISCOVERY. | .60 | 150.00 |
| 02/24/21 | CVM | B160 | A104 | ENSURED JW'S INVOICES COMPLIED WITH THE U.S. TRUSTEE GUIDELINES | 3.00 | 750.00 |
| 02/24/21 | CVM | B190 | A108 | COMMUNICATED WITH NOTICING DEPARTMENT TO ENSURE SERVICE OF ORDER ON CREDIT CARD MOTION. | .10 | 25.00 |
| 02/24/21 | CVM | B160 | A104 | COMPILED BLANK ROME'S FIFTH MONTHLY FEE STATEMENT | .40 | 100.00 |
| 02/24/21 | CVM | B160 | A108 | COMMUNICATED BLANK ROME'S REVISED FIFTH MONTHLY FEE STATEMENT TO BLANK ROME. | .20 | 50.00 |
| 02/24/21 | SAO | B310 | A104 | REVIEW ABUSE CLAIMS TO IDENTIFY DISCREPANCIES IN CLAIM CLASSIFICATION. | 3.10 | 775.00 |
| 02/24/21 | SAO | B190 | A104 | ANALYZE M.D. DOE ABUSE CLAIM LAWSUIT RECENTLY FILED IN CDC. | .40 | 100.00 |
| 02/25/21 | EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING RESPONSE TO UCC DOCUMENT REQUESTS. | .50 | 150.00 |
| 02/25/21 | EDW | B110 | A107 | MULTIPLE COMMUNICATIONS WITH MR. CAINE REGARDING SCHEDULING TELEPHONE CONFERENCE AND DOCUMENT ISSUES. | .30 | 90.00 |
| 02/25/21 | EDW | B110 | A104 | REVIEWED ORDER REGARDING BAR DATE MOTION AND ORDER TO MEET AND CONFER. | .10 | 30.00 |
| 02/25/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. BOLDISSAR WITH THE COMMITTEE REGARDING MOTION TO COMPEL AGAINST THE ARCHDIOCESE. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   56
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | Task | Activity | Description | Hours | Amount |
|------|------|------|----------|-------------|-------|--------|
| 02/25/21 | EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT AND RELATED EXHIBITS. | 4.20 | 2,058.00 |
| 02/25/21 | JJL | B190 | A104 | READ CORRESPONDENCE FROM COMMITTEE COUNSEL REGARDING 2004 EXAM CAPTIVE INSURER. | .20 | 60.00 |
| 02/25/21 | JJL | B190 | A104 | ANALYZE ISSUE REGARDING CAPTIVE INSURER. | .60 | 180.00 |
| 02/25/21 | JRT | B190 | A104 | STUDY PREVIOUS CASES TRIED TO STATUTE OF LIMITATIONS TO BEGIN TO DEVELOP A PLAN FOR MEDIATION ON ADVERSARY PROCEEDING. | 1.50 | 450.00 |
| 02/25/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION FOR 2004 EXAMINATION / ORDER DIRECTING ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. TO PRODUCE DOCUMENTS AND ELECTRONICALLY STORED INFORMATION AND NOTICE OF HEARING (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .30 | 147.00 |
| 02/25/21 | RPV | B310 | A106 | EMAILS FROM/TO CLIENT REGARDING PROOF OF CLAIM ISSUES. | .20 | 98.00 |
| 02/25/21 | RPV | B190 | A108 | EMAIL TO AND TELEPHONE CONVERSATION WITH MR, STANG REGARDING MEETING TO DISCUSS MEDIATION. | .70 | 343.00 |
| 02/25/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CALL WITH MR. STANG REGARDING MEDIATION AND DOCUMENT PRODUCTION ISSUES. | .50 | 245.00 |
| 02/25/21 | RPV | B190 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING DOLCE / ARCHBISHOP SHAW HIGH SCHOOL LAWSUIT (0.10). | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  57
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/25/21 RPV | B190 | A104 | RECEIVED AND REVIEWED DOLCE / ARCHBISHOP SHAW HIGH SCHOOL LAWSUIT AND EMAILS TO AND FROM THE CLIENT REGARDING RESPONSE. | .50 | 245.00 |
| 02/25/21 RPV | B110 | A104 | RECEIVED AND REVIEWED CHAPTER 11 FINANCIAL REPORT FOR FILING PERIOD JANUARY 1, 2021 TO JANUARY 31, 2021. | .40 | 196.00 |
| 02/25/21 LFA | B110 | A108 | CORRESPONDENCES WITH MS. OPPENHEIM REGARDING DRAFT EMAIL REGARDING CLAIM CLASSIFICATION ISSUES (.5); REVIEWED CLAIMS TO ASSIST WITH SAME (1.2). | 1.70 | 680.00 |
| 02/25/21 LFA | B160 | A104 | REVISED AND FINALIZED BLANK ROME'S FEE STATEMENT (.5); CORRESPONDED WITH MS. MCCAFFREY REGARDING REVISIONS TO SAME (.4); REVIEWED AND REVISED JW'S FEE STATEMENT (2.5); CORRESPONDED WITH MS. MCCAFFREY REGARDING SAME (.4). | 3.80 | 1,520.00 |
| 02/25/21 MAM | B190 | A101 | ATTEND MEETINGS ON MEDIATIONS AND BAR DATE ISSUES. (1.8) WORK ON THE SAME.(5.1) | 6.90 | 2,760.00 |
| 02/25/21 CVM | B160 | A104 | REVIEWED JW INVOICES FOR FIFTH MONTHLY FEE STATEMENT (0.50) AND REVIEWED FEE STATEMENT AND CHARTS (1.00). | 1.50 | 375.00 |
| 02/25/21 CVM | B160 | A104 | FINALIZED JW'S FIFTH MONTHLY FEE STATEMENT. | .60 | 150.00 |
| 02/25/21 SAO | B310 | A105 | CALL AND EMAIL CORRESPONDENCES WITH MS. FUTRELL REGARDING IDENTIFICATION OF ADMINISTRATIVE EXPENSE CLAIMS (0.3); CALL AND EMAIL CORRESPONDENCES WITH NOTICING AGENT REGARDING ABUSE CLAIM CLASSIFICATION ISSUE (0.5); CALL WITH MS. ASHLEY REGARDING ABUSE CLAIM | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  58
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                         CLASSIFICATION ISSUE (0.1).

02/25/21 SAO    B110  A111  FILE MONTHLY OPERATING REPORT        .90        225.00
                           FOR JANUARY 2021.

02/25/21 SAO    B310  A106  DRAFT CORRESPONDENCE TO THE         1.70        425.00
                           CLIENT REGARDING CLAIM
                           CLASSIFICATION DISCREPANCIES.

02/25/21 SAO    B190  A105  CALL WITH MR. MINTZ TO              .20         50.00
                           DISCUSS STRATEGY IN
                           CONNECTION WITH M.D. DOE AND
                           DOLCE LAWSUITS FILED IN
                           VIOLATION OF THE AUTOMATIC
                           STAY.

02/25/21 SAO    B190  A104  ANALYZE DOLCE GENERAL              .30         75.00
                           NEGLIGENCE LAWSUIT FILED IN
                           THE 24TH JDC IN VIOLATION OF
                           THE AUTOMATIC STAY.

02/25/21 SAO    B190  A103  BEGIN DRAFTING STAY VIOLATION     .90        225.00
                           LETTER TO PLAINTIFFS' COUNSEL
                           IN CONNECTION WITH THE DOLCE
                           LAWSUIT.

02/25/21 SAO    B320  A102  CONDUCT RESEARCH REGARDING       1.40        350.00
                           THE SCOPE OF SECTION
                           503(B)(9) OF THE BANKRUPTCY
                           CODE TO ASSIST WITH
                           IDENTIFYING ADMINISTRATIVE
                           EXPENSE CLAIMS TO BE
                           DISCUSSED IN DISCLOSURE
                           STATEMENT.

02/25/21 BB     B110  A110  PREPARE ADDITIONAL CLIENT         .20         34.00
                           DOCUMENTS FOR REVIEW IN
                           RELATIVITY DATABASE.

02/25/21 GMS    B190  A110  MANAGE INTAKE OF DATA.           2.30        391.00

02/25/21 GMS    B190  A105  COMMUNICATIONS WITH MS.          .20         34.00
                           BOUDREAUX CONCERNING
                           AVAILABILITY OF DATA FOR
                           UPLOAD TO RELATIVITY AND
                           POSSIBLE UPDATES TO SAME.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  59
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | Code | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/25/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND CLIENT CONCERNING DATA DELIVERY. | .20 | 34.00 |
| 02/26/21 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. CAINE AND MR. STRONG REGARDING UCC DOCUMENT PRODUCTION AND REAL ESTATE VALUATION ISSUES. | 1.00 | 300.00 |
| 02/26/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING DOCUMENT PRODUCTION TO THE UCC. | .80 | 240.00 |
| 02/26/21 | EJF | B320 | A104 | REVIEW DOCUMENTS FOR DISCLOSURE PURPOSES. | 3.80 | 1,862.00 |
| 02/26/21 | EJF | B320 | A103 | WORK ON DISCLOSURE STATEMENT AND RELATED EXHIBITS. | 3.20 | 1,568.00 |
| 02/26/21 | JJL | B190 | A104 | REVIEW COMMITTEE'S MOTION TO COMPEL DOCUMENTS FROM CAPTIVE. | .30 | 90.00 |
| 02/26/21 | JRT | B190 | A104 | REVIEW CERTAIN ARTICLES ON BANKRUPTCY OF ARCHDIOCESE TO DEVELOP MEDIATION STRATEGY. | .80 | 240.00 |
| 02/26/21 | RPV | B310 | A104 | RECEIVED AND REVIEWED CLAIMS ANALYSIS AND SPREADSHEETS. | 1.50 | 735.00 |
| 02/26/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CALL WITH TORT COMMITTEE COUNSEL REGARDING DOCUMENT PRODUCTION, APPRAISALS AND RELATED ISSUES. | .50 | 245.00 |
| 02/26/21 | JPG | B250 | A108 | PHONE CALL WITH MR. GENNARDO ON ADDITIONAL PROPERTIES. | .10 | 40.00 |
| 02/26/21 | JPG | B250 | A105 | PHONE CALL WITH MR. MINTZ ON SCOPE OF VALUATIONS. | .30 | 120.00 |
| 02/26/21 | JPG | B250 | A105 | EMAIL TO MR. GENNARDO REGARDING NEW ORLEANS PROPERTIES. | .10 | 40.00 |
| 02/26/21 | JPG | B250 | A108 | EMAIL TO MR. JUSTICE ON REFERENCE PROPERTIES. | .10 | 40.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   60
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 02/26/21 | LFA | B110 | A108 | CORRESPONDENCES WIT MR. MINTZ AND MS. MCCAFFREY REGARDING CONFIDENTIALITY AGREEMENT ISSUE (.5);; AND WITH MS. MCCAFFREY AND MR. BRUNS REGARDING UPDATED JW FIFTH MONTHLY FEE STATEMENT (.2); AND WITH MR. BOLDISSAR REGARDING BAR DATE ORDER (.2); AND WITH MR. MINTZ REGARDING WEEKLY UPDATE - CONVERSATIONS WITH JIM STANG (.4) AND DISCOVERY REQUESTS TO THE CAPTIVE (.1). | 1.40 | 560.00 |
| 02/26/21 | LFA | B170 | A104 | REVIEWED AND FINALIZED JW FEE APPLICATION. | 4.50 | 1,800.00 |
| 02/26/21 | MAM | B190 | A101 | WORK ON DISCOVERY ISSUES. (1.9) CONFERENCES REGARDING THE SAME. (1.3)  CONFERENCES REGARDING THE MOTION FOR 2004 EXAM. (1.1) VARIOUS CORRESPONDENCE REGARDING CLAIMS (2.1) | 6.40 | 2,560.00 |
| 02/26/21 | AK | B310 | A108 | PARTICIPATED IN CALL WITH THE COMMITTEE REGARDING OUTSTANDING DISCOVERY. | 1.20 | 300.00 |
| 02/26/21 | AK | B310 | A104 | FINALIZED DOCUMENT PRODUCTION TO PRODUCE TO COMMITTEE. | 2.20 | 550.00 |
| 02/26/21 | AK | B310 | A104 | ANALYZED DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 02/26/21 | CVM | B190 | A103 | DRAFTED CONFIDENTIALTIY AGREEMENT FOR VERY REV. CHARLES BENOIT. | .80 | 200.00 |
| 02/26/21 | CVM | B160 | A110 | MANAGED FIFTH MONTHLY FEE STATEMENT INVOICES FOR CLIENT. | .20 | 50.00 |
| 02/26/21 | CVM | B160 | A105 | COMMUNICATIONS RE: JONES WALKER'S FIFTH MONTHLY FEE STATEMENT. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  61
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 02/26/21 | CVM | B160 | A103 | REVISED JW FIFTH MONTHLY FEE STATEMENT. | .70 | 175.00 |
| 02/26/21 | SAO | B310 | A105 | CALL WITH MS. MCCAFFREY REGARDING FR. CHARLES BENOIT'S CONFIDENTIALITY AGREEMENT TO BE EXECUTED UNDER THE BAR DATE ORDER. | .20 | 50.00 |
| 02/26/21 | SAO | B320 | A104 | REVIEW PROOFS OF CLAIM TO IDENTIFY ADMINISTRATIVE EXPENSE CLAIMS UNDER 503(B)(9) TO ASSIST WITH PREPARATION OF DISCLOSURE STATEMENT. | 3.90 | 975.00 |
| 02/26/21 | SAO | B190 | A104 | REVIEW THE COMMITTEE'S RULE 2004 MOTION DIRECTED TO ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. | .70 | 175.00 |
| 02/26/21 | SAO | B190 | A103 | FINISH DRAFTING STAY VIOLATION LETTER TO PLAINTIFF'S COUNSEL REGARDING THE DOLCE LAWSUIT. | 1.40 | 350.00 |
| 02/26/21 | SAO | B190 | A103 | DRAFT STAY VIOLATION LETTER TO PLAINTIFF'S COUNSEL REGARDING THE M.D. DOE ABUSE CLAIM LAWSUIT. | .70 | 175.00 |
| 02/26/21 | SAO | B190 | A103 | PREPARE REMOVAL PLEADINGS FOR M.D. DOE ABUSE CLAIM LAWSUIT (CDC NO. 2021-01568). | 2.20 | 550.00 |
| 02/26/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | 1.70 | 289.00 |
| 02/26/21 | BB | B110 | A110 | ANALYZE AND PREPARE RESPONSIVE CLIENT FILES SLATED FOR PRODUCTION. | .90 | 153.00 |
| 02/26/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS. BOUDREAUX COORDINATING AND CONCERNING PRODUCTION DETAILS AND REVISIONS PURSUANT TO MATERIALS RECEIVED FROM CLIENT. | .90 | 153.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   62
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


02/26/21 GMS    B190  A110   DOWNLOAD AND ORGANIZE REVISED         1.90        323.00
                             CLIENT MATERIALS PURSUANT TO
                             INFORMATION PROVIDED BY
                             CLIENT.

02/26/21 GMS    B190  A101   COMMUNICATIONS WITH MS.                .30         51.00
                             KINGSMILL CONCERNING AND
                             FORWARDING LINK TO MEDIA FILE
                             FOR CONFIRMATION OF
                             PRODUCTION DETERMINATION.

02/26/21 GMS    B190  A105   COMMUNICATIONS WITH MS.                .30         51.00
                             KINGSMILL AND MS. BOUDREAUX
                             CONCERNING DUPLICATE STATUS
                             OF SELECTED DOCUMENTS AND
                             CONFIRM SELECTED ITEMS FOR
                             PRODUCTION.

02/26/21 GMS    B190  A104   GATHER AND EXAMINE SELECTED            .40         68.00
                             DOCUMENTS TO CONFIRM
                             CHARACTERISTICS OF SAME IN
                             PREPARATION OF PRODUCTION
                             DETERMINATION.

02/26/21 GMS    B190  A105   COMMUNICATIONS WITH MS.                .40         68.00
                             BOUDREAUX AND MS. KINGSMILL
                             CONCERNING CHARACTERISTICS OF
                             SELECTED DOCUMENTS TO
                             FACILITATE PRODUCTION
                             DETERMINATION.

02/27/21 EDW    B110  A104   REVIEWED STATUS REGARDING             .50        150.00
                             DOCUMENT PRODUCTION AND
                             OUTSTANDING REQUESTS.

02/27/21 WGZ    B410  A104   ANALYSIS OF NUMEROUS PROOFS          1.20        360.00
                             OF CLAIMS SUBMITTED IN
                             ADVANCE OF SEXUAL ABUSE CLAIM
                             DEADLINE.

02/27/21 WGZ    B410  A104   STRATEGY REGARDING ISSUES            .50        150.00
                             PRESENTED REGARDING VALUATION
                             OF CLAIMS.

02/27/21 SAO    B320  A104   CONTINUE REVIEWING PROOFS OF         3.80        950.00
                             CLAIM TO IDENTIFY
                             ADMINISTRATIVE EXPENSE CLAIMS
                             UNDER 503(B)(9) TO ASSIST
                             WITH PREPARATION OF

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   63
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                              DISCLOSURE STATEMENT.

02/28/21 RPV    B110   A104   EMAIL FROM MR. MINTZ              .10          49.00
                              REGARDING WEEKLY DEADLINES
                              AND STRATEGY MEETING.

02/28/21 JPG    B250   A104   WORK ON ST. TAMMANY PARISH        .60         240.00
                              PROPERTY REPORT.

02/28/21 JPG    B250   A104   REVIEW OF REPORT FROM MR.        1.70         680.00
                              GENNARDO ON JEFFERSON PARISH
                              PROPERTIES.

02/28/21 JPG    B250   A104   REVIEW OF NOTES FROM MR.          .30         120.00
                              GENNARDO ON OTHER PARISHES
                              (OTHER THAN ORLEANS AND
                              JEFFERSON).

02/28/21 JPG    B250   A104   REVIEW OF REPORT FROM MR.        1.00         400.00
                              GENNARDO ON ORLEANS PARISH
                              PROPERTIES.

02/28/21 JPG    B250   A110   GENERAL REVIEW OF REAL ESTATE     .50         200.00
                              FILES FOR PROPERTIES.

02/28/21 JPG    B250   A108   CORRESPONDENCE WITH MR.           .30         120.00
                              JUSTICE REGARDING SITE
                              INSPECTIONS IN HOUMA.

02/28/21 JPG    B250   A108   REVIEW OF CORRESPONDENCE FROM     .10          40.00
                              MR. JUSTICE REGARDING
                              INSURANCE APPRAISAL FOR
                              CERTAIN PROPERTIES IN
                              METAIRIE.

02/28/21 JPG    B250   A103   INCORPORATE OPEN                  .50         200.00
                              CORRESPONDENCE TO PROPERTY
                              LIST.

02/28/21 JPG    B250   A104   REVIEW OF ADDITIONAL TITLE       1.10         440.00
                              WORK ON ST. TAMMANY PARISH.

02/28/21 JPG    B250   A104   REVIEW OF TIMBER DEEDS TO         .20          80.00
                              CONFIRM EXPIRATION OF SAME.

02/28/21 JPG    B250   A104   GENERAL REVIEW OF SERVITUDES      .20          80.00
                              AFFECTING PROPERTY IN ST.
                              TAMMANY PARISH.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  64
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 02/28/21 CVM | B110 | A104 | REVIEWED THE BAR DATE ORDER TO DETERMINE WHETHER THE COMMITTEE IS ENTITLED TO (1) SUPPLEMENTAL DECLARATIONS, (2) THE NAMES AND ADDRESSES OF ALL SEXUAL ABUSE NOTICE PARTIES, AND (3) PROOF OF SERVICE OF THE SEXUAL ABUSE BAR DATE PACKAGES. | .60 | 150.00 |
| 03/01/21 EDW | B110 | A104 | REVIEWED MEDIATION STATUS AND ISSUES AND STATUS REGARDING ABUSE CLAIMS. | .80 | 240.00 |
| 03/01/21 EDW | B110 | A104 | REVIEWED MULTIPLE ORDERS ENTERED BY JUDGE MORGAN REGARDING STAY PENDING BANKRUPTCY. | .30 | 90.00 |
| 03/01/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PRIVILEGE LOG. | .10 | 30.00 |
| 03/01/21 EDW | B110 | A104 | REVIEWED ORDER FROM JUDGE MORGAN REQUESTING STATUS REPORT EVERY 90 DAYS. | .10 | 30.00 |
| 03/01/21 EJF | B320 | A103 | DRAFT DISCLOSURE STATEMETNT RELATED EXHIBITS. | 3.30 | 1,617.00 |
| 03/01/21 EJF | B320 | A105 | CONFERENCE CALL RE PLAN RELATED ISSUES. | .60 | 294.00 |
| 03/01/21 JJL | B190 | A104 | WORK ON CAPTIVE ISSUE. | .70 | 210.00 |
| 03/01/21 JJL | B190 | A109 | PREPARE FOR AND ATTEND STRATEGY MEETING. | 1.00 | 300.00 |
| 03/01/21 JJL | B190 | A104 | READ AND REVIEW MINUTE ENTRY OF JUDGE GUIDRY REGARDING 90-DAY REPORTS | .10 | 30.00 |
| 03/01/21 JRT | B190 | A109 | STRATEGY MEETING WITH TEAM ON UPCOMING ISSUES. | .80 | 240.00 |
| 03/01/21 JRT | B190 | A104 | STUDY MOTIONS ON STATUTE OF LIMITATIONS. | 1.20 | 360.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   65
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/01/21 JRT | B190 | A108 | DISCUSSION WITH COUNSEL FOR SANTA FE REGARDING MEDIATION ISSUES AND STRATEGY. | 1.30 | 390.00 |
| 03/01/21 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIMS DEADLINE ISSUES. | .10 | 49.00 |
| 03/01/21 RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING CLAIMS DEADLINE AND MEDIATION ISSUES. | .50 | 245.00 |
| 03/01/21 RPV | B310 | A104 | WORKED ON MEDIATION AND CLAIMS ISSUES AND PREP. | 1.00 | 490.00 |
| 03/01/21 WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING PROOFS OF CLAIM. | .00 | .00 |
| 03/01/21 JPG | B250 | A108 | COORDINATE REAL ESTATE CONFERENCE WITH CLIENT AND MR. MINTZ. | .10 | 40.00 |
| 03/01/21 JPG | B250 | A104 | ANALYSIS OF ORLEANS PARISH PROPERTY RECORDS. | 3.40 | 1,360.00 |
| 03/01/21 JPG | B250 | A108 | CONFERENCE WITH MR. GENNARDO TO REVIEW ORLEANS PARISH PROPERTIES. | 2.00 | 800.00 |
| 03/01/21 JPG | B250 | A106 | CALL WITH MR. MINTZ AND CLIENT REGARDING VALUATIONS OF PARTICULAR NON-ESSENTIAL REAL ESTATE ASSETS. | .40 | 160.00 |
| 03/01/21 MAM | B190 | A101 | ATTEND STRATEGY MEETING. (1.5) WORK ON ISSUES RELATED TO BAR DATE. (2.6). | 4.10 | 1,640.00 |
| 03/01/21 MAM | B190 | A101 | ATTEND REAL ESTATE MEETING . | .00 | .00 |
| 03/01/21 CVM | B110 | A105 | CORRESPONDENCE WITH MS. ASHLEY REGARDING WHETHER THE COMMITTEE IS ENTITLED TO (1) SUPPLEMENTAL DECLARATIONS, (2) THE NAMES AND ADDRESSES OF ALL SEXUAL ABUSE NOTICE PARTIES, AND (3) PROOF OF SERVICE OF THE SEXUAL ABUSE BAR DATE PACKAGES. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  66
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/01/21 | CVM | B160 | A104 | REVIEWED UST AND COMMITTEE'S OBJECTIONS TO JW FOURTH FEE STATEMENT IN PREPARATION OF DRAFTING JW'S SECOND FEE APPLICATION. | .40 | 100.00 |
|---|---|---|---|---|---|---|
| 03/01/21 | CVM | B160 | A103 | REVISED CRI'S FIFTH MONHTLY FEE STATEMENT. | .90 | 225.00 |
| 03/01/21 | CVM | B190 | A103 | REVISED FORMAL DISCOVERY RESPONSES TO TORT COMMITTEE'S JANUARY 2004 DOCUMENT REQUESTS. | 2.20 | 550.00 |
| 03/01/21 | CVM | B190 | A103 | DRAFTED CHART TO THIRD STATEMENT REGARDING ORDINARY COURSE PROFESSIONALS. | .40 | 100.00 |
| 03/01/21 | CVM | B160 | A110 | MANAGED CRI FIFTH FEE STATEMENT DOCUMENTS FOR CLIENT. | .10 | 25.00 |
| 03/01/21 | CVM | B190 | A104 | ADRESSED ISSUES (0.30) WITH CHART TO THIRD STATEMENT REGARDING OCPS AND REVISED ACCORDINGLY (0.20). | .50 | 125.00 |
| 03/01/21 | CVM | B190 | A104 | FINALIZED THIRD STATEMENT REGARDING ORDINARY COURSE PROFESSIONALS. | .20 | 50.00 |
| 03/01/21 | SAO | B320 | A104 | FINISH REVIEWING PROOFS OF CLAIM TO IDENTIFY ADMINISTRATIVE EXPENSE CLAIMS UNDER 503(B)(9) TO ASSIST WITH PREPARATION OF DISCLOSURE STATEMENT. | 3.20 | 800.00 |
| 03/01/21 | SAO | B190 | A105 | CALL WITH MR. MINTZ REGARDING ACTION ITEMS IN CONNECTION WITH THE DOLCE AND M.D. DOE LAWSUITS FILED IN VIOLATION OF THE AUTOMATIC STAY (0.1); EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING THE DOLCE AND M.D. DOE LAWSUITS (0.4); EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING JUDGE GUIDRY'S STAY ORDER ADDENDUM IN THE STONEBREAKER MATTER | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   67
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | (0.1); EMAILS TO JONES WALKER LITIGATION TEAM REGARDING SUBMISSION OF STATUS REPORTS IN THE STONEBREAKER MATTER (0.3). |  |  |
| 03/01/21 SAO | B110 | A104 | REVIEW THE DEBTOR'S THIRD STATEMENT REGARDING COMPENSATION OF ORDINARY COURSE PROFESSIONALS. | .10 | 25.00 |
| 03/01/21 SAO | B190 | A104 | REVIEW ORDERS STAYING AND ADMINISTRATIVELY CLOSING THE J.B. DOE, BOB ROE, JOHN A. DOE, LON DOE, A.A. DOE, AND JOHN DOE MATTERS (0.2); REVIEW ADDENDUM TO STAY ORDER IN THE STONEBREAKER MATTER (0.1). | .30 | 75.00 |
| 03/02/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM CO-COUNSEL REGARDING INFORMATION REGARDING REMAND CASES. | .10 | 30.00 |
| 03/02/21 EDW | B110 | A104 | REVIEWED PRELIMINARY REPORT REGARDING DEBTOR PROPERTY AND PROPERTY DISCLOSURE REPORT. | .20 | 60.00 |
| 03/02/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MS. BROWN WITH REQUEST FOR INFORMATION REGARDING DOCUMENTS PRODUCED. | .10 | 30.00 |
| 03/02/21 EDW | B110 | A104 | REVIEWED STATUS REPORT REGARDING STONEBREAKER ABUSE SUIT. | .10 | 30.00 |
| 03/02/21 EJF | B320 | A103 | WORK ON REVISIONS TO PLAN AND DISCLOSURE STATEMENT. | 2.50 | 1,225.00 |
| 03/02/21 EJF | B320 | A104 | REVIEW DOCUMENTS RE PLAN RELATED ISSUES. | 2.80 | 1,372.00 |
| 03/02/21 JJL | B190 | A101 | PREPARING FOR CALL REGARDING CAPTIVE INSURER. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  68
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/02/21 JJL | B190 | A109 | ATTEND CONFERENCE CALL WITH CLIENT AND JIM MURRAY REGARDING CAPTIVE INSURER. | .60 | 180.00 |
| 03/02/21 JJL | B190 | A108 | READ FOLLOW-UP CORRESPONDENCE REGARDING CAPTIVE INSURER. | .30 | 90.00 |
| 03/02/21 RPV | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FILED BY PATRICK M. SHELBY ON BEHALF OF JOHN ASARE-DANKWAH. | .10 | 49.00 |
| 03/02/21 RPV | B310 | A104 | EMAIL FROM AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING CLAIM ISSUES. | .50 | 245.00 |
| 03/02/21 RPV | B110 | A104 | RECEIVED AND REVIEWED STONEBREAKER STATUS REPORT. | .10 | 49.00 |
| 03/02/21 RPV | B190 | A104 | EMAILS TO AND FROM MR. MURRAY REGARDING SUMMARY OF CASES AND INSURANCE ISSUES. | .20 | 98.00 |
| 03/02/21 RPV | B190 | A104 | EMAILS TO AND FROM CLIENT REGARDING SUMMARY OF CASES AND INSURANCE ISSUES. | .20 | 98.00 |
| 03/02/21 RPV | B190 | A108 | EMAILS TO AND FROM COUNSEL REGARDING SUMMARY OF CASES AND INSURANCE ISSUES. | .10 | 49.00 |
| 03/02/21 RPV | B110 | A104 | RECEIVED AND REVIEWED PRELIMINARY REPORT OF LIST OF ESTATE PROPERTY. | .30 | 147.00 |
| 03/02/21 RPV | B310 | A105 | EMAILS FROM MS. FUTRELL AND MR. MINTZ REGARDING PENSION AND CLAIMS ISSUES. | .20 | 98.00 |
| 03/02/21 RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING JUDGE GUIDRY CASES. | .10 | 49.00 |
| 03/02/21 WGZ | B410 | A106 | CONFERENCES WITH CLIENT REGARDING PROOFS OF CLAIM. | .60 | 180.00 |
| 03/02/21 WGZ | B410 | A104 | STRATEGY REGARDING CLAIM VALUATION AND PROOFS OF CLAIM. | .80 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   69
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|------|------|------|
| 03/02/21 | JPG | B250 | A103 | PREPARE ORLEANS PARISH PROPERTY SCHEDULE. | 4.80 | 1,920.00 |
| 03/02/21 | JPG | B250 | A108 | CALL WITH STANG RE REAL ESTATE MATTERS. | .40 | 160.00 |
| 03/02/21 | JPG | B250 | A105 | EMAIL TO MR. MINTZ REGARDING UPDATED PROPERTY DISCLOSURE LIST. | .20 | 80.00 |
| 03/02/21 | JPG | B250 | A106 | FOLLOW UP CALL WITH MR. MINTZ AND CLIENT WITH REPORT FROM CALL WITH STANG. | .20 | 80.00 |
| 03/02/21 | MAM | B190 | A101 | WORK ON INSURANCE MATTERS. (0.8) CONFERENCES RELATING TO CAPTIVE INSURANCE. (0.7) CALLS WITH OPPOSING COUNSEL AND CLIENT REGARDING DISCOVERY THERETO. (1.2) | 2.70 | 1,080.00 |
| 03/02/21 | MAM | B190 | A101 | WORK ON REAL ESTATE LISTINGS. (2.5) CONFERENCES REGARDING THE SAME.(1.7) | .00 | .00 |
| 03/02/21 | MAM | B190 | A101 | WORK ON DISCOVERY RESPONSES (2.0) AND CONFERENCES REGARDING THE SAME (2.10). | 4.10 | 1,640.00 |
| 03/02/21 | AK | B190 | A103 | CORRESPONDENCE WITH COUNSEL REGARDING MOTION FOR SANCTIONS. | .20 | 50.00 |
| 03/02/21 | SAO | B190 | A104 | REVIEW SUMMONS ISSUED AS TO HOLY SEE IN THE JOHN DOES I-V ABUSE CLAIM MATTER. | .10 | 25.00 |
| 03/02/21 | SAO | B190 | A108 | CALL FROM PLAINTIFFS' COUNSEL, DON REICHERT, REGARDING DOLCE LAWSUIT FILED IN VIOLATION OF THE AUTOMATIC STAY (0.1); EMAIL TO MR. MINTZ REGARDING THE SAME (0.4); DRAFT FOLLOW-UP CORRESPONDENCE TO MR. REICHERT REGARDING THE SAME (1.3). | 1.80 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   70
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/02/21 | SAO | B190 | A103 | DRAFT STATUS REPORT REGARDING THE ARCHDIOCESE'S BANKRUPTCY CASE PURSUANT TO JUDGE GUIDRY'S ORDER IN THE STONEBREAKER MATTER. | 2.50 | 625.00 |
| 03/02/21 | SAO | B110 | A104 | REVIEW NOTICE OF FILING OF OFFICIAL TRANSCRIPT OF HEARING HELD ON FEBRUARY 23, 2021. | .10 | 25.00 |
| 03/02/21 | BB | B110 | A110 | CONFER WITH ALLISON KINGSMILL REGARDING PRODUCTION PLACEHOLDER IMAGES FOR NATIVELY PRODUCED CLIENT DOCUMENTS. | .20 | 34.00 |
| 03/03/21 | EDW | B110 | A107 | REVIEWED COMMUNICATIONS REGARDING STONEBREAKER CASE AND STATUS. | .10 | 30.00 |
| 03/03/21 | EDW | B110 | A103 | WORKED ON COMMITTEE DOCUMENT REQUESTS AND RESPONSE TO REQUEST FOR PRODUCTION. | .80 | 240.00 |
| 03/03/21 | EJF | B310 | A107 | CONFERENCE CALL WITH CREDITORS' COUNSEL RE PROOF OF CLAIM PARTICULARS. | .40 | 196.00 |
| 03/03/21 | EJF | B310 | A103 | MEMO RE CONFERENCE CALL WITH CREDITORS' COUNSEL RE PROOF OF CLAIM PARTICULARS. | .20 | 98.00 |
| 03/03/21 | EJF | B320 | A104 | REVIEW DOCUMENTS RELATED TO PLAN. | 3.50 | 1,715.00 |
| 03/03/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING MEDIATION ISSUES. | .50 | 245.00 |
| 03/03/21 | RPV | B190 | A108 | OFFICE CONFERENCE WITH COUNSEL REGARDING MEDIATION ISSUES AND CLAIM REVIEW. | .50 | 245.00 |
| 03/03/21 | RPV | B310 | A105 | EMAIL FROM MS. FUTRELL REGARDING HANCOCK BANK PROOF OF CLAIM. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  71
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/03/21 RPV   B190  A106   EMAIL FROM CLIENT REGARDING          .50        245.00
                           LITIGATION STRATEGY ISSUE
                           (0.20)  AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           (0.30).

03/03/21 WGZ   B410  A106   STRATEGY CONFERENCE WITH            1.20        360.00
                           CLIENT REGARDING PROOFS OF
                           CLAIMS.

03/03/21 JPG   B250  A108   PHONE CALL WITH MR. JUSTICE          .20         80.00
                           ON PROPERTY VALUATIONS.

03/03/21 JPG   B250  A106   PHONE CALL WITH CLIENT AND           .20         80.00
                           MR. JUSTICE ON PROPERTY LIST.

03/03/21 JPG   B250  A108   CORRESPONDENCE WITH MR.              .40        160.00
                           GENNARDO/MR. JUSTICE
                           REGARDING PROPERTIES.

03/03/21 MAM   B190  A101   WORK ON DISCOVERY RESPONSES.        6.40      2,560.00

03/03/21 SAO   B190  A108   FURTHER EMAIL CORRESPONDENCES        .80        200.00
                           WITH PLAINTIFFS' COUNSEL
                           REGARDING POTENTIAL
                           RESOLUTION OF THE DOLCE STAY
                           VIOLATION.

03/03/21 SAO   B190  A103   FINALIZE BANKRUPTCY STATUS           .50        125.00
                           REPORT FOR THE STONEBREAKER
                           MATTER (0.3); FILE THE SAME
                           (0.2).

03/04/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL         .10         30.00
                           FROM MR. DESHAZO REGARDING
                           THEOBOLD LITIGATION.

03/04/21 EDW   B110  A104   REVIEWED ISSUES REGARDING UCC        .80        240.00
                           REQUEST FOR PRODUCTION AND
                           AVAILABILITY OF INFORMATION.

03/04/21 EJF   B320  A103   WORK ON MEMO RE PLAN RELATED        2.70      1,323.00
                           ISSUES.

03/04/21 RPV   B310  A106   TELEPHONE CONVERSATION WITH          .30        147.00
                           CLIENT REGARDING CLAIM ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   72
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/04/21 | RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING CLAIM REVIEW PROCESS. | .50 | 245.00 |
|---|---|---|---|---|---|---|
| 03/04/21 | RPV | B310 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING CLAIM REVIEW PROCESS INQUIRY, UPCOMING HEARING, PLAN ISSUES AND RELATED MATTERS. | .60 | 294.00 |
| 03/04/21 | RPV | B320 | A105 | TELEPHONE CONVERSATION WITH MS. FUTRELL REGARDING PLAN ISSUES AND RELATED MATTERS. | .60 | 294.00 |
| 03/04/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED STATUS REPORT IN THEOBOLD MATTER. | .10 | 49.00 |
| 03/04/21 | MAM | B190 | A101 | WORK ON DISCOVERY RESPONSES (2.90). CONFERENCES REGARDING THE SAME (1.00). | 3.90 | 1,560.00 |
| 03/04/21 | AK | B310 | A104 | CHECKED CONFIDENTIALITY DESIGNATION OF DOCUMENTS TO PRODUCE TO COMMITTEE. | .40 | 100.00 |
| 03/04/21 | AK | B310 | A104 | ANALYZED CASES REGARDING DISCOVERY IN ABUSE CASES. | 1.10 | 275.00 |
| 03/04/21 | AK | B310 | A104 | ANALYZED DOCUMENTS IN CONNECTION WITH COMMITTEE'S DISCOVERY REQUESTS. | .60 | 150.00 |
| 03/04/21 | AK | B310 | A103 | REVISED OBJECTIONS TO COMMITTEE'S DISCOVERY REQUESTS. | .80 | 200.00 |
| 03/04/21 | AK | B310 | A103 | UPDATED CHART REGARDING OUTSTANDING DISCOVERY. | .40 | 100.00 |
| 03/04/21 | CVM | B160 | A104 | REVIEWED UST OBJECTION TO JW'S FOURTH MONTHLY FEE STATEMENT (0.20) AND THE COMMITTE'S OBJECTION TO JW'S FOURTH MONTHLY FEE STATEMENT (0.20); IDENTIFIED ENTRIES TO AMEND OR EDIT TO COMPLY WITH UST AND COMMITTEE'S REQUESTS (1.50); AND CREATED CHART RE SAME (0.60). | 2.50 | 625.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   73
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/04/21 CVM | B190 | A102 | RESEARCHED ISSUES RELATED TO 2004 DISCOVERY. | 2.00 | 500.00 |
| 03/04/21 SAO | B190 | A108 | CORRESPONDENCE WITH OUTSIDE COUNSEL REGARDING BANKRUPTCY STATUS REPORT FILED IN THE THEOPOLD MATTER. | .10 | 25.00 |
| 03/05/21 EDW | B110 | A104 | CONTINUED REVIEW OF DOCUMENT PRODUCTION ISSUES. | .90 | 270.00 |
| 03/05/21 EDW | B110 | A104 | REVIEWED REMOVAL PLEADINGS RE: M.D. DOE. | .10 | 30.00 |
| 03/05/21 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF APPOINTMENT OF NEW CREDITORS COMMITTEE. | .10 | 30.00 |
| 03/05/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING ABUSE CLAIMS AND STATUTE OF LIMITATIONS. | .50 | 150.00 |
| 03/05/21 EJF | B110 | A104 | REVIEW NOTICE OF APPOINTMENT. | .10 | 49.00 |
| 03/05/21 EJF | B110 | A107 | CONFERENCE CALL RE NEW CREDITORS' COMMITTEE. | .20 | 98.00 |
| 03/05/21 EJF | B320 | A104 | REVIEW DOCUMENTS RE MEMO ON PLAN RELATED ISSUES; | 4.20 | 2,058.00 |
| 03/05/21 EJF | B320 | A103 | DRAFT MEMO RE PLAN RELATED ISSUES; | 3.20 | 1,568.00 |
| 03/05/21 RPV | B310 | A106 | EMAIL FROM CLIENT REGARDING BAR DATE ORDER. | .10 | 49.00 |
| 03/05/21 RPV | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF APPOINTMENT OF COMMERCIAL CREDITOR'S COMMITTEE  (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 03/05/21 RPV | B190 | A104 | RECEIVED AND REVIEWED REMOVAL PLEADINGS FOR THE M.D. DOE ABUSE CLAIM SUIT. | .10 | 49.00 |
| 03/05/21 RPV | B310 | A106 | MEET WITH CLIENT REGARDING CLAIMS. | 2.00 | 980.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   74
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/05/21 | RPV | B310 | A104 | REVIEWED CLAIMS FILE. | 3.50 | 1,715.00 |
| 03/05/21 | RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING REVIEWED OF CLAIMS FILE. | .50 | 245.00 |
| 03/05/21 | RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING APPOINTMENT OF CREDITORS COMMITTEE, MEDIATION, AND REVIEW OF CLAIMS FILES. | .50 | 245.00 |
| 03/05/21 | MAM | B190 | A101 | WORK ON DISCOVERY ISSUES AND WORK ON OPPOSITION TO MOTION TO AMEND BAR DATE. | 7.90 | 3,160.00 |
| 03/05/21 | AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE IN RESPONSE TO COMMITTEE'S DOCUMENT REQUESTS. | .40 | 100.00 |
| 03/05/21 | AK | B310 | A108 | PARTICIPATED IN CALL WITH BLANK ROME AND MR. MINTZ REGARDING DISCOVERY REQUESTS. | .40 | 100.00 |
| 03/05/21 | AK | B310 | A103 | REVISED OBJECTIONS TO COMMITTEE'S DISCOVERY REQUESTS. | 1.10 | 275.00 |
| 03/05/21 | AK | B310 | A104 | ANALYZED DISCOVERY DOCUMENTS IN CONNECTION WITH THE COMMITTEE'S DISCOVERY REQUESTS. | 2.10 | 525.00 |
| 03/05/21 | AK | B310 | A103 | WORKED ON PRIVILEGE LOG. | .30 | 75.00 |
| 03/05/21 | AK | B310 | A104 | FINALIZED DOCUMENTS FOR PRODUCTION IN RESPONSE TO DISCOVERY REQUESTS. | .70 | 175.00 |
| 03/05/21 | SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING STATUS OF PENDING STAY VIOLATIONS (0.4); EMAILS WITH MS. ASHLEY REGARDING CLAIM CLASSIFICATION DISCREPANCIES (0.1); CALL WITH MS. KINGSMILL REGARDING RULE 2004 RESPONSES AND OBJECTIONS (0.1). | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  75
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/05/21 SAO | B190 | A104 | REVIEW LAUER TRUST DOCUMENTS, INCLUDING PLEADINGS FROM PRIOR TRUST MODIFICATION PROCEEDING, TO ASSIST WITH PREPARING MOTION FOR AUTHORITY TO ENTER INTO COMPROMISE TO TERMINATE TRUST. | 1.80 | 450.00 |

| 03/05/21 SAO | B190 | A102 | RESEARCH CHARITABLE REMAINDER TRUSTS UNDER THE INTERNAL REVENUE CODE TO ASSIST WITH PREPARING MOTION RE: TERMINATION OF LAUER TRUST (1.3); RESEARCH TERMINATION OF TESTAMENTARY TRUSTS UNDER LOUISIANA LAW (1.2); RESEARCH BANKRUPTCY CASE LAW ADDRESSING A DEBTOR'S BENEFICIAL INTEREST IN A TRUST (1.9). | 4.40 | 1,100.00 |

| 03/05/21 SAO | B110 | A104 | REVIEW NOTICE OF APPOINTMENT OF UNSECURED COMMERCIAL CREDITORS' COMMITTEE. | .10 | 25.00 |

| 03/05/21 BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR PRODUCTION. | .90 | 153.00 |

| 03/06/21 EDW | B110 | A104 | REVIEWED AND REVISED DRAFT RESPONSES TO UCC RULE 2004 DOCUMENT REQUESTS. | .90 | 270.00 |

| 03/06/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING APPLICATION OF LOUISIANA LAW REGARDING ABUSE CLAIMS. | .50 | 150.00 |

| 03/06/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING PREPARATION OF PRIVILEGE LOG. | .20 | 60.00 |

| 03/06/21 EJF | B210 | A104 | REVIEW DOCUMENTS RE PLAN RELATED ISSUES. | 2.10 | 1,029.00 |

| 03/06/21 EJF | B320 | A103 | WORK ON DRAFT MEMO RE PLAN RELATED ISSUES. | 2.20 | 1,078.00 |

| 03/06/21 EJF | B110 | A104 | REVIEW OPINION RELATED TO PLAN RELATED ISSUES. | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   76
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/06/21 RPV | B190 | A104 | RECEIVED AND REVIEWED RESPONSES/OBJECTIONS TO RULE 2004 DISCOVERY. | .50 | 245.00 |
| 03/07/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING COMMITTEE ISSUES. | .10 | 30.00 |
| 03/07/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS REGARDING ANALYSIS OF ABUSE CLAIMS AND REVIEWED ABUSE CLAIM ISSUES. | .50 | 150.00 |
| 03/07/21 EJF | B110 | A105 | REVIEW MEMO FROM MR. MINTZ; | .30 | 147.00 |
| 03/07/21 JRT | B190 | A101 | PREPARE FOR STRATEGY MEETING BY CONSIDERING A PLETHORA OF MEDIATION ISSUES. | 1.60 | 480.00 |
| 03/07/21 RPV | B110 | A104 | REVIEWED WEEKLY UPDATE ON STRATEGY AND DEADLINES. | .20 | 98.00 |
| 03/07/21 RPV | B110 | A105 | EMAILS FROM TEAM REGARDING WEEKLY UPDATES. | .10 | 49.00 |
| 03/07/21 RPV | B110 | A106 | EMAIL FROM CLIENT REGARDING UPCOMING DEADLINES AND WEEKLY UPDATE. | .10 | 49.00 |
| 03/07/21 LFA | B110 | A106 | CORRESPONDENCES WITH CLIENT AND MESSRS. MINTZ AND TILLERY REGARDING WEEKLY UPDATE (.3); CALL WITH MR. MINTZ TO DISCUSS NEW COMMITTEE AND NEXT STEPS (.4). | .70 | 280.00 |
| 03/07/21 CVM | B160 | A110 | REVIEWED LOCKE LORD'S OCTOBER AND NOVEMBER INVOICES. | .10 | 25.00 |
| 03/07/21 SAO | B190 | A103 | DRAFT OUTLINE OF MOTION REGARDING TERMINATION OF LAUER TRUST. | 2.10 | 525.00 |
| 03/08/21 EDW | B110 | A104 | RECEIVED AND REVIEWED REMOVAL PLEADINGS IN M.D. DOE CASE. | .10 | 30.00 |
| 03/08/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING 2004 EXAM STATUS. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   77
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/08/21 | EDW | B110 | A104 | CONTINUED REVIEW OF RULE 2004 RESPONSES AND ISSUES REGARDING PRODUCTION AND E-MAIL TO CLIENT REGARDING 2004 DOCUMENT PRODUCTION. | 1.90 | 570.00 |
| 03/08/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE COVERAGE AND CLAIM ISSUES. | .10 | 30.00 |
| 03/08/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING NOTICES TO RELIGIOUS ORDERS. | .10 | 30.00 |
| 03/08/21 | EJF | B320 | A104 | REVIEW INFORMATION FOR MEMO TO CLIENT RE PLAN RELATED ISSUES. | 4.20 | 2,058.00 |
| 03/08/21 | EJF | B320 | A103 | MEMO TO CLIENT RE PLAN RELATED ISSUES. | 2.00 | 980.00 |
| 03/08/21 | JJL | B190 | A104 | WORK ON DISCOVERY ISSUES RELATED TO MEDIATION. | 1.30 | 390.00 |
| 03/08/21 | JRT | B190 | A104 | STUDY ISSUE OF CERTIFYING LEGAL QUESTIONS TO SUPREME COURT. | 1.00 | 300.00 |
| 03/08/21 | JRT | B190 | A109 | ATTEND STRATEGY MEETING WITH TEAM ON A HOST OF ISSUES. | .80 | 240.00 |
| 03/08/21 | JRT | B190 | A104 | MORE WORK ON DISCOVERY AND PRODUCTION ISSUES. | .70 | 210.00 |
| 03/08/21 | JRT | B190 | A109 | ATTEND CONFERENCE CALL WITH COMMITTEE MEMBERS REGARDING MEDIATION. | 1.30 | 390.00 |
| 03/08/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER STAYING CASE IN JAMES DOE MATTER. | .10 | 49.00 |
| 03/08/21 | RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENTS REGARDING CLAIMS REVIEW AND RELATED MATTERS | .90 | 441.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   78
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Tkpr | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 03/08/21 | RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIMS REVIEW, MEDIATION CALL WITH COMMITTEE COUNSEL AND RELATED MATTERS | .70 | 343.00 |
| 03/08/21 | RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COMMITTEE COUNSEL REGARDING MEDIATION SELECTION AND PROCESS, EXCLUSIVITY MOTION/ORDER AND CLAIM REVIEW DISPUTE | 1.50 | 735.00 |
| 03/08/21 | WGZ | B410 | A101 | PLAN AND PREPARE FOR STRATEGY MEETING. | .40 | 120.00 |
| 03/08/21 | WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH BANKRUPTCY AND LITIGATION TEAMS. | 1.00 | 300.00 |
| 03/08/21 | WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO MEDIATION OF ABUSE CLAIMS AND STRATEGY REGARDING SAME CONCERNING DISCOVERY. | .50 | 150.00 |
| 03/08/21 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING ISSUE PERTAINING TO CLAIMS EVALUATION. | .40 | 120.00 |
| 03/08/21 | WGZ | B410 | A105 | EMAILS AND COMMUNICATIONS WITH LITIGATION TEAM MEMBERS CONCERNING DISCOVERY ISSUES IN MEDIATION. | .40 | 120.00 |
| 03/08/21 | WGZ | B410 | A104 | ANALYSIS OF DISCOVERY REQUESTS FROM COMMITTEE. | .50 | 150.00 |
| 03/08/21 | WGZ | B410 | A104 | STRATEGY REGARDING OBJECTIONS. | .40 | 120.00 |
| 03/08/21 | LFA | B110 | A103 | DRAFTED AND REVISED SUPPLEMENTAL BAR DATE DECLARATION (2.5); REVIEWED BAR DATE ORDER TO ASSIST WITH SAME (.5) | 3.00 | 1,200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE    79
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/08/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MESSRS DICKSON AND CARTER REGARDING POCS AND SA SPREAD SHEETS (0.2); CORRESPONDENCES WITH MS. OPPENHEIM AND THE CLIENT REGARDING CLAIM DISCREPANCIES FOR REVIEW (0.3); WITH MR. MINTZ REGARDING CALL WITH COMMITTEE ON EXCLUSIVITY (0.2); WITH MS. CANTOR AND MR. MINTZ REGARDING ARCHDIOCESE OF NEW ORLEANS - KINSELLA MEDIA (0.2); WITH THE CLIENT AND MR. MINTZ REGARDING CLAIMS BY ALLEGED VICTIMS OF SA, ADNO 20-10846 (0.3). | 1.20 | 480.00 |
| 03/08/21 | MAM | B190 | A101 | PREPARE FOR (1.0) AND ATTEND STRATEGY MEETING (1.0). | 2.00 | 800.00 |
| 03/08/21 | MAM | B190 | A101 | CALL ON MEDIATION ISSUES. (1.0)  PREPARE FOR THE SAME. (2.5) | 3.50 | 1,400.00 |
| 03/08/21 | CVM | B110 | A102 | RESEARCH REGARDING PRESCRIPTION ISSUE INVOLVING 2004 DISCOVERY OF FINANCIAL DOCUMENTS. | 3.00 | 750.00 |
| 03/08/21 | CVM | B110 | A103 | BEGAN DRAFTING MEMORANDUM ON RESEARCH REGARDING PRESCRIPTION ISSUE INVOLVING 2004 DISCOVERY OF FINANCIAL DOCUMENTS. | 1.40 | 350.00 |
| 03/08/21 | CVM | B110 | A104 | REVIEWED SHARE FILE FOR UPLOADED DISCOVERY DOCUMENTS. | .10 | 25.00 |
| 03/08/21 | CVM | B110 | A105 | COMMUNICATED DECLARATIONS FILED REGARDING SERVICE OF THE BAR DATE ABUSE PACKAGES TO MS. ASHLEY. | .10 | 25.00 |
| 03/08/21 | SAO | B190 | A103 | FINALIZE REMOVAL PLEADINGS FOR M.D. ABUSE CLAIM LAWSUIT, CDC NO. 21-01568. | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   80
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/08/21 SAO   B190  A103   BEGIN DRAFTING ARGUMENT              3.10        775.00
                            SECTIONS OF MOTION FOR
                            AUTHORITY TO TERMINATE LAUER
                            TRUSTS.

03/08/21 SAO   B110  A105   CALL WITH MR. MINTZ REGARDING         .20         50.00
                            STAY VIOLATIONS AND LAUER
                            TRUST MOTION.

03/08/21 SAO   B190  A111   FILE REMOVAL PLEADINGS IN THE        1.60        400.00
                            EDLA FOR THE M.D. DOE ABUSE
                            CLAIM LAWSUIT (0.5); FILE
                            NOTICE OF FILING REMOVAL IN
                            STATE COURT (0.3); COORDINATE
                            SERVICE OF REMOVAL PLEADINGS
                            BY EMAIL AND U.S. MAIL (0.8).

03/08/21 SAO   B190  A103   FINALIZE STAY VIOLATION              .40        100.00
                            LETTER TO PLAINTIFF'S
                            COUNSEL, JEFFREY GREEN, IN
                            CONNECTION WITH THE M.D. DOE
                            LAWSUIT.

03/08/21 SAO   B310  A108   REVIEW CORRESPONDENCE FROM           .50        125.00
                            THE CLIENT REGARDING CLAIM
                            CLASSIFICATION DISCREPANCIES
                            (0.2); CORRESPONDENCE TO MS.
                            ASHLEY REGARDING THE SAME
                            (0.1); CORRESPONDENCE TO
                            CLAIMS & NOTICING AGENT
                            REGARDING RECLASSIFICATION OF
                            CERTAIN CLAIMS (0.2).

03/08/21 SAO   B190  A104   REVIEW ORDERS STAYING AND            .20         50.00
                            ADMINISTRATIVELY CLOSING THE
                            B.B. DOE, JAMES DOE, AND ED
                            ROE MATTERS.

03/08/21 SAO   B190  A104   REVIEW THE EDLA CLERK'S              .10         25.00
                            REMOVAL DIRECTIVE REGARDING
                            THE M.D. DOE MATTER.

03/08/21 BB    B110  A110   PREPARE ADDITIONAL CLIENT            .50         85.00
                            DOCUMENTS FOR REVIEW IN
                            RELATIVITY DATABASE.

03/08/21 BB    B110  A110   PREPARE RESPONSIVE CLIENT            .50         85.00
                            DOCUMENTS FOR PRODUCTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  81
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 03/08/21 | GMS | B190 | A110 | DOWNLOAD AND EXAMINE SUPPLEMENTAL CONTENT FROM CLIENT. | .90 | 153.00 |
| 03/08/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND PRACTICE SUPPORT TEAM CONCERNING AVAILABILITY AND POSSIBLE DUPLICATE STATUS OF SUPPLEMENTAL DATA DOWNLOADED FROM CLIENT GOOGLE DRIVE. | .20 | 34.00 |
| 03/09/21 | EJF | B320 | A104 | REVIEW INFORMATION FOR MEMO TO CLIENT RE PLAN RELATED ISSUES; | 3.20 | 1,568.00 |
| 03/09/21 | EJF | B320 | A103 | WORK ON MEMO TO CLIENT RE PLAN RELATED ISSUES; | 3.80 | 1,862.00 |
| 03/09/21 | JJL | B110 | A103 | DRAFTED CONSULTING AGREEMENT FOR POTENTIAL EXPERT | .90 | 270.00 |
| 03/09/21 | JRT | B190 | A104 | LEGAL ANALYSIS OF ISSUES RELATING TO PRODUCING PRIEST FILES. | 1.20 | 360.00 |
| 03/09/21 | JRT | B190 | A101 | PREPARE FOR MEETING WITH CLIENT. | .70 | 210.00 |
| 03/09/21 | JRT | B190 | A109 | ATTEND MEETING WITH CLIENT. | .80 | 240.00 |
| 03/09/21 | RPV | B110 | A106 | EMAILS FROM AND TO COUNSEL AND CLIENT REGARDING NOTICE OF IN PERSON MEETING IN COURT | .30 | 147.00 |
| 03/09/21 | RPV | B110 | A105 | EMAILS FROM AND TO MS. FUTRELL AND MR. MINTZ REGARDING IN-PERSON STATUS CONFERENCE ATTENDANCE. | .10 | 49.00 |
| 03/09/21 | RPV | B110 | A106 | EMAIL FROM CLIENT REGARDING DISCLOSURE ISSUES | .10 | 49.00 |
| 03/09/21 | RPV | B110 | A106 | EMAILS FROM AND TELEPHONE CONVERSATION WITH CLIENT REGARDING CLAIM AND INSURANCE ISSUES. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  82
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/09/21 RPV   B320  A104   EMAIL FROM MS. FUTRELL              .30        147.00
                           REGARDING PLAN ISSUES

03/09/21 WGZ   B410  A106   EMAILS WITH CLIENT REGARDING        .40        120.00
                           INSURANCE ISSUES.

03/09/21 LFA   B110  A106   CORRESPONDENCES WITH MS.            .80        320.00
                           MCCAFFREY REGARDING
                           SUPPLEMENTAL DECLARATION RE
                           BAR DATE NOTICE (0.4); WITH
                           MR. MINTZ REGARDING KINSELLA
                           MEDIA (0.1) WITH MR. MINTZ
                           AND MS. MOSKOWITZ REGARDING
                           IN-PERSON STATUS CONFERENCE
                           (0.3).

03/09/21 LFA   B110  A103   REVISED BAR DATE DECLARATION       1.90        760.00
                           (1.0); CORRESPONDED WITH MR.
                           KEARNEY REGARDING PUBLICATION
                           CAMPAIGN (.4); REVIEWED
                           PUBLICATION DATA TO ASSIST
                           WITH SAME (.5).

03/09/21 LFA   B160  A103   BEGAN DRAFTING SECOND FEE          3.00      1,200.00
                           APPLICATION (2.0); REVIEWED
                           FEE STATEMENTS TO ASSIST WITH
                           SAME (1.0).

03/09/21 MAM   B190  A101   BANKRUPTCY UPDATE FOR FINANCE      1.50        600.00
                           COUNCIL.

03/09/21 MAM   B190  A101   PREPARE FOR AND ATTEND            4.20      1,680.00
                           DISCOVERY MEETING WITH THE
                           CLIENT. (2.0)  WORK ON
                           DISCOVERY RESPONSES.(2.2)

03/09/21 AK    B310  A105   WORKED ON DISCOVERY RESPONSES      .90        225.00
                           WITH MR. WEGMANN AND MR.
                           TILLERY.

03/09/21 AK    B310  A103   PREPARED MEMO REGARDING           1.20        300.00
                           RESEARCH ON CASES INVOLVING
                           SCOPE OF DISCOVERY.

03/09/21 CVM   B110  A102   CONTINUED RESEARCH ON             2.00        500.00
                           PRESCRIPTION ISSUE REGARDING
                           2004 DISCOVERY OF FINANCIAL
                           DOCUMENTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  83
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/09/21 CVM   B110  A103   CONTINUED DRAFTING MEMORANDUM        1.40        350.00
                            ON PRESCRIPTION ISSUE
                            REGARDING 2004 DISCOVERY OF
                            FINANCIAL DOCUMENTS.

03/09/21 CVM   B110  A104   REVIEWED SUPPLEMENTAL                 .70        175.00
                            DECLARATION OF FR. PATRICK
                            CARR TO ENSURE IT COMPLIED
                            WITH PROCEDURES SET OUT IN
                            BAR DATE ORDER.

03/09/21 CVM   B110  A103   EDITED SUPPLEMENTAL                   .20         50.00
                            DECLARATION OF FR. PATRICK
                            CARR.

03/09/21 CVM   B110  A104   REVIEWED BANKRUPTCY COURT'S           .20         50.00
                            LOCAL RULES IN PREPARATION OF
                            DRAFTING MOTION TO SEAL.

03/09/21 CVM   B110  A104   REVEIWED PROCEDURE FOR FILING         .10         25.00
                            DOCUMENT UNDER SEAL.

03/09/21 SAO   B190  A102   CONDUCT FURTHER RESEARCH            2.10        525.00
                            REGARDING REQUESTS TO
                            TERMINATE TRUSTS UNDER
                            LOUISIANA LAW (0.9); RESEARCH
                            AUTOMATIC STAY ISSUES
                            RELATING TO THE TERMINATION
                            OF A TRUST (1.2).

03/09/21 SAO   B190  A103   CONTINUE DRAFTING APPLICATION       2.30        575.00
                            SECTIONS OF MOTION FOR
                            AUTHORITY TO TERMINATE LAUER
                            TRUSTS.

03/09/21 SAO   B190  A103   BEGIN DRAFTING FACTUAL               .90        225.00
                            BACKGROUND SECTION OF MOTION
                            FOR AUTHORITY TO TERMINATE
                            LAUER TRUSTS.

03/09/21 SAO   B190  A103   DRAFT INTRODUCTION AND               .60        150.00
                            PROCEDURAL HISTORY SECTIONS
                            OF MOTION FOR AUTHORITY TO
                            TERMINATE LAUER TRUSTS.

03/09/21 SAO   B110  A105   CALL WITH MS. KINGSMILL              .80        200.00
                            REGARDING RESPONSES AND
                            OBJECTIONS TO THE TORT
                            COMMITTEE'S RULE 2004
                            REQUESTS (0.1); CALLS WITH

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   84
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  | MS. MCCAFFREY REGARDING MOTION TO FILE SUPPLEMENTAL BAR DATE DECLARATION UNDER SEAL (0.2); CALL WITH MR. MINTZ REGARDING MEDIATION DISCUSSIONS AND STAY VIOLATIONS IN CONNECTION WITH THE A.A. DOE AND DOLCE LAWSUITS (0.3); EMAILS FROM MR. MINTZ REGARDING NEGOTIATIONS WITH THE COMMITTEE (0.1); EMAIL TO JONES WALKER BANKRUPTCY TEAM REGARDING IN-PERSON STATUS CONFERENCE (0.1). |  |  |
| 03/09/21 SAO | B190 | A103 | DRAFT AUTOMATIC STAY SECTION OF MOTION FOR AUTHORITY TO TERMINATE LAUER TRUSTS. | 1.20 | 300.00 |
| 03/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING 2004 DOCUMENT PRODUCTION ISSUES. | .10 | 30.00 |
| 03/10/21 EDW | B110 | A104 | REVIEWED RESPONSES AND ISSUES REGARDING 2004 DOCUMENT PRODUCTION. | .90 | 270.00 |
| 03/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING 2004 DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH ADDITIONAL INFORMATION FOR 2004 DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/10/21 EDW | B110 | A104 | REVIEWED PROOFS OF CLAIM REGARDING ABUSE. | 1.50 | 450.00 |
| 03/10/21 EJF | B320 | A104 | REVIEW INFORMATION FOR MEMO TO CLIENT RE PLAN RELATED ISSUES; | 5.20 | 2,548.00 |
| 03/10/21 RPV | B110 | A106 | EMAILS TO AND FROM CLIENT AND COUNSEL REGARDING AVAILABILITY FOR MEETING. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   85
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 03/10/21 RPV | B310 | A106 | EMAILS FROM AND CONFERENCE WITH CLIENTS REGARDING CLAIMS ESTIMATION ISSUES | 1.50 | 735.00 |
| 03/10/21 RPV | B190 | A106 | EMAILS FROM AND TO AND CONFERENCE WITH CLIENTS REGARDING DISCOVERY ISSUES. | .80 | 392.00 |
| 03/10/21 RPV | B310 | A107 | EMAILS FROM MR. MURRAY REGARDING INSURANCE ISSUES. | .10 | 49.00 |
| 03/10/21 RPV | B310 | A105 | EMAILS FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING INSURANCE AND CLAIMS ISSUES. | .60 | 294.00 |
| 03/10/21 RPV | B190 | A105 | EMAILS FROM MESSRS. MINTZ AND WEGMANN REGARDING DISCOVERY ISSUES (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.40). | .60 | 294.00 |
| 03/10/21 RPV | B310 | A104 | REVIEWED CLAIMS FILES | 3.00 | 1,470.00 |
| 03/10/21 WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING MEDIATION ISSUES WITH RESPECT TO CLAIMS. | .40 | 120.00 |
| 03/10/21 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME. | .60 | 180.00 |
| 03/10/21 WGZ | B410 | A104 | STRATEGY REGARDING MEDIATION ISSUES. | .60 | 180.00 |
| 03/10/21 LFA | B110 | A106 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING SUPPLEMENTAL DECLARATION RE BAR DATE NOTICE AND FEE OBJECTIONS (.4); WITH THE CLIENT REGARDING STRATEGY FOR CALL WITH THE COURT AS IT PERTAINS TO INSURANCE (.2); WITH THE CLIENT REGARDING ARCHDIOCESE OF NEW ORLEANS - KINSELLA MEDIA (.3); AND WITH MS. MCCAFFREY AND MR. BOLDISSAR REGARDING LEDES FILES (.1). | 1.00 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  86
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/10/21 | LFA | B160 | A104 | REVIEWED PROFORMAS TO ASSIST WITH SECOND FEE APPLICATION (1.2). | 1.20 | 480.00 |
|---|---|---|---|---|---|---|
| 03/10/21 | CVM | B110 | A102 | RESEARCH REGARDING MOTION TO SEAL THE DECLARATION OF FATHER PATRICK R. CARR REGARDING THE BAR DATE NOTICE. | 1.70 | 425.00 |
| 03/10/21 | CVM | B110 | A103 | DRAFTED MOTION TO SEAL THE SUPPLEMENTAL DECLARATION OF FATHER PATRICK R. CARR REGARDING THE BAR DATE NOTICE. | 4.00 | 1,000.00 |
| 03/10/21 | CVM | B110 | A103 | DRAFTED PROPOSED ORDER FOR MOTION TO SEAL THE SUPPLEMENTAL DECLARATION OF FATHER PATRICK R. CARR REGARDING THE BAR DATE NOTICE. | .50 | 125.00 |
| 03/10/21 | CVM | B160 | A105 | CORRESPONDENCE WITH MS. ASHLEY IN PREPARATION OF JONES WALKER'S SECOND FEE APPLICATION. | .20 | 50.00 |
| 03/10/21 | CVM | B160 | A104 | REVIEWED JW'S OCTOBER AND NOVEMBER INVOICES IN PREPARATION OF MAKING EDITS TO COMPLY WITH UST'S OBJECTION TO JW'S FOURTH MONTHLY FEE STATEMENT. | 2.00 | 500.00 |
| 03/10/21 | CVM | B110 | A108 | COMMUNICATIONS REGARDING PROCEDURE FOR FILING DOCUMENTS UNDER SEAL. | .10 | 25.00 |
| 03/10/21 | SAO | B190 | A108 | PREPARE FOR CALL WITH DON REICHERT REGARDING SETTLEMENT OF THE DOLCE STAY VIOLATION (0.3); CALLS WITH MR. REICHERT REGARDING THE SAME (0.5). | .80 | 200.00 |
| 03/10/21 | SAO | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS RESEARCH REGARDING THE ARCHDIOCESE VOTING TO ACCEPT A PLAN AS A CREDITOR IN A DIFFERENT BANKRUPTCY (0.2); EMAIL TO MR. MINTZ REGARDING SETTLEMENT OF DOLCE | .50 | 125.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   87
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                         STAY VIOLATION (0.3).

03/10/21 SAO   B190  A103   REVISE RESPONSES AND            3.80        950.00
                           OBJECTIONS TO THE TORT
                           COMMITTEE'S RULE 2004
                           DOCUMENT REQUESTS.

03/10/21 SAO   B310  A105   CALL WITH MS. MCCAFFREY          .20         50.00
                           REGARDING MOTION TO FILE
                           SUPPLEMENTAL BAR DATE
                           DECLARATION UNDER SEAL.

03/10/21 SAO   B190  A103   PREPARE NOTICE OF SUGGESTION    1.20        300.00
                           OF BANKRUPTCY FOR THE DOLCE
                           LAWSUIT (0.9); FILE THE SAME
                           IN THE 24TH JDC (0.3).

03/10/21 SAO   B190  A102   RESEARCH WHETHER A DEBTOR       1.40        350.00
                           MUST OBTAIN APPROVAL UNDER
                           RULE 9019 TO VOTE TO ACCEPT A
                           PLAN AS A CREDITOR IN A
                           DIFFERENT BANKRUPTCY CASE.

03/11/21 EDW   B110  A103   CONTINUED WORK ON DEBTOR'S      1.20        360.00
                           RESPONSES TO COMMITTEE'S 2004
                           DOCUMENT REQUESTS.

03/11/21 EDW   B110  A107   E-MAIL TO MR. CAINE REGARDING   .10          30.00
                           DOCUMENT PRODUCTION.

03/11/21 EJF   B320  A104   REVIEW INFORMATION FOR MEMO     3.80      1,862.00
                           TO CLIENT RE PLAN RELATED
                           ISSUES;

03/11/21 EJF   B320  A103   WORK ON MEMO TO CLIENT RE       2.80      1,372.00
                           PLAN RELATED ISSUES;

03/11/21 EJF   B310  A107   MEMOS TO AND FROM CREDITORS'     .30        147.00
                           COUNSEL RE CLAIMS ISSUES;

03/11/21 RPV   B110  A104   RECEIVED AND REVIEWED ORDER      .20         98.00
                           ON SECOND MOTION FOR ENTRY OF
                           AN ORDER TO EXTEND ITS
                           EXCLUSIVITY PERIODS TO FILE A
                           CHAPTER 11 PLAN AND SOLICIT
                           ACCEPTANCES THEREOF (0.10)
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME
                           (0.10).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  88
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 03/11/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED FINAL REVISED RESPONSES/OBJECTIONS TO THE RULE 2004 DOCUMENT REQUESTS (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 03/11/21 | RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING FINAL REVISED RESPONSES/OBJECTIONS TO THE RULE 2004 DOCUMENT REQUESTS. | .10 | 49.00 |
| 03/11/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED RESPONSE WITH CERTIFICATE OF SERVICE FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION TO EXTEND/LIMIT EXCLUSIVITY PERIOD (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 03/11/21 | RPV | B310 | A104 | REVIEWED CLAIMS ANALYSIS. | 2.00 | 980.00 |
| 03/11/21 | LFA | B110 | A106 | CORRESPONDENCES WITH THE CLIENT AND MS MCCAFFREY REGARDING SUPPLEMENTAL DECLARATION RE BAR DATE NOTICE (0.3); WITH MR. DICKSON AND MS. MCCAFFREY REGARDING ACCESS TO UNREDACTED PROOFS OF CLAIM (0.5). | .80 | 320.00 |
| 03/11/21 | MAM | B190 | A101 | WORK ON MEDIATION ISSUES. (2.3)  WORK ON MATTERS RELATED TO DISCOVERY. (1,8) | 4.10 | 1,640.00 |
| 03/11/21 | AK | B310 | A104 | ANALYZED INSURANCE CHART. | .20 | 50.00 |
| 03/11/21 | CVM | B160 | A104 | FINISHED REVIEWING JW'S OCTOBER AND NOVEMBER INVOICES IN PREPARATION OF DRAFTING JW'S SECOND INTERIM FEE APP. | 1.00 | 250.00 |
| 03/11/21 | CVM | B110 | A103 | CONTINUED DRAFTING MEMORANDUM ON PRESCRIPTION ISSUE REGARDING 2004 DISCOVERY OF FINANCIAL DOCUMENTS. | 1.50 | 375.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  89
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/11/21 CVM   B110  A110   COMPILED EXHIBITS FOR                    .60        150.00
                           SUPPLEMENTAL DECALRATION
                           REGARDING BAR DATE.

03/11/21 CVM   B110  A110   MANAGED UNREDACTED                       .20         50.00
                           CERTIFICATES OF SERVICE IN
                           COMPLIANCE WITH BAR DATE
                           ORDER.

03/11/21 CVM   B110  A103   CONTINUED DRAFTING MEMORANDUM           2.20        550.00
                           ON PRESCRIPTION ISSUE
                           REGARDING 2004 DISCOVERY OF
                           FINANCIAL DOCUMENTS.

03/11/21 CVM   B110  A102   RESEARCH FOR PRESCRIPTION               .40        100.00
                           ISSUE REGARDING 2004
                           DISCOVERY OF FINANCIAL
                           DOCUMENTS.

03/11/21 SAO   B190  A103   CONTINUE DRAFTING FACTUAL              3.60        900.00
                           BACKGROUND SECTIONS OF MOTION
                           FOR AUTHORITY TO TERMINATE
                           LAURE TRUSTS.

03/11/21 SAO   B110  A105   CALL WITH MR. MINTZ REGARDING          .70        175.00
                           INSURANCE CHART AND CLAIMS
                           INFORMATION (0.1);
                           CORRESPONDENCE TO MR. MINTZ
                           REGARDING THE SAME (0.4);
                           CORRESPONDENCES WITH MS.
                           KINGSMILL REGARDING THE SAME
                           (0.2).

03/11/21 SAO   B320  A104   REVIEW THE COMMITTEE'S                 .10         25.00
                           LIMITED RESPONSE TO THE
                           DEBTOR'S SECOND MOTION TO
                           EXTEND EXCLUSIVITY.

03/11/21 SAO   B190  A108   CALL WITH PLAINTIFF'S                  .60        150.00
                           COUNSEL, JIMMY COURTENAY, TO
                           DISCUSS RESOLUTION OF M.D.
                           DOE'S STAY VIOLATION (0.2);
                           EMAIL CORRESPONDENCES WITH
                           MR. COURTENAY REGARDING THE
                           SAME (0.4).

03/12/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL          .10         30.00
                           FROM CLIENT REGARDING 2004
                           REQUEST FOR DOCUMENTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  90
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|------|----------|---|---|-------------|-------|--------|
| 03/12/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING 2004 REQUEST FOR DOCUMENTS. | .10 | 30.00 |
| 03/12/21 | EDW | B110 | A104 | REVIEWED ABUSE CLAIM ISSUES. | .50 | 150.00 |
| 03/12/21 | EDW | B110 | A103 | CONTINUED REVIEW AND REVISION OF DEBTOR'S RESPONSES TO 2004 DOCUMENT REQUESTS. | 1.50 | 450.00 |
| 03/12/21 | EDW | B110 | A104 | REVIEWED RESEARCH REGARDING ABUSE CLAIMS ISSUE. | .30 | 90.00 |
| 03/12/21 | EDW | B110 | A108 | RECEIVED AND REVIEWED E-MAIL FROM JUDGE GRABIL'S CLERK REGARDING STATUS CONFERENCE WITH THE JUDGE. | .10 | 30.00 |
| 03/12/21 | EDW | B110 | A107 | E-MAIL TO MR. CAINE WITH DEBTOR'S RESPONSES TO 2004 REQUEST FOR DOCUMENTS. | .10 | 30.00 |
| 03/12/21 | EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING 2004 DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/12/21 | EJF | B320 | A103 | WORK ON MEMO TO CLIENT RE PLAN RELATED ISSUES. | 4.70 | 2,303.00 |
| 03/12/21 | EJF | B320 | A104 | REVIEW INFORMATION FOR MEMO TO CLIENT RE PLAN RELATED ISSUES. | 2.20 | 1,078.00 |
| 03/12/21 | JJL | B190 | A108 | DISCUSSION WITH POTENTIAL CONSULTANT REGARDING INSURANCE POLICIES. | .60 | 180.00 |
| 03/12/21 | JRT | B190 | A104 | STUDY DISCOVERY OBJECTIONS AND REVIEW SAME FOR STRATEGIC QUESTIONS. | 1.30 | 390.00 |
| 03/12/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED CONSENT ORDER ON MOTION FOR 2004 EXAMINATION/ ORDER DIRECTING ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. TO PRODUCE DOCUMENTS AND ELECTRONICALLY STORED INFORMATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 (0.20) AND OFFICE CONFERENCE WITH MR. | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   91
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

                              MINTZ REGARDING SAME (0.10).

03/12/21 RPV   B190  A104   RECEIVED AND REVIEWED              .30       147.00
                            ARCHDIOCESES RESPONSES AND
                            OBJECTIONS TO THE COMMITTEES
                            RULE 2004 DOCUMENT REQUESTS.

03/12/21 RPV   B190  A105   EMAIL FROM MR. WEGMANN             .10        49.00
                            REGARDING ARCHDIOCESES
                            RESPONSES AND OBJECTIONS TO
                            THE COMMITTEES RULE 2004
                            DOCUMENT REQUESTS.

03/12/21 RPV   B190  A108   EMAILS FROM CO-COUNSEL            .10         49.00
                            REGARDING REVISIONS TO
                            DISCOVERY RESPONSES.

03/12/21 RPV   B310  A104   TELEPHONE CONVERSATION WITH       .30        147.00
                            CLIENT REGARDING CLAIM ISSUES.

03/12/21 RPV   B310  A104   OFFICE CONFERENCE WITH MR.        .50        245.00
                            MINTZ REGARDING CLAIM ISSUES.

03/12/21 WGZ   B410  A106   EMAIL FROM CLIENT REGARDING       .20         60.00
                            CLAIM VALUATION.

03/12/21 WGZ   B410  A106   EMAILS WITH CLIENT REGARDING      .40        120.00
                            LEGACY LITIGATION SETTLEMENT
                            ISSUES.

03/12/21 LFA   B110  A106   CORRESPONDENCES WITH CLIENT      1.90        760.00
                            AND MS. MCCAFFREY REGARDING
                            SUPPLEMENTAL DECLARATION RE
                            BAR DATE NOTICE AND EXHIBITS
                            TO SAME (0.8); WITH MSES.
                            SHAHIEN AND MCCAFFREY
                            REGARDING PROOF OF SERVICE
                            AFFIDAVITS AND ATTORNEYS EYES
                            ONLY DESIGNATION (0.4); WITH
                            MS. MCCAFFREY REGARDING
                            PROFORMA EDITS IN PREPARATION
                            OF SECOND FEE APPLICATION
                            (0.4); WITH MS. MOSKOWITZ
                            REGARDING CONFERENCE (0.1);
                            RECEIVED AND REVIEWED
                            CORRESPONDENCE FROM MR .
                            BOLDISSAR (0.2).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   92
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/12/21 LFA | B160 | A103 | DRAFTED SECOND FEE APPLICATION (1.5); REVIEWED PROFORMAS TO ASSIST WITH SAME (1.5). | 3.00 | 1,200.00 |
|---|---|---|---|---|---|
| 03/12/21 MAM | B190 | A101 | WORK ON DISCOVERY RESPONSES (2.3) AND CONFERENCES REGARDING BAR DATE ISSUES (1.5). | 3.80 | 1,520.00 |
| 03/12/21 AK | B310 | A104 | FINALIZED DOCUMENT PRODUCTION. | .60 | 150.00 |
| 03/12/21 AK | B310 | A103 | WORKED ON AND REVISED RESPONSES TO DISCOVERY REQUESTS. | 1.20 | 300.00 |
| 03/12/21 CVM | B110 | A110 | FINISHED COMPILING EXHIBITS FOR SUPPLEMENTAL DECLARATION OF FR. CARR REGARDING BAR DATE NOTICE. | .60 | 150.00 |
| 03/12/21 CVM | B110 | A104 | REVIEWED SHAREFILE FOR CERTAIN DISCOVERY DOCUMENTS UPLOADED BY CLIENT. | .10 | 25.00 |
| 03/12/21 CVM | B110 | A110 | MANAGED UNREDACTED COPIES OF THE AFFIDAVITS OF SERVICE TO COMMUNICATE TO TORT COMMITTEE. | .30 | 75.00 |
| 03/12/21 CVM | B160 | A104 | COMMUNICATED REVIEWED INVOICES TO MS. ASHLEY IN PREPARATION OF JW SECOND FEE APPLICATION. | .30 | 75.00 |
| 03/12/21 CVM | B110 | A102 | RESEARCH REGARDING PRESCRIPTION ISSUE INVOLVING 2004 DISCOVERY. | .80 | 200.00 |
| 03/12/21 CVM | B110 | A104 | REVIEWED MOTION TO SEAL SUPPLEMENTAL DECLARATION OF FR. PATRICK CARR. | .20 | 50.00 |
| 03/12/21 SAO | B190 | A111 | GATHER AND PREPARE EXHIBITS TO MOTION FOR AUTHORITY TO TERMINATE LAUER TRUSTS. | 1.10 | 275.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  93
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/12/21 SAO | B190 | A103 | FINISH DRAFTING FACTUAL BACKGROUND SECTIONS OF MOTION FOR AUTHORITY TO TERMINATE LAUER TRUSTS (1.1); CONTINUE DRAFTING APPLICATION SECTIONS OF THE SAME (2.8). | 3.90 | 975.00 |
| 03/12/21 SAO | B190 | A103 | DRAFT PROPOSED ORDER FOR MOTION FOR AUTHORITY TO TERMINATE LAUER TRUSTS. | 1.30 | 325.00 |
| 03/12/21 SAO | B190 | A104 | REVIEW PLAINTIFFS' MOTION TO DISMISS THE ARCHDIOCESE AND ARCHBISHOP SHAW FROM THE DOLCE LAWSUIT TO REMEDY STAY VIOLATION. | .10 | 25.00 |
| 03/12/21 SAO | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS UPDATES REGARDING STAY VIOLATIONS, MOTION FOR AUTHORITY TO TERMINATE LAUER TRUSTS, AND NEXT WEEK'S STATUS CONFERENCE AND HEARING (0.1); CORRESPONDENCES TO JONES WALKER TEAM REGARDING SCHEDULING FOR THE UPCOMING WEEK (0.2). | .30 | 75.00 |
| 03/12/21 SAO | B190 | A108 | EMAIL CORRESPONDENCE WITH PLAINTIFFS' COUNSEL REGARDING PLAINTIFFS' MOTION TO DISMISS THE ARCHDIOCESE AND ARCHBISHOP SHAW FROM THE DOLCE LAWSUIT. | .10 | 25.00 |
| 03/12/21 SAO | B110 | A104 | REVIEW ORDER GRANTING THE DEBTOR'S SECOND MOTION TO EXTEND EXCLUSIVITY (0.1); REVIEW CONSENT ORDER ON THE TORT COMMITTEE'S RULE 2004 MOTION TO THE CAPTIVE (0.1). | .20 | 50.00 |
| 03/12/21 SAO | B310 | A103 | PREPARE EXHIBIT C TO SUPPLEMENTAL BAR DATE DECLARATION. | .20 | 50.00 |
| 03/12/21 BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR PRODUCTION. | .70 | 119.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   94
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/12/21 BB      B110  A110   PREPARE ADDITIONAL CLIENT              .60        102.00
                              DOCUMENTS FOR REVIEW IN
                              RELATIVITY DATABASE.

03/12/21 GMS     B190  A110   PREPARE SHAREFILE AND UPLOAD           .40         68.00
                              PRODUCTION FOR SERVICE TO
                              COUNSEL.

03/12/21 GMS     B190  A105   COMMUNICATIONS WITH MS.                .20         34.00
                              KINGSMILL CONCERNING
                              SUPPLEMENTAL DOCUMENTS
                              RECEIVED FROM CLIENT AND
                              PRODUCTION PREPARATION.

03/12/21 GMS     B190  A105   COMMUNICATIONS WITH MS.                .10         17.00
                              ASHLEY CONCERNING SELECTED
                              UNREDACTED DOCUMENTS.

03/12/21 GMS     B190  A103   STAMP SELECTED DOCUMENTS               .20         34.00
                              PURSUANT TO MS. ASHLEY'S
                              INSTRUCTION.

03/14/21 EDW     B110  A104   REVIEWED STATUS REGARDING              .80        240.00
                              DOCUMENT REVIEW AND DOCUMENTS
                              PRODUCED.

03/14/21 JRT     B190  A105   COMMUNICATION TO TEAM                  .30         90.00
                              REGARDING CERTAIN DEFENSES.

03/14/21 RPV     B110  A104   EMAILS FROM TEAM REGARDING             .10         49.00
                              WEEKLY STRATEGY AND UPCOMING
                              DEADLINES.

03/14/21 RPV     B110  A106   EMAIL FROM CLIENT REGARDING            .10         49.00
                              WEEKLY STRATEGY AND UPCOMING
                              DEADLINES.

03/14/21 LFA     B110  A106   CORRESPONDENCES WITH CLIENT            .80        320.00
                              AND MESSRS. LOWENTHAL,
                              TILLERY AND MINTZ REGARDING
                              WEEKLY UPDATE (0.4); AND WITH
                              MS. MCCAFFREY REGARDING
                              SECOND FEE APPLICATIONS AND
                              NEEDED ITEMS (0.4) .

03/14/21 SAO     B110  A103   BEGIN PREPARING NOTICE OF              .10         25.00
                              AGENDA OF MATTERS SCHEDULED
                              FOR HEARING ON MARCH 18, 2021.

Case 20-10846 Doc 4887 Filed 02/28/22 Entered 02/28/22 10:21:32 Exhibit D Jones
The Application Page 140 of 465 Page 113 of 228

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   95
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/14/21 | SAO | B190 | A103 | DRAFT FACTUAL BACKGROUND SECTIONS OF MOTION FOR APPROVAL OF SETTLEMENT WITH IOI. | 3.40 | 850.00 |
| 03/15/21 | EDW | B110 | A104 | CONTINUED WORK ON REVIEW AND ANALYSIS OF PROOFS OF CLAIM REGARDING ABUSE ACTIONS. | 3.10 | 930.00 |
| 03/15/21 | EDW | B110 | A104 | REVIEWED PROPOSED MEDIATORS AND OTHER EXPERTS REGARDING ABUSE CLAIMS. | .50 | 150.00 |
| 03/15/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING REQUEST FOR INSURANCE INFORMATION. | .10 | 30.00 |
| 03/15/21 | EDW | B110 | A106 | E-MAIL TO MR. MURRAY REGARDING REQUEST FOR INSURANCE INFORMATION. | .10 | 30.00 |
| 03/15/21 | EDW | B110 | A104 | REVIEWED EMAILS TO AND FROM JUDGE'S OFFICE REGARDING STATUS CONFERENCE. | .10 | 30.00 |
| 03/15/21 | EJF | B310 | A107 | EMAILS TO AND FROM CREDITOR REGARDING CLAIMS ISSUES. | .30 | 147.00 |
| 03/15/21 | EJF | B310 | A104 | REVIEW INFORMATION ON CLAIMS. | .50 | 245.00 |
| 03/15/21 | EJF | B310 | A105 | MEMOS TO AND FROM MS. OPPENHEIM (.3) AND TELEPHONE CALL FROM MS. OPPENHEIM (.1) RE CLAIMS ISSUES; | .40 | 196.00 |
| 03/15/21 | EJF | B320 | A103 | DRAFT AND REVISE MEMO TO CLIENT RE PLAN RELATED ISSUES. | 3.90 | 1,911.00 |
| 03/15/21 | EJF | B320 | A105 | CONFERENCE CALL RE PLAN RELATED ISSUES. | .60 | 294.00 |
| 03/15/21 | JRT | B190 | A109 | ATTEND STRATEGY DISCUSSION WITH TEAM. | .80 | 240.00 |
| 03/15/21 | JRT | B190 | A104 | ANALYZE DISCOVERY ISSUES AND OBJECTIONS. | .70 | 210.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  96
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/15/21 | RPV | B190 | A108 | TWO TELEPHONE CONVERSATIONS WITH MR. KUEBEL REGARDING MEDIATION ISSUES. | .70 | 343.00 |
| 03/15/21 | RPV | B420 | A104 | WORKED ON PLAN ISSUES. | .70 | 343.00 |
| 03/15/21 | RPV | B190 | A106 | EMAIL FROM AND TELEPHONE CONVERSATION WITH MR. MINTZ AND CLIENT REGARDING DOCUMENT PRODUCTION AND MEDIATION ISSUES | .80 | 392.00 |
| 03/15/21 | RPV | B310 | A108 | EMAIL FROM AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING CLAIM ISSUES. | .40 | 196.00 |
| 03/15/21 | RPV | B310 | A106 | EMAIL FROM CLIENT REGARDING EXPERT ISSUES | .10 | 49.00 |
| 03/15/21 | WGZ | B410 | A102 | RESEARCH REGARDING DIOCESE OF CAMDEN AND PROFESSIONAL EVALUATOR TERRY LLOYD. | .60 | 180.00 |
| 03/15/21 | WGZ | B410 | A105 | PARTICIPATE IN STRATEGY MEETING WITH BANKRUPTCY TEAM AND LITIGATION TEAM. | 1.40 | 420.00 |
| 03/15/21 | WGZ | B410 | A106 | EMAILS TO CLIENT AND BANKRUPTCY TEAM REGARDING PROFESSIONAL EVALUATOR. | .30 | 90.00 |
| 03/15/21 | JPG | B250 | A104 | REVIEW OF EXCESS LAND. | .20 | 80.00 |
| 03/15/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MS. MCCAFFREY AND MR. MINTZ REGARDING SUPPLEMENTAL DECLARATION RE BAR DATE NOTICE AND MOTION TO SEAL (1.0); FINALIZED EXHIBITS (1.0); REVISED MOTION TO SEAL (.5); CORRESPONDED WITH COMMITTEE REGARDING UNREDACTED VERSION (.5); CORRESPONDENCES WITH MS. MCCAFFREY REGARDING SECOND FEE APPLICATIONS (.5). | 3.50 | 1,400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   97
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/15/21 MAM   B190  A101   ATTEND STRATEGY MEETING (1.5)      2.70     1,080.00
                           AND WORK ON ISSUES RELATED TO
                           DISCOVERY (1.2).

03/15/21 MAM   B190  A101   WORK ON POI SETTLEMENT             4.40     1,760.00
                           MOTION. (2.3) CONFERENCES
                           REGARDING THE SAME. (2.1)

03/15/21 CVM   B160  A103   DRAFTED BLANK ROME'S SECOND        2.00       500.00
                           INTERIM FEE APPLICATION.

03/15/21 CVM   B160  A103   DRAFTED EXHIBITS TO BLANK          1.30       325.00
                           ROME'S SECOND INTERIM FEE
                           APPLICATION.

03/15/21 CVM   B160  A103   DRAFTED CRI'S SECOND INTERIM       2.00       500.00
                           FEE APPLICATION.

03/15/21 CVM   B110  A103   FINALIZED MOTION FOR LEAVE TO       .70       175.00
                           FILE SUPPLEMENTAL DECLARATION
                           UNDER SEAL AND PROPSED ORDER.

03/15/21 CVM   B160  A103   DRAFTED EXHIBITS TO CRI'S           .70       175.00
                           SECOND INTERIM FEE
                           APPLICATION.

03/15/21 CVM   B110  A104   FILED MOTION TO SEAL                .80       200.00
                           SUPPLEMENTAL DECLARATION OF
                           FR. PATRICK R. CARR REGARDING
                           BAR DATE NOTICE.

03/15/21 CVM   B110  A103   CONTINUED DRAFTING MEMORANDUM      1.60       400.00
                           ON PRESCRIPTION ISSUE RELATED
                           TO 2004 DISCOVERY.

03/15/21 SAO   B190  A104   REVIEW ORDER GRANTING               .10        25.00
                           PLAINTIFFS' MOTION TO DISMISS
                           THE ARCHDIOCESE AND
                           ARCHBISHOP SHAW FROM THE
                           DOLCE LAWSUIT.

03/15/21 SAO   B190  A103   DRAFT INTRODUCTION AND             3.20       800.00
                           PROCEDURAL HISTORY SECTIONS
                           OF MOTION TO APPROVE
                           SETTLEMENT OF PAYROLL
                           PROCESSING CLAIMS (0.6);
                           DRAFT APPLICATION SECTIONS OF
                           THE SAME (2.6).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   98
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/15/21 SAO    B190  A103   CONTINUE DRAFTING FACTUAL           3.80        950.00
                             BACKGROUND SECTIONS OF MOTION
                             TO APPROVE SETTLEMENT OF
                             PAYROLL PROCESSING CLAIMS.

03/15/21 SAO    B320  A105   EMAIL CORRESPONDENCES WITH           .20         50.00
                             MS. FUTRELL REGARDING ORDER
                             GRANTING SECOND MOTION TO
                             EXTEND EXCLUSIVITY PERIODS.

03/15/21 SAO    B310  A104   REVIEW MOTION TO FILE               .10         25.00
                             SUPPLEMENTAL BAR DATE
                             DECLARATION UNDER SEAL.

03/15/21 SAO    B310  A105   EMAIL CORRESPONDENCES WITH          .60        150.00
                             MS. FUTRELL REGARDING
                             CUMULATIVE AMOUNT OF
                             NON-ABUSE PROOFS OF CLAIM.

03/15/21 SAO    B310  A103   UPDATE CHART OF NON-ABUSE         1.30        325.00
                             PROOFS OF CLAIM TO REFLECT
                             THE FORGIVENESS OF CERTAIN
                             PPP LOANS.

03/15/21 SAO    B190  A108   CALL FROM JAMES CARROLL,            .10         25.00
                             COUNSEL FOR DEFENDANT MCKEE
                             IN THE DOLCE LAWSUIT,
                             REGARDING DISMISSAL OF THE
                             ARCHDIOCESE AND ARCHBISHOP
                             SHAW.

03/16/21 EDW    B110  A104   REVIEWED STATUS REGARDING          .80        240.00
                             ABUSE CLAIMS REVIEW AND
                             DOCUMENT PRODUCTION.

03/16/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL       .10         30.00
                             FROM MR. CAINE REGARDING MEET
                             AND CONFER CONFERENCE.

03/16/21 EDW    B110  A108   REVIEWED COMMUNICATIONS WITH       .10         30.00
                             THE COURT REGARDING STATUS
                             CONFERENCE.

03/16/21 EDW    B110  A104   REVIEWED MEDIATION PLANNING.       .20         60.00

03/16/21 EDW    B110  A104   CONTINUED REVIEW OF ABUSE        2.50        750.00
                             PROOFS OF CLAIM.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   99
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 03/16/21 EJF | B320 | A103 | WORK ON BALLOT AND VOTING RELATED ISSUES. | 5.30 | 2,597.00 |
| 03/16/21 JRT | B190 | A104 | BEGIN REVIEW OF DISCOVERY ISSUES ON PERSONNEL FILES. | .40 | 120.00 |
| 03/16/21 RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING RULE 2004 DOCUMENT REQUESTS. | .10 | 49.00 |
| 03/16/21 RPV | B110 | A108 | EMAILS FROM AND TO AND TELEPHONE CONVERSATION WITH COUNSEL REGARDING STATUS CONFERENCE. | .40 | 196.00 |
| 03/16/21 RPV | B420 | A104 | WORKED ON PLAN ISSUES. | .30 | 147.00 |
| 03/16/21 RPV | B190 | A108 | EMAIL FROM MR. CAINE REGARDING RULE 2004 DISCOVERY RESPONSES/OBJECTIONS (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 03/16/21 RPV | B410 | A104 | PREPARING FOR MEETING WITH CLIENTS REGARDING MEDIATION, CLAIMS ANALYSIS, DOCUMENT PRODUCTION, BANKRUPTCY PLAN ISSUES. | 1.50 | 735.00 |
| 03/16/21 RPV | B410 | A106 | MEETING WITH CLIENTS AND MR. MINTZ REGARDING MEDIATION, CLAIMS ANALYSIS, DOCUMENT PRODUCTION, BANKRUPTCY PLAN ISSUES. | 1.50 | 735.00 |
| 03/16/21 RPV | B110 | A107 | TELEPHONE CONVERSATION WITH MESSRS. KUEBEL AND STANG AND MR. MINTZ REGARDING MEDIATION, DOCUMENT PRODUCTION AND BANKRUPTCY PLAN ISSUES | 1.00 | 490.00 |
| 03/16/21 RPV | B110 | A107 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CALL WITH UCC COUNSEL REGARDING MEDIATION AND RELATED ISSUES. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 100
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/16/21 | RPV | B190 | A108 | EMAIL FROM US ATTORNEY REQUESTING CONSENT FOR EXTENSION TO FILE NON-DISCHARGEABILITY COMPLAINT (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 03/16/21 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING MOTION TO AMEND BAR DATE ORDER. | .20 | 60.00 |
| 03/16/21 | WGZ | B410 | A106 | EMAIL WITH CLIENT REGARDING SAME AND FURTHER TELEPHONE CONFERENCE WITH CLIENT CONCERNING MOTION TO AMEND BAR DATE. | .60 | 180.00 |
| 03/16/21 | WGZ | B410 | A104 | ANALYSIS OF TRANSCRIPT REGARDING BAR DATE ORDER HEARING TO DEVELOP OBJECTIONS WITH RESPECT TO MOTION TO AMEND BAR DATE ORDER. | .60 | 180.00 |
| 03/16/21 | LFA | B160 | A103 | CORRESPONDENCE WITH MS. MCCAFFREY REGARDING BLANK ROME & CRI SECOND FEE APPLICATIONS (.5); REVIEWED AND REVISED FEE APPLICATIONS AND EXHIBITS (2.5). | 3.00 | 1,200.00 |
| 03/16/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MS. OPPENHEIM REGARDING BOY SCOUTS - MOTION FOR ESTIMATION OF CURRENT AND FUTURE ABUSE CLAIMS. | .10 | 40.00 |
| 03/16/21 | MAM | B190 | A101 | MEETING WITH CLIENT ON MEDIATION ISSUES AND PLAN ISSUES. | 3.40 | 1,360.00 |
| 03/16/21 | MAM | B190 | A101 | CONFERENCE CALL REGARDING MEDIATION ISSUES. | 1.50 | 600.00 |
| 03/16/21 | CVM | B160 | A104 | FINALIZED BLANK ROME AND CRI FEE APPS (0.30) AND COMMUNICATED TO MS. ASHLEY (0.40). | .70 | 175.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 101
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/16/21 CVM | B110 | A104 | REQUESTED SERVICE OF MOTION TO SEAL SUPPLEMENTAL DECLARATION. | .10 | 25.00 |
| 03/16/21 CVM | B160 | A108 | COMMUNICATIONS WITH BLANK ROME REGARDING BLANK ROME'S SECOND INTERIM FEE APPLICATION. | .10 | 25.00 |
| 03/16/21 CVM | B160 | A108 | COMMUNICATIONS WITH CRI REGARDING CRI'S SECOND INTERIM FEE APPLICATION. | .10 | 25.00 |
| 03/16/21 SAO | B310 | A103 | UPDATE NON-ABUSE PROOF OF CLAIM SPREADSHEET TO REFLECT FORGIVENESS OF ADDITIONAL PPP LOAN. | .30 | 75.00 |
| 03/16/21 SAO | B190 | A103 | REVISE ALL SECTIONS OF MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS. | 2.40 | 600.00 |
| 03/16/21 SAO | B110 | A105 | EMAIL TO MR. MINTZ REGARDING MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS (0.3); EMAIL TO MR. MINTZ REGARDING LAUER TRUST MOTION (0.2); CALL WITH MR. MINTZ REGARDING TOMORROW'S STATUS CONFERENCE AND RELATED MEDIATION ISSUES (0.3). | .80 | 200.00 |
| 03/16/21 SAO | B190 | A102 | REVIEW MOTION FOR ESTIMATION OF CURRENT AND FUTURE ABUSE CLAIMS FILED IN THE BOY SCOUTS CASE. | .70 | 175.00 |
| 03/16/21 SAO | B190 | A103 | DRAFT NOTICE OF COMPLIANCE FOR M.D. DOE REMOVED ABUSE ACTION. | .80 | 200.00 |
| 03/16/21 SAO | B160 | A105 | CALL WITH MS. MCCAFFREY REGARDING EXHIBITS TO BLANK ROME'S SECOND INTERIM FEE APPLICATION. | .10 | 25.00 |
| 03/16/21 SAO | B190 | A103 | DRAFT PROPOSED ORDER FOR MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS. | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 102
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/16/21 SAO | B190 | A103 | DRAFT MOTION FOR EXPEDITED HEARING OF MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS. | 1.20 | 300.00 |
|---|---|---|---|---|---|
| 03/16/21 SAO | B110 | A104 | REVIEW STEWART ROBBINS BROWN & ALTAZAN, LLC'S NOTICE OF APPEARANCE ON BEHALF OF THE COMMERCIAL COMMITTEE. | .10 | 25.00 |
| 03/16/21 SAO | B310 | A108 | EMAIL CORRESPONDENCES WITH CLAIMS AND NOTICING AGENT REGARDING CLAIM CLASSIFICATION ISSUES. | .20 | 50.00 |
| 03/16/21 SAO | B310 | A106 | EMAIL CORRESPONDENCES WITH THE CLIENT REGARDING THE FEBRUARY 23, 2021 HEARING ON THE TORT COMMITTEE'S MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | .20 | 50.00 |
| 03/16/21 BB | B110 | A110 | ASSIST WITH SEARCH BUILDING AND EXECUTION IN RELATIVITY DATABASE. | .10 | 17.00 |
| 03/17/21 EDW | B110 | A104 | WORKED ON COMMITTEE DOCUMENT PRODUCTION ISSUES. | .80 | 240.00 |
| 03/17/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING DISCOVERY ISSUES. | .10 | 30.00 |
| 03/17/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING DISCOVERY CONFERENCE. | .10 | 30.00 |
| 03/17/21 EDW | B110 | A104 | REVIEWED ABUSE PROOFS OF CLAIM AND REQUESTED INFORMATION REGARDING PROOFS OF CLAIM. | .90 | 270.00 |
| 03/17/21 EJF | B320 | A104 | REVIEW REPORTS; | 3.50 | 1,715.00 |
| 03/17/21 RPV | B190 | A105 | EMAIL FROM MR. CAINE REGARDING REVIEW OF DISCOVERY RESPONSES (0.20) AND OFFICE CONFERENCE WITH MR. WEGMANN REGARDING SAME (0.30). | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 103
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/17/21 RPV   B310  A106   TELEPHONE CONVERSATION WITH        1.20      588.00
                           CLIENT AND CO-COUNSEL
                           REGARDING INSURANCE AND CLAIM
                           ISSUES.

03/17/21 RPV   B310  A105   OFFICE CONFERENCE WITH MR.          .60      294.00
                           MINTZ REGARDING CONFERENCE
                           WITH COURT REGARDING
                           MEDIATION PROCESS AND
                           REGARDING INSURANCE AND CLAIM
                           ISSUES

03/17/21 RPV   B310  A108   MEETING WITH COUNSEL               1.50      735.00
                           REGARDING CONFERENCE WITH
                           COURT AND COUNSEL REGARDING
                           MEDIATION PROCESS AND PLAN
                           ISSUES.

03/17/21 RPV   B310  A109   COURT APPEARANCE WITH JUDGE        1.40      686.00
                           AND COUNSEL REGARDING
                           MEDIATION PROCESS AND RELATED
                           ISSUES.

03/17/21 RPV   B310  A108   CONFERENCE WITH COMMERCIAL          .30      147.00
                           COMMITTEE COUNSEL REGARDING
                           MEDIATION AND RELATED ISSUES.

03/17/21 RPV   B310  A105   OFFICE CONFERENCE WITH MR.          .50      245.00
                           WEGMANN REGARDING CLAIMS
                           REVIEW PROCESS.

03/17/21 RPV   B310  A106   TELEPHONE CONVERSATION WITH         .50      245.00
                           (0.30) AND EMAIL FROM CLIENT
                           REGARDING CLAIMS OBJECTION
                           ISSUES (0.20).

03/17/21 RPV   B190  A105   EMAIL FROM MR. CAINE                .50      245.00
                           REGARDING REVIEW OF DISCOVERY
                           RESPONSES (0.20) AND OFFICE
                           CONFERENCE WITH MR. WEGMANN
                           REGARDING SAME (0.30).

03/17/21 RPV   B110  A104   RECEIVED AND REVIEWED ORDER         .10       49.00
                           AUTHORIZING THE DEBTOR TO
                           FILE THE SUPPLEMENTAL
                           DECLARATION OF FR. PATRICK R.
                           CARR REGARDING BAR DATE
                           NOTICE AND THE EXHIBITS
                           THERETO UNDER SEAL.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 104
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/17/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED FIFTH MOTION TO EXTEND TIME FOR DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 49.00 |
| 03/17/21 | RPV | B310 | A104 | RECEIVED AND REVIEWED INFORMATION CONCERNING CLAIM OBJECTION | .50 | 245.00 |
| 03/17/21 | WGZ | B410 | A104 | ANALYSIS OF DISCOVERY REQUESTS, ISSUES AND OBJECTIONS. | .80 | 240.00 |
| 03/17/21 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING OBJECTIONS. | .60 | 180.00 |
| 03/17/21 | WGZ | B410 | A104 | DEVELOP ARGUMENTS AND STRATEGY WITH RESPECT TO VALUATION OF CLAIMS FOR MEDIATION. | .50 | 150.00 |
| 03/17/21 | WGZ | B410 | A108 | EMAIL FROM SEX ABUSE COMMITTEE REGARDING DISCOVERY ISSUES. | .20 | 60.00 |
| 03/17/21 | WGZ | B410 | A105 | EMAILS WITH LITIGATION TEAM REGARDING COMMITTEE'S REQUEST FOR DISCOVERY CONFERENCE. | .50 | 150.00 |
| 03/17/21 | LFA | B160 | A103 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING ORDER AUTHORIZING MOTION TO SEAL, CRI'S SECOND INTERIM FEE APPLICATION (.4); AND WITH MS. MCCAFFREY AND MS. LOWRANCE REGARDING BLANK ROME'S SECOND FEE APPLICATION (4.); DRAFTED, REVIEWED AND REVISED FEE APPLICATIONS (2.3). | 3.10 | 1,240.00 |
| 03/17/21 | MAM | B190 | A101 | CALL ON INSURANCE MATTERS | 1.00 | 400.00 |
| 03/17/21 | MAM | B190 | A101 | PREPARE FOR AND ATTEND STATUS CONFERENCE MEETING, (3.5) CONFERENCES WITH CLIENT REGARDING THE SAME. (3.2) | 6.70 | 2,680.00 |

Case 20-10846 Doc 4837-7 Filed 02/24/22 Entered 02/24/22 10:18:23 Exhibit D Jones
Walkers Sixth Monthly Fee Application Page 150 of 465

Case 20-10846 Doc 4837-7 Filed 02/24/22 Entered 02/24/22 10:18:23 Exhibit D Jones
Walkers Sixth Monthly Fee Application Page 123 of 228

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 105
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/17/21 CVM   B160  A108   COMMUNICATIONS REGARDING              .20        50.00
                            BLANK ROME AND CRI'S SECOND
                            FEE APPLICATIONS.

03/17/21 CVM   B110  A104   REVIEWED ORDER AUTHORIZING            .20        50.00
                            MOTION TO SEAL (0.10) AND
                            COMMUNICATED TO DONLIN FOR
                            SERVICE (0.10).

03/17/21 SAO   B110  A103   PREPARE CONFIDENTIALITY             1.60       400.00
                            AGREEMENTS FOR PROPOSED
                            COUNSEL TO THE COMMERCIAL
                            COMMITTEE.

03/17/21 SAO   B190  A108   CALL FROM JAMES CARROLL,             .30        75.00
                            COUNSEL FOR DEFENDANT JACOB
                            MCKEE IN THE DOLCE LAWSUIT,
                            REGARDING AMENDED PETITION
                            (0.1); EMAIL CORRESPONDENCES
                            WITH MR. CARROLL REGARDING
                            THE SAME (0.2).

03/17/21 SAO   B190  A104   ANALYZE AMENDED PETITION             .40       100.00
                            FILED IN THE DOLCE LAWSUIT.

03/17/21 SAO   B110  A105   EMAIL TO MR. MINTZ REGARDING         .50       125.00
                            AMENDED PETITION FILED IN THE
                            DOLCE LAWSUIT (0.2); EMAIL
                            FROM MR. MINTZ REGARDING
                            MOTION TO SUPPLEMENT THE
                            CLAIMS BAR DATE ORDER (0.1);
                            CALL WITH MR. MINTZ REGARDING
                            MOTION TO SUPPLEMENT AND
                            STATUS CONFERENCE REGARDING
                            MEDIATION (0.2).

03/17/21 SAO   B110  A104   REVIEW FIFTH UNOPPOSED MOTION        .20        50.00
                            OF THE UNITED STATES TO
                            EXTEND DEADLINE FOR FILING
                            COMPLAINT TO DETERMINE
                            DISCHARGEABILITY OF DEBT
                            (0.1); REVIEW ORDER
                            AUTHORIZING DEBTOR TO FILE
                            SUPPLEMENTAL BAR DATE
                            DECLARATION UNDER SEAL (0.1).

03/17/21 SAO   B110  A102   CONDUCT RESEARCH REGARDING         3.80       950.00
                            TWO NEW POTENTIAL MEDIATORS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 106
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/17/21 | SAO | B110 | A102 | REVIEW MEDIATION MOTION AND RESPONSES THERETO FILED IN THE DIOCESE OF CAMDEN NJ CHAPTER 11 CASE. | .70 | 175.00 |
|---|---|---|---|---|---|---|
| 03/18/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING INSURANCE CLAIMS. | .90 | 270.00 |
| 03/18/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ACCOUNTING. | .10 | 30.00 |
| 03/18/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING CLERGY DISCOVERY. | .90 | 270.00 |
| 03/18/21 | EDW | B110 | A106 | TELEPHONE CALL TO CLIENT REGARDING CLERGY ISSUES. | .20 | 60.00 |
| 03/18/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING HEARING AND BAR DATE MOTION. | .20 | 60.00 |
| 03/18/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING PROPOSED ORDER. | .10 | 30.00 |
| 03/18/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING DOCUMENTS REQUESTED. | .20 | 60.00 |
| 03/18/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING CLAIMS AGAINST CLERGY AND DISCOVERY REGARDING SAME. | 1.30 | 390.00 |
| 03/18/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING DISCOVERY ISSUES. | .10 | 30.00 |
| 03/18/21 | EDW | B110 | A106 | E-MAIL FROM CLIENT REGARDING CLERGY ISSUES. | .10 | 30.00 |
| 03/18/21 | EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING CLERGY ISSUES. | .10 | 30.00 |
| 03/18/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE WITH OUTLINE OF ISSUES REGARDING DISCOVERY CONFERENCE. | .20 | 60.00 |
| 03/18/21 | EDW | B110 | A104 | REVIEWED NEW PROOFS OF CLAIM. | .90 | 270.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 107
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/18/21 EJF | B320 | A104 | REVIEW INITIAL REPORTS. | 4.20 | 2,058.00 |
|---|---|---|---|---|---|
| 03/18/21 EJF | B320 | A103 | DRAFT MEMO RE PLAN TREATMENT ISSUES. | 1.30 | 637.00 |
| 03/18/21 JJL | B190 | A106 | CONFERENCE CALL WITH JIM MURRAY AND MARK MINTZ REGARDING INSURANCE ISSUES. | .80 | 240.00 |
| 03/18/21 JRT | B190 | A101 | BEGIN PREPARATION FOR DISCOVERY CONFERENCE BY REVIEW OF LAW AND PLEADINGS. | .00 | .00 |
| 03/18/21 RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER GRANTING FIFTH MOTION TO EXTEND TIME FOR DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 49.00 |
| 03/18/21 RPV | B110 | A108 | EMAILS FROM MR. STANG REGARDING USE OF FUNDS (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 03/18/21 RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING MEETING WITH COMMITTEE REGARDING RULE 2004 DOCUMENT REQUESTS. | .10 | 49.00 |
| 03/18/21 RPV | B110 | A104 | RECEIVED AND REVIEWED DRAFT OF EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT OF PAYROLL PROCESSING CLAIMS, PURSUANT TO BANKRUPTCY RULE 9019, AND (II) GRANTING RELATED RELIEF (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .40 | 196.00 |
| 03/18/21 RPV | B310 | A105 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING CLAIM OBJECTION, MOTION FOR EXPEDITED HEARING, INSURANCE ISSUES AND RELATED MATTERS. | .50 | 245.00 |
| 03/18/21 RPV | B310 | A104 | REVIEWED CLAIMS FILES. | 2.50 | 1,225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 108
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

03/18/21 RPV   B210  A108   TELEPHONE CONVERSATION WITH          .50        245.00
                           COUNSEL REGARDING INSURANCE
                           COVERAGE ISSUES.

03/18/21 RPV   B310  A106   TELEPHONE CONVERSATION WITH          .50        245.00
                           CLIENT REGARDING CLAIM
                           OBJECTION

03/18/21 WGZ   B410  A106   EMAIL FROM CLIENT REGARDING          .20         60.00
                           BAR DATE ORDER AND DISCOVERY
                           ISSUES.

03/18/21 WGZ   B410  A104   STRATEGY AND ANALYSIS               .70        210.00
                           REGARDING DISCOVERY ISUES
                           PREENTED BY COMMITTEE'S
                           DISCOVERY REQUESTS.

03/18/21 WGZ   B410  A106   TELEPHONE CONFERENCE WITH           .50        150.00
                           CLIENT REGARDING SAME.

03/18/21 WGZ   B410  A106   EMAIL FROM CLIENT REGARDING         .20         60.00
                           BAR DATE ORDER.

03/18/21 WGZ   B410  A105   EMAILS WITH BANKRUPTCY TEAM         .30         90.00
                           REGARDING INSURANCE ISSUES.

03/18/21 WGZ   B410  A104   ANALYSIS OF STATE COURT            .60        180.00
                           PLEADINGS REGARDING INSURANCE
                           ISSUES.

03/18/21 WGZ   B410  A105   EMAILS WITH BANKRUPTCY TEAM         .50        150.00
                           REGARDING INSURANCE ISSUES.

03/18/21 WGZ   B410  A106   TELEPHONE CONFERENCE WITH           .40        120.00
                           CLIENT REGARDING INSURANCE
                           ISSUES.

03/18/21 WGZ   B410  A106   EMAIL FROM CLIENT REGARDING         .30         90.00
                           INSURANCE ISSUES.

03/18/21 LFA   B110  A106   CORRESPONDENCES WITH CLIENT,        .90        360.00
                           MR. MINTZ AND MS. OPPENHEIM
                           REGARDING EXPEDITED MOTION TO
                           APPROVE SETTLEMENT OF PAYROLL
                           PROCESSING CLAIMS (0.4); WITH
                           MS. MCCAFFREY REGARDING BLANK
                           ROME'S SECOND FEE APPLICATION
                           (0.2); AND WITH MR. MINTZ
                           REGRADING PROPOSED ORDER ON
                           MOTION TO PROVIDE ADDITIONAL

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 109
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|            |     |      | ACCESS TO PROOFS OF CLAIM (0.3). |      |        |
|------------|-----|------|----------------------------------|------|--------|
| 03/18/21 MAM | B190 | A101 | OMNIBUS HEARING DATE. | 1.00 | 400.00 |
| 03/18/21 MAM | B190 | A101 | MEETING ON INSURANCE ISSUES. (1.0) CONFERENCES REGARDING THE SAME. (1.4) | 2.40 | 960.00 |
| 03/18/21 AK | B310 | A108 | PARTICIPATED IN DISCOVERY CONFERENCE WITH COMMITTEE. | .60 | 150.00 |
| 03/18/21 CVM | B160 | A103 | BEGAN DRAFTING JONES WALKER'S SECOND INTERIM FEE APPLICATION. | 3.20 | 800.00 |
| 03/18/21 CVM | B160 | A103 | BEGAN DRAFTING EXHIBITS TO JONES WALKER'S SECOND INTERIM FEE APPLICATION. | 1.00 | 250.00 |
| 03/18/21 CVM | B160 | A103 | REVISED BLANK ROME'S SECOND INTERIM FEE APPLICATION. | .30 | 75.00 |
| 03/18/21 SAO | B110 | A105 | CALLS WITH MR. MINTZ REGARDING COMMENTS TO MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS (0.3); EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING THE SAME (0.3); CALL WITH MS. MCCAFFREY REGARDING JONES WALKER'S SECOND FEE APPLICATION (0.1). | .70 | 175.00 |
| 03/18/21 SAO | B190 | A103 | REVISE MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS PER COMMENTS FROM MR. MINTZ AND THE CLIENT. | 2.90 | 725.00 |
| 03/18/21 SAO | B110 | A102 | RESEARCH REGARDING ADDITIONAL POTENTIAL MEDIATORS. | 2.90 | 725.00 |
| 03/18/21 SAO | B190 | A108 | DRAFT EMAIL TO INTERESTED PARTIES REGARDING THE DEBTOR'S PROPOSED MOTION FOR APPROVAL OF SETTLEMENT WITH INTERLOGIC AND REQUEST FOR EXPEDITED CONSIDERATION (0.8); DRAFT EMAIL TO THE | 1.20 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 110
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | COURT TO REQUEST AVAILABLE HEARING DATES FOR THE SAME (0.4). |  |  |
| 03/18/21 | SAO | B310 A104 | REVIEW ORDER GRANTING FIFTH MOTION OF THE UNITED STATES TO EXTEND DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 25.00 |
| 03/18/21 | SAO | B190 A106 | DRAFT REPORT TO THE CLIENT REGARDING THE STATUS OF THE DOLCE LAWSUIT. | .70 | 175.00 |
| 03/18/21 | GMS | B190 A104 | REVIEW DATABASE CONTENT AND FUNCTIONALITY IN PREPARATION OF CALL WITH MR. WEGMANN. | .30 | 51.00 |
| 03/18/21 | GMS | B190 A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING DATABASE CREATED WITH INFORMATION ON HAND AT TIME OF LAST DISCUSSION CONCERNING CREATION OF SAME. | .10 | 17.00 |
| 03/19/21 | EDW | B110 A106 | E-MAIL TO CLIENT REGARDING DISCOVERY CONFERENCE ISSUES. | .20 | 60.00 |
| 03/19/21 | EDW | B110 A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. MURRAY REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 03/19/21 | EDW | B110 A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE WITH DETAILED INFORMATION REGARDING SCOPE OF INFORMATION REQUESTED IN 2004 DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/19/21 | EDW | B110 A104 | REVIEWED 2004 DOCUMENT REQUEST ISSUES REGARDING DISCOVERY DISPUTE. | .80 | 240.00 |
| 03/19/21 | EDW | B110 A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 03/19/21 | EDW | B110 A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. CLIENT REGARDING INDEMNITY ISSUE. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 111
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 03/19/21 | EDW | B110 | A106 | E-MAIL TO MR. MURRAY REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 03/19/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED INFORMATION REGARDING PROOF OF CLAIM ISSUE AND RELATED ENTITY ISSUES. | .50 | 150.00 |
| 03/19/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH UPDATED INSURANCE INFORMATION. | .10 | 30.00 |
| 03/19/21 | EJF | B320 | A103 | MEMO RE INITIAL REPORTS. | 3.30 | 1,617.00 |
| 03/19/21 | JRT | B190 | A101 | PREPARE FOR DISCOVERY CONFERENCE. | 1.00 | 300.00 |
| 03/19/21 | JRT | B190 | A109 | ATTEND DISCOVERY CONFERENCE. | .80 | 240.00 |
| 03/19/21 | RPV | B110 | A105 | RECEIVED AND REVIEWED DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT OF PAYROLL PROCESSING CLAIMS, PURSUANT TO BANKRUPTCY RULE 9019, AND (II) GRANTING RELATED RELIEF AND MOTION TO EXPEDITE HEARING ON SAME AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .00 | .00 |
| 03/19/21 | RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIMS OBJECTION ISSUES. | .50 | 245.00 |
| 03/19/21 | RPV | B320 | A105 | WORKED ON PLAN ISSUES. | .70 | 343.00 |
| 03/19/21 | RPV | B310 | A104 | REVIEWED CLAIMS FILES. | 1.50 | 735.00 |
| 03/19/21 | WGZ | B410 | A105 | EMAILS AND TELEPHONE CALLS WITH LITIGATION TEAM REGARDING DISCOVERY CONFERENCE WITH SEX ABUSE COMMITTEE. | .50 | 150.00 |
| 03/19/21 | WGZ | B410 | A104 | ANALYSIS OF OBJECTIONS TO BE RAISED IN DISCOVERY CONFERENCE. | .40 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 112
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/19/21 WGZ    B410  A106   TELEPHONE CONFERENCE WITH              .30        90.00
                            CLIENT REGARDING OBJECTIONS
                            TO DISCOVERY.

03/19/21 WGZ    B410  A104   FURTHER ANALYSIS OF INSURANCE          .80       240.00
                            ISSUES.

03/19/21 WGZ    B410  A105   EMAILS WITH BANKRUPTCY TEAM            .60       180.00
                            REGARDING INSURANCE ISSUES.

03/19/21 WGZ    B410  A106   EMAIL FROM CLIENT REGARDING            .20        60.00
                            INSURANCE ISSUES.

03/19/21 WGZ    B410  A105   REVIEW EMAILS FROM LITIGATION          .20        60.00
                            TEAM REGARDING DISCOVERY
                            ISSUES RAISED IN CONFERENCE
                            WITH COMMITTEE.

03/19/21 WGZ    B410  A104   ANALYSIS OF ISSUES.                   .30        90.00

03/19/21 WGZ    B410  A106   CONFER WITH CLIENT REGARDING          .30        90.00
                            SAME.

03/19/21 LFA    B110  A106   CORRESPONDENCES WITH MS.             1.30       520.00
                            MCCAFFREY REGARDING SECOND
                            FEE APPLICATIONS (0.5); WITH
                            MR. MINTZ REGARDING
                            CONFIDENTIALITY PROVISIONSOF
                            BAR DATE ORDER (0.4);WITH THE
                            CLIENT AND MESSRS. ZERINGUE
                            AND MINTZ REGARDING
                            HOUMA/THIBODAUX INSURANCE
                            ISSUES (.4).

03/19/21 LFA    B160  A104   REVIEWED AND REVISED EXHIBITS        2.00       800.00
                            TO FEE APPLICATION AND
                            INVOICES TO ASSIST WITH SAME.

03/19/21 MAM    B190  A101   CONFERENCES REGARDING               4.70     1,880.00
                            DISCOVERY ISSUES.

03/19/21 AK     B310  A108   PARTICIPATED IN DISCOVERY           1.10       275.00
                            CONFERENCE WITH COMMITTEE.

03/19/21 CVM    B160  A104   REVIEWED JONES WALKER'S             2.70       675.00
                            MONTHLY FEE STATEMENT
                            INVOICES IN PREPARATION OF
                            SECOND FEE APPLICATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 113
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/19/21 CVM | B160 | A103 | DRAFTED EXHIBIT A TO JONES WALKER'S SECOND INTERIM FEE APPLICATION. | 1.00 | 250.00 |
| 03/19/21 CVM | B160 | A108 | COMMUNCATIONS WITH BLANK ROME REGARDING BLANK ROME'S SECOND INTERIM FEE APPLICATION. | .30 | 75.00 |
| 03/19/21 CVM | B160 | A104 | REVISED EXHIBIT B TO JONES WALKER'S SECOND INTERIM FEE APPLICATION (0.80) AND COMMUNICATIONS REGARDING SAME (0.20). | 1.00 | 250.00 |
| 03/19/21 CVM | B160 | A103 | DRAFTED EXHIBIT C TO JONES WALKER'S SECOND INTERIM FEE APPLICATION. | .50 | 125.00 |
| 03/19/21 CVM | B160 | A103 | DRAFTED SERVICES RENDERED SECTION OF JONES WALKER'S SECOND INTERIM FEE APPLICATION. | 1.70 | 425.00 |
| 03/19/21 SAO | B190 | A108 | EMAIL CORRESPONDENCES WITH PARTIES IN INTEREST REGARDING AVAILABILITY FOR EXPEDITED HEARING ON THE MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS. | .20 | 50.00 |
| 03/19/21 SAO | B110 | A105 | CALL WITH MR. MINTZ REGARDING GLOBAL CASE RESOLUTION STRATEGY AND RELATED RESEARCH ISSUES. | .40 | 100.00 |
| 03/19/21 SAO | B190 | A108 | EMAIL CORRESPONDENCES WITH PLAINTIFF'S COUNSEL REGARDING STATUS OF STAY VIOLATION IN CONNECTION WITH THE M.D. DOE ABUSE ACTION. | .60 | 150.00 |
| 03/19/21 SAO | B190 | A103 | FINALIZE EXPEDITED MOTION TO APPROVE SETTLEMENT OF PAYROLL PROCESSING CLAIMS (1.4); FINALIZE MOTION FOR EXPEDITED HEARING OF THE SAME (0.8) | 2.20 | 550.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 114
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 03/19/21 | SAO | B190 | A111 | FILE MOTION FOR APPROVAL OF PAYROLL PROCESSING CLAIMS (0.3); FILE MOTION FOR EXPEDITED HEARING OF THE SAME (0.3). | .60 | 150.00 |
| 03/19/21 | SAO | B190 | A106 | EMAIL CORRESPONDENCES WITH THE CLIENT REGARDING AMENDED PETITION IN THE DOLCE LAWSUIT (0.2); CALL WITH MR. MINTZ REGARDING THE SAME (0.1). | .30 | 75.00 |
| 03/19/21 | BB | B110 | A110 | ANALYZE PRODUCTION FILES FOR VOLUME 13 (0.30) AND CORRESPOND WITH ALLISON KINGSMILL REGARDING SAME (0.20). | .50 | 85.00 |
| 03/20/21 | WGZ | B410 | A104 | STRATEGY AND ANALYSIS REGARDING INSURANCE ISSUES AND CLAIMS VALUATION. | .80 | 240.00 |
| 03/20/21 | WGZ | B410 | A104 | REVIEW OF PLEADINGS FILED IN STATE COURT CASES REGARDING INSURANCE ISSUES. | .90 | 270.00 |
| 03/21/21 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING WEEKLY STRATEGY MEETING AND DEADLINES. | .10 | 49.00 |
| 03/21/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING WITH BANKRUPTCY TEAM AND LITIGATION TEAM. | .40 | 120.00 |
| 03/21/21 | WGZ | B410 | A104 | ANALYSIS OF DISCOVERY ISSUES WITH RESPECT TO STATE COURT LITIGATION OF SEX ABUSE CLAIMS. | .80 | 240.00 |
| 03/21/21 | CVM | B160 | A103 | DRAFTED SERVICES RENDERED SECTION JONES WALKER'S SECOND INTERIM FEE APP. | 2.00 | 500.00 |
| 03/22/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING DOCUMENT REQUESTS FROM THE COMMITTEE AND STATUS REGARDING DOCUMENT PRODUCTION. | .90 | 270.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 115
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/22/21 EDW | B110 | A107 | E-MAIL TO MR. CARTER, CO-COUNSEL, REGARDING INSURANCE ISSUES. | .20 | 60.00 |
| 03/22/21 EDW | B110 | A104 | CONTINUED REVIEW OF ABUSE PROOFS OF CLAIM. | 1.30 | 390.00 |
| 03/22/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING M.D. DOE LAWSUIT. | .10 | 30.00 |
| 03/22/21 EJF | B320 | A103 | DRAFT AND REVISE MEMO RE REPORTS FOR PLAN AND DISCLOSURE STATEMENT; | 2.80 | 1,372.00 |
| 03/22/21 EJF | B320 | A105 | ATTEND MEETING RE MEDIATION AND OTHER PLAN RELATED ISSUES. | .80 | 392.00 |
| 03/22/21 JJL | B190 | A106 | ADDRESS INSURANCE COVERAGE ISSUES. | 1.70 | 510.00 |
| 03/22/21 JRT | B190 | A109 | ATTEND STRATEGY MEETING WITH TEAM. | .70 | 210.00 |
| 03/22/21 JRT | B190 | A104 | STUDY INSURANCE ISSUES AND DISCOVERY QUESTIONS. | 1.20 | 360.00 |
| 03/22/21 RPV | B310 | A104 | REVIEWED CLAIMS FILES. | 2.50 | 1,225.00 |
| 03/22/21 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING NOTICE ISSUES | .10 | 49.00 |
| 03/22/21 RPV | B110 | A106 | EMAIL FROM/TO CLIENT REGARDING NOTICE ISSUES | .10 | 49.00 |
| 03/22/21 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION AND MEETING | .30 | 147.00 |
| 03/22/21 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING DOCUMENT PRODUCTION AND MEETING | .40 | 196.00 |
| 03/22/21 RPV | B160 | A105 | OFFICE CONFERENCE WITH MS. LAURA ASHLEY REGARDING FEE APPLICATION. | .10 | 49.00 |
| 03/22/21 RPV | B320 | A105 | OFFICE CONFERENCE WITH MS. FUTRELL REGARDING PLAN ISSUES. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 116
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/22/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. TILLERY REGARDING DOCUMENT PRODUCTION. | .20 | 98.00 |
| 03/22/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. ZERINGUE REGARDING MEDIATION ISSUES. | .20 | 98.00 |
| 03/22/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. LOWENTHAL REGARDING INSURANCE ISSUES. | .20 | 98.00 |
| 03/22/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY CONFERENCE. | .40 | 120.00 |
| 03/22/21 | WGZ | B410 | A109 | ATTEND STRATEGY CONFERENCE WITH BANKRUPTCY AND LITIGATION TEAM. | 1.20 | 360.00 |
| 03/22/21 | WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING INSURANCE ISSUES. | .60 | 180.00 |
| 03/22/21 | JPG | B250 | A108 | PHONE CALL WITH MR. JUSTICE ON VALUATIONS. | .10 | 40.00 |
| 03/22/21 | LFA | B110 | A106 | CORRESPONDENCE WITH MR. WEGMANN REGARDING DISCOVERY ISSUES (.3); WITH MS. ZUNIGA AND MS. MCCAFFREY REGARDING CRI'S SECOND INTERIM FEE APPLICATION (.3); REVIEWED AND REVISED FEE JW, CRI AND BLANK ROME'S FEE APPLICATIONS (1.5). | 2.10 | 840.00 |
| 03/22/21 | MAM | B190 | A101 | PREPARE FOR AND ATTEND WEEKLY STRATEGY MEETING. (1.5)  WORK ON DISCOVERY ISSUES. (1.4) WORK ON 9019 MOTION. (1.8) | 4.70 | 1,880.00 |
| 03/22/21 | CVM | B160 | A103 | CONTINUED DRAFTING SERVICES RENDERED SECTION OF JONES WALKER'S SECOND INTERIM FEE APPLICATION. | 1.90 | 475.00 |
| 03/22/21 | CVM | B160 | A103 | FINALIZED THE EXHIBITS TO JONES WALKER'S SECOND INTERIM FEE APP. | 1.60 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 117
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/22/21 CVM   B160  A103   REVISED PRPOOSED ORDER TO            .10        25.00
                           CRI'S SECOND INTERIM FEE
                           APPLICATION.

03/22/21 CVM   B160  A103   REVISED CRI'S SECOND INTERIM         .40       100.00
                           FEE APPLICATION (0.20) AND
                           COMMUNICATIONS WITH CRI
                           REGARDING SAME (0.20).

03/22/21 SAO   B190  A105   EMAIL CORRESPONDENCES WITH           .70       175.00
                           MR. MINTZ REGARDING THE M.D.
                           DOE AND DOLCE STAY VIOLATIONS
                           (0.4); CALLS WITH MR. MINTZ
                           REGARDING THE SAME (0.3).

03/22/21 SAO   B190  A105   STRATEGY CALL WITH MR. MINTZ         .30        75.00
                           REGARDING ABUSE CLAIMANTS'
                           COMMITTEE'S FORTHCOMING
                           MOTION TO COMPEL.

03/22/21 SAO   B190  A108   CALL WITH PLAINTIFF'S                .70       175.00
                           COUNSEL, MR. COURTENAY,
                           REGARDING THE M.D. DOE STAY
                           VIOLATION (0.2); CALL WITH
                           PLAINTIFFS' COUNSEL, MR.
                           REICHERT, REGARDING THE DOLCE
                           STAY VIOLATION (0.5).

03/22/21 SAO   B160  A105   EMAIL CORRESPONDENCES WITH           .20        50.00
                           MS. MCCAFFREY REGARDING
                           SERVICES RENDERED IN
                           CONNECTION WITH JONES
                           WALKER'S SECOND INTERIM FEE
                           APPLICATION.

03/22/21 SAO   B190  A105   PREPARE FOR CALL WITH MS.            .50       125.00
                           KINGSMILL REGARDING
                           OPPOSITION TO THE ABUSE
                           CLAIMANTS' COMMITTEE'S
                           FORTHCOMING MOTION TO COMPEL
                           (0.2); CALL WITH MS.
                           KINGSMILL REGARDING THE SAME
                           (0.3).

03/22/21 SAO   B190  A103   FINALIZE NOTICE OF COMPLIANCE       1.00       250.00
                           WITH REMOVAL DIRECTIVE IN THE
                           M.D. DOE MATTER (0.4); FILE
                           THE SAME (0.2); COORDINATE
                           SERVICE OF THE SAME (0.4).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 118
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/22/21 SAO | B190 | A103 | BEGIN DRAFTING STAY VIOLATION MOTION IN CONNECTION WITH THE DOLCE LAWSUIT. | 3.80 | 950.00 |
| 03/22/21 SAO | B160 | A103 | PREPARE INFORMATION TO BE INCLUDED IN THE SUMMARY OF SERVICES SECTION OF JONES WALKER'S SECOND INTERIM FEE APPLICATION. | .90 | 225.00 |
| 03/22/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING MANAGEMENT OF PROOFS OF CLAIM DETAIL. | .30 | 51.00 |
| 03/23/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING DISCOVERY ISSUES. | .10 | 30.00 |
| 03/23/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. MURRAY REGARDING INSURANCE ISSUES. | .20 | 60.00 |
| 03/23/21 EDW | B110 | A106 | E-MAIL TO MR. MURRAY REGARDING INSURANCE ISSUES. | .10 | 30.00 |
| 03/23/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING UCC DOCUMENTS REQUESTED. | .50 | 150.00 |
| 03/23/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/23/21 EJF | B320 | A105 | MEMO REGARDING PLAN ISSUES. | 4.40 | 2,156.00 |
| 03/23/21 JRT | B190 | A105 | INTERNAL COMMUNICATION REGARDING HOW TO RESPOND TO COMMITTEE'S REQUEST FOR PERSONNEL FILES. | .60 | 180.00 |
| 03/23/21 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIMS DISPUTE ISSUES RAISED BY CLIENT AND CHANNELING INJUNCTION ISSUES | .50 | 245.00 |
| 03/23/21 RPV | B310 | A106 | MEETING WITH CLIENTS REGARDING CLAIMS DISPUTES. | 2.00 | 980.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 119
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 03/23/21 | RPV | B190 | A104 | EMAIL FROM MR. CAINE REGARDING RULE 2004 DOCUMENT REQUESTS (0.20) AND OFFICE CONFERENCE WITH MR. WEGMANN REGARDING SAME (0.30). | .50 | 245.00 |
| 03/23/21 | RPV | B320 | A106 | MEETING WITH CLIENTS AND COUNSEL REGARDING CHANNELING INJUNCTION ISSUES. | 2.00 | 980.00 |
| 03/23/21 | RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING CLAIM DISPUTES. | .50 | 245.00 |
| 03/23/21 | WGZ | B410 | A104 | STRATEGY AND ANALYSIS REGARDING CLAIM VALUATION. | .60 | 180.00 |
| 03/23/21 | WGZ | B410 | A106 | CONFER WITH CLIENT REGARDING CLAIM VALUATION. | .50 | 150.00 |
| 03/23/21 | WGZ | B410 | A104 | ANALYSIS OF INSURANCE ISSUES AND INSURANCE COVERAGE. | .50 | 150.00 |
| 03/23/21 | WGZ | B410 | A104 | WORKING ON DISCOVERY ISSUES. | .40 | 120.00 |
| 03/23/21 | WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING DISCOVERY ISSUES. | .80 | 240.00 |
| 03/23/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MESSRS. MINTZ AND ROBBINS REGARDING ARCHDIOCESE AGENDA (.4); WITH MESSRS. MINTZ AND BOLDISSAR REGARDING FIFTH CIRCUIT FEE STATEMENT (.4); WITH MSES. MCCAFFREY AND ZUNIGA REGARDING CRI'S SECOND INTERIM FEE APPLICATION (.4); WITH MS. MCCAFFREY REGARDING FEE APPS (.4); WITH MS. MCCAFFREY REGARDING SUPPLEMENTAL DECLARATION RE BAR DATE NOTICE (.4). | 2.00 | 800.00 |
| 03/23/21 | LFA | B160 | A106 | REVISED AND EDITTED JW FEE APP INCLUDING EXHIBITS AND CALCULATING DISCOUNTS APPLIED (2.0); REVIEWED AND REVISED CRI FEE APP (.7). | 2.70 | 1,080.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 120
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/23/21 | MAM | B190 | A101 | CONFERENCE WITH CLIENT AND APOSTOLATES REGARDING PLAN ISSUES AND DISCOVERY ISSUES. (1.8)  WORK ON THE SAME.(2.6)  CORRESPONDENCE REGARDING MEDIATION. (2.0) | 6.40 | 2,560.00 |
| 03/23/21 | CVM | B160 | A103 | REVISED SERVICES RENDERED SECTION OF JONES WALKER'S SECOND INTERIM FEE APPLICATION. | 2.80 | 700.00 |
| 03/23/21 | CVM | B160 | A103 | FINALIZED CRI'S SECOND INTERIM FEE APPLICATION (1.00) AND COMMUNICATED TO CRI FOR APPROVAL (0.20). | 1.20 | 300.00 |
| 03/23/21 | CVM | B160 | A103 | FORMATTED EXHIBITS F & G TO BLANK ROME'S SECOND INTERIM FEE APPLICATION. | .20 | 50.00 |
| 03/23/21 | SAO | B190 | A103 | CONTINUE DRAFTING STAY VIOLATION MOTION IN CONNECTION WITH THE DOLCE LAWSUIT. | 3.80 | 950.00 |
| 03/23/21 | SAO | B190 | A108 | FOLLOW-UP EMAIL TO MR. COURTENAY REGARDING STAY VIOLATION IN CONNECTION WITH THE M.D. DOE ABUSE CLAIM LAWSUIT. | .10 | 25.00 |
| 03/23/21 | SAO | B190 | A103 | PREPARE EXHIBITS TO STAY VIOLATION MOTION. | .70 | 175.00 |
| 03/23/21 | SAO | B190 | A105 | EMAIL TO MR. MINTZ REGARDING STAY VIOLATION MOTION (0.3); CALL WITH MR. MINTZ REGARDING THE SAME (0.1). | .40 | 100.00 |
| 03/23/21 | SAO | B190 | A108 | CALL FROM PLAINTIFFS' COUNSEL, MR. REICHERT, REGARDING THE DOLCE STAY VIOLATION. | .40 | 100.00 |
| 03/23/21 | SAO | B190 | A104 | REVIEW PLAINTIFF'S MOTION TO DISMISS THE ARCHDIOCESE, CATHOLIC MUTUAL, AND INDEMNITY WITHOUT PREJUDICE FROM THE M.D. DOE ABUSE CLAIM | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 121
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

```
                              SUIT.

03/23/21 SAO    B190  A103   REVIEW AND REVISE ALL              1.90      475.00
                              SECTIONS OF STAY VIOLATION
                              MOTION.

03/24/21 EDW    B110  A104   REVIEWED ISSUES AND WORKED ON      1.50      450.00
                              RESPONSES TO COMMITTEE'S RULE
                              2004 REQUESTS.

03/24/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .10       30.00
                              FROM CLIENT REGARDING
                              DOCUMENT REQUESTS.

03/24/21 EDW    B110  A104   REVIEWED LAUER TRUST MOTION         .10       30.00
                              AND COMMUNICATIONS WITH
                              CLIENT REGARDING SAME.

03/24/21 EDW    B110  A104   WORKED ON AND REVIEWED ABUSE       1.50      450.00
                              PROOFS OF CLAIM.

03/24/21 EDW    B110  A104   REVIEWED DOLCE LAWSUIT STAY         .10       30.00
                              VIOLATION MOTION AND
                              COMMUNICATIONS REGARDING SAME.

03/24/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING       .50      150.00
                              OBJECTIONS TO DISCOVERY.

03/24/21 EDW    B110  A104   REVIEWED INSURANCE COVERAGE         .10       30.00
                              DOCUMENTS REQUESTED BY
                              COMMITTEE.

03/24/21 EDW    B110  A107   E-MAIL TO MR. CAINE WITH            .10       30.00
                              INSURANCE COVERAGE CHART.

03/24/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10       30.00
                              FROM MR. CAINE REGARDING
                              INSURANCE CHART.

03/24/21 EJF    B110  A104   WORK ON MONTHLY OPERATING           .80      392.00
                              REPORT ISSUES.

03/24/21 EJF    B310  A106   MEMOS REGARDING STATUS OF           .60      294.00
                              CLAIMS.

03/24/21 EJF    B310  A103   DRAFT MEMO RE STATUS OF             .20       98.00
                              CLAIMS.
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 122
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| 03/24/21 JRT | B190 | A104 | WORK ON DISCOVERY ISSUES REGARDING PRIEST FILES AND PRODUCTION REQUESTS. | 1.20 | 360.00 |

| 03/24/21 JRT | B190 | A108 | COMMUNICATION ON DISCOVERY REQUESTS. | .70 | 210.00 |

| 03/24/21 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION PROPOSAL | .20 | 98.00 |

| 03/24/21 RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING LAUER TRUST MOTION. | .10 | 49.00 |

| 03/24/21 RPV | B190 | A104 | EMAIL FROM MR. CAINE REGARDING DOCUMENT PRODUCTION (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .40 | 196.00 |

| 03/24/21 RPV | B190 | A105 | EMAILS FROM MR. WEGMANN REGARDING DOCUMENT PRODUCTION. | .10 | 49.00 |

| 03/24/21 RPV | B310 | A106 | TELEPHONE CONVERSATIONS WITH CLIENT REGARDING CLAIMS OBJECTIONS AND RELATED ISSUES | .80 | 392.00 |

| 03/24/21 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIMS OBJECTIONS AND RELATED ISSUES RAISED BY CLIENT. | .50 | 245.00 |

| 03/24/21 LFA | B160 | A106 | CORRESPONDED WITH MS. MCCAFFREY REGARDING JONES WALKER'S SECOND INTERIM FEE APPLICATION (.5), UPDATED CRI SECOND INTERIM FEE APPLICATION AND CRI EXHIBIT B INQUIRY (.4), WITH MSES. LOWRANCE AND MCCAFFREY REGARDING BLANK ROME'S SECOND INTERIM FEE APPLICATION (.4); REVIEWED AN REVISED JW FEE APPLICATION (1.5); REVIEWED AND REVISED CRI'S FEE APPLICATION (1.0); REVISED AND REVISED BLANK ROME'S FEE APPLICATION (1.0). | 4.80 | 1,920.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 123
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/24/21 LFA   B110  A106   CORRESPONDENCES WITH MESSRS.        .50        200.00
                            BOLDISSAR, ROBBINS AND MINTZ
                            REGARDING ANO - CAR TITLE
                            ISSUE (.3); WITH MS.
                            OPPENHEIM REGARDING DOLCE
                            STAY VIOLATION MOTION (.2).

03/24/21 MAM   B190  A101   PREPARE FOR AND ATTEND             4.30      1,720.00
                            SEVERAL CALLS ON ADDITIONAL
                            UNSECURED DEBT ISSUES. (2.2)
                            CONFERENCE WITH COMMITTEE
                            REGARDING THE SAME.(0.9)
                            WORK ON DISCOVERY ISSUES
                            (1.20).

03/24/21 CVM   B160  A103   INCORPORATED BLANK ROME'S         1.10        275.00
                            EDITS INTO BLANK ROME'S
                            SECOND INTERIM FEE
                            APPLICATION (0.40);
                            INCORPORATED CRI'S EDITS INTO
                            CRI'S SECOND INTERIM FEE
                            APPLICATION (0.50);
                            COMMUNCIATED FINALIZED FEE
                            APPLICATIONS TO MS. ASHLEY
                            FOR APPROVAL (0.20).

03/24/21 CVM   B190  A105   COMMUNICATIONS WITH MR. MINTZ      .20         50.00
                            REGARDING FRAUDULENT
                            CONVEYANCE PRESCRIPTIVE
                            PERIOD.

03/24/21 CVM   B190  A103   REVISED MEMORANDUM ON             .90         225.00
                            PRESCRIPTIVE PERIOD FOR
                            FRAUDULENT CONVEYANCES UNDER
                            LOUISIANA LAW.

03/24/21 CVM   B160  A104   PREPARED TO FILE (0.70) AND       1.60        400.00
                            FILED BLANK ROME'S SECOND
                            INTERIM FEE APPLICATION
                            (0.90).

03/24/21 CVM   B160  A104   COMMUNICATED FILED BLANK ROME     .30         75.00
                            SECOND INTERIM FEE
                            APPLICATION TO DONLIN RECANO
                            FOR SERVICE (0.10) AND TO
                            BLANK ROME (0.20).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 124
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/24/21 CVM   B160  A104   REVIEWED EXHIBIT B TO CRI'S        .20        50.00
                           SECOND INTERIM FEE APP TO
                           ADDRESS CERTIAN QUESTIONS
                           REGARDING THE TASK CATEGORIES.

03/24/21 CVM   B160  A104   PREPARED TO FILE SECOND CRI'S     1.00       250.00
                           INTERIM FEE APPLICATION
                           (0.50); FILED CRI'S SECOND
                           INTERIM FEE APLICATION
                           (0.30); COMMUNICATED THE
                           FILED FEE APPLICATION TO
                           DONLIN RECANO FOR SERVICE
                           (0.10) AND COMMUNICATED FILED
                           FEE APPLICATION TO CRI (0.10).

03/24/21 CVM   B160  A103   CONTINUED REVISING SERVICES        .40       100.00
                           RENDERED SECTION OF JONES
                           WALKER'S SECOND INTERIM FEE
                           APPLICATION.

03/24/21 SAO   B190  A104   REVIEW ORDER GRANTING             .10        25.00
                           PLAINTIFF'S MOTION TO DISMISS
                           THE ARCHDIOCESE, INDEMNITY,
                           AND CATHOLIC MUTUAL FROM THE
                           M.D. DOE ABUSE CLAIM SUIT.

03/24/21 SAO   B320  A102   CHECK DOCKETS OF ALL PENDING     1.40       350.00
                           CHAPTER 11 DIOCESAN
                           BANKRUPTCY CASES FOR
                           MEDIATION AND PLAN UPDATES.

03/24/21 SAO   B190  A105   CALL WITH MS. KINGSMILL           .30        75.00
                           REGARDING STRATEGY FOR
                           OPPOSING THE ABUSE CLAIMANTS'
                           COMMITTEE'S FORTHCOMING
                           MOTION TO COMPEL (0.1);
                           EMAILS FROM MS. KINGSMILL
                           REGARDING THE SAME (0.2).

03/24/21 SAO   B110  A111   FILE MONTHLY OPERATING REPORT    1.20       300.00
                           FOR FEBRUARY 2021.

03/24/21 SAO   B310  A102   REVIEW CASE LAW IN CONNECTION     .30        75.00
                           WITH UNTIMELY PROOFS OF CLAIM.

03/24/21 SAO   B190  A103   REVIEW AND REVISE LAUER TRUST     .80       200.00
                           MOTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 125
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/24/21 SAO   B190  A105   CORRESPONDENCE FROM MR. MINTZ        .10        25.00
                           REGARDING STATUS OF DISMISSAL
                           IN CONNECTION WITH THE A.A.
                           DOE LAWSUIT.

03/24/21 SAO   B190  A105   CALL WITH MR. MINTZ REGARDING        .50       125.00
                           THE DOLCE STAY VIOLATION
                           MOTION.

03/24/21 SAO   B160  A105   CALLS WITH MS. MCCAFFREY             .40       100.00
                           REGARDING SECOND INTERIM FEE
                           APPLICATIONS OF BLANK ROME
                           AND JONES WALKER.

03/24/21 SAO   B190  A103   REVISE DOLCE STAY VIOLATION        2.20       550.00
                           MOTION PER COMMENTS FROM MR.
                           MINTZ.

03/24/21 SAO   B160  A104   REVIEW BLANK ROME'S SECOND           .30        75.00
                           INTERIM FEE APPLICATION
                           (0.2); REVIEW CRI'S SECOND
                           INTERIM FEE APPLICATION (0.1).

03/24/21 SAO   B110  A102   RESEARCH REGARDING MEDIATION         .30        75.00
                           SETTLEMENT IN THE CHRISTIAN
                           BROS. CHAPTER 11 CASE TO
                           ASSIST WITH PREPARING FOR
                           MEDIATION.

03/24/21 GMS   B190  A105   COMMUNICATIONS WITH MR.              .20        34.00
                           WEGMANN CONCERNING DATA TO BE
                           RECORDED FROM PROOFS OF CLAIM
                           AND DATABASE FUNCTIONALITY.

03/24/21 GMS   B190  A104   EXAMINE SPREADSHEET STARTED         .30        51.00
                           BY CLIENT AND POC FORM
                           QUESTIONS.

03/24/21 GMS   B190  A103   REVISE SPREADSHEET STARTED BY        .50        85.00
                           CLIENT TO REFLECT ADDITIONAL
                           POC FORM QUESTIONS AND IN
                           PREPARATION OF APPLIED
                           FILTERS TO / SORTING OF DATA.

03/24/21 GMS   B190  A101   PREPARE DOCUMENTS FOR               .40        68.00
                           PRODUCTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 126
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/25/21 EDW | B110 | A107 | REVIEWED MULTIPLE COMMUNICATIONS WITH COUNSEL REGARDING SCHEDULED TELEPHONE CONFERENCE TO DISCUSS OUTSTANDING CLAIM ISSUES. | .30 | 90.00 |
| 03/25/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING FILING MOTION TO COMPEL. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CLAIM ISSUES. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING OBJECTIONS TO DOCUMENTS REQUESTED BY THE COMMITTEE. | .50 | 150.00 |
| 03/25/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING SUIT ISSUE. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ABUSE CLAIM ISSUE. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A107 | RECEIVED AND REVIEWED ABUSE CLAIMANTS' COMMITTEE MOTION TO COMPEL FILED AGAINST THE DEBTOR. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING INSURANCE COVERAGE AND INFORMATION REQUESTED BY THE COMMITTEE. | .30 | 90.00 |
| 03/25/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING DOCUMENT REQUEST ISSUES. | .10 | 30.00 |
| 03/25/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ADDITIONAL DOCUMENTS REQUESTED BY COMMITTEE. | .10 | 30.00 |
| 03/25/21 JJL | B190 | A104 | WORK ON INSURANCE ISSUES. | 1.10 | 330.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 127
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/25/21 RPV   B310  A106   TELEPHONE CONVERSATION WITH          .60        294.00
                            CLIENT REGARDING CLAIMS
                            OBJECTIONS AND RELATED ISSUES.


03/25/21 RPV   B190  A104   WORKED ON MEDIATION STRATEGY        3.50      1,715.00
                            ISSUES INCLUDING REVIEW OF
                            PLEADINGS AND MEMORANDUM TO
                            TEAM AND CLIENT.


03/25/21 RPV   B160  A104   RECEIVED AND REVIEWED               .30         147.00
                            APPLICATION FOR COMPENSATION
                            SECOND INTERIM APPLICATION OF
                            JONES WALKER LLP FOR
                            ALLOWANCE OF COMPENSATION AND
                            REIMBURSEMENT OF EXPENSES, AS
                            COUNSEL TO THE DEBTOR AND
                            DEBTOR IN POSSESSION, FOR THE
                            PERIOD FROM OCTOBER 1, 2020
                            THROUGH JANUARY 31, 2021.


03/25/21 RPV   B110  A105   OFFICE CONFERENCE WITH MR.          .10          49.00
                            MINTZ REGARDING LAUER TRUST
                            MOTION.


03/25/21 WGZ   B410  A105   EMAILS WITH BANKRUPTCY TEAM         .50         150.00
                            AND CLIENT REGARDING DISOVERY
                            ISSUES.


03/25/21 WGZ   B410  A104   WORKING ON CLAIMS EVALUATION        .60         180.00
                            ISSUES.


03/25/21 WGZ   B410  A104   STRATEGY REGARDING PROOFS OF        .50         150.00
                            CLAIMS.


03/25/21 WGZ   B410  A106   TELEPHONE CONFERENCE WITH           .40         120.00
                            CLIENT REGARDING EVALUATION
                            OF PROOFS OF CLAIMS.


03/25/21 LFA   B110  A106   CORRESPONDENCES WITH MS.           1.80         720.00
                            OPPENHEIM REGARDING ABUSE
                            CLAIMANTS COMMITTEE'S MOTION
                            TO COMPEL (.2); WITH MR.
                            MINTZ AND CLIENT REGARDING
                            A.A. DOES MOTION FOR LEAVE
                            TO AMEND COMPLAINT TO DISMISS
                            THE ARCHDIOCESE, INDEMNITY,
                            AND BLESSED TRINITY WITHOUT
                            PREJUDICE (.2); WITH MS.
                            ROUCHON, LOUISIANA EASTERN
                            DISTRICT BANKRUPTCY COURT

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 128
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

|  |  |  |  | REGARDING NOTICE OF HEARING RE:  FEE APPS (.4); WITH MS. MCCAFREY REGARDING UPDATED AND FINAL JW SECOND FEE APP AND EXHIBITS (.4); WITH MR. ROBBINS REGARDING ARCHDIOCESE AGENDA (.1); WITH MS. MCCAFFREY AND MS. DASSA REGARDING STANG ZIEHL & JONES LLP JANUARY 2021 FEE STATEMENT (.2); WITH MESSRS. MINTZ AND VANCE REGARDING BOY SCOUTS - MOTION FOR ESTIMATION OF CURRENT AND FUTURE ABUSE CLAIMS (.3). |  |  |
|---|---|---|---|---|---|---|
| 03/25/21 | LFA | B160 | A104 | REVISED AND FINALIZED JW FEE APPLICATION (3.0); MULTIPLE CORRESPONDENCES WITH MS. MCCAFFREY REGARDING FILING OF SAME (1.0). | 4.00 | 1,600.00 |
| 03/25/21 | MAM | B190 | A101 | FINALIZE AND FILE MOTIONS FOR HEARING. (1.6) RECEIPT AND REVIEW OF MOTION TO COMPEL. (0.9) RESEARCH REGARDING THE SAME. (3.4) | 5.90 | 2,360.00 |
| 03/25/21 | CVM | B190 | A103 | REVISED MEMORANDUM ON PRESCRIPTION ISSUES RELATED TO 2004 DISCOVERY. | 1.70 | 425.00 |
| 03/25/21 | CVM | B160 | A104 | REVIEWED BERKELEY RESEARCH GROUP'S FEE STATEMENT (0.10) AND CALENDARED DEADLINE FOR OBJECTING TO IT (0.10). | .20 | 50.00 |
| 03/25/21 | CVM | B160 | A105 | CORRESPONDENCE REGARDING JONES WALKER'S SECOND INTERIM FEE APPLICATION. | .20 | 50.00 |
| 03/25/21 | CVM | B160 | A104 | COMPARED FEES WORKED DURING SECOND INTERIM FEE PERIOD AT JONES WALKER'S DISCOUNTED RATES TO WHAT THE FEES WORKED WOULD HAVE BEEN DURING THE SECOND INTERIM FEE PERIOD AT JONES WALKER'S PREFFERED OR STANADRD RATES. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 129
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/25/21 CVM   B160  A103   REVISED EXHIBIT D TO JONES           .40        100.00
                           WALKER'S SECOND INTERIM FEE
                           APPLICATION.

03/25/21 CVM   B160  A104   CONDUCTED FINAL REVIEW OF           1.20        300.00
                           JONES WALKER'S SECOND INTERIM
                           FEE APPLICATION IN
                           PREPARATION OF FILING.

03/25/21 CVM   B160  A103   DRAFTED NOTICE OF HEARING FOR        .20         50.00
                           FEE APPLICATIONS.

03/25/21 CVM   B160  A104   PREPARED TO FILE (0.40) AND          .90        225.00
                           FILED JONES WALKER'S SECOND
                           INTERIM FEE APPLICATION
                           (0.50).

03/25/21 CVM   B160  A104   REVIEWED PACHULSKI'S JANUARY         .20         50.00
                           FEE STATEMENT (0.10) AND
                           CALENDARED THE OBJECTION
                           (0.10).

03/25/21 SAO   B190  A104   REVIEW A.A. DOES MOTION FOR          .30         75.00
                           LEAVE TO AMEND COMPLAINT TO
                           DISMISS THE ARCHDIOCESE,
                           INDEMNITY, AND BLESSED
                           TRINITY WITHOUT PREJUDICE.

03/25/21 SAO   B110  A105   CALL WITH MR. MINTZ REGARDING        .70        175.00
                           TODAY'S PLANNED AND
                           ANTICIPATED FILINGS (0.3);
                           EMAIL CORRESPONDENCES WITH
                           MR. MINTZ REGARDING THE SAME
                           (0.4).

03/25/21 SAO   B190  A103   FINALIZE DOLCE STAY VIOLATION        .90        225.00
                           MOTION (0.7); DRAFT NOTICE OF
                           HEARING FOR THE SAME (0.2).

03/25/21 SAO   B190  A108   EMAIL CORRESPONDENCE TO MS.          .20         50.00
                           MOSKOWITZ AND INTERESTED
                           PARTIES REGARDING THE MOTION
                           FOR EXPEDITED HEARING ON THE
                           DEBTOR'S MOTION TO APPROVE
                           SETTLEMENT OF PAYROLL
                           PROCESSING CLAIMS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 130
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 03/25/21 SAO | B190 | A111 | FILE NOTICE OF EXPEDITED HEARING AND OBJECTION DEADLINE ON THE EXPEDITED SETTLEMENT MOTION (0.2); COORDINATE SERVICE OF THE SAME (0.2). | .40 | 100.00 |
| 03/25/21 SAO | B190 | A111 | FILE DOLCE STAY VIOLATION MOTION (0.3); FILE NOTICE OF HEARING FOR THE SAME (0.1); COORDINATE SERVICE OF THE SAME (0.2). | .60 | 150.00 |
| 03/25/21 SAO | B110 | A103 | DRAFT NOTICE OF EXPEDITED HEARING AND OBJECTION DEADLINE FOR THE EXPEDITED SETTLEMENT MOTION. | .60 | 150.00 |
| 03/25/21 SAO | B310 | A103 | UPDATE SPREADSHEET OF NON-ABUSE PROOFS OF CLAIM TO REFLECT FORGIVENESS OF ADDITIONAL PPP LOANS. | .20 | 50.00 |
| 03/25/21 SAO | B190 | A102 | ANALYZE MOTION TO WITHDRAW THE REFERENCE OF PROCEEDINGS INVOLVING ESTIMATION OF PERSONAL INJURY CLAIMS FILED IN THE BOY SCOUTS CHAPTER 11 CASE. | .80 | 200.00 |
| 03/25/21 SAO | B110 | A105 | CORRESPONDENCE FROM MR. VANCE REGARDING GLOBAL CASE RESOLUTION STRATEGY (0.2); EXTENDED CORRESPONDENCE TO MR. MINTZ REGARDING THE SAME (0.8). | 1.00 | 250.00 |
| 03/25/21 SAO | B110 | A104 | REVIEW ORDER GRANTING MOTION FOR EXPEDITED HEARING ON THE DEBTOR'S SETTLEMENT MOTION. | .10 | 25.00 |
| 03/25/21 SAO | B160 | A105 | CALLS FROM MS. MCCAFFREY REGARDING NOTICE OF HEARING FOR SECOND INTERIM FEE APPLICATIONS AND RELATED FILING QUESTIONS. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 131
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/25/21 | SAO | B190 | A104 | PRELIMINARY REVIEW OF MOTION TO COMPEL RELATED TO RULE 2004 ORDER. | 1.10 | 275.00 |
|---|---|---|---|---|---|---|
| 03/25/21 | SAO | B160 | A104 | REVIEW JONES WALKER'S SECOND INTERIM FEE APPLICATION. | .30 | 75.00 |
| 03/25/21 | BB | B110 | A110 | CONFER WITH ALLISON KINGSMILL REGARDING OPPOSING COUNSEL PRODUCTION ISSUES. | .10 | 17.00 |
| 03/25/21 | BB | B110 | A110 | PREPARE RESPONSIVE CLIENT PRODUCTION DOCUMENTS FOR INCLUSION IN RELATIVITY REVIEW DATABASE. | .70 | 119.00 |
| 03/25/21 | GMS | B190 | A110 | ORGANIZATION OF ELECTRONIC PRODUCTION OF 3.24.21. | .10 | 17.00 |
| 03/25/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING UPLOAD TO RELATIVITY OF MANUALLY PRODUCED DOCUMENT AND CONFIRM CONFIDENTIALITY STATUS. | .20 | 34.00 |
| 03/25/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING NETWORK LOCATION OF 3.24.21 PRODUCTION. | .10 | 17.00 |
| 03/26/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING MOTION FILED BY ABUSE CLAIMANTS COMMITTEE. | .10 | 30.00 |
| 03/26/21 | EDW | B110 | A107 | TELEPHONE CALL FROM CO-COUNSEL REGARDING STRATEGY ISSUES AND PENDING MOTIONS. | .10 | 30.00 |
| 03/26/21 | EDW | B110 | A104 | REVIEWED MOTION TO COMPEL FILED BY THE ABUSE CLAIMANTS COMMITTEE. | 1.50 | 450.00 |
| 03/26/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ABUSE CLAIMS. | .10 | 30.00 |
| 03/26/21 | EDW | B110 | A104 | REVIEWED PROOFS OF CLAIM IN ABUSE ACTIONS. | 1.50 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 132
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/26/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING        .30        90.00
                             INSURANCE CHART AND AGREEMENT
                             REGARDING PRODUCTION.

03/26/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL         .10        30.00
                             FROM MR. BOLDISSAR REGARDING
                             REAL ESTATE STATUS.

03/26/21 RPV    B310  A105   OFFICE CONFERENCE WITH MR.           .30       147.00
                             WEGMANN REGARDING REVIEW OF
                             CLAIMS (0.20) AND EMAIL
                             FROM/TO MR. MINTZ REGARDING
                             SAME (0.10).

03/26/21 RPV    B110  A106   TELEPHONE CONVERSATION WITH          .40       196.00
                             CLIENT REGARDING MEDIATION
                             PREPARATION.

03/26/21 RPV    B110  A104   RECEIVED AND REVIEWED CHAPTER        .20        98.00
                             11 FINANCIAL REPORT FOR
                             FILING PERIOD FEBRUARY 1,
                             2021 TO FEBRUARY 28, 2021.

03/26/21 RPV    B160  A104   RECEIVED AND REVIEWED               .20        98.00
                             APPLICATION FOR COMPENSATION
                             SECOND INTERIM APPLICATION OF
                             CARR, RIGGS & INGRAM, LLC,
                             FOR ALLOWANCE OF COMPENSATION
                             AND REIMBURSEMENT OF EXPENSES
                             INCURRED AS FINANCIAL ADVISOR
                             TO THE DEBTOR FOR THE PERIOD
                             NOVEMBER 20, 2020 THROUGH
                             FEBRUARY 25, 2021.

03/26/21 RPV    B160  A104   RECEIVED AND REVIEWED               .20        98.00
                             APPLICATION FOR COMPENSATION
                             SECOND INTERIM APPLICATION OF
                             BLANK ROME LLP FOR ALLOWANCE
                             OF COMPENSATION AND
                             REIMBURSEMENT OF EXPENSES, AS
                             SPECIAL INSURANCE COUNSEL TO
                             THE DEBTOR, FOR THE PERIOD
                             OCTOBER 1, 2020 THROUGH
                             JANUARY 31, 2021.

03/26/21 RPV    B110  A106   MEETING WITH CLIENT AND             .50       245.00
                             COUNSEL REGARDING DOCUMENT
                             PRODUCTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 133
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/26/21 WGZ | B410 | A104 | ANALYSIS OF SEX ABUSE COMMITTEE'S MOTION TO COMPEL. | .80 | 240.00 |
| 03/26/21 WGZ | B410 | A103 | WORKING ON DISCOVERY ISSUES. | .60 | 180.00 |
| 03/26/21 WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING STRATEGY MEETING. | .20 | 60.00 |
| 03/26/21 JPG | B250 | A104 | GENERAL REVIEW OF VALUATIONS FROM MR. JUSTICE. | .30 | 120.00 |
| 03/26/21 LFA | B160 | A108 | CORRESPONDENCES WITH MS. BERGERON, OFFICE OF THE U.S. TRUSTEE, REGARDING TRUSTEE'S PLANS TO REVIEW AND CONSIDER THE APPLICATION FOR COMPENSATION OF BLANK ROME. | .10 | 40.00 |
| 03/26/21 MAM | B190 | A101 | RESEARCH REGARDING MOTION TO COMPEL AND DISCOVERY ISSUES. | 3.70 | 1,480.00 |
| 03/26/21 SAO | B190 | A102 | RESEARCH REGARDING OBLIQUE ACTIONS UNDER LOUISIANA LAW TO ASSIST WITH OPPOSING MOTION TO COMPEL REGARDING RULE 2004 ORDER. | 1.70 | 425.00 |
| 03/26/21 SAO | B190 | A105 | CALLS WITH MR. MINTZ TO DISCUSS MOTION TO COMPEL RELATED TO THE RULE 2004 ORDER (0.3); CALLS WITH MS. KINGSMILL REGARDING THE SAME (0.6). | .90 | 225.00 |
| 03/26/21 SAO | B190 | A102 | RESEARCH REGARDING FRAUDULENT CONCEALMENT UNDER LOUISIANA LAW TO ASSIST WITH OPPOSING MOTION TO COMPEL REGARDING RULE 2004 ORDER. | 1.60 | 400.00 |
| 03/26/21 SAO | B190 | A102 | RESEARCH GENERAL CASE LAW REGARDING PRESCRIPTION AND PEREMPTION UNDER LOUISIANA LAW TO ASSIST WITH OPPOSING THE MOTION TO COMPEL RELATED TO THE RULE 2004 ORDER.. | 1.20 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 134
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/26/21 SAO   B190  A103   BEGIN DRAFTING BACKGROUND              .40        100.00
                            SECTIONS OF OBJECTION TO
                            MOTION TO COMPEL REGARDING
                            RULE 2004 ORDER.

03/26/21 SAO   B190  A103   BEGIN OUTLINING ARGUMENT               .90        225.00
                            SECTION OF OBJECTION TO
                            MOTION TO COMPEL REGARDING
                            RULE 2004 ORDER.

03/26/21 SAO   B310  A105   CORRESPONDENCES WITH MR.               .20         50.00
                            MINTZ REGARDING CONSENT ORDER
                            RESOLVING MOTION TO
                            SUPPLEMENT BAR DATE ORDER AND
                            STATUS CONFERENCE CONCERNING
                            THE SAME.

03/26/21 SAO   B190  A104   REVIEW DEFENDANT ST. TAMMANY           .10         25.00
                            PARISH SCHOOL BOARD'S
                            EXCEPTION OF IMPROPER VENUE
                            FILED IN THE DOLCE LAWSUIT.

03/27/21 JRT   B190  A103   WORK ON JURY VERDICT                  2.00        600.00
                            FORM/CHARGES FOR POTENTIAL
                            PROCEEDING.

03/27/21 SAO   B190  A103   CONTINUE OUTLINING ARGUMENT          3.80        950.00
                            SECTIONS OF OBJECTION TO
                            MOTION TO COMPEL REGARDING
                            RULE 2004 ORDER.

03/27/21 SAO   B190  A103   DRAFT LEGAL STANDARD SECTION         1.90        475.00
                            OF OBJECTION TO MOTION TO
                            COMPEL REGARDING RULE 2004
                            ORDER.

03/27/21 SAO   B190  A103   DRAFT AVOIDANCE ACTION               3.70        925.00
                            SECTION OF OBJECTION TO
                            MOTION TO COMPEL REGARDING
                            RULE 2004 ORDER.

03/28/21 JRT   B190  A103   MORE WORK ON JURY VERDICT            1.50        450.00
                            FORM/CHARGES, LAW AND
                            PRESCRIPTION.

03/28/21 RPV   B110  A105   EMAILS FROM MR. MINTZ                  .00          .00
                            REGARDING WEEKLY STRATEGY AND
                            DEADLINES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 135
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/28/21 | SAO | B190 | A103 | CONTINUE DRAFTING AVOIDANCE ACTION SECTION OF OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | 3.80 | 950.00 |
|---|---|---|---|---|---|---|
| 03/28/21 | SAO | B190 | A103 | DRAFT NON-AVOIDANCE ACTION SECTION OF OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | 3.90 | 975.00 |
| 03/28/21 | SAO | B190 | A103 | DRAFT INSURANCE SECTION OF OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | .80 | 200.00 |
| 03/29/21 | EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING 2004 DOCUMENT REQUESTS. | .10 | 30.00 |
| 03/29/21 | EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH ADDITIONAL DOCUMENTS RESPONSIVE TO 2004 REQUEST. | .20 | 60.00 |
| 03/29/21 | EDW | B190 | A104 | REVIEWED ISSUES REGARDING DISCOVERY DISPUTE AND MOTION TO COMPEL ISSUES. | 1.50 | 450.00 |
| 03/29/21 | EDW | B190 | A104 | REVIEWED AND ANALYZED ABUSE PROOFS OF CLAIM. | 2.50 | 750.00 |
| 03/29/21 | EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CO-COUNSEL AND PARISH ISSUE. | .10 | 30.00 |
| 03/29/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING INSURANCE DOCUMENTS. | .10 | 30.00 |
| 03/29/21 | EDW | B190 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING INSURANCE CHART ISSUE AND OBJECTION TO DESIGNATION. | .10 | 30.00 |
| 03/29/21 | EDW | B190 | A105 | E-MAIL TO JOINT DEFENSE GROUP REGARDING TRAVEL TECH SUBPOENA AND MOTION FOR QUASH STATUS. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 136
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 03/29/21 | EDW | B110 | A104 | REVIEWED REPORTS REGARDING STATUS CONFERENCE WITH THE COURT. | .10 | 30.00 |
| 03/29/21 | EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING DISCOVERY AND MEDIATION ISSUE. | .10 | 30.00 |
| 03/29/21 | EDW | B190 | A104 | RECEIVED AND REVIEWED MULTIPLE STATUS REPORTS IN PENDING ABUSE CASES. | .20 | 60.00 |
| 03/29/21 | EJF | B320 | A104 | WORK ON PLAN RELATED ISSUES. | 1.50 | 735.00 |
| 03/29/21 | EJF | B310 | A105 | MEMOS RE CLAIMS RELATED ISSUES. | .10 | 49.00 |
| 03/29/21 | JJL | B190 | A104 | ANALYZE CURRENT ISSUES REGARDING INSURANCE AND CLAIMS. | 1.90 | 570.00 |
| 03/29/21 | JJL | B190 | A104 | IDENTIFY AND ANALYZE APPROPRIATE CLAIM FORM DATA POINTS REGARDING MEDIATION. | 1.80 | 540.00 |
| 03/29/21 | JRT | B190 | A109 | STRATEGY MEETING ON DISCOVERY AND PRODUCTION OF FILES. | 1.00 | 300.00 |
| 03/29/21 | JRT | B190 | A102 | FURTHER RESEARCH ON DISCOVERY OF FILES. | .60 | 180.00 |
| 03/29/21 | RPV | B190 | A104 | WORKED ON MEDIATION ISSUES. | .50 | 245.00 |
| 03/29/21 | RPV | B190 | A104 | WORKED ON CLAIMS REVIEW AND RELATED ISSUES. | 1.50 | 735.00 |
| 03/29/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING DOCUMENT PRODUCTION, CLAIMS REVIEW, AND CLAIMS ACCESS ISSUES | .50 | 245.00 |
| 03/29/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DOCUMENT PRODUCTION. | .40 | 196.00 |
| 03/29/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED MEMO TO RECORD OF STATUS CONFERENCE HELD 3/29/2021. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 137
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/29/21 RPV | B310 | A106 | EMAIL FROM CLIENT REGARDING MEDIATION ISSUES. | .10 | 49.00 |
| 03/29/21 RPV | B110 | A105 | EMAILS FROM CLIENT AND MR. MINTZ REGARDING STATUS CONFERENCE (0.20);OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .30 | 147.00 |
| 03/29/21 RPV | B110 | A104 | RECEIVED AND REVIEWED DRAFT OF STATUS REPORT FOR JW DOE MATTER. | .10 | 49.00 |
| 03/29/21 WGZ | B410 | A104 | ANALYSIS OF PROOFS OF CLAIM. | .90 | 270.00 |
| 03/29/21 WGZ | B410 | A109 | PREPARE FOR AND ATTEND STRATEGY MEETING WITH BANKRUPTCY TEAM AND LITIGATION TEAM. | 1.80 | 540.00 |
| 03/29/21 WGZ | B410 | A104 | CONTINUE ANALYSIS OF PROOFS OF CLAIM. | .80 | 240.00 |
| 03/29/21 WGZ | B410 | A103 | WORKING ON SPREADSHEET REGARDING CLAIM VALUATION AND ORGANIZATION OF PROOFS OF CLAIM. | 1.20 | 360.00 |
| 03/29/21 JPG | B250 | A106 | CALL WITH CLIENT ON VALUATIONS. | .10 | 40.00 |
| 03/29/21 LFA | B110 | A106 | CORRESPONDENCES WITH CLIENT REGARDING UPDATE FOR MARCH 29 (0.10); WITH MR. MINTZ REGARDING STATUS CONFERENCE (0.10). | .20 | 80.00 |
| 03/29/21 MAM | B190 | A101 | PREPARE FOR (1.10) AND ATTEND WEEKLY STRATEGY MEETING (1.00) CONFERENCES REGARDING THE SAME. (4.0) | 6.10 | 2,440.00 |
| 03/29/21 AK | B310 | A102 | RESEARCHED CASES REGARDING PRESCRIPTION IN BANKRUPTCY. | .60 | 150.00 |
| 03/29/21 AK | B310 | A102 | RESEARCHED CASES REGARDING RULE 2004 DISCOVERY IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | .80 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 138
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/29/21 | AK | B310 | A103 | WORKED OBJECTION TO SEXUAL ABUSE DISCOVERY IN RESPONSE TO MOTION TO COMPEL. | 1.80 | 450.00 |
| 03/29/21 | AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .90 | 225.00 |
| 03/29/21 | AK | B310 | A104 | ANALYZED DOCUMENTS PRODUCED REGARDING PARISHES. | 1.20 | 300.00 |
| 03/29/21 | SAO | B190 | A103 | CONTINUE DRAFTING FACTUAL BACKGROUND SECTIONS OF OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | 3.80 | 950.00 |
| 03/29/21 | SAO | B190 | A104 | REVIEW ADDENDUM TO STAY ORDER ENTERED IN THE J.W. DOE CASE. | .10 | 25.00 |
| 03/29/21 | SAO | B190 | A105 | CALLS WITH MS. KINGSMILL TO DISCUSS STRATEGY AND ACTION ITEMS IN CONNECTION WITH OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | .50 | 125.00 |
| 03/29/21 | SAO | B190 | A104 | REVIEW ORDER GRANTING A.A. DOE'S MOTION FOR LEAVE TO AMEND COMPLAINT AND RELATED DOCUMENTS. | .20 | 50.00 |
| 03/29/21 | SAO | B190 | A103 | DRAFT SUMMARY OF DOCUMENTS PRODUCED SECTION OF OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | 3.90 | 975.00 |
| 03/29/21 | SAO | B190 | A103 | DRAFT BANKRUPTCY STATUS REPORT TO BE FILED IN THE J.W. DOE MATTER. | 1.20 | 300.00 |
| 03/29/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING REVISIONS TO CLAIMS ANALYSIS SPREADSHEET. | .90 | 153.00 |
| 03/29/21 | GMS | B190 | A103 | REVISIONS TO ANALYSIS SPREADSHEET | .90 | 153.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 139
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


| Date | Initials | | | Description | Hours | Amount |
|------|----------|---|---|-------------|-------|--------|
| 03/30/21 | EDW | B190 | A104 | CONTINUED REVIEW AND ANALYSIS OF DISCOVERY ISSUES IN DISPUTE. | .90 | 270.00 |
| 03/30/21 | EDW | B110 | A104 | REVIEWED DOCUMENTS AND INFORMATION REGARDING PRIOR SETTLEMENTS. | .50 | 150.00 |
| 03/30/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH DOCUMENTS AND CONFIRMATION. | .10 | 30.00 |
| 03/30/21 | EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ADDITIONAL DOCUMENTS FOR 2004 REQUESTS. | .10 | 30.00 |
| 03/30/21 | EDW | B190 | A104 | CONTINUED REVIEWED AND ANALYSIS OF ABUSE CLAIMS. | 1.50 | 450.00 |
| 03/30/21 | JJL | B190 | A108 | READ CORRESPONDENCE FROM POTENTIAL INSURANCE CONSULTANT | .10 | 30.00 |
| 03/30/21 | JJL | B190 | A108 | FURTHER REVIEW AND ANALYSIS REGARDING CLAIM DATA POINTS. | .90 | 270.00 |
| 03/30/21 | JJL | B190 | A104 | REVIEW CONSULTATION AGREEMENT WITH POTENTIAL INSURANCE EXPERT. | .50 | 150.00 |
| 03/30/21 | JRT | B190 | A104 | ASSIST WITH LEGAL ISSUES RELATED TO OPPOSITION TO MOTION TO COMPEL. | 1.60 | 480.00 |
| 03/30/21 | RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING DOCUMENT PRODUCTION AND MEDIATION ISSUES. | .60 | 294.00 |
| 03/30/21 | RPV | B310 | A104 | REVIEWED CLAIMS ANALYSIS. | 2.00 | 980.00 |
| 03/30/21 | RPV | B190 | A105 | EMAILS FROM MS. KINGSMILL, MR. MINTZ AND MR. TILLERY REGARDING DOCUMENT PRODUCTION ISSUES (0.20) AND OFFICE CONFERENCE WITH MR. TILLERY REGARDING SAME (0.60). | .80 | 392.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 140
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/30/21 RPV | B110 | A106 | EMAIL FROM (0.10) AND TELEPHONE CONVERSATION WITH CLIENT REGARDING STATUS CONFERENCE AND DOCUMENT PRODUCTION ISSUE (0.40). | .50 | 245.00 |

| 03/30/21 WGZ | B410 | A103 | WORKING ON VALUATION ISSUES WITH RESPECT TO PROOFS OF CLAIM. | 1.20 | 360.00 |

| 03/30/21 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING VALUATION ISSUES. | .40 | 120.00 |

| 03/30/21 LFA | B110 | A106 | CORRESPONDENCES WITH MESSRS. TILLERY AND MINTZ AND MS. KINGSMILL REGARDING LAWSUIT AGAINST DIOCESE. | .40 | 160.00 |

| 03/30/21 MAM | B190 | A101 | CONFERENCES WITH CLIENT REGARDING DISCOVERY ISSUES. | 1.20 | 480.00 |

| 03/30/21 AK | B310 | A103 | WORKED OBJECTION TO SEXUAL ABUSE DISCOVERY IN RESPONSE TO MOTION TO COMPEL. | 2.20 | 550.00 |

| 03/30/21 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO COMMITTEE'S DISCOVERY REQUESTS. | 1.90 | 475.00 |

| 03/30/21 AK | B310 | A102 | RESEARCHED CASES REGARDING PRESCRIPTION AND PREEMPTION IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | 1.30 | 325.00 |

| 03/30/21 AK | B310 | A102 | RESEARCHED CASES REGARDING FRAUDULENT CONCEALMENT IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | 1.10 | 275.00 |

| 03/30/21 AK | B310 | A102 | RESEARCHED CASES REGARDING WAIVER IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | .40 | 100.00 |

| 03/30/21 SAO | B190 | A105 | CALLS WITH MS. KINGSMILL TO DISCUSS ADDITIONAL RESEARCH ISSUES AND ACTION ITEMS FOR OBJECTION TO THE MOTION TO COMPEL. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 141
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| 03/30/21 SAO | B190 | A102 | RESEARCH ADDITIONAL PRESCRIPTION ISSUES RELATED TO DISCOVERY TO ASSIST WITH OBJECTION TO THE MOTION TO COMPEL (1.8); RESEARCH REGARDING WAIVER OF OBJECTIONS TO DOCUMENT REQUESTS TO ASSIST WITH THE SAME (1.5). | 3.30 | 825.00 |
| 03/30/21 SAO | B190 | A111 | FILE BANKRUPTCY STATUS REPORT IN THE J.W. DOE MATTER. | .30 | 75.00 |
| 03/30/21 SAO | B190 | A103 | REVIEW AND REVISE WAIVER SECTION OF OBJECTION TO MOTION TO COMPEL. | 1.70 | 425.00 |
| 03/30/21 SAO | B190 | A103 | REVIEW AND REVISE ABUSE-RELATED DISCOVERY SECTION OF OBJECTION TO MOTION TO COMPEL. | 2.50 | 625.00 |
| 03/31/21 EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ABUSE CLAIM ISSUE. | .10 | 30.00 |
| 03/31/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING COURT DECISION. | .20 | 60.00 |
| 03/31/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. BOLDISSAR REGARDING PROPOSED REVISED ORDER. | .10 | 30.00 |
| 03/31/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING MEDIATOR OPTIONS. | .40 | 120.00 |
| 03/31/21 EDW | B190 | A104 | CONTINUED WORK AND REVIEW AND ANALYZE ABUSE PROOFS OF CLAIM. | 1.50 | 450.00 |
| 03/31/21 EJF | B320 | A105 | REVIEW MEMO FROM MR. VANE RE MEDIATION AND PLAN RELATED ISSUES; | .10 | 49.00 |
| 03/31/21 JRT | B190 | A104 | ASSIST WITH ISSUES REGARDING POTENTIAL MEDIATORS AND INVESTIGATION OF SAME. | .70 | 210.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 142
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 03/31/21 | RPV | B310 | A107 | EXTENSIVE MEMORANDUM TO CLIENT AND JW TEAM REGARDING MEDIATION AND MEDIATORS. | 2.50 | 1,225.00 |
| 03/31/21 | RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING MEDIATION AND MEDIATOR SELECTION. | .40 | 196.00 |
| 03/31/21 | RPV | B310 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION. | .20 | 98.00 |
| 03/31/21 | RPV | B310 | A107 | TELEPHONE CONVERSATION WITH MR. MURRAY REGARDING INSURANCE AND MEDIATION ISSUES. | 1.00 | 490.00 |
| 03/31/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED ABUSE CLAIMANTS COMMITTEES MOTION TO COMPEL. | .50 | 245.00 |
| 03/31/21 | JPG | B250 | A105 | CALL WITH MR. MINTZ ON VALUATIONS. | .20 | 80.00 |
| 03/31/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MR. MINTZ AND CLIENT REGARDING 9019/ PAYROLL PROCESSING CLAIM. | .20 | 80.00 |
| 03/31/21 | MAM | B190 | A101 | VARIOUS EMAILS REGARDING 9019 MOTION. (2.10) WORK ON MOTION TO COMPEL ISSUES. (3.5) CONFERENCE WITH MR. VANCE REGARDING MEDIATION ISSUES. (1.5) | 7.10 | 2,840.00 |
| 03/31/21 | AK | B310 | A103 | WORKED ON OBJECTION TO MOTION TO COMPEL. | 2.10 | 525.00 |
| 03/31/21 | AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO COMMITTEE'S DISCOVERY REQUESTS. | 2.10 | 525.00 |
| 03/31/21 | CVM | B190 | A104 | REVIEWED THE TORT COMMITTEE'S MOTION TO COMPEL. | .40 | 100.00 |
| 03/31/21 | SAO | B190 | A103 | REVIEW AND REVISE ALL SECTIONS OF OBJECTION TO MOTION TO COMPEL. | 1.10 | 275.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 143
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| Date | | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 03/31/21 | SAO | B190 | A111 | GATHER EXHIBITS FOR OBJECTION TO MOTION TO COMPEL REGARDING RULE 2004 ORDER. | .40 | 100.00 |
| 03/31/21 | SAO | B190 | A105 | EMAIL CORRESPONDENCES FROM MR. MINTZ REGARDING POTENTIAL CONSENSUAL RESOLUTION OF THE EXPEDITED SETTLEMENT MOTION. | .10 | 25.00 |
| 03/31/21 | SAO | B190 | A104 | REVIEW CASES FROM THE CLIENT RELATING TO OBJECTION TO MOTION TO COMPEL. | .30 | 75.00 |
| 03/31/21 | SAO | B190 | A103 | PREPARE NOTICE OF REVISED PROPOSED ORDER CONCERNING THE DEBTOR'S EXPEDITED SETTLEMENT MOTION. | .30 | 75.00 |
| 03/31/21 | SAO | B190 | A104 | REVIEW COMMENTS FROM MR. MINTZ ON OBJECTION TO MOTION TO COMPEL. | .30 | 75.00 |
| 03/31/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .40 | 68.00 |
| 03/31/21 | GMS | B190 | A106 | COMMUNICATIONS WITH MR. EAGAN CONCERNING MATERIALS AVAILABLE THROUGH GOOGLE DRIVE. | .10 | 17.00 |
| 03/31/21 | GMS | B190 | A110 | ACCESS, DOWNLOAD, EXTRACT AND EXAMINE DATA MADE AVAILABLE THROUGH GOOGLE DRIVE. | .80 | 136.00 |
| 03/31/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX AND MS. KINGSMILL CONCERNING INGESTION OF FILES TO REVIEW PLATFORM (0.20); PREPARATION OF SAME FOR PRODUCTION AND AVAILABILITY OF NEWLY RECEIVED DATA (0.30). | .50 | 85.00 |
| | | | | TOTALS | 1,495.20 | $519,868.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 144
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


|  | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 253.20 | 81,905.00 | 3,005.70 | 1,017,708.00 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | 93.90 | 35,222.00 |
| B130 | ASSET DISPOSITION | .00 | .00 | 60.00 | 24,423.00 |
| B140 | RELIEF FROM STAY/PROTEC | .00 | .00 | 201.40 | 51,532.00 |
| B150 | MTGS/COMM. W/ CREDITORS | .00 | .00 | 6.60 | 2,919.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 109.80 | 35,001.00 | 514.30 | 172,775.00 |
| B170 | FEE/EMPLMT OBJECTIONS | 9.60 | 3,885.00 | 74.70 | 24,798.00 |
| B190 | OTHER CONTESTED MATTERS | 595.00 | 193,657.00 | 3,271.50 | 1,102,813.00 |
| TOTAL | ADMINISTRATION | 967.60 | 314,448.00 | 7,228.10 | 2,432,190.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | 11.50 | 5,395.00 | 337.40 | 156,502.00 |
| B220 | EMPLOYEE BENEFIT/PENSIO | .00 | .00 | 54.70 | 22,257.00 |
| B230 | FINANCING/CASH COLLECTI | .20 | 98.00 | 12.80 | 5,741.00 |
| B250 | REAL ESTATE | 22.00 | 8,809.00 | 136.00 | 52,789.00 |
| TOTAL | OPERATIONS | 33.70 | 14,302.00 | 540.90 | 237,289.00 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 205.20 | 66,324.00 | 947.40 | 299,356.00 |
| B320 | PLAN DISCLOSURE STMT | 220.80 | 103,512.00 | 515.80 | 236,693.00 |
| TOTAL | CLAIMS AND PLAN | 426.00 | 169,836.00 | 1,463.20 | 536,049.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 66.10 | 20,400.00 | 735.60 | 213,524.00 |
| B420 | RESTRUCTURING | 1.80 | 882.00 | 19.40 | 8,687.00 |
| TOTAL | BANKRUPTCY-RELATED ADVI | 67.90 | 21,282.00 | 755.00 | 222,211.00 |
| | TOTALS | 1,495.20 | 519,868.00 | 9,987.20 | 3,427,739.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 145
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01

| | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
| ATTORNEY SUMMARY | RATE | HOURS | FEES | HOURS | FEES |
| ----- | ----- | -------- | ----------- | -------- | ----------- |
| AMY M. WINTERS | .00 | .00 | .00 | .00 | 1,977.90 |
| EDWARD D WEGMANN | 300.00 | 101.10 | 30,330.00 | 733.90 | 214,671.87 |
| ELIZABETH J FUTRELL | 490.00 | 206.20 | 101,038.00 | 1,104.00 | 531,073.24 |
| H MARK ADAMS, HM | .00 | .00 | .00 | .00 | 1,265.85 |
| JOSEPH J LOWENTHAL | 300.00 | 24.20 | 7,260.00 | 220.20 | 64,263.66 |
| JEFFREY R. BARBER | .00 | .00 | .00 | 1.00 | 636.63 |
| JEFFERSON R. TILLERY | 300.00 | 39.50 | 11,850.00 | 227.40 | 67,206.75 |
| PAULINE F. HARDIN, P. | .00 | .00 | .00 | 15.10 | 6,040.00 |
| R PATRICK VANCE | 490.00 | 140.30 | 68,747.00 | 920.40 | 441,852.27 |
| SETH A. LEVINE | .00 | .00 | .00 | 9.10 | 3,640.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 63.10 | 18,930.00 | 459.30 | 133,953.16 |
| AVERY B. PARDEE | .00 | .00 | .00 | .00 | .00 |
| ALEX H. GLASER | .00 | .00 | .00 | .90 | 356.75 |
| B. TREVOR WILSON, B.T. | .00 | .00 | .00 | 6.00 | 2,596.71 |
| JOSEPH E. BAIN | .00 | .00 | .00 | .90 | 714.94 |
| JEFFREY P. GOOD | 400.00 | 21.90 | 8,760.00 | 165.00 | 65,215.75 |
| LAURA F. ASHLEY | 400.00 | 120.90 | 48,360.00 | 933.00 | 365,131.29 |
| MARK A. MINTZ | 400.00 | 213.90 | 85,560.00 | 1,672.80 | 654,853.53 |
| MARY MARGARET SPELL | .00 | .00 | .00 | 29.20 | 8,462.54 |
| ALLISON KINGSMILL | 250.00 | 74.40 | 18,600.00 | 404.60 | 97,965.35 |
| CAROLINE V. MCCAFFREY | 250.00 | 149.90 | 37,475.00 | 410.30 | 102,174.66 |
| GABRIELLE A. RAMIREZ | .00 | .00 | .00 | 14.80 | 3,700.00 |
| HEATHER KIRK TROSCLAIR | .00 | .00 | .00 | 3.50 | 875.00 |
| JACOB J. PRITT | .00 | .00 | .00 | 18.00 | 4,494.58 |
| LUCAS H. SELF | .00 | .00 | .00 | 787.80 | 191,056.98 |
| LESLIE LACOSTE | .00 | .00 | .00 | 57.00 | 13,728.47 |
| MADISON M. TUCKER | .00 | .00 | .00 | .00 | 296.68 |
| SAMANTHA A. OPPENHEIM | 250.00 | 314.90 | 78,725.00 | 1,266.00 | 310,721.65 |
| STACEY MOORE BUCHANAN | .00 | .00 | .00 | 4.70 | 1,175.00 |
| CARMEN M. RODRIGUEZ | .00 | .00 | .00 | 5.10 | 1,516.19 |
| MADELEINE FISCHER | .00 | .00 | .00 | 272.80 | 79,767.06 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | 116.70 | 33,778.48 |
| AARON D. WASHINGTON | .00 | .00 | .00 | 2.30 | 390.85 |
| BONNIE BOUDREAUX | 170.00 | 8.60 | 1,462.00 | 15.60 | 2,641.26 |
| CAMILLE T. BOURG, JR. | .00 | .00 | .00 | 6.10 | 1,977.10 |
| GEORGETTE M. SHAHIEN | 170.00 | 16.30 | 2,771.00 | 91.30 | 15,473.43 |
| RYAN P. SMITH, R.P. | .00 | .00 | .00 | 1.90 | 320.09 |
| SCOTT M. SIGL | .00 | .00 | .00 | 6.40 | 1,076.33 |
| LAW CLERKS, NO | .00 | .00 | .00 | 4.10 | 697.00 |
| TOTALS | | 1,495.20 | 519,868.00 | 9,987.20 | 3,427,739.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 146
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


COSTS INCURRED:


| | | |
|---|---|---|
| 02/05/21 | COPYING | 7.20 |
| 03/12/21 | COPYING | 21.60 |
| 02/04/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/04/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/04/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/04/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/04/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/12/21 | COURT RECORD FEES /PACER JANUARY 2021 | 5.60 |
| 02/12/21 | COURT RECORD FEES /PACER JANUARY 2021 | 35.70 |
| 02/12/21 | COURT RECORD FEES /PACER JANUARY 2021 | 9.90 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 6.00 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 02/26/21 | COURT RECORD FEES - CDC BILLING FEBRUARY 2021 | 2.00 |
| 03/10/21 | COURT RECORD FEES - CDC BILLING MARCH 2021 | 1.00 |
| 03/11/21 | COURT RECORD FEES - CDC BILLING MARCH 2021 | 4.00 |
| 03/11/21 | COURT RECORD FEES - CDC BILLING MARCH 2021 | 5.00 |
| 03/12/21 | COURT RECORD FEES /PACER FEBRUARY 2021 | 119.80 |
| 03/15/21 | COURT RECORD FEES - JEFFNET BILLING MARCH 2021 | 2.25 |
| 02/03/21 | COURT FEES - SAMANTHA OPPENHEIM - FILING FEE FOR REMOVAL - LOUISIANA EASTERN DISTRICT COURT - 02/02/21 - A.A. DOE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL., NO. 21-215 (E.D. LA.) | 402.00 |
| 03/08/21 | COURT FEES - SAMANTHA OPPENHEIM - FILING FEE FOR REMOVAL - LOUISIANA EASTERN DISTRICT COURT - 03/08/21 - M.D. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL., CDC NO. 21-01568, EDLA NO. 21-00477 | 402.00 |
| 03/08/21 | COURT FEES - SAMANTHA OPPENHEIM - FILING FEE FOR REMOVAL - LOUISIANA EASTERN DISTRICT COURT - 3/08/21 - M.D. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL., CDC NO. 21-01568, EDLA NO. 21-00477 | 28.00 |
| 03/09/21 | DEPOSITION TRANSCRIPTS - SOUTHERN REPORTERS, INC. - COPY OF DEPOSITION OF LAWRENCE A. HECKER (VOLUME II) - 12/15/20 | 493.85 |
| 03/16/21 | DEPOSITION TRANSCRIPTS - KIM TINDALL & ASSOCIATES, LLC - DEPOSITIONS OF JAMES ADAMS - 12/02/20 | 2192.84 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 147
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/16/21 DEPOSITION TRANSCRIPTS - KIM TINDALL &            743.95
         ASSOCIATES, LLC - DEPOSITION OF JACKIE
         BERTHELOT - 12/10/20
03/16/21 DEPOSITION TRANSCRIPTS - KIM TINDALL &            880.08
         ASSOCIATES, LLC - DEPOSITION OF PATRICIA MOODY
         - 12/17/20
03/02/21 TRIAL TRANSCRIPTS - JANICE RUSSELL - TRANSCRIPT   123.25
         OF HEARING HELD - 02/23/21
02/12/21 LITIGATION SUPPORT - XACT DATA DISCOVERY -         50.00
         ONLINE DATA STORAGE
02/19/21 LITIGATION SUPPORT - CRESCENT CITY LITIGATION      40.72
         SUPPORT LLC - SCANNING INSURANCE DOCUMENTS
02/22/21 LITIGATION SUPPORT - CAROLINE MCCAFFREY -          90.00
         FILING FEES - LA SOS - 02/19/21
03/15/21 LITIGATION SUPPORT - XACT DATA DISCOVERY -         50.00
         ONLINE DATA STORAGE
03/10/21 FILING FEES - JEFFNET BILLING MARCH 2021           25.00
03/16/21 LEGAL WINGS: TO USDC TO FILE THE ATTACHED          40.00
         DOCUMENT AND RETURN CONFORMED COPY; COURT RUN
         FEE $40, COURT FEE $0
02/28/21 RELATIVITY DATA HOSTING FEBRUARY 2021             903.20
03/31/21 RELATIVITY DATA HOSTING MARCH 2021                936.68
02/04/21 LEXIS LEGAL RESEARCH - ASHLEY, LAURA               14.85
02/04/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE        904.20
02/04/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA        308.85
02/24/21 LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON          74.25
02/24/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE        418.05
02/24/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA        133.05
03/10/21 LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON         118.80
03/10/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE        129.30
03/10/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA       1323.15
03/17/21 LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON          74.25
03/17/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE        106.50
03/17/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA        177.60
03/28/21 LEXIS LEGAL RESEARCH - FISCHER, MADELEINE          29.70
03/28/21 LEXIS LEGAL RESEARCH - KINGSMILL, ALLISON         118.80
03/28/21 LEXIS LEGAL RESEARCH - MCCAFFREY, CAROLINE        129.45
03/28/21 LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA        370.65
01/27/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     11.58
         ORIGINATED BY MARK A. MINTZ
01/27/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      4.51
         ORIGINATED BY ELIZABETH JONES FUTRELL
01/29/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     10.46
         ORIGINATED BY MARK A. MINTZ
02/10/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     16.48
         ORIGINATED BY MARK A. MINTZ
02/15/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      9.41
         ORIGINATED BY ELIZABETH JONES FUTRELL
03/05/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      6.62
         ORIGINATED BY ALLISON KINGSMILL

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 148
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


03/05/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION        4.81
         ORIGINATED BY ELIZABETH JONES FUTRELL

                                      TOTAL COSTS:           $12,136.94

                    COST SUMMARY

    E101    COPYING                           28.80
    E105    LONG DISTANCE                     63.87
    E106    COMPUTER LEGAL RESEARCH        4,431.45
    E112    COURT FEES                     1,108.25
    E115    DEPOSITION TRANSCRIPTS         4,310.72
    E116    TRIAL TRANSCRIPTS                123.25
    E118    LITIGATION SUPPORT             2,070.60
                                         --------------
            TOTAL DISBURSEMENTS          $12,136.94


                            TOTAL FEES AND COSTS:     $532,004.94

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 149
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES


        * * *   R E M I T T A N C E   C O P Y   * * *

                    TOTAL FEES:                      $519,868.00

                    TOTAL COSTS:                      $12,136.94

                    LESS CREDITS:                          $0.00
                                                    ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $532,004.94

                       TOTAL PRIOR INVOICES DUE:          $0.00
                                                    -----------


                    TOTAL AMOUNT DUE:                 $532,004.94
                                                    ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                   **JONES WALKER LLP**
              **201 St. Charles Ave. - 50th Floor**
              **New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                   Iberia Bank
                   New Orleans, Louisiana
                   ABA Number:  265270413
                   Account Number:  20000247731
                   Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 150
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS      OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                  BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                  LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                  NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


     ************************************************************

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 151
APRIL 26, 2021
INVOICE NO.: 1072267
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



          * * *    A C C O U N T I N G    C O P Y    * * *



               TOTAL FEES:                    $519,868.00

               TOTAL COSTS:                    $12,136.94

               LESS CREDITS:                        $0.00
                                             ------------
               TOTAL CURRENT FEES AND COSTS DUE   $532,004.94

               TOTAL PRIOR INVOICES DUE:          $0.00
                                             -----------

               TOTAL AMOUNT DUE:             $532,004.94
                                             ============

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church for the Archdiocese of New Orleans; Post-Petition Reorganization Advices | February 2, 2021 |
| FILE NO. | 17696001 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Samantha A. Oppenheim Associate Floor 48 | $402.00 |

MAIL CHECK

RETURN CHECK TO
Samantha A. Oppenheim ✓

| PAYMENT FOR: | NAME |
|---|---|
| Filing Fee for Removal - A.A. Doe v. The Roman Catholic Church of the Archdiocese of New Orleans, et al., No. 21-215 (E.D. La.) | Samantha A. Oppenheim |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 7118 | | | $402.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- ✓ COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED

FEB 03 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Oppenheim, Samantha

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, February 2, 2021 5:01 PM |
| **To:** | Oppenheim, Samantha |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4721613
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ALAEDC-8717718
Approval Code: 00256R
Card Number: ************2571
Date/Time: 02/02/2021 06:01:16 ET

NOTE: This is an automated message. Please do not reply

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **February 12, 2021** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO: **XACT DATA DISCOVERY** | AMOUNT **$50.00** |
|---|---|
| | MAIL CHECK ✓ |
| | RETURN CHECK TO |

| PAYMENT FOR: ONLINE DATA STORAGE INVOICE NO. 41-01245 | NAME **EDWARD D. WEGMANN** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 39448 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$50.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

### FEB 12 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**INVOICE**

**XACT DATA DISCOVERY**
Because you need to know

REMIT PAYMENT TO:

Xact Data Discovery
PO Box 714800
Cincinnati, OH 45271-4800
Tax ID: 43-1685216

| | |
|---|---|
| **Invoice Number:** | 41-01245 |
| **Invoice Date:** | 1/31/2021 |
| **Customer ID** | 41JONESWALK |
| **Page:** | 1 |

**Bill To:** Dirk Weggman
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

**Ship To:** Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170

| | | | |
|---|---|---|---|
| **Ship Via** | | **Contact** | Dirk Weggman |
| **Ship Agent** | | **P.O. Number** | JWA2019002 - Mobile Kits |
| **Ship Date** | 1/31/2021 | **Case No.** | JWA2019002 - MOBILE |
| **Due Date** | 3/2/2021 | **Job No.** | 35916-FS |
| **Terms** | Net 30 Days | **Discovery Consultant** | Vincent Brunetti |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| | Forensics | | | | |
| FOR1 | Online data storage size: up to 50GB | 1 | Each Item | 50.00 | 50.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| 0.00 | 50.00 | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **50.00** |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church, Archdiocese of NOLA - | February 19, 2021 |
| FILE NO. | 176960-01 | Post Petition Reorganization Advices | |

| PAYABLE TO: | AMOUNT | $40.72 |
|---|---|---|
| **Crescent City Litigation Support**<br>1100 Poydras St, Suite 2780<br>New Orleans, LA 70163 | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Scanning Insurance Documents | Mark A. Mintz |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 9 4 6 5 | | | $40.72 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

### RECEIVED

FEB 19 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**Crescent City Litigation Support**
1100 Poydras St, Suite 2780
New Orleans, LA 70163
Chris@crescentcitylit.com

**Invoice**

Rocky Bourg
Jones Walker
201 Saint Charles Ave Ste 4900
New Orleans, LA 70170
United States

| | | | | | |
|---|---|---|---|---|---|
| 6053 | 02/08/2021 | $40.72 | 03/10/2021 | Net 30 | |

**FILE NUMBER**
176960-01

| | | | |
|---|---|---|---|
| Scan Grade D | 248 | 0.15 | 37.20T |
| Heavy Litigation Scanning | | | |
| Scanning Howell Schaumburg Ins. docs | | | |

| | |
|---|---|
| SUBTOTAL | 37.20 |
| TAX | 3.52 |
| TOTAL | 40.72 |
| BALANCE DUE | **$40.72** |

✓ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Roman Catholic Church, Archdiocese of New Orleans - Post Petition Bankruptcy Advices | February 19, 2021 |
| FILE NO. 176960-00 | | |

| PAYABLE TO: | AMOUNT $90.00 |
|---|---|
| **Caroline McCaffrey** **3811 Iberville St.** **New Orleans, LA 70119.** | MAIL CHECK ✓ |
| | RETURN CHECK TO |

| PAYMENT FOR: | NAME |
|---|---|
| Reimbursement of Secretary of State Fees | **Caroline McCaffrey** |
| | SIGNATURE *Carole McCaffrey* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 6461 | | | $90.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☒ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115 Separate Ck

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Vendor #

FEB 22 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

Case 20-10846 Doc 883-7 Filed 07/28/21 Entered 07/28/21 09:18:23 Exhibit Dir Jones Walkers Sixth Monthly Fee Application Page 204 of 465

Page 177 of 228



SECRETARY
OF STATE

(https://www.sos.la.gov/Pages/default.aspx)

ATTENTION: Filed documents always contain a validation number. Filing is not complete until retrieval link is received at the e-mail you provide. Documents submitted after regular business hours, on weekends or holidays will not be reviewed until our next business day.

# Louisiana Secretary of State

## Web Order Receipt

**Order #:**
14677198#YBR93

**Payment Type:**
VISA

**Payment Date:**
2/19/2021 5:00 PM

**Account Number:**
...5992

**Requester:**
cmccaffrey@joneswalker.com

**Total Amount:**
$90.00

**Items:**

| Item | Description | Cost | Quantity |
|------|-------------|------|----------|
| Certificate | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $20.00 | 1 |
| Certificate | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $20.00 | 1 |
| Certificate | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $20.00 | 1 |
| Certified Copy | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $25.00 | 1 |
| State Fee | State Charge | $5.00 | 1 |

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Roman Catholic Church, Archdiocese of New Orleans - Post Petition Bankruptcy Advices | February 19, 2021 |
| FILE NO. | 176960-00 | | |

| PAYABLE TO: | AMOUNT | $90.00 |
|---|---|---|
| **Caroline McCaffrey** **3811 Iberville St.** **New Orleans, LA 70119.** | MAIL CHECK | ✓ |
| | RETURN CHECK TO | |

PAYMENT FOR:
Reimbursement of Secretary of State Fees

NAME
**Caroline McCaffrey**

SIGNATURE
*Caroline McCaffrey*

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 6461 | | | $90.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☒ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115 Separate Ck

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Vendor #

FEB 22 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

2/19/2021                                                    Web Receipt



SECRETARY
OF STATE

(https://www.sos.la.gov/Pages/default.aspx)

ATTENTION: Filed documents always contain a validation number. Filing is not complete until retrieval link
is received at the e-mail you provide. Documents submitted after regular business hours, on weekends or
holidays will not be reviewed until our next business day.

# Louisiana Secretary of State

## Web Order Receipt

**Order #:**
14677198#YBR93

**Payment Type:**
VISA

**Payment Date:**
2/19/2021 5:00 PM

**Account Number:**
...5992

**Requester:**
cmccaffrey@joneswalker.com

**Total Amount:**
$90.00

**Items:**

| Item | Description | Cost | Quantity |
|------|-------------|------|----------|
| Certificate | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $20.00 | 1 |
| Certificate | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $20.00 | 1 |
| Certificate | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $20.00 | 1 |
| Certified Copy | CATHOLIC COMMUNITY FOUNDATION ARCHDIOCESE OF NEW ORLEANS | $25.00 | 1 |
| State Fee | State Charge | $5.00 | 1 |

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Stewart, Hazel |
| **Sent:** | Tuesday, February 23, 2021 1:20 PM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: Emailing: Request for Check Disbursement - Reimbursement Secy of State Fees (N4178398x7A3A0).PDF |

Sorry – it is the "-01" file, 176960-01

**Hazel Stewart** | Legal Secretary
Jones Walker LLP
D: 504.582.8231
hstewart@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Tuesday, February 23, 2021 11:59 AM
**To:** Stewart, Hazel <hstewart@joneswalker.com>
**Cc:** McCaffrey, Caroline <cmccaffrey@joneswalker.com>
**Subject:** RE: Emailing: Request for Check Disbursement - Reimbursement Secy of State Fees (N4178398x7A3A0).PDF

Hazel,

Please confirm the matter number that this is to be charged to

176960-00 is listed on the request but it looks like the post-petition would be -01

Please advise

Thanks!

**Caroline Armstrong** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Stewart, Hazel <hstewart@joneswalker.com>
**Sent:** Friday, February 19, 2021 8:02 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** McCaffrey, Caroline <cmccaffrey@joneswalker.com>
**Subject:** Emailing: Request for Check Disbursement - Reimbursement Secy of State Fees (N4178398x7A3A0).PDF

Thanks.

**Hazel Stewart**
Legal Secretary
D: 504.582.8231
hstewart@joneswalker.com

1

02-04-21 charge $2.00 to 176960-00
for images printed using CDC remote access service

Stevenson, Twila

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, February 4, 2021 9:55 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/4/2021 9:55:06 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-00803 |
| Case Number | 2021-00803 |
| Case Title | DOE, A.A. versus THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,862.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-04-21 charge $2.00 to 176960-00
for images printed using CDC remote access service

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, February 4, 2021 9:56 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/4/2021 9:56:09 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-00803 |
| Case Number | 2021-00803 |
| Case Title | DOE, A.A. versus THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,860.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-04-21 charge $2.00 to 176960-00
for images printed using CDC remote access service

---

**Stevenson, Twila**

---

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, February 4, 2021 9:58 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/4/2021 9:57:45 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-00803 |
| Case Number | 2021-00803 |
| Case Title | DOE, A.A. versus THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,856.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-04-21 charge $2.00 to 176960-00
for images printed using CDC remote access service

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, February 4, 2021 9:57 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access ‑ Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/4/2021 9:56:47 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-00803 |
| Case Number | 2021-00803 |
| Case Title | DOE, A.A. versus THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,858.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-04-21 charge $2.00 to 176960-00
for images printed using CDC remote access service

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, February 4, 2021 9:58 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/4/2021 9:58:26 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-00803 |
| Case Number | 2021-00803 |
| Case Title | DOE, A.A. versus THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS ET AL |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,854.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.



# Cost Summary Report

### Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 2/28/2021
**Due Date:** 3/31/2021
**Matter Number:** 17493200

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 83.63 GB | 10.8 | 903.204 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | n/a | $0 |
| | | | **Balance Due** | $903.20 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report 1}

02-24-21 charge $6.00 to 176960-01
for images printed using the cdc remote access service

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:42 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:42:26 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Petition for Damages |
| Copy Type | Uncertified |
| Pages | 1-6 at $1.00 per page |
| Total Cost | $6.00 |
| Account Balance | $4,027.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-24-21 charge $2.00 to 176960-01
for images printed using the cdc remote access service

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:45 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:44:30 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,025.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-26-21 charge $2.00 to 176960-01
for images printed using the cdc remote access service

---

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:45 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:45:14 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,023.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-26-21 charge $2.00 to 176960-01
for images printed using the cdc remote access service

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:46 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:46:08 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,021.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-26-21 charge $2.00 to 176960-01
for images printed using the cdc remote access service

---

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:47 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

> **EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:46:38 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,019.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-26-21 charge $2.00 to 176960-01
for images printed using the cdc remote access service

**Stevenson, Twila**

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:47 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:47:21 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,017.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

02-26-21 charge $2.00 to 176960-01
for images printed using the cdc remote access service

---

**Stevenson, Twila**

---

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Friday, February 26, 2021 11:48 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 2/26/2021 11:47:54 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2021-01568 |
| Case Number | 2021-01568 |
| Case Title | DOE, M.D. versus ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| Pleading Type | Citation and Service Copies of Petitions Issued |
| Copy Type | Uncertified |
| Pages | 1,2 at $1.00 per page |
| Total Cost | $2.00 |
| Account Balance | $4,015.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 176960-01 | **The Roman Catholic Church for the Archdiocese of New Orleans - Post Petition Reorganization Advice** | March 2, 2021 |

| PAYABLE TO: | AMOUNT | $123.25 |
|---|---|---|
| **JANICE RUSSELL TRANSCRIPTS 1418 RED FOX CIRCLE SEVERANCE, CO 80550** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Transcript of Hearing Held 02/23/21 | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $123.25 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☑ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# JANICE RUSSELL TRANSCRIPTS

1418 Red Fox Circle
Severance, CO 80550
Phone (757) 422-9089
E-mail: trussell31@tdsmail.com

# INVOICE

| | |
|---|---|
| DATE | 3/2/2021 |
| INVOICE NO. | 21-40 |

**TO:**

Mark A. Mintz, Esq.
Jones Walker LLP
201 St. Charles Avenue, 51st Flr.
New Orleans, LA 70170
ATTN: Hazel Stewart

TERMS: DUE ON RECEIPT

| IN THE MATTER OF | PGS. | AMOUNT |
|---|---|---|
| The Roman Catholic Church of the Archdiocese of New Orleans USBC, ED-LA, Case No. 20-10846 Transcript of hearing held on 2/23/21 | 29 | 123.25 |

| PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS | TOTAL | $123.25 |
|---|---|---|

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*Janice Russell*

DATE 3/2/2021

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church of the Archdiocese of New Orleans; Post-Petition Reorganization Advices | March 8, 2021 |
| FILE NO. | 17696001 | | |

PAYABLE TO:

Samantha A. Oppenheim
Associate
Floor 48

AMOUNT     $430.00

MAIL CHECK ☐

RETURN CHECK TO:
Samantha A.
Oppenheim    ✔

PAYMENT FOR:
Filing Fee for Removal - M.D. Doe v. Archdiocese of New Orleans Indemnity, Inc., et al., CDC No. 21-01568, EDLA No. 21-00477

NAME
Samantha A. Oppenheim

SIGNATURE
*[signature]*

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 7118 | | | $430.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

✔ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

# RECEIVED

MAR 08 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Oppenheim, Samantha

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, March 8, 2021 10:56 AM |
| **To:** | Oppenheim, Samantha |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4721613
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ALAEDC-8766417
Approval Code: 00812R
Card Number: ************2571
Date/Time: 03/08/2021 11:55:31 ET

NOTE: This is an automated message. Please do not reply

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | The Roman Catholic Church of the Archdiocese of New Orleans; Post-Petition Reorganization Advices | March 8, 2021 |
| FILE NO. | 17696001 | | |

PAYABLE TO:

Samantha A. Oppenheim
Associate
Floor 48

AMOUNT: $430.00

MAIL CHECK

RETURN CHECK TO: ✓
Samantha A. Oppenheim

PAYMENT FOR:
Filing Fee for Removal - M.D. Doe v. Archdiocese of New Orleans Indemnity, Inc., et al., CDC No. 21-01568, EDLA No. 21-00477

NAME
Samantha A. Oppenheim

SIGNATURE
[signature]

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 7118 | | | $430.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [✓] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

## RECEIVED

MAR 08 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# CHELSEY RICHARD NAPOLEON
# CLERK, CIVIL DISTRICT COURT
# 421 LOYOLA AVENUE - ROOM 402
# NEW ORLEANS, LA 70112
# 504-407-0000

## Escrow Deposit

| | |
|---|---|
| Account Number | 19581 |
| Account Name | Jones Walker LLP |
| Date | 03/08/2021 9:52 AM |
| Amount Added | $28.00 |
| Account Balance | $14.00 |

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **ARCHDIOCESE OF NEW ORLEANS - Reorganization** | **March 9, 2021** |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $493.85 |
|---|---|---|
| **Southern Court Reporters, Inc.**<br>**Tax I.D. #74-2840296** | MAIL CHECK | ✔ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Copy of deposition of Lawrence A. Hecker (Volume II) taken on December 15, 2020 | **Wayne G. Zeringue, Jr/ams** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $493.85 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

✔ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# SOUTHERN COURT REPORTERS, INC.

Tax ID – 74-2840296

*Sandra P. DiFebbo, CCR*
*5819 Gen. Diaz Street*
*New Orleans, LA  70124*
*(504) 488-1112*

December 21, 2020

JONES, WALKER
ATTORNEYS AT LAW
201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA  70170

INVOICE:12120410

ATTN: JEFFERSON R. TILLERY, ESQ.

IN RE:  USDC, EASTERN DISTRICT OF LOUISIANA, J.W. DOE VS. ARCHDIOCESES OF NEW ORLEANS
INDEMNITY, ET AL, CA NO. 20-CV-1321, SECITON "R", MAG. MBN

Furnishing one copy of the deposition of LAWRENCE A. HECKER (VOLUME II), taken on the 15th day
of December 2020.

$493.85

TRANSCRIPT TO BE READ & SIGNED
PLEASE MAKE PAYMENT TO:
RAYNEL E. SCHULE, CCR
SOUTHERN COURT REPORTERS, INC.
5819 GEN. DIAZ STREET
NEW ORLEANS, LA 70124
ANY QUESTIONS ABOUT THIS INVOICE?
PLEASE CALL (504) 488-1112

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **March 15, 2021** |
|---|---|---|---|
| FILE NO. | 175340-00 | | |

| PAYABLE TO: **XACT DATA DISCOVERY** | AMOUNT **$50.00** |
|---|---|
| | MAIL CHECK ✔ |
| | **RETURN CHECK TO** ☐ |

| PAYMENT FOR: INVOICE NO. 41-01512 ONLINE DATA STORAGE | NAME **EDWARD D. WEGMANN** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 3 9 4 1 8 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$50.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

MAR 15 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



## XACT DATA DISCOVERY

Because you need to know

Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**INVOICE**

**Invoice Number:** 41-01512

**Invoice Date:** 2/28/2021

REMIT PAYMENT TO: Xact Data Discovery
PO Box 714800
Cincinnati, OH 45271-4800
Tax ID: 43-1685216

**Customer ID** 41JONESWALK

**Page:** 1

| Bill | | Ship | |
|------|--|------|--|
| To: | Dirk Weggman | To: | Jones Walker LLP |
| | Jones Walker LLP | | 201 St. Charles Avenue |
| | 201 St. Charles Avenue | | New Orleans, LA 70170 |
| | New Orleans, LA 70170 | | |

| **Ship Via** | | **Contact** | Dirk Weggman |
|---|---|---|---|
| **Ship Agent** | | **P.O. Number** | JWA2019002 - Mobile Kits |
| **Ship Date** | 2/28/2021 | **Case No.** | JWA2019002 - MOBILE |
| **Due Date** | 3/30/2021 | **Job No.** | 35916-FS |
| **Terms** | Net 30 Days | **Discovery Consultant** | Vincent Brunetti |

| Item/Description | | Quantity Unit | Price per Unit | Total Price |
|---|---|---|---|---|
| | Forensics | | | |
| FOR1 | Online data storage size: up to 50GB | 1 Each Item | 50.00 | 50.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| | | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| 0.00 | 50.00 | Total Sales Tax: | 0.00 |
| | | Total USD: | 50.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.
Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment
within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.
Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____

OPERATING ✓

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **RCCANO - Post Petition Reorganization Advices** | **March 1, 2021** |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $3,816.87 |
|---|---|---|
| **Kim Tindall & Associates** **16414 San Pedro** **Suite 900** **San Antonio, TX 78232** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Depositions of James Adams, Jackie Berthelot and Patricia Moody | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $3,816.87 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

✓ DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: **866.806.8266**

# STATEMENT
1 of 1

| Account No. | Date |
|---|---|
| C22682 | 2/26/2021 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $3,816.87 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$3,816.87** |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 12/10/2020 | 81821 | 2,192.84 | 80578 | 12/2/2020 | James Adams | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |
| 12/17/2020 | 82209 | 743.95 | 81066 | 12/10/2020 | Jackie Berthelot | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |
| 12/17/2020 | 82247 | 880.08 | 81064 | 12/9/2020 | Patricia Moody | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Account No. : C22682
Date        : 2/26/2021

**Total Due** : **$3,816.87**

Remit To: **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

**Payments@KTandA.com**

| **PAYMENT WITH CREDIT CARD** | AMEX | Discover | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# I N V O I C E

1 of 1



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232
Payments@KTandA.com
KTA Receivables: **866.806.8266**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81821 | 12/10/2020 | 80578 |
| **Job Date** | **Case No.** | |
| 12/2/2020 | 20-10846 | |
| **Case Name** | | |
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |
| **Payment Terms** | | |
| Due upon receipt –Credit Card Fees Apply | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| James Adams | | | | 354.75 |
| Next Business Day Expedite Copy +100% | 129.00 | Pages @ | 2.75 | 354.75 |
| Tele-Conference Transcription - Copy | 129.00 | Pages @ | 0.19 | 24.51 |
| Rough Draft | 119.00 | Pages @ | 1.50 | 178.50 |
| Exhibits - B&W &/or Tabs | 19.00 | Pages @ | 0.50 | 9.50 |
| Exhibits - Color | 8.00 | Pages @ | 1.50 | 12.00 |
| Email Lit. Pkg. - Admin & Condensed | 10.00 | @ | 75.00 | 750.00 |
| CERTIFIED COPY - MINIMUM FEE - TRANSCRIPT OF: | | | | |
| Colloquy | | | | 162.00 |
| Next Business Day Expedite Copy +100% | 17.00 | Pages @ | 2.75 | 46.75 |
| Tele-Conference Transcription - Copy | 17.00 | Pages @ | 0.19 | 3.23 |
| Rough Draft - Copy | 15.00 | Pages @ | 1.50 | 22.50 |
| Email Lit. Pkg. - Admin & Condensed | 1.00 | @ | 75.00 | 75.00 |

**TOTAL DUE   >>>**               **$1,993.49**

AFTER 1/24/2021  PAY               $2,192.84

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Job No.      : 80578          BU ID      : KTA-NOLA
Case No.     : 20-10846
Case Name  : In re: The Roman Catholic Church of the
                Archdiocese of New Orleans, Debtor
Invoice No.  : 81821          Invoice Date  : 12/10/2020
**Total Due** : **$1,993.49**

AFTER 1/24/2021  PAY  $2,192.84

| **PAYMENT WITH CREDIT CARD** | AMEX MASTERCARD VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:        Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Kim Tindall & Associates, LLC**
              **16414 San Pedro Ave., Ste. 900**
              **San Antonio, TX 78232**

              **Payments@KTandA.com**

**Bowers, Laura**

| | |
|---|---|
| **From:** | Armstrong, Caroline |
| **Sent:** | Tuesday, March 16, 2021 10:48 AM |
| **To:** | Bowers, Laura |
| **Subject:** | 1 rush request (3 vouchers) - print in NO for mailing |
| **Attachments:** | Check Request - KTA Court Reporting (N4182989x7A3A0).pdf; Invoice-81821.pdf; Invoice-82209.pdf; Invoice-82247.pdf |

**From:** Theriot, Stephen <stheriot@joneswalker.com>
**Sent:** Tuesday, March 16, 2021 10:31 AM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Cc:** Stewart, Hazel <hstewart@joneswalker.com>
**Subject:** RE: Check Request - KTA Court Reporting

okay

**Stephen F. Theriot** | Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Tuesday, March 16, 2021 10:30 AM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Cc:** Stewart, Hazel <hstewart@joneswalker.com>
**Subject:** FW: Check Request - KTA Court Reporting

Stephen,

Approval is needed for the attached request for $3,816.87



Thanks!

**Caroline Armstrong** | Accounts Payable Clerk
**Jones Walker LLP**
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Stewart, Hazel <hstewart@joneswalker.com>
**Sent:** Monday, March 15, 2021 5:43 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Subject:** Check Request - KTA Court Reporting

If possible, please expedite payment as this invoice.


**Hazel Stewart**                                   201 St. Charles Ave, Ste 5100
*Legal Secretary*                                   New Orleans, LA 70170
**Jones Walker LLP**                                T: 504.582.8000
D: 504.582.8231   F: 504.589.8231                   www.joneswalker.com
hstewart@joneswalker.com

LTC Technology Certified
Legal Support Specialist

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **RCCANO - Post Petition Reorganization Advices** | **March 1, 2021** |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | | AMOUNT | $3,816.87 |
|---|---|---|---|

**Kim Tindall & Associates**
**16414 San Pedro**
**Suite 900**
**San Antonio, TX 78232**

MAIL CHECK ✔

RETURN CHECK TO

PAYMENT FOR:
Depositions of James Adams, Jackie Berthelot and Patricia Moody

NAME **Mark A. Mintz**

SIGNATURE

| FOR ACCOUNTING USE ONLY | | | |
|---|---|---|---|
| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| | | | $3,816.87 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☑ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: 866.806.8266

# STATEMENT
1 of 1

| Account No. | Date |
|---|---|
| C22682 | 2/26/2021 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $3,816.87 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$3,816.87** |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 12/10/2020 | 81821 | 2,192.84 | 80578 | 12/2/2020 | James Adams | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |
| 12/17/2020 | 82209 | 743.95 | 81066 | 12/10/2020 | Jackie Berthelot | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |
| 12/17/2020 | 82247 | 880.08 | 81064 | 12/9/2020 | Patricia Moody | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Account No. : C22682
Date : 2/26/2021

**Total Due** : **$3,816.87**

Remit To: **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

**Payments@KTandA.com**

**PAYMENT WITH CREDIT CARD**     AMEX   Disc   VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

1 of 1



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232
Payments@KTandA.com
KTA Receivables: **866.806.8266**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 82209 | 12/17/2020 | 81066 |
| **Job Date** | **Case No.** | |
| 12/10/2020 | 20-10846 | |
| **Case Name** | | |
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |
| **Payment Terms** | | |
| Due upon receipt –Credit Card Fees Apply | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jackie Berthelot | 78.00 | Pages | @ | 2.75 | 214.50 |
| Next Business Day Expedite Copy +100% | 78.00 | Pages | @ | 2.75 | 214.50 |
| Tele-Conference Transcription - Copy | 78.00 | Pages | @ | 0.19 | 14.82 |
| Rough Draft - Copy | 70.00 | Pages | @ | 1.50 | 105.00 |
| Exhibits - B&W &/or Tabs | 15.00 | Pages | @ | 0.50 | 7.50 |
| E-Lit. Pkg. - Admin, Condensed, Lit-Stik | 1.00 | | @ | 105.00 | 105.00 |
| Delivery - Standard | 1.00 | | @ | 15.00 | 15.00 |
| | | **TOTAL DUE   >>>** | | | **$676.32** |
| | | AFTER 1/31/2021  PAY | | | $743.95 |

Please Note: A convenience fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Job No. : 81066          BU ID      : 1-KTA-SA
Case No. : 20-10846
Case Name : In re: The Roman Catholic Church of the
Archdiocese of New Orleans, Debtor
Invoice No. : 82209          Invoice Date : 12/17/2020
**Total Due : $676.32**
AFTER 1/31/2021  PAY  $743.95

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                    Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

**Payments@KTandA.com**

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **RCCANO - Post Petition Reorganization Advices** | **March 1, 2021** |
| FILE NO. | 176960-01 | | |

| PAYABLE TO: | AMOUNT | $3,816.87 |
|---|---|---|
| **Kim Tindall & Associates**<br>**16414 San Pedro**<br>**Suite 900**<br>**San Antonio, TX 78232** | MAIL CHECK | ✔ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Depositions of James Adams, Jackie Berthelot and Patricia Moody | **Mark A. Mintz** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| | | | $3,816.87 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☑ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: 866.806.8266

# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| C22682 | 2/26/2021 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $3,816.87 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$3,816.87** |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 12/10/2020 | 81821 | 2,192.84 | 80578 | 12/2/2020 | James Adams | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |
| 12/17/2020 | 82209 | 743.95 | 81066 | 12/10/2020 | Jackie Berthelot | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |
| 12/17/2020 | 82247 | 880.08 | 81064 | 12/9/2020 | Patricia Moody | In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor |

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Account No. : C22682
Date         : 2/26/2021

**Total Due** : **$3,816.87**

Remit To: **Kim Tindall & Associates, LLC**
**16414 San Pedro Ave., Ste. 900**
**San Antonio, TX 78232**

**Payments@KTandA.com**

| PAYMENT WITH CREDIT CARD | AMEX | DISCOVER | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

1 of 1



**KIM TINDALL & ASSOCIATES**
16414 San Pedro Ave., Ste 900
San Antonio, TX 78232

Payments@KTandA.com
KTA Receivables: **866.806.8266**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 82247 | 12/17/2020 | 81064 |

| Job Date | Case No. | |
|---|---|---|
| 12/9/2020 | 20-10846 | |

| Case Name | | |
|---|---|---|
| In re: The Roman Catholic Church of the Archdiocese of New Orleans, Debtor | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt -Credit Card Fees Apply | | |

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Patricia Moody | 99.00 Pages | @ | 2.75 | 272.25 |
| 3 Business Day Expedite Copy +80% | 99.00 Pages | @ | 2.10 | 207.90 |
| Technical, Tele-Conference & Video Transcription - Copy | 99.00 Pages | @ | 0.58 | 57.42 |
| Rough Draft - Copy | 89.00 Pages | @ | 1.50 | 133.50 |
| Exhibits - B&W &/or Tabs | 18.00 Pages | @ | 0.50 | 9.00 |
| E-Lit. Pkg. - Admin, Condensed, Lit-Stik | 1.00 | @ | 105.00 | 105.00 |
| Delivery - Standard | 1.00 | @ | 15.00 | 15.00 |

**TOTAL DUE   >>>**                 **$800.07**

AFTER 1/31/2021  PAY                 $880.08

Please Note: A 3% processing fee will apply to all credit card payments.
Thank you for choosing KTA!

**Tax ID:** 80-0344752

*Please detach bottom portion and return with payment.*

Mr. Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue, Floor 47
New Orleans, LA 70170

Job No.    : 81064          BU ID        : 1-KTA-SA
Case No.   : 20-10846
Case Name  : In re: The Roman Catholic Church of the
             Archdiocese of New Orleans, Debtor
Invoice No. : 82247          Invoice Date : 12/17/2020
**Total Due  : $800.07**
AFTER 1/31/2021  PAY  $880.08

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Kim Tindall & Associates, LLC**
          **16414 San Pedro Ave., Ste. 900**
          **San Antonio, TX 78232**

          **Payments@KTandA.com**

Office: (504) 484-7996

# LEGAL WINGS, INC.

**P.O. Box 8494**
**Metairie, Louisiana 70011**

Digital Beeper: 465-2701
572-0520

INVOICE NO. 202388

BILL TO: _____Jones_____

DATE: 3-16-H

SUIT NAME: _____

VS.

COURT: _____USBC_____

CASE NO. _____

FILE NO. _____176960 01_____

ATTORNEY: _____

☑ FILE THE ATTACHED DOCUMENT IN THE ABOVE COURT AND RETURN:

_____ CONFORMED COPY

_____ CERTIFIED COPY

☐ TAKE TO JUDGE AND HAVE SIGNED

☐ DELIVER COPY TO JUDGE

☐ OBTAIN HEARING DATE

☐ ARRANGE FOR SERVICE

☐ CHECK RECORD: _____

_____

☐ HAND DELIVERY: _____

☐ PICK UP: _____

☐ SERVED SUBPOENA: _____

☐ SPECIAL INSTRUCTIONS: _____

_____

_____

BILLED AMOUNT: _____$ 40_____

REIMBURSEMENTS: _____

TOTAL INVOICE AMOUNT: _____$ 40_____

# COURT RUN REQUEST FORM

DATE 03/15/21

FILE # *176960-01*    FILE NAME *IN RE: ROMAN CATHOLIC CHURCH*

COURT *U.S. BANKRUPTCY* CASE # *20-10846* DIVISION _____ SECTION _____

CASE NAME *IN RE: ROMAN CATHOLIC CHURCH, ARCHDIOCESE OF NEW ORLEANS*

FILING ATTORNEY BAR # *32820*

DOCUMENT TO BE RETURNED TO:

NAME *MB - H STEWART 49*

PLEADING ATTACHED OR REQUESTED: *DECLARATION*

☐ FILE

☐ RETURN CONFORMED COPIES

☐ DELIVER FILED COPY TO JUDGE

☐ ARRANGE FOR SERVICE

☐ OBTAIN HEARING DATE

☐ OBTAIN COPIES FROM RECORD

☐ CHECK RECORD: _____

☑ DELIVER *ENVELOPE*

TO: *CLERK, BANKRUPTCY COURT EASTERN DIST. of LA*

☐ PICK UP _____

FROM: _____

☐ OTHER: *ON THE FIRST FLOOR - PHONE ON THE TABLE - PRESS THE BUTTON ON THE PHONE DESIGNATED BY AN ARROW - TELL THEM YOU ARE THERE WITH SEALED DOCUMENTS - THEY WILL COME DOWN TO MEET*

REMARKS: *YOU - THANKS*

*Received 3/16/21 X Heather Rankin*

COSTS: _____

TO
CLERK $ _____ CK. # _____

TO
SHERIFF $ _____ CK. # _____

AT-1 REV. 2/22/2000

03-10-21 charge $1.00 to 176960-01
for images printed using the cdc remote access service
(transaction number 297069)

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Wednesday, March 10, 2021 7:41 PM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 3/10/2021 7:40:52 PM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 1999-19723 |
| Case Number | 1999-19723 |
| Case Title | LAUER, MARGARET ELLEN |
| Pleading Type | Petition to Probate Will |
| Copy Type | Uncertified |
| Pages | 3 at $1.00 per page |
| Total Cost | $1.00 |
| Account Balance | $4,002.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

```
03-11-21 charge $4.00 to 176960-01
for images printed using the cdc remote access service
(transaction number 297173)
```

Stevenson, Twila

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, March 11, 2021 9:51 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 3/11/2021 9:50:37 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-11348 |
| Case Number | 2018-11348 |
| Case Title | THE MARGARET ELLEN LAUER WAROLIN-LAUER CHARITABLE REMAINDER ANNUITY TRUST ET AL |
| Pleading Type | Other Judgment Information |
| Copy Type | Uncertified |
| Pages | 1-4 at $1.00 per page |
| Total Cost | $4.00 |
| Account Balance | $3,998.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

03-11-21 charge $5.00 to 176960-01
for images printed using the cdc remote access service
(transaction number 297180)

Stevenson, Twila

| | |
|---|---|
| **From:** | donotreply@orleanscdc.com |
| **Sent:** | Thursday, March 11, 2021 9:54 AM |
| **To:** | Library |
| **Subject:** | [EXTERNAL] Clerk's Office Remote Access - Printing |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

This message is to notify you that you have just printed a document from the Orleans Parish Clerk of Civil District Court's Remote Access System.

**Receipt**

| | |
|---|---|
| Transaction Date | 3/11/2021 9:54:17 AM |
| Account Number | 10826 |
| Account Name | Jones Walker LLP |
| Case Number | 2018-11348 |
| Case Number | 2018-11348 |
| Case Title | THE MARGARET ELLEN LAUER WAROLIN-LAUER CHARITABLE REMAINDER ANNUITY TRUST ET AL |
| Pleading Type | Petition To Modify Trust |
| Copy Type | Uncertified |
| Pages | 1-7 at $1.00 per page |
| Total Cost | $7.00 |
| Account Balance | $3,991.00 |

For further assistance, contact the IT office at helpdesk@orleanscdc.com or call (504) 407-0380.

1

03-10-21 chare $25.00 to 176960-01
For efiling: for efile expense in Jefferson Parish

**Case Number: 814821**

**ANGELA DOLCE, Et Al vs ARCHBISHOP SHAW HIGH SCHOOL, Et Al**

| File Date: 02/12/2021 | Div: N | | Div Hist: |
|---|---|---|---|
| Type: Civil | Cat: Torts and Contracts | | Sub Cat: Damage Suits |

***NOTE*** Before a refund of advanced deposit funds are issued, the clerk of court conducts a thorough review of case activity. Charges often are adjusted to ensure that all services were accurately billed. This docket ledger balance provided here is only an estimate, and certain administrative costs for issuing the refund will assessed.

| D2 ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS | | | | BAL: 9.03 | | ESCROW: 0.00 |
|---|---|---|---|---|---|---|
| 038364 SAMANTHA OPPENHEIM *[Attorney of Record]* | | | | | | |

| TrxDate | Desc | Statute | Deposit | Charge | PaidCheck |
|---|---|---|---|---|---|
| 03/10/2021 | DEPOSIT:JEFFNET DEPOSIT | | 25.00 | | JEFFNET |
| 03/10/2021 | FILE NOTICE OF BANKRUPTCY : | La. R.S. 13:841(A)(2)(a) & (b) | | 12.00 | |
| 03/10/2021 | FILE EXHIBIT :1/ NOTICE OF CHAPTER 11 BANKRUPTCY | La. R.S. 13:841(A)(2)(c) | | 4.00 | |

**Payout Summary as of: 3/19/2021**

| | | JeffNet billing for images 03-10-21 - 03-18-21 | | |
|---|---|---|---|---|
| Date | Receipt | Description | Reference | Amount |
| 03/18/2021 | 6667380 | IMAGE PRINT WALKER01 Doc:10154403pg:1-8 Ref:00399999 | 00399999 | $6.00 |
| 03/18/2021 | 6667390 | IMAGE PRINT WALKER01 Doc:9959160pg:1-3 Ref:00399999 | 00399999 | $2.25 |
| 03/18/2021 | 6667440 | IMAGE PRINT WALKER01 Doc:8603219pg:1-14 Ref:00399999 | 00399999 | $10.50 |
| 03/18/2021 | 6666441 | IMAGE PRINT WALKER01 CASE:814185 P1 bFILE MOTION W DATEb:FOR CONTEMPT O Ref:10597500 | 10597500 | $9.00 |
| 03/12/2021 | 6659746 | IMAGE PRINT WALKER01 CASE:779735 D3 bFILE MOTION WO DATEb:PLAINTIFFS MO (24Civil) Ref:16338800 | 16338800 | $0.75 |
| 03/12/2021 | 6659752 | IMAGE PRINT WALKER01 CASE:779735 D3 bFILE MOTION WO DATEb:PLAINTIFFS MO (24Civil) Ref:16338800 | 16338800 | $0.75 |
| 03/12/2021 | 6659760 | IMAGE PRINT WALKER01 CASE:779735 D3 bFAX FILING TRANSMISSION b:FAX FEE (24Civil) Ref:16338800 | 16338800 | $0.75 |
| 03/18/2021 | 6667544 | IMAGE PRINT WALKER01 CASE:783109 D1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:16905500 | 16905500 | $1.50 |
| 03/18/2021 | 6667553 | IMAGE PRINT WALKER01 CASE:783109 D1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:16905500 | 16905500 | $0.75 |
| 03/10/2021 | 6656512 | IMAGE PRINT WALKER01 CASE:790815 P1 bAPPEAL NOTIFICATIONS b:REQUEST FOR (24Civil) Ref:17221500 | 17221500 | $0.75 |
| 03/10/2021 | 6656392 | IMAGE PRINT WALKER01 CASE:798434 D1 bFILE MOTION WO DATEb:EX PARTE UNOP (24Civil) Ref:17258100 | 17258100 | $0.75 |
| 03/10/2021 | 6656495 | IMAGE PRINT WALKER01 CASE:793454 P6 bFILE AMENDED ORIGINAL PETITION b:C Ref:17367200 | 17367200 | $9.75 |
| 03/15/2021 | 6662604 | IMAGE PRINT WALKER01 CASE:814821 P1 bFILE MOTION WO DATEb:AND INCORPORA Ref:17696001 | 17696001 | $2.25 |
| 03/16/2021 | 6664005 | IMAGE PRINT WALKER01 CASE:815263 P1 bRETURN:SHERIFF JEFFERSON PARISH - (24Civil) Ref:17778500 | 17778500 | $0.75 |
| 03/16/2021 | 6664012 | IMAGE PRINT WALKER01 CASE:815263 P1 bRETURNb:SHERIFF JEFFERSON PARISH - (24Civil) Ref:17778500 | 17778500 | $0.75 |
| 03/16/2021 | 6664142 | IMAGE PRINT WALKER01 CASE:815263 P1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:17778500 | 17778500 | $1.50 |
| 03/16/2021 | 6664147 | IMAGE PRINT WALKER01 CASE:815263 P1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:17778500 | 17778500 | $0.75 |
| 03/16/2021 | 6664151 | IMAGE PRINT WALKER01 CASE:815263 P1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:17778500 | 17778500 | $0.75 |
| 03/16/2021 | 6663715 | IMAGE PRINT WALKER02 Image Print Instrument:12032554 Ref:178574-00 | 178574-00 | $2.25 |
| 03/17/2021 | 6665981 | IMAGE PRINT WALKER02 Image Print Instrument:428371 Ref:178574-00 | 178574-00 | $21.75 |
| 03/15/2021 | 6662420 | IMAGE PRINT WALKER01 CASE:807060 D6 bFILE MOTION W DATEb:FOR SUMMARY JU Ref:17882700 | 17882700 | $0.75 |

JeffNet billing for images 03-10-21 - 03-18-21 (N4292637x7A3A0)

| | | JeffNet billing for images 03-10-21 - 03-18-21 | | |
|---|---|---|---|---|
| Date | Receipt | Description | Reference | Amount |
| 03/17/2021 | 6665679 | IMAGE PRINT WALKER01 CASE:769530 P1 bFILE PRETRIAL PLEADINGSb:PRELIMINA Ref:17893500 | 17893500 | $0.75 |
| 03/11/2021 | 6658348 | IMAGE PRINT WALKER01 CASE:809613 P2 bFILE LETTER OF REQUESTb:STATUS CON Ref:17938300 | 17938300 | $0.75 |
| 03/11/2021 | 6658350 | IMAGE PRINT WALKER01 CASE:809613 P2 bFILE LETTER OF REQUESTb:PARTIES HA Ref:17938300 | 17938300 | $0.75 |
| 03/17/2021 | 6665608 | IMAGE PRINT WALKER02 CASE:807093 P1 bFILE PRETRIAL PLEADINGSb:MOTION FO Ref:179940-00 | 179940-00 | $3.00 |
| 03/17/2021 | 6665616 | IMAGE PRINT WALKER02 CASE:807093 P1 bNOTICE OFb:MOTION FOR STATUS CONFE Ref:179940-00 | 179940-00 | $0.75 |
| 03/10/2021 | 6657435 | IMAGE PRINT WALKER02 CASE:809537 P1 bFILE PRETRIAL PLEADINGSb:MOTION FO Ref:17994200 | 17994200 | $2.25 |
| 03/17/2021 | 6665294 | IMAGE PRINT WALKER02 CASE:799832 D1 bFILE MOTION W DATEb:FOR SUMMARY JU Ref:181247-00 | 181247-00 | $3.75 |
| 03/17/2021 | 6665297 | IMAGE PRINT WALKER02 CASE:799832 D1 bFILE STATEMENT OF UNCONTESTED MATE Ref:181247-00 | 181247-00 | $1.50 |
| 03/17/2021 | 6665299 | IMAGE PRINT WALKER02 CASE:799832 D1 bFILE MEMORANDUMb:IN SUPPORT OF MOT Ref:181247-00 | 181247-00 | $5.25 |
| 03/17/2021 | 6665303 | IMAGE PRINT WALKER02 CASE:799832 D1 bFILE EXHIBIT b:AAFFIDAVIT Ref:181247-00 | 181247-00 | $1.50 |
| 03/17/2021 | 6665304 | IMAGE PRINT WALKER02 CASE:799832 D1 bFILE EXHIBIT b:BANSWERS OF THE DEF Ref:181247-00 | 181247-00 | $3.75 |
| 03/17/2021 | 6665306 | IMAGE PRINT WALKER02 CASE:799832 D1 bFILE EXHIBIT b:CPETITION FOR DAMAG Ref:181247-00 | 181247-00 | $2.25 |
| 03/17/2021 | 6665309 | IMAGE PRINT WALKER02 CASE:799832 D1 bISSUE NOTICE OF DATE SET TO ATTORN Ref:181247-00 | 181247-00 | $0.75 |
| 03/12/2021 | 6659776 | IMAGE PRINT WALKER01 CASE:769530 D1 bFILE JURY ORDERb: EO 05022017 - GR Ref:18124900 | 18124900 | $0.75 |
| 03/12/2021 | 6660034 | IMAGE PRINT WALKER01 CASE:769530 P1 bISSUE NOTICE OF DATE SET FOR JURY Ref:18124900 | 18124900 | $1.50 |
| 03/17/2021 | 6665168 | IMAGE PRINT WALKER02 CASE:769530 D1 bFILE MOTION W DATEb:FOR SUMMARY JU Ref:18124900 | 18124900 | $0.75 |
| 03/11/2021 | 6658660 | IMAGE PRINT WALKER01 Instrument:10021310 Ref:18142100 | 18142100 | $3.00 |
| 03/18/2021 | 6666883 | IMAGE PRINT WALKER01 CASE:814185 P1 bDOCUMENT SUBMISSIONb:JUDGMENT ON H Ref:18151200 | 18151200 | $2.25 |
| 03/18/2021 | 6666888 | IMAGE PRINT WALKER01 CASE:814185 P1 bFILE EXHIBIT b:A: JUDGMENT Ref:18151200 | 18151200 | $3.00 |
| 03/18/2021 | 6666926 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE PETITIONb:FOR QUO WARRANTO DE Ref:181512-00 | 181512-00 | $20.25 |
| 03/18/2021 | 6666941 | IMAGE PRINT WALKER02 CASE:814185 P1 bCIVIL CASE COVER SHEET - LA RS 13: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6666943 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:APETITION FOR A WRI Ref:181512-00 | 181512-00 | $17.25 |

| | | JeffNet billing for images 03-10-21 - 03-18-21 | | |
|---|---|---|---|---|
| Date | Receipt | Description | Reference | Amount |
| 03/18/2021 | 6666947 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:BORDER Ref:181512-00 | 181512-00 | $6.75 |
| 03/18/2021 | 6666954 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:CBY-LAWS Ref:181512-00 | 181512-00 | $12.75 |
| 03/18/2021 | 6666963 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:DBOARD OF DIRECTORS Ref:181512-00 | 181512-00 | $3.00 |
| 03/18/2021 | 6666966 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:EBOARD OF DIRECTORS Ref:181512-00 | 181512-00 | $3.00 |
| 03/18/2021 | 6666968 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:FFINAL REPORT Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6666971 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:GLIST OF DISPUTED M Ref:181512-00 | 181512-00 | $1.50 |
| 03/18/2021 | 6666977 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:HBOARD OF DIRECTOS Ref:181512-00 | 181512-00 | $6.00 |
| 03/18/2021 | 6666978 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:IEMAIL Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6666980 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:JLETTER DATED OCTOB Ref:181512-00 | 181512-00 | $3.75 |
| 03/18/2021 | 6666983 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:K LETTER DATED NOVE Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6666986 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:LLETTER DATED DECEM Ref:181512-00 | 181512-00 | $12.00 |
| 03/18/2021 | 6666988 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:MLETTER DATED DECEM Ref:181512-00 | 181512-00 | $1.50 |
| 03/18/2021 | 6666994 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:NBOARD OF DIRECTORS Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6666995 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:OCONFLICT OF INTERE Ref:181512-00 | 181512-00 | $4.50 |
| 03/18/2021 | 6667003 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE SUPPLEMENTALAMENDED ORIGINAL  Ref:181512-00 | 181512-00 | $5.25 |
| 03/18/2021 | 6667005 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:PARTICLES OF INCORP Ref:181512-00 | 181512-00 | $9.00 |
| 03/18/2021 | 6667019 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667026 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667031 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667045 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667063 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667074 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |

| JeffNet billing for images 03-10-21 - 03-18-21 | | | | |
|---|---|---|---|---|
| Date | Receipt | Description | Reference | Amount |
| 03/18/2021 | 6667081 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667090 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:SLY FOX INVESTIGATI Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667098 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667110 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667115 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667118 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667121 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667124 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667128 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE AFFIDAVIT b: Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667129 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:SLY FOX INVESTIGATI Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667133 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE ANSWER TOb:EXCEPTIONS AND ANS Ref:181512-00 | 181512-00 | $9.75 |
| 03/18/2021 | 6667143 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE MEMORANDUMb:IN SUPPORT OF EXC Ref:181512-00 | 181512-00 | $9.75 |
| 03/18/2021 | 6667146 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE MOTION W DATEb:TO STRIKE FILE Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6667149 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE MEMORANDUMb:IN SUPPORT OF DEF Ref:181512-00 | 181512-00 | $5.25 |
| 03/18/2021 | 6667156 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE PRETRIAL PLEADINGSb:PRE TRIAL Ref:181512-00 | 181512-00 | $9.00 |
| 03/18/2021 | 6667158 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:SUBPOENA A BONIN Ref:181512-00 | 181512-00 | $4.50 |
| 03/18/2021 | 6667160 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:SUBPOENA AND REQUES Ref:181512-00 | 181512-00 | $21.00 |
| 03/18/2021 | 6667162 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:SUBPOENA- THOMAS B Ref:181512-00 | 181512-00 | $4.50 |
| 03/18/2021 | 6667167 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE MOTION W DATEb:TO COMPEL AND Ref:181512-00 | 181512-00 | $6.00 |
| 03/18/2021 | 6667172 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:1DEPOSITION OF LOUI Ref:181512-00 | 181512-00 | $30.75 |
| 03/18/2021 | 6667176 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:2LETTER DATED 02122 Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667185 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE MEMORANDUMb:IN OPPOSITION TO Ref:181512-00 | 181512-00 | $6.00 |

| JeffNet billing for images 03-10-21 - 03-18-21 | | | | |
|---|---|---|---|---|
| Date | Receipt | Description | Reference | Amount |
| 03/18/2021 | 6667186 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-1:  Ref:181512-00 | 181512-00 | $12.00 |
| 03/18/2021 | 6667197 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-2:  Ref:181512-00 | 181512-00 | $12.75 |
| 03/18/2021 | 6667200 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-3:  Ref:181512-00 | 181512-00 | $3.75 |
| 03/18/2021 | 6667203 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-4:  Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6667205 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-5:  Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6667207 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-6:  Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667210 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-7:  Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667213 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:TRIAL EXHIBIT D-8:  Ref:181512-00 | 181512-00 | $6.00 |
| 03/18/2021 | 6667214 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE MOTION WO DATEb:FOR EXTENSION Ref:181512-00 | 181512-00 | $3.00 |
| 03/18/2021 | 6667222 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE MOTION WO DATEb:TO ENROLL AS  Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6667225 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:A: MINUTE ENTRY Ref:181512-00 | 181512-00 | $1.50 |
| 03/18/2021 | 6667252 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:B: LETTER TO MEMBER Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667255 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:C: BOARD OF DIRECTO Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6667256 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE EXHIBIT b:D: EMAIL TO LTBA DA Ref:181512-00 | 181512-00 | $3.00 |
| 03/18/2021 | 6667264 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE MEMORANDUMb:IN OPPOSITION TO  Ref:181512-00 | 181512-00 | $6.75 |
| 03/18/2021 | 6667268 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:A- EMAIL  DATED 292 Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667271 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:B- SUBPOENA Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667273 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:C- SUBPOENA Ref:181512-00 | 181512-00 | $13.50 |
| 03/18/2021 | 6667275 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:D- EMAIL  DATED 219 Ref:181512-00 | 181512-00 | $2.25 |
| 03/18/2021 | 6667280 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:E- SUBPOENA Ref:181512-00 | 181512-00 | $0.75 |
| 03/18/2021 | 6667283 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:F- SUBPOENA DUCES T Ref:181512-00 | 181512-00 | $8.25 |
| 03/18/2021 | 6667286 | IMAGE PRINT WALKER02 CASE:814185 D1 bFILE EXHIBIT b:G- LETTER  DATED 11 Ref:181512-00 | 181512-00 | $2.25 |

| JeffNet billing for images 03-10-21 - 03-18-21 | | | | |
|---|---|---|---|---|
| **Date** | **Receipt** | **Description** | **Reference** | **Amount** |
| | | | | |
| 03/18/2021 | 6667297 | IMAGE PRINT WALKER02 CASE:814185 P1 bFILE MOTION W DATEb:TO MODIFY DISC Ref:181512-00 | 181512-00 | $3.75 |
| 03/17/2021 | 6665831 | IMAGE PRINT WALKER01 CASE:815384 D1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:181527-00 | 181527-00 | $2.25 |
| 03/17/2021 | 6665836 | IMAGE PRINT WALKER01 CASE:815384 D1 INCOMING E-FILE:E-FILE DOCUMENT (24Civil) Ref:181527-00 | 181527-00 | $0.75 |
| | | | | |
| Total | | | | $444.75 |



# Cost Summary Report

**Client: Roman Catholic Church for the Archdiocese of N.O.**

**Relativity Project Number:** 1142072
**Report Date:** 3/31/2021
**Due Date:** 4/30/2021
**Matter Number:** 17493200

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

**Matter Name:** John Doe v Roman Catholic Church Archdiocese N.O.

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 86.73 GB | $10.80 | $936.68 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | n/a | $0 |
| | | | *Balance Due* | $936.68 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

<u>EXHIBIT E</u>

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

In re:

**THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS,**

Debtor. [1]

Case No. 20-10846

Section "A"

Chapter 11

**SEVENTH STATEMENT OF JONES WALKER LLP FOR COMPENSATION AND
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD
<u>APRIL 1, 2021 THROUGH MAY 31, 2021</u>**

| Name of Applicant: | **Jones Walker LLP** |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2021 through May 31, 2021 |
| Amount of Compensation Requested: | $518,095.00 |
| Net of 20% Holdback: | $414,476.00 |
| Amount of Expenses Requested: | $10,871.53 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $425,347.53 |

This is a:  X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, Eastern District of Louisiana, the *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor, nunc pro tunc to May 1, 2020* [Doc. No. 170] (the "Retention Order"), and the Chapter 11 Complex Case Order, *section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Jones Walker LLP ("Jones Walker") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from April 1, 2021 through May 31, 2021 (the "Fee Period"). By this seventh statement, Jones Walker seeks payment in the amount of $425,347.53, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [Doc. No. 138], the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached as **Exhibit A** is a summary of this chapter 11 bankruptcy proceeding (the "Chapter 11 Bankruptcy Proceeding"), which includes a breakdown of the following:

  a.   summary of Jones Walker professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such

individual at Jones Walker's current billing rates, and (d) amount of fees earned by each Jones Walker professional;

   b.   a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

   c.   a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2.     Attached hereto as **Exhibit B** are the itemized time records of Jones Walker professionals for this Chapter 11 Bankruptcy Proceeding for the Fee Period and summary materials related thereto. Exhibit B also includes a summary of the services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by Jones Walker on behalf of the Debtor.

## NOTICE

3.     Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) the creditors appointed to serve on the Tort Committee and the Official Committee of Unsecured Commercial Creditors, together with any counsel for the Tort Committee and Official Committee of Unsecured Commercial Creditors; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

4.     Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at Lashley@joneswalker.com, no later than fourteen (14) days from the date here (the "Objection

{N4409919.1}

Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

     5.     To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New Orleans, Louisiana
      June 30, 2021

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:   mmintz@joneswalker.com
Email:  lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS**
**FILE NUMBER: 176960-01**

**Compensation by Professional Person for the Hourly Services**
**for the Period from April 1, 2021 through May 31, 2021**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Edward D Wegmann | Partner | 300.00 | 141.30 | 42,390.00 |
| Elizabeth J Futrell | Partner | 490.00 | 144.10 | 70,609.00 |
| Joseph J Lowenthal | Partner | 300.00 | 16.20 | 4,860.00 |
| Jeffrey R. Barber | Partner | 400.00 | 0.50 | 200.00 |
| Jefferson R. Tillery | Partner | 300.00 | 22.80 | 6,840.00 |
| R. Patrick Vance | Partner | 490.00 | 131.10 | 64,239.00 |
| Wayne G. Zeringue, Jr | Partner | 300.00 | 40.20 | 12,060.00 |
| B. Trevor Wilson, B.T. | Partner | 400.00 | 5.10 | 2,040.00 |
| Joseph E. Bain | Partner | 400.00 | 0.40 | 160.00 |
| Jeffrey P. Good | Partner | 400.00 | 11.60 | 4,640.00 |
| Laura F. Ashley | Partner | 400.00 | 40.00 | 16,000.00 |
| Mark A. Mintz | Partner | 400.00 | 225.80 | 90,320.00 |
| Andrew C. Rayford | Associate | 250.00 | 54.90 | 13,725.00 |
| Allison Kingsmill | Associate | 250.00 | 154.30 | 38,575.00 |
| Caroline V. McCaffrey | Associate | 250.00 | 19.50 | 4,875.00 |
| Hobie A. Hotard | Associate | 250.00 | 10.40 | 2,600.00 |
| Olivia K. O'Brien | Associate | 250.00 | 43.80 | 10,950.00 |
| Samantha A. Oppenheim | Associate | 250.00 | 253.80 | 63,450.00 |
| Madeleine Fischer | Special Counsel | 300.00 | 16.20 | 4,860.00 |
| Aaron D. Washington | Paralegal | 170.00 | 0.30 | 51.00 |
| Bonnie Boudreaux | Paralegal | 170.00 | 15.10 | 2,567.00 |
| Constance DeMesme | Paralegal | 170.00 | 185.70 | 31,569.00 |
| Camille T. Bourg, Jr. | Paralegal | 170.00 | 0.80 | 136.00 |
| Georgette M. Shahien | Paralegal | 170.00 | 162.20 | 27,574.00 |
| Mellaine B. Salinas | Paralegal | 170.00 | 11.00 | 1,870.00 |
| Scott M. Sigl | Paralegal | 170.00 | 5.50 | 935.00 |
| **TOTAL** | | | **1,712.60** | **$518,095.00** |

## Compensation by Project Category for Hourly Services
## for the Period from April 1, 2021 through May 31, 2021

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| | | | |
| | **Administration** | | |
| B110 | Case Administration | 585.00 | 155,109.00 |
| B120 | Asset Analysis/Recovery | 48.10 | 19,350.00 |
| B130 | Asset Disposition | 44.10 | 11,817.00 |
| B140 | Relief From Stay/Protec | 9.10 | 2,275.00 |
| B160 | Fee/Emplmt Applications | 31.60 | 10,660.00 |
| B170 | Fee/Emplmt Objections | 3.80 | 950.00 |
| B190 | Other Contested Matters | 567.30 | 174,267.00 |
| | **Total Administration** | **1,289.00** | **$374,428.00** |
| | | | |
| | **Operations** | | |
| B210 | Business Operations | 10.90 | 5,101.00 |
| B250 | Real Estate | 11.60 | 4,640.00 |
| | **Total Operations** | **22.50** | **$9,741.00** |
| | | | |
| | **Claims And Plan** | | |
| B310 | Claims/Admn/Objections | 233.10 | 64,086.00 |
| B320 | Plan Disclosure Stmt | 120.60 | 55,980.00 |
| | **Total Claims And Plan** | **353.70** | **$120,066.00** |
| | | | |
| | **Bankruptcy Related Advice** | | |
| B410 | General Bankruptcy Advice | 47.40 | 13,860.00 |
| | **Total Bankruptcy-Related Advice** | **47.40** | **$13,860.00** |
| | | | |
| | **TOTALS** | **1,712.60** | **$518,095.00** |

## Disbursement Summary

| Code | Expenses (by Category) | Amounts |
|------|------------------------|---------|
| E105 | Long Distance | 66.57 |
| E106 | Computer Legal Research | 3,046.95 |
| E107 | Delivery Services | 44.04 |
| E112 | Court Fees | 433.10 |
| E115 | Deposition Transcripts | 4,298.79 |
| E118 | Litigation Support | 2,982.08 |
| | **Total** | **$10,871.53** |

**TOTAL FEES AND COSTS: $528,966.53**

**EXHIBIT B**

1237     48576

**JONES WALKER LLP**
Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF JUNE 24, 2021
ATTN: SUSAN A. ZERINGUE, GENERAL COUNSEL          INVOICE NO. 1080272
7887 WALMSLEY AVENUE
NEW ORLEANS, LA 70125


         RE:  POST-PETITION REORGANIZATION ADVICES

              FILE NO. 176960-01


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 04/01/21 | EDW | B190 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING MEDIATION ISSUE. | .10 | 30.00 |
| 04/01/21 | EDW | B190 | A104 | CONTINUED REVIEW OF ISSUES AND DRAFTING OF MEMO IN OPPOSITION TO COMMITTEE'S MOTION TO COMPEL. | .80 | 240.00 |
| 04/01/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE CLAIM ISSUE. | .10 | 30.00 |
| 04/01/21 | EDW | B110 | A104 | REVIEWED AND WORKED ON ANALYSIS OF PROOFS OF CLAIM. | 1.50 | 450.00 |
| 04/01/21 | EDW | B110 | A104 | REVIEWED AND WORKED ON DOCUMENTS AND INFORMATION REQUESTED BY THE COMMITTEE IN THE 2004 REQUESTS. | .80 | 240.00 |
| 04/01/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED E-MAIL FROM REGARDING STATUS REGARDING AMENDED BAR DATE ORDER. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   2
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

04/01/21 EDW    B110   A104   REVIEWED ISSUES REGARDING            .30         90.00
                              STATUTE OF LIMITATION AND
                              ALLEGED ABUSE CLAIMS.

04/01/21 EDW    B110   A106   RECEIVED AND REVIEWED E-MAIL         .10         30.00
                              FROM CLIENT REGARDING
                              MEDIATION ISSUE.

04/01/21 EDW    B110   A104   RECEIVED AND REVIEWED               .20         60.00
                              PRIVILEGE LOG SUBMITTED TO
                              THE COMMITTEE.

04/01/21 EDW    B110   A104   RECEIVED AND REVIEWED REAL          .30         90.00
                              ESTATE INFORMATION AND
                              PRELIMINARY VALUES.

04/01/21 EDW    B110   A104   REVIEWED COMMUNICATIONS WITH        .20         60.00
                              MR. BOLDISSAR REGARDING
                              PROPERTY REPORT.

04/01/21 JRT    B190   A104   STUDY STATE COURT DECISION          .80        240.00
                              REGARDING PRODUCTION OF
                              DOCUMENTS IN ABUSE CASE.

04/01/21 JRT    B190   A102   ASSIST WITH INVESTIGATION           .60        180.00
                              INTO MEDIATORS.

04/01/21 RPV    B110   A105   EMAIL FROM (0.10) AND OFFICE         .30        147.00
                              CONFERENCE WITH MR. MINTZ
                              (0.20) REGARDING REAL ESTATE
                              APPRAISALS AND FORM LETTER TO
                              CLAIMANTS.

04/01/21 RPV    B110   A105   EMAILS FROM MR. TILLERY             .10         49.00
                              REGARDING POTENTIAL MEDIATORS.

04/01/21 RPV    B190   A106   EMAILS FROM AND TO CLIENTS          .20         98.00
                              REGARDING MEDIATORS.

04/01/21 RPV    B190   A104   EMAILS FROM MR. WEGMANN            .20         98.00
                              REGARDING MEDIATORS AND
                              RESEARCH.

04/01/21 RPV    B110   A104   REVIEWED CORRESPONDENCE            .30        147.00
                              CONCERNING FORM LETTER TO
                              CLAIMANTS (0.10) AND OFFICE
                              CONFERENCE WITH MR. MINTZ
                              REGARDING SAME (0.20).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    3
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/01/21 WGZ   B410  A104  ANALYSIS OF ISSUES REGARDING        .80        240.00
                          COMMITTEE'S DISCOVERY
                          REQUESTS.

04/01/21 WGZ   B410  A104  STRATEGY REGARDING                  .90        270.00
                          PRESCRIPTION OF CLAIMS AND
                          ARGUMENTS REGARDING BROAD
                          DISCOVERY REQUESTS.

04/01/21 WGZ   B410  A106  TELEPHONE CONFERENCE WITH           .70        210.00
                          CLIENT REGARDING DISCOVERY
                          REQUESTS AND OBJECTIONS TO
                          SAME.

04/01/21 WGZ   B410  A107  TELEPHONE CALL WITH OUTSIDE         .60        180.00
                          COUNSEL REGARDING STRATEGY
                          REGARDING DISCOVERY
                          OBJECTIVES.

04/01/21 WGZ   B410  A104  REVIEW AND ANALYSIS OF FEDERL       .80        240.00
                          LAW REGARDING DISCOVERY
                          OBJECTIONS WITH RESPECT TO
                          SEX ABUSE DISCOVERY
                          PROPOUNDED BY SEX ABUSE
                          COMMITTEE.

04/01/21 WGZ   B410  A106  EMAIL WITH CLIENT REGARDING         .30         90.00
                          VALUATION OF CLAIM ISSUES.

04/01/21 WGZ   B410  A104  STRATEGY AND ANALYSIS             1.40        420.00
                          REGARDING CLAIM VALUATION.

04/01/21 WGZ   B410  A104  STRATEGY REGARDING POTENTIAL        .60        180.00
                          MEDIATORS AND EMAILS WITH
                          CLIENT REGARDING SAME.

04/01/21 JPG   B250  A106  PHONE CALL WITH CLIENT ON           .20         80.00
                          VALUATIONS TO BE PRODUCED.

04/01/21 JPG   B250  A105  PHONE CALL WITH MR. MINTZ ON        .20         80.00
                          DISTRIBUTION OF PRELIMINARY
                          VALUATIONS

04/01/21 JPG   B250  A104  WORK WITH MCENRY ON PREPARING     5.60      2,240.00
                          VALUATION SCHEDULE (4.00);
                          DISCUSSIONS REGARDING SAME
                          (1.60).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   4
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/01/21 | LFA | B110 | A106 | CORRESPONDENCES WITH THE CLIENT AND MR. MINTZ REGARDING REAL ESTATE VALUATIONS (.2); WITH MR. MINTZ REGARDING REGARDING CORRESPONDENCE WITH MR. BOLDISSAR, ET AL. (.2). | .40 | 160.00 |
| 04/01/21 | MAM | B190 | A101 | MEETING REGARDING MOTION TO COMPEL (3.50); MULTIPLE CORRESPODENCE REGARDING 9019 ISSUES (3.90). | 7.40 | 2,960.00 |
| 04/01/21 | SAO | B190 | A103 | BEGIN REVISING OBJECTION TO MOTION TO COMPEL PER COMMENTS FROM MR. MINTZ. | 3.20 | 800.00 |
| 04/01/21 | SAO | B190 | A108 | SUBMIT REVISED PROPOSED ORDER ON THE EXPEDITED SETTLEMENT MOTION. | .40 | 100.00 |
| 04/01/21 | SAO | B190 | A105 | CONFERENCE WITH MR. MINTZ REGARDING COMMENTS TO FIRST DRAFT OF OBJECTION TO MOTION TO COMPEL (0.3); CONFERENCE WITH MR. MINTZ AND MS. KINGSMILL REGARDING THE SAME (1.8); CONFERENCE WITH MS. KINGSMILL REGARDING THE SAME (1.0). | 3.10 | 775.00 |
| 04/01/21 | BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR PRODUCTION. | .40 | 68.00 |
| 04/01/21 | BB | B110 | A110 | ASSIST WITH SEARCH BUILDING AND EXECUTION IN RELATIVITY DATABASE. | .20 | 34.00 |
| 04/01/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING MATERIALS RECEIVED FROM CLIENT AND PENDING TASKS. | .20 | 34.00 |
| 04/01/21 | GMS | B190 | A104 | EXAMINE AND COMPARE SELECTED SPREADSHEETS RECEIVED AND REVISED BY JW AND CLIENT, RESPECTIVELY. | .70 | 119.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    5
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Atty | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/01/21 | GMS | B190 | A103 | DRAFT MEMORANDUM TO MR. WEGMANN CONCERNING COMPARISON OF CLAIMS WORKBOOKS/ SPREADSHEETS AS REVISED BY CLIENT AND JONES WALKER, RESPECTIVELY. | .70 | 119.00 |
| 04/01/21 | GMS | B190 | A101 | PREPARATIONS FOR DOCUMENT PRODUCTION AND SERVICE OF SAME. | .00 | .00 |
| 04/02/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. BOLDISSAR REGARDING REAL ESTATE ISSUES. | .10 | 30.00 |
| 04/02/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING REAL ESTATE ISSUES. | .10 | 30.00 |
| 04/02/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING ORDER APPROVING DEBTOR'S MOTION REGARDING INTERLOGIC PLAN. | .00 | .00 |
| 04/02/21 | EJF | B320 | A104 | REVIEW PRELIMINARY PROPERTY VALUATIONS FOR DISCLOSURE PURPOSES; | .30 | 147.00 |
| 04/02/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT OF PAYROLL PROCESSING CLAIMS, PURSUANT TO BANKRUPTCY RULE 9019, AND (II) GRANTING RELATED RELIEF. AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME | .10 | 49.00 |
| 04/02/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MR. MINTZ REGARDING ORDER ON 9019 MOTION (.4); WITH MSES. MCCAFFREY AND LOWRANCE REGARDING ARCHDIOCESE OF NEW ORLEANS - MONTHLY FEE STATEMENT (.2). | .60 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    6
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/02/21 SAO | B190 | A104 | REVIEW ORDER GRANTING THE DEBTOR'S EXPEDITED MOTION TO APPROVE COMPROMISE. | .10 | 25.00 |
| 04/02/21 SAO | B190 | A103 | REVISE THREE-YEAR PERIOD SECTIONS OF OBJECTION TO MOTION TO COMPEL PER COMMENTS FROM MR. MINTZ. | 3.90 | 975.00 |
| 04/02/21 SAO | B190 | A103 | REVISE ABUSE CLAIM SECTIONS OF OBJECTION TO MOTION TO COMPEL PER COMMENTS FROM MR. MINTZ. | 2.90 | 725.00 |
| 04/02/21 SAO | B190 | A103 | REVISE ACCOUNTING SYSTEMS SECTION OF OBJECTION TO MOTION TO COMPEL PER COMMENTS FROM MR. MINTZ. | .90 | 225.00 |
| 04/03/21 EDW | B110 | A104 | CONTINUED WORK ON REVIEW AND ANALYSIS OF ABUSE PROOFS OF CLAIM. | 1.20 | 360.00 |
| 04/03/21 AK | B310 | A103 | REVISED CHART REGARDING DISCOVERY FOR OBJECTION TO MOTION TO COMPEL. | .70 | 175.00 |
| 04/03/21 AK | B310 | A103 | REVISED CHART REGARDING OBJECTIONS TO DISCOVERY AND DOCUMENTS PRODUCED FOR OBJECTION TO MOTION TO COMPEL. | 1.10 | 275.00 |
| 04/03/21 AK | B310 | A102 | ANALYZED CASES REGARDING PROTECTIVE ORDER IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | .60 | 150.00 |
| 04/03/21 AK | B310 | A104 | ANALYZED OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | .40 | 100.00 |
| 04/03/21 AK | B310 | A104 | ANALYZED FINANCIAL DATA PRODUCED IN DISCOVERY AND IN CONNECTION WITH MOTION TO DISMISS IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | .70 | 175.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE    7
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/03/21 AK     B310  A104   ANALYZED THE COMMITTEE'S            .20         50.00
                             MOTION TO COMPEL IN ORDER TO
                             PREPARE OBJECTION.

04/03/21 AK     B310  A102   ANALYZED CASES REGARDING            .40        100.00
                             PRESCRIPTION TO INCLUDE IN
                             OBJECTION TO MOTION TO COMPEL.

04/03/21 AK     B310  A103   REVISED OBJECTION TO MOTION        1.60        400.00
                             TO COMPEL BASED ON MR. MINTZ
                             EDITS.

04/03/21 AK     B310  A103   REVISED OBJECTION TO MOTION        2.30        575.00
                             TO COMPEL.

04/03/21 AK     B310  A102   RESEARCHED CASES REGARDING        1.30        325.00
                             META DATA AND FORMAT OF
                             DISCOVERY IN ORDER TO PREPARE
                             ARGUMENT FOR OBJECTION TO
                             MOTION TO COMPEL.

04/03/21 SAO    B190  A102   RESEARCH BANKRUPTCY CASE LAW       2.90        725.00
                             REGARDING OBJECTIONS TO
                             TIME-BARRED CLAIMS TO ASSIST
                             WITH OBJECTION TO MOTION TO
                             COMPEL.

04/03/21 SAO    B190  A103   DRAFT SECTION OF OBJECTION TO       .90        225.00
                             MOTION TO COMPEL REGARDING
                             TIME-BARRED CLAIMS.

04/03/21 SAO    B190  A105   STRATEGY CALLS WITH MS.             .70        175.00
                             KINGSMILL REGARDING OBJECTION
                             TO MOTION TO COMPEL AND
                             COMPREHENSIVE CHART OF
                             REQUESTS.

04/03/21 SAO    B190  A103   CONTINUE SUPPLEMENTING            1.90        475.00
                             ACCOUNTING SYSTEMS SECTION OF
                             OBJECTION TO MOTION TO COMPEL.

04/03/21 SAO    B190  A102   FURTHER RESEARCH REGARDING        1.20        300.00
                             CONFIDENTIALITY OF PERSONNEL
                             FILES TO ASSIST WITH
                             OBJECTION TO MOTION TO COMPEL.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE    8
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/03/21 SAO | B190 | A103 | PREPARE COMPREHENSIVE CHART OF RULE 2004 REQUESTS, DOCUMENTS PRODUCED, AND OBJECTIONS. | 3.50 | 875.00 |
| 04/04/21 EDW | B110 | A104 | REVIEWED REVISED DRAFT OF OBJECTION TO 2004 MOTION TO COMPEL. | .50 | 150.00 |
| 04/04/21 RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING DEADLINES FOR UPCOMING WEEK AND DRAFT OF THE OBJECTION TO MOTION TO COMPEL. | .10 | 49.00 |
| 04/04/21 LFA | B110 | A106 | CORRESPONDENCE WITH MR. MINTZ REGARDING UPDATES - AND NEXT STEPS. | .20 | 80.00 |
| 04/04/21 AK | B310 | A102 | ANALYZED CASES REGARDING THE DISCOVERY OF FINANCIAL DATA IN ORDER TO PREPARE ARGUMENT FOR OBJECTION TO MOTION TO COMPEL. | .80 | 200.00 |
| 04/04/21 AK | B310 | A103 | REVISED OBJECTION TO MOTION TO COMPEL. | 1.60 | 400.00 |
| 04/04/21 AK | B310 | A104 | ANALYZED THE COMMITTEE'S MOTION TO COMPEL IN ORDER TO PREPARE OBJECTION. | .20 | 50.00 |
| 04/04/21 AK | B310 | A104 | ANALYZED BAR DATE ORDER IN ORDER TO PREPARE OBJECTION TO MOTION TO COMPEL. | .20 | 50.00 |
| 04/04/21 AK | B310 | A103 | REVISED CHART REGARDING DISCOVERY FOR OBJECTION TO MOTION TO COMPEL. | 1.80 | 450.00 |
| 04/04/21 SAO | B190 | A105 | CALLS WITH MS. KINGSMILL REGARDING FINAL EDITS TO SECOND DRAFT OF OBJECTION TO MOTION TO COMPEL. | 1.90 | 475.00 |
| 04/04/21 SAO | B190 | A103 | REVIEW AND REVISE ALL SECTIONS OF OBJECTION TO MOTION TO COMPEL (1.7); FINALIZE CHART OF REQUESTS IN CONNECTION WITH THE SAME | 2.30 | 575.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   9
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

                              (0.6).

04/05/21 EDW   B110  A104   REVIEWED ISSUES REGARDING        2.50      750.00
                           ANALYSIS OF ABUSE CLAIMS.

04/05/21 EDW   B110  A104   REVIEWED INFORMATION              .10       30.00
                           REGARDING ABUSE CLAIMS.

04/05/21 EDW   B110  A104   CONTINUED REVIEWING ISSUES        .30       90.00
                           REGARDING ABUSE CLAIMS.

04/05/21 EDW   B110  A104   REVIEWED ISSUES REGARDING         .50      150.00
                           ABUSE CLAIMS VALUES.

04/05/21 EJF   B320  A105   MEETING RE PLAN RELATED           .60      294.00
                           ISSUES (.4); MEMOS TO AND
                           FROM MR. VANCE RE SAME (.2);

04/05/21 EJF   B320  A104   REVIEW PLAN RELATED ISSUES;      2.80    1,372.00

04/05/21 JJL   B190  A105   PARTICIPATE IN WEEKLY            .90      270.00
                           STRATEGY MEETING

04/05/21 JRT   B190  A109   ATTEND STRATEGY MEETING.         .50      150.00

04/05/21 JRT   B190  A104   WORK ON SPECIFIC ISSUES         1.20      360.00
                           REGARDING PERSONNEL FILES
                           RELATIVE TO MOTION TO COMPEL.

04/05/21 JRT   B190  A101   PREPARE FOR DUCA DEPOSITION.    3.50    1,050.00

04/05/21 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT      .70      343.00
                           OF THE OBJECTION TO MOTION TO
                           COMPEL (0.40) AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME (0.30).

04/05/21 RPV   B190  A105   EMAILS FROM AND TO MS.           .20       98.00
                           FUTRELL AND MR. MINTZ
                           REGARDING REVIEW OF PLEADING.

04/05/21 RPV   B190  A104   EMAIL FROM COUNSEL REGARDING     .10       49.00
                           REVIEW OF PLEADING.

04/05/21 RPV   B310  A107   EMAIL FROM MR. MURRAY            .10       49.00
                           REGARDING INSURANCE ISSUES

04/05/21 RPV   B190  A104   WORKED ON IDENTIFYING           2.00      980.00
                           POTENTIAL MEDIATORS

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  10
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/05/21 RPV | B110 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING FORM CLAIM LETTER TO CLAIMANTS (0.10). | .20 | 98.00 |

| 04/05/21 RPV | B310 | A104 | WORKED ON CHANNELING INJUNCTION ISSUES | .50 | 245.00 |

| 04/05/21 WGZ | B410 | A105 | EMAILS WITH TEAM REGARDING OPPOSITION TO MOTION TO COMPEL. | .50 | 150.00 |

| 04/05/21 WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING OPPOSITION TO MOTION TO COMPEL. | .40 | 120.00 |

| 04/05/21 WGZ | B410 | A109 | PREPARE FOR (0.30) AND ATTEND METING WITH BANKRUPTCY TEAM AND LITIGATION TEAM REGARDING STRATEGY (0.90). | 1.20 | 360.00 |

| 04/05/21 WGZ | B410 | A104 | ANAYSIS AND STRATEGY REGARDING CLAIMS VALUATION. | .90 | 270.00 |

| 04/05/21 JPG | B250 | A105 | PHONE CALL WITH MR. MINTZ ON VALUATIONS. | .20 | 80.00 |

| 04/05/21 LFA | B110 | A105 | MEETING WITH MR. MINTZ AND MR. VANCE TO DISCUSS DISCOVERY RELATED ISSUES AND PROPOSED RESOLUTION OF SAME ALONG WITH MEDIATION UPDATE (1.0); REVIEWED BOYSCOUTS PLEADING TO ASSIST WITH PROPOSED STRATEGY (.5). | 1.50 | 600.00 |

| 04/05/21 MAM | B190 | A101 | PREPARE FOR (0.40) AND ATTEND WEEKLY STRATEGY MEETING (0.90); DISCUSSIONS REGARDING OPPOSITION TO MOTION TO COMPEL (0.40); REVISE AND EDIT THE SAME (4.00). | 5.70 | 2,280.00 |

| 04/05/21 SAO | B320 | A102 | REVIEW THE TORT CLAIMANTS COMMITTEE'S OBJECTION TO THE DEBTOR'S THIRD MOTION TO EXTEND EXCLUSIVITY IN THE BOY SCOUTS CASE TO ASSIST WITH MEDIATION PREPARATION. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   11
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/05/21 SAO   B190  A105   CONFERENCES WITH MS.                  .30        75.00
                           KINGSMILL REGARDING COMMENTS
                           TO OBJECTION TO MOTION TO
                           COMPEL (0.2); CONFERENCE WITH
                           MR. MINTZ REGARDING THE SAME
                           (0.1).

04/05/21 SAO   B110  A105   STRATEGY MEETING WITH MR.             .90       225.00
                           MINTZ, MR. VANCE, MS.
                           FUTRELL, AND MR. WEGMANN
                           REGARDING OBJECTION TO MOTION
                           TO COMPEL AND GLOBAL CASE
                           RESOLUTION ISSUES.

04/05/21 SAO   B190  A104   REVIEW DEFENDANT JACOB               .20        50.00
                           MCKEE'S IN FORMA PAUPERIS
                           AFFIDAVIT AND ANSWER FILED IN
                           THE DOLCE LAWSUIT.

04/05/21 SAO   B190  A104   ANALYZE FINANCIAL-RELATED          2.80       700.00
                           DOCUMENTS PRODUCED TO THE
                           TORT COMMITTEE IN FEBRUARY
                           2021 TO ASSIST WITH PREPARING
                           OBJECTION TO MOTION TO COMPEL.

04/05/21 SAO   B190  A103   BEGIN REVISING SECOND DRAFT        3.40       850.00
                           OF OBJECTION TO MOTION TO
                           COMPEL PER COMMENTS FROM MR.
                           MINTZ.

04/05/21 SAO   B110  A102   REVIEW BOY SCOUTS DOCKET FOR        .90       225.00
                           UPDATES REGARDING ESTIMATION
                           MOTION AND MOTION TO WITHDRAW
                           THE REFERENCE TO ASSIST WITH
                           MEDIATION PREPARATION.

04/06/21 EDW   B110  A104   CONTINUED REVIEW AND ANALYSIS       .90       270.00
                           OF ABUSE CLAIMS.

04/06/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL        .10        30.00
                           FROM CLIENT REGARDING
                           INSURANCE ISSUE.

04/06/21 EDW   B110  A107   REVIEWED COMMUNICATIONS WITH        .10        30.00
                           COMMITTEE COUNSEL REGARDING
                           DISCOVERY CONFERENCE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   12
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/06/21 | EDW | B110 | A104 | REVIEWED REVISED DRAFT OF MEMO OBJECTING TO TORT COMMITTEE'S MOTION TO COMPEL. | .90 | 270.00 |
|---|---|---|---|---|---|---|
| 04/06/21 | EJF | B320 | A104 | REVIEW ISSUES PLAN CONFIRMATION ISSUES; | 2.80 | 1,372.00 |
| 04/06/21 | JJL | B190 | A104 | ANALYZE EMERGENT ISSUE REGARDING INSURER OF ARCHDIOCESE OF NEW ORLEANS | 1.40 | 420.00 |
| 04/06/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED REVISED DRAFT OF OBJECTION TO MOTION TO COMPEL. | .40 | 196.00 |
| 04/06/21 | RPV | B110 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SUBPOENA TO CAPTIVE AND MEDIATORS (0.20). | .30 | 147.00 |
| 04/06/21 | RPV | B190 | A105 | EMAIL FROM MR. BOLDISSAR REGARDING MEDIATORS (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .40 | 196.00 |
| 04/06/21 | RPV | B310 | A105 | EMAILS TO AND FROM MS. FUTRELL AND COUNSEL REGARDING BEDIVERE LIQUIDATION. | .10 | 49.00 |
| 04/06/21 | RPV | B310 | A105 | REVIEWED CORRESPONDENCE REGARDING BEDIVERE LIQUIDATION (0.30) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.40). | .70 | 343.00 |
| 04/06/21 | RPV | B310 | A106 | EMAIL FROM CLIENT REGARDING BEDIVERE LIQUIDATION. | .10 | 49.00 |
| 04/06/21 | RPV | B190 | A108 | EMAILS FROM AND TO COUNSEL REGARDING DOCUMENT REQUEST. | .20 | 98.00 |
| 04/06/21 | RPV | B210 | A104 | DEALT WITH AND ADDRESSED LEGISLATIVE ISSUES (0.30) AND COMMUNICATED TO CLIENT AND TEAM REGARDING SAME (0.20). | .50 | 245.00 |
| 04/06/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING CLAIMS VALUATION ISSUES. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   13
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/06/21 | WGZ | B410 | A104 | STRATEGY REGARDING CLAIM VALUATION. | .60 | 180.00 |
| 04/06/21 | JPG | B250 | A108 | EMAIL WITH MR. JUSTICE ON REMAINING VALUATIONS. | .10 | 40.00 |
| 04/06/21 | LFA | B110 | A106 | CORRESPONDENCE WITH MS OPPENHEIM REGARDING REVISED DRAFT - OBJECTION TO MOTION TO COMPEL. | .10 | 40.00 |
| 04/06/21 | MAM | B190 | A101 | WORK ON OPPOSITION TO MOTION TO COMPEL | 1.50 | 600.00 |
| 04/06/21 | AK | B310 | A102 | ANALYZED DISCOVERY ORDERS ENTERED BY BANKRUPTCY COURT IN ORDER TO PREPARED OBJECTION TO MOTION TO COMPEL. | .70 | 175.00 |
| 04/06/21 | SAO | B190 | A103 | CONTINUE REVISING SECOND DRAFT OF OBJECTION TO MOTION TO COMPEL PER COMMENTS FROM MR. MINTZ (3.8); REVISE THE SAME PER COMMENTS FROM MR. WEGMANN (1.1). | 4.90 | 1,225.00 |
| 04/06/21 | SAO | B110 | A104 | ASSIST CLIENT WITH VOTING BALLOT IN CONNECTION WITH THE IOI PAYROLL PROCESSING CLAIMS. | 1.70 | 425.00 |
| 04/06/21 | SAO | B310 | A105 | CALL WITH MR. MINTZ REGARDING PRESCRIPTION ISSUES FOR OPPOSITION TO MOTION TO COMPEL. | .30 | 75.00 |
| 04/06/21 | SAO | B190 | A103 | REVISE CHART OF RULE 2004 REQUESTS AND OBJECTIONS. | .40 | 100.00 |
| 04/06/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN FORWARDING MEMORANDUM CONCERNING EXAMINATION OF MATERIALS RECEIVED FROM CLIENT. | .10 | 17.00 |
| 04/06/21 | GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING ACCESS TO PROTECTED NETWORK FOLDERS AND HANDLING OF MEDIA RECEIVED FROM CLIENT. | .20 | 34.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   14
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/06/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING MATERIALS MATERIALS FROM CLIENT VIA EMAIL AND ACCESS TO ADDITIONAL PREVIOUSLY PROVIDED MATERIALS AND PENDING TASKS. | .30 | 51.00 |
| 04/06/21 GMS | B190 | A105 | REVIEW AND FINALIZE DRAFT MEMORANDUM CONCERNING MATERIALS FROM CLIENT AND DATA REPRESENTED. | .40 | 68.00 |
| 04/06/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. SMITH REQUESTING CROSS REFERENCE LIST OF CLAIMS BATES TO ORIGINAL FILENAMES FOR CROSS REFERENCE. | .10 | 17.00 |
| 04/06/21 GMS | B190 | A103 | REVISE MASTER LIST OF SETTLEMENTS WITH INFORMATION CONCERNING CONFIDENTIALITY. | 1.60 | 272.00 |
| 04/06/21 GMS | B190 | A104 | REVIEW SETTLEMENT DOCUMENTS FOR INFORMATION CONCERNING CONFIDENTIALITY. | 1.60 | 272.00 |
| 04/07/21 EDW | B110 | A104 | CONTINUED WORK ON REVIEW AND ANALYSIS OF ABUSE PROOFS OF CLAIM. | .90 | 270.00 |
| 04/07/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE CLAIMS ISSUES. | .10 | 30.00 |
| 04/07/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING ABUSE CLAIMS. | .10 | 30.00 |
| 04/07/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 04/07/21 EJF | B320 | A103 | DRAFT AND REVISE MEMO RE INSOLVENT INSURERS; | .80 | 392.00 |
| 04/07/21 EJF | B320 | A104 | REVIEW ISSUES RELATED TO INSOLVENT INSURERS FOR PLAN; | 1.10 | 539.00 |
| 04/07/21 JJL | B190 | A104 | ASSESS BEVIDERE INSURANCE ISSUES | 1.20 | 360.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  15
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/07/21 | JRB | B110 | A105 | CALL WITH M. MINTZ RE BEVIDERE INSURANCE COMPANY BEING PLACED INTO STATE LIQUIDATION PROCEEDINGS AND STRATEGY WITH REGARD TO SAME. | .50 | 200.00 |
| 04/07/21 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ AND MS. FUTRELL REGARDING BEDIVERE LIQUIDATION (0.20) AND TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING SAME (0.60). | .80 | 392.00 |
| 04/07/21 | RPV | B310 | A106 | EMAIL FROM CLIENT REGARDING COMMUNITICATIONS TO RELIGIOUS COMMUNITIES . | .30 | 147.00 |
| 04/07/21 | RPV | B310 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING INSURANCE LIQUIDATION ISSUES | .80 | 392.00 |
| 04/07/21 | RPV | B110 | A103 | DRAFTING AND REVISING AGENDA FOR MEETING WITH CLIENT AND TEAM | .50 | 245.00 |
| 04/07/21 | RPV | B110 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION AND STRATEGY MEETING AGENDA | .50 | 245.00 |
| 04/07/21 | RPV | B310 | A105 | EMAILS FROM/TO MS. FUTRELL AND MR. MINTZ REGARDING CLAIM DEFENSES | .40 | 196.00 |
| 04/07/21 | WGZ | B410 | A106 | EMAILS WITH CLIENT REGARDING CLAIMS EVALUATION ISSUES. | .40 | 120.00 |
| 04/07/21 | WGZ | B410 | A104 | STRATEGY REGARDING INSURANCE ISSUES. | .50 | 150.00 |
| 04/07/21 | MAM | B190 | A101 | RESEARCH ON PRESCRIPTION FOR OPPOSITON TO MOTION TO COMPEL (3.9) RESEARCH ON PEREMPTION FOR SAME (0.5). | 4.40 | 1,760.00 |
| 04/07/21 | MAM | B190 | A101 | PREPARE FOR (2.40) AND ATTEND CALL WITH MR. BOLDISSAR REGARDING BAR DATE ISSUES AND ISSUES RELATED TO REAL ESTATE (0.80); CONFERENCE WITH | 3.60 | 1,440.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  16
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|              |     |      |      | CLIENT REGARDING THE SAME (0.40). |      |        |
|--------------|-----|------|------|-----------------------------------|------|--------|
| 04/07/21 SAO | B190 | A102 | ANALYZE RULE 2004 MOTION FILED IN THE DIOCESE OF ROCKVILLE CENTRE CASE TO ASSIST WITH OPPOSING THE TORT COMMITTEE'S MOTION TO COMPEL. | .40 | 100.00 |
| 04/07/21 SAO | B320 | A102 | REVIEW DOCKETS OF THE ARCHBISHOP OF AGANA, BOY SCOUTS OF AMERICA, DIOCESE OF CAMDEN, AND DIOCESE OF SYRACUSE BANKRUPTCY CASES FOR PLAN UPDATES TO ASSIST WITH PREPARING FOR MEDIATION. | .60 | 150.00 |
| 04/07/21 SAO | B110 | A104 | ASSIST CLIENT WITH VOTING BALLOT IN CONNECTION WITH THE IOI PAYROLL PROCESSING CLAIMS. | 2.90 | 725.00 |
| 04/07/21 SAO | B190 | A108 | CALL FROM COUNSEL FOR MUTUAL OF OMAHA INSURANCE COMPANY REGARDING THE DOLCE LAWSUIT (0.2); EMAIL CORRESPONDENCES REGARDING THE SAME (0.7). | .90 | 225.00 |
| 04/07/21 SAO | B110 | A105 | CALL WITH MR. MINTZ TO DISCUSS RESEARCH QUESTIONS REGARDING BEDIVERE INSURANCE COMPANY'S LIQUIDATION. | .30 | 75.00 |
| 04/07/21 SAO | B190 | A103 | RECONFIGURE CHART OF RULE 2004 REQUESTS PER COMMENTS FROM MR. MINTZ. | 1.50 | 375.00 |
| 04/07/21 GMS | B190 | A104 | REVIEW PROOFS OF CLAIM. | 2.90 | 493.00 |
| 04/07/21 GMS | B190 | A103 | REVISIONS TO CLIENT SA CLAIMS SPREADSHEET TO SUPPLEMENT COLUMNS FOR DATA ENTRY AND ENTER PERTINENT DATA FROM CLAIM SUBMISSIONS. | 3.20 | 544.00 |
| 04/08/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING AGENDA FOR MEETING. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   17
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/08/21 EDW   B110  A104   CONTINUED REVIEW AND ANALYSIS      .80        240.00
                           OF ABUSE PROOFS OF CLAIM.

04/08/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL       .20         60.00
                           FROM CLIENT REGARDING MOTION
                           TO COMPEL ISSUES.

04/08/21 EDW   B110  A104   REVIEWED DOLCE OPPOSITION TO       .20         60.00
                           MOTION FOR VIOLATION OF THE
                           STAY.

04/08/21 EDW   B110  A104   FINAL REVIEW OF OBJECTION TO       .30         90.00
                           MOTION TO COMPEL.

04/08/21 RPV   B190  A104   RECEIVED AND REVIEWED LIMITED      .40        196.00
                           RESPONSE CONCERNING MOTION
                           FOR RELIEF FOR WILLFUL
                           VIOLATION OF AUTOMATIC STAY
                           FILED BY OFFICIAL COMMITTEE
                           OF UNSECURED CREDITORS (0.20)
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME
                           (0.20).

04/08/21 RPV   B190  A104   RECEIVED AND REVIEWED REVISED      .50        245.00
                           OPPOSITION TO THE MOTION TO
                           COMPEL (0.20) AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME (0.30).

04/08/21 RPV   B190  A104   RECEIVED AND REVIEWED             .50        245.00
                           OPPOSITION TO THE MOTION FOR
                           SANCTIONS FILED BY DOLCE
                           (0.20) AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           (0.30).

04/08/21 RPV   B110  A104   RECEIVED AND REVIEWED             .60        294.00
                           AGREEMENTS (0.30) AND OFFICE
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING SAME (0.30).

04/08/21 RPV   B110  A104   EMAIL FROM AND TO (0.30) AND       .80        392.00
                           OFFICE CONFERENCE WITH MS.
                           FUTRELL REGARDING BEDIVERE
                           LIQUIDATION (0.50).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  18
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/08/21 RPV  B130  A105  EMAIL FROM (0.10) AND OFFICE           .30       147.00
                          CONFERENCE WITH MR. MINTZ
                          REGARDING ST. ELIZABETH SALE
                          (0.20).

04/08/21 WGZ  B410  A104  ANALYSIS OF EDITS TO                   .40       120.00
                          OPPOSITION TO MOTION TO
                          COMPEL.

04/08/21 WGZ  B410  A106  EMAILS WITH CLIENT REGARDING           .50       150.00
                          OPPOSITION MEMORANDUM.

04/08/21 WGZ  B410  A106  CONFERENCE WITH CLIENT                 .50       150.00
                          REGARDING STRATEGY FOR
                          OPPOSITION.

04/08/21 JPG  B250  A105  PHONE CALL WITH MR. MINTZ ON           .30       120.00
                          OWNERSHIP OF PROPERTIES.

04/08/21 LFA  B110  A106  CORRESPONDENCE WITH MR. LOGAN          .90       360.00
                          REGARDING INQUIRY FROM
                          COUNSEL FOR THE OFFICIAL
                          COMMITTEE OF UNSECURED
                          COMMERCIAL CREDITORS (.3);
                          WITH MS. GEORGE, UST,
                          REGARDING ARCHDIOCESE OF NO -
                          20-10846 - JONES WALKER FEE
                          APPLICATION (.4); WITH MS.
                          OPPENHEIM REGARDING REVISED
                          DRAFT - OBJECTION TO MOTION
                          TO COMPEL (.2).

04/08/21 MAM  B190  A101  FINALIZE AND FILE OPPOSITION          7.10     2,840.00
                          TO MOTION TO COMPEL (3.50);
                          RECEIPT AND REVIEW OF
                          OPPOSITIONS TO MOTIONS FOR
                          SANCTIONS (3.00); CONFERENCES
                          AND CORRESPONDENCE WITH
                          CLIENT REGARDING THE SAME
                          (0.60).

04/08/21 SAO  B190  A103  CONTINUE REVISING CHART OF            .50       125.00
                          RULE 2004 REQUESTS.

04/08/21 SAO  B190  A103  REVISE OBJECTION TO MOTION TO         2.70       675.00
                          COMPEL PER COMMENTS FROM THE
                          CLIENT (0.8); FINALIZE THE
                          SAME (1.9).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  19
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/08/21 SAO   B190  A104   REVIEW OPPOSITION TO STAY               .20         50.00
                            VIOLATION MOTION.

04/08/21 SAO   B110  A103   DRAFT NOTICE OF AGENDA OF               .70        175.00
                            MATTERS SCHEDULED FOR OMNIBUS
                            HEARING ON APRIL 15, 2021.

04/08/21 SAO   B190  A111   FILE OBJECTION TO THE TORT              .30         75.00
                            COMMITTEE'S MOTION TO COMPEL
                            (0.2); COORDINATE SERVICE OF
                            THE SAME WITH CLAIMS AND
                            NOTICING AGENT (0.1).

04/08/21 GMS   B190  A104   EXAMINE SETTLEMENT DOCUMENTS          1.50        255.00
                            AND PROOFS OF CLAIMS IN
                            CONJUNCTION WITH SPREADSHEET
                            UPDATES.

04/08/21 GMS   B190  A103   REVISIONS TO SETTLEMENT                .00          .00
                            MASTER LIST AND CLAIMS
                            TRACKING SPREADSHEET AND RUN
                            DATA FILTERS TO IDENTIFY
                            DUPLICATES.

04/09/21 EDW   B110  A104   CONTINUED REVIEW AND ANALYSIS        1.50        450.00
                            OF ABUSE PROOFS OF CLAIM.

04/09/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL           .10         30.00
                            FROM CLIENT REGARDING ABUSE
                            CLAIMS.

04/09/21 EJF   B110  A105   REVIEWED MEMO FROM CLIENT.             .10         49.00

04/09/21 EJF   B120  A104   REVIEWED FILED PLEADINGS AND         3.80      1,862.00
                            ASSOCIATED DOCUMENTS.

04/09/21 RPV   B310  A106   EMAIL FROM AND TELEPHONE               .00          .00
                            CONVERSATION WITH CLIENT
                            REGARDING CLAIMS ISSUES.

04/09/21 RPV   B310  A105   EMAIL FROM MR. WEGMANN                 .00          .00
                            REGARDING CLAIMS ISSUES.

04/09/21 RPV   B110  A106   EMAIL FROM (0.20) AND                  .50        245.00
                            TELEPHONE CONVERSATION WITH
                            CLIENT REGARDING ACCOUNTING
                            ISSUES (0.30).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   20
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/09/21 | RPV | B190 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING OPPOSITION TO MOTION TO COMPEL | .30 | 147.00 |
| 04/09/21 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION ISSUES | .50 | 245.00 |
| 04/09/21 | RPV | B110 | A105 | OFFICE CONFERENCES WITH MS. FUTRELL AND MR. MINTZ REGARDING ACCOUNTING ISSUES. | .70 | 343.00 |
| 04/09/21 | BTW | B210 | A104 | REVIEW AGREEMENTS. | .50 | 200.00 |
| 04/09/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MSES. LOWRANCE AND MCCAFFREY REGARDING ARCHDIOCESE OF NEW ORLEANS - MONTHLY FEE STATEMENT (.4); WITH MSES. KINGSMILL AND OPPENHEIM AND THE CLIENT REGARDING REVISED DRAFT - OBJECTION TO MOTION TO COMPEL (.4). | .80 | 320.00 |
| 04/09/21 | MAM | B190 | A101 | REVIEWING FILED PLEADINGS (0.80); CORRESPONDENCE WITH CLIENT REGARDING THE SAME (0.40). | 1.20 | 480.00 |
| 04/09/21 | SAO | B190 | A104 | REVIEW THE TORT COMMITTEE'S LIMITED RESPONSE TO THE STAY VIOLATION MOTION. | .10 | 25.00 |
| 04/09/21 | SAO | B110 | A102 | REVIEW DOCKETS OF THE DIOCESE OF ROCKVILLE-CENTRE AND BOY SCOUTS CHAPTER 11 CASES TO ASSIST WITH MEDIATION PREPARATION. | .60 | 150.00 |
| 04/09/21 | SAO | B190 | A103 | PREPARE DEMONSTRATIVE FOR HEARING ON THE TORT COMMITTEE'S MOTION TO COMPEL. | 3.90 | 975.00 |
| 04/09/21 | SAO | B190 | A103 | BEGIN DRAFTING TALKING POINTS FOR OMNIBUS HEARING ON APRIL 15, 2021. | 2.40 | 600.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  21
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/09/21 | GMS | B190 | A104 | REVIEW PROOFS OF CLAIM IN CONJUNCTION WITH REVISIONS / UPDATES TO CLAIMS CHART AND COMPARISON TO UPDATED CHART RECEIVED FROM CLIENT. | 1.10 | 187.00 |
| 04/09/21 | GMS | B190 | A103 | REVISE CLAIMS CHART IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM AND COMPARISON TO MOST RECENT UPDATED CHART FROM CLIENT. | 1.00 | 170.00 |
| 04/09/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING REVIEW OF PROOFS OF CLAIM AND UPDATED CHART RECEIVED FROM CLIENT. | .20 | 34.00 |
| 04/10/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING MOTION TO COMPEL AND OUTSTANDING DISCOVERY. | .80 | 240.00 |
| 04/10/21 | GMS | B190 | A104 | REVIEW PROOFS OF CLAIMS IN CONJUNCTION WITH UPDATES/ REVISIONS TO CLAIMS CHART AND COMPARISON OF SAME TO UPDATED CHART RECEIVED FROM CLIENT. | 1.00 | 170.00 |
| 04/10/21 | GMS | B190 | A103 | REVISIONS / UPDATES TO POC CLAIMS CHART IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM AND COMPARISON TO MOST RECENT CHART RECEIVED FROM CLIENT. | 1.10 | 187.00 |
| 04/11/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING PENDING MOTIONS AND SCHEDULE FOR ISSUES OUTSTANDING. | .00 | .00 |
| 04/11/21 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING UPCOMING DEADLINES AND MEETING AGENDA. | .10 | 49.00 |
| 04/11/21 | WGZ | B410 | A101 | PREPARE FOR MEETINGS WITH JW TEAM REGARDING STRATEGY. | .50 | 150.00 |
| 04/11/21 | WGZ | B410 | A104 | CONTINUED ANALYSIS AND STRATEGY REGARDING ISSUES IN COMMITTEE'S MOTION TO COMPEL AND DEBTOR'S OBJECTIONS. | .90 | 270.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   22
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/11/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MR. MINTZ REGARDING UPDATES FOR WEEK OF APRIL 12 AND AGENDA FOR MEETING. | .20 | 80.00 |
|---|---|---|---|---|---|---|
| 04/11/21 | MAM | B190 | A101 | CORREPONDENCE WITH CLIENT REGARDING UPCOMING HEARINGS | 1.00 | 400.00 |
| 04/11/21 | SAO | B190 | A103 | CONTINUE PREPARING TALKING POINTS FOR OMNIBUS HEARING ON APRIL 15, 2021. | 2.60 | 650.00 |
| 04/11/21 | SAO | B190 | A103 | CONTINUE PREPARING DEMONSTRATIVE FOR HEARING ON THE TORT COMMITTEE'S MOTION TO COMPEL. | 1.70 | 425.00 |
| 04/12/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ABUSE DISCOVERY. | .10 | 30.00 |
| 04/12/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING OBJECTIONS TO ABUSE COMMITTEE'S MOTION TO COMPEL AND ISSUES REGARDING SPECIFIC DOCUMENT REQUESTS. | 2.30 | 690.00 |
| 04/12/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 04/12/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. MURRAY REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 04/12/21 | EJF | B320 | A103 | REVIEW DOCUMENTS RELATED TO PLAN (1.80); WORK ON PLAN RELATED DOCUMENTS (3.0). | 4.80 | 2,352.00 |
| 04/12/21 | JRT | B190 | A109 | ATTEND STRATEGY MEETING ON ABUSE DISCOVERY AND OTHER ISSUES (0.80) AND ATTEND HEARING ON SAME (0.50). | 1.30 | 390.00 |
| 04/12/21 | JRT | B190 | A101 | WORK ON PREPARING FOR ORAL ARGUMENT ON ABUSE DISCOVERY. | 1.70 | 510.00 |
| 04/12/21 | RPV | B110 | A104 | EMAILS FROM COUNSEL AND CLIENT REGARDING AGENDA ITEMS. | .20 | 98.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   23
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/12/21 RPV   B160  A104   RECEIVED AND REVIEWED UCC          .30       147.00
                           APPLICATION TO EMPLOY STEWART
                           ROBBINS BROWN & ALTAZAN AND
                           NOTICE OF HEARING.

04/12/21 RPV   B110  A106   EMAIL FROM AND TELEPHONE           .60       294.00
                           CONVERSATION WITH CLIENT
                           REGARDING LATEST UPDATES TO
                           OUTSTANDING MATTERS.

04/12/21 RPV   B190  A108   CALL WITH MR. KUEBEL               .50       245.00
                           REGARDING MEDIATORS AND
                           MEDIATION PROCESS

04/12/21 RPV   B190  A104   WORKED ON MEDIATION AND          1.50       735.00
                           MEDIATOR ISSUES

04/12/21 WGZ   B410  A101   PREPARE FOR INTERNAL STRATEGY      .70       210.00
                           MEETING.

04/12/21 WGZ   B410  A109   ATTEND INTERNAL STRATEGY         1.20       360.00
                           MEETING WITH BANKRUPTCY TEAM
                           AND LITIGATION TEAM.

04/12/21 WGZ   B410  A101   PREPARE FOR MEETING WITH           .60       180.00
                           CLIENT TO DISCUSS STRATEGY.

04/12/21 WGZ   B410  A104   ANALYSIS OF DISCOVERY ISSUES.      .60       180.00

04/12/21 LFA   B110  A106   MEETING WITH MR. MINTZ AND       1.20       480.00
                           MR. VANCE REGARDING DISCOVERY
                           AND MEDIATION PROCESS (1.0);
                           CORRESPONDED WITH CLIENT
                           REGARDING UPDATES FOR WEEK OF
                           APRIL 12 (0.10); WITH MS
                           MCCAFFREY REGARDING BLANK
                           ROME SIXTH MONTHLY FEE
                           STATEMENT (0.10).

04/12/21 MAM   B190  A101   ATTEND (1.30) AND PREPARE FOR    4.20     1,680.00
                           QEEKLY STRATEGY MEETING
                           (2.90).

04/12/21 CVM   B160  A103   DRAFTED BLANK ROME'S SIXTH         .40       100.00
                           MONTHLY FEE STATEMENT

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  24
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/12/21 SAO   B170  A104   REVIEW APPLICATION TO EMPLOY        .40        100.00
                           SRBA AS COUNSEL TO THE
                           OFFICIAL COMMITTEE OF
                           UNSECURED COMMERCIAL
                           CREDITORS.

04/12/21 SAO   B110  A102   ANALYZE THE LOUISIANA             2.40        600.00
                           INSURANCE GUARANTY
                           ASSOCIATION LAW TO ASSIST
                           WITH RESEARCH REGARDING
                           BEDIVERE INSURANCE COMPANY'S
                           LIQUIDATION.

04/12/21 SAO   B110  A102   REVIEW LOUISIANA INSURANCE        1.60        400.00
                           GUARANTY ASSOCIATION'S
                           WEBSITE TO ASSIST WITH
                           CONDUCTING RESEARCH REGARDING
                           BEDIVERE INSURANCE COMPANY'S
                           LIQUIDATION (0.9); REVIEW THE
                           LOUISIANA DEPARTMENT OF
                           INSURANCE'S WEBSITE TO ASSIST
                           WITH THE SAME (0.7).

04/12/21 SAO   B110  A102   ANALYZE INFORMATION PROVIDED      1.40        350.00
                           ON BEDIVERE INSURANCE
                           COMPANY'S LIQUIDATION WEBSITE
                           TO ASSIST WITH RESEARCH
                           REGARDING LIQUIDATION
                           PROCEEDING.

04/12/21 SAO   B110  A106   PREPARE FOR CALL WITH THE          .60        150.00
                           CLIENT REGARDING IOI VOTING
                           BALLOT (0.4); CALLS WITH THE
                           CLIENT REGARDING THE SAME
                           (0.2).

04/12/21 SAO   B110  A103   CONTINUE PREPARING NOTICE OF       .50        125.00
                           AGENDA FOR APRIL 15, 2021
                           OMNIBUS HEARING.

04/12/21 GMS   B190  A104   CONTINUE REVIEW OF PROOFS OF      5.30        901.00
                           CLAIM (3.80) AND COMPARISON
                           OF DETAIL AGAINST CLIENT'S
                           UPDATED CHART IN CONJUNCTION
                           WITH UPDATES TO CLAIMS MASTER
                           CHART MAINTAINED BY JONES
                           WALKER (1.50).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   25
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/13/21 EDW    B110   A106   MEETING WITH CLIENT REGARDING        3.50      1,050.00
                              ISSUES AND STRATEGY.

04/13/21 EDW    B110   A104   WORKED ON MOTION TO COMPEL           1.50        450.00
                              ISSUES.

04/13/21 EDW    B110   A107   E-MAIL TO MR. CAINE REGARDING         .10         30.00
                              TELEPHONE CONFERENCE TO
                              DISCUSS MOTION TO COMPEL
                              ISSUES.

04/13/21 EDW    B110   A107   MULTIPLE EMAILS TO AND FROM           .20         60.00
                              COUNSEL REGARDING SCHEDULING
                              TELEPHONE CONFERENCE.

04/13/21 EDW    B110   A104   RECEIVED AND REVIEWED                 .80        240.00
                              COMMITTEE'S REPLY MEMO IN
                              SUPPORT OF MOTION TO COMPEL.

04/13/21 EJF    B110   A106   ATTEND MEETING WITH CLIENT           3.00      1,470.00
                              REGARDING DISCOVERY ISSUES.

04/13/21 JRT    B190   A109   ATTEND MEETING WITH CLIENTS         2.50        750.00
                              REGARDING OVERALL STRATEGY.

04/13/21 JRT    B190   A101   WORK ON ISSUES IN PREPARATION       1.50        450.00
                              FOR HEARING.

04/13/21 RPV    B190   A106   MEETING WITH CLIENT, COUNSEL        3.50      1,715.00
                              AND JW TEAM REGARDING
                              MULTIPLE MATTERS AND ISSUES
                              INCLUDING DOCUMENT
                              PRODUCTION, MEDIATION,
                              INSURANCE, CLAIMS REVIEW AND
                              PLAN ISSUES

04/13/21 RPV    B190   A104   PREPARING FOR MEETING WITH           .70        343.00
                              CLIENT, COUNSEL AND JW TEAM
                              REGARDING MULTIPLE MATTERS
                              AND ISSUES INCLUDING DOCUMENT
                              PRODUCTION, MEDIATION,
                              INSURANCE, CLAIMS REVIEW AND
                              PLAN ISSUES

04/13/21 RPV    B190   A106   TELEPHONE CONVERSATION WITH          .40        196.00
                              CLIENT AND MR. MINTZ
                              REGARDING DOCUMENT PRODUCTION
                              ISSUES

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE  26
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Timekeeper | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 04/13/21 | RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING FOLLOW UP ISSUES REGARDING DOCUMENT PRODUCTION | .30 | 147.00 |
| 04/13/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED REPLY TO DEBTOR'S OPPOSITION TO THE COMMITTEE'S MOTION TO COMPEL DEBTOR'S (1) PRODUCTION OF DOCUMENTS, AND (2) PRIVILEGE LOG, TO THE EXTENT NECESSARY, RELATED TO RULE 2004 ORDER FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 04/13/21 | RPV | B190 | A108 | EMAILS FROM MR. WEGMANN AND MR. CAINE REGARDING RULE 2004 DOCUMENT REQUESTS. | .20 | 98.00 |
| 04/13/21 | RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING EXPERT ISSUES | .10 | 49.00 |
| 04/13/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING WITH CLIENT. | .80 | 240.00 |
| 04/13/21 | WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH CLIENTS. | 3.00 | 900.00 |
| 04/13/21 | WGZ | B410 | A105 | POST-MEETING CONFERENCES WITH JW TEAM REGARDING DISCOVERY ISSUES. | .50 | 150.00 |
| 04/13/21 | WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING DISCOVERY ISSUES. | .60 | 180.00 |
| 04/13/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING PROPOSED ORDERS ON SECOND INTERIM FEE APPLICATIONS. | .50 | 200.00 |
| 04/13/21 | MAM | B190 | A101 | PREPARE FOR (2.20) AND ATTEND MEETING AT CLIENT SITE REGARDING DISCOVERY ISSUES (3.00); WORK ON CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING THE SAME (0.80); COMMUNICATIONS WITH | 7.10 | 2,840.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   27
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|            |     |      |      |                                                                                                              |      |        |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------------|------|--------|
|            |     |      |      | TEAM REGARDING THE SAME (1.10)..                                                                              |      |        |
| 04/13/21   | CVM | B160 | A101 | PREPARED TO SUBMIT BLANK ROME AND CRI'S PROPOSED ORDERS TO THE COURT FOR SECOND INTERIM FEE APPLICATIONS.     | .10  | 25.00  |
| 04/13/21   | CVM | B160 | A104 | REVIEWED DOCKET FOR STATUS ON JONES WALKER'S SECOND INTERIM FEE APPLICATION (0.10) AND COMMUNICATIONS REGARDING SAME (0.10). | .20  | 50.00  |
| 04/13/21   | CVM | B160 | A108 | CORRESPONDENCE WITH CARR RIGGS AND INGRAM REGARDING SIXTH MONTHLY FEE STATEMENT.                              | .10  | 25.00  |
| 04/13/21   | CVM | B160 | A111 | SUBMITTED PROPOSED ORDERS ON SECOND INTERIM FEE APPLICATIONS TO COURT (0.20) AND COMMUNICATIONS REGARDING SAME (0.10). | .30  | 75.00  |
| 04/13/21   | SAO | B160 | A104 | REVIEW MEMO TO RECORD OF HEARING SCHEDULED FOR 4/15/2021.                                                     | .10  | 25.00  |
| 04/13/21   | SAO | B160 | A105 | CALL WITH MS. MCCAFFREY REGARDING SUBMISSION OF ORDERS APPROVING THE SECOND INTERIM FEE APPLICATIONS OF BLANK ROME, CRI, AND JONES WALKER. | .10  | 25.00  |
| 04/13/21   | SAO | B190 | A101 | GATHER PLEADINGS AND DOCUMENTS FOR MR. TILLERY'S REVIEW TO PREPARE FOR HEARING ON THE MOTION TO COMPEL.       | 1.10 | 275.00 |
| 04/13/21   | SAO | B110 | A102 | ANALYZE SECONDARY SOURCES AND CASE LAW CONSTRUING THE LOUISIANA INSURANCE GUARANTY ASSOCIATION LAW TO ASSIST WITH RESEARCH REGARDING BEDIVERE INSURANCE COMPANY'S LIQUIDATION. | 3.50 | 875.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   28
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/13/21 SAO   B110  A102   ANALYZE PENNSYLVANIA                    2.10        525.00
                            INSURANCE CODE PROVISIONS
                            REGARDING LIQUIDATION
                            PROCEEDINGS TO ASSIST WITH
                            RESEARCH REGARDING BEDIVERE
                            INSURANCE COMPANY'S
                            LIQUIDATION (1.4); ANALYZE
                            CASE LAW CONSTRUING THE SAME
                            (0.7).

04/13/21 SAO   B110  A102   RESEARCH RE: JURISDICTIONAL              .80        200.00
                            ISSUES IMPLICATED BY BEDIVERE
                            INSURANCE COMPANY'S
                            LIQUIDATION.

04/13/21 SAO   B190  A104   REVIEW THE REPLY OF THE TORT             .30         75.00
                            COMMITTEE TO THE DEBTOR'S
                            OPPOSITION TO THE MOTION TO
                            COMPEL.

04/13/21 GMS   B190  A104   REVIEW PROOFS OF CLAIM IN               2.40        408.00
                            CONJUNCTION WITH REVISIONS TO
                            CLAIMS DETAIL CHART.

04/13/21 GMS   B190  A103   REVISE CLAIMS DETAIL CHART IN           2.40        408.00
                            CONJUNCTION WITH REVIEW OF
                            PROOFS OF CLAIM SUBMITTED FOR
                            SEXUAL ABUSE.

04/14/21 EDW   B110  A101   PREPARING FOR CONFERENCE WITH            .50        150.00
                            COUNSEL FOR THE COMMITTEE.

04/14/21 EDW   B110  A109   TELEPHONE CONFERENCE WITH               .80        240.00
                            COUNSEL FOR COMMITTEE
                            REGARDING MOTION TO COMPEL
                            ISSUES.

04/14/21 EDW   B110  A104   CONTINUED REVIEW REGARDING             2.50        750.00
                            ISSUES INVOLVING MOTION TO
                            COMPEL AND PREPARING FOR
                            HEARING IF NECESSARY.

04/14/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL            .10         30.00
                            FROM MR. CAINE REGARDING
                            TELEPHONE CONFERENCE TO
                            DISCUSS MOTION TO COMPEL
                            ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   29
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/14/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING INSURANCE AND ABUSE ISSUES. | .10 | 30.00 |
| 04/14/21 EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING INSURANCE AND ABUSE ISSUES. | .20 | 60.00 |
| 04/14/21 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. CAINE AND MR. BOLDISSAR REGARDING ATTEMPTS TO COMPROMISE MOTION TO COMPEL ISSUES. | 1.00 | 300.00 |
| 04/14/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. BOLDISSAR REGARDING MOTION TO COMPEL ISSUES. | .10 | 30.00 |
| 04/14/21 EDW | B110 | A106 | E-MAIL TO AND E-MAIL FROM MR. MURRAY REGARDING INSURANCE ISSUES. | .30 | 90.00 |
| 04/14/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING STATUS AND ISSUES REGARDING MOTION TO COMPEL DISCUSSIONS. | .10 | 30.00 |
| 04/14/21 EDW | B110 | A106 | SECOND E-MAIL TO CLIENT REGARDING STATUS REGARDING MOTION TO COMPEL. | .10 | 30.00 |
| 04/14/21 EJF | B320 | A103 | REVIEW CLAIMS ISSUES RELATED TO PLAN; | 3.60 | 1,764.00 |
| 04/14/21 JRT | B190 | A101 | STUDY ISSUES TO PREPARE FOR HEARING WITH JUDGE ON ABUSE DISCOVERY. | 1.30 | 390.00 |
| 04/14/21 RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING CONTINUING MOTION TO COMPEL HEARING AND TALKS WITH OPPOSING COUNSEL (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 04/14/21 RPV | B160 | A104 | RECEIVED AND REVIEWED ORDER APPROVING SECOND INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  30
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| | | | COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021 (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | | |
| 04/14/21 | RPV | B160 | A104 | RECEIVED AND REVIEWED ORDER APPROVING SECOND INTERIM APPLICATION OF CARR, RIGGS & INGRAM, LLC, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD NOVEMBER 20, 2020 THROUGH FEBRUARY 25, 2021. | .10 | 49.00 |
| 04/14/21 | RPV | B160 | A104 | RECEIVED AND REVIEWED ORDER APPROVING SECOND INTERIM APPLICATION OF BLANK ROME LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS SPECIAL INSURANCE COUNSEL TO THE DEBTOR, FOR THE PERIOD OCTOBER 1, 2020 THROUGH JANUARY 31, 2021. | .10 | 49.00 |
| 04/14/21 | RPV | B110 | A106 | EMAILS REGARDING MEDIATORS (0.40) AND TELEPHONE CONVERSATION WITH CLIENT REGARDING SAME (0.10). | .50 | 245.00 |
| 04/14/21 | RPV | B110 | A106 | EMAILS FROM AND TO CLIENT AND COUNSEL REGARDING REPRESENTATION ISSUES REGARDING OTHER ENTITIES | .00 | .00 |
| 04/14/21 | RPV | B320 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MS. FUTRELL REGARDING BOY SCOUTS OF AMERICA PLAN OF REORGANIZATION (0.40). | .50 | 245.00 |
| 04/14/21 | BTW | B210 | A104 | REVIEW AGREEMENTS. | .30 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  31
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/14/21 | MAM | B190 | A101 | WORK ON MOTION TO COMPEL SETTLEMENTS (3.70); CALLS WITH TEAMS AND OPPOSING COUNSEL REGARDING THE SAME (1.30); WORK ON MOTION FOR SANCTIONS (3.90); COMMUNICATIONS REGARDING THE SAME (0.90). | 9.80 | 3,920.00 |
| 04/14/21 | CVM | B160 | A103 | BEGAN DRAFTING JONES WALKER'S SIXTH MONTHLY FEE STATEMENT. | .20 | 50.00 |
| 04/14/21 | SAO | B190 | A105 | CALL WITH MS. KINGSMILL TO DISCUSS NEGOTIATIONS REGARDING THE MOTION TO COMPEL. | .30 | 75.00 |
| 04/14/21 | SAO | B190 | A105 | CORRESPONDENCE WITH MR. TILLERY REGARDING THE TORT COMMITTEE'S REPLY TO THE MOTION TO COMPEL. | .30 | 75.00 |
| 04/14/21 | SAO | B110 | A103 | REVISE NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 15, 2021 (0.3); FILE THE SAME (0.2). | .50 | 125.00 |
| 04/14/21 | SAO | B310 | A104 | REVIEW DRAFT DOCUMENTS FROM THE TORT COMMITTEE ASSOCIATED WITH THE MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | .30 | 75.00 |
| 04/14/21 | SAO | B190 | A101 | REVIEW TALKING POINTS TO PREPARE FOR OMNIBUS HEARING. | .30 | 75.00 |
| 04/14/21 | SAO | B160 | A104 | REVIEW ORDERS APPROVING SECOND INTERIM FEE APPLICATIONS OF BLANK ROME, CRI, AND JONES WALKER. | .20 | 50.00 |
| 04/14/21 | SAO | B190 | A104 | REVIEW MUTUAL OF OMAHA INSURANCE POLICY IN PREPARATION FOR HEARING ON STAY VIOLATION MOTION. | .50 | 125.00 |
| 04/14/21 | SAO | B190 | A105 | CALLS WITH MR. MINTZ TO DISCUSS STRATEGY REGARDING TOMORROW'S HEARING. | 1.20 | 300.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   32
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/14/21 SAO   B190   A103   REVISE TALKING POINTS FOR          1.10         275.00
                             APRIL 15, 2021 OMNIBUS
                             HEARING PER TODAY'S
                             DEVELOPMENTS.

04/15/21 EDW   B110   A107   RECEIVED AND REVIEWED E-MAIL        .20          60.00
                             FROM MR. CAINE WITH PROPOSED
                             TERM SHEET FOR MOTION TO
                             COMPEL COMPROMISE.

04/15/21 EDW   B110   A103   DRAFTED REVISED TERM SHEET         3.00         900.00
                             FOR MOTION TO COMPEL
                             COMPROMISE, REVIEWED ISSUES
                             REGARDING MOTION TO COMPEL,
                             AND PREPARING FOR HEARING ON
                             MOTION TO COMPEL.

04/15/21 EDW   B110   A106   TELEPHONE CONFERENCE WITH          .80          240.00
                             CLIENT REGARDING MOTION TO
                             COMPEL ISSUES AND POSSIBLE
                             COMPROMISE.

04/15/21 EDW   B110   A107   COMMUNICATIONS WITH MR. CAINE      .40          120.00
                             REGARDING TERMS AND
                             CONDITIONS FOR COMPROMISE OF
                             MOTION TO COMPEL ISSUES.

04/15/21 EDW   B110   A106   RECEIVED AND REVIEWED E-MAIL       .10           30.00
                             FROM CLIENT REGARDING MOTION
                             TO COMPEL.

04/15/21 EDW   B110   A104   RECEIVED AND REVIEWED MOTION       .10           30.00
                             TO LIFT STAY FILED BY ANGELA
                             DOLCE.

04/15/21 EDW   B110   A104   REVIEWED ISSUES AS REQUESTED       .20           60.00
                             REGARDING COMMITTEE ISSUE.

04/15/21 EDW   B110   A109   ATTENDED HEARING ON                .50          150.00
                             COMMITTEE'S MOTION TO COMPEL
                             AND AS PER AGENDA

04/15/21 EDW   B110   A106   RECEIVED AND REVIEWED E-MAIL       .10           30.00
                             FROM CLIENT REGARDING
                             COMMITTEE ISSUE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   33
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/15/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL        .20        60.00
                           FROM MR. CAINE WITH LIST OF
                           ACCUSED CLERGY IN PROOFS OF
                           CLAIM.

04/15/21 EJF   B320  A104   REVIEW PLAN RELATED ISSUES        4.20     2,058.00
                           (1.0) AND ANALYZE DOCUMENTS
                           TO ADDRESS (3.20).

04/15/21 JRT   B190  A106   DISCUSS ISSUES WITH CLIENT          .30        90.00
                           REGADING ORAL ARGUMENT ON
                           ABUSE FILES.

04/15/21 JRT   B190  A101   WORK ON ISSUES TO PREPARE FOR     1.30       390.00
                           ORAL ARGUMENT TOMORROW ON
                           ABUSE FILES.

04/15/21 RPV   B190  A106   EMAIL FROM CLIENT REGARDING        .50       245.00
                           APRIL 15 HEARINGS (0.20) AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME (0.30).

04/15/21 RPV   B110  A104   EMAILS FROM MR. MINTZ AND MS.      .20        98.00
                           OPPENHEIM REGARDING UPDATE ON
                           APRIL 15 HEARINGS.

04/15/21 RPV   B110  A104   REVIEWED MEMO TO CLIENT            .10        49.00
                           REGARDING UPDATE ON APRIL 15
                           HEARINGS.

04/15/21 RPV   B110  A107   EMAILS TO AND FROM MR.             .40       196.00
                           MURRAY, MR. KUEBEL, MR. STANG
                           AND MR. MINTZ REGARDING
                           MEDIATOR SELECTION CALL

04/15/21 RPV   B110  A106   EMAILS FROM CLIENT AND MR.         .30       147.00
                           MINTZ REGARDING COMMERCIAL
                           COMMITTEE'S DECISION TO HIRE
                           FINANCIAL ADVISOR (0.10)  AND
                           OFFICE CONFERENCE WITH MR.
                           MINTZ REGARDING SAME (0.20).

04/15/21 RPV   B190  A104   RECEIVED AND REVIEWED ORDER        .20        98.00
                           TO CONTINUE HEARING ON MOTION
                           FOR RELIEF FOR WILLFUL
                           VIOLATION OF AUTOMATIC STAY
                           FILED BY ANGELA DOLCE AND
                           ANGELO DOLCE AND
                           OBJECTION/RESPONSE (0.10) AND
                           OFFICE CONFERENCE WITH MR.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  34
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  |  |  | MINTZ REGARDING SAME (0.10). | | |
|---|---|---|---|---|---|---|
| 04/15/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED REVISED DRAFT REGARDING COMPROMISE OF MOTION TO COMPEL (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .40 | 196.00 |
| 04/15/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED DOLCE'S MOTION FOR RELIEF FROM STAY (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .30 | 147.00 |
| 04/15/21 | WGZ | B410 | A104 | ANALYSIS OF DISCOVERY ISSUES. | .40 | 120.00 |
| 04/15/21 | WGZ | B410 | A105 | SEVERAL EMAILS WITH JW TEAM REGARDING DISCOVERY ISSUES. | .40 | 120.00 |
| 04/15/21 | WGZ | B410 | A104 | ANALYSIS OF ISSUES WITH RESPECT TO COMPROMISE ON MOTION TO COMPEL. | .70 | 210.00 |
| 04/15/21 | BTW | B210 | A104 | REVIEW AGREEMENTS. | .80 | 320.00 |
| 04/15/21 | LFA | B160 | A103 | REVIEWED PROFORMAS (1.0); DRAFTED JW FEE STATEMENT (1.0). | 2.80 | 1,120.00 |
| 04/15/21 | LFA | B110 | A103 | CORRESPONDENCES WITH MR. MINTZ AND CLIENT REGARDING COMMERCIAL COMMITTEE FA (.2); WITH MR. MINTZ REGARDING COMMUNICATION WITH THE COURT REGARDING THE MOTION TO COMPEL (.2); WITH MR. VANCE REGARDING MEMO TO THE ARCHBISHOP - HEARING HELD ON APRIL 15, 2021 (.2); | .60 | 240.00 |
| 04/15/21 | MAM | B190 | A101 | PREPARE FOR (0.30) AND ATTEND HEARING FOR MOTION DAY (0.40); WORK ON ARGUMENTS FOR THE SAME (3.80); WORK ON SETTLEMENTS REGARDING THE SAME (4.00);  RECEIPT AND REVIEW OF MOTION TO LIFT STAY (0.30); CONFERENCES REGARDING THE SAME (1.00); CORRESPONDENCE TO CLIENT | 10.70 | 4,280.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   35
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | REGARDING OUTCOME OF HEARINGS (0.90). |  |  |
| 04/15/21 CVM | B160 | A103 | CONTINUED DRAFTING JONES WALKER'S SIXTH FEE STATEMENT. | .70 | 175.00 |
| 04/15/21 SAO | B190 | A104 | REVIEW CORRESPONDENCE TO THE COURT REGARDING RESOLUTION OF MOTION TO COMPEL. | .10 | 25.00 |
| 04/15/21 SAO | B190 | A101 | REVIEW PLEADINGS AND CASE LAW TO PREPARE FOR TODAY'S HEARING ON THE STAY VIOLATION MOTION. | 1.50 | 375.00 |
| 04/15/21 SAO | B190 | A109 | APPEAR FOR AND ARGUE AT OMNIBUS HEARING. | .40 | 100.00 |
| 04/15/21 SAO | B110 | A103 | PREPARE ORDER CONTINUING HEARING ON STAY VIOLATION MOTION TO MAY 20, 2021. | .80 | 200.00 |
| 04/15/21 SAO | B190 | A105 | OFFICE CONFERENCES WITH MR. MINTZ REGARDING DOLCE STAY VIOLATION AND LIFT STAY MOTIONS (0.5); OFFICE CONFERENCE WITH MR. MINTZ REGARDING BEDIVERE LIQUIDATION RESEARCH (0.2). | .70 | 175.00 |
| 04/15/21 SAO | B190 | A103 | REVISE TALKING POINTS FOR TODAY'S OMNIBUS HEARING. | .20 | 50.00 |
| 04/15/21 SAO | B140 | A104 | REVIEW THE DOLCES' LIFT STAY MOTION. | .60 | 150.00 |
| 04/15/21 SAO | B110 | A106 | DRAFT MEMO TO THE CLIENT REGARDING TODAY'S HEARING. | 2.40 | 600.00 |
| 04/15/21 GMS | B190 | A104 | REVIEW PROOFS OF CLAIMS IN CONJUNCTION WITH REVISION OF MASTER CLAIMS CHART WITH DETAILS FROM PROOFS OF CLAIM. | 1.20 | 204.00 |
| 04/15/21 GMS | B190 | A103 | REVISE MASTER CLAIMS CHART IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM. | 1.10 | 187.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  36
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 04/16/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING COMMITTEE ISSUE. | .10 | 30.00 |
| 04/16/21 | EDW | B110 | A104 | REVIEWED OUTSTANDING DISCOVERY ISSUES, INCLUDING PRODUCTION OF INFORMATION. | 1.50 | 450.00 |
| 04/16/21 | EDW | B110 | A104 | REVIEWED ABUSE PROOFS OF CLAIM AND ISSUES. | 1.50 | 450.00 |
| 04/16/21 | EDW | B110 | A106 | E-MAIL TO AND E-MAIL FROM CLIENT REGARDING MEETING REGARDING DISCOVERY. | .10 | 30.00 |
| 04/16/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PRODUCTION AND FILE ISSUES. | .10 | 30.00 |
| 04/16/21 | EDW | B110 | A107 | REVIEWED COMMUNICATIONS WITH MR. CAINE REGARDING FINANCIAL SOFTWARE. | .10 | 30.00 |
| 04/16/21 | EDW | B110 | A106 | COMMUNICATIONS WITH CLIENT REGARDING MEETING REGARDING FINANCIAL MATTERS. | .10 | 30.00 |
| 04/16/21 | EJF | B120 | A106 | CONFERENCES WITH CLIENT (1.5); EMAILS RE SAME (.2). | 1.70 | 833.00 |
| 04/16/21 | EJF | B120 | A105 | TELEPHONE CALL WITH MR. VANCE (.2) (NO CHARGE). | .00 | .00 |
| 04/16/21 | EJF | B110 | A108 | CONFERENCE CALL WITH COUNSEL RE CASE ADMINISTRATION ISSUES. | .30 | 147.00 |
| 04/16/21 | EJF | B310 | A104 | REVIEW CLAIMS ISSUES. | 1.10 | 539.00 |
| 04/16/21 | JRT | B190 | A104 | ASSIST WITH ISSUES RELATED TO COMPROMISE ON ABUSE DISCOVERY. | .60 | 180.00 |
| 04/16/21 | JRT | B190 | A108 | FIELD COMMUNICATIONS REGARDING DISCOVERY ISSUES. | .30 | 90.00 |
| 04/16/21 | RPV | B310 | A105 | EMAIL FROM MR. WEGMANN REGARDING CLAIMS ISSUES. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  37
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/16/21 RPV | B110 | A108 | PREPARING FOR AND PARTICIPATED IN CALL REGARDING MEDIATORS WITH TORT COMMITTEE COUNSEL, MR. MINTZ AND MR. MURRAY | 1.50 | 735.00 |
|---|---|---|---|---|---|
| 04/16/21 RPV | B110 | A104 | EMAIL FROM MR. MINTZ REGARDING DISCUSSION WITH COUNSEL REGARDING SELECTION OF MEDIATOR. | .20 | 98.00 |
| 04/16/21 RPV | B110 | A105 | EMAILS FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING HEARING (0.40). | .50 | 245.00 |
| 04/16/21 RPV | B130 | A108 | TELEPHONE CALL (0.20) AND EMAIL FROM INTERESTED PARTY IN POSSIBLE ASSET DISPOSITION (0.10). | .30 | 147.00 |
| 04/16/21 LFA | B110 | A106 | CONTINUED REVIEWING PROFORMAS TO ASSIST WITH FEE STATEMENT (1.4); CONTINUED DRAFTING FEE STATEMETN (1.8). | 3.20 | 1,280.00 |
| 04/16/21 LFA | B110 | A103 | CORRESPONDENCE WITH MR. EAGAN REGARDING COMMERCIAL COMMITTEE FA. | .10 | 40.00 |
| 04/16/21 MAM | B190 | A101 | CALLS REGARDING MEDIATION ISSUES (2.70) AND MULTIPLE CORRESPONDENCES REGARDING DISCOVERY ISSUES (1.40). | 4.10 | 1,640.00 |
| 04/16/21 SAO | B110 | A105 | CALL WITH MR. MINTZ REGARDING PRESCRIPTION RESEARCH ISSUES (0.4); EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING LIFT STAY MOTION (0.3). | .70 | 175.00 |
| 04/16/21 SAO | B310 | A104 | BEGIN ANALYZING NEW PRESCRIPTION RESEARCH ISSUES. | .20 | 50.00 |
| 04/16/21 SAO | B110 | A102 | REVIEW OBJECTIONS TO THE CLAIMS ESTIMATION MOTION FILED IN THE BOY SCOUTS CASE TO ASSIST WITH MEDIATION PREPARATION AND CASE RESOLUTION ISSUES (1.3); REVIEW OBJECTIONS TO MOTION | 2.20 | 550.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   38
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | TO WITHDRAW THE REFERENCE FILED IN THE BOY SCOUTS CASE (0.9). |  |  |
| 04/16/21 SAO | B110 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON 4/15/2021. | .10 | 25.00 |
| 04/16/21 GMS | B190 | A103 | UPDATE MASTER CLAIMS CHART IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM. | 1.80 | 306.00 |
| 04/16/21 GMS | B190 | A104 | REVIEW PROOFS OF CLAIM IN CONJUNCTION WITH UPDATES TO MASTER CLAIMS CHART. | 1.80 | 306.00 |
| 04/16/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING AND RECEIPT OF CHART FOR COMPARISON AGAINST MASTER CLAIMS CHART. | .10 | 17.00 |
| 04/16/21 GMS | B190 | A103 | UPDATES TO CHART RECEIVED FROM CLIENT IN CONJUNCTION WITH REVIEW AND COMPARISON AGAINST CHART RECEIVED FROM CLIENT AGAINST MASTER CHART MAINTAINED BY JONES WALKER. | 1.50 | 255.00 |
| 04/16/21 GMS | B190 | A104 | REVIEW AND COMPARE CHART RECEIVED FROM CLIENT AGAINST MASTER CHART MAINTAINED BY JONES WALKER IN CONJUNCTION WITH UPDATES TO CHART RECEIVED FROM CLIENT. | 1.50 | 255.00 |
| 04/17/21 EDW | B110 | A104 | WORKED ON ISSUES REGARDING PRODUCTION OF CLERGY FILES AND REVIEWED PROOFS OF CLAIM. | 2.30 | 690.00 |
| 04/17/21 EDW | B110 | A104 | CONTINUED WORK ON POSSIBLE REVISIONS TO CONFIDENTIALITY REGARDING CLERGY FILES. | .50 | 150.00 |
| 04/17/21 RPV | B110 | A105 | EMAILS FROM MR. TILLERY AND CLIENT REGARDING MEDIATORS. | .00 | .00 |
| 04/18/21 JRT | B190 | A104 | REVIEW NUMEROUS COMMUNICATION REGARDING DISCOVERY ISSUES. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  39
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 04/18/21 RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING DRAFT RESPONSE TO CLIENT REGARDING DOCUMENT PRODUCTION. | .20 | 98.00 |
| 04/18/21 SAO | B190 | A105 | REVIEW CORRESPONDENCE FROM MR. WEGMANN REGARDING CONFIDENTIALITY DESIGNATIONS IN CONNECTION WITH THE MOTION TO COMPEL. | .10 | 25.00 |
| 04/19/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING SETTLEMENT DOCUMENTS FOR DISCOVERY. | .10 | 30.00 |
| 04/19/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH ZIP FILE REGARDING SETTLEMENT DOCUMENTS. | .10 | 30.00 |
| 04/19/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. STRONG REGARDING TELEPHONE CONFERENCE REGARDING FINANCIAL INFORMATION. | .30 | 90.00 |
| 04/19/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING MEDIATION UPDATE. | .30 | 90.00 |
| 04/19/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MS. BROWN REGARDING DOCUMENT REQUESTS. | .30 | 90.00 |
| 04/19/21 EDW | B110 | A104 | REVIEWED PROOFS OF CLAIM AND CHARTS REGARDING ACCUSED. | .90 | 270.00 |
| 04/19/21 EDW | B110 | A109 | PREPARED FOR (0.80) AND ATTENDED MEETING WITH CLIENT REGARDING PRODUCTION OF FILES (1.20). | 2.00 | 600.00 |
| 04/19/21 EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING PRODUCTION ISSUES. | .20 | 60.00 |
| 04/19/21 EDW | B110 | A101 | WORKED ON PRODUCTION MECHANICS AND ISSUES REGARDING SAME. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   40
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/19/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING NON-CLERGY ACCUSED AND FILES. | .30 | 90.00 |
| 04/19/21 EJF | B120 | A104 | REVIEW PROPERTY REPORTS; | 2.30 | 1,127.00 |
| 04/19/21 JJL | B190 | A108 | RECEIVED AND REVIEWED.CORR FROM BEDIVERE INSURANCE REGARDING PROOF OF CLAIM | .30 | 90.00 |
| 04/19/21 JJL | B190 | A108 | CORRESPONDENCE TO JIM MURRAY REGARDING BEDIVERE PROOF OF CLAIM | .10 | 30.00 |
| 04/19/21 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION. | .30 | 147.00 |
| 04/19/21 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH MR. MINTZ REGARDING DOCUMENT PRODUCTION, MEDIATION AND RELATED MATTERS | .50 | 245.00 |
| 04/19/21 RPV | B130 | A106 | EMAIL TO CLIENT REGARDING ASSET DISPOSITION INQUIRY | .20 | 98.00 |
| 04/19/21 RPV | B110 | A106 | EMAILS TO AND FROM CLIENT REGARDING COMMITTEE REQUEST TO HIRE PROFESSIONALS (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 04/19/21 RPV | B310 | A104 | EMAILS FROM MS. FUTRELL AND MR. WEGMANN REGARDING PROPOSED REVISED CONFIDENTIALITY RESTRICTIONS AND REVIEW OF CLAIMS CHART. | .40 | 196.00 |
| 04/19/21 WGZ | B410 | A105 | EMAILS WITH JW TEAM AND STRATEGY REGARDING MEDIATION. | .60 | 180.00 |
| 04/19/21 LFA | B110 | A106 | STRATEGY MEETING WITH TEAM REGARDING NEXT STEPS AND MEDIATION PROCESS (1.0); CORRESPONDENCES WITH MSES. ZUNIGA AND MCCAFFREY REGARDING CRI SIXTH MONTHLY FEE STATEMENT (.4); WITH MS. MCCAFFREE REGARDING JW SIXTH MONTHLY FEE STATEMENT (.4) | 2.20 | 880.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   41
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  |  | AND REVIEWED LITIGATION MATTERS (.4). |  |  |
|---|---|---|---|---|---|
| 04/19/21 MAM | B190 | A101 | WORK ON DISCOVERY ISSUES (4.00); MEETINGS REGARDING THE SAME (3.50); CORRESPONDENCE WITH COUNSEL REGARDING THE SAME (0.90). | 8.40 | 3,360.00 |
| 04/19/21 AK | B310 | A103 | WORKED ON REVISED PROPOSED LIMITATIONS TO INCLUDE IN PROTECTIVE ORDER. | 1.70 | 425.00 |
| 04/19/21 AK | B310 | A104 | PREPARED DOCUMENTS TO PRODUCE TO COMMITTEE IN RESPONSE TO DOCUMENT REQUESTS. | .40 | 100.00 |
| 04/19/21 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE TO COMMITTEE IN RESPONSE TO DOCUMENT REQUESTS. | 1.30 | 325.00 |
| 04/19/21 AK | B310 | A104 | WORKED WITH ARCHDIOCESE ON PROCEDURE AND PLAN FOR PRODUCING DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS. | 3.40 | 850.00 |
| 04/19/21 AK | B310 | A103 | PREPARED SPREADSHEET OF DISCOVERY DOCUMENTS TO PREPARE FOR MEDIATION. | .30 | 75.00 |
| 04/19/21 AK | B310 | A104 | ANALYZED CHART OF CLAIMANTS AND PERSONS ON 2018 ACCUSED CLERGY LIST IN ORDER TO PREPARE FOR MEDIATION. | .40 | 100.00 |
| 04/19/21 CVM | B160 | A104 | REVIEWED PROFORMAS TO ENSURE COMPLIANCE WITH U.S. TRUSTEE GUIDELINES FOR JONES WALKER'S SIXTH MONTHLY FEE STATEMENT. | 1.00 | 250.00 |
| 04/19/21 CVM | B160 | A103 | PREPARED EXHIBIT B FOR JONES WALKER'S SIXTH MONTHLY FEE STATEMENT. | .80 | 200.00 |
| 04/19/21 CVM | B160 | A108 | COMMUNICATIONS WITH CRI REGARDING CRI'S SIXTH MONTHLY FEE STATEMENT. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  42
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/19/21 CVM   B160  A108   CORRESPONDENCE REGARDING           .10        25.00
                           JONES WALKER'S SIXTH MONTHLY
                           FEE STATEMENT.

04/19/21 SAO   B170  A104   REVIEW AMENDED AND                 .10        25.00
                           SUPPLEMENTED DECLARATION OF
                           PAUL DOUGLAS STEWART, JR. IN
                           SUPPORT OF THE APPLICATION TO
                           EMPLOY SRBA.

04/19/21 SAO   B110  A102   RESEARCH CASE LAW CONSTRUING      3.10       775.00
                           PENNSYLVANIA INSURANCE CODE
                           PROVISIONS REGARDING
                           LIQUIDATION PROCEEDINGS TO
                           ASSIST WITH RESEARCH
                           REGARDING BEDIVERE INSURANCE
                           COMPANY'S LIQUIDATION.

04/19/21 SAO   B190  A105   REVIEW FURTHER CORRESPONDENCE      .10        25.00
                           FROM MR. WEGMANN REGARDING
                           CONFIDENTIALITY DESIGNATIONS
                           IN CONNECTION WITH THE MOTION
                           TO COMPEL.

04/19/21 SAO   B110  A102   RESEARCH FIFTH CIRCUIT CASE       3.50       875.00
                           LAW ADDRESSING FEDERAL COURT
                           JURISDICTION AND ABSTENTION
                           IN CONNECTION WITH STATE
                           COURT INSURANCE INSOLVENCY
                           PROCEEDINGS.

04/19/21 BB    B110  A110   PREPARE ADDITIONAL CLIENT          .90       153.00
                           DOCUMENTS FOR REVIEW IN
                           RELATIVITY DATABASE.

04/19/21 GMS   B190  A105   COMMUNICATIONS WITH MR.            .40        68.00
                           WEGMANN CONCERNING COMPARISON
                           OF CHARTS RECEIVED FROM
                           BANKRUPTCY COMMITTEE AND
                           CLIENT CONCERNING NAMES OF
                           ALLEGED PERPETRATORS.

04/19/21 GMS   B190  A104   COMPARE (3.70) AND ANNOTATE       5.20       884.00
                           AND/OR UPDATE CHARTS FROM
                           BANKRUPTCY COMMITTEE AND
                           CLIENT FOR VERIFICATION OF
                           ACCUSED PERPETRATORS (1.5).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   43
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/20/21 EDW    B110  A104   INVESTIGATED OPTIONS FOR              .90        270.00
                            COPYING, SCANNING AND
                            REVIEWING CLERGY FILES FOR
                            PRODUCTION.

04/20/21 EDW    B110  A104   REVIEWED ISSUES AND DOCUMENTS         .30         90.00
                            REGARDING PRODUCTION OF
                            SETTLEMENT DOCUMENTS.

04/20/21 EDW    B110  A104   REVIEWED EMAILS AND ISSUES           .30         90.00
                            REGARDING ACCESS TO PROOFS OF
                            CLAIM.

04/20/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL         .10         30.00
                            FROM CLIENT REGARDING PROOFS
                            OF CLAIM ACCESS ISSUE.

04/20/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL         .10         30.00
                            FROM CLIENT REGARDING CLERGY
                            FILES ISSUES.

04/20/21 EDW    B110  A104   RECEIVED AND REVIEWED               .40        120.00
                            INFORMATION FROM BLANK ROME
                            REGARDING INSURANCE CLAIMS.

04/20/21 EDW    B110  A106   TELEPHONE CONFERENCE WITH MR.      1.00        300.00
                            CARTER REGARDING INSURANCE
                            CLAIM ISSUES.

04/20/21 EDW    B110  A104   REVIEWED ISSUES REGARDING            .40        120.00
                            PRODUCTION OF FINANCIAL
                            INFORMATION TO THE COMMITTEE.

04/20/21 EDW    B110  A104   WORKED ON ISSUES REGARDING         1.50        450.00
                            PROTECTION OF CLERGY FILES.

04/20/21 EDW    B110  A106   COMMUNICATIONS WITH CLIENT          .80        240.00
                            REGARDING PRODUCTION OF
                            CLERGY FILES AND PROTECTIONS
                            REGARDING DISCLOSURE.

04/20/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING       .40        120.00
                            PROPOSED PROTECTION FOR
                            HIGHLY CONFIDENTIAL
                            INFORMATION.

04/20/21 EJF    B110  A103   WORK ON MOR.                        .90        441.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   44
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/20/21 RPV | B190 | A105 | OFFICE CONFERENCE WITH MR. WEGMANN AND MS. KINGSMILL REGARDING DOCUMENT PRODUCTION LOGISTICS. | .40 | 196.00 |
|---|---|---|---|---|---|
| 04/20/21 RPV | B130 | A106 | EMAIL TO CLIENT REGARDING ASSET DISPOSITION INQUIRY. | .30 | 147.00 |
| 04/20/21 RPV | B190 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING DOCUMENT PRODUCTION ISSUES | .40 | 196.00 |
| 04/20/21 RPV | B310 | A104 | EMAILS FROM MR. MINTZ AND CLIENT REGARDING SALESIANS CLAIMS (0.30) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .50 | 245.00 |
| 04/20/21 LFA | B110 | A106 | CORRESPONDENCES WITH MR. MINTZ AND CLIENT REGARDING REGINA WEDIG COMMENTS (.2); WITH MS. ZUNIGA REGARDING CRI AMOUNT DUE TO BE PAID IN THE 2ND INTERIM FEE APPLICATION (.4); WITH MSES. ZUNIGA AND MCCAFFREY REGARDING ANO - CRI SIXTH MONTHLY FEE STATEMENT (.4). | 1.00 | 400.00 |
| 04/20/21 MAM | B190 | A101 | CALL REGARDING INSURANCE NOTICE LETTERS. | .50 | 200.00 |
| 04/20/21 AK | B310 | A103 | PREPARED CHART OF DOCUMENTS PRODUCED IN STATE COURT LITIGATION. | .30 | 75.00 |
| 04/20/21 AK | B310 | A104 | ANALYZED AUDIT REPORTS FROM HIGH SCHOOLS IN ORDER TO PREPARE DISCOVERY. | .60 | 150.00 |
| 04/20/21 AK | B310 | A103 | PREPARED SPREADSHEET OF DISCOVERY DOCUMENTS TO PREPARE FOR MEDIATION. | 1.40 | 350.00 |
| 04/20/21 AK | B310 | A103 | RESEARCHED DIFFERENT LEVELS OF PROTECTIONS IN PROTECTIVE ORDER. | .60 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   45
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/20/21 CVM   B160  A104   REVIEWED THE BANKRUPTY MATTER        1.80        450.00
                            INVOICE TO ENSURE COMPLIANCE
                            WITH U.S. TRUSTEE GUIDELINES.

04/20/21 CVM   B160  A104   REVIEWED THE BANKRUPTY MATTER         .50        125.00
                            INVOICE TO ENSURE COMPLIANCE
                            WITH U.S. TRUSTEE GUIDELINES.

04/20/21 SAO   B110  A102   RESEARCH REGARDING ADVERSARY         1.10        275.00
                            PROCEEDINGS SEEKING
                            DECLARATORY JUDGMENT AS TO
                            INSURANCE COVERAGE TO ASSIST
                            WITH BEDIVERE LIQUIDATION
                            RESEARCH.

04/20/21 SAO   B310  A105   EMAIL CORRESPONDENCES WITH           .20         50.00
                            MR. MINTZ REGARDING PROOF OF
                            CLAIM ISSUE.

04/20/21 SAO   B190  A104   REVIEW EMAIL CORRESPONDENCE          .10         25.00
                            TO THE TORT COMMITTEE
                            REGARDING PROPOSED
                            CONFIDENTIALITY DESIGNATIONS
                            IN CONNECTION WITH THE MOTION
                            TO COMPEL.

04/20/21 BB    B110  A110   ANALYZE DUPLICATES AND              .30         51.00
                            PRODUCTION STATUS OF CLIENT
                            DOCUMENTS.

04/20/21 GMS   B190  A105   COMMUNICATIONS WITH MS.             .30         51.00
                            KINGSMILL CONCERNING
                            PRODUCTION AND SERVICE OF
                            SAME.

04/20/21 GMS   B190  A110   PREPARATION OF FINANCIAL EDGE       .50         85.00
                            DATA PRODUCTION INCLUDING
                            PREPARATION OF FILE
                            PACKAGING, CREATION OF
                            SHAREFILE FOLDER, APPLICATION
                            OF SHAREFILE FOLDER
                            PERMISSIONS AND UPLOAD OF
                            DATA.

04/20/21 GMS   B190  A104   REVIEW SELECTED SETTLEMENT          1.90        323.00
                            DOCUMENTS IN CONJUNCTION WITH
                            REVISIONS TO MASTER
                            SETTLEMENT CHART.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   46
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/20/21 GMS | B190 | A103 | REVISIONS TO MASTER SETTLEMENT CHART IN CONJUNCTION WITH REVIEW OF SELECTED SETTLEMENT DOCUMENTS. | 1.90 | 323.00 |
| 04/20/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN FORWARDING UPDATED MASTER SETTLEMENT CHART WITH OBSERVATIONS AND QUESTIONS CONCERNING REPORTING ON SAME. | .20 | 34.00 |
| 04/21/21 EDW | B110 | A104 | COORDINATED WORK ON THE CONFIDENTIALITY ISSUES AND PRODUCTION OF CLERGY FILES.. | 1.80 | 540.00 |
| 04/21/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING SETTLEMENT FILES. | .10 | 30.00 |
| 04/21/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING CONFIDENTIALITY PROPOSAL. | 1.80 | 540.00 |
| 04/21/21 EDW | B110 | A107 | E-MAIL TO AND E-MAIL FROM MR. CAINE REGARDING CONFIDENTIALITY PROPOSAL. | 1.80 | 540.00 |
| 04/21/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CLERGY ISSUES. | .10 | 30.00 |
| 04/21/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CLERGY LIST INFORMATION. | .10 | 30.00 |
| 04/21/21 EDW | B110 | A106 | RECEIVED AND REVIEWED SECOND LETTER FROM MR. CARTER REGARDING INSURANCE ISSUES. | .10 | 30.00 |
| 04/21/21 EDW | B110 | A104 | RECEIVED AND REVIEWED DRAFT LETTERS TO INSURERS. | .30 | 90.00 |
| 04/21/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PERSONAL PROPERTY. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   47
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/21/21 EDW | B110 | A104 | RECEIVED AND REVIEWED E-MAIL FROM MR. CARTER WITH REVISED DRAFT TEMPLATE NOTICE TO INSURERS AND DRAFT LETTER TO BEVIDERE. | .30 | 90.00 |
| 04/21/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE ISSUE. | .10 | 30.00 |
| 04/21/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING CONFIDENTIALITY ISSUE. | .20 | 60.00 |
| 04/21/21 EJF | B320 | A103 | WORK ON MEMO RE PLAN CONFIRMATION ISSUES. | 3.30 | 1,617.00 |
| 04/21/21 RPV | B110 | A104 | RECEIVED AND REVIEWED MEMO REGARDING ACCOUNTING RECORDS TO BE PRODUCED | .40 | 196.00 |
| 04/21/21 RPV | B110 | A108 | TELEPHONE CONVERSATION WITH COUNSEL REGARDING ACCOUNTING RECORDS TO BE PRODUCED. | .30 | 147.00 |
| 04/21/21 RPV | B110 | A106 | ADDITIONAL TELEPHONE CONVERSATION WITH CLIENT REGARDING ACCOUNTING RECORDS TO BE PRODUCED. | .40 | 196.00 |
| 04/21/21 RPV | B130 | A105 | OFFICE CONFERENCE WITH MR. WEGMANN REGARDING PRODUCTION OF DOCUMENTS | .30 | 147.00 |
| 04/21/21 LFA | B110 | A106 | CORRESPONDENCES WITH THE CLIENT AND MR. MINTZ REGARDING RCCANO - PERSONAL PROPERTY DOCUMENTS (.4); WITH MS. ZUNIGA AND MS. MCCAFFREY REGARDING ANO - CRI SIXTH MONTHLY FEE STATEMENT (.4); WITH MS. MCCAFFREY REGARDING ANO BANKRUPTCY MATTER INVOICE (.4). | 1.20 | 480.00 |
| 04/21/21 MAM | B190 | A101 | WORK ON INSURANCE MATTERS AND MEDIATION MATTERS. CONFERENCES WITH MS. KINGS MILL REGARDING DISCOVERY. | .00 | .00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   48
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/21/21 AK | B310 | A106 | WORKED WITH ARCHDIOCESE ON REVIEW OF DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.60 | 400.00 |
| 04/21/21 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN DISCOVERY. | 1.80 | 450.00 |
| 04/21/21 AK | B310 | A103 | REVISED CONFIDENTIALITY AGREEMENT. | .20 | 50.00 |
| 04/21/21 CVM | B160 | A104 | REVIEWED THE LITIGATION MATTER INVOICES TO ENSURE COMPLIANCE WITH U.S. TRUSTEE GUIDELINES. | .60 | 150.00 |
| 04/21/21 CVM | B160 | A104 | REVIEWED THE LITIGATION MATTER INVOICES IN PREPARATION OF DRAFTING JW'S SIXTH MONTHLY FEE APPLICATION. | 3.00 | 750.00 |
| 04/21/21 CVM | B160 | A103 | DRAFTED CRI'S SIXTH MONTHLY FEE STATEMENT. | .70 | 175.00 |
| 04/21/21 CVM | B160 | A103 | REVISED BLANK ROME'S SIXTH MONTHLY FEE STATEMENT. | .10 | 25.00 |
| 04/21/21 CVM | B160 | A108 | COMMUNICATED CRI'S SIXTH MONTHLY FEE STATEMENT TO CRI FOR APPROVAL. | .10 | 25.00 |
| 04/21/21 CVM | B160 | A108 | COMMUNICATIONS WITH BLANK ROME REGARDING SIXTH MONTHLY FEE STATEMENT. | .10 | 25.00 |
| 04/21/21 CVM | B160 | A104 | REVIEWED INVOICE IN PREPARATION OF JONES WALKER'S SIXTH MONTHLY FEE STATEMENT. | .30 | 75.00 |
| 04/21/21 SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH MR. MINTZ REGARDING RALPH ROE DECISION DENYING REMAND. | .40 | 100.00 |
| 04/21/21 CTB | B110 | A110 | REVIEW, ORGANIZE AND FINANCIAL DOCUMENTS PRODUCED IN FLASH DRIVE. | .80 | 136.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE   49
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 04/21/21 | GMS | B190 | A104 | REVIEW PROOFS OF CLAIM IN CONJUNCTION WITH REVISIONS / UPDATES TO MASTER CHART OF CLAIMS. | 1.20 | 204.00 |
| 04/21/21 | GMS | B190 | A103 | REVISE AND UPDATE MASTER CLAIMS CHART IN CONJUNCTION WITH REVIEW PROOFS OF CLAIM. | 1.20 | 204.00 |
| 04/22/21 | EDW | B110 | A104 | CONTINUED WORK ON SCANNING PROJECT AND PRODUCTION OF CLERGY FILES. | 1.90 | 570.00 |
| 04/22/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING FILE PRODUCTION ISSUES. | .10 | 30.00 |
| 04/22/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. CARTER REGARDING NOTICE TO INSURERS AND DRAFT NOTICES. | .10 | 30.00 |
| 04/22/21 | EDW | B110 | A104 | REVIEWED DRAFT NOTICES TO INSURERS. | .30 | 90.00 |
| 04/22/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED LETTER FROM MR. CARTER REGARDING BEDIVERE NOTICE. | .10 | 30.00 |
| 04/22/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING BEDIVERE NOTICE. | .30 | 90.00 |
| 04/22/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. STRONG REGARDING QUICK BOOKS. | .10 | 30.00 |
| 04/22/21 | EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING CONFIDENTIALITY ISSUES. | .10 | 30.00 |
| 04/22/21 | EDW | B110 | A104 | REVIEWED DRAFT CONFIDENTIALITY AGREEMENT FOR VENDOR. | .20 | 60.00 |
| 04/22/21 | EJF | B320 | A103 | WORK ON MEMO RE PLAN CONFIRMATION ISSUES (4.0); DISCUSSIONS REGARDING SAME (.2). | 4.20 | 2,058.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   50
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/22/21 EJF | B120 | A106 | MEMO TO CLIENT REGARDING PROPERTY ISSUES. | .80 | 392.00 |
| 04/22/21 JJL | B190 | A104 | WORK ON BEDIVERE ISSUE. | 2.40 | 720.00 |
| 04/22/21 JRT | B190 | A104 | STUDY RECENT EMAILS/MEMOS ON CONFIDENTIALITY ISSUES AND ABUSE DISCOVERY LIMITATIONS. | 1.30 | 390.00 |
| 04/22/21 RPV | B190 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MR. WEGMANN REGARDING CLERGY FILES (0.40). | .50 | 245.00 |
| 04/22/21 WGZ | B410 | A105 | EMAILS WITH JW TEAM REGARDING MEDIATION ISSUES AND STRATEGY. | .70 | 210.00 |
| 04/22/21 JPG | B250 | A106 | PROVIDE VALUATIONS REPORTS TO CLIENT. | .40 | 160.00 |
| 04/22/21 LFA | B110 | A106 | CORRESPONDENCES WITH CLIENT REGARDING RCANO - PERSONAL PROPERTY DOCUMENTS (.4); AND WITH MS. LOWRANCE REGARDING ARCHDIOCESE OF NEW ORLEANS - MONTHLY FEE STATEMENT (.3). | .70 | 280.00 |
| 04/22/21 MAM | B190 | A101 | REVIEW DISCOVERY ISSUES (0.80) AND ADDRESS DISCOVERY ISSUES (3.3). | 4.10 | 1,640.00 |
| 04/22/21 AK | B310 | A103 | PREPARED CONFIDENTIALITY AGREEMENT AND NON-DISCLOSURE AGREEMENT REGARDING REVIEW OF PERSONNEL FILES. | 1.10 | 275.00 |
| 04/22/21 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS | .80 | 200.00 |
| 04/22/21 AK | B310 | A103 | WORK ON DISCOVERY SCHEDULE FOR REVIEW OF DOCUMENTS TO PRODUCE. | .30 | 75.00 |
| 04/22/21 AK | B310 | A103 | WORKED ON PROCEDURE FOR REVIEWING AND PRODUCING PERSONNEL FILES AND DOCUMENTS IN RESPONSE TO DOCUMENT REQUESTS. | .30 | 75.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  51
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/22/21 AK     B310  A105  WORKED WITH MR. WEGMANN ON       1.60        400.00
                            DOCUMENTS TO PRODUCE IN
                            RESPONSE TO DISCOVERY
                            REQUESTS.


04/22/21 AK     B310  A103  WORKED ON CHART OF DOCUMENTS      .20         50.00
                            PRODUCED IN STATE COURT
                            LITIGATION.


04/22/21 SAO    B190  A105  CALL WITH MS. KINGSMILL          1.80        450.00
                            REGARDING REVIEW PROTOCOL FOR
                            ABUSE CLAIM DOCUMENTS (0.2);
                            OFFICE CONFERENCE WITH MR.
                            WEGMANN, MS. KINGSMILL, MS.
                            SHAHIEN, AND MS. DEMESME
                            REGARDING THE SAME (1.3);
                            FOLLOW-UP EMAIL
                            CORRESPONDENCES REGARDING THE
                            SAME (0.3).


04/22/21 SAO    B110  A102  REVIEW CASE LAW REGARDING        .50         125.00
                            CHURCH LIABILITY FOR
                            NEGLIGENCE-BASED ABUSE CLAIMS
                            TO ASSIST WITH PREPARING FOR
                            MEDIATION.


04/22/21 SAO    B110  A102  REVIEW REPLY BRIEF IN SUPPORT    .40         100.00
                            OF MOTION TO WITHDRAW THE
                            REFERENCE OF PROCEEDINGS
                            INVOLVING THE ESTIMATION OF
                            PERSONAL INJURY CLAIMS FILED
                            IN THE BOY SCOUTS CASE TO
                            ASSIST WITH MEDIATION
                            PREPARATION AND CASE
                            RESOLUTION ISSUES.


04/22/21 ADW    B210  A110  CREATE FTP LOCATION AND USER     .30         51.00
                            ACCOUNTS FOR SECURE DOCUMENT
                            DISTRIBUTION.


04/22/21 BB     B110  A110  PREPARE ADDITIONAL CLIENT        .20         34.00
                            DOCUMENTS FOR REVIEW IN
                            RELATIVITY DATABASE.


04/22/21 C D    B110  A101  ATTEND MEETING WITH MR.         1.00         170.00
                            WEGMANN AND TEAM TO PLAN AND
                            PREPARE FOR DOCUMENT REVIEW.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  52
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/22/21 C D  | B110 | A101 | E-MAILS TO AND FROM TEAM REGARDING DOCUMENT REVIEW (0.40);.  SETTING UP RELATIVITY AND EXCEL CHART FOR SETTLEMENT AGREEMENTS (1.40). | 1.80 | 306.00 |

| 04/22/21 GMS | B190 | A105 | ATTEND ZOOM MEETING WITH MR. WEGMANN AND MSES. KINGSMILL, OPPENHEIM AND DEMESME CONCERNING REVIEW STRATEGY, REDACTION REVISION, RE-PRODUCTION OF DOCUMENTS AND COLLECTION OF SUPPLEMENTAL DOCUMENTS FROM CLIENT. | 1.00 | 170.00 |

| 04/22/21 GMS | B190 | A103 | REVISE MASTER SETTLEMENT SPREADSHEET IN ANTICIPATION OF PRODUCTION OF SELECTED DATA. | .50 | 85.00 |

| 04/22/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS. DEMESME CONCERNING REVIEW OF SETTLEMENT DOCUMENTS AND DATA TO BE ENTERED INTO SPREADSHEET. | .50 | 85.00 |

| 04/22/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. SMITH AND MS. BOUDREAUX CONCERNING INGESTION INTO RELATIVITY OF SETTLEMENT DOCUMENTS RECEIVED FROM CLIENT. | .20 | 34.00 |

| 04/23/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING SCANNING PROJECT AND CONFIDENTIALITY AGREEMENT. | .30 | 90.00 |

| 04/23/21 EDW | B110 | A104 | CONTINUED WORK ON ISSUES REGARDING PRODUCTION OF CLERGY FILES, SCANNING PROJECT AND PRIVILEGE ISSUES. | .90 | 270.00 |

| 04/23/21 EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING PRODUCTION OF ADDITIONAL DOCUMENTS TO THE COMMITTEE. | .80 | 240.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   53
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/23/21 EDW | B110 | A104 | REVIEWED AND REVISED PROPOSAL REGARDING HIGHLY CONFIDENTIAL CLERGY FILES. | .50 | 150.00 |
|---|---|---|---|---|---|
| 04/23/21 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. CAINE REGARDING CLERGY FILE CONFIDENTIALITY ISSUES. | .30 | 90.00 |
| 04/23/21 EDW | B110 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING CLERGY FILES ISSUES. | .20 | 60.00 |
| 04/23/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING DOCUMENT REQUESTS AND INFORMATION. | .10 | 30.00 |
| 04/23/21 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH SCANNING VENDOR REGARDING LOGISTICS AND PLANNING FOR SCANNING AND CODING PROJECT. | .50 | 150.00 |
| 04/23/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM AND E-MAIL TO CLIENT REGARDING VENDOR ISSUES. | .10 | 30.00 |
| 04/23/21 EDW | B110 | A106 | RECEIVED AND REVIEWED LETTER FROM CLIENT REGARDING INSURANCE NOTICE TO RIVERSTONE GROUP. | .10 | 30.00 |
| 04/23/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING SCANNING PROJECT ISSUES. | .30 | 90.00 |
| 04/23/21 EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING DOCUMENT PRODUCTION ISSUES. | .10 | 30.00 |
| 04/23/21 EDW | B110 | A104 | REVIEWED UPDATES AND INFORMATION REGARDING MEDIATION ISSUES. | .20 | 60.00 |
| 04/23/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING STATUS AND PLANNING. | .10 | 30.00 |
| 04/23/21 EDW | B110 | A104 | REVIEWED ADDITIONAL DOCUMENTS REGARDING SETTLEMENTS. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   54
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/23/21 EDW   B110  A104   REVIEWED UPDATED PRODUCTION          .10        30.00
                           TO COMMITTEE.

04/23/21 EJF   B320  A103   WORK ON MEMO RE PLAN               3.90     1,911.00
                           CONFIRMATION ISSUES;

04/23/21 EJF   B320  A105   REVIEW MEMO FROM MR. VANCE RE        .10        49.00
                           MEDIATION ISSUES;

04/23/21 EJF   B210  A106   MEMO FROM (.2) AND MEMOS TO          .90       441.00
                           (.7) CLIENT REGARDING TAX
                           ISSUES;

04/23/21 JJL   B190  A103   REVISE LETTER TO INSURANCE           .50       150.00
                           COMMISSIONER

04/23/21 JJL   B190  A108   CONFERENCE CALL WITH JIM             .20        60.00
                           CARTER REGARDING BEDIVERE

04/23/21 RPV   B110  A108   EMAIL FROM/TO POTENTIAL              .80       392.00
                           MEDIATOR (0.20); TELEPHONE
                           CONVERSATION WITH POTENTIAL
                           MEDIATOR (0.50); EMAIL FROM
                           POTENTIAL MEDIATOR AS A
                           FOLLOW UP OF THE CALL (0.10)

04/23/21 RPV   B110  A105   CORRESPONDENCE REGARDING CALL        .50       245.00
                           WITH POTENTIAL MEDIATOR AND
                           RELATED ISSUES.

04/23/21 RPV   B110  A106   EMAILS TO CLIENT AND JW TEAM         .50       245.00
                           AND MR. MURRAY REGARDING
                           TELEPHONE CONVERSATION WITH
                           POTENTIAL MEDIATOR AND
                           RELATED ISSUES

04/23/21 RPV   B310  A106   EMAIL FROM CLIENT REGARDING          .40       196.00
                           NOTICE AND TENDER OF CLAIMS
                           (0.10) AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           (0.30).

04/23/21 RPV   B190  A105   EMAIL FROM AND OFFICE                .40       196.00
                           CONFERENCE WITH MR. WEGMANN
                           REGARDING DOCUMENT PRODUCTION.

04/23/21 JPG   B250  A108   PRODUCTION OF VALUATION            1.50       600.00
                           REPORTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE   55
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/23/21 LFA   B110  A106   CORRESPONDENCES WITH MS.          2.00        800.00
                           MCCAFFREY REGARDING ANO -
                           BLANK ROME SIXTH FEE
                           STATEMENT (.5); AND WITH MS.
                           MCCAFFREY AND MR. BRUNS
                           REGARDING INVOICE (.5);
                           REVIEWED AND REVISED FEE
                           STATEMENT EXHIBITS (1.0).


04/23/21 MAM   B190  A101   PRODUCTION OF DISCOVERY            2.70      1,080.00
                           (1.20) AND VARIOUS
                           CONFERENCES REGARDING THE
                           SAME (1.10); CONFERENCES
                           REGARDING MEDIATIONS (0.40).


04/23/21 AK    B310  A103   PREPARED CHART REGARDING           1.20        300.00
                           PRODUCTION OF PERSONNEL FILES
                           AND DOCUMENTS PRODUCED IN
                           RESPONSE TO DOCUMENT REQUESTS.


04/23/21 AK    B310  A103   PREPARED CORRESPONDENCE TO          .30         75.00
                           ARCHDIOCESE REGARDING REVIEW
                           OF FILES.


04/23/21 AK    B310  A104   REVIEWED DOCUMENTS TO PRODUCE      1.70        425.00
                           IN RESPONSE TO DISCOVERY
                           REQUESTS.


04/23/21 AK    B310  A103   WORKED ON PROCEDURE FOR             .80        200.00
                           REVIEWING AND PRODUCING
                           PERSONNEL FILES AND DOCUMENTS
                           IN RESPONSE TO DOCUMENT
                           REQUESTS.


04/23/21 CVM   B160  A103   REVISED BLANK ROME'S SIXTH          .70        175.00
                           MONTHLY FEE STATEMENT (0.50)
                           AND COMMUNICATIONS RE SAME
                           (0.20).


04/23/21 CVM   B160  A103   PREPARED INVOICES FOR JONES        1.00        250.00
                           WALKER'S SIXTH MONTHLY FEE
                           STATEMENT.


04/23/21 SAO   B320  A102   REVIEW OBJECTION OF THE             .40        100.00
                           COALITION AND FCR TO THE
                           DEBTORS' THIRD MOTION TO
                           EXTEND EXCLUSIVITY FILED IN
                           THE BOY SCOUTS CASE TO ASSIST
                           WITH MEDIATION PREPARATION
                           AND CASE RESOLUTION ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE   56
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/23/21 | SAO | B110 | A105 | EMAIL CORRESPONDENCE TO MR. MINTZ REGARDING INSURANCE ISSUES. | .20 | 50.00 |
| 04/23/21 | SAO | B110 | A103 | REVIEW AND REVISE NARRATIVE FOR MARCH 2021 MONTHLY OPERATING REPORT. | .40 | 100.00 |
| 04/23/21 | SAO | B110 | A111 | FINALIZE AND FILE MARCH 2021 MONTHLY OPERATING REPORT. | 1.40 | 350.00 |
| 04/23/21 | SAO | B310 | A103 | UPDATE PROOF OF CLAIM SPREADSHEET TO REFLECT FORGIVENESS OF ADDITIONAL PPP LOANS. | .40 | 100.00 |
| 04/23/21 | BB | B110 | A110 | UPDATE RELATIVITY DOCUMENT DATABASE WITH CODING TAGS FOR REDACTION REVIEW. | .50 | 85.00 |
| 04/23/21 | BB | B110 | A110 | GENERATE DIRECTORY INDICES FOR POTENTIALLY RESPONSIVE CLIENT FILES. | .20 | 34.00 |
| 04/23/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .80 | 136.00 |
| 04/23/21 | BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR PRODUCTION. | 1.10 | 187.00 |
| 04/23/21 | C D | B110 | A110 | PHONE CALL WITH GEORGETTE SHAHIEN TO DISCUSS AGREEMENTS (0.30); REVIEW SPREADSHEET TO CONSOLIDATE AND MAKE ONE RECORD PER AGREEMENT (2.20); BEGIN TO REVIEW SETTLEMENT AGREEMENTS AND PREPARE EXCEL CHART WHICH INCLUDES NAMES OF CLAIMANT, DATE, PARTIES AMOUNT AND WHETHER THERE IS A CONFIDENTIALITY PROVISION (2.30). | 4.80 | 816.00 |
| 04/23/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS. BOUDREAUX CONCERNING PENDING RECEIPT OF DOCUMENTS FROM MR. GOOD AND/OR CLIENT AND PREPARATION | .40 | 68.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  57
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

                               OF SAME FOR PRODUCTION.

| 04/23/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING NEED FOR DIRECTORY PRINT LISTS FOR COMPARISON OF DOCUMENTS. | .10 | 17.00 |
| 04/23/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING NETWORK LOCATION OF DOCUMENTS FROM MR. GOOD AND DOCUMENT NEWLY UPLOADED TO SHARE SITE BY CLIENT AND COMPARISON OF DOCUMENTS COLLECTED AND RECEIVED. | .20 | 34.00 |
| 04/23/21 GMS | B190 | A104 | EXAMINE AND COMPARE DOCUMENTS RECEIVED FROM CLIENT AND DOCUMENTS PREPARED BY MR. GOOD. | .50 | 85.00 |
| 04/23/21 GMS | B190 | A110 | EXAMINE ACTIVITY LIST FOR CLIENT'S NEWLY UPLOADED CONTENT (0.20) AND TARGET AND DOWNLOAD SAME IN PREPARATION OF PRODUCTION (0.30). | .50 | 85.00 |
| 04/23/21 GMS | B190 | A110 | EXTRACT PRODUCTION EXPORT FOR ATTORNEY CONSIDERATION AND UPLOAD EXPORT TO SHAREFILE FOR DISTRIBUTION. | .20 | 34.00 |
| 04/23/21 GMS | B190 | A110 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING EXTRACTED PRODUCTION AND BATES RANGE. | .20 | 34.00 |
| 04/23/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING CLIENT UPLOADS TO GOOGLE DRIVE. | .20 | 34.00 |
| 04/23/21 GMS | B190 | A110 | GENERATE AND FINALIZE SAVED SEARCH FOR PRODUCTION OF DOCUMENTS (0.20) AND APPLY AND CONFIRM APPLICABLE CODING FOR EXPORT (0.30). | .50 | 85.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  58
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/23/21 GMS | B190 | A110 | GENERATE AND SAVE SEARCHES IN PREPARATION OF RE-PRODUCTION OF SELECTED DOCUMENTS (0.40) AND REVISION AND/OR REMOVAL OR REDACTIONS IN PREPARATION OF SAME (0.60). | 1.00 | 170.00 |
| 04/24/21 EDW | B110 | A104 | CONTINUED WORK ON RESPONDING TO COMMITTEE'S DISCOVERY. | .50 | 150.00 |
| 04/24/21 RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING DISCRETE LITIGATION ISSUES INVOLVING DISCOVERY. | .20 | 98.00 |
| 04/24/21 RPV | B110 | A104 | WORKED ON IDENTIFYING POSSIBLE MEDIATORS. | 1.00 | 490.00 |
| 04/24/21 GMS | B190 | A104 | EXAMINE RELATIVITY WORKSPACE AND IDENTIFY AND GATHER POTENTIAL SETS OF DOCUMENTS FOR PRODUCTION IN BANKRUPTCY PROCEEDING. | 2.40 | 408.00 |
| 04/25/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING PRODUCTION OF DOCUMENTS TO COMMITTEE. | .30 | 90.00 |
| 04/25/21 RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING WEEKLY UPDATE AND UPCOMING DEADLINES. | .30 | 147.00 |
| 04/25/21 RPV | B110 | A105 | EMAIL FROM MR. AINSWORTH. | .10 | 49.00 |
| 04/25/21 MAM | B190 | A101 | WORK ON UPDATES TO CLIENT | 1.00 | 400.00 |
| 04/26/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT WITH CLAIMS INFORMATION. | .20 | 60.00 |
| 04/26/21 EDW | B110 | A104 | REVIEWED CLAIMS INFORMATION AND HANDLING. | .30 | 90.00 |
| 04/26/21 EDW | B110 | A104 | RECEIVED AND REVIEWED BEDIVERE LETTERS AND INFORMATION. | .40 | 120.00 |
| 04/26/21 EDW | B110 | A104 | REVIEWED ADDITIONAL BEDIVERE CLAIMS INFORMATION FROM ADDITIONAL LAW FIRMS. | .40 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   59
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/26/21 EDW    B110  A106   REVIEWED E-MAIL TO CLIENT            .10        30.00
                             REGARDING COMMITTEE REQUESTS
                             FOR INFORMATION REGARDING
                             SETTLEMENTS.

04/26/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL         .10        30.00
                             FROM MR. CARTER REGARDING
                             DRAFT INSURANCE LETTER.

04/26/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL         .10        30.00
                             FROM MR. CARTER REGARDING
                             REVISED DRAFT OF INSURANCE
                             LETTER.

04/26/21 EDW    B110  A104   REVIEWED ISSUES AND STATUS           .80       240.00
                             REGARDING SCANNING PROJECT
                             AND PRODUCTION OF CLERGY
                             FILES.

04/26/21 EJF    B320  A104   REVIEW (0.40) AND ADDRESS          4.20     2,058.00
                             (3.80) PLAN ISSUES;

04/26/21 JJL    B190  A108   READ CORRESPONDENCE FROM            .30        90.00
                             BLANK ROME REGARDING BEDIVERE
                             MATTER

04/26/21 JJL    B190  A103   CONTINUE TO WORK ON EXHIBIT B      1.40       420.00
                             AND RESPONSE TO INSURANCE
                             LIQUIDATOR

04/26/21 JRT    B190  A109   ATTEND STRATEGY MEETING ON         1.20       360.00
                             MEDIATION, ABUSE CLAIMS, AND
                             PROTOCOL.

04/26/21 RPV    B110  A105   TELEPHONE CONVERSATION WITH         .50       245.00
                             POTENTIAL MEDIATOR REGARDING
                             INTEREST AND AVAILABILITY.

04/26/21 RPV    B110  A105   OFFICE CONFERENCE WITH MR.          .50       245.00
                             MINTZ REGARDING PENDING
                             MOTIONS AND DISCOVERY ISSUES.

04/26/21 RPV    B110  A105   OFFICE CONFERENCE WITH MR.          .50       245.00
                             MINTZ REGARDING MEDIATOR
                             SELECTION ISSUES.

04/26/21 RPV    B110  A108   TELEPHONE CONVERSATION WITH         .20        98.00
                             COUNSEL REGARDING DOCUMENT
                             PRODUCTION ISSUES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   60
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init. | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 04/26/21 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DOCUMENT PRODUCTION ISSUES AND MEDIATOR SELECTION ISSUES. | .50 | 245.00 |
| 04/26/21 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ AND MR. WEGMANN REGARDING MEDIATION STATEMENT | .50 | 245.00 |
| 04/26/21 | RPV | B130 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING AGREEMENT TO PURCHASE AND SELL ST. ELIZABETH SCHOOL. | .50 | 245.00 |
| 04/26/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING WITH JW TEAM. | .50 | 150.00 |
| 04/26/21 | WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH JW TEAM. | 1.20 | 360.00 |
| 04/26/21 | LFA | B110 | A106 | CORRESPONDENCES WITH CLIENT REGARDING BRG'S FEE STATEMENT (.4); CORRESPONDED WITH MS. MCCAFFREY REGARDING EDITS TO FEE STATEMENTS (1.0) | 1.40 | 560.00 |
| 04/26/21 | MAM | B190 | A101 | MEETING WITH SZERINGUE AND DWEGMANN REGARDING LITIGATION ISSUES (1.70); ATTEND (1.20) AND PREPARE FOR STRATEGY MEETING (0.50); WORK ON DISCOVERY ISSUES (4.00). | 7.40 | 2,960.00 |
| 04/26/21 | AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND REDACTIONS. | 1.30 | 325.00 |
| 04/26/21 | AK | B310 | A103 | UPDATED CHRONOLOGY OF DOCUMENTS COLLECTED IN RESPONSE TO DISCOVERY REQUESTS. | 1.10 | 275.00 |
| 04/26/21 | AK | B310 | A104 | ANALYZED DOCUMENTS FOR RELEVANCY. | 2.10 | 525.00 |
| 04/26/21 | AK | B310 | A104 | ANALYZED DOCUMENTS IN ORDER TO RESPOND TO DOCUMENT REQUESTS. | 1.80 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE   61
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 04/26/21 | AK | B310 | A104 | WORKED ON PRIVILEGE ISSUES IN CONNECTION WITH DOCUMENT REVIEW. | .60 | 150.00 |
| 04/26/21 | AK | B310 | A104 | WORKED ON REVIEW OF OUTSTANDING DOCUMENT REQUESTS. | .70 | 175.00 |
| 04/26/21 | AK | B310 | A104 | ANALYZED FINANCIAL DATA PRODUCED BY ARCHDIOCESE IN ORDER TO RESPOND TO OUTSTANDING REQUESTS. | .40 | 100.00 |
| 04/26/21 | AK | B310 | A104 | ANALYZED DOCUMENTS TO DETERMINE CONFIDENTIALITY DESIGNATIONS. | 1.30 | 325.00 |
| 04/26/21 | CVM | B160 | A104 | REVIEWED JONES WALKER'S SIXTH MONTHLY FEE STATEMENT. | .50 | 125.00 |
| 04/26/21 | CVM | B160 | A103 | EDITED CRI'S SIXTH MONTHLY FEE STATEMENT. | .20 | 50.00 |
| 04/26/21 | CVM | B160 | A104 | REVIEWED BLANK ROME'S SIXTH MONTHLY FEE STATEMENT. | .20 | 50.00 |
| 04/26/21 | CVM | B160 | A104 | FINAL REVIEW OF INVOICE FOR JONES WALKER'S SIXTH MONTHLY FEE STATEMENT. | .20 | 50.00 |
| 04/26/21 | CVM | B160 | A105 | COMMUNICATED FEE STATEMENTS TO MS. ASHLEY. | .10 | 25.00 |
| 04/26/21 | SAO | B130 | A105 | CALL WITH MR. MINTZ REGARDING ST. ELIZABETH'S SALE MOTION. | .20 | 50.00 |
| 04/26/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .20 | 34.00 |
| 04/26/21 | BB | B110 | A110 | UPDATE CODING LAYOUT AND CHOICES IN RELATIVITY DATABASE FOR SETTLEMENT REVIEW. | .30 | 51.00 |
| 04/26/21 | C D | B110 | A101 | REVIEW SPREADSHEET TO CONSOLIDATE AND MAKE ONE RECORD PER AGREEMENT (2.20); BEGIN TO REVIEW SETTLEMENT AGREEMENTS AND ADD TO AND UPDATE EXCEL CHART O INCLUDE | 6.20 | 1,054.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   62
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  |  | NAMES OF CLAIMANT, DATE, PARTIES AMOUNT AND WHETHER THERE IS A CONFIDENTIALITY PROVISION (4.00). |  |  |
|---|---|---|---|---|---|
| 04/26/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING STATUS OF PENDING PRODUCTION OF DOCUMENTS. | .10 | 17.00 |
| 04/26/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING OBSERVATIONS AND QUESTIONS REGARDING PREPARATION OF DOCUMENTS FOR PRODUCTION AND AFFECT OF CERTAIN SETTLEMENT LANGUAGE. | .30 | 51.00 |
| 04/26/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING ROUGH PRODUCTION PREP OF CALAMARI MATERIALS. | .10 | 17.00 |
| 04/26/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING REVISION TO RELATIVITY CODING PROFILE FOR SETTLEMENT DOCUMENTS. | .10 | 17.00 |
| 04/26/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. DEMESME, MS. KINGSMILL AND MS. OPPENHEIM CONCERNING NEW REVIEW CODING FOR SETTLEMENT DOCUMENTS. | .10 | 17.00 |
| 04/26/21 GMS | B190 | A104 | EXAMINE RELATIVITY WORKSPACE AND IDENTIFY AND GATHER POTENTIAL SETS OF DOCUMENTS FOR PRODUCTION IN BANKRUPTCY PROCEEDING. | 1.50 | 255.00 |
| 04/27/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING SCANNING PROJECT AND ISSUES REGARDING CLERGY FILES. | .10 | 30.00 |
| 04/27/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING LEGAL FILES AND PRIVILEGE. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   63
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/27/21 EDW    B110  A104   REVIEWED PROTECTIVE ORDER          1.30         390.00
                             ISSUES AND CONFIDENTIALITY
                             ISSUES (0.80) AND DRAFT
                             REVISED PRPOPOSAL TO THE
                             COMMITTEE (0.50).

04/27/21 EDW    B110  A107   E-MAIL TO MR. CAINE WITH            .30          90.00
                             REVISED PROPOSAL.

04/27/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .30          90.00
                             FROM CLIENT REGARDING
                             SETTLEMENT DOCUMENTS.

04/27/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING       .10          30.00
                             NEW PROPOSAL REGARDING
                             PROTECTIVE ORDER.

04/27/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10          30.00
                             FROM MR. CAINE REGARDING
                             PRIVACY ISSUE.

04/27/21 EDW    B110  A104   REVIEWED ISSUES REGARDING          .30          90.00
                             AMENDED PROTECTIVE ORDER AND
                             NEW COMMITTEE.

04/27/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10          30.00
                             FROM MR. CAINE REGARDING LIST
                             OF ALLEGED PERPETRATORS.

04/27/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING      .30          90.00
                             NEW PROPOSAL AND ISSES
                             REGARDING SAME.

04/27/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10          30.00
                             FROM MR. CAINE REGARDING
                             DISPUTED NEW ISSUE/PROPOSAL.

04/27/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10          30.00
                             FROM MR. CAINE REGARDING LIST
                             AND PROPOSAL ISSUE.

04/27/21 EJF    B110  A107   TELEPHONE CALL WITH COUNSEL        .20          98.00
                             FOR CREDITOR;

04/27/21 EJF    B320  A103   DRAFT MEMO RE PLAN RELATED        4.40       2,156.00
                             ISSUES (4.0) AND DISCUSSIONS
                             REGARDING SAME (.4).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  64
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/27/21 | JJL | B190 | A103 | CONTINUE WORK ON BEDIVERE ISSUES AND RESPONSE TO LIQUIDATOR | 1.80 | 540.00 |
|---|---|---|---|---|---|---|
| 04/27/21 | RPV | B110 | A108 | TELEPHONE CONVERSATION WITH TORT COMMITTEE COUNSEL, MR. CARTER AND MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING DOCUMENT PRODUCTION, SELECTION OF MEDIATOR AND RELATED MATTERS | 1.00 | 490.00 |
| 04/27/21 | RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING ISSUES RAISED IN TELEPHONE CONVERSATION WITH TORT COMMITTEE COUNSEL, | .50 | 245.00 |
| 04/27/21 | RPV | B110 | A104 | WORKED ON MEDIATOR SELECTION | 2.00 | 980.00 |
| 04/27/21 | RPV | B110 | A108 | OFFICE CONFERENCE WITH COUNSEL REGARDING SELECTION OF MEDIATOR AND DOCUMENT PRODUCTION ISSUES | .50 | 245.00 |
| 04/27/21 | RPV | B310 | A107 | EMAILS FROM MR. MINTZ AND MR. MURRAY REGARDING CLAIMS ISSUES. | .30 | 147.00 |
| 04/27/21 | RPV | B130 | A106 | EMAIL FROM CLIENT REGARDING REVIEW AND COMMENTS REGARDING AGREEMENT TO PURCHASE AND SELL - ST. ELIZABETH ANN SETON SCHOOL. | .20 | 98.00 |
| 04/27/21 | JPG | B250 | A105 | PHONE CALL WITH MR. MINTZ REGARDING SALE OF ST. ELIZABETH SCHOOL | .20 | 80.00 |
| 04/27/21 | LFA | B110 | A106 | CORRESPONDENCES WITH MR. MINTZ AND MS. MCCAFFREY REGARDING AMENDED EXHIBIT C/ LEUMAS (.3); AND WITH MS. MCCAFFREY REGARDING UPDATED FEE APPS (.5). | .80 | 320.00 |
| 04/27/21 | LFA | B160 | A103 | REVISED AND FINALIZED FEE STATEMENTS (3.0); CORRESPONDED WITH NOTICE PARTIES REGARDING FEE STATEMETNS (.4) | 3.40 | 1,360.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  65
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 04/27/21 MAM | B190 | A101 | ATTEND WEEKLY CALL WITH UCC RE MEDIATION (1.00); CONFERENCE WITH CLIENT REGARDING THE SAME (0.80); WORK ON DISCOVERY ISSUES (5.10). | 6.90 | 2,760.00 |
| 04/27/21 AK | B310 | A106 | WORKED WITH ARCHDIOCESE ON DOCUMENT REVIEW. | 1.90 | 475.00 |
| 04/27/21 AK | B310 | A104 | ANALYZED DOCUMENTS IN ORDER TO RESPOND TO DOCUMENT REQUESTS. | 1.60 | 400.00 |
| 04/27/21 AK | B310 | A104 | WORKED WITH DOCUMENT VENDOR AND MS. SHAHIEN ON DOCUMENT REVIEW. | 1.20 | 300.00 |
| 04/27/21 AK | B310 | A104 | ANALYZED CONFIDENTIALITY AGREEMENT. | .20 | 50.00 |
| 04/27/21 AK | B310 | A104 | REVIEWED INSURANCE INFORMATION IN ORDER TO PRODUCE DOCUMENTS. | .60 | 150.00 |
| 04/27/21 AK | B310 | A105 | DISCUSSED DOCUMENT REVIEW PROTOCOL WITH MR. WEGMANN. | .20 | 50.00 |
| 04/27/21 AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND REDACTIONS. | 1.40 | 350.00 |
| 04/27/21 CVM | B160 | A103 | REVISED THE NOTICE PROVISION UNDER BLANK ROME'S SIXTH FEE STATEMENT. | .20 | 50.00 |
| 04/27/21 CVM | B160 | A103 | INCORPORATED MS. ASHLEY'S EDITS INTO FEE STATEMENTS. | .30 | 75.00 |
| 04/27/21 CVM | B160 | A110 | COMPILED FEE STATEMENTS FOR CLIENT. | .10 | 25.00 |
| 04/27/21 CVM | B160 | A110 | COMPILED LEDES FILES OF INVOICES FOR CLIENT. | .10 | 25.00 |
| 04/27/21 CVM | B160 | A110 | CALENDARED OBJECTION DEADLINE FOR SIXTH MONTHLY FEE STATEMENTS. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  66
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/27/21 SAO | B120 | A103 | REVIEW AND REVISE LETTER TO BEDIVERE INSURANCE LIQUIDATOR AND ATTACHMENTS THERETO REGARDING PENDING ARCHDIOCESE INSURANCE CLAIMS. | 2.70 | 675.00 |
| 04/27/21 SAO | B130 | A103 | REVIEW AND REVISE PROPOSED AGREEMENT TO PURCHASE AND SELL ST. ELIZABETH'S (1.7); BEGIN DRAFTING AMENDED MOTION TO APPROVE SALE OF THE SAME (0.6). | 2.30 | 575.00 |
| 04/27/21 SAO | B130 | A105 | CALL WITH MR. MINTZ REGARDING PROPOSED SALE OF ST. ELIZABETH'S. | .30 | 75.00 |
| 04/27/21 SAO | B190 | A104 | ANALYZE RETURN OF SUMMONS TO THE HOLY SEE IN CONNECTION WITH THE JOHN DOES I-V ABUSE CLAIM SUIT. | .30 | 75.00 |
| 04/27/21 M F | B190 | A104 | REVIEWED AND ANALYZED NEW 5TH CIRCUIT CASE ON CRUCIAL PRESCRIPTION ISSUE | .50 | 150.00 |
| 04/27/21 BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .20 | 34.00 |
| 04/27/21 BB | B110 | A110 | UPDATE CODING LAYOUT FOR REDACTION REVIEW. | .30 | 51.00 |
| 04/27/21 C D | B110 | A101 | MET WITH ALISON KINGSMILL AND REPRESENTATIVES OF ALLIANCE AT THE ARCHDIOCESE TO ASSIST IN THE PREPARATION OF PRODUCTION (3.70)  AND MANAGED DOCUMENTS TO ASSIST WITH PRODUCTION (3.30). | 7.00 | 1,190.00 |
| 04/27/21 GMS | B190 | A110 | ACCESS AND DOWNLOAD DOCUMENTS SHARED BY CLIENT. | .20 | 34.00 |
| 04/27/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING INGESTION OF SUPPLEMENTAL MATERIAL INTO RELATIVITY REVIEW PLATFORM. | .10 | 17.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   67
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/27/21 GMS | B190 | A104 | REVIEW (2.2) AND REVISE / REMOVE REDACTION AS NEED IN PREPARATION OF PRODUCTION (2.5). | 4.70 | 799.00 |
| 04/27/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING SETTLEMENT DOCUMENTS RECEIVED FROM CLIENT. | .10 | 17.00 |
| 04/27/21 GMS | B190 | A110 | MANAGE INTAKE AND SUPPLEMENT TO REVIEW PLATFORM OF SETTLEMENT DOCUMENTS RECEIVED FROM CLIENT. | .30 | 51.00 |
| 04/27/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING ADDITIONAL CONFIDENTIALITY TAGS AND HOLD TAG SPECIFIC TO REVIEW OF PRODUCTION IN BANKRUPTCY FOR UNREDACTED DOCUMENTS. | .20 | 34.00 |
| 04/28/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MS. CAINE REGARDING AGREEMENT ON CONFIDENTIALITY PROPOSAL. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING LIST OF ALLEGED PROOFS OF CLAIM NOT ON ABUSE LIST. | .30 | 90.00 |
| 04/28/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING SCANNING PROJECT. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING ACCEPTANCE OF AMENDED PROTECTIVE ORDER PROPOSAL. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING RECEIPT OF LIST. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING ANALYSIS OF ABUSE CLAIMS. | .30 | 90.00 |
| 04/28/21 EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING SCANNING ISSUES. | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  68
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/28/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING CLERGY WILL/TESTAMENT FILES. | .20 | 60.00 |
| 04/28/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING WILL/TESTAMENT FILES. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING STATUS OF SCANNING PROJECT. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING SCANNING PROJECT ISSUES AND STATUS. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A104 | REVIEWED FINAL LETTER TO BEVIDERE. | .10 | 30.00 |
| 04/28/21 EDW | B110 | A106 | E-MAIL TO AND E-MAIL FROM CLIENT REGARDING SCOPE OF REVIEW OF FILES. | .10 | 30.00 |
| 04/28/21 EJF | B110 | A103 | DRAFT MEMO REGARDING RELEASE AND RELATED ISSUES; | 3.10 | 1,519.00 |
| 04/28/21 JJL | B190 | A108 | CORRESPONDENCE TO AND FROM JAMES CARTER REGARDING BEDIVERE. | .20 | 60.00 |
| 04/28/21 JJL | B190 | A103 | FINALIZE LETTER AND ATTACHMENTS TO LIQUIDATOR. | 1.30 | 390.00 |
| 04/28/21 RPV | B110 | A107 | TWO TELEPHONE CONVERSATIONS WITH MR. MURRAY REGARDING MEDIATION SELECTION ISSUES. | .50 | 245.00 |
| 04/28/21 RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING MEDIATION SELECTION ISSUES. | .70 | 343.00 |
| 04/28/21 RPV | B110 | A106 | OFFICE CONFERENCE WITH (0.80) AND EMAIL FROM/TO MR. MINTZ REGARDING MEDIATION SELECTION ISSUES AND RELATED MATTERS (0.10). | .90 | 441.00 |
| 04/28/21 RPV | B110 | A108 | EMAILS FROM/TO MS. WELSH REGARDING MEDIATION INTERVIEW. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  69
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 04/28/21 | RPV | B110 | A107 | EMAILS FROM/TO MR. MURRAY REGARDING MEDIATION INTERVIEW. | .30 | 147.00 |
| 04/28/21 | RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING MEDIATION POSITION PAPER. | .10 | 49.00 |
| 04/28/21 | LFA | B110 | A106 | CORRESPONDED WITH MR. MINTZ REGARDING OCP DECLARATION (.3); REVIEWED OCP DECLARATION (.4). | .70 | 280.00 |
| 04/28/21 | LFA | B160 | A106 | CORRESPONDENCES WITH MS. FISCHER AND MESSRS. VANCE AND BRUNS REGARDING ARCHDIOCESE FEE STATEMENTS. | 1.00 | 400.00 |
| 04/28/21 | MAM | B190 | A101 | WORK ON DISCOVERY ISSUES (1.20); RESEARCH REGARDING MEDIATION ISSUES (0.80); COORESPONENCE REGARDING SALE OF PROPERTY (0.40). | 2.40 | 960.00 |
| 04/28/21 | AK | B310 | A104 | ANALYZED DOCUMENTS IN ORDER TO RESPOND TO DOCUMENT REQUESTS. | 1.30 | 325.00 |
| 04/28/21 | AK | B310 | A104 | ANALYZED DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS. | 1.60 | 400.00 |
| 04/28/21 | AK | B310 | A103 | UPDATED MEMO REGARDING REVIEW OF DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS. | .70 | 175.00 |
| 04/28/21 | CVM | B110 | A104 | FINALIZED ORDINARY COURSE DECLARATION OF EGL CONSULTANTS (0.30) AND FILED THE SAME (0.40). | .70 | 175.00 |
| 04/28/21 | CVM | B110 | A103 | REVISED EGL CONSULTANT'S ORDINARY COURSE DECLARATION. | 1.20 | 300.00 |
| 04/28/21 | SAO | B310 | A102 | REVIEW RECENT FIFTH CIRCUIT CASE REGARDING LOUISIANA PRESCRIPTION AND CONTRA NON VALENTEM TO ASSIST WITH MEDIATION PREPARATION. | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   70
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/28/21 | SAO | B310 | A103 | SUPPLEMENT LETTER TO BEDIVERE INSURANCE COMPANY LIQUIDATOR PER COMMENTS FROM BLANK ROME. | 3.30 | 825.00 |
| 04/28/21 | SAO | B310 | A102 | FURTHER ANALYSIS OF LOUISIANA INSURANCE GUARANTY ASSOCIATION LAW IN CONNECTION WITH BEDIVERE INSURANCE COMPANY'S LIQUIDATION. | 1.40 | 350.00 |
| 04/28/21 | SAO | B160 | A104 | REVIEW DECLARATION AND DISCLOSURE STATEMENT OF EMILIE GAGNET LEUMAS ON BEHALF OF EGL CONSULTANTS, LLC. | .10 | 25.00 |
| 04/28/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .30 | 51.00 |
| 04/28/21 | BB | B110 | A110 | CORRESPOND WITH GEORGETTE SHAHIEN REGARDING PREPARATION AND REVIEW OF CLIENT PERSONNEL FILES. | .40 | 68.00 |
| 04/28/21 | C D | B110 | A101 | REVIEWED DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); PREPARED AND MANAGED DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 04/28/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING NEED FOR CREATION OF SHAREFILE FOLDER TO INTAKE DATA. | .10 | 17.00 |
| 04/28/21 | GMS | B190 | A108 | COMMUNICATIONS WITH ALLIANCE REPRESENTATIVES CONCERNING ACCESS TO SHAREFILE FOLDER. | .10 | 17.00 |
| 04/28/21 | GMS | B190 | A110 | CREATION OF SHAREFILE FOLDER AND PERMISSIONS FOR RECEIPT OF CLIENT DATA. | .10 | 17.00 |
| 04/28/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS. BOUDREAUX CONCERNING DOCUMENTS TO BE PRODUCED BY BLANK ROME. | .10 | 17.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  71
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 04/28/21 GMS | B190 | A110 | PREPARE SHAREFILE FOLDER FOR TRANSFER OF FILES TO MR. MURRAY AT BLANK ROME IN ANTICIPATION OF PRODUCTION. | .10 | 17.00 |
| 04/28/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING FORMAT OF DATA SCANS. | .10 | 17.00 |
| 04/28/21 GMS | B190 | A104 | DOCUMENT REVIEW AND REDACTION REMOVAL AND/OR REVISION IN PREPARATION OF PRODUCTION IN BANKRUPTCY MATTER. | 1.80 | 306.00 |
| 04/29/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING PROOFS OF CLAIM ANALYSIS AND STATUS. | .80 | 240.00 |
| 04/29/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING REVIEW OF FILES FOR PRODUCTION AND CLERGY FILES. | 1.50 | 450.00 |
| 04/29/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING INSURANCE AND CLAIM INFORMATION REQUESTED BY COMMITTEE. | .10 | 30.00 |
| 04/29/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING INSURANCE AND CLAIM INFORMATION. | .50 | 150.00 |
| 04/29/21 EDW | B110 | A104 | REVIEWED DOCUMENTS CHART REGARDING PRODUCTION. | .10 | 30.00 |
| 04/29/21 EDW | B110 | A104 | REVIEWED DOCUMENTS REGARDING CAPTIVE INSURER. | .20 | 60.00 |
| 04/29/21 EDW | B110 | A104 | RECEIVED AND REVIEWED NOTICE OF OF MOTION TO ALLOW LATE PROOF OF CLAIM. | .30 | 90.00 |
| 04/29/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING RESPONSE TO REQUESTS 9 AND 10. | .20 | 60.00 |
| 04/29/21 EJF | B110 | A108 | CONFERENCE CALL WITH COMMERCIAL CREDITORS' COMMITTEE AND ITS FA; | .90 | 441.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  72
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/29/21 EJF   B110  A103   MEMOS REGARDING THE SAME;              .70        343.00

04/29/21 JRT   B190  A104   NUMEROUS COMMUNICATIONS IN            .60        180.00
                            EFFORT TO EVALUATE POTENTIAL
                            MEDIATION.

04/29/21 RPV   B160  A104   RECEIVED AND REVIEWED                 .30        147.00
                            APPLICATION FOR COMPENSATION
                            /SECOND INTERIM APPLICATION
                            FOR ALLOWANCE AND PAYMENT OF
                            COMPENSATION AND
                            REIMBURSEMENT OF EXPENSES OF
                            PACHULSKI STANG ZIEHL & JONES
                            LLP AS CO-COUNSEL FOR THE
                            OFFICIAL COMMITTEE OF
                            UNSECURED CREDITORS FOR THE
                            PERIOD FROM OCTOBER 1, 2020
                            THROUGH MARCH 31, 2021.

04/29/21 RPV   B160  A104   RECEIVED AND REVIEWED SECOND         .30        147.00
                            APPLICATION FOR COMPENSATION
                            AND REIMBURSEMENT OF EXPENSES
                            FOR THE PERIOD FROM OCTOBER
                            1, 2020 THROUGH JANUARY 31,
                            2021 FOR LOCKE LORD LLP AND
                            NOTICE OF HEARING ON SAME.

04/29/21 RPV   B110  A106   EMAIL FROM CLIENT REGARDING         .30        147.00
                            BEDIVERE LIQUIDATION (0.10)
                            AND OFFICE CONFERENCE WITH
                            MR. MINTZ REGARDING SAME
                            (0.20).

04/29/21 RPV   B190  A104   RECEIVED AND REVIEWED MOTION        .30        147.00
                            TO EXTEND TIME TO ALLOW
                            FILING OF LATE FORMAL PROOF
                            OF CLAIM FILED BY ANGELA
                            DOLCE.

04/29/21 RPV   B190  A105   EMAILS TO AND FROM (0.10) AND       .30        147.00
                            OFFICE CONFERENCE WITH MR.
                            MINTZ REGARDING REVIEW OF
                            MOTION TO EXTEND TIME TO
                            ALLOW FILING OF LATE FORMAL
                            PROOF OF CLAIM FILED BY
                            ANGELA DOLCE (0.20).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   73
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/29/21 RPV   B110  A105   EMAILS FROM AND TO CO-COUNSEL        .50        245.00
                           REGARDING CALL WITH FINANCIAL
                           ADVISOR TO THE COMMERCIAL
                           CREDITORS' COMMITTEE (0.20)
                           AND OFFICE CONFERENCE WITH
                           MR. MINTZ REGARDING SAME
                           (0.30).

04/29/21 RPV   B110  A105   EMAIL FROM (0.10) AND OFFICE         .30        147.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING DOCUMENT PRODUCTION
                           (0.20).

04/29/21 RPV   B110  A108   EMAIL FROM MR. ROBBINS              .30        147.00
                           REGARDING DOCUMENT PRODUCTION
                           (0.10) AND OFFICE CONFERENCE
                           WITH MR. MINTZ REGARDING SAME
                           (0.10).

04/29/21 RPV   B110  A107   EMAIL FROM MR. MURRAY AND           .20         98.00
                           CLIENT REGARDING MEDIATION.

04/29/21 LFA   B110  A106   CORRESPONDENCES WITH MR.            .90        360.00
                           BOLDISSAR AND MR. MINTZ
                           REGARDING TORT COMMITTEE FEE
                           STATEMENT (.4); REVIEWED FEEE
                           STATEMENT (.5).

04/29/21 MAM   B190  A101   WORK ON DISCOVERY ISSUES           7.50      3,000.00
                           (1.10); WORK ON MATTERS
                           RELATED TO BAR DATE ORDER
                           AMENDMENT (2.20); CALLS
                           REGARDING THE SAME (0.80);
                           RESEARCH REGARDING MEDIATION
                           (3.10); CALLS REGARDING SALE
                           OF PROPERTY (0.30).

04/29/21 AK    B310  A103   UPDATED CHRONOLOGY OF               .80        200.00
                           DOCUMENTS COLLECTED IN
                           RESPONSE TO DISCOVERY
                           REQUESTS.

04/29/21 AK    B310  A104   ANALYZED DOCUMENTS IN              2.10        525.00
                           RESPONSE TO DISCOVERY
                           REQUESTS.

04/29/21 AK    B310  A104   ANALYZED DOCUMENTS IN ORDER        1.80        450.00
                           TO RESPOND TO DOCUMENT
                           REQUESTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   74
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 04/29/21 | AK | B310 | A105 | WORKED WITH MS. DEMESME ON ISSUES REGARDING REVIEW OF DOCUMENTS TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | .20 | 50.00 |
| 04/29/21 | AK | B310 | A103 | REVISED DOCUMENT REVIEW PROTOCOL. | .40 | 100.00 |
| 04/29/21 | SAO | B110 | A105 | CONFERENCE WITH MR. MINTZ REGARDING ACTION ITEMS TO PREPARE FOR MEDIATION (0.7); CONFERENCE WITH MR. MINTZ REGARDING THE DOLCES' MOTION TO ALLOW FILING OF LATE FORMAL PROOF OF CLAIM (0.2). | .90 | 225.00 |
| 04/29/21 | SAO | B310 | A104 | REVIEW THE DOLCES' MOTION TO ALLOW FILING OF LATE FORMAL PROOF OF CLAIM. | .50 | 125.00 |
| 04/29/21 | SAO | B170 | A104 | REVIEW LOCKE LORD'S SECOND INTERIM FEE APPLICATION (0.4); REVIEW PACHULSKI STANG'S SECOND INTERIM FEE APPLICATION (0.5). | .90 | 225.00 |
| 04/29/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 04/29/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING EDITS TO SHAREFILE FOLDER. | .10 | 17.00 |
| 04/29/21 | GMS | B190 | A107 | COMMUNICATIONS WITH MR. CARTER CONCERNING AVAILABLE SHAREFILE FOLDER PERMISSIONS. | .10 | 17.00 |
| 04/29/21 | GMS | B190 | A110 | EDIT SHAREFILE FOLDER PERMISSIONS. | .10 | 17.00 |
| 04/29/21 | GMS | B190 | A104 | REVIEW SELECTED STATE COURT PRODUCTIONS (2.40) AND EDIT PRODUCTION INSTRUCTION FOR PRODUCTION IN BANKRUPTCY (3.90). | 6.30 | 1,071.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   75
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| Date | Atty | | | Description | Hours | Amount |
|------|------|--|--|-------------|-------|--------|
| 04/30/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. BOLDISSAR REGARDING STATUS AND PROPOSAL REGARDING MOTION TO COMPEL HEARING. | .10 | 30.00 |
| 04/30/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. CARTER WITH DOCUMENTS PRODUCED IN RESPONSE TO SUBPOENA AND REVIEWED DOCUMENTS. | .30 | 90.00 |
| 04/30/21 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING SCANNING PROJECT AND CLERGY FILES. | 1.50 | 450.00 |
| 04/30/21 | EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING SCANNING PROJECT. | .10 | 30.00 |
| 04/30/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING CAPTIVE INSURANCE DOCUMENTS. | .10 | 30.00 |
| 04/30/21 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING INSURANCE DOCUMENTS. | .30 | 90.00 |
| 04/30/21 | EJF | B320 | A103 | WORK ON MEMO RE MEDIATION ISSUES; | 2.30 | 1,127.00 |
| 04/30/21 | JRT | B190 | A104 | REVIEW CERTAIN CASES REGARDING STATUTE OF LIMITATIONS. | .50 | 150.00 |
| 04/30/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER TO CONTINUE HEARING ON MOTION TO COMPEL DEBTORS (1) PRODUCTION OF DOCUMENTS, AND (2) PRIVILEGE LOG (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 04/30/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | .10 | 49.00 |
| 04/30/21 | MAM | B190 | A101 | CALLS WITH YR. ROBINS REGARDING DISCOVERY ISSUES | 1.20 | 480.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   76
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 04/30/21 | AK  | B310 | A104 | ANALYZED DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS. | 2.20 | 550.00 |
|---|---|---|---|---|---|---|
| 04/30/21 | SAO | B310 | A104 | REVIEW ORDER GRANTING MOTION TO SUPPLEMENT THE CLAIMS BAR DATE ORDER. | .30 | 75.00 |
| 04/30/21 | SAO | B110 | A105 | EMAIL CORRESPONDENCES WITH JONES WALKER TEAM REGARDING CANCELLATION OF TUESDAY'S SPECIAL SETTING HEARING. | .20 | 50.00 |
| 04/30/21 | BB  | B110 | A110 | ASSIST WITH SEARCH BUILDING AND EXECUTION IN RELATIVITY DATABASE. | .20 | 34.00 |
| 04/30/21 | BB  | B110 | A110 | PREPARE CLIENT PERSONNEL FILES FOR REVIEW IN RELATIVITY DATABASE. | .50 | 85.00 |
| 04/30/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.00); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.00 | 1,190.00 |
| 04/30/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX TO CLARIFY ORGANIZATION OF UPLOADED SETTLEMENT DOCUMENTS. | .10 | 17.00 |
| 04/30/21 | GMS | B190 | A110 | ACCESS SHAREFILE, DOWNLOAD AND EXAMINE DOCUMENT SCANS. | .40 | 68.00 |
| 04/30/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING INTAKE AND ORGANIZATION OF DOCUMENT SCANS. | .40 | 68.00 |
| 04/30/21 | GMS | B190 | A104 | REVIEW DOCUMENTS PRODUCED IN STATE LITIGATION FOR REVISION OR MAINTENANCE OF REDACTION (2.20); REVIEW SELECTED SETTLEMENT DOCUMENTS FOR APPLICATION OF CONFIDENTIALITY PROVISIONS (2.30). | 4.50 | 765.00 |

| Date | Init | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/30/21 | GMS | B190 | A107 | COMMUNICATIONS WITH MR. BROUSSARD CONCERNING DOCUMENTS UPLOADED TO SHAREFILE. | .20 | 34.00 |
| 05/01/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING PRODUCTION OF INFORMATION REQUESTED BY THE COMMITTEE. | .10 | 30.00 |
| 05/01/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ADDITIONAL INFORMATION ALSO REQUESTED BY THE COMMITTEE. | .10 | 30.00 |
| 05/01/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING BEDIVERE INSOLVENCY AND PENDING CLAIMS. | .30 | 90.00 |
| 05/01/21 | EDW | B110 | A104 | REVIEWED SETTLEMENT INFORMATION REGARDING CONFIDENTIALITY ISSUES. | .80 | 240.00 |
| 05/01/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING ANALYSIS OF PROOFS OF CLAIM. | .50 | 150.00 |
| 05/01/21 | EDW | B110 | A104 | REVIEWED STATUS AND ISSUES REGARDING PRODUCTION OF CLERGY FILES. | .80 | 240.00 |
| 05/01/21 | RPV | B190 | A105 | EMAIL FROM MR. WEGMANN REGARDING DEFENSE ISSUES. | .10 | 49.00 |
| 05/01/21 | RPV | B110 | A106 | EMAIL FROM CLIENT REGARDING INSURANCE ISSUES. | .20 | 98.00 |
| 05/02/21 | RPV | B110 | A106 | EMAILS TO AND FROM CLIENT REGARDING INSURANCE ISSUES. | .10 | 49.00 |
| 05/02/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING WITH BANKRUPTCY TEAM AND LITIGATION TEAM. | .80 | 240.00 |
| 05/03/21 | EDW | B110 | A104 | CONTINUED REVIEW OF ISSUES REGARDING PRODUCTION OF CLERGY FILES. | 1.20 | 360.00 |
| 05/03/21 | EDW | B110 | A104 | REVIEWED ISSUES AND PLANNING FOR MEDIATION. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   78
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/03/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONFIDENTIALITY PROVISIONS REGARDING CLERGY FILES. | .90 | 270.00 |
| 05/03/21 EDW | B110 | A104 | REVIEWED STATUS AND ANALYSIS REGARDING ABUSE PROOFS OF CLAIM. | .90 | 270.00 |
| 05/03/21 EDW | B110 | A104 | REVIEWED SUPPLEMENTAL PRODUCTION BY THE ARCHDIOCESE REGARDING CAPTIVE INSURANCE. | .20 | 60.00 |
| 05/03/21 EDW | B110 | A106 | TELEPHONE CALL FROM CLIENT REGARDING SCANNING AND CLERGY FILE ISSUES. | .10 | 30.00 |
| 05/03/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONFIDENTIALITY OF PROOFS OF CLAIM. | .80 | 240.00 |
| 05/03/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PROTECTIVE ORDER AMENDMENT AND PRODUCTION. | .10 | 30.00 |
| 05/03/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING PRODUCTION STATUS. | .10 | 30.00 |
| 05/03/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING PROOFS OF CLAIM CONFIDENTIALITY ISSUES. | .10 | 30.00 |
| 05/03/21 EDW | B110 | A106 | E-MAIL FROM CLIENT REGARDING SCANNING ISSUE. | .10 | 30.00 |
| 05/03/21 EJF | B320 | A104 | WORK ON MEMO RE PLAN AND MEDIATION ISSUES; | 2.80 | 1,372.00 |
| 05/03/21 EJF | B320 | A107 | MEMOS REGARDING MEDIATION ISSUES; | .20 | 98.00 |
| 05/03/21 JJL | B190 | A101 | PREPARING FOR (0.50) AND ATTEND WEEKLY STRATEGY MEETING (1.00). | 1.50 | 450.00 |
| 05/03/21 JRT | B190 | A109 | ATTEND STRATEGIC MEETING. | .50 | 150.00 |
| 05/03/21 RPV | B190 | A104 | RECEIVED AND REVIEWED ADVERSARY FILED BY FR. ASARE. | .40 | 196.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   79
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/03/21 | RPV | B190 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING REVIEW OF ADVERSARY PROCEEDING FILED BY FR. ASARE (0.30). | .40 | 196.00 |
| 05/03/21 | RPV | B160 | A105 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING BRG FEE STATEMENT (0.20). | .30 | 147.00 |
| 05/03/21 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING WEEKLY UPDATE AND UPCOMING DEADLINES. | .10 | 49.00 |
| 05/03/21 | RPV | B110 | A104 | WORKED ON MEDIATION ISSUES INCLUDING PREPARATION FOR INTERVIEWS. | .70 | 343.00 |
| 05/03/21 | RPV | B190 | A104 | WORKED ON DOCUMENT PRODUCTION ISSUES INCLUDING OFFICE CONFERENCE WITH MR. MINTZ AND MR. WEGMANN | .50 | 245.00 |
| 05/03/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING. | .60 | 180.00 |
| 05/03/21 | WGZ | B410 | A109 | ATTEND MEETING TO DISCUSS STRATEGY WITH BANKRUPTCY TEAM AND WITH LITIGATION TEAM. | 1.00 | 300.00 |
| 05/03/21 | WGZ | B410 | A104 | WORKING ON MEDIATION STRATEGY. | .80 | 240.00 |
| 05/03/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MESSRS. VANCE AND MINTZ REGARDING BRG'S FEE STATEMENTS (.4); WITH MR. ROBBINS REGARDING ANO DOCUMENT PRODUCTION (.1). | .50 | 200.00 |
| 05/03/21 | MAM | B190 | A101 | ATTEND STRATEGY MEETING (1.0); PREPARE FOR THE SAME (2.5); RECEIPT AND REVIEW OF ADVERSARY COMPLAINT (0.4); CORRESPONDENCE REGARDING THE SAME (1.0). | 4.90 | 1,960.00 |
| 05/03/21 | AK | B310 | A105 | WORKED WITH MR. WEGMANN ON RESPONSES TO DISCOVERY REQUESTS. | .90 | 225.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  80
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Tkpr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/03/21 | AK | B310 | A105 | CORRESPONDENCE TO MS. SHAHIEN REGARDING STATUS OF DOCUMENT REVIEW. | .10 | 25.00 |
| 05/03/21 | AK | B310 | A105 | CORRESPONDENCE TO MS. SHAHIEN REGARDING STATUS OF DOCUMENT REVIEW. | .10 | 25.00 |
| 05/03/21 | AK | B310 | A105 | CORRESPONDENCE TO MS. DEMESME REGARDING DOCUMENT REVIEW. | .10 | 25.00 |
| 05/03/21 | AK | B310 | A105 | PREPARED LIST OF ACCUSED IN PROOFS OF CLAIMS AND IN 2018 ACCUSED LIST. | .60 | 150.00 |
| 05/03/21 | SAO | B310 | A108 | CORRESPONDENCES WITH CLAIMS AND NOTICING AGENT REGARDING SERVICE OF ORDER GRANTING MOTION TO SUPPLEMENT CLAIMS BAR DATE ORDER. | .20 | 50.00 |
| 05/03/21 | SAO | B190 | A103 | DRAFT EMAIL TO ATTORNEYS FOR THE DOLCES REGARDING POTENTIAL SETTLEMENT OF THE STAY VIOLATION, LIFT STAY, AND LATE PROOF OF CLAIM MOTIONS. | .70 | 175.00 |
| 05/03/21 | SAO | B110 | A102 | CONDUCT RESEARCH REGARDING PROCEDURE FOR MOVING TO APPOINT A SITTING BANKRUPTCY JUDGE AS A MEDIATOR. | 2.20 | 550.00 |
| 05/03/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .30 | 51.00 |
| 05/03/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 05/03/21 | GMS | B190 | A106 | COMMUNICATIONS WITH MR. EAGAN CONCERNING DATA MADE AVAILABLE VIA GOOGLE DRIVE. | .10 | 17.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  81
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/03/21 GMS    B190  A105   COMMUNICATIONS WITH MS.            .10        17.00
                             KINGSMILL CONCERNING
                             DESCRIPTION OF DATA MADE
                             AVAILABLE ON GOOGLE DRIVE.

05/03/21 GMS    B190  A110   ACCESS AND EXAMINE NEW             .40        68.00
                             MATERIALS AT GOOGLE DRIVE AND
                             DOWNLOAD MATERIALS DESCRIBED.

05/03/21 GMS    B190  A105   COMMUNICATIONS WITH MS.            .10        17.00
                             BOUDREAUX CONCERNING
                             MATERIALS TO BE UPLOADED TO
                             REVIEW PLATFORM.

05/03/21 GMS    B190  A104   EXAMINE SPREADSHEET PROVIDED       .30        51.00
                             BY COMMITTEE AND COMPARE SAME
                             TO MASTER LIST OF POC ACCUSED.

05/03/21 GMS    B190  A105   COMMUNICATIONS WITH MR.            .10        17.00
                             WEGMANN FORWARDING COPY OF
                             CHART COMPARING ACCUSED LIST
                             FROM COMMITTEE AND MASTER
                             LIST OF POCS AND FINDINGS.

05/03/21 GMS    B190  A105   COMMUNICATIONS WITH MS.            .40        68.00
                             KINGSMILL CONCERNING SELECTED
                             DOCUMENTS AND/OR CATEGORIES
                             OF DOCUMENTS UNDER REVIEW.

05/03/21 GMS    B190  A105   COMMUNICATIONS WITH MS.            .10        17.00
                             KINGSMILL CONCERNING
                             DOCUMENTS TO BE PROVIDED TO
                             BLANK ROME.

05/03/21 GMS    B190  A105   PREPARE AND UPLOAD SELECTED        .30        51.00
                             DATA TO SHAREFILE FOR BLANK
                             ROME RECIPIENTS.

05/03/21 GMS    B190  A104   REVIEW DOCUMENTS FOR AND          2.70       459.00
                             REVISE OR REMOVE REDACTION OF
                             SELECTED DOCUMENTS.

05/04/21 EDW    B110  A104   RECEIVED AND REVIEWED             .10        30.00
                             COMPLAINT FOR RELIEF FILED BY
                             FR. ANSARE.

05/04/21 EDW    B110  A104   REVIEWED STATUS REGARDING         .10        30.00
                             PRODUCTION OF FINANCIAL DATA
                             TO COMMITTEE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  82
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/04/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING         .10        30.00
                             STATUS AND E-MAIL FROM MR.
                             CAINE REGARDING PROPOSED
                             AMENDED PROTECTIVE ORDER.

05/04/21 EDW    B110  A107   CONTINUED REVIEW AND WORK ON          .90       270.00
                             SCANNING PROJECT AND ISSUES
                             REGARDING SAME.

05/04/21 EDW    B110  A106   E-MAIL TO CLIENT REGARDING            .10        30.00
                             SCANNING PROJECT.

05/04/21 EDW    B110  A104   REVIEWED ISSUES REGARDING            .80       240.00
                             AMENDED PROTECTIVE ORDER.

05/04/21 EDW    B110  A103   DRAFTED PROPOSED JOINT MOTION        .90       270.00
                             TO AMEND AND SUPPLEMENT
                             PROTECTIVE ORDER (0.5) AND
                             AMENDED AND SUPPLEMENTAL
                             PROTECTIVE ORDER (0.4).

05/04/21 EJF    B320  A107   CONFERENCE CALL RE PLAN              .50       245.00
                             MEDIATION ISSUES;

05/04/21 EJF    B320  A104   REVIEW DOCUMENTS TO PREPARE         2.80     1,372.00
                             MEMO RE MEDIATION ISSUES;

05/04/21 EJF    B320  A103   WORK ON MEMO RE SAME;              2.50     1,225.00

05/04/21 RPV    B210  A104   RECEIVED AND REVIEWED PARISH        2.00       980.00
                             REPORTS.

05/04/21 RPV    B110  A108   TELEPHONE CONVERSATION WITH          .60       294.00
                             UCC COUNSEL, MR. MINTZ AND
                             MR. MURRAY REGARDING VARIOUS
                             MATTERS INCLUDING MEDIATOR
                             SELECTION AND MEDIATION
                             PROCESS.

05/04/21 RPV    B110  A105   TELEPHONE CONVERSATION WITH          .30       147.00
                             MR. MINTZ REGARDING CALL WITH
                             UCC COUNSEL.

05/04/21 RPV    B110  A106   TELEPHONE CONVERSATION WITH          .60       294.00
                             MR. MINTZ AND CLIENT
                             REGARDING ADVERSARY
                             PROCEEDING, LEGAL ISSUES AND
                             RELATED MATTERS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  83
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 05/04/21 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DOCUMENT PRODUCTION. | .50 | 245.00 |

| 05/04/21 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT AND COUNSEL REGARDING DOCUMENT PRODUCTION ISSUES. | .80 | 392.00 |

| 05/04/21 | RPV | B110 | A108 | MULTIPLE EMAILS AND COMMUNICATIONS AMONG MEDIATOR CANDIDATE AND MESSRS. MINTZ AND MURRAY REGARDING CALL. | .50 | 245.00 |

05/04/21 LFA  B110  A105  CORRESPONDENCES WITH MS.            1.30     520.00
                          GEORGE, U.S. TRUSTEE'S OFFICE
                          REGARDING APPLICATION TO
                          EMPLOY (.4); WITH MR. MINTZ
                          AND CLIENT REGARDING RE:
                          BRG'S JUN. THROUGH SEP. 2020
                          FEE STATEMENT (.4); ;WITH MR.
                          MINTZ AND CLIENT REGARDING
                          ZOBRIO (.1); WITH MS. DASSA.
                          PACHULSKI STANG INVOICE -
                          LEDES (.4).

05/04/21 MAM  B190  A101  CALL WITH OPPOSING COUNSEL          1.70     680.00
                          REGARDING MEDIATION ISSUES
                          (0.90); PREPARE FOR THE SAME
                          (0.80).

05/04/21 AK   B310  A104  REVIEWED CLERGY FILES FOR          1.60     400.00
                          REDACTIONS.

05/04/21 AK   B310  A104  REVIEWED DOCUMENTS FOR            2.30     575.00
                          PRIVILEGE AND RELEVANCY IN
                          CLERGY FILES.

05/04/21 AK   B310  A104  ANALYZED REVISED PROTECTIVE         .20      50.00
                          ORDER TO PREPARE DOCUMENT
                          PRODUCTIONS.

05/04/21 CVM  B160  A104  MANAGED LOCKE LORD'S FEE            .50     125.00
                          STATEMENT FOR CLIENT (0.30)
                          AND COMMUNICATIONS REGARDING
                          SAME (0.20).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  84
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/04/21 | OKB | B310 | A105 | MEETING WITH M.MINTZ REGARDING CLAIMS BAR DATE, STATUS OF BANKRUPTCY PROCEEDING, AND RESEARCH PROJECT. | .30 | 75.00 |
| 05/04/21 | OKB | B310 | A102 | RESEARCHED DISCRETE ISSUE REGARDING POCS. | 3.60 | 900.00 |
| 05/04/21 | OKB | B310 | A105 | PHONE CALL WITH M.MINTZ REGARDING DISCETE ISSUE FOR POCS. | .50 | 125.00 |
| 05/04/21 | SAO | B110 | A102 | RESEARCH REGARDING INTERCIRCUIT ASSIGNMENTS OF BANKRUPTCY JUDGES TO ASSIST WITH APPOINTMENT OF POTENTIAL MEDIATOR. | 3.90 | 975.00 |
| 05/04/21 | SAO | B110 | A103 | DRAFT RESEARCH MEMORANDUM REGARDING INTERCIRCUIT ASSIGNMENTS OF BANKRUPTCY JUDGES. | 1.80 | 450.00 |
| 05/04/21 | SAO | B190 | A104 | REVIEW FR. ASARE-DANKWAH'S ADVERSARY COMPLAINT AGAINST A.A. DOE. | .20 | 50.00 |
| 05/04/21 | SAO | B110 | A105 | CALL WITH MR. MINTZ REGARDING INTERCIRCUIT ASSIGNMENTS OF BANKRUPTCY JUDGES. | .20 | 50.00 |
| 05/04/21 | BB | B110 | A110 | UPDATE CODING TAGS IN RELATIVITY REVIEW DATABASE. | .10 | 17.00 |
| 05/04/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 05/04/21 | GMS | B190 | A103 | FILTER AND EDIT MASTER LIST OF CLAIMS TO REFLECT SINGLE INSTANCES OF ACCUSED NAMES, SEGREGATE SAME TO ANO ASSOCIATED ACCUSED AND ASSOCIATE SELECTED ENTRIES WITH CREDIBLY ACCUSED LIST. | 3.30 | 561.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  85
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/05/21 EDW   B110  A103   CONTINUED WORK ON DRAFTING            .80       240.00
                           MOTION FOR AMENDED AND
                           SUPPLEMENTAL PROTECTIVE ORDER.

05/05/21 EDW   B110  A104   REVIEWED ISSUES REGARDING             .70       210.00
                           SCANNING PROJECT AND
                           PRODUCTION OF CONFIDENTIAL
                           FILES INCLUDING VICTIM FILES.

05/05/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL          .10        30.00
                           FROM CLIENT REGARDING
                           DOCUMENT AND INFORMATION
                           REQUESTS.

05/05/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL          .10        30.00
                           FROM CLIENT REGARDING PROOFS
                           OF CLAIM ISSUE.

05/05/21 EDW   B110  A104   REVIEWED ISSUES REGARDING             .10        30.00
                           RELEASE OF INFORMATION
                           REGARDING FR. ANSARE.

05/05/21 EDW   B110  A106   RECEIVED AND REVIEWED                 .10        30.00
                           ADDITIONAL E-MAIL FROM CLIENT
                           WITH DRAFT PLEADING.

05/05/21 EJF   B320  A103   WORK ON DRAFT MEMO RE                3.50     1,715.00
                           MEDIATION ISSUES;

05/05/21 RPV   B190  A105   EMAIL FROM MR. WEGMANN                .20        98.00
                           REGARDING DISCOVERY ISSUES.

05/05/21 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT           .30       147.00
                           MOTION FOR AMENDED AND
                           SUPPLEMENTAL PROTECTIVE ORDER.

05/05/21 RPV   B110  A105   EMAIL FROM MR. MINTZ                  .20        98.00
                           REGARDING AGENDA FOR
                           OUTSTANDING ITEMS.

05/05/21 RPV   B210  A105   EMAILS FROM AND TO MS.                .40       196.00
                           FISCHER REGARDING INSURANCE
                           AND COVERAGE ISSUE.

05/05/21 RPV   B310  A104   REVIEWED THE PROPOSED LA HB          1.50       735.00
                           492 (0.70) AND OFFICE
                           CONFERENCE WITH CLIENT
                           REGARDING SAME (0.80).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  86
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/05/21 RPV   B190  A106   EMAIL TO AND FROM CLIENTS           .20        98.00
                           REGARDING REVIEW OF FR. ASARE
                           COMPLAINT AND INSURANCE
                           ISSUES.

05/05/21 RPV   B190  A105   EMAILS FROM AND OFFICE              .40       196.00
                           CONFERENCE WITH MR. MINTZ
                           REGARDING REVIEW OF FR. ASARE
                           COMPLAINT AND INSURANCE
                           ISSUES.

05/05/21 RPV   B110  A105   EMAILS TO AND FROM MESSRS.          .30       147.00
                           MURRAY AND MINTZ REGARDING
                           POTENTIAL MEDIATORS.

05/05/21 RPV   B110  A107   TELEPHONE CONFERENCE WITH MR.       .50       245.00
                           MINTZ AND MS. MURRAY
                           REGARDING MEDIATORS INTERVIEW

05/05/21 RPV   B190  A104   RECEIVED AND REVIEWED EX            .50       245.00
                           PARTE MOTION FOR RELIEF FROM
                           STAY FILED BY FRANK E.
                           LAMOTHE III ON BEHALF OF JOHN
                           DOE (0.20) AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING RESPONSE (0.30).

05/05/21 RPV   B190  A105   EMAILS AMONG JW TEAM               .40       196.00
                           REGARDING DOCUMENT PRODUCTION
                           ISSUES (0.20) AND OFFICE
                           CONFERENCE WITH MR. MINTZ
                           REGARDING SAME (0.20).

05/05/21 RPV   B190  A104   REVIEWED DOCUMENTS IN              .30       147.00
                           DIOCESAN MATTER.

05/05/21 RPV   B190  A105   EMAILS FROM (0.20) AND OFFICE       .50       245.00
                           CONFERENCE WITH MS. FUTRELL
                           REGARDING DIOCESAN BANKRUPTCY
                           CASES AND MEDIATION POSITION
                           PAPER (0.30).

05/05/21 RPV   B210  A104   REVIEWED TRANSACTION              2.00       980.00
                           DOCUMENTS (1.20) AND
                           DISCUSSED IMPLICATIONS WITH
                           CLIENT (0.80).

05/05/21 RPV   B110  A108   PREPARING FOR AND INTERVIEWED     1.00       490.00
                           POSSIBLE MEDIATOR

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   87
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/05/21 MAM   B190  A101   CALLS AND WORK ON MEDIATION          3.10      1,240.00
                           ISSUES.   WORK ON DISCOVERY
                           ISSUES.   WORK ON MOTION TO
                           LIFT STAY

05/05/21 MAM   B190  A101   PREPARE FOR AND ATTEND CALLS         1.10        440.00
                           REGARDING MEDIATION

05/05/21 AK    B310  A104   PREPARED DOCUMENTS FOR               .80         200.00
                           PRODUCTION IN RESPONSE TO
                           DISCOVERY REQUESTS.

05/05/21 AK    B310  A103   CORRESPONDENCE WITH COMMITTEE        .10          25.00
                           REGARDING DOCUMENT
                           PRODUCTIONS.

05/05/21 AK    B310  A104   ANALYZED PROTECTIVE ORDER IN         .10          25.00
                           ORDER TO PREPARE PRODUCTION
                           OF DOCUMENTS TO NEW COMMITTEE.

05/05/21 OKB   B310  A102   CONTINUED RESEARCHING              1.40         350.00
                           DISCRETE ISSUE REGARDING POCS.

05/05/21 OKB   B110  A105   PHONE CALL WITH M.MINTZ             .20          50.00
                           REGARDING POC RESEARCH AND
                           ADDITIONAL RESEARCH TOPIC.

05/05/21 OKB   B310  A102   CONTINUED RESEARCHING              .40         100.00
                           DISCRETE ISSUE REGARDING POCS.

05/05/21 OKB   B310  A102   CONTINUED RESEARCHING              .20          50.00
                           DISCRETE ISSUE REGARDING POCS.

05/05/21 OKB   B310  A105   CALL WITH S. OPPENHEIM             .30          75.00
                           REGARDING CALL WITH M. MINTZ
                           AND RESEARCH ON POCS ISSUE.

05/05/21 SAO   B110  A104   REVIEW ADDITIONAL INFORMATION      .20          50.00
                           REGARDING THE INTERCIRCUIT
                           ASSIGNMENT OF BANKRUPTCY
                           JUDGES.

05/05/21 SAO   B140  A104   ANALYZE ISSUES IN CONNECTION       .70         175.00
                           WITH SEXUAL ABUSE SURVIVOR
                           JOHN DOE'S MOTION TO LIFT
                           STAY.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE  88
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/05/21 | SAO | B140 | A105 | CALL WITH MS. KINGSMILL REGARDING SEXUAL ABUSE SURVIVOR JOHN DOE'S MOTION TO LIFT STAY (0.1); EMAIL TO MR. MINTZ REGARDING THE SAME (0.6); CALL WITH MR. MINTZ REGARDING THE SAME (0.3). | 1.00 | 250.00 |
| 05/05/21 | SAO | B110 | A103 | REVIEW AND REVISE JOINT MOTION FOR ENTRY OF SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER (0.6); REVIEW AND REVISE SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER (1.5). | 2.10 | 525.00 |
| 05/05/21 | SAO | B310 | A105 | CALLS WITH MS. O'BRIEN TO DISCUSS DISCRETE RESEARCH ISSUE REGARDING POCS. | .30 | 75.00 |
| 05/05/21 | SAO | B310 | A104 | ANALYZE POTENTIAL EFFECTS OF L A HB 492. | .50 | 125.00 |
| 05/05/21 | SAO | B130 | A103 | WORK ON BIDDING PROCEDURES FOR PROPOSED SALE OF IMMOVABLE PROPERTY. | 1.90 | 475.00 |
| 05/05/21 | BB | B110 | A110 | ASSIST WITH TRANSFER OF PRODUCTION VOLUMES VIA FTP SITE. | .70 | 119.00 |
| 05/05/21 | BB | B110 | A110 | PREPARE ADDITIONAL CLIENT PERSONNEL FILES FOR REVIEW IN RELATIVITY DATABASE. | .30 | 51.00 |
| 05/05/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.60); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.60 | 1,292.00 |
| 05/05/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS. BOUDREAUX CONCERNING SHAREFILE UPLOADS OF ALL PRODUCTIONS TO TORT COMMITTEE TO DATE AND REVISION OF SHAREFILE FOLDER PERMISSIONS TO INCLUDE NEW PARTIES. | .30 | 51.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   89
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/05/21 GMS   B190  A108   COMMUNICATIONS WITH MR.              .10       17.00
                           BROUSSARD CONCERNING NEWLY
                           UPLOADED DOCUMENT SCANS.

05/05/21 GMS   B190  A110   EXAMINE AND DOWNLOAD ALLIANCE        .30       51.00
                           DOCUMENT SCANS.

05/05/21 GMS   B190  A105   COMMUNICATIONS WITH MS.              .10       17.00
                           KINGSMILL CONCERNING PROGRESS
                           AND TIMING OF DOCUMENT SCANS.

05/05/21 GMS   B190  A110   REVISE PERMISSIONS TO                .40       68.00
                           SHAREFILE FOLDER FOR NEW
                           PARTIES TO RECEIVE ALL
                           PREVIOUS BANKRUPTCY
                           PRODUCTIONS.

05/05/21 GMS   B190  A103   DRAFT WORKBOOK OF ACCUSED           3.20      544.00
                           FROM POC MASTER LISTING, AND
                           BREAKING OUT RELATIONSHIP TO
                           ANO.

05/05/21 GMS   B190  A105   COMMUNICATIONS WITH MR.              .10       17.00
                           WEGMANN AND MS. KINGSMILL
                           CONCERNING WORKBOOK OF
                           ACCUSED FOR TRACKING OF
                           DOCUMENT COLLECTIONS, REVIEW
                           AND PRODUCTION.

05/06/21 EDW   B110  A104   REVIEWED INFORMATION AND             .20       60.00
                           REPORT REGARDING MEDIATOR
                           CANDIDATE.

05/06/21 EDW   B110  A107   E-MAIL TO MR. CAINE REGARDING        .10       30.00
                           AMENDED PROTECTIVE ORDER.

05/06/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL         .10       30.00
                           FROM CLIENT REGARDING
                           POTENTIAL MEDIATOR.

05/06/21 EDW   B110  A104   RECEIVED AND REVIEWED NEW            .10       30.00
                           MOTION TO LIFT STAY REGARDING
                           SUIT INVOLVING THE JESUITS.

05/06/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL         .10       30.00
                           FROM CLIENT REGARDING
                           CONFIDENTIALITY ISSUE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE   90
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. CARTER WITH INSURANCE DOCUMENTS. | .10 | 30.00 |
| 05/06/21 EDW | B110 | A104 | CONTINUED REVIEW AND ANALYSIS OF ABUSE PROOFS OF CLAIM. | .90 | 270.00 |
| 05/06/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING NEW FILING. | .10 | 30.00 |
| 05/06/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE WITH REVISED DRAFT OF AMENDED AND SUPPLEMENTAL PROTECTIVE ORDER. | .30 | 90.00 |
| 05/06/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE WITH DRAFT MOTION FOR AMENDED AND SUPPLEMENTAL PROTECTIVE ORDER. | .10 | 30.00 |
| 05/06/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING THE COMMITTEE'S REQUEST FOR ADDITIONAL DOCUMENTS. | .20 | 60.00 |
| 05/06/21 EDW | B110 | A104 | REVIEWED ISSUES AND STATUS REGARDING PERMITTED PARTY ISSUE AND AMENDED NOTICE. | .10 | 30.00 |
| 05/06/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR CARTER REGARDING CAPTIVE DOCUMENTS. | .10 | 30.00 |
| 05/06/21 EJF | B110 | A106 | EMAILS RE MOR ISSUES; | .60 | 294.00 |
| 05/06/21 EJF | B320 | A103 | WORK ON DRAFT MEMO RE MEDIATION ISSUES; | 3.20 | 1,568.00 |
| 05/06/21 RPV | B110 | A103 | EMAIL TO CLIENTS AND TEAM REGARDING INTERVIEW OF POTENTIAL MEDIATOR. | .80 | 392.00 |
| 05/06/21 RPV | B190 | A104 | RECEIVED AND REVIEWED LAWSUIT DOCUMENTS. | 1.50 | 735.00 |
| 05/06/21 RPV | B190 | A106 | EMAILS FROM CLIENT AND MR. WEGMANN REGARDING AMENDED PROTECTIVE ORDER. | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE  91
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 05/06/21 RPV | B160 | A104 | RECEIVED AND REVIEWED EX PARTE MOTION TO EXPEDITE HEARING ON THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ZOBRIO, INC., AS COMPUTER CONSULTANT, EFFECTIVE AS OF APRIL 19, 2021. | .30 | 147.00 |
| 05/06/21 RPV | B160 | A105 | RECEIVED AND REVIEWED APPLICATION TO EMPLOY WITH AFFIDAVIT OF DISINTERESTEDNESS FINAL ZOBRIO, INC. AS COMPUTER CONSULTANT (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .30 | 147.00 |
| 05/06/21 RPV | B190 | A105 | EMAILS FROM CLIENT AND COUNSEL REGARDING RELATED RULING IN ANOTHER DIOCESAN BANKRUPTCY CASE. | .50 | 245.00 |
| 05/06/21 RPV | B190 | A105 | EMAILS FROM MR. MINTZ AND CLIENT REGARDING MOTION TO LIFT STAY IN JOHN DOE (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 05/06/21 RPV | B310 | A107 | REVIEWED USFG/TRAVELERS LIST OF PROOF OF CLAIMS (0.20) AND TELEPHONE CONVERSATION WITH MR. MURRAY AND MR. CARTER REGARDING SAME (0.30). | .50 | 245.00 |
| 05/06/21 RPV | B190 | A105 | EMAIL FROM MR. TILLERY REGARDING INSURANCE ISSUES. | .10 | 49.00 |
| 05/06/21 RPV | B160 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO EXPEDITE HEARING ON APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ZOBRIO, INC., AS COMPUTER CONSULTANT. | .10 | 49.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  92
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/21 | RPV | B190 | A105 | EMAILS FROM (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIMS ISSUES AND DOCUMENT PRODUCTION (0.30). | .40 | 196.00 |
| 05/06/21 | RPV | B110 | A106 | TELEPHONE CONVERSATION WITH CLIENT AND MR. MURRAY REGARDING INTERVIEW OF POTENTIAL MEDIATOR AND INSURANCE ISSUES | .70 | 343.00 |
| 05/06/21 | WGZ | B410 | A104 | STRATEGY REGARDING DEFENSES AND MEDIATION. | .70 | 210.00 |
| 05/06/21 | WGZ | B410 | A104 | ANALYSIS AND STRATEGY REGARDING DISCOVERY ISSUES. | .80 | 240.00 |
| 05/06/21 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING DISCOVERY ISSUES. | .40 | 120.00 |
| 05/06/21 | MAM | B190 | A101 | WORK ON MOTION TO AMEND BAR DATE (2.40); MEETING ABOUT PEMRITTED PARTIES (0.50); CONFERENCES REGARDING AMENDMENTS TO NOTICES FOR PROOFS OF CLAIM ACCESS (0.60);  WORK ON MOTION TO LIFT STAY (3.40);  WORK ON ADVERSARY PROCEEDING ISSUES (0.30). | 7.20 | 2,880.00 |
| 05/06/21 | OKB | B410 | A102 | RESEARCH REGARDING INSURANCE COMPANY INQUIRY. | 2.30 | 575.00 |
| 05/06/21 | OKB | B310 | A102 | RESEARCH AND DRAFT MEMORANDUM REGARDING DISCRETE RESEARCH ISSUE FOR PROOF OF CLAIMS. | 1.70 | 425.00 |
| 05/06/21 | SAO | B310 | A102 | RESEARCH REGARDING THE DOCTRINE OF FRAUDULENT CONCEALMENT. | 1.90 | 475.00 |
| 05/06/21 | SAO | B170 | A104 | REVIEW THE TORT COMMITTEE'S APPLICATION TO EMPLOY ZOBRIO, INC. AS COMPUTER CONSULTANT (0.3); REVIEW MOTION TO EXPEDITE HEARING ON THE SAME (0.1). | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   93
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/06/21 SAO | B110 | A105 | CALLS WITH MR. MINTZ REGARDING PERMITTED PARTY LIST ISSUES AND JOHN DOE'S LIFT STAY MOTION. | .30 | 75.00 |
| 05/06/21 SAO | B310 | A103 | REVISE FORM LETTER TO CLAIMANTS REGARDING ADDITION OF THIRD PERMITTED PARTY LIST CONSENT FORM. | 1.30 | 325.00 |
| 05/06/21 SAO | B170 | A104 | REVIEW ORDER GRANTING MOTION TO EXPEDITE HEARING ON THE ZOBRIO APPLICATION. | .10 | 25.00 |
| 05/06/21 SAO | B130 | A103 | CONTINUING WORKING ON BIDDING PROCEDURES. | .80 | 200.00 |
| 05/06/21 SAO | B310 | A103 | BEGIN DRAFTING RESPONSE TO THE DOLCES' MOTION TO ALLOW FILING OF LATE FORMAL PROOF OF CLAIM. | 1.60 | 400.00 |
| 05/06/21 M F | B120 | A104 | REVIEWED AUTHORITIES AND ANALYSES OF PRESCRIPTION ISSUES PREPARING FOR MEETING WITH CLIENT REGARDING INSURANCE COVERAGE | 3.20 | 960.00 |
| 05/06/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 05/06/21 GMS | B190 | A103 | REVISIONS TO COLLECTION TRACKING WORKBOOK. | .50 | 85.00 |
| 05/06/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN AND MS. KINGSMILL FORWARDING UPDATED COLLECTION TRACKING WORKBOOK. | .10 | 17.00 |
| 05/06/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING CLERGY FILES TO BE SHARED WITH CLIENT. | .20 | 34.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  94
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/06/21 GMS    B190  A110   PREPARATION OF SHAREFILE            .30        51.00
                             UPLOAD OF SELECTED CLERGY
                             MATERIALS.

05/06/21 GMS    B190  A106   COMMUNICATIONS WITH MS.             .10        17.00
                             JOHNSON AND MS. ZERINGUE
                             CONCERNING DATA AVAILABLE FOR
                             DOWNLOAD THROUGH SHAREFILE.

05/06/21 GMS    B190  A104   REVIEW DOCUMENTS FOR               3.90       663.00
                             REVISIONS AND/OR REMOVAL OR
                             REDACTIONS.

05/06/21 GMS    B190  A105   COMMUNICATIONS WITH PRACTICE        .10        17.00
                             SUPPORT CONCERNING ACCESS TO
                             SHAREFILE FOLDER FOR DATA
                             UPLOAD TO CLIENT AND INTAKE
                             OF CLIENT CLERGY FILE SCANS.

05/07/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .10        30.00
                             FROM CLIENT REGARDING
                             DOCUMENT REVIEW.

05/07/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL        .10        30.00
                             FROM MS. HAYS REGARDING
                             ZOBRIO REVIEW.

05/07/21 EDW    B110  A104   REVIEWED STATUS REGARDING           .10        30.00
                             MOTION TO LIFT STAY.

05/07/21 EDW    B110  A107   RECEIVED AND REVIEWED E-MAIL        .10        30.00
                             FROM MR. CAINE REGARDING BRG
                             REVIEW.

05/07/21 EDW    B110  A104   CONTINUED REVIEW AND WORK ON        .70       210.00
                             SCANNING PROJECT AND CLERGY
                             FILE PRODUCTION.

05/07/21 EJF    B120  A108   CONFERENCE CALL WITH MS.           1.80       882.00
                             ZUNIGA REGARDING ISSUES
                             RELATED TO ASSETS;

05/07/21 EJF    B120  A103   DRAFT AND REVISE MEMO RE SAME;     1.20       588.00

05/07/21 EJF    B120  A104   REVIEW DOCUMENTS RELATED TO        1.00       490.00
                             THE SAME;

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  95
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/07/21 RPV | B110 A106 | TELEPHONE CONVERSATION WITH CLIENTS, MR. MINTZ AND MS. FISCHER REGARDING INSURANCE ISSUES | .60 | 294.00 |
| 05/07/21 RPV | B310 A105 | TELEPHONE CONVERSATION WITH MS. FISCHER REGARDING LEGAL ISSUES WITH RESPECT TO CLAIMS DEFENSE | .20 | 98.00 |
| 05/07/21 RPV | B310 A105 | TELEPHONE CONVERSATION WITH MR. MINTZ MS. REGARDING LEGAL ISSUES WITH RESPECT TO CLAIMS DEFENSE, BILLING DISPUTES, STAY LIFT DISPUTE AND RELATED MATTERS | .60 | 294.00 |
| 05/07/21 RPV | B310 A104 | WORKED ON LEGAL ISSUES WITH RESPECT TO CLAIMS DEFENSES | 1.00 | 490.00 |
| 05/07/21 MAM | B190 A101 | WORK ON INSURANCE ISSUES (0.80);  WORK ON DISCOVERY ISSUES (1.90);  PREPARE FOR HEARINGS ON MAY 20 (1.70). | 4.40 | 1,760.00 |
| 05/07/21 SAO | B170 A104 | REVIEW THE COMMERCIAL COMMITTEE'S APPLICATION TO EMPLOY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR (0.4); REVIEW MOTION TO EXPEDITE HEARING OF THE SAME (0.1). | .50 | 125.00 |
| 05/07/21 SAO | B310 A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING PERMITTED PARTY LIST ISSUES (0.6); CALL WITH MR. MINTZ REGARDING THE SAME (0.1). | .70 | 175.00 |
| 05/07/21 SAO | B110 A105 | CALL WITH MR. MINTZ REGARDING LIFT STAY AND BID PROCEDURE/SALE MOTION ISSUES. | .30 | 75.00 |
| 05/07/21 SAO | B310 A103 | FINALIZE LETTER TO CLAIMANTS AND CONSENT FORMS REGARDING ADDITIONS TO THE PERMITTED PARTY LIST. | 1.10 | 275.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   96
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/07/21 SAO | B140 | A104 | REVIEW NOTICE OF DEFICIENCY REGARDING JOHN DOE'S MOTION TO LIFT STAY. | .10 | 25.00 |
| 05/07/21 SAO | B190 | A103 | FINALIZE EMAIL CORRESPONDENCE TO ATTORNEYS FOR THE DOLCES REGARDING POTENTIAL SETTLEMENT OF PENDING MOTIONS. | .20 | 50.00 |
| 05/07/21 SAO | B190 | A103 | DRAFT PROPOSED AGREED ORDER RESOLVING THE STAY VIOLATION MOTION, THE DOLCES' LIFT STAY MOTION, AND THE LATE PROOF OF CLAIM MOTION. | 1.60 | 400.00 |
| 05/07/21 SAO | B170 | A104 | REVIEW ORDER GRANTING THE COMMERCIAL COMMITTEE'S MOTION TO EXPEDITE HEARING OF APPLICATION TO EMPLOY DUNDON ADVISERS, LLC. | .10 | 25.00 |
| 05/07/21 SAO | B140 | A103 | BEGIN DRAFTING OBJECTION TO THE DOLCES' MOTION TO LIFT STAY. | 3.80 | 950.00 |
| 05/07/21 M F | B120 | A106 | TELEPHONE CONFERENCE WITH TEAM MEMBERS AND CLIENT REGARDING INSURANCE COVERAGE AND PLACEMENT AND PRESCRIPTION ISSUES | .80 | 240.00 |
| 05/07/21 BB | B110 | A110 | CONFER WITH GEORGETTE SHAHIEN REGARDING REDACTION REVISION. | .10 | 17.00 |
| 05/07/21 BB | B110 | A110 | PREPARE ADDITIONAL CLIENT DOCUMENTS FOR REVIEW IN RELATIVITY DATABASE. | .30 | 51.00 |
| 05/07/21 BB | B110 | A110 | ASSIST WITH TRANSFER OF FILES VIA FTP SITE. | .10 | 17.00 |
| 05/07/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE  97
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/07/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING INGESTION OF SCANNED DOCUMENTS DELIVERED 5.5.21 TO RELATIVITY. | .10 | 17.00 |
| 05/07/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING PROCESS OF SCANNED DOCUMENT DELIVERY. | .10 | 17.00 |
| 05/07/21 GMS | B190 | A104 | REVIEW CLERGY FILE DOCUMENTS FOR REVISIONS AND/OR REMOVAL OF REDACTIONS IN CONSIDERATION OF SETTLEMENT AGREEMENT CONFIDENTIALITY PROVISIONS REVIEWED IN CONJUNCTION WITH CLERGY FILE REVIEW. | 6.30 | 1,071.00 |
| 05/07/21 GMS | B190 | A103 | REVISIONS AND SUPPLEMENTATION TO MASTER LIST OF SETTLEMENTS CONCERNING AGREEMENTS REVIEWED IN PREPARATION OF REDACTION OF DOCUMENTS. | .50 | 85.00 |
| 05/09/21 SAO | B140 | A103 | CONTINUE DRAFTING OBJECTION TO THE DOLCES' MOTION TO LIFT STAY. | 2.20 | 550.00 |
| 05/10/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING SELECTION OF MEDIATOR AND PREPARATION FOR MEDIATION. | .30 | 90.00 |
| 05/10/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING UPCOMING HEARING ON PENDING MOTIONS TO LIFT STAY AND ADVERSARY PROCEEDING. | .50 | 150.00 |
| 05/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING INSURANCE ISSUES. | .20 | 60.00 |
| 05/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. MURRAY REGARDING INSURANCE ISSUES. | .10 | 30.00 |
| 05/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED SECOND E-MAIL FROM CLIENT REGARDING INSURANCE INFORMATION. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE  98
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/10/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ADDITIONAL DOCUMENTS. | .10 | 30.00 |
| 05/10/21 EDW | B110 | A104 | REVIEWED UPDATE REGARDING REVIEW OF INFORMATION FOR TORT COMMITTEE. | .10 | 30.00 |
| 05/10/21 EDW | B110 | A104 | CONTINUED WORK ON SCANNING CLERGY FILES PROJECT. | 2.00 | 600.00 |
| 05/10/21 EJF | B210 | A105 | MEMO FROM MR. MINTZ RE STATUS OF PENDING MATTERS; | .10 | 49.00 |
| 05/10/21 JJL | B190 | A101 | PREPARING FOR WEEKLY STRATEGY MEETING | .30 | 90.00 |
| 05/10/21 JJL | B190 | A109 | ATTEND WEEKLY STATUS MEETING | 1.00 | 300.00 |
| 05/10/21 RPV | B110 | A104 | WORKED ON MEDIATION AND MEDIATOR APPOINTMENT ISSUES. | .50 | 245.00 |
| 05/10/21 RPV | B160 | A104 | WORKED ON BILLING AND FEE APPLICATION ISSUES. | .50 | 245.00 |
| 05/10/21 RPV | B310 | A104 | REVIEWED STATE COURT PLEADING. | 1.50 | 735.00 |
| 05/10/21 RPV | B310 | A104 | REVIEWED PROOF OF CLAIMS. | 1.00 | 490.00 |
| 05/10/21 RPV | B190 | A104 | RECEIVED AND REVIEWED FIFTH MOTION TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 49.00 |
| 05/10/21 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION FOR RELIEF FROM STAY FILED BY JOHN DOE. | .30 | 147.00 |
| 05/10/21 RPV | B110 | A108 | TELEPHONE CALL WITH MR. KUEBEL REGARDING MEDIATORS. | .40 | 196.00 |
| 05/10/21 RPV | B110 | A106 | EMAILS TO AND FROM CLIENT REGARDING MEDIATORS. | .30 | 147.00 |
| 05/10/21 RPV | B190 | A107 | EMAILS FROM CLIENT AND MR. MURRAY REGARDING PLEADINGS. | .30 | 147.00 |
| 05/10/21 RPV | B310 | A104 | WORKED ON MEDIATION ISSUES AND CLAIMS REVIEW | 1.50 | 735.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE   99
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/10/21 | RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING WEEKLY UPDATE AND DEADLINES. | .10 | 49.00 |
| 05/10/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING. | .50 | 150.00 |
| 05/10/21 | WGZ | B410 | A109 | ATTEND STRATEGY MEETING WITH BANKRUPTCY TEAM AND LITIGATION TEAM. | 1.10 | 330.00 |
| 05/10/21 | WGZ | B410 | A104 | STRATEGY REGARDING MEDIATION OF CLAIMS. | 1.20 | 360.00 |
| 05/10/21 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING SAME. | .40 | 120.00 |
| 05/10/21 | WGZ | B410 | A107 | TWO TELEPHONE CALLS FROM HOLY SEE'S COUNSEL REGARDING RESPONSIVE PLEADINGS IN JOHN DOE I, ET AL. | .40 | 120.00 |
| 05/10/21 | WGZ | B410 | A104 | RECEIVED AND REVIEWED SEVERAL ORDERS ALLOWING COUNSEL TO APPEAR PRO HAC VICE FOR HOLY SEE. | .20 | 60.00 |
| 05/10/21 | LFA | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ AND MR. VANCE REGARDING MEDIATION STRATEGY AND FEE STATEMENTS. | 1.20 | 480.00 |
| 05/10/21 | MAM | B190 | A101 | WORK ON SALE PROCEDURES MOTION. | 1.40 | 560.00 |
| 05/10/21 | MAM | B190 | A101 | ATTEND (1.10) AND PREPARE FOR WEEKLY STRATEGY MEETING (2.00). | 3.10 | 1,240.00 |
| 05/10/21 | AK | B310 | A103 | PREPARED CORRESPONDENCE WITH COMMITTEE REGARDING DOCUMENT PRODUCTION. | .40 | 100.00 |
| 05/10/21 | AK | B310 | A104 | ANALYZED SETTLEMENT AGREEMENTS. | .30 | 75.00 |
| 05/10/21 | AK | B310 | A104 | ANALYZED CLERGY FILES TO PREPARE FOR PRODUCTION. | 1.60 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 100
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/10/21 | AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.30 | 325.00 |
| 05/10/21 | AK | B310 | A104 | ANALYZED FINANCIAL SPREADSHEETS TO PRODUCE TO THE COMMITTEE. | .20 | 50.00 |
| 05/10/21 | AK | B310 | A103 | REVISED CHART OF DOCUMENTS PRODUCED TO COMMITTEE. | .30 | 75.00 |
| 05/10/21 | AK | B310 | A103 | PREPARED CHART OF ACCUSED CLERGY. | .90 | 225.00 |
| 05/10/21 | OKB | B310 | A103 | DRAFTED AND REVIEWED MEMORANDUM REGARDING DISCRETE RESEARCH ISSUE ON POCS. | 3.40 | 850.00 |
| 05/10/21 | OKB | B310 | A105 | DISCUSSION WITH S. OPPENHEIM REGARDING POSSIBLE PLAN PROVISIONS. | .10 | 25.00 |
| 05/10/21 | SAO | B130 | A103 | DRAFT BIDDING PROCEDURES AND SALE MOTION. | 2.10 | 525.00 |
| 05/10/21 | SAO | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING BIDDING PROCEDURES AND SALE MOTION, RESPONSES TO THE DOLCES' MOTIONS, AND JOHN DOE'S LIFT STAY MOTION (0.5); OFFICE CONFERENCE WITH MR. MINTZ REGARDING PENDING APPLICATIONS TO EMPLOY (0.5). | 1.00 | 250.00 |
| 05/10/21 | SAO | B140 | A102 | ANALYZE CASE LAW REGARDING SUBJECT MATTER JURISDICTION ISSUES IN CONNECTION WITH JOHN DOE'S MOTION TO LIFT STAY. | .30 | 75.00 |
| 05/10/21 | SAO | B190 | A108 | CALL WITH COUNSEL FOR THE DOLCES REGARDING POTENTIAL CONSENSUAL RESOLUTION OF PENDING CONTESTED MATTERS. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 101
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 05/10/21 SAO | B310 | A102 | LIMITED RESEARCH REGARDING PROPOSED SETTLEMENT WITH THE DOLCES OF THE STAY VIOLATION MOTION, LIFT STAY MOTION, AND LATE PROOF OF CLAIM MOTION. | .90 | 225.00 |
| 05/10/21 SAO | B110 | A105 | CONFERENCE WITH MS. O'BRIEN REGARDING INSURANCE ISSUES. | .20 | 50.00 |
| 05/10/21 SAO | B140 | A104 | REVIEW JOHN DOE'S AMENDED MOTION TO LIFT STAY WITH NOTICE OF HEARING. | .20 | 50.00 |
| 05/10/21 SAO | B310 | A102 | RESEARCH REGARDING FRAUDULENT CONCEALMENT. | 1.40 | 350.00 |
| 05/10/21 SAO | B140 | A103 | RESUME DRAFTING OBJECTION TO THE DOLCES' LIFT STAY MOTION. | .20 | 50.00 |
| 05/10/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.00); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (3.90). | 6.90 | 1,173.00 |
| 05/10/21 C D | B110 | A101 | TELEPHONE CONFERENCE RE: DISCUSS ANO PRODUCTION OF CLERGY FILES WITH MR. WEGMANN AND ANO TEAM. | 1.20 | 204.00 |
| 05/10/21 GMS | B190 | A106 | COMMUNICATIONS WITH MR. EAGAN CONCERNING DOCUMENTS AVAILABLE FOR DOWNLOAD FROM GOOGLE DRIVE. | .10 | 17.00 |
| 05/10/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING DOCUMENTS DOWNLOADED FROM GOOGLE DRIVE. | .10 | 17.00 |
| 05/10/21 GMS | B190 | A105 | ATTEND ZOOM CALL WITH MR. WEGMANN AND MSES. KINGSMILL AND DEMESME. | 1.20 | 204.00 |
| 05/10/21 GMS | B190 | A110 | RECEIVE AND COORDINATE SUPPLEMENTATION OF REVIEW PLATFORM AND NETWORK FOLDER WITH ADDITIONAL SETTLEMENT DOCUMENTS. | .40 | 68.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 102
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/10/21 GMS    B190  A105  COMMUNICATIONS WITH MS.              .20        34.00
                            KINGSMILL CONCERNING NEWLY
                            RECEIVED SETTLEMENT FILES AND
                            LIST OF FILES NEEDED AND
                            REVISIONS TO MASTER
                            SETTLEMENT LIST.

05/10/21 GMS    B190  A110  EXAMINE SETTLEMENT DOCUMENT          .30        51.00
                            INVENTORY AND COMPARE SAME TO
                            MASTER SETTLEMENT LIST TO
                            IDENTIFY CERTAIN FILES NOT
                            YET RECEIVED.

05/10/21 GMS    B190  A103  REVISE MASTER SETTLEMENT LIST        .60       102.00
                            TO ELIMINATE INDIVIDUAL
                            RECORDS FOR RELEASER'S ADDED
                            FOR CERTAIN AGREEMENTS.

05/10/21 GMS    B190  A105  COMMUNICATIONS WITH MS.              .10        17.00
                            BOUDREAUX CONCERNING
                            SUPPLEMENTATION OF SETTLEMENT
                            DOCUMENT INVENTORY TO REVIEW
                            PLATFORM.

05/10/21 GMS    B190  A105  COMMUNICATIONS WITH MS.              .10        17.00
                            BOUDREAUX CONCERNING
                            INSTRUCTIONS FOR UPLOAD OF
                            PERSONNEL FILES RECEIVED FROM
                            CLIENT.

05/10/21 GMS    B190  A110  INTAKE OF CLERGY FILES              .40        68.00
                            SCANNED BY CLIENT.

05/11/21 EDW    B110  A107  RECEIVED AND REVIEWED E-MAIL        .10        30.00
                            FROM MR. CAINE REGARDING
                            STATUS OF FILE REVIEW AND
                            PROTECTIVE ORDER.

05/11/21 EDW    B110  A107  E-MAIL TO MR. CAINE REGARDING        .30        90.00
                            REPORT ON STATUS OF CLERGY
                            FILE REVIEW.

05/11/21 EDW    B110  A107  E-MAIL TO AND E-MAIL FROM MR.        .30        90.00
                            CAINE REGARDING CLERGY FILES.

05/11/21 EDW    B110  A106  RECEIVED AND REVIEWED E-MAIL        .10        30.00
                            FROM CLIENT REGARDING PROOF
                            OF CLAIM ISSUE.

Case 20-10846 Doc 4837-5 Filed 02/24/21 Entered 02/24/21 21:19:32 Exhibit Interim
Walkers Seventh Application Fee Statement Page 111 of 208

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 103
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/11/21 | EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE WITH ADDITIONAL QUESTIONS REGARDING CLERGY FILE PRODUCTION. | .10 | 30.00 |
| 05/11/21 | EDW | B110 | A103 | WORKED ON SPREADSHEETS REQUESTED BY TORT COMMITTEE. | .50 | 150.00 |
| 05/11/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED UPDATE REGARDING BANKRUPTCY ISSUE. | .10 | 30.00 |
| 05/11/21 | EJF | B320 | A104 | REVIEW DOCUMENTS RE MEDIATIATION RELATED ISSUES; | 3.20 | 1,568.00 |
| 05/11/21 | RPV | B310 | A103 | DRAFT LETTER TO COUNSEL REGARDING CLIENT'S REQUEST CONCERNING PROOF OF CLAIM. | .50 | 245.00 |
| 05/11/21 | RPV | B310 | A106 | EMAIL TO AND FROM CLIENT REGARDING DRAFT LETTER TO CLAIMANT'S COUNSEL REGARDING CLIENT'S REQUEST CONCERNING PROOF OF CLAIM. | .00 | .00 |
| 05/11/21 | RPV | B190 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO EXTEND TIME FOR ROBERT ROMERO TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT. | .10 | 49.00 |
| 05/11/21 | RPV | B190 | A104 | REVIEWED APPELLATE BRIEFS TO PREPARE FOR MEDIATION AND POSITION STATEMENT | 3.50 | 1,715.00 |
| 05/11/21 | RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING MEDIATION ISSUES. | .00 | .00 |
| 05/11/21 | RPV | B190 | A105 | EMAILS FROM AND TO MS. OPPENHEIM REGARDING STATE COURT LAWSUIT . | .50 | 245.00 |
| 05/11/21 | WGZ | B410 | A104 | EMAILS WITH COUNSEL FOR HOLY SEE (0.1) AND REVIEW OF MOTIONS FOR EXTENSION OF TIME FOR HOLY SEE TO RESPOND TO PETITION IN JOHN DOE I, ET AL IN EASTERN DISTRICT OF LOUISIANA (0.1). | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 104
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/11/21 | WGZ | B410 | A104 | ELECTRONIC NOTICES FROM COURT REGARDING FILING OF INROLLMENT MOTIONS AND EXTENSION OF TIME FOR HOLY SEE TO RESPOND. | .30 | 90.00 |
| 05/11/21 | MAM | B190 | A101 | ATTEND CALL WITH UCC (0.70); WORK ON ISSUES RELATED TO MEDIATION (1.30); CONFERENCES WITH CLIENT AND TR. VANCE REGARDING THE SAME (0.50). | 2.50 | 1,000.00 |
| 05/11/21 | ACR | B110 | A104 | REVIEWED FIRST 10 OUT OF 176 SETTLEMENT DOCUMENTS AND CHARTED IMPORTANT FACTS/INFORMATION FOR EACH CORRESPONDING SETTLEMENT IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.70 | 425.00 |
| 05/11/21 | ACR | B110 | A104 | DOCUMENT REVIEW AND CHARTING OF PERTINENT INFORMATION UP TO 16 OUT OF 176 SETTLEMENT DOCUMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | .70 | 175.00 |
| 05/11/21 | AK | B310 | A103 | REVISED PRIVILEGE LOG. | .20 | 50.00 |
| 05/11/21 | AK | B310 | A103 | REVISED DOCUMENT REVIEW PROTOCOL. | .20 | 50.00 |
| 05/11/21 | AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.40 | 350.00 |
| 05/11/21 | AK | B310 | A104 | ANALYZED CLERGY FILES TO PREPARE FOR PRODUCTION. | 2.20 | 550.00 |
| 05/11/21 | AK | B310 | A105 | MEETING REGARDING DOCUMENT PRODUCTION AND REVIEW. | .20 | 50.00 |
| 05/11/21 | OKB | B310 | A103 | DRAFTED AND REVISED MEMORANDUM REGARDING DISCRETE RESEARCH ISSUE FOR CLAIMS. | 3.40 | 850.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 105
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

05/11/21 OKB   B310  A105   MEETING WITH M.MINTZ                  .20       50.00
                           REGARDING MEMORANDUM ON
                           DISCRETE RESEARCH ISSUE FOR
                           POCS.

05/11/21 SAO   B310  A102   FURTHER RESEARCH REGARDING           3.20      800.00
                           FRAUDULENT CONCEALMENT ISSUES.

05/11/21 SAO   B190  A103   CONTINUE DRAFTING PROPOSED          1.30      325.00
                           AGREED ORDER RESOLVING THE
                           STAY VIOLATION MOTION, THE
                           DOLCES' LIFT STAY MOTION, AND
                           THE LATE PROOF OF CLAIM
                           MOTION.

05/11/21 SAO   B190  A108   CALL WITH COUNSEL FOR THE            .30       75.00
                           DOLCES REGARDING PROPOSED
                           AGREED ORDER ON THE STAY
                           VIOLATION, LIFT STAY, AND
                           LATE PROOF OF CLAIM MOTIONS.

05/11/21 SAO   B110  A104   REVIEW ORDER EXTENDING              .10       25.00
                           DEADLINE FOR ROBERT ROMERO TO
                           FILE COMPLAINT TO DETERMINE
                           DISCHARGEABILITY OF DEBT.

05/11/21 SAO   B190  A104   REVIEW THE HOLY SEE'S MOTION        .10       25.00
                           FOR EXTENSION OF TIME TO
                           ANSWER IN THE JOHN DOES I-V
                           ABUSE CLAIM LAWSUIT.

05/11/21 BB    B110  A110   PREPARE ADDITIONAL CLIENT          1.00      170.00
                           DOCUMENTS FOR REVIEW IN
                           RELATIVITY DATABASE.

05/11/21 C D   B110  A101   CONTINUED REVIEWING DOCUMENTS      7.90    1,343.00
                           IN ANTICIPATION OF PRODUCTION
                           (3.90); CONTINUED PREPARING
                           AND MANAGING DOCUMENTS TO
                           ASSIST WITH PRODUCTION (4.00).

05/11/21 GMS   B190  A105   COMMUNICATIONS WITH MS.             .10       17.00
                           KINGSMILL CONCERNING
                           SETTLEMENT LIST WORKBOOK.

05/12/21 EDW   B110  A105   MEETING WITH TEAM REGARDING        1.00      300.00
                           PRODUCTION AND REVIEW OF
                           CLERGY FILES.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 106
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/12/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONFIDENTIALITY CLAUSES IN RELEASES. | .90 | 270.00 |
| 05/12/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING BANKRUPTCY ISSUE. | .10 | 30.00 |
| 05/12/21 EDW | B110 | A106 | E-MAIL TO CLIENT REGARDING FILE SCANNING. | .10 | 30.00 |
| 05/12/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING DOCUMENT PRODUCTION ISSUE. | .20 | 60.00 |
| 05/12/21 EDW | B110 | A103 | WORKED ON ACTION ITEMS REGARDING FILE PRODUCTION TO TORT COMMITTEE. | .30 | 90.00 |
| 05/12/21 EDW | B110 | A104 | REVIEWED ISSUES RAISED BY COMMITTEE REGARDING CLERGY FILE PRODUCTION. | .20 | 60.00 |
| 05/12/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING ISSUES REGARDING CLERGY FILES. | .30 | 90.00 |
| 05/12/21 EDW | B110 | A107 | E-MAIL FROM AND E-MAIL TO MR. CAINE REGARDING PROTECTIVE ORDER AND CLERGY FILES. | .10 | 30.00 |
| 05/12/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING CLERGY FILE ISSUES AND QUESTIONS. | .10 | 30.00 |
| 05/12/21 EDW | B110 | A104 | REVIEWED EXCEL SPREADSHEET REGARDING CLAIMS. | .20 | 60.00 |
| 05/12/21 EJF | B320 | A103 | REVIEW PLEADINGS (2.4) AND OTHER DOCUMENTS RE MEDIATION RELATED ISSUES (1.8). | 4.20 | 2,058.00 |
| 05/12/21 RPV | B190 | A105 | RECEIVED AND REVIEWED NOTICE OF HEARING FOR MOTION TO LIFT STAY FILED BY JOHN DOE (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 107
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/12/21 | RPV | B190 | A104 | EMAIL FROM CLIENT REGARDING LEGAL ISSUES REGARDING BAR DATES (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 05/12/21 | RPV | B310 | A104 | RECEIVED AND REVIEWED CLAIMS MATRIX. | 2.00 | 980.00 |
| 05/12/21 | RPV | B310 | A107 | CONFERENCE WITH MR. MINTZ AND MR. MURRAY REGARDING CLAIMS ANALYSIS AND MEDIATION ISSUES. | .50 | 245.00 |
| 05/12/21 | RPV | B310 | A108 | TELEPHONE CALL FROM COUNSEL FOR CLAIMANT REGARDING PROOF OF CLAIM. | .10 | 49.00 |
| 05/12/21 | RPV | B310 | A106 | TELEPHONE CALL WITH CLIENT REGARDING CALL WITH COUNSEL FOR CLAIMANT REGARDING PROOF OF CLAIM. | .10 | 49.00 |
| 05/12/21 | LFA | B110 | A107 | CORRESPONDENCE WITH MR. BOLDISSAR REGARDING JONES WALKER, CRI AND BLANK ROME'S SIXTH FEE STATEMENT. | .40 | 160.00 |
| 05/12/21 | MAM | B190 | A101 | CALL REGARDING MEDIATION ISSUES (0.80); ANALYZE SETTLEMENT ISSUES RELATED TO MOTIONS SET FOR MAY 20 (3.20); WORK ON SETTLEMENT ISSUES RELATED TO MOTIONS SET FOR MAY 20 (3.10). | 7.10 | 2,840.00 |
| 05/12/21 | ACR | B110 | A104 | REVIEWED AND CHARTED UP TO 108 OUT OF 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | .40 | 100.00 |
| 05/12/21 | ACR | B110 | A104 | DOCUMENT PRODUCTION MEETING WITH LITIGATION TEAM TO REVIEW AND ANALYZE FACTS OF THE CASE, NEXT STEPS, AND ROLES IN COMPLETING ANTICIPATED DOCUMENT PRODUCTION. | 1.50 | 375.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 108
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/12/21 ACR | B110 | A104 | REVIEWED AND CHARTED UP TO 135 OUT 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.40 | 350.00 |
| 05/12/21 ACR | B110 | A104 | CHARTED AND REVIEWED UP TO 150 OUT 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | .80 | 200.00 |
| 05/12/21 ACR | B110 | A104 | CHARTED AND REVIEWED UP TO 160 OUT OF 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | .50 | 125.00 |
| 05/12/21 ACR | B110 | A104 | DOCUMENT REVIEW OF SETTLEMENT AGREEMENTS UP TO 25 OUT OF 176 IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.10 | 275.00 |
| 05/12/21 ACR | B110 | A104 | DOCUMENT REVIEW UP TO 40 OUT OF 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION REQUESTS. | 1.00 | 250.00 |
| 05/12/21 ACR | B110 | A104 | REVIEWED AND CHARTED 60/175 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.10 | 275.00 |
| 05/12/21 ACR | B110 | A104 | REVIEWED AND CHARTED UP TO 80 OUT OF 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.00 | 250.00 |
| 05/12/21 ACR | B110 | A104 | REVIEWED AND CHARTED UP TO 100 OUT OF 176 SETTLEMENT AGREEMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.10 | 275.00 |
| 05/12/21 AK | B310 | A104 | ANALYZED CLERGY FILES TO PREPARE FOR PRODUCTION. | 1.40 | 350.00 |
| 05/12/21 AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.80 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 109
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

05/12/21 AK      B310  A105  WORKED WITH MR. WEGMANN ON          1.60        400.00
                             REVIEW OF PERSONNEL FILES.

05/12/21 OKB     B310  A103  DRAFTED AND REVISED                 3.60        900.00
                             MEMORANDUM REGARDING
                             PRESCRIPTIVE PERIOD FOR POCS.

05/12/21 OKB     B410  A105  DRAFTED EMAIL TO M. MINTZ            .40        100.00
                             REGARDING DISCRETE RESEARCH
                             ISSUE INVOLVING PROOFS OF
                             CLAIM.

05/12/21 OKB     B310  A102  RESEARCHED ISSUES REGARDING         2.30        575.00
                             CLAIMS BAR DATE AND HEARING
                             ON MAY 20, 2021.

05/12/21 OKB     B310  A103  DRAFTED AND REVISED                 2.40        600.00
                             MEMORANDUM REGARDING CLAIM
                             BAR DATE AND PLAN PROVISIONS.

05/12/21 OKB     B310  A103  REVISED MEMORANDUM REGARDING        1.00        250.00
                             CLAIMS BAR DATE.

05/12/21 SAO     B190  A104  REVIEW ORDER GRANTING HOLY          .10         25.00
                             SEE'S MOTION FOR EXTENSION OF
                             TIME TO ANSWER IN JOHN DOES
                             I-V ABUSE CLAIM LAWSUIT.

05/12/21 SAO     B170  A108  EMAILS WITH MS. GEORGE              .60        150.00
                             REGARDING THE ZOBRIO
                             APPLICATION (0.3); DRAFT
                             EMAIL TO MR. BOLDISSAR
                             REGARDING THE SAME (0.3).

05/12/21 SAO     B190  A103  FINALIZE PROPOSED AGREED            .40        100.00
                             ORDER REGARDING THE DOLCE
                             MOTIONS.

05/12/21 SAO     B110  A105  CONVERSATION WITH MR. MINTZ         .20         50.00
                             REGARDING THE DOLCE MOTIONS
                             AND THE ZOBRIO APPLICATION.

05/12/21 SAO     B190  A102  LIMITED RESEARCH REGARDING          .90        225.00
                             POTENTIAL MOTION FOR
                             AUTHORITY TO INSTALL FOOTBALL
                             FILED.

05/12/21 SAO     B130  A103  CONTINUE DRAFTING BIDDING          3.80        950.00
                             PROCEDURES AND SALE MOTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 110
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 05/12/21 | M F | B310 | A104 | REVIEW AND ANALYSIS OF PRESCRIPTION ISSUES. | 1.50 | 450.00 |
|---|---|---|---|---|---|---|
| 05/12/21 | C D | B110 | A101 | ANO MEETING WITH MR. WEGMANN AND TEAM RE: DOCUMENT PRODUCTION. | 1.60 | 272.00 |
| 05/12/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (2.0); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (2.6). | 4.60 | 782.00 |
| 05/12/21 | GMS | B190 | A104 | BEGIN REVIEW OF CLERGY FILE. | .90 | 153.00 |
| 05/12/21 | GMS | B190 | A103 | DRAFT TABBED WORKBOOK OF ALLEGED OFFENDER LISTS BY CATEGORY IN PREPARATION OF SHARING WITH COMMITTEE. | 2.20 | 374.00 |
| 05/12/21 | GMS | B190 | A105 | COMMUNICATION WITH MR. RAYFORD CONCERNING COLUMN DETAIL IN MASTER SETTLEMENT LIST. | .20 | 34.00 |
| 05/12/21 | GMS | B190 | A105 | ATTEND ZOOM MEETING CONCERNING DOCUMENT REVIEW AND PENDING TASKS. | 1.80 | 306.00 |
| 05/12/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING LIST OF CLERGY BY CATEGORY BEING PREPARED FOR SHARING WITH COMMITTEE. | .10 | 17.00 |
| 05/12/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL WITH QUESTIONS CONCERNING CERTAIN DOCUMENTS' PRIVILEGE CLASSIFICATION AND TREATMENT. | .20 | 34.00 |
| 05/13/21 | EDW | B110 | A104 | REVIEWED NEW DISCRETE ISSUES REGARDING PROOFS OF CLAIM AS APPLIED TO THE BANKRUPTCY. | .30 | 90.00 |
| 05/13/21 | EDW | B110 | A104 | REVIEWED CHART REGARDING RELEASES AND CONFIDENTIALITY PROVISIONS. | .40 | 120.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 111
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/13/21 | EDW | B110 | A104 | REVIEWED UPDATE REGARDING BANKRUPTCY ISSUES. | .20 | 60.00 |

05/13/21 EDW   B110  A104   REVIEWED UPDATE REGARDING            .20        60.00
                            BANKRUPTCY ISSUES.

05/13/21 EDW   B110  A103   REVIEWED AND REVISED PROPOSED        .40       120.00
                            PROTECTIVE ORDER FOR FILING.

05/13/21 EDW   B110  A107   E-MAIL TO MR. CAINE REGARDING        .10        30.00
                            TELEPHONE CONFERENCE AND
                            RESPONSE TO QUESTIONS.

05/13/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL         .10        30.00
                            FROM CLIENT REGARDING FILE
                            ISSUE.

05/13/21 EDW   B110  A107   REVIEWED COMMUNICATIONS WITH         .10        30.00
                            COURT REGARDING MOTION TO
                            AMEND PROTECTIVE ORDER.

05/13/21 EJF   B320  A103   WORK ON MEMO RE MEDIATION          4.20     2,058.00
                            RELATED ISSUES (4.00);
                            DISCUSSIONS REGARDING SAME
                            (0.20).

05/13/21 JRT   B190  A104   FIELD COMMUNICATION FROM            .50       150.00
                            CLIENTS AND TEAM REGARDING
                            DEVELOPMENTS IN CASE.

05/13/21 RPV   B110  A105   REVIEWED MEMO REGARDING             .30       147.00
                            PROPERTY ISSUES (0.10) AND
                            OFFICE CONFERENCE WITH MR.
                            MINTZ REGARDING SAME (0.20).

05/13/21 RPV   B160  A105   EMAILS FROM MR. MINTZ               .50       245.00
                            REGARDING MEDIATION, ZOBRIO
                            APPLICATION AND PROPOSED
                            JOINT MOTION TO ENTER THE
                            AMENDED PROTECTIVE ORDER AND
                            JOINT MOTION TO EXPEDITE
                            HEARING (0.20) AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME (0.30).

05/13/21 RPV   B110  A104   RECEIVED AND REVIEWED               .50       245.00
                            PROPOSED JOINT MOTION TO
                            ENTER THE AMENDED PROTECTIVE
                            ORDER AND A JOINT MOTION TO
                            EXPEDITE HEARING ON SAME
                            (0.20) AND OFFICE CONFERENCE
                            WITH MR. MINTZ REGARDING SAME
                            (0.30).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 112
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| | | | | | |
|---|---|---|---|---|---|
| 05/13/21 RPV | B190 | A106 | EMAIL FROM CLIENT REGARDING REVIEW OF LEGAL ISSUES. | .20 | 98.00 |
| 05/13/21 RPV | B310 | A105 | EMAIL FROM MR. TILLERY REGARDING RESPONSE TO CLIENT'S QUESTIONS REGARDING BAR DATES. | .10 | 49.00 |
| 05/13/21 LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ DISCOVERY REQUESTS. | .10 | 40.00 |
| 05/13/21 MAM | B190 | A101 | WORK ON ZOBRIO APPLICATION ISSUES (1.10); CONFERENCE WITH US TRUSTEE REGARDING THE SAME (0.40); WORK ON OTHER MOTIONS TO SETTLE (3.40). | 4.90 | 1,960.00 |
| 05/13/21 ACR | B110 | A104 | CHARTED AND REVIEWED UP TO 176 OUT OF 176 SETTLEMENT DOCUMENTS IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.10 | 275.00 |
| 05/13/21 ACR | B110 | A104 | REVIEWED AND FINALIZED ACCUSED LIST IN DOCUMENT PRODUCTION CHART IN ANTICIPATION OF DOCUMENT PRODUCTION. | .60 | 150.00 |
| 05/13/21 ACR | B110 | A104 | RE-REVIEWED EVERY SETTLEMENT DOCUMENT IN WHICH AN ACCUSED IS NOT SPECIFICALLY NAMED IN ANTICIPATION OF FUTURE DOCUMENT REVIEW AND PRODUCTION. | 2.00 | 500.00 |
| 05/13/21 AK | B310 | A103 | PREPARED REDLINE OF AMENDED PROTECTIVE ORDER AND SUPPLEMENTAL PROTECTIVE ORDER TO ATTACH TO JOINT MOTION. | .20 | 50.00 |
| 05/13/21 AK | B310 | A105 | WORKED WITH MS. OPPENHEIM ON JOINT MOTION TO ENTER SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER. | .20 | 50.00 |
| 05/13/21 AK | B310 | A104 | ANALYZED CLERGY FILES TO PREPARE FOR PRODUCTION. | 1.90 | 475.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 113
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/13/21 AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 2.20 | 550.00 |
| 05/13/21 AK | B310 | A103 | WORKED ON JOINT MOTION TO ENTER SUPPLEMENTAL PROTECTIVE ORDER. | 1.80 | 450.00 |
| 05/13/21 AK | B310 | A103 | REVISED DOCUMENT REVIEW PROTOCOL. | .80 | 200.00 |
| 05/13/21 OKB | B310 | A103 | REVISED MEMORANDUM ON DISCRETE RESEARCH ISSUE REGARDING PROOFS OF CLAIM. | 2.50 | 625.00 |
| 05/13/21 OKB | B310 | A103 | REVISED MEMORANDUM ON CLAIMS BAR DATE. | 2.10 | 525.00 |
| 05/13/21 OKB | B310 | A103 | DRAFTED AND REVISED MEMORANDUM REGARDING POST-PETITION INSURANCE COVERAGE. | 2.10 | 525.00 |
| 05/13/21 SAO | B110 | A104 | REVIEW AHHS ARTIFICIAL TURF PROPOSAL. | .50 | 125.00 |
| 05/13/21 SAO | B110 | A108 | TELEPHONE CONFERENCE WITH MR. MINTZ AND MS. GEORGE REGARDING PENDING MOTIONS AND APPLICATIONS AND RELATED ISSUES. | .60 | 150.00 |
| 05/13/21 SAO | B130 | A103 | CONTINUE DRAFTING BIDDING PROCEDURES AND SALE MOTION. | 3.70 | 925.00 |
| 05/13/21 SAO | B190 | A108 | SUBMIT PROPOSED AGREED ORDER CONCERNING THE STAY VIOLATION MOTION, THE DOLCES' LIFT STAY MOTION, AND THE LATE POC MOTION TO THE COURT. | .10 | 25.00 |
| 05/13/21 SAO | B110 | A103 | DRAFT MOTION FOR ENTRY OF SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER. | 2.10 | 525.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 114
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/13/21 SAO   B110  A103   DRAFT MOTION FOR EXPEDITED          1.00      250.00
                            HEARING ON MOTION FOR ENTRY
                            OF SUPPLEMENTAL AND AMENDED
                            PROTECTIVE ORDER (0.8); DRAFT
                            PROPOSED ORDER GRANTING THE
                            SAME (0.2).

05/13/21 SAO   B110  A105   CALLS WITH MS. KINGSMILL             .50      125.00
                            REGARDING MOTION FOR ENTRY OF
                            SUPPLEMENTAL AND AMENDED
                            PROTECTIVE ORDER (0.4); CALL
                            WITH MR. MINTZ REGARDING THE
                            SAME (0.1).

05/13/21 BB    B110  A110   CONFER WITH ALLISON KINGSMILL        .60      102.00
                            REGARDING PRIVILEGE AND
                            REDACTION HANDLING IN REVIEW
                            DATABASE.

05/13/21 C D   B110  A101   CONTINUED REVIEWING DOCUMENTS       7.90    1,343.00
                            IN ANTICIPATION OF PRODUCTION
                            (3.90); CONTINUED PREPARING
                            AND MANAGING DOCUMENTS TO
                            ASSIST WITH PRODUCTION (4.00).

05/14/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL        .10       30.00
                            FROM MR. BOLIDSSAR REGARDING
                            MOTION FOR AMENDED PROTECTIVE
                            ORDER.

05/14/21 EDW   B110  A104   RECEIVED AND REVIEWED              .10       30.00
                            COMMUNICATIONS WITH MR.
                            BOLDISSAR, ET AL REGARDING
                            PROPOSED AMENDED PROTECTIVE
                            ORDER.

05/14/21 EDW   B110  A104   REVIEWED ISSUE REGARDING           .20       60.00
                            POSSIBLE EXPENDITURE OF FUNDS.

05/14/21 EDW   B110  A104   REVIEWED ISSUES REGARDING          .20       60.00
                            COURT HANDLING OF L.MO FOR
                            AMENDED PROTECTIVE ORDER.

05/14/21 EDW   B110  A104   REVIEWED STATUS AND UPDATES        .40      120.00
                            REGARDING CLERGY FILE REVIEW.

05/14/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL       .10       30.00
                            FROM THE COMMITTEE REGARDING
                            SPENDING ISSUE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 115
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/14/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING ISSUE. | .10 | 30.00 |
| 05/14/21 | EJF | B320 | A105 | REVIEW (.2) AND RESPOND TO (.2) MEMO FROM MR. MINTZ RE PLAN RELATED ISSUES; | .40 | 196.00 |
| 05/14/21 | EJF | B320 | A103 | REVIEWED DOCUMENTS ASSOCIATED WITH (.80) AND WORKED ON (3.6) MEMO RE MEDIATION RELATED ISSUES. | 4.40 | 2,156.00 |
| 05/14/21 | RPV | B110 | A108 | EMAIL FROM CLIENT REGARDING SCHOOL REQUEST FROM UCC. | .10 | 49.00 |
| 05/14/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING MOTION TO EXPEDITE HEARING ON THE EXPEDITED JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AGREED SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER. | .10 | 49.00 |
| 05/14/21 | RPV | B190 | A105 | EMAIL FROM MS. FUTRELL REGARDING MEDIATION ISSUES. | .20 | 98.00 |
| 05/14/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED JOINT MOTION TO AMEND PROTECTIVE ORDER. | .20 | 98.00 |
| 05/14/21 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING REQUEST CONCERNING PROPOSED SCHOOL EXPENDITURE. | .20 | 98.00 |
| 05/14/21 | RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING JOINT MOTION TO AMEND PROTECTIVE ORDER. | .10 | 49.00 |
| 05/14/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ REGARDING ARCHBISHOP HANNAN HIGH SCHOOL AND JOINT MOTION TO AMEND PROTECTIVE ORDER. | .50 | 200.00 |
| 05/14/21 | MAM | B190 | A101 | REVIEWED AND PREPARED FOR MOTIONS SET FOR HEARING (3.80); WORKED ON UPDATES FOR THE CLIENT (0.30). | 4.10 | 1,640.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 116
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/14/21 ACR | B110 | A104 | DOCUMENT REVIEW MEETING WHEREBY ASSIGNMENT OF SPECIFIC PRIEST WAS GIVEN TO REVIEW AND ANALYZE FOR PROTECTION. | .60 | 150.00 |
| 05/14/21 ACR | B110 | A104 | REVIEWED AND NOTED POTENTIAL PROTECTION FOR 3 OUT OF 4 FILES ON SPECIFIC CLERGY MEMBER IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.00 | 250.00 |
| 05/14/21 AK | B310 | A104 | ANALYZED CLERGY FILES TO PREPARE FOR PRODUCTION. | 2.10 | 525.00 |
| 05/14/21 AK | B310 | A104 | ANALYZED MEMO REGARDING SETTLEMENT AGREEMENT IN ORDER TO PREPARE DOCUMENTS FOR PRODUCTION. | .40 | 100.00 |
| 05/14/21 AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE TO PRODUCE IN RESPONSE TO DISCOVERY REQUESTS. | 1.40 | 350.00 |
| 05/14/21 SAO | B130 | A103 | DRAFT PROPOSED BIDDING PROCEDURES. | 3.40 | 850.00 |
| 05/14/21 SAO | B130 | A103 | DRAFT PROPOSED ORDER APPROVING BIDDING PROCEDURES. | 1.80 | 450.00 |
| 05/14/21 SAO | B130 | A103 | CONTINUE DRAFTING PROPOSED BIDDING PROCEDURES. | 1.00 | 250.00 |
| 05/14/21 SAO | B110 | A104 | REVIEW ORDER GRANTING MOTION FOR EXPEDITED HEARING ON JOINT MOTION FOR ENTRY OF SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER. | .10 | 25.00 |
| 05/14/21 SAO | B190 | A102 | FURTHER RESEARCH REGARDING POTENTIAL MOTION FOR AUTHORITY TO INSTALL FOOTBALL FIELD. | .90 | 225.00 |
| 05/14/21 SAO | B110 | A103 | FINALIZE MOTION FOR ENTRY OF SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER (0.2); FINALIZE MOTION FOR EXPEDITED HEARING OF THE SAME (0.2). | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 117
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/14/21 SAO   B110  A111   FILE MOTION FOR ENTRY OF              .70        175.00
                           SUPPLEMENTAL AND AMENDED
                           PROTECTIVE ORDER (0.2); FILE
                           MOTION FOR EXPEDITED HEARING
                           ON MOTION TO AMEND (0.2);
                           COORDINATE SERVICE OF THE
                           SAME (0.2); SUBMIT PROPOSED
                           ORDER ON MOTION FOR EXPEDITED
                           HEARING (0.1).

05/14/21 SAO   B190  A105   EMAIL CORRESPONDENCES WITH           .40        100.00
                           MR. MINTZ REGARDING AGREED
                           ORDER ON THE DOLCE MOTIONS.

05/14/21 BB    B110  A110   PREPARE ADDITIONAL CLIENT            .60        102.00
                           DOCUMENTS FOR REVIEW IN
                           RELATIVITY DATABASE.

05/14/21 C D   B110  A101   CONTINUED REVIEWING DOCUMENTS       7.60      1,292.00
                           IN ANTICIPATION OF PRODUCTION
                           (3.60); CONTINUED PREPARING
                           AND MANAGING DOCUMENTS TO
                           ASSIST WITH PRODUCTION (4.00).

05/14/21 GMS   B190  A110   MANAGE INTAKE OF FILES              .40         68.00
                           UPLOADED TO SHAREFILE BY
                           CLIENT.

05/14/21 GMS   B190  A104   REVIEW PROOFS OF CLAIM IN          2.10        357.00
                           CONJUNCTION WITH EDITS TO
                           MASTER SPREADSHEET CONCERNING
                           SAME.

05/14/21 GMS   B190  A103   REVISIONS TO MASTER POC LIST       2.10        357.00
                           IN CONJUNCTION WITH REVIEW OF
                           CLAIMS.

05/14/21 GMS   B190  A105   COMMUNICATIONS WITH MS.            .10         17.00
                           KINGSMILL CONCERNING FILES
                           RECEIVED FROM CLIENT.

05/14/21 GMS   B190  A110   DOWNLOAD FILE DELIVERIES FROM      .30         51.00
                           ALLIANCE.

05/14/21 GMS   B190  A108   COMMUNICATIONS WITH ALLIANCE      .20         34.00
                           CONCERNING SCAN DELIVERIES
                           AND GAP IN CONTENT DELIVERED.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 118
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/14/21 GMS | B190 | A103 | DRAFT DATA INTAKE / INGESTION INSTRUCTION TO PRACTICE SUPPORT. | .20 | 34.00 |
| 05/15/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING REVIEW OF DOCUMENTS AND INFORMATION REQUESTED BY THE TORT COMMITTEE. | .80 | 240.00 |
| 05/15/21 EDW | B110 | A104 | REVIEWED UPDATES REGARDING POSSIBLE EXPENDITURE. | .10 | 30.00 |
| 05/15/21 RPV | B110 | A105 | EMAIL FROM MR. MINTZ REGARDING SCHOOL PROJECT. | .10 | 49.00 |
| 05/16/21 RPV | B110 | A105 | EMAILS FROM MR. MINTZ REGARDING UPCOMING DEADLINES. | .10 | 49.00 |
| 05/17/21 EDW | B110 | A104 | REVIEWED UPDATES REGARDING BANKRUPTCY ISSUE FOR ARCHDIOCESE. | .10 | 30.00 |
| 05/17/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING DOCUMENT PRODUCTION AND STATUS REGARDING PRODUCTION OF CLERGY FILES. | 1.50 | 450.00 |
| 05/17/21 EDW | B110 | A107 | E-MAIL TO AND E-MAIL FROM MR. CAINE REGARDING TELEPHONE CONFERENCE. | .10 | 30.00 |
| 05/17/21 EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. CAINE REGARDING PRODUCTION OF DOCUMENTS STATUS AND ISSUES. | .40 | 120.00 |
| 05/17/21 EDW | B110 | A104 | RECEIVED AND REVIEWED CLAIMS INFORMATION REGARDING PROOFS OF CLAIM. | .90 | 270.00 |
| 05/17/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING CLERGY AND LAY FILES. | .10 | 30.00 |
| 05/17/21 EDW | B110 | A106 | RECEIVED AND REVIEWED NEW INFORMATION REGARDING RELATED CASE. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 119
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/17/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING REALTED CASE. | .10 | 30.00 |
| 05/17/21 | EJF | B120 | A106 | MEMOS TO AND FROM CLIENT REGARDING ASSET ISSUES. | .20 | 98.00 |
| 05/17/21 | EJF | B120 | A104 | REVIEW DOCUMENTS REGADING ASSET ISSUES. | 3.80 | 1,862.00 |
| 05/17/21 | RPV | B160 | A104 | RECEIVED AND REVIEWED RESPONSE CONCERNING APPLICATION TO EMPLOY WITH AFFIDAVIT OF DISINTERESTEDNESS FILED BY CREDITOR COMMITTEE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS. | .10 | 49.00 |
| 05/17/21 | RPV | B190 | A106 | EMAILS FROM CLIENT AND MR. MINTZ REGARDING STRATEGY REGARDING RELATED DISPUTE. | .30 | 147.00 |
| 05/17/21 | RPV | B310 | A105 | EMAILS FROM MR. WEGMANN, MR. MINTZ AND CLIENT REGARDING REVIEW OF CLAIMS. | .50 | 245.00 |
| 05/17/21 | RPV | B310 | A106 | EMAILS FROM AND TO CLIENT REGARDING CLAIM ISSUE. | .50 | 245.00 |
| 05/17/21 | RPV | B130 | A106 | EMAIL FROM CLIENT REGARDING STATUS OF SEAS SALE. | .10 | 49.00 |
| 05/17/21 | RPV | B110 | A104 | REVIEWED MEMO REGARDING MEDIATOR ISSUES. | .20 | 98.00 |
| 05/17/21 | RPV | B110 | A105 | EMAIL FROM MS. FUTRELL REGARDING MEDIATION ANALYSIS (0.10) AND OFFICE CONFERENCE MR. MINTZ REGARDING SAME (0.40). | .50 | 245.00 |
| 05/17/21 | RPV | B110 | A105 | EMAIL FROM AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SCHOOL REQUEST. | .50 | 245.00 |
| 05/17/21 | BTW | B120 | A102 | RESEARCH REGARDING PLAN ASSETS. | .90 | 360.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 120
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

05/17/21 JPG   B250   A103   PREPARE PURCHASE AGREEMENT              2.50     1,000.00
                            FOR ST. ELIZABETHS.

05/17/21 JPG   B250   A106   EMAIL DRAFT OF PURCHASE                  .10        40.00
                            AGREEMENT FOR ST. ELIZABETHS
                            TO CLIENT.

05/17/21 JPG   B250   A105   DISCUSSIONS WITH MR. MINTZ ON            .20        80.00
                            PURCHASE AGREEMENT FOR ST.
                            ELIZABETH.

05/17/21 LFA   B110   A105   CORRESPONDENCE WITH CLIENT               .30       120.00
                            REGARDING IMPLICATIONS FOR
                            THE ARCHDIOCESE IN THE ASARE
                            MATTER (0.20); WITH MR. MINTZ
                            REGARDING ARCHBISHOP HANNAN
                            REQUEST (0.10).

05/17/21 MAM   B190   A101   PREPARE FOR WEEKLY STRATEGY             5.40     2,160.00
                            MEETING (1.40); COMPILED CASE
                            UPDATES FOR CLIENT. (0.70);
                            RESEARCH REGARDING PLAN
                            ISSUES (3.30).

05/17/21 MAM   B190   A101   ATTEND CONFERENCE CALL ON              1.50       600.00
                            MOTION TO COMPEL ISSUES.

05/17/21 ACR   B110   A104   REVIEWED AND MARKED                     .80       200.00
                            PRIVILEGED INFORMATION FOR
                            LAST FILE (4 OUT OF 4) ON
                            CLERGY MEMBER IN ANTICIPATION
                            OF DOCUMENT PRODUCTION.

05/17/21 ACR   B110   A104   REVIEWED 1 OUT 10 CLERGY FILE          .20        50.00
                            AND APPLIED PROPOSED
                            REDACTIONS AS NEEDED.

05/17/21 ACR   B110   A104   REVIEWED 2 OUT 10 FILES AND            .20        50.00
                            ANALYZED WHETHER ANY
                            PRIVILEGE APPLIED IN
                            ANTICIPATION OF DOCUMENT
                            PRODUCTION.

05/17/21 ACR   B110   A104   REVIEWED AND REDACTED 3 OUT            .90       225.00
                            OF 10 FILES IN ANTICIPATION
                            OF DOCUMENT PRODUCTION.

05/17/21 AK    B310   A104   ANALYZED CHART REGARDING               .10        25.00
                            COLLECTION OF DOCUMENTS.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 121
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/17/21 AK | B310 | A109 | PARTICIPATED IN DISCOVERY CONFERENCE WITH COMMITTEE REGARDING PRODUCTION OF DOCUMENTS. | .30 | 75.00 |
| 05/17/21 AK | B310 | A103 | PREPARED MEMO OF COLLECTED PERSONNEL FILES IN ORDER TO PREPARE FOR DISCOVERY CONFERENCE WITH COMMITTEE. | .30 | 75.00 |
| 05/17/21 AK | B310 | A104 | ANALYZED POTENTIALLY PRIVILEGED DOCUMENTS TO PREPARE IN RESPONSE TO DOCUMENT REQUESTS. | .10 | 25.00 |
| 05/17/21 AK | B310 | A104 | ANALYZED DOCUMENTS TO PRODUCE IN RESPONSE TO COMMITTEE'S RULE 2004 REQUESTS. | 1.40 | 350.00 |
| 05/17/21 AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.60 | 400.00 |
| 05/17/21 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .30 | 75.00 |
| 05/17/21 AK | B310 | A103 | REVISED CHART OF SETTLEMENT AGREEMENTS. | .20 | 50.00 |
| 05/17/21 SAO | B110 | A103 | BEGIN PREPARING NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON MAY 20, 2021. | .70 | 175.00 |
| 05/17/21 SAO | B130 | A103 | RESUME DRAFTING PROPOSED BIDDING PROCEDURES. | 1.80 | 450.00 |
| 05/17/21 SAO | B130 | A103 | DRAFT PROPOSED AUCTION AND SALE NOTICE IN CONNECTION WITH THE BIDDING PROCEDURES AND SALE MOTION. | 1.30 | 325.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS        PAGE 122
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/17/21 SAO    B130  A103   DRAFT NOTICE OF AUCTION,              .40        100.00
                             NOTICE OF STALKING-HORSE BID,
                             AND NOTICE OF WINNING BID AND
                             BACK-UP BID.

05/17/21 SAO    B130  A103   DRAFT PROPOSED ORDER                 2.10        525.00
                             AUTHORIZING SALE.

05/17/21 SAO    B310  A104   REVIEW CERTIFICATE OF SERVICE         .10         25.00
                             REGARDING REQUESTS TO EXPAND
                             PERMITTED PARTY LIST.

05/17/21 SAO    B320  A102   REVIEW OMNIBUS REPLY IN              1.10        275.00
                             SUPPORT OF THE CLAIMS
                             ESTIMATION MOTION IN THE BOY
                             SCOUTS CASE TO ASSIST WITH
                             GLOBAL CASE RESOLUTION
                             EFFORTS (0.6); REVIEW
                             DEBTORS' THIRD MOTION FOR
                             ENTRY OF AN ORDER TO EXTEND
                             EXCLUSIVITY FILED IN THE SAME
                             (0.5).

05/17/21 SAO    B190  A105   CORRESPONDENCES WITH                 .20         50.00
                             BANKRUPTCY AND LITIGATION
                             TEAM REGARDING UPCOMING
                             DEADLINES IN CONNECTION WITH
                             ASARE-DANKWAH V. A.A. DOE,
                             ADV. NO. 21-1016.

05/17/21 SAO    B190  A104   REVIEW EXECUTED SUMMONSES AND        .20         50.00
                             ORDER SCHEDULING PRETRIAL
                             CONFERENCE IN ASARE-DANKWAH
                             V. A.A. DOE, ADV. NO. 21-1016.

05/17/21 SAO    B190  A103   DRAFT MOTION TO WITHDRAW STAY       1.40        350.00
                             VIOLATION MOTION.

05/17/21 SAO    B170  A104   REVIEW THE TORT COMMITTEE'S          .10         25.00
                             LIMITED RESPONSE TO THE
                             COMMERCIAL COMMITTEE'S
                             APPLICATION TO EMPLOY DUNDON
                             FINANCIAL ADVISERS LLC AS
                             FINANCIAL ADVISOR.

05/17/21 BB     B110  A110   PREPARE ADDITIONAL CLIENT           1.20        204.00
                             DOCUMENTS FOR REVIEW IN
                             RELATIVITY DATABASE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 123
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/17/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.60); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.60 | 1,292.00 |
| 05/17/21 GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING ADDITIONAL SETTLEMENT DOCUMENTS FROM CLIENT. | .10 | 17.00 |
| 05/17/21 GMS | B190 | A103 | REVISIONS TO MASTER CLAIMS LIST IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM. | 2.60 | 442.00 |
| 05/17/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING COUNT OF SETTLEMENT AGREEMENTS WITH SPECIFIC CHARACTERISTICS AND VOLUME OF CLERGY FILES DELIVERED ON 5.14.21. | .20 | 34.00 |
| 05/17/21 GMS | B190 | A104 | EXAMINE FILTERS APPLIED TO WORKBOOK IN CONJUNCTION WITH COMMUNICATIONS WITH MS. KINGSMILL CONCERNING COUNT OF SETTLEMENT AGREEMENTS WITH SPECIFIC CHARACTERISTICS. | .20 | 34.00 |
| 05/17/21 GMS | B190 | A104 | REVIEW PROOFS OF CLAIM IN CONJUNCTION WITH REVISIONS TO MASTER LIST OF CLAIMS. | 2.60 | 442.00 |
| 05/18/21 EDW | B110 | A104 | REVIEWED ISSUE REGARDING OBJECTION TO COMMITTEE FINANCIAL ADVISOR. | .10 | 30.00 |
| 05/18/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING COMMITTEE ISSUE. | .10 | 30.00 |
| 05/18/21 EDW | B110 | A104 | REVIEWED STATUS AND INFORMATION REGARDING FILE REVIEW AND PRODUCTION. | .90 | 270.00 |
| 05/18/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM COUNSEL REGARDING PROOF OF CLAIM ISSUE. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 124
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/18/21 EJF | B120 A104 | REVIEW DOCUMENTS TO ADDRESS PLAN ISSUES. | 3.30 | 1,617.00 |
| 05/18/21 RPV | B310 A108 | EMAILS FROM AND TO MR. HOROWITZ REGARDING CLAIM. | .50 | 245.00 |
| 05/18/21 RPV | B110 A105 | OFFICE CONFERENCE WITH (0.40) AND EMAIL FROM (0.10) MR. MINTZ REGARDING CALL WITH TORT COMMITTEE. | .50 | 245.00 |
| 05/18/21 RPV | B120 A104 | RECEIVED AND REVIEWED PROPERTY VALUE INFORMATION (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .50 | 245.00 |
| 05/18/21 RPV | B120 A105 | EMAIL FROM MS. FUTRELL REGARDING STATE LAW PROPERTY ISSUES (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.30). | .40 | 196.00 |
| 05/18/21 RPV | B160 A106 | EMAIL FROM CLIENT REGARDING REVIEW OF TORT COMMITTEE'S OBJECTION TO COMMERCIAL COMMITTEE FINANCIAL ADVISOR (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .30 | 147.00 |
| 05/18/21 RPV | B110 A108 | TELEPHONE CONVERSATION WITH TORT COMMITTEE COUNSEL, MR. CARTER AND MR. MINTZ REGARDING MEDIATOR SELECTION. | .30 | 147.00 |
| 05/18/21 MAM | B190 A101 | PREPARE FOR HEARINGS SET FOR MAY 20 (4.1); ATTEND CALL WITH OPPOSING COUNSEL (0.60). | 4.70 | 1,880.00 |
| 05/18/21 ACR | B110 A104 | REVIEWED AND ANALYZED FOR POTENTIAL PROTECTION 6 OUT OF 10 FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .40 | 100.00 |
| 05/18/21 ACR | B110 A104 | REVIEWED AND ANALYZED FOR PRIVILEGE 7 OUT OF 10 CLAIMS FILE IN ANTICIPATION OF DOCUMENT PRODUCTION. | .80 | 200.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 125
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE 8 OUT OF 10 FILES IN ANTICIPATION OF LITIGATION. | .60 | 150.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED PROTECTION FOR 4 OUT OF 10 CLERGY FILE AND APPLIED REDACTIONS AS NEEDED. | .70 | 175.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE 9 OUT OF 10 FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .20 | 50.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE/PROTECTION 10/10 FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .20 | 50.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE (100/145) PAGES ON 1/2 FILES. | 2.00 | 500.00 |
| 05/18/21 | ACR | B110 | A104 | FINALIZED REVIEW AND ANALYSIS OF REMAINING PAGES (145/145) ON 1/2 FILE IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.10 | 275.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE 2/2 FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .10 | 25.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PROTECTION 1/2 FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .10 | 25.00 |
| 05/18/21 | ACR | B110 | A104 | REVIEWED AND ANALYZED FOR POTENTIAL REDACTION 5 OUT OF 10 FILES. | 1.80 | 450.00 |
| 05/18/21 | AK | B310 | A105 | WORKED WITH MS. SHAHIEN ON CHART OF DOCUMENT PRODUCTIONS. | .10 | 25.00 |
| 05/18/21 | AK | B310 | A108 | CORRESPONDENCE WITH MR. DRAPER REGARDING DOCUMENT PRODUCTION. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 126
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/21 AK | B310 | A104 | ANALYZED POTENTIALLY PRIVILEGED DOCUMENTS TO PREPARE IN RESPONSE TO DOCUMENT REQUESTS. | .10 | 25.00 |
| 05/18/21 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 2.10 | 525.00 |
| 05/18/21 AK | B310 | A105 | WORKED WITH MRS. SHAHIEN ON DOCUMENT PRODUCTION TO PRODUCE TO THE COMMITTEE. | .10 | 25.00 |
| 05/18/21 HAH | B120 | A102 | RESEARCH REGARDING PLAN ASSETS. | 2.50 | 625.00 |
| 05/18/21 SAO | B190 | A105 | CONFERENCE WITH MR. MINTZ REGARDING THURSDAY'S OMNIBUS HEARING. | .20 | 50.00 |
| 05/18/21 SAO | B110 | A108 | TELEPHONE CONFERENCE WITH MR. MINTZ, MR. VANCE, MR. BOLDISSAR, AND MR. CARTER REGARDING WEEKLY UPDATES, INCLUDING MEDIATION PREPARATIONS. | .20 | 50.00 |
| 05/18/21 SAO | B110 | A103 | CONTINUE DRAFTING NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 20, 2021. | .60 | 150.00 |
| 05/18/21 SAO | B190 | A104 | REVIEW AGREED ORDER CONCERNING THE STAY VIOLATION MOTION, LIFT STAY MOTION, AND LATE PROOF OF CLAIM MOTION. | .20 | 50.00 |
| 05/18/21 SAO | B110 | A103 | REVIEW, REVISE, AND SUPPLEMENT MOTION TO APPOINT MEDIATOR. | 3.80 | 950.00 |
| 05/18/21 SAO | B110 | A103 | DRAFT PROPOSED ORDER GRANTING MOTION TO APPOINT MEDIATOR. | .80 | 200.00 |
| 05/18/21 SAO | B190 | A103 | DRAFT TALKING POINTS FOR OMNIBUS HEARING ON MAY 20, 2021. | 2.40 | 600.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 127
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/18/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 05/18/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING REQUEST FOR DETAILED INDEX OF FILES COLLECTED AND SHARED BY ALLIANCE AND/OR CLIENT. | .10 | 17.00 |
| 05/18/21 GMS | B190 | A105 | COMMUNICATIONS WITH PRACTICE SUPPORT CONCERNING GENERATION OF DIRECTORY FILE PRINT LIST OF SELECTED NETWORK FOLDERS FOR MS. KINGSMILL'S CONSIDERATION. | .10 | 17.00 |
| 05/18/21 GMS | B190 | A103 | UPDATE COLLECTION TRACKING WORKBOOK WITH INFORMATION CONCERNING RECEIPT OF SELECTED FILES FROM CLIENT AND/OR ALLIANCE. | 1.40 | 238.00 |
| 05/18/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MR. WEGMANN CONCERNING UPDATED COLLECTION TRACKING WORKBOOK. | .10 | 17.00 |
| 05/18/21 GMS | B190 | A103 | REVISE MASTER POC LIST IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM. | 1.10 | 187.00 |
| 05/18/21 GMS | B190 | A104 | REVIEW PROOFS OF CLAIMS IN CONJUNCTION WITH REVISIONS TO MASTER POC CHART. | 1.10 | 187.00 |
| 05/19/21 EDW | B110 | A104 | REVIEWED REPORT REGARDING CLERGY FILES. | .20 | 60.00 |
| 05/19/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE WITH REPLY REGARDING LIST. | .10 | 30.00 |
| 05/19/21 EDW | B110 | A104 | RECEIVED AND REVIEWED INFORMATION REGARDING PROOFS OF CLAIM. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 128
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/19/21 EDW | B110 | A101 | PREPARING FOR HEARING ON MOTION FOR PROTECTIVE ORDER AND THE COMMITTEE'S MOTION TO COMPEL. | .50 | 150.00 |
| 05/19/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PRODUCTION OF CLERGY FILES AND HEARING. | .10 | 30.00 |
| 05/19/21 EDW | B110 | A103 | REVIEWED INFORMATION REQUESTED BY TORT COMMITTEE (4.0) AND WORKED ON SREADSHEETS REGARDING SAME (4.0). | 8.00 | 2,400.00 |
| 05/19/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING RESPONSE TO INFORMATION REGARDING CLERGY FILES. | .10 | 30.00 |
| 05/19/21 EDW | B110 | A107 | E-MAIL TO MR. CAINE REGARDING RESPONSE TO INFORMATION REQUESTS AND RESPONSE TO QUESTIONS. | .50 | 150.00 |
| 05/19/21 EJF | B120 | A103 | WORK ON MEMO RE ASSET ISSUES. | 3.70 | 1,813.00 |
| 05/19/21 EJF | B120 | A106 | CONFERENCE CALL WITH CLIENT. | 1.20 | 588.00 |
| 05/19/21 JRT | B190 | A104 | FIELD EMAILS REGARDING STATUS TO KEEP UP WITH CASE. | .50 | 150.00 |
| 05/19/21 RPV | B110 | A105 | RECEIVED AND REVIEWED NOTICE OF AGENDA (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.10). | .20 | 98.00 |
| 05/19/21 RPV | B110 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CALL WITH TORT COMMITTEE COUNSEL REGARDING SELECTION OF MEDIATOR AND RELATED MATTERS. | .50 | 245.00 |
| 05/19/21 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING CLAIM ISSUE AND ANALYSIS. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 129
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/19/21 BTW | B120 | A102 | RESEARCH REGARDING PLAN ASSETS. | .70 | 280.00 |
| 05/19/21 LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ AND MS. MCCAFFREY REGARDING BAR DATE ORDER CONFIDENTIALITY (0.20); WITH ROMMEL MAPA REGARDING THE ROMAN CATHOLIC CHURCH OF NO CALL LOG (0.20). | .40 | 160.00 |
| 05/19/21 MAM | B190 | A101 | ADDRESS ISSUES WITH PLAN IN PREPARATION OF MAY 20 HEARINGS (3.40) FINALIZE PLAN FOR MAY 20 HEARINGS (3.60); UPDATES TO CLIENT REGARDING THE SAME (0.10). | 7.10 | 2,840.00 |
| 05/19/21 ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .10 | 25.00 |
| 05/19/21 ACR | B110 | A104 | REVIEWED AND ANALYZED FOR PRIVILEGE FILES REGARDING IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.20 | 300.00 |
| 05/19/21 ACR | B110 | A104 | RE-REVIEWED PROPOSED REDACTIONS AND DOCUMENT PRODUCTION. | .30 | 75.00 |
| 05/19/21 ACR | B110 | A104 | RE-REVIEWED PROPOSED REDACTIONS FOR ALL FILES. | .80 | 200.00 |
| 05/19/21 ACR | B110 | A104 | RE-REVIEWED ALL PROPOSED REDACTION AND PRODUCTION. | .60 | 150.00 |
| 05/19/21 ACR | B110 | A104 | RE-REVIEWED PROPOSED REDACTIONS AND PRODUCTION. | .20 | 50.00 |
| 05/19/21 AK | B310 | A104 | REVIEWED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.80 | 450.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 130
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

```
05/19/21 AK    B310  A104   REVIEWED DOCUMENTS TO PRODUCE      1.90      475.00
                            IN RESPONSE TO THE
                            COMMITTEE'S RULE 2004
                            DOCUMENT REQUESTS.

05/19/21 AK    B310  A103   WORKED ON CERTIFICATE OF            .20       50.00
                            CLERK FOR MOTION FOR
                            CONFIRMATION OF PRELIMINARY
                            DEFAULT JUDGMENT.

05/19/21 AK    B310  A104   REVIEWED DOCUMENTS FOR             1.40      350.00
                            PRIVILEGE AND CONFIDENTIALITY
                            TO PRODUCE IN RESPONSE TO
                            COMMITTEE'S RULE 2004
                            DOCUMENT REQUESTS.

05/19/21 AK    B310  A103   PREPARED MEMO TO MR. MINTZ          .20       50.00
                            AND MS. OPPENHEIM REGARDING
                            STATUS OF DISCOVERY IN ORDER
                            TO PREPARE FOR OMNIBUS
                            HEARING.

05/19/21 AK    B310  A104   REVIEWED DOCUMENTS FOR             1.70      425.00
                            PRIVILEGE AND CONFIDENTIALITY
                            TO PRODUCE IN RESPONSE TO
                            COMMITTEE'S RULE 2004
                            DOCUMENT REQUESTS.

05/19/21 CVM   B190  A105   CORRESPONDENCE REGARDING BAR        .20       50.00
                            DATE CONFIDENTIALTIY
                            AGREEMENT.

05/19/21 HAH   B120  A102   RESEARCH REGARDING PLAN            1.50      375.00
                            ASSETS;

05/19/21 HAH   B120  A103   DRAFTED ELECTRONIC MEMO TO        1.00      250.00
                            MR. WILSON REGARDING PLAN
                            ASSETS.

05/19/21 SAO   B110  A111   FILE NOTICE OF AGENDA OF            .20       50.00
                            MATTERS SCHEDULED FOR HEARING
                            ON MAY 20, 2021.

05/19/21 SAO   B310  A105   CALL WITH MS. MCCAFFREY            .10       25.00
                            REGARDING AMENDMENTS TO
                            PERMITTED PARTY LIST.
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 131
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/19/21 SAO   B190  A101   REVIEW MOTIONS, RELATED              3.30       825.00
                           FILINGS, AND CASE LAW TO
                           PREPARE FOR OMNIBUS HEARING
                           ON MAY 20, 2021.

05/19/21 SAO   B190  A101   REVIEW TALKING POINTS TO              .70       175.00
                           PREPARE FOR OMNIBUS HEARING.

05/19/21 SAO   B110  A103   FINALIZE NOTICE OF AGENDA OF          .80       200.00
                           MATTERS SCHEDULED FOR HEARING
                           ON MAY 20, 2021.

05/19/21 SAO   B190  A105   CONFERENCE WITH MR. MINTZ             .30        75.00
                           REGARDING THURSDAY'S OMNIBUS
                           HEARING.

05/19/21 SAO   B190  A103   CONTINUE DRAFTING TALKING           1.60       400.00
                           POINTS FOR THURSDAY'S OMNIBUS
                           HEARING.

05/19/21 BB    B110  A110   GENERATE DIRECTORY LISTINGS          .40        68.00
                           FOR CLIENT FILES.

05/19/21 C D   B110  A101   CONTINUED REVIEWING DOCUMENTS       7.50     1,275.00
                           IN ANTICIPATION OF PRODUCTION
                           (3.50); CONTINUED PREPARING
                           AND MANAGING DOCUMENTS TO
                           ASSIST WITH PRODUCTION (4.00).

05/20/21 EDW   B110  A104   CONTINUED REVIEW OF                  .50       150.00
                           PRODUCTION OF CLERGY FILES
                           AND REVIEWED ISSUES REGARDING
                           PRIVILEGE AND CONFIDENTIALITY.

05/20/21 EDW   B110  A106   E-MAIL TO CLIENT REGARDING           .20        60.00
                           PRODUCTION ISSUES.

05/20/21 EDW   B110  A106   TELEPHONE CALL FROM CLIENT           .20        60.00
                           REGARDING FILE PRODUCTION.

05/20/21 EDW   B110  A101   REVIEWED STATUS AND PREPARING        .20        60.00
                           FOR MEDIATION.

05/20/21 EDW   B110  A106   E-MAIL TO CLIENT REGARDING           .10        30.00
                           PRODUCTION OF FILES.

05/20/21 EJF   B110  A104   WORK ON MONTHLY REPORT.              .50       245.00

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 132
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/20/21 EJF    B320  A103   WORK ON MEMO RE MEDIATION          4.20      2,058.00
                             ISSUES (3.9) AND
                             CORRESPONDENCE REGARING SAME
                             (0.30).

05/20/21 RPV    B110  A106   TELEPHONE CONVERSATION WITH          .50        245.00
                             CLIENT REGARDING REPORT TO
                             FINANCE COMMITTEE.

05/20/21 RPV    B110  A106   TELEPHONE CONVERSATION WITH          .20         98.00
                             COUNSEL REGARDING REPORT TO
                             FINANCE COMMITTEE.

05/20/21 RPV    B110  A105   OFFICE CONFERENCE WITH MR.           .20         98.00
                             MINTZ REGARDING REPORT TO
                             FINANCE COMMITTEE.

05/20/21 RPV    B110  A105   OFFICE CONFERENCE WITH MR.           .50        245.00
                             MINTZ REGARDING PLAN ISSUES
                             AND COURT HEARING.

05/20/21 RPV    B110  A105   EMAIL FROM (0.10) AND OFFICE         .50        245.00
                             CONFERENCE WITH MR. MINTZ
                             (0.40) REGARDING UPDATE ON
                             HEARINGS HELD IN COURT.

05/20/21 RPV    B110  A104   RECEIVED AND REVIEWED DRAFT          .30        147.00
                             OF MOTION TO APPOINT MEDIATOR
                             AND PROPOSED ORDER.

05/20/21 RPV    B110  A104   EMAIL FROM MS. FUTRELL              .20         98.00
                             REGARDING DRAFTING MEDIATION
                             STATEMENT.

05/20/21 RPV    B160  A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                             GRANTING THE OFFICIAL
                             COMMITTEE OF UNSECURED
                             CREDITORS APPLICATION FOR
                             ENTRY OF AN ORDER AUTHORIZING
                             THE RETENTION AND EMPLOYMENT
                             OF ZOBRIO, INC., AS ITS
                             COMPUTER CONSULTANT.

05/20/21 RPV    B160  A104   RECEIVED AND REVIEWED ORDER         .10         49.00
                             APPROVING SECOND INTERIM
                             APPLICATION FOR ALLOWANCE AND
                             PAYMENT OF COMPENSATION AND
                             REIMBURSEMENT OF EXPENSES OF
                             PACHULSKI STANG ZIEHL & JONES
                             LLP AS CO-COUNSEL FOR THE

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 133
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

                         OFFICIAL COMMITTEE OF
                         UNSECURED CREDITORS.

05/20/21 RPV   B160   A104   RECEIVED AND REVIEWED ORDER        .10         49.00
                         APPROVING SECOND INTERIM
                         APPLICATION OF LOCKE LORD LLP
                         AS COUNSEL TO THE OFFICIAL
                         COMMITTEE OF UNSECURED
                         CREDITORS.

05/20/21 RPV   B160   A104   RECEIVED AND REVIEWED ORDER        .10         49.00
                         ON THE APPLICATION FOR
                         APPROVAL OF STEWART ROBBINS
                         BROWN & ALTAZAN, LLC AS
                         COUNSEL TO THE OFFICIAL
                         COMMITTEE OF UNSECURED
                         COMMERCIAL CREDITORS.

05/20/21 LFA   B110   A105   CORRESPONDENCE WITH MR. MINTZ      .20         80.00
                         REGARDING MESSAGE FROM
                         ANTONELLA MONTAGNA.

05/20/21 MAM   B190   A101   ATTEND AND APPEAR AT HEARING      9.10      3,640.00
                         (0.70); REVIEWED MOTIONS IN
                         PREPARATION OF HEARING
                         (4.00); PREPARED ARGUMENT FOR
                         HEARING (3.90); RESEARCH IN
                         PREPARATION OF HEARING
                         (0.20); PROVIDE UPDATES TO
                         CLIENT ON HEARING (0.30)

05/20/21 ACR   B110   A104   REVIEWED CLAIM FILES IN            .70        175.00
                         ANTICIPATION OF DOCUMENT
                         PRODUCTION..

05/20/21 ACR   B110   A104   REVIEWED AND ANALYZED FOR         .40        100.00
                         PRIVILEGE FILES IN
                         ANTICIPATION OF DOCUMENT
                         PRODUCTION.

05/20/21 ACR   B110   A104   REVEIWED AND ANALYZED FOR         .10         25.00
                         PRIVILEGE FILES IN
                         ANTICIPATION OF DOCUMENT
                         PRODUCTION.

05/20/21 ACR   B110   A104   REVIEWED AND ANALYZED FILES      1.70        425.00
                         IN ANTICIPATION OF DOCUMENT
                         PRODUCTION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 134
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/20/21 AK     B130  A104   REVIEWED DOCUMENTS FOR              1.90        475.00
                             PRIVILEGE AND CONFIDENTIALITY
                             TO PRODUCE IN RESPONSE TO
                             COMMITTEE'S RULE 2004
                             DOCUMENT REQUESTS.

05/20/21 AK     B310  A104   REVIEWED DOCUMENTS FOR              1.30        325.00
                             PRIVILEGE AND CONFIDENTIALITY
                             TO PRODUCE IN RESPONSE TO
                             COMMITTEE'S RULE 2004
                             DOCUMENT REQUESTS.

05/20/21 AK     B310  A104   CORRESPONDENCE WITH DEFENSE          .10         25.00
                             TEAM REGARDING DEFENSES TO
                             ABUSE CLAIMS.

05/20/21 AK     B310  A105   WORKED WITH MRS. DEMESME ON          .20         50.00
                             PRODUCTION OF DOCUMENTS IN
                             RESPONSE TO RULE 2004
                             DOCUMENT REQUESTS.

05/20/21 AK     B310  A103   ANALYZED REVISED PROTECTIVE          .10         25.00
                             ORDER IN ORDER TO PRODUCE
                             DOCUMENTS.

05/20/21 AK     B310  A104   ANALYZED RULE 2004 DOCUMENT          .10         25.00
                             REQUESTS IN ORDER TO PREPARE
                             DOCUMENT PRODUCTION TO
                             COMMITTEE.

05/20/21 AK     B310  A104   ANALYZED POTENTIALLY                 .10         25.00
                             PRIVILEGED DOCUMENTS TO
                             PREPARE IN RESPONSE TO
                             DOCUMENT REQUESTS.

05/20/21 OKB    B110  A109   ATTENDED HEARING REGARDING           .80        200.00
                             APPLICATIONS TO EMPLOY,
                             APPLICATIONS FOR
                             COMPENSATION, AND REVIEW OF
                             AGREED ORDERS RESOLVING OTHER
                             PLEADINGS.

05/20/21 SAO    B190  A106   DRAFT MEMO TO THE CLIENT            2.80        700.00
                             REGARDING TODAY'S OMNIBUS
                             HEARING.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 135
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/20/21 SAO | B110 | A104 | REVIEW EMAIL CORRESPONDENCES FROM MR. WEGMANN REGARDING TOMORROW'S DOCUMENT PRODUCTION. | .10 | 25.00 |
| 05/20/21 SAO | B190 | A101 | CONTINUE PREPARING FOR OMNIBUS HEARING. | 2.30 | 575.00 |
| 05/20/21 SAO | B190 | A109 | APPEAR AND ARGUE AT OMNIBUS HEARING. | .70 | 175.00 |
| 05/20/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.60); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.60 | 1,292.00 |
| 05/20/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING COLLECTION TRACKING WORKBOOK AND PLANNED PRODUCTION. | .20 | 34.00 |
| 05/20/21 GMS | B190 | A101 | PREPARE PRE-FLIGHT PRODUCTION SET PURSUANT TO COMMUNICATIONS WITH MS. KINGSMILL. | .40 | 68.00 |
| 05/20/21 GMS | B190 | A103 | REVISIONS TO MASTER POC LIST IN CONJUNCTION WITH REVIEW OF POCS. | 2.40 | 408.00 |
| 05/20/21 GMS | B190 | A104 | REVIEW POCS IN CONJUNCTION WITH REVISIONS TO POC MASTER LIST. | 2.40 | 408.00 |
| 05/20/21 MBS | B110 | A102 | TELEPHONE CONFERENCE TO DISCUSS RESEARCH TOPICS FOR MR. MINTZ. | .30 | 51.00 |
| 05/20/21 MBS | B110 | A102 | BEGAN RESEARCH AND COMPILING DOCUMENTS PER MR. MINTZ. | 3.70 | 629.00 |
| 05/21/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PRODUCTION ISSUES. | .10 | 30.00 |
| 05/21/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING PRODUCTION OF DOCUMENTS. | .90 | 270.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 136
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/21/21 EDW | B110 | A104 | REVIEWED INSURANCE CLAIMS ISSUES AND STATUS REGARDING PRODUCTION. | .30 | 90.00 |
| 05/21/21 EDW | B110 | A104 | REVIEWED CLAIMS CHART REGARDING PROOFS OF CLAIM | .40 | 120.00 |
| 05/21/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH CLIENT REGARDING PRODUCTION. | .20 | 60.00 |
| 05/21/21 EDW | B110 | A104 | REVIEWED DOCUMENTS REGARDING WITHDRAWAL OF PROOF OF CLAIM. | .20 | 60.00 |
| 05/21/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM MR. CARTER REGARDING PROOF OF CLAIM ISSUE. | .10 | 30.00 |
| 05/21/21 EJF | B120 | A106 | MEMOS TO AND FROM (.8) AND CONFERENC CALLS (1.0) RE ASSET ISSUES. | 1.80 | 882.00 |
| 05/21/21 RPV | B310 | A104 | RECEIVED AND REVIEWED PROOF OF CLAIM. | .20 | 98.00 |
| 05/21/21 RPV | B310 | A104 | REVIEWED SETTLEMENT CHART AND CLAIMS ANALYSIS. | .90 | 441.00 |
| 05/21/21 RPV | B310 | A104 | EMAIL FROM MS. KINGSMILL REGARDING SETTLEMENT ANALYSIS. | .20 | 98.00 |
| 05/21/21 RPV | B110 | A104 | RECEIVED AND REVIEWED ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DUNDON ADVISORS LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS. | .10 | 49.00 |
| 05/21/21 RPV | B310 | A105 | EMAIL FROM MR. WEGMANN REGARDING CLAIMS ANALYSIS. | .30 | 147.00 |
| 05/21/21 RPV | B110 | A108 | EMAIL FROM US TRUSTEE REGARDING EXTENSION REQUEST. | .10 | 49.00 |
| 05/21/21 BTW | B120 | A102 | RESEARCH REGARDING PLAN ASSETS. | .70 | 280.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 137
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/21/21 ACR | B110 | A104 | REVIEWED AND FINALIZED FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.30 | 325.00 |
|---|---|---|---|---|---|
| 05/21/21 ACR | B110 | A104 | REVIEWED AND ANALYZED FOR POTENTIAL PRIVILEGE FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .60 | 150.00 |
| 05/21/21 ACR | B110 | A104 | REVIEWED ALL FILES IN ANTICIPATION OF DOCUMENT PRODUCTION. | .20 | 50.00 |
| 05/21/21 ACR | B110 | A104 | REVIEWED AND PROPOSED REDACTIONS FOR ENTIRE CLAIMS FILE. | .40 | 100.00 |
| 05/21/21 ACR | B110 | A104 | PARTIAL REVIEW OF CERTAIN FILES IMMEDIATELY PRIOR TO DOCUMENT PRODUCTION TO ENSURE NO PRIVILEGED INFORMATION WAS INCLUDED IN THE PRODUCTION. | 1.00 | 250.00 |
| 05/21/21 AK | B310 | A104 | ANALYZED POTENTIALLY PRIVILEGED DOCUMENTS TO PREPARE IN RESPONSE TO DOCUMENT REQUESTS. | .10 | 25.00 |
| 05/21/21 AK | B310 | A105 | WORKED WITH MRS. BOUDREAUX ON FINALIZING DOCUMENT PRODUCTION TO COMMITTEE. | .10 | 25.00 |
| 05/21/21 AK | B310 | A104 | ANALYZED RULE 2004 DOCUMENT REQUESTS IN ORDER TO PREPARE CORRESPONDENCE TO COMMITTEE REGARDING DOCUMENT PRODUCTION. | .10 | 25.00 |
| 05/21/21 AK | B310 | A105 | WORKED WITH MR. RAYFORD ON PRODUCTION OF DOCUMENTS IN RESPONSE TO RULE 2004 DOCUMENT REQUESTS. | .20 | 50.00 |
| 05/21/21 AK | B310 | A104 | ANALYZED SPREADSHEET PREPARED BY BLANK ROME REGARDING PROOFS OF CLAIM IN ORDER TO RESPOND TO COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 138
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

05/21/21 AK    B310  A104  ANALYZED CORRESPONDENCE              .10       25.00
                          REGARDING WITHDRAWAL OF PROOF
                          OF CLAIM.

05/21/21 AK    B310  A104  FINALIZED PRODUCTION OF            2.20      550.00
                          DOCUMENTS TO THE COMMITTEE.

05/21/21 AK    B310  A103  PREPARED CORRESPONDENCE TO          .10       25.00
                          THE COMMITTEE REGARDING
                          PRODUCTION OF DOCUMENTS IN
                          RESPONSE TO RULE 2004
                          DOCUMENT REQUESTS.

05/21/21 AK    B310  A103  PREPARED SPREADSHEET OF             .30       75.00
                          DOCUMENTS PRODUCED IN
                          RESPONSE TO THE COMMITTEE'S
                          RULE 2004 DOCUMENT REQUESTS.

05/21/21 AK    B310  A105  WORKED WITH MS. SHAHIEN ON          .40      100.00
                          PREPARING PRODUCTION OF
                          DOCUMENTS TO COMMITTEE.

05/21/21 AK    B310  A103  WORKED ON CHART OF                 1.60      400.00
                          SETTLEMENTS TO PRODUCE TO
                          COMMITTEE IN RESPONSE TO RULE
                          2004 DOCUMENT REQUESTS.

05/21/21 AK    B310  A104  ANALYZED SETTLEMENT                 .30       75.00
                          AGREEMENTS IN ORDER TO
                          PREPARE CHART TO PRODUCE TO
                          COMMITTEE.

05/21/21 AK    B310  A104  REVIEWED DOCUMENTS FOR            1.60      400.00
                          PRIVILEGE AND CONFIDENTIALITY
                          TO PRODUCE IN RESPONSE TO
                          COMMITTEE'S RULE 2004
                          DOCUMENT REQUESTS.

05/21/21 AK    B310  A104  REVIEWED DOCUMENTS FOR            1.40      350.00
                          PRIVILEGE AND CONFIDENTIALITY
                          TO PRODUCE IN RESPONSE TO
                          COMMITTEE'S RULE 2004
                          DOCUMENT REQUESTS.

05/21/21 SAO   B170  A104  REVIEW ORDER AUTHORIZING           .10       25.00
                          APPLICATION TO EMPLOY DUNDON
                          ADVISERS LLC AS FINANCIAL
                          ADVISOR TO THE COMMERCIAL
                          COMMITTEE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 139
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/21/21 SAO | B110 | A104 | REVIEW MEMO TO RECORD OF HEARING HELD ON MAY 20, 2021. | .10 | 25.00 |
| 05/21/21 M F | B320 | A104 | REVIEWED AND ANALYZED MEDIATION RELATED ISSUES. | 2.20 | 660.00 |
| 05/21/21 BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR PRODUCTION. | .80 | 136.00 |
| 05/21/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 05/21/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING PRODUCTION OF SELECTED DATA FROM UPDATED SETTLEMENT CHART. | .10 | 17.00 |
| 05/21/21 GMS | B190 | A103 | DRAFT NEW CHART OF SELECTED SETTLEMENT DATA FOR PRODUCTION PURPOSES. | .20 | 34.00 |
| 05/21/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL AND MS. BOUDREAUX CONCERNING PRODUCTION OF SELECTED CLERGY FILES. | .30 | 51.00 |
| 05/21/21 GMS | B190 | A105 | COMMUNICATION WITH MS. KINGSMILL CONCERNING EDITS TO PRODUCTION EXPORT. | .20 | 34.00 |
| 05/21/21 GMS | B190 | A103 | REVISION TO PRODUCTION EXPORT IN ACCORDANCE WITH DISCUSSIONS WITH MS. KINGSMILL. | .40 | 68.00 |
| 05/21/21 GMS | B190 | A110 | PREPARE SHAREFILE FOLDER DISTRIBUTION AND UPLOAD FINALIZED PRODUCTION SET TO SHAREFILE. | .30 | 51.00 |
| 05/21/21 GMS | B190 | A104 | REVIEW POC IN CONJUNCTION WITH REVISION TO MASTER LIST OF CLAIMS. | .40 | 68.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 140
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/21/21 GMS | B190 | A103 | REVISIONS TO MASTER LIST OF CLAIMS IN CONJUNCTION WITH REVIEW OF POCS. | .40 | 68.00 |
| 05/21/21 MBS | B110 | A102 | CONTINUE RESEARCH AND COMPILE DOCUMENTS AND PLEADINGS PER MR. MINTZ. | 4.00 | 680.00 |
| 05/22/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM MR. CAINE REGARDING PRODUCTION ISSUES AND REQUEST FOR A CALL. | .10 | 30.00 |
| 05/22/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING PRODUCTION OF FILES AND INSURANCE INFORMATION. | .50 | 150.00 |
| 05/22/21 RPV | B130 | A104 | RECEIVED AND REVIEWED ST. ELIZABETH SALE DOCUMENTS. | .30 | 147.00 |
| 05/22/21 AK | B310 | A104 | REVIEWED DOCUMENTS TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.20 | 300.00 |
| 05/22/21 M F | B320 | A104 | DRAFTING MEMO ON MEDIATION-RELATED ISSUES. | 3.10 | 930.00 |
| 05/23/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING MEDIATION AND PREPARING FOR MEDIATION. | .20 | 60.00 |
| 05/23/21 RPV | B110 | A104 | EMAIL FROM MR. MINTZ REGARDING WEEKLY STRATEGY AND DEADLINES. | .10 | 49.00 |
| 05/23/21 LFA | B110 | A105 | CORRESPONDENCE WITH MR. MINTZ REGARDING STRATEGY AGENDA. | .10 | 40.00 |
| 05/23/21 M F | B320 | A103 | REVISED AND SUPPLEMENT MEMO ON MEDIATION RELATED ISSUES. | 1.60 | 480.00 |
| 05/24/21 EDW | B110 | A101 | REVIEWED PREPARATION FOR MEDIATION. | .30 | 90.00 |
| 05/24/21 EDW | B110 | A104 | REVIEWED UPDATES AND INFORMATION REGARDING REQUESTS FOR INFORMATION BY TORT COMMITTEE AND COMMUNICATIONS FROM JUDGE | .20 | 60.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 141
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

```
                                REGARDING NEW ISSUE.

05/24/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL        .10         30.00
                            FROM CLIENT REGARDING
                            INFORMATION.

05/24/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL        .10         30.00
                            FROM MR. CAINE REGARDING
                            DISCOVERY ISSUES.

05/24/21 EDW   B110  A104   REVIEWED STATUS REGARDING           .50        150.00
                            DISCOVERY ISSUES AND
                            PRODUCTION OF FILES.

05/24/21 EJF   B320  A103   REVISE (3.9) AND PREPARE           4.80      2,352.00
                            (0.9) MEMO RE MEDIATION
                            RELATED ISSUES.

05/24/21 JJL   B190  A109   ATTENDED WEEKLY STRATEGY          1.00        300.00
                            MEETING.

05/24/21 JJL   B190  A104   ANALYSIS AND STRATEGY ON           .40        120.00
                            MEDIATION RELATED ISSUE.

05/24/21 RPV   B110  A105   EMAILS FROM TEAM REGARDING         .50        245.00
                            MEDIATION PREP.

05/24/21 RPV   B130  A105   EMAIL FROM (0.10)AND OFFICE         .50        245.00
                            CONFERENCE WITH MR. MINTZ
                            (0.40) REGARDING ST.
                            ELIZABETH SALE DOCUMENTS.

05/24/21 RPV   B310  A105   EMAILS FROM (0.1) AND OFFICE        .50        245.00
                            CONFERENCE WITH MR. MINTZ AND
                            CLIENT REGARDING UPDATE ON
                            CLAIM ISSUES (0.40).

05/24/21 RPV   B110  A108   EMAILS FROM CO-COUNSEL AND          .30        147.00
                            OPPOSING COUNSEL REGARDING
                            AVAILABILITY FOR STATUS
                            CONFERENCE (0.10) AND OFFICE
                            CONFERENCE WITH MR. MINTZ
                            REGARDING SAME (0.20).

05/24/21 RPV   B190  A104   RECEIVED AND REVIEWED              .50        245.00
                            SUPPLEMENTAL AND AMENDED
                            PROTECTIVE ORDER (0.20) AND
                            OFFICE CONFERENCE WITH MR.
                            WEGMANN REGARDING SAME (0.30).
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 142
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/24/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MR. DAMICO TO COURT (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.40). | .50 | 245.00 |
| 05/24/21 | RPV | B110 | A104 | RECEIVED AND REVIEWED CHAPTER 11 FINANCIAL REPORT FOR FILING PERIOD APRIL 1, 2021 TO APRIL 30, 2021. | .50 | 245.00 |
| 05/24/21 | WGZ | B410 | A101 | PREPARE FOR STRATEGY MEETING. | .50 | 150.00 |
| 05/24/21 | WGZ | B410 | A109 | ATTEND STRATEGY MEETING. | 1.00 | 300.00 |
| 05/24/21 | WGZ | B410 | A106 | EMAIL FROM CLIENT REGARDING CLAIMS STRATEGY. | .20 | 60.00 |
| 05/24/21 | WGZ | B410 | A106 | CONFERENCE WITH CLIENT REGARDING CLAIMS STRATEGY. | .30 | 90.00 |
| 05/24/21 | LFA | B110 | A105 | MEETING WITH MR. MINTZ AND MR. VANCE TO DISCUSS MEDIATION AND DISCOVERY ISSUES (.8); CORRESPONDENCES WITH CLIENT REGARDING UPDATES (.2); WITH MS. OPPENHEIM AND MR. DICKSON REGARDING ADVERSARY PROCEEDINGS (.2). | 1.20 | 480.00 |
| 05/24/21 | MAM | B190 | A101 | INTERNAL STRATEGY MEETING (1.00); PREPARE FOR THE SAME (2.2); WORK ON MEDIATION-RELATED ISSUES (4.00); UPDATES FOR THE CLIENT (0.20).. | 7.40 | 2,960.00 |
| 05/24/21 | ACR | B110 | A104 | REVIEWED FILE (165/309) IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.10 | 275.00 |
| 05/24/21 | ACR | B110 | A104 | PARTIAL REVIEW OF FILES (100/309 PAGES) IN ANTICIPATION OF DOCUMENT PRODUCTION. | 1.00 | 250.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 143
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 05/24/21 AK | B310 A104 | ANALYZED CLERGY FILE OF ACCUSED CLERGY MEMBER FOR PRIVILEGE AND CONFIDENTIALITY IN ORDER TO RESPOND TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.40 | 350.00 |
|---|---|---|---|---|
| 05/24/21 AK | B310 A104 | ANALYZED CLERGY FILE OF ACCUSED CLERGY MEMBER FOR PRIVILEGE AND CONFIDENTIALITY IN ORDER TO RESPOND TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.30 | 325.00 |
| 05/24/21 AK | B310 A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.60 | 400.00 |
| 05/24/21 AK | B310 A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.80 | 450.00 |
| 05/24/21 AK | B310 A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 2.10 | 525.00 |
| 05/24/21 AK | B310 A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.90 | 475.00 |
| 05/24/21 AK | B310 A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.10 | 275.00 |
| 05/24/21 CVM | B110 A103 | DRAFTED EXHIBIT A TO FOURTH ORDINARY COURSE PROFESSIONAL STATEMENT (0.30) AND COMMUNICATED TO MS. ASHLEY (0.10). | .40 | 100.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 144
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/24/21 HAH | B120 | A103 | BEGAN DRAFT OF MEMORANDUM RE: IMPLIED CHARITABLE TRUSTS IN LOUISIANA. | .90 | 225.00 |
| 05/24/21 SAO | B110 | A103 | FINALIZE APRIL 2021 MONTHLY OPERATING REPORT. | 1.40 | 350.00 |
| 05/24/21 SAO | B110 | A111 | FILE APRIL 2021 MONTHLY OPERATING REPORT. | .30 | 75.00 |
| 05/24/21 SAO | B130 | A103 | REVIEW AND REVISE DRAFT PURCHASE AGREEMENT FOR THE SALE OF THE ST. ELIZABETH DRIVE PROPERTY. | 3.90 | 975.00 |
| 05/24/21 SAO | B130 | A103 | REVIEW AND REVISE BIDDING PROCEDURES MOTION AND RELATED DOCUMENTS. | 3.10 | 775.00 |
| 05/24/21 SAO | B310 | A104 | RECONCILE THE UNITED STATES OF AMERICA'S PROOF OF CLAIM WITH THE DEBTOR'S SCHEDULES. | .80 | 200.00 |
| 05/24/21 SAO | B110 | A105 | REVIEW CORRESPONDENCE FROM MR. MINTZ REGARDING PROOF OF CLAIM QUESTION AND IN-PERSON STATUS CONFERENCE. | .10 | 25.00 |
| 05/24/21 M F | B320 | A104 | ADDITIONAL REVIEW AND ANALYSIS OF MEDIATION-RELATED ISSUES. | .80 | 240.00 |
| 05/24/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.50); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.50 | 1,275.00 |
| 05/24/21 MBS | B110 | A102 | CONTINUE TO GATHER CASES, DOCUMENTS AND PLEADINGS FOR MR. MINTZ. | 3.00 | 510.00 |
| 05/25/21 EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING BANKRUPTCY ISSUE. | .10 | 30.00 |
| 05/25/21 EDW | B110 | A104 | REVIEWED REPORT REGARDING CLERGY FILE REVIEW. | .30 | 90.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 145
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/25/21 EDW    B110  A104   REVIEWED ISSUE IN BANKRUPTCY         .20       60.00
                             COURT REGARDING
                             CONFIDENTIALITY ISSUE.

05/25/21 EDW    B110  A104   RECEIVED AND REVIEWED REQUEST        .10       30.00
                             FOR INFORMATION REGARDING
                             PROTECTIVE ORDER.

05/25/21 EDW    B110  A104   REVIEWED REPORTS REGARDING           .20       60.00
                             DOCUMENT REVIEW AND
                             PRODUCTION OF SETTLEMENT
                             AGREEMENTS.

05/25/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL         .10       30.00
                             FROM CLIENT REGARDING
                             CONFIDENTIALITY ISSUE.

05/25/21 EDW    B110  A106   RECEIVED AND REVIEWED E-MAIL         .10       30.00
                             TO CLIENT REGARDING FILES
                             PRODUCTION.

05/25/21 EDW    B110  A104   REVIEWED AND ANALZYED               .10       30.00
                             DISCRETE ISSUE REGARDING
                             PROOFS OF CLAIM.

05/25/21 EDW    B110  A104   CONTINUED REVIEWING DISCRETE        .20       60.00
                             ISSUE REGARDING PROOFS OF
                             CLAIM.

05/25/21 EDW    B110  A104   CONTINUED REVIEWING DISCRETE        .10       30.00
                             ISSUE REGARDING PROOFS OF
                             CLAIM.

05/25/21 EDW    B110  A107   E-MAIL TO MR. CAINE REGARDING       .10       30.00
                             DISCOVERY CONFERENCE.

05/25/21 EJF    B320  A103   DRAFT PLEADINGS FOR THIRD          1.80      882.00
                             EXTENSION.

05/25/21 EJF    B320  A103   DRAFT (2.1) AND REVISE (2.7)       4.80    2,352.00
                             MEMO RE MEDIATION RELATED
                             ISSUES.

05/25/21 RPV    B310  A108   TELEPHONE CONVERSATION WITH         .90      441.00
                             CREDITOR COUNSEL REGARDING
                             VARIOUS ISSUES INCLUDING
                             MEDIATION, SELECTION OF
                             MEDIATOR AND RELATED MATTERS

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 146
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Tk | Task | Act | Description | Hours | Amount |
|------|-----|------|------|-------------|-------|--------|
| 05/25/21 | RPV | B310 | A108 | TELEPHONE CONVERSATION WITH TORT COMMITTEE COUNSEL, MR. MINTZ AND MR. CARTER REGARDING SELECTION OF MEDIATOR, PRODUCTION OF DOCUMENTS AND RELATED MATTERS | 1.00 | 490.00 |
| 05/25/21 | RPV | B110 | A105 | REVIEWED D'AMICO LETTER (0.10) AND OFFICE CONFERENCE WITH .MR. MINTZ REGARDING SAME (0.30). | .40 | 196.00 |
| 05/25/21 | RPV | B110 | A106 | EMAILS FROM (0.20) AND OFFICE CONFERENCE WITH CLIENT REGARDING REVIEW OF D'AMICO LETTER ISSUES (0.80). | 1.00 | 490.00 |
| 05/25/21 | RPV | B110 | A105 | EMAIL FROM COURT REGARDING STATUS CONFERENCE (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME(0.70). | .80 | 392.00 |
| 05/25/21 | WGZ | B410 | A106 | RECEIPT AND REVIEW EMAIL FROM CLIENT REPRESENTATIVE REGARDING PRESCRIPTION ISSUES. | .30 | 90.00 |
| 05/25/21 | WGZ | B410 | A104 | ANALYSIS OF PRESCRIPTION ISSUES. | .80 | 240.00 |
| 05/25/21 | WGZ | B410 | A106 | TELEPHONE CONFERENCE WITH CLIENT REGARDING PRESCRIPTION ISSUES. | .40 | 120.00 |
| 05/25/21 | JEB | B110 | A104 | ANALYSIS OF STRATEGY REGARDING INJUNCTION IN PLAN. | .40 | 160.00 |
| 05/25/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MR. MINTZ AND THE CLIENT REGARDING D'AMICO LETTER. | .20 | 80.00 |
| 05/25/21 | MAM | B190 | A101 | ATTEND CALL WITH OPPOSING COUNSEL ON MEDIATION (1.20); PREPARED FOR CALL WITH OPPOSING COUNSEL ON MEDIATION (4.00); CALL WITH MR. DRAPER AND MS. ZERINGUE REGARDING NUMEROUS ISSUES (2.20); UPDATES WITH MR. EAGAN REGARDING THE SAME (1.80). UPDATES WITH MR. VANCE | 10.70 | 4,280.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 147
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

                         REGARDING THE SAME (1.50).

05/25/21 ACR   B110  A104   REVIEWED REMAINING PAGES          1.40      350.00
                            (309/309) FOR FILES TO BE
                            PRODUCED.

05/25/21 ACR   B110  A104   REVIEWED FILES IN                 2.30      575.00
                            ANTICIPATION OF DOCUMENT
                            PRODUCTION.

05/25/21 ACR   B110  A104   REVIEWED FILES IN                  .20       50.00
                            ANTICIPATION OF DOCUMENT
                            PRODUCTION.

05/25/21 ACR   B110  A104   REVIEWEDFILES FOR DOCUMENT         .10       25.00
                            PRODUCTION.

05/25/21 ACR   B110  A104   REVIEWED THE REMAINING PAGES      1.60      400.00
                            FOR DOCUMENT PRODUCTION.

05/25/21 ACR   B110  A104   REVIEWED 180 OUT OF 295 PAGES     1.50      375.00
                            ON FILE IN ANTICIPATION OF
                            DOCUMENT PRODUCTION.

05/25/21 ACR   B110  A104   REVIEWED FILES FOR DOCUMENT        .30       75.00
                            PRODUCTION.

05/25/21 AK    B310  A104   ANALYZED CLERGY FILE OF           1.60      400.00
                            ACCUSED CLERGY MEMBER FOR
                            PRIVILEGE AND CONFIDENTIALITY
                            IN ORDER TO RESPOND TO THE
                            COMMITTEE'S RULE 2004
                            DOCUMENT REQUESTS.

05/25/21 AK    B310  A105   WORKED WITH MR. WEGMANN TO         .10       25.00
                            RESOLVE ISSUES REGARDING
                            PRODUCTION OF DOCUMENTS OF
                            RELIGIOUS ORDERS.

05/25/21 AK    B310  A104   ANALYZED ARCHDIOCESE'S 2018       .10       25.00
                            ACCUSED CLERGY LIST IN ORDER
                            TO DETERMINE CONFIDENTIALITY
                            DESIGNATIONS OF DOCUMENTS TO
                            PRODUCE TO COMMITTEE.

05/25/21 AK    B310  A103   REVISED DOCUMENT REVIEW           .20       50.00
                            PROTOCOL TO CIRCULATE TO MR.
                            RAYFORD AND MRS. DEMESME.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 148
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/25/21 AK | B310 | A104 | ANALYZED COMMUNICATION FROM MR. CAINE REGARDING DOCUMENT PRODUCTION IN ORDER TO PREPARE FOR CONFERENCE. | .10 | 25.00 |
| 05/25/21 AK | B310 | A103 | REVISED CHART OF SETTLEMENT AGREEMENTS TO PRODUCE TO COMMITTEE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .80 | 200.00 |
| 05/25/21 AK | B310 | A103 | PREPARED MEMO TO MR. WEGMANN REGARDING SETTLEMENT AGREEMENTS IN RESPONSE TO COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .20 | 50.00 |
| 05/25/21 AK | B310 | A104 | ANALYZED DOCUMENTS RELATED TO INSURANCE POLICIES IN ORDER TO RESPOND TO COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .20 | 50.00 |
| 05/25/21 AK | B310 | A104 | ANALYZED COMMITTEE'S RULE 2004 DOCUMENT REQUESTS IN ORDER TO PREPARE PRODUCTION. | .10 | 25.00 |
| 05/25/21 AK | B310 | A104 | REDACTED PRIVILEGED COMMUNICATIONS. | .90 | 225.00 |
| 05/25/21 AK | B310 | A104 | ANALYZED DOCUMENTS RESPONSIVE TO THE COMMITTEE'S RULE 2004 REQUESTS IN ORDER TO FINALIZE PRODUCTION. | .40 | 100.00 |
| 05/25/21 AK | B310 | A106 | COMMUNICATION WITH MRS. ZERINGUE REGARDING PRODUCTION OF CLERGY FILES. | .10 | 25.00 |
| 05/25/21 AK | B310 | A105 | WORKED WITH MR. WEGMANN ON RESPONSES TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .20 | 50.00 |
| 05/25/21 AK | B310 | A105 | WORKED WITH MRS. SHAHIEN ON FINALIZING DOCUMENT PRODUCTION TO COMMITTEE. | .10 | 25.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 149
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/25/21 AK | B310 | A105 | WORKED WITH MRS. BOUDREAUX TO RESOLVE PRIVILEGE ISSUES TO FINALIZE DOCUMENT PRODUCTION TO COMMITTEE. | .10 | 25.00 |
|---|---|---|---|---|---|
| 05/25/21 AK | B310 | A103 | REVISED LIST OF DOCUMENTS COLLECTED AND PRODUCED TO THE COMMITTEE REGARDING CLERGY FILES. | .20 | 50.00 |
| 05/25/21 AK | B310 | A104 | ANALYZED DOCUMENTS COLLECTED REGARDING CLERGY MEMBERS OF RELIGIOUS ORDERS IN ORDER TO RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .10 | 25.00 |
| 05/25/21 AK | B310 | A104 | ANALYZED AMENDED PROTECTIVE ORDER TO DETERMINE LISTS OF PERSONS QUALIFIED TO REVIEW DOCUMENTS PRODUCED FOR EACH CATEGORY OF CONFIDENTIALITY IN ORDER TO RESPOND TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | .10 | 25.00 |
| 05/25/21 CVM | B110 | A105 | COMMUNICATIONS REGARDING SIXTH MONTHLY FEE STATEMENTS. | .20 | 50.00 |
| 05/25/21 CVM | B110 | A105 | EMAIL TO MS. ASHLEY REGARDING THE ARCHDIOCESE'S FOURTH ORDINARY COURSE PROFESSIONAL STATEMENT (0.10); EMAIL TO CLIENT REGARDING SAME (0.10). | .20 | 50.00 |
| 05/25/21 HAH | B120 | A103 | DRAFTED MEMORANDUM RE: IMPLIED CHARITABLE TRUST IN LOUISIANA (4.00); DRAFTED ELECTRONIC CORRESPONDENCE TO MR. WILSON RE: IMPLIED CHARITABLE TRUST IN LOUISIANA (0.50). | 4.50 | 1,125.00 |
| 05/25/21 SAO | B110 | A104 | REVIEW SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER. | .20 | 50.00 |
| 05/25/21 SAO | B320 | A102 | REVIEW DOCKET OF BOY SCOUTS CHAPTER 11 CASE FOR UPDATES ON THE CLAIMS ESTIMATION, EXCLUSIVITY, AND DISCLOSURE STATEMENT MOTIONS TO ASSIST | .70 | 175.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 150
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | WITH GLOBAL CASE RESOLUTION ISSUES. |  |  |
| 05/25/21 SAO | B190 | A104 | REVIEW STATUS OF ADVERSARY PROCEEDINGS ASSOCIATED WITH THIS CHAPTER 11 CASE. | .50 | 125.00 |
| 05/25/21 SAO | B110 | A104 | REVIEW CORRESPONDENCE SENT TO THE COURT (SEALED DOCUMENT). | .10 | 25.00 |
| 05/25/21 SAO | B190 | A103 | DRAFT SECOND BANKRUPTCY STATUS REPORT TO BE FILED IN ABUSE CLAIM LAWSUIT. | 2.10 | 525.00 |
| 05/25/21 SAO | B190 | A103 | BEGIN DRAFTING SECOND BANKRUPTCY STATUS REPORT TO BE FILED IN THE J.W. DOE ABUSE CLAIM LAWSUIT. | .40 | 100.00 |
| 05/25/21 SAO | B110 | A104 | REVIEW CERTIFICATE OF SERVICE REGARDING SUPPLEMENTAL AND AMENDED PROTECTIVE ORDER. | .10 | 25.00 |
| 05/25/21 SAO | B110 | A105 | CALL WITH MR. MINTZ REGARDING TOMORROW'S STATUS CONFERENCE AND THE BID PROCEDURES MOTION. | .10 | 25.00 |
| 05/25/21 M F | B320 | A104 | REVIEWED AND ANALYZED MEDIATION RELATED ISSUE. | 2.10 | 630.00 |
| 05/25/21 BB | B110 | A110 | UPDATE CODING LAYOUT AND PERSISTENT HIGHLIGHTING IN RELATIVITY DATABASE. | .10 | 17.00 |
| 05/25/21 C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.60); CONTINUED PREPARING AND MANAGING DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.60 | 1,292.00 |
| 05/25/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING PREPARATION OF PRODUCTION SET. | .10 | 17.00 |
| 05/25/21 GMS | B190 | A101 | PREPARATION OF PRE-FLIGHT PRODUCTION SET. | .30 | 51.00 |
| 05/25/21 GMS | B190 | A101 | PREPARATION OF SUPPLEMENT TO PRE-FLIGHT PRODUCTION SET. | .30 | 51.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 151
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/25/21 GMS   B190  A105   COMMUNICATIONS WITH MS.              .10        17.00
                            BOUDREAUX CONCERNING
                            RELATIVITY SAVED SEARCHES AND
                            PRODUCTION EXPORT.

05/25/21 GMS   B190  A104   REVIEW PROOFS OF CLAIM IN           2.90       493.00
                            CONJUNCTION WITH REVISIONS TO
                            MASTER CLAIMS LIST.

05/25/21 GMS   B190  A103   REVISE MASTER CLAIMS LIST IN        2.80       476.00
                            CONJUNCTION WITH REVIEW OF
                            PROOFS OF CLAIM.

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW COURT'S           .10        17.00
                            NOTICE TO PRODUCE HARD COPY
                            OF PLAINTIFFS' RESPONSE TO
                            ARCHDIOCESE OF LAFAYETTE &
                            DESHOTEL'S RULE 12 MOTIONS,
                            AND UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW (JOHN DOE I, ET AL
                            V. THE ARCHDIOCESE OF NEW
                            ORLEANS).

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW                   .30        51.00
                            PLAINTIFFS' MOTION TO STAY
                            PROCEEDINGS PENDING SERVICE
                            OF PROCESS FOR DEFENDANT HOLY
                            SEE (0.10), AND UPDATE TO
                            CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW
                            (0.20) (JOHN DOE I, ET AL V.
                            THE ARCHDIOCESE OF NEW
                            ORLEANS).

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW                   .20        34.00
                            ARCHDIOCESE OF LAFAYETTE, ET
                            AL'S MOTION FOR LEAVE TO FILE
                            MEMORANDUM IN OPPOSITION TO
                            MOTION TO STAY PROCEEDINGS
                            (0.10), AND UPDATE TO CASEMAP
                            FOR HANDLING ATTORNEYS'
                            ACCESS AND REVIEW (0.10)
                            (JOHN DOE I, ET AL V. THE
                            ARCHDIOCESE OF NEW ORLEANS).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 152
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING ARCHDIOCESE OF LAFAYETTE, ET AL'S MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO STAY PROCEEDINGS, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .10 | 17.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF LAFAYETTE, ET AL'S MEMORANDUM IN OPPOSITION TO MOTION TO STAY PROCEEDINGS (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY PROCEEDINGS (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY PROCEEDINGS, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .10 | 17.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STAY PROCEEDINGS (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE | .20 | 34.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 153
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| | | | I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | | |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER AND REASONS GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .10 | 17.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFFS' REQUEST OF SUMMONS TO DEFENDANT HOLY SEE (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ISSUED SUMMONS TO DEFENDANT HOLY SEE (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S EXECUTED SUMMONS TO DEFENDANT HOLY SEE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |
| 05/25/21 SMS | B110 | A111 | RECEIVE AND REVIEW NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT HOLY SEE (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 154
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW HOLY SEE'S          .20        34.00
                           MOTION FOR ADMISSION PRO HAC
                           VICE (0.10), AND UPDATE TO
                           CASEMAP FOR HANDLING
                           ATTORNEYS' ACCESS AND REVIEW
                           (0.10) (JOHN DOE I, ET AL V.
                           THE ARCHDIOCESE OF NEW
                           ORLEANS).

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW HOLY SEE'S          .20        34.00
                           MOTION FOR ADMISSION PRO HAC
                           VICE AS TO JENNIFER BRUNO
                           (0.10), AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW (0.10)
                           (JOHN DOE I, ET AL V. THE
                           ARCHDIOCESE OF NEW ORLEANS).

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW HOLY SEE'S          .20        34.00
                           MOTION FOR ADMISSION PRO HAC
                           VICE AS TO JEFFREY S. LENA
                           (0.10), AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW (0.10)
                           (JOHN DOE I, ET AL V. THE
                           ARCHDIOCESE OF NEW ORLEANS).

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW COURT'S            .10        17.00
                           ORDER GRANTING HOLY SEE'S
                           MOTION FOR ADMISSION PRO HAC
                           VICE, AND UPDATE TO CASEMAP
                           FOR HANDLING ATTORNEYS'
                           ACCESS AND REVIEW (JOHN DOE
                           I, ET AL V. THE ARCHDIOCESE
                           OF NEW ORLEANS).

05/25/21 SMS   B110  A111   RECEIVE AND REVIEW COURT'S            .10        17.00
                           ORDER GRANTING HOLY SEE'S
                           MOTION FOR ADMISSION PRO HAC
                           VICE AS TO ALEXIS HALLER, AND
                           UPDATE TO CASEMAP FOR
                           HANDLING ATTORNEYS' ACCESS
                           AND REVIEW (JOHN DOE I, ET AL
                           V. THE ARCHDIOCESE OF NEW
                           ORLEANS).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 155
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/25/21 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING HOLY SEE'S MOTION FOR ADMISSION PRO HAC VICE AS TO JENNIFER BRUNO, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .10 | 17.00 |
| 05/25/21 | SMS | B110 | A111 | RECEIVE AND REVIEW HOLY SEE'S EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .20 | 34.00 |
| 05/25/21 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER GRANTING HOLY SEE'S EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (JOHN DOE I, ET AL V. THE ARCHDIOCESE OF NEW ORLEANS). | .10 | 17.00 |
| 05/26/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING COMMITTEE ISSUES. | .10 | 30.00 |
| 05/26/21 | EDW | B110 | A104 | REVIEWED DRAFT OF MEDIATION STATEMENT AND ISSUES. | .50 | 150.00 |
| 05/26/21 | EDW | B110 | A104 | RECEIVED AND REVIEWED REPORT REGARDING CLERGY FILE PRODUCTION. | .10 | 30.00 |
| 05/26/21 | EDW | B110 | A104 | REVIEWED PROOF OF CLAIM ISSUES AND STATUS OF REVIEW AND DATA. | .80 | 240.00 |
| 05/26/21 | EDW | B110 | A106 | RECEIVED AND REVIEWED E-MAIL FROM CLIENT REGARDING PROOF OF CLAIM ISSUE. | .10 | 30.00 |
| 05/26/21 | EDW | B110 | A107 | REVIEWED COMMUNICATIONS WITH REGARDING PRODUCTION. | .10 | 30.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 156
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/26/21 EDW | B110 | A107 | RECEIVED AND REVIEWED E-MAIL FROM AND E-MAIL TO MR. CAINE REGARDING SCHEDULING TELEPHONE CONFERENCE. | .10 | 30.00 |
| 05/26/21 EJF | B320 | A103 | DRAFT AND REVISE PLEADINGS RELATED TO THIRD EXTENSION. | 1.50 | 735.00 |
| 05/26/21 EJF | B210 | A106 | MEMOS TO AND FROM CLIENT RE OPERATIONS ISSUE. | .10 | 49.00 |
| 05/26/21 EJF | B320 | A104 | REVIEW DOCUMENTS RE PLAN AND MEDIATION RELATED ISSUES. | 5.20 | 2,548.00 |
| 05/26/21 RPV | B210 | A105 | OFFICE CONFERENCES WITH MESSRS. AINSWORTH AND MINTZ REGARDING DISCRETE ISSUE INVOLVING PROOFS OF CLAIM. | .70 | 343.00 |
| 05/26/21 RPV | B210 | A106 | TELEPHONE CONVERSATION WITH CLIENT REGARDING DISCRETE ISSUE INVOLVING PROOFS OF CLAIM. | .80 | 392.00 |
| 05/26/21 RPV | B210 | A106 | RECEIVED AND REVIEWED RESOLUTION HB 492 PROPOSED BY COMMITTEE OF UNSECURED CREDITORS (0.80) AND OFFICE CONFERENCES WITH MR. MINTZ AND CLIENT (0.70). | 1.50 | 735.00 |
| 05/26/21 RPV | B110 | A105 | EMAILS FROM MS. FUTRELL AND MR. MINTZ REGARDING EXCLUSIVE PERIOD DEADLINE. | .30 | 147.00 |
| 05/26/21 RPV | B190 | A104 | RECEIVED AND REVIEWED UNOPPOSED MOTION TO EXTEND TIME FOR DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGABILITY OF DEBT FILED BY U.S. ATTORNEY'S OFFICE. | .20 | 98.00 |
| 05/26/21 RPV | B110 | A107 | EMAILS TO AND FROM (0.20) AND TELEPHONE CONVERSATION WITH MR. MURRAY REGARDING MEDIATOR ISSUES (0.30). | .50 | 245.00 |
| 05/26/21 RPV | B190 | A104 | RECEIVED AND REVIEWED DRAFT OF MEDIATION STATEMENT. | 1.50 | 735.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 157
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

05/26/21 RPV   B190  A105   EMAIL FROM MS. FUTRELL               .10       49.00
                           REGARDING DRAFT OF MEDIATION
                           STATEMENT.

05/26/21 MAM   B190  A101   PREPARE FOR AND ATTEND STATUS       7.90    3,160.00
                           CONFERENCE ON ISSUES RELATED
                           TO D'AMICO LETTER (0.80);
                           CONFERENCE WITH CLIENT AND
                           MS. VOORHIES REGARDING THE
                           SAME (1.8); WORK ON
                           PRESCRIPTION ISSUES (5.30).

05/26/21 ACR   B110  A104   REVIEWED FILES FOR DOCUMENT          .60      150.00
                           PRODUCTION.

05/26/21 ACR   B110  A104   REVIEWED FILES FOR DOCUMENT          .30       75.00
                           PRODUCTION.

05/26/21 ACR   B110  A104   REVIEWED AND ADDED PROPOSED        2.70      675.00
                           REDACTIONS TO FILES IN
                           ANTICIPATION OF PRODUCTION.

05/26/21 ACR   B110  A104   REVIEWED FILE FOR DOCUMENT         1.30      325.00
                           PRODUCTION (58 PAGES).

05/26/21 ACR   B110  A104   REVIEWED FILE FOR DOCUMENT          .30       75.00
                           PRODUCTION (50 PAGES).

05/26/21 ACR   B110  A104   REVIEWED AND REDACTED FILE        1.00      250.00
                           FOR DOCUMENT PRODUCTION (105
                           PAGES).

05/26/21 ACR   B110  A104   REVIEWED AND REDACTED FILES       1.90      475.00
                           FOR DOCUMENT PRODUCTION (121
                           PAGES).

05/26/21 AK    B310  A104   ANALYZED DOCUMENTS FOR            2.80      700.00
                           PRIVILEGE AND CONFIDENTIALITY
                           TO PRODUCE IN RESPONSE TO THE
                           COMMITTEE'S RULE 2004
                           DOCUMENT REQUESTS.

05/26/21 AK    B310  A104   REDACTED PRIVILEGED                .70      175.00
                           COMMUNICATIONS.

05/26/21 AK    B310  A105   WORKED WITH MRS. SHAHIEN TO        .20       50.00
                           FINALIZE PRODUCTION OF
                           DOCUMENTS TO COMMITTEE.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 158
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/26/21 | OKB | B110 | A105 | MEETING WITH M.MINTZ<br>REGARDING CLAIMS BAR DATE AND<br>PRESCRIPTIVE PERIOD | .30 | 75.00 |
|---|---|---|---|---|---|---|
| 05/26/21 | OKB | B310 | A105 | RESEARCH REGARDING CLAIMS<br>FILED AND BAR DATE. | 1.00 | 250.00 |
| 05/26/21 | OKB | B310 | A104 | REVIEWED PROTECTIVE ORDER AND<br>CONFIDENTIALITY AGREEMENTS. | 1.00 | 250.00 |
| 05/26/21 | SAO | B110 | A105 | CONVERSATION WITH MR. MINTZ<br>REGARDING TODAY'S STATUS<br>CONFERENCE AND ISSUES<br>REGARDING THE MEDIATION<br>MOTION. | .10 | 25.00 |
| 05/26/21 | SAO | B310 | A104 | REVIEW DEVELOPMENTS REGARDING<br>LA HB 492. | .40 | 100.00 |
| 05/26/21 | SAO | B110 | A102 | RESEARCH NEW CASE LAW<br>REGARDING BEDIVERE'S<br>LIQUIDATION PROCEEDING (2.5);<br>RESEARCH REGARDING BANKRUPTCY<br>JURISDICTION OVER INSURANCE<br>GUARANTY ASSOCIATIONS (0.6). | 3.10 | 775.00 |
| 05/26/21 | SAO | B190 | A103 | REVISE BID PROCEDURES MOTION,<br>DRAFT PURCHASE AGREEMENT, AND<br>RELATED DOCUMENTS PER<br>COMMENTS FROM THE CLIENT. | 2.20 | 550.00 |
| 05/26/21 | SAO | B110 | A104 | REVIEW SIXTH UNOPPOSED MOTION<br>OF THE UNITED STATES OF<br>AMERICA TO EXTEND DEADLINE<br>FOR FILING COMPLAINT TO<br>DETERMINE DISCHARGEABILITY. | .10 | 25.00 |
| 05/26/21 | SAO | B130 | A108 | CIRCULATE DRAFT BIDDING<br>PROCEDURES AND SALE MOTION TO<br>COUNSEL FOR THE COMMITTEES. | .20 | 50.00 |
| 05/26/21 | BB | B110 | A110 | PREPARE RESPONSIVE CLIENT<br>DOCUMENTS FOR PRODUCTION. | .90 | 153.00 |
| 05/26/21 | C D | B110 | A101 | CONTINUED REVIEWING DOCUMENTS<br>IN ANTICIPATION OF PRODUCTION<br>(3.60); CONTINUED PREPARING<br>AND MANAGING DOCUMENTS TO<br>ASSIST WITH PRODUCTION (4.00). | 7.60 | 1,292.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 159
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/26/21 GMS     B190   A105   COMMUNICATIONS WITH MS.                    .50        85.00
                               KINGSMILL AND MR. WEGMANN
                               CONCERNING DATA AND MATERIALS
                               RECEIVED FROM VARIOUS SOURCES
                               AND STATUS OF PROOF OF CLAIMS
                               REVIEW.

05/26/21 GMS     B190   A110   PREPARE PRODUCTION EXPORT FOR              .40        68.00
                               AND UPLOAD SAME TO SHAREFILE
                               FOR DISTRIBUTION.

05/26/21 GMS     B190   A110   DOWNLOAD ADDITIONAL FILES                  .40        68.00
                               RECEIVED FROM MS. JOHNSON VIA
                               SHAREFILE.

05/26/21 GMS     B190   A104   EXAMINE CHARACTERISTICS OF                 .30        51.00
                               SUPPLEMENTAL FILES SHARED BY
                               CLIENT.

05/26/21 GMS     B190   A105   COMMUNICATIONS WITH MS.                    .10        17.00
                               KINGSMILL CONCERNING
                               CHARACTERISTICS OF FILES
                               RECEIVED FROM CLIENT.

05/26/21 GMS     B190   A103   REVISIONS TO MASTER CLAIMS               2.80       476.00
                               WORKBOOK IN CONJUNCTION WITH
                               REVIEW OF PROOFS OF CLAIM.

05/26/21 GMS     B190   A103   REVIEW OF PROOFS OF CLAIM IN             2.80       476.00
                               CONJUNCTION WITH REVISIONS TO
                               MASTER CLAIMS WORKBOOK.

05/26/21 GMS     B190   A105   COMMUNICATIONS WITH MS.                    .20        34.00
                               BOUDREAUX CONCERNING
                               REVISIONS TO PRODUCTION SET
                               AND PRODUCTION EXPORT.

05/26/21 GMS     B190   A104   EXAMINE EMAIL COMMUNICATIONS               .10        17.00
                               TO CONFIRM COMPLETENESS OF
                               PRODUCTION SET.

05/26/21 SMS     B110   A111   RECEIVE AND REVIEW THE                     .20        34.00
                               COURT'S DECEMBER 3, 2020,
                               HEARING TRANSCRIPT (0.10),
                               AND UPDATE TO CASEMAP FOR
                               HANDLING ATTORNEYS' ACCESS
                               AND REVIEW(0.10) (JAMES DOE
                               V. ARCHDIOCESE OF NEW ORLEANS
                               INDEMNITY, INC.).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 160
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/21 | SMS | B110 | A111 | RECEIVE AND REVIEW PLAINTIFF'S OPPOSITION TO ARCHDIOCESE OF NEW ORLEANS' MOTION TO CONTINUE THE SUBMISSION DATE OF PLAINTIFF'S MOTION TO UNSEAL DEPOSITION OF LAWRENCE HECKER (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.20) (J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL). | .30 | 51.00 |
| 05/26/21 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER DENYING ARCHDIOCESE OF NEW ORLEANS MOTION TO CONTINUE SUBMISSION DATE, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL).. | .10 | 17.00 |
| 05/26/21 | SMS | B110 | A111 | RECEIVE AND REVIEW ARCHDIOCESE OF NEW ORLEANS MOTION FOR LEAVE TO FILE PLEADINGS AND EXHIBITS UNDER SEAL (0.10), AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (0.10) (J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL).. | .20 | 34.00 |
| 05/26/21 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER STAYING MATTER AND REQUEST FOR 90 DAY UPDATES, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL).. | .10 | 17.00 |
| 05/26/21 | SMS | B110 | A111 | RECEIVE AND REVIEW COURT'S ORDER STAYING MATTER, AND UPDATE TO CASEMAP FOR HANDLING ATTORNEYS' ACCESS AND REVIEW (B.B. DOE V. THE ROMAN CATHOLIC CHURCH FOR THE | .10 | 17.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 161
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

                         ARCHDIOCESE OF NEW ORLEANS,
                         ET AL).

05/26/21 SMS   B110  A111  RECEIVE AND REVIEW COURT'S           .10        17.00
                         ORDER STRIKING NAME FROM
                         RECORD, AND NOTIFY HANDLING
                         ATTORNEYS OF SAME (JOHN DOE
                         V. THE ROMAN CATHOLIC CHURCH
                         FOR THE ARCHDIOCESE OF NEW
                         ORLEANS).

05/26/21 SMS   B110  A111  RECEIVE AND REVIEW COURT'S           .10        17.00
                         ORDER STAYING AND CLOSING
                         MATTER, AND UPDATE TO CASEMAP
                         FOR HANDLING ATTORNEYS'
                         ACCESS AND REVIEW. (JOHN DOE
                         V. THE ROMAN CATHOLIC CHURCH
                         FOR THE ARCHDIOCESE OF NEW
                         ORLEANS).

05/26/21 SMS   B110  A111  RECEIVE AND REVIEW COURT'S           .10        17.00
                         ORDER STAYING AND CLOSING
                         MATTER, AND UPDATE TO CASEMAP
                         FOR HANDLING ATTORNEYS'
                         ACCESS AND REVIEW (LON DOE V.
                         ARCHDIOCESE OF NEW ORLEANS
                         INDEMNITY, ETC., ET AL.).

05/26/21 SMS   B110  A111  RECEIVE AND REVIEW COURT'S           .10        17.00
                         ORDER STAYING AND CLOSING
                         MATTER, AND UPDATE TO CASEMAP
                         FOR HANDLING ATTORNEYS'
                         ACCESS AND REVIEW (JB DOE V.
                         THE ROMAN CATHOLIC CHURCH).

05/26/21 SMS   B110  A111  RECEIVE AND REVIEW COURT'S           .10        17.00
                         ORDER STAYING AND CLOSING
                         MATTER, AND UPDATE TO CASEMAP
                         FOR HANDLING ATTORNEYS'
                         ACCESS AND REVIEW (JOHN DOE
                         V. THE ARCHDIOCESE).

05/26/21 SMS   B110  A111  RECEIVE AND REVIEW COURT'S           .10        17.00
                         DIRECTIVE REGARDING
                         COMPLIANCE WITH 28-1447(B),
                         AND UPDATE TO CASEMAP FOR
                         HANDLING ATTORNEYS' ACCESS
                         AND REVIEW (JOHN DOE V. THE
                         ARCHDIOCESE).

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 162
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/26/21 SMS   B110  A111   RECEIVE AND REVIEW                      .20       34.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            NOTICE OF COMPLIANCE WITH
                            28-1447(B) (0.10), AND UPDATE
                            TO CASEMAP FOR HANDLING
                            ATTORNEYS' ACCESS AND REVIEW
                            (0.10) (JOHN DOE V. THE
                            ARCHDIOCESE).

05/26/21 SMS   B110  A111   RECEIVE AND REVIEW                      .20       34.00
                            ARCHDIOCESE OF NEW ORLEANS'
                            NOTICE OF PROCEEDING SUBJECT
                            TO AUTOMATIC REFERENCE TO
                            BANKRUPTCY JUDGE PURSUANT TO
                            LOCAL RULE 83.4.1 (0.10), AND
                            UPDATE TO CASEMAP FOR
                            HANDLING ATTORNEYS' ACCESS
                            AND REVIEW (0.10) (JOHN DOE
                            V. THE ARCHDIOCESE).

05/27/21 EDW   B110  A104   REVIEWED DATA REGARDING                 .50      150.00
                            PROOFS OF CLAIM AND ISSUES
                            REGARDING CLAIMS.

05/27/21 EDW   B110  A101   PREPARING FOR MEDIATION AND            2.00      600.00
                            REVIEWED CLAIMS AND STRATEGY.

05/27/21 EDW   B110  A104   REVIEWED DISCRETE ISSUES               .20        60.00
                            REGARDING PROOFS OF CLAIM.

05/27/21 EDW   B110  A106   RECEIVED AND REVIEWED E-MAIL           .10        30.00
                            FROM CLIENT REGARDING
                            DISCRETE INSSUE INVOLVING
                            PROOFS OF CLAIM.

05/27/21 EDW   B110  A104   REVIEWED REPORT REGARDING              .10        30.00
                            CLERGY FILES.

05/27/21 EDW   B110  A107   RECEIVED AND REVIEWED E-MAIL           .10        30.00
                            FROM MR. AINSWORTH REGARDING
                            DISCRETE ISSUE INVOLVING
                            PROOFS OF CLAIM.

05/27/21 EDW   B110  A104   RECEIVED AND REVIEWED MOTION           .10        30.00
                            TO DISMISS WITHOUT PREJUDICE
                            - DOLCET CASE.

05/27/21 EDW   B110  A104   REVIEWED ISSUES REGARDING              .10        30.00
                            COMMITTEE AUTHORIZATION.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 163
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/27/21 EDW | B110 | A104 | REVIEWED DISCRETE ISSUES REGARDING PROOFS OF CLAIM. | .30 | 90.00 |
| 05/27/21 EJF | B320 | A104 | REVIEW DOCUMENTS (2.1) AND OTHER DATA RE MEDIATION RELATED ISSUES (2.2). | 4.30 | 2,107.00 |
| 05/27/21 EJF | B320 | A103 | DRAFT AND REVISE PLEADINGS RE THIRD EXTENSION; | 2.20 | 1,078.00 |
| 05/27/21 RPV | B160 | A105 | RECEIVED AND REVIEWED APPLICATION FOR COMPENSATION FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 17, 2020 THROUGH MARCH 31, 2021 FOR BERKELEY RESEARCH GROUP, LLC AND NOTICE OF HEARING ON SAME (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .30 | 147.00 |
| 05/27/21 RPV | B110 | A105 | EMAIL FROM DONLIN RECANO REGARDING SECURITY PROTOCOLS (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.60). | .70 | 343.00 |
| 05/27/21 RPV | B190 | A105 | OFFICE CONFERENCE WITH MESSRS. MINTZ AND WEGMANN AND MS. FUTRELL REGARDING MEDIATION POSITION PAPER. | 2.00 | 980.00 |
| 05/27/21 RPV | B130 | A104 | RECEIVED AND REVIEWED MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS UNDER 11 USC 363(F) MOTION FOR ENTRY OF ORDERS: (I) APPROVING BIDDING PROCEDURES AND STALKING HORSE PROTECTIONS, AND (II) AUTHORIZING THE SALE OF IMMOVABLE PROPERTY FEE AND NOTICE OF HEARING ON SAME (0.10) AND OFFICE CONFERENCE | .30 | 147.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 164
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|            |     |      |                                                                                                                                                    |       |        |
|------------|-----|------|----------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     |      | WITH MR. MINTZ REGARDING SAME (0.20).                                                                                                               |       |        |
| 05/27/21 RPV | B190 | A105 | EMAILS FROM AND TO CLIENT, MR. AINSWORTH AND MR. MINTZ REGARDING DISCRETE ISSUE INVOLVIGN PROOFS OF CLAIM (0.20) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.50). | .70 | 343.00 |
| 05/27/21 RPV | B110 | A104 | REVIEWED LIST OF NON-DEBTOR CATHOLIC ENTITIES, INCLUDING PARISHES, AGENCIES AND SUPPRESSED PARISHES. | .30 | 147.00 |
| 05/27/21 RPV | B110 | A104 | EMAIL FROM (0.10) AND OFFICE CONFERENCE WITH MS. FUTRELL (0.30) REGARDING REVIEW OF LIST OF NON-DEBTOR CATHOLIC ENTITIES, | .40 | 196.00 |
| 05/27/21 RPV | B190 | A104 | RECEIVED AND REVIEWED MOTION TO DISMISS WITHOUT PREJUDICE IN DOLCE MATTER (0.10) AND OFFICE CONFERENCE WITH MR. MINTZ REGARDING SAME (0.20). | .30 | 147.00 |
| 05/27/21 WGZ | B410 | A104 | FURTHER ANALYSIS OF DISCRETE ISSUES REGARDING PROOFS OF CLAIM. | .80 | 240.00 |
| 05/27/21 WGZ | B410 | A106 | TELEPHONE COMMUNICATIONS WITH CLIENT. | .40 | 120.00 |
| 05/27/21 BTW | B120 | A102 | RESEARCH REGARDING PLAN ASSETS. | .60 | 240.00 |
| 05/27/21 JPG | B250 | A105 | DISCUSS PSA WITH MS. OPPENHEIM. | .10 | 40.00 |
| 05/27/21 LFA | B110 | A105 | CORRESPONDENCES WITH THE CLIENT; WITH MS. GEORGE AND MR. STEWART REGARDING OUST. | .10 | 40.00 |
| 05/27/21 LFA | B160 | A104 | REVIEWED BRG'S FEE APPLICATION. | 2.00 | 800.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 165
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


| 05/27/21 MAM | B190 | A101 | ATTEND INTERNAL MEETING ON MEDIATION ISSUES (2.00). PREPARED FOR SAME (1.2.); WORK ON RESEARCH ON DISCRETE ISSUE REGARDING PROOFS OF CLAIM(4.00).; WORK ON SALE MOTION (2.3). | 9.50 | 3,800.00 |
| 05/27/21 AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.30 | 325.00 |
| 05/27/21 AK | B310 | A104 | REDACTED PRIVILEGED COMMUNICATIONS. | .80 | 200.00 |
| 05/27/21 AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 2.60 | 650.00 |
| 05/27/21 CVM | B110 | A105 | REVIEWED AND MANAGED BRG'S MONTHLY FEE STATEMENTS FOR CLIENT. | .20 | 50.00 |
| 05/27/21 CVM | B110 | A103 | DRAFTED FOURTH STATEMENT REGARDING COMPENSATION OF ORDINARY COURSE PROFESSIONALS. | .40 | 100.00 |
| 05/27/21 CVM | B110 | A104 | REVIEWED AND MANAGED COMMERCIAL CREDITOR COMMITTEE FEE STATEMENTS FOR CLIENT. | .10 | 25.00 |
| 05/27/21 OKB | B410 | A102 | RESEARCH REGARDING SCOPE OF AUTHORITY OF UNSECURED CREDITOR'S COMMITTEE PURSUANT TO SECTION 1103 OF THE BANKRUPTCY CODE. | 2.00 | 500.00 |
| 05/27/21 OKB | B410 | A103 | DRAFTED MEMORANDUM REGARDING SCOPE OF AUTHORITY OF UNSECURED CREDITORS' COMMITTEE. | 1.60 | 400.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 166
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


05/27/21 OKB   B410  A105   CORRESPONDENCE WITH M. MINTZ          .50      125.00
                            REGARDING SCOPE OF AUTHORITY
                            OF UNSECURED CREDITORS'
                            COMMITTEE.

05/27/21 OKB   B110  A104   REVIEWED NOTES FROM MEETING           .20       50.00
                            WITH MR. MINTZ (0.10) AND
                            RESEARCHED ANY OUTSTANDING
                            MATTERS FOR CLIENT (0.10).

05/27/21 OKB   B110  A102   RESEARCH REGARDING THE RELIEF         .60      150.00
                            FOR UNAUTHORIZED ACTIONS OF A
                            COMMITTEE.

05/27/21 OKB   B110  A105   CORRESPONDENCE WITH M. MINTZ          .50      125.00
                            REGARDING AVAILABLE RELIEF
                            FOR DEBTOR FROM UNAUTHORIZED
                            ACTIONS OF COMMITTEE (0.20)
                            AND PROVIDED M.MINTZ WITH
                            RESEARCH SUMMARY TO REVIEW
                            AND DISCUSS WITH CLIENT
                            (0.30).

05/27/21 OKB   B110  A105   CORRESPONDENCE WITH MS.               .10       25.00
                            OPPENHEIM REGARDING RESEARCH
                            PROJECT.

05/27/21 SAO   B130  A103   FINALIZE BIDDING PROCEDURES         3.30      825.00
                            MOTION AND ALL RELATED
                            DOCUMENTS.

05/27/21 SAO   B130  A111   FILE BIDDING PROCEDURES               .70      175.00
                            MOTION AND EXHIBITS (0.4);
                            FILE NOTICE OF HEARING
                            REGARDING THE SAME (0.1);
                            COORDINATE SERVICE OF THE
                            SAME (0.2).

05/27/21 SAO   B130  A108   DRAFT EMAIL RESPONSE TO MR.           .80      200.00
                            ROBBINS REGARDING QUESTIONS
                            ON THE BIDDING PROCEDURES
                            MOTION.

05/27/21 SAO   B190  A104   REVIEW THE DOLCES' MOTION TO          .10       25.00
                            DISMISS BRANDON SURRENCY AND
                            MUTUAL OF OMAHA WITHOUT
                            PREJUDICE IN CONNECTION WITH
                            THIS COURT'S AGREED ORDER.

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 167
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| Date | Atty | Task | Activity | Description | Hours | Amount |
|------|------|------|----------|-------------|-------|--------|
| 05/27/21 | SAO | B110 | A105 | MEETING WITH MR. MINTZ REGARDING EXCLUSIVITY ISSUES AND FINAL CHANGES TO BIDDING PROCEDURES AND SALE MOTION. | .20 | 50.00 |
| 05/27/21 | M F | B320 | A104 | ANALYZED MEDIATION-RELATED ISSUES | .40 | 120.00 |
| 05/27/21 | C D | B110 | A101 | REVIEWED DOCUMENTS IN ANTICIPATION OF PRODUCTION (3.2);  PREPARED AND MANAGED DOCUMENTS TO ASSIST WITH PRODUCTION (4.00). | 7.20 | 1,224.00 |
| 05/27/21 | GMS | B190 | A103 | REVISE CLAIMS MATRIX WORKBOOK TO ADD PIVOT TABLE AND DRAFT SUMMARY DATA TABLE IN CONJUNCTION WITH EXAMINATION OF PIVOT FILTERS. | 1.00 | 170.00 |
| 05/27/21 | GMS | B190 | A105 | COMMUNICATIONS WITH MR. WEGMANN CONCERNING REVISED CLAIMS MATRIX WORKBOOK AND CHALLENGES PRESENTED BY DATA SOURCE FORMATTING. | .10 | 17.00 |
| 05/27/21 | GMS | B190 | A104 | REVIEW PROOFS OF CLAIM IN CONJUNCTION WITH REVISIONS TO MASTER CLAIMS WORKBOOK. | 2.80 | 476.00 |
| 05/27/21 | GMS | B190 | A103 | REVISIONS TO MASTER CLAIMS WORKBOOK IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM. | 2.80 | 476.00 |
| 05/28/21 | EDW | B110 | A104 | REVIEWED CLAIM ISSUES AND INFORMATION. | .20 | 60.00 |
| 05/28/21 | EDW | B110 | A104 | REVIEWED ISSUES REGARDING RELIGIOUS ORDERS IN PROOFS OF CLAIM. | .20 | 60.00 |
| 05/28/21 | EDW | B110 | A104 | REVIEWED STATUS REGARDING CLERGY FILE PRODUCTION, REVIEW AND RESPONSES TO COMMITTEE. | .80 | 240.00 |
| 05/28/21 | EDW | B110 | A107 | TELEPHONE CONFERENCE WITH MR. CAINE REGARDING DISCOVERY ISSUES. | .50 | 150.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 168
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/28/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING CONFIDENTIALITY OF PROTECTED INFORMATION. | .20 | 60.00 |
| 05/28/21 EDW | B110 | A104 | REVIEWED ISSUES REGARDING SCOPE OF AUTHORITY REGARDING TORT COMMITTEE. | .20 | 60.00 |
| 05/28/21 EDW | B110 | A104 | REVIEWED COMMUNICATIONS WITH CLIENT REGARDING REQUESTED DISCOVERY. | .20 | 60.00 |
| 05/28/21 EJF | B320 | A105 | REVIEW MEMO FROM MR. MINTZ (.2) AND MEMO TO MR. MINTZ (.2) RE EXTENSION PLEADINGS; | .40 | 196.00 |
| 05/28/21 EJF | B320 | A103 | FURTHER REVISIONS TO EXTENSION PLEADINGS; | .50 | 245.00 |
| 05/28/21 RPV | B310 | A105 | OFFICE CONFERENCE WITH MR. MINTZ REGARDING VARIOUS MATTERS INCLUDING STATUS CONFERENCE, APPOINTMENT OF SPECIAL MASTER, SECURITY ISSUES, TORT COMMITTEE ACTIONS, AND RELATED MATTERS. | .50 | 245.00 |
| 05/28/21 RPV | B310 | A106 | EMAIL FROM/TO CLIENTS AND MR. MINTZ REGARDING TORT COMMITTEE CONDUCT AND RELATED MATTERS. | .50 | 245.00 |
| 05/28/21 RPV | B190 | A104 | EMAIL FROM MS. FUTRELL REGARDING SIMILAR CASE VALUATION COMPARISON. | .40 | 196.00 |
| 05/28/21 RPV | B110 | A104 | REVIEWED COMMITTEE'S OBJECTION TO EXTENSION OF EXCLUSIVE PERIODS FILED IN SIMILAR CASE. | .20 | 98.00 |
| 05/28/21 RPV | B110 | A104 | RECEIVED AND REVIEWED DRAFT OF A THIRD EXTENSION MOTION AND ORDER. | .10 | 49.00 |
| 05/28/21 BTW | B120 | A102 | RESEARCH REGARDING PLAN ASSETS. | .20 | 80.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 169
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/28/21 | LFA | B110 | A105 | CORRESPONDENCES WITH MS. MCCAFFREY REGARDING FOURTH STATEMENT REGARDING COMPENSATION OF OCPS (.5), WITH MS. GEORGE ARCHDIOCESE OF NEW ORLEANS - 20-10846 - MONTHLY OPERATING REPORTS (.4); WITH MR. MINTZ REGARDING ANO STRATEGY MEETIING (.2); | 1.10 | 440.00 |
| 05/28/21 | LFA | B160 | A105 | CORRESPONDENCES WITH MS. LOWRANCE REGARDING ARCHDIOCESE OF NEW ORLEANS - SEVENTH MONTHLY FEE STATEMENT (.5); REVIEWED LOCKE LORD AND PACHULSKI FEE STATEMENTS AND APPLICATIONS (1.5). | 2.00 | 800.00 |
| 05/28/21 | MAM | B190 | A101 | ATTEND STATUS CONFERENCE ON SERVICE ISSUES (0.50); PREPARATION FOR THE SAME (2.00);  WORK ON PRESCRIPTION ISSUES (3.90). ATTEND CONFERENCE CALL ON DOCUMENTS (0.70). | 7.10 | 2,840.00 |
| 05/28/21 | AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 2.10 | 525.00 |
| 05/28/21 | AK | B310 | A108 | PARTICIPATED IN DISCOVERY CONFERENCE WITH MR. CAINE. | .30 | 75.00 |
| 05/28/21 | AK | B310 | A104 | ANALYZED DOCUMENTS FOR PRIVILEGE AND CONFIDENTIALITY TO PRODUCE IN RESPONSE TO THE COMMITTEE'S RULE 2004 DOCUMENT REQUESTS. | 1.60 | 400.00 |
| 05/28/21 | AK | B310 | A104 | REDACTED PRIVILEGED COMMUNICATIONS. | 1.10 | 275.00 |
| 05/28/21 | CVM | B110 | A104 | PREPARED FOURTH STATEMENT REGARDING COMPENSATION OF ORDINARY COURSE PROFESSIONALS FOR FILING. | .20 | 50.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 170
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | | | | | |
|---|---|---|---|---|---|
| 05/28/21 | CVM | B110 | A104 | FINALIZED FOURTH STATEMENT REGARDING COMPENSATION OF ORDINARY COURSE PROFESSIONALS. | .30 | 75.00 |
| 05/28/21 | OKB | B110 | A105 | CORRESPONDENCE WITH M. MINTZ REGARDING DISCRETE ISSUE INVOLVING PROOFS OF CLAIM. | .20 | 50.00 |
| 05/28/21 | OKB | B410 | A104 | REVIEWED CORRESPONDENCE TO LOCKE LORD REGARDING RESEARCH AND SECTION 1103 OF THE BANKRUPTCY CODE. | .10 | 25.00 |
| 05/28/21 | OKB | B410 | A102 | RESEARCHED AND REVIEWED DISCRETE ISSUE INVOLVING PROOFS OF CLAIM. | .30 | 75.00 |
| 05/28/21 | OKB | B110 | A105 | CORRESPONDENCE WITH M.MINTZ REGARDING PRESCRIPTIVE PERIOD. | .20 | 50.00 |
| 05/28/21 | SAO | B320 | A103 | REVIEW AND REVISE THIRD MOTION TO EXTEND EXCLUSIVITY PERIODS. | .90 | 225.00 |
| 05/28/21 | SAO | B320 | A103 | DRAFT MOTION FOR EXPEDITED HEARING ON THIRD MOTION TO EXTEND EXCLUSIVITY (0.7); DRAFT PROPOSED ORDER GRANTING THE SAME (0.2). | .90 | 225.00 |
| 05/28/21 | SAO | B110 | A104 | REVIEW OMNIBUS CLAIMS OBJECTIONS FILED IN THE MICHIGAN BANKRUPTCY CASES TO EVALUATE POTENTIAL NEED FOR ACTION TO PRESERVE THE ARCHDIOCESE'S CLAIM. | 1.90 | 475.00 |
| 05/28/21 | SAO | B170 | A104 | REVIEW BRG'S FIRST INTERIM FEE APPLICATION. | .50 | 125.00 |
| 05/28/21 | SAO | B190 | A103 | FINISH DRAFTING SECOND BANKRUPTCY STATUS REPORT TO BE FILED IN THE STONEBREAKER MATTER. | .60 | 150.00 |
| 05/28/21 | BB | B110 | A110 | PREPARE RESPONSIVE CLIENT DOCUMENTS FOR PRODUCTION. | .60 | 102.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 171
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| 05/28/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING UPDATED PRODUCTION TRACKING WORKBOOK. | .10 | 17.00 |
| 05/28/21 GMS | B190 | A110 | MAKE PRODUCTION TRACKING WORKBOOK ACCESSIBLE TO ALL TEAM MEMBERS VIA WORLDOX. | .10 | 17.00 |
| 05/28/21 GMS | B190 | A104 | REVIEW PROOFS OF CLAIM IN CONJUNCTION WITH REVISIONS TO MASTER CLAIMS SPREADSHEET. | .90 | 153.00 |
| 05/28/21 GMS | B190 | A103 | REVISE PRODUCTIONS TRACKING WORKBOOK WITH PRODUCTION DETAILS. | 1.90 | 323.00 |
| 05/28/21 GMS | B190 | A103 | REVISIONS TO MASTER CLAIMS SPREADSHEET IN CONJUNCTION WITH REVIEW OF PROOFS OF CLAIM. | .90 | 153.00 |
| 05/28/21 GMS | B190 | A101 | PREPARE PRODUCTION SAVED SEARCH IN PREPARATION OF PRODUCTION EXPORT. | .30 | 51.00 |
| 05/28/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. BOUDREAUX CONCERNING PRODUCTION EXPORT. | .10 | 17.00 |
| 05/28/21 GMS | B190 | A110 | EXTRACT NEW PRODUCTION TO NETWORK FOR ATTORNEY CONSIDERATION. | .10 | 17.00 |
| 05/28/21 GMS | B190 | A105 | COMMUNICATIONS WITH MS. KINGSMILL CONCERNING PRODUCTION STATUS AND TIMING OF DELIVERY. | .10 | 17.00 |
| 05/29/21 EDW | B110 | A104 | REVIEWED STATUS REGARDING CLERY FILE PRODUCTION AND ISSUES REGARDING DISCOVERY REQUESTED BY THE TORT COMMITTEE. | .80 | 240.00 |
| 05/29/21 RPV | B190 | A106 | EMAILS FROM CLIENT AND MR. MINTZ REGARDING PROPOSED LETTER ON RESOLUTION ISSUED TO SENATE. | .50 | 245.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 172
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

```
05/29/21 RPV   B110  A105   EMAIL FROM MR. WEGMANN                  .10        49.00
                            REGARDING COMMITTEE'S REQUEST
                            TO ACCESS FILES.

05/30/21 RPV   B190  A105   REVIEWED LETTER CONCERNING             .50       245.00
                            DISCRETE ISSUE INVOLVING
                            PROOFS OF CLAIM (0.30) AND
                            OFFICE CONFERENCE WITH MR.
                            MINTZ REGARDING SAME (0.20).

05/31/21 RPV   B190  A104   RECEIVED AND REVIEWED DRAFT           .20        98.00
                            OF STONEBREAKER SECOND STATUS
                            REPORT.

05/31/21 RPV   B110  A107   EMAILS FROM MR. MURRAY               .20        98.00
                            REGARDING MEDIATORS AND
                            CLAIMS ISSUES.

05/31/21 RPV   B110  A105   EMAIL FROM MR. MINTZ                 .10        49.00
                            REGARDING AGENDA FOR CALL.

05/31/21 BTW   B120  A102   RESEARCH REGARDING PLAN             .40       160.00
                            ASSETS.

05/31/21 SAO   B190  A105   EMAIL CORRESPONDENCES WITH          .10        25.00
                            MR. MINTZ REGARDING SECOND
                            BANKRUPTCY STATUS REPORT TO
                            BE FILED IN THE STONEBREAKER
                            MATTER.
                                                            --------   -----------
                              TOTALS                        1,712.60   $518,095.00
                                                            ========   ===========
```

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS       PAGE 173
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 585.00 | 155,109.00 | 3,590.70 | 1,172,817.00 |
| B120 | ASSET ANALYSIS/RECOVERY | 48.10 | 19,350.00 | 142.00 | 54,572.00 |
| B130 | ASSET DISPOSITION | 44.10 | 11,817.00 | 104.10 | 36,240.00 |
| B140 | RELIEF FROM STAY/PROTEC | 9.10 | 2,275.00 | 210.50 | 53,807.00 |
| B150 | MTGS/COMM. W/ CREDITORS | .00 | .00 | 6.60 | 2,919.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 31.60 | 10,660.00 | 545.90 | 183,435.00 |
| B170 | FEE/EMPLMT OBJECTIONS | 3.80 | 950.00 | 78.50 | 25,748.00 |
| B190 | OTHER CONTESTED MATTERS | 567.30 | 174,267.00 | 3,838.80 | 1,277,080.00 |
| TOTAL ADMINISTRATION | | 1,289.00 | 374,428.00 | 8,517.10 | 2,806,618.00 |
| | | | | | |
| OPERATIONS | | | | | |
| B210 | BUSINESS OPERATIONS | 10.90 | 5,101.00 | 348.30 | 161,603.00 |
| B220 | EMPLOYEE BENEFIT/PENSIO | .00 | .00 | 54.70 | 22,257.00 |
| B230 | FINANCING/CASH COLLECTI | .00 | .00 | 12.80 | 5,741.00 |
| B250 | REAL ESTATE | 11.60 | 4,640.00 | 147.60 | 57,429.00 |
| TOTAL OPERATIONS | | 22.50 | 9,741.00 | 563.40 | 247,030.00 |
| | | | | | |
| CLAIMS AND PLAN | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 233.10 | 64,086.00 | 1,180.50 | 363,442.00 |
| B320 | PLAN DISCLOSURE STMT | 120.60 | 55,980.00 | 636.40 | 292,673.00 |
| TOTAL CLAIMS AND PLAN | | 353.70 | 120,066.00 | 1,816.90 | 656,115.00 |
| | | | | | |
| BANKRUPTCY-RELATED ADVICE | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 47.40 | 13,860.00 | 783.00 | 227,384.00 |
| B420 | RESTRUCTURING | .00 | .00 | 19.40 | 8,687.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | | 47.40 | 13,860.00 | 802.40 | 236,071.00 |
| | | | | | |
| | TOTALS | 1,712.60 | 518,095.00 | ********* | 3,945,834.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS          PAGE 174
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

| | ---------- THIS BILL ---------- | | | --CUMULATIVE TOTALS--- | |
| ATTORNEY SUMMARY | RATE | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- |
| AMY M. WINTERS | .00 | .00 | .00 | .00 | 1,977.90 |
| EDWARD D WEGMANN | 300.00 | 141.30 | 42,390.00 | 875.20 | 256,826.87 |
| ELIZABETH J FUTRELL | 490.00 | 144.10 | 70,609.00 | 1,248.10 | 600,901.24 |
| H MARK ADAMS, HM | .00 | .00 | .00 | .00 | 2,416.85 |
| JOSEPH J LOWENTHAL | 300.00 | 16.20 | 4,860.00 | 236.40 | 69,067.66 |
| JEFFREY R. BARBER | 400.00 | .50 | 200.00 | 1.50 | 1,312.63 |
| JEFFERSON R. TILLERY | 300.00 | 22.80 | 6,840.00 | 250.20 | 73,954.75 |
| PAULINE F. HARDIN, P. | .00 | .00 | .00 | 15.10 | 6,040.00 |
| R PATRICK VANCE | 490.00 | 131.10 | 64,239.00 | 1,051.50 | 505,559.27 |
| SETH A. LEVINE | .00 | .00 | .00 | 9.10 | 3,640.00 |
| WAYNE G. ZERINGUE,JR | 300.00 | 40.20 | 12,060.00 | 499.50 | 145,869.16 |
| AVERY B. PARDEE | .00 | .00 | .00 | .00 | 198.00 |
| ALEX H. GLASER | .00 | .00 | .00 | .90 | 356.75 |
| B. TREVOR WILSON, B.T. | 400.00 | 5.10 | 2,040.00 | 11.10 | 4,636.71 |
| JOSEPH E. BAIN | 400.00 | .40 | 160.00 | 1.30 | 1,033.94 |
| JEFFREY P. GOOD | 400.00 | 11.60 | 4,640.00 | 176.60 | 69,787.75 |
| LAURA F. ASHLEY | 400.00 | 40.00 | 16,000.00 | 973.00 | 380,757.29 |
| MARK A. MINTZ | 400.00 | 225.80 | 90,320.00 | 1,898.60 | 744,511.53 |
| MARY MARGARET SPELL | .00 | .00 | .00 | 29.20 | 8,462.54 |
| ANDREW C. RAYFORD | 250.00 | 54.90 | 13,725.00 | 54.90 | 13,725.00 |
| ALLISON KINGSMILL | 250.00 | 154.30 | 38,575.00 | 558.90 | 136,396.35 |
| CAROLINE V. MCCAFFREY | 250.00 | 19.50 | 4,875.00 | 429.80 | 106,759.66 |
| GABRIELLE A. RAMIREZ | .00 | .00 | .00 | 14.80 | 3,700.00 |
| HOBIE A. HOTARD | 250.00 | 10.40 | 2,600.00 | 10.40 | 2,600.00 |
| HEATHER KIRK TROSCLAIR | .00 | .00 | .00 | 3.50 | 875.00 |
| JACOB J. PRITT | .00 | .00 | .00 | 18.00 | 4,494.58 |
| LUCAS H. SELF | .00 | .00 | .00 | 787.80 | 191,056.98 |
| LESLIE LACOSTE | .00 | .00 | .00 | 57.00 | 13,728.47 |
| MADISON M. TUCKER | .00 | .00 | .00 | .00 | 296.68 |
| OLIVIA K. O'BRIEN | 250.00 | 43.80 | 10,950.00 | 43.80 | 10,950.00 |
| SAMANTHA A. OPPENHEIM | 250.00 | 253.80 | 63,450.00 | 1,519.80 | 373,562.65 |
| STACEY MOORE BUCHANAN | .00 | .00 | .00 | 4.70 | 1,175.00 |
| CARMEN M. RODRIGUEZ | .00 | .00 | .00 | 5.10 | 1,516.19 |
| MADELEINE FISCHER | 300.00 | 16.20 | 4,860.00 | 289.00 | 85,937.06 |
| VIRGINIA W. GUNDLACH | .00 | .00 | .00 | 116.70 | 33,778.48 |
| AARON D. WASHINGTON | 170.00 | .30 | 51.00 | 2.60 | 441.85 |
| BONNIE BOUDREAUX | 170.00 | 15.10 | 2,567.00 | 30.70 | 5,197.26 |
| CONSTANCE DEMESME | 170.00 | 185.70 | 31,569.00 | 185.70 | 31,569.00 |
| CAMILLE T. BOURG, JR. | 170.00 | .80 | 136.00 | 6.90 | 2,214.10 |
| GEORGETTE M. SHAHIEN | 170.00 | 162.20 | 27,574.00 | 253.50 | 43,026.43 |
| MELLAINE B. SALINAS | 170.00 | 11.00 | 1,870.00 | 11.00 | 1,870.00 |
| RYAN P. SMITH, R.P. | .00 | .00 | .00 | 1.90 | 775.09 |
| SCOTT M. SIGL | 170.00 | 5.50 | 935.00 | 11.90 | 2,180.33 |
| LAW CLERKS, NO | .00 | .00 | .00 | 4.10 | 697.00 |
| TOTALS | | 1,712.60 | 518,095.00 | ********* | 3,945,834.00 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 175
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

                                  ========   ===========   ========   ===========

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 176
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


COSTS INCURRED:


| | | |
|---|---|---|
| 02/12/21 | COURT RECORD FEES /PACER JANUARY 2021 | 3.60 |
| 04/14/21 | COURT RECORD FEES /PACER MARCH 2021 | 354.60 |
| 05/24/21 | COURT RECORD FEES /PACER APRIL 2021 | 74.90 |
| 02/11/21 | DEPOSITION TRANSCRIPTS - U.S. LEGAL SUPPORT, INC. - DEPOSITION OF LAWRENCE HECKER - 12/14/20 - TRANSCRIPT & EXHIBITS | 2340.79 |
| 02/11/21 | DEPOSITION TRANSCRIPTS - U.S. LEGAL SUPPORT, INC. - DEPOSITION OF LAWRENCE HECKER - 12/14/20 - VIDEO | 810.25 |
| 02/11/21 | DEPOSITION TRANSCRIPTS - U.S. LEGAL SUPPORT, INC. - DEPOSITION OF LAWRENCE HECKER - 12/15/20 - VIDEO | 1147.75 |
| 04/12/21 | LITIGATION SUPPORT - XACT DATA DISCOVERY - ONLINE DATA STORAGE | 50.00 |
| 04/12/21 | LITIGATION SUPPORT - XACT DATA DISCOVERY - ONLINE DATA STORAGE | 50.00 |
| 04/16/21 | LITIGATION SUPPORT - XACT DATA DISCOVERY - ONLINE DATA STORAGE | 50.00 |
| 05/18/21 | LITIGATION SUPPORT - XACT DATA DISCOVERY - ONLINE DATA STORAGE | 50.00 |
| 04/30/21 | RELATIVITY DATA HOSTING APRIL 2021 | 1289.52 |
| 05/31/21 | RELATIVITY DATA HOSTING MAY 2021 | 1492.56 |
| 04/14/21 | LEXIS LEGAL RESEARCH - FUTRELL,ELIZABETH | 98.25 |
| 04/14/21 | LEXIS LEGAL RESEARCH - KINGSMILL,ALLISON | 59.40 |
| 04/14/21 | LEXIS LEGAL RESEARCH - OPPENHEIM,SAMANTHA | 301.80 |
| 04/24/21 | LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH | 118.20 |
| 04/24/21 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 308.25 |
| 04/29/21 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 14.85 |
| 05/02/21 | LEXIS LEGAL RESEARCH - FUTRELL, ELIZABETH | 14.85 |
| 05/06/21 | LEXIS LEGAL RESEARCH - O&APOS;BRIEN, OLIVIA | 266.10 |
| 05/06/21 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 622.50 |
| 05/18/21 | LEXIS LEGAL RESEARCH - OBRIEN, OLIVIA | 292.80 |
| 05/18/21 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 533.55 |
| 05/27/21 | LEXIS LEGAL RESEARCH - FISCHER, MADELEINE | 14.85 |
| 05/27/21 | LEXIS LEGAL RESEARCH - OBRIEN, OLIVIA | 43.35 |
| 05/27/21 | LEXIS LEGAL RESEARCH - OPPENHEIM, SAMANTHA | 268.50 |
| 05/31/21 | LEXIS LEGAL RESEARCH - OBRIEN, OLIVIA | 89.70 |
| 04/28/21 | DELIVERY SERVICES - FEDEX SENT BY MARK A. MINTZ, TO OFC. OF LIQUIDATIONS & SPEC. | 44.04 |
| 01/21/21 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY WAYNE G. ZERINGUE | 4.66 |
| 03/16/21 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY MARK A. MINTZ | 19.41 |

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS     PAGE 177
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


04/14/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION          14.70
         ORIGINATED BY MARK A. MINTZ
04/16/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION          11.96
         ORIGINATED BY ELIZABETH JONES FUTRELL
04/19/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION           7.84
         ORIGINATED BY MARK A. MINTZ
04/26/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION           4.04
         ORIGINATED BY MARK A. MINTZ
05/12/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION           3.96
         ORIGINATED BY MARK A. MINTZ

                                    TOTAL COSTS:            $10,871.53


                    COST SUMMARY

    E105   LONG DISTANCE                      66.57
    E106   COMPUTER LEGAL RESEARCH         3,046.95
    E107   DELIVERY SERVICES                  44.04
    E112   COURT FEES                        433.10
    E115   DEPOSITION TRANSCRIPTS          4,298.79
    E118   LITIGATION SUPPORT              2,982.08
                                      ---------------
           TOTAL DISBURSEMENTS          $10,871.53


                         TOTAL FEES AND COSTS:     $528,966.53

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 178
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



             * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                        $518,095.00

                    TOTAL COSTS:                        $10,871.53

                    LESS CREDITS:                            $0.00
                                                       -------------
                    TOTAL CURRENT FEES AND COSTS DUE   $528,966.53


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
 04/26/21        1072267        $103973.60


                    TOTAL PRIOR INVOICES DUE:     $103,973.60
                                                 -----------


                    TOTAL AMOUNT DUE:             $632,940.13
                                                 ===========

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    **JONES WALKER LLP**
          **201 St. Charles Ave. - 50th Floor**
          **New Orleans, Louisiana 70170-5100**

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 179
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS    PAGE 180
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01

WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT LAURA F. ASHLEY
IN NEW ORLEANS       OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                    BATON ROUGE, LA (225)248-2000
                    BIRMINGHAM, AL (205)244-5200
                    HOUSTON, TX (713)437-1800
                    JACKSON, MS (601)949-4900
                    LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                    MOBILE, AL (251)432-1414
                    NEW ORLEANS, LA (504)582-8000
                    NEW YORK, NY (646)512-8101
                    PHOENIX, AZ (602)366-7889
                    TALLAHASSEE, FL (850)425-7800
            WASHINGTON, DC (CAPITOL HILL) (202)203-1000
             WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ***********************************************************************

```
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS      PAGE 181
JUNE 24, 2021
INVOICE NO.: 1080272
FILE NUMBER: 176960-01


FILE NAME:  POST-PETITION REORGANIZATION ADVICES



BILLING ATTY:     LAURA F. ASHLEY
SUPERVISING ATTY:  WAYNE G. ZERINGUE,JR



           * * *   A C C O U N T I N G   C O P Y   * * *



              TOTAL FEES:                      $518,095.00

              TOTAL COSTS:                      $10,871.53

              LESS CREDITS:                          $0.00
                                               ------------
              TOTAL CURRENT FEES AND COSTS DUE  $528,966.53

BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
 04/26/21       1072267        $103973.60


              TOTAL PRIOR INVOICES DUE:         $103,973.60
                                               -----------

              TOTAL AMOUNT DUE:                 $632,940.13
                                               ============
```

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| | | |
|---|---|---|
| CLIENT NO. | **48576** | CLIENT & FILE TITLE **Archdiocese of New Orleans adv J. Mose** |
| FILE NO. | ~~174960-01~~ | 174906-01 *Post-Bankruptcy* |

DATE **February 10, 2021**

PAYABLE TO:

**U.S. Legal Support**

AMOUNT **$4,298.79**

MAIL CHECK ☑

**RETURN CHECK TO**

PAYMENT FOR:

Deposition of Lawrence Hecker on 12/14 - 15/2020.  Transcript & exhibits $2340.79 + Video on 12/14 $810.25 + Video on 12/15 $1147.75 = $ 4298.79

NAME **Wayne G. Zeringue, Jr/ams**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER  # 10 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 21345 | | | **$4,298.79** |

FORM A-8 (REV. 03/11)

OF ST

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☑ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED

FEB 11 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER


## U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 140130209 | 12/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 364111 | 12/14/2020 | $2340.79 |

| Case Name |
|---|
| J.W. Doe v. Archdiocese of New Orleans Indemnity, Inc. |

| Case No |
|---|
| 20193947 |

U.S. Legal Support
1100 Poydras StreetSuite 2900
New Orleans LA 70163
Phone: 504-264-6650  Fax: 504-264-6610

Jefferson Tillery
Jones Walker, L.L.P.
201 St. Charles Avenue

New Orleans LA 70170-5100

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| United States District Court<br>500 Poydras Street<br>New Orleans LA 70130 | Jefferson Tillery<br>Jones Walker, L.L.P.<br>201 St. Charles Avenue<br><br>New Orleans LA 70170-5100 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Lawrence A. Hecker | | | | | |
| Copy | 203.00 | $2.65 | $537.95 | $0.00 | $537.95 |
| 5-DAY RUSH | | | | | $241.57 |
| Exhibit | 1349.00 | $0.55 | $741.95 | $0.00 | $741.95 |
| Administrative Fee | 1.00 | $50.00 | $50.00 | $0.00 | $50.00 |
| Exhibits Color Copies | 182.00 | $2.00 | $364.00 | $0.00 | $364.00 |
| Condensed Transcript | 1.00 | $15.00 | $15.00 | $0.00 | $15.00 |
| Lit Support Package | 1.00 | $65.00 | $65.00 | $0.00 | $65.00 |
| Delivery Regular | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1793.90 | $0.00 | |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

| Total Due | $2035.47 |
|---|---|
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $305.32 |
| (=) New Balance | $2340.79 |

Tax ID : 76-0523238                                Phone: 504-582-8000        Fax:504-582-8583

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jefferson Tillery
Jones Walker, L.L.P.
201 St. Charles Avenue
New Orleans LA 70170-5100

| Invoice No. | 140130209 |
|---|---|
| Invoice Date: | 12/22/2020 |
| Total Due | $2340.79 |
| Job No. | 364111 |
| Case No: | 20193947 |

Remit To:    U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Theriot, Stephen |
| **Sent:** | Thursday, February 11, 2021 9:13 AM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: approval is needed for the attached request over $1,000 |

Okay to process

**Stephen F. Theriot** ⋮ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 1:36 PM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** RE: approval is needed for the attached request over $1,000

It should be 174906-01 rather than 174960-01

**Caroline Armstrong** ⋮ Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Theriot, Stephen <stheriot@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 1:27 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** RE: approval is needed for the attached request over $1,000

I don't think the matter # is correct on the check request.

**Stephen F. Theriot** ⋮ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 11:59 AM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** approval is needed for the attached request over $1,000

Thanks!

**Caroline Armstrong**
Accounts Payable Clerk
D: 504.582.8450
CArmstrong@joneswalker.com

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Archdiocese of New Orleans adv ~~J. Doe~~ | February 10, 2021 |
| FILE NO. | ~~174900-01~~ 174906-11 *Post-Bankruptcy* | | |

| PAYABLE TO: | AMOUNT | $4,298.79 |
|---|---|---|
| **U.S. Legal Support** | MAIL CHECK | ☑ |
| | **RETURN CHECK TO** | ☐ |

PAYMENT FOR:
Deposition of Lawrence Hecker on 12/14 - 15/2020. Transcript & exhibits $2340.79 + Video on 12/14 $810.25 + Video on 12/15 $1147.75 = $ 4298.79

NAME
**Wayne G. Zeringue, Jr/ams**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER #10 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 21345 | | | $4,298.79 |

FORM A-8 (REV. 03/11)

O & T 0

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☑ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

FEB 11 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



## U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 140130651 | 12/28/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 364112 | 12/14/2020 | $810.25 |

U.S. Legal Support
1100 Poydras Street Suite 2900
New Orleans LA 70163
Phone: 504-264-6650  Fax: 504-264-6610

| Case Name |
|---|
| J.W. Doe v. Archdiocese of New Orleans Indemnity, Inc. |

Jefferson Tillery
Jones Walker, L.L.P.
201 St. Charles Avenue

New Orleans LA 70170-5100

| Case No |
|---|
| 20193947 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| United States District Court<br>500 Poydras Street<br>New Orleans LA 70130 | Jefferson Tillery<br>Jones Walker, L.L.P.<br>201 St. Charles Avenue<br><br>New Orleans LA 70170-5100 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Lawrence Hecker | | | | | |
| Video Copy | 6.50 | $112.50 | $731.25 | $0.00 | $731.25 |
| VideoSync+ (Video Technology Package) | 1.00 | $39.00 | $39.00 | $0.00 | $39.00 |
| Processing & Archival | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| Videotape Delivery | 1.00 | $15.00 | $15.00 | $0.00 | $15.00 |
| ( Taxable 0.00) | | | | | |
| | | | $810.25 | $0.00 | |

Thank you for your business.  If you have any billing questions, please
email swbilling@uslegalsupport.com.  We will respond within 24 hours.

| Total Due | $810.25 |
|---|---|
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $810.25 |

**Tax ID : 76-0523238**                                      Phone: 504-582-8000                    Fax:504-582-8583

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jefferson Tillery
Jones Walker, L.L.P.
201 St. Charles Avenue
New Orleans LA 70170-5100

| Invoice No. | 140130651 |
|---|---|
| Invoice Date: | 12/28/2020 |
| Total Due | $810.25 |
| Job No. | 364112 |
| Case No: | 20193947 |

Remit To:    U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

## Armstrong, Caroline

| From: | Theriot, Stephen |
|---|---|
| Sent: | Thursday, February 11, 2021 9:13 AM |
| To: | Armstrong, Caroline |
| Subject: | RE: approval is needed for the attached request over $1,000 |

Okay to process

**Stephen F. Theriot** ⋮ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 1:36 PM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** RE: approval is needed for the attached request over $1,000

It should be 174906-01 rather than 174960-01

**Caroline Armstrong** ⋮ Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Theriot, Stephen <stheriot@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 1:27 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** RE: approval is needed for the attached request over $1,000

I don't think the matter # is correct on the check request.

**Stephen F. Theriot** ⋮ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 11:59 AM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** approval is needed for the attached request over $1,000

Thanks!

**Caroline Armstrong**
Accounts Payable Clerk
D: 504.582.8450
CArmstrong@joneswalker.com

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | **Archdiocese of New Orleans adv ~~John Doe~~** | DATE | |
|---|---|---|---|---|---|
| FILE NO. | ~~174900-01~~ 174906-11 | *Post-Bankruptcy* | | **February 10, 2021** | |

| PAYABLE TO: | AMOUNT | $4,298.79 |
|---|---|---|
| **U.S. Legal Support** | MAIL CHECK | ✓ |
| | **RETURN CHECK TO** | |

| PAYMENT FOR: | NAME |
|---|---|
| Deposition of Lawrence Hecker on 12/14 - 15/2020.  Transcript & exhibits $2340.79 + Video on 12/14 $810.25 + Video on 12/15 $1147.75 = $ 4298.79 | **Wayne G. Zeringue, Jr/ams** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER  # 10 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 21345 | | | $4,298.79 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☑ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

### RECEIVED
FEB 11 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER


U.S. Legal Support

# INVOICE

**U.S. Legal Support**
1100 Poydras StreetSuite 2900
New Orleans LA 70163
Phone: 504-264-6650  Fax: 504-264-6610

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 140130656 | 12/28/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 364645 | 12/15/2020 | $1147.75 |

| Case Name |
|---|
| J.W. Doe v. Archdiocese of New Orleans Indemnity, Inc. |

Jefferson Tillery
Jones Walker, L.L.P.
201 St. Charles Avenue

New Orleans LA 70170-5100

| Case No |
|---|
| 20193947 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| United States District Court<br>500 Poydras Street<br>New Orleans LA 70130 | Jefferson Tillery<br>Jones Walker, L.L.P.<br>201 St. Charles Avenue<br><br>New Orleans LA 70170-5100 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Lawrence Hecker, Volume II | | | | | |
| Video Copy | 9.50 | $112.50 | $1068.75 | $0.00 | $1068.75 |
| VideoSync+ (Video Technology Package) | 1.00 | $39.00 | $39.00 | $0.00 | $39.00 |
| Processing & Archival | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| Videotape Delivery | 1.00 | $15.00 | $15.00 | $0.00 | $15.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1147.75 | $0.00 | |

Thank you for your business.  If you have any billing questions, please
email swbilling@uslegalsupport.com.  We will respond within 24 hours.

| | |
|---|---|
| **Total Due** | **$1147.75** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$1147.75** |

**Tax ID : 76-0523238**

Phone: 504-582-8000          Fax:504-582-8583

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jefferson Tillery
Jones Walker, L.L.P.
201 St. Charles Avenue
New Orleans LA 70170-5100

| Invoice No. | 140130656 |
|---|---|
| Invoice Date: | 12/28/2020 |
| Total Due | $1147.75 |
| Job No. | 364645 |
| Case No: | 20193947 |

Remit To:  U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

## Armstrong, Caroline

| | |
|---|---|
| **From:** | Theriot, Stephen |
| **Sent:** | Thursday, February 11, 2021 9:13 AM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: approval is needed for the attached request over $1,000 |

Okay to process

**Stephen F. Theriot** ┊ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 1:36 PM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** RE: approval is needed for the attached request over $1,000

It should be 174906-01 rather than 174960-01

**Caroline Armstrong** ┊ Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Theriot, Stephen <stheriot@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 1:27 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** RE: approval is needed for the attached request over $1,000

I don't think the matter # is correct on the check request.

**Stephen F. Theriot** ┊ Controller
Jones Walker LLP
D: 504.582.8515
stheriot@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Wednesday, February 10, 2021 11:59 AM
**To:** Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** approval is needed for the attached request over $1,000

Thanks!

**Caroline Armstrong**
Accounts Payable Clerk
D: 504.582.8450
CArmstrong@joneswalker.com

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **April 12, 2021** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO: **RVM ENTERPRISES INC.** | AMOUNT **$100.00** |
|---|---|
| | MAIL CHECK [✓] |
| | **RETURN CHECK TO** |

| PAYMENT FOR: online data storage invoices #CINV33249 and #CINV33937 | NAME **Wayne G. Zeringue, Jr/ams** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 9 4 1 8 | | | **$100.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



RVM Enterprises, Inc.
525 Washington Blvd.
Suite 910
Jersey City, NJ 07310
United States

Voice: 212-693-1525
Email: accounts.receivable@rvminc.com

# INVOICE

INVOICE NUMBER: CINV33249
Date: 04/30/2020

**Bill To:**
Jones Walker LLP
Dirk Weggman
201 St. Charles Avenue
New Orleans, LA 70170
USA

| PROJECT NAME | MATTER NUMBER | PAYMENT TERMS | |
|---|---|---|---|
| JWA2019002 - Mobile Kits | | Net 30 | |
| **SALES REP** | | **DUE DATE** | |
| Dean Felicetti | | 05/30/2020 | |
| **PROJECT MANAGER** | **CONTENTS** | **REQUESTOR** | |
| | April Services | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Forensics** -------------------------- | | |
| 1.00 | Online data storage size: up to 50GB | 50.00 | 50.00 |

| | |
|---|---|
| SUBTOTAL | $50.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| TOTAL | $50.00 |

REMIT PAYMENT TO RVM ENTERPRISES INC.
FEDERAL TAX ID: # 22-3056525

WIRE/ACH PAYMENTS TO:
BANK OF AMERICA
SWIFT CODE: BOFAUS3N
WIRE ABA / ROUTING: 026009593
ACH ABA: 021000322
ACCOUNT # 4830 3909 9515

1 of 1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **April 12, 2021** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO: **RVM ENTERPRISES INC.** | AMOUNT **$100.00** |
|---|---|
| | MAIL CHECK ☑ |
| | **RETURN CHECK TO** |

| PAYMENT FOR: online data storage invoices #CINV33249 and #CINV33937 | NAME **Wayne G. Zeringue, Jr/ams** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 3 9 4 1 8 | 1 0 0 3 8 8 | | $100.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**RVM Enterprises, Inc.**
525 Washington Blvd.
Suite 910
Jersey City, NJ 07310
United States

Voice: 212-693-1525
Email: accounts.receivable@rvminc.com

# INVOICE

INVOICE NUMBER: CINV33937
Date: 06/30/2020

**Bill To:**
Jones Walker LLP
Dirk Weggman
201 St. Charles Avenue
New Orleans, LA 70170
USA

| PROJECT NAME | MATTER NUMBER | PAYMENT TERMS |
|---|---|---|
| JWA2019002 - Mobile Kits | | Net 30 |
| **SALES REP** | | **DUE DATE** |
| Dean Felicetti | | 07/30/2020 |
| **PROJECT MANAGER** | **CONTENTS** | **REQUESTOR** |
| | June Services | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Forensics**<br>-------------------------- | | |
| 1.00 | Online data storage size: up to 50GB | 50.00 | 50.00 |

| | |
|---|---|
| SUBTOTAL | $50.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| TOTAL | $50.00 |

**REMIT PAYMENT TO RVM ENTERPRISES INC.**
**FEDERAL TAX ID: # 22-3056525**

**WIRE/ACH PAYMENTS TO:**
**BANK OF AMERICA**
**SWIFT CODE: BOFAUS3N**
**WIRE ABA / ROUTING: 026009593**
**ACH ABA: 021000322**
**ACCOUNT # 4830 3909 9515**

1 of 1

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **ARCHDIOCESE** | **April 15, 2021** |
| FILE NO. | 175340-01 | | |

PAYABLE TO:

**XACT DATA DISCOVERY**

AMOUNT **$50.00**

MAIL CHECK ✓

**RETURN CHECK TO**

PAYMENT FOR:

INVOICE NO. 41091815
ONLINE DATA STORAGE

NAME
**EDWARD D. WEGMANN**

SIGNATURE

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 39498 | | | $50.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
APR 15 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



## XACT DATA DISCOVERY
*Because you need to know*

Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**REMIT PAYMENT TO:** Xact Data Discovery
PO Box 714800
Cincinnati, OH 45271-4800
Tax ID: 43-1685216

# INVOICE

**Invoice Number:** 41-01815

**Invoice Date:** 3/31/2021

**Customer ID** 41JONESWALK

**Page:** 1

| Bill To: | Dirk Weggman | Ship To: | Jones Walker LLP |
|---|---|---|---|
| | Jones Walker LLP | | 201 St. Charles Avenue |
| | 201 St. Charles Avenue | | New Orleans, LA 70170 |
| | New Orleans, LA 70170 | | |

| | | | |
|---|---|---|---|
| Ship Via | | Contact | Dirk Weggman |
| Ship Agent | | P.O. Number | JWA2019002 - Mobile Kits |
| Ship Date | 3/31/2021 | Case No. | JWA2019002 - MOBILE |
| Due Date | 4/30/2021 | Job No. | 35916-FS |
| Terms | Net 30 Days | Discovery Consultant | Vincent Brunetti |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| | Forensics | | | | |
| FOR1 | Online data storage size: up to 50GB | 1 | Each Item | 50.00 | 50.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 50.00 | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | Total USD: | 50.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____


**Trustpoint**.One

# Cost Summary Report

### Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 4/30/2021
**Due Date:** 5/31/2021
**Matter Number:** 17493200

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 119.40 GB | $10.80 | $1,289.52 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | <br><br>0 | <br><br>n/a | <br><br>$0 |
| | | | ***Balance Due*** | $1,289.52 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

- OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 48576 | CLIENT & FILE TITLE **ARCHDIOCESE** | DATE **May 18, 2021** |
|---|---|---|---|
| FILE NO. | 175340-01 | | |

| PAYABLE TO: **XACT DATA DISCOVERY** | AMOUNT **$50.00** |
|---|---|
| | MAIL CHECK ✓ |
| | **RETURN CHECK TO** |

| PAYMENT FOR: INVOICE NO. 41-02145 ONLINE DATA STORAGE | NAME **EDWARD D. WEGMANN** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 39998 | | | $50.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ✓ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED

MAY 18 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**XACT DATA DISCOVERY**
Because you need to know

**INVOICE**

Xact Data Discovery
AR Contact: Marcus Taylor
Phone: 913-229-9152

**REMIT PAYMENT TO:**
Xact Data Discovery
PO Box 714800
Cincinnati, OH  45271-4800
Tax ID: 43-1685216

| | |
|---|---|
| **Invoice Number:** | 41-02145 |
| **Invoice Date:** | 4/30/2021 |
| **Customer ID** | 41JONESWALK |
| **Page:** | 1 |

**Bill To:** Dirk Weggman
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA  70170

**Ship To:** Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA  70170

| | | | |
|---|---|---|---|
| **Ship Via** | | **Contact** | Dirk Weggman |
| **Ship Agent** | | **P.O. Number** | JWA2019002 - Mobile Kits |
| **Ship Date** | 4/30/2021 | **Case No.** | JWA2019002 - MOBILE |
| **Due Date** | 5/30/2021 | **Job No.** | 35916-FS |
| **Terms** | Net 30 Days | **Discovery Consultant** | Vincent Brunetti |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| | Forensics | | | | |
| FOR1 | Online data storage size: up to 50GB | 1 | Each Item | 50.00 | 50.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 50.00 | Subtotal: | 50.00 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | Total USD: | 50.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.
Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment
within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.
Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____


# **Trustpoint**.One

# Cost Summary Report

### Client: Roman Catholic Church for the Archdiocese of N.O.

**Relativity Project Number:** 1142072
**Report Date:** 5/31/2021
**Due Date:** 6/30/2021
**Matter Number:** 17493200

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

**Matter Name:** John Doe v Roman Catholic
Church Archdiocese N.O.

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | 138.20 GB | $10.80 | $1,492.56 |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | n/a | $0 |
| | | | ***Balance Due*** | $1,492.56 |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

[Monthly Cost Summary Report.1]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| **Debtor.**[1] | Chapter 11 |

## ORDER APPROVING THIRD INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD FEBRUARY 1, 2021 THROUGH MAY 31, 2021

Upon the application [Doc. ___] (the "<u>Application</u>") of Jones Walker LLP ("<u>Jones Walker</u>") for interim approval and allowance of compensation for attorneys' fees in the amount of $1,040,201.00 and reimbursement of expenses in the amount of $23,009.27, and for payment of the unpaid balance of allowed fees for legal services rendered during the Third Interim Fee Period; all parties in interest having received adequate notice of the Application; and the Court having reviewed the Application and having found that the professional services provided by Jones Walker during the Third Interim Fee Period (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1.      The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

2.      Jones Walker is allowed interim compensation in the amount of $1,040,201.00 for

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4439685.1}

services rendered and $23,009.27 as reimbursement for actual, reasonable, and necessary expenses incurred during the Third Interim Fee Period;

3.      The Debtor shall pay to Jones Walker the unpaid balance of allowed fees for legal services rendered and expenses incurred during the Third Interim Fee Period, promptly upon entry of this Order; and

4.      This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this _____ day of August, 2021.


_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE