UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on February 26 and 27, 2026, the following fee applications were filed:

- *First and Final Application of Signal Interactive Media, as Expert Noticing Consultant to the Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4882];

- *Final Application of Talbot, Carmouche & Marcello and Connick & Connick, L.L.C., as Special Litigation Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4883];

- *Fifteenth Interim and Final Application of Blank Rome LLP, as Special Insurance Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4884];

- *Fifteenth Interim and Final Application of Carr, Riggs & Ingram, LLC, as Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4885];

- *Tenth Interim and Final Application of Keegan Linscott & Associates, PC, as Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4886];

- *First and Final Application of Joshua Hogan on Behalf of Judge Michael R. Hogan, as Unknown Claims Representative, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4887]; and

- *Fifteenth Interim and Final Application of Jones Walker LLP, as Counsel for the Debtor and the Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4888]

(collectively, the "**Final Fee Applications**").

#110938594v1

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an evidentiary hearing on any contested Final Fee Applications on **Thursday, May 14, 2026, at 9:30 a.m. and Friday, May 15, 2026, at 9:30 a.m. IN PERSON** before the Honorable Meredith S. Grabill at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Per the rules set forth in the Court's Amended General Order 2021, available at https://www.laeb.uscourts.gov/, some parties in interest may participate in the hearing (i) by telephone only (Dial-in 504.517.1385, Access Code 129611) or (ii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.[1]

**PLEASE TAKE FURTHER NOTICE** that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Final Fee Applications, you must file a written response no later than **Tuesday, March 31, 2026**. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Final Fee Applications as unopposed and grant the relief requested.

[*Signature Page Follows*]

---

[1] Parties in interest must review § D of the Court's Amended General Order 2021-2 for specific instructions on remote witness testimony in evidentiary hearings and trials.

#110938594v1

Dated: February 27, 2026                Respectfully submitted,

                                                         */s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify, on February 27, 2026, that a true and correct copy of this Notice (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, and (b) is being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22]. DRC shall file a certificate of service to that effect when service is complete.

                                                         */s/ Samantha A. Oppenheim*
Samantha A. Oppenheim

#110938594v1