# EXHIBIT B

## (Aggregate Expenses)

| Expense | Amount |
|---|---:|
| Conference Calls | $1,462.87 |
| Copies | $12,890.00 |
| Everlaw | $75,769.42 |
| Lexis | $2,409.58 |
| Mediation Luncheon Expense | $91.87 |
| Meta-e Discovery | $2,137.50 |
| Mileage and Parking | $3,606.48 |
| PACER | $3,549.80 |
| Postage | $531.30 |
| Project Management | $6,712.50 |
| Transcript Requests | $813.75 |
| TransUnion | $181.30 |
| **Total** | **$111,002.27** |