# EXHIBIT C

## (Aggregate Fees by Task Code)

| ABA Bankruptcy Project Task Code | Amount | Percent | Hours | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | $138,500.50 | 3.36% | 285.70 | 3.25% | $484.78 |
| B120 Asset Analysis and Recovery | $186,998.50 | 4.54% | 430.60 | 4.89% | $434.27 |
| B130 Asset Disposition | $333,212.00 | 8.10% | 698.40 | 7.94% | $477.11 |
| B140 Relief from Stay/Adequate Protection Proceedings | $119,657.00 | 2.91% | 262.10 | 2.98% | $456.53 |
| B150 Meetings of and Communications with Creditors | $183,486.50 | 4.46% | 402.10 | 4.57% | $456.32 |
| B160 Fee/Employment Applications | $320,027.50 | 7.77% | 775.60 | 8.81% | $412.62 |
| B170 Fee/Employment Objections | $68,218.00 | 1.66% | 153.40 | 1.74% | $444.71 |
| B180 Avoidance Action Analysis | $452,805.00 | 11.00% | 1,174.90 | 13.35% | $385.40 |
| B185 Assumption/Rejection of Leases and Contracts | $15,653.00 | 0.38% | 36.60 | 0.42% | $427.68 |
| B190 Other Contested Matters (Excluding Assumptions/Rejections) | $433,485.00 | 10.53% | 980.60 | 11.14% | $442.06 |
| B195 Non-Working Travel | $1,528.00 | 0.04% | 3.40 | 0.04% | $449.41 |
| B210 Business Operations | $3,216.50 | 0.08% | 7.20 | 0.08% | $446.74 |
| B220 Employee Benefits/Pensions | $29,726.50 | 0.72% | 59.40 | 0.67% | $500.45 |
| B230 Financing/Cash Collections | $339.00 | 0.01% | 0.70 | 0.01% | $484.29 |
| B260 Board of Directors Matters | $4,566.00 | 0.11% | 11.00 | 0.12% | $415.09 |
| B300 Disclosure Statement and Plan | $8,110.00 | 0.20% | 17.90 | 0.20% | $453.07 |
| B310 Claims Administration and Objections | $236,794.50 | 5.75% | 550.90 | 6.26% | $429.83 |
| B320 Plan and Disclosure Statement (Including Business Plan) | $1,579,843.00 | 38.38% | 2,950.00 | 33.52% | $535.54 |
| **Total** | **$4,116,166.50** | **100.00%** | **8,800.50** | **100.00%** | **$467.72** |