# EXHIBIT D

## (Aggregate Valuation of Services Chart)

| Professional | Title | Year Licensed | Blended Rate | Amount | Percent | Hours | Percent |
|---|---|---|---|---|---|---|---|
| Abigail W. Mock | Associate | LA - 2024 | $321.59 | $73,580.00 | 1.79% | 228.80 | 2.60% |
| Brandon A. Brown | Member | LA - 1998 | $547.68 | $588,367.50 | 14.29% | 1,074.30 | 12.21% |
| Brooke W. Altazan | Member | LA - 2009 | $477.97 | $1,754,916.00 | 42.63% | 3,671.60 | 41.72% |
| Hayley J. Franklin | Associate | LA - 2020 | $304.87 | $154,294.00 | 3.75% | 506.10 | 5.75% |
| Janet H. DeLage | Legal Assistant | n/a | $150.00 | $525.00 | 0.01% | 3.50 | 0.04% |
| Jennifer L. Byrd | Law Clerk | n/a | $200.00 | $3,000.00 | 0.07% | 15.00 | 0.17% |
| Karina Shareen | Associate | LA - 2020 | $245.00 | $34,912.50 | 0.85% | 142.50 | 1.62% |
| Kimberly A. Heard | Paralegal | n/a | $233.35 | $53,040.00 | 1.29% | 227.30 | 2.58% |
| Nicholas J. Smeltz | Associate | LA - 2019 | $371.39 | $252,026.50 | 6.12% | 678.60 | 7.71% |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | $534.58 | $493,367.00 | 11.99% | 922.90 | 10.49% |
| S. Grant Taylor | Paralegal | n/a | $150.00 | $7,125.00 | 0.17% | 47.50 | 0.54% |
| William S. Robbins | Member | LA - 1996 | $546.64 | $701,013.00 | 17.03% | 1,282.40 | 14.57% |
| **Total** | | | **$467.72** | **$4,116,166.50** | **100.00%** | **8,800.50** | **100.00%** |