# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF
NEW ORLEANS,[1]

CASE NO. 20-10846
(JOINTLY ADMINISTERED)

CHAPTER 11
COMPLEX CASE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-

12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St. Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716],

(cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St. Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25-12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25-12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25- 12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

**DEBTOR**                                                    **SECTION "A"**

---

### FEE APPLICATION COVER SHEET
### FOURTH AND FINAL FEE APPLICATION OF KROLL LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORMER PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

---

| Name of Applicant | Kroll, LLC | | |
|---|---|---|---|
| Name of Client | The Official Committee of Unsecured Commercial Creditors | | |
| Petition Date | May 1, 2020 | | |
| Retention Date | December 27, 2023 | | |
| Date of Order Approving Employment | December 27, 2023 [ECF Doc. 2772] | | |
| Dates and Amounts of Compensation Approved in Previous Requests | Dates | Amounts | Docket |
| | 1.1.24 – 3.31.24[2] | Fees: $34,700.00 Expenses: $0.00 Total: $34,700.00 | 3173 |
| | 8.1.24 – 11.30.24[3] | Fees: $762.50 Expenses: $0.00 Total: $762.50 | 3922 |
| | 4.1.25 – 9.30.25[4] | Fees: $34,500.00 Expenses: $0.00 Total: $34,500.00 | 4795 |
| Time Period Covered by this Application | January 1, 2024 through September 30, 2025 (the "Full Application Period") | | |
| Total Compensation Sought | $69,962.50 | | |
| Total Expenses Sought | $0.00 | | |
| Fee Application Type | Fourth and Final Fee Application (the "Final Application") | | |
| Total Amount Sought | $69,962.50 | | |

---

[2] For purposes of completeness, Kroll did not incur any fees or expenses, and thus, did not file an interim fee application for the period between April 1, 2024 through July 31, 2024.

[3] For purposes of completeness, Kroll did not incur any fees or expenses, and thus, did not file an interim fee application for the period between December 1, 2024 through March 31, 2025.

[4] For purposes of completeness, Kroll has not incurred any fees or expenses after this date.

In the above captioned Chapter 11 case, Kroll, LLC ("Kroll") rendered services in favor of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"). Through this Final Application, Kroll seeks final allowance of the $69,962.50 in fees and $0.00 in expenses that were incurred during the Full Application Period and previously allowed on an interim basis. The Kroll professionals who rendered services in favor of the Commercial Committee during the Full Application Period are the following:

| Professional | Title | Rate | Hours | Percent | Amount | Percent |
|---|---|---|---|---|---|---|
| B. Youmell | Analyst | $475.00 | 11.80 | 10.71% | $5,605.00 | 8.01% |
| D. Jacobs | Director | $725.00 | 20.70 | 18.78% | $15,007.50 | 21.45% |
| S. Fisher | Vice President | $650.00 | 0.50 | 0.45% | $325.00 | 0.46% |
| S. Fliegler | Managing Director | $875.00 | 8.90 | 8.08% | $7,787.50 | 11.13% |
| S. Hom | Analyst | $475.00 | 43.50 | 39.47% | $20,662.50 | 29.53% |
| S. Murphy | Director | $725.00 | 7.50 | 6.81% | $5,437.50 | 7.77% |
| S. Pomerantz | Managing Director | $875.00 | 17.30 | 15.70% | $15,137.50 | 21.64% |
| **Total** | | **$634.87** | **110.20** | **100.00%** | **$69,962.50** | **100.00%** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF
NEW ORLEANS,[1]

CASE NO. 20-10846
(JOINTLY ADMINISTERED)

CHAPTER 11
COMPLEX CASE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-

1

12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St. Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St. Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716],

2

(cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St. Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25- 12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25- 12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12728, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

3

**DEBTOR**                                    **SECTION "A"**

___

**FOURTH AND FINAL FEE APPLICATION OF KROLL LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORMER PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

___

> A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 14, 2026 AT 9:30 A.M. AND MAY 15, 2026 at 9:30 A.M. AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST., COURTROOM B709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING CODE: "JUDGEGRABILL"). IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN MARCH 31, 2026. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

Kroll, LLC ("Kroll"), former pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby files this *Fourth and Final Fee Application of Kroll LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Pension Analyst to the Official Committee of Unsecured Commercial Creditors* (the "Final Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1

4

of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules"), the General Order 2019-4 Establishing Procedures for Complex Chapter 11 Cases (the "Complex Case Rules"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "UST Guidelines").

## RELIEF REQUESTED

By this Final Application, Kroll seeks final approval and allowance of the $69,962.50 in professional compensation and $0.00 in expenses Kroll incurred between January 1, 2024 and September 30, 2025 (the "Full Application Period") that were previously allowed on an interim basis by the Prior Interim Orders (as defined below).

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested in this Final Application include 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2014 and 2016, Rule 2016-1 of the Local Rules, and § XIII of the Complex Case Rules.

## BACKGROUND

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned Bankruptcy Case. That same date, this Court entered an order designating the case as a Complex Chapter 11 Case [ECF Doc. 18]. The Archdiocese continues to operate and maintain their non-profit organization

and manage their properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.     On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [Docket No. 772], appointing the Commercial Committee pursuant to section 1102 of the Bankruptcy Code, followed by a *Supplemental Notice of Appointment of Unsecured Commercial Creditor's Committee to Designate Name* [Docket No. 792]. The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[2]

5.     To determine the feasibility of the Debtor's draft plan and future filed plan(s) and participate intelligently in any mediation, the Commercial Committee must analyze the Debtor's pension and Other Post-Employment Benefit Plans. In furtherance of such, the Commercial Committee selected Kroll to serve as its pension analyst, and on November 30, 2023, filed that certain *Application for Entry of an Order Authorizing the Retention and Employment of Kroll, LLC as Pension Analyst to the Official Committee of Unsecured Commercial Creditors* [Doc. No. 2687].

6.     On December 27, 2023, the Court entered that certain *Order* [Doc. No. 2772], which approved the Commercial Committee's retention of Kroll as its pension analyst on a final basis.

---

[2] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("TMI") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity. After careful consideration, on April 7, 2021, the Commercial Committee determined to grant TMI's request to become an *ex officio* member of the Commercial Committee. For the avoidance of doubt, TMI is a non-voting member of the Commercial Committee and does not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee.

7.       On November 12, 2025, the Additional Debtors[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Additional Debtors' Bankruptcy Cases"). On November 13, 2025, the Court entered an *Order* directing the Additional Debtors' Bankruptcy Cases to be jointly administered with the Bankruptcy Case and designated the Bankruptcy Case as the lead case [ECF Doc. 4603].

8.       On December 8, 2025, the Court entered that certain *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF Doc. 4767] (the "Confirmation Order") which confirmed that certain *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF Doc. 4762] (the "Joint Plan") that was proposed by the Debtor, the Official Committee of Unsecured Creditors (the "Abuse Committee") and the Additional Debtors (together with the Debtor and Abuse Committee, the "Plan Proponents").

9.       On December 22, 2025, the Court entered that certain *Order* [ECF Doc. 4808] closing the Additional Debtors' Bankruptcy Cases. On December 23, 2025, the Court entered that certain Order [ECF Doc. 4811] providing that "final applications for compensation for services and/or reimbursement of expenses pursuant to 11 U.S.C. §§ 327, 328, 330, 331 or 503(b)…must be filed and properly served on or before Friday, February 27, 2026[.]"

---

[3] The Additional Debtors are listed in the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025*. *See* ECF Doc. 4762-2.

7

10.     On December 29, 2025, the Debtor filed that certain *Notice of Occurrence of the Effective Date* [ECF Doc. 4817] which advised the Joint Plan became effective on December 26, 2025 (the "Effective Date"). As a consequence of the Effective Date, the Commercial Committee is dissolved. *See* ECF Doc. 4762 at § 14.4.

## **PRIOR FEE APPLICATIONS AND AWARDS**

11.     On June 27, 2024, Stewart Robbins Brown & Altazan ("SRBA") filed that certain *First Interim Fee Application of Kroll LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Pension Analyst to the Official Committee of Unsecured Commercial Creditors for the Period of January 1, 2024 through March 31, 2024* [ECF Doc. 3127] (the "First Interim Application") which sought interim approval and allowance of $34,700.00 for Kroll's fees and $0.00 for expenses incurred by Kroll for the period of January 1, 2024 through and including March 31, 2024 (the "First Application Period").

12.     On July 17, 2024, the Court entered that certain *Order* [ECF Doc. 3173] (the "First Application Order"), which awarded Kroll, for the First Application Period, $34,700.00 in fees and $0.00 in expenses.[4]

13.     On February 28, 2025, SRBA filed that certain *Second Interim Fee Application of Kroll LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Pension Analyst to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* [ECF Doc. 3791] (the "Second Interim Application") which sought interim approval and allowance of $762.50 for Kroll's fees and $0.00 for expenses incurred by Kroll for the period of August 1, 2024 through and including November

---

[4] Kroll did not bill any services between April 1, 2024 and July 31, 2024 and therefore, no monthly fee statements were circulated for this time period, nor was an interim application filed.

30, 2024 (the "Second Application Period").

14.     On April 21, 2025, the Court entered that certain *Order* [ECF Doc. 3922] (the "Second Application Order"), which awarded Kroll, for the Second Application Period, $762.50 in fees and $0.00 in expenses.[5]

15.     On November 25, 2025, SRBA filed that certain *Third Interim Fee Application of Kroll LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Pension Analyst to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2025 through September 30, 2025* [ECF Doc. 4704] (the "Third Interim Application," and together with the Second Interim Application and First Interim Application, the "Prior Interim Applications") which sought interim approval and allowance of $34,500.00 for Kroll's fees and $0.00 for expenses incurred by Kroll for the period of April 1, 2025 through and including September 30, 2025 (the "Third Application Period").

16.     On December 17, 2025, the Court entered that certain *Order* [ECF Doc. 4795] (the "Third Application Order," and together with the Second Application Order and the First Application Order, the "Prior Interim Orders"), which awarded Kroll, for the Third Application Period, $34,500.00 in fees and $0.00 in expenses

17.     At the time of filing this Final Application, Kroll's records indicate that a balance of $0.00 remains outstanding with respect to the fees and expenses awarded through the Prior Interim Orders.

## COMPENSATION AND ITS SOURCE

18.     All services for which compensation is requested by Kroll were performed for or

---

[5] Kroll did not bill any services between December 1, 2024 and March 31, 2025 and therefore, no monthly fee statements were circulated for this time period, nor was an interim application filed.

on behalf of the Commercial Committee.

19.     During the Full Application Period, Kroll has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Final Application. There is no agreement or understanding between Kroll and any other person other than the partners of Kroll for the sharing of compensation to be received for services rendered in this chapter 11 case.

20.     Kroll's individual fee statements for each month covered by the Full Application Period are attached hereto, *in-globo*, as **Exhibit "A"**. The hourly rates charged in this Bankruptcy Case are those customarily charged by Kroll for similar services. Kroll's fees for pension analysis services are customary and usual in the community in which Kroll practices. To the best of Kroll's knowledge, this Final Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Complex Case Rules, and the UST Guidelines.

## ACTUAL AND NECESSARY EXPENSES

21.     During the Full Application Period, Kroll did not incur any expenses in connection with its representation of the Commercial Committee, and therefore, none are included in this Final Application.

## SUMMARY OF SERVICES RENDERED

22.     The full scope of Kroll's services during the entirety of the Bankruptcy Case is set forth in **Exhibit "A"** and summaries of the services Kroll rendered can be found in the Prior Interim Applications.[6]   While **Exhibit "A"** is the best evidence of the services Kroll rendered in the Bankruptcy Case, Kroll believes the following summary provides a useful overview.

23.     As a preliminary matter, the Debtor scheduled an unfunded pension liability of

---

[6] *See, e.g.,* ECF Doc. 3127, ¶ 13; ECF Doc. 3791, ¶ 16; ECF Doc. 4704, ¶ 18.

approximately $47.5 million in the Bankruptcy Case. It would later file a public disclosure on The Electronic Municipal Market Access Website with the Municipal Securities Rulemaking Board, which stated the Debtor failed to reflect a retiree medical-benefit liability that could exceed $26 million on its post-1994 financial statements. In light of the Debtor's pension liabilities, and their influence on any plan of reorganization filed in the Bankruptcy Case, the Commercial Committee sought and received this Court's approval to employ and retain Kroll as its pension analyst.

24.     From the inception of its employment, Kroll has strived to render its pension analyst services as efficiently and economically as permitted under the circumstances. This was aided, in part, by the willingness of: (a) the Debtor to share the information and reports generated by its pension professional, Willis Towers Watson US LLC ("WTW");[7] and (b) the Abuse Committee to share its pension professionals' findings as part of the mediation and plan confirmation process.[8]

25.     The services Kroll has rendered in this Bankruptcy Case were beneficial to the Estate and the administration of the Bankruptcy Case in several ways. For one, and because the valuation of the Debtor's pension obligations influenced, among other things, the feasibility of any plan of reorganization and the Debtor's liquidation value, it was crucial to ensure the methodology underlying this valuation was carefully scrutinized and thoroughly tested. Likewise, such scrutiny could reveal a more appropriate and beneficial alternative to addressing the Archdiocese's pension obligations.

26.     To assess the Debtor's pension obligations and the methodology used in their preparation, Kroll reviewed the reports generated by WTW concerning the Debtor's pension obligations and reconciled the analysis advanced by WTW with other documents, such as the

---

[7] ECF Doc. 2687 at ¶ 13.
[8] ECF Doc. 2687 at ¶ 14.

Debtor's cash flow, financials, discount rates and inflation. Not only did this ensure the methodology used by the Debtor was cogent, but Kroll's analysis enabled the Commercial Committee to more meaningfully participate in mediation with the Plan Proponents in matters involving the Debtor pension obligations. This echoes one of the reasons in the Court's *Memorandum Opinion and Order* that justified the appointment of the Commercial Committee: "to provide dynamic tension in negotiations with the debtor and other parties in interest in the reorganization process."[9]

### FACTORS SUPPORTING AWARD

27.     In *In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012), the Fifth Circuit ruled that the six factors found in 11 U.S.C. §330(a)(3) are to be considered when awarding compensation to professionals. Under § 330, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

---

[9] ECF Doc. 745 at 27.

12

28.    Rejecting the "hindsight" or "material benefit" standard that was originally set forth

in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998), the Fifth Circuit adopted a

prospective standard based on whether the services of counsel were reasonably likely to benefit

the estate at the time in which they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir.

2015). All services rendered by Kroll satisfy the *Woerner* standard because they were reasonably

likely to benefit the Debtor's estate at the time rendered.

29.    Kroll also believes that as applied to the firm's services in this chapter 11 case, the

following analysis of § 330(a)(3) factors are appropriate:

a.    **The Time and Labor Expended** - The charge for Kroll's services in this case for
the Full Application Period totals $69,962.50. The actual time expended by Kroll
in the Full Application Period is set forth in detail in **Exhibit** "**A**" attached hereto.
Kroll believes the time spent performing pension analysis services was
commensurate with the issues involved in its employment by the Commercial
Committee.

b.    **The Rate Charged for Such Services.** Kroll has applied for allowance of
compensation for fees that reflect its billing rates charged to clients by Kroll and
previously approved and/or set by courts in which Kroll has appeared. Kroll
believes that its customary fees for services are equal to or below those of other
firms in the national pension valuation analyst community and should be within the
range of fees approved for pension valuation analysts of similar experience within
this district.

c.    **Whether the services were necessary to the administration of, or beneficial at
the time at which the service was rendered toward the completion of, a case
under this title.** Kroll asserts that all services provided to the Commercial
Committee were necessary to the administration of and/or beneficial to the
bankruptcy case at the time the services were rendered. Where Kroll deemed the
time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in
some situations, did not put the time into its billing system.

d.    **Whether the services were performed within a reasonable amount of time
commensurate with the complexity, importance, and nature of the problem,
issue, or task addressed**. Kroll submits that the time put into this case is
commensurate with the level of difficulty of the issues presented. When possible,
particular projects have been handled by an analyst or a director with a lower billing
rate.

13

e. **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy restructuring.** Kroll believes and respectfully submits that its pension analysts are highly regarded as experts in the area of pension analysis. Kroll has extensive experience in analyzing complex financial, valuation and pension issues.

30.    "The Fifth Circuit uses the 'lodestar' method to calculate fees." *Transamerican Natural Gas Corp. v. Zapata P'ship, Ltd. (In re Fender)*, 12 F.3d 480, 487 (5th Cir. 1994) (citation omitted). The lodestar is the number of hours reasonably expended multiplied by "the prevailing hourly rate in the community for similar work." *Id.* The request for fees is then adjusted upward or downward based on the iconic "*Johnson* factors." *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). A detailed description of the application of each of these factors relevant to this Application is set forth below:

a. **The Novelty and Difficulty of Issues** – This case has presented issues of greater complexity than cases customarily brought before this Court.

b. **The Skills Required for Performance of Services** – Kroll's pension and valuation analysts have appeared before courts throughout the country in bankruptcy cases on behalf of debtors, creditors, trustees, and creditor committees as pension and valuation analysts for many years. Kroll believes and respectfully submits that it is highly regarded in the areas of valuation, expert services, investigations, cyber security, corporate finance, restructuring, legal and business solutions, data analytics and regulatory compliance. Kroll's pension analysts possess the experience, reputation, and ability to merit an award of the requested compensation and reimbursement.

c. **Preclusion from Other Employment** – While Kroll was not precluded from other employment during the Full Application Period, the professionals who have devoted time to this case were prevented from working on other matters.

d. **Contingent Nature of Fees** – These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the case, the availability of cash, review by the Office of the United States Trustee, Region 5, and the approval of the Court.

e. **Time Limitations and Other Circumstances** – Kroll's professionals strived to render their services in a quick and efficient manner.

14

f. **The Amount Involved and the Results Obtained** – Kroll submits that the amount sought is fully commensurate with the services rendered. Kroll respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Commercial Committee and were rendered to protect and preserve the interests of the Commercial Committee during the pendency of the chapter 11 case. The services were commensurate within the complexity, exigency, and importance of the issues involved.

g. **Experience, Reputation, and Ability** – The Commercial Committee selected Kroll based on its extensive experience and knowledge in the field of pension analysis.

h. **The Undesirability of the Case** – This case was not undesirable.

i. **The Nature and Length of the Professional Relationship with the Client** – Kroll has rendered services in favor of the Commercial Committee since January of 2024.

j. **Awards in Similar Cases** – Kroll avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Louisiana bankruptcy courts.

## <u>CERTIFICATION</u>

31.     By my signature on this Final Application, I, Seth Fliegler, do hereby certify that (i) I have read this application; (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by Kroll and generally accepted by Kroll's clients.

## <u>EXHIBITS TO FINAL APPLICATION</u>

32.     Additionally, attached to this Final Application are the following:

a. **Exhibit A**: Kroll's monthly fee statements previously circulated under the Complex Case Order for the Full Application Period.

b. **Exhibit B**: Aggregate valuation of services chart identifying the professionals who rendered pension analysis services during the Full Application Period, along with the aggregate number of hours for each individual and the total billed amount.

      c. **Exhibit C**: The proposed order (the "Proposed Order") Kroll requests this Court enter.

      **WHEREFORE**, Kroll respectfully requests that the Court enter the Proposed Order: (a) approving the Final Application; (b) allowing, on a final basis, fees in the amount of $69,962.50 and expenses in the amount of $0.00 that were previously allowed on an interim basis through the Prior Interim Orders; (c) directing the Debtor to pay the aforementioned amounts; and (d) grant such other and further relief as this Court may deem just and proper.

Dated: February 27, 2026           Respectfully Submitted,

                          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                 By:    */s/Paul D. Stewart, Jr.*
                         Paul D. Stewart, Jr. (LA. Bar # 24661)
                         dstewart@stewartrobbins.com
                         William S. Robbins (LA. Bar # 24627)
                         wrobbins@stewartrobbins.com
                         Brandon A. Brown (La. Bar #25592)
                         bbrown@stewartrobbins.com
                         Brooke W. Altazan (La. Bar #32796)
                         baltazan@stewartrobbins.com
                         Nicholas J. Smeltz (La. Bar #38895)
                         nsmeltz@stewartrobbins.com
                         301 Main St., Suite 1640
                         Baton Rouge, LA 70801-0016
                         Telephone: (225) 231-9998
                         Facsimile: (225) 709-9467

                 By:    /s/ Seth Fliegler
                         Seth Fliegler
                         Kroll, LLC

**EXHIBIT A**

**KROLL'S MONTHLY FEE STATEMENTS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

**FIRST MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JANUARY 31, 2024 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this First Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending January 31, 2024 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.      Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $2,774.00 (80% of $3,467.50) |
|---|---|
| Total Expenses: | $0 |
| Total: | $2,774.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $2,774.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:       February 23, 2024          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:    */s/ Paul Douglas Stewart, Jr.*
                                     Paul D. Stewart (LA. Bar # 24661)
                                     dstewart@stewartrobbins.com
                                     William S. Robbins (La. #24627)
                                     wrobbins@stewartrobbins.com
                                     Brandon A. Brown (La. #25592)
                                     bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES
Time Period – January 1, 2024 – January 31, 2024**

# KROLL

Stewart Robbins Brown & Altazan LLC
Brooke W. Altazan, Esq
301 Main Street Suite 1640
Baton Rouge, LA 70821

| | |
|---|---|
| **Total Amount:** | **USD 3,467.50** |
| Invoice No: | TI000000993-2000 |
| Invoice Date: | February 21, 2024 |
| Due Date: | March 22, 2024 |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

## INVOICE

**RE: StewartRobbins_Archdiocese of New Orleans**

**Professional Services rendered from January 1, 2024 through January 31, 2024**

| | | | |
|---|---|---|---|
| | | | USD 3,467.50 |
| S. Pomerantz | 2 hrs @ 875.00 | | 1,750.00 |
| D. Jacobs | 0.8 hrs @ 725.00 | | 580.00 |
| S. Fliegler | 1.3 hrs @ 875.00 | | 1,137.50 |

| | |
|---|---|
| Subtotal: | 3,467.50 |
| **Total Due:** | **USD 3,467.50** |

### Remittance Instructions

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

### Billing Questions

T: +1 952-563-3077
E: EliteAR@Kroll.com

### Tax ID:

82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

**Hourly Professional Services**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/8/24 | D. Jacobs - Review documents/case materials | 0.50 | 725.00 | 362.50 |
| 1/8/24 | D. Jacobs - Call with client or counsel | 0.10 | 725.00 | 72.50 |
| 1/8/24 | S. Pomerantz - Call with client or counsel | 0.10 | 875.00 | 87.50 |
| 1/8/24 | S. Fliegler - Call with client or counsel | 0.10 | 875.00 | 87.50 |
| 1/23/24 | S. Fliegler - Analyzed pension valuation reports. | 0.30 | 875.00 | 262.50 |
| 1/24/24 | S. Fliegler - Telephone call with S. Pomerantz re: pension valuation | 0.70 | 875.00 | 612.50 |
| 1/24/24 | S. Pomerantz - Review Documents | 0.20 | 875.00 | 175.00 |
| 1/24/24 | S. Pomerantz - Telephone call with S. Fliegler re: pension valuation | 0.70 | 875.00 | 612.50 |
| 1/29/24 | S. Fliegler - Call with counsel re: pension analysis | 0.20 | 875.00 | 175.00 |
| 1/29/24 | D. Jacobs - Call with counsel re: pension analysis | 0.20 | 725.00 | 145.00 |
| 1/29/24 | S. Pomerantz - Call with counsel re: pension analysis | 0.20 | 875.00 | 175.00 |
| 1/29/24 | S. Pomerantz - Review Documents | 0.80 | 875.00 | 700.00 |
| | | | **Subtotal:** | 3,467.50 |

## Kroll, LLC

Date Start: 1/1/2024 | Date End: 1/31/2024 | Client: Official Committee of Unsecured Commercial Creditors

| User | Date | User | Activity | Description | Billable Time | Hourly Rate |
|------|------|------|----------|-------------|---------------|-------------|
| Steve Pomerantz | 01/08/2024 | Steve Pomerantz | Pension Analysis | Call with client or counsel | 0.10 | $875 |
| Steve Pomerantz | 01/24/2024 | Steve Pomerantz | Pension Analysis | Telephone call with S. Fliegler re: pension valuation | 0.70 | $875 |
| Steve Pomerantz | 01/24/2024 | Steve Pomerantz | Pension Analysis | Review documents | 0.20 | $875 |
| Steve Pomerantz | 01/29/2024 | Steve Pomerantz | Pension Analysis | Review documents | 0.80 | $875 |
| Steve Pomerantz | 01/29/2024 | Steve Pomerantz | Pension Analysis | Call with counsel re:pension analysis | 0.20 | $875 |
| **Totals For Steve Pomerantz** | | | | | | **$1,750.00** |
| Seth Fliegler | 01/08/2024 | Seth Fliegler | Pension Analysis | Call with client or counsel | 0.10 | $875 |
| Seth Fliegler | 01/23/2024 | Seth Fliegler | Pension Analysis | Analyzed pension valuation reports | 0.30 | $875 |
| Seth Fliegler | 01/24/2024 | Seth Fliegler | Pension Analysis | Telephone call with S. Pomerantz re: pension valuation | 0.70 | $875 |
| Seth Fliegler | 01/29/2024 | Seth Fliegler | Pension Analysis | Call with counsel re:pension analysis | 0.20 | $875 |
| **Totals For Seth Fliegler** | | | | | | **$1,137.50** |
| Debra Jacobs | 01/08/2024 | Seth Fliegler | Pension Analysis | Call with client or counsel | 0.10 | $725 |
| Debra Jacobs | 01/23/2024 | Seth Fliegler | Pension Analysis | Review documents/case materials | 0.50 | $725 |
| Debra Jacobs | 01/24/2024 | Seth Fliegler | Pension Analysis | Call with counsel re:pension analysis | 0.20 | $725 |
| **Totals For Debra Jacobs** | | | | | | **$580.00** |
| **Total** | | | | | | **$3,467.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

**SECOND MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING FEBRUARY 29, 2024 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Second Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending February 29, 2024 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.      Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $11,074.00 (80% of $13,842.50) |
|---|---|
| Total Expenses: | $0 |
| Total: | $11,074.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $11,074.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:        March 20, 2024            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:    */s/ Paul Douglas Stewart, Jr.*
                                     Paul D. Stewart (LA. Bar # 24661)
                                     dstewart@stewartrobbins.com
                                     William S. Robbins (La. #24627)
                                     wrobbins@stewartrobbins.com
                                     Brandon A. Brown (La. #25592)
                                     bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – February 1, 2024 – February 29, 2024**

# KROLL

Stewart Robbins Brown & Altazan
Brooke W. Altazan, Esq
301 Main Street
Suite 1640
Baton Rouge, LA 70821

| | |
|---|---|
| **Total Amount:** | **USD 13,842.50** |
| Invoice No: | TI000002157-2000 |
| Invoice Date: | March 6, 2024 |
| Due Date: | April 5, 2024 |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

## INVOICE

**RE: StewartRobbins_Archdiocese of New Orleans**

Fees for Hourly Professional Services Rendered                           USD 13,842.50

| | | |
|---|---|---|
| S. Fliegler | 2.7 hrs @ 875.00 | 2,362.50 |
| B. Youmell | 10.6 hrs @ 475.00 | 5,035.00 |
| S. Pomerantz | 4.3 hrs @ 875.00 | 3,762.50 |
| D. Jacobs | 3.7 hrs @ 725.00 | 2,682.50 |

| | |
|---|---|
| Subtotal: | 13,842.50 |
| Sales tax amount: | 0.00 |
| **Total Due:** | **USD  13,842.50** |

**Remittance Instructions**

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions**

T: +1 952-563-3077
E: EliteAR@Kroll.com

**Tax ID:**
82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 2/7/24 | S. Pomerantz - Review documents | 0.80 | 875.00 | 700.00 |
| 2/7/24 | D. Jacobs - Conduct research and analysis. | 0.50 | 725.00 | 362.50 |
| 2/12/24 | S. Fliegler - Analyzed monthly operating reports. | 0.70 | 875.00 | 612.50 |
| 2/13/24 | B. Youmell - Conduct research and analysis. | 0.20 | 475.00 | 95.00 |
| 2/13/24 | S. Pomerantz - Review documents. | 0.90 | 875.00 | 787.50 |
| 2/13/24 | D. Jacobs - Conduct research and analysis. | 1.20 | 725.00 | 870.00 |
| 2/13/24 | S. Fliegler - Analyzed monthly operating reports. | 0.80 | 875.00 | 700.00 |
| 2/14/24 | B. Youmell - Financial modeling. | 6.20 | 475.00 | 2,945.00 |
| 2/15/24 | S. Pomerantz - Review documents. | 0.60 | 875.00 | 525.00 |
| 2/15/24 | B. Youmell - Financial modeling. | 3.80 | 475.00 | 1,805.00 |
| 2/15/24 | S. Fliegler - Analyzed monthly operating reports. | 0.50 | 875.00 | 437.50 |
| 2/16/24 | D. Jacobs - Conduct research and analysis | 0.80 | 725.00 | 580.00 |
| 2/16/24 | B. Youmell - Conduct research and analysis | 0.40 | 475.00 | 190.00 |
| 2/16/24 | S. Pomerantz - Review documents | 0.40 | 875.00 | 350.00 |
| 2/20/24 | S. Pomerantz - Review documents | 0.10 | 875.00 | 87.50 |
| 2/20/24 | D. Jacobs - Conduct research and analysis | 0.10 | 725.00 | 72.50 |
| 2/20/24 | S. Fliegler - Telephone call with client or counsel | 0.40 | 875.00 | 350.00 |
| 2/20/24 | S. Pomerantz - Telephone call with client or counsel | 0.40 | 875.00 | 350.00 |
| 2/20/24 | D. Jacobs - Telephone call with client or counsel | 0.40 | 725.00 | 290.00 |
| 2/23/24 | D. Jacobs  - Telephone call with client or counsel | 0.30 | 725.00 | 217.50 |
| 2/23/24 | S. Fliegler  - Telephone call with client or counsel | 0.30 | 875.00 | 262.50 |
| 2/23/24 | D. Jacobs  - Conduct research and analysis | 0.40 | 725.00 | 290.00 |
| 2/23/24 | S. Pomerantz  - Review documents | 0.80 | 875.00 | 700.00 |
| 2/23/24 | S. Pomerantz - Telephone call with client or counsel | 0.30 | 875.00 | 262.50 |
| | | | Subtotal: | 13,842.50 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

---

**THIRD MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING MARCH 31, 2024 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

---

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Third Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending March 31, 2024 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1. Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $13,912.00 (80% of $17,390.00) |
|---|---|
| Total Expenses: | $0 |
| Total: | $13,912.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $13,912.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      May 2, 2024           **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                           By:   */s/ Paul Douglas Stewart, Jr.*
                                 Paul D. Stewart (LA. Bar # 24661)
                                 dstewart@stewartrobbins.com
                                 William S. Robbins (La. #24627)
                                 wrobbins@stewartrobbins.com
                                 Brandon A. Brown (La. #25592)
                                 bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES
Time Period – March 1, 2024 – March 31, 2024**

# KROLL

| | |
|---|---|
| Stewart Robbins Brown & Altazan | |
| Brooke W. Altazan, Esq | |
| 301 Main Street | |
| Suite 1640 | |
| Baton Rouge, LA 70821 | |
| United States | |

| | |
|---|---|
| **Total Amount:** | **USD 17,390.00** |
| Invoice No: | TI000003819-2000 |
| Invoice Date: | April 5, 2024 |
| Due Date: | May 5, 2024 |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |
| Project ID: | E030881C |

## INVOICE

**RE: StewartRobbins_Archdiocese of New Orleans**

**Invoice for professional services rendered from March 1, 2024 through March 31, 2024.**

| Fees for Hourly Professional Services Rendered | | USD 17,390.00 |
|---|---|---|
| D. Jacobs | 16.2 hrs @ 725.00 | 11,745.00 |
| B. Youmell | 1.2 hrs @ 475.00 | 570.00 |
| S. Fliegler | 2.3 hrs @ 875.00 | 2,012.50 |
| S. Pomerantz | 3.5 hrs @ 875.00 | 3,062.50 |

| | |
|---|---|
| Subtotal: | 17,390.00 |
| **Total Due:** | **USD  17,390.00** |

### Remittance Instructions

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

### Billing Questions

T: +1 952-563-3077
E: EliteAR@Kroll.com

**Tax ID:**
82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 3/15/24 | D. Jacobs - Conduct research and analysis | 2.10 | 725.00 | 1,522.50 |
| 3/15/24 | S. Fliegler - Conduct research and analysis | 0.30 | 875.00 | 262.50 |
| 3/18/24 | S. Pomerantz - Conduct research and analysis | 0.80 | 875.00 | 700.00 |
| 3/18/24 | D. Jacobs - Conduct research and analysis | 1.50 | 725.00 | 1,087.50 |
| 3/18/24 | S. Fliegler - Internal team meeting | 0.70 | 875.00 | 612.50 |
| 3/18/24 | D. Jacobs - Internal team meeting | 0.70 | 725.00 | 507.50 |
| 3/19/24 | S. Pomerantz - Conduct research and analysis | 0.50 | 875.00 | 437.50 |
| 3/19/24 | D. Jacobs - Conduct research and analysis | 6.60 | 725.00 | 4,785.00 |
| 3/19/24 | S. Pomerantz - Internal team meeting | 0.40 | 875.00 | 350.00 |
| 3/19/24 | D. Jacobs - Internal team meeting | 0.40 | 725.00 | 290.00 |
| 3/20/24 | S. Pomerantz - Conduct research and analysis | 0.70 | 875.00 | 612.50 |
| 3/20/24 | B. Youmell - Internal team meeting | 0.10 | 475.00 | 47.50 |
| 3/20/24 | D. Jacobs - Conduct research and analysis | 2.40 | 725.00 | 1,740.00 |
| 3/20/24 | D. Jacobs – Internal team meeting | 0.10 | 725.00 | 72.50 |
| 3/20/24 | B. Youmell - Conduct research and analysis | 1.10 | 475.00 | 522.50 |
| 3/20/24 | S. Fliegler - Conduct research and analysis | 0.40 | 875.00 | 350.00 |
| 3/21/24 | S. Pomerantz - Conduct research and analysis | 0.20 | 875.00 | 175.00 |
| 3/21/24 | D. Jacobs - Internal team meeting | 0.50 | 725.00 | 362.50 |
| 3/21/24 | S. Fliegler - Internal team meeting | 0.50 | 875.00 | 437.50 |
| 3/22/24 | D. Jacobs - Meeting with client or counsel | 0.40 | 725.00 | 290.00 |
| 3/22/24 | S. Fliegler - Meeting with client or counsel | 0.40 | 875.00 | 350.00 |
| 3/22/24 | S. Pomerantz - Meeting with client or counsel | 0.40 | 875.00 | 350.00 |
| 3/22/24 | S. Pomerantz – Conduct research and analysis | 0.50 | 875.00 | 437.50 |
| 3/26/24 | D. Jacobs - Conduct research and analysis | 1.50 | 725.00 | 1,087.50 |
| | | | Subtotal: | 17,390.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | **Chapter 11** |
| **Debtor.** | **Section A** |

**FOURTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING AUGUST 31, 2024 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fourth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending August 31, 2024 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.      Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $610.00 (80% of $762.50) |
| Total Expenses: | $0 |
| Total: | $610.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $610.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:        September 13, 2024          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                    By:     */s/ Paul Douglas Stewart, Jr.*
                                            Paul D. Stewart (LA. Bar # 24661)
                                            dstewart@stewartrobbins.com
                                            William S. Robbins (La. #24627)
                                            wrobbins@stewartrobbins.com
                                            Brandon A. Brown (La. #25592)
                                            bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – August 1, 2024 – August 31, 2024**

# KROLL

Stewart Robbins Brown & Altazan
Brooke W. Altazan, Esq
301 Main Street
Suite 1640
Baton Rouge, LA 70821
United States

| | |
|---|---|
| **Total Amount:** | **USD 762.50** |
| Invoice No: | TI000012076-2000 |
| Invoice Date: | September 11, 2024 |
| Due Date: | October 13, 2024 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

**INVOICE**

**RE: StewartRobbins_Archdiocese of New Orleans**

**Invoice for Professional services rendered from August 1, 2024 through August 31, 2024**

| | | | |
|---|---|---|---|
| Fees for Hourly Professional Services Rendered | | | USD 762.50 |
| S. Fliegler | 0.5 hrs @ 875.00 | 437.50 | |
| S. Fisher | 0.5 hrs @ 650.00 | 325.00 | |
| | | | |
| Subtotal: | | 762.50 | |
| | | | |
| **Total Due:** | | | **USD  762.50** |

### Remittance Instructions

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

### Billing Questions

T: +1 952-563-3077
E: EliteAR@Kroll.com

### Tax ID:

82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

---

Kroll LLC (US)
Lockbox: 12595 Collection Center Drive
Chicago, IL 60693
www.kroll.com

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 8/5/24 | S. Fliegler  - Meeting with client or counsel | 0.50 | 875.00 | 437.50 |
| 8/5/24 | S. Fisher  - Meeting with client or counsel | 0.50 | 650.00 | 325.00 |
| | | | Subtotal: | 762.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

**FIFTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING APRIL 30, 2025 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Fifth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending April 30, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.      Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.     Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $16,380.00 (80% of $20,475.00) |
|---|---|
| Total Expenses: | $0 |
| Total: | $16,380.00 |

3.     Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.     Pursuant to the Compensation Order, Kroll seeks payment of $16,380.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered. Kroll did not incur any expenses during the Statement Period.

5.     In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      May 20, 2025          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                 By:   */s/ Paul Douglas Stewart, Jr.*
                                       Paul D. Stewart (LA. Bar # 24661)
                                       dstewart@stewartrobbins.com
                                       William S. Robbins (La. #24627)
                                       wrobbins@stewartrobbins.com
                                       Brandon A. Brown (La. #25592)
                                       bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

**Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans**

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – April 1, 2025 – April 30, 2024**

# KROLL

Brooke W. Altazan, Esq
Stewart Robbins Brown & Altazan
301 Main Street
Suite 1640
Baton Rouge, LA 70821
United States

| | |
|---|---|
| **Total Amount:** | **USD 20,475.00** |
| Invoice No: | TI000026052-2000 |
| Invoice Date: | May 8, 2025 |
| Due Date: | June 7, 2025 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

**INVOICE**

---

**RE: StewartRobbins_Archdiocese of New Orleans**

**Invoice for professional services rendered from April 1, 2025 through April 30, 2025.**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 20,475.00 |
| S. Hom | 26.5 hrs @ 475.00 | 12,587.50 |
| S. Murphy | 4 hrs @ 725.00 | 2,900.00 |
| S. Fliegler | 1.6 hrs @ 875.00 | 1,400.00 |
| S. Pomerantz | 4.1 hrs @ 875.00 | 3,587.50 |
| Subtotal: | | 20,475.00 |
| **Total Due:** | | **USD  20,475.00** |

**Remittance Instructions**

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions**

T: +1 678-403-3244
E: EliteAR@Kroll.com

**Tax ID:**
82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

---

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 4/10/25 | S. Pomerantz  - conference with councel | 0.50 | 875.00 | 437.50 |
| 4/10/25 | S. Pomerantz  - Review Documents | 0.40 | 875.00 | 350.00 |
| 4/10/25 | S. Murphy  - Meeting with client or counsel | 0.50 | 725.00 | 362.50 |
| 4/10/25 | S. Fliegler  - Telephone call with client or counsel | 0.50 | 875.00 | 437.50 |
| 4/11/25 | S. Fliegler  - Conduct research and analysis | 0.50 | 875.00 | 437.50 |
| 4/11/25 | S. Pomerantz  - conference | 0.50 | 875.00 | 437.50 |
| 4/14/25 | S. Pomerantz  - Review Documents | 1.20 | 875.00 | 1,050.00 |
| 4/15/25 | S. Fliegler  - Internal team meeting | 0.30 | 875.00 | 262.50 |
| 4/15/25 | S. Murphy  - Internal team meeting | 0.50 | 725.00 | 362.50 |
| 4/15/25 | S. Pomerantz  - Review Documents | 1.50 | 875.00 | 1,312.50 |
| 4/16/25 | S. Murphy  - Internal team meeting | 0.40 | 725.00 | 290.00 |
| 4/16/25 | S. Hom  - Call w/ S. Fisher re: Task Review | 0.50 | 475.00 | 237.50 |
| 4/23/25 | S. Hom  - Review documents/case materials | 3.50 | 475.00 | 1,662.50 |
| 4/24/25 | S. Murphy  - Internal team meeting | 0.50 | 725.00 | 362.50 |
| 4/24/25 | S. Hom  - Meeting w/ S.Fisher Re: Task Overview | 0.40 | 475.00 | 190.00 |
| 4/24/25 | S. Hom  - Review documents/case materials | 5.60 | 475.00 | 2,660.00 |
| 4/25/25 | S. Hom  - Review documents/case materials | 6.00 | 475.00 | 2,850.00 |
| 4/28/25 | S. Murphy  - Internal team meeting | 0.30 | 725.00 | 217.50 |
| 4/28/25 | S. Hom  - Review documents/case materials - Data Entry | 8.00 | 475.00 | 3,800.00 |
| 4/29/25 | S. Hom  - Review documents/case materials - Data Entry | 2.50 | 475.00 | 1,187.50 |
| 4/29/25 | S. Fliegler  - Conduct research and analysis | 0.30 | 875.00 | 262.50 |
| 4/29/25 | S. Murphy  - Review documents/case materials | 1.80 | 725.00 | 1,305.00 |
| | | | Subtotal: | 20,475.00 |

## Kroll, LLC

Date Start: 4/1/2025| Date End: 4/30/2025| Clients: Archdiocese of New Orleans

| Date | Client | Matter | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Seth Fliegler** | | | | | |
| 04/10/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Telephone call with client or counsel | 0.50 | $437.50 |
| 04/11/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Conduct research and analysis | 0.50 | $437.50 |
| 04/15/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.30 | $262.50 |
| 04/29/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Conduct research and analysis | 0.30 | $262.50 |
| | | **Totals Amounts Seth Fliegler** | | | **$1,400.00** |
| **Samantha Hom** | | | | | |
| 04/16/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.50 | $237.50 |
| 04/23/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 3.50 | $1,662.50 |
| 04/24/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 0.40 | $190.00 |
| 04/24/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 5.60 | $2,660.00 |
| 04/25/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 6.00 | $2,850.00 |
| 04/28/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 8.00 | $3,800.00 |
| 04/29/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 2.50 | $1,187.50 |
| | | **Totals Amounts Samantha Hom** | | | **$12,587.50** |
| **Sarah Murphy** | | | | | |
| 04/10/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Telephone call with client or counsel | 0.50 | $362.50 |
| 04/15/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.50 | $362.50 |
| 04/16/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.40 | $290.00 |
| 04/24/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.50 | $362.50 |
| 04/28/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.30 | $217.50 |
| 04/29/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review documents/case materials | 1.80 | $1,305.00 |
| | | **Totals Amounts Sarah Murphy** | | | **$2,900.00** |
| **Steve Pomerantz** | | | | | |
| 04/10/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review Documents | 0.40 | $350.00 |
| 04/10/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Telephone call with client or counsel | 0.50 | $437.50 |
| 04/11/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Internal team meeting | 0.50 | $437.50 |
| 04/14/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review Documents | 1.20 | $1,050.00 |
| 04/15/2025 | Official Committee of Unsecured Commercial Creditors | Roman Catholic Church of the Archdiocese of New Orleans | Review Documents | 1.50 | $1,312.50 |
| | | **Totals Amounts Steve Pomerantz** | | | **$3,587.50** |
| | | **Total Amounts** | | | **$20,475.00** |
| | | **Grand Total** | | **36.20** | **$20,475.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

**SIXTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING MAY 31, 2025 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Sixth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending May 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.      Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $1,620.00 (80% of $2,025.00) |
|---|---|
| Total Expenses: | $0 |
| Total: | $1,620.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $1,620.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered. Kroll did not incur any expenses during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.


Dated:       July 1, 2025            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:    */s/ Paul Douglas Stewart, Jr.*
                                     Paul D. Stewart (LA. Bar # 24661)
                                     dstewart@stewartrobbins.com
                                     William S. Robbins (La. #24627)
                                     wrobbins@stewartrobbins.com
                                     Brandon A. Brown (La. #25592)
                                     bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – May 1, 2025 – May 31, 2024**

# KROLL

Brooke W. Altazan, Esq
Stewart Robbins Brown & Altazan
301 Main Street Suite 1640
Baton Rouge, LA 70821

| | |
|---|---|
| **Total Amount:** | **USD 2,025.00** |
| Invoice No: | TI000028114-2000 |
| Invoice Date: | June 5, 2025 |
| Due Date: | July 5, 2025 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

## INVOICE

**RE: StewartRobbins_Archdiocese of New Orleans**

**Invoice for professional services rendered from May 1, 2025 through May 31, 2025**

| | | | |
|---|---|---|---|
| Fees for Hourly Professional Services Rendered | | | USD 2,025.00 |
| S. Hom | 3.5 hrs @ 475.00 | 1,662.50 | |
| S. Murphy | 0.5 hrs @ 725.00 | 362.50 | |
| | | | |
| Subtotal: | | 2,025.00 | |
| | | | |
| **Total Due:** | | | **USD  2,025.00** |

### Remittance Instructions

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

### Billing Questions

T: +1 678-403-3244
E: EliteAR@Kroll.com

### Tax ID:

82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 5/7/25 | S. Murphy  - Internal team meeting | 0.50 | 725.00 | 362.50 |
| 5/7/25 | S. Hom  - Internal team meeting w/S. Fisher | 0.50 | 475.00 | 237.50 |
| 5/23/25 | S. Hom  - Review documents/case materials - Data Entry | 1.00 | 475.00 | 475.00 |
| 5/29/25 | S. Hom  - Review documents/case materials | 2.00 | 475.00 | 950.00 |
|  |  |  | Subtotal: | 2,025.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

---

**SEVENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JUNE 30, 2025 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

---

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Seventh Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending June 30, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1. Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $3,430.00 (80% of $4,287.50) |
| Total Expenses: | $0 |
| Total: | $3,430.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $3,430.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered. Kroll did not incur any expenses during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      July 18, 2025      **STEWART ROBBINS BROWN & ALTAZAN, LLC**

      By:    */s/ Paul Douglas Stewart, Jr.*
           Paul D. Stewart (LA. Bar # 24661)
           dstewart@stewartrobbins.com
           William S. Robbins (La. #24627)
           wrobbins@stewartrobbins.com
           Brandon A. Brown (La. #25592)
           bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – June 1, 2025 – June 30, 2024**

# KROLL

Brooke W. Altazan, Esq
Stewart Robbins Brown&Altazan
301 Main Street
Suite 1640
Baton Rouge, LA 70821
United States

| | |
|---|---|
| **Total Amount:** | **USD 4,287.50** |
| Invoice No: | TI000030523-2000 |
| Invoice Date: | July 17, 2025 |
| Due Date: | August 16, 2025 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

**INVOICE**

RE: StewartRobbins_Archdiocese of New Orleans

**Invoice for Professional Services rendered from June 1, 2025 through June 30, 2025**

| Fees for Hourly Professional Services Rendered | | USD 4,287.50 |
|---|---|---|
| S. Pomerantz | 1.4 hrs @ 875.00 | 1,225.00 |
| S. Hom | 4 hrs @ 475.00 | 1,900.00 |
| S. Murphy | 1 hrs @ 725.00 | 725.00 |
| S. Fliegler | 0.5 hrs @ 875.00 | 437.50 |

Subtotal: 4,287.50

**Total Due:** **USD 4,287.50**

**Remittance Instructions**

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions**

T: +1 678-403-3244
E: EliteAR@Kroll.com

**Tax ID:**
82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

Kroll LLC (US)
Lockbox: 12595 Collection Center Drive
Chicago, IL 60693
www.kroll.com

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 6/2/25 | S. Hom  - Review documents/case materials; Internal team meeting | 2.00 | 475.00 | 950.00 |
| 6/2/25 | S. Pomerantz - Internal team meeting; Review documents/case materials | 0.90 | 875.00 | 787.50 |
| 6/2/25 | S. Fliegler  - Internal team meeting | 0.20 | 875.00 | 175.00 |
| 6/2/25 | S. Murphy  - Internal team meeting; Review documents/case materials | 0.50 | 725.00 | 362.50 |
| 6/3/25 | S. Hom  - Review documents/case materials | 1.50 | 475.00 | 712.50 |
| 6/4/25 | S. Hom  - Review documents/case materials | 0.50 | 475.00 | 237.50 |
| 6/9/25 | S. Murphy  - Telephone call with client or counsel; Review documents/case materials | 0.50 | 725.00 | 362.50 |
| 6/9/25 | S. Fliegler  - Telephone call with client or counsel | 0.30 | 875.00 | 262.50 |
| 6/9/25 | S. Pomerantz - elephone call with client or counsel; Review documents/case materials | 0.50 | 875.00 | 437.50 |
| | | | Subtotal: | 4,287.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

**EIGHTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JULY 31, 2025 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Eighth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending July 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.     Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.　　　Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $4,770.00 (80% of $5,962.50) |
| Total Expenses: | $0 |
| Total: | $4,777.00 |

3.　　　Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.　　　Pursuant to the Compensation Order, Kroll seeks payment of $4,770.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered. Kroll did not incur any expenses during the Statement Period.

5.　　　In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:　　　September 17, 2025　　　**STEWART ROBBINS BROWN & ALTAZAN, LLC**

　　　　　　　　　　　　　　　　　By:　　*/s/ Paul Douglas Stewart, Jr.*
　　　　　　　　　　　　　　　　　　　　　Paul D. Stewart (LA. Bar # 24661)
　　　　　　　　　　　　　　　　　　　　　dstewart@stewartrobbins.com
　　　　　　　　　　　　　　　　　　　　　William S. Robbins (La. #24627)
　　　　　　　　　　　　　　　　　　　　　wrobbins@stewartrobbins.com
　　　　　　　　　　　　　　　　　　　　　Brandon A. Brown (La. #25592)
　　　　　　　　　　　　　　　　　　　　　bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – July 1, 2025 – July 31, 2024**

# KROLL

Brooke W. Altazan, Esq
Stewart Robbins Brown & Altazan
301 Main Street Suite 1640
Baton Rouge, LA 70821

| | |
|---|---|
| **Total Amount:** | **USD 5,962.50** |
| Invoice No: | TI000032110-2000 |
| Invoice Date: | August 7, 2025 |
| Due Date: | September 6, 2025 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

**INVOICE**

**RE: StewartRobbins_Archdiocese of New Orleans**

**Invoice for Professional Services rendered from July 1, 2025 through July 31, 2025**

| Fees for Hourly Professional Services Rendered | | USD 5,962.50 |
|---|---|---|
| S. Hom | 9.5 hrs @ 475.00 | 4,512.50 |
| S. Murphy | 2 hrs @ 725.00 | 1,450.00 |
| | | |
| Subtotal: | | 5,962.50 |
| | | |
| **Total Due:** | | **USD  5,962.50** |

### Remittance Instructions

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

### Billing Questions

T: +1 678-403-3244
E: EliteAR@Kroll.com

**Tax ID:**
82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

---

Kroll LLC (US)
Lockbox: 12595 Collection Center Drive
Chicago, IL 60693
www.kroll.com

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/8/25 | S. Murphy  - Review documents/case materials | 2.00 | 725.00 | 1,450.00 |
| 7/9/25 | S. Hom  - Review documents/case materials | 4.50 | 475.00 | 2,137.50 |
| 7/28/25 | S. Hom  - Review documents/case materials | 3.00 | 475.00 | 1,425.00 |
| 7/31/25 | S. Hom  - Review documents/case materials | 2.00 | 475.00 | 950.00 |
| | | | Subtotal: | 5,962.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| **Debtor.** | Section A |

**NINTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING AUGUST 31, 2025 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Ninth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending August 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.      Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $840.00 (80% of $1,050.00) |
| Total Expenses: | $0 |
| Total: | $840.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $840.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered. Kroll did not incur any expenses during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      October 2, 2025          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:      */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com

Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – August 1, 2025 – August 31, 2025**

# KROLL

| | |
|---|---|
| Brooke W. Altazan, Esq | |
| Stewart Robbins Brown & Altazan | |
| 301 Main Street Suite 1640 | |
| Baton Rouge, LA 70821 | |
| United States | |

| | |
|---|---|
| **Total Amount:** | **USD 1,050.00** |
| Invoice No: | TI000034639-2000 |
| Invoice Date: | September 17, 2025 |
| Due Date: | October 17, 2025 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

## INVOICE

**RE: StewartRobbins_Archdiocese of New Orleans**

**Invoice for Professional Services rendered from August 1, 2025 through August 31, 2025**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 1,050.00 |
| S. Pomerantz | 1.2 hrs @ 875.00 | 1,050.00 |
| | | |
| Subtotal: | | 1,050.00 |
| | | |
| **Total Due:** | | **USD  1,050.00** |

| **Remittance Instructions** | | **Billing Questions** |
|---|---|---|
| Account Name: | Kroll LLC | T: +1 678-403-3244 |
| Bank Name: | Bank of America | E: EliteAR@Kroll.com |
| Account No: | 1233035833 | |
| ACH ABA#: | 122000030 | |
| Wire ABA#: | 026009593 | **Tax ID:** |
| Swift Code: | BOFAUS3N | 82-3616841 |

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 8/11/25 | S. Pomerantz  - Reviewed Amended Plan and Disclosure Statement | 1.20 | 875.00 | 1,050.00 |
| | | | Subtotal: | 1,050.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

## TENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2025 BY KROLL, LLC AS PENSION ANALYST TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Kroll, LLC ("Kroll"), pension analyst to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Tenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending September 30, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, Kroll respectfully represents as follows:

1.  Kroll respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by Kroll on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Kroll on behalf of the Commercial Committee during the Statement Period.

2.      Kroll seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $560.00 (80% of $700.00) |
|---|---|
| Total Expenses: | $0 |
| Total: | $560.00 |

3.      Kroll's invoice covering the Statement Period and providing a detailed statement of hours spent rendering pension analysis to the Commercial Committee and detailed list of disbursements made or incurred by Kroll in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, Kroll seeks payment of $560.00 from the Debtor for the Statement Period, representing (a) 80% of Kroll's total fees for services rendered. Kroll did not incur any expenses during the Statement Period.

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:       October 16, 2025             **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:     */s/ Paul Douglas Stewart, Jr.*
                                      Paul D. Stewart (LA. Bar # 24661)
                                      dstewart@stewartrobbins.com
                                      William S. Robbins (La. #24627)
                                      wrobbins@stewartrobbins.com
                                      Brandon A. Brown (La. #25592)

bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for the Official Committee of Unsecured
Commercial Creditors of The Roman Catholic
Church of the Archdiocese of New Orleans***

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – September 1, 2025 – September 30, 2025**

# KROLL

Brooke W. Altazan, Esq
Stewart Robbins Brown & Altazan
301 Main Street Suite 1640
Baton Rouge, LA 70821
United States

| | |
|---|---|
| **Total Amount:** | **USD 700.00** |
| Invoice No: | TI000036016-2000 |
| Invoice Date: | October 8, 2025 |
| Due Date: | November 7, 2025 |
| Project ID | E030881C |
| Contract No. | ORD-30842-B6C7R4 |
| Contact: | Seth Fliegler |

**INVOICE**

**RE: StewartRobbins_Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Fees for Hourly Professional Services Rendered | | | USD 700.00 |
| S. Pomerantz | 0.8 hrs @ 875.00 | 700.00 | |
| | | | |
| Subtotal: | | 700.00 | |
| | | | |
| **Total Due:** | | | **USD  700.00** |

**Remittance Instructions**

| | |
|---|---|
| Account Name: | Kroll LLC |
| Bank Name: | Bank of America |
| Account No: | 1233035833 |
| ACH ABA#: | 122000030 |
| Wire ABA#: | 026009593 |
| Swift Code: | BOFAUS3N |

**Billing Questions**

T: +1 678-403-3244
E: EliteAR@Kroll.com

**Tax ID:**

82-3616841

**Important Note: Please include our invoice number and name of your organization with all payments and send remittance advice to AR@kroll.com.**

Hourly Professional Services

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/8/25 | S. Pomerantz - Review documents and case materials | 0.80 | 875.00 | 700.00 |
| | | | Subtotal: | 700.00 |

**EXHIBIT B**

**AGGREGATE VALUATION OF SERVICES CHART**

| Professional | Title | Rate | Hours | Percent | Amount | Percent |
|---|---|---|---|---|---|---|
| B. Youmell | Analyst | $475.00 | 11.80 | 10.71% | $5,605.00 | 8.01% |
| D. Jacobs | Director | $725.00 | 20.70 | 18.78% | $15,007.50 | 21.45% |
| S. Fisher | Vice President | $650.00 | 0.50 | 0.45% | $325.00 | 0.46% |
| S. Fliegler | Managing Director | $875.00 | 8.90 | 8.08% | $7,787.50 | 11.13% |
| S. Hom | Analyst | $475.00 | 43.50 | 39.47% | $20,662.50 | 29.53% |
| S. Murphy | Director | $725.00 | 7.50 | 6.81% | $5,437.50 | 7.77% |
| S. Pomerantz | Managing Director | $875.00 | 17.30 | 15.70% | $15,137.50 | 21.64% |
| **Total** | | **$634.87** | **110.20** | **100.00%** | **$69,962.50** | **100.00%** |

**EXHIBIT C**

**PROPOSED ORDER**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

**THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF
NEW ORLEANS,[1]**

CASE NO. 20-10846
**(JOINTLY ADMINISTERED)**

**CHAPTER 11
COMPLEX CASE**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125. An Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, [No. 20-10846], as lead case, with the Chapter 11 bankruptcy cases of (i) All Saints Roman Catholic Church, New Orleans, Louisiana, [No. 25-12579], (ii) Annunciation Of The Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana, [No. 25-12580], (iii) Ascension Of Our Lord Roman Catholic Church, Laplace, Louisiana, [No. 25-12581], (iv) The Visitation Of Our Lady Roman Catholic Church, Marrero, Louisiana, [No. 25-12582], (v) Assumption Of Mary Roman Catholic Church, Avondale, Louisiana, [No. 25-12583], (vi) Assumption Of The Blessed Virgin Mary Roman Catholic Church Braithwaite, Louisiana, [No. 25-12584], (vii) Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana, [No. 25-12585], (viii) Blessed Sacrament-St. Joan Of Arc Roman Catholic Church, New Orleans, Louisiana, [No. 25-12586], (ix) The Congregation Of St. Rita Roman Catholic Church Of Harahan, [No. 25-12587], (x) Blessed Trinity Roman Catholic Church, New Orleans, Louisiana, [No. 25-12588], (xi) Christ The King Roman Catholic Church, Gretna, Louisiana, [No. 25-12589], (xii) Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12590], (xiii) Divine Mercy Roman Catholic Church, Kenner, Louisiana, [No. 25-12591], (xiv) Good Shepherd Roman Catholic Church, New Orleans, Louisiana, [No. 25-12592], (xv) Sts. Peter And Paul Roman Catholic Church, Pearl River, Louisiana, [No. 25-12593], (xvi) Holy Family Roman Catholic Church, Franklinton, Louisiana, [No. 25-12594], (xvii) St. Thomas Roman Catholic Church, Pointe A La Hache, Louisiana, [No. 25-12595], (xviii) Holy Family Roman Catholic Church, Luling, Louisiana, [No. 25-12596], (xix) St. Rita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12597], (xx) Holy Name Of Mary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12598], (xxi) St. Rita Roman Catholic Church, Harahan, Louisiana, [No. 25-12599], (xxii) Holy Spirit Roman Catholic Church, New Orleans, Louisiana, [No. 25-12600], (xxiii) St. Raymond And St. Leo The Great Roman Catholic Church, New Orleans, Louisiana, [No. 25-12601], (xxiv) Immaculate Conception Roman Catholic Church, Marrero, Louisiana, [No. 25-12602], (xxv) Immaculate Conception Roman Catholic Church, New Orleans, Louisiana, [No. 25-12603], (xxvi) St. Pius X Roman Catholic Church, New Olreans, Louisiana, [No. 25-12604], (xxvii) Mary Queen Of Peace Roman Catholic Church, Mandeville, Louisiana, [No. 25-12605], (xxviii) St. Philip Neri Roman Catholic Church, Metairie, Louisiana, [No. 25-12606], (xxix) Mary Queen Of Vietnam Roman Catholic Church, New Orleans, Louisiana, [No. 25-12607], (xxx) St. Peter's Roman Catholic Church, Covington, Louisiana, [No. 25-12608], (xxxi) Mary, Help Of Christians Roman Catholic Church, Harvey, Louisiana, [No. 25-12610], (xxxii) St. Peter Roman Catholic Church, Reserve, Louisiana, [No. 25-12611], (xxxiii) Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana, [No. 25- 12612], (xxxiv) St. Peter Claver Roman Catholic Church, New Orleans, Louisiana, [No. 25-12613], (xxxv) Most Holy Name Of Jesus Roman Catholic Church, New Orleans, Louisiana, [No. 25-12614], (xxxvi) St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12615], (xxxvii) Most Holy Trinity Roman Catholic Church, Covington, Louisiana, [No. 25-12616], (xxxviii) St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana, [No. 25-12617], (xxxix) Our Lady Of Divine Providence Roman Catholic Church, Metairie, Louisiana, [No. 25-12618], (xl) St. Patrick's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12619], (xli) St. Michael The Archangel Roman Catholic Church, Paradis, Louisiana, [No. 25-12620], (xlii) Our Lady Of Grace Roman Catholic Church, Reserve, Louisiana, [No. 25-12621], (xliii) St. Martin De Porres Roman Catholic Church, New Orleans, Louisiana, [No. 25-12622], (xliv) Our Lady Of Lavang Roman Catholic Church, New Orleans, Louisiana, [No. 25-12623], (xlv) St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana, [No. 25-12624], (xlvi) Our Lady Of Lourdes Roman Catholic Church, Slidell, Louisiana, [No. 25-12625], (xlvii) St. Mary's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12626], (xlviii) Our Lady Of Lourdes Roman Catholic Church, Violet, Louisiana, [No. 25-12627], (xlix) St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana, [No. 25-12628], (l) Our Lady Of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana, [No. 25-12629], (li) Our Lady Of Perpetual Help Roman Catholic Church, Kenner, Louisiana, [No. 25-12630], (lii) Our Lady Of Prompt Succor Roman Catholic Church, Chalmette, Louisiana, [No. 25-12632], (liii) St.

Martha Roman Catholic Church, Harvey, Louisiana, [No. 25-12633], (liv) Our Lady Of Prompt Succor Roman Catholic Church, Westwego, Louisiana, [No. 25-12634], (lv) St. Mark Roman Catholic Church, Ama, Louisiana, [No. 25-12635], (lvi) Our Lady Of The Holy Rosary Roman Catholic Church, Hahnville, Louisiana, [No. 25-12636], (lvii) Our Lady Of The Lake Roman Catholic Church, Mandeville, Louisiana, [No. 25-12637], (lviii) St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana, [No. 25-12638], (lix) Our Lady Of The Rosary Roman Catholic Church, New Orleans, Louisiana, [No. 25-12639], (lx) St. Margaret Mary Roman Catholic Church, Slidell, Louisiana, [No. 25-12640], (lxi) Resurrection Of Our Lord Roman Catholic Church, New Orleans, Louisiana, [No. 25-12641], (lxii) St. Luke The Evangelist Roman Catholic Church, Slidell, Louisiana, [No. 25-12642], (lxiii) Sacred Heart Of Jesus Roman Catholic Church, Lacombe, Louisiana, [No. 25-12644], (lxiv) St. Louis, King Of France, Roman Catholic Church, Metairie, Louisiana, [No. 25-12645], (lxv) Sacred Heart Of Jesus Roman Catholic Church, Norco, Louisiana, [No. 25-12646], (lxvi) St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana, [No. 25-12647], (lxvii) St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana, [No. 25-12650], (lxviii) St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, [No. 25-12651], (lxix) St. Agnes Roman Catholic Church, Jefferson, Louisiana, [No. 25-12652], (lxx) St. Joseph's Roman Catholic Church, Gretna, Louisiana, [No. 25-12653], (lxxi) St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana, [No. 25-12654], (lxxii) St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana, [No. 25-12655], (lxxiii) St. Joseph Roman Catholic Church, Algiers, Louisiana, [No. 25-12657], (lxxiv) St. Angela Merici Roman Catholic Church, Metairie, Louisiana, [No. 25-12658], (lxxv) St. John The Baptist Roman Catholic Church, Folsom, Louisiana, [No. 25-12659], (lxxvi) St. Ann Roman Catholic Church And Shrine, Metairie, Louisiana, [No. 25-12660], (lxxvii) St. John The Baptist Roman Catholic Church, Edgard, Louisiana, [No. 25-12661], (lxxviii) St. John Paul Ii Roman Catholic Church, Waggaman, Louisiana, [No. 25-12663], (lxxix) St. Anselm Roman Catholic Church, Madisonville, Louisiana, [No. 25- 12664], (lxxx) St. John Of The Cross Roman Catholic Church, Lacombe, Louisiana, [No. 25-12665], (lxxxi) St. Anthony Of Barataria Roman Catholic Church, Lafitte, Louisiana, [No. 25-12667], (lxxxii) St. Joan Of Arc Roman Catholic Church, Laplace, Louisiana, [No. 25-12668], (lxxxiii) St. Joachim Roman Catholic Church, Marrero, Louisiana, [No. 25-12669], (lxxxiv) St. Jerome Roman Catholic Church, Kenner, Louisiana, [No. 25-12670], (lxxxv) St. Anthony Of Padua Roman Catholic Church, Luling, Louisiana, [No. 25-12671], (lxxxvi) St. Jane De Chantal Roman Catholic Church, Abita Springs, Louisiana, [No. 25-12672], (lxxxvii) St. Anthony Of Padua Roman Catholic Church, New Orleans, Louisiana, [No. 25-12673], (lxxxviii) St. Anthony Roman Catholic Church, Gretna, Louisiana, [No. 25-12674], (lxxxix) St. Augustine Roman Catholic Church, New Orleans, Louisiana, [No. 25-12675], (xc) St. Genevieve Roman Catholic Church, Slidell, Louisiana, [No. 25-12676], (xci) St. Benedict Roman Catholic Church, Covington, Louisiana, [No. 25-12677], (xcii) St. Francis Xavier Roman Catholic Church, Metairie, Louisiana, [No. 25-12678], (xciii) St. Benilde Roman Catholic Church, Metairie, Louisiana, [No. 25- 12679], (xciv) St. Francis Of Assisi Roman Catholic Church, New Orleans, Louisiana, [No. 25-12680], (xcv) St. Bernard Roman Catholic Church, St. Bernard, Louisiana, [No. 25-12681], (xcvi) St. Edward The Confessor Roman Catholic Church, Metairie, Louisiana, [No. 25-12682], (xcvii) St. Catherine Of Siena Roman Catholic Church, Metairie, Louisiana, [No. 25-12683], (xcviii) St. Dominic's Roman Catholic Church, New Orleans, Louisiana, [No. 25-12684], (xcix) St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana, [No. 25-12685], (c) St. David Roman Catholic Church, New Orleans, Louisiana, [No. 25-12686], (ci) St. Christopher Roman Catholic Church, Metairie, Louisiana, [No. 25-12687], (cii) St. Cletus Roman Catholic Church, Gretna, Louisiana, [No. 25-12688], (ciii) St. Clement Of Rome Roman Catholic Church, Metairie, Louisiana, [No. 25-12689], (civ) Blessed Sacrament, Inc., [No. 25-12690], (cv) The Congregation Of The Holy Trinity Roman Catholic Church, [No. 25-12691], (cvi) Epiphany, Inc., [No. 25-12692], (cvii) The Congregation Of The Annunciation Roman Catholic Church, [No. 25-12693], (cviii) The Congregation Of St. Cecelia Roman Catholic Church, [No. 25-12694], (cix) Immaculate Heart Of Mary, Inc., [No. 25-12695], (cx) Incarnate Word, Inc., [No. 25-12696], (cxi) The Congregation Of Saints Peter And Paul Roman Catholic Church, [No. 25-12697], (cxii) St. Theresa Of The Child Jesus, Inc., [No. 25-12698], (cxiii) Our Lady Of Good Harbor, Inc., [No. 25-12699], (cxiv) St. Theresa Of Avila, Inc., [No. 25-12700], (cxv) Our Lady Of Good Counsel, Inc., [No. 25-12701], (cxvi) St. Rose Of Lima, Inc., [No. 25- 12702], (cxvii) Our Lady Of Lourdes, New Orleans, Louisiana, Inc., [No. 25-12703], (cxviii) St Raymond's, Inc., [No. 25-12704], (cxix) Our Lady Of The Sacred Heart, New Orleans, Louisiana, Inc., [No. 25-12705], (cxx) St. Philip The Apostle, Inc., [No. 25-12706], (cxxi) Our Lady Star Of The Sea, Inc., [No. 25-12707], (cxxii) St. Monica, Inc., [No. 25-12708], (cxxiii) St. Ann, New Orleans, Louisiana, Inc., [No. 25-12709], (cxxiv) St. Maurice, Inc., [No. 25-12710], (cxxv) St. Bonaventure, Inc., [No. 25-12711], (cxxvi) St. Louise De Marillac, Inc., [No. 25-12712], (cxxvii) St. Frances Xavier Cabrini, Inc., [No. 25-12713], (cxxviii) St. Lawrence The Martyr, Inc., [No. 25-12715], (cxxix) St. Julian Eymard, Inc., [No. 25- 12716], (cxxx) St. Francis De Salles, Inc., [No. 25-12717], (cxxxi) St. John The Baptist, New Orleans, Louisiana, Inc., [No. 25-12718], (cxxxii) St. Gabriel, Inc., [No. 25-12719], (cxxxiii) St. John Bosco, Inc., [No. 25-12720], (cxxxiv) St.

**DEBTOR**                                                                    **SECTION "A"**

Gertrude, Inc., [No. 25-12721], (cxxxv) St. James Major, Inc., [No. 25-12723], (cxxxvi) St. Henry's, Inc., [No. 25-12724], (cxxxvii) St. Hubert, Inc., [No. 25-12725], (cxxxviii) Archdiocesan Spirituality Center, [No. 25-12726], (cxxxix) Catholic Charities Archdiocese Of New Orleans, [No. 25-12727], (cxl) Catholic Charities Children's Day Care Centers, [No. 25-12728], (cxli) Catholic Charities Group Homes, [No. 25-12729], (cxlii) Clarion Herald Publishing Company, [No. 25- 12730], (cxliii) Korean Catholic Community Of New Orleans, Inc., [No. 25-12731], (cxliv) Notre Dame Seminary, [No. 25-12732], (cxlv) Our Lady Of Mount Carmel Latin Mass Community, Covington, Louisiana, [No. 25-12733], (cxlvi) Pace Greater New Orleans, [No. 25-12734], (cxlvii) Padua House, [No. 25-12735], (cxlviii) Philmat, Inc., [No. 25-12736], (cxlix) Project Lazarus, [No. 25-12737], (cl) Roman Catholic Center Of Jesus The Lord, [No. 25-12738], (cli) School Food And Nutrition Services Of New Orleans, Inc., [No. 25-12739], (clii) Second Harvest Food Bank Of Greater New Orleans And Acadiana, [No. 25-12740], (cliii) St. Jude Community Center, Inc., [No. 25-12741], (cliv) St. Michael Special School, [No. 25-12742], (clv) St. Therese Catholic Academy, [No. 25-12743], and (clvi) The Society For The Propagation Of The Faith, Archdiocese Of New Orleans, [No. 25-12744], was entered on November 13, 2025, [No. 20-10846, ECF Doc. 4603; No. 25-12579, ECF Doc. 4; No. 25-12580, ECF Doc. 4; No. 25- 12581, ECF Doc. 4; No. 25-12582, ECF Doc. 4; No. 25-12583, ECF Doc. 4; No. 25-12584, ECF Doc. 4; No. 25-12585, ECF Doc. 4; No. 25-12586, ECF Doc. 4; No. 25-12587, ECF Doc. 4; No. 25-12588, ECF Doc. 4; No. 25-12589, ECF Doc. 4; No. 25-12590, ECF Doc. 4; No. 25-12591, ECF Doc. 4; No. 25-12592, ECF Doc. 4; No. 25-12593, ECF Doc. 4; No. 25-12594, ECF Doc. 4; No. 25-12595, ECF Doc. 4; No. 25-12596, ECF Doc. 4; No. 25-12597, ECF Doc. 4; No. 25-12598, ECF Doc. 4; No. 25-12599, ECF Doc. 4; No. 25-12600, ECF Doc. 4; No. 25-12601, ECF Doc. 4; No. 25-12602, ECF Doc. 4; No. 25-12603, ECF Doc. 4; No. 25-12604, ECF Doc. 4; No. 25-12605, ECF Doc. 4; No. 25-12606, ECF Doc. 4; No. 25-12607, ECF Doc. 4; No. 25-12608, ECF Doc. 4; No. 25-12610, ECF Doc. 4; No. 25-12611, ECF Doc. 4; No. 25- 12612, ECF Doc. 4; No. 25-12613, ECF Doc. 4; No. 25-12614, ECF Doc. 4; No. 25-12615, ECF Doc. 4; No. 25-12616, ECF Doc. 4; No. 25-12617, ECF Doc. 4; No. 25-12618, ECF Doc. 4; No. 25-12619, ECF Doc. 4; No. 25-12620, ECF Doc. 4; No. 25-12621, ECF Doc. 4; No. 25-12622, ECF Doc. 5; No. 25-12623, ECF Doc. 4; No. 25-12624, ECF Doc. 4; No. 25-12625, ECF Doc. 4; No. 25-12626, ECF Doc. 4; No. 25- 12627, ECF Doc. 4; No. 25-12628, ECF Doc. 4; No. 25-12629, ECF Doc. 4; No. 25-12630, ECF Doc. 4; No. 25-12632, ECF Doc. 4; No. 25-12633, ECF Doc. 4; No. 25-12634, ECF Doc. 4; No. 25-12635, ECF Doc. 4; No. 25-12636, ECF Doc. 4; No. 25-12637, ECF Doc. 4; No. 25-12638, ECF Doc. 4; No. 25-12639, ECF Doc. 4; No. 25-12640, ECF Doc. 4; No. 25-12641, ECF Doc. 4; No. 25-12642, ECF Doc. 4; No. 25- 12644, ECF Doc. 4; No. 25-12645, ECF Doc. 4; No. 25-12646, ECF Doc. 4; No. 25-12647, ECF Doc. 4; No. 25-12650, ECF Doc. 4; No. 25-12651, ECF Doc. 4; No. 25-12652, ECF Doc. 4; No. 25-12653, ECF Doc. 4; No. 25-12654, ECF Doc. 4; No. 25-12655, ECF Doc. 4; No. 25-12657, ECF Doc. 4; No. 25-12658, ECF Doc. 4; No. 25-12659, ECF Doc. 4; No. 25-12660, ECF Doc. 4; No. 25-12661, ECF Doc. 4; No. 25-12663, ECF Doc. 4; No. 25-12664, ECF Doc. 4; No. 25-12665, ECF Doc. 4; No. 25-12667, ECF Doc. 4; No. 25-12668, ECF Doc. 4; No. 25-12669, ECF Doc. 4; No. 25-12670, ECF Doc. 4; No. 25-12671, ECF Doc. 4; No. 25-12672, ECF Doc. 4; No. 25-12673, ECF Doc. 4; No. 25-12674, ECF Doc. 4; No. 25-12675, ECF Doc. 4; No. 25-12676, ECF Doc. 4; No. 25-12677, ECF Doc. 4; No. 25-12678, ECF Doc. 4; No. 25- 12679, ECF Doc. 4; No. 25-12680, ECF Doc. 4; No. 25-12681, ECF Doc. 4; No. 25-12682, ECF Doc. 4; No. 25-12683, ECF Doc. 4; No. 25-12684, ECF Doc. 4; No. 25-12685, ECF Doc. 4; No. 25-12686, ECF Doc. 4; No. 25-12687, ECF Doc. 4; No. 25-12688, ECF Doc. 4; No. 25-12689, ECF Doc. 4; No. 25-12690, ECF Doc. 4; No. 25-12691, ECF Doc. 4; No. 25-12692, ECF Doc. 4; No. 25-12693, ECF Doc. 4; No. 25- 12694, ECF Doc. 4; No. 25-12695, ECF Doc. 4; No. 25-12696, ECF Doc. 4; No. 25-12697, ECF Doc. 4; No. 25-12698, ECF Doc. 4; No. 25-12699, ECF Doc. 5; No. 25-12700, ECF Doc. 4; No. 25-12701, ECF Doc. 4; No. 25-12702, ECF Doc. 4; No. 25-12703, ECF Doc. 4; No. 25-12704, ECF Doc. 4; No. 25-12705, ECF Doc. 4; No. 25-12706, ECF Doc. 4; No. 25-12707, ECF Doc. 4; No. 25-12708, ECF Doc. 4; No. 25- 12709, ECF Doc. 4; No. 25-12710, ECF Doc. 4; No. 25-12711, ECF Doc. 4; No. 25-12712, ECF Doc. 4; No. 25-12713, ECF Doc. 4; No. 25-12715, ECF Doc. 4; No. 25-12716, ECF Doc. 4; No. 25-12717, ECF Doc. 4; No. 25-12718, ECF Doc. 4; No. 25-12719, ECF Doc. 4; No. 25-12720, ECF Doc. 4; No. 25-12721, ECF Doc. 4; No. 25-12723, ECF Doc. 4; No. 25-12724, ECF Doc. 4; No. 25-12725, ECF Doc. 4; No. 25-12726, ECF Doc. 4; No. 25-12727, ECF Doc. 4; No. 25-12729, ECF Doc. 3; No. 25-12730, ECF Doc. 4; No. 25-12731, ECF Doc. 4; No. 25-12732, ECF Doc. 4; No. 25-12733, ECF Doc. 4; No. 25-12734, ECF Doc. 4; No. 25-12735, ECF Doc. 4; No. 25-12736, ECF Doc. 4; No. 25-12737, ECF Doc. 4; No. 25-12738, ECF Doc. 4; No. 25-12739, ECF Doc. 4; No. 25-12740, ECF Doc. 4; No. 25- 12741, ECF Doc. 4; No. 25-12742, ECF Doc. 4; No. 25-12743, ECF Doc. 4; No. 25-12744, ECF Doc. 4].

**ORDER**

Before the Court is the *Fourth and Final Fee Application of Kroll LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Former Pension Analyst to the Official Committee of Unsecured Commercial Creditors* [ECF Doc. ___] (the "Final Application"). The Court finds that the Final Application was properly served in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules, incorporated appropriate notice language and no objection has been filed by any party. After reviewing the Final Application, the Court has determined the services and expenses indicated in the Final Application were reasonable, actually rendered, and necessary to represent the interests of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee");

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Final Application is **APPROVED**.

**IT IS FURTHER ORDERED** that Kroll LLC ("Kroll"), in connection with its pension analyst services for the Commercial Committee between January 1, 2024 and September 30, 2025 (the "Full Application Period"), is allowed and awarded, on a final basis, fees in the amount of $69,962.50 and expenses in the amount of $0.00, for a total award of $69,962.50 (the "Award") that is comprised of the following: (i) for the period of January 1, 2024 through March 31, 2024, fees in the amount of $34,700.00 and expenses in the amount of $0.00, as previously allowed on an interim basis [ECF Doc. 3173]; (ii) for the period of August 1, 2024 through November 30, 2024, fees in the amount of $762.50 and expenses in the amount of $0.00, as previously allowed on an interim basis [ECF Doc. 3922]; and (iii) for the period of April 1, 2025 through September 30, 2025, fees in the amount of $34,500.00 and expenses in the amount of $0.00, as previously

allowed on an interim basis [ECF Doc. 4795].

      **IT IS FURTHER ORDERED** that the Award is allowed as an administrative expense and the Debtor is authorized and directed to pay the Award to Kroll promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to Kroll for its fees and expenses incurred in connection with its pension analyst services for the Commercial Committee during the Full Application Period as authorized under Section XV(C) of the *Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana* or as a result of the allowance of Kroll's fees and expenses on an interim basis.

      **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

      **IT IS FURTHER ORDERED** that Kroll is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.